98-02675-5-ATS

| FORM B1 | United States Bankruptcy Court<br>Eastern District of North Carolina | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**International Heritage, Inc.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>56-1921093 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>2626 Glenwood Ave., #200<br>Raleigh, NC 27608 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Wake** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [ ] Individual(s)
- [x] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7   [ ] Chapter 11   [ ] Chapter 13
- [ ] Chapter 9   [ ] Chapter 12
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [ ] Consumer/Non-Business
- [x] Business

**Filing Fee** (Check one box)
- [x] Full Filing Fee Attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

'98 NOV 25 PM 4 31
CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF N.C. FILED

| Estimated Number of Creditors | 1-15 [ ] | 16-49 [ ] | 50-99 [ ] | 100-199 [ ] | 200-999 [ ] | 1000-over [x] |
|---|---|---|---|---|---|---|

| Estimated Assets | $0 to $50,000 [ ] | $50,001 to $100,000 [ ] | $100,001 to $500,000 [ ] | $500,001 to $1 million [ ] | $1,000,001 to $10 million [x] | $10,000,001 to $50 million [ ] | $50,000,001 to $100 million [ ] | More than $100 million [ ] |
|---|---|---|---|---|---|---|---|---|

| Estimated Debts | $0 to $50,000 [ ] | $50,001 to $100,000 [ ] | $100,001 to $500,000 [ ] | $500,001 to $1 million [ ] | $1,000,001 to $10 million [ ] | $10,000,001 to $50 million [x] | $50,000,001 to $100 million [ ] | More than $100 million [ ] |
|---|---|---|---|---|---|---|---|---|

DEBTS:____pages: PROPERTY:____pages
EXEMPT:____pages: COMPL. PET:____pages

3 pgs

U. Trustee 11/25/98 AM

1

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtors:<br>**International Heritage Incorporated** | Page 2 |
|---|---|---|

| *Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)* |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |

| *Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)* |||
|---|---|---|
| Name of Debtor:<br>**International Heritage, Inc.** | Case Number: | Date Filed: |
| District:<br>**Eastern** | Relationship:<br>**Subsidiary** | Judge:<br>**Small** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature(s) of Debtor (Corporation/Partnership) |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable**<br>Signature of Debtor<br><br>X **Not Applicable**<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _(signed)_<br>Signature of Authorized Individual<br><br>**Stanley H. Van Etten**<br>Print or Type Name of Authorized Individual<br><br>**President and CEO**<br>Title of Authorized Individual<br><br>Date |
| **Signature of Attorney**<br>X _Terri L. Gardner_<br>Signature of Attorney for Debtor(s)<br><br>*Terri L. Gardner, 9809*<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**SMITH DEBNAM NARRON & MYERS, L.L.P.**<br>Firm Name<br><br>*4700 New Bern Ave., P.O. Box 26268  Raleigh, NC 27611-6268*<br>Address<br><br>**(919) 250-2000**<br>Telephone Number<br><br>Nov. 24, 1998<br>Date | **Signature of Non-Attorney Petition Preparer**<br>I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>**Not Applicable**<br>Printed Name of Bankruptcy Petition Preparer<br><br>**Not Applicable**<br>Social Security Number<br><br>Address<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>X **Not Applicable**<br>Signature of Bankruptcy Petition Preparer<br><br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156. |
| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br>☐ Exhibit A is attached and made a part of this petition. | |
| **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he/she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>X _____<br>Signature of Attorney for Debtor(s)    Date | |

# United States Bankruptcy Court

## Eastern District of North Carolina

In re:  **International Heritage, Inc.**                                    Case No. _____
          56-1921093                                                              Chapter  7

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Anna M. Washburn, declare under penalty of perjury that I am the Corporate Secretary of International Heritage, Inc., a North Carolina Corporation and that on  the following resolution was duly adopted by the  of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Stanley H. Van Etten, President and CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Stanley H. Van Etten, President and CEO of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Stanley H. Van Etten, President and CEO of this Corporation, is authorized and directed to employ Terri L. Gardner, attorney and the law firm of SMITH DEBNAM NARRON & MYERS, L.L.P. to represent the Corporation in such bankruptcy case."

Executed on: *November 19, 1998*                              Signed: *Anna M. Washburn*
                                                                                            **Anna M. Washburn**