U.S. Bankruptcy Court for the Eastern District of North Carolina
U.S. BANKRUPTCY COURT, PO BOX 1441, RALEIGH, NC 27602-1441

In Re a *Petition for Relief under Chapter 7 of Title 11, U. S. Code*, filed by or against the below-named Debtor on November 25, 1998:
DEBTOR: **INTERNATIONAL HERITAGE, INC.** of 2626 GLENWOOD AVE., #200, RALEIGH, NC 27608, SSN: N/A, EIN: 56-1921093

CASE NO. 98-02675-5-ATS

**ORDER APPOINTING INTERIM TRUSTEE AND APPROVING STANDING BOND**

FILED
NOV 25 1998
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

1. The following interim trustee is hereby appointed, and the trustee's standing bond is fixed under the blanket bond heretofore approved.

Holmes P. Harden
P. O. Drawer 19764
Raleigh NC 27619

FOR THE COURT

Dated: November 25, 1998      A. THOMAS SMALL, JUDGE

cc: Harden 11/25/98 Am