U.S. Bankruptcy Court for the Eastern District of North Carolina
U.S. BANKRUPTCY COURT, PO BOX 1441, RALEIGH, NC 27602-1441

In Re a *Petition for Relief under chapter* 7 *of Title 11, U.S. Code*, filed by or against the below-named Debtor(s) on November 25, 1998:
DEBTOR: **INTERNATIONAL HERITAGE, INC.** of 2626 GLENWOOD AVE., #200, RALEIGH NC 27608, SSAN: NA           TAX ID: 56-1921093

FILED                          CASE NO. 98-02675-5-ATS

NOV 30 1998                    ORDER AND NOTICE
                               BY THE COURT
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

ORDER TO APPEAR FOR EXAMINATION

An order for relief was entered as indicated above and the court has called a meeting of creditors pursuant to 11 U.S.C. Section 341(a) and Rule 2003(a), Federal Rules of Bankruptcy Procedure, which shall be held at:

DATE:    December 30, 1998
TIME:    09:30 A.M.

PLACE:
U. S. BANKRUPTCY COURT
USBA Meeting Rm, Room 443, Century Station Bldg, 300 Fayetteville St, Raleigh, NC

It appears to the court that the debtor must appear and submit to examination at the scheduled 11 U.S.C. Section 341(a) meeting of creditors pursuant to 11 U.S.C. Section 343 and Rule 4002, Federal Rules of Bankruptcy Procedure, and

It further appears to the court that the debtor is not a natural person; therefore,

THE COURT HEREBY DESIGNATES AND ORDERS, pursuant to Rule 9001(5), Federal Rules of Bankruptcy Procedure, the officer(s):

    Stanley H. Van Etten, President and CEO

to appear and submit to examination at the 11 U.S.C. Section 341(a) meeting of creditors on behalf of the debtor, pursuant to 11 U.S.C. Section 343 and Rule 4002(1) Federal Rules of Bankruptcy Procedure, to file schedules and statements of affairs and to do any other act required by the Code, the Federal Rules of Bankruptcy Procedure and the local rules of this court which is required by the debtor.

DATED:  NOV 30 1998

                                         UNITED STATES BANKRUPTCY JUDGE

cc: Debtor, PA, Ta, PA, SVE 11/30/98                                    3