# UNITED STATES BANKRUPTCY COURT
## Eastern District of North Carolina

**FILED**

In re: International Heritage, Inc.
56-1921093

Case No. 98-02675-5-ATS
Chapter 7

· DEC 0 1 1998

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: Dec. 1, 1998

Signed: Terri L. Gardner
Terri L. Gardner, Esquire
State Bar No.: 9809

cc: Hayden 12/1/98 Am

4