F I L E D

JAN - 8 2001

PEGGY B. DEANS, CL___
U.S. BANKRUPTCY CC___
EASTERN DISTRICT OF N___

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

INTERNATIONAL HERITAGE, INC.,

    Debtor,

CASE NUMBER: 98-02675-5-ATS

HOLMES P. HARDEN, Trustee, )
           )
           )
    Plaintiff,   )
vs.          )
           )
NATHAN HANKS,     )
           )
    Defendant, )
           )

ADVERSARY PROCEEDING
NUMBER: S-00-00210-5-AP

## STATEMENT REGARDING INTENT TO MOVE FOR AUTHORITY TO COMPROMISE

NOW COMES the undersigned special counsel to the Trustee, Holmes P. Harden, and states that she has entered into an agreement regarding the compromise of this adversary proceeding, subject to court approval, and has agreed with the defendant that no responsive pleading is to be filed pending court approval.

THIS the ___8TH___ day of January, 2001.

*Stephani W. Humrickhouse*
Stephani W. Humrickhouse
State Bar #9528
**NICHOLLS & CRAMPTON, P.A.**
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: (919) 781-1311

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing **STATEMENT REGARDING INTENT TO MOVE FOR AUTHORITY TO COMPROMISE** was served this day by placing a copy thereof in a depository under the exclusive care and custody of the United States Postal Service in a postage prepaid envelope and properly addressed as follows:

**Mr. Nathan J. Hanks**
**c/o Management Recruiters of Shreveport, Inc.**
920 Pierremont Road, Suite 515
Shreveport, LA 71106

This the 8th day of January, 2001.

_____
Mary Jane Baird
Legal Assistant
**NICHOLLS & CRAMPTON, P.A.**
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone No: 919-781-1311