U.S. Bankruptcy Court for the Eastern District of North Carolina
U.S. BANKRUPTCY COURT, PO BOX 1441, RALEIGH, NC 27602-1441

In Re a *Petition for Relief under chapter* 7 *of Title 11, U.S. Code,* filed by or against the below-named Debtor(s) on November 25, 1998:

DEBTOR: **INTERNATIONAL HERITAGE, INC.** of 2626 GLENWOOD AVE., #200, RALEIGH NC 27608, SSAN: NA    TAX ID: 56-1921093

FILED    CASE NO. 98-02675-5-ATS

DEC 3 1998
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

ORDER AND NOTICE
BY THE COURT

NOTICE OF POSSIBLE DISMISSAL

NOTICE IS HEREBY GIVEN of Local Bankruptcy Rule 1007-1(c), EDNC, dated May 22, 1987, which reads as follows:

DISMISSAL OF CASE FOR FAILURE TO COMPLY WITH RULE 1007(c), Federal Rules Of Bankruptcy Procedure: In the event the schedules and statements are not filed with the petition in a voluntary case, they shall be filed within 15 days thereafter, unless a motion to extend the time for filing such schedules and statements is filed prior to the expiration of such 15 days. If the schedules and statements are not filed within 15 days of the filing of the petition and no motion to extend the time for filing is received by the clerk within such 15-day period, then the clerk may summarily dismiss the petition.

NOTICE IS FURTHER GIVEN that the three-day mailing period as provided for under Rule 9006(f), Federal Rules Of Bankruptcy Procedure, does not apply to the times fixed by this local rule.

DATED:    DEC -3 1998

PEGGY B. DEANS
CLERK OF COURT

cc: Debtor, BA, Tee  12/3/98 Am