UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

**FILED**
DEC 0 7 1998
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | |
|---|---|
| IN RE: | ) |
| | ) |
| INTERNATIONAL HERITAGE, INC., | ) CASE NO.: 98-02675-5-AVS |
| | ) |
| Address: | ) CHAPTER 7 |
| | ) |
| 2626 Glenwood Ave., #200 | ) |
| Raleigh, NC 27608 | ) |
| | ) |
| ID#: 56-1921093 | ) |
| | ) |
| Debtor. | ) |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

NOW COMES Brent E. Wood, of Wood & Francis, PLLC, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, and hereby enters an appearance in the above-captioned proceeding on behalf of Stanley H. Van Etten and requests that a copy of all notices to creditors and other parties-in-interest be served upon him as the attorney for such interested party.

This the 7th day of December, 1998.

WOOD & FRANCIS, PLLC

_____
Brent E. Wood
Attorney for Stanley H. Van Etten
State Bar No. 16898
Two Hannover Square
434 Fayetteville Street Mall, Suite 2300
Post Office Box 164
Raleigh, North Carolina 27602
(919) 828-0801

## CERTIFICATE OF SERVICE

I, Brent E. Wood, attorney for Stanley H. Van Etten, certify that I served the foregoing document on the 7th day of December, 1998, upon the following parties, and in the manner below specified, by placing a copy thereof for each such party(ies) in a separate envelope bearing sufficient postage and depositing the same in the United States mail at Raleigh, North Carolina and/or by facsimile:

Holmes P. Harden, Esq.
Maupin, Taylor & Ellis, P.A.
3200 Beechleaf Ct., Suite 500
P. O. Drawer 19764
Raleigh, NC 27619-9764
*Bankruptcy Trustee*

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3758
Wilson, NC 27894-3758
*Bankruptcy Administrator*

Terri L. Gardner
Smith Debman Narron & Myers, LLP
4700 New Bern Avenue
P. O. Box 26268
Raleigh, NC 27611-6268
*Attorney for Debtor*

This the 7th day of December, 1998.

WOOD & FRANCIS, PLLC

_____
Brent E. Wood
Attorney for Stanley H. Van Etten
Two Hannover Square
424 Fayetteville Street Mall, Suite 2300
Post Office Box 164
Raleigh, North Carolina 27602
Telephone: (919) 828-0801

f:\wp\IHI-bk.bew.entryofapp.doc

2