FORM B9D (Chapter 7 Corporation/Partnership Asset Case)(9/97) — Case Number **98-02675-5-ATS**

# UNITED STATES BANKRUPTCY COURT
## Eastern District of North Carolina

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor corporation listed below was filed on November 25, 1998.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

See Reverse Side For Important Explanations.

**FILED**

DEC 10 1998

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

Debtor (name(s) and address):
INTERNATIONAL HERITAGE, INC.
2626 GLENWOOD AVE., #200
RALEIGH, NC 27608

| Case Number: 98-02675-5-ATS | Taxpayer ID Nos.: 56-1921093 |
|---|---|
| Attorney for Debtor (name and address):<br>Terri L. Gardner<br>Smith, Debnam, Hibbert & Pahl<br>P. O. Box 26268<br>Raleigh, NC 27611-6268<br>Telephone number: (919) 250-2000 | Bankruptcy Trustee (name and address):<br>Holmes P. Harden<br>P.O. Box 17169<br>Raleigh, NC 27619<br>Telephone number: (919) 981-4033 |

### Meeting of Creditors:

Date: **December 30, 1998**    Time: **9:30 A.M.**
Location: **USBA Meeting Rm, Room 443, Century Station Bldg, 300 Fayetteville St, Raleigh, NC**

### Deadline to File a Proof of Claim:

Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:
For all creditors (except a governmental unit): March 8, 1999    For a governmental unit: May 24, 1999

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

| Address of the Bankruptcy Clerk's Office:<br>CLERK, U.S. BANKRUPTCY COURT<br>POST OFFICE BOX 1441<br>RALEIGH, N.C. 27602-1441<br>Telephone number: (919)856-4752 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Peggy B. Deans |
|---|---|
| Hours Open:<br>8:30 a.m. - 4:30 p.m. | Date:<br>December 3, 1998 |

10A

000001

ANY AND ALL ATTACHMENTS MUST BE ON 8 1/2" x 11" PAPER

FORM B10 (Official Form 10)(4/98)

| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NORTH CAROLINA | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>INTERNATIONAL HERITAGE, INC. | Case Number:<br>98-02675-5-ATS | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Name and Address where notices should be sent:<br><br><br><br>Telephone Number: | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | 98-02675-5-ATS<br><br><br><br>THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| Account or other number by which creditor identifies debtor: | Check here if   ☐ replaces<br>this claim       ☐ amends     a previously filed claim, dated _____ | |
| 1. **Basis for Claim**<br>☐ Goods Sold<br>☐ Services Performed<br>☐ Money Loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other _____ | ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>  Your SS #: ___ ___ ___<br>  Unpaid Compensation for Services Performed<br>  from _____ to _____<br>         (date)              (date) | |
| 2. Date debt was incurred: | 3. If court judgment, date obtained: | |
| 4. **Total Amount of Claim at Time Case Filed:**     $_____<br>If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.<br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges. | | |
| 5. **Secured Claim.**<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br>  Brief Description of Collateral:<br>   ☐ Real Estate   ☐ Motor Vehicle<br>     ☐ Other_____<br><br>  Value of Collateral:   $_____<br><br><br><br><br>  Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____ | 6. **Unsecured Priority Claim.**<br>☐ Check this box if you have an unsecured priority claim<br>  Amount entitled to priority $_____<br>  Specify the priority of the claim:<br>☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).<br>☐ Up to $ 1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).<br><br>*Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. | |
| 7. **Credits:**   The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>8. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>9. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | | THIS SPACE IS FOR COURT USE ONLY |
| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NOTE TO ALL CREDITORS IN CONVERTED CASES ONLY:
DO NOT FILE A CLAIM IF YOU FILED A CLAIM UNDER THE PREVIOUS CHAPTER

000001

INTERNATIONAL HERITAGE, INC.

CASE NUMBER 98-02675-5-ATS

THE LIST OF CREDITORS SERVED WITH A COPY OF THE 341 MEETING OF CREDITORS NOTICE IS CONTAINED IN THE FILE FOR THIS CASE.