

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

FILED
DEC 11 1998
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:                              )    CHAPTER 11
                                    )
INTERNATIONAL HERITAGE, INC.        )    CASE NO. 98-02675-5-ATS

### NOTICE OF APPEARANCE OF JAMES RUSSELL TUCKER

PLEASE TAKE NOTICE that James Russell Tucker hereby enters his appearance as counsel in the above-captioned case, on behalf of Denise Marsh, pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), and requests pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code that any and all notices given or required to be given in the above-captioned case and all papers served or required to be served in the above-captioned case be given to and served upon the undersigned attorney, at the office, telephone and telecopy numbers set forth below.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules of any application, complaint, demand, hearing, motion petition, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone telecopy, telex, or otherwise.



NOTICE OF APPEARANCE OF JAMES RUSSELL TUCKER - Page
jrt/marsh/bankrpt/appear.n-2

Copy ret'd 12/11/98 & cc to Harden 12/11/98 fm

11

Respectfully submitted,

*[signature]*

JAMES RUSSELL TUCKER
State Bar No. 20272020

500 N. AKARD STREET
SUITE 2100
DALLAS, TEXAS 75201
(214) 740-2550
(214) 740-2501 - Fax

BERNIE E. HAUDER
State Bar No. 09233600
BUSH, HAUDER & ADKERSON, P.C.
500 N. AKARD STREET
SUITE 2100
DALLAS, TEXAS 75201
(214) 740-2500
(214) 740-2501 - Fax

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing has been sent to counsel for the Debtor, Terri L. Gardner, Smith, Debnam, Narron and Myers, L.L.P., 4700 New Bern Ave., P. O. Box 26268, Raleigh, North Carolina 27611-6268, by certified mail, return receipt requested on this 7th day of December, 1998.

*[signature]*
James Russell Tucker

NOTICE OF APPEARANCE OF JAMES RUSSELL TUCKER - Page
jrt/marsh/bankrpt/appear.n-2