DEC 11 1998

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | |
|---|---|
| IN THE MATTER OF ) | CASE NO. 98-02675-5-ATS |
| -OF- ) | |
| INTERNATIONAL HERITAGE, INC. ) | CHAPTER 7 |
| (TAX ID #56-1921093), ) | |
| Debtor ) | |

ORDER EXTENDING TIME
TO FILE STATEMENT OF FINANCIAL AFFAIRS AND SCHEDULES

THIS MATTER coming on before the undersigned United States Bankruptcy Judge upon application by International Heritage, Inc., (the "Debtor"), by and through counsel of record, for an Order extending time to file the Statement of Financial Affairs and Schedules in this case. Following a review of the application, the court finds as follows:

1.  On November 25, 1998 (the "Petition Date") the Debtor filed a Petition (the "Petition") for reorganization under chapter 7 of the Bankruptcy Code.

2.  The Statement of Financial Affairs and Schedules of Assets and Liabilities are due to be filed, as required by Bankruptcy Rule 1007, on December 10, 1998.

3.  The Debtor has requested an extension of time to file the documents through December 16, 1998.

4.  Based upon the circumstances of this case, the court finds that the extension should be granted;

NOW THEREFORE, it is ordered that the Debtor is allowed until December 16, 1998 to file its Statement of Financial Affairs and Schedules.

Dated: DEC 11 1998

_____
Bankruptcy Judge

cc: Gardner to serve 12/11/98 am

**Date:** 12/11/98
**Sender:** ~LFSfax
**To:** Anne Moell
**Priority:** Normal
**Subject:** Fax Request Result

```
Lotus Fax Server
Fax Sent - Confirmation

Received by LFS at:        12/11/98 10:09:18 AM
Processing Time:           6 Minute(s)   44 Second(s)
Transmission Start Time:   12/11/98 10:11:17 AM
Transmission End Time:     12/11/98 10:16:02 AM
Number of pages:           5
Successfully faxed to:     Gardner Terri FAX#1010333#,9192502100 dy
LFS Request ID:            24858
```