# UNITED STATES BANKRUPTCY COURT
## Eastern District of North Carolina

In re: **International Heritage, Inc.**
**56-1921093**
Debtor

Case No. **98-02675-5-ATS**
Chapter **7**

**FILED**
DEC 17 1998
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT N.C.

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-mentioned debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ as allowed |
   | Prior to the filing of this statement I have received | $ 15,000.00 |
   | Balance Due | $ as allowed |

2. The source of compensation paid to me was:
   ☑ Debtor   ☑ Other (specify)   **Debtor paid $8,000; Stan Van Etten paid $7,000.**

3. The source of compensation to be paid to me is:
   ☑ Debtor   ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under Title 11, United States Code;

   b) Preparation and filing of any petition, schedule, statement of affairs, and other documents required by the court;

   c) Representation of the debtor(s) at the meeting of creditors, confirmation hearing and any adjourned hearings thereof;

   d) (Other provisions as needed)
   **To the extent services exceed the retainer, counsel to apply for fees; this is an unusual case and the retainer was as estimate of time required to perform the basic services attendant to filing and attendance at the creditors meeting, filing notices of stay, etc.**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:
   **Representation in adversary proceedings.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or agreement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: 12-16-98

*Terri L. Gardner*, Bar No. **9809**
SMITH DEBNAM NARRON & MYERS, L.L.P.
Attorney for Debtor(s)

13