United States Bankruptcy Court
Eastern District of North Carolina

**FILED**
DEC 17 1998
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

In re  **International Heritage, Inc.**          Case No. 98-02675-5-ATS
56-1921093                                        Chapter 7

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | 0 | $ 0.00 | | |
| B - Personal Property | NO | 3 | $ 5,431,040.39 | | |
| C - Property Claimed As Exempt | NO | 0 | | | $ 0.00 |
| D - Creditors Holding Secured Claims | NO | 4 | | $ 5,827,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | NO | 4 | | $ 576,939.61 | |
| F - Creditors Holding Unsecured Nonpriority Claims | NO | 51 | | $ 6,503,675.04 | |
| G - Executory Contracts and Unexpired Leases | NO | 1 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | $ 0.00 |
| J - Current Expenditures of Individual Debtor(s) | NO | | | | $ 0.00 |
| Total Number of sheets in ALL Schedules | | 63 | | | |
| | | Total Assets | $ 5,431,040.39 | | |
| | | | Total Liabilities | $ 12,907,614.65 | |

15