In re: **International Heritage, Inc.**
56-1921093

Case No. **98-02675-5-ATS**

**FILED**
DEC 17 1998
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report in this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Advances Equities<br>P.O. Box 1042<br>Winnfield, LA 71483 | | | 6/18/98<br>Security Agreement<br>Lien on accounts receivable, chattel paper and general intangibles, moneys, securities, records relating to collateral, inventory, equipment, intellectual property and after-acquired collateral.<br>VALUE unknown | | | | $ 67,000.00 | N/A |
| ACCOUNT NO.<br>Centrum Bank AG, Vaduz<br>Heiligkreuz 8<br>Postfoch 1168<br>FL-9490 Vaduz | | | 6/98<br>Security Agreement<br>Lien on accounts receivable, chattel paper and general intangibles, moneys, securities, records relating to collateral, inventory, equipment, intellectual property and after-acquired collateral.<br>VALUE unknown | | | | $ 250,000.00 | N/A |
| ACCOUNT NO.<br>Gary D. McDowell<br>1138 Ascott Valley Dr.<br>Duluth, GA 30097 | | | 6/30/98<br>Security Agreement<br>Lien on accounts receivable, chattel paper and general intangibles, moneys, securities, records relating to collateral, inventory, equipment, intellectual property and after-acquired collateral.<br>VALUE unknown | | | | $ 70,000.00 | N/A |
| ACCOUNT NO.<br>J.C. Faulhaber<br>923 South 4th<br>LaConner, WA 98257 | | | 10/8/98<br>Security Agreement<br>Lien on accounts receivable, chattel paper and general intangibles, moneys, securities, records relating to collateral, inventory, equipment, intellectual property and after-acquired collateral.<br>VALUE unknown | | | | $ 25,000.00 | N/A |
| ACCOUNT NO.<br>Jean Wedin<br>P.O. Box 1600<br>LaConner, WA 98257 | | | 10/07/98<br>Security Agreement<br>Lien on accounts receivable, chattel paper and general intangibles, moneys, securities, records relating to collateral, inventory, equipment, intellectual property and after-acquired collateral.<br>VALUE unknown | | | | $ 25,000.00 | N/A |
| Schedule D Page 1 of 4 | | | Subtotal (Total of this page) ➤ | | | | $437,000.00 | |

In re: International Heritage, Inc.  
56-1921093

Case No. 98-02675-5-ATS

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Jewels by Evonne<br>1879 Buford Hwy.<br>Suite 7<br>Buford, GA 30518 | | | Security Agreement<br>Inventory comprised of fine 14K, 18K and 24K gold, precious stones, silver and other types of jewelry; collectibles of various types and descriptions; leather goods; and the proceeds from accounts receivable associated with the sale of collateral.<br>VALUE $ 0.00 | | | | $ 0.00 | $ 0.00 |
| ACCOUNT NO.<br>Lois Coonc<br>P.O. Box 699<br>LaConner, WA 98257 | | | 10/07/98<br>Security Agreement<br>Lien on accounts receivable, chattel paper and general intangibles, moneys, securities, records relating to collateral, inventory, equipment, intellectual property and after-acquired collateral.<br>VALUE unknown | | | | $ 35,000.00 | N/A |
| ACCOUNT NO.<br>Mayflower Capital, LLC<br>2626 Glenwood Ave.<br>Suite 100<br>Raleigh, NC 27608 | | | 7/10/98<br>Security Agreement<br>Lien on accounts receivable, chattel paper and general intangibles, moneys, securities, records relating to collateral, inventory, equipment, intellectual property and after-acquired collateral.<br>VALUE unknown | | | | $ 500,000.00 | N/A |
| ACCOUNT NO.<br>Mayflower Capital, LLC<br>2626 Glenwood Ave.<br>Suite 100<br>Raleigh, NC 27608 | | | 6/16/98<br>Security Agreement<br>Creditor maintains that the debt is secured. Counsel has been unable to locate UCC filings.<br>VALUE unknown | | | | $ 750,000.00 | N/A |
| ACCOUNT NO.<br>Mayflower Capital, LLC<br>2626 Glenwood Ave.<br>Suite 100<br>Raleigh, NC 27608 | | | 10/1/98<br>Security Agreement<br>Lien on accounts receivable, chattel paper and general intangibles, moneys, securities, records relating to collateral, inventory, equipment, intellectual property and after-acquired collateral.<br>VALUE unknown | | | | $ 200,000.00 | N/A |

Subtotal (Total of this page) ➤ $1,485,000.00

In re: International Heritage, Inc.  
56-1921093

Case No. 98-02675-5-ATS

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Mayflower Capital, LLC<br>2626 Glenwood Ave.<br>Suite 100<br>Raleigh, NC 27608 | | | 10/14/98<br>Security Agreement<br>Lien on accounts receivable, chattel paper and general intangibles, moneys, securities, records relating to collateral, inventory, equipment, intellectual property and after-acquired collateral.<br>VALUE unknown | | | | $ 100,000.00 | N/A |
| ACCOUNT NO.<br>Pamela Johnson<br>18488 Best Road<br>Mount Vernon, WA 98273 | | | 10/7/98<br>Security Agreement<br>Lien on accounts receivable, chattel paper and general intangibles, moneys, securities, records relating to collateral, inventory, equipment, intellectual property and after-acquired collateral.<br>VALUE unknown | | | | $ 35,000.00 | N/A |
| ACCOUNT NO.<br>Schweizer Verband<br>der Raiffeisen-banken<br>St. Gallen<br>Vadianstrasse 17<br>CH-9000 St. Gallen | | | 7/98<br>Security Agreement<br>Lien on accounts receivable, chattel paper and general intangibles, moneys, securities, records relating to collateral, inventory, equipment, intellectual property and after-acquired collateral.<br>VALUE unknown | | | | $ 10,000.00 | N/A |
| ACCOUNT NO.<br>Schweizerische Hypotheke<br>Handelsbank, Zurich<br>Bahnhofstrasse/<br>Schutzengasse 4<br>CH-8023 Zurich | | | 7/98<br>Security Agreement<br>Lien on accounts receivable, chattel paper and general intangibles, moneys, securities, records relating to collateral, inventory, equipment, intellectual property and after-acquired collateral.<br>VALUE unknown | | | | $ 10,000.00 | N/A |

Subtotal (Total of this page) ➤ $155,000.00

In re: International Heritage, Inc.  
56-1921093

Case No. 98-02675-5-ATS

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Stanley H. Van Etten<br>10504 Tredwood Drive<br>Raleigh, NC 27613 | | | 5/98<br>**Security Agreement**<br>Lien on accounts receivable, chattel paper and general intangibles, moneys, securities, records relating to collateral, inventory, equipment, intellectual property and after-acquired collateral. Mr. Van Etten may argue that he owns the $3.5 mil. bond held by the SEC rather than having made a secured loan in this amount.<br>**VALUE unknown** | | | | $3,500,000.00 | N/A |
| ACCOUNT NO.<br>UBS, Zuerich<br>Direktion<br>Bahnhofstrasse 45<br>Postfach<br>CH-8021 Zurich | | | 6/98<br>**Security Agreement**<br>Lien on accounts receivable, chattel paper and general intangibles, moneys, securities, records relating to collateral, inventory, equipment, intellectual property and after-acquired collateral.<br>**VALUE unknown** | | | | $ 250,000.00 | N/A |

| | |
|---|---|
| Subtotal ➢ (Total of this page) | $3,750,000.00 |
| Total ➢ | $5,827,000.00 |

Schedule D Page 4 of 4

## EXHIBIT D

The Debtor has been unable to determine the current balance due on the promissory notes referenced due to software problems. This information will be provided as soon as available.

The following is a list of creditors with an option to convert to stock contained in their promissory note. The Debtor does not believe they were converted:

| **Creditor** | **Amount of Note** |
| --- | --- |
| Schweizerische Hypotheke Handelsbank, Zurich | $10,000.00 |
| Scweizer Verband der Raiffeisen-banken | $10,000.00 |
| UBS, Zuerich | $250,000.00 |
| Centrum Bank AG Vaduz | $250,000.00 |

The following is a list of creditors whose notes contained an option to convert to stock which were exercised. These notes were secured by UCC filings:

| **Creditor** | **Amount of Note** |
| --- | --- |
| Accurata Treuhand und Revision AG Vaduz | $20,000.00 |
| UBS AG Zurich | $10,000.00 |
| Emil Schatz St. Gallen | $40,000.00 |
| Mareco Treuhand Anstalt Rubrik ORA 311, Balzers | $20,000.00 |