In re:  International Heritage, Inc.                                                      Case No. **98-02675-5-ATS**

56-1921093

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report in this Schedule E.

**FILED**

**TYPES OF PRIORITY CLAIMS**

**DEC 17 1998**

☐ **Extensions of credit in an involuntary case**

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☑ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

\* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re: International Heritage, Inc.  Case No. 98-02675-5-ATS

56-1921093

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority: Wages, Salaries, and Commissions

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> See Exhibit E1 Attachment | | | | | | | $ 165,574.43 | $ 165,574.43 |

Subtotal (Total of this page) ➤ $165,574.43

Schedule E Page 2 of 4

| International Heritage 56-1921093 SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS (Employees) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Name | Address | City | State | Zip Code | Wages | Vacation | Severance | Total |
| Adrienne Marie Cunningham | 1715 East Cornwallis #C | Durham | NC | 27713 | | | | - |
| Alan Zhang | 5900 Timber Creek Lane #705 | Raleigh | NC | 27612 | 551.60 | 551.60 | | 1,103.20 |
| Alex Ravenscraft | 403 Kevin Circle | Raleigh | NC | 27609 | | 1,500.00 | | 1,500.00 |
| Alice Jeannette Aikens | 461 Westcliff Court | Raleigh | NC | 27606 | 534.00 | 353.78 | | 887.78 |
| Alicia Nicole Pleasant | 113 Countrywood Dr | Fuquay-Varina | NC | 27526 | | | 89.20 | 89.20 |
| Amanda Brown | 4000-D Water Oak Rd | Raleigh | NC | 27516 | 370.00 | 592.00 | | 962.00 |
| Amanda Skye Watkins | 6301 Perry's Point Dr | Wendell | NC | 27591 | | | | - |
| Amy Dusenbury | 13907 Riverbirch Trace | Midlothian | VA | 23112 | | | | - |
| Andrea L. Norton | 107 Wordsmith Ct. | Cary | NC | 27511 | 646.16 | 646.00 | | 1,292.16 |
| Andrea McLendon | 3541-A Old Dam Rd | Wilson | NC | 27893 | 546.00 | 546.00 | | 1,092.00 |
| Andrew Everett | 8100 Bellingham Circle | Raleigh | NC | 27615 | | | | - |
| Angel Green | 2604-D Millborough Ct | Raleigh | NC | 27604 | | | | - |
| Angela Gales | 543 Mays Cross Roads | Franklinton | NC | 27525 | | | | - |
| Angela Lucas | 6206 Pine Glen Trail | Durham | NC | 27713 | | | | - |
| Angela P. Tate | 2719 Newsome St | Raleigh | NC | 27603 | | | | - |
| Angela R. Brinson | | Faison | NC | 28341 | | | | - |
| Angie C. Stewart | P. O. Box 623 | Buies Creek | NC | 27506 | 2,115.39 | | | 2,115.39 |
| Angie Chiavone | 530 N. Fayetteville Street | Clayton | NC | 27520 | | | | - |
| Anita Walker | 3820 Bonneville Ct. #G | Raleigh | NC | 27604 | | | | - |
| Anna Washburn | 145 Christopher Dr | Clayton | NC | 27520 | | 432.69 | | 432.69 |
| Annitte L. Davis | 102 Hidden Oaks Dr #B1 | Cary | NC | 27513 | 400.00 | | | 400.00 |
| Ashley K. Markham | 5720-303 Magelian Way | Raleigh | NC | 27612 | 1,353.85 | 615.20 | | 1,969.05 |
| Avonya Judd | 108-B Caprano Dr | Holly Springs | NC | 27540 | | | | - |
| Barbara Dawson | 8215 Perry Creek Road | Raleigh | NC | 27616 | | | | - |
| Becky Spring | 9204 Cub Trail | Raleigh | NC | 27615 | | | | - |
| Belinda E. Lindsey | 3600 Atlantic Ave | Raleigh | NC | 27604 | 576.93 | 346.08 | | 923.01 |
| Belinda Perry | 6221-K North Hills Dr | Raleigh | NC | 27609 | | | | - |
| Bernetta Renee Smith | 1358 Niblett Dr | Rocky Mount | NC | 27804 | | | | - |
| Beverly Maynard | 703 Circle Dr., Apt. #2 | Angier | NC | 27501 | | | | - |
| Bobbie Hall | 3078 N. Main St. Lot 102 | Hope Mills | NC | 28348 | | | | - |
| Bonny Little | 6400 Gidleigh Crossing Apt A | Raleigh | NC | 27616 | | | 892.00 | 892.00 |
| Bradley Hobgood | 1454-5 Cimarron Pkwy | Wake Forest | NC | 27587 | 1,423.08 | 711.54 | | 2,134.62 |
| Bradley Lagle | 2704-H Bridgedoom Dr | Raleigh | NC | 27606 | | | | - |
| Brenda Glover | 1623 Quail Ridge Rd Apt A | Raleigh | NC | 27609 | | | | - |
| Brenda Tyson | Rt 2 Box 640-9 | Franklinton | NC | 27525 | | | | - |
| Brent Miller | 970 E. Durness Court | Wake Forest | NC | 27587 | 2,538.46 | 115.40 | | 2,653.86 |
| Capricia Renada Clark | 3805 Cumberland Creed Rd | Raleigh | NC | 27613 | 615.13 | 426.60 | | 1,041.73 |
| Carl Jaramillo | 6000 Brass Lantern Ct | Raleigh | NC | 27606 | | | | - |
| Carl Larsen | 5208 Wallingford Dr | Raleigh | NC | 27616 | 470.00 | 564.00 | | 1,034.00 |
| Carla Brown | 4500 B Brockton Dr | Raleigh | NC | 27604 | 538.00 | 269.00 | | 807.00 |
| Carlene T. Jones | 1120 Carlisle St | Raleigh | NC | 27610 | | | | - |
| Carmen Lumpkin | 4205 City of Oaks Wynd | Raleigh | NC | 27612 | | | | - |
| Carol Evans | 3101-201 Summit Cove | Raleigh | NC | 27613 | | | | - |
| Carol G. Makkieh | 100 Calibre Dr Apt 203 | Raleigh | NC | 27609 | | | - | - |
| Carol Kinneman | 221 Castle Hayne Dr | Apex | NC | 27502 | 1,096.16 | 1,096.00 | | 2,192.16 |
| Carola Smith | 8721 Brandon Mill Cir | Garner | NC | 27529 | | | | - |
| Caroline A. Beane | 747 South First St. Apt. 2 | Lincoln | NE | 28508 | | | | - |
| Carolyn Snyder | 112-1C | Cary | NC | 27513 | | | | - |
| Casandra J. Herring | 5501-203 Reunion Point | Raleigh | NC | 27604 | | | | - |
| Cassandra Allen | P. O. Box 21544 | Winston-Salem | NC | 27120 | | | | - |
| Cassandra L. Strickland | 103-A Guerin Road | Holly Springs | NC | 27540 | | | | - |
| Catherine Faegge | 111-B Verdouco Dr | Holly Springs | NC | 27540 | | | | - |
| Catherine M. Riehle | 8511 Summersweet Ln #31 | Raleigh | NC | 27612 | 480.77 | 432.72 | | 913.49 |
| Catherine V. Crews | 5714 Finsbury Court | Raleigh | NC | 27609 | | 123.07 | | 123.07 |
| Cathy R. Foreman | 3012 Olde Birch Dr | Raleigh | NC | 27610 | | | | - |
| Cedric L. Dobbin | 915 Edison Rd | Raleigh | NC | 27610 | | | | - |
| Chanda Crews | 700 Coleman St. #C | Raleigh | NC | 27610 | | | | - |

| Name | Address | City | State | Zip | | | | |
|---|---|---|---|---|---|---|---|---|
| Charlotte M. Reaves | 3525 Bellevue Rd | Raleigh | NC | 27609 | | | | - |
| Cherry Perry | 705-205 Flavion Dr | Raleigh | NC | 27608 | | | | - |
| Cheryl Alston | 621 Julie McKnight Road | Kittrel | NC | 27544 | | | | - |
| Cheryl Jones | 820 Vardaman St | Raleigh | NC | 27610 | | | | - |
| Cheryl W. Fraiser | P. O. Box 743 | Cary | NC | 27512 | | | | - |
| Chinita Jones | 4324-F St. James Church Rd | Raleigh | NC | 27604 | | | | - |
| Chris Reid | 2208 Oxford Rd | Raleigh | NC | 27608 | | 961.53 | | 961.53 |
| Christina H. Page | 1204 B Schaub | Raleigh | NC | 27629 | 673.08 | 538.56 | | 1,211.64 |
| Christine E. Gruschow | 311 W. Horton St | Zebulon | NC | 27597 | | | | - |
| Chynice Chapman | 3412 Ribcowski Ct | Raleigh | NC | 27616 | | | | - |
| Clark A. Jones | 5004 Rembert Dr | Raleigh | NC | 27612 | | | | - |
| Clemmie J. Brown | 901 Pine Forest Trail | Knightdale | NC | 27545 | | | 880.00 | 880.00 |
| Constance Baskerville | 224 S. Elizabeth Street | Henderson | NC | 27536 | | | | - |
| Constance Davidson | 2304 Shoveller Court | Raleigh | NC | 27616 | | | | - |
| Crystal A. Anderson | 841 Freedom Drive Lot 50 | Raleigh | NC | 27610 | | | | - |
| Crystal Page | P. O. Box 40036 | Raleigh | NC | 27629 | | | | - |
| Curtis Holmes | 4604-D Kilcullen Dr | Raleigh | NC | 27604 | | | | - |
| D'Juan D. Suggs | 123 Fairlane Dr | Gray | LA | 70359 | | | | - |
| Dana M. Lahart | 3824 Brentwood Rd | Raleigh | NC | 27604 | | | 856.80 | 856.80 |
| Daniel Hague | 1009 Archer Way | Wendell | NC | 27591 | 565.39 | 565.20 | | 1,130.59 |
| Darlene Bergeron | 8521-23 Summersweet Lane | Raleigh | NC | 27612 | | | | - |
| David Cooper | 135 Pineland Cir | Raleigh | NC | 27606 | | | | - |
| David Scott | 2120 Haig Point Way | Raleigh | NC | 27604 | 538.46 | | | 538.46 |
| David Shane | 1800 Ivy Court | Woodbridge | VA | 22191 | 1,250.00 | | | 1,250.00 |
| Dawn E. McIntyre | 1313 Doylin Dr | Cary | NC | 27511 | | | | - |
| Deanna Wahlers | 216 High Maple Court | Holly Springs | NC | 27540 | | | | - |
| Debra Blevins | 5132 Beckwyck Drive | Fuquay-Varina | NC | 27526 | 2,115.39 | 161.52 | | 2,276.91 |
| Debra L. Richards | P. O. Box 115 | Parmele | NC | 27861 | | | | - |
| Demeika Evans | 6741 Six Forks Rd #A-5 | Raleigh | NC | 27615 | | | | - |
| Derek Stryker | 4129 Lake Land Dr #308 | Raleigh | NC | 27613 | | | 6,730.76 | 6,730.76 |
| Devinder Pannu | 2700 Brigadoon Dr., Apt 1 | Raleigh | NC | 27606 | | | | - |
| Dewana J. Tomb | P. O. Box 416 | Holly Springs | NC | 27540 | | | | - |
| Diana M. Wilson | 325 N. Raleigh Farms Rd | Youngsville | NC | 27596 | | | 1,096.15 | 1,096.15 |
| Diane Cole-Campbell | 400-12 Buck Jones Road | Raleigh | NC | 27606 | | | | - |
| Diann Jones | 5701 Bucktail Place | Raleigh | NC | 27610 | | | | - |
| Donald Guinn | 5609 Olde South Road | Raleigh | NC | 27606 | | | | - |
| Donna Hedgepeth | 145-B Jones Franklin Rd | Raleigh | NC | 27606 | | | | - |
| Dorothy Mae Chance | P. O. Box 2307 | Dunn | NC | 28335 | | | | - |
| Dorothy Wilson | 8300 Greenhead Ct | Raleigh | NC | 27615 | | | 264.00 | 264.00 |
| Doug Troskey | 12308 Wharton's Way | Raleigh | NC | 27613 | 140.00 | | | 140.00 |
| Dwight D. Hallman | 3069 Satellite Ct | Raleigh | NC | 27609 | | 1,307.69 | | 1,307.69 |
| Dyan S. Yellen | P. O. Box 956 | Middlesex | NC | 27557 | | | 704.00 | 704.00 |
| Eddie Overman | 4305 Hunter's Club Dr | Raleigh | NC | 27606 | | | | - |
| Edward Carey | P. O. Box 10913 | Raleigh | NC | 27605 | 1,730.77 | 1,384.64 | | 3,115.41 |
| Edward O. McKeithen | 6120 Blanche Dr | Raleigh | NC | 27607 | | | | - |
| Eileen Hanson | 5805 Waycross St | Raleigh | NC | 27606 | | | | - |
| Elena Johnson | P. O. Box 46797 | Raleigh | NC | 27620 | | | 267.60 | 267.60 |
| Elizabeth Ashton | 2816 O'Berry Street #4 | Raleigh | NC | 27607 | 615.39 | 492.16 | - | 1,107.55 |
| Emily Cogdell | 3302 Nahunta Road | Pikeville | NC | 27863 | | | | - |
| Erica Christensen | 1618 Hammock Pl | Raleigh | NC | 27606 | | | | - |
| Erica Fogg | 842 Colt Dr | Wake Forest | NC | 27587 | | | 267.60 | 267.60 |
| Evelyn Bowe | 2512 Rockwood Dr | Raleigh | NC | 27610 | | | | - |
| Ezra Taylor | 3217-A Calumet Dr | Raleigh | NC | 27610 | | | | - |
| Felicia B. Sharpe | 5508 Buralee Place | Raleigh | NC | 27609 | | | 446.00 | 446.00 |
| Freda George | 6102 E Shanda Dr | Raleigh | NC | 27609 | 480.00 | 480.00 | | 960.00 |
| Frederick D. Jones | 4501 Green Rd Apt 102 | Raleigh | NC | 27604 | 480.00 | 384.00 | | 864.00 |
| Gary L. Johnson | 716 Pressnell Ct | Raleigh | NC | 27615 | | | | - |
| Gary L. Williams | P. O. Box 32198 | Raleigh | NC | 27622 | 865.39 | 1,211.28 | | 2,076.67 |
| Gary Raser | 117 Red Sky Court | Lake Mary | FL | 32746 | | | | - |
| Georgina Mollick | 614-224 Capital Blvd | Raleigh | NC | 27603 | 4,230.77 | 1,921.20 | | 6,151.97 |
| Gerald F. Laws | 7613 Mine Valley Road | Raleigh | NC | 27615 | 440.00 | 440.00 | | 880.00 |

| Name | Address | City | State | Zip | Col1 | Col2 | Col3 | Total |
|---|---|---|---|---|---|---|---|---|
| Geraud Staton | 111 Chaucer Court | Carrboro | NC | 27510 | | | | - |
| Gina E. Josephson | 317 Sandy Bottom Ct | Clayton | NC | 27520 | | | | - |
| Gina Joyner | 12031 Tharrington Rd | Wake Forest | NC | 27587 | | | | - |
| Greta Johnson | 5116 Big Stone Ct | Raleigh | NC | 27610 | | | | - |
| Guinivere C. Jordan | 415 September Lane | Willow Springs | NC | 27592 | | | | - |
| Heather L. Markham | 5720-303 Magellan Way | Raleigh | NC | 27612 | | | | - |
| Heather Slinkard | 106 Ethans Glen Court | Cary | NC | 27513 | 565.39 | 565.20 | | 1,130.59 |
| Herman L. Holmes, Jr. | 415 September Ln | Willow Springs | NC | 27592 | | | | - |
| Ingrid Elizabeth Watson | 366 Wildlife Club Rd | Clarksville | VA | 23927 | 446.00 | 356.80 | | 802.80 |
| Jackie McEachin | 2715 Big Oak Rd | Raleigh | NC | 27610 | | | | - |
| Jacqueline Johnson | 1930 Melrose Valley Cr #723 | Raleigh | NC | 27603 | 500.00 | 400.00 | | 900.00 |
| James Carter | 4000 Cumming Circle Apt. 1D | Raleigh | NC | 27613 | | | | - |
| James D. Gilchrist | 104 Buttercup Court | Garner | NC | 27529 | | | | - |
| James D. McDonald | 400 Winterlochen Rd | Raleigh | NC | 27603 | 440.00 | 88.00 | | 528.00 |
| James Harris | 9385 Cedar Creek Dr | Olive Branch | MS | 38654 | 1,442.31 | | | 1,442.31 |
| James Slusher | 7001 Norton Lane | Raleigh | NC | 27616 | | | | - |
| Janan Alawar | 289 Kings Parkway | Raleigh | NC | 27610 | | | | - |
| Jane Norwood | 4816 Pine Drive | Raleigh | NC | 27604 | | | | - |
| Janet Morton | 4217 Winding Oak Way | Apex | NC | 27502 | | | | - |
| Janet Poe-Moore | 415 Dacian Rd | Raleigh | NC | 27610 | | | | - |
| Janie Tomlinson | 1304 Armstrong Cir | Raleigh | NC | 27610 | | | | - |
| Jared S. Worsley | 2140-E Brentwood Rd | Raleigh | NC | 27604 | 472.40 | 330.68 | | 803.08 |
| Jeannie Fillgrove | P. O. Box 2753 | Raleigh | NC | 27602 | | | | - |
| Jeff L. Hooks | 118 Birklands Dr | Cary | NC | 27511 | | | | - |
| Jeff Majewski | 2816 Brenfield Dr | Raleigh | NC | 27606 | | | | - |
| Jeffrey A. Trendel | 201 Arbordale | Cary | NC | 27511 | | | | - |
| Jennifer Clark | 1151 Hinnant Road | Pikeville | NC | 27612 | | | | - |
| Jennifer Doherty | 827 Genford Ct | Raleigh | NC | 27609 | 1,653.85 | 992.16 | | 2,646.01 |
| Jennifer Gruver | 4013 Thetford Road | Durham | NC | 27707 | | | 519.23 | 519.23 |
| Jennifer Jennings | 1628 Quiet Oaks Dr | Knightdale | NC | 27545 | | | | - |
| Jie Ma | 138 Solstice Circle | Cary | NC | 27513 | | | | - |
| Jie Yan | 6121 Codes Ridge Rd #1602 | Raleigh | NC | 27612 | 560.00 | 784.00 | | 1,344.00 |
| Joannie Washington | 1811 Cantwell Ct | Raleigh | NC | 27610 | | | | - |
| Joaquina Vaquiz | 2905 Redclay Dr. #814 | Raleigh | NC | 27604 | 474.00 | 237.00 | | 711.00 |
| John D. Brothers | 9416 Koupela Drive | Raleigh | NC | 27615 | | 5,769.24 | | 5,769.24 |
| Johnnie Bell | 6822 Washington Street | Lagrange | NC | 28551 | | | | - |
| Joseph Wentland | 2729 Monticello Dr | Winston-Salem | NC | 27106 | | | | - |
| Juanita M. Boothe | 301 Lane of Sir Kay | Garner | NC | 27529 | 400.00 | 400.00 | | 800.00 |
| Judith Gonzalez | 6300 Chadford Dr Apt. # 1818 | Raleigh | NC | 27612 | 653.85 | 654.00 | | 1,307.85 |
| Julie K. Hill | 257 Holding Young Rd | Youngsville | NC | 27596 | | | | - |
| Julie L. Palmgren | 9600 Treymore Dr | Raleigh | NC | 27613 | | | | - |
| June Annette Cooley | 1464 Sawyer Road | Raleigh | NC | 27610 | | | | - |
| Justin Lefevre | 2102 Aspen Way | Winston-Salem | NC | 27106 | | | | - |
| Karen Kearney | 5119 New Hope Rd #C1 | Raleigh | NC | 27604 | | | | - |
| Karen Nettles | 212 Oak Point Court | Raleigh | NC | 27610 | | | | - |
| Karen Sealey | 44 Coats Circle Bldg 165 | Angier | NC | 27501 | | | | - |
| Karlie R. Mitchell | 909 Wilkins Street | Rocky Mount | NC | 27803 | | | | - |
| Kathryn Kay Herman | 4013 Thetford Rd | Durham | NC | 27707 | 1,137.50 | 504.80 | | 1,642.30 |
| Kathy Reid | 3043 Huntleigh Dr | Raleigh | NC | 27604 | | | | - |
| Katina McClain | 3243 J. Calumet Dr | Raleigh | NC | 27610 | | | | - |
| Katrina N. Pulley | 1809 Elk Park Dr | Raleigh | NC | 27610 | | | | - |
| Kecia L. Peterson | 1520 Crossling Rd | Raleigh | NC | 27610 | | | | - |
| Keith Evans | 3313 Old Milburnie Road | Raleigh | NC | 27604 | | | | - |
| Keith Mackey | 4124 Ridgebrook Bluffs Dr | Raleigh | NC | 27603 | | | | - |
| Kelvin K. Lackey | 1602 Walnut St | Cary | NC | 27511 | | | | - |
| Kendra McCarty | 717-P Audubon Lake Dr | Durham | NC | 27713 | 500.00 | 1,000.00 | | 1,500.00 |
| Kenneth Hirsch | 400 Davie Rd #63 | Carrboro | NC | 27510 | 1,019.23 | 2,038.46 | | 3,057.69 |
| Kenneth Noles | 2342 Eldridge Rd | Newton Grove | NC | 28366 | | | | - |
| Kenya McMillian | 4820 Knight Bridgeway | Raleigh | NC | 27604 | | | | - |
| Kenyatta Sapp | 5451 Brandon Ct | St. Mountain | GA | 30088 | | | | - |
| Kevin D. Jones | 2212 Milipine Dr | Raleigh | NC | 27614 | | | | - |

| Name | Address | City | State | Zip | | | | |
|---|---|---|---|---|---|---|---|---|
| Kim Dobbs | 203 Lane of Sir Gawain | Garner | NC | 27529 | | | | - |
| Kim Howland | 7300 Lake Vista Dr | Raleigh | NC | 27613 | | | 1,230.77 | 1,230.77 |
| Kim M. Berry | 9204 Dawnshire Road | Raleigh | NC | 27615 | | | | - |
| Kim Schmidtke | 545 Wes Sandling Road | Franklinton | NC | 27525 | 546.00 | 109.20 | | 655.20 |
| Kit Norman | 1309-F Kent Rd | Raleigh | NC | 27606 | 538.46 | 430.72 | | 969.18 |
| Kristen Jones | 1401 Millbrook Road #217 | Raleigh | NC | 27609 | | | | - |
| L.,Stephanie Harris | 8413 Runny Cedar Trail | Raleigh | NC | 27615 | | | 1,923.08 | 1,923.08 |
| Lakeisha Jordan | 140 Oakdale Dr | Clayton | NC | 27520 | | | | - |
| Lakeisha T. Jackson | 102 Cedarfield Court | Wendell | NC | 27591 | | | | - |
| Lakrystal Dobbin | 915 Edison Rd | Raleigh | NC | 27610 | | | 267.60 | 267.60 |
| Larry Mays | 1031 Circle Dr., Apt. #B | Angier | NC | 27501 | 410.00 | | | 410.00 |
| Lashonda Dynell Cole | 400-12 Buck Jones Road | Raleigh | NC | 27606 | | | 267.60 | 267.60 |
| Latanya Tinsley | 2725 Big Oak St | Raleigh | NC | 27610 | 440.00 | 44.00 | | 484.00 |
| Latisha D. Murphy | 4010-A Water Oak Dr | Raleigh | NC | 27616 | | | | - |
| Lauren Fuller | 213 Danforth Drive | Cary | NC | 27511 | | | | - |
| Laurence G. Crowder | 3939 Glenwood Ave | Raleigh | NC | 27612 | | | | - |
| Laurie Ann Teixeira | 4910 Dana Drive #9-K | Raleigh | NC | 27606 | | | | - |
| Lavonne Evans | 4013 Lillie Liles Rd | Wake Forest | NC | 27587 | | | | - |
| Lekristy Pearce | 73 Pearce Way | Franklinton | NC | 27525 | 170.00 | | | 170.00 |
| Leslie M. Kerr | 4809 Hederow Dr | Raleigh | NC | 27604 | | | | - |
| Linda Cooley | 3808 Jonesville Road | Wake Forest | NC | 27587 | | | | - |
| Linda Halstead | 6438 Meadow View Drive | Raleigh | NC | 27609 | 1,538.46 | 153.84 | | 1,692.30 |
| Linda Satterwhite | 3718 San Pablo Dr | Raleigh | NC | 27616 | | | | - |
| Lisa R. Eddie | 1826 Alert Rd | Warrenton | NC | 27589 | 711.54 | 426.96 | | 1,138.50 |
| Lisa Woolrich | 213 Sandy Run | Knightdale | NC | 27545 | 446.00 | 446.00 | | 892.00 |
| Loretta Turcotte | 4609-B La Vista Court | Raleigh | NC | 27604 | | | 960.00 | 960.00 |
| Lori Ann Williams | 1321 Kendall Dr | Durham | NC | 27703 | | | | - |
| Loria Patterson | P. O. Box 253 | Raleigh | NC | 27602 | | | | - |
| Louise Owino | 600 Charleston Rd #3S | Raleigh | NC | 27606 | | | | - |
| Loushawn Richardson | 5112 Sandy Springs Dr | Raleigh | NC | 27610 | | | | - |
| Lucretia Glass Wooten | 209 Centre Steet | Tarboro | NC | 27886 | | | | - |
| Marcellina Alexander | 102 North State Street #104 | Raleigh | NC | 27601 | | | | - |
| Marcellus Deloatch | 3140-102 Hidden Pond Dr | Raleigh | NC | 27613 | | | | - |
| Marianne Coats | 303 Marsha Avenue | Raleigh | NC | 27606 | | | 2,192.30 | 2,192.30 |
| Marjorie Downey | 2428 Condor Court | Raleigh | NC | 27615 | | | 1,115.38 | 1,115.38 |
| Mark Lane | 127 New Bern Place #505 | Raleigh | NC | 27601 | | | 1,730.77 | 1,730.77 |
| Marlowe Gatling | 7308 Fox Road | Raleigh | NC | 27616 | | | | - |
| Martha C. Browne | 206 Bayberry Ln | Garner | NC | 27529 | | | | - |
| Marvin Smith | 1536-106 Sunbow Falls Lane | Raleigh | NC | 27609 | | | | - |
| Mary A. Fafoutis | 6200 Darwin Ct. #1306 | Raleigh | NC | 27612 | | | | - |
| Mary Barton Eilers | 112 E Whitaker Mill Rd | Raleigh | NC | 27608 | | 403.92 | | 403.92 |
| Mary Breen | 202 Broad Leaf Circle | Raleigh | NC | 27613 | 2,884.61 | 1,442.40 | | 4,327.01 |
| Mary Joy Larsen | 5208 Wallingford Dr | Raleigh | NC | 27616 | | | 267.60 | 267.60 |
| Mary Maxine Mitchell | 2765 Milburnie Road #B | Raleigh | NC | 27610 | | | | - |
| Mary Selma Pittman | 4000-D Water Oak Rd | Raleigh | NC | 27616 | | | | - |
| Matthew J. Englebert | 2104-B Ravenglass Place | Raleigh | NC | 27613 | | | | - |
| Matthew J. Todd | 1100 Mockingbird Dr | Raleigh | NC | 27615 | | | | - |
| Matthew L. Hilliard-Pinkston | 233 Bridgefield Pl | Durham | NC | 27705 | | | | - |
| Mei Gao | 2601 Wells Avenue | Raleigh | NC | 27608 | | | | - |
| Melissa Lycan | 3501-201 Cumberland Creek Dr | Raleigh | NC | 27613 | 576.93 | 230.72 | | 807.65 |
| Melissa Stansbury | 4207-F Brockton Dr | Raleigh | NC | 27604 | | | | - |
| Meredith Dulaski | 5820 Waterford Valley Crescent | Raleigh | NC | 27612 | 534.00 | 106.80 | | 640.80 |
| Michael Chiavone | 530 N. Fayetteville Street | Clayton | NC | 27520 | | | | - |
| Michael Hoskins | 205 Zachary Way | Garner | NC | 27529 | 1,429.44 | | | 1,429.44 |
| Michael J. Rubino | 2227 North Hills Dr #3 | Raleigh | NC | 27612 | | | | - |
| Michael J. Russo | 827 Genford Court | Raleigh | NC | 27609 | | | | - |
| Michael Jarrett | 5208 Denmead Way | Raleigh | NC | 27613 | | | 576.93 | 576.93 |
| Michael Scott Frey | 101 Uphill Court | Holly Springs | NC | 27540 | 634.61 | 634.80 | | 1,269.41 |
| Micheal F. Decker | 1628 Hammock Place | Raleigh | NC | 27605 | 1,015.38 | 380.88 | | 1,396.26 |
| Milton Richardson | Rt. 4 Box 138 | Enfield | NC | 27823 | | | | - |
| Monica H. Coleman | 131 Gold Meadow Dr | Cary | NC | 27513 | | | | - |

| Name | Address | City | State | Zip | | | | |
|---|---|---|---|---|---|---|---|---|
| N. Jane Savina | 410B Woods of North Bend Dr | Raleigh | NC | 27609 | | | | - |
| Natasha Dantzler | 912 North Creek Dr | Durham | NC | 27707 | 615.39 | 615.20 | | 1,230.59 |
| Nichelle English | 4801-A2 New Hope Rd | Raleigh | NC | 27616 | | | | - |
| Nicholas Danisi | 9420 Donnion Blvd | Raleigh | NC | 27613 | | 769.20 | | 769.20 |
| Nicole Carmina Perry | 160 Misty Way | Franklinton | NC | 27525 | | | | - |
| Nicolle Lindsey | 3101 Ingram Dr | Raleigh | NC | 27604 | 446.00 | 535.20 | | 981.20 |
| Norma J. Baker | 311-C Bargate Drive | Cary | NC | 27511 | 769.23 | 1,538.46 | | 2,307.69 |
| O. Kenneth Rudd III | 7992 Bradwick Way | Melbourne | FL | 32940 | | | | - |
| Orlando Watson | 201 Purvis St | Garner | NC | 27529 | | | 89.20 | 89.20 |
| Pamela Friday-Norfolk | 1324 Wicklow Court #E | Cary | NC | 27511 | | | | - |
| Patricia Caroway | 2201 Woodchuck Court | Raleigh | NC | 27605 | | | | - |
| Patricia Carter | 8801 Breezewood Rd | Sanford | NC | 27330 | | | | - |
| Patricia Jordan | 195 Gordon Moore Road | Franklinton | NC | 27525 | 480.00 | 480.00 | | 960.00 |
| Patricia Sawanowich | 5209 Cumberland Plain Dr | Raleigh | NC | 27616 | 446.00 | 446.00 | | 892.00 |
| Patrick M. Kolenik | 35 Elisabeth Dr | Laurel Hollow | NY | 11791 | | | | - |
| Paul Strother | 204 Clifton Drive | Willow Springs | NC | 27540 | | | | - |
| Penelope Lee Cumings | 6 Enterprise Street | Raleigh | NC | 27607 | | | | - |
| Peter D. Scanlon | 1628 Hammock Place | Raleigh | NC | 27606 | | 2,307.69 | | 2,307.69 |
| Ralph Carlton Scotton | 808 Grantland Dr | Raleigh | NC | 27610 | | | | - |
| Rayshaun J. Gorham | 4850 Crokett Ct | Raleigh | NC | 27606 | | | | - |
| Rebecca Larkin | 1216 Athens Drive #2A | Raleigh | NC | 27606 | | | | - |
| Rebecca Lazo | 2908 Redclay Dr #610 | Raleigh | NC | 27604 | | | 267.60 | 267.60 |
| Rebekah Cortez | 7824 Littleman Lane | Apex | NC | 27502 | | | | - |
| Rhonda Logan | 4308-C Presley Ct | Raleigh | NC | 27604 | | | | - |
| Rhonda Smith | 3417-A Middle Branch Rd | Raleigh | NC | 27610 | | | | - |
| Richard A. Fansler | 3210-34 Shoreview Rd | Raleigh | NC | 27613 | | | | - |
| Richard E. Mathis | 1201 Huntington Park Dr | Morrisville | NC | 27560 | | | | - |
| Richard T. Cicha | 5412 New Rebel Ct. | Youngsville | NC | 27596 | 1,384.62 | 346.08 | | 1,730.70 |
| Robert A. Cranfill | 5820 Waterford Valley Crescent | Raleigh | NC | 27612 | 576.93 | 346.08 | | 923.01 |
| Robert Hukezalie | 8201 Harps Mill Road | Raleigh | NC | 27615 | | | | - |
| Robert L. McAllister | 1312 Flying Hawk Rd | Apex | NC | 27502 | | | | - |
| Robert Leslie | 3207 Courtland Dr | Durham | NC | 27707 | 846.16 | 846.00 | | 1,692.16 |
| Robin L. Wardlaw | 3536 #205 Mayfair Dr | Durham | NC | 27707 | | | | - |
| Robyn Land | 8100 Bellingham Cir | Raleigh | NC | 27615 | | 375.00 | | 375.00 |
| Rosary Gross | 207-67 Loft Lane | Raleigh | NC | 27609 | | | | - |
| Rosella N. Walters | 1045 Irongate Dr | Apex | NC | 27502 | 692.31 | 415.44 | | 1,107.75 |
| Russell Lesko | 1796 Scarborough | Greenville | NC | 27858 | | | | - |
| Samuel Pickett | 5435 Penwood Dr | Raleigh | NC | 27606 | | | | - |
| Sandra A. Lomax | 8511-31 Summersweet Lane | Raleigh | NC | 27612 | 769.23 | 769.20 | | 1,538.43 |
| Sandra Gorman Bronson | 2210 Spring Fern Ct | Apex | NC | 27502 | | | | - |
| Sara Ann Turcotte | 4609-B La Vista Court | Raleigh | NC | 27604 | | | | - |
| Sarah Chapman | 4799 Aldridge Store Road | Lagrange | NC | 28551 | | | | - |
| Sarah David | P. O. Box 31832 | Raleigh | NC | 27622 | | | | - |
| Serita M. Russell | 3130 Exacta Lan #904 | Raleigh | NC | 27613 | | | 792.00 | 792.00 |
| Shae Spence | 524 Garner Townes Lane | Garner | NC | 27529 | | | | - |
| Shaheed Johnson | 3800 Bonneville Ct Apt. J | Raleigh | NC | 27604 | | | | - |
| Shalecia Cooley Smith | 3812 Brentwood Rd #D | Raleigh | NC | 27604 | 400.00 | | | 400.00 |
| Shanita Keech | 904 Nowell Road | Raleigh | NC | 27607 | | | | - |
| Shannon Harbar | 1501 Carroll Hgts Rd | Zebulon | NC | 27597 | 530.00 | | | 530.00 |
| Shannon K. Zeko | 116 Norwood St | Fuquay-Varina | NC | 27526 | | | | - |
| Sharon Byrd | | | | | | | | - |
| Sheila D. Stansell | 3939 Glenwood Ave 753 | Raleigh | NC | 27612 | | | | - |
| Sheila McCarty | 9624 Waterwood Court | Wake Forest | NC | 27587 | 576.93 | 230.72 | | 807.65 |
| Shelley Sanders | 1817 Winway Dr | Raleigh | NC | 27610 | | | 1,153.84 | 1,153.84 |
| Sheri Everett | 3307 Tarleton East | Durham | NC | 27713 | | | | - |
| Sherri Crowder | 48 Hunters Way | Angier | NC | 27501 | | | | - |
| Sheryl Dileo | 125 Horse Creek Trail | Middlesex | NC | 27557 | | | | - |
| Shirley Massenburg | 109 Beaver Dam Dr | Youngsville | NC | 27596 | | | | - |
| Shirlita McFarland | 2904 Slippery Elm Dr | Raleigh | NC | 27610 | 500.00 | | | 500.00 |
| Shomika Royster | Rt. 2 Box 163 D2 | Norlina | NC | 27563 | | | | - |
| Shu-Guo Diao | 3908 Sunningdale Way | Durham | NC | 27707 | | | | - |

| Name | Address | City | State | Zip | | | | |
|---|---|---|---|---|---|---|---|---|
| Shyla Hendrickson | 3804 Rolling Green Rd | Raleigh | NC | 27604 | | | | - |
| Sita Shukura Williamson | 140 Howard Harris Road | Franklinton | NC | 27525 | | | 267.60 | 267.60 |
| Sonji Evans | 9035 Buffaloe Rd | Knightdale | NC | 27545 | | | | - |
| Sonya Chipping | 3728 Brinkley Drive | Raleigh | NC | 27604 | 1,607.69 | 1,023.12 | | 2,630.81 |
| Sonya D. Hill | 4416-B Brockton Dr | Raleigh | NC | 27604 | | | 892.00 | 892.00 |
| Sonya Murphy | P. O. Box 26523 | Raleigh | NC | 27611 | | | | - |
| Sparkyl Dade | 2201 Woodchuck Place | Raleigh | NC | 27610 | | | | - |
| Stanley H. Van Etten | 10504 Treadwood Dr | Raleigh | NC | 27615 | 53,125.02 | 32,692.32 | | 4,300.00* |
| Stephanie Mitchell | 1632 Engle Road #448 Hashinger | Lawrence | KS | 66045 | | | | |
| Stephanie Richardson | 2200 I Glasscock Street | Raleigh | NC | 27610 | | | | - |
| Stephanie Shields | 3241-P Calumet Road | Raleigh | NC | 27610 | | | | - |
| Stephanie Underwood | 2717 Oberlin Rd | Raleigh | NC | 27608 | | | | - |
| Stephanie Utley | 101-B Guerin Rd | Holly Springs | NC | 27540 | | | | - |
| Stephon Autery | 819 Green Street | Durham | NC | 27703 | 2,200.00 | 2,000.00 | | 4,200.00 |
| Sumaira Salim | 112 Luyon Pl | Cary | NC | 27513 | | | | - |
| Susan B. Coble | 102-2C Pickering Place | Cary | NC | 27513 | | | | - |
| Susan Beasley | 1038 Horsetrail Way | Wake Forest | NC | 27587 | | 2,596.32 | | 2,596.32 |
| Susan E. Hull | 4510 Tournament Drive #202 | Raleigh | NC | 27612 | | | | - |
| Susan Hurley | 3512-301 Cumberland Creek Rd | Raleigh | NC | 27613 | | | 846.16 | 846.16 |
| Susie Ann Partin Turner | Rt 1 Box 310 | Benson | NC | 27504 | | | | - |
| Tamara D. Neilson | 323 Irelan Dr | Raleigh | NC | 27606 | | | | - |
| Tamara Green-Hayes | 3900 Cass Court #1G | Raleigh | NC | 27613 | 1,269.24 | | | 1,269.24 |
| Tammi R. Archer | 5820 Apt. 626 Waterford Valley | Raleigh | NC | 27612 | | | | - |
| Tammie Page | 3800 J Bonneville Ct | Raleigh | NC | 27604 | | | | - |
| Tammy Crump | 7329 Bassett Hall Ct | Raleigh | NC | 27616 | 446.00 | | | 446.00 |
| Tawanna Willie | 2904 Snowberry Dr | Raleigh | NC | 27610 | | | 948.00 | 948.00 |
| Tenesha McKinney | 4001 Jamie Ct | Raleigh | NC | 27613 | | | | - |
| Teresa D. Core | 1309 Stewarts Glen Circle | Raleigh | NC | 27615 | 420.00 | | | 420.00 |
| Teresa Lynn | 201 Purvis St | Garner | NC | 27529 | | | 346.14 | 346.14 |
| Teresa Smith | 115 Long Bridge Dr | Cary | NC | 27511 | 7 | | | - |
| Teressa Bennett | 3810 Gray Harbor Dr. #101 | Raleigh | NC | 27616 | | | | - |
| Terry Gavin | 7734 Ella Jane Apt O | Charlotte | NC | 28273 | | | | - |
| Thea Smiley | 3625 Bond Street | Raleigh | NC | 27604 | | | | - |
| Theresa M. McQueen | 924 Bryan Place B-3 | Garner | NC | 27529 | | | | - |
| Tiffany Gunn | 4713 Old Plank Rd #108 | Raleigh | NC | 27604 | | | | - |
| Timothy L. Allen | 5224 Cottage Oaks Lane | Raleigh | NC | 27616 | | | | - |
| Timothy Otto | 2408 Eddystone Rd | Raleigh | NC | 27612 | | | | - |
| Tina Spearman | 419 Dorothea Dr | Raleigh | NC | 27601 | | | | - |
| Toby Kandies | 116 Norwood St | Fuquay-Varina | NC | 27526 | 490.39 | 490.40 | | 980.79 |
| Tonya Adritta Williams | 506-C Hillcrest Dr | Goldsboro | NC | 27534 | | | | - |
| Tonya Johnson | 4412-C Brockton Dr | Raleigh | NC | 27604 | | | | - |
| Tonya M. Gray | 2140 Brentwood #E | Raleigh | NC | 27604 | 460.00 | 92.00 | | 552.00 |
| Tonya Payne | 3101 Banks Rd | Raleigh | NC | 27603 | | | 89.20 | 89.20 |
| Tracey Dunbar | 1921 Orchard Hollow Ln #104 | Raleigh | NC | 27603 | | | | - |
| Trista Palmer | 3605-105 Cumberland Creek Rd | Raleigh | NC | 27613 | | | 1,057.69 | 1,057.69 |
| Valerie Elliott | 3421 C. Middlebranch Rd | Raleigh | NC | 27610 | | | 88.00 | 88.00 |
| Valerie Tisdale | 215 W. Judd St | Zebulon | NC | 27597 | | | 951.20 | 951.20 |
| Velma E. Tyson | 472 Westcliffe Court | Raleigh | NC | 27606 | | | | - |
| Velvelette M. Poole | 4026 Green Laaf St | Raleigh | NC | 27606 | | | | - |
| Veronica Gist | 1008 Amanda Lane | Angier | NC | 27501 | 515.60 | 309.36 | | 824.96 |
| Veronica Johnson | 310 Aqua Marine Lane | Knightdale | NC | 27545 | | | | - |
| Victor Palmer | 3605-105 Cumberland Creek Rd | Raleigh | NC | 27613 | 548.08 | 876.80 | | 1,424.88 |
| Vikky Sholley | 106 Pickett Lane | Cary | NC | 27511 | 2,538.46 | 692.40 | | 3,230.86 |
| Viola Speller | 501 Dandelion Pl | Raleigh | NC | 27610 | 528.85 | | | 528.85 |
| Wallace Sowell | 6502 Hearthstone | Raleigh | NC | 27615 | | | | - |
| Wanda A. Davis | 1005 Mark St | Raleigh | NC | 27601 | | | | - |
| Wanda Currin | 1107 Garner Rd | Raleigh | NC | 27610 | | | | - |
| Wanda Natasha Williams | 4709 Old Plank Road #215 | Raleigh | NC | 27604 | | | | - |
| Wendolyn Perry | 1930 West River Rd. | Franklinton | NC | 27525 | | | 176.00 | 176.00 |
| Wendy Bradsher | 1517 East Jones St. | Raleigh | NC | 27610 | | | | - |
| Wendy Bush | 5017-103 Cape Breton Drive | Raleigh | NC | 27616 | | | | - |

\* The total amount of Mr. Van Etten's claim is $101,855.38 less the secured amount totalling $4,300.00, leaving an unsecured balance totalling $97,555.38.

| Name | Address | City | State | Zip | | | | Total |
|---|---|---|---|---|---|---|---|---|
| Wendy Raynor | 1217 Canee Creek Dr | Garner | NC | 27529 | 548.08 | 548.00 | | 1,096.08 |
| William G. Jones | 2300-D Torquay Crossing | Raleigh | NC | 27616 | | | 178.40 | 178.40 |
| William J. Oberkirsch | 4733-D Matt Dr | Raleigh | NC | 27604 | | | 920.00 | 920.00 |
| William S. Cronin Jr | 1526 Tryon Road | Raleigh | NC | 27603 | | | | - |
| Yaunah Hairston | 211 Stokes St A108 | Durham | NC | 27701 | | | | - |
| Yolanda Lee | 804 Friar Tuck Rd | Raleigh | NC | 27610 | | | 892.00 | 892.00 |
| Yong Bai | 2512 Clark Avenue Apt. 2 | Raleigh | NC | 27607 | | | | - |
| Yvette Freeman | 5528 Burnlee Pl | Raleigh | NC | | | | | - |
| Yvette Lanier | 6109 Rock Ave | Raleigh | NC | 27610 | | | | - |
| | | | | | 124,250.34 | 89,441.03 | 33,500.40 | $165,574.43 |

In re: International Heritage, Inc.  
56-1921093

Case No. 98-02675-5-ATS

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority: Contributions to Employee Benefit Plans

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  See Exhibit E2 Attachment. | | | | | | | $ 36,556.72 | $ 36,556.72 |

Schedule E Page 3 of 4

Subtotal (Total of this page) ➤ $36,556.72

## **EXHIBIT E2**

The following is a list of amounts owed to insurance companies by the Debtor for employee benefits:

Healthsource:

P.O. Box 751996
Charlotte, NC 28275

| | |
|---|---|
| Balance due as of 11/30/98 | $28,065.00 |
| Amount contributed by employees but not paid to Healthsource | $3,932.96 |
| Total amount due   = | $31,997.96 |

Jefferson Pilot:

P.O. Box 15001
Charlotte, NC 28265

| | |
|---|---|
| Balance due as of 11/30/98 | $4,000.00 (approx.) |
| Amount contributed by employees but not paid to Jefferson Pilot | $558.76 |
| Total amount due   = | $4,558.76 (approx.) |

In re: **International Heritage, Inc.**  Case No. **98-02675-5-ATS**

56-1921093

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Type of Priority: Taxes and Certain Other Debts Owed to Government

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> See Exhibit E3 Attachment. | | | | | | | $ 374,808.46 | $ 374,808.46 |

| | |
|---|---|
| Subtotal (Total of this page) | $374,808.46 |
| Total | $576,939.61 |

Schedule E Page 4 of 4

## EXHIBIT E3

| | | |
|---|---|---|
| State of Alabama<br>Department of Revenue<br>50 N. Ripley Street<br>Montgomery, AL 36104 | (Sales tax) | 18,500.00 |
| State of Arizona<br>Department of Revenue<br>P. 0. Box 29080<br>Phoenix, AZ 85038 | (Sales tax) | 7,500.00 |
| State of Arkansas<br>Sales & Use Tax Section<br>P. 0. Box 1272<br>Little Rock, AR 72203 | (Sales tax) | 14,800.00 |
| State of California<br>State Board of Equalization<br>9823 Old Winery Place, Suite I<br>Sacramento, CA 94279 | (Sales tax) | 18,500.00 |
| State of Colorado<br>Colorado Department of Revenue<br>1375 Sherman Street<br>Denver, CO 80261 | (Sales tax) | 7,500.00 |
| State of Connecticut<br>Taxpayer Assistance<br>Department of Revenue Services<br>92 Farmington Ave<br>Hartford, CT 6105 | (Sales tax) | 960.00 |
| District of Columbia<br>Sales & Use Tax Division<br>Dept. of Finance & Revenue<br>4414 - 4th St., Suite 57ON<br>Washington, DC 20001 | (Sales tax) | 360.00 |
| State of Florida<br>Taxpayer Assistance<br>5050 W. Tennessee St., Bldg. K<br>Tallahassee, FL 399-0125 | (Sales tax) | 18,500.00 |

| | | |
|---|---|---|
| State of Georgia<br>Sales & Use Tax Division<br>P. O. Box 740390<br>Atlanta, GA 30374 | (Sales tax) | 15,000.00 |
| State of Idaho<br>Bureau Chief of Sales Tax Audit<br>P. O. Box 36<br>Boise, ID 83722 | (Sales tax) | 360.00 |
| State of Illinois<br>Sales & Excise Tax Division<br>101 West Jefferson<br>Springfield, IL 62794 | (Sales tax) | 3,600.00 |
| State of Indiana<br>Tax Examiner<br>Sales Tax Division<br>100 North Senate Ave.,<br>Room 208, State Office Bldg.<br>Indianapolis, IN 46204 | (Sales tax) | 1,800.00 |
| State of Iowa<br>Dept. of Revenue<br>Taxpayer Service Section<br>Hoover State Office Bldg.,<br>East 13th & Walnut<br>Des Moines, IA 50319 | (Sales tax) | 360.00 |
| State of Kansas<br>Business Tax Bureau<br>Kansas Dept. of Reveune<br>915 Harrison - 3rd Floor,<br>Docking State Office Bldg.<br>Topeka, KS 66625 | (Sales tax) | 11,000.00 |
| State of Kentucky<br>Revenue Cabinet<br>Sales and Use Tax Division<br>P. O. Box 181<br>Frankfort, KY 40602 | (Sales tax) | 1,850.00 |

| | | |
|---|---|---|
| State of Louisiana<br>Sales Tax Section<br>Department of Revenue & Taxation<br>P. 0. Box 201<br>Baton Rouge, LA 70821 | (Sales tax) | 11,000.00 |
| State of Maine<br>Sales Tax Division<br>Bureau of Taxation<br>P. 0. Box 1065<br>Augusta, ME 4333 | (Sales tax) | 360.00 |
| State of Maryland<br>Compliance Division<br>301 West Preston St., Room 206<br>Baltimore, MD 21201 | (Sales tax) | 560.00 |
| State of Michigan<br>Sales, Use & Withholding Taxes<br>2nd Floor, Treasury Building<br>Lansing, MI 48922 | (Sales tax) | 1,850.00 |
| State of Minnesota<br>Minnesota Department of Revenue<br>IO River Park Plaza,<br>Mail Station 3310<br>St. Paul, MN 55146 | (Sales tax) | 1,850.00 |
| State of Mississippi<br>Chief, Sales & Use Tax<br>State Tax Commission<br>P. 0. Box 1033<br>Jackson, MS 3921 | (Sales tax) | 3,600.00 |
| State of Missouri<br>Business Taxes Bureau<br>P. 0. Box 840<br>Jefferson City, MO 65105 | (Sales tax) | 3,600.00 |
| State of Nebraska<br>Taxpayer Assistance<br>Department of Revenue<br>P. 0. Box 94818<br>Lincoln, NE 68509 | (Sales tax) | 485.00 |

| | | |
|---|---|---|
| State of Nevada<br>Department of Taxation<br>Revenue Division<br>Capitol Complex<br>Carson City, NV 89710 | (Sales tax) | 360.00 |
| State of New Jersey<br>Division of Taxation<br>CN 269<br>Trenton, NJ 8646 | (Sales tax) | 360.00 |
| State of New Mexico<br>Information Specialist<br>Tax & Revenue Department<br>P. 0. Box 630<br>Santa Fe, NM 87504 | (Sales tax) | 360.00 |
| State of New York<br>Department of Taxation & Finance<br>State Cwnpus, Bldg 8<br>Albany, NY 12227 | (Sales tax) | 2,760.00 |
| State of North Dakota<br>Tax Department<br>Sales & Special Taxes<br>600 East Blvd., Ave.,<br>7th Fl., Capitol Bldg.<br>Bismark, ND 58505 | (Sales tax) | unknown |
| State of Ohio<br>Administrator<br>Sales Tax Division<br>30 E. Broad St.<br>Columbus, OH 43215 | (Sales tax) | 4,760.00 |
| State of Oklahoma<br>Oklahoma Tax Commission<br>Business Tax Division<br>2501 Lincoln Blvd.<br>Oklahoma City, OK 73194 | (Sales tax) | 1,760.00 |

| | | |
|---|---|---|
| State of Pennsylvania<br>Director<br>Bureau of Business<br>Trust Fund Taxes<br>Dept. 280900<br>Harrisburg, PA 17128 | (Sales tax) | 1,760.00 |
| State of Rhode Island<br>Chief Revenue Agent<br>Excise Sales Tax<br>1 Capitol Hill<br>Providence, RI 2908 | (Sales tax) | 360.00 |
| State of South Carolina<br>South Carolina Tax Commission<br>P. 0. Box 125<br>Columbia, SC 29214 | (Sales tax) | 3,600.00 |
| State of Tennessee<br>Department of Revenue<br>Taxpayer Services Division<br>3rd Fl., Andrew Jackson<br>State Office Bldg.<br>Nashville, TN 37242 | (Sales tax) | 3,600.00 |
| State of Texas<br>State Comptroller<br>Capitol Station<br>Austin, TX 78774 | (Sales tax) | 18,000.00 |
| State of Utah<br>State Tax Commission<br>2 1 ON. 1950 West<br>Salt Lake City, UT 84134 | (Sales tax) | 360.00 |
| State of Virginia<br>Department of Taxation<br>P. 0. Box 1115<br>Richmond, VA 23208 | (Sales tax) | 185.00 |

| | | |
|---|---|---|
| State of Washington<br>Department of Revenue<br>Excise Tax Division<br>General Administration Bldg., M.S.<br>Olympia, WA 98504 | (Sales tax) | 3,100.00 |
| State of West Virginia<br>Taxpayer's Services Division<br>State Tax Department<br>P. 0. Box 3784<br>Charleston, WV 25337 | (Sales tax) | 360.00 |
| State of Wisconsin<br>Department of Revenue<br>P. 0. Box 8902<br>Madison, WI 53708 | (Sales tax) | 1,850.00 |
| State of Wyoming<br>Revenue and Taxation<br>122 West 25th Street,<br>Herschler Bldg.<br>Cheyenne, WY 82002 | (Sales tax) | 485.00 |
| Internal Revenue Service<br>Special Procedures<br>320 Federal Place, Room 411<br>Greensboro, NC 27401 | (3rd Qtr withholding and FUTA) | 151,251.38 |
| NC Dept. of Revenue<br>P.0. Box 1168<br>Raleigh, NC 27602 | (3rd Qtr withholding) | 30,502.91 |
| Employment Security Commision<br>P.O. Box 26504<br>Raleigh, NC 27608 | (3rd Qtr unemployment taxes) | 4,032.15 |
| Clerk of Superior Court<br>Duplin County Courthouse<br>P.O. Box 189<br>Kennansville, NC 28349 | (Amount due for garnishment) | 646.00 |
| Allied Interstate, Inc.<br>P.O. Box 1471<br>Minneapolis, MN 55440 | (Amount due for garnishment) | 98.00 |

| | | |
|---|---|---|
| Clerk of Superior Court<br>Cumberland County Courthouse<br>P.O. Box 363<br>Fayetteville, NC 28302 | (Amount due for garnishment) | 363.02 |