In re: **International Heritage, Inc.**
56-1921093

Case No. **98-02675-5-ATS**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report in this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>20/21 Interactive, LLC<br>5252 N. Edgewood Drive<br>Suite 100<br>Provo, UT 84604 | | | | | | | $ 36,624.57 |
| ACCOUNT NO.<br>20/21 Software, Inc.<br>1815 South State Street<br>Suite 4500<br>Orem, UT 84058 | | | Executory Contract | | X | | unknown |
| ACCOUNT NO.<br>A&A Jewelers<br>1405 Morningside Ave.<br>Scarborough, Ontario<br>M1B 3J1 Canada | | | Executory Contract | | X | | unknown |
| ACCOUNT NO.<br>Aable Technologies<br>105 Cat Cay Court<br>Atlanta, GA 30350 | | | | | | | $ 8,185.00 |
| ACCOUNT NO.<br>Account Temps<br>3605 Glenwood Ave.<br>Suite 155<br>Raleigh, NC 27612 | | | | | | | -$ 271.48 |

Schedule F Page 1 of 51

Subtotal
(Total of this page)    ➤

$44,538.09

In re:  **International Heritage, Inc.**                                        Case No.    **98-02675-5-ATS**
**56-1921093**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Agora Group, Inc.<br>3003 Yamato Road<br>Regency Center, Ste 203<br>Boca Raton, FL 33434 | | | | | | | $   780.00 |
| ACCOUNT NO.<br>Airborne Express<br>P.O. Box 91001<br>Seattle, WA 98111 | | | | | | | $   261.00 |
| ACCOUNT NO.<br>Alan S. Hirsch<br>North Carolina Attorney General<br>P.O. Box 629<br>Raleigh, NC 27602-0629 | | | refund request | | | X | unknown |
| ACCOUNT NO.<br>Allied Van Lines, Inc.<br>P.O. Box 4403<br>Chicago, IL 60694 | | | | | | | $   3,112.74 |
| ACCOUNT NO.<br>Alt Communications<br>601 Commerce Street<br>Nashville, TN 37203 | | | | | | | $   137.12 |
| ACCOUNT NO.<br>American Management Assoc.<br>P.O. Box 4725<br>Buffalo, NY 14240-4725 | | | | | | | $   153.70 |

Schedule F Page 2 of 51

Subtotal ➢
(Total of this page)

| $4,444.56 |
|---|

In re:  **International Heritage, Inc.**                                      Case No.   **98-02675-5-ATS**
        **56-1921093**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**American Multimedia, Inc.**<br>**2609 Tucker Street Extension**<br>**Burlington, NC 27215** | | | | | | | $  3,720.60 |
| ACCOUNT NO.<br>**Andy Clark**<br>**c/o see below**<br><br><br>**Richard E. Freese, Esquire**<br>**Langston, Frazer, Sweet & Freeze**<br>**2900 Highway 280**<br>**Suite 240, The Morgan Keegan Center**<br>**Birmingham, AL 38223**<br><br>**Walter B. Calton**<br>**312 East Broad Street**<br>**Eufaula, AL 36027** | | | **Randall L. Greene, Andy Clark, Jackson Wayne Murphy; Donnie Kenneth Broderway, James H. Thomas, Individually and on behalf of all other similarly situated; Plaintiffs vs. International Heritage, Incorporated, et al., Defendants.**<br>**Case No: CV-98-42**<br>**In the Circuit Court of Barbour County, Alabama** | | | X | unknown |
| ACCOUNT NO.<br>**Anna Washburn**<br>**145 Christopher Drive**<br>**Clayton, NC  27520** | | | | | | | $    122.17 |
| ACCOUNT NO.<br>**Ashley B. McCain**<br>**Matthews, Carlton, Stein, Shiels, Pearce**<br>**8131 LBJ Freeway, Suite 700**<br>**Dallas, TX 75251** | | | **lawsuit** | | | X | unknown |
| ACCOUNT NO.<br>**Atcom**<br>**P.O. Box 13476**<br>**Research Triangle Park, NC 27709** | | | | | | | $  3,280.00 |

Subtotal
(Total of this page)        ⋗                    | $7,122.77 |

In re:  **International Heritage, Inc.**                                        Case No.  **98-02675-5-ATS**
**56-1921093**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Award Incentives & Recognition<br>65 E. Wadsworth Park Dr.<br>Suite 110<br>Draper, UT 84020 | | | | | | | $  2,962.21 |
| ACCOUNT NO.<br>Babener & Associates<br>121 S. W. Morrison<br>Suite 1020<br>Portland, OR 97204 | | | | | | | $ 48,552.55 |
| ACCOUNT NO.<br>Balloons, Flowers & Gifts<br>2520 Hillsborough Street<br>Raleigh, NC 27607 | | | | | | | $    230.02 |
| ACCOUNT NO.<br>Bard Productions, Inc.<br>4506 N.W. 73rd Ave.<br>Coral Springs, FL 33065 | | | | | | | $  7,445.50 |
| ACCOUNT NO.<br>Barry Ackel<br>1239 Heyman Lane<br>Alexandria, LA 71303 | | | | | | | -$    500.00 |
| ACCOUNT NO.<br>Becky Spring<br>9204 Cub Trail<br>Raleigh, NC  27615 | | | | | | | -$      0.03 |

Schedule F Page 4 of 51

Subtotal
(Total of this page)          ➤                              $58,690.25

In re:  **International Heritage, Inc.**
**56-1921093**

Case No.  **98-02675-5-ATS**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bedford Freight Lines, Inc.**<br>**511 N. La Cienega Bl.**<br>**Ste 208**<br>**P.O. Box 48-619**<br>**Los Angeles, CA 90048** | | | | | | | $ 13,345.52 |
| ACCOUNT NO.<br>**Bellsouth**<br>**P.O. Box 33009**<br>**Charlotte, NC 28243-0001** | | | | | | | $ 16,813.16 |
| ACCOUNT NO.<br>**Best Software, Inc.**<br>**Best/Abra Software, Inc.**<br>**P.O. Box 64351** | | | | | | | $ 7,933.35 |
| ACCOUNT NO.<br>**Better Business Forms, Inc.**<br>**P.O. Box 90307**<br>**Raleigh, NC 27675-0307** | | | | | | | $ 1,371.96 |
| ACCOUNT NO.<br>**Bettina M. Lawton, Esquire**<br>**Dechert Price & Rhoads**<br>**1775 Eye Street, N.W.**<br>**Washington, DC 20006-2401** | | | legal fees | | | | unknown |
| ACCOUNT NO.<br>**Billings Gazette**<br>**P.O. Box 36300**<br>**Billings, MT 59107-6300** | | | | | | | -$ 586.27 |

Schedule F Page 5 of 51

Subtotal
(Total of this page)  ➤

$38,877.72

In re:  **International Heritage, Inc.**
**56-1921093**

Case No.  **98-02675-5-ATS**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Blackman Detective Services**<br>**323 W. Morgan Street**<br>**Suite 107**<br>**Raleigh, NC 27601** | | | | | | | $  708.36 |
| ACCOUNT NO.<br>**Bogarz Inc.**<br>**3680 W. Beverly Bld.**<br>**Los Angeles, CA 90004** | | | | | | | $  1,882.12 |
| ACCOUNT NO.<br>**BTI**<br>**P.O. Box 96026**<br>**Charlotte, NC 28296-0026** | | | | | | | $ 461,642.26 |
| ACCOUNT NO.<br>**Bulova Corporation**<br>**1 Bulova Ave.**<br>**Attn:  Sherri Lobeel**<br>**Woodside, NY 11377** | | | | | | | $ 44,016.29 |
| ACCOUNT NO.<br>**Business Telecom, Inc.**<br>**4300 Six Forks Road**<br>**Suite 500**<br>**Raleigh, NC** | | | **Executory Contract** | X | | | unknown |
| ACCOUNT NO.<br>**California Dept. Corporations** | | | | | | | $  300.00 |

Schedule F Page 6 of 51

Subtotal
(Total of this page)        ➢

| $508,549.03 |
|---|

In re:  **International Heritage, Inc.**            Case No.  **98-02675-5-ATS**
**56-1921093**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Capitol Coffee Systems**<br>**1000 Investment Blvd.**<br>**Apex, NC 27502** | | | | | | | $ 1,239.92 |
| ACCOUNT NO.<br>**Cardinal Club**<br>**P.O. Box 2658**<br>**Raleigh, NC 27602** | | | | | | | $ 419.78 |
| ACCOUNT NO.<br>**Caribiner International**<br>**P.O. Box 730352**<br>**Dallas, TX 75373-0352** | | | | | | | $ 10,090.42 |
| ACCOUNT NO.<br>**Caribiner International**<br>**P.O. Box 102963**<br>**Atlanta, GA 30368-2963** | | | | | | | $ 27,821.90 |
| ACCOUNT NO.<br>**Carolina Power & Lights**<br>**P.O. Box 2041**<br>**Raleigh, NC 27602** | | | | | | | $ 2,157.48 |
| ACCOUNT NO.<br>**CasePak, Inc.**<br>**Wasatch Business Park**<br>**214 W. Cottage Ave.**<br>**Sandy, UT 84070** | | | | | | | $ 3,757.84 |

Schedule F Page 7 of 51

Subtotal
(Total of this page)   ➢

$45,487.34

In re:  **International Heritage, Inc.**   Case No.  **98-02675-5-ATS**
56-1921093

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CCH, Inc.<br>1409 Acres Way<br>Raleigh, NC 27614 | | | | | | | $ 1,109.82 |
| ACCOUNT NO.<br>Charles Mercer, Jr., Esquire<br>Johnson, Mercer, Hearn & Vinegar<br>Post Office Box 1776<br>Raleigh, NC 27602 | | | legal fees | | | | unknown |
| ACCOUNT NO.<br>Citizen<br>8506 Osage Ave.<br>Los Angeles, CA 90045 | | | | | | | $ 5,142.22 |
| ACCOUNT NO.<br>City of Kansas Missouri<br>301 West 13th Street<br>Suite 100<br>Kansas City, MO 64105 | | | | | | | $ 12,000.00 |
| ACCOUNT NO.<br>Coeco Office Systems<br>P.O. Box 2607<br>Greenville, NC  27836 | | | | | | | $   589.95 |
| ACCOUNT NO.<br>Coffine Communications Group<br>15300 Ventura Blvd., Suite 303<br>Sherman Oaks, CA 91403 | | | | | | | $ 18,906.15 |

Schedule F Page 8 of 51

Subtotal
(Total of this page)   ➢

| $37,748.14 |
|---|

In re:  **International Heritage, Inc.**                                      Case No.  **98-02675-5-ATS**
        **56-1921093**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Conexus, Ltdd**<br>**68 Harvard Street**<br>**Brookline, MA 02146** | | | | | | | $  6,492.00 |
| ACCOUNT NO.<br>**Connecticut General Insurance Co.**<br>**Chattanooga, TN 37402** | | | **Executory Contract** | | X | | unknown |
| ACCOUNT NO.<br>**Connecticut General Insurance Co.**<br>**Chattanooga, TN 37402**<br>**Raleigh, NC 27568-8159** | | | | | | | $  4,630.15 |
| ACCOUNT NO.<br>**Connexions Internationale**<br>**P.O. Box 3048**<br>**Culver City, CA 90231** | | | | | | | $   648.00 |
| ACCOUNT NO.<br>**Consolidated Employee Benefit Advisors, Inc.**<br>**421 Congress Street**<br>**Suite 350**<br>**Charlotte, NC 28209** | | | **Executory Contract** | | X | | unknown |
| ACCOUNT NO.<br>**Consolidated Publishing Group**<br>**15303 Ventura Blvd**<br>**Suite 1010**<br>**Sherman Oaks, CA 91403** | | | | | | | $ 33,423.96 |

Schedule F Page 9 of 51                              Subtotal
                                          (Total of this page)        ➢                                    $45,194.11

In re:  **International Heritage, Inc.**
**56-1921093**

Case No.  **98-02675-5-ATS**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Corporate Communications Inc.**<br>**236 Plains Road**<br>**E. Burlington**<br>**Ontario, Canada L7T 2C3** | | | | | | X | $ 2,343.30 |
| ACCOUNT NO.<br>**Cosmetech International, LLC**<br>**353 Lexington Ave.**<br>**New York, NY 10016** | | | | | | | $ 21,625.93 |
| ACCOUNT NO.<br>**Craig T. Liebendorfer**<br>**c/o Keith M. Jenses, Esquire**<br>**Third Coast Building**<br>**2929 Morton Street, Suite 100**<br>**Fort Worth, TX 76102** | | | **Craig T. Liebendorfer, Individually and on behalf of all others similarly situated; Plaintiff, vs. International Heritage, Inc. Defendant**<br>**Case No: 98-2241-F**<br>**District Court of Dallas County, Texas, 116th Judicial District** | | X | | unknown |
| ACCOUNT NO.<br>**CVN**<br>**673 Mohawk Street**<br>**Suite 203**<br>**Columbus, OH 43206** | | | | | | | $ 1,380.00 |
| ACCOUNT NO.<br>**D-Max Imaging**<br>**155 Kitty Hawk Drive**<br>**Morrisville, NC 27560** | | | | | | | $ 4,847.38 |

Schedule F Page 10 of 51

Subtotal
(Total of this page)     ➢

$30,196.61

In re:  **International Heritage, Inc.**
56-1921093

Case No.   **98-02675-5-ATS**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Dahna Sanderson<br>2800 Skymark Avenue #33<br>Mississauga, ON<br>L4W 5A6 | | | | | | | $   200.00 |
| ACCOUNT NO.<br>Dan H. Meckenstock<br>c/o J. Anthony Penry, Esquire<br>Smith Helms Mulliss & Moore, LLP<br>434 Two Hanover Square, Suite 2800<br>Raleigh, NC 27601 | | | Sharon M. Meckenstock, Dan H. Meckenstock, Custodian FBO Jean Carlo Meckenstock and Wilbur E. Meckenstock, on their own behalf of a class of all persons similarly situated, Plaintiffs v. International Heritage, Inc., Stanley H. Van Etten, Claude W. Savage, Larry G. Smith, International Heritage, Incorporated, Defendants.<br>Case No:  5:98-CV-237BR(2)<br>USDC Eastern Disctric of NC, Western Division | | | X | unknown |
| ACCOUNT NO.<br>Darome Teleconferencing<br>Dept CH 10305<br>Patatine, IL 60055-0305 | | | | | | | $ 112,844.66 |
| ACCOUNT NO.<br>David Crumpton<br>733 Ridgeview Drive<br>Lilbum, GA 30047 | | | | | | | $     0.00 |
| ACCOUNT NO.<br>David W. Long<br>Sirote & Permutt<br>2222 Arlington Ave.<br>Birmingham, AL 35255-5727 | | | legal fees | | | | unknown |

Schedule F Page 11 of 51

Subtotal
(Total of this page)      ➢

$113,044.66

In re:  **International Heritage, Inc.**                                    Case No.  **98-02675-5-ATS**
**56-1921093**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**DB Basics**<br>**3304 Glen Royal Road**<br>**Raleigh, NC 27612** | | | | | | | $  1,195.00 |
| ACCOUNT NO.<br>**Deaf Access**<br>**3903 Capital Blvd.**<br>**Raleigh, NC 27604** | | | | | | | $   129.13 |
| ACCOUNT NO.<br>**DeAnne Elrod**<br>**101 River Bluff Court**<br>**Columbia, SC 29210** | | | | | | | $   439.50 |
| ACCOUNT NO.<br>**Dechert Price & Rhoads**<br>**1775 Eye Street, NW**<br>**Washington, DC 20000-6240** | | | legal fees | | | | $ 15,000.00 |
| ACCOUNT NO.<br>**Denise Marsh**<br>**c/o James Russell Tucker, Esquire**<br>**Bernie E. Hauder**<br>**2100 Lincoln Plaza, 500 N. Akard St.**<br>**Dallas, TX 75201-2550** | | | **Denise Marsh, Individually and on behalf of all others similarly situated; Plaintiffs v. International Heritage, Inc.; Stanley Van Etten; Claude Savage and Larry Smith; Defendants.**<br>**Case No:  9802332-E**<br>**District Court of Dallas County, Texas; 101st Judicial District** | | | X | unknown |

Schedule F Page 12 of 51

Subtotal
(Total of this page)                              $16,763.63

In re:  **International Heritage, Inc.**                                                    Case No.   **98-02675-5-ATS**
**56-1921093**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Dennis Thompson**<br>**c/o Patricia Kellett**<br>**Kellett and Kellett, P.A.**<br>**P.O. Box 680715**<br>**Fort Payne, AL 35968-0715** | | | **Scruggs, Jordan, Dodd, Dodd & Thompson, P.A., a professional association; William D. Scruggs, an individual; Robert K. Jordan, an individual; J. David Dodd, an individual; E. Allen Dodd, an individual; and Dennis Thompson, an individual, Plaintiffs vs. Rex A. Howell, an individual; and International Heritage, Incorporated, Defendants.** | | | X | **unknown** |
| ACCOUNT NO.<br>**Diamond Springs**<br>**2400 Charles City Road**<br>**Richmond, VA 23231** | | | | | | | **-$   282.82** |
| ACCOUNT NO.<br>**Dimmock Hill Golf**<br>**638 Dimmock Hill Road**<br>**Binghamton, NY 13905** | | | | | | | **-$  9,797.90** |
| ACCOUNT NO.<br>**Don Dawson**<br>**P.O. Box 861**<br>**Mt. Pleasant, SC 29465** | | | | | | | **$   378.98** |

Schedule F Page 13 of 51

Subtotal
(Total of this page)       ➢

| -$9,701.74 |
|---|

In re:  **International Heritage, Inc.**                                   Case No.  **98-02675-5-ATS**
**56-1921093**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Donnie Kenneth Broderway<br>c/o see below<br><br><br>Richard E. Freese, Esquire<br>Langston, Frazer, Sweet & Freeze<br>2900 Highway 280<br>Suite 240, The Morgan Keegan Center<br>Birmingham, AL 38223<br><br>Walter B. Calton<br>312 East Broad Street<br>Eufaula, AL 36027 | | | Randall L. Greene, Andy Clark, Jackson Wayne Murphy; Donnie Kenneth Broderway James H. Thomas, Individually and on behalf of all other similarly situated; Plaintiffs vs. International Heritage, Incorporated, et al., Defendants.<br>Case No: CV-98-42<br>In the Circuit Court of Barbour County, Alabama | | | X | unknown |
| ACCOUNT NO.<br>Dr. Dieter Wicki<br>EPP<br>10 Gartenstrasse<br>Zurich, Switzerland<br>CH-8022 | | | | | | | unknown |
| ACCOUNT NO.<br>Dr. Jurg Schatz<br>Cresmon Trading<br>Schlossweg 24<br>Balzers Liechtenstein<br>FL-9496 | | | | | | | unknown |
| ACCOUNT NO.<br>Dr. Raymond Wicki<br>Von Graffenried<br>Marktgass-Passage 3<br>Berne<br>CH-3000 | | | | | | X | unknown |
| ACCOUNT NO.<br>Dust-Tex<br>1821 Spring Garden Street<br>Greensboro, NC 27403 | | | | | | | $    68.26 |

Schedule F Page 14 of 51

Subtotal
(Total of this page)        ➢                        $68.26

In re:  **International Heritage, Inc.**
56-1921093

Case No.  **98-02675-5-ATS**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>E. Allen Dodd<br>c/o Patricia Kellett<br>Kellett and Kellett, P.A.<br>P.O. Box 680715<br>Fort Payne, AL 35968-0715 | | | Scruggs, Jordan, Dodd, Dodd & Thompson, P.A., a professional association; William D. Scruggs, an individual; Robert K. Jordan, an individual; J. David Dodd, an individual; E. Allen Dodd, an individual; and Dennis Thompson, an individual, Plaintiffs vs. Rex A. Howell, an individual; and International Heritage, Incorporated, Defendants. | | | X | unknown |
| ACCOUNT NO.<br>Edinburgh Crystal<br>Eastfield Penicuik<br>Midlothian, UK EH26 8HB | | | | | | | $ 2,597.00 |
| ACCOUNT NO.<br>EGW Personnel Services, Inc.<br>309 West Millbrook Rd.<br>Suite 191<br>Raleigh, NC 27609 | | | | | | | $ 23,488.25 |
| ACCOUNT NO.<br>Eileen O'Dea<br>7000 Boulevard East<br>#19<br>Guttenberg, NJ 07093 | | | | | | | $ 610.00 |
| ACCOUNT NO.<br>Eilers, Jones, Brown & McLeod<br>2626 Glenwood Ave.<br>Suite 300<br>Raleigh, NC 27608 | | | | | | | $ 17,818.60 |

Schedule F Page 15 of 51

Subtotal
(Total of this page)  ➤

$44,513.85

In re:  **International Heritage, Inc.**                                    Case No.   **98-02675-5-ATS**
**56-1921093**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Elinvar Professional Staffing**<br>P.O. Box 7247-8341<br>Philadelphia, PA 19170-8341 | | | | | | | $  1,885.50 |
| ACCOUNT NO.<br>**Elizabeth O'Halloran, Esquire**<br>**Montana State Auditor's Office**<br>Post Office Box 4009<br>Helena, Montana 59604-4009 | | | Settlement Agreement | | | X | $2,000,000.00 |
| ACCOUNT NO.<br>**Embassy Suites**<br>4700 Creedmoor Road<br>Raleigh, NC 27612 | | | | | | | $  2,283.28 |
| ACCOUNT NO.<br>**Emerald Pointe Water Park**<br>3910 S. Holden Road<br>Greensboro, NC 27406-9503 | | | | | | | $  8,923.25 |
| ACCOUNT NO.<br>**EOS Financial Services**<br>P.O. Box 1839<br>Raleigh, NC 27602 | | | Executory Contract | X | | | unknown |
| ACCOUNT NO.<br>**Erie Insurance Group**<br>100 Erie Insurance Gourp<br>Erie, PA 16530 | | | | | | | $  7,108.00 |

Subtotal<br>(Total of this page)            $2,020,200.03

In re:  **International Heritage, Inc.**                                    Case No.  **98-02675-5-ATS**
        **56-1921093**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ernest N. Morial Convention Center**<br>**900 Convention Center Blvd.**<br>**New Orleans, LA 70130** | | | | | | | $ 49,963.79 |
| ACCOUNT NO.<br>**Escalade Sports**<br>**817 Maxwell Ave.**<br>**P.O. Box 889**<br>**Evansville, IN 47706-0889** | | | | | | | -$   433.20 |
| ACCOUNT NO.<br>**Etienne Aigner Handbags**<br>**P.O. Box 3600-84**<br>**Boston, MA 02241-0684** | | | | | | | $   743.57 |
| ACCOUNT NO.<br>**Evonne B. Eckenroth**<br>**5840 Rocksprings Circle**<br>**Buford, GA 60518** | | | | | | | $   155.68 |

Schedule F Page 17 of 51                          Subtotal
                                            (Total of this page)    ➢                    $50,429.84

In re:  **International Heritage, Inc.**
**56-1921093**

Case No.  **98-02675-5-ATS**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Executive Risk Specialty Insurance Company**<br>**c/o see below**<br><br>**Joseph Eason & Jonathan Sasser**<br>**Moore & Van Allen, PLLC**<br>**One Hanover Square**<br>**P.O. Box 26507**<br>**Raleigh, NC 27611**<br><br>**Gary Dixon & Lisa Burns**<br>**Ross, Dixon & Masback, LLP**<br>**601 Pennsylvania Ave., N.W. North Bldg.**<br>**Washington, DC 20004** | | | **Executive Risk Specialty Insurance Company v. International Heritage, Inc., Stanley Van Etten, Claude W. Savage and Larry G. Smith.**<br>**Case No: 5:98-CV-542-F(3)**<br>**USDC, Eastern District of NC, Western Division** | | | X | unknown |
| ACCOUNT NO.<br>**F. Daniel Bell, III**<br>**Wyrick, Robbins, Yates & Ponton**<br>**4101 Lake Boone Trail**<br>**Suite 300**<br>**Raleigh, NC 27607** | | | legal fees | | | | unknown |
| ACCOUNT NO.<br>**Faberge**<br>**35 Danbury Road #1**<br>**Wilton, CT 06897** | | | | | | | $   813.00 |
| ACCOUNT NO.<br>**FEDEX**<br>**P.O. Box 1140**<br>**Memphis, TN 38101-1140** | | | | | | | $   749.50 |

Subtotal
(Total of this page)    ➤

$1,562.50

In re:  **International Heritage, Inc.**                     Case No.  **98-02675-5-ATS**
     **56-1921093**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**FHM Distribution, INC Royales**<br>117 E. 72nd Street<br>New York, NY 10021-4249 | | | | | | | $ 78.38 |
| ACCOUNT NO.<br>**First Union**<br>4401 Glenwood Avenue<br>Raleigh, NC 27612 | | | | | | | $ 91.05 |
| ACCOUNT NO.<br>**Fitz and Floyd**<br>P.O. Box 530612<br>Atlanta, GA 30353-0612 | | | | | | | $ 189.53 |
| ACCOUNT NO.<br>**Forrest Consulting**<br>4318 Bland Road<br>Raleigh, NC 27609 | | | | | | | $ 4,979.46 |
| ACCOUNT NO.<br>**Forrester-Smith, Inc.**<br>7409 Highway South<br>Suite 100<br>Riverview, FL 33569-2700 | | | | | | | $ 1,588.64 |
| ACCOUNT NO.<br>**Four Points Hotel**<br>4501 Creedmoor Road<br>U.S. 70 West<br>Raleigh, NC 27612 | | | | | | | $ 8,823.57 |

Schedule F Page 19 of 51

Subtotal
(Total of this page)          ➢

$15,750.63

In re:  **International Heritage, Inc.**                                                    Case No.  **98-02675-5-ATS**
        **56-1921093**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Frank Mastoloni & Sons, Inc.<br>608 Fifth Avenue<br>New York, NY 10020 | | | | | | | $ 70,081.75 |
| ACCOUNT NO.<br>Fritz Starber<br>6655 Airport Road<br>Missauga, Ontario<br>Canada L4V1V8 | | | | | | | $ 5,000.00 |
| ACCOUNT NO.<br>G-Neil<br>P.O. Box 31038<br>Tampa, FL 33631-3038 | | | | | | | $ 493.07 |
| ACCOUNT NO.<br>Gary J. Raser<br>117 Red Sky Court<br>Lake Mary, FL 32746 | | | | | | | $ 373.64 |
| ACCOUNT NO.<br>Georgina Mollick<br>614-224 Capital Blvd.<br>Raleigh, NC 27603 | | | | | | | $ 213.56 |
| ACCOUNT NO.<br>Gibbs Management Group, Inc.<br>P.O. Box 880<br>Duluth, GA 30096 | | | | | | | $ 1,567.74 |

Schedule F Page 20 of 51                                    Subtotal<br>(Total of this page)    ➤                        $77,729.76

In re:  **International Heritage, Inc.**                                         Case No.  **98-02675-5-ATS**
56-1921093

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Gina Josephson<br>c/o Michael D. Zetts, III<br>Gay & Zetts, L.L.P.<br>P.O. Box 1225<br>Hillsborough, NC 27278 | | | Gina Josephson v. International Heritage, Inc.<br>Case No: 98 CS 10261<br>Wake County Superior Court Division, North Carolina | | | X | unknown |
| ACCOUNT NO.<br>Golf Dimensions<br>2301 Higway 17 South<br>North Myrtle Beach, SC 29582 | | | | | | | $ 12,449.45 |
| ACCOUNT NO.<br>Golf Treasures Mfg. & Design<br>3033 Foothill Blvd.<br>Grants Pass, OR 97526 | | | | | | | $ 313.08 |
| ACCOUNT NO.<br>Greater Raleigh Chamber<br>P.O. Box 2978<br>Raleigh, NC 27602 | | | | | | | $ 800.00 |
| ACCOUNT NO.<br>Greenwich Workshop Inc.<br>P.O. Box 875<br>Shelton, CT 06484 | | | | | | | $ 2,620.10 |
| ACCOUNT NO.<br>Grubb & Ellis/Vector<br>Vector Properties, LLC<br>2626 Glenwood Ave.<br>Suite 265<br>Raleigh, NC 27608 | | | Executory Contract | X | | | unknown |

Schedule F Page 21 of 51                              Subtotal      ➤
                                                   (Total of this page)                          $16,182.63

In re: **International Heritage, Inc.**
56-1921093

Case No. **98-02675-5-ATS**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**GTE South**<br>**P.O. Box 31122**<br>**Tampa, FL 33631-3122** | | | | | | | $ 2,316.91 |
| ACCOUNT NO.<br>**GTE Wirless(Cell One)**<br>**P.O. Box 660636**<br>**Dallas, TX 75266-0636** | | | | | | | $ 3,658.24 |
| ACCOUNT NO.<br>**Harry Mains Sr.**<br>**Melbourne Harbor**<br>**2210 South Front Street, Ste. 203**<br>**Melbourne, FL 32901** | | | | | | | $ 1,634.37 |
| ACCOUNT NO.<br>**HBA Global Expo**<br>**P.O. Box 1267**<br>**Euless, TX 76039** | | | | | | | $ 295.00 |
| ACCOUNT NO.<br>**Healthsource**<br>**701 Corporate Center Drive**<br>**Raleigh, NC 27607** | | | **Executory Contract** | X | | | unknown |
| ACCOUNT NO.<br>**Hewlett Packard**<br>**P.O. Box 1145**<br>**Roseville, CA 95678-5719** | | | | | | | $ 2,101.36 |

Schedule F Page 22 of 51

Subtotal
(Total of this page)    ➢

$10,005.88

In re:  **International Heritage, Inc.**                          Case No.   **98-02675-5-ATS**
        **56-1921093**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Homewood Suite Hotel, Crabtree**<br>**5400 Edwards Mill Road**<br>**Raleigh, NC 27612** | | | | | | | $ 3,204.88 |
| ACCOUNT NO.<br>**IBT**<br>**Airborne Express**<br>**P.O. Box 91001**<br>**Seattle, WA 98111** | | | **Executory Contract** | X | | | unknown |
| ACCOUNT NO.<br>**Image Associates, Inc.**<br>**4909 Windy Hill Drive**<br>**Raleigh, NC 27609** | | | | | | | $ 49,977.22 |
| ACCOUNT NO.<br>**Infinity Marketing**<br>**c/o D. Simms**<br>**8000 Hwy 20 West**<br>**Suite D-102-100**<br>**Madison, AL 35758** | | | | | | | -$ 2,135.21 |
| ACCOUNT NO.<br>**Infor-Stor**<br>**3010 Industrial Drive**<br>**Raleigh, NC 27619** | | | | | | | $   241.32 |
| ACCOUNT NO.<br>**Inter Continental Dallas**<br>**15201 Dallas Parkway**<br>**Dallas, TX 75248** | | | | | | | $ 20,772.92 |

Schedule F Page 23 of 51

Subtotal
(Total of this page)        ⟩                    | **$72,061.13** |

In re:  **International Heritage, Inc.**
56-1921093

Case No.  **98-02675-5-ATS**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Interwest Transfer Co.<br>1981 E. Murray-Holladay Road<br>P.O. Box 17136<br>Salt Lake City, UT 84117 | | | | | | | $   978.00 |
| ACCOUNT NO.<br>Irfan Syed<br>Stikeman, Graham & Keeley<br>220 Bay Street, 7th Floor<br>Toronto, Ontario<br>M5J 2W4 Canada | | | legal fees | | | | unknown |
| ACCOUNT NO.<br>J. David Dodd<br>c/o Patricia Kellett<br>Kellett and Kellett, P.A.<br>P.O. Box 680715<br>Fort Payne, AL 35968-0715 | | | Scruggs, Jordan, Dodd, Dodd & Thompson, P.A., a professional association; William D. Scruggs, an individual; Robert K. Jordan, an individual; J. David Dodd, an individual; E. Allen Dodd, an individual; and Dennis Thompson, an individual, Plaintiffs vs. Rex A. Howell, an individual; and International Heritage, Incorporated, Defendants. | | | X | unknown |
| ACCOUNT NO.<br>Jackson Wayne Murphy<br>c/o see below<br><br><br>Richard E. Freese, Esquire<br>Langston, Frazer, Sweet & Freeze<br>2900 Highway 280<br>Suite 240, The Morgan Keegan Center<br>Birmingham, AL 38223<br><br>Walter B. Calton<br>312 East Broad Street<br>Eufaula, AL 36027 | | | Randall L. Greene, Andy Clark, Jackson Wayne Murphy; Donnie Kenneth Broderway James H. Thomas, Individually and on behalf of all other similarly situated; Plaintiffs vs. International Heritage, Incorporated, et al., Defendants.<br>Case No: CV-98-42<br>In the Circuit Court of Barbour County, Alabama | | | X | unknown |

Subtotal
(Total of this page)    ➢

$978.00

In re:  **International Heritage, Inc.**                                    Case No.  **98-02675-5-ATS**
        **56-1921093**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Jalil & Heller Shustak<br>545 Madison Ave.<br>New York, NY 10022 | | | | | | | $  1,279.37 |
| ACCOUNT NO.<br>James Greene Products<br>2321 Yellow Banks Road<br>North Wilkesboro, NC 28659 | | | | | | | $   116.70 |
| ACCOUNT NO.<br>James H. Thomas<br>c/o see below<br><br><br>Richard E. Freese, Esquire<br>Langston, Frazer, Sweet & Freeze<br>2900 Highway 280<br>Suite 240, The Morgan Keegan Center<br>Birmingham, AL 38223<br><br>Walter B. Calton<br>312 East Broad Street<br>Eufaula, AL 36027 | | | Randall L. Greene, Andy Clark, Jackson Wayne Murphy; Donnie Kenneth Broderway James H. Thomas, Individually and on behalf of all other similarly situated; Plaintiffs vs. International Heritage, Incorporated, et al., Defendants.<br>Case No: CV-98-42<br>In the Circuit Court of Barbour County, Alabama | | | X | unknown |
| ACCOUNT NO.<br>James Martin, Esquire<br>Attorney at Law<br>201 E. Broad Street<br>Eufaula, AL 36027 | | | legal fees | | | | unknown |
| ACCOUNT NO.<br>JB Publishers<br>J. Fitzpatrick Collection, Inc.<br>580 Menlo Drive<br>Suite 1<br>Rocklin, CA 95765 | | | | | | | $   425.00 |

Schedule F Page 25 of 51                                    Subtotal<br>(Total of this page)    ≻                         | $1,821.07 |

In re:  **International Heritage, Inc.**          Case No.  **98-02675-5-ATS**
**56-1921093**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Jean Carlo Meckenstock**<br>**c/o J. Anthony Penry, Esquire**<br>**Smith Helms Mulliss & Moore, LLP**<br>**434 Two Hanover Square, Suite 2800**<br>**Raleigh, NC 27601** | | | **Sharon M. Meckenstock, Dan H. Meckenstock, Custodian FBO Jean Carlo Meckenstock and Wilbur E. Meckenstock, on their own behalf of a class of all persons similarly situated, Plaintiffs v. International Heritage, Inc., Stanley H. Van Etten, Claude W. Savage, Larry G. Smith, International Heritage, Incorporated, Defendants.**<br>**Case No:  5:98-CV-237BR(2)**<br>**USDC Eastern Disctric of NC, Western Division** | | | X | unknown |
| ACCOUNT NO.<br>**Jeff Hooks**<br>**118 Birklands Drive**<br>**Cary, NC  27511** | | | employee | | | | $   1,424.37 |
| ACCOUNT NO.<br>**Jefferson Pilot**<br>**8801 JM Keynes Drive**<br>**Suite 410**<br>**Charlotte, NC 28262** | | | **Executory Contract** | X | | | unknown |
| ACCOUNT NO.<br>**Jeffrey A. Babener, Esquire**<br>**Babener & Associates**<br>**121 SW Morrison, Suite 102**<br>**Portland, OR 97204-3140** | | | legal fees | | | | unknown |
| ACCOUNT NO.<br>**Jewels by Evonne**<br>**1879 Buford Hwy**<br>**Suite 7**<br>**Buford, GA 30518-3628** | | | | | | | $ 353,816.42 |

Schedule F Page 26 of 51

Subtotal
(Total of this page)    ＞

$355,240.79

In re:  **International Heritage, Inc.**
56-1921093

Case No.  **98-02675-5-ATS**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Johanna Bise<br>c/o Michael R. Jeffries<br>Jeffries & Wright, L.L.C.<br>P.O. Box 383<br>Montgomery, AL 36102 | | | Johanna Bise, Plaintiff vs. International Heritage, Inc., Stanley Van Ettern, Defendants.<br>Case No: CV-98-1890-GR<br>In the Circuit Court of Montgomery County Alabama | | | X | unknown |
| ACCOUNT NO.<br>John Brothers<br>9416 Koupela Drive<br>Raleigh, NC 27615 | | | | | | | -$ 2,798.00 |
| ACCOUNT NO.<br>John Gocke Inc.<br>780 Marshview Close<br>Roswell, GA 30076 | | | | | | | $ 5,532.00 |
| ACCOUNT NO.<br>John Kragh<br>2606 Phoenix Drive<br>Suite 408<br>Greensboro, NC 27406 | | | | | | | $ 5,663.80 |
| ACCOUNT NO.<br>John S. Smith, III<br>Office of Consumer Affairs<br>2 M.L. King, Jr. Drive<br>Plaza Level East<br>Atlanta, GA 30334-4600 | | | Settlement Agreement | | | X | $ 500,000.00 |
| ACCOUNT NO.<br>Johnson Worldwide Assoc.<br>1326 Willow Road<br>Sturtevant, WI 53177 | | | | | | | -$ 68.09 |

Schedule F Page 27 of 51

Subtotal
(Total of this page)  ➢

$508,329.71

In re:  **International Heritage, Inc.**                    Case No.   **98-02675-5-ATS**
**56-1921093**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Judy Gonzalez<br>6300 Chadford Drive<br>Raleigh, NC  27612 | | | | | | | $    9.53 |
| ACCOUNT NO.<br>K & J. Enterprises<br>1400 E. Geer Street<br>Durham, NC 27704 | | | | | | | $   56.18 |
| ACCOUNT NO.<br>Ken Rudd<br>7992 Bradwick Way<br>Melbourne, FL 32940 | | | | | | | $  987.42 |
| ACCOUNT NO.<br>Kerry Brown<br>932 Cobblestone Lane<br>Victoria<br>B.C. Canada<br>V8Y 3G3 | | | | | | | $ 2,587.02 |
| ACCOUNT NO.<br>Kilpatrick Stockton Trust Acct.<br>P.O. Box 945614<br>Atlanta, GA 30392 | | | | | | | $ 2,101.60 |
| ACCOUNT NO.<br>Kinko's<br>P.O. Box 105522<br>Atlanta, GA 30348-5522 | | | | | | | $ 17,503.11 |

Schedule F Page 28 of 51

Subtotal
(Total of this page)    ➢                                                    | $23,244.86 |

In re:  **International Heritage, Inc.**                                Case No.  **98-02675-5-ATS**
**56-1921093**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Klocke of America, Inc.<br>14201 Jetport Loop<br>Fort Myers, FL 33913-7713 | | | | | | | $ 298,330.85 |
| ACCOUNT NO.<br>Kutak Rock<br>225 Peachtree Street, NE<br>Suite 2100<br>Atlanta, GA 30303-1731 | | | legal fees | | | | $ 12,212.03 |
| ACCOUNT NO.<br>L.C. Gilbert, Jr.<br>c/o Lloyd W. Gathings, II<br>Gathings & Associates<br>P.O. Box 10545<br>Birmingham, AL 35202-0545 | | | L.C. Gilbert, Jr., on behalf of himself and all others similarly situated, Plaintiffs v. International Heritage, Inc., et al., Defendants.<br>Case No:  5:98-CV-834-BR(3)<br>USDC, Eastern District of NC, Western Division | | | X | unknown |
| ACCOUNT NO.<br>Lanier<br>1055 Westlakes Drive<br>Berwyn, PA 19312 | | | Executory Contract | X | | | unknown |
| ACCOUNT NO.<br>Larry L. Crain, Esquire<br>Attorney at Law<br>101 Westpark Drive, Suite 250<br>Brentwood, TN 37027 | | | lawsuit | | | X | unknown |

Schedule F Page 29 of 51

Subtotal
(Total of this page)

$310,542.88

In re:  **International Heritage, Inc.**                                    Case No.   **98-02675-5-ATS**
**56-1921093**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Legaline Publications**<br>**121 SW Morrison**<br>**Suite 1020**<br>**Portland, OR 97204-3140** | | | | | | | $ 13,641.60 |
| ACCOUNT NO.<br>**Lenora Osborne**<br>**200 B. Ashewyck Commons Court**<br>**Fuquay-Varina, NC 27526** | | | | | | | $  275.00 |
| ACCOUNT NO.<br>**Litho Industries, Inc.**<br>**P.O. Box 105090**<br>**Atlanta, GA 30348** | | | | | | | $ 378,792.70 |
| ACCOUNT NO.<br>**Lloyd T. Whitaker**<br>**2810 Spring Road, Suite 106**<br>**Atlanta, GA 30339** | | | | | | | unknown |
| ACCOUNT NO.<br>**M. Block & Son**<br>**135 S. LaSalle**<br>**Dept. 1079**<br>**Chicago, IL 60674-1079** | | | | | | | $ 22,590.00 |
| ACCOUNT NO.<br>**M. London, Inc.**<br>**104 W. 29th Street**<br>**New York, NY 10001** | | | | | | | $ 301,400.00 |

Schedule F Page 30 of 51

Subtotal
(Total of this page)    ➢

$716,699.30

In re:  **International Heritage, Inc.**
56-1921093

Case No.   **98-02675-5-ATS**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Mary Barton Eilers**<br>**112 E. Whitaker Mill Rd.**<br>**Raleigh, NC 27618** | | | | | | | $ 37.21 |
| ACCOUNT NO.<br>**Masterpiece Creations**<br>**601 Commerce Street**<br>**Nashville, TN 37203** | | | | | | | $ 1,809.63 |
| ACCOUNT NO.<br>**Mayflower Holdings, Inc.**<br>**2626 Glenwood Ave.**<br>**Suite 300**<br>**Raleigh, NC 27608** | | | | | | | unknown |
| ACCOUNT NO.<br>**MCI**<br>**3470 Rider Trail South**<br>**Dept 86**<br>**St. Louis, MO 63045** | | | | | | | $ 8,860.39 |
| ACCOUNT NO.<br>**MCI Network-Vision**<br>**P.O. Box 371392**<br>**Pittsburgh, PA 15250-7392** | | | | | | | $ 1,960.00 |
| ACCOUNT NO.<br>**Michael Hoskins**<br>**205 Zachary Way**<br>**Garner, NC 27529** | | | **Executory Contract** | X | | | unknown |

Schedule F Page 31 of 51

Subtotal (Total of this page) ➢  $12,667.23

In re:  **International Heritage, Inc.**
56-1921093

Case No.    **98-02675-5-ATS**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Mitchell's Catering<br>P.O. Box 99721<br>Raleigh, NC 27624 | | | | | | | $ 2,000.00 |
| ACCOUNT NO.<br>Modern Health Strategies, Inc.<br>P.O. Box 617<br>218 South 200 West<br>Farminton, UT 84025 | | | | | | | -$ 182,488.96 |
| ACCOUNT NO.<br>Modern Health Strategies, Inc.<br>218 South 200 West<br>P.O. Box 617<br>Farmington, UT 84025 | | | Executory Contract | | X | | unknown |
| ACCOUNT NO.<br>Mr. Christian Wagner<br>Clariden Bank<br>Claridenstrasse 26, P.O. Box 5080<br>Zurich, Switzerland<br>CH-8022 | | | | | | | unknown |
| ACCOUNT NO.<br>Mr. Ferdinanad Schwestermann<br>Centrum Bank<br>Heiligkruz<br>Vaduz, Liechtenstein | | | | | | | unknown |
| ACCOUNT NO.<br>Mr. Franco Merlo<br>Keush & Merlo AG<br>Postfach 6831<br>Zurich, Switzerland<br>CH-8023 | | | | | | | unknown |

Schedule F Page 32 of 51

Subtotal
(Total of this page)    ➢

-$180,488.96

In re: **International Heritage, Inc.**
**56-1921093**

Case No.    **98-02675-5-ATS**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Mr. Hans Jeurg Keusch**<br>**Keusch & Merlo AG**<br>**Postfach 6831**<br>**Zurich, Switzerland**<br>**CH-8023** | | | | | | | unknown |
| ACCOUNT NO.<br>**Mr. Hans Rudolph Boner**<br>**Von Graffenried**<br>**Marktgass-Passage 3**<br>**Berne**<br>**CH-3000** | | | | | | | unknown |
| ACCOUNT NO.<br>**Mr. Heinrich Auwarter**<br>**Faro Invest AG**<br>**Austrasse 49**<br>**Vaduz, Liechtenstein**<br>**FL-9490** | | | | | | | unknown |
| ACCOUNT NO.<br>**Mr. Lloyd Whitaker**<br>**Newleaf Corporation**<br>**2810 Spring Road, Suite 100**<br>**Atlanta, GA 30339** | | | Monitor | | | | unknown |
| ACCOUNT NO.<br>**Mr. Markus Muller**<br>**Jefferies (Switzerland)Ltd.**<br>**Uraniastrasse 12**<br>**Zurich, Switzerland**<br>**CH-8023** | | | | | | | unknown |
| ACCOUNT NO.<br>**Mr. Peter Gort**<br>**Von Graffenried**<br>**Marktgass-Passage 3**<br>**Berne**<br>**CH-3000** | | | | | | | unknown |

Subtotal
(Total of this page)    ➤

$0.00

In re:  **International Heritage, Inc.**                                    Case No.   **98-02675-5-ATS**
**56-1921093**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Mr. Wolfgang Zehenter**<br>**Factum AG**<br>**Hintergass 19**<br>**Vaduz, Liechtenstein**<br>**FL-9490** | | | | | | | unknown |
| ACCOUNT NO.<br>**Nashville Convention Center**<br>**601 Commerce Street**<br>**Nashville, TN 37203** | | | | | | | $   917.00 |
| ACCOUNT NO.<br>**New Leaf Corporation**<br>**2810 Spring Rd.**<br>**Atlanta, GA  30339** | | | | | | | unknown |
| ACCOUNT NO.<br>**NFT Travel**<br>**415 North French Road**<br>**Suite 106**<br>**Amherst, NY 14228** | | | | | | | $  59,986.36 |
| ACCOUNT NO.<br>**Nunez Communciations**<br>**3406-D. West Wendover Ave.**<br>**Greensboro, NC 27404** | | | | | | | $ 133,166.88 |
| ACCOUNT NO.<br>**O'Neal, McGuinness & Tinsley**<br>**3200 Southwest Freeway**<br>**Suite 3000**<br>**Houston, TX 77027** | | | | | | | $   4,240.00 |

Schedule F Page 34 of 51

Subtotal
(Total of this page)                                                          $198,310.24

In re:   **International Heritage, Inc.**                                    Case No.   **98-02675-5-ATS**
56-1921093

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Office Team<br>D-3759<br>Boston, MA 02241-3759 | | | | | | | $  3,389.52 |
| ACCOUNT NO.<br>Orrefors Kosta Boda<br>140 Bradford Drive<br>Berlin, NJ 08009 | | | | | | | $   451.70 |
| ACCOUNT NO.<br>Pat Summerall Productions<br>331 Melrose<br>Suite 100<br>Richardson, TX 75080-4409 | | | Executory Contract | X | | | unknown |
| ACCOUNT NO.<br>Paychex<br>4652 Creekstone Dr.<br>Durham, NC  27703 | | | | | | | $   575.80 |
| ACCOUNT NO.<br>PBM Graphics, Inc.<br>P.O. Box 13603<br>Research Triangle Park, NC 27709-3603 | | | | | | | $ 12,108.49 |
| ACCOUNT NO.<br>Peak 1 Resources, Inc.<br>10394 W. Chatfield Ave.<br>Suite 108<br>Littleton, CO 80127 | | | | | | | $   275.00 |

Schedule F Page 35 of 51                               Subtotal
                                                       (Total of this page)      ➤              | $16,800.51 |

In re:  **International Heritage, Inc.**
56-1921093

Case No.  **98-02675-5-ATS**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Pitney Bowes**<br>P.O. Box 85390<br>Louisville, KY 40285-5390 | | | | | | | $    82.00 |
| ACCOUNT NO.<br>**Pitney Bowes Credit Corp.**<br>P.O. Box 85460<br>Louisville, KY 40285-5460 | | | | | | | $   922.83 |
| ACCOUNT NO.<br>**Pitney Bowes Credit Corporation**<br>5505 Creedmoor Road<br>Suite 305<br>Raleigh, NC 27612 | | | **Executory Contract** | X | | | unknown |
| ACCOUNT NO.<br>**Polo Ralph Lauren**<br>P.O. Box 60576<br>Charlotte, NC 28260 | | | | | | | $ 1,478.75 |
| ACCOUNT NO.<br>**Polo Ralph Lauren Luggage Co.**<br>P.O. Box 1036<br>Charlotte, NC 28201-1036 | | | | | | | $   192.50 |
| ACCOUNT NO.<br>**PR Newswire, Inc.**<br>G.P.O. Box 5897<br>New York, NY 10087-5897 | | | | | | | $ 1,855.00 |

Schedule F Page 36 of 51

Subtotal
(Total of this page)    ➣

| $4,531.08 |
|---|

In re: **International Heritage, Inc.**
**56-1921093**

Case No.   **98-02675-5-ATS**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Quebecor Printing of Canada**<br>**Custom Cheques of Canada**<br>**460 Applewood Crescent**<br>**Concord, Ontario**<br>**L4k 4Z3 Canada** | | | | | | | $ 27,443.35 |
| ACCOUNT NO.<br>**Quebecor Printing St. Cloud Inc.**<br>**P.O. Box 751453**<br>**Charlotte, NC 28275-1453** | | | | | | | $ 5,631.77 |
| ACCOUNT NO.<br>**Quebecor Printing St. Paul Inc.**<br>**P.O. Box 751454**<br>**Charlotte, NC 28275-1454** | | | | | | | $ 54,537.15 |
| ACCOUNT NO.<br>**Radisson Hotel Des Gouverneurs**<br>**777, rue University**<br>**Montreal, Qu**<br>**H3C 3Z7 Canada** | | | | | | | $ 911.54 |
| ACCOUNT NO.<br>**Ragan Communications, Inc.**<br>**212 W. Superior Street**<br>**Suite 200**<br>**Chicago, IL 60610-9568** | | | | | | | $ 257.00 |
| ACCOUNT NO.<br>**Raleigh Jaycee's/ Brookhill**<br>**5105 Bur Oak Circle**<br>**Raleigh, NC 27612** | | | | | | | $ 3,150.00 |

Schedule F Page 38 of 51

Subtotal
(Total of this page)   ➢

$91,930.81

In re:  **International Heritage, Inc.**
**56-1921093**

Case No.  **98-02675-5-ATS**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Randall L. Greene<br>c/o see below<br><br><br>Richard E. Freese, Esquire<br>Langston, Frazer, Sweet & Freeze<br>2900 Highway 280<br>Suite 240, The Morgan Keegan Center<br>Birmingham, AL 38223<br><br>Walter B. Calton<br>312 East Broad Street<br>Eufaula, AL 36027 | | | Randall L. Greene, Andy Clark, Jackson Wayne Murphy; Donnie Kenneth Broderway, James H. Thomas, Individually and on behalf of all other similarly situated; Plaintiffs vs. International Heritage, Incorporated, et al., Defendants.<br>Case No: CV-98-42<br>In the Circuit Court of Barbour County, Alabama | | | X | unknown |
| ACCOUNT NO.<br>RIA Group<br>P.O. Box 6159<br>Carol Stream, IL 60197-6159 | | | | | | | $  2,254.62 |
| ACCOUNT NO.<br>Robert F. Rider<br>Rider, Thomas, Cleaveland, Ferris & Eaki<br>P.O. Box 1791<br>Roanoke, VA 24008 | | | lawsuit | | | X | unknown |
| ACCOUNT NO.<br>Robert G. Brunton, Esquire<br>Kutak Rock<br>225 peachtree Street, N.W.<br>Suite 2100<br>Atlanta, GA 30303-1731 | | | legal fees | | | | unknown |
| ACCOUNT NO.<br>Robert Hukezalie<br>8201 Harps Mill Road<br>Raleigh, NC 27615 | | | employee | | | | -$  7,236.41 |

Schedule F Page 39 of 51

Subtotal
(Total of this page)  ➢

| -$4,981.79 |
|---|

In re:  **International Heritage, Inc.**                                      Case No.  **98-02675-5-ATS**
**56-1921093**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Robert K. Jordan<br>c/o Patricia Kellett<br>Kellett and Kellett, P.A.<br>P.O. Box 680715<br>Fort Payne, AL 35968-0715 | | | Scruggs, Jordan, Dodd, Dodd & Thompson, P.A., a professional association; William D. Scruggs, an individual; Robert K. Jordan, an individual; J. David Dodd, an individual; E. Allen Dodd, an individual; and Dennis Thompson, an individual, Plaintiffs vs. Rex A. Howell, an individual; and International Heritage, Incorporated, Defendants. | | | X | unknown |
| ACCOUNT NO.<br>Robert McCleave<br>5708 Lawrence Orr Road<br>Charlotte, NC 28212 | | | Executory Contract | X | | | unknown |
| ACCOUNT NO.<br>Sabates, Feliciano S.<br>17217 Player's Ridge Drive<br>Huntersville, NC 28078 | | | Executory Contract | X | | | unknown |
| ACCOUNT NO.<br>SAI International<br>P.O. Box 691471<br>Cincinnati, OH 45269-1471 | | | | | | | $ 16,688.75 |
| ACCOUNT NO.<br>Scruggs, Jordan, Dodd, Dodd & Thompson, P.A.<br>c/o Patricia Kellett<br>Post Office Box 680715<br>Fort Payne, AL 35968-0715 | | | Scruggs, Jordan, Dodd, Dodd & Thompson, P.A., a professional association; William D. Scruggs, an individual; Robert K. Jordan, an individual; J. David Dodd, an individual; E. Allen Dodd, an individual; and Dennis Thompson, an individual, Plaintiffs vs. Rex A. Howell, an individual; and International Heritage, Incorporated, Defendants. | | | X | unknown |

Schedule F Page 40 of 51

Subtotal
(Total of this page)    ⟩                          $16,688.75

In re:  **International Heritage, Inc.**
56-1921093

Case No.  **98-02675-5-ATS**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Share Data<br>28 N. E. Blvd.<br>Nashua, NH 03062 | | | | | | | $  4,410.00 |
| ACCOUNT NO.<br>Sharon  M. Meckenstock<br>c/o J. Anthony Penry, Esquire<br>Smith Helms Mulliss & Moore, LLP<br>434 Two Hanover Square, Suite 2800<br>Raleigh, NC 27601 | | | Sharon M. Meckenstock, Dan H. Meckenstock, Custodian FBO Jean Carlo Meckenstock and Wilbur E. Meckenstock, on their own behalf of a class of all persons similarly situated, Plaintiffs v. International Heritage, Inc., Stanley H. Van Etten, Claude W. Savage, Larry G. Smith, International Heritage, Incorporated, Defendants.<br>Case No:  5:98-CV-237BR(2)<br>USDC Eastern Disctric of NC, Western Division | | | X | unknown |
| ACCOUNT NO.<br>Sheraton Imperial<br>P.O. Box 13099<br>Research Triangle Park, NC 27709 | | | | | | | $  4,961.89 |
| ACCOUNT NO.<br>Skytel<br>P.O. Box 3887<br>Jackson, MS 39207-3887 | | | | | | | $   382.18 |
| ACCOUNT NO.<br>Sonya Chipping<br>3728 Brinkley Drive<br>Raleigh, NC 27604 | | | | | | | -$   160.00 |

Subtotal
(Total of this page)        ➤

$9,594.07

In re:  **International Heritage, Inc.**
56-1921093

Case No.  **98-02675-5-ATS**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Speer Virtual Media Ltd**<br>**3201 Dickerson Pike**<br>**Nashville, TN 37207** | | | | | | | -$  2,000.00 |
| ACCOUNT NO.<br>**Speer Virtual Media, LTD**<br>**3201 Dickerson Pike**<br>**Nashville, TN 37207** | | | **Executory Contract** | | X | | unknown |
| ACCOUNT NO.<br>**SPP Real Estate**<br>**3605 Glenwood Ave.**<br>**Raleigh, NC 27612** | | | | | | | $ 26,132.96 |
| ACCOUNT NO.<br>**State Office Equipment**<br>**1634 S. Saunders St.**<br>**Raleigh, NC 27603** | | | | | | | $ 18,589.37 |
| ACCOUNT NO.<br>**Stephan J. Gagnier**<br>**307 Jupiter Hills Drive**<br>**Duluth, GA 30097** | | | | | | | $  4,583.83 |
| ACCOUNT NO.<br>**Stephon Autery**<br>**819 Green Street**<br>**Durham, NC 27703** | | | | | | | -$  1,389.67 |

Schedule F Page 42 of 51

Subtotal
(Total of this page)  ➢

$45,916.49

In re:  **International Heritage, Inc.**
56-1921093

Case No.  **98-02675-5-ATS**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Sterling Software CVG<br>Interchange Software Group<br>P.O. Box 73199<br>Chicago, IL 60673 | | | | | | | $  1,952.94 |
| ACCOUNT NO.<br>Sun International Resorts, Inc.<br>1415 East Sunrise Blvd.<br>Ft. Lauderdale, FL 33304 | | | | | | | -$  7,158.00 |
| ACCOUNT NO.<br>Susan Beasley<br>1038 Horsetrail Way<br>Wake Forest, NC 27587 | | | | | | | $  255.76 |
| ACCOUNT NO.<br>Susan M. Halpern, Esquire<br>Gardere & Wynn, LLP<br>1601 Elm Street, Suite 300<br>Dallas, TX 75201 | | | Legal Fees | | | | unknown |
| ACCOUNT NO.<br>Take One Productions<br>101 Pheasant Wood Court<br>Morrisville, NC 27560 | | | | | | | $  1,992.74 |
| ACCOUNT NO.<br>TELAV<br>120 9th Ave. S.E.<br>Calgary, Alberta<br>Canada T2G 0P3 | | | | | | | $  1,040.75 |

Schedule F Page 43 of 51

Subtotal
(Total of this page)    ≻

-$1,915.81

In re:   **International Heritage, Inc.**
**56-1921093**

Case No.   **98-02675-5-ATS**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**The Doll Maker**<br>P.O. Box 1025<br>207 Highway 96 North<br>Fairview, TN 37062 | | | | | | | $ 2,969.40 |
| ACCOUNT NO.<br>**The Hammock Source**<br>P.O. Box 1602<br>Greenville, NC 27835 | | | | | | | $ 3,057.10 |
| ACCOUNT NO.<br>**Thomas Commercial, Inc.**<br>3100 Smoketree Court<br>Suite 905<br>Raleigh, NC 27604 | | | **Executory Contract** | X | | | unknown |
| ACCOUNT NO.<br>**Time Delay Corporation**<br>10440 N. Central #210<br>LB#206<br>Dallas, TX 75231 | | | | | | | $ 5,075.00 |
| ACCOUNT NO.<br>**Tokai Financial Services Inc.**<br>P.O. Box 41601<br>Philadelphia, PA 19101-1601 | | | | | | | $ 469.36 |
| ACCOUNT NO.<br>**Toner Solutions**<br>602-BE Chatham Street<br>Cary, NC 27511 | | | | | | | $ 222.44 |

Schedule F Page 44 of 51

Subtotal
(Total of this page)

| $11,793.30 |

In re:  **International Heritage, Inc.**
56-1921093

Case No.  **98-02675-5-ATS**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Transcender Corp.<br>242 Louise Ave.<br>Nashville, TN 37203-1812 | | | | | | | $    102.00 |
| ACCOUNT NO.<br>Travel Experts<br>The Horizon at Six Forks<br>7721-120 Six Forks Road<br>Raleigh, NC 27615 | | | | | | | $  3,539.62 |
| ACCOUNT NO.<br>Travel Network<br>5605 Creedmore Road<br>Raleigh, NC 27612 | | | | | | | $    166.27 |
| ACCOUNT NO.<br>Triangle Business Journal<br>3125 Poplarwood Court<br>Suite 304<br>Raleigh, NC 27604 | | | | | | | $     54.00 |
| ACCOUNT NO.<br>TriStar Screen Printing<br>1401-G Diggs Drive<br>Raleigh, NC 27603 | | | | | | | $  3,632.20 |
| ACCOUNT NO.<br>Troy Aikman Foundation | | | | | | | $    340.00 |

Schedule F Page 45 of 51

Subtotal
(Total of this page)    ➤

$7,834.09

In re:  **International Heritage, Inc.**
56-1921093

Case No.  **98-02675-5-ATS**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Tyra International, Inc.<br>9424 Eton Avenue<br>Suite J<br>Chatsworth, CA 91311 | | | Executory Contract | | X | | unknown |
| ACCOUNT NO.<br>Tyra Skin Care<br>9424 Eton Ave., Suite J.<br>Chatsworth, CA 91311 | | | | | | | $ 277,128.91 |
| ACCOUNT NO.<br>United Parcel Service<br>P.O. Box 505820<br>The Lakes, NV 88905-5820 | | | | | | | $ 74,471.48 |
| ACCOUNT NO.<br>United Parcel Service<br>P.O. Box 4980<br>Hagerstown, MD 21747-4980 | | | | | | | $ 172.04 |
| ACCOUNT NO.<br>United Parcel Service<br>P.O. Box 6158<br>New Brunswick, E1C 9X1 Canada | | | | | | | $ 635.49 |
| ACCOUNT NO.<br>Universal Printing & Publishing<br>2410 Highway 54 East<br>Durham, NC 27713 | | | | | | | $ 9,196.85 |

Schedule F Page 46 of 51

Subtotal
(Total of this page)      ➤

$361,604.77

In re:  **International Heritage, Inc.**
56-1921093

Case No.  **98-02675-5-ATS**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>UNUM Life Insurane Co.<br>2211 Congress Street<br>Portland, ME 04122 | | | Executory Contract | | X | | unknown |
| ACCOUNT NO.<br>UPS Customhouse Brokerage Inc.<br>P.O. Box 34486<br>Louisville, KY 40232 | | | | | | | $ 37.04 |
| ACCOUNT NO.<br>Van Etten, Stanley<br>10504 Tredwood Drive<br>Raleigh, NC 27608 | | | Salary and other claims | | | | unknown |
| ACCOUNT NO.<br>Vertex Inc.<br>1041 Old Cassatt Road<br>Berwyn, PA 19312-1151 | | | | | | | $ 13,694.25 |
| ACCOUNT NO.<br>Vertex, Inc.<br>1041 Cassat Road<br>Berwyn, PA 19312 | | | Executory Contract | | X | | unknown |
| ACCOUNT NO.<br>Vicible Computer Supply Corp.<br>P.O. Box 93363<br>Chicago, IL 60673-3363 | | | | | | | $ 1,270.18 |

Schedule F Page 47 of 51

Subtotal
(Total of this page)  ➢

$15,001.47

In re:    **International Heritage, Inc.**
          56-1921093

Case No.   **98-02675-5-ATS**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Vir-Tec Teleservices, Inc.<br>906 12 Avenue SW<br>Calgary, Alberta T2R 1K7 | | | Executory Contract | | X | | unknown |
| ACCOUNT NO.<br>Visit New Orleans<br>2 Canal Street<br>Suite 1300<br>New Orleans, LA 70130-1587 | | | | | | | $  2,910.32 |
| ACCOUNT NO.<br>Vulcan Binder & Cover<br>P.O. Box 29<br>Vincent, AL 35178 | | | | | | | $ 14,319.69 |
| ACCOUNT NO.<br>W.C. Shelton<br>NC Dept. of Revenue<br>P.O. Box 871<br>Raleigh, NC 27602-0871 | | | Taxes | | X | | unknown |
| ACCOUNT NO.<br>Wachovia<br>P.O. Box 105513<br>Atlanta, GA 30348-5513 | | | | | | | $ 69,022.96 |
| ACCOUNT NO.<br>Weeks Realty, L.P.<br>P.O. Box 101229<br>Atlanta, GA 30392-1229 | | | | | | | $ 12,268.80 |

Schedule F Page 48 of 51

Subtotal
(Total of this page)    ➢

| $98,521.77 |
|---|

In re:   **International Heritage, Inc.**
56-1921093

Case No.   **98-02675-5-ATS**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Westin Peachtree Plaza** <br> 210 Peachtree Street, NW <br> Atlanta, GA 30303 | | | | | | | $   500.00 |
| ACCOUNT NO. <br> **Westlaw Group Payment Center** <br> P.O. Box 6187 <br> Carol Stream, IL 60197-6187 | | | | | | | $    29.26 |
| ACCOUNT NO. <br> **Wilbur E. Meckenstock** <br> c/o J. Anthony Penry, Esquire <br> Smith Helms Mulliss & Moore, LLP <br> 434 Two Hanover Square, Suite 2800 <br> Raleigh, NC 27601 | | | Sharon M. Meckenstock, Dan H. Meckenstock, Custodian FBO Jean Carlo Meckenstock and Wilbur E. Meckenstock, on their own behalf of a class of all persons similarly situated, Plaintiffs v. International Heritage, Inc., Stanley H. Van Etten, Claude W. Savage, Larry G. Smith, International Heritage, Incorporated, Defendants. <br> Case No: 5:98-CV-237BR(2) <br> USDC Eastern Disctric of NC, Western Division | | | X | unknown |
| ACCOUNT NO. <br> **William D. Scruggs** <br> c/o Patricia Kellett <br> Kellett and Kellett, P.A. <br> P.O. Box 680715 <br> Fort Payne, Alabama | | | Scruggs, Jordan, Dodd, Dodd & Thompson, P.A., a professional association; William D. Scruggs, an individual; Robert K. Jordan, an individual; J. David Dodd, an individual; E. Allen Dodd, an individual; and Dennis Thompson, an individual, Plaintiffs vs. Rex A. Howell, an individual; and International Heritage, Incorporated, Defendants. | | | X | unknown |
| ACCOUNT NO. <br> **William P. Hicks, Esquire** <br> Securities & Exchange Commission <br> 3475 Lenox Road, N.E. <br> Suite 1000 <br> Atlanta, GA 30326 | | | lawsuit | | | X | unknown |

Schedule F Page 49 of 51

Subtotal
(Total of this page)    >

| $529.26 |

In re:  **International Heritage, Inc.**
56-1921093

Case No.  **98-02675-5-ATS**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Win Capital Corporation**<br>**26 Ludlam Avenue**<br>**Bayville, NY 11709** | | | **Executory Contract** | | X | | unknown |
| ACCOUNT NO.<br>**Wood & Francis, PLLC**<br>**Two Hanover Square**<br>**Suite 2300**<br>**Raleigh, NC 27602** | | | **Counsel** | | | | $ 73,098.41 |
| ACCOUNT NO.<br>**Worldcom Technologies, Inc.**<br>**P.O. Box 905236**<br>**Charlotte, NC 28290-5236** | | | | | | | $ 2,884.09 |
| ACCOUNT NO.<br>**WWF New York Direct**<br>**P.O. Box 905236**<br>**Charlotte, NC 28290-5236** | | | | | | | $ 104,611.96 |
| ACCOUNT NO.<br>**Wyrick, Robbines, Yates & Ponto**<br>**P.O. Drawer 17803**<br>**Raleigh, NC 27619** | | | | | | | $ 5,628.25 |
| ACCOUNT NO.<br>**Xpedite Systems, Inc.**<br>**P.O. Box 14024**<br>**Newark, NJ 07198-0024** | | | | | | | $ 16,595.82 |

Schedule F Page 50 of 51

Subtotal
(Total of this page)  ➢

$202,818.53

In re:  **International Heritage, Inc.**                                    Case No.   **98-02675-5-ATS**
56-1921093

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**XX  Sales Representative List**<br><br>**See Schedule F Attachment** | | | | | | | **unknown** |

|  | Subtotal<br>(Total of this page) | ➤ | $0.00 |
|---|---|---|---|
|  | Total | ➤ | $6,503,675.04 |

Schedule F Page 51 of 51

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001521165

Browning, Dan H                      Unknown
106 West Stutler
Spokane          WA 99224
--------------------------------------------------------------------------------

000156181

Giddings, Keith                      Unknown
7015 Monroe Highway
Pineville        LA 71360
--------------------------------------------------------------------------------

001535193

Gilman, Michael                      Unknown
263 Congressional Ln. Ste. 707
Rockville        MD 20852
--------------------------------------------------------------------------------

001616334

Grau, Larry                          Unknown
7701 Maple
Prairie Village   KS 66208
--------------------------------------------------------------------------------

001604456

Hawks, Doyle W.                      Unknown
2392 Dale Ave
Eugene           OR 97408
--------------------------------------------------------------------------------

001537552

Hou, Janice                          Unknown
1050 Centinela Avenue
Santa Monica     CA 90403
--------------------------------------------------------------------------------

001528247

Ko, Hangfan                          Unknown
3102 Fulton St. 3Rd. Floor
Brooklyn         NY 11208
--------------------------------------------------------------------------------

001589325

Lavelle, Jeffrey A.                  Unknown
3220 Estate Dr.
Oakdale          PA 15071
--------------------------------------------------------------------------------

001498518

Lundell, Holly W.                    Unknown
48 S. Laguna Dr.
Gilbert          AZ 85202
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE          Page:    2
                    Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001494187


         Martin, Diane C.                        Unknown
         4465 Hyde Rd
         Cumming          GA 30040
--------------------------------------------------------------------------------
        001493181


         Nobakht, Shawn S.                       Unknown
         3328 Van Allen Circle
         Greensboro       NC 27410
--------------------------------------------------------------------------------
        001518304


         Optimum Investment Corp.                Unknown
         7816 Lovain
         Corpus Christi   TX 78414
--------------------------------------------------------------------------------
        001606088


         Presley, Debbie M.                      Unknown
         115C Old Hard Road
         Orange Park      FL 32073
--------------------------------------------------------------------------------
        000119825


         Reeves, Joe M.                          Unknown
         1513 Bessie Ave
         Winnfield        LA 71483
--------------------------------------------------------------------------------
        001569103


         Stromme, Joel A.                        Unknown
         5031 Samish Way
         Bellingham       WA 98226
--------------------------------------------------------------------------------
        001604175


         2 Jak'S Plus                            Unknown
         217 West 1458 So
         Logan            UT 84321
--------------------------------------------------------------------------------
        001576555


         3 W Quilting & Laminating Co.           Unknown
         5120 Old Ellis Pointe
         Roswell          GA 30076
--------------------------------------------------------------------------------
        001569183


         3-B Enterprises, Inc.                   Unknown
         61104 N 43 Dr. N W
         Benton City      WA 99320
--------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE                Page    3

                       Unsecured Creditors -- Sales Representatives


        Creditors Names and                       Total Amt
        Mailing Address/ Zip Code                 of Claim


        001594990


        A & A Investments                          Unknown
        1430 Christine Avenue
        Anniston          AL 36207
-----------------------------------------------------------------------------

        001553537


        A & C International Exchange,              Unknown
        5517 Willow Valley Road
        Clifton           VA 20124
-----------------------------------------------------------------------------

        001534358


        A & M Marketing                            Unknown
        118A 721 South Beach St.
        Daytona Beach     FL 32114
-----------------------------------------------------------------------------

        001577436


        A & S Diversified, Inc.                    Unknown
        21 23Rd Ave. Northeast
        Birmingham        AL 35215
-----------------------------------------------------------------------------

        001588115


        A.P.H. Inc.                                Unknown
        3855 South 500 West Suite K
        Salt Lake City    UT 84115
-----------------------------------------------------------------------------

        001505088


        AAA Pal Co. Inc                            Unknown
        1516 Meadow Ridge Court
        Mansfield         TX 76063
-----------------------------------------------------------------------------

        001545091


        ATA Karate For Kids                        Unknown
        11004 W. 74th Terrace
        Shawnee           KS 66203
-----------------------------------------------------------------------------

        001577788


        Aardahl, Douglas L.                        Unknown
        715 Alder St.
        Edmonds           WA 98020
-----------------------------------------------------------------------------

        001555169


        Aaron, Timothy A.                          Unknown
        104 W. Montgomery St.
        Russellville      AL 35653
-----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
      Creditors Names and                 Total Amt
      Mailing Address/ Zip Code           of Claim


      001593137


      Abbey Limited Corporation           Unknown
      1411 Nevada St
      Houston          TX 77006
------------------------------------------------------------------------
      001590606


      Abbey, Brent A.                     Unknown
      16567 Fm 2154 #11
      College Station   TX 77845
------------------------------------------------------------------------
      001595789


      Abbey, Guy L.                       Unknown
      205 Richard Rd
      LaGrange          TX 78945
------------------------------------------------------------------------
      001573764


      Abdulla, George R.                  Unknown
      12 Kyle Drive
      Salem            NH 03079
------------------------------------------------------------------------
      001552479


      Abel, Michele H.                    Unknown
      654 Gregg Ave.
      Bridgeville       PA 15017
------------------------------------------------------------------------
      000154472


      Abel, Shari L                       Unknown
      6660 Johnson St
      Hollywood        FL 33024
------------------------------------------------------------------------
      001595826


      Abendschein, Thomas                 Unknown
      121  Blackthorn  DR
      St. Louis        MO 63123
------------------------------------------------------------------------
      001572598


      Abernathy, Bobby                    Unknown
      108 Mustang Drive
      Harvest          AL 35749
------------------------------------------------------------------------
      001574268


      Abernathy, Joanne L                 Unknown
      9006 Whittier Circle
      Huntsville       AL 35802
------------------------------------------------------------------------
```

                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001585418


        Abney, Debra K.                         Unknown
        18 W. Walnut St.
        Harrisburg        IL 62946
---------------------------------------------------------------------------------

        001584389


        Abney, Jason M                          Unknown
        340 Prickly Pear
        Verdi             NV 89439
---------------------------------------------------------------------------------

        001592310
        .

        Abney, Phil A.                          Unknown
        3601 Montreal Creek Cir.
        Clarkston         GA 30021
---------------------------------------------------------------------------------

        001587612


        Abram, Pearl J. (JUANITA)               Unknown
        10519 River Rd.
        Chesterfield      VA 23838
---------------------------------------------------------------------------------

        001599834


        Abshire, Mark L.                        Unknown
        113 Malby Drive
        Scott             LA 70583
---------------------------------------------------------------------------------

        001601273


        Absten, Tim B.                          Unknown
        504 Polar Lane
        Mt. Vernon        WA 98273
---------------------------------------------------------------------------------

        001574865


        Access-ADA, Inc                         Unknown
        4341 Cambrola Circle South
        Coconut Creek     FL 33066
---------------------------------------------------------------------------------

        001612417


        Acheson, Scott                          Unknown
        12490 South Aldan Ct
        Olate             KS 66062
---------------------------------------------------------------------------------

        001469434


        Acheson, Suzanne H.                     Unknown
        203 Cedar Lake Circle
        Cordele,          GA 31015
---------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page: 6

Unsecured Creditors -- Sales Representatives


       Creditors Names and                      Total Amt
       Mailing Address/ Zip Code                of Claim


       000120916


       Ackel, Deanna L.                         Unknown
       P.O. Box 2908
       Ranchos de Taos    NM 87557
-------------------------------------------------------------------------
       001490837


       Acker, Lisa                              Unknown
       Hcr3 Box 42
       Pampa              TX 79065
-------------------------------------------------------------------------
       001596989


       Ackerlund, Sheila L.                     Unknown
       3920 W. Dry Creek Rd.
       Ellensburg         WA 98926
-------------------------------------------------------------------------
       001543676


       Ackerman, Barbara R.                     Unknown
       81077 Craig Road
       Hermiston          OR 97838
-------------------------------------------------------------------------
       000150235


       Ackerman, Carol A.                       Unknown
       7784 W.C.R. #72
       Windsor            CO 80550
-------------------------------------------------------------------------
       001522946


       Ackerman, Jackie L.                      Unknown
       52479 County Rd. P
       Arapahoe           CO 80802
-------------------------------------------------------------------------
       001530843


       Ackerman, Lisa                           Unknown
       5304 Bimini Dr.
       Bradenton          FL 34210
-------------------------------------------------------------------------
       001568639


       Ackles, Bonnie J.                        Unknown
       23903 110th Place West
       Edmonds            WA 98020
-------------------------------------------------------------------------
       001586412


       Acklus, William C.                       Unknown
       4133 110Th St. S.E.
       Everett            WA 98208
-------------------------------------------------------------------------

                            Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        000133523


        Acme Holdings                            Unknown
        P.O. Box 12595
        Alexandria       LA 71315
--------------------------------------------------------------------------------
        001604214


        Acosta, Isreal                           Unknown
        6153 Ivy Lane
        Odessa           TX 79762
--------------------------------------------------------------------------------
        000146830


        Acosta-Credle, Heidi T.                  Unknown
        PO Box 9089
        Kelscyville      CA 95451
--------------------------------------------------------------------------------
        001507728


        Acosta-Lopez, Mary Helen                 Unknown
        418 Malar
        San Antonio      TX 78214
--------------------------------------------------------------------------------
        001463922


        Acuff, Ardis L.                          Unknown
        Rt. 1 Box 164-A
        Copper Hill      VA 24079
--------------------------------------------------------------------------------
        000112546


        Acuff, Jan L.                            Unknown
        45 Lee Rd. 609
        Smiths           AL 36877
--------------------------------------------------------------------------------
        001465745


        Acuff, Rodney E                          Unknown
        7006 Oak Court
        Roanoke          VA 24014
--------------------------------------------------------------------------------
        001549497


        Acuna, Catherine L.                      Unknown
        19206 Carpet Vagger
        katy             TX 77449
--------------------------------------------------------------------------------
        001578836


        Acuna, Mario M.                          Unknown
        630 E. Juanita Ave.
        Glendora         CA 91740
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001528845

| Acuna, Sandra D. | Unknown |
| 14226 Edinburgh Court | |
| Houston          TX 77077 | |

--------------------------------------------------------------------------------

001575092

| Adajar, Primel R. | Unknown |
| 14917 Morningside Dr | |
| Poway            CA 92064 | |

--------------------------------------------------------------------------------

001614946

| Adams, Alice M | Unknown |
| 7710 63Rd St Ct Nw | |
| Gia Harbor       WA 98335 | |

--------------------------------------------------------------------------------

001523031

| Adams, Amanda* | Unknown |
| 113 Mistywood Circle | |
| Lufkin           TX 75904 | |

--------------------------------------------------------------------------------

001470086

| Adams, Ann S. | Unknown |
| 3343 Enterado Avenue | |
| West Valley City   UT 84121 | |

--------------------------------------------------------------------------------

000138857

| Adams, Brian D. | Unknown |
| 2600 S. Old Alabama Road | |
| Thomaston        GA 30286 | |

--------------------------------------------------------------------------------

001572771

| Adams, Deanne L. | Unknown |
| 14225 North 63rd Drive | |
| Glendale         AZ 85306 | |

--------------------------------------------------------------------------------

001529499

| Adams, Donald G. | Unknown |
| 205 Del Rey Drive | |
| West Monroe      LA 71291 | |

--------------------------------------------------------------------------------

000143360

| Adams, Douglas A. | Unknown |
| 418 Saddlebrook Drive | |
| Garland          TX 75044 | |

--------------------------------------------------------------------------------

                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001575613


        Adams, Douglas Kent                    Unknown
        3621 Cypress Drive
        Webb            MO 64870
--------------------------------------------------------------------------------
        001477446


        Adams, Erik D.                         Unknown
        1771 Sahale Dr.
        Mt. Vernon      WA 98274
--------------------------------------------------------------------------------
        001550733


        Adams, James J.                        Unknown
        2937 Old South Dr.
        Jonesboro       GA 30236
--------------------------------------------------------------------------------
        001533614


        Adams, Jason B.*                       Unknown
        205 Del Rey Drive
        West Monroe     LA 71291
--------------------------------------------------------------------------------
        001533254


        Adams, Kristle T.                      Unknown
        703 Dallas Street
        Winona          TX 75792
--------------------------------------------------------------------------------
        001583024


        Adams, Matthew L.*                     Unknown
        112 Pluto
        Safb            TX 76311
--------------------------------------------------------------------------------
        001577597


        Adams, Robert J.                       Unknown
        3863 W.Aspen Creek Ct.
        Meridian        ID 83642
--------------------------------------------------------------------------------
        001583502


        Adams, Robert R.                       Unknown
        19881 Huron Road
        Joplin          MO 64801
--------------------------------------------------------------------------------
        001527491


        Adams, Ross E.                         Unknown
        3535 Racquet Dr.
        Billings        MT 59102
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


000112149


Adams, Susan P. *                       Unknown
812 Hollywood Drive South
Surfside Beach     SC 29575
-----------------------------------------------------------------------------------

001573314


Adams, Tana M.                          Unknown
4085 Winesap Road
Roanoke          VA 24019
-----------------------------------------------------------------------------------

001541475


Adams, Teddy E.                         Unknown
6354 West Farm Road 18
Willard          MO 65781
-----------------------------------------------------------------------------------

001570268


Adams, Tia M.                           Unknown
63 Forest Cove
Hilton Head      SC 29928
-----------------------------------------------------------------------------------

001519839


Adams, Travis C.                        Unknown
535 Ave. B
Billings         MT 59102
-----------------------------------------------------------------------------------

001540578


Adams, Troy W.                          Unknown
705 Overhill Ct.
Woodstock        GA 30189
-----------------------------------------------------------------------------------

001513651


Adams, William C.                       Unknown
2927 Millice Avenue
Billings         MT 59102
-----------------------------------------------------------------------------------

001559110


Adamson, Judy J.                        Unknown
638 East 770 North
Alpine           UT 84004
-----------------------------------------------------------------------------------

000118062


Adcock, Beth H.                         Unknown
6479 Brookmeade Circle
Hixson           TN 37343
-----------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001597761


Adcock, Sandra A.                       Unknown
13152 Brewster Creek
Moody           TX 76557
-----------------------------------------------------------------------------
001528850


Adcock, William E.                      Unknown
326 Cane Bend Dr
Haughton        LA 71037
-----------------------------------------------------------------------------
001478890


Addicks, Jennifer E.                    Unknown
10830 Chevy Chase
Houston         TX 77042
-----------------------------------------------------------------------------
001606763


Addie, Richard W                        Unknown
P.O. Box 625
Rockaway Beach   OR 97136
-----------------------------------------------------------------------------
000118916


Addington, Carolyn                      Unknown
Route 1 Box 59D
Dodson          LA 71422
-----------------------------------------------------------------------------
001586457


Addison, Kim V                          Unknown
3622 Columbine Drvie
Augusta         GA 30906
-----------------------------------------------------------------------------
001565078


Adger Ellis A.                          Unknown
15700 Sw 153 Court
Miami           FL 33187
-----------------------------------------------------------------------------
000119736


Adger, Marvin L.                        Unknown
5030 E. Orem
Houston         TX 77048
-----------------------------------------------------------------------------
001549644


Adkins, Alyce                           Unknown
4031 Willingham Drive
Columbia        SC 29206
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001582587


Adkins, Arthur J.                      Unknown
3194 Saco Road
Maggie Valley    NC 28751
---------------------------------------------------------------------------
000104512


Adkins, James D.                       Unknown
Rt.2 Box 189A
Waterford        OH 45786
---------------------------------------------------------------------------
000112115


Adkins, John M.                        Unknown
307 Glendale Road
Union            SC 29379
---------------------------------------------------------------------------
001595834


Adkinson, Deborah S.                   Unknown
2219 Magnolia Lane
Alexandria       LA 71301
---------------------------------------------------------------------------
001501961


Adler, Patti                           Unknown
3607 Gardenia Dr.
Arlington        TX 76016
---------------------------------------------------------------------------
000153437


Admiralty Pension Fund                 Unknown
2435 E. North St. Ste. #373
Greenville       SC 29615
---------------------------------------------------------------------------
001569409


Admire, Charles A.                     Unknown
509 Ward Lane
Lee's Summit     MO 64063
---------------------------------------------------------------------------
001485533


Advance Equities                       Unknown
P.O. Box 1042
Winnfield        LA 71483
---------------------------------------------------------------------------
001614270


Advanced Marketing Systems             Unknown
35 Ritter Road #12
Hayesville       NC 28904
---------------------------------------------------------------------------
```

Creditors Names and                          Total Amt
Mailing Address/ Zip Code                    of Claim


001571537


Aemmer, Karen B                              Unknown
9360 Breck N E
Louisville        OH 44641
--------------------------------------------------------------------------------
001593275


Affinity Resources                           Unknown
2470 S. Dairy Ashford Ste.#283
Houston           TX 77077
--------------------------------------------------------------------------------
001608515


Afflick, Ellen M.                            Unknown
11-104 Arbor Club
Ponte Vedra BCH   FL 32802
--------------------------------------------------------------------------------
001528515


Agado, Cynthia E.                            Unknown
1311 Morelos
San Benito        TX 78586
--------------------------------------------------------------------------------
000140803


Agado, Melinda M.                            Unknown
1834 Cherry Court
Harlingen         TX 78550
--------------------------------------------------------------------------------
001519166


Agan, Diane & Richard                        Unknown
P.O. Box 24
Trenton           TX 75490
--------------------------------------------------------------------------------
001573322


Agency Insurance Inc.                        Unknown
9803 North Hillsdale Ct.
Spokane           WA 99208
--------------------------------------------------------------------------------
001578072


Agre, John L.                                Unknown
6305 Greenwood
Shawnee           KS 66216
--------------------------------------------------------------------------------
001542673


Aguiar, Joseph                               Unknown
2035 Champions Parkway
Lawrenceville     GA 30044
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                 Total Amt
Mailing Address/ Zip Code           of Claim


001572220


Aguila, Christopher L.              Unknown
1680 Rainbow Ridge Road
Reno              NV 89523
--------------------------------------------------------------------------------

001577665


Aguila, Thomas I                    Unknown
1680 Rainbow Ridge
Reno              NV 89523
--------------------------------------------------------------------------------

001571305


Aguila, Troy S.                     Unknown
1680 Rainbow Ridge
Reno              NV 89523
--------------------------------------------------------------------------------

001562927


Aguirre, Cynthia                    Unknown
902 Lansdown
Corpus Christi    TX 78412
--------------------------------------------------------------------------------

001604895


Ah Quin, Lancelot K.                Unknown
1260 Rader Rd
Sunnyside         WA 98944
--------------------------------------------------------------------------------

001606529


AhQuin, Tara R.                     Unknown
971 West 400 South
Salt Lake City    UT 84104
--------------------------------------------------------------------------------

001540339


Ahas Inc.                           Unknown
501 Oak Haven Dr.
Altamonte         FL 32701
--------------------------------------------------------------------------------

001575186


Ahern, Elizabeth A.                 Unknown
85 Winthrop St. 3Rd. Floor
Framingham        MA 01702
--------------------------------------------------------------------------------

001579246


Ahfook, Gerard G.                   Unknown
950 West Essex Road
Oak Harbor        WA 98278
--------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                  INTERNATIONAL HERITAGE        Page: 15

                          Unsecured Creditors -- Sales Represerntatives


          Creditors Names and                    Total Amt
          Mailing Address/ Zip Code               of Claim


          001466184


          Ahia, Meredith S.                       Unknown
          1440 N. Hwy 93
          Scott           LA 70583
-----------------------------------------------------------------------------------

          001595424


          Ahlgren, Debra A.                       Unknown
          2211 Meadowood St.
          Billings        MT 59102
-----------------------------------------------------------------------------------

          001609987


          Ahmad, Chaudhry F.                      Unknown
          10640 2nd Ave SW
          Seattle         WA 98146
-----------------------------------------------------------------------------------

          001607353


          Ahmed, Jean K.                          Unknown
          11180 E. Marginal Way So.
          Seattle         WA 98168
-----------------------------------------------------------------------------------

          001542433


          Aiello, Ronald F.                       Unknown
          217 Shoreline Dr.
          Jefferson       GA 30549
-----------------------------------------------------------------------------------

          001455567


          Aigner, Todd H.                         Unknown
          3852 Homer Davis Road
          Shepherd        MT 59079
-----------------------------------------------------------------------------------

          001494569


          Aillet, Mary K                          Unknown
          3310 Sunrise
          Shoreacres      TX 77571
-----------------------------------------------------------------------------------

          001519834


          Ainsworth, Jayne H.                     Unknown
          2412 Judith St.
          Metairie        LA 70003
-----------------------------------------------------------------------------------

          001523922


          Akeman, Jayne M.                        Unknown
          210 Lang Dr.
          Fayetteville    GA 30214
-----------------------------------------------------------------------------------

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001589499


Akerman, Chris M.                      Unknown
3005 Princewood
Garland          TX 75040
--------------------------------------------------------------------------------
001519860


Aladdin Resources Guild                Unknown
4400-A Ambassador Caffery #328
Lafayette         LA 70508
--------------------------------------------------------------------------------
001544663


Alam, Akbar                            Unknown
86-25 Dongan Avenue, #4-D
New York          NY 11373
--------------------------------------------------------------------------------
001538875


Alaniz, Selina R.                      Unknown
1112 N. Minter
Hebbronville      TX 78361
--------------------------------------------------------------------------------
001614906


Alano, Mark A.                         Unknown
565 Sparks Blvd #Cm344
Sparks            NV 89434
--------------------------------------------------------------------------------
001551828


Alatan                                 Unknown
6906 Lachlan Cir. Apt #H
Baltimore         MD 21239
--------------------------------------------------------------------------------
001606989


Albee, Daphyne K.                      Unknown
14833 26Th Ave. Se.
Millcreek         WA 98102
--------------------------------------------------------------------------------
001461216


Albee, Shelly R.                       Unknown
RT#1 BX 94. 115 Eugene
towanda           IL 61776
--------------------------------------------------------------------------------
001574625


Albers, Lavonne M.                     Unknown
12332 S.W. 72Nd Ave #122
Tigard            OR 97223
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001591551


Albers, Martina H.                      Unknown
167 W Greywing Cir
Woodlands        TX 77382
-----------------------------------------------------------------------------
001479175


Albert, Dianna S                        Unknown
3607 Gardenia
Arlington        TX 76016
-----------------------------------------------------------------------------
001568604


Albertyn, Greg I.                       Unknown
16250 Sun Summit Dr.
Riverside        CA 92503
-----------------------------------------------------------------------------
001519419


Albion, Janice S.                       Unknown
13362 Tallgrass Court
Ft. Myers        FL 33912
-----------------------------------------------------------------------------
001590864


Albrecht, Debra A.                      Unknown
3014 Gap Rd
Outlook          WA 98938
-----------------------------------------------------------------------------
001564475


Alcaraz, Esther                         Unknown
304 N. Bushnell
Alhambra         CA 91801
-----------------------------------------------------------------------------
001478374


Alcocer, Diana F.                       Unknown
710 Briarway
Mission          TX 78572
-----------------------------------------------------------------------------
001543366


Alcorn, Thomas                          Unknown
602 Dayton Road
Mansfield        TX 76063
-----------------------------------------------------------------------------
001565097


Alder, Craig Z.                         Unknown
P.O. Box 172
Spanish Fork     UT 84660
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000132983 | |
| Alderson, Kristina K.<br>200 Frank Road<br>Belgrade        MT 59714 | Unknown |
| 001504138 | |
| Alderwood Holdings<br>7950 Hwy 72W Suite G158<br>Madison        AL 35758 | Unknown |
| 000104904 | |
| Aldred, Katherine V.<br>5648-C Strawberry Hill Dr.<br>Charlotte        NC 28211 | Unknown |
| 001585586 | |
| Aldrich, Ellen<br>8 Pine Tree Circle<br>Pelham        MA 01002 | Unknown |
| 001608337 | |
| Aldrich, Meredith M.<br>1732 North 450 West 4-111<br>Provo        UT 84604 | Unknown |
| 001597317 | |
| Aldridge, Alfred<br>1138 Carroll Street<br>Mandeville        LA 70448 | Unknown |
| 001581868 | |
| Aldridge, John H.<br>1865 Fairview Drive<br>Port Allen        LA 70767 | Unknown |
| 001578141 | |
| Aldridge, Tomm J.<br>10129 Lucy Court<br>River Ridge        LA  70123 | Unknown |
| 000148518 | |
| Alejandro, Eva L.<br>2317 Lois Lane<br>Brownsville        TX 78521 | Unknown |

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE          Page 19
                         Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001584697


        Alexander Communications Int           Unknown
        3821 N. Beltline Road #1208
        Irving          TX 75038
--------------------------------------------------------------------------------

        001605973


        Alexander, Brandi M.                   Unknown
        1800 Evergreen St. #18
        Walla Walla      WA 99362
--------------------------------------------------------------------------------

        001586580


        Alexander, Cheryl A.                   Unknown
        124 W. Homer St.
        Harrisburg       IL 62946
--------------------------------------------------------------------------------

        000109493


        Alexander, Frank W.                    Unknown
        P.O. Box 56 100 Grace St.
        Union            SC 29379
--------------------------------------------------------------------------------

        001584385


        Alexander, G. Jolene                   Unknown
        7505 Quivira Rd.
        Shawnee          KS 66219
--------------------------------------------------------------------------------

        001560343


        Alexander, Gretchen A.                 Unknown
        3724 204Th St S W #E303
        Lynnwood         WA 98036
--------------------------------------------------------------------------------

        001575675


        Alexander, James S.                    Unknown
        5628 Holston Hills Road
        Knoxville        TN 37914
--------------------------------------------------------------------------------

        001606323


        Alexander, Jr. Ronald K                Unknown
        1122 Francis #6A
        Walla Walla      WA 99362
--------------------------------------------------------------------------------

        001467832


        Alexander, Kathleen S.                 Unknown
        1113 6Th Avenue
        Longmont,        CO 80501
--------------------------------------------------------------------------------

```
JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE        Page:  20
                         Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        000106916


        Alexander, Samuel Scott                  Unknown
        6614 Phillippi Rd
        Liberty          NC 27298
-------------------------------------------------------------------------------
        001571363


        Alexander, Sharon A                      Unknown
        1122 Francis Ave. Apt. 6A
        Walla Walla      WA 99362
-------------------------------------------------------------------------------
        000144184


        Alford, Douglas W.                       Unknown
        Rt 1 Box 7M
        Gunter           TX 75058
-------------------------------------------------------------------------------
        000134067


        Alford, Elizabeth R.                     Unknown
        P O Box 379
        Hornbeck         LA 71439
-------------------------------------------------------------------------------
        001579727


        Alford, Rand S                           Unknown
        233 Lisa Dr
        Leesville        LA 71446
-------------------------------------------------------------------------------
        000120975


        Alford, Steve R                          Unknown
        233 Lisa Drive
        Leesville        LA 71446
-------------------------------------------------------------------------------
        001526509


        Algeo, Robin H.                          Unknown
        2878 Moss Oak Lane
        Charleston       SC 29414
-------------------------------------------------------------------------------
        001615682


        Alibrahim, Diane R                       Unknown
        628 Montgomery Hwy
        Vestavia         AL 35216
-------------------------------------------------------------------------------
        001551086


        Allbritton, Donnie L.                    Unknown
        3860 Tavern Oaks
        San Antonio      TX 78247
-------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001556949


Allegood, Valerie                      Unknown
2505 Tollgate Road Apt K
Huntsville        AL 35801
------------------------------------------------------------------------
001583322


Allegro, Anthony C                     Unknown
6 Old Farm N Court
Bradley           IL 60915
------------------------------------------------------------------------
001577273


Allegro, Keli Jo.                      Unknown
6 Old Farm N. Ct.
Bradley           IL 60915
------------------------------------------------------------------------
001521179


Alleluia Enterprises                   Unknown
PO Box 84
Ferndale          WA 98248
------------------------------------------------------------------------
000153999


Alleman, Katherine D.                  Unknown
2201 Valencia St.
Monroe            LA 71201
------------------------------------------------------------------------
001564731


Allen Jr., L. E.                       Unknown
9562 Lagersfield Circle
Vienna            VA 22181
------------------------------------------------------------------------
001591321


Allen, Anthony S.                      Unknown
1419 Gold Stream Dr.
Webb City         MO 64870
------------------------------------------------------------------------
001581192


Allen, Barbara J.                      Unknown
78623 Ave. 42 Apt. B
Bermuda Dunes     CA 92201
------------------------------------------------------------------------
001578169


Allen, Barbara K.                      Unknown
P.O. Box 365
Equality          IL 62934
------------------------------------------------------------------------
```

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001586778


Allen, Billie L.                         Unknown
3921 Amy
Garland            TX 75043
----------------------------------------------------------------------

000156470


Allen, Carol R.                          Unknown
Route 1, Box 109-A
Sulphur Springs,   TX 75482
----------------------------------------------------------------------

001574559


Allen, Edward Z.                         Unknown
13041 Rimrock Ave.
Chino Hills         CA 91709
----------------------------------------------------------------------

001596138


Allen, Gregory B.                        Unknown
8908 Horton
Overland Park       KS 66207
----------------------------------------------------------------------

000113023


Allen, Kay K.                            Unknown
4897 Hereford Farm Road
Evans               GA 30809
----------------------------------------------------------------------

001554539


Allen, Leslie A.                         Unknown
Rt. 1 Box 1204
Palestine           TX 75801
----------------------------------------------------------------------

001528034


Allen, Marilyn A.                        Unknown
2238 Sandhill Road
Newark              NY 14513
----------------------------------------------------------------------

001464366


Allen, Melba D                           Unknown
108 Hollins Drive
Salisbury           NC 28144
----------------------------------------------------------------------

001530478


Allen, Melissa N                         Unknown
2126 Dorsey
Corpus Christi      TX 78414
----------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE        Page: 23
                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001548314


        Allen, Melvin L.                      Unknown
        301 N. Randolphville Rd Apt 70
        Piscataway       NJ 08854
--------------------------------------------------------------------------------

        000159237


        Allen, Michael S.                     Unknown
        10 Country Hills Rd.
        Montevallo       AL 35115
--------------------------------------------------------------------------------

        001476666


        Allen, Ronnie E.                      Unknown
        1110 Line St.
        Hollister        CA 95023
--------------------------------------------------------------------------------

        001577712


        Allen, Samuel D.                      Unknown
        4444 West Pine Blvd #133
        St. Louis        MO 631082348
--------------------------------------------------------------------------------

        001583035


        Allen, Sharon K.                      Unknown
        14 Mi Ne Of Orla
        Orla             TX 79770
--------------------------------------------------------------------------------

        001602400


        Allen, Tim L                          Unknown
        Po Box 145
        Prosper          TX 75078
--------------------------------------------------------------------------------

        001534112


        Allen-Steiner, Marie H.               Unknown
        4946 Village Creek Dr.
        Atlanta          GA 30338
--------------------------------------------------------------------------------

        001580060


        Alles, Fred W.                        Unknown
        1143 E. Hidden Valley Dr.
        Fruit Heights    UT 84037
--------------------------------------------------------------------------------

        001573618


        Alles, Robert S.                      Unknown
        410 Talley Bridge Rd
        Marietta         SC 29661
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|

000128872

Allison, Leigh R.                    Unknown
P.O. Box 288
Malta              MT 59538
--------------------------------------------------------------------------

001466702

Allred, Margie M.                    Unknown
166 Lake Dr,
Ripley             TN 38063
--------------------------------------------------------------------------

001570792

Allums, Barry M.                     Unknown
2965 Mendoza Dr. #D
Costa Mesa         CA 92626
--------------------------------------------------------------------------

000158669

Allwardt, Edna June                  Unknown
6203 W6Th Ave
Kennewick          WA 99336
--------------------------------------------------------------------------

001481364

Allwest Funding *                    Unknown
PO Box 260
Burlington         WA 98233
--------------------------------------------------------------------------

001603013

Almack, Cheryl A.                    Unknown
247 W. 1300N
Alexandria         IN 46001
--------------------------------------------------------------------------

001604066

Almanza, Carlos A.                   Unknown
P.O. Box 48541
Doraville          GA 30340
--------------------------------------------------------------------------

001492084

Almanza, Guadalupe                   Unknown
724 North 1 St.
Mount Vernon       WA 98273
--------------------------------------------------------------------------

001482910

Almanza, Joel N.                     Unknown
1749A W. Big Lake Blvd.
Mt. Vernon         WA 98274
--------------------------------------------------------------------------

```
                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001474660


        Almanza, Noel H.                        Unknown
        125 S 27th Street
        Mt. Vernon       WA 98274
-----------------------------------------------------------------------------
        001601657


        Almaraz, Lillian                        Unknown
        5803 Gomel Pyle
        San Antonio      TX 78240
-----------------------------------------------------------------------------
        000114858


        Almond, Paula J.                        Unknown
        452 St. Charles Ct.
        Charleston       SC 29407
-----------------------------------------------------------------------------
        001571312


        Alpha Consultants Guild                 Unknown
        2435 East North St. Ste 360
        Greenville       SC 29615
-----------------------------------------------------------------------------
        001597707


        Alpha Management                        Unknown
        7154 West State Street #216
        Boise            ID 83703
-----------------------------------------------------------------------------
        001468354


        Alpha Omega Corporation                 Unknown
        307 Jupiter Hills Drive
        Duluth           GA 30097
-----------------------------------------------------------------------------
        001607470


        Alread, June                            Unknown
        5702 Westchase Dr.
        Ft. Worth        TX 76180
-----------------------------------------------------------------------------
        001534312


        Alred, Sherrie                          Unknown
        3630 Paddock Crossing
        Suwanee          GA 30024
-----------------------------------------------------------------------------
        000128994


        Alsberg, Jeff                           Unknown
        520 Hwy 2 West
        Glasgow          MT 59230
-----------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page 26
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001551715


        Alstott, Anne A.                        Unknown
        823 Hamilton
        Olathe          KS 66061
--------------------------------------------------------------------------------
        001500084


        Altenburg, Eldora D.                    Unknown
        789 Blaine View Ln.
        Kalispell       MT 59901
--------------------------------------------------------------------------------
        001486146


        Altenburg, Pam J                        Unknown
        779 Blaine View Ln
        Kalispell       MT 59901
--------------------------------------------------------------------------------
        000160610


        Altergott, James E.                     Unknown
        1709 W 39Th North
        Wichita         KS 67204
--------------------------------------------------------------------------------
        001606259


        Alters, Pat                             Unknown
        2201 Astor Street Capri #10
        Orange Park     FL 32073
--------------------------------------------------------------------------------
        001476969


        Alting, Betsy A                         Unknown
        375 Redbud Place
        Greenwood       IN 46142
--------------------------------------------------------------------------------
        001496140


        Altman, Gerald H.                       Unknown
        P.O. Box 410882
        Kansas City     MO 64141
--------------------------------------------------------------------------------
        001603801


        Alvarado, Alma                          Unknown
        509 Delmar  Apt 601
        Midland         TX 79703
--------------------------------------------------------------------------------
        001608019


        Alvarez Angie M                         Unknown
        Po Box 515
        Garibaldi       OR 97118
--------------------------------------------------------------------------------
```

                        Unsecured Creditors -- Sales Representatives

        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code                of Claim

        001541206

        Alvarez, Caesar                          Unknown
        711 E. Los Torritos
        Weslaco          TX 78596
--------------------------------------------------------------------------------
        001596450

        Alvarez, Delma N.                        Unknown
        2308 W. Van St.
        Odessa           TX 79763
--------------------------------------------------------------------------------
        001472815

        Alvey, Debbie                            Unknown
        3363 Alvey Hill Road
        Danridge         TN 37725
--------------------------------------------------------------------------------
        001603211

        Alwood, Bryan                            Unknown
        28811 105Th St Se
        Monroe           WA 98272
--------------------------------------------------------------------------------
        001606925

        Alzona, Maria-Veronica M.                Unknown
        8787 Friant St.
        San Diego        CA 92126
--------------------------------------------------------------------------------
        001592304

        Amacher, Donald R.                       Unknown
        1600 Executive Parkway #200
        Eugene           OR 97401
--------------------------------------------------------------------------------
        001579786

        Amacher, Todd D.                         Unknown
        3133 Saint Croix
        Eugene           OR 97408
--------------------------------------------------------------------------------
        001551237

        Amadeus Fund Consultants                 Unknown
        2225 Bonvie
        Sulphur          LA 70665
--------------------------------------------------------------------------------
        001575584

        Amayo Jr., David L.                      Unknown
        1801 N. Florida
        Joplin           MO 64801
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE
                        Unsecured Creditors -- Sales Representatives

```
     Creditors Names and                Total Amt
     Mailing Address/ Zip Code          of Claim


     001565320


     Amayo, Frank A.                     Unknown
     11109 Helen Ben Rd.
     Joplin          MO 64804
----------------------------------------------------------------

     001460722


     Amba Direct Marketing               Unknown
     896 Los Colonis Dr.
     Virginia Beach    VA 23456
----------------------------------------------------------------

     001500086


     Amelinckx, Carol C.                 Unknown
     310 Mustang St.
     Lafayette       LA 70506
----------------------------------------------------------------

     001602580


     Amell, Jon M.                       Unknown
     4015 Brae Burn Drive
     Eugene          OR 97405
----------------------------------------------------------------

     001558414


     American Hong Qiang Int'L           Unknown
     17046 E. Colima Rd. #179
     Hacienda Heights   CA 91745
----------------------------------------------------------------

     001570608


     American Worldwide Network          Unknown
     P.O. Box 88 1191
     Los Angeles     CA 90009
----------------------------------------------------------------

     000132088


     Ameritel Communications, Llc        Unknown
     1205 48th AVENUE N SUITE C
     Myrtle Beach    SC 29577
----------------------------------------------------------------

     001609088


     Amerson Kay L                       Unknown
     5405 Jane Ann
     Ft. Worth       TX 76117
----------------------------------------------------------------

     001563405


     Amerson, Dana G.                    Unknown
     2305 Orpine Ave.
     Baton Rouge     LA 70808
----------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE              Page    29
                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001577948


        Amison, Ray E.                           Unknown
        317 Flournoy Lucas Rd.
        Shreveport        LA 71106                                    .
--------------------------------------------------------------------------------
        001593561


        Ammar, Abraham S.                         Unknown
        400 Main Avenue
        Logan             WV 25601
--------------------------------------------------------------------------------
        001543325


        Amos, Daniel W.                           Unknown
        631 Everette St.
        New Iberia        LA 70560
--------------------------------------------------------------------------------
        000116509


        Amuny, Heather A.                         Unknown
        16323 Craighurst
        Houston           TX 77059
--------------------------------------------------------------------------------
        001598518


        Amy G. Bearden                            Unknown
        200 Broadway
        Roaring Springs   TX 79256
--------------------------------------------------------------------------------
        001471126

        ə
        Ancell, Linda J                           Unknown
        2805 Loma Linda
        Wichita Falls     TX 76308
--------------------------------------------------------------------------------
        001571026


        Andersen, Darwyn G.                       Unknown
        7141 Bayou Lacroix Road
        Bay St. Louis     MS 39520                                   .
--------------------------------------------------------------------------------
        001509549


        Andersen, Laura P.                        Unknown
        2033 Towne Lake Hill West
        Woodstock         GA 30189
--------------------------------------------------------------------------------
        000153150                                                    .


        Andersen, Neal M.                         Unknown
        236 Glasgow Drive
        Wichita Falls     TX 76302                                   .
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim

001507495

Andersen, Sandra L.                    Unknown
3526 Reavis Lane
Myrtle Beach      SC 29579
-------------------------------------------------------------------
000129766

Anderson  Bryce L.                     Unknown
1415 Marie
Pasco             WA 99301
-------------------------------------------------------------------
001597661

Anderson Mary F                        Unknown
10010 Kempwood Apt #532
Houston           TX 77080
-------------------------------------------------------------------
001607230

Anderson, Aden Sherri L.               Unknown
3813 Montreal St.
Bismarck          ND 58501
-------------------------------------------------------------------
001551286

Anderson, Amber                        Unknown
300 North Keith
Scammon           KS 66773
-------------------------------------------------------------------
001540094

Anderson, Arnold Craig                 Unknown
5213 58th Ave Se
olympia           WA 98513
-------------------------------------------------------------------
001578913

Anderson, Bernice E.                   Unknown
411 East 7Th Street
Moscow            ID 83843
-------------------------------------------------------------------
001564492

Anderson, Brad C.                      Unknown
4 Partridge Lane
Aliso Visjo       CA 92656
-------------------------------------------------------------------
001609753

Anderson, Christy S.                   Unknown
2711 West Walnut
Rogers            AR 72756
-------------------------------------------------------------------

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001525207


        Anderson, Dan D.                        Unknown
        10411 S.W. 108th Ave., #249D
        Miami              FL 33176
-------------------------------------------------------------------------------
        001610501


        Anderson, Denise M.                     Unknown
        651 Blaine Ave Ne.
        Renton             WA 98056
-------------------------------------------------------------------------------
        001578921


        Anderson, Donald A C                    Unknown
        705 East 8Th
        Moscow             ID 83843
-------------------------------------------------------------------------------
        001552094


        Anderson, Edwin C.                      Unknown
        307 Lilac Dr.
        Mt. Vernon         WA 98273
-------------------------------------------------------------------------------
        001575699


        Anderson, Erik P.                       Unknown
        429 A. Quintard Ave.
        Anniston           AL 36201
-------------------------------------------------------------------------------
        000129682


        Anderson, Gary                          Unknown
        PO Box 1622
        Malta              MT 59538
-------------------------------------------------------------------------------
        000129366


        Anderson, George L.                     Unknown
        HC 64 Box 4085
        Dodson             MT 59524
-------------------------------------------------------------------------------
        000144048


        Anderson, Gloria A.                     Unknown
        609 E. Tyler
        Richardson         TX 75081
-------------------------------------------------------------------------------
        001551556


        Anderson, Jacky K.                      Unknown
        113 West Main St.
        Independence       VA 24348
-------------------------------------------------------------------------------
```

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001498553


        Anderson, James H.                   Unknown
        1810 Sierra Rd. East
        Helena           MT 59601
------------------------------------------------------------------------------
        001599762


        Anderson, Katherine                  Unknown
        32 Swanage Dr.
        Bella Vista      AR 72715
------------------------------------------------------------------------------
        000136894


        Anderson, Kathleen A.                Unknown
        2002 Courtney Dr.
        N. Augusta       SC 29841
------------------------------------------------------------------------------
        001601186


        Anderson, Kathleen M                 Unknown
        2393 Catamaran Ct
        Marietta         GA 30062
------------------------------------------------------------------------------
        001587352


        Anderson, Keith & Wyndy              Unknown
        1645 Hobbs Island Rd.
        Huntsville       AL 35803
------------------------------------------------------------------------------
        001544438


        Anderson, Lance C.                   Unknown
        245 Melrose
        Pocatello        ID 83204
------------------------------------------------------------------------------
        001551310


        Anderson, Lori M.                    Unknown
        3355 Road #29
        Grey Bull        WY 82426
------------------------------------------------------------------------------
        001543845


        Anderson, Marilyn Ann                Unknown
        1209 4Th West Hill Drive
        Great Falls      MT 59404
------------------------------------------------------------------------------
        001577335


        Anderson, Mark L.                    Unknown
        100 Pelham Road W212
        Greenville       SC 29615
------------------------------------------------------------------------------
```

                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001567395


        Anderson, Michael D.                    Unknown
        1565 Lange Rd
        Mount Vernon      WA 98273
-----------------------------------------------------------------------------
        000163315


        Anderson, Ofelia N                      Unknown
        506 Avocado Drive
        La Feria          TX 78559
-----------------------------------------------------------------------------
        001494336


        Anderson, Randy E.                      Unknown
        1674 Mt. Olive Rd.
        Quitman           LA 71268
-----------------------------------------------------------------------------
        001535350


        Anderson, Ronnie D.                     Unknown
        376 Landfill Rd.
        Ory Prong         LA 71423
-----------------------------------------------------------------------------
        001599343


        Anderson, Russell D.                    Unknown
        61915 Ward Road
        Bend              OR 97701
-----------------------------------------------------------------------------
        001594665


        Anderson, Sue E.                        Unknown
        5 Tower Road
        Eureka Springs    AR 72632
-----------------------------------------------------------------------------
        001537034


        Anderson, Susan L.                      Unknown
        12885 Pine Lake Ave
        Cedar Springs     MI 49319
-----------------------------------------------------------------------------
        001581301


        Anderson, Susan S.                      Unknown
        13803 Goodman
        Overland Park     KS 66223
-----------------------------------------------------------------------------
        001513620


        Anderson, Suzanne                       Unknown
        535 Bismark Drive
        Nashville         TN 37210
-----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001569837


Anderson, Tammy J.                     Unknown
668 Rivendell
Milton          WI 53563
----------------------------------------------------------------------

001558013


Anderson, Thomas J.                    Unknown
774 Wintergreen Ct.
Aarora          IL 60504
----------------------------------------------------------------------

001590536


Anderson-Chalker,  Connie A.          Unknown
110 North Cleveland Street
Moscow          ID 83843
----------------------------------------------------------------------

001551018


Anderson-Giles, Chalon S.             Unknown
105 East Washington
Pittsburg       KS 66762
----------------------------------------------------------------------

001613582


Anderton, Beth A.                      Unknown
19 South Granger
Harrisburg      IL 62946
----------------------------------------------------------------------

001592548


Andis, Tom C.                          Unknown
728 Irvin Avenue
Evansville      IN 47715
----------------------------------------------------------------------

001580983


Andre, Susan E.                        Unknown
3170 Peninsula Dr.
Southlake       TX 76092
----------------------------------------------------------------------

001520562


Andree, William P.                     Unknown
1714 Tilden
Wichita Falls   TX 76309
----------------------------------------------------------------------

001524918


Andrepont, Elizabeth W.                Unknown
269 Leisure Drive
Opelousas       LA 70570
----------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


```
Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001602208


Andres, Sharon F.                       Unknown
23008 283rd Avenue SE
Maple Valley      WA 98038
```
------------------------------------------------------------------------
```
000147645


Andrews, Jackie L. *                    Unknown
3323 Hwy 33
Ruston            LA 71270
```
------------------------------------------------------------------------
```
001520589


Andrews, William R.                     Unknown
P.O. Box 703
Clinton           LA 70722
```
------------------------------------------------------------------------
```
000139010


Andries, Rosalind A                     Unknown
250 Meadow Lane
Many              LA 71449
```
------------------------------------------------------------------------
```
000161950


Andries, Shirley A.                     Unknown
625 Harvard
Houston           TX 77007
```
------------------------------------------------------------------------
```
001565381


Ang, Sing-Kar                           Unknown
132-32 41st Ave.
Flushing          NY 11355
```
------------------------------------------------------------------------
```
001607237


Angell, Paul B.                         Unknown
1120 Finnegan Way #6
Bellingham        WA 98225
```
------------------------------------------------------------------------
```
001517358


Anglin, C. Harry                        Unknown
P.O. Box 3787
Martinsville      VA 24115
```
------------------------------------------------------------------------
```
001559944


Anglin, Leann                           Unknown
1032 Anniston Ave.
Shreveport        LA 71105
```
------------------------------------------------------------------------

                           Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001541358


        Angus, Tim & Lana                       Unknown
        192 Pheasant Run Road S.E.
        Warren           OH 44484
--------------------------------------------------------------------------------
        001531909


        Anicama, Jorge A.                       Unknown
        1300 N.W. 93 Terrace
        Plantation       FL 33322
--------------------------------------------------------------------------------
        001554373


        Anicama, Lucia L.                       Unknown
        1300 N.W. 93 Terr.
        Plantation       FL 33322
--------------------------------------------------------------------------------
        000126505


        Ankenman, Michael D.                    Unknown
        11023 Spruce Street
        Kansas City      MO 64137
--------------------------------------------------------------------------------
        001580748


        Annese, Joseph G.                       Unknown
        1685 East Breezy Lane
        West Palm Beach  FL 33417
--------------------------------------------------------------------------------
        001594864


        Annis, Deeann L                         Unknown
        1484 N 900 Rd
        Baldwin City     KS 66006
--------------------------------------------------------------------------------
        001566224


        Anson, Briah E.                         Unknown
        6562 W. 49th St.
        Mission          KS 66202
--------------------------------------------------------------------------------
        001574832


        Anstett, Cynthia A.                     Unknown
        10521 Channel
        Dallas           TX 75229
--------------------------------------------------------------------------------
        001518144


        Anthony, D. Wesley                      Unknown
        11547 Sabo Road
        Houston          TX 77089
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001518155

Anthony, John W.                        Unknown
11547 Sabo Road
Houston          TX 77089
----------------------------------------------------------------------

001583330

Antley Joel K, Jr.                      Unknown
141 SKYLARK Drive
Downsville       LA 71234
----------------------------------------------------------------------

001516109

Antor, Greg                             Unknown
7298 Rolling Hills Drive
Hudsonville      MI 49426
----------------------------------------------------------------------

001535253

Antrich, Lee J.                         Unknown
2828 Rogerdale #151
Houston          TX 77042
----------------------------------------------------------------------

001565733

Apao, Mark M.                           Unknown
7510 Longing Tr.
San Antonio      TX 78244
----------------------------------------------------------------------

001576335

Apley, Nina Jo                          Unknown
1620 Hull Street
Clovis           NM 88101
----------------------------------------------------------------------

001563851

Appelhans, Jaime L.                     Unknown
P.O. Box 2796
Valdez           AK 99686
----------------------------------------------------------------------

001563013

Appell, Robert D.                       Unknown
4638 S. 170th
Bolivar          MO 65613
----------------------------------------------------------------------

001515239

Apple, Lisa                             Unknown
6944 Prestonshire
Dallas           TX 75225
----------------------------------------------------------------------

                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001557413


        Appleby, Michael P.                      Unknown
        14025 Evergreen Way
        Stanwood        WA 98292
-------------------------------------------------------------------------------
        000152312


        Applegate, Skeeter C.                    Unknown
        079 Hwy 112, Box 335
        Regina          NM 87046
-------------------------------------------------------------------------------
        001593647


        Appleton, Janet L.                       Unknown
        2020 Westcreek Ln. Apt. A48
        Houston         TX 77027
-------------------------------------------------------------------------------
        001591671


        Applewhite, Joe A.                       Unknown
        1214 No. St. Augustine #1100
        Dallas          TX 75217
-------------------------------------------------------------------------------
        000161757


        Appling, Carole                          Unknown
        35 Carol Ann Court
        Hollister       CA 95023
-------------------------------------------------------------------------------
        001596965


        Aquifer Plumbing                         Unknown
        425 E. High
        Wills Pt.       TX 75169
-------------------------------------------------------------------------------
        001566934


        Aquino Premier Property Svs,             Unknown
        1394 Winndale Road
        Dallas          GA 30132
-------------------------------------------------------------------------------
        001573868


        Archambeault, Mary Ann                   Unknown
        15901 S.W. 14 St.
        Pembroke Pines   FL 33027
-------------------------------------------------------------------------------
        001551466


        Archdekin, Dale & Connie                 Unknown
        7717 Briar
        Prairie Village  KS 66208
-------------------------------------------------------------------------------

                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001540091


        Archer, Albert M.                       Unknown
        1506 Willowbrook Pl.
        Bellingham        WA 98226
-------------------------------------------------------------------------------
        001595635


        Archer, Ernestine M.                    Unknown
        7025 W. 100th Street, 3South
        Chicago Ridge     IL 60415
-------------------------------------------------------------------------------
        001610706


        Archer, Jon B.                          Unknown
        6820 Outland Dr
        Plano             TX 75023
-------------------------------------------------------------------------------
        000138619


        Archer, Neita L.                        Unknown
        2725 Renwick Drive
        Carrollton        TX 75007
-------------------------------------------------------------------------------
        001602032


        Arcticus Groups                         Unknown
        P.O. Box 686
        Pineville         MO 64856
-------------------------------------------------------------------------------
        000110228


        Ard, Jeanette T.                        Unknown
        725 Front St.
        Georgetown        SC 29440
-------------------------------------------------------------------------------
        001596467


        Arellano, Refugio                       Unknown
        5009 W Loop 250 No.24E
        Midland           TX 79707
-------------------------------------------------------------------------------
        001587926


        Arena, Anthony J.                       Unknown
        1461 S.W. 159Th Ave.
        Pembroke Pines    FL 33027
-------------------------------------------------------------------------------
        001541252


        Argo, Derece L.                         Unknown
        7410 Alamo Summit Drive
        Las Vegas         NV 89129
-------------------------------------------------------------------------------

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

000111285

| Argoe, David L. | Unknown |
| 1 Woodshaw Ct | |
| Columbia      SC 29212 | |

--------------------------------------------------------------------------------

000156170

| Arias, Dwain | Unknown |
| 3911 Parker | |
| Wichita Falls    TX 76302 | |

--------------------------------------------------------------------------------

001608390

| Arkward Ted L | Unknown |
| 94 Fetsko Rd | |
| West Middlesex   PA 16159 | |

--------------------------------------------------------------------------------

001592687

| Arlaud, Dorene G. | Unknown |
| 10110 SE Hwy 26 | |
| Galena         KS 66739 | |

--------------------------------------------------------------------------------

001523133

| Armand, Harry And Suzanne | Unknown |
| 964 Martin Behrman Walk | |
| Metairie       LA 70005 | |

--------------------------------------------------------------------------------

000124139

| Armas-Benavides, Cecilia | Unknown |
| 3842 Merrell Rd. | |
| Dallas         TX 75229 | |

--------------------------------------------------------------------------------

000140104

| Armas-Chijeb, Irene | Unknown |
| 6709 Aimpoint | |
| Plano          TX 75023 | |

--------------------------------------------------------------------------------

001560618

| Armayor, David G | Unknown |
| 5445 Preston Oaks #331 | |
| Dallas         TX 75240 | |

--------------------------------------------------------------------------------

001605754

| Armendariz, Sandra | Unknown |
| Po Box 2015 | |
| Presidio       TX 79845 | |

--------------------------------------------------------------------------------

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001495429


Armenica, Colita G.                     Unknown
207 Murdoch Dr.
Newport        NC 28570
------------------------------------------------------------------------------
000147992


Armentor, Stephanie                     Unknown
143 Antigua Drive
Lafayette      LA 70503
------------------------------------------------------------------------------
001596409


Armijo, Sharon L.                       Unknown
618 Cardinal
Walla Walla    WA 99362
------------------------------------------------------------------------------
001595163


Armstead Dave B.                        Unknown
82675 N Sears Road
Creswell       OR 97426
------------------------------------------------------------------------------
001483678


Armstead, Kevin T.                      Unknown
707 E. First St
New Iberia     LA 70560
------------------------------------------------------------------------------
001492802


Armstrong, Billy D.                     Unknown
509 North H Street
Lake Worth     FL 33460
------------------------------------------------------------------------------
001521565


Armstrong, David M.                     Unknown
2913 Downing
Pearland       TX 77581
------------------------------------------------------------------------------
001522569


Armstrong, Elizabeth F.                 Unknown
4611 Spanish Trace No. J-2
Wichita Fall   TX 76310
------------------------------------------------------------------------------
001530810


Armstrong, Karen S.                     Unknown
9005 E. 90th Terrace
Kansas City    MO 64138
------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001488279

Armstrong, Leola H.                        Unknown
730 Parkside Dr.
Port Townsend      WA 98368
--------------------------------------------------------------------------------

001596270

Armstrong, Lucretia C.                     Unknown
311 Shore Dr.
Camano Island      WA 98292
--------------------------------------------------------------------------------

001607126

Arnberg, Mary K.                           Unknown
1923 A North Howe
Chicago            IL 60614
--------------------------------------------------------------------------------

001575453

Arnett, Selma                              Unknown
213 South 7Th Ave
Bozeman            MT 59715
--------------------------------------------------------------------------------

000110565

Arnette, Dr. Thomas R.                     Unknown
2453 Sylvan Shores Drive
Charleston         SC 29414
--------------------------------------------------------------------------------

001579586

Arnim, A. (Bubba) H.                       Unknown
2548 Pecan Drive
Rosenberg          TX 77471
--------------------------------------------------------------------------------

001590749

Arnold, Carrie L.                          Unknown
10424 Dilly Shaw Tap Rd.
Bryan              TX 77808
--------------------------------------------------------------------------------

000153691

Arnold, Gene C.                            Unknown
211 Tam O. Shanter
Billings           MT 59105
--------------------------------------------------------------------------------

001475444

Arnold, Kathleen D. E.                     Unknown
13102 West 88Th Court #9
Lenexa             KS 66215
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | | Total Amt<br>of Claim |
|---|---|---|
| 001539218 | | |
| Arnold, Spencer H.<br>1712 Appleton Way<br>Pomona | CA 91767 | Unknown |
| 001604640 | | |
| Arocho, Maritza<br>10675 Lago Welleby Dr<br>Sunrise | FL 33351 | Unknown |
| 001547233 | | |
| Arp, Robert K.<br>1600 Main Street<br>Newberry | SC 29108 | Unknown |
| 000153429 | | |
| Arredondo, Diana<br>P.O. Box 2065<br>San Juan | TX 78589 | Unknown |
| 001557048 | | |
| Arrigoni, William A.<br>799A Longhill Rd.<br>Middletown | CT 06457 | Unknown |
| 000144219 | | |
| Arrington, Kathy A.<br>507 Linkcrest Dr.<br>Duncanville | TX 75137 | Unknown |
| 001477902 | | |
| Arrington, Shannon L.<br>507 Linkcrest<br>Duncanville | TX 75137 | Unknown |
| 001596887 | | |
| Artist Signs & Art Service Co.<br>9724 Cortada St. #H<br>El Monte | CA 91733 | Unknown |
| 001562898 | | |
| Arturo, Angela M.<br>1809 Parkside Dr.<br>Anchorage | AK 99501 | Unknown |

Unsecured Creditors -- Sales Representatives


Creditors Names and                          Total Amt
Mailing Address/ Zip Code                     of Claim


001555445


Artz, Dee J.                                  Unknown
100 Military Plaza #205
Dodge City       KS 67801
-------------------------------------------------------------------------------

001572492


Arvidson, Lisa M.                             Unknown
1920 NW 59 Terr
Topeka          KS 66618
-------------------------------------------------------------------------------

000133964


Asaro, Christopher J.                         Unknown
2616 Brooker Trace Lane
Valrico          FL 33594
-------------------------------------------------------------------------------

001526917


Asaro, John B.                                Unknown
4 Prospect Street
Gloucester       MA 01930
-------------------------------------------------------------------------------

001561233


Asbury, Daniel M.                             Unknown
8 Ivy Gates
Atlanta          GA 30342
-------------------------------------------------------------------------------

001570273


Asbury, Kelly M.                              Unknown
4433 Jett Road
Atlanta          GA 30327
-------------------------------------------------------------------------------

001539704


Asch, Cathy L.                                Unknown
103-A1 Park Ave.
Summit           NJ 07901
-------------------------------------------------------------------------------

001511172


Asche, Waltrina                               Unknown
2501 Grand Street N.E.
Minneapolis      MN 55418
-------------------------------------------------------------------------------

001463616


Ashby Jr., David E.                           Unknown
149 Jill Dr.
Crowley          LA 70526
-------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE        Page: 45
                        Unsecured Creditors -- Sales Representatives


        Creditors Names and              Total Amt
        Mailing Address/ Zip Code        of Claim


        001516131


        Ashby Jr., Larry Arnold          Unknown
        Po Box 4742
        Martinsville      VA 24115
--------------------------------------------------------------------------

        001542703


        Ashby, Arcille J.                Unknown
        600 Jefferson Street
        Martinsville      VA 24112
--------------------------------------------------------------------------

        001518033


        Ashby, Arthur L.                 Unknown
        P.O. Box 405
        Martinsville      VA 24112
--------------------------------------------------------------------------

        001608425


        Ashcraft Debbie S.               Unknown
        1000 Se 160Th St.
        Vancouver         WA 98684
--------------------------------------------------------------------------

        000134950


        Ashida, Debbie L.                Unknown
        301 N. Main
        Ulysses           KS 67880
--------------------------------------------------------------------------

        001579239


        Ashley, Karen F.                 Unknown
        2180 Old Day Creek Road
        Sedro Wooley      WA 98284
--------------------------------------------------------------------------

        001579131


        Ashliman, Ronald S.              Unknown
        516 1/2 35th Street
        Newport Beach     CA 92663
--------------------------------------------------------------------------

        001572997


        Ashmead, B. Fred                 Unknown
        2472 Bolsover #427
        Houston           TX 77087
--------------------------------------------------------------------------

        001473463


        Ashton, Paul F.                  Unknown
        1728 W. 1100 N.
        Provo             UT 84604
--------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code            of Claim


        001473578


        Ashton, Phyllis B.                    Unknown
        455 E. 1650 N
        Provo            UT 84604
----------------------------------------------------------------------------
        001520039


        Ashton, Todd L.                       Unknown
        2255 N. University Pkwy.
        Provo            UT 84604
----------------------------------------------------------------------------
        001564248


        Asker, Anne M.                        Unknown
        3762 Hutchins Hill
        West Bloomfield    MI 48323
----------------------------------------------------------------------------
        000125386


        Askins, Patricia S.                   Unknown
        9148 Bonita Beach Road
        Bonita Springs     FL 34135
----------------------------------------------------------------------------
        000128620


        Asleson, George                       Unknown
        Asleson Road
        Opheim           MT 59250
----------------------------------------------------------------------------
        001609061


        Aspe, Avelina C.                      Unknown
        5260 1St Avenue N.
        St. Petersburg     FL 33710
----------------------------------------------------------------------------
        000140546


        Assoc. Internatl. Marktg., Inc        Unknown
        1915 N.W. 13th St.
        Gainesville      FL 32609
----------------------------------------------------------------------------
        001578151


        Association Marketing Group           Unknown
        1879 Buford Hwy Ste #7
        Buford           GA 30518
----------------------------------------------------------------------------
        001598216


        Aston, Bonnie D.                      Unknown
        P.O. Box 70
        Sibley           LA 71073
----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
       Creditors Names and                  Total Amt
       Mailing Address/ Zip Code            of Claim


       001516177


       Aston, William F.                     Unknown
       5125 Langford
       Wichita          TX 76310
------------------------------------------------------------------------------

       001552896


       Atchley, James W.                     Unknown
       1401 Graves Rd.
       Strawberry       TN 37871
------------------------------------------------------------------------------

       001519203


       Atha, Leisa                           Unknown
       1039 Bannister Rd.
       Halifax          VA 24558
------------------------------------------------------------------------------

       001507473


       Atkeisson, Kim                        Unknown
       8205 N.W. 79Th Terr
       Kansas City      MO 64152
------------------------------------------------------------------------------

       001482074


       Atkins, Adele M.                      Unknown
       4641 Janssen Dr.
       Corpus           TX 78411
------------------------------------------------------------------------------

       001471067


       Atkins, Elaine                        Unknown
       223 Topper Lane
       Chatham          LA 71226
------------------------------------------------------------------------------

       001592293


       Atkins, Linda L.                      Unknown
       2600 St. Clair
       Bellingham       WA 98226
------------------------------------------------------------------------------

       000115269


       Atkinson, Allen S.                    Unknown
       223 Shady Oaks Court
       Baton Rouge      LA 70810
------------------------------------------------------------------------------

       001547506


       Atterberry, Jones E.                  Unknown
       1310 Lei Garden Road
       Burlington       WA 98233
------------------------------------------------------------------------------
```

```
Creditors Names and                Total Amt
Mailing Address/ Zip Code          of Claim


001614942


Atwal, Mohinder K.                 Unknown
27002 48th Pl.
Kent           WA 98032
--------------------------------------------------------------------------------

001579042


Atwell, Kaye                       Unknown
1012 North Jackson Highway
Hardyville       KY 42746
--------------------------------------------------------------------------------

001497310


Atwood, Brian K.                   Unknown
115 J. Northbend Drive
Charlotte        NC 28262
--------------------------------------------------------------------------------

001566767


Augenstein, Traci L.               Unknown
10622 161st CT. NE
Redmond          WA 98052
--------------------------------------------------------------------------------

001604925


Augusta, Robert D                  Unknown
1300 greenville Rd
Cortland         OH 44410
--------------------------------------------------------------------------------

001575976


Augustine, Adam T.                 Unknown
19261 Morningside Road
Grass Valley     CA 95949
--------------------------------------------------------------------------------

001465919


Augustine, Bill H.                 Unknown
4916 Hwy 94 North
Rogers           AR 72756
--------------------------------------------------------------------------------

001566041


Augustine, Matthew C.              Unknown
19261 Morningside Road
Grass Valley     CA 95949
--------------------------------------------------------------------------------

001593791


Auld, Robert J.                    Unknown
2110 Hamble Drive
Eugene           OR 97403
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001593300


Ault, Philip D.                          Unknown
2212 Arcadia Dr.
Anchorage        AK 99517
----------------------------------------------------------------------------

001549009


Aulwurm, Erika S.                        Unknown
47 W Elm Street
Stockton         CA 95204
----------------------------------------------------------------------------

001562631


Aunkst, Anthony A.                       Unknown
Rd #1 Box 177
Turbotville       PA 17772
----------------------------------------------------------------------------

001543930


Aunkst, Pauline K.                       Unknown
RD#1 Box 177
Turbotville       PA 17772
----------------------------------------------------------------------------

001557491


Aunkst, Ronald Jr. F.                    Unknown
17 4Th Street
New Columbia      PA 17856
----------------------------------------------------------------------------

001573888


Aunt B'S                                 Unknown
P.O. Box 1036
Morton           WA 98356
----------------------------------------------------------------------------

001605174


Aurbach, Patricia C.                     Unknown
5033 Ashbrook Rd
Dallas           TX 75227
----------------------------------------------------------------------------

001571657


Ausherman, J. Brett                      Unknown
4920 Roswell Road 45B
Atlanta          GA 30342
----------------------------------------------------------------------------

001592111


Austin Glenn                             Unknown
240 Foxcroft Dr
Blue Ridge       VA 24064
----------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE        Page 50  50
                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001558960


        Austin, Charles F.                      Unknown
        Rt. 1 Box 222
        Independence      VA 24348
-----------------------------------------------------------------------------------

        001590497


        Austin, Claudia D.                      Unknown
        427 LeBoeuf St
        New Orleans       LA 70114
-----------------------------------------------------------------------------------

        000115426


        Austin, Donald E.                       Unknown
        919 S.E. 15th St.
        Cape Coral        FL 33990
-----------------------------------------------------------------------------------

        001526343


        Austin, Elizabeth A.                    Unknown
        100 Outler Ln.
        Garland           AR 71913
-----------------------------------------------------------------------------------

        001581151


        Austin, Gary R.                         Unknown
        30 Deer Trace
        Oxford            AL 36203
-----------------------------------------------------------------------------------

        000162917


        Austin, Judy Derenda                    Unknown
        379 S. 100 West
        Jerome            ID 83338
-----------------------------------------------------------------------------------

        001559495


        Austin, Kimberly J.                     Unknown
        3645 County Rd. 81
        Florence          AL 35630
-----------------------------------------------------------------------------------

        001609671


        Austria Lucio T                         Unknown
        7093 Creekside Ct North
        St Petersburg     FL 33709
-----------------------------------------------------------------------------------

        001531151


        Authement, Allie                        Unknown
        607 Corpus Christi
        Houma             LA 70360
-----------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE       Page 51
                         Unsecured Creditors -- Sales Representatives


          Creditors Names and                    Total Amt
          Mailing Address/ Zip Code              of Claim


          001518206


          Autrey, Mary C.                         Unknown
          2265 Hwy 75
          Waverly        KS 66871
-------------------------------------------------------------------------------

          001606114


          Autry, Ronnie D.                        Unknown
          4375 Broadway
          Arlington      TN 38002
-------------------------------------------------------------------------------

          001586420


          Aversano, A. Paul                       Unknown
          7195 S.W. East Lake Ct.
          Wilsonville    OR 97070
-------------------------------------------------------------------------------

          001570867


          Avery, Beverly                          Unknown
          4677 Avalon St.
          Boca Raton     FL 33428
-------------------------------------------------------------------------------

          001572629


          Avery, Jill                             Unknown
          4677 Avalon St,.
          Boca Raton     FL 33428
-------------------------------------------------------------------------------

          001596786


          Avery, Kennon K.                        Unknown
          5602 S Desert Dove
          West Richland  WA 99353
-------------------------------------------------------------------------------

          001572631


          Avery, Kerri                            Unknown
          4677 Avalon St.
          Boca Raton     FL 33428
-------------------------------------------------------------------------------

          000161472


          Avery, Mildred                          Unknown
          3403 42nd Street
          Lubbock        TX 79413
-------------------------------------------------------------------------------

          001572954


          Avery, Rhonda                           Unknown
          1015 Gilead Fairview Road
          Canmer         KY 42722
-------------------------------------------------------------------------------

                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        000127882


        Avery, Robert O.                        Unknown
        9109 Emily Circle
        Manhattan        KS 66502
--------------------------------------------------------------------------------
        000145832


        Averyt, Shirley                         Unknown
        3107 W. Surrey Ave.
        Phoenix          AZ 85029
--------------------------------------------------------------------------------
        001590957


        Avey Madeline R                         Unknown
        2727 E 25Th
        Joplin           MO 64804
--------------------------------------------------------------------------------
        001616433


        Avila, Don                              Unknown
        P.O Box 119
        Granite Falls    WA 98252
--------------------------------------------------------------------------------
        001610772


        Avila, JR Manold V.                     Unknown
        600 Carriage Lane
        Jacksonvill      OR 97530
--------------------------------------------------------------------------------
        000148855


        Avila, Jovelita V.                      Unknown
        305 Hardie Ave Northwest
        Renton           WA 98055
--------------------------------------------------------------------------------
        001609572


        Avila, Neil                             Unknown
        25764 174th PL SE
        Kent             WA 98042
--------------------------------------------------------------------------------
        001608683


        Avlonitis, Christopher S.               Unknown
        22803 91st Way #E306
        Kent             WA 98031
--------------------------------------------------------------------------------
        001610659


        Avonson, Muriel K.                      Unknown
        3 Captain Kirk Lane
        Savannah         GA 31411
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001463152


Avratin, Paul S.                       Unknown
717 Isle Of Palms Drive
Fort Lauderdale     FL 33301
```
------------------------------------------------------------------------------
```
001565554


Axton, Sharon L.*                      Unknown
18804 Soundview Dr Nw
Stanwood        WA 98292
```
------------------------------------------------------------------------------
```
000104119


Ayer, Maryann D.                       Unknown
1416 Riversedge
Newport News    VA 23606
```
------------------------------------------------------------------------------
```
001525242


Ayers,  Jennifer L.                    Unknown
615 1/2 So. 9Th
Caldwell        ID 83605
```
------------------------------------------------------------------------------
```
001586443


Ayers, Clifford D.                     Unknown
6303 Brookhill
Houston         TX 77087
```
------------------------------------------------------------------------------
```
001478337
.

Ayers, Diane L.                        Unknown
818 Zebulon Rd.
Zebulon         GA 30295
```
------------------------------------------------------------------------------
```
001603978


Ayling, Gerg A                         Unknown
1509 Summitview Apt 202
Yakima          WA 98902
```
------------------------------------------------------------------------------
```
001604896


Ayling, Jeff W.                        Unknown
1210 So 72 Ave Apt K86
Yakima          WA 98908
```
------------------------------------------------------------------------------
```
001603979


Ayling, Michael C. Sr.                 Unknown
246 2Nd Avenue
Granger         WA 98932
```
------------------------------------------------------------------------------

```
JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE        Page 5   54
                       Unsecured Creditors -- Sales Representatives


     Creditors Names and                   Total Amt
     Mailing Address/ Zip Code             of Claim


     001573093


     Azor                                  Unknown
     4784 Blank Road
     Sebastopol        CA 95472
-----------------------------------------------------------------------
     001506271


     B And S Associates                    Unknown
     9521 Westheimer ST. 320
     Houston           TX 77063
-----------------------------------------------------------------------
     000133685


     B&C Trust                             Unknown
     18405 Aurora Ave North
     Seattle           WA 98133
-----------------------------------------------------------------------
     001575919


     B-Dreamin'                            Unknown
     2175 Colorado Gulch Rd.
     Helena            MT 59601
-----------------------------------------------------------------------
     001540114


     B.L.T.Services, Inc.                  Unknown
     Po Box 2343
     Mount Vernon      WA 98273
-----------------------------------------------------------------------
     001472278


     BCD Farms Inc.                        Unknown
     North Rural Route
     Scobey            MT 59263
-----------------------------------------------------------------------
     001579749


     Babcock, Jack D.                      Unknown
     3900 Galt Ocean Dr. Apt 2815
     Ft. Lauderdale    FL 33308
-----------------------------------------------------------------------
     001602266


     Babcock, James T.                     Unknown
     1509 Ne 24Th St.
     Wilton Manors     FL 33305
-----------------------------------------------------------------------
     001576772


     Babcock, Joe R.                       Unknown
     Rt. 1, Box 226-C
     Reeds             MO 64859
-----------------------------------------------------------------------
```

```
        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001541926


        Babcock, Phillip V.                       Unknown
        27043 Copeland Rd.
        Athens,          AL 35613
-----------------------------------------------------------------------

        001533557
        .

        Baber, Lyn M.                             Unknown
        P.O. Box 74
        Burkburnett       TX 76354
-----------------------------------------------------------------------

        001548614


        Baber, Ronald  N.                         Unknown
        314 Viburnum Dr.
        Waynesboro        VA 22980
-----------------------------------------------------------------------

        001526802


        Babin, C.D.                               Unknown
        5500 Prytania  #511
        New Orleans       LA 70115
-----------------------------------------------------------------------

        001459016


        Babineaux, Tammy F                        Unknown
        2820 Teal Drive
        New Iberia        LA 70560
-----------------------------------------------------------------------

        001551551


        Bach, Maria                               Unknown
        136 D The Orchard
        Cranbury          NJ 08512
-----------------------------------------------------------------------

        001522625


        Bachman, Gene R.                          Unknown
        144 Alfred Mc Cammon Rd.
        Maryville         TN 37804
-----------------------------------------------------------------------

        001534033


        Bachman, Joyce C.                         Unknown
        2081 Emerald Terr.
        Mt. Pleasant      SC 29464
-----------------------------------------------------------------------

        000155960


        Back, Kelly L.                            Unknown
        110 Pico Ct.
        Hendersonville    TN 37075
-----------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001601507 | |
| Backlund, Ray<br>125 North 800 West<br>Orem          UT 84057 | Unknown |
| 001473559 | |
| Backman, Bruce A.<br>6000 Walker Rd<br>Bozeman        MT 59715 | Unknown |
| 001578109 | |
| Backman, Gary<br>1907 Hanover Dr. S.E.<br>Lacey          WA 98503 | Unknown |
| 001469099 | |
| Bacon, Susan L.<br>9111 Gamesford Dr.<br>Charlotte        NC 28277 | Unknown |
| 001562084 | |
| Baczek, Bill<br>139 N. Seymour<br>Mundelein        IL 60060 | Unknown |
| 001458586 | |
| Badeaux, Gregory Paul<br>Po Box 2031<br>Nederland        TX 77627 | Unknown |
| 001558156 | |
| Badger, K. Elaine<br>Po Box 50458<br>Casper          WY 82605 | Unknown |
| 001520384 | |
| Bado, Angela R.<br>18520 Delenko Lane<br>Lake Oswego        OR 97034 | Unknown |
| 001597532 | |
| Bado, Matthew S.<br>18520 Delenka<br>Lake Oswego        OR 97034 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001571810

Badovinac, Eileen L          Unknown
5770 Redwing Road
Helena          MT 59602

---

001518781

Baerlocher, Jeffrey E.          Unknown
11737 Chase Bridge Rd.
Roscommon          MI 48653

---

001480140

Baerlocher, Valerie J          Unknown
5694 Mission Center Rd #477
San Diego          CA 92108

---

001560897

Baetge, James M.          Unknown
604 Navarro
College Station          TX 77845

---

001463258

Baganz, Linda B.          Unknown
1306 Meadow Green
Duncanville          TX 75137

---

001610609

Bagaoisan Fernie          Unknown
600 Carriage Lane
Jacksonville          OR 97530

---

001575862

Bagby, Ron J.          Unknown
1030 Pennington Loop
Coupeville          WA 98239

---

001606537

Baggett, Lee J          Unknown
4608 Brunning Court
Dunwoody          GA 30338

---

000138597

Baggett, Martha D.          Unknown
60 Pin Oak Road
Ringgold          GA 30736

---

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page:   58
                                Unsecured Creditors -- Sales Representatives

```
      Creditors Names and                    Total Amt
      Mailing Address/ Zip Code              of Claim


      001506008


      Baggett, Peggy F.                       Unknown
      1105 Holliday
      Wichita Falls      TX 76301
----------------------------------------------------------------------------------
      001574187


      Baginski, Karen                         Unknown
      806 Torrey Pines
      Garland            TX 75044
----------------------------------------------------------------------------------
      001596172


      Bagley, Ellen M.                        Unknown
      508 61st ST SE
      Everett            WA 98203
----------------------------------------------------------------------------------
      001541204


      Bagley, John S.                         Unknown
      1708 Bomi Circle
      Winter Park        FL 32792
----------------------------------------------------------------------------------
      001553550


      Bagwell, John A.                        Unknown
      2985 Holly Springs Road
      Marietta           GA 30066
----------------------------------------------------------------------------------
      001553547


      Bagwell, Judy A.                        Unknown
      709 Heartstone Crossing
      Woodstock          GA 30189
----------------------------------------------------------------------------------
      001552181


      Bagwell, Marcus                         Unknown
      4686 Helga Way
      Woodstock          GA 30188
----------------------------------------------------------------------------------
      001474552


      Bagwell, Sherry R.                      Unknown
      218 Shadows Lane
      Dubberly           LA 71024
----------------------------------------------------------------------------------
      001556208


      Bagwill, Rex                            Unknown
      Rt. 3 Box 902
      Nocona             TX 76255
----------------------------------------------------------------------------------
```

                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001603449


        Baheri, Nosrat F.                      Unknown
        311 B. Spruce St.
        COllege Station    TX 77840
-------------------------------------------------------------------------------

        000131417

        .

        Bahm, Paula L.                         Unknown
        Box 233 Gray Blanket Road
        Lodge Grass      MT 59050
-------------------------------------------------------------------------------

        001480616


        Bahr, Christina A.                     Unknown
        608 S. Laurinda
        Orange           CA 92869
-------------------------------------------------------------------------------

        001566033


        Bahr, Gisela E.                        Unknown
        102 E. Central
        Oxford           OH 45056
-------------------------------------------------------------------------------

        001485320


        Bahrt, Sean P.                         Unknown
        1308 S. 18Th
        Mount Vernon     WA 98274
-------------------------------------------------------------------------------

        000153843


        Bai, Wei Long                          Unknown
        493 2Nd Ave  Apt. 6
        New York         NY 10016
-------------------------------------------------------------------------------

        001551321


        Baier, Michelle L.                     Unknown
        2711 Springdale Apt. 210
        Pittsburg        KS 66762
-------------------------------------------------------------------------------

        001543976


        Baier, Roxanne R.                      Unknown
        807 West Fifth Street
        Pittsburg        KS 66762
-------------------------------------------------------------------------------

        001556470


        Baier, Sherry L.                       Unknown
        105 Sonnie Baird Lane
        Holcomb          KS 67851
-------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07            INTERNATIONAL HERITAGE        Page 5  60

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001594710


        Bailey, Barbara J.                       Unknown
        2416 Joyce Blvd
        Fayetteville      AR 72703
-----------------------------------------------------------------------------

        000157493


        Bailey, Barry L                          Unknown
        2708 Laburnum Dr
        Birmingham        AL 35235
-----------------------------------------------------------------------------

        000160735


        Bailey, Chad E.                          Unknown
        Rt. 1 Box 44Vendla Dr.
        Holdrege          NE 68949
-----------------------------------------------------------------------------

        001549995


        Bailey, Delores A                        Unknown
        Hwy 165
        Grayson           LA 71435
-----------------------------------------------------------------------------

        000141990


        Bailey, James D.                         Unknown
        24115 Drawbaugh Rd.
        Athens            AL 35613
-----------------------------------------------------------------------------

        001523769


        Bailey, James R.                         Unknown
        444 N El Camino Real #54
        Encinitas         CA 92024
-----------------------------------------------------------------------------

        000115277


        Bailey, James Trag                       Unknown
        4629 Olympia
        Mesquite          TX 75150
-----------------------------------------------------------------------------

        001466065


        Bailey, Judy J                           Unknown
        118 Zinnia Drive
        Killeen           TX 76542
-----------------------------------------------------------------------------

        001570108


        Bailey, Kayla P.                         Unknown
        746 Ramada
        Houston           TX 77062
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000142306 | |
| Bailey, Kevin J.<br>22955 Holt Road<br>Athens        AL 35613 | Unknown |
| 000155349 | |
| Bailey, Kirk D<br>4116 North 58Th Street<br>Lincoln       NE 68507 | Unknown |
| 001559392 | |
| Bailey, Linda Gail<br>107 River Mill Cir<br>Roswell       GA 30075 | Unknown |
| 000135563 | |
| Bailey, Pamela J.<br>208 Southwind Drive Apt 15<br>Athens        AL 35611 | Unknown |
| 001575421 | |
| Bailey, Paula<br>112 Honey Tree Court<br>DeSoto        TX 75115 | Unknown |
| 001466688 | |
| Bailey, Richard F.<br>49 Mary Chapel Rd.<br>Ripley        TN 38063 | Unknown |
| 001495767 | |
| Bailey, Susan C.<br>5233 Floynell Drive<br>Baton Rouge   LA  70809 | Unknown |
| 001480130 | |
| Bailey, Suzanne N<br>714 S. 1St. St.<br>Odessa        MD 64076 | Unknown |
| 000134238 | |
| Bailey, Sylvia M.<br>20940 Yarbrough Rd.<br>Athens        AL 35613 | Unknown |

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


000119182


Bailey, Tina                             Unknown
306 Powell Dr., #13
Pineville        LA 71360
------------------------------------------------------------------------

001574395


Bailiff, Dan A.                          Unknown
543 Montana Ave.
Missoula         MT 59802
------------------------------------------------------------------------

000105862


Bain, George B.                          Unknown
2101 Sharp Road
Greensboro       NC 27406
------------------------------------------------------------------------

000142687


Bair, Chris J.                           Unknown
1102 Walnut
Seneca           KS 66538
------------------------------------------------------------------------

001598193


Baird, Antonia S.                        Unknown
#87 Hwy 28
Tendoy           ID 83468
------------------------------------------------------------------------

001585888


Baird, Jonathan C.                       Unknown
4118 Avondale
Dallas           TX 75219
------------------------------------------------------------------------

001530430


Baird, Kent L.                           Unknown
314 Gordon Lane Apt. C-9
Salt Lake City   UT 84107
------------------------------------------------------------------------

001583605


Baird, Steven E.                         Unknown
3955 96Th Ave S.E.
Mercer Island    WA 98040
------------------------------------------------------------------------

001607807


Baisden, R Ann                           Unknown
2298 Darks Mill Rd
Columbia         TN 38401
------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
      Creditors Names and                Total Amt
      Mailing Address/ Zip Code          of Claim


      000139302


      Baitz, Kathleen M.*                Unknown
      1504 Stagecoach Lane SE
      Albuquerque       NM 87123
------------------------------------------------------------------------------

      001584277


      Bajema, Scott A.                   Unknown
      705 Vine St.
      Lynden            WA 98264
------------------------------------------------------------------------------

      000148211


      Bakas, Demetra                     Unknown
      7 Dunnbery Court
      Greensboro        NC 27455
------------------------------------------------------------------------------

      001572215


      Baker Fyvolent                     Unknown
      42 West Ferry Drive
      Atlanta           GA 30319
------------------------------------------------------------------------------

      001532079


      Baker, Barbra J.                   Unknown
      918 N. 13Th St.
      Corsicana         TX 75110
------------------------------------------------------------------------------

      000125562


      Baker, Beverly J.                  Unknown
      29221 S. Walker Rd.
      Harrisonville     MO 64701
------------------------------------------------------------------------------

      001535679


      Baker, Carey H.                    Unknown
      1299 Everett Road
      Rainsville        AL 35986
------------------------------------------------------------------------------

      001463906


      Baker, Darryl K                    Unknown
      4 Granby Terrace
      Conroe            TX 77304
------------------------------------------------------------------------------

      001560591


      Baker, Debbie G.                   Unknown
      312 Taylor Drive
      Florence          AL 35634
------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page 64

Unsecured Creditors -- Sales Representatives


    Creditors Names and                  Total Amt
    Mailing Address/ Zip Code            of Claim


    001577177


    Baker, Deirdre S.                      Unknown
    165 Wilde Green Dr
    Roswell          GA 30075
--------------------------------------------------------------------------------
    001587187


    Baker, Donny W                        Unknown
    18749 Marsh Lane Apt #815
    Dallas           TX 75287
--------------------------------------------------------------------------------
    001537190


    Baker, Elizabeth A.                   Unknown
    7625 Chattington Drive
    Dallas           TX 75248
--------------------------------------------------------------------------------
    001586762


    Baker, Eric R.                        Unknown
    124 Hotts Ln
    Madison          AL 35757
--------------------------------------------------------------------------------
    001541531


    Baker, Gary W.                        Unknown
    5904 Jessamine A-18
    Houston          TX 77081
--------------------------------------------------------------------------------
    001539446


    Baker, Gladys M.                      Unknown
    6642 N.E. Wygant Street
    Portland         OR 97218
--------------------------------------------------------------------------------
    001569772


    Baker, Gregory M.                     Unknown
    12229 Fountain Hills Blvd.
    Fountain Hills   AZ 85268
--------------------------------------------------------------------------------
    000146869


    Baker, Joel B.                        Unknown
    2600 Goodwin
    Butte            MT 59701
--------------------------------------------------------------------------------
    001548166


    Baker, John L.                        Unknown
    3404 Dogwood Circle
    Pigeon Forge     TN 37863
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
         Creditors Names and                     Total Amt
         Mailing Address/ Zip Code               of Claim


         000138105


         Baker, Ken                              Unknown
         1622 E. Bank Drive
         Marietta         GA 30068
-----------------------------------------------------------------------------
         001531841


         Baker, Kenneth D.                       Unknown
         9611 Grandview
         Overland Park    KS 66212
-----------------------------------------------------------------------------
         001483227


         Baker, Kevin R.                         Unknown
         730 N. Post Oak Road #120
         Houston          TX 77024
-----------------------------------------------------------------------------
         001594779


         Baker, Kimberly S                       Unknown
         15218 E Sage Dr
         Fountain Hills   AZ 85268
-----------------------------------------------------------------------------
         001581670


         Baker, Kymberly K.                      Unknown
         10300 Harwin Drive #1012
         Houston          TX 77036
-----------------------------------------------------------------------------
         001555263


         Baker, Laura A.                         Unknown
         11841 Myers Lake Ave.
         Cedar Springs    MI 49319
-----------------------------------------------------------------------------
         000128789


         Baker, Loren E.                         Unknown
         2600 Goodwin Street
         Butte            MT 59701
-----------------------------------------------------------------------------
         000129163


         Baker, Loren R.                         Unknown
         2600 Goodwin
         Butte            MT 59701
-----------------------------------------------------------------------------
         001521536


         Baker, Marc Q.                          Unknown
         927 132nd St. S.W. #J3
         Everett          WA 98204
-----------------------------------------------------------------------------
```

```
JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE       Page 66
                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001557072


        Baker, Robb W.                       Unknown
        2640 Misty Hollow Lane
        Cumming          GA 30040
-----------------------------------------------------------------------------
        001471954


        Baker, Robyn                         Unknown
        H C 32 Box 4232
        Miles City       MT 59301
-----------------------------------------------------------------------------
        001608750


        Baker, Ruth                          Unknown
        1050 Chinoe Rd
        Lexington        KY 40502
-----------------------------------------------------------------------------
        001560400


        Baker, Stacy J.                      Unknown
        5890 Luloma Lane
        Bokeelia         FL 33922
-----------------------------------------------------------------------------
        001568636


        Baker, Steven K.                     Unknown
        8149 County Rd 166
        Carthage         MO 64836
-----------------------------------------------------------------------------
        001481680


        Baker, Terry L.                      Unknown
        9104 W. 73Rd Apt 306
        Merriam          KS 66204
-----------------------------------------------------------------------------
        000160906


        Baker, William J.                    Unknown
        4414 Ridgefield Dr.
        Columbus         GA 31907
-----------------------------------------------------------------------------
        001560266


        Baker, Xin                           Unknown
        6304 Haskell
        Houston          TX 77007
-----------------------------------------------------------------------------
        001603977


        Bakken Neely, Michelle J.            Unknown
        2747 Crocker Rd.
        Eugene           OR  97404
-----------------------------------------------------------------------------
```

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001609889


Baktari, Ladan                         Unknown
7777 Forest Lane B412
Dallas          TX 75230
```
--------------------------------------------------------------------
```
000156400


Balanciere, Ann M                      Unknown
2054 Kildare Farm Road.
Cary            NC 27511
```
--------------------------------------------------------------------
```
001600917


Balbir, Dhami                          Unknown
22 Anaheim Place NE
Calgary         AB T1Y7B3
```
--------------------------------------------------------------------
```
001577219


Baldus, Teresa                         Unknown
6931 S 19Th
Bozeman         MT 59718
```
--------------------------------------------------------------------
```
001469120


Baldwin, Amy C.                        Unknown
808 S.W. Bishop Ct.
Blue Springs    MO 64015
```
--------------------------------------------------------------------
```
001540721


Baldwin, Jacqueline                    Unknown
2315 Cortez Ave
Vero Beach      FL 32960
```
--------------------------------------------------------------------
```
001508212


Baldwin, Krystal G                     Unknown
3024 Wilson Drive
Manhattan       KS 66502
```
--------------------------------------------------------------------
```
001503957


Baldwin, Lorna G                       Unknown
6014 N Maple
Spokane         WA 99205
```
--------------------------------------------------------------------
```
001587432


Baldwin, Scotty G.                     Unknown
1335 Rutland
Houston         TX 77008
```
--------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


000152956


Bales, Trudy F.                         Unknown
#1 Road 5025
Bloomfield        NM 87413
-------------------------------------------------------------------------------
001605993


Balis, Gloria A.                        Unknown
38 Belmonte Dr
Palm Desert       CA 92211
-------------------------------------------------------------------------------
001603711


Balis, Gregg K.                         Unknown
38 Belmonte
Palm Desert       CA 92211
-------------------------------------------------------------------------------
001499896


Ball, Audrey                            Unknown
2785 Highway 322 West
Clarksdale        MS 38614
-------------------------------------------------------------------------------
001610223


Ball, Audrey Jr.                        Unknown
17200 Westgrove #2033
Dallas            TX 75248
-------------------------------------------------------------------------------
001593185


Ball, David                             Unknown
Box 95
Nashua            MT 59248
-------------------------------------------------------------------------------
001490932


Ball, Lavonnia L.                       Unknown
17200 Westgrove Apt. #2033
Dallas            TX 75248
-------------------------------------------------------------------------------
001475048


Ball, Lee                               Unknown
3740 S Hwy 41
Tifton            GA 31794
-------------------------------------------------------------------------------
001556553


Ballard, Jeffrey M.                     Unknown
178 E. Skagit
Camano Island     WA 98292
-------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim
        ?
        001556554


        Ballard, Jennifer E.                   Unknown
        178 E. Skagit
        Camano Island      WA 98292
------------------------------------------------------------------------------

        001458733


        Ballard, Margarete A.                  Unknown
        297 Gresham Rd.
        Zebulon            GA 30295
------------------------------------------------------------------------------

        001554316


        Ballard, Mike D.                       Unknown
        178 E. Skagit
        Camano Island      WA 98292
------------------------------------------------------------------------------

        001480636


        Ballard, Reva J.                       Unknown
        4831 Clover Haven
        Dallas             TX 75227
------------------------------------------------------------------------------

        001606941


        Ballis, John P                         Unknown
        6147 Twin Oaks Cri
        Dallas             TX 75240
------------------------------------------------------------------------------

        001507968


        Balsley, Katie A.                      Unknown
        31 South Virginia Ave
        Danville           IL 61832
------------------------------------------------------------------------------

        001534526


        Balthrop, Susan B.                     Unknown
        1205 North Thornton Street
        Richmond           MO 64085
------------------------------------------------------------------------------

        001584043


        Balzar, Robert A.                      Unknown
        13545 Field Creek Road
        Reno               NV 89511
------------------------------------------------------------------------------

        000149003


        Banda, Elizabeth O.                    Unknown
        15814 Pipers View
        Webster            TX 77598
------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page 70   70
                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                Total Amt
        Mailing Address/ Zip Code          of Claim


        001539765


        Banks, Amy A.                      Unknown
        4529 Albatross Drive
        Seabrook        TX 77586
--------------------------------------------------------------------------

        001509193


        Banks, Harlan                      Unknown
        Route #2 Box 17
        Meadows Of Dan     VA 24120
--------------------------------------------------------------------------

        001516819


        Banks, Lori L.                     Unknown
        2112-A The Strand
        Manhattan Beach     CA 90266
--------------------------------------------------------------------------

        001580507


        Banks, Michele L.                  Unknown
        6208 Tributary Drive
        Raleigh          NC 27609
--------------------------------------------------------------------------

        001495945


        Banks, Stephanie C.                Unknown
        117 Pineywood Acres
        Madison          TN 37115
--------------------------------------------------------------------------

        001595615


        Bankston, Jerri E.                 Unknown
        21255 W. Memorial
        Porter           TX 77365
--------------------------------------------------------------------------

        000117054


        Bankston-Sims, Paige               Unknown
        125 Michli Road
        Madison          AL 35758
--------------------------------------------------------------------------

        001600096


        Bannen, Cynthia G.                 Unknown
        404 Belcross Drive
        Simpsonville     SC 29681
--------------------------------------------------------------------------

        000156468


        Banner, Clifford                   Unknown
        420 10Th Street
        Hawley           TX 79525
--------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001556272


Bao, Mindy B.                          Unknown
211 Whitehall Place
Stafford          TX 77477
------------------------------------------------------------------------
001608403


Baragona Dominic A                     Unknown
5380 W. Webb Rd
Mineral Ridge     OH 44440
------------------------------------------------------------------------
001561642


Baran, John W.                         Unknown
26856 North Claudette St #724
Santa Clarita     CA 91351
------------------------------------------------------------------------
001493310


Baranda III, Silverio M.               Unknown
112 Raleigh Ct
Hercules          CA 94547
------------------------------------------------------------------------
001530674


Baranda, Blanche M.                    Unknown
15810 No104 Larskpur St.
Sylmar            CA 91342
------------------------------------------------------------------------
001582073


Baranello, Michael J.                  Unknown
4561 Eldorado Springs Drive
Boulder           CO 80303
------------------------------------------------------------------------
001531068


Barber, Bob B.                         Unknown
3202 E Almartin
Tucson            AZ 85716
------------------------------------------------------------------------
001508650


Barber, Bret J.                        Unknown
515 East 2875 North
Provo             UT 84606
------------------------------------------------------------------------
001456593


Barber, Deanna G.                      Unknown
7122 Hwy. 84E
Joyce             LA 71440
------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001533063


Barber, Nell C.                        Unknown
405 North Mason
Bowie            TX 76230
---------------------------------------------------------------------

001553399


Barber, Peggy D.                       Unknown
9473 Cottonwood Wash Rd.
Pima             AZ 85543
---------------------------------------------------------------------

001458432


Barber, Richard                        Unknown
15033 W 145th TERR
Olathe           KS 66062
---------------------------------------------------------------------

001463148


Barber, Thomas L.                      Unknown
5291 Burdette Dr.
Winstom-Salem    NC 27105
---------------------------------------------------------------------

001602152


Barbour, Andrea J.                     Unknown
2137 Goldsmith Lane
Louisville       KY 40218
---------------------------------------------------------------------

001490728


Barbour, Deborah H.                    Unknown
2208 Dreyfus Court
Garner           NC 27529
---------------------------------------------------------------------

001581633


Barcellona, Toni L.                    Unknown
1731 Spyglass #65
Austin           TX 78746
---------------------------------------------------------------------

001582217


Barck, Sanford L. (Sandy)              Unknown
4832 Ash Glen
The Colony       TX 75056
---------------------------------------------------------------------

001553801


Barclay, Betty                         Unknown
4601 Sierra Blanca
Wichita Falls    TX 76310
---------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001531226


Barclay, Darrel G.                      Unknown
4042 East 32Nd St.
Tucson          AZ 85711
```
--------------------------------------------------------------------------------
```
001473614


Bardin, Stewart L.                      Unknown
2003 16Th Street
San Francisco   CA 94103
```
--------------------------------------------------------------------------------
```
001595830


Bardwell, Richard                       Unknown
129 Moss Ridge
Pineville       LA 71360
```
--------------------------------------------------------------------------------
```
001609064


Barella, Janice                         Unknown
708 Sw 25Th Avenue
Boynton Beach   FL 33435
```
--------------------------------------------------------------------------------
```
001586240


Barfield, Barry B.                      Unknown
15826 Deerpath Court
Tomball         TX 77375
```
--------------------------------------------------------------------------------
```
001479699


Barfield, Delmus A.                     Unknown
305 May St. Suite A
Union           SC 29379
```
--------------------------------------------------------------------------------
```
001585184


Barfield, Lon W.                        Unknown
11001 Old St. Augustine Rd.
Jacksonville    FL 32257
```
--------------------------------------------------------------------------------
```
001486597


Barfield, Wesley G                      Unknown
5204 Woodgreen Trail
Flowery Branch  GA 30542
```
--------------------------------------------------------------------------------
```
001597983


Barfuss, Monica R.                      Unknown
7836 West Bridgton Drive
Magna           UT 84044
```
--------------------------------------------------------------------------------

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001486266


        Barham, Delia E.                       Unknown
        359 S. Cherry St.
        Kernersville        NC 27284
------------------------------------------------------------------------------
        001521269


        Barker, Bill                           Unknown
        Po Box 127
        Royal City          WA 99357
------------------------------------------------------------------------------
        001539828


        Barker, Daniel J.                      Unknown
        432 Widmer Drive
        Royal City          WA 99357
------------------------------------------------------------------------------
        001561184


        Barker, David R.                       Unknown
        814 Bedgood Rd
        Arabi               GA 31712
------------------------------------------------------------------------------
        001546910


        Barker, James T.                       Unknown
        5431 Granada Blvd.
        Coral Gables        FL 33146
------------------------------------------------------------------------------
        001605099


        Barker, Joanne T.                      Unknown
        P. O. Box 68
        Toledo              WA 98591
------------------------------------------------------------------------------
        001600426


        Barkley Int'L Inc.                     Unknown
        17024 Butte Creek, Ste. 107
        Houston             TX 77090
------------------------------------------------------------------------------
        001485865


        Barkley, Faith D                       Unknown
        19458 Livernois
        Detroit             MI 48221
------------------------------------------------------------------------------
        001597791


        Barley, Marjorie M.                    Unknown
        502 Se 3Rd Apt #2
        Lees Summit         MO 64063
------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                     INTERNATIONAL HERITAGE          Page 75   75
                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                        Total Amt
        Mailing Address/ Zip Code                  of Claim


        001505954


        Barlow, Becky                              Unknown
        Po Box 2382/221 Water View Dr.
        Hendersonville      TN 37075
--------------------------------------------------------------------------------

        000122654


        Barlow, Carla E.                           Unknown
        1721 E. Frankford, #2517
        Carrollton          TX 75007
--------------------------------------------------------------------------------

        001600827


        Barma, Jaguir                              Unknown
        7371-Todd Crest
        Surrey              BC V3W-7N5
--------------------------------------------------------------------------------

        001584253


        Barnard, Charlene                          Unknown
        1730 Hillcrest Avenue
        American Falls      ID 83211
--------------------------------------------------------------------------------

        001603194


        Barnard, Jer J.                            Unknown
        1730 Hillcrest
        American Falls      ID 83211
--------------------------------------------------------------------------------

        001584714


        Barnard, Nancy J.                          Unknown
        8608 Canyon Crest
        Fort Worth          TX 76179
--------------------------------------------------------------------------------

        001535554


        Barnes Jr., George F.G. (Guy)              Unknown
        211 W. Alabama Ave.
        Ruston              LA 71270
--------------------------------------------------------------------------------

        000135759


        Barnes Jr., Roy G.                         Unknown
        55 Bowen Drive
        Belmont             NC 28012
--------------------------------------------------------------------------------

        000136148


        Barnes Jr., Thomas L                       Unknown
        351 Barrett Road
        Crosby              TX 77532
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE          Page: 5   76
                       Unsecured Creditors -- Sales Representatives


       Creditors Names and                    Total Amt
       Mailing Address/ Zip Code              of Claim


       001578174
       .

       Barnes, Carolyn E.                      Unknown
       1911 67th St.
       Lubbock          TX 79412
-----------------------------------------------------------------------------
       001604646


       Barnes, Chester                         Unknown
       2705 Ranchland Ave
       Odessa           TX 79764
-----------------------------------------------------------------------------
       001525396


       Barnes, Darlene & Donald                Unknown
       4311 W 51 St
       Roeland Park     KS 66205
-----------------------------------------------------------------------------
       001501652


       Barnes, Ernie                           Unknown
       149 Collins Cove
       Dadeville        AL 36853
-----------------------------------------------------------------------------
       001556111


       Barnes, Jacqueline B.                   Unknown
       801 North Street
       Fort Valley      GA 31030
-----------------------------------------------------------------------------
       001534920


       Barnes, Opal Faye                       Unknown
       5404 Somerset Drive
       Amarlillo        TX 79109
-----------------------------------------------------------------------------
       001503736


       Barnes, Randi                           Unknown
       9495 Warner
       Carr             CO 80612
-----------------------------------------------------------------------------
       001551512


       Barnes, Raymond L.                      Unknown
       129 Danzid Dr.
       Summerville      SC 29483
-----------------------------------------------------------------------------
       001512529


       Barnes, Steven R.                       Unknown
       1954 200Th Ave
       Morley           MI 49336
-----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | | Total Amt<br>of Claim |
|---|---|---|
| 001494786 | | |
| Barnes, Trudy L.<br>800 Golden West Dr.<br>Belgrade | MT 59714 | Unknown |
| 001598068 | | |
| Barnett, Jane<br>4 Haven Circle<br>Denison | TX 75020 | Unknown |
| 001581654 | | |
| Barnett, Lynn C.<br>302 N. Bowser Rd.<br>Richardson | TX 75081 | Unknown |
| 001575670 | | |
| Barnett, Mary A.<br>2004 Adobe Avenue<br>Carona | CA 91720 | Unknown |
| 001463291 | | |
| Barnett, Monica<br>2814 Prairie<br>Emporia | KS 66801 | Unknown |
| 001479750 | | |
| Barnett, Paul M.<br>7204 Summit<br>Shawnee | KS 66216 | Unknown |
| 000146850 | | |
| Barnett, Ronald R*<br>2711 Nw 52Nd Pl<br>Ft. Lauderdale | FL 33309 | Unknown |
| 001595345 | | |
| Barnett, Victor Allen<br>125 Johnson Hollow Circle<br>Waynesboro | TN 38485 | Unknown |
| 000139097 | | |
| Barney, Kenneth E.<br>13525 E. 8Th St.<br>Spokane | WA 99216 | Unknown |

Unsecured Creditors -- Sales Representatives


Creditors Names and                          Total Amt
Mailing Address/ Zip Code                     of Claim


000135978


Barnhardt, John G.                            Unknown
1817 Hunters Forest Dr.
Winston Salem      NC 27103
--------------------------------------------------------------------------------

000149146


Barnhill, Dennis W                            Unknown
2525 East Cherry Hill Rd.
Coeur D'Alene      ID 83814
--------------------------------------------------------------------------------

001593676


Barnhill, Steve W.                            Unknown
Rt 2 Box 17 Price Road
Grayson            LA 71435
--------------------------------------------------------------------------------

001590147


Barnum Lois J                                 Unknown
5449 Se 50Th St
Galena             KS 66739
--------------------------------------------------------------------------------

001585690


Barnum, Steven H.                             Unknown
10910 Peach Ridge
Sparta             MI 49345
--------------------------------------------------------------------------------

001531473


Barr, Alexis R.                               Unknown
1810 Holly Oak Drive
Houston            TX 77084
--------------------------------------------------------------------------------

000157104


Barr, James C.                                Unknown
1306 Edgewater
Friendswood        TX 77546
--------------------------------------------------------------------------------

001582001


Barr, P. Jane                                 Unknown
P.O. Box 401
Lampasas           TX 76550
--------------------------------------------------------------------------------

001541922


Barras, Margaret                              Unknown
909 Hwy 48 East
Tylertown,         MS 39667
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | | Total Amt<br>of Claim |
|---|---|---|
| 001524702 | | |
| Barrera, Anna M.<br>505 N. 8Th<br>Donna | TX 78537 | Unknown |
| 001551702 | | |
| Barrera, Antonio<br>505 North 8Th St.<br>Donna | TX 78537 | Unknown |
| 001583051 | | |
| Barrett, Debbye<br>19 Farrington Ln.<br>Hamilton | MA 01982 | Unknown |
| 001586709 | | |
| Barrett, Diane<br>223 South Chace<br>Atlanta | GA 30328 | Unknown |
| 001574834 | | |
| Barrett, James M.<br>3206 Westchester<br>College Station | TX 77845 | Unknown |
| 001538463 | | |
| Barrett, Maury G.<br>405 Mosser Dr.<br>Lafayette | LA 70508 | Unknown |
| 001540295 | | |
| Barrett, Wallace H.<br>405 Mosser Drive<br>Lafayette | LA 70508 | Unknown |
| 000115603 | | |
| Barretta, Carol L.<br>203 Lincoln Court<br>Deerfield Beach | FL 33442 | Unknown |
| 001569054 | | |
| Barretta, Dale A.<br>2116 Manhattan Bch Blvd.<br>Redondo Bch | CA 90278 | Unknown |

                     Unsecured Creditors -- Sales Representatives


        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        000109710


        Barretta, Kerry                         Unknown
        738 St. Albans Drive
        Boca Raton        FL 33486
------------------------------------------------------------------------------
        001592405


        Barrie, Shirley A.                      Unknown
        6920 Camfield Street
        Jacksonville      FL 32222
------------------------------------------------------------------------------
        001584845


        Barrios, Troy                           Unknown
        618 Third Street
        El Dorado         AR 71730
------------------------------------------------------------------------------
        001597397


        Barron, David S.                        Unknown
        21 Dartmouth Drive
        Greensburg        PA 15601
------------------------------------------------------------------------------
        001556543


        Barron, Troy W.                         Unknown
        Rt. 4 Box 87
        Gordo             AL 35466
------------------------------------------------------------------------------
        001498262


        Barrowman, Connie L.                    Unknown
        358 County Road, 2650 North
        Mahomet           IL 61853
------------------------------------------------------------------------------
        001577817


        Barrum, Chad                            Unknown
        6 Elkins Lake
        Huntsville        TX 77340
------------------------------------------------------------------------------
        001593834


        Barrutia, Debbie L.                     Unknown
        P.O. Box 633
        Filer             ID 83328
------------------------------------------------------------------------------
        001588819


        Barsickow, Rainer C.                    Unknown
        1111 N. 64Th Street #49
        Mesa              AZ 85205
------------------------------------------------------------------------------

```
                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code             of Claim


        001511963


        Barta, Allen                          Unknown
        108 So Sante Fe
        Billings        MT 59102
-------------------------------------------------------------------------------

        001557095


        Bartelli, Osmero                      Unknown
        3023 Southern Ave.
        Parsons         KS 67357
-------------------------------------------------------------------------------

        001597098


        Barter, Janet                         Unknown
        7100 S. W. 8 Court
        Plantation      FL 33317
-------------------------------------------------------------------------------

        001549979


        Barter, Peter                         Unknown
        23936 Via La Coruna
        Mission Viejo   CA 92691
-------------------------------------------------------------------------------

        000128570


        Barthelmess, Betty A.                 Unknown
        Route 1 Box 2203
        Miles City      MT 59301
-------------------------------------------------------------------------------

        001538798


        Bartles, Janelle M.                   Unknown
        2786 233Rd. Ave.
        Maquoketa       IA 52060
-------------------------------------------------------------------------------

        001612917


        Bartlett John P.                      Unknown
        547 South 7Th St. Suite 361
        Bismarck        ND 58504
-------------------------------------------------------------------------------

        001541448


        Bartlett, Charles L.                  Unknown
        Rt. 5 Box 42 D
        Galax           VA 24333
-------------------------------------------------------------------------------

        001547232


        Bartlett, Richard W.                  Unknown
        7356 North Main Street Ext
        Hornell         NY 14843
-------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page:  82

                        Unsecured Creditors -- Sales Representatives

        Creditors Names and                        Total Amt
        Mailing Address/ Zip Code                  of Claim


        001588925


        Bartolomucci, Anthony D                     Unknown
        718 Brookfield Avenue
        Masury            OH 44438
----------------------------------------------------------------------------

        001590843


        Bartolomucci, Robert J.                     Unknown
        40 West Chapel Ridge Rd.
        Pittsburgh        PA 15238
----------------------------------------------------------------------------

        001607882


        Barton, Carol H.                            Unknown
        4777 E. Eagle Way
        Palm Springs      CA 92264
----------------------------------------------------------------------------

        001597053


        Barton, Jack                                Unknown
        201 Thompson Ln
        Nashville         TN 37211
----------------------------------------------------------------------------

        000120911


        Barton, Rusty T.                            Unknown
        1149 Welcome Home Road
        Dodson            LA 71422
----------------------------------------------------------------------------

        001531973


        Barton, Sondra W. & Brian G.                Unknown
        4950 Ray St.
        Roanoke           VA 24019
----------------------------------------------------------------------------

        000120910


        Barton, Susan A.                            Unknown
        201 Martin-Luters Road
        Winnfield         LA 71483
----------------------------------------------------------------------------

        000119943


        Barton, William R.                          Unknown
        1149 Welcome Home Rd.
        Dodson            LA 71422
----------------------------------------------------------------------------

        001539154


        Bartow, Betty J.                            Unknown
        1013 Cornelia
        Iowa Park         TX 76367
----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001559989


Barwick, Edgar J.                      Unknown
3710 Oak Grove Ave.
Greensboro          NC 27405
-----------------------------------------------------------------------------

001509700


Barzensky, William                     Unknown
65 Penrod Street
Johnstown           PA 15902
-----------------------------------------------------------------------------

001565711


Barzune, Laura                         Unknown
10239 Better Dr.
Dallas              TX 75229
-----------------------------------------------------------------------------

001553879


Baskin, Bill                           Unknown
3 Firenze
Laguna Niguel       CA 92677
-----------------------------------------------------------------------------

001545423


Bass, Gene C.                          Unknown
448 N. State Rd. 121
Lacrosse            FL 32658
-----------------------------------------------------------------------------

001508724


Bass, Helen M.                         Unknown
1953 East Shore Avenue
Freeland            WA 98249
-----------------------------------------------------------------------------

001475895


Bass, Jerry L.                         Unknown
273 Wine Circle
Blountville         TN 37617
-----------------------------------------------------------------------------

001481640


Bass, Roberta                          Unknown
11901 Kings Bridge Way
N. Bethesda         MD 20852
-----------------------------------------------------------------------------

000112745


Bass, Rose C.                          Unknown
2048 Bridgewater Road
Augusta             GA 30907
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001572561


Bassett,  Bradley L.                   Unknown
10507 Jody Ct.
Houston          TX 77099
----------------------------------------------------------------------
001594733


Bassett, Greg C.                       Unknown
7033 Tree Top
Corpus Christi    TX 78413
----------------------------------------------------------------------
001594734


Bassett, Ralph                         Unknown
4000 Surfside Blvd #405
Corpus Christi    TX 78402
----------------------------------------------------------------------
001536952


Bassford, Alesha R.                    Unknown
7717 Crenshaw Way
Las Vegas         NV 89129
----------------------------------------------------------------------
001495427


Basye, Max C.                          Unknown
218 High St
Joplin            MO 64801
----------------------------------------------------------------------
001529025


Batchelder, James T.                   Unknown
3610 Balsam, N.E.
Grand Rapids      MI 49525
----------------------------------------------------------------------
000131507


Batchelor, Geni M.                     Unknown
9748 Sago Point Drive
Largo             FL 33777
----------------------------------------------------------------------
001575955


Bates, Amber M.                        Unknown
1303 Cottontail Road
Gallatin          MT 59730
----------------------------------------------------------------------
000160745


Bates, Don                             Unknown
1105 Nelson St.
Sedro Woolley     WA 98284
----------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001520225


Bates, Elvin D.                         Unknown
4714 Cobblestone
Corpus Christi      TX 78411
----------------------------------------------------------------------------

001612369

.

Bates, Erin E.                          Unknown
6862 Vail Dr.
Lynden              WA 98264
----------------------------------------------------------------------------

001505217


Bates, Susan                            Unknown
P.O. Box 2003
Pairland            TX 77581
----------------------------------------------------------------------------

001583224


Batey, Catherine K.                     Unknown
1417 Pfennig Lane
Pflugerville        TX 78660
----------------------------------------------------------------------------

001593448


Batey, Mae B                            Unknown
2507 East Side Drive
Austin              TX 78704
----------------------------------------------------------------------------

001474381


Batisky, Donald L                       Unknown
5516 Sheilds Road
Canfield            OH 44406
----------------------------------------------------------------------------

001557039


Batiste, Stacy L.                       Unknown
4007 Stafford Point
Bryan               TX 77808
----------------------------------------------------------------------------

000110628


Batson, Randy L.                        Unknown
1104 Saluda Lake Rd.
Greenville          SC 29611
----------------------------------------------------------------------------

001545435


Battalia, Daniel                        Unknown
17548 Los Alimos St.
Granada Hills       CA 91344
----------------------------------------------------------------------------

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001601882


        Battey, Holly L.                       Unknown
        2331 Pauline Dr. #3
        San Jose         CA 95124
--------------------------------------------------------------------------------
        001517474


        Battistic, Robert H.                   Unknown
        P.O. Box 331453
        Atlantic Beach     FL 32233
--------------------------------------------------------------------------------
        001498643


        Battle, Kenneth E.                     Unknown
        104 Adams Ave.
        Ladson           SC 29456
--------------------------------------------------------------------------------
        001583567


        Battle, Stella L.                      Unknown
        9927 Kevken Dr.
        Richmond         VA 23237
--------------------------------------------------------------------------------
        001525569


        Baucum, Darwin D.                      Unknown
        9030 Int. Hwy 37 N
        Corpus Christi     TX 78410
--------------------------------------------------------------------------------
        000148511


        Baudoin, Donna K.                      Unknown
        101 Florida Ct.
        Lafayette        LA 70503
--------------------------------------------------------------------------------
        000120499


        Baudoin, John Pierre                   Unknown
        201 Steiner Road
        Lafayette        LA 70508
--------------------------------------------------------------------------------
        001579458


        Bauer, Edward J.                       Unknown
        213 Sunland Dr.
        Sequim           WA 98382
--------------------------------------------------------------------------------
        001541349


        Baugh, Ralph L.                        Unknown
        9622 Pollack Drive
        Huntington Beach   CA 92646
--------------------------------------------------------------------------------

                   Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001547741


        Baum, Joan S.                           Unknown
        518 Palmetto Lane #5
        Aiken           SC 29801
--------------------------------------------------------------------------

        001600103


        Baum, Nancye                            Unknown
        10500 #30 San Jose Bld
        Jay             FL 32257
--------------------------------------------------------------------------

        001520356


        Bauman, Ed &/or Betty                   Unknown
        13521 N.E. 30th St.
        Bellevue        WA 98005
--------------------------------------------------------------------------

        001577932


        Baumann, Suzanne                        Unknown
        37 Battery
        Hilton Head     SC 29928
--------------------------------------------------------------------------

        001600116


        Baumgard, John                          Unknown
        7520 NW  44th Ct
        Coral Springs   FL 33065
--------------------------------------------------------------------------

        000131113


        Baumgartel, Lance T.                    Unknown
        2773 South Skagit Hwy.
        Sedro-Woolley   WA 98284
--------------------------------------------------------------------------

        001577171


        Baumgartner, James B.                   Unknown
        2867 Sarah Lane
        Eugene          OR 97408
--------------------------------------------------------------------------

        001529828


        Baumgartner, Tammy P.                   Unknown
        16831 20th Avneue W.
        Lynnwood        WA 98037
--------------------------------------------------------------------------

        001539094


        Baumhardt, Margie S.                    Unknown
        4101 Emerson
        Wichita Falls   TX 76309
--------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


```
Creditors Names and                       Total Amt
Mailing Address/ Zip Code                  of Claim


000125294


Bauserman, Bradley P.                      Unknown
2430 N.W. Military Hwy 32408
San Antonio        TX 78231
-------------------------------------------------------------------------------

001580178


Bautista, Patricia R.                      Unknown
1666 Merrill Dr. #78
San Jose           CA 95124
-------------------------------------------------------------------------------

001595562


Bavetz, Richard A.                         Unknown
1741 Canal Drive
Sargent            TX 77414
-------------------------------------------------------------------------------

001527669


Baxter, Don E.                             Unknown
552 Constitution Ave
Billings           MT 59105
-------------------------------------------------------------------------------

001549671


Baxter, Gary H.                            Unknown
3135 York Road
Helena             MT 59602
-------------------------------------------------------------------------------

001551062


Baxter, Jesse B.                           Unknown
701 E Washington  Apt 2
Bloomington        IL 61701
-------------------------------------------------------------------------------

000130898


Baxter, Melinda                            Unknown
P.O. Box 399
Chinook            MT 59523
-------------------------------------------------------------------------------

000129212


Baxter, Rebecca L.                         Unknown
Po Box 399
Chinook            MT 59523
-------------------------------------------------------------------------------

001476477


Bay City Ent., Inc.                        Unknown
1272 Great Neck Rd #149
Virginia Beach     VA 23454
-------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001602249


Bayley, Connie                         Unknown
113 West E St.
Ogallala        DE 69153
```
--------------------------------------------------------------------------------
```
001601086


Bazin, Paul                            Unknown
228 E81 4D
New York        NY 10028
```
--------------------------------------------------------------------------------
```
001519638


Bazzel, Arthur T.                      Unknown
2801 Airport Drive
Panama City Bay   FL 32405
```
--------------------------------------------------------------------------------
```
001542782


Beach, Frieda M.                       Unknown
1800 NE 10th  SP 78
Hermiston       OR 97838
```
--------------------------------------------------------------------------------
```
001561660


Beach, Nancy C.                        Unknown
Rd. #2 Eisman Rd.
Arkport         NY 14807
```
--------------------------------------------------------------------------------
```
001538286


Beach, Trina D.                        Unknown
821 E. Liberty
Spokane         WA 99207
```
--------------------------------------------------------------------------------
```
001593035


Beal, Kerry B.                         Unknown
73 Peach Bottom Rd.
Lancaster       PA 17563
```
--------------------------------------------------------------------------------
```
001467304


Beal, Robert A                         Unknown
1001 Robert E. Lee Blvd.
New Orleans     LA 70124
```
--------------------------------------------------------------------------------
```
001592046


Beals Jr., David L.                    Unknown
462 Highland Valley Rd.
Morton          WA 98356
```
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001563567


Beam, Robert D.                        Unknown
P.O. Box 1607
Crowley         LA 70527
-------------------------------------------------------------------------------
001494910


Bean, Alijandro D.                     Unknown
2414 4th AVE. EAST
Tuscaloosa      AL 35401
-------------------------------------------------------------------------------
001566249


Bean, Kay                              Unknown
4203 Hwy 9
Summerfield     LA 71079
-------------------------------------------------------------------------------
001565149


Beard, Charles D.                      Unknown
2036 Cumberland Trail
Plano           TX 75023
-------------------------------------------------------------------------------
001456657


Beard, Joe                             Unknown
1204 West 4Th Ave
Albany          GA 31707
-------------------------------------------------------------------------------
001516752


Beard, Monica L.                       Unknown
3074 Villa Sur Trail
Dallas          TX 75228
-------------------------------------------------------------------------------
001563496


Beard, Ruby S.                         Unknown
5066 Hwy 11 South
Attalla         AL 35954
-------------------------------------------------------------------------------
001599179


Bearden, Kristian W.                   Unknown
1523 E. 14th Street
Russellville    AR 72801
-------------------------------------------------------------------------------
000120405


Bearden, Stacy                         Unknown
200 S Cities Service Hwy
Sulphur         LA 70663
-------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE         Page: 91

Unsecured Creditors -- Sales Representatives


Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001483107


Beasley, Debbie A.                      Unknown
1264 Old Allendale Hwy.
Barnwell          SC 29812
------------------------------------------------------------------------------

001602859


Beasley, Joanne S.                      Unknown
443B W 104Th Street
Kansas City       MO 64114
------------------------------------------------------------------------------

001604203


Beasley, Tamara O                       Unknown
403 Adirondack Way
Simpsonvill       SC 29681
------------------------------------------------------------------------------

001562088


Beason, Allan                           Unknown
13005 Meadowheath Cove
Austin            TX 78729
------------------------------------------------------------------------------

001487506


Beaton, David W.                        Unknown
5500 freeman circle
rocklin           CA 95677
------------------------------------------------------------------------------

001609301


Beattie, Ernest N.                      Unknown
526 Saratoga Drive
Alphretta         GA 30022
------------------------------------------------------------------------------

001581404


Beaty, Donetta                          Unknown
6309 Revolution
Corpus Christi    TX 78413
------------------------------------------------------------------------------

000105751


Beaty, Victoria J.                      Unknown
2716 Rion Street
Georgetown        SC 29440
------------------------------------------------------------------------------

000115709


Beaumont, Jacqueline K.                 Unknown
1732 Juniper Dr.
Conway            SC 29526
------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                   Total Amt
Mailing Address/ Zip Code             of Claim


001554441


Beaupre, Darrell J.                   Unknown
48 Main Street
Southborough      MA 01772
```
------------------------------------------------------------------------
```
001561103


Beaver, Dorothy C.                    Unknown
61 Courson Road
Franklin          NC 28734
```
------------------------------------------------------------------------
```
001456749


Beavers, Lewis                        Unknown
2237 Hwy 563
Simsboro          LA 71275
```
------------------------------------------------------------------------
```
001599771


Beavin, Eugene                        Unknown
270-B East 15Th Street
Costa Mesa        CA 92627
```
------------------------------------------------------------------------
```
001537710


Beazley, Bettie                       Unknown
1606 S. Observatory
Nashville         TN 37215
```
------------------------------------------------------------------------
```
001539932


Beck, Bill                            Unknown
3206 Coral Reef
Corpus Christi    TX 78418
```
------------------------------------------------------------------------
```
001507244


Beck, Carl D.                         Unknown
4527 Parishville Road
Meggett           SC 29449
```
------------------------------------------------------------------------
```
001579339


Beck, Cecelia A.                      Unknown
1600 E. Maryland St
Bellingham        WA 98226
```
------------------------------------------------------------------------
```
000144059


Beck, Edward R.                       Unknown
3204 Cross Bend Rd.
Plano             TX 75023
```
------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim
        ',.

        000130432


        Beck, Ilene M.                       Unknown
        11512 E. Bridges Rd.
        Elk              WA 99009
-------------------------------------------------------------------------------

        001583977


        Beck, Leslie A.                      Unknown
        3206 Coral Reef
        Corpus           TX 78418
-------------------------------------------------------------------------------

        000129373


        Beck, Nancy Jean                     Unknown
        4400 Old Marshall
        Missoula         MT 59802
-------------------------------------------------------------------------------

        001542125


        Beck, Tim J.                         Unknown
        107 Kathleen Ct.
        Tarpon Springs   FL 34689
-------------------------------------------------------------------------------

        001567500


        Becker, Ann C                        Unknown
        1016 Ridgewood Dr
        Shreveport       LA 71118
-------------------------------------------------------------------------------

        001548820


        Becker, Becky P.                     Unknown
        3211 48Th
        Metairie         LA 70001
-------------------------------------------------------------------------------

        001494651


        Becker, Betty                        Unknown
        4588 West Jones
        Garden City      KS 67846
-------------------------------------------------------------------------------

        001581813
        '.

        Beckett, Nancy M.                    Unknown
        3053 3 Mice N.E Rd.
        Grand Rapids     MI 49525
-------------------------------------------------------------------------------

        001496875


        Beckett, Wendy L.                    Unknown
        6975 Herrington
        Belmont          MI 49306
-------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001456080 | |
| Beckham, Thomas E.<br>130 West Main St.<br>Manchester          GA 31816 | Unknown |
| 001481065 | |
| Beckley, Douglas C.<br>501 S. Palouse<br>Ritzville          WA 99169 | Unknown |
| 001505470 | |
| Beckley, Tamara S.<br>2089 E. Heinemann<br>Ritzville          WA 99169 | Unknown |
| 001601780 | |
| Beckley, Tyler S<br>2900 Nome St<br>Bellingham          WA 98225 | Unknown |
| 001532001 | |
| Beckman, Christine A<br>1810 West 41St Street<br>Kearney          NE 68847 | Unknown |
| 000139396 | |
| Beckman, Sherry E.<br>11645-D Ficus Street<br>Palm Beach Gardens  FL 33410 | Unknown |
| 001588483 | |
| Becknell, Brenda J<br>4418-74th Street  #53<br>Lubbock          TX 79424 | Unknown |
| 001537930 | |
| Beckner, Randy L.<br>1730 S.W. 22Nd St.<br>Lincoln          NE 68522 | Unknown |
| 001459805 | |
| Becnel, Elaine P.<br>13509 Hwy 643<br>Vacherie          LA 70090 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE
                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001476855


        Bedgood, Lorie B.                         Unknown
        1465 Durbin Rd.
        Dodson          LA 71422
-------------------------------------------------------------------------------
        001535098


        Bedingfield, Dana P.                      Unknown
        7056 So. Commerce Park Drive
        Midvale         UT 84047
-------------------------------------------------------------------------------
        000129826


        Bedingfield, Hazel P.                     Unknown
        238 West 1St North
        Preston         ID 83263
-------------------------------------------------------------------------------
        000119949


        Bedingfield, James C.                     Unknown
        1864 Independence Blvd. #E
        Salt Lake City  UT 84126
-------------------------------------------------------------------------------
        000119950


        Bedingfield, Jeanette L.                  Unknown
        4928 S. Murray Blvd. #J4
        Murray          UT 84123
-------------------------------------------------------------------------------
        000129788


        Bedingfield, KC                           Unknown
        4928 S. Murray Blvd. #J4
        Murray          UT 84123
-------------------------------------------------------------------------------
        000119623


        Bedingfield, Kent C.                      Unknown
        4928 S. Murray Blvd. #J4
        Murray          UT 84123
-------------------------------------------------------------------------------
        001540875


        Bedingfield, Tina M                       Unknown
        1864 Independence Blvd #E
        Salt Lake City  UT 84116
-------------------------------------------------------------------------------
        001584499


        Bedrich, Deborah D.                       Unknown
        12355 Wedel Cemetery Rd.
        Rogers          TX 76569
-------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                Total Amt
Mailing Address/ Zip Code          of Claim


000128811


Bedwell, Wendeline K.              Unknown
115 S. 1st Avenue-HC
Malta            MT 59538
--------------------------------------------------------------------------------
001585200


Beebe, Artie                       Unknown
283 Mt. Vernon Ch. Rd.
W. Monroe        LA 71292
--------------------------------------------------------------------------------
001560644


Beebe, Nancy A.                    Unknown
528 Dell
Bozeman          MT 59715
--------------------------------------------------------------------------------
000120204


Beebe, Shane R.                    Unknown
Highway 70 East
Glenwood         AR 71943
--------------------------------------------------------------------------------
001497103


Beeby, Alexander J.                Unknown
4401 Nelson Road
Belgrade         MT 59714
--------------------------------------------------------------------------------
001566982


Beech, Marilyn F.                  Unknown
333 Connell
Missoula         MT 59801
--------------------------------------------------------------------------------
001508623


Beech, Mary M.                     Unknown
823N Mesa St.
Olathe           KS 66061
--------------------------------------------------------------------------------
001566946


Beechinor, Everett Tandy           Unknown
3919 183 Rd. St. S.W.
Lynnwood         WA 98037
--------------------------------------------------------------------------------
001590871


Beeghly, Michael L.                Unknown
181 Schut Rd. #1
Moxee            WA 98936
--------------------------------------------------------------------------------
```

```
Creditors Names and                   Total Amt
Mailing Address/ Zip Code             of Claim


001527022


Beeler, Howard                        Unknown
110 W 5th
Henrietta        TX 76365
----------------------------------------------------------------------

001526990


Beeler, Kelly W.                      Unknown
214 Centennial
Henrietta        TX 76365
----------------------------------------------------------------------

001558092


Beer, Amy L.                          Unknown
321 Cedar
Cottonwood Falls    KS 66845
----------------------------------------------------------------------

001493573


Beery, Jess R.                        Unknown
Box 563
Circle           MT 59215
----------------------------------------------------------------------

001493563


Beery, Richard J.                     Unknown
Box 97
Circle           MT 59215
----------------------------------------------------------------------

001482815


Beeson, Helen T.                      Unknown
Hc 67 Virgelle Valley Ranch
Loma             MT 59460
----------------------------------------------------------------------

001574725


Beeson, Mike L.                       Unknown
704 E. Blackhawk Drive
Spokane          WA 99208
----------------------------------------------------------------------

001592269


Begley, Peni M.                       Unknown
Rt. 5 Box 229
Claremore        OK 74017
----------------------------------------------------------------------

001584663


Begnand, Bobbie L                     Unknown
6120 Patout Pvt Rd
Youngsville      LA 70592
----------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001592079


Behnken, Dawn H.                         Unknown
1504 The Valley N.E.
Atlanta          GA 30328
-----------------------------------------------------------------------------------
000118604


Behr, Laveta                             Unknown
9936 Harney Pky S0
Omaha            NE 68114
-----------------------------------------------------------------------------------
001564157


Behrends, Genia J.                       Unknown
103 Creek Ct.
Trophy Club      TX 76262
-----------------------------------------------------------------------------------
001588934


Behrens, Anne                            Unknown
12434 Slater
Overland Park    KS 66213
-----------------------------------------------------------------------------------
001535134


Behrmann, Gene L.                        Unknown
10409 Eastwood Avenue
Silver Springs   MD 20901
-----------------------------------------------------------------------------------
001500265


Bei, Stephen V.                          Unknown
2828 University Avenue
San Diego        CA 92104
-----------------------------------------------------------------------------------
001467859


Beil, Mary K.                            Unknown
Rock Creek Rd.
Hinsdale Valley  MT 59241
-----------------------------------------------------------------------------------
001479216


Beil, Myla D                             Unknown
203 2Nd Ave N
Hinsdale Valley  MT 59241
-----------------------------------------------------------------------------------
001584565


Beilstein, Doyle E                       Unknown
106 Warwich
San Antonio      TX 78216
-----------------------------------------------------------------------------------

```
JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE      Page 5  99
                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001492024


        Beine, Mary R.                           Unknown
        155 Lynwood Lane
        Ormond Beach      FL 32174
----------------------------------------------------------------------
        001597819


        Beisel, H. Wayne                         Unknown
        1247 Donna Drive
        Richardson        TX 75080
----------------------------------------------------------------------
        001560627


        Bejlovec, Mark A                         Unknown
        1320 Se 2Nd Street
        Pompano Beach     FL 33060
----------------------------------------------------------------------
        001598198


        Bekenyi, Deana                           Unknown
        1199 Lingbloom Rd.
        Bellingham        WA 98226
----------------------------------------------------------------------
        001571287


        Belcher, Homer L.                        Unknown
        3939 Teasley Lane #273
        Denton            TX 76205
----------------------------------------------------------------------
        000108791


        Belcher, Michael F.                      Unknown
        2354 W. Croft Circle
        Spartanburg       SC 29302
----------------------------------------------------------------------
        001584669


        Belcher, Monty K.                        Unknown
        R.R. 1 Box 27T3
        Webb City         MO 64870
----------------------------------------------------------------------
        001605204


        Belding, Chad E                          Unknown
        1591 Bedford Ct
        Reno              NV 89503
----------------------------------------------------------------------
        001574718


        Belding, Clay D.                         Unknown
        1407 East Reno Avenue Apt "A"
        Las Vegas         NV 89119
----------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
       Creditors Names and                  Total Amt
       Mailing Address/ Zip Code            of Claim


       001553477
       :

       Belk, Doris P.                        Unknown
       1801 Pageland Monroe Road
       Monroe           NC 28112
-------------------------------------------------------------------------

       001548304


       Belk, Perlie M                        Unknown
       80 Freemont Ct
       Somerset         NJ 08873
-------------------------------------------------------------------------

       000102380


       Belk, Steven                          Unknown
       6811 Old Canton Rd. #4705
       Ridgeland        MS 39157
-------------------------------------------------------------------------

       000143572


       Belknap, Vickie K.                    Unknown
       52 Buena Vista Avenue
       Columbus         OH 43228
-------------------------------------------------------------------------

       001505006


       Bell James C. (Jr)                    Unknown
       304 Half Moon Bend
       Birmingham       AL 35206
-------------------------------------------------------------------------

       000163252


       Bell Jr., Jack O.                     Unknown
       6028 Arbor Glen Drive
       Montgomery       AL 36117
-------------------------------------------------------------------------

       001579024


       Bell, Brad B.                         Unknown
       1420 Shadow Lane
       Sparks           NV 89434
-------------------------------------------------------------------------

       001551546


       Bell, Bradley K.                      Unknown
       7088 Ross Cole Lane
       Temple           TX 76502
-------------------------------------------------------------------------

       001591705


       Bell, Carolyn                         Unknown
       4963 Pear Butte Dr
       Yakima           WA 98901
-------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                  Total Amt
Mailing Address/ Zip Code            of Claim


001518745


Bell, Darrell W.                     Unknown
2750 Wallingford #1706
Houston          TX 77042
--------------------------------------------------------------------------
001584404


Bell, Easton A.                      Unknown
31 S Terrace Ave
Mt. Vernon       NY 10550
--------------------------------------------------------------------------
001586417


Bell, Elisabeth J.                   Unknown
1316 Sunset Ave. S.W.
Seattle          WA 98116
--------------------------------------------------------------------------
001534544


Bell, Janice L.                      Unknown
7088 Ross Cole Lane
Temple           TX 76502
--------------------------------------------------------------------------
001609696


Bell, John I.                        Unknown
4442 Bell
Kansas City      MO 64111
--------------------------------------------------------------------------
001584342


Bell, Kenneth C.                     Unknown
1803 Oakbreeze Ct.
Jacksonville Beach  FL 32250
--------------------------------------------------------------------------
001592777


Bell, Larry                          Unknown
9405 Lancaster Place N.E.
Albuquerque      NM 87111
--------------------------------------------------------------------------
001570276


Bell, Michael D.                     Unknown
830 Brookhaven Dr
Anniston         AL 36207
--------------------------------------------------------------------------
000137192


Bell, Phil R.                        Unknown
3426 Timberline Dr.
Billings         MT 59102
--------------------------------------------------------------------------
```

```
      Creditors Names and                  Total Amt
      Mailing Address/ Zip Code            of Claim


      001587660


      Bell, Stephen M.                      Unknown
      19402 Enchanted Oaks Lane
      Spring          TX 77388
--------------------------------------------------------------------------
      001604302


      Bellah, Marilyn                       Unknown
      802 Torrey Pines
      Garland         TX 75044
--------------------------------------------------------------------------
      001564285


      Bellinger, Terrence L.                Unknown
      10333 McCarter Drive
      Okaloosa        KS 66066
--------------------------------------------------------------------------
      001559715


      Belton, Kenneth R                     Unknown
      Rt 1 Box 91 M
      Galax           VA 24333
--------------------------------------------------------------------------
      001468608


      Bemis, Cindy L.                       Unknown
      8618 E. Columbia Park Dr.
      Spokane         WA 99212
--------------------------------------------------------------------------
      001493277


      Ben Danelson Inc/Dolores              Unknown
      Post Office Box 335
      Scobey          MT  59263
--------------------------------------------------------------------------
      001573327


      Benat, Alvin L.                       Unknown
      4214 East Hwy 80 #2041
      Mesquite        TX 75149
--------------------------------------------------------------------------
      001612316

      Benbrook, Royce                       Unknown
      906 Se 10Th
      Bentonville     AR 72712
--------------------------------------------------------------------------
      001491727


      Bence, Lil J.                         Unknown
      703 Tanglewood
      Friendswood     TX 77546
--------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001583883

Bender, Ann                              Unknown
1208 W. 65Th St.
Kansas City        MO 64113
---------------------------------------------------------------------

001584655

Bender, Beth G.                          Unknown
17250 Knoll Trail
Dallas             TX 75248
---------------------------------------------------------------------

001523427

Bender, Diane F.                         Unknown
2055 Halsey Ave
New Orleans        LA 70114
---------------------------------------------------------------------

001534124

Bender, Donna S                          Unknown
146 Williowbrook La
Gretna             LA 70056
---------------------------------------------------------------------

001561878

Bender-Benjamin, Susan A.                Unknown
2901 Cuervo Dr Ne
Albuquerque        NM 87110
---------------------------------------------------------------------

001579298

Benedetto, George E.                     Unknown
1344 Sudden Valley
Bellingham         WA 98226
---------------------------------------------------------------------

001520344

Bengoa, Fredrick                         Unknown
515 1/2 N 8th Avenue
Pasco              WA 99301
---------------------------------------------------------------------

001463618

Benham, David L.                         Unknown
666 Six Mile Rd N.W.
Comstock Park      MI 49321
---------------------------------------------------------------------

001459085

Benham, Richard G.                       Unknown
326 N. Union
Sparta             MI 49345
---------------------------------------------------------------------

                     Unsecured Creditors -- Sales Representatives


        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code            of Claim

        000151103


        Benham, Robert G                     Unknown
        666 Six Mile Rd. Nw
        Comstock Park      MI 49321
--------------------------------------------------------------------------------
        001599711


        Benjamin, Audrey                     Unknown
        3430 Galt Ocean Dr Ph-2
        Ft. Lauderdale     FL 33308
--------------------------------------------------------------------------------
        000157562


        Benjamin, Bonnie                     Unknown
        17 Trails End Rd.
        Montana City       MT 59634
--------------------------------------------------------------------------------
        001502570


        Benjamin, Carroll T.                 Unknown
        1048 E. 6th Ave., Apt. #1
        Helena             MT 59601
--------------------------------------------------------------------------------
        001526850


        Benjamin, Corena L.                  Unknown
        17 Trails End Road
        Clancy             MT 59634
--------------------------------------------------------------------------------
        001558547


        Benjamin, Dana                       Unknown
        15712 Overbrook
        Stanley            KS 66224
--------------------------------------------------------------------------------
        001601901


        Benjamin, Lindsay E.                 Unknown
        5950 N. 78Th St. Apt 225
        Scottsdale         AZ 85250
--------------------------------------------------------------------------------
        001489272


        Bennet, Cynthia E.                   Unknown
        732 Minturn Lane
        Austin             TX 78748
--------------------------------------------------------------------------------
        001564055


        Bennett,  Andi L.                    Unknown
        5 E. Main
        Bozeman            MT 59715
--------------------------------------------------------------------------------

Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001540552


Bennett, Alice C.                        Unknown
1826 Wellerman Road
West Monroe       LA 71291
----------------------------------------------------------------------------

001529870


Bennett, Allison C.                      Unknown
280 West Renner Rd
Richardson        TX 75080
----------------------------------------------------------------------------

001591764


Bennett, Amos                            Unknown
1484 Hwy 821
Ruston            LA 71270
----------------------------------------------------------------------------

001531029


Bennett, Ann                             Unknown
11310 Thompson Road
Willis            TX 77378
----------------------------------------------------------------------------

001589130


Bennett, Carolyn S.                      Unknown
1350 Northridge Terrace
Joplin            MO 64801
----------------------------------------------------------------------------

001605003


Bennett, Charmaine L.                    Unknown
2020 Scripture Street
Denton            TX 76201
----------------------------------------------------------------------------

001583524


Bennett, David L.                        Unknown
18522 Sweetmeadow
Spring            TX 77379
----------------------------------------------------------------------------

001610243


Bennett, Joshua J.                       Unknown
451 Thurstin Ave. Apt. 113
Bowling Green     OH 43402
----------------------------------------------------------------------------

000119311


Bennett, Judy K.                         Unknown
691 George Kendall Rd
Singer            LA 70660
----------------------------------------------------------------------------

                      Unsecured Creditors -- Sales Representatives


    Creditors Names and                      Total Amt
    Mailing Address/ Zip Code                of Claim


    001589382


    Bennett, Kevyn G.                         Unknown
    436 Cleveland
    Baxter Springs      KS 66713
--------------------------------------------------------------------------------
    001580122


    Bennett, Loretta                          Unknown
    Route 2 Box 492
    Macclenny           FL 32063
--------------------------------------------------------------------------------
    000120614


    Bennett, Melanie A.                       Unknown
    243 E. 400 N. #3
    Provo               UT 84606
--------------------------------------------------------------------------------
    000127242


    Bennett, Norma                            Unknown
    14 Gettysburg
    Dallas              TX 75080
--------------------------------------------------------------------------------
    000156672


    Bennett, Peggy J.                         Unknown
    228 Golf Drive
    Junction City       KS 66441
--------------------------------------------------------------------------------
    001467253


    Bennett, Robert J.                        Unknown
    13432 W. 70Th Terrace
    Shawnee             KS 66216
--------------------------------------------------------------------------------
    001612243


    Bennett, Ronald & Lorinda                 Unknown
    4920 Starling Drive
    Lincoln             NE 68516
--------------------------------------------------------------------------------
    001556678


    Bennett, Sharon H.                        Unknown
    119 Willow Cove Rd.
    Oxford              AL 36203
--------------------------------------------------------------------------------
    001459676


    Bennett, Tina L                           Unknown
    5408 Alden
    Shawnee             KS 66216
--------------------------------------------------------------------------------

```
       Creditors Names and                    Total Amt
       Mailing Address/ Zip Code               of Claim


       001473286


       Bennie Lee Danelson Inc.                Unknown
       North Rural Route
       Scobey          MT 59263
------------------------------------------------------------------------------

       001593728


       Benninghoven, Joy A.                     Unknown
       7068 W. Watkins Road
       Culver          KS 67484
------------------------------------------------------------------------------

       001596999


       Benninghoven, Richard C.                 Unknown
       7068 W. Watkins Rd.
       Culver          KS 67484
------------------------------------------------------------------------------

       000119077


       Benoit, Catherine A.                     Unknown
       432 Horseshoe Dr.
       Crowley         LA 70526
------------------------------------------------------------------------------

       000134958


       Benoit, Keisha L.                        Unknown
       432 Horseshoe Drive
       Crowley         LA 70526
------------------------------------------------------------------------------

       000118136


       Benson, Johnny                           Unknown
       134 Sugaloch Cove
       Jackson         MS 39211
------------------------------------------------------------------------------

       001561683


       Benson, Jon F.                           Unknown
       7514 Harpers Glen Ln
       Houston         TX 77072
------------------------------------------------------------------------------

       001577194


       Benson, Kevin*                           Unknown
       6515 Goodwin Rd.
       Everson         WA 98247
------------------------------------------------------------------------------

       001604998


       Benson, Leisha                           Unknown
       67392 Mission Drive
       Cathedral City   CA 92234
------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001561717

Benson, Tammy L.                        Unknown
1527 pacific grove lane
Katy              TX 77494

-----------------------------------------------------------------------

001468604

Bentley, Michele K.                     Unknown
9407 New Castle Blvd.
Shreveport        LA 71128

-----------------------------------------------------------------------

001608504

Benton II, EDWIN P                      Unknown
Psc Box 2344 507 F. Ave
Altus Afb         OK 73523

-----------------------------------------------------------------------

001560538

Benton, Edwin P.                        Unknown
721 Westlake St
Horseheads        NY 14845

-----------------------------------------------------------------------

001586274

Benton, Patricia P.                     Unknown
5120 Island Drive
Friday Harbor     WA 98250

-----------------------------------------------------------------------

001568036

Benton, William F.                      Unknown
446 Langford Creek Rd
Van Etten         NY 14889

-----------------------------------------------------------------------

001574864

Beran, Donna                            Unknown
P.O. Box 1233
Homer             AK 99603

-----------------------------------------------------------------------

000128583

Berg, Alice J.                          Unknown
2926 Pleasure Rd.
Helena            MT 59601

-----------------------------------------------------------------------

001551978

Berg, Dylan                             Unknown
103A Branegan Court
Bozeman           MT 59715

-----------------------------------------------------------------------

                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                   Total Amt
        Mailing Address/ Zip Code             of Claim


        001501110


        Berg, Jim E.                           Unknown
        2851 Pelican Dr.
        Anchorage        AK 99515
---------------------------------------------------------------------------
        001459670


        Berg, Joann M                          Unknown
        Rural Route 3, Box 60A
        Odessa           MO 64076
---------------------------------------------------------------------------
        001593757


        Berg, Steven A.                        Unknown
        4825 Chevelle Drive
        Billings         MT 59106
---------------------------------------------------------------------------
        001586392


        Bergdahl, Bryan K.                     Unknown
        10628 107th Avenue NE
        Arlington        WA 98223
---------------------------------------------------------------------------
        001608365


        Berge, Mark A                          Unknown
        8108 Turtle Dove Dr
        Oklahoma City    OK 73132
---------------------------------------------------------------------------
        001575692


        Berger, Brenda L.                      Unknown
        3046 N.E. Byers Ct
        Bend             OR 97701
---------------------------------------------------------------------------
        001544163


        Berger, Cordell K.                     Unknown
        2601 N. Joplin, Apt A6
        Pittsboro        KS 66762
---------------------------------------------------------------------------
        001495319


        Bergeron, Delia P.                     Unknown
        104 Gena Marie
        LaFayette        LA 70506
---------------------------------------------------------------------------
        000147163


        Bergeron, Jamie J                      Unknown
        1686 Higginbotham Hwy
        Church Point     LA 70525
---------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001507671


Bergman, Anita M.                      Unknown
2208 Nw 119Th Street
Oklahoma City      OK 73120
```
-----------------------------------------------------------------------------
```
001591905


Berguin, Felicia G.                    Unknown
13847 Maisemore Rd
Houston            TX 77015
```
-----------------------------------------------------------------------------
```
001613906


Berkley, Craig E.                      Unknown
211 Woodpine Dr
Culfport           MS 39507
```
-----------------------------------------------------------------------------
```
000149684


Bermudez, Lilia F                      Unknown
8680 S.E. 76Th Place
Mercer Island      WA 98040
```
-----------------------------------------------------------------------------
```
001472665


Bernal, Chanal M.                      Unknown
145 Lakeview Drive
Slidell            LA 70458
```
-----------------------------------------------------------------------------
```
001573464


Bernal, Steven B.                      Unknown
6033 Kaycrest
Corpus Christi     TX 78415
```
-----------------------------------------------------------------------------
```
001598658


Bernard H. Lewis Jr.                   Unknown
1510 Commodore Lane #7
Schaumburg         IL 60193
```
-----------------------------------------------------------------------------
```
001538405


Bernard, Carroll                       Unknown
514 Central Ave
Hot Springs        AR 71901
```
-----------------------------------------------------------------------------
```
001596538


Bernardin, Michel C.                   Unknown
1639 North Jones Blvd
Tucson             AZ 85730
```
-----------------------------------------------------------------------------

                          Unsecured Creditors -- Sales Representatives


      Creditors Names and                    Total Amt
      Mailing Address/ Zip Code              of Claim


      001602314


      Bernauer, Karen Ray                       Unknown
      55 Shawn Court
      Los Lunas         NM 87031
----------------------------------------------------------------------------

      001487822


      Bernhardt, Connie S.                      Unknown
      510 W. 5Th St.
      Loveland          CO 80537
----------------------------------------------------------------------------

      001597369


      Bernhardt, Jeffrey L.                     Unknown
      1431 Warner St #36
      Chico             CA 95926
----------------------------------------------------------------------------

      001589321


      Bernhardt, Thomas E.                      Unknown
      2517 Olson Drive
      Billings          MT 59102
----------------------------------------------------------------------------

      001570388


      Bernius Sr., Dennis G.                    Unknown
      331 Lakeview Dr.
      Slidell           LA 70458
----------------------------------------------------------------------------

      001601588


      Bernthisel, Jill L.                       Unknown
      22200 St. Rt. 64
      Bowling Green     OH  43402
----------------------------------------------------------------------------

      001586419


      Berry, Dennis G.                          Unknown
      1069 Padilla Bay Ln.
      Mt. Vernon        WA 98273
----------------------------------------------------------------------------

      001539895


      Berry, Dick E.                            Unknown
      5024 Shane Drive
      Anniston          AL 36206
----------------------------------------------------------------------------

      001590451


      Berry, Iris                               Unknown
      4312 Cantrell
      Berwick           LA 70342
----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001595033 | |
| Berry, John A.<br>3627-A Westheimer<br>Houston          TX 77027 | Unknown |
| 001595632 | |
| Berry, Marlene J.<br>7204 Ortelius Dr<br>Ilwaco          WA 98624 | Unknown |
| 001530771 | |
| Berry, Nell<br>PO Box 25<br>Joppa           AL 35087 | Unknown |
| 001578208 | |
| Berry, Susan R.<br>9100 East Harry Apt # 906<br>Wichita         KS 67207 | Unknown |
| 000124020 | |
| Berryman, Patricia<br>2805 Seminary Circle<br>Garland         TX 75043 | Unknown |
| 001491804 | |
| Bertelmann, James R.<br>144 Green Forest Dr.<br>Clinton         MS 39056 | Unknown |
| 000146535 | |
| Bertram, Theresa Lynn<br>4134 S Parkhill Ct<br>Springfield     MO 65807 | Unknown |
| 001547332 | |
| Bertsch, Jeani<br>7333 Beverly Lane #202<br>Everett         WA 98203 | Unknown |
| 001598542 | |
| Beshea, Jeremy E.<br>324 Homer Road<br>Minden          LA 71055 | Unknown |

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001572978


Besse, Toni P.                         Unknown
437 Avenue I
Marrero          LA 70072
------------------------------------------------------------------------

001549025


Besselman, Mary L.                     Unknown
46 Speer Road
New Wilmington    PA 16142
------------------------------------------------------------------------

000133074


Best Parker Partnership                Unknown
201 Dodge Drive,pob 566
Ripley           TN 38063
------------------------------------------------------------------------

001545445


Best, Dennis J.                        Unknown
R.D. #5 Box 77
New Castle        PA 16105
------------------------------------------------------------------------

001608320


Betelgeuse Corporation                 Unknown
307 Yoakum Parkway #714
Alexandria       VA 22304
------------------------------------------------------------------------

001490694


Bethell, John B.                       Unknown
7304 Director Drive
Baton Rouge      LA 70817
------------------------------------------------------------------------

000124010


Bethune, Valarie J.                    Unknown
217 Elmwood Place
Garland          TX 75043
------------------------------------------------------------------------

001588250


Bettes, Ronald L.                      Unknown
7579 Raven Rd.
Granby           MO 64844
------------------------------------------------------------------------

001530167


Bettis Jr, John E                      Unknown
2208 Raven Trail
West Columbia    SC 29169
------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001540532


Betz, Dennis J.                        Unknown
1507 S.W. Smith
Blue Springs        MO 64014
```
--------------------------------------------------------------------------------
```
000131139


Betzsold, John J.                      Unknown
507 Newcomer
Richland            WA 99352
```
--------------------------------------------------------------------------------
```
001494953


Bevel, Joy                             Unknown
Po Box 154
Perrin              TX 76486
```
--------------------------------------------------------------------------------
```
001565514


Beverly, Kenneth W.                    Unknown
558 Jewell Rd.
Oxford              AL 36203
```
--------------------------------------------------------------------------------
```
001556214


Bevers, Jimmy L.                       Unknown
406 Sherman St.
Nocona              TX 76255
```
--------------------------------------------------------------------------------
```
001507832


Bevil, Tonya D.                        Unknown
1160 Holly Circle
Lawrenceville       GA 30244
```
--------------------------------------------------------------------------------
```
001561845

Bevolo, Andrew J.                      Unknown
3239 Nashville Ave.
New Orleans         LA 70125
```
--------------------------------------------------------------------------------
```
001488403


Beyer, Amy L                           Unknown
21 Fergus Falls Avenue
Edinburg            TX 78539
```
--------------------------------------------------------------------------------
```
001597132


Beza, Sue                              Unknown


West Monroe         LA 71291
```
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07            INTERNATIONAL HERITAGE
                    Unsecured Creditors -- Sales Representatives

        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001616068


        Bhandal, Gurkamal                     Unknown
        185 Olympic Way
        Kent            WA 98031
--------------------------------------------------------------------------

        001613633


        Bhitewad, Gurcharan S.                Unknown
        27304 24Th. Av. South Apt#84
        Federal Way      WA 98003
--------------------------------------------------------------------------

        001511527


        Biafore, Suzanne M.                   Unknown
        1503 Gridley Lane
        Silver Spring    MD 20902
--------------------------------------------------------------------------

        001591765


        Bianca, Sam                           Unknown
        1238 E. Oakridge
        Boise            ID 83716
--------------------------------------------------------------------------

        001518098


        Bichsel, Gary G.                      Unknown
        1914 Mary St.
        Billings         MT 59105
--------------------------------------------------------------------------

        001478846


        Bickel, David H.                      Unknown
        8100 Meadowdale Square
        Longmont         CO 80503
--------------------------------------------------------------------------

        001477207


        Bickel, Laura A.                      Unknown
        2600 West 103rd Ave. #1218
        Federal Heights   CO 80221
--------------------------------------------------------------------------

        001589432


        Biddle, Josie A.                      Unknown
        445 Hazel Street
        Girard           OH 44420
--------------------------------------------------------------------------

        001496374


        Bidiman, Pam J.                       Unknown
        4-G Watertown Circle
        Birmingham       AL 35235
--------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000156489 | |
| Biellier, Shirley A.<br>3112 Kendall Lane<br>Waco          TX 76705 | Unknown |
| 001479205 | |
| Biellier, Terri L.<br>104 WILLEY St.<br>Willard        MO 65781 | Unknown |
| 001610488 | |
| Bigelow, Robert W.<br>1724 West 45th<br>Kennwick       WA 99337 | Unknown |
| 001528157 | |
| Bigott, Scott A.<br>6735 Flowermound<br>Sugar Land     TX 77479 | Unknown |
| 001591014 | |
| Bilich Larry<br>8920 Abbott Road<br>Conneautville    PA 16406 | Unknown |
| 001472309 | |
| Billeaud, Brandy C<br>113 N. Hillary Avenue<br>Lafayette      LA 70506 | Unknown |
| 001466577 | |
| Billeaud, Clemencia A.<br>714 Kidder Road<br>Carencro,      LA 70520 | Unknown |
| 000126854 | |
| Billinger, Bill P.<br>1012 W. 28th<br>Hays           KS 67601 | Unknown |
| 001495975 | |
| Billings, Peggy A.<br>107 Big Jane St<br>Martinsville   VA 24112 | Unknown |

INTERNATIONAL HERITAGE

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001561012

Billingsley, Christy                    Unknown
934 Emilee Point
Gallatin          TN 37066
--------------------------------------------------------------------------------

001561008

Billingsley, Denise                     Unknown
934 Emilee Point
Gallatin          TN 37066
--------------------------------------------------------------------------------

000112249

Billingsly, Ginger A.                    Unknown
1024 Silverthorn
Mesquite          TX 75150
--------------------------------------------------------------------------------

001607365

Bilodeau, David A                       Unknown
1080 Linton Blvd B5 Ste 300
Del Ray Beach     FL 33444
--------------------------------------------------------------------------------

001568353

Bindschadler, Leslie Kalyani            Unknown
345 W. 86Th #217
New York          NY 10024
--------------------------------------------------------------------------------

001537211

Bingham, Bruce W.                       Unknown
2719 Shauntel
Pearland          TX 77581
--------------------------------------------------------------------------------

001486482

Binkley, Gary W.                        Unknown
1110 Musken
Abilene           TX 79601
--------------------------------------------------------------------------------

001592277

Birbert, Lynn E*                        Unknown
25301 Las Bolsas
Laguna Hills      CA 92653
--------------------------------------------------------------------------------

001583251

Bird, Jennifer                          Unknown
3555 5th Street S W
Vero Beach        FL 32968
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001513306

Bird, Nayoma
407 S. Meridian
Rupert          ID 83350

Unknown

---

001542523

Bird, Susan G.
3555 5Th St. S.W.
Vero Beach      FL 32968

Unknown

---

000125260

Bird, Teresa L.
1923 Linden Avenue
South Plainfield   NJ 07080

Unknown

---

001583816

Birden, Dean C.
1900 S. Beverly #12
Casper          WY 82609

Unknown

---

001528181

Birdwell, Paul W.
301 Kimberly Avenue
Muscle Shoals   AL 35661

Unknown

---

001586312

Bisaillon, Dorothy M.
560 Stockton Heights Drive
Bourbonnais     IL 60914

Unknown

---

001577701

Bisaillon, Emil
2626 E. 4000 North Rd.
Bourbonnais     IL 60914

Unknown

---

000131049

Bisbey, Brendan L.
2954 S. Skagit Hwy
Sedro-Woolley   WA 98284

Unknown

---

000131020

Bisbey, Gary L.
2954 S. Skagit Hwy
Sedro-Woolley   WA 98284

Unknown

---

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


000130437


Bisbey, Greg                           Unknown
612 Sterling Street.
Sedro-Woolley     WA 98284
-------------------------------------------------------------------------------

001607405


Bisbey, Vicki A                        Unknown
2773 S Skagit Hwy
Sedro-Woolley     WA 98284
-------------------------------------------------------------------------------

000131048


Bisbey, Wendy J.                       Unknown
2954 S. Skagit Hwy
Sedro-Woolley     WA 98284
-------------------------------------------------------------------------------

001602446


Bischoff, Robert D.                    Unknown
1407 W. Lee Street
Moses Lake        WA 98837
-------------------------------------------------------------------------------

000146522


Bishop, Carolyn C                      Unknown
1712 Woodlawn Road
Greenwood         SC 29649
-------------------------------------------------------------------------------

001564862


Bishop, Stephannie K.                  Unknown
15845 Nedra Way
Dallas            TX 75248
-------------------------------------------------------------------------------

001574511


Bissell, (William) Bradley             Unknown
6613 Jocelyn Hollow Rd.
Nashville         TN 37205
-------------------------------------------------------------------------------

001549636


Bitgood, Stephen J.                    Unknown
7640 Provincial Dr., #207
Mc Lean           VA 22102
-------------------------------------------------------------------------------

000131043


Bitton, Corey K.                       Unknown
409 S. 23Rd Street
Pasco             WA 99301
-------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page 120

Unsecured Creditors -- Sales Representatives


Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001573356


Bivens, A. Betty                        Unknown
1400 Omie Way
Lawrenceville      GA 30043
---------------------------------------------------------------------------------
001509923


Bivens, Cheryl J.                       Unknown
1303 West Fourth St.
Sedalia            MO 65301
---------------------------------------------------------------------------------
001579807


Bivins, Linda M.                        Unknown
416 Georgian Park Drive
Jupiter            FL 33458
---------------------------------------------------------------------------------
000132829


Bj Of Sarasota, Inc.                    Unknown
9724 Rosario Drive
Parrish            FL 34219
---------------------------------------------------------------------------------
000122337


Bjorklund, Alicia D.                    Unknown
1910 Wiggs Way
Garland            TX 75043
---------------------------------------------------------------------------------
001476385


Bjorklund, Jay R                        Unknown
1910 Wiggs Way
Garland            TX 75043
---------------------------------------------------------------------------------
000125988


Bjorklund, Marsha F.                    Unknown
2910 Bluffview Drive
Garland            TX 75043
---------------------------------------------------------------------------------
001475601


Black, Bradley W.                       Unknown
110 North Park
Hazelton           ID 83335
---------------------------------------------------------------------------------
001521682


Black, Joanne C.                        Unknown
513 St. Paul
Hermitage          TN 37076
---------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE                Page 121
                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000125087


        Black, Judy G.                          Unknown
        6615 Towerwood Dr.
        Arlington        TX 76017
-------------------------------------------------------------------------------

        001569970


        Black, Kym A.                           Unknown
        5300 Eagle Flyway
        Bellingham       WA 98226
-------------------------------------------------------------------------------

        001504958


        Black, Leona M                          Unknown
        753-17th AV EAST
        Jerome           ID 83338
-------------------------------------------------------------------------------

        001580101


        Black, Sharon K.                        Unknown
        5681 Tiper Glen Blvd
        Jacksonville     FL 32222
-------------------------------------------------------------------------------

        000107872


        Blackburn II., David L.                 Unknown
        1213 North Fayetteville St
        Asheboro         NC 27203
-------------------------------------------------------------------------------

        001509238


        Blackburn, Anne E                       Unknown
        7001 Widmer
        Shawnee          KS 66216
-------------------------------------------------------------------------------

        000105253


        Blackburn, David L.                     Unknown
        1213 N. Fayetteville St.
        Asheboro         NC 27203
-------------------------------------------------------------------------------

        000105278


        Blackburn, Jimmy M.                     Unknown
        4675 Riverview Dr.
        Trinity          NC 27370
-------------------------------------------------------------------------------

        001513758


        Blackburn, Le Anne                      Unknown
        1343 Timberlake Drive
        Portsmouth       OH 45662
-------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                  Total Amt
Mailing Address/ Zip Code            of Claim


001564590


Blackburn, Stacey K.                 Unknown
13424 Baker Mills Rd.
Pineville        NC 28134
-----------------------------------------------------------------------
001604109


Blackman, Betty J.                   Unknown
397 Bud Johnson Rd.
Newton Grove      NC 28366
-----------------------------------------------------------------------
001458962


Blackman, Gary C                     Unknown
397 Bud Johnson Rd
Newton Grove      NC 28366
-----------------------------------------------------------------------
000105855


Blackman, W. Allison                 Unknown
5940 Dahlberg Drive
Raleigh          NC 27603
-----------------------------------------------------------------------
001533732


Blackmar, Gary W.                    Unknown
15618 N.E. 6th Street
Vancouver        WA 98684
-----------------------------------------------------------------------
001508900


Blackstone, Phillip                  Unknown
18504 Crownover Court
Dallas           TX 75252
-----------------------------------------------------------------------
000106894


Blackwelder, James P.                Unknown
715 Crestmont Drive
Concord          NC 28025
-----------------------------------------------------------------------
000106644


Blackwell, Faiger, M.                Unknown
2234 Lakeview terrace
Burlington       NC 27215
-----------------------------------------------------------------------
001595784


Blackwell, Karen M.                  Unknown
2804 Carriage Ln.
Carrollton       TX 75006
-----------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE      Page: 123
                    Unsecured Creditors -- Sales Representatives

Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim

001567173

Blackwell, Rollie A.                    Unknown
6707 Beth
Garland          TX 75044
-----------------------------------------------------------------------

001476214

Blackwell, Vickie K.                    Unknown
3606 77th Dr.
Lubbock          TX 79423
-----------------------------------------------------------------------

000123352

Blackwood, Glenita G.                   Unknown
4305 Pear Trail
Mesquite         TX 75150
-----------------------------------------------------------------------

000162195

Blackwood, Ruby D.                      Unknown
19 Grandview Dr.
Oneonta          AL 35121
-----------------------------------------------------------------------

001483500

Blade, Mike*                            Unknown
568 Cedar Dr
Bow              WA 98232
-----------------------------------------------------------------------

001501860

Blade, Scott                            Unknown
1714 Sky Ridge Court
Mt. Vernon       WA 98273
-----------------------------------------------------------------------

000143254

Blades,  Peggy                          Unknown
6121 Bridget Street
Metairie         LA 70003
-----------------------------------------------------------------------

001525342

Blades, Barbara H.                      Unknown
6121 Bridget St.
Metairie         LA 70003
-----------------------------------------------------------------------

001478783

Blagrave, Kathleen M.                   Unknown
4899 Day Lily Way
Acworth          GA 30102
-----------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001552648 | |
| Blaine, Carolyn E. 13426 Erskine Omaha          NE 68164 | Unknown |
| 001604299 | |
| Blair Lola K 12502 Alabama Hwy. Ringgold          GA 30736 | Unknown |
| 001558165 | |
| Blair, Amy 2634 Addison Ave. E. Twin Falls          ID 83301 | Unknown |
| 001604631 | |
| Blair, Geri B. 5548 Southern Hills Drive Frisco          TX 75034 | Unknown |
| 001525602 | |
| Blair, Kelly L.* 930 Stonecrest Drive Lansing          KS 66043 | Unknown |
| 001527876 | |
| Blair, Nancy B. 448 Dunmore Drive Newport News          VA 23602 | Unknown |
| 001467813 | |
| Blair, Steven W. 432 North Spruce St Gardner          KS 66030 | Unknown |
| 001529227 | |
| Blair, Velda S. 118 38th Place Mount Vernon          WA 98273 | Unknown |
| 001498836 | |
| Blair-Conway, Monica L 4606 East 109th Terrace Kansas City          MO 64137 | Unknown |

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


000157151


Blakeney, Janice P.                    Unknown
103 Brookwood Drive
Troy            AL 36081
-----------------------------------------------------------------------------

000135397


Blakey, Clay                           Unknown
1502 Ballard
Wylie           TX 75098
-----------------------------------------------------------------------------

000135385


Blakey, Nancy C.                       Unknown
6600 Murphy Rd
Sachse          TX 75048
-----------------------------------------------------------------------------

000159685


Blalock, James & Barbara               Unknown
P.O. Box 1814
Baytown         TX 77520
-----------------------------------------------------------------------------

001575721


Blamires, Floyd                        Unknown
5891 W. Riverbend Lane
Boise           ID 83703
-----------------------------------------------------------------------------

001597715


Blamires, LaRayne M.                   Unknown
412 E. 41St Street #206
Boise           ID 83714
-----------------------------------------------------------------------------

001592513


Blanch, Jerry                          Unknown
8416 Vanpelt Dr
Dallas          TX 75228
-----------------------------------------------------------------------------

001484867


Blanchard Jr., Charles C.              Unknown
1150 Freelock Drive
Mount Pleasant   SC 29464
-----------------------------------------------------------------------------

001583564


Blanchard, Christy L                   Unknown
591 Road 373
Tupelo          MS 38801
-----------------------------------------------------------------------------
```

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001555780 | |
| Blanchard, David A.<br>8692 Northridge Loop<br>Laredo          TX 78045 | Unknown |
| 001567298 | |
| Blanchard, Dawn E.<br>2511 Madison<br>Everett          WA 98203 | Unknown |
| 001569641 | |
| Blanchard, Dottie V.<br>7231 Centenary<br>Dallas          TX 75225 | Unknown |
| 001473631 | |
| Blanchard, Elizabeth F.<br>1126 Middleton Ct.<br>Mt. Pleasant     SC 29464 | Unknown |
| 001530344 | |
| Bland, Michelle A.<br>1101 Traweek<br>Houston          TX 77055 | Unknown |
| 001469310 | |
| Blanda, Carol L.<br>407 Beverly Dr.<br>Lafayette        LA 70503 | Unknown |
| 001502646 | |
| Blandford Jr., Stuart C.<br>3191 Argonne Drive<br>Atlanta          GA 30305 | Unknown |
| 001502642 | |
| Blandford, Amanda E.<br>13050 Hopewell Rd.<br>Alpharatta       GA 30004 | Unknown |
| 001499058 | |
| Blandford, Vicki W.<br>1535 Northwold Drive<br>Atlanta          GA 30350 | Unknown |

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001466944


        Blankenship, Donald R                   Unknown
        2700 Midwestern
        Wichita Falls      TX 76308
-------------------------------------------------------------------------------

        000138175


        Blansett, Michael B.                    Unknown
        2000 Saul Kleinfeld Dr. #706
        El Paso            TX 79936
-------------------------------------------------------------------------------

        000138893


        Blansett, Sheryl L.                     Unknown
        105 Prairie Ln.
        Holcomb            KS 67851
-------------------------------------------------------------------------------

        000142918


        Blansett, Vera I.                       Unknown
        P.O. Box 395
        Holcomb            KS 67851
-------------------------------------------------------------------------------

        001575979


        Blasi, Randall J                        Unknown
        723 Locust
        Eudora             KS 66025
-------------------------------------------------------------------------------

        001612323


        Blazor, David A.                        Unknown
        2300 Sunnybrook Dr. Apt 302
        Nampa              ID 83686
-------------------------------------------------------------------------------

        001529520


        Blenkarn, Judy                          Unknown
        201 E Lyndale Ave #50-145
        Helena             MT 59601
-------------------------------------------------------------------------------

        000136833


        Blessing's Abound Inc.                  Unknown
        1406 Washington Circle
        Hays               KS 67601
-------------------------------------------------------------------------------

        001518329


        Blessings!                              Unknown
        5322 Kingsmill Rd.
        Friendswood        TX 77546
-------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


    Creditors Names and                    Total Amt
    Mailing Address/ Zip Code              of Claim


    001546782


    Blevins, Janie T.                       Unknown
    255 Chestnut Drive
    Galax            VA 24333
-----------------------------------------------------------------------------
    001610219


    Blick, David L.                         Unknown
    103 Saxton Ct.
    Goode Creek      SC 29445
-----------------------------------------------------------------------------
    001554546


    Blincow, Allison T.                     Unknown
    4201 Arbor Lane
    Carrollton       TX 75010
-----------------------------------------------------------------------------
    001599370


    Blinn, Eric C.                          Unknown
    1433 Bryant Avenue
    Cottage Grove    OR 97424
-----------------------------------------------------------------------------
    001551038


    Blissard, Katherine W.                  Unknown
    12403 Barry Knoll
    Houston          TX 77024
-----------------------------------------------------------------------------
    001561086


    Blissard, Robert A.                     Unknown
    706 Mirage Ct.
    Friendswood      TX 77546
-----------------------------------------------------------------------------
    001495258


    Blitz, Rhonda W.                        Unknown
    3149 Fitzgerald Road
    Montgomery       AL 36106
-----------------------------------------------------------------------------
    001512364


    Blocker III., George                    Unknown
    8815 Quincy
    Detroit          MI 48204
-----------------------------------------------------------------------------
    001523130


    Blocker, Judith A.                      Unknown
    H C 86 Box 3520
    Merrifield       MN 56465
-----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001515217


        Blocker, Lawrence V.                 Unknown
        8815 Qunicy
        Detroit          MI 48204
---------------------------------------------------------------------------------

        001571935


        Blohm, Frances I.                    Unknown
        610 West 5Th
        Stuttgart        AR 72160
---------------------------------------------------------------------------------

        001473074


        Blondeaux, PATRICIA A.               Unknown
        155 Yo. Hubbard Road  Apt.#2
        Hubbard          OH 44425
---------------------------------------------------------------------------------

        001485224


        Bloom, Laurie A.                     Unknown
        170 Terry Street
        Hornell          NY 14843
---------------------------------------------------------------------------------

        001547967


        Blount, Pamela S                     Unknown
        1020 Laurel Drive
        Louisville       GA 30434
---------------------------------------------------------------------------------

        001556261


        Blume, Kimberly P. & Chuck           Unknown
        1417 Bell Ranch Circle
        Euless           TX 76040
---------------------------------------------------------------------------------

        001544979


        Blumfield, Della M.                  Unknown
        2616 N.E. 42Nd Street
        Kansas City      MO 64117
---------------------------------------------------------------------------------

        001558545


        Blundell, Mike                       Unknown
        4309 Platte River Dr.
        Corpus Christi   TX 78410
---------------------------------------------------------------------------------

        000121945


        Blunt, Bill B.                       Unknown
        3801 Douglas
        Garland          TX 75041
---------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


Creditors Names and                        Total Amt
Mailing Address/ Zip Code                   of Claim


001503318


Blunt, Carol E.                            Unknown
4017 W. 100th Place
Overland Park      KS 66207
-------------------------------------------------------------------------------
001590164


Blunt, Kimberlie M.                        Unknown
5933 W 87Th Street
Overland Park      KS 66207
-------------------------------------------------------------------------------
001583700


Blunt, Lorie L.                            Unknown
9221 Sunrise Rd.
Custer            WA 98240
-------------------------------------------------------------------------------
000162410


Blymier, William                           Unknown
216 Monceaux Rd.
West Palm Beach    FL 33405
-------------------------------------------------------------------------------
001497171


Boatman, Richard M.                        Unknown
2032 Hillcrest
McKinney          TX 75070
-------------------------------------------------------------------------------
001466317


Boatwright, George W.                      Unknown
7036 E. Bobwhite Way
Cave Creek        AZ 85331
-------------------------------------------------------------------------------
000161153


Boatwright, Harry T                        Unknown
8571 Bayboro Lane
Charleston        SC 29420
-------------------------------------------------------------------------------
001604221


Boben, James E                             Unknown
Po Box 464
Spanish Fork      UT 84660
-------------------------------------------------------------------------------
001536400


Bocca, Al W.                               Unknown
78695 Sage Brush
La Quinta         CA 92253
-------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001518643 | |
| Bock, Alona R.<br>85471 Tum-A-Lum Road<br>Milton Freewater    OR 97862 | Unknown |
| 001549406 | |
| Bock, Elaine M.<br>25285 Columbia Bay<br>Lake Villa      IL 60046 | Unknown |
| 001597946 | |
| Bock, Michael A.<br>33008 N. Fairfield Road<br>Round Lake      IL 60078 | Unknown |
| 001578835 | |
| Bock, Pamela J.<br>R R 1, Box 99<br>Waverly      MO 64096 | Unknown |
| 001583660 | |
| Bockwoldt, Keith J.<br>2595 Worthshore Rd.<br>Bellingham      WA 98226 | Unknown |
| 001562229 | |
| Boddeker, Travis A.<br>5119 Darnell<br>Houston      TX 77096 | Unknown |
| 001609620 | |
| Bode, Geoff<br>758 Parklyn Way<br>Ferndale      WA 98225 | Unknown |
| 001479833 | |
| Boden, John W<br>5900 Highgate<br>Arlington      TX 76016 | Unknown |
| 001540306 | |
| Boeding, Thresa<br>15 Yorkshire Drive<br>Columbia      MO 65203 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE                Page 5 132
                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001569574


        Boegel, Eric W.                         Unknown
        124 Rucker Road
        Mandeville        LA 70471
--------------------------------------------------------------------------------

        001588847


        Boehm, Cathryn W.                       Unknown
        4 White Tail Lane
        Hightstwon        NJ 08520
--------------------------------------------------------------------------------

        001527522


        Boekelman, Kerry L.                     Unknown
        12815 Se 223rd Pl.
        Kent              WA 98031
--------------------------------------------------------------------------------

        000121898


        Boelens, Charlotte A.                   Unknown
        516 N. Remington Way
        Mustang           OK 73064
--------------------------------------------------------------------------------

        001555447


        Boerjan, Rebecca A.                     Unknown
        4123 Browning Ave.
        Colorado Springs   CO 80910
--------------------------------------------------------------------------------

        001540207


        Boesch, Patricia R.                     Unknown
        3770 Ridgeside Court
        Suwanee           GA 30024
--------------------------------------------------------------------------------

        000162089


        Bogard, Wanda J                         Unknown
        323 Joyce Street
        Hot Springs       AR 71901
--------------------------------------------------------------------------------

        000149328


        Bogart, Gayle P.                        Unknown
        11302 NE 30th Ave.
        Vancouver         WA 98686
--------------------------------------------------------------------------------

        001609117


        Bogdan, Cornel                          Unknown
        577 Wendemere Dr.
        Hubbard           OH 44425
--------------------------------------------------------------------------------

                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001539688


        Boggs, Betty J.                         Unknown
        13315 Peyton Dr.
        Dallas          TX 75240
--------------------------------------------------------------------------------
        001579802


        Boggs, Theresa L.                       Unknown               .
        315 Parkview Drive Lot 112
        Bowling Green    OH 43402
--------------------------------------------------------------------------------
        001593388


        Bohl, Shawn                             Unknown
        1701 Spiderlily View
        Cedar Park      TX 78613
--------------------------------------------------------------------------------
        001610126


        Boice, Meryl E.                         Unknown
        Box 643
        Gold Beach      OR 97444
--------------------------------------------------------------------------------
        001565548


        Boitano, Carol                          Unknown
        p.o. box 474
        lake stevens    WA 98258
--------------------------------------------------------------------------------
        001597336


        Boker, Sue Ann                          Unknown
        3698 S. St. Rd. 159
        Dugger          IN 47848
--------------------------------------------------------------------------------
        001515251


        Bold, Harry & Pamela                    Unknown
        Box 588 Vernon Ave.
        Big Sandy       MT 59520
--------------------------------------------------------------------------------
        001565220


        Boldry, Vicki S.                        Unknown
        15255 West 147th Terrace
        Olathe          . KS 66062
--------------------------------------------------------------------------------
        001590027


        Boles Sr, James M                       Unknown
        214 N Plymouth
        Huntsville      AL 35811
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001593796

Boles, Todd K.
225 Ex Moor Place
Eugene          OR 97401                    Unknown

------------------------------------------------------------

001592367
:
Bolhuis, Joyce
230 Summerfield Drive
Alpharetta      GA 30022                    Unknown

------------------------------------------------------------

001579060

Bolin, Lisa D.
1252 Bolin Ranch Rd
Stevensville    MT 59870                    Unknown

------------------------------------------------------------

001535672

Bolles, Alison L.
251 Seymour St. /Pob 362
Stevenson       WA 98648                    Unknown

------------------------------------------------------------

001513858

Bolles, Donald H.
5377 Mcintosh Ct. N
Kelzer          OR 97303                    Unknown

------------------------------------------------------------

001581041

Bollich, Shirley Y.
3 Cape Cod
Houston         TX 77024                    Unknown

------------------------------------------------------------

000137209

Bolt, Shirley P.
105 Andrew Drive
Seneca          SC 29678                    Unknown

------------------------------------------------------------

001569046

Bolton, Alluwee K.
3814 Kellner Rd.
Dickinson       TX 77539                    Unknown

------------------------------------------------------------

000137929

Bolton, Robert
3521 Shoreside Drive
Garland         TX 75043                    Unknown

------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001572876

Bonanza Management Guild          Unknown
2527 W. Kennewick Ave. #110
Kennewick          WA 99336
--------------------------------------------------------------------------------

001590472

Bond, James Lee          Unknown
117 9Th Ave. S.E.
Browning          MT 59417
--------------------------------------------------------------------------------

001507392

Bond, Sharon L.          Unknown
2526 Bayard
Butte          MT 59701
--------------------------------------------------------------------------------

001523242

Bond, Vicky L.          Unknown
13040 Cr412
Tyler          TX 75706
--------------------------------------------------------------------------------

001579559

Bone, Meredith A          Unknown
3131 Adams NE  #F46
Albvquerque          NM 87110
--------------------------------------------------------------------------------

000153332

Bongean, Antonette R.          Unknown
949 Aberdeen Court
Elgin          IL 60123
--------------------------------------------------------------------------------

001584578

Bonham, Karen S.          Unknown
8384 E Center Rd.
Sullivan          IN 47882
--------------------------------------------------------------------------------

001604710

Boni, Chris M.          Unknown
45798 Shadow MT Dr.
Palm Desert          CA 92260
--------------------------------------------------------------------------------

001533413

Bonilla, Cindy R.          Unknown
5049 Moultrie
Corpus Christi          TX 78413
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE          Page 136
                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code           of Claim


        001529326


        Bonilla, Martha                     Unknown
        5301 Greenbriar
        Corpus Christi    TX 78413
-------------------------------------------------------------------------

        000137436


        Bonin, Kathy                        Unknown
        211 Richard Street
        Carencro         LA 70520
-------------------------------------------------------------------------

        001590526


        Bonneau, Stephen (Nanette) J.       Unknown
        P.O. Box 33
        Lowell           VT 05847
-------------------------------------------------------------------------

        001600595


        Bonner, Philip                      Unknown
        201 Aristotle Drive
        Lafayette        LA 70508
-------------------------------------------------------------------------

        001534028


        Bonner, Phillip W.                  Unknown
        919 Sherrill
        Winnsboro        TX 75494
-------------------------------------------------------------------------

        001468193


        Bonner, Suzanne D.                  Unknown
        2121 Crescent Coral Drive
        League City      TX 77573
-------------------------------------------------------------------------

        001598846


        Bonnie J. Lemasters                 Unknown
        343 Hwy. 161
        Middletown       MO 63359
-------------------------------------------------------------------------

        001590318


        Boock, Marvin                       Unknown
        857 Maniniholo St.
        Hono             HI 96825
-------------------------------------------------------------------------

        001551021


        Booe, Charles T.                    Unknown
        1106 N.E. Hwy. 103
        Weir             KS 66781
-------------------------------------------------------------------------

```
    Creditors Names and                    Total Amt
    Mailing Address/ Zip Code              of Claim


    001579700


    Booke, Phillip A.                       Unknown
    971 Dearmanville Dr. N.
    Anniston          AL 36207
--------------------------------------------------------------------------------
    000160145


    Booker, Vivian D.                       Unknown
    302 6th Street
    Dodson            LA 71422
--------------------------------------------------------------------------------
    001539624


    Boomhover, William H.                   Unknown
    3636 SW 22 Street
    Fort Lauderdale   FL 33312
--------------------------------------------------------------------------------
    001582177


    Boone, Gail Y                           Unknown
    Post Office Box 271
    Navasota          TX 77868
--------------------------------------------------------------------------------
    001600975


    Boone, Herman D.                        Unknown
    4711 Catalina
    Wichita Falls     TX 76310
--------------------------------------------------------------------------------
    000128871


    Boos, Darcy L.                          Unknown
    MM 509 Hinsdale Livestock
    Hinsdale          MT 59241
--------------------------------------------------------------------------------
    000128592


    Boos, Lillian R.                        Unknown
    15 Perth
    Glasgow           MT 59230
--------------------------------------------------------------------------------
    000129475


    Boos, Tony L.                           Unknown
    Box 248
    Malta             MT 59538
--------------------------------------------------------------------------------
    001547794


    Booth, Fred E.                          Unknown
    1087 Brandstrom Circle
    Burlington        WA 98233
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001599722 | |
| Booth, Jeffrey<br>2212 Executive Drive<br>Hampton  VA 23666 | Unknown |
| 000157280 | |
| Booth, Louise<br>485 Turkey Creek Road<br>Thomaston  GA 30286 | Unknown |
| 001579327 | |
| Booth, Stephen C.<br>228 Richard Burbydge<br>Williamsburg  VA 23185 | Unknown |
| 001600810 | |
| Boparai, Hardial S<br>347 Delray Road N.E.<br>Calgary  AL T146X9 | Unknown |
| 000130610 | |
| Boquist, Karen L.<br>188 Borovec Road<br>Chehalis  WA 985328714 | Unknown |
| 000162100 | |
| Borchers, Gerald R<br>9005 E 90 Terrace<br>Kansas City  MO 64138 | Unknown |
| 001535058 | |
| Borde, Linda C.<br>640-B Twisp Carlton Road<br>Twisp  WA 98856 | Unknown |
| 001568064 | |
| Bordelon, Jeffrey M.<br>5 Lurline Drive Apt F.<br>Covington  LA 70433 | Unknown |
| 000118969 | |
| Borden, Clay D.<br>P.O. Box 351<br>Choudrant  LA 71227 | Unknown |

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001557895

Borden, Edgar F.                           Unknown
6 Westview Lane
Lacey'S Spring        AL 35754
--------------------------------------------------------------------------------

001482689

Borden, Kay F.                             Unknown
Route 1, Box 184
Downsville           LA 71234
--------------------------------------------------------------------------------

001468392

Borden, Pat                                Unknown
43 Harbor Drive Unit 501
Stanford             CT 06902
--------------------------------------------------------------------------------

001506920

Borden, Su                                 Unknown
314 South Park Avenue
El Dorado            AR 71730
--------------------------------------------------------------------------------

001595518

Borders, Loma                              Unknown
374 W Fork
Murruy               KY 42071
--------------------------------------------------------------------------------

001497399

Bordner, Kathy                             Unknown
700 E Fairview #165
Meridian             ID 83642
--------------------------------------------------------------------------------

001586803

Bores, Catherine M.                        Unknown
2 Scenic Falls Rd
Long Valley          NJ 07853
--------------------------------------------------------------------------------

001586802

Bores, Karen E.                            Unknown
2 Scenic Falls Rd.
Long Valley          NJ 07853
--------------------------------------------------------------------------------

000148973

Boring, Jeri J                             Unknown
2614 Stoneridge
Garland              TX 75044
--------------------------------------------------------------------------------

INTERNATIONAL HERITAGE

Unsecured Creditors -- Sales Representatives

Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001530924


Boring, Lisa D.                          Unknown
1721 Ridgemont Ln
Wichita Falls      TX 76309
------------------------------------------------------------------------------

001548959


Borkowski, Sharlene A.                   Unknown
P.O. Box 23
Mill Creek         IN 46365
------------------------------------------------------------------------------

001592022


Borman, Braun L.                         Unknown
1200 S. Mays Apt. 281
Round Rock         TX 78664
------------------------------------------------------------------------------

001573402


Bornstein Sr., Darrell K.                Unknown
3175 N. Shore Rd.
Bellingham         WA 98226
------------------------------------------------------------------------------

001538248


Bornstein, Jr. Darrell K.                Unknown
1215 W. Holly
Beillingham        WA 98225
------------------------------------------------------------------------------

001473174


Borsa, Betty Dr.                         Unknown
1104 Ascott Valley Dr.
Duluth             GA 30097
------------------------------------------------------------------------------

001559122


Boruff, Scott M.                         Unknown
1440 Kenton Way
Knoxville          TN 37922
------------------------------------------------------------------------------

001612101


Bos, Rogier                              Unknown
77777 Country Club Dr. #209
Palm Desert        CA 92211
------------------------------------------------------------------------------

001478583


Boshears, Patricia                       Unknown
369 Mountain Top Rd.
Durango            CO 81301
------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001581875 | |
| Bosley, Laury M<br>10321 Kemp Rd<br>College Station    TX 77845 | Unknown |
| 001597298 | |
| Bosley, Rick O.<br>4109 Woody Lane<br>Bryan    TX 77802 | Unknown |
| 001527558 | |
| Boss, Judith Ann<br>950 Pine Ave. #213<br>Redlands    CA 92373 | Unknown |
| 001526682 | |
| Boston, Florence A.<br>8404 Wicklow Way East<br>Germantown    TN 38139 | Unknown |
| 001557654 | |
| Boswell Deanna<br>2800 West 917 # 20<br>Joshua    TX 76058 | Unknown |
| 001609557 | |
| Boswell, Deanna K<br>411 Highland Cross #413<br>Houston    TX 77073 | Unknown |
| 000149026 | |
| Bothwell, Don Wm<br>533 Hill Avenue<br>Elgin    IL 60120 | Unknown |
| 001577458 | |
| Bott, David E.<br>6109 Oak Lane<br>Katy    TX 77493 | Unknown |
| 001534531 | |
| Bott, Kathleen S.<br>101 Valley View Drive<br>Seneca    IL 61360 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page  142
                           Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001586314 | |
| Bott-Spomer Leann<br>506-15Th St<br>Dallas        IA 50063 | Unknown |
| 000116157 | |
| Bottom, Jeffrey S.<br>26545 Mooresville Rd.<br>Elkmont       AL 35620 | Unknown |
| 000155596 | |
| Bottoms, Bobby G.<br>Po Box 1074<br>Pilot Mountain    NC 27041 | Unknown |
| 001503484 | |
| Bouchee, Lance M.<br>1224 N. Fee<br>Helena        MT 59601 | Unknown |
| 001485143 | |
| Boucher, Fay F.<br>3309 Evergreen Road<br>Zellwood       FL 32798 | Unknown |
| 000145017 | |
| Boudreaux Jr., John A.<br>186 Katy Bridge App. Rd<br>Franklin       LA 70538 | Unknown |
| 001587364 | |
| Boudreaux, Alvin P.<br>537 Louisiana<br>Lake Arthur     LA 70549 | Unknown |
| 001491270 | |
| Boudreaux, Dale J.<br>2307 Triway Lane<br>Houston        TX 77043 | Unknown |
| 001503376 | |
| Bouie Iii, Jacob<br>3617 Inwood Ave<br>New Orleans     LA 70131 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE                 Page:  143
                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001549192


        Boulanger, M. Janet                     Unknown
        5420 South Popular
        Casper          WY 82601
------------------------------------------------------------------------------------
        001565058


        Boumans, Kenneth H.                     Unknown
        101 N. Dooley Street
        Delcambre       LA 70528
------------------------------------------------------------------------------------
        001481844


        Bounds, Julia B                         Unknown
        6295 Old Canton Rd 7A
        Jackson         MS 39211
------------------------------------------------------------------------------------
        001579468


        Bounds, Steven M.                       Unknown
        500 Buena
        Buena           WA 98921
------------------------------------------------------------------------------------
        001575949


        Bounds, Virginia H.                     Unknown
        P O Box 338
        Buena           WA 98921
------------------------------------------------------------------------------------
        001607524


        Bounous, Ben J.                         Unknown
        6505 South 81St East Place
        Tulsa           OK 74136
------------------------------------------------------------------------------------
        001590510


        Bourdo, Mary F.                         Unknown
        3204 188 Street N.E.
        Arlington       WA 98223
------------------------------------------------------------------------------------
        001578911


        Bourg, Mary                             Unknown
        210 James Ct.
        Gretna          LA 70053
------------------------------------------------------------------------------------
        001553775


        Bourgeois Jr., Richard F.               Unknown
        7272 Bayou Lacroix Road
        Bay St. Louis   MS 39520
------------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE          Page:  144
                     Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001575473 | |
| Bourgeois, Jennie S.<br>248 Lafitte Drive<br>Baton Rouge      LA 70819 | Unknown |
| 001598965 | |
| Bourque, Stephanie S<br>2827 Third St<br>Berwick        LA 70342 | Unknown |
| 001525304 | |
| Boutin, Fritz<br>1027 Nostrand Avenue<br>Brooklyn       NY 11225 | Unknown |
| 001571271 | |
| Boutte, Claudia<br>7725-A Main Hwy<br>St.Martinville    LA 70582 | Unknown |
| 001504160 | |
| Boutte, Craig<br>103 Acadian<br>New Iberia     LA 70560 | Unknown |
| 001573585 | |
| Boutte, Katie M.<br>7725B Main Hwy.<br>St.Martinville    LA 70582 | Unknown |
| 001590852 | |
| Bowden, Mark R.<br>277 W. 2000 S.<br>Orem         UT 84058 | Unknown |
| 001477407 | |
| Bowden, Stella<br>3104 D Rainbow Circle<br>Decatur       GA 30034 | Unknown |
| 001501049 | |
| Bowen, Ann B.<br>2820 Residence Club<br>Hilton Head     SC 29928 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page 145

                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001478832


        Bowen, Brett W.                        Unknown
        6110 Summer Side Dr.
        Pinson          AL 35126
----------------------------------------------------------------------------

        001573827


        Bowen, Bruce A.                        Unknown
        705 Pinoak Drive
        Grand Prairie   TX 75052
----------------------------------------------------------------------------

        001609598


        Bowen, Dawn C                          Unknown
        501 N.W. Aston
        Lee's Summit    MO 64086
----------------------------------------------------------------------------

        001566304


        Bowen, Donna H.                        Unknown
        9095 Nesbit Lakes Drive
        Alpharetta      GA 30022
----------------------------------------------------------------------------

        001583912


        Bowen, Henry A.                        Unknown
        964 Little Valley Rd.
        Roseburg        OR 97470
----------------------------------------------------------------------------

        001592510


        Bowen, Katie B.                        Unknown
        3707 View Verde
        Bonita          CA 91902
----------------------------------------------------------------------------

        000134171


        Bowen, Linda J.                        Unknown
        964 Little Valley Road
        Roseburg        OR 97470
----------------------------------------------------------------------------

        001484697


        Bowen, Tabb                            Unknown
        3927 Pointe North
        Gainesville     GA 30506
----------------------------------------------------------------------------

        001582175


        Bowens, Alicia S                       Unknown
        509 Leon
        Navasota        TX 77868
----------------------------------------------------------------------------

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001539226 | |
| Bowerman, Sandra M. 2314 N. Florida Joplin MO 64801 | Unknown |
| 001571023 | |
| Bowers, Frances M. 1 Redditch Bella Vista AR 72714 | Unknown |
| 000106511 | |
| Bowers, Joyce F. 1819 Landsford Rd. Marshville NC 28103 | Unknown |
| 001590592 | |
| Bowers, Mark W. 11214 Sage Trail Houston TX 77089 | Unknown |
| 001468973 | |
| Bowes, Robin K. 1 Towne Crier Court Wendell NC 27591 | Unknown |
| 001560532 | |
| Bowles III, Wade A. 3605 Coltsgate Drive Greensboro NC 27410 | Unknown |
| 001602072 | |
| Bowles, Aldon R. 2662 E 700 N St Anthony ID 83445 | Unknown |
| 000153929 | |
| Bowling, Mary Ann 507 McGuire Lane Pearisburg VA 24134 | Unknown |
| 001589216 | |
| Bowman Jr., Derek H. 8003 Pedigo Road Knoxville TN 37938 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000128727 | |
| Bowman, Dorothy<br>307 West Watson<br>Lewistown          MT 59457 | Unknown |
| 000160395 | |
| Bowman, Grant L.<br>167 Adams Road N.<br>Quincy            WA 98848 | Unknown |
| 001606626 | |
| Bowman, Julie M<br>1550 Halverstick Rd<br>Lynden            WA 98264 | Unknown |
| 001576032 | |
| Bowman, Karen E.<br>104 Hill St.<br>Pineville          LA 71360 | Unknown |
| 001547048 | |
| Bowman, Kathleen M.<br>319 Maple Ave.<br>Emmett            ID 83617 | Unknown |
| 001581784 | |
| Bowman, Kermit A.<br>House #57, Hwy 457<br>LeCompte          LA 71346 | Unknown |
| 001607571 | |
| Bowman, Lon E.<br>P.O. Box 2446<br>Great Falls        MT 59403 | Unknown |
| 001586837 | |
| Bowman, Lynda V.<br>20626 Harvest Hill Lane<br>Houston           TX 77073 | Unknown |
| 001497706 | |
| Bowman, Marie E.<br>4069 Main St.<br>Pinson            AL 35126 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001475313 | |
| Bowman, Marilyn S.<br>121 E. 8Th St<br>Cameron        MO 64429 | Unknown |
| 001511104 | |
| Bowman, Maxine S.<br>574 Station St.<br>Milltown        IN 47145 | Unknown |
| 001497504 | |
| Bowman, Nyma<br>135 Richland Ct.<br>Gallatin        TN 37066 | Unknown |
| 001586446 | |
| Bowman, Wendy H<br>3540 Greenland Ave<br>Roanoke        VA 24012 | Unknown |
| 001579804 | |
| Bowman, William H.<br>186 South Dogwood Lane<br>Dryprong        LA 71423 | Unknown |
| 001480759 | |
| Boyce, Karen S.<br>3545 Hwy 99<br>Allen        KS 66833 | Unknown |
| 001577455 | |
| Boyce, Wanda J.<br>181 Southwood<br>Lancaster        TX 75146 | Unknown |
| 001599602 | |
| Boyd, Amy<br>213 S. County  Rd. 750 E.<br>Dugger        IN 47848 | Unknown |
| 001592380 | |
| Boyd, Carrie L<br>4600 Hickox Rd<br>Rowlett        TX 75088 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001595547

Boyd, Elizabeth                           Unknown
162 Alston Rd
Beaufort        SC 29902

---

001469066

Boyd, Harrell B.                          Unknown
Rt. 1 Box 33-C County Road 27
Carl Junction   MO 64834

---

001575707

Boyd, Jacqueline A.                       Unknown
1901 Ashley River Rd.
Charleston      SC 29407

---

000144727

Boyd, Joan L.                             Unknown
48160 Pheasant Dr
New Baltimore   MI 48047

---

001566535

Boyd, Richard D.                          Unknown
2602 Pilgrims Pt
Webster         TX 77598

---

001556768

Boye, Karl M.                             Unknown
9252 Brairbook Drive N.E.
Warren          OH 44484

---

001542129

Boyer, Eric M.                            Unknown
10317 County Rd. 220
Oronogo         MO 64855

---

001584238

Boyer, Jon H.                             Unknown
3300 Naches-Tieton Road
Tieton          WA 98947

---

001542338

Boyer, Leonard E.                         Unknown
10317 County Road 220
Oronogo         MO 64855

---

Unsecured Creditors -- Sales Representatives

Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001506737


Boyer, Linda K.                         Unknown
1607 Ridgeway Drive
Liberty          MO 64068
----------------------------------------------------------------------

000158938


Boyer, Patti P                          Unknown
7601 Tensley Dr
Plano            TX 75025
----------------------------------------------------------------------

001559114


Boyer, William P.                       Unknown
10 Flathead
Bozeman          MT 59718
----------------------------------------------------------------------

001539137


Boyle, Geneva                           Unknown
10333 County Road 491
Princeton        TX 75407
----------------------------------------------------------------------

001603263


Boyles, Cindy H.                        Unknown
3504 Shandon  Ave.
Midland          TX 79707
----------------------------------------------------------------------

001558423


Boyles, Coleen M                        Unknown
615 W. 17Th Street
Kearney          NE 68847
----------------------------------------------------------------------

000105900


Boyles, Michael                         Unknown
4709 Riverview Dr.
Trinity          NC 27370
----------------------------------------------------------------------

000110177


Boylston, John L.                       Unknown
Rt. 2 Box 120
Cameron          SC 29030
----------------------------------------------------------------------

001573472


Boyts, Philip D.                        Unknown
120 Jenny Ave.
Holcomb          KS 67851
----------------------------------------------------------------------

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001609453 | |
| Brabham, Janis M.<br>P O Box 5738<br>Pahrump          NV 89041 | Unknown |
| 000151746 | |
| Brabson, Tricia A.<br>Dike Road<br>Chinook          MT 59523 | Unknown |
| 001565718 | |
| Bracken, Marc C.<br>4440 Last Straw Drive<br>Helena          MT 59602 | Unknown |
| 000159856 | |
| Bracy, Jerry E.<br>8213 N. Colton<br>Spokane          WA 99208 | Unknown |
| 001560428 | |
| Bradbury, Gerald<br>4350 Eaglenest<br>San Antonio          TX 78233 | Unknown |
| 001548755 | |
| Bradbury, Wayne<br>10706 Atlanta<br>Corpus Christi          TX 78410 | Unknown |
| 000127533 | |
| Bradbury, Wilma R.<br>Rr #2 Box 260<br>Fort Scott          KS 66701 | Unknown |
| 001542134 | |
| Braden, Catherine<br>3324 Augusta<br>Rockwall          TX 75087 | Unknown |
| 000120627 | |
| Bradford, David J.<br>P.O. Box 170<br>Rosepine          LA 70659 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | | Total Amt<br>of Claim |
|---|---|---|
| 001552621 | | |
| Bradford, Mary E<br>2101 Pioneer Rd<br>Evanston | IL 60201 | Unknown |
| 001578933 | | |
| Bradford, Wilson M.<br>2800 Longmire Drive #20<br>College | TX 77845 | Unknown |
| 000140417 | | |
| Bradley, Betty R.<br>743 Holbrook<br>Fort Scott | KS 66701 | Unknown |
| 001496153 | | |
| Bradley, Brenda L.<br>102 W Midland<br>Shawnee | OK 74801 | Unknown |
| 001504163 | | |
| Bradley, Bruce J.<br>174 N. 400 W.<br>Jerome | ID 83338 | Unknown |
| 001523123 | | |
| Bradley, Don<br>Route 8 Box 575<br>Andalusia | AL 36420 | Unknown |
| 001554775 | | |
| Bradley, Donna L.<br>130-C John Morrow Pkwy. Ste263<br>Gainesville | GA 30501 | Unknown |
| 001556333 | | |
| Bradley, Joyce K.<br>381 South 950 East<br>Payson | UT 84651 | Unknown |
| 001565826 | | |
| Bradley, Judy<br>4890 Gladstone Parkway<br>Suwanee | GA 30024 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE            Page: 153
                         Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim

        001592299


        Bradley, Kathy                          Unknown
        10513 Guardalajara Avenue
        Albuquerque      NM 87111
-----------------------------------------------------------------------------

        000150309


        Bradley, Margie G.                       Unknown
        4503 Martin Avenue
        Ft. Payne        AL 35967
-----------------------------------------------------------------------------

        001505387


        Bradley, Marilyn                         Unknown
        60402 N 435 Pr Ne
        Benton City      WA 99320
-----------------------------------------------------------------------------

        001546831


        Bradley, Michael J.                      Unknown
        985 Cobblers Crossing Road
        Elgin            IL 60120
-----------------------------------------------------------------------------

        001465783


        Bradley, Randy E.                        Unknown
        6992 Holst Road
        Clinton          WA 98236
-----------------------------------------------------------------------------

        001597596


        Bradshaw, Jenifer                        Unknown
        7246 Murphy Rd
        Melba            ID 83641
-----------------------------------------------------------------------------

        001614552


        Bradshw, Thomas C                        Unknown
        106 Polo Dr
        Salisbury        NC 28144
-----------------------------------------------------------------------------

        001537102


        Brady, Barden B.                         Unknown
        8604 River Road
        Columbus         GA 31904
-----------------------------------------------------------------------------

        000107003


        Brady, James F.                          Unknown
        2702 New Garden Rd East
        Greensboro       NC 27455
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001586798 | |
| Brady, Robert L. Jr. 3538 Lakeway Drive Bellingham     WA 98226 | Unknown |
| 001566314 | |
| Brady, Tisha M. 2811 Meadowlark Ln Dodge City     KS 67801 | Unknown |
| 001600469 | |
| Braggs, Davana 3220 Duval Rd. Austin     TX 78759 | Unknown |
| 001554940 | |
| Brainard, Robert J. 1555 Timberline Trace Snellville     GA 30078 | Unknown |
| 001561000 | |
| Braly, Larry & Carolyn 1519 West Fairmont Longview     TX 75604 | Unknown |
| 001598665 | |
| Brandi M. Coates 415 W. Gallatin St. Hazlehurst,     MS 39083 | Unknown |
| 001507490 | |
| Brandsma, Heather D. 1404 W Elder Aveve. Duncan     OK 73533 | Unknown |
| 001606164 | |
| Brandt, Alan 918 Nelson Drive Jefferson City     MO 65101 | Unknown |
| 001495801 | |
| Brandt, David J. 1200 South Sharron St. Kennewick     WA 99337 | Unknown |

JCH7CLAIM2 98/12/07            INTERNATIONAL HERITAGE        Page 155
              Unsecured Creditors -- Sales Representatives

Creditors Names and              Total Amt
Mailing Address/ Zip Code        of Claim


001514210


Branham, Calvin L.               Unknown
3436 Bronte Rd.
Columbia        SC 29210
-----------------------------------------------------------------
001604413


Branham, Dawn L.                 Unknown
43293 Sweetwood St.
Fremont         CA 94538
-----------------------------------------------------------------
001566795


Branstetter, Lorinda J.          Unknown
528 E. Union St.
Munfordville    KY 42765
-----------------------------------------------------------------
001542135


Branton, Hazel L.                Unknown
P.O. Box 63
Zellood         FL 32798
-----------------------------------------------------------------
001468912


Braselton, Fred G.               Unknown
6910 Sir Palleas
Corpus Christi   TX 78413
-----------------------------------------------------------------
001465949


Braselton, Jeffrey H.            Unknown
13835 Walnut Hollow Lane
Houston         TX 77082
-----------------------------------------------------------------
001479714


Braselton, Naida                 Unknown
545 Poenisch
Corpus Christi   TX 78412
-----------------------------------------------------------------
001461765


Braselton, Shirley J.            Unknown
1616 Gober
Paducah         TX 79248
-----------------------------------------------------------------
001509678


Brasseaux Jr., Donald J.         Unknown
1055 Melancon Drive
Breaux Bridge   LA 70517
-----------------------------------------------------------------

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001533114 | |
| Bratcher, Vivan A.<br>4519 Lindale<br>Wichita Falls    TX 76308 | Unknown |
| 001566055 | |
| Bratherton, Linda S.<br>1517 Klempel Farm Drive<br>Grand            MI 49417 | Unknown |
| 001612098 | |
| Bratten, W. W.<br>74940 Hwy. 111 #522<br>Indian Wells     CA 92210 | Unknown |
| 001507980 | |
| Braun, Ahren A.<br>3313 N. Oakdale Ave<br>Johnsburg        IL 60050 | Unknown |
| 001471853 | |
| Braun, George F.<br>3313 N. Oakdale Avenue<br>Johnsburg        IL 60050 | Unknown |
| 000150741 | |
| Braun, Trent A<br>1203 Lake Elmo Dr. G<br>Billings         MT 59105 | Unknown |
| 001488595 | |
| Braunbeck, Boni L.<br>1106 W. Spring<br>Lewistown        MT 59457 | Unknown |
| 001577152 | |
| Brausa, Ralph E<br>9404 Bent Tree Circle<br>Wicaita          KS 67226 | Unknown |
| 001524694 | |
| Bravo Management Systems<br>4400A Embassador Caffery Pkwy<br>Lafayette        LA 70508 | Unknown |

Unsecured Creditors -- Sales Representatives

Creditors Names and                       Total Amt
Mailing Address/ Zip Code                 of Claim


001484957


Bray, Jim G.                              Unknown
1712 Lakecrest Lane
Plano          TX 75023
------------------------------------------------------------------------

001583131


Brazel, Gerry W.                         Unknown
7757 Suzanne Dr.
N. Charleston    SC 29418
------------------------------------------------------------------------

001566547


Brazie, Nancy M.                         Unknown
3955 No Clargy St.
Eugene          OR 97402
------------------------------------------------------------------------

000128758


Brazier, Lyla                            Unknown
251 Crescent Drive
Novato          CA 94949
------------------------------------------------------------------------

001486442


Brearley, Tamela L.                      Unknown
105 Creekside Court
Greer           SC 29650
------------------------------------------------------------------------

000117073


Breasseale, Doris W                      Unknown
4524 Woodland Forrest Drive
Tuscaloosa       AL 35405
------------------------------------------------------------------------

001482388


Breaux, Grace G                          Unknown
517 W Gloria Switch Road
Lafayette        LA 70507
------------------------------------------------------------------------

001458527


Breaux, Joseph C.                        Unknown
2910 Fairchild Drive
New Iberia       LA 70560
------------------------------------------------------------------------

001460308


Breaux, Katia C                          Unknown
1312 Roper #14
Scott           LA 70583
------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE         Page: 158
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000116888


        Breeding, Charles D.                    Unknown
        1947 Wildwood Ave.
        Columbus        GA 31906
--------------------------------------------------------------------------------
        001605022


        Breeding, Thomas D.                     Unknown
        Rt 1 Box 115
        Cleveland       VA 242259707
--------------------------------------------------------------------------------
        001523481


        Breland, Lynn C.                        Unknown
        3445 N. Causeway Blvd #902
        Metairie        LA 70002
--------------------------------------------------------------------------------
        001566965


        Breland, Madison A.                     Unknown
        1441 Downwood Place
        Charleston      SC 29412
--------------------------------------------------------------------------------
        001506684


        Bremer, James V.                        Unknown
        6280 Portal Way
        Ferndale        WA 98248
--------------------------------------------------------------------------------
        001578464


        Brennan, Albert B                       Unknown
        6818 Stardust
        N Lauderdale    FL 33068
--------------------------------------------------------------------------------
        001575913


        Brennan, Kevin M.                       Unknown
        1902 S.W. Lane St.
        Topeka          KS 66604
--------------------------------------------------------------------------------
        001550661


        Brennan, Patrick M.                     Unknown
        2727 W. Fletcher Ave. Apt. 67J
        Tampa           FL 33618
--------------------------------------------------------------------------------
        001531938


        Brenner, David P.                       Unknown
        6614 Sunflower Drive S.W.
        Byron Center    MI 49315
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001556777


Breton, Clair M.                        Unknown
32 Quirin St.
Manchester      NH 03102
-------------------------------------------------------------------------

001584618


Bretthauer, Kellie J                    Unknown
8261 Scotia Rd
Newport         WA 99156
-------------------------------------------------------------------------

001532956


Breuker, Bruce                          Unknown
P.O. Box 85
Hamilton        MI 49419
-------------------------------------------------------------------------

001511152


Brewer, Christi L.                      Unknown
1095 Harlan Rd
Combine         TX 75159
-------------------------------------------------------------------------

000130619


Brewer, Darick                          Unknown
1708 Anderson Road
Mount Vernon    WA 90273
-------------------------------------------------------------------------

001550981


Brewer, Jr. M. Todd                     Unknown
144 Wildwood Acres
Mooresville     NC 28115
-------------------------------------------------------------------------

001586301


Brewer, Kim                             Unknown
9106 Frostwood
Austin          TX 78729
-------------------------------------------------------------------------

000139234


Brewer, Linda A.                        Unknown
2801 NE 187th Avenue
Vancouver       WA 98682
-------------------------------------------------------------------------

000130655


Brewer, Nileen S.                       Unknown
1708 Anderson Rd
Mt. Vernon      WA 90273
-------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE                Page 160
                              Unsecured Creditors -- Sales Representatives

```
       Creditors Names and                      Total Amt
       Mailing Address/ Zip Code                of Claim


       001584470


       Brewer, Pam S.                           Unknown
       3533 E. St. Rd. 54
       Sullivan          IN 47882
--------------------------------------------------------------------------------
       001555824


       Brewer, Sharon K.                        Unknown
       3009 Pinewood
       Garland           TX 75044
--------------------------------------------------------------------------------
       001539277


       Brewer, Sr. Michael G.                   Unknown
       328 Elysian Dr.
       Mooresville       NC 28115
--------------------------------------------------------------------------------
       001592710


       Brezinski, Fabian B.                     Unknown
       409 Amason Rd.
       Pineville         LA 71360
--------------------------------------------------------------------------------
       001598606


       Brian D. Nicodermus                      Unknown
       139 First Ave West
       Kalispell         MT 59901
--------------------------------------------------------------------------------
       001583694


       Brickous, Robert C.                      Unknown
       2405 Greengate Apt. C
       West Palm Beach   FL 33415
--------------------------------------------------------------------------------
       001597565


       Brideau, Dana M.                         Unknown
       30 Hudson View Road
       Ossining          NY 10562
--------------------------------------------------------------------------------
       001572647


       Bridgers, Donald H.                      Unknown
       11504 Arroyo De Vista N.E.
       Albuquerque       NM 87111
--------------------------------------------------------------------------------
       001596396


       Bridges, Karensa                         Unknown
       4141 Rosemead E. Parkway #1202
       Dallas            TX 75287
--------------------------------------------------------------------------------
```

Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001484572


Bridges, Mike L                          Unknown
4526 050 Parkway
Corpus           TX 78413
-----------------------------------------------------------------------------

001463010


Bridges, Sonya S.                        Unknown
301 Sychamore Dr.
Murphy           TX 75094
-----------------------------------------------------------------------------

001593204


Bridwell, Stark M.                       Unknown
16 Goldust
Billings         MT 59102
-----------------------------------------------------------------------------

001580656


Briese, Anita A.                         Unknown
110 Elliot St.
Wilsall          MT 59086
-----------------------------------------------------------------------------

001512903


Briggs, Betty B.                         Unknown
Rt. 1 Box 137
Danbury          NC 27016
-----------------------------------------------------------------------------

001566346


Briggs, Justin                           Unknown
201 Larned
Ensign           KS 67841
-----------------------------------------------------------------------------

001560254


Briggs, Richard D.                       Unknown
54695 East End Rd
Homer            AK 99603
-----------------------------------------------------------------------------

000151352


Briggs, Ricky M.                         Unknown
11515  Leader
Houston          TX 77072
-----------------------------------------------------------------------------

000112222


Brigham Jr., Eugene A.                    Unknown
53 Stono Dr.
Greenville       SC 29609
-----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                Total Amt
Mailing Address/ Zip Code           of Claim


000137757


Brigham, Frances P.                 Unknown
117 Lakecrest Dr.
Greenville      SC 29609
--------------------------------------------------------------------------------
001553478


Bright Back Center                  Unknown
2312 Bellmore Ave
Bellmore        NY 11710
--------------------------------------------------------------------------------
001587953


Bright, Jeff                        Unknown
537 River Bend Drive
Roseburg        OR 97470
--------------------------------------------------------------------------------
001543937


Brightwell C.R.                     Unknown
718 Merrick Street
Shreveport      LA 71104
--------------------------------------------------------------------------------
001459704


Brignac, Nancy C                    Unknown
7251 Mark Lebleu Rd
Iowa            LA 70647
--------------------------------------------------------------------------------
000103688


Brill, Betty J.                     Unknown
101 S.E. 43Rd Lane
Cape Coral      FL 33904
--------------------------------------------------------------------------------
001608052


Brill, Frank A                      Unknown
38 Northridge St
Huntington Station NY 11746
--------------------------------------------------------------------------------
001562099


Brinkman, Sean M.                   Unknown
1414 Shiloh # 2621
Plano           TX 75074
--------------------------------------------------------------------------------
001516128


Briones, Leah G.                    Unknown
5010 Edgecliff
Wichita Falls   TX 76302
--------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE          Page: 163
                          Unsecured Creditors -- Sales Representatives

```
      Creditors Names and                  Total Amt
      Mailing Address/ Zip Code            of Claim


      001609619


      Brionez, Pablo (Miguel) M            Unknown
      1301 17Th St.
      Bellingham       WA 98225
--------------------------------------------------------------------------------
      001587601


      Brischke, Scott A                    Unknown
      12727 Vista Del Norte  #1109
      San Antonio      TX 78216
--------------------------------------------------------------------------------
      001580539


      Briscoe, Reba A.                     Unknown
      Post Office Box 16
      Grayson          LA 71435
--------------------------------------------------------------------------------
      000106815


      Bristow, Bobby W.                    Unknown
      2137 Crosby Dr.
      Burlington       NC 27215
--------------------------------------------------------------------------------
      001562633


      Britt, Billy D.                      Unknown
      1294 Walter Webb Dr Apt 1301
      Sevierville      TN 37862
--------------------------------------------------------------------------------
      001514421


      Britt, Jane E.                       Unknown
      814 Zebulon Rd.
      Zebulon          GA 30295
--------------------------------------------------------------------------------
      001489850


      Britton, Callie J.                   Unknown
      369 Ulskey Rd.
      Freeland         WA 98249
--------------------------------------------------------------------------------
      000111130


      Britton, Walter B.                   Unknown
      1750-B Wappoo Rd.
      Charleston       SC 29407
--------------------------------------------------------------------------------
      001586537


      Brixey, Roger K.                     Unknown
      6661 E Hermosa Vista
      Mesa             AZ 85215
--------------------------------------------------------------------------------
```

```
Creditors Names and                Total Amt
Mailing Address/ Zip Code          of Claim


001592516


Broadbent, Paul W.                 Unknown
100 Hollow Tree #1048
Houston         TX 77090
------------------------------------------------------------------------
001157591


Broadhead, Robin H.                Unknown
Route 1 Box 208D
Centerville     AL 35042
------------------------------------------------------------------------
001575948


Brock, Kathleen M.                 Unknown
3304 Stanton Rd
Yakima          WA 98903
------------------------------------------------------------------------
001528785


Brock, Walter                      Unknown
108 Boulevard
Shreveport      LA 71104
------------------------------------------------------------------------
001551583


Brocken Jr, James H                Unknown
1314 Foley Rd
Crosby          TX 77532
------------------------------------------------------------------------
001523100


Brockman, Murray L. III            Unknown
18 Paddlecreek
Charleston      SC 29412
------------------------------------------------------------------------
001577326


Brodsky, Darla C.                  Unknown
5223 Royal Lane
Dallas          TX 75229
------------------------------------------------------------------------
001607944


Bronson, Joseph                    Unknown
1000 S. Highway 395 #A-124
Hermiston       OR 97838
------------------------------------------------------------------------
001556531


Brookman, Vicky L                  Unknown
5045 Hwy 2 West
Columbia Falls  MT 59912
------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


Creditors Names and                        Total Amt
Mailing Address/ Zip Code                   of Claim


001488451


Brooks, Aaron R.                            Unknown
611 W. Mulberry Street
Denton          TX 76201
---------------------------------------------------------------------------------

001608380


Brooks, Barbara J.                          Unknown
216 Alexander St
Talladega       AL 35160
---------------------------------------------------------------------------------

000113832


Brooks, Frances H.                          Unknown
8416 Iris Drive
Chattanooga     TN 37421
---------------------------------------------------------------------------------

000113012


Brooks, James S                             Unknown
Box 101
Taimo           GA 30575
---------------------------------------------------------------------------------

001574400


Brooks, Janice B.                           Unknown
635 Oak Glen Dr.
Kemah           TX 77565
---------------------------------------------------------------------------------

001543721


Brooks, June J.                             Unknown
200 Northview
Aledo           TX 76008
---------------------------------------------------------------------------------

001561786


Brooks, Mary L.                             Unknown
408 Osborne Dr
Chattanooga     TN 37421
---------------------------------------------------------------------------------

001481468


Brooks, Peggy D.                            Unknown
707 Rollingwood Dr.
Richardson      TX 75081
---------------------------------------------------------------------------------

001603591


Brooks, Rico M .                            Unknown
14255 Preston  Rd.  Apt.7304
Dallas          TX 75240
---------------------------------------------------------------------------------

                     Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001556696


        Brooks, Sidney K.                      Unknown
        835 Burnhamwood Lane
        Birmingham        AL 35215
----------------------------------------------------------------------------

        001571413


        Brooks, Steven R                       Unknown
        4008 N Expy 83 No 72
        Brownsville       TX 78521
----------------------------------------------------------------------------

        001559322


        Broome, Ernest G.                      Unknown
        11158 Timber Creek Drive
        Tyler             TX 75707
----------------------------------------------------------------------------

        001595979


        Broome, Sharon                         Unknown
        10207 217Th Ave Ct E
        Buckley           WA 98321
----------------------------------------------------------------------------

        000122436


        Brothers, Dee A.                       Unknown
        304 Swans Mill Crossing
        Raleigh           NC 27614
----------------------------------------------------------------------------

        001530408


        Brotherton, Teresa C.                  Unknown
        12918 Lynn Ct.
        Kansas City       MO 64166
----------------------------------------------------------------------------

        001557919


        Broughton, E.R.                        Unknown
        8200 Pat Booker #1170
        San Antonio       TX 78233
----------------------------------------------------------------------------

        001463817


        Broussard Sr., Ernest J.               Unknown
        1216 Versailles Crescent
        New Iberia        LA 70560
----------------------------------------------------------------------------

        000153288


        Broussard, Eric P                      Unknown
        825 Blue Bonnet
        Lake Charles      LA 70605
----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001516034


Broussard, James L.                      Unknown
207 East Betty
Rayne           LA 70578
-----------------------------------------------------------------------------------

000158919


Broussard, Jamie R.                      Unknown
2112 Metairie Heights Ave
Metairie        LA 70001
-----------------------------------------------------------------------------------

001581806


Broussard, John M.                       Unknown
501 Nectar Haven
LaFayette       LA 70508
-----------------------------------------------------------------------------------

000144710


Broussard, Josette A.                    Unknown
21602 Dewberry Road
Kaplan          LA 70548
-----------------------------------------------------------------------------------

001459536


Broussard, Nancy J                       Unknown
4666 Highland Avenue
Beaumont        TX 77705
-----------------------------------------------------------------------------------

000154017


Broussard, Nathan                        Unknown
1318 Lee Ave C1
Lafayette       LA 70506
-----------------------------------------------------------------------------------

001606013


Brown III, George H                      Unknown
875 Branford Lane
Lilburn         GA 30047
-----------------------------------------------------------------------------------

001595174


Brown Russell V                          Unknown
3762 Sunswept
Studio City     CA 91604
-----------------------------------------------------------------------------------

001549652


Brown, Andrew T.                         Unknown
829 New Bond Circle
Edmond          OK 73034
-----------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001544217


Brown, Augusta C.                       Unknown
P.O. Box 345
Darrington      WA 98241
--------------------------------------------------------------------------------
001527212


Brown, Barbara B.                       Unknown
93 Bouknight Rd.
Johnston        SC 29832
--------------------------------------------------------------------------------
000152389


Brown, Barbara J.                       Unknown
5829 Hollis Ave
Dallas          TX 75227
--------------------------------------------------------------------------------
001592524


Brown, Beverly A.                       Unknown
6235 Liberty Hill
Dallas          TX 75248
--------------------------------------------------------------------------------
001602521


Brown, Beverly S.                       Unknown
2112 Tymber Hammock Drive
Jacksonville    FL 32223
--------------------------------------------------------------------------------
001587586


Brown, Billy M                          Unknown
112 2nd Avenue NE - Box 787
Browning        MT 59417
--------------------------------------------------------------------------------
000137933


Brown, Bobbi L.                         Unknown
3518 Easton Meadows 108
Garland         TX 75043
--------------------------------------------------------------------------------
000109356


Brown, Carolyn S.                       Unknown
8018 Longshore Ave.
Seneca          SC 29672
--------------------------------------------------------------------------------
001522918


Brown, Cathy Jo                         Unknown
Rt 2 Box 7D
Henrietta       TX 76365
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001512198 | |
| Brown, Cathy L. Rt. 3 Box 2370 Cedar Bluff        VA 24609 | Unknown |
| 001580925 | |
| Brown, Chris J. 2809 Waterside Drive Plano          TX 75093 | Unknown |
| 000156570 | |
| Brown, Christa M. 5127 Temple Ct. El Paso         TX 79924 | Unknown |
| 001586819 | |
| Brown, Dan R. 1117 Moon Valley Road Billings        MT 59105 | Unknown |
| 001495967 | |
| Brown, David R. 1226 Josh Wilson Road Burlington      WA 98233 | Unknown |
| 001457196 | |
| Brown, Debbie A. 1225 Northridge Dr. Plano          TX 75075 | Unknown |
| 000117933 | |
| Brown, Debbie B. 11090 Sylvarena Road Wesson         MS 39191 | Unknown |
| 000135812 | |
| Brown, Debbie S. 3100 Charring Cross Plano          TX 75025 | Unknown |
| 001595606 | |
| Brown, Deborah A. 535 Derbyshire Houston        TX 77034 | Unknown |

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page: 170
                      Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000129478 | |
| Brown, Demra<br>Box 216<br>Big Sandy        MT 59520 | Unknown |
| 000153658 | |
| Brown, Donna D.<br>P.O. 1326<br>Nash        TX 75569 | Unknown |
| 001555493 | |
| Brown, Dorothy A.<br>509 Fairway Villas #1<br>Lawton        OK 73505 | Unknown |
| 000144018 | |
| Brown, Edna M.<br>4607 Waterleaf<br>San Antonio        TX 78247 | Unknown |
| 001554142 | |
| Brown, Edward W.<br>6200 Columbia Rd.<br>Appling        GA 30802 | Unknown |
| 001580144 | |
| Brown, Elaine S<br>3132 Emanuel Church<br>Lexington        SC 29073 | Unknown |
| 001549582 | |
| Brown, Eleanor J.<br>8105 E. 66 Terrace<br>Kansas City        MO 64133 | Unknown |
| 001579790 | |
| Brown, Farren W.<br>1798 Cal Young Road #25<br>Eugene        OR 97401 | Unknown |
| 000113895 | |
| Brown, Gerry L.<br>2669 Lantana lakes drive East<br>Jacksonville        FL 32246 | Unknown |

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page: 171
                    Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                Total Amt
        Mailing Address/ Zip Code          of Claim


        001585315


        Brown, Gregory A.                   Unknown
        5643 W. Henry St.
        Indianapolis      IN 46241
--------------------------------------------------------------------------------
        001597503


        Brown, Hal                          Unknown
        304 Dahlia
        Corona Del Mar    CA 92625
--------------------------------------------------------------------------------
        001568654


        Brown, Hildegard                    Unknown
        54-205 Avenida Ramirez
        La Quinta         CA 92253
--------------------------------------------------------------------------------
        001586097


        Brown, Jacquelyn A.                 Unknown
        177 N. Melissa
        Camano Island     WA 98292
--------------------------------------------------------------------------------
        001488464


        Brown, James L                      Unknown
        7402 Rock Dairy Circle
        Trussville        AL 35173
--------------------------------------------------------------------------------
        001584570


        Brown, James M.                     Unknown
        1385 Oak St.
        Eugene            OR 97401
--------------------------------------------------------------------------------
        001605309


        Brown, Janice M.                    Unknown
        875 Branford Lane
        Lilburn           GA 30047
--------------------------------------------------------------------------------
        001596198


        Brown, Jeff                         Unknown
        41411 Maroon Town #3
        Burmuda Dunes     CA 92201
--------------------------------------------------------------------------------
        001583792


        Brown, Joseph I.                    Unknown
        609 Eastland Ave.
        Ruston            LA 71270
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001504315 | |
| Brown, Kelly J. 314 Wateree Road Georgetown     SC 29440 | Unknown |
| 001541634 | |
| . Brown, Kelly* 2809 Waterside Dr. Plano         TX 75093 | Unknown |
| 001572227 | |
| Brown, Kelsi J. 924 WEST 3rd Pratt         KS 67124 | Unknown |
| 000121746 | |
| Brown, Kim A. 216 Sunray Lane Sunnyvale     TX 75182 | Unknown |
| 000112646 | |
| Brown, Kimberly Anne 3984 Gift Blvd. Johns Island   SC 29455 | Unknown |
| 001517420 | |
| Brown, Kristen S. 102 Videl Way Simpsonville   SC 29681 | Unknown |
| 000128249 | |
| Brown, Leland E. 924 W. Third Pratt         KS 67124 | Unknown |
| 001576784 | |
| Brown, Lina Jan 715-D Vassar Court College Station   TX 77840 | Unknown |
| 000145148 | |
| Brown, Linda E. Rt. 1 Box 412 Killeen       TX 76542 | Unknown |

Unsecured Creditors -- Sales Representatives


```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001458755


Brown, Linda J.                          Unknown
13707 W. 75Th Pl.
Lenexa            KS 66216
----------------------------------------------------------------------------

001510299


Brown, Louanne                           Unknown
P.O. Box 1905
Bluffton          SC 29910
----------------------------------------------------------------------------

001576945


Brown, Lynda L.                          Unknown
13000 Big Gulch Drive
Bozeman           MT 59715
----------------------------------------------------------------------------

000124536


Brown, Lynne D.                          Unknown
1834 Teton Dr
Grapevine         TX 76051
----------------------------------------------------------------------------

001588599


Brown, Marcia L                          Unknown
1603 E Maplewood Ave
Bellingham        WA 98225
----------------------------------------------------------------------------

001473810


Brown, Margret G.                        Unknown
6024 Gladys St.
Port Orange       FL 32127
----------------------------------------------------------------------------

001550343


Brown, Marilyn P.                        Unknown
1106 Country Club Court #127
Bellevue          NE 68005
----------------------------------------------------------------------------

001491048

Brown, Mark D                            Unknown
1489 Eagle Dr
Burlington        WA 98233
----------------------------------------------------------------------------

001601628


Brown, Mark E.                           Unknown
267 Lower Cliff Drive #2
Laguna Beach      CA 92651
----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 000127157 | |
| Brown, Marlene A.<br>4905 Bell River Road<br>Attica            MI 48412 | Unknown |
| 000148768 | |
| Brown, Martha E<br>1833 Old Richton Rd<br>Petal             MS 39465 | Unknown |
| 001457193 | |
| Brown, Martha M.<br>6207 Reiger Ave.<br>Dallas            TX 75214 | Unknown |
| 001569040 | |
| Brown, Mary Ann<br>3016 Secor Ave<br>Bozeman           MT 59715 | Unknown |
| 000154626 | |
| Brown, Mary L.<br>P.O. Box 182<br>Barnwell          SC 29812 | Unknown |
| 001491040 | |
| Brown, Melissa K.<br>1815 Wickersham Drive<br>Knoxville         TN 37922 | Unknown |
| 001572634 | |
| Brown, Mike<br>1512 85th ST. NO.<br>Birmingham        AL 35206 | Unknown |
| 001591553 | |
| Brown, Mitchell T.<br>2013 Northlakes Tr.<br>Denton            TX 76201 | Unknown |
| 001592810 | |
| Brown, Nancie A.<br>36 Bridgegate Dr<br>San Rafael        CA 94903 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001598188

Brown, Pete & Lori A.                    Unknown
6961 189Th St.
Chippewa Falls     WI 54729

---

000149363

Brown, Rachel A.                         Unknown
2313 Seventeenth Street
Plano             TX 75074

---

001528644

Brown, Ray D.                            Unknown
293 Pike
Pagosa Springs    CO 81147

---

001511229

Brown, Raymond                           Unknown
1814 Pebble Hill Ct.
Sugarland         TX 77478

---

001574322

Brown, Raymond J.                        Unknown
2537 Judy Dr.
Meraux            LA 70075

---

001596276

Brown, Rhonda L.                         Unknown
773 Thomas Road
Bow               WA 98232

---

001531926

Brown, Robert A.                         Unknown
4700 Tammy Drive
Wichita Falls     TX 76306

---

001542578

Brown, Robert T.                         Unknown
3651 Brookview
Casper            WY 82604

---

001579281

Brown, Robert William                    Unknown
3420 Lake Side Dr
Eugene            OR 97401

---

| Creditors Names and<br>Mailing Address/ Zip Code | | Total Amt<br>of Claim |
|---|---|---|
| 000146892 | | |
| Brown, Samuel C.<br>8808 O'Neal Road<br>Raleigh | NC 27613 | Unknown |
| 001607167 | | |
| Brown, Scott<br>985 So 11Th<br>Coos Bay | OR 97420 | Unknown |
| 001471230 | | |
| Brown, Shawna M.<br>4353 E. Paradise Pl.<br>Clinton | WA 98236 | Unknown |
| 001583060 | | |
| Brown, Sheryl L.<br>903 N. Second<br>Killeen | TX 76541 | Unknown |
| 001606898 | | |
| Brown, Stacy M.<br>308 Plumb St.<br>Olpe | KS 66865 | Unknown |
| 001602033<br>: | | |
| Brown, Steven<br>1409 W. New Hope<br>Rogers | AR 72758 | Unknown |
| 000131456 | | |
| Brown, Steven L.<br>2218 Sawtooth Ct.<br>Cool | CA 95614 | Unknown |
| 000134853 | | |
| Brown, Terry L.<br>3519 Brownwood Drive<br>Climax | NC 27233 | Unknown |
| 001580692 | | |
| Brown, Timothy L.<br>1483 Mcdermott Lane<br>Royal Palm Bch | FL 33411 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

000114647

Brown, William E.
1518 Selma Road
Springfield      OH 45505                    Unknown

---

001517619

Brown, William T.
7806 Haven St.
Huntsville      AL 35802                     Unknown

---

001535382

Brown-Lieser, Dale
2809 Waterside
Plano      TX 75093                          Unknown

---

001542494

Browne, Mary Ann
1000 West Horatio St.#307
Tampa      FL 33606                          Unknown

---

001467121

Brownfield, Darla K
596 Falls Avenue W
Twin Falls      ID 83301                     Unknown

---

001615028

Browning, Audra
3032 Shinnecock Hills
Duluth      GA 30097                         Unknown

---

001459027

Browning, Barbara J.
3015 Poston Avenue
Nashville      TN 37203                      Unknown

---

001535942

Browning, Fevziye F B
126 Leffert
Berlin      WI 54923                         Unknown

---

001490768

Browning, Grant
1432 Tyne Blvd
Nashville      TN 37215                      Unknown

---

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001535277 | |
| Browning, Sharon K<br>6430 Brock Hampton<br>Corpus Christi    TX 78414 | Unknown |
| 000123183 | |
| Brownlee, Karen L.<br>5454 Amesbury #1202<br>Dallas          TX 75206 | Unknown |
| 001578131 | |
| Broyles, Charles E.<br>2312 Pembroke Ave.<br>Charlotte       NC 28207 | Unknown |
| 001464146 | |
| Brozek, Michele M.<br>214 Austin<br>Royal Oak       MI 48067 | Unknown |
| 001573102 | |
| Bruce Mueller Enterprises, Inc<br>2599 Buckknife Ct.<br>Chuluota        FL 32766 | Unknown |
| 001603453 | |
| Bruce, Helen-Renn R.<br>1408 Brookview Rd<br>Columbia        SC 29212 | Unknown |
| 000160831 | |
| Bruce, Margie A<br>2239 B. Wicker Road<br>Sedro Wooley     WA 98284 | Unknown |
| 000149682 | |
| Bruderly Jack L<br>5777 Knopp Road<br>Salem           OH 44460 | Unknown |
| 001473490 | |
| Bruderly, Jeff S.<br>5777 Knopp Road<br>Salem           OH 44460 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page: 179

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001589732 | |
| Bruemmer, Birdie<br>Hc4 Box 435<br>Blanco        TX 78606 | Unknown |
| 001565668 | |
| Bruenjes, Yvonne G.<br>329 N Indiana<br>Kansas City      MO 64123 | Unknown |
| 001597134 | |
| Brumback, John R.<br>3847 Meadow View<br>Eugene         OR 97408 | Unknown |
| 001499465 | |
| Brumbelow, Larry J.<br>5127 Deer Creek<br>Wichita Falls    TX 76302 | Unknown |
| 000157914 | |
| Brummer, Christine E<br>1290 Atlantis Dr<br>Lafayette       CO 80026 | Unknown |
| 001570094 | |
| Brune, Nami S.<br>12811 Kings Forest<br>San Antonio     TX 78230 | Unknown |
| 000142053 | |
| Bruner, Charlotte M.<br>103 Riding Road<br>Clemson        SC 29631 | Unknown |
| 000147576 | |
| Bruner, Donna L.<br>10808 Merlot Ct<br>Frisco         TX 75035 | Unknown |
| 000138111 | |
| Bruner, Elizabeth B.<br>5968 Rollingsfjord Drive<br>Hamilton       OH 45011 | Unknown |

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


000141915


Bruner, Faith E.                        Unknown
103 Riding Road
Clemson          SC 29631
```
---------------------------------------------------------------------
```
000142055


Bruner, Leverett M.                     Unknown
103 Riding Road
Clemson          SC 29631
```
---------------------------------------------------------------------
```
001588349


Brunet, Charles D.                      Unknown
6528 Chaucer Dr.
Baton Rouge      LA 70817
```
---------------------------------------------------------------------
```
001554065


Brunetti, Pauline F.                    Unknown
214 E. Leighton
Frontenac        KS 66763
```
---------------------------------------------------------------------
```
001549952


Brunk, Joanna L.                        Unknown
7532 Event Way
Sacramento       CA 95842
```
---------------------------------------------------------------------
```
001579706


Brunner, Mary L.                        Unknown
N136 W15904 Bonniwell Road
Germantown       WI 53022
```
---------------------------------------------------------------------
```
001547545


Bruno, Jon T                            Unknown
5005 Equity Drive
Washington       PA 15301
```
---------------------------------------------------------------------
```
001571048


Bruno, Karen E                          Unknown
90 Lynwood Road
Verona           NJ 07044
```
---------------------------------------------------------------------
```
001580593


Bruno, Susan L.                         Unknown
1920 N W 106 Terrace
Pembroke Pines   FL 33026
```
---------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001590025

Brunson, Angelo M.                    Unknown
2904 Mission Beach Heights Rd.
Marysville        WA 98271

--------------------------------------------------------------------------

000119967

Brunson, Beverly P.                   Unknown
111 Orange St. #14
Bunkie            LA 71322

--------------------------------------------------------------------------

001603791

Brunson, Dave V                       Unknown
8609 36th Ave NE # A
Mrysville         WA 98270

--------------------------------------------------------------------------

001520963

Bruorton, Susan B.                    Unknown
2939 Doncaster Drive
Charleston        SC 29414

--------------------------------------------------------------------------

001606471

Brusch, Carol J.                      Unknown
1927 Gravel Pike
Perkiomenville    PA 18074

--------------------------------------------------------------------------

001529791

Brusell, Beaneita V.                  Unknown
643 1/2 South Meridian
Kalispell         MT 59901

--------------------------------------------------------------------------

000157303

Brussel, Dianne                       Unknown
201 S. Avenue F
Johnson City      TX 78636

--------------------------------------------------------------------------

001584931

Bruton, Robin J                       Unknown
201-2818 West No. 14
College ST        TX 77840

--------------------------------------------------------------------------

001591862

Bryan, Diane                          Unknown
#17 Cherokee Trail
Iowa Park         TX 76367

--------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001466461 | |
| Bryant, Bill Boy G.<br>4040 Hearthstone<br>Mesquite          TX 75150 | Unknown |
| 000108529 | |
| Bryant, Franklin S.<br>1064 Meader Lane<br>Mt. Pleasant      SC 29464 | Unknown |
| 001588113 | |
| Bryant, James T.<br>211 Michigan<br>Jonesboro         LA 71251 | Unknown |
| 000116070 | |
| Bryant, John F.<br>970 Cardova Drive N.E.<br>Atlanta          GA 30324 | Unknown |
| 001603514 | |
| Bryant, Poll<br>106 Belle Meade Drive<br>Monroe           LA 71203 | Unknown |
| 000117227 | |
| Bryars, Ressie J.<br>5737 Old Sylacauga Highway<br>Sylacauga        AL 35150 | Unknown |
| 001611436 | |
| Bryce, Brad<br>206 Harvest<br>Lafayette        LA 70508 | Unknown |
| 000113368 | |
| Brysch, Barbara G.<br>816 Lakeshore Dr.<br>Cordele          GA 31015 | Unknown |
| 001604233 | |
| Bubee, Chad C<br>778 E 560 N #307<br>Provo            UT 84606 | Unknown |

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001525496


        Buchan, James A.                        Unknown
        10428 60th AVENUE WEST
        Mukilteo         WA 98275
------------------------------------------------------------------------------
        001579474


        Buchanan, Jimmy L.                       Unknown
        165 Mercury Drive
        Arab             AL 35016
------------------------------------------------------------------------------
        001604668


        Buchanan, Joe                            Unknown
        4537 60
        Lubbock          TX 77416
------------------------------------------------------------------------------
        001560781


        Buchanan, Kathy                          Unknown
        13507 Little Farm Rd.
        Excelsior        MO 64024
------------------------------------------------------------------------------
        001542515


        Buchanan, Mary A.                        Unknown
        2176 80Th Ave.
        Vero Beach       FL 32966
------------------------------------------------------------------------------
        000130636


        Buchanan, Ruby                           Unknown
        P.O. Box 103
        Clear Lake       WA 98235
------------------------------------------------------------------------------
        001511645


        Buchanon, Terissa A.                     Unknown
        2004 Burt Mill Rd.
        Tallassee        AL 36078
------------------------------------------------------------------------------
        001560772


        Bucher, Kim                              Unknown
        1403 Barclay
        Austin           TX 78746
------------------------------------------------------------------------------
        001592803


        Buck, Dennis                             Unknown
        4635 Mt. View Rd.
        Harrisburg       PA 17110
------------------------------------------------------------------------------
```

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001538846

Buck, Gregory J.                    Unknown
1306 Dogwood Dr.
Gibsonville        NC 27299
--------------------------------------------------------------------

001578701

Buck, Kristi L.                     Unknown
2395 Winrock #204
Houston            TX 77057
--------------------------------------------------------------------

001560766

Buckenberger, Clarence D.           Unknown
W. 2527 Longfellow
Spokane            WA 99205
--------------------------------------------------------------------

001460501

Buckland, Craig A.                  Unknown
1 Bridget Terr.
Ormond Beach       FL 32174
--------------------------------------------------------------------

001572799

Buckley, Diana L.                   Unknown
9 Sunset Dr.
Fredonia           NY 14063
--------------------------------------------------------------------

001530338

Buckley, Mark                       Unknown
15144 Woodmoss Dr.
Baton Rouge        LA 70816
--------------------------------------------------------------------

001581699

Budau, Larry                        Unknown
4771 N. Powerline Road
Fort Lauderdale    FL 33309
--------------------------------------------------------------------

001587257

Bueker, Wayne P.                    Unknown
33549 Wayne Rd.
California          MO 65018
--------------------------------------------------------------------

001611844

Buel, Carolyn J                     Unknown
7872 Murphy Rd
Melba              ID 83641
--------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000148803 | |
| Bueno, Bert<br>308 Grant Ave.<br>Highland Park    NJ 08904 | Unknown |
| 001480050 | |
| Buer-Benson, Jodi L.<br>River Road #1133<br>Scobey    MT 59263 | Unknown |
| 001594961 | |
| Buergel, Anthony F.<br>1325 Josephine Whitman<br>Rosalia    WA 99028 | Unknown |
| 001572475 | |
| Buffett, Louis G<br>1142 E. Highland<br>Carthage    MO 64836 | Unknown |
| 001495776 | |
| Buffington , Willie E.<br>111 Stratmore Circle<br>Bossier City    LA 71111 | Unknown |
| 000126019 | |
| Buffington, Chad F.<br>Box 150<br>Joliet    MT 59041 | Unknown |
| 000126020 | |
| Buffington, Jason R.<br>15400 Thayer Rd. Apt. A<br>Lolo    MT 59847 | Unknown |
| 000126040 | |
| Buffington, Warren R.<br>4091 Hwy 87 South<br>Roundup    MT 59072 | Unknown |
| 001609519 | |
| Bugarini, Elsa<br>793 Amigos Way<br>Newport Beach    CA 92660 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page 186

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001535226 | |
| Buhidar, Pamela 617 Carmel Parkway Corpus Christi    TX 78411 | Unknown |
| 001559792 | |
| Bui, Ashley X. 215 Churchill Drive Lafayette    LA 70506 | Unknown |
| 001502900 | |
| Buish, Michael W. 13307 Villagrove Houston    TX 77049 | Unknown |
| 001607419 | |
| Bulchoz, Fred W. 6241 E. Rolling Fork Rd. Charleston    SC 29406 | Unknown |
| 000161640 | |
| Bullard, Debbie S 1919 Arapano Tr. Mesquite    TX 75149 | Unknown |
| 000122104 | |
| Bullard, Mary C. P.O. Box 674 Edgewood    TX 75117 | Unknown |
| 001583562 | |
| Bullock, Clara A. 14 Watts Dr. Hampton    VA 23666 | Unknown |
| 000124575 | |
| Bullock, Cyndie R. 208 Sunray Ln. Sunnyvale    TX 75182 | Unknown |
| 001553212 | |
| Bullock, Glenda 23229 Se 440Th Enumclaw    WA 98022 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001507427 | |
| Bullock, Michele R.<br>2200 Ascott Valley Trace<br>Duluth          GA 30155 | Unknown |
| 000125803 | |
| Bullock, Rick L.<br>30 Howell Creek Place<br>The Woodlands    TX 77382 | Unknown |
| 000108496 | |
| Bulman, Jennie C.<br>1213 Shoresbrook Rd.<br>Spartanburg      SC 29301 | Unknown |
| 001456965 | |
| Bunch, Ann<br>619 Hwy 29<br>Wiggins          MS 39577 | Unknown |
| 001577564 | |
| Bunch, Bonita K.<br>3716-A Lake Washington Blvd Se<br>Bellevue         WA 98006 | Unknown |
| 000150415 | |
| Bunyard, Sheryl D<br>6600 Preston Rd<br>Plano            TX 75024 | Unknown |
| 001601489 | |
| Burba, Sheila K.<br>5330 Goshen Road Lot 216<br>Ft. Wayne        IN 46818 | Unknown |
| 000147835 | |
| Burbage, D. Anne<br>4610 Cedar Brooke Lane<br>Rogers           AR 72758 | Unknown |
| 001510807 | |
| Burch, Dan L.<br>5300 Eagle Flyway<br>Bellingham       WA 98226 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001503976 | |
| Burch, Dan W.<br>3627 Sorenson Road<br>Everson          WA 98247 | Unknown |
| 001572962 | |
| Burch, Deloris E.<br>2119 Fallon Ave., S.E. #10<br>Roanoke          VA 24013 | Unknown |
| 001592796 | |
| Burch, Donn L.<br>2219 Riverlawn Dr.<br>Kingwood          TX 77339 | Unknown |
| 001566740 | |
| Burch, Donna R.<br>8400 Jamestown #526<br>Austin          TX 78758 | Unknown |
| 001557032 | |
| Burch, Mary T.<br>3700 N W 113Th Ave.<br>Coral Springs          FL 33065 | Unknown |
| 001573933 | |
| Burcher, Roy H<br>510 Quarterfield Road<br>Newport News          VA 23602 | Unknown |
| 001497887 | |
| Burchette, Lynne J.<br>218 Valley Street<br>Statesville          NC 28677 | Unknown |
| 000105547 | |
| Burchette, Sherrill G.<br>2118 C.B. Eller School Road<br>Elkin          NC 28621 | Unknown |
| 001469550 | |
| Burchill, Guy E.<br>21182 Grange Center Rd.<br>Saegertown          PA 16433 | Unknown |

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001486158


        Burchill, Jane D                       Unknown
        21144 Grange Ct Rd
        Saegertown        PA 16433
------------------------------------------------------------------------------------
        001534700


        Burchill, Robert E.                    Unknown
        21182 Grand Center Road
        Saegertown        PA 16433
------------------------------------------------------------------------------------
        001530432


        Burdette, Bradford K.                  Unknown
        6210 Oram #4
        Dallas            TX 75214
------------------------------------------------------------------------------------
        001604890


        Burdette, Nancy                        Unknown
        4717 Pennsylvania Ave
        Roanoke           VA 24019
------------------------------------------------------------------------------------
        001548076


        Buresh, Arlene A.                      Unknown
        3410 N 75
        Lincoln           NE 68507
------------------------------------------------------------------------------------
        001541670


        Burgess, Amber                         Unknown
        4551 S.E. 193Rd Pl
        Yankeetown        FL 34498
------------------------------------------------------------------------------------
        001541796


        Burgess, Cherie L.                     Unknown
        4551 S.E. 193 Pl
        Yankeetown        FL 34498
------------------------------------------------------------------------------------
        001476439


        Burgess, Dale C.                       Unknown
        793 Jewell Rd.
        Oxford            AL 36203
------------------------------------------------------------------------------------
        001609195


        Burghardt, Edward                      Unknown
        1525 S 2nd ST #J
        Alhambra          CA 91801
------------------------------------------------------------------------------------
```

                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        000122397


        Burk, Donna Kay                         Unknown
        4630 Bayberry Lane
        Garland          TX 75043
--------------------------------------------------------------------------------
        000125612


        Burke, Bettie S.                        Unknown
        4352 West 131 Terrace
        Leawood          KS 66209
--------------------------------------------------------------------------------
        001456302


        Burke, Charles W                        Unknown
        5831 H'Way 197-S Box 575
        Clarkesville     GA 30523
--------------------------------------------------------------------------------
        001540500


        Burke, John & Gayle                     Unknown
        6505 Remington Dr.
        Cumming          GA 30040
--------------------------------------------------------------------------------
        001583703


        Burke, Stuart E.                        Unknown
        509 A Reed St.
        Zillah           WA 98953
--------------------------------------------------------------------------------
        001560402


        Burke, Wayne R.                         Unknown
        2301 Grimsley Terrace
        Mansfield        TX 76063
--------------------------------------------------------------------------------
        001549454


        Burkett, Carrie E.                      Unknown
        3000 Woodland Park Dr. #2110
        Houston          TX 77082
--------------------------------------------------------------------------------
        000116537


        Burkhalter, April L.                    Unknown
        248 Water Oak Drive
        Pineville        NC 28134
--------------------------------------------------------------------------------
        000155839


        Burkhalter, Starla K.                   Unknown
        1702 Crescent
        Sherman          TX 75092
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


Creditors Names and                    Total Amt
Mailing Address/ Zip Code               of Claim


001542348


Burkhardt, Lori C.                      Unknown
748 Prior Place
Palm Harbor      FL 34683
------------------------------------------------------------------------------
001540963


Burkhardt, Tim C.                       Unknown
748 Prior Place
Palm Harbor      FL 34683
------------------------------------------------------------------------------
001481679


Burkhart, Deborah J                     Unknown
1607 Mabry Mill Road
Houston          TX 77062
------------------------------------------------------------------------------
001540214


Burkhart, Dennis F.                     Unknown
1 West Main Street  Apt. A
New Freedom      PA 17349
------------------------------------------------------------------------------
000147866


Burks, Tom G                            Unknown
Box 1157
Johnson City     TX 78636
------------------------------------------------------------------------------
001578456


Burleigh, Sheila R.                     Unknown
HC87 Box 5560
Lewistown        MT 59457
------------------------------------------------------------------------------
000105188


Burleson, David W.                      Unknown
342 Eddie St.
Wadesboro        NC 28170
------------------------------------------------------------------------------
001581892


Burley, Rick C.                         Unknown
235 Elm
Bryan            TX 77801
------------------------------------------------------------------------------
001551835


Burleyson, Michelle                     Unknown
211 Saint Lukes Ln.
Smyrna           TN 37167
------------------------------------------------------------------------------

```
          Creditors Names and                      Total Amt
          Mailing Address/ Zip Code                of Claim


          001579235


          Burlin, Betty J                           Unknown
          PO Box 952
          Navasota          TX 77868
-----------------------------------------------------------------------------------
          001546080
          .

          Burnett, Jessie B.                        Unknown
          165 West Cypress
          Jamestown         LA 71045
-----------------------------------------------------------------------------------
          001541372


          Burnette, Anna                            Unknown
          Rt. 4 Box 53A
          Hillsville        VA 24343
-----------------------------------------------------------------------------------
          001539759


          Burnette, Pamela H.                       Unknown
          Rt. 6 Box 513
          Galax             VA 24333
-----------------------------------------------------------------------------------
          001609641


          Burnham, Denisa G                         Unknown
          647 Red Oak
          Plantersville     TX 77363
-----------------------------------------------------------------------------------
          001533267

          Burns, Barbara                            Unknown
          1481 Clairmont Pl.
          Nashville         TN 372151609
-----------------------------------------------------------------------------------
          001516903


          Burns, Bobbye N                           Unknown
          14263 Hwy 11S
          Fosters           AL 35463
-----------------------------------------------------------------------------------
          001465814


          Burns, Cynthia A.                         Unknown
          506 Meadowland Drive
          McGregor          TX 76657
-----------------------------------------------------------------------------------
          001504001


          Burns, Douglas R.                         Unknown
          1225 E. Sunset
          Bellingham        WA 98226
-----------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

Creditors Names and                 Total Amt
Mailing Address/ Zip Code            of Claim

001608769

Burns, Gerald R                      Unknown
955 Justice Rd
Warrior        AL 35180
------------------------------------------------------------
000120378

Burns, Martha                        Unknown
2318 Mary'S Creek Court
Pearland       TX 77581
------------------------------------------------------------
001521491

Burns, Moody                         Unknown
2429 Brandon Parkway North
Tuscaloosa     AL 35406
------------------------------------------------------------
001493751

Burns, Richard T.                    Unknown
1070 Apple Hill Lane
Allison Park   PA 15101
------------------------------------------------------------
001521545

Burns, Shaun M.                      Unknown
1600 East Maryland
Bellingham     WA 98226
------------------------------------------------------------
001461335

Burns, Stella M.                     Unknown
506 Meadowland Drive
Mcgregor       TX 76657
------------------------------------------------------------
000131898

Burns, Steven K.                     Unknown
610 Park Ave.
Claxton        GA 30417
------------------------------------------------------------
001577650

Burns, Tammie                        Unknown
1022 Diomede
Portland       TX 78374
------------------------------------------------------------
000149278

Burns, Theresa                       Unknown
907 Rutgers Ave
Chula Vista    CA 91913
------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                 Total Amt
Mailing Address/ Zip Code           of Claim


001509839


Burr, David S.                      Unknown
2302 Willow Point Drive
Kingwood         TX 77339
--------------------------------------------------------------------------------

001526979


Burris, Robert M.                   Unknown
630 Enjelica Cove
Collierville     TN 38017
--------------------------------------------------------------------------------

000129986


Burris, Roger L.                    Unknown
20430 63Rd Place West
Lynnwood         WA 98036
--------------------------------------------------------------------------------

001491188


Burroughs, Carla R                  Unknown
508 N. 6th
Garden City      KS 67846
--------------------------------------------------------------------------------

001607288


Burrow, Courtney L.                 Unknown
614 Summit North Drive
Atlanta          GA 30324
--------------------------------------------------------------------------------

001521854


Burrow, Nancy T.                    Unknown
5371 Dunwoody Club Creek
Atlanta          GA 30360
--------------------------------------------------------------------------------

001605974


Burrows, Anthony                    Unknown
C/O John Burns
Seattle          WA 98121
--------------------------------------------------------------------------------

001608711


Bursch, Justin, W.                  Unknown
6118 S Magnolia
Spokane          WA 99223
--------------------------------------------------------------------------------

001581516


Burt Sr., Robert W.                 Unknown
41 Iriquois Dr. North
Ft.Myers         FL 33931
--------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE
                   Unsecured Creditors -- Sales Representatives

Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001581159


Burt, Daniel W.                          Unknown
41 N. Iroquois Dr.
Fort Myers        FL 33931
--------------------------------------------------------------------------------

001581757


Burt, Lori L.                            Unknown
5703 Oakhill Road Ne
Fort Payne        AL 35967
--------------------------------------------------------------------------------

000161017


Burt, Marilyn J.                         Unknown
2503 Swan Ct.
Houston           TX 77058
--------------------------------------------------------------------------------

001553306


Burt, Rebecca L.                         Unknown
3255 Tomahawk Dr
Grandville        MI 49418
--------------------------------------------------------------------------------

001523473


Burt, William B.                         Unknown
602 E. Maple
Ogden             IA 50212
--------------------------------------------------------------------------------

001558129


Burton, Erlene C.                        Unknown
213 Estele Dr
Sevierville       TN 37876
--------------------------------------------------------------------------------

001604129


Burton, Esther G.                        Unknown
127 Arbor Lane
Longview          WA 98632
--------------------------------------------------------------------------------

001516082


Burton, Robert A & Sue                   Unknown
80 Plandome Ct.
Martinsville      VA 24112
--------------------------------------------------------------------------------

001555202


Burton, Sr. Dennis T.                    Unknown
133 Lee Etta Dr.
Gallatin          TN 37066
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE         Page: 196
                          Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                Total Amt
        Mailing Address/ Zip Code          of Claim


        001566920


        Burwitz, Maxine                    Unknown
        3133C. Sappington Place
        Ft. Worth        TX 76116
------------------------------------------------------------------------

        001592133


        Buse, Virginia R                   Unknown
        27119-115Th Ne
        Arlington        WA 98223
------------------------------------------------------------------------

        001582560


        Buse-Hayden, Shannon L.            Unknown
        25131-12Th  Ave N W
        Stanwood         WA 98292
------------------------------------------------------------------------

        001610255


        Busenbark, Robert C                Unknown
        RR.7 Box 243
        Crawfordsville    IN 47933
------------------------------------------------------------------------

        001607213


        Busenbark, Tisha M.                Unknown
        6721 Eagle Pointe Dr Apt N. 1F
        Indianapolis     IN  46254
------------------------------------------------------------------------

        001545813


        Bush, Laura M                      Unknown
        129 Beth Manor Dr
        Prattville       AL 36066
------------------------------------------------------------------------

        001526978


        Bush, Robert J.                    Unknown
        5855 Old Oakridge Rd apt 704
        Greensboro       NC 27410
------------------------------------------------------------------------

        001465848


        Bush, Steven V.                    Unknown
        101 Via Tapia
        Spring Valley    CA 91977
------------------------------------------------------------------------

        001608817


        Bush, Zelma F.                     Unknown
        7270 Hwy 72
        Athens           AL 35611
------------------------------------------------------------------------
```

```
JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE        Page 197 197
                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001506748


        Buss, Bradley D.                       Unknown
        112 Arroyo Grande Way
        Los Gatos        CA 95032
---------------------------------------------------------------------------
        001482745


        Buss, Nancy E                          Unknown
        112 Arroyo Grande Way
        Los Gatos        CA 95030
---------------------------------------------------------------------------
        001469802


        Bussey, Peggy J.                       Unknown
        134 Fawn Trail
        Graham           TX 76450
---------------------------------------------------------------------------
        001528040


        Buster, Thomas E.                      Unknown
        P.O. Box 7911
        Branson          MO 65615
---------------------------------------------------------------------------
        001557941


        Bustos, Laura L.                       Unknown
        9216 N. County Rd. 7
        Wellington       CO 80549
---------------------------------------------------------------------------
        001582498


        Butcher, Jerrold D.                    Unknown
        10870 Crosstie Road, East
        Jacksonville     FL 32257
---------------------------------------------------------------------------
        001585013


        Butler Jr., Donald W                   Unknown
        907 Idlewild CT
        Franklin         TN 37069
---------------------------------------------------------------------------
        001593237


        Butler, Anne B.                        Unknown
        1 Wilson Ave.
        Ozark            AL 36360
---------------------------------------------------------------------------
        000147624


        Butler, Brian E.                       Unknown
        4605 Olympia
        Mesquite         TX 75150
---------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE
                          Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001496062


        Butler, Donna J.                     Unknown
        136 Westbury
        Ponca City        OK 74601
------------------------------------------------------------------------------

        001523168


        Butler, Irene D.                     Unknown
        Route 10 Box 140-A
        Andalusia         AL 36420
------------------------------------------------------------------------------

        001591366


        Butler, Janet C.                     Unknown
        10949 S. Conestoga Drive
        Spanish Fork      UT 84660
------------------------------------------------------------------------------

        001610221


        Butler, Kate M                       Unknown
        1450 Buffehr Creek Road
        Vail              CO 81657
------------------------------------------------------------------------------

        001467898


        Butler, Kathy G.                     Unknown
        P.O. Box 742
        Vidalia           GA 30475
------------------------------------------------------------------------------

        000122895


        Butler, Kenetha D.                   Unknown
        1304 Paintbrush
        Mesquite          TX 75149
------------------------------------------------------------------------------

        000151497


        Butler, Lana C.                      Unknown
        Po Box 774
        Taylorsville      MS 39168
------------------------------------------------------------------------------

        000138689


        Butler, Mona L.                      Unknown
        4612 Gleneagle
        Mesq              TX 75150
------------------------------------------------------------------------------

        001491957


        Butler, Monte L.                     Unknown
        6210 South Zero
        Ft. Smith         AR 72903
------------------------------------------------------------------------------
```

                   Unsecured Creditors -- Sales Representatives

        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code            of Claim

        000121816

        Butler, Patricia J.                  Unknown
        2400 Arrowhead Dr. #139
        Abilene         TX 79606
---------------------------------------------------------------------------
        001580597

        Butler, Paul                         Unknown
        1505 21st AVE. NORTH
        Nashville       TN 37208
---------------------------------------------------------------------------
        000109265

        Butler, Rhonda M.                    Unknown
        113 Bayberry Dr.
        Bamberg         SC 29003
---------------------------------------------------------------------------
        001516415

        Butler, Wilbert                      Unknown
        5 Trident Place
        Durham          NC 27707
---------------------------------------------------------------------------
        001527377

        Butner, Brandy C.                    Unknown
        107 Hidden Hills Lane
        Pinnacle        NC 27043
---------------------------------------------------------------------------
        000129042

        Buttelman, Karen                     Unknown
        302 5Th Ave East
        Three Forks     MT 59752
---------------------------------------------------------------------------
        001570713

        Butterfield, Paula C.                Unknown
        404 W. Main
        Bozeman         MT 59771
---------------------------------------------------------------------------
        001484546

        Butts III, Leverett B.               Unknown
        5170 South HWY 27 A
        Moreland        GA 30259
---------------------------------------------------------------------------
        000141905

        Butts, Charlotte T.                  Unknown
        165 Frances Shirey way
        Newnan          GA 30263
---------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001557791

Buzard, James C.                     Unknown
668 W 126 Hwy
McCUNE            KS 66753
------------------------------------------------------------------------

001533624

Buzard, Rick                         Unknown
201 East 177 Street
Belton            MO 64012
------------------------------------------------------------------------

001533370

Buzzelle, Follette S.                Unknown
8349 Parkbrook Street
San Diego         CA 92114
------------------------------------------------------------------------

001588816

Buzzelli-Ault, Barb                  Unknown
PO BOX 307
Homer             AK 99603
------------------------------------------------------------------------

001571845

Buzzy Jr., Ernest F.                 Unknown
700 Carmel Street
Virginia Beach    VA 23457
------------------------------------------------------------------------

001459540

Buzzy Sr., Ernest F                  Unknown
1428 Laurel View Dr.
Virginia Beach    VA 23451.
------------------------------------------------------------------------

001557817

Byars, Marty L.                      Unknown
1617 River Chase Trail
Duluth            GA 30096
------------------------------------------------------------------------

001566023

Byars, Stan                          Unknown
1208 San Pedro N.E. #243
Albuqerque        NM 87110
------------------------------------------------------------------------

000137830

Byerly, Daniel R                     Unknown
Po Box 381
Hamlin            TX 79520
------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001464752 | |
| Byers II, Earl L<br>1160 W Ocean View Ave Apt D<br>Norfolk       VA 23503 | Unknown |
| 000150882 | |
| Byers, Deanna M.<br>318 W. Cleveland<br>Pratt       KS 67124 | Unknown |
| 001584027 | |
| Byers, Melba D.<br>112 E South St<br>Madisonville   TX 77864 | Unknown |
| 001537946 | |
| Byers, Patricia A.<br>3 Gene Drive<br>Lawrenceburg   TN 38464 | Unknown |
| 000136672 | |
| Byram, Edgar J.<br>Route 8 Box 210<br>Waco       TX 76705 | Unknown |
| 001556774 | |
| Byrd, Charlotte C<br>1735 Indian Ridge Dr<br>Woodstock    GA 30189 | Unknown |
| 001511521 | |
| Byrd, Eula J.<br>1002 Miller Rd.<br>Hodges       SC 29653 | Unknown |
| 001489925 | |
| Byrd, Heidi S.<br>15903 356th Ave. S.E.<br>Sultan       WA 98294 | Unknown |
| 000119101 | |
| Byrd, Johnny C.<br>337 High Hope Rd.<br>Sulphur      LA 70663 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001581780 | |
| Byrd, Marcia V.<br>13075 Addison Road<br>Roswell          GA 30075 | Unknown |
| 000162098 | |
| Byrd, Stacy<br>179 Denton Road<br>Quitman          LA 71268 | Unknown |
| 001573335 | |
| Byrd, Vicky V.<br>605 Ervin Cotton Rd.<br>Eros             LA 71238 | Unknown |
| 000131062 | |
| Byrnes, Rashel Lynn<br>2620 Valencia<br>Bellingham       WA 98226 | Unknown |
| 000130748 | |
| Byrnes, Renee L.<br>2620 Valencia<br>Bellingham       WA 98226 | Unknown |
| 000130874 | |
| Byrnes, Riann M.<br>2620 Valencia Street<br>Bellingham       WA 98226 | Unknown |
| 001583544 | |
| Bywaters, Dawn R.<br>4301 Charlemagne Court<br>Austin           TX 78727 | Unknown |
| 001553257 | |
| C&C Canines<br>1506 S Madison<br>Webb City        MO 64870 | Unknown |
| 001571855 | |
| Cabalic, Brian S.<br>8397 Rimridge Ln.<br>San Diego        CA 92126 | Unknown |

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code            of Claim


        001578827


        Caballa, Winston L.                  Unknown
        14262 Jennings Vista Dr.
        Lakeside        CA 92040
-----------------------------------------------------------------------------
        001583043


        Cabarett, Delma                      Unknown
        509 Oie/ Box 366
        Scobey          MT 59263
-----------------------------------------------------------------------------
        001460772


        Cable, Mary S.                       Unknown
        858 Gilmer
        Sulphur Springs   TX 75482
-----------------------------------------------------------------------------
        000155033


        Cabrera, Julie                       Unknown
        1203 Lake Elmo Dr G229
        Billings        MT 59105
-----------------------------------------------------------------------------
        001546756


        Caceres, Dee Anna F.                 Unknown
        345 Cambridge St.
        Kansas City     KS 66103
-----------------------------------------------------------------------------
        001573332


        Cade, Jana R.                        Unknown
        2701 Shelley Circle
        Lincoln         NE 68506
-----------------------------------------------------------------------------
        001553913


        Cade, Mildred S.                     Unknown
        83 Horseshoe Bend Rd.
        Leoma           TN 38468
-----------------------------------------------------------------------------
        001583054


        Cady, Jamie R.                       Unknown
        206 Sprucewood Drive
        Summerville     SC 29485
-----------------------------------------------------------------------------
        001537341


        Caffey, Suzette                      Unknown
        14115 Jade Meadow
        Houston         TX 77062
-----------------------------------------------------------------------------
```

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000149657 | |
| Caffrey, Brandon G<br>12006 N.E. 204th PL, Apt B-302<br>Bothel         WA 98011 | Unknown |
| 000131004 | |
| Caffrey, Sally L.<br>333 Andover Dr. Apt. 257<br>Burbank        CA 91504 | Unknown |
| 000116871 | |
| Cagle, Dorothy D.<br>2309 Gladstone Drive N.E.<br>Huntsville     AL 35811 | Unknown |
| 001480914 | |
| Cagle, Tina M.<br>20 Whiting Street<br>Bath           NY 14810 | Unknown |
| 000130447 | |
| Cahoon, Melanie L.<br>1604 W. 14Th<br>Kennewick      WA 99337 | Unknown |
| 001592054 | |
| Cai, Jian Hong<br>40-26 70 St. 3 FL<br>Woodside       NY 11377 | Unknown |
| 000161473 | |
| Cai, Jiansheng<br>42-40 Bowne St Apt 2D<br>Flushing       NY 11355 | Unknown |
| 001579466 | |
| Cai, Jin Jc.<br>7780 MCCALLUM BLVD  Apt#25315<br>Dallas         TX 75252 | Unknown |
| 001611180 | |
| Cai, Jun<br>4407 S Joplin Way<br>Aurora         CO 80015 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and | | Total Amt |
|---|---|---|
| Mailing Address/ Zip Code | | of Claim |

001578003

Cai, Qiming                          Unknown
2704 Sowerby Dr
Plano           TX 75093
-----------------------------------------------------------------------

001560257

Cai, Xiao-Jing                       Unknown
10024 E. Valley Blve.Apt.#134
Elmonte         CA 91731
-----------------------------------------------------------------------

001550333

Cain, Charlene A.                    Unknown
W4561 Chappa Road
Berlin          WI 54923
-----------------------------------------------------------------------

001514027

Cain, Vicki                          Unknown
1942 Little Lane
Quinlan         TX 75474
-----------------------------------------------------------------------

001607941

Caindec Maria Corazon J              Unknown
20211 105Th Ave Se
Kent            WA 98031
-----------------------------------------------------------------------

001470563

Caissert, Cindy A.                   Unknown
915 S. Lake
Miles City      MT 59301
-----------------------------------------------------------------------

001577423

Calcote, Frank E.                    Unknown
190 Telfair Court
Summerville     SC 29485
-----------------------------------------------------------------------

000138632

Calcote, Robert D.                   Unknown
163 Rutledge Avenue
Charleston      SC 29403
-----------------------------------------------------------------------

001581258

Calderon, Gabriel                    Unknown
102 Hester
Donna           TX 78537
-----------------------------------------------------------------------

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001596370


        Calderon, Jose Dejesus               Unknown
        1405 N. Lugo Ave. Apt D.
        San Bernardino      CA 92404
------------------------------------------------------------------------

        001586206


        Calderon, Sonia                      Unknown
        13 Rowland Street
        Newark              NJ 07104
------------------------------------------------------------------------

        000104877


        Caldwell, Brenda B.                  Unknown
        7143 Meeting St
        Charlotte           NC 28210
------------------------------------------------------------------------

        001596563


        Caldwell, Cheryl L.                  Unknown
        2811 Ne 53Rd Street
        Lighthouse Pt.      FL 33064
------------------------------------------------------------------------

        001542967


        Caldwell, Greg                       Unknown
        223 Coventry Ct.
        Ormona Beach        FL 32174
------------------------------------------------------------------------

        001579536


        Caldwell, Jr. John H.                Unknown
        1078 Heritage Dr.
        Guntersville        AL 35976
------------------------------------------------------------------------

        001572458


        Caldwell, Kristi V.                  Unknown
        216 E. Omega
        Henrietta           TX 76365
------------------------------------------------------------------------

        001492985


        Caldwell, Laurie F.                  Unknown
        391 Fern House Walk
        Mt. Pleasant        SC 29464
------------------------------------------------------------------------

        000154681


        Caldwell, Marianne G.                Unknown
        412 Vinca View
        Mt. Pleasant        SC 29464
------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


Creditors Names and                        Total Amt
Mailing Address/ Zip Code                  of Claim


001507087


Caldwell, Rebecca F.                       Unknown
215 Timber Lane
Anderson          SC 29621
-------------------------------------------------------------------------------

001565033


Caldwell, Rebecca J.                       Unknown
2128 Gemini Street
Houston           TX 77058
-------------------------------------------------------------------------------

001531819


Caldwell, Robin C.                         Unknown
735 Fieldstone Dr. NE Apt. 202
Leesburg          VA 20176
-------------------------------------------------------------------------------

001606297


Caldwell, Terri L                          Unknown
2063 Wrightwood Rd
Augusta           GA 30904
-------------------------------------------------------------------------------

001489490


Caldwell, Tommee C.                        Unknown
P.O. Box 251
Arcadia           LA 71001
-------------------------------------------------------------------------------

001598181


Calhoun, Alvine                            Unknown
656 S 37th Street
Louisville        KY 40211
-------------------------------------------------------------------------------

001528817


Calhoun, Carolyn E.                        Unknown
111 W. Belknap
Jacksbo           TX 76458
-------------------------------------------------------------------------------

001542159


Calhoun, David L.                          Unknown
9614 Greenville Ave.
Dallas            TX 75243
-------------------------------------------------------------------------------

001494200


Calhoun, Hugh                              Unknown
160 Huey Calhoun Rd
Calhoun           LA 71225
-------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001534060


Calhoun, Roy A.                         Unknown
3648 Brookwood Dr.
Slidell          LA 70458
--------------------------------------------------------------------
001605175


Call, Barry                             Unknown
238 Mookua St.
Kailua           HI  96734
--------------------------------------------------------------------
001563383


Callahan, Joy M.                        Unknown
1895 Barnes Mill Rd
Marietta         GA 30062
--------------------------------------------------------------------
001562919


Callahan, Mary A.                       Unknown
3914 N.E. 65 St.
Seattle          WA 98115
--------------------------------------------------------------------
001476484


Callahan, R. Bruce                      Unknown
5810 West Useless Bay Ave.
Langley          WA 98260
--------------------------------------------------------------------
001467787


Callahan, Regina B.                     Unknown
1031 E. Angela
Gonzales         LA 70737
--------------------------------------------------------------------
000129795


Callaway, Cheryl R.                     Unknown
7790 Murphy Rd
Melba            ID 83641
--------------------------------------------------------------------
000136379


Callegari, Cecilia S.                   Unknown
3703 Chadwell Glen
Houston          TX 77082
--------------------------------------------------------------------
000119028


Callens, Penny M.                       Unknown
1903 Palermo Dr.
Sulphur          LA 70663
--------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                 Total Amt
Mailing Address/ Zip Code            of Claim


001494752


Calles, Zachary K.                   Unknown
504 Edwin Dr.
Virginia Beach     VA 23462
---------------------------------------------------------------------
001540224


Callihan, Marilyn E.                 Unknown
4409 Edgewood Road
Louisville         TN 37777
---------------------------------------------------------------------
001613487


Callison, Louise R.                  Unknown
19198 County Road 15
Del Norte          CO 81132
---------------------------------------------------------------------
001585903


Calvin, Brian Leon                   Unknown
P.O. Box 546
Alba               MO 64830
---------------------------------------------------------------------
001465100


Camacho, Jo Ann                      Unknown
7219 Bender Road
Humble             TX 77396
---------------------------------------------------------------------
001581680


Camarillo, Gilbert H.                Unknown
5023 Polk
Houston            TX 77023
---------------------------------------------------------------------
001537513


Cambell, Rebecca J.                  Unknown
663 Corinth Church Rd.
Rock Island        TN 38581
---------------------------------------------------------------------
001606964


Camberg, Jason L                     Unknown
1102 N.E. 60th
Portland           OR 97213
---------------------------------------------------------------------
001546666


Camentz, Albert E.                   Unknown
13500 Siesta Pines Ct., #302
Ft. Myers          FL 33908
---------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001568355


Cameron, Barbara L.                    Unknown
342 Alturas Dr.
Twin Falls        ID 83301
------------------------------------------------------------------------

001459345


Cameron, Christine S.                  Unknown
P.O. Box 869
Lincolnton        GA 30817
------------------------------------------------------------------------

001548415


Cameron, Ronald T.                     Unknown
2371 Parrish Cemetery Rd.
Jacksonville      FL 32221
------------------------------------------------------------------------

001514993


Camfield, Mark A.                      Unknown
1117 Milford Street
Houston           TX 77006
------------------------------------------------------------------------

001524810


Camlin, Don                            Unknown
11927 W 58th Terr Suite A
Lenexa            KS 66216
------------------------------------------------------------------------

001485018


Cammarn, Irene G.                      Unknown
336 Eveningside
Emporia           KS 66801
------------------------------------------------------------------------

000146060


Camp, James J.                         Unknown
Rt 1 Box 297
Rockford          AL 35136
------------------------------------------------------------------------

001604647


Campbell Theresa H                     Unknown
106 Meadowville Court
Winchester        VA 22602
------------------------------------------------------------------------

001533404


Campbell, Amber D.                     Unknown
1508 Del Carlo Circle
Seagoville        TX 75159
------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page 5   211

Unsecured Creditors -- Sales Representatives


Creditors Names and                        Total Amt
Mailing Address/ Zip Code                  of Claim


001604181


Campbell, Andy                             Unknown
1780 Goodhue
Anaheim          CA 92804
--------------------------------------------------------------------------

001583618


Campbell, Brian L.                         Unknown
105 Sunshine Acres
Eugene           OR 97401
--------------------------------------------------------------------------

001546755


Campbell, Carol                            Unknown
5512 Willow Wood Ln.
Dallas           TX 75252
--------------------------------------------------------------------------

001554594


Campbell, Christopher D.                   Unknown
8125 Eagle Mt. Dr.
Ft. Worth        TX 76135
--------------------------------------------------------------------------

001577930


Campbell, David G.                         Unknown
3833 Telegraph Ave Unit 4
Oakland          CA 946092436
--------------------------------------------------------------------------

001576117


Campbell, David R.                         Unknown
1302 E. 134Th Terr
Grandview        MO 64030
--------------------------------------------------------------------------

001562903


Campbell, Diana M.                         Unknown
7410 Dead Goat Rd
Clinton          WA 98236
--------------------------------------------------------------------------

000113764


Campbell, George Anthony                   Unknown
P.O. Box 2548
Columbus         GA 31902
--------------------------------------------------------------------------

001612368


Campbell, Helen                            Unknown
3833 Telegraph Ave Apt 4
Oakland          CA 94609
--------------------------------------------------------------------------

                    Unsecured Creditors -- Sales Representatives


     Creditors Names and                    Total Amt
     Mailing Address/ Zip Code              of Claim


     001590157


     Campbell, Inc.                          Unknown
     1338 13th Ave.
     Columbus        GA 31902
-----------------------------------------------------------------------
     001559152


     Campbell, Jeff D.                       Unknown
     916 Carpenter St.
     Azle            TX 76020
-----------------------------------------------------------------------
     001583187


     Campbell, Jr., Thomas D.                Unknown
     551 Blueridge Crossing
     Evans           GA 30809
-----------------------------------------------------------------------
     001546765


     Campbell, Judi A.                       Unknown
     385 Spring Gap Rd.
     Crossville      TN 38555
-----------------------------------------------------------------------
     001600344


     Campbell, Leo F.                        Unknown
     9670 Rte. 36
     Dansville       NY 14437
-----------------------------------------------------------------------
     001567034


     Campbell, Lori L.                       Unknown
     319 Jago St.
     Valdez          AK 99686
-----------------------------------------------------------------------
     000117071


     Campbell, Margaret                      Unknown
     405 Oliver Trail Ln.
     Phenix City     AL 36867
-----------------------------------------------------------------------
     001514782


     Campbell, Marty L.                      Unknown
     6406 Burgoyne
     Houston         TX 77057
-----------------------------------------------------------------------
     001461863


     Campbell, Mary Suzanne                  Unknown
     6040 W 50th
     Mission Johnson    KS 66202
-----------------------------------------------------------------------

                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                   Total Amt
        Mailing Address/ Zip Code             of Claim


        001602132


        Campbell, Richard S.                  Unknown
        22860 Catmint Circle
        Moreno Valley      CA 92557
--------------------------------------------------------------------------------

        001586050


        Campbell, Ron D.                      Unknown
        490 Ina Lane
        Oxford             AL 36203
--------------------------------------------------------------------------------

        001602828


        Campbell, Shannon R                   Unknown
        513 Shady Ln
        Sulphur            LA 70663
--------------------------------------------------------------------------------

        001604534


        Campbell, William                     Unknown
        6404 Industrial
        Sachase            TX 75048
--------------------------------------------------------------------------------

        001499008


        Camps, Helena A.                      Unknown
        3006 Tanglewood Trail
        Spring Branch      TX 78070
--------------------------------------------------------------------------------

        001539766


        Camyge, Inc.                          Unknown
        2014 W. Pinhook Rd. #503
        Lafayette          LA 70508
--------------------------------------------------------------------------------

        001511818


        Can, Albert                           Unknown
        1112 Saga Street
        Glendora           CA 91741
--------------------------------------------------------------------------------

        001467707


        Can, Angie                            Unknown
        19004 LA  Fetra Dr.
        Glendora           CA 91741
--------------------------------------------------------------------------------

        001489322


        Canada, Michael L.                    Unknown
        P.O. Box 1632
        Homer              AK 99603
--------------------------------------------------------------------------------

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


000160723


Canady, Barbara                        Unknown
1085 Cherry Hill Rd.
Princeton        NJ 08540
--------------------------------------------------------------------------------
001550468


Canafax, Diane C                       Unknown
4120 Rivercrest Dr.
Wichita          TX 76309
--------------------------------------------------------------------------------
000152147


Canard, Kim W.                         Unknown
201 Aristotle Drive
Lafayette        LA 70508
--------------------------------------------------------------------------------
001570241


Candelaria, Vangie M.                  Unknown
#40 C R 5010
Bloomfield       NM 87413
--------------------------------------------------------------------------------
001572678


Canell Jr., Raymond A.                 Unknown
4827 268 St. N.W.
Stanwood         WA 98292
--------------------------------------------------------------------------------
001574736


Canell, Peggy N.                       Unknown
10828 20Th St. Se
Everett          WA 98205
--------------------------------------------------------------------------------
001573462


Canell, Ray A.                         Unknown
315 N. Carpenter Road
Snohomish        WA 98290
--------------------------------------------------------------------------------
001573465


Canell, Travis J.                      Unknown
32117 81 Dr N.W.
Stanwood         WA 98292
--------------------------------------------------------------------------------
001470747


Canen, Stacie L                        Unknown
Po Box 22
Hinsdale         MT 59241
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code            of Claim


        001503238


        Canete, Evelyn L.                    Unknown
        430 Salinas St.
        Salinas          CA 93901
------------------------------------------------------------------------------

        001602610


        Canfield, Matthew J.                 Unknown
        966 S.W. 15th Place
        Cape Coral       FL 33991
------------------------------------------------------------------------------

        001579179


        Cannarella, Geri A.                  Unknown
        1315 S.E. 47th St.
        Cape Coral       FL 33904
------------------------------------------------------------------------------

        000118754


        Cannella, Enrico V.                  Unknown
        4207 Earl Drive
        Alexandria       LA 71303
------------------------------------------------------------------------------

        000103908


        Canning Jr., Michael F.              Unknown
        15 Mooring Point Court
        Annapolis        MD 21403
------------------------------------------------------------------------------

        001583761


        Cannizzaro, Salvador N.              Unknown
        12554 Ellis Jourdan Rd.
        Folsom           LA 70437
------------------------------------------------------------------------------

        000151613


        Cannon, Judith K.                    Unknown
        #8 Lake Dr.
        Round Rock       TX 78664
------------------------------------------------------------------------------

        001586799


        Cannon, Mark A.                      Unknown
        2721 Primrose
        Rowlett          TX 75088
------------------------------------------------------------------------------

        001507624


        Cannon, Warren D.                    Unknown
        8400 Columbia Falls
        Round Rock       TX 78681
------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001542059

Cannova, Salvatore P.                    Unknown
4524 S Skyview Dr.
Lee'S Summit       MO 64064

------------------------------------------------------------------

001575509

Cansler, Ronald B.                       Unknown
210 Bartlet Street
Reno              NV 89503

------------------------------------------------------------------

001524606

Cantonwine, Florence M.                  Unknown
210 4Th Ave.
Longmont          CO 80501

------------------------------------------------------------------

001473277

Cantrell, Carolyn                        Unknown
7440 Hwy 17
Houston           MO 65483

------------------------------------------------------------------

001564971

Cantu, Sandra S.                         Unknown
4126 Congressional
Corpus Christi     TX 78413

------------------------------------------------------------------

000161863

Canyon Village Water Sys., Inc           Unknown
3120  W. 4th Ave
Kennewick         WA 99336

------------------------------------------------------------------

001504285

Cape, Carol L.                           Unknown
1784 Gibson Ave.
Myrtle Beach      SC 29575

------------------------------------------------------------------

001577648

Capeheart, Nancy                         Unknown
4153 Western Dr.
Corpus Christi     TX 78410

------------------------------------------------------------------

001522532

Capital Investments                      Unknown
18352 Dallas Pkwy.
Dallas            TX 75287

------------------------------------------------------------------

```
Creditors Names and                  Total Amt
Mailing Address/ Zip Code            of Claim

000154484


Capitol Dynamics Fin. Group          Unknown
411 Jackson Park Rd
Kannapolis        NC 28083
---------------------------------------------------------------------

001555673


Capps, Gaylen O.                     Unknown
3201 Sieber
Arlington         TX 76016
---------------------------------------------------------------------

000147969


Caragher, Susan M.                   Unknown
8524 Collette Ln.
Hickory Hills     IL 60457
---------------------------------------------------------------------

000121314


Caraway, Billy M.                    Unknown
1040 Hargis Lane
Moore             OK 73160
---------------------------------------------------------------------

001519340


Carballo, James D.                   Unknown
2609 Scott Street
Hollywood         FL 33020
---------------------------------------------------------------------

001586250


Carbaugh, Brian                      Unknown
8726 Collins Road
Sedro Woolley Skagi WA 98284
---------------------------------------------------------------------

001549625


Card, Benjamin                       Unknown
306 So. 230 W.
Orem              UT 84058
---------------------------------------------------------------------

000124099


Carden, Dorothy J.                   Unknown
6511 Gaston
Dallas            TX 75214
---------------------------------------------------------------------

001557665


Cardet, Megan                        Unknown
9803 Radley Dr.
Sugarland         TX 77478
---------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001606752


        Cardin, Aaron M.                      Unknown
        31815 77th Dr. N.W.
        Stanwood          WA 98292
-----------------------------------------------------------------------------------
        001573486


        Cardin, Beatrice M.                   Unknown
        5013 1/2 268 Th St N W
        Stanwood          WA 98292
-----------------------------------------------------------------------------------
        001574747


        Cardin, Mary A.                       Unknown
        4027 Totem Park Ln.
        Arlington         WA 98223
-----------------------------------------------------------------------------------
        001586283


        Cardin, Michael T.                    Unknown
        31815 77Th Drive N.W.
        Stanwood          WA 98292
-----------------------------------------------------------------------------------
        001579578


        Cardinale, Sherry L.                  Unknown
        C/O 1604 22Nd St. #2
        Bellingham        WA 98225
-----------------------------------------------------------------------------------
        001583302


        Cardosi, James A                      Unknown
        2065 South Hieland Road
        St Anne           IL 60964
-----------------------------------------------------------------------------------
        001581101


        Carey, Dirk A. *                      Unknown
        9953 Gum Rd
        Neosho            MO 64850
-----------------------------------------------------------------------------------
        001483863


        Cargile, Sharon                       Unknown
        1708 Anderson Road
        Mt. Vernon        WA 90273
-----------------------------------------------------------------------------------
        000108545


        Carle, Annette G.                     Unknown
        6855 Hwy 701 N.
        Conway            SC 29526
-----------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
          Creditors Names and               Total Amt
          Mailing Address/ Zip Code         of Claim


          001609563


          Carleton, Ir Richard F.           Unknown
          Po Box 3964
          Tupelo          MS 38803
------------------------------------------------------------------------------

          001558166


          Carleton, Robertine               Unknown
          4500 South Ocean Blvd. 409
          Palm Beach      FL 33480
------------------------------------------------------------------------------

          001609565


          Carleton, Sr Richard F.           Unknown
          223A Country Rd 53
          Tupelo          MS 38801
------------------------------------------------------------------------------

          001592171


          Carlisle, Dianne                  Unknown
          513 South Dresden Court
          Shreveport      LA 71115
------------------------------------------------------------------------------

          001529720


          Carlisle, Margaret E.             Unknown
          3850 Galleria Woods Drive
          Birmingham      AL 35244
------------------------------------------------------------------------------

          001609340


          Carlisle, Mark A.                 Unknown
          426 Walnut Grove Rd
          New Market      AL 35761
------------------------------------------------------------------------------

          001512163


          Carlisle, Nettie J.               Unknown
          3317 Mountain Side Rd.
          Birmingham      AL 35243
------------------------------------------------------------------------------

          001542480


          Carlisle, Rosa R.                 Unknown
          21546 Woodstork Lane
          Lutz            FL 33549
------------------------------------------------------------------------------

          000153531


          Carlos, Cerney C.                 Unknown
          614 Lumfox
          Winnfield       LA 71483
------------------------------------------------------------------------------
```

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001560521


        Carlson Jr., Ivan J.                    Unknown
        Po Box 541
        LaCONNER          WA 98257
----------------------------------------------------------------------------------

        000153219


        Carlson Jr., John E.                    Unknown
        1500 W. Esplanade Ave
        Kenner            LA 70065
----------------------------------------------------------------------------------

        001492040


        Carlson, Bobbi J.                       Unknown
        1599 Mclean Road
        Mt. Vernon        WA 98273
----------------------------------------------------------------------------------

        001580097


        Carlson, Carole D                       Unknown
        165 Ludwell Court
        ALpharetta        GA 30022
----------------------------------------------------------------------------------

        001614238


        Carlson, Carrie                         Unknown
        7160 Mecklen Road
        Everson           WA 98247
----------------------------------------------------------------------------------

        001551590


        Carlson, Garry                          Unknown
        903 Vicky Place
        Camano Island     WA 98292
----------------------------------------------------------------------------------

        001584760


        Carlson, Larry P.                       Unknown
        9010 Cypresswood
        Spring            TX 77379
----------------------------------------------------------------------------------

        001599724


        Carlson, Lisa A.                        Unknown
        908 Merrily Drive
        Salina            KS 67401
----------------------------------------------------------------------------------

        001585306


        Carlson, Spencer                        Unknown
        1002 Kingsbridge
        Houston           TX 77073
----------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


000153218


Carlstrom, Richard                       Unknown
639 N. Fisher
Kennewick        WA 99336
------------------------------------------------------------------------

001541574


Carlton, Gerald R.                       Unknown
7303 Curry Drive
The Colony       TX 75056
------------------------------------------------------------------------

001604933


Carlyle, Lisa D.                         Unknown
6200 St. Regis Circle Apt 306
Raleigh          NC 27606
------------------------------------------------------------------------

001608392


Carlyle-Elliott, Cindy                   Unknown
109 Whitehaven Lane
Apex             NC 27502
------------------------------------------------------------------------

001516879


Carman, Charee                           Unknown
555 Hacienda Apt. 207
Campbell         CA 95008
------------------------------------------------------------------------

001523777


Carman, Rex J.                           Unknown
2068 W. 12920 S
Riverton         UT 84065
------------------------------------------------------------------------

001572437


Carmody, Karen S.                        Unknown
613 Lindenwood
Sikeston         MO 63801
------------------------------------------------------------------------

000141199


Carnell, Ginger L                        Unknown
5433 Stonecreek
Laporte          TX 77571
------------------------------------------------------------------------

000137866


Carnell, Timothy E.                      Unknown
4901 Archway
La Porte         TX 77571
------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE            Page: 222
                        Unsecured Creditors -- Sales Representatives

```
          Creditors Names and                  Total Amt
          Mailing Address/ Zip Code             of Claim


          000147999


          Carnevale, J Dale                     Unknown
          4140 Dubois Blvd
          Brookfield      IL 60513
-------------------------------------------------------------------------------
          001609698


          Carney Martha P                       Unknown
          2912 Goldne Birch Ln
          Longwood        FL 32750
-------------------------------------------------------------------------------
          001541133


          Carney, Donald R.                     Unknown
          2311 Bay Blvd #4
          Indian Rock BCH    FL 33785
-------------------------------------------------------------------------------
          001578889


          Carney, Dorothy R.                    Unknown
          320 Tate Rd
          Denham Springs    LA 70726
-------------------------------------------------------------------------------
          001565225


          Carney, Reta L.                       Unknown
          5419 Beverly Lane
          Everett         WA 98203
-------------------------------------------------------------------------------
          001605880


          Caro, Damon A.                        Unknown
          519 Ave G Apt A
          Redondo Beach     CA 90277
-------------------------------------------------------------------------------
          001527469


          Carol Harris Success Devel.Inc        Unknown
          23704-5 El Toro Rd.
          Lake Forest     CA 92630
-------------------------------------------------------------------------------
          001464766


          Carollo, Rebecca T.                   Unknown
          109 Rue Royal
          Slidell         LA 70461
-------------------------------------------------------------------------------
          001598426


          Carolyn A. Gaston                     Unknown
          308 N. Washington
          Livingston      TX 77351
-------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|

001598587

Carolyn J. Garlick                          Unknown
13510 Old 14 Mi. Rd.
Greenville        MI 48838
------------------------------------------------------------------------------

001571613

Carpenter, Barbara J                        Unknown
2300 S R 37
Salem             IL 62881
------------------------------------------------------------------------------

001579381

Carpenter, Herbert L.                       Unknown
529 Raintree Trl.
Lafayette         LA 70507
------------------------------------------------------------------------------

001571397

Carpenter, Jody L.                          Unknown
PO Box 575
Colville          WA 99114
------------------------------------------------------------------------------

001575644

Carpenter, Keith E.                         Unknown
37633 Speidel Dr.
Barnesville       OH 43713
------------------------------------------------------------------------------

001529055

Carpenter, Kenneth R.                       Unknown
2551 Thorp Hwy. South
Ellensburg        WA 98926
------------------------------------------------------------------------------

001495974

Carpenter, Kenneth S.                       Unknown
1101 Park Hill Dr.
Arlington         WA 98223
------------------------------------------------------------------------------

001579210

Carpenter, Kim I.                           Unknown
840 Sonny Boy Lane
Johns Island      SC 29455
------------------------------------------------------------------------------

001569671

Carpenter, Matthew D                        Unknown
151 Ashley Brook Dr
Lula              GA 30554
------------------------------------------------------------------------------

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code            of Claim


        001599458


        Carpenter, Mike S.                   Unknown
        3555 Country Lane
        Salem            IL 62881
--------------------------------------------------------------------------------
        000120246


        Carpenter, Odell C.                  Unknown
        505 Pecan St.
        Winnfield        LA 71483
--------------------------------------------------------------------------------
        001559587


        Carpenter, Rachel J                  Unknown
        1700 SW Burnett Lane
        Beaverton        OR 97008
--------------------------------------------------------------------------------
        000130222


        Carpenter, Zelma M.                  Unknown
        781 Welcome Home Rd.
        Dodson           LA 71422
--------------------------------------------------------------------------------
        001558313


        Carper-Espino, Teresa                Unknown
        9346 Lamerton
        San Antonio      TX 78250
--------------------------------------------------------------------------------
        001608644


        Carr Deborah D                       Unknown
        7117 Dogwood Creek Ln
        Dallas           TX 75252
--------------------------------------------------------------------------------
        001545757


        Carr Jr., Charles W.                 Unknown
        81 Maison Dr.
        Covington        LA 70433
--------------------------------------------------------------------------------
        001559523


        Carr, Angela & Conway                Unknown
        785 Fairview Club circle
        Dacula           GA 30019
--------------------------------------------------------------------------------
        001502004


        Carr, Darrell L.                     Unknown
        1608-A West Jackson Drive
        Charleston       SC 29404
--------------------------------------------------------------------------------
```

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


000158668


Carr, Glenda M.                        Unknown
1110 Park Brook Ct.
Milpitas          CA 95035
--------------------------------------------------------------------------------

001521771


Carr, Jane C.                          Unknown
1725 Terrace Lake Drive
Lawrenceville     GA 30043
--------------------------------------------------------------------------------

000151650


Carr, John A.                          Unknown
1010 South West E Avenue
Lawton            OK 73501
--------------------------------------------------------------------------------

001609601


Carr, Robert E                         Unknown
714 Ne 39Th Terrace
Kansas City       MO 64116
--------------------------------------------------------------------------------

001545743


Carr, Sherry L.                        Unknown
51 Estate Ln.
Forney            TX 75126
--------------------------------------------------------------------------------

001565218


Carr, Tammy L.                         Unknown
710 Bowie
Forney            TX 75126
--------------------------------------------------------------------------------

001458416


Carr, Virginia J                       Unknown
4946 Wilson Sharpsville Rd NE
Fowler            OH 44418
--------------------------------------------------------------------------------

001563002


Carrell, Tommy                         Unknown
Rt. 7 Box 398 D
Montgomery        TX 77356
--------------------------------------------------------------------------------

001535390


Carrera, Brenda J.                     Unknown
1506 A Nolana
McAllen           TX 78504
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code             of Claim


        001517827


        Carrico, Mildred W.                   Unknown
        605 Golfview Terrace
        Lebanon          KY 40033
---------------------------------------------------------------------------------

        001473944


        Carrier, Debbie                       Unknown
        15606 West Lake 128th Street
        Olathe           KS 66061
---------------------------------------------------------------------------------

        001480567


        Carrier, Gary L.                      Unknown
        25541 S. 607 Rd
        Grove            OK 74344
---------------------------------------------------------------------------------

        000107481


        Carrington, Roderick                  Unknown
        2502 Timber Ridge Rd.
        Harrisburg       NC 28075
---------------------------------------------------------------------------------

        001553596


        Carroll, Brandon                      Unknown
        405 1/2 Tidmore Bend Rd.
        Gadsden          AL 35901
---------------------------------------------------------------------------------

        001580032


        Carroll, Linda J.                     Unknown
        3873 Corrales Rd
        Corrales         NM 87048
---------------------------------------------------------------------------------

        001510775


        Carroll, M. David                     Unknown
        36 Panther St.
        Falkville        AL 35622
---------------------------------------------------------------------------------

        001578060


        Carroll, Mary C.                      Unknown
        9404 Bent Tree Circle
        Wichita          KS 67226
---------------------------------------------------------------------------------

        001601010


        Carroll, Michele J.                   Unknown
        2330 Vanguard Way D104
        Costa Mesa       CA 92626
---------------------------------------------------------------------------------
```

                    Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001501762


        Carroll, Sonya L.                    Unknown
        480 Cahaba Springs Drive
        Trussville       AL 35173
--------------------------------------------------------------------------------
        001538806


        Carson, Alice                        Unknown
        27310 Country Pl. N.W.
        Stanwood         WA 98292
--------------------------------------------------------------------------------
        001567641


        Carson, Ed T                         Unknown
        526 Aero View Rd
        Yakima           WA 98908
--------------------------------------------------------------------------------
        001563497


        Carson, Patricia A.                  Unknown
        1973 S. 1900 Rd.
        Wilsey           KS 66873
--------------------------------------------------------------------------------
        001606260


        Carter, Andrea L                     Unknown
        118 First Ave West
        Glen Burnie      MD 21061
--------------------------------------------------------------------------------
        000148582


        Carter, Cathy *                      Unknown
        Po Box 640642
        Kenner           LA 70064
--------------------------------------------------------------------------------
        001606214


        Carter, Cristin M                    Unknown
        118 First Ave West
        Glen Burnie      MD 21061
--------------------------------------------------------------------------------
        000140291


        Carter, Cynthia A.                   Unknown
        903 Binbrook
        Mesquite         TX 75149
--------------------------------------------------------------------------------
        001517311


        Carter, Dawn                         Unknown
        3548 D Meadowglen Village Lane
        Doraville        GA 30340
--------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE        Page: 228
                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                Total Amt
        Mailing Address/ Zip Code          of Claim


        000110107


        Carter, Hansel L.                   Unknown
        120 Merrylane Rd
        Eastover        SC 29044
------------------------------------------------------------------------------
        001605858


        Carter, Jimmy R.                    Unknown
        223 Bonnafield Dr.
        Hermitage       TN 37076
------------------------------------------------------------------------------
        001574702


        Carter, Kevin B.                    Unknown
        5351 Simon Dr.
        Reno            NV 89523
------------------------------------------------------------------------------
        001513768


        Carter, Lucinda N.                  Unknown
        380 West Wedgefield Drive
        Mobile          AL 36608
------------------------------------------------------------------------------
        000146359


        Carter, Mike                        Unknown
        38173 Sawmill Rd.
        New London      NC 28127
------------------------------------------------------------------------------
        001602578


        Carter, Pat A.                      Unknown
        118 First Avenue West
        Glen Burnie     MD 21061
------------------------------------------------------------------------------
        001592232


        Carter, Roy                         Unknown
        3441 Five Points Jewel Road
        Mitchel         GA 30820
------------------------------------------------------------------------------
        001555929


        Carter, Sue Rawls                   Unknown
        2667 S.W. 79Th
        Redmond         OR 97756
------------------------------------------------------------------------------
        001608119


        Cartwright, Candace J.              Unknown
        2905 S. Machias Road
        Sndhomish       WA 98290
------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001466194


Cartwright, Tara L.                    Unknown
Mcalpine Rd.
Sunburst        MT 59482
```
---
```
000113795


Carty, Judy A.                         Unknown
2225 West 124Th Street
Leawood         KS 66209
```
---
```
001478232


Carver, Donald                         Unknown
680 Mathis Airport Rd.
Suwanee         GA 30174
```
---
```
001578138


Carver, Janelle R.                     Unknown
4604 Double Eagle
Collegstat      TX 77845
```
---
```
001473609


Caryl, Beau J.                         Unknown
1933 SW Lane
Topeka          KS 66604
```
---
```
001473785


Caryl, Betty L.                        Unknown
1933 S.W. Lane
Topeka          KS 66604
```
---
```
001474433


Casco Bay Marketing, Inc.              Unknown
11712-C Jefferson Ave. #250
Newport News    VA 23606
```
---
```
001587768


Case, Flora M.                         Unknown
1209 Van Winkle
Joplin          MO 64801
```
---
```
001581858


Case, Jr. Fred                         Unknown
3602 E. 13Th
Joplin          MO 64801
```
---

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001587910

| Case, Thomas J. | Unknown |
| 9163 Cole Lane | |
| Aurora          IN 47001 | |

---

001555776

| Caselli, Susan J. | Unknown |
| 900 Darmstadt Ave | |
| Egg Harbor       NJ 08215 | |

---

001560092

| Casey, Dawn M. | Unknown |
| 1732 Brookwater Place | |
| Amarillo         TX 79124 | |

---

001460893

| Casey, Gerald J | Unknown |
| 3101 Lake St. | |
| Lake Charles     LA 70601 | |

---

001497194

| Casey, Janet H | Unknown |
| 339 North Highland Avenue | |
| Wellsville       NY 14895 | |

---

001468586

| Casey, Sean P. | Unknown |
| 32 Carriage Lane | |
| Lake Charles     LA 70605 | |

---

001488402

| Cashdollar, Charles A. | Unknown |
| 23019 I-45 | |
| Spring           TX 773894211 | |

---

001464446

| Cashmore, Kathleen A. | Unknown |
| 2022 Northridge Circle | |
| Billings         MT 59102 | |

---

001528170

| Casilang, Chona G. | Unknown |
| 7234 Terra Cotta Road | |
| San Diego        CA 92114 | |

---

                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001565297


        Casillas, Louis J.                        Unknown
        884 N. Cholla St.
        Chandler        AZ 85224
--------------------------------------------------------------------------------
        001583895


        Cason, Jack W                             Unknown
        436 Oak St
        Bessemer        AL 35022
--------------------------------------------------------------------------------
        001541079


        Cass, Carmencita D.                       Unknown
        P.O. Box 117
        McKenna         WA 98558
--------------------------------------------------------------------------------
        001565784


        Cassady, Michael A.                       Unknown
        3922 Butternut Dr
        Holland         MI 49424
--------------------------------------------------------------------------------
        001537168


        Cassan, John D.                           Unknown
        105 Ashleigh Lane
        Anaconda        MT 59711
--------------------------------------------------------------------------------
        001517614


        Cassell, Barry A.                         Unknown
        1013 Seneca Place
        Charlotte       NC 28120
--------------------------------------------------------------------------------
        000119312


        Cassell, Croker S.                        Unknown
        3755 Delaware Apt 311
        Beaumont        TX 77706
--------------------------------------------------------------------------------
        001584596


        Cassell, Stefani                          Unknown
        10011 Strawgrass Drive
        Houston         TX 77064
--------------------------------------------------------------------------------
        000102626


        Cassese, Ronald W.                        Unknown
        5805 Cold Harbor Dr.
        Greensboro      NC 27410
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001561629

Castaneda, Louis D.      Unknown
2281 Taft Rd
Allegan     MI 49010

--------------------------------------------------------------------------------

001553417

Castay, Rose M.      Unknown
3765 Barbara Drive
Metairie     LA 70001

--------------------------------------------------------------------------------

001510532

Casteel, Melissa      Unknown
480 Turner Rd
Rose Bud     AR 72137

--------------------------------------------------------------------------------

001584215

Castellana, Nancy B.      Unknown
84 Jordan Lane
Stamford     CT 06903

--------------------------------------------------------------------------------

001560991

Casten, Gerhardt H      Unknown
17W111 Hodges Rd
Oakbrook     IL 60181

--------------------------------------------------------------------------------

001611619

Castiglione, Stanley L.      Unknown
1726 Tamarack Ave.
Carlsbad     CA 92008

--------------------------------------------------------------------------------

000142308

Castille, Angela K.      Unknown
189 Chemin Metairie
Youngsville     LA 70592

--------------------------------------------------------------------------------

000146277

Castille, Judy      Unknown
123 North Long Street
Lafayette     LA 70506

--------------------------------------------------------------------------------

001471736

Castillo,  Carlos J.      Unknown
2330 Sw Ancaster Rd
Topeka     KS 66614

--------------------------------------------------------------------------------

                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001582911


        Castillo, Nancy L.                       Unknown
        Rt. 1 Box 2100
        Donna            TX 78537
-------------------------------------------------------------------------------

        001474311


        Castle, Linda L.                         Unknown
        312 Chase Lane
        Marietta         GA 30068
-------------------------------------------------------------------------------

        001589106


        Castleberry, Hazel                       Unknown
        9830 8Th Ave
        Inglenwood       CA 90305
-------------------------------------------------------------------------------

        000109479


        Caston, H. Russell                       Unknown
        103 South Boyce St.
        Union            SC 29379
-------------------------------------------------------------------------------

        000108497


        Caston, Katherine G.                     Unknown
        103 S. Boyce St.
        Union            SC 29379
-------------------------------------------------------------------------------

        001518309


        Castor, Kathleen S.                      Unknown
        4238 Belfast
        Corpus Christi   TX 78413
-------------------------------------------------------------------------------

        001514418


        Castro, James H.                         Unknown
        4211 Rosegate
        Spring           TX 77373
-------------------------------------------------------------------------------

        001494567


        Castro, Melissa D.                       Unknown
        3410 Morrison #4
        Houston          TX 77009
-------------------------------------------------------------------------------

        001585410


        Cataldo Stephen M.                       Unknown
        413 Griffian Ave Apt 2
        Williamsburg     VA 23185
-------------------------------------------------------------------------------

```
          Creditors Names and              Total Amt
          Mailing Address/ Zip Code        of Claim


          001598946


          Catania, Ruthe F.                Unknown
          4431 Cottage Way
          Sacramento        CA 95864
---------------------------------------------------------------------
          001562220


          Cataudella, Leonard A.           Unknown
          2200 The Strand, Apt. B
          Manhattan Beach   CA 90266
---------------------------------------------------------------------
          001547484


          Cate, Garry L.                   Unknown
          3170 Douglas Dam Rd.
          Kodak             TN 37764
---------------------------------------------------------------------
          001539275


          Catena, Laura                    Unknown
          508 Sunflower
          Red Oak           TX 75154
---------------------------------------------------------------------
          001599489


          Cathey, Andrew J.                Unknown
          315 West 5Th Street
          Fordyce           AR 71742
---------------------------------------------------------------------
          000123057


          Catlin, Carol A.                 Unknown
          P.O. Box 369
          Kaufman           TX 75142
---------------------------------------------------------------------
          001463231


          Catlin, Sandy H.                 Unknown
          6205 Madison Ave.
          Rowlett           TX 75088
---------------------------------------------------------------------
          000108987


          Cato, Eddie  M.                  Unknown
          127 Dusty Ct.
          Lexington         SC 29073
---------------------------------------------------------------------
          001616415


          Catura-Houser, Tim C.            Unknown
          12309 10Th Place N.E
          Seattle           WA 98125
---------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                     INTERNATIONAL HERITAGE            Page: 235

Unsecured Creditors -- Sales Representatives


```
     Creditors Names and                     Total Amt
     Mailing Address/ Zip Code               of Claim


     001575839


     Caudill, Cindy L                        Unknown
     785 Seacrest Lane
     Bow              WA 98232
-------------------------------------------------------------------------------
     001495272


     Caudill, Mary Lou                       Unknown
     9875 Seacrest Ln.
     Bow              WA 98232
-------------------------------------------------------------------------------
     001567476


     Caudle, Dallas G.                       Unknown
     1206 Raleigh Ct.
     Murfreesboro     TN 37130
-------------------------------------------------------------------------------
     000117291


     Caudle, Denny J.                        Unknown
     Post Office 574
     Sylacauga        AL 35150
-------------------------------------------------------------------------------
     000117077


     Caudle, Geraldine                       Unknown
     P.O. Box 783
     Sylacauga        AL 35150
-------------------------------------------------------------------------------
     001475805


     Causey Jr., Samuel R.                   Unknown
     401 Bowling Avenue #19
     Nashville        TN 37205
-------------------------------------------------------------------------------
     001581383


     Causey, C. Dennis                       Unknown
     4850 Hunting Hills Drive
     Roanoke          VA 24014
-------------------------------------------------------------------------------
     001476313


     Cauthen, Dennis J.                      Unknown
     2574 Knotty Pine
     Lancaster        SC 29720
-------------------------------------------------------------------------------
     001578094


     Cavalier Leasing System                 Unknown
     4400-A Ambassador Caffery
     Lafayette        LA 70508
-------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001485877


Cavaretta, Donna M.                    Unknown
365 windchester Circle
Mandeville        LA 70448
-----------------------------------------------------------------------------------

001498463


Cavazos, Yvette G.                     Unknown
3307 North 21 1/2
McAllen           TX 78501
-----------------------------------------------------------------------------------

001513950


Cawthron, Derrick                      Unknown
1439 Palmnoid Cir. East
Fort Worth        TX 76120
-----------------------------------------------------------------------------------

001583048


Cawyer, Fred                           Unknown
5116 Margaret Ave.
Corpus Christi    TX 78407
-----------------------------------------------------------------------------------

001587972


Cawyer, Greg N.                        Unknown
2842 Tuscarora
Corpus Christi    TX 78410
-----------------------------------------------------------------------------------

001585859
   .

Cawyer, Heather                        Unknown
2002 Airline #416
Corpus Christi    TX 78418
-----------------------------------------------------------------------------------

001599928


Caylor, Carmen L.                      Unknown
1311 Shady Lane
Joplin            MO 64804
-----------------------------------------------------------------------------------

001567650


Caylor, Mark T.                        Unknown
109 S. Georgia Ave.
Mobile            AL 36604
-----------------------------------------------------------------------------------

000129832


Caywood, Desiree                       Unknown
11700 Iowa Ave.
Nampa             ID 83686
   .
-----------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code             of Claim


        001533411


        Cazalas, Herman C.                    Unknown
        7805 Etienne
        Corpus Christi     TX 78414
--------------------------------------------------------------------------------
        001526306


        Cazzell, Stephen A.                   Unknown
        P.O. Box 32
        Mosby              MO 64073
--------------------------------------------------------------------------------
        001472339


        Cecchini, Leo Al.                     Unknown
        4330 Springhill Dr.
        Tuscaloosa         AL 35405
--------------------------------------------------------------------------------
        001586907


        Cecere, Gloria                        Unknown
        2310 S W Blaine Ter
        Port St. Louie     FL 34953
--------------------------------------------------------------------------------
        000147753


        Cecil, Colleen                        Unknown
        410 3rd STREET
        Abernathy          TX 79311
--------------------------------------------------------------------------------
        001570250


        Cecil, Jason G.                       Unknown
        205 E. Lanyon
        Frontenac          KS 66763
--------------------------------------------------------------------------------
        001537863


        Ceder, Betsy                          Unknown
        4434 Strohm Avenue
        Taluca Lake        CA 91602
--------------------------------------------------------------------------------
        000159122


        Cekovsky, Linda and Rick              Unknown
        8530 Darnell
        Lenexa             KS  66215
--------------------------------------------------------------------------------
        001553349


        Cekovsky, William C.                  Unknown
        85 Yorktown Rd
        Southington        CT 06489
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


```
        Creditors Names and                Total Amt
        Mailing Address/ Zip Code           of Claim


        001560762


        Celix, Van G.                       Unknown
        21520-73Rd. P. West Apt. A
        Edmonds         WA 98026
----------------------------------------------------------------------------

        001607952


        Celmer, Shirley L.                  Unknown
        1015 Aolda Place
        Kailua          HI 96734
----------------------------------------------------------------------------

        001515399


        Center, Susan                       Unknown
        1320 Sweet Woods Dr.
        Lawrenceville   GA 30244
----------------------------------------------------------------------------

        001595754


        Cepeda, Maria A.                    Unknown
        523 Pampa
        Pasadena        TX 77504
----------------------------------------------------------------------------

        001595746


        Cerney, Terry L.                    Unknown
        2221 Muldoon Rd. #575
        Anchorage       AK 99504
----------------------------------------------------------------------------

        001607343


        Cervants, Juan M.                   Unknown
        2418 Se Burnside Road #155
        Gresham         OR 97080
----------------------------------------------------------------------------

        001564939


        Cervik, Christopher P.              Unknown
        105 N. Monroe
        Hebron          IN 46341
----------------------------------------------------------------------------

        000157302


        Cesari, Camille L.                  Unknown
        370 Ogden Ave.
        Jersey City     NJ 07307
----------------------------------------------------------------------------

        001614655


        Cesari, Carina B                    Unknown
        165 W 81St St  #3B
        New York        NY 10024
----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


000159317


Cesari, Carina, Inc.                     Unknown
165 W. 81St St.  Suite 3B
New York          NY 10024
--------------------------------------------------------------------------

001464793


Cesari, Lucy M.                          Unknown
823 W. Gray Street
Elmira            NY 14905
--------------------------------------------------------------------------

001464815


Cesari, Lucy R                           Unknown
610 West Clinton St
Elmira            NY 14901
--------------------------------------------------------------------------

001590263


Cessnun, Brenda L.                       Unknown
900 La Loma Drive
Medford           OR 97504
--------------------------------------------------------------------------

001600982


Chaffin, James E.                        Unknown
121 Chris Ave.
Elko              NV 89801
--------------------------------------------------------------------------

001550946


Chaffinch, Darl V.                       Unknown
7510 E. Thomas Rd. #119
Scottsdale        AZ 85251
--------------------------------------------------------------------------

001514890


Challis, Dave                            Unknown
2166 West 1st
Cle' Elum         WA 98922
--------------------------------------------------------------------------

001467606


Chamber, Debra A                         Unknown
624 Overview Lane
Franklin          TN 37064
--------------------------------------------------------------------------

001615668


Chamberlain, Robert B.                   Unknown
6540 S.E. 142 Ave.
Portland          OR 97236
--------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                Total Amt
Mailing Address/ Zip Code           of Claim

001565695


Chambers, Amy R.                    Unknown
617 N. Wall
Joplin            MO 64801
--------------------------------------------------------------------------------
001503280


Chambers, Beverly A.               Unknown
9871 Sageaspen
Houston           TX 77089
--------------------------------------------------------------------------------
001569477


Chambers, Brenda K.                Unknown
26 Vista Verde Way
Edgewood          NM 87015
--------------------------------------------------------------------------------
001467146


Chambers, Cora H.                  Unknown
521 Hardin Lane
Sevierville       TN 37862
--------------------------------------------------------------------------------
001510818


Chambers, Joseph N.                Unknown
798 c walker rd
jackson           TN 38305
--------------------------------------------------------------------------------
001526258


Chambers, Renee B.                 Unknown
2740 Scenic Hwy.
Gadsden           AL 35904
--------------------------------------------------------------------------------
001580554


Champagne, Angela W.               Unknown
P. O. Box 988 - 103 Cherry
Columbia          LA 71418
--------------------------------------------------------------------------------
001497593


Champagne, Kathy C.                Unknown
Po Box 40
Duson             LA 70529
--------------------------------------------------------------------------------
001571868


Chan, Choiyui                      Unknown
441 57 St. 3 Fl.
Brooklyn          NY 11220
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

Creditors Names and                        Total Amt
Mailing Address/ Zip Code                   of Claim


001594697


Chan, David Y.W.                            Unknown
621 Sunnydales Ave.
San Francisco       CA 94134
--------------------------------------------------------------------------------

001609001


Chan, Doris                                 Unknown
491 Bellevue Ave
Daly City           CA 94014
--------------------------------------------------------------------------------

000159731


Chan, Kwan Yuk Ivy                          Unknown
1489 23rd Avenue
San Francisco       CA 94122
--------------------------------------------------------------------------------

001599326


Chan, Wai Chi                               Unknown
4099 Rockbridge Height Drive
Stone Mountain      GA 30083
--------------------------------------------------------------------------------

001494610


Chance, Jill B.                             Unknown
2727 Nasa Rd. 1 Apt #406
Seabrook            TX 77586
--------------------------------------------------------------------------------

001459262


Chance, Sherry M.                           Unknown
14725 E. 46th Ave.
Denver              CO 80239
--------------------------------------------------------------------------------

001601156


Chancler, Christy A.                        Unknown
5009 Se Mills
Lawton              OK 73501
--------------------------------------------------------------------------------

001544521


Chandler, Carolyn S.                        Unknown
351 Penny Lane
Reidsville          NC 27320
--------------------------------------------------------------------------------

001461336


Chandler, Deborah P.                        Unknown
2671 Whitehead Rd.
Choudrant Lincoln   LA 71270
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE         Page 242
                         Unsecured Creditors -- Sales Representatives

```
        Creditors Names and              Total Amt
        Mailing Address/ Zip Code        of Claim


        001547585


        Chandler, Kristi Leigh           Unknown
        180 Poley Acre Rd. #8
        Jasper          AL 35504
----------------------------------------------------------------------------

        001503978


        Chandler, Rebecca S.             Unknown
        801 Metcalf .
        Sedro-Woolley   WA 98284
----------------------------------------------------------------------------

        001585415


        Chang Allan J.                   Unknown
        62 Sequoia Dr.
        Old Bridge      NJ 08857
----------------------------------------------------------------------------

        001573161


        Chang, Anne A/C                  Unknown
        4777 Canvasback Common
        Fremont         CA 94555
----------------------------------------------------------------------------

        001570604


        Chang, Hsueh Hua                 Unknown
        1180 Northern Blvd Suite #101
        Manhasset       NY 11030
----------------------------------------------------------------------------

        001584234


        Chang, James K.                  Unknown
        9108-A Bellaire Blvd. #110
        Houston         TX 77036
----------------------------------------------------------------------------

        000163421


        Chang, Joyce                     Unknown
        837 Clement St.
        San Francisco   CA 94118
----------------------------------------------------------------------------

        001498634


        Chang, Karen A                   Unknown
        2133 N.W. 13th
        Blue Springs    MO 64015
----------------------------------------------------------------------------

        000119361


        Chang, Peggy N.                  Unknown
        #15 Glacier Ct.
        New Orleans     LA 70131
----------------------------------------------------------------------------
```

INTERNATIONAL HERITAGE

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001608877 | |
| Chang, Robert P.<br>15607 Creekhaven<br>Houston            TX 77084 | Unknown |
| 001581178 | |
| Chang, Thalia K.S.<br>9108-A Bellare Blvd.  #110<br>Houston            TX 77036 | Unknown |
| 001558728 | |
| Chang, Tina<br>14118 Edinburgh Ct.<br>Houston            TX 77077 | Unknown |
| 001599578 | |
| Chanthavong, Xayngam<br>3712 Seasons Drive<br>Antioch            TN 37013 | Unknown |
| 001519560 | |
| Chao, ChinChiu<br>327 Clay St.<br>Milltown            NJ 08850 | Unknown |
| 000149913 | |
| Chapell, Richard E<br>153 Ice Mine Rd.<br>Coudersport        PA 16915 | Unknown |
| 001543298 | |
| Chaplik, Dan S.<br>2220 Ellis St.<br>Bellingham         WA 98225 | Unknown |
| 001554323 | |
| Chaplik, Matthew P.<br>29 Chatham Pl.<br>Camano Island      WA 98292 | Unknown |
| 001491984 | |
| Chaplik, Paul G.<br>1236 Patricia Lane<br>Burlington         WA 98233 | Unknown |

INTERNATIONAL HERITAGE
                   Unsecured Creditors -- Sales Representatives

Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim

001609148

Chapman, Cherry L.                      Unknown
2519 Chantulane Ave
Denham Springs    LA 70726
-------------------------------------------------------------------------------
001532070

Chapman, Earl                           Unknown
Highway 511 Box 445
Goodwater         AL 35072
-------------------------------------------------------------------------------
001571193

Chapman, Janice                         Unknown
Rt. 1 Box 79 Buckelew Rd.
Jena              LA 71342
-------------------------------------------------------------------------------
001571200

Chapman, Larry                          Unknown
P.O. box 478
Trout             LA 71371
-------------------------------------------------------------------------------
000163141

Chapman, Toni L                         Unknown
6839 Highway 17
Winnsboro         LA 71295
-------------------------------------------------------------------------------
001572168

Chapman, Wayne                          Unknown
Hwy 84 West
Trout             LA 71371
-------------------------------------------------------------------------------
001492771

Chappell, Allen S.                      Unknown
10414 E. Balfour Ct.
Spokane           WA 99206
-------------------------------------------------------------------------------
001556071

Chappell, Brian D.                      Unknown
15027 Quail Ridge Rd. #215
Danbury           TX 77534
-------------------------------------------------------------------------------
001492764

Chappell, Kip A.                        Unknown
W7426 Parker Rd.
Deer Park         WA 99006
-------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page 245

Unsecured Creditors -- Sales Representatives

Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001598204


Chappell, Richard K.                     Unknown
4100 Crestridge Drive
Nashville          TN 37204
-------------------------------------------------------------------------------

001475269


Chappell, Warren L.                      Unknown
615 Angel Fire Dr.
Hewitt             TX 76643
-------------------------------------------------------------------------------

001587865


Char, Ester                              Unknown
4240 N. Street Moritz Way
Flagstaff          AZ 86004
-------------------------------------------------------------------------------

001527723


Charanza, Robert J.                      Unknown
12609 Dessau Rd. A242
Austin             TX 78754
-------------------------------------------------------------------------------

001471779


Charles, Ronn D.                         Unknown
2900 Dilido Rd. #317
Dallas             TX 75228
-------------------------------------------------------------------------------

001551591


Charna Inc                               Unknown
East 636 Magnesium Rd. #O-360
Spokane            WA 99208
-------------------------------------------------------------------------------

001587367


Charon, Angel E                          Unknown
100 4th Street  #3
Newark             NJ 07107
-------------------------------------------------------------------------------

000114330


Charter Boat Teaser, Inc.                Unknown
3642 Pandora Drive
Mount Pleasant     SC 29464
-------------------------------------------------------------------------------

001542252


Chase Morgan Group, Inc.                 Unknown
4780 Ashford Dunwoody Rd.
Atlanta            GA 30338
-------------------------------------------------------------------------------

Creditors Names and                         Total Amt
Mailing Address/ Zip Code                   of Claim


001522805


Chase, Carrie L.                            Unknown
1087 Founders Way
Kingston Springs    TN 37082
----------------------------------------------------------------------------

001511881


Chase, Jean E.                              Unknown
30 Pleasant St.
Auburn             NY 13021
----------------------------------------------------------------------------

001504123


Chase, Linda L.                             Unknown
5314 S.E. Ramona
Portland           OR 97206
----------------------------------------------------------------------------

001529666


Chastain, Gregory K.                        Unknown
3274 Post Road
Cleveland          GA 30528
----------------------------------------------------------------------------

001582491


Chatham, Gloria Dorsey                      Unknown
120 Flowing Spring Trail
Roswell            GA 30075
----------------------------------------------------------------------------

001484695


Chau, Hok K.                                Unknown
1241 Amsterdam Avenue
New York           NY 10027
----------------------------------------------------------------------------

001576602


Chau, Sonny                                 Unknown
205 Cheltenham Walk
Alpharetta         GA 30201
----------------------------------------------------------------------------

000161304


Chavez, Christina M.                        Unknown
4635 Nw 78St
Kansas City        MO 64151
----------------------------------------------------------------------------

001584753


Chavez, Lance A.                            Unknown
201 Racca St.
Youngsville        LA 70592
----------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE         Page: 247
      .                        Unsecured Creditors -- Sales Representatives


           Creditors Names and                    Total Amt
           Mailing Address/ Zip Code              of Claim


           001474050


           Chaviano, Teresa                        Unknown
           1406 Fletcher Street
           Hollywood          FL 33020
-------------------------------------------------------------------------------

           001607143


           Cheek, Kim D                             Unknown
           3104 NE 65th Terr
           Gladstone          MO 64119
-------------------------------------------------------------------------------

           001592903


           Chen Xiao Fang                           Unknown
           727 56St 1Fl
           Brooklyn           NY 11220
-------------------------------------------------------------------------------

           001585287


           Chen, Bing Xing                          Unknown
           205 Bay 34 St.2 Floor
           Brooklyn           NY 11214
-------------------------------------------------------------------------------

           000151869


           Chen, Bing-Qing                          Unknown
           523 66St. 1Fl
           Brooklyn           NY 11220
-------------------------------------------------------------------------------

           001604004


           Chen, Chun                               Unknown
           613 Ridge Road
           Monmouth Junction  NJ 08852
-------------------------------------------------------------------------------

           001549232


           Chen, Cui-Hua                            Unknown
           2230 Steamboat Run
           Sugar Land         TX 77478
-------------------------------------------------------------------------------

           001612707


           Chen, Danshen                            Unknown
           9726 Woolley St.
           Temple City        CA 91780
-------------------------------------------------------------------------------

           001547312


           Chen, Feng Feng                          Unknown
           103 G. Windy Falls Way
           Cockeysville       MD 21030
-------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001556198 | |
| Chen, Hai Yan<br>254 Lord Bryon Lane<br>Cockeysville    MD 21030 | Unknown |
| 001607956 | |
| Chen, Hong<br>91-31 Queens Blvd<br>Elmhurst    NY 11373 | Unknown |
| 000151142 | |
| Chen, Hui<br>134-14 Booth Memorial Ave.<br>Flushing    NY 11355 | Unknown |
| 001527653 | |
| Chen, Hui-Li<br>1337 White Rock Way<br>Antioch    CA 94509 | Unknown |
| 001574174 | |
| Chen, I-Fu<br>5801 Memorial Drive<br>Houston    TX 77007 | Unknown |
| 001508977 | |
| Chen, Ji Hui<br>144-50 38 Ave Apt A-1<br>Flushing    NY 11354 | Unknown |
| 001510814 | |
| Chen, Jia Z.<br>1241 Amsterdam Avenue<br>New York    NY 10027 | Unknown |
| 001556598 | |
| Chen, Jian Long<br>37-30 64 Street<br>Woodside    NY 11377 | Unknown |
| 001596496 | |
| Chen, Jin Fang<br>15422 Graystone Ave<br>Noywalk    CA 90650 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001551072

Chen, Jinghua                              Unknown
2811 Grants River Circle
Sugar Land          TX 77479
---

001482364

Chen, Kui                                  Unknown
92-03 48 Ave.
Elmhurst            NY 11373
---

001569047

Chen, Li Ping                              Unknown
37-26 58Th Street 2Nd Floor
Woodside            NY 11377
---

001533782

Chen, Li Yun                               Unknown
16 Parkway Rd.
Brookline           MA 02146
---

000132180

Chen, Li-Fu D.                             Unknown
3453 Ashbourne Place
Rowland Hts.        CA 91748
---

001528068

Chen, Li-Qin                               Unknown
96-09 50Th Ave. 2Nd Flr.
Corona              NY 11368
---

001574844

Chen, Li-Zhu                               Unknown
31-50 138 St Apt 2C
Flushing            NY 11354
---

001537018

Chen, Lirong                               Unknown
8199 Thompson Run Rd.
Pittsburgh          PA 15237
---

001506287

Chen, Maryann                              Unknown
15734 Tetley Street
Hacienda Heights    CA 91745
---

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001470597

Chen, Mei Xiu
2211 Eastern Avenue
Plymouth        WI 53073 — Unknown

001567899

Chen, Meiqin
45-20 76 Street 1St Floor
New York        NY 11373 — Unknown

001567467

Chen, Meixian
2520 N. Winchester St.
Arlington       VA 22213 — Unknown

001581850

Chen, Qi
7001 Corporate Dr. #131
Houston         TX 77036 — Unknown

001575369

Chen, Sandy
2068 70 Street
Brooklyn        NY 11204 — Unknown

000129762

Chen, Tan Ping
20404 Shadow Mountain Rd.
Walnut          CA 91789 — Unknown

001581568

Chen, Wen Cheng
108-07 50 Avenue
Corona          NY 11368 — Unknown

001488890

Chen, Wu
42-02 Kissena Blvd
Flushing        NY 11355 — Unknown

001601070

Chen, Yao Can
1503 Seneca Cr
Lafayette       CO 80026 — Unknown

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE          Page 75
                           Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001578055


        Chen, Yong                             Unknown
        9 Green Street, Terrace
        Watertown          MA 02172
--------------------------------------------------------------------------------
        001573357


        Chen, Zhihui                           Unknown
        51-53 Canal St.
        New York           NY 10002
--------------------------------------------------------------------------------
        001551797


        Chen, Zhong Yi                         Unknown
        6201 Ranchester #41
        Houston            TX 77036
--------------------------------------------------------------------------------
        001596096


        Cheng, I-Wen C.                        Unknown
        46 Wyn Oak
        Nashville          TN 37205
--------------------------------------------------------------------------------
        001549397


        Cheng, Shaozhong                       Unknown
        5900 Ranchester Dr. #608
        Houston            TX 77036
--------------------------------------------------------------------------------
        001569415


        Cheng, Xin Zhong                       Unknown
        42-02 Forley St.
        Elmhurst           NY 11373
--------------------------------------------------------------------------------
        001607354


        Cheong, Janet                          Unknown
        58-02 Lawrence St.
        Flushing           NY 11355
--------------------------------------------------------------------------------
        001469046


        Cheong, Kok Y.                         Unknown
        135-17 38Th Avenue  Apt.#1B
        Flushing,          NY 11354
--------------------------------------------------------------------------------
        001590397


        Cherniak, Sheldon J.                   Unknown
        451 Washington Ave.
        Marietta           GA 30060
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE      Page 5252

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                Total Amt
        Mailing Address/ Zip Code          of Claim


        001606283


        Cherry, Patricia W.                Unknown
        1005 Carriage House Lane
        Garland          TX 75040
-------------------------------------------------------------------------------

        001556233


        Chesser, Donna                     Unknown
        P.O. Box 563
        Anchor Point     AK 99556
-------------------------------------------------------------------------------

        001555735


        Chesser, Nathan E.*                Unknown
        P.O. Box 383
        Anchor Point     AK 99556
-------------------------------------------------------------------------------

        001518326


        Chester, Harry L.                  Unknown
        204 San Saba
        Portland         TX 78374
-------------------------------------------------------------------------------

        001546673


        Chestnut, Marsha O.                Unknown
        443 W. 104 St Unit D
        Kansas City      MO 64114
-------------------------------------------------------------------------------

        001560660


        Chestnut, Spencer L.               Unknown
        408 South Cedar Path Drive
        Homewood         AL 35209
-------------------------------------------------------------------------------

        001509915


        Cheung, Shui King                  Unknown
        46 Madison St. Apt# 13D
        New York         NY 10038
-------------------------------------------------------------------------------

        001598201


        Chew, Diana                        Unknown
        5 Harlow Lane
        Bella Vista      AR 72714
-------------------------------------------------------------------------------

        001609397


        Chi, Zhong Fu                      Unknown
        139 Canal St Room 308
        New York         NY 10002
-------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim

001539769

Chiasson, Christopher L.                Unknown
923 North Ave. H
Crowley          LA 70526
-------------------------------------------------------------------------

000145817

Chien, Pichu                            Unknown
1219 Blenarm Dr.
Walnut           CA 91789
-------------------------------------------------------------------------

001540651

Chilcott, James H.                      Unknown
4436 Bonita Lane
Wichita Falls    TX 76308
-------------------------------------------------------------------------

001575612

Childers, Robert M.                     Unknown
3410 La Sierra Ave Suite F
Riverside        CA 92503
-------------------------------------------------------------------------

001582979

Childress, Gerald H.                    Unknown
134 East Central Dr.
Columbia         LA 71418
-------------------------------------------------------------------------

001552776

Childress, Tony S.                      Unknown
Rt.1 Box 59A
Kelly            LA 71441
-------------------------------------------------------------------------

001527181

Childs, Jeffery A.                      Unknown
103 Wendellwood Circle
Smyrna           TN 37167
-------------------------------------------------------------------------

001516523

Childs, Morgan L.                       Unknown
3693 Sugar Grove Valley Rd.
Harriman         TN 37748
-------------------------------------------------------------------------

000138539

Chinn, Marc C                           Unknown
1417 Julia Street
New Iberia       LA 70560
-------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


000142695


Chioco, Cecile W.                      Unknown
8538 Cedar Hollow Ln.
Huntersville      NC 28078
-----------------------------------------------------------------------

001561216


Chisholm, Kimberly A.                  Unknown
5569 Nightengale Lane
Lolo              MT 59847
-----------------------------------------------------------------------

001604110


Chiu Shui-Ching                        Unknown
89 Redwood Loop
Staten Island     NY 10309
-----------------------------------------------------------------------

000122961


Chladek, Marissa G.                    Unknown
1408 Vanderbilt
Plano             TX 75023
-----------------------------------------------------------------------

001541412
.
.
Cho, David Y.                          Unknown
22 South Stough Street
Hinsdale          IL 60521
-----------------------------------------------------------------------

001574821


Choate, Austin C                       Unknown
1630 Cr 460
Hawley            TX 79525
-----------------------------------------------------------------------

001594668


Choate, Diane C.                       Unknown
1306 E. Mechanic
Independence      MO 64050
-----------------------------------------------------------------------

000137273


Choate, Karen A                        Unknown
Route 3, Box 136
Jacksboro         TX 76458
-----------------------------------------------------------------------

000136645


Choate, Kathy J.                       Unknown
1630 County Road 460
Hawley            TX 79525
-----------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page 255
                         Unsecured Creditors -- Sales Representatives

        Creditors Names and                   Total Amt
        Mailing Address/ Zip Code              of Claim


        000137673


        Choate, Larry G.                       Unknown
        1630 County Road 460
        Hawley          TX 79525
-----------------------------------------------------------------------------------

        000137678


        Choate, Ronald E.                      Unknown
        Rt. 2 Box 171
        Decatur         TX 76234
-----------------------------------------------------------------------------------

        001474337


        Choi, Alvin S.                         Unknown
        11921 Carmel Creek Rd
        San Diego       CA 92130
-----------------------------------------------------------------------------------

        001500985


        Choi, Joseph                           Unknown
        4148 Camino Ticino
        San Diego       CA 92122
-----------------------------------------------------------------------------------

        001583216


        Choi, Qi Jili                          Unknown
        7918 Whitmore
        Rosemead        CA 91770
-----------------------------------------------------------------------------------

        001463019


        Choi, Shoin Ling*                      Unknown
        291 Onder Donk Avenue
        Ridgewood       NY 11385
-----------------------------------------------------------------------------------

        001605847


        Choice Consultants Group               Unknown
        PO Box 93
        North Apollo    PA 15673
-----------------------------------------------------------------------------------

        000133429


        Choices Unlimited, Inc.                Unknown
        8932 Rue Felicity Court
        Baton Rouge     LA 70809
-----------------------------------------------------------------------------------

        001579418


        Chong, Jenica L.                       Unknown
        3950 Mahalila Ave. #R-12
        San Diego       CA 92122
-----------------------------------------------------------------------------------

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001554735


        Chou, Grace C.                        Unknown
        11643 Trailmont
        Houston          TX 77077
------------------------------------------------------------------------------
        001472426


        Chou, Scarlett                        Unknown
        8151 Governor Ritchie Hwy
        Pasadena          MD 21122
------------------------------------------------------------------------------
        001560868


        Chou, Yuan H                          Unknown
        14707 Windlea La
        Houston          TX 77040
------------------------------------------------------------------------------
        001582467


        Chouequet, Liliana                    Unknown
        400 Crown Ct., Unit 551
        Edgewater         NJ 07020
------------------------------------------------------------------------------
        001609618


        Choumil, Mohamed                      Unknown
        7359 Crestleigh CI
        Alexandria        VA 22315
------------------------------------------------------------------------------
        000104093


        Chow, Elizabeth Y.                    Unknown
        1007 Cassandra Ave
        Huntsville        AL 35802
------------------------------------------------------------------------------
        001512188


        Chow, Jack                            Unknown
        36 Monroe St. Df3
        New York          NY 10002
------------------------------------------------------------------------------
        000159531


        Chpiec International                  Unknown
        P.O.Box 1961
        Cliffide Park     NJ 07010
------------------------------------------------------------------------------
        001598407


        Chris Chen                            Unknown
        2230  steamboat run
        sugar land        TX 77478
------------------------------------------------------------------------------
```

```
        Creditors Names and              Total Amt
        Mailing Address/ Zip Code        of Claim


        001583211


        Chrisman, Larry E.               Unknown
        735 Hickory Rd
        Sarcoxie       MO 64862
-------------------------------------------------------------------------

        001604310


        Christel, Ronald A.              Unknown
        2773 S. Skagit Hwy.
        Sedro Woolley     WA 98284
-------------------------------------------------------------------------

        001607853


        Christen, Janice                 Unknown
        11140 7Th Street East
        Treasure Island    FL 33706
-------------------------------------------------------------------------

        001538022


        Christenberry, Alan W.           Unknown
        219 N. Unviersity Road Apt 1
        Spokane        WA 99206
-------------------------------------------------------------------------

        001551207


        Christensen W. Brent             Unknown
        603 Meander Drive
        Grand Junction    CO 81505
-------------------------------------------------------------------------

        001494268

        Christensen, Catherine           Unknown
        519 Union Ave
        Salmon         ID 83467
-------------------------------------------------------------------------

        000129828


        Christensen, Christian J.        Unknown
        521 Willow Cr Road
        Corvallis       MT 59828
-------------------------------------------------------------------------

        000130313


        Christensen, Edith O.            Unknown
        200 Warpath
        Salmon         ID 83467
-------------------------------------------------------------------------

        001605994


        Christensen, Rhonda M.           Unknown
        Rt.1 Box 38C
        Moore          ID 83255
-------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001480106 | |
| Christensen, Sharen<br>219 Yates Ave.<br>Minden NE 68959 | Unknown |
| 000129786 | |
| Christensen, Steve R.<br>521 Willow Cr. Rd.<br>Corvallis MT 59828 | Unknown |
| 001570666 | |
| Christensen, Sue K.<br>7230 N. Rain Valley Road 86004<br>Flagstaff AZ 86004 | Unknown |
| 000145379 | |
| Christensen, Wendy<br>9642 S 1630 W<br>S Jordan UT 840952381 | Unknown |
| 001578957 | |
| Christenson, Susan<br>5904 Bassinghall Ln.<br>Plano TX 75093 | Unknown |
| 001457345 | |
| Christian, George H<br>509 Meridan Drive<br>Chesapeake VA 23320 | Unknown |
| 001514426 | |
| Christian, Jimmy C.<br>927 Sharp<br>Cedar Hill TX 75104 | Unknown |
| 000123054 | |
| Christian, Sherilyn<br>25 Highland Park Vge. 100-197<br>Dallas TX 75205 | Unknown |
| 001545517 | |
| Christiansen, Thomas J.<br>8325 Bay Pointe Dr. #405<br>Tampa FL 33615 | Unknown |

INTERNATIONAL HERITAGE
Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| **001576018** | |
| Christopher, Jeffrey W. 7819 S. Parway Lane Cheney         WA 99004 | Unknown |
| **001571404** | |
| Chritton, Scott 2073 Mountain View Road Mt. Vernon      WA 98274 | Unknown |
| **001508646** | |
| Chu, Tai Shang 720 Dickinson Street Phila          PA 19147 | Unknown |
| **001507314** | |
| Chu, Xiao Yan 72-09 164 Street Flushing        NY 11365 | Unknown |
| **001585624** | |
| Chugden, Elizabeth C. 6005 Walden Place Mandeville      LA 70448 | Unknown |
| **001559698** | |
| Chumbler, Susan K 6221 Longwood Chase Canton          GA 30115 | Unknown |
| **001611634** | |
| Chun, Gabriel I 209 W. Puainako Street Hilo            HI 96720 | Unknown |
| **001572041** | |
| Chun, Hui-Ai 139-50 35th Ave., Apt. 2C Flushing        NY 11354 | Unknown |
| **001604005** | |
| Chung, Jadie 105 Kenmore St Staten Island    NY 10312 | Unknown |

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page 260
                   Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001478116

| Chung, Vicky | Unknown |
| 1634 West First St. | |
| Brooklyn     NY 11223 | |

--------------------------------------------------------------------------------

001568402

| Chung, Yuen Pak | Unknown |
| 705 59Th St. Apt. 2B | |
| Brooklyn     NY 11220 | |

--------------------------------------------------------------------------------

001602036

| Chupp, Pamela | Unknown |
| 311 McDonald | |
| Westfork     AR 72774 | |

--------------------------------------------------------------------------------

001500318

| Church Advisory Services | Unknown |
| Post Office Box 37743 | |
| Jacksonville     FL 32236 | |

--------------------------------------------------------------------------------

001597095

| Church, Judith | Unknown |
| 6145 Country Fair Circle | |
| Boyton Beach     FL 33437 | |

--------------------------------------------------------------------------------

001473031

| Churchill, Denise M. | Unknown |
| 11474 Rugby Hill Dr. | |
| Redding     CA 96003 | |

--------------------------------------------------------------------------------

001516966

| Churchill, Kathryn | Unknown |
| 4616 Royal Forest Court | |
| San Jose     CA 95136 | |

--------------------------------------------------------------------------------

000140062

| Churchman, Mark W. | Unknown |
| 16 Clover Terrace | |
| Arkport     NY 14807 | |

--------------------------------------------------------------------------------

001603768

| Cichewicz, Anna L. | Unknown |
| P.O. Box 1268 | |
| Sterling Heights     MI 48311 | |

--------------------------------------------------------------------------------

                         Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001526026


        Cina, Mark S.                           Unknown
        819 Cary
        Jennings          LA 70546
----------------------------------------------------------------------

        001585404


        Cina, Nicholas A.                       Unknown
        819 Cary Ave.
        Jennings          LA 70546
----------------------------------------------------------------------

        001574842


        Cindy's Enterprise Inc                  Unknown
        87-11 51 Ave Apt 2F
        Elmhurst          NY 11373
----------------------------------------------------------------------

        001558518


        Ciraulo, Marlene P.                     Unknown
        4615 193Rd. Pl. S.E.
        Issaquah          WA 98027
----------------------------------------------------------------------

        001566841


        Ciraulo, Scott C.                       Unknown
        14737 173Rd Ave SE
        Renton            WA 98059
----------------------------------------------------------------------

        001583059


        Circo, Phyllis L.                       Unknown
        6355 N. Myrtle
        Gladstone         MO 64119
----------------------------------------------------------------------

        000115737


        Ciske, Carl J.                          Unknown
        5714 33Rd. Avenue
        Kenosha           WI 53144
----------------------------------------------------------------------

        001540419


        Ciskey, Linda M.                        Unknown
        1901 W. 73 St.
        Prairie Village   KS 66208
----------------------------------------------------------------------

        000124521


        Cisneros, Baltazar                      Unknown
        685 Fresnillo Dr.
        Brownsville       TX 78521
----------------------------------------------------------------------

```
JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE         Page. 262
                         Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001556235


        Cisneros, Isaura L.                     Unknown
        1710 Wendy Hidalgo
        Edinburg         TX 78539
-------------------------------------------------------------------------------
        001509845


        Cissell, Patricia S.                    Unknown
        1195 Berwick Road
        Birmingham       AL 35242
-------------------------------------------------------------------------------
        001508940


        Clancy, Tom                             Unknown
        5308 Willow Wood Lane
        Dallas           TX 75252
-------------------------------------------------------------------------------
        001556503


        Clark Edward C                          Unknown
        607 S Parkerson Ave.
        Crowley          LA 70526
-------------------------------------------------------------------------------
        000117037


        Clark Jr., Ronald L.                    Unknown
        42 Harborview Ct. N.E.
        Decatur          AL 35601
-------------------------------------------------------------------------------
        001590490


        Clark Karen I                           Unknown
        Rt 1 Box 74
        Paoli            OK 73074
-------------------------------------------------------------------------------
        000150013


        Clark Kathee L.                         Unknown
        3823 N. 3500 E.
        Kimberly         ID 83341
-------------------------------------------------------------------------------
        001588588


        Clark, Ann                              Unknown
        817 Water Street
        Navasota         TX 77868
-------------------------------------------------------------------------------
        001612957


        Clark, Barry S                          Unknown
        984 Barkley Circle
        Norman           OK 73071
-------------------------------------------------------------------------------
```

                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001505000


        Clark, Bill G.                          Unknown
        7235 Atlantic Blvd.
        Jacksonville       FL 32211
--------------------------------------------------------------------------------

        001511524


        Clark, Brenda L.                        Unknown
        14408 W. 69Th Street
        Shawnee           KS 66216
--------------------------------------------------------------------------------

        001533901


        Clark, Brittney L.                      Unknown
        704 E. Waring # 240
        Dayton            TX 77535
--------------------------------------------------------------------------------

        000154535


        Clark, Catherine E                      Unknown
        1098 E. Winslow
        Meridan           ID 83642
--------------------------------------------------------------------------------

        001575281


        Clark, Crisanna C.                      Unknown
        13061 Hcm Circle
        College Station   TX 77845
--------------------------------------------------------------------------------

        001464710


        Clark, Emery W.                         Unknown
        11111 Sage Orchard LANE
        Houston           TX 77089
--------------------------------------------------------------------------------

        000154532


        Clark, George W                         Unknown
        48 West 600 South
        Jerome            ID 83338
--------------------------------------------------------------------------------

        001604806


        Clark, Glen E.                          Unknown
        6820 Willowcreek Drive
        Lawton            OK 73505
--------------------------------------------------------------------------------

        000102932


        Clark, Jane E.                          Unknown
        24 Oak Lane
        Flagler Beach     FL 32136
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                  Total Amt
Mailing Address/ Zip Code            of Claim


001530173


Clark, Jerry                         Unknown
10805 Silverknolls Blvd.
Reno            NV 89506
-----------------------------------------------------------------------------
001582586


Clark, John J.                       Unknown
108 Garden Terrace
Dallas          NC 28034
-----------------------------------------------------------------------------
000147614


Clark, Jonathan J.                   Unknown
Route 1 BOX 83
Colby           KS 67701
-----------------------------------------------------------------------------
001582482


Clark, Judith G.                     Unknown
3427 Woodvine Cr.
Haughton        LA 71037
-----------------------------------------------------------------------------
001489864


Clark, Karen A.                      Unknown
292 Black Hawk Lane
Belgrade        MT 59714
-----------------------------------------------------------------------------
001540249


Clark, Katie A.                      Unknown
11111 Sageorchard Lane
Houston         TX 77089
-----------------------------------------------------------------------------
001614532


Clark, Layne L.                      Unknown
3180 Davis Road
Fairbanks       AK 99709
-----------------------------------------------------------------------------
000143151


Clark, Lisa M.                       Unknown
17515 W. Nine Mile #390
Southfield      MI 48075
-----------------------------------------------------------------------------
001539674


Clark, Loraine A.                    Unknown
3611 N. Cloverdale
Boise           ID 83713
-----------------------------------------------------------------------------
```

```
Creditors Names and              Total Amt
Mailing Address/ Zip Code        of Claim


001557866


Clark, Matthew J.                Unknown
143 Maple Street
Centreville     AL 35042
-----------------------------------------------------------------------------
001590008


Clark, Pamela                    Unknown
14 Patrick Rd Souith
Fayetteville    TN 37334
-----------------------------------------------------------------------------
001513696


Clark, Paul R                    Unknown
7818 Black Fin Lane
Houston         TX 77072
-----------------------------------------------------------------------------
001529373


Clark, Randy L.                  Unknown
1013 E. 2650 S.
Hagerman        ID 83332
-----------------------------------------------------------------------------
001581390


Clark, Rebecca                   Unknown
1307 Rainbow Road
Bozeman         MT 59718
-----------------------------------------------------------------------------
001517622


Clark, Robert D.                 Unknown
1877 Walker Lane
New Market      AL 35761
-----------------------------------------------------------------------------
001548417


Clark, Ross T.                   Unknown
1558 San Marco Blvd.
Jacksonville    FL 32207
-----------------------------------------------------------------------------
001605111


Clark, Sharon                    Unknown
743 Tucker Rd
Winlock         WA 98596
-----------------------------------------------------------------------------
000162078


Clark, Valerie                   Unknown
Rt 1 Box 153
Grayson         LA 71435
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


000123859


Clark, Vicky B.                        Unknown
433 E. Hwy 80
Sunnyvale        TX 75182
------------------------------------------------------------------------------
001513091


Clark, William A.                      Unknown
6714 Sahara Dr.
Corpus Christi   TX 78412
------------------------------------------------------------------------------
001559232


Clarke, Andy                           Unknown
51 Granite Springs Road
Yorktown Heights   NY 10598
------------------------------------------------------------------------------
000116635


Clarke, Byron W.                       Unknown
2579 Mt. Moriah Rd.
Delta            AL 36258
------------------------------------------------------------------------------
001552506


Clarke-Madison  Sharon K.              Unknown
5611 W. 85Th Terrace
Shawnee          KS 66207
------------------------------------------------------------------------------
001542576


Clary, Susan                           Unknown
428 Firethorn
Gretna           LA 70056
------------------------------------------------------------------------------
001564121


Clary, William D.                      Unknown
9115 Kelso Lake Rd
Priest River     ID 83856
------------------------------------------------------------------------------
001547313


Class, Daniel R.                       Unknown
5735 NE 44th Street
Kansas City      MO 64117
------------------------------------------------------------------------------
001598566


Claudette Forget                       Unknown
925 Beaudry #12
StJean Of Richelieu PQ J3A1C6
------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001553777


Clausen, Al L.                          Unknown
Route 2, Box 3-B
Verona           VA 24482
----------------------------------------------------------------------------
001474204


Clay III, Charles E.                    Unknown
P.O. Box 15
Jacksboro        TX 76458
----------------------------------------------------------------------------
001590617


Clay, Slannon M.                        Unknown
1572 Indian Rd
La Conner        WA 98257
----------------------------------------------------------------------------
001604482


Clayton Jr., George E.                  Unknown
Rd 2, Box 122
New Columbia     PA 17856
----------------------------------------------------------------------------
001597115


D
Clayton, Chris                          Unknown
304 Dahlia
Corona Del Mar   CA 92625
----------------------------------------------------------------------------
001524657


Clayton, Philip                         Unknown
202 Creek Rd.
Saginaw          MO 64864
----------------------------------------------------------------------------
001528018


Clayton, Scot                           Unknown
202 Centennial #C
Henrietta        TX 76365
----------------------------------------------------------------------------
001600371


Clayton, Tony                           Unknown
705 East 125Th  Ave
Tamoa            FL 33612
----------------------------------------------------------------------------
001602982


Claywell, Royce I                       Unknown
1706 Cheetah Cove
Round Rock       TX 78664
----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                   Total Amt
Mailing Address/ Zip Code             of Claim


001547158


Clearfield L.P.                        Unknown
6355 Westheimer #260
Houston          TX 77057
------------------------------------------------------------------------------

001572526


Cleary, Chad R.                        Unknown
38 Birch Lane
Camano Island    WA 98292
------------------------------------------------------------------------------

000123138


Cleary, Margaret J.                    Unknown
907 Nw 12Th Street
Andrews          TX 79714
------------------------------------------------------------------------------

000107983


Cleaver, William E.                    Unknown
4203 Dogwood Drive
Greensboro       NC 27410
------------------------------------------------------------------------------

001518282


Cleeland, Cameron R.                   Unknown
609 213Th St. S.W.
Bothell          WA 98021
------------------------------------------------------------------------------

001482858


Cleeland, Gene C. *                    Unknown
2084 Mt. View Rd.
Mt Vernon        WA 98273
------------------------------------------------------------------------------

001499294


Cleeland-Roberson, Elise C.            Unknown
445 B Prairie Ln.
Sedro Woolley    WA 98284
------------------------------------------------------------------------------

001536189


Cleghorn, Lynda W.                     Unknown
505 Barrington Loop
Roswell          GA 30076
------------------------------------------------------------------------------

001609837


Cleland, Brent N                       Unknown
1031 Prairieview Ct
Rochester        MI 48306
------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001504817


        Clement, Julise E.                     Unknown
        860 Driver Lane
        Ft Payne          AL 35967
---------------------------------------------------------------------------
        001534651


        Clemente, Joseph A.                    Unknown
        5003 Barrowe Place
        Tampa             FL 33624
---------------------------------------------------------------------------
        001503844


        Clements, Guy D                        Unknown
        321 West Washington St Ste 303
        Mount Vernon      WA 98273
---------------------------------------------------------------------------
        001568250


        Clemons, Georgina                      Unknown
        4420 Bonnell Dr. Apt B.
        Huntsville        AL 35816
---------------------------------------------------------------------------
        001604678


        Clemons, Kathe J.                      Unknown
        2901 Huckleberry Ln.
        Pasadena          TX 77502
---------------------------------------------------------------------------
        001602679


        Clemons, Mary Kate                     Unknown
        5161 Rice Rd #318
        Antioch           TN 37013
---------------------------------------------------------------------------
        001529641


        Clenney, Walt J.                       Unknown
        4911 Willow Ridge Terrace
        Valrico           FL 33594
---------------------------------------------------------------------------
        001555404


        Clenney, Walter                        Unknown
        P O Box 167
        Windermere        FL 34786
---------------------------------------------------------------------------
        001482091


        Clepper, Vince A.                      Unknown
        4044 Fountain View Dr.
        Texarkana         TX 75501
---------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE          Page: 270

Unsecured Creditors -- Sales Representatives

Creditors Names and              Total Amt
Mailing Address/ Zip Code        of Claim


001598666


Cleve I. Noble                   Unknown
4431 Cardon
Farmington      NM 87401
--------------------------------------------------------------------------

001561010


Cleveland, Darlene               Unknown
4937 Somerville Road
Cross Plains     TN 37049
--------------------------------------------------------------------------

001511441


Cleveland, Wanda L.              Unknown
140 W. Bartlett Rd.
Lynden          WA 98264
--------------------------------------------------------------------------

001588746


Clevenger, Chuck D.              Unknown
P.O. Box 944
Morton          WA 98356
--------------------------------------------------------------------------

001573825


Clevenger, Diana K.              Unknown
Po Box 1036
Morton          WA 98356
--------------------------------------------------------------------------

001606362


Clevenger, James                 Unknown
446 Hawkins Drive
Newport         TN 37821
--------------------------------------------------------------------------

001515398


Clevenger, Jan                   Unknown
888 Overholt
Newport         TN 37821
--------------------------------------------------------------------------

001585818


Clevenger, Norman  C.            Unknown
Po. Box 532
Morton          WA 98356
--------------------------------------------------------------------------

001509250


Cleverley, Barbara               Unknown
1919 West 2600 S.
Rexburg         ID 83440
--------------------------------------------------------------------------

## Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001487712 | |
| Cleverley, Sabrina M.<br>422 E 200 N<br>Pleasant Grove    UT 84062 | Unknown |
| 001539905 | |
| Clifton, Yolanda G.<br>4934 Franklin<br>Corpus Christi    TX 78415 | Unknown |
| 000133442 | |
| Cline Jr., Tommy  A.<br>103 West Texas<br>Ruston    LA 71270 | Unknown |
| 000118758 | |
| Cline, Gregory M. & Melissa<br>313 Gretchen St<br>New Roads    LA 70760 | Unknown |
| 000160884 | |
| Cline, Julieta<br>1270 Lodestone Dr.<br>San Jose    CA 95132 | Unknown |
| 000148246 | |
| Clines, Diane S<br>4018 Morning Springs Tr.<br>Dallas    TX 75224 | Unknown |
| 001595558 | |
| Clinton, Grant M.<br>2470 S. Dairy Ashford Ste. 283<br>Houston    TX 77077 | Unknown |
| 000152413 | |
| Cliver, Kathleen R.<br>502 Cliffwood Dr.<br>Spartanburg    SC 29301 | Unknown |
| 001605155 | |
| Clodfelder, Daniel R.<br>P.O. Box 5048<br>Gun Barrel City    TX 75147 | Unknown |

                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001563600


        Clodfelter, Shirley M.                 Unknown
        920 N. Belair Drive
        Mt Vernon        WA 98273
--------------------------------------------------------------------------------

        001600737


        Clonts, Buddy                          Unknown
        Rt 2, Box 50A
        Crockett         TX 75835
--------------------------------------------------------------------------------

        000106625


        Clontz, Wanda T.                       Unknown
        4111 O'Briant Place
        Greensboro       NC 27410
--------------------------------------------------------------------------------

        001534035


        Clothier, Hester Ann                   Unknown
        142 April Waters N.
        Montgomery       TX 77356
--------------------------------------------------------------------------------

        001539157


        Cloud, Chris G.                        Unknown
        Route 5, Box 501
        Wichita Falls    TX 76301
--------------------------------------------------------------------------------

        000148227


        Cloud, Jewel                           Unknown
        325 Andrew St.
        Sealy            TX 77474
--------------------------------------------------------------------------------

        001601120


        Cloud, John H.                         Unknown
        111 S 9th
        Pasco            WA 99301
--------------------------------------------------------------------------------

        001466568


        Clouse, Ruby                           Unknown
        907 N. Forest
        Springfield      MO 65802
--------------------------------------------------------------------------------

        001480458


        Clouse, Sherry L.                      Unknown
        2636 W. Nichols
        Springfield      MO 65802
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE              Page: 273
                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001603723


        Clute, Troy                            Unknown
        2204 E. Columbia
        Spokane          WA 99207
--------------------------------------------------------------------------------
        001545384


        Clutter, Catherine B                   Unknown
        3697 Highmont Street
        Beavercreek      OH 45432
--------------------------------------------------------------------------------
        001544678


        Clutter, Georgia A.                    Unknown
        4229 Rt. #40
        Claysville       PA 15323
--------------------------------------------------------------------------------
        001574510


        Clutter, Gretchen D.                   Unknown
        4735 Roswell Road #1245
        Atlanta          GA 30342
--------------------------------------------------------------------------------
        001565697


        Coady, John J.                         Unknown
        2406 S. Duquesne
        Joplin           MO 64804
--------------------------------------------------------------------------------
        001568827


        Coady, John S.                         Unknown
        415 South Tom
        Webb City        MO 64870
--------------------------------------------------------------------------------
        001555988


        Coakley, Ronald R.                     Unknown
        3333 Southlake Park Road
        Southlake        TX 76092
--------------------------------------------------------------------------------
        001577793


        Coates, Chris S.                       Unknown
        9202 Westgage Blvd apt K02
        Kennewick        WA 99336
--------------------------------------------------------------------------------
        000154529


        Coates, Laurel M                       Unknown
        53 West 600 South
        Jerome           ID 83338
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE
                          Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001558953


        Coats, Barry S.                        Unknown
        332 Coventry Dr.
        Lexington        SC 29072
------------------------------------------------------------------------------------

        000109396


        Coats, Billy M.                        Unknown
        1717 Dixie Red Road
        Leesville        SC 29070
------------------------------------------------------------------------------------

        001506014


        Coats, Rebecca I.                      Unknown
        3024 Conflans Road
        Irving           TX 75061
------------------------------------------------------------------------------------

        001523687


        Cobb, Larry A.                         Unknown
        10325 Camino Del Oso N.E.
        Albuquerque      NM 87111
------------------------------------------------------------------------------------

        001576258


        Coburn, Allen L.                       Unknown
        12022 Burgess Avenue
        Walker           LA 70785
------------------------------------------------------------------------------------

        001575748


        Coburn, Elizabeth E.                   Unknown
        12022 Burgess Ave.
        Walker           LA 70785
------------------------------------------------------------------------------------

        001575746


        Coburn, Spencer A.                     Unknown
        12022 Burgess Ave.
        Walker           LA 70785
------------------------------------------------------------------------------------

        001541802


        Cocanower, Melissa K.                  Unknown
        4234 E. Coolbrook Ave.
        Phoenix          AZ 85032
------------------------------------------------------------------------------------

        000159724


        Cochran, Benjamin T.                   Unknown
        805 Parkwood Circle
        High Point       NC 27262
------------------------------------------------------------------------------------
```

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000106532


        Cochran, Carol B.                        Unknown
        805 Parkwood Circle
        High Point        NC 27262
-----------------------------------------------------------------------------

        001548269


        Cochran, Ginger D.                       Unknown
        297 Jen Rue Lane
        Oohewah          TN 37363
-----------------------------------------------------------------------------

        001559632


        Cochran, Jane C.                         Unknown
        220 S. Parks Dr.
        Desoto           TX 75115
-----------------------------------------------------------------------------

        001526891


        Cochran, Lori L.                         Unknown
        2713 Highland Park Drive
        Vernon           TX 76384
-----------------------------------------------------------------------------

        001511363


        Cockerell, Kenny                         Unknown
        Rt. 1, Box 318
        Rochester        TX 79544
-----------------------------------------------------------------------------

        001597511


        Cockrell, John                           Unknown
        68685 Sonora
        Cathedral City    CA 92234
-----------------------------------------------------------------------------

        001542382


        Cody, Mary Anne                          Unknown
        1040 Canyonview Road
        Sagamore Hills    OH 44067
-----------------------------------------------------------------------------

        001504617

        :
        Coeling, Jim                             Unknown
        6665 Dale Avenue
        Hudsonville       MI 49426
-----------------------------------------------------------------------------

        001511883


        Coeling, Terry A.                        Unknown
        7538 Woodside Dr.
        Hudsonville       MI 49426
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                Total Amt
Mailing Address/ Zip Code          of Claim


001584486


Coester, Judson D.                 Unknown
9004 Pawnee Ln
Leawood         KS 66206
-----------------------------------------------------------------------------------

001599178


Coffer, Regina W.                  Unknown
411 Terra Villa Rd.
Dover           AR 72837
-----------------------------------------------------------------------------------

001579378


Coffey, Margie A.                  Unknown
501 River Place
Woodstock       GA 30188
-----------------------------------------------------------------------------------

000153476


Coffey, Ryan K.                    Unknown
2105 East 11th
Farmington      NM 87401
-----------------------------------------------------------------------------------

001590529


Coffin, Benjamin R.                Unknown
5608 Crowndale Drive
Plano           TX 75093
-----------------------------------------------------------------------------------

001570441


Coffin, Cindy J.                   Unknown
5608 Crowndale Dr.
Plano           TX 75093
-----------------------------------------------------------------------------------

000153416


Coffin, Margot M                   Unknown
3258 West Minster Dr
Boca Raton      FL 33496
-----------------------------------------------------------------------------------

001553640


Cofield, Michael L.                Unknown
310 N. Wood Ave.
Gadsden         AL 35904
-----------------------------------------------------------------------------------

001563402


Cofield, Wayne C .                 Unknown
806 Cleermont Dr.
Huntsville      AL 35801
-----------------------------------------------------------------------------------
```

Creditors Names and                          Total Amt
Mailing Address/ Zip Code                    of Claim
:

000138797


Cogan, Sharon W.                             Unknown
806 Crawford Avenue
Enterprise          AL 36330
--------------------------------------------------------------------------------

001534863


Cogbill, Steven L.                           Unknown
2915 Country Club Dr.
Pearland            TX 77581
--------------------------------------------------------------------------------

000146609


Cogburn, Thelma R                            Unknown
11053 F. M. 3326
Hawley              TX 79525
--------------------------------------------------------------------------------

001480798


Coggin, Charlotte F.                         Unknown
42 Pebble Point
Sylacauga           AL 35151
--------------------------------------------------------------------------------

001504942


Coggins, Janie W                             Unknown
100 Peachbelt Rd
Thomaston           GA 30286
--------------------------------------------------------------------------------

000143237


Coggins, Virginia A                          Unknown
601 Hill Street
Thomaston           GA 30286
--------------------------------------------------------------------------------

001505520


Cohen, Elece G                               Unknown
3019 West 84Th Place
Leawood             KS 66206
--------------------------------------------------------------------------------

001588688


Cohen, Gary E.                               Unknown
305 Winding Wood Circle
Blythewood          SC 29016
--------------------------------------------------------------------------------

001567305


Cohen, Leslie H.                             Unknown
1506 Calibre Springs Way
Atlanta             GA 30342
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE                Page:  278
                          Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        000113980


        Cohen, Robert S.                        Unknown
        212 East Mariana Avenue
        Fort Myers        FL 33917
-----------------------------------------------------------------------------------
        001561932


        Cohen, Ryan M.                          Unknown
        5889 Cox Hopkins Rd.
        Roanoke           VA 24014
-----------------------------------------------------------------------------------
        001562334


        Cohen, Stephanni J.                     Unknown
        5737 Sprucewood Dr.
        Cincinnati        OH 45239
-----------------------------------------------------------------------------------
        001560406


        Cohen, Stephen R.                       Unknown
        112 Shawville Lane
        Peachtree City    GA 30269
-----------------------------------------------------------------------------------
        001520325


        Cohn, Sam                               Unknown
        7603 Carta Valley Dr.
        Dallas            TX 75248
-----------------------------------------------------------------------------------
        001599839


        Coil, John                              Unknown
        7917 Lamar Avenue
        Prairie Village   KS 66208
-----------------------------------------------------------------------------------
        001545944


        Coker, Deborah A                        Unknown
        417 Camilia Cir
        Gulf Shores       AL 36542
-----------------------------------------------------------------------------------
        000122827


        Cole, Beverly K.                        Unknown
        P.O. Box 64
        Tom Bean          TX 75489
-----------------------------------------------------------------------------------
        001477329


        Cole, Kelly A.                          Unknown
        1712 Tulip
        McAllen           TX 78504
-----------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code               of Claim


001550170


Cole, Melody M.                         Unknown
873 SKY RIDGE Drive
Madison          WI 53719
-----------------------------------------------------------------------------
001498480


Cole, Phoebe S.                         Unknown
3409 Paramount
Amarillo         TX 79109
-----------------------------------------------------------------------------
001488960


Cole, Rhonda L                          Unknown
406 West AVENUE A
Alpine           TX 79830
-----------------------------------------------------------------------------
001592186


Cole, Susan R.                          Unknown
396 Loftin Rd
Elbordado        AR 71730
-----------------------------------------------------------------------------
000149627


Coleman, Alan B.                        Unknown
8304 Crystalwood Drive
Dallas           TX 75249
-----------------------------------------------------------------------------
000144049


Coleman, Anthony R.                     Unknown
617 Edgewood
Lancaster        TX 75146
-----------------------------------------------------------------------------
001583076


Coleman, Carla D.                       Unknown
2372 Taylor Lane
West Palm Beach  FL 33415
-----------------------------------------------------------------------------
001580029


Coleman, Curtis W.                      Unknown
312 Ockley Dr.
Shreveport       LA 71105
-----------------------------------------------------------------------------
001486384


Coleman, Janice                         Unknown
602 Old Hatley Rd
Cordele          GA 31015
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001463556 | |
| Coleman, Marshall 2311 Maplecrest Dr. Nashville    TN 37214 | Unknown |
| 001554886 | |
| Coleman, Noble L. 13751 Ainsworth St. Gardena    CA 90247 | Unknown |
| 001561997 | |
| Coleman, Robert M. 1375 Lakewood Drive Bolivar    MO 65613 | Unknown |
| 000140928 | |
| Coleman, Roy H. 1605 Lacy Lane Mesquite    TX 75181 | Unknown |
| 001597927 | |
| Coleman, Shonna D. P.O. Box 700951 ST Cloud    FL 34770 | Unknown |
| 001569808 | |
| Coleman, Suzette 89 Barry Street Brockport    NY 14420 | Unknown |
| 001482926 | |
| Coleman, Walter W. 9300 Tottenham Austin    TX 78729 | Unknown |
| 001535655 | |
| Collado, Priscila R. 4619 South Othello Seattle    WA 98118 | Unknown |
| 001584627 | |
| Collet, Leonard R. 4400 S.W. 6Th. Pl. Cape Coral    FL 33914 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001554345 | |
| Collier, Angela K.<br>205 Constitution Dr.<br>Merdianville      AL 35759 | Unknown |
| 000147271 | |
| Collier, Dawna N.<br>217 Darsey Ct.<br>Meridanville      AL 357591636 | Unknown |
| 001531179 | |
| Collier, Diane F.<br>302 Blue Sky Blvd.<br>Seneca         SC 29678 | Unknown |
| 001551254 | |
| Colligan Visions & Dreams, Inc<br>2700 ambassador caffery pkwy<br>Lafayette      LA 70506 | Unknown |
| 001465189 | |
| Collins Jr., Frank<br>P.O. Box 74<br>Grosse Tete,     LA 70740 | Unknown |
| 001589280 | |
| Collins Katrina<br>5484 Redwood Dr<br>Stone Mountain    GA 30087 | Unknown |
| 001465038 | |
| Collins, B. Jawn<br>12611 Wenonga Lane<br>Leawood        KS 66209 | Unknown |
| 001516538 | |
| Collins, Charles W. Sr.<br>1503 15Th Street<br>Galena Park     TX 77547 | Unknown |
| 001605772 | |
| Collins, Craig J.<br>2520 16Th Se #3<br>Albany         OR 97321 | Unknown |

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        000140150


        Collins, Daniel L.                    Unknown
        1305 Columbus Street
        Fayette          AL 35555
-----------------------------------------------------------------------------
        001520787


        Collins, Gary E.                      Unknown
        513 Hickory Lane
        Pendleton        SC 29670
-----------------------------------------------------------------------------
        001587410


        Collins, Jack H.                      Unknown
        1320 16th Avenue   #A
        Co. Bluffs       IA 51501
-----------------------------------------------------------------------------
        001543617


        Collins, James D.                     Unknown
        489 Horseshoe Hill Drive
        Killen           AL 35645
-----------------------------------------------------------------------------
        001608614


        Collins, John D                       Unknown
        10558 West State Rd 28
        Kempton          IN 46049
-----------------------------------------------------------------------------
        001465030


        Collins, Judy M.                      Unknown
        2925 Main St. Box #26
        Barnstable       MA 02630
-----------------------------------------------------------------------------
        001561261


        Collins, Laura F.                     Unknown
        9327 N. Dartmouth Ave.
        Tampa            FL 33612
-----------------------------------------------------------------------------
        001602604


        Collins, Mary E                       Unknown
        23 Co Rd 3463
        Flora Vista      NM 87415
-----------------------------------------------------------------------------
        001606576


        Collins, Rick A.                      Unknown
        30905 Finnsettlement Rd.
        Arlington        WA 98223
-----------------------------------------------------------------------------
```

```
JCH7CLAIM2 98/12/07            INTERNATIONAL HERITAGE    Page: 283
                      Unsecured Creditors -- Sales Representatives


        Creditors Names and                Total Amt
        Mailing Address/ Zip Code          of Claim


        001607197


        Collver, Chad C.                    Unknown
        1440 W. Badger Road
        Custer          WA 98240
-----------------------------------------------------------------------
        000159498


        Colon, Cherie E                     Unknown
        2051 Carousel
        Hollister       CA 95023
-----------------------------------------------------------------------
        001553214


        Colorado, Edmundo G.                Unknown
        2135 Pilgrim Bend Drive
        Friendswood     TX 77546
-----------------------------------------------------------------------
        001587312


        Colson, Carole L.                   Unknown
        1821 Westbrooke Drive
        Blue Springs    MO 64015
-----------------------------------------------------------------------
        001529309


        Colson, Paulsa S.                   Unknown
        1821 Westborrke Dr.
        Blue Springs    MO 64015
-----------------------------------------------------------------------
        000160174


        Colton, Don P.                      Unknown
        P.O. Box 683
        Myrtle Beach    SC 29578
-----------------------------------------------------------------------
        001482556


        Colton, Vicki A.                    Unknown
        H.C. #2 Box 1202
        Lampe           MO 65681
-----------------------------------------------------------------------
        001522422


        Colvett, Joe D.                     Unknown
        1900 North Locust Avenue
        Lawrenceburg    TN 38464
-----------------------------------------------------------------------
        001595987


        Colyer Phyllis                      Unknown
        1021 W. 6Th
        Grandfield      OK 73546
-----------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


000130486


Combs, Gary D.                          Unknown
703 East 27Th
Kennewick        WA 99337
--------------------------------------------------------------------------------

001589383


Combs, Harold E.                        Unknown
9201 La Barranca Ne
Albuquerque      NM 87111
--------------------------------------------------------------------------------

001481245


Combs, Susan L.                         Unknown
1213 St.Michael Dr
Harvey           LA 70058
--------------------------------------------------------------------------------

001509470


Comeaux, Brenda                         Unknown
104 Philomene Road
Carencro         LA 70520
--------------------------------------------------------------------------------

001583346


Comeaux, Linda S.                       Unknown
Hwy 127 P O Box 282
Olla             LA 71465
--------------------------------------------------------------------------------

001554420


Comer, Carl E.                          Unknown
13382 Twin Circle Ct.
Poway            CA 92064
--------------------------------------------------------------------------------

001541439


Comiskey, Charles & Mickie              Unknown
7702 Woodway Drive
Houston          TX 77063
--------------------------------------------------------------------------------

001581415


Compeau, Thomas L.                      Unknown
207 E. 16
Hays             KS 67601
--------------------------------------------------------------------------------

001608094


Comperry Diane                          Unknown
3406 Eastwood Dr
Clarksville      TN 37043
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001608098 | |
| Comperry Patricia H<br>439 Mcadoo Creek Rd<br>Clarksville       TN 37043 | Unknown |
| 000160757 | |
| Compliance<br>2626 Glenwood Ave.<br>Raleigh        NC 27608 | Unknown |
| 000106654 | |
| Compton, Denise N.<br>2001 Country View Dr.<br>Greensboro      NC 27406 | Unknown |
| 001457771 | |
| Compton, Happy A.<br>P.O. Box 1814<br>Baytown        TX 77520 | Unknown |
| 001565164 | |
| Concepts Unlimited<br>1915 Berkshire Drive<br>Nashville       TN 37216 | Unknown |
| 001605144 | |
| Conder, Ardell R.<br>5225 W Clearwater E7<br>Kennewick       WA 99336 | Unknown |
| 001590694 | |
| Condon, Carolyn<br>600 Hammond Drive<br>Atlanta        GA 30328 | Unknown |
| 001494512 | |
| Condray, Jeanette<br>1100 Elmwood Trail<br>Cedar Park       TX 78613 | Unknown |
| 001517853 | |
| Condrey, Karen K.<br>94 Ponderosa Ln.<br>Flomaton       AL 36441 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001503281

| Cone, Doug | Unknown |
| 4245 N. Old Hwy 91 | |
| Pocatello        ID 83204 | |

---------------------------------------------------------------------------

000106747

| Cone, Emily B. | Unknown |
| 1108 A Dover Road | |
| Greensboro       NC 27408 | |

---------------------------------------------------------------------------

001531008

| Congdon, Richard A. | Unknown |
| 8485 S.W. 56 Street | |
| Miami            FL 33155 | |

---------------------------------------------------------------------------

001588022

| Conger, Sara L. | Unknown |
| 1202 3rd Ave. North | |
| Nampa            ID 83687 | |

---------------------------------------------------------------------------

000135902

| Congleton, Charlotte | Unknown |
| 5017 Lakewood Drive | |
| Manhattan        KS 66503 | |

---------------------------------------------------------------------------

000136002

| Conkle, David B | Unknown |
| 411 South Fourth Street | |
| Wylie            TX 75098 | |

---------------------------------------------------------------------------

000144489

| Conkle, Mike W. | Unknown |
| 3301 Wharton Ct. | |
| Arlington        TX 76017 | |

---------------------------------------------------------------------------

001599339

| Conley, Angela M. | Unknown |
| 5904 Wisconsin St. | |
| Bokeelia         FL 33922 | |

---------------------------------------------------------------------------

001555990

| Conley, Elaine B. | Unknown |
| 170 Briar Glen | |
| Rockwall         TX 75087 | |

---------------------------------------------------------------------------

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE

Unsecured Creditors -- Sales Representatives


Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001601474


Conley, James P.                        Unknown
8920 Lawndale Ste. D
Houston          TX 77012
------------------------------------------------------------------------

001597685


Conley, Sharon                          Unknown
1278 Liberty Way
College Place    WA 99362
------------------------------------------------------------------------

001539409


Conlin, Pamela J.                       Unknown
1013 Lakewood Dr.
Mckinnex,        TX 75070
------------------------------------------------------------------------

001549329


Conn, Ayako O.                          Unknown
Rt. 1 Box 1201
Palestine        TX 75801
------------------------------------------------------------------------

001549205


Conn, Dennis M.                         Unknown
Rt. 1 Box 1200
Palestine        TX 75801
------------------------------------------------------------------------

001572630


Conn, Pamela J                          Unknown
3800 Barberry Dr E-6
Laurel           MS 39440
------------------------------------------------------------------------

001516958


Conn, Vicki I.                          Unknown
5428 River Falls
Charlotte        NC 28215
------------------------------------------------------------------------

001461948


Connell, Cratina S.                     Unknown
152 Price Road
Wetumpka         AL 36093
------------------------------------------------------------------------

000158070


Connell, Larry D.                       Unknown
152 Price Road
Wetumpka         AL 36092
------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001498544

Connell, Myrtis O.                          Unknown
1100 New County Line Road
Sylacauga          AL 35150

--------------------------------------------------------------------------

001540885

Connell, Rodney L.                          Unknown
152 Price Road
Wetumpka          AL 36093

--------------------------------------------------------------------------

001598391

Connelly, Brian K                           Unknown
1042 Mazatlan
Albuquerque        NM 87111

--------------------------------------------------------------------------

001532151

Conner, James R.                            Unknown
561 W Smith Rd
Bellingham         WA 98226

--------------------------------------------------------------------------

001609540

Conner, Jr Robert E.                        Unknown
P.O. Box 505
Marshall           MO 65340

--------------------------------------------------------------------------

001470336

Conner, June A.                             Unknown
7909 Shady Lane
Scurry             TX 75158

--------------------------------------------------------------------------

001539902

Conner, Margaret G.                         Unknown
104 Claret
Maurice            LA 70555

--------------------------------------------------------------------------

001487972

Conner, Robert                              Unknown
807 E. Grossman Drive
Vidalia            GA 30474

--------------------------------------------------------------------------

001605475

Conner, Timothy J.                          Unknown
1531 South Hickory, Apt # 6
Ottawa             KS 66067

--------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim

001525951

Connolly, Kevin J                       Unknown
7406 Lazy Creek Drive
Austin          TX 78724
--------------------------------------------------------------------------------

001486531

Conrad Jr., Dean M.                     Unknown
N 414 Walnut
Spokane         WA 99206
--------------------------------------------------------------------------------

001486741

Conrad, Dean M.                         Unknown
9116 E. Sprague Ave. #298
Spokane         WA 99206
--------------------------------------------------------------------------------

001486250

Conrad, Delores A.                      Unknown
114 N. Irby
Kennewick       WA 99336
--------------------------------------------------------------------------------

001510198

Conrad, Sharon L.                       Unknown
36 Rumsey Street
Bath            NY 14810
--------------------------------------------------------------------------------

001581882

Conroy, Kyle D.                         Unknown
2507 Yellowstone
Billings        MT 59102
--------------------------------------------------------------------------------

001589310

Conroy, Marlo A.                        Unknown
706 N. 24Th No 2
Billings        MT 59101
--------------------------------------------------------------------------------

001550194

Constant, Grace B.                      Unknown
5023 Lake Ridge Drive
Old Hickory     TN 37138
--------------------------------------------------------------------------------

001603049

Constantine David M.                    Unknown
220 Bopamo Lane
Duson           LA 70529
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|

001549409

Contemporary Classics                    Unknown
7509 Maplecrest Dr.
Dallas           TX 75240

------------------------------------------------------------

001555441

Conversions Management                   Unknown
3527 Ambassador Caffery Pkwy.
Lafayette        LA 70503

------------------------------------------------------------

001605589

Convey, Christopher C.                   Unknown
1559 N Riverside Ave Apt#9
Provo            UT 84604

------------------------------------------------------------

001596436

Conway, Donna M.                         Unknown
13302 W 116Th St
Overland Park    KS 66210

------------------------------------------------------------

001476774

Conwill, Midori                          Unknown
10616 Mellow Meadows Apt 41A
Austin           TX 78750

------------------------------------------------------------

001588447

Cook Fern                                Unknown
2217 Rolling Oak Ln
Garland          TX 75044

------------------------------------------------------------

001468538

Cook Jr., John H.                        Unknown
5124 Southwind Drive
Greensboro       NC 27455

------------------------------------------------------------

000103169

Cook, Adolia                             Unknown
321 Shepards Hill
Rockwall         TX 75087

------------------------------------------------------------

001575364

Cook, Andrew J.                          Unknown
1219 Wedge Wood Dr.
Burlington       WA 98233

------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001606364


Cook, Christina R.                       Unknown
105 West Jefferson Apt A
Pittsburg          KS 66762
--------------------------------------------------------------------------------
000131778


Cook, Daniel M. & Christine K.           Unknown
403 O'Neill Drive
Jamestown          NC 27282
--------------------------------------------------------------------------------
001550718


Cook, Donna D.                           Unknown
1402 Dowington View
Acworth            GA 30101
--------------------------------------------------------------------------------
001592030


Cook, Heather L.                         Unknown
244 South 400 East
Springville        UT 84663
--------------------------------------------------------------------------------
000107712


Cook, Jeffrey C.                         Unknown
5404 Foster Store Road
Liberty            NC 27298
--------------------------------------------------------------------------------
001529532


Cook, Jennifer J.                        Unknown
16418 Shirleyville Rd.
Prairieville       LA 70769
--------------------------------------------------------------------------------
001563946


Cook, John                               Unknown
315 8th AVE. S.W.
Attalla            AL 35954
--------------------------------------------------------------------------------
001575384


Cook, John E.                            Unknown
12551 Wedgewood Dr
Burlington         WA 98233
--------------------------------------------------------------------------------
001560709


Cook, Kathy A.                           Unknown
18057 7Th Ave Ne
Shoreline          WA 98155
--------------------------------------------------------------------------------
```

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001557359


        Cook, Keith R                          Unknown
        4560 Misty Lane
        Bellingham       WA 98226
----------------------------------------------------------------------------
        001562930


        Cook, Lois J.                          Unknown
        1530 Ellis Apt. 205
        Concord          CA 94920
----------------------------------------------------------------------------
        001459912


        Cook, Thelma L                         Unknown
        348 Tenth Street
        Nokomis          FL 34275
----------------------------------------------------------------------------
        001542127


        Cook, Tom N.                           Unknown
        5145 Bone Lane
        Brooksville      FL 34609
----------------------------------------------------------------------------
        001551175


        Cook, Von A.                           Unknown
        8725 Kimberly
        Beaumont         TX 77707
----------------------------------------------------------------------------
        001511416


        Cook, William G.                       Unknown
        622 Nehalem Lane
        LaConner         WA 98257
----------------------------------------------------------------------------
        001603419


        Cooke, Donna J                         Unknown
        P.O. Box 1230
        Champmanville    WV 25508
----------------------------------------------------------------------------
        001607090


        Cooke, Vicky E.                        Unknown
        1028 Hermann St
        Myrtle Point     OR 97458
----------------------------------------------------------------------------
        001602943


        Cookie, B                              Unknown
        1045 Old Samish Rd
        Bellingham       WA 98226
----------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE
                         Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001478824


        Cooksey, Rojeana A.                     Unknown
        1600 31st Street W.
        Birmingham       AL 35208
-----------------------------------------------------------------------------
        000162419


        Cooley, Elaine T.                       Unknown
        104 Mallard Drive
        Lafayette        LA 70507
-----------------------------------------------------------------------------
        001521976


        Cooley, Kimberly A.                     Unknown
        1835 Sonnet Dr.
        Grapevine        TX 76051
-----------------------------------------------------------------------------
        001544976


        Coomes, Yvette D.                       Unknown
        201 E. 177th Street
        Belton           MO 64012
-----------------------------------------------------------------------------
        000112039


        Coon, Deborah C.                        Unknown
        1792 Chelwood Circle
        Charleston       SC 29407
-----------------------------------------------------------------------------
        001544021


        Coon, Donald W.                         Unknown
        9715 Derrik Dr.
        Houston          TX 77080
-----------------------------------------------------------------------------
        001513590


        Coon, Kathy J.                          Unknown
        125 Clear Lake Road
        Kemah            TX 77565
-----------------------------------------------------------------------------
        001573317


        Coon, Randall C                         Unknown
        17615 Heritage Creek
        Webster          TX 77598
-----------------------------------------------------------------------------
        001550267


        Coonc, Allison M.                       Unknown
        6511 24th Avenue NW  #6
        Seattle          WA 98117
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001547786


Coonc, Kenneth C.                       Unknown
804 Metcalf St.
Sedro Woolley      WA 98284
------------------------------------------------------------------------
001552197


Coonc, Kenneth R.                       Unknown
804 Metcalf St.
Sedro-Woolley      WA 98284
------------------------------------------------------------------------
001547781


Coonc, Lois K.                          Unknown
P.O. Box 699
LaConner           WA 98257
------------------------------------------------------------------------
001585758


Coony, Peter D                          Unknown
1033 14th ST
Hermosa Beach      CA 90254
------------------------------------------------------------------------
001506162


Cooper, Brian L.                        Unknown
1256 Bayhill Drive
Burlington         WA 98233
------------------------------------------------------------------------
001518209


Cooper, Debbie                          Unknown
5432 Willow Wood Lane
Dallas             TX 75252
------------------------------------------------------------------------
001563446


Cooper, Diana R.                        Unknown
W. 7426 Parker Rd.
Deer Park          WA 99006
------------------------------------------------------------------------
000143533


Cooper, Kevin W.                        Unknown
1779 Duchamp #3
Broussard          LA 70518
------------------------------------------------------------------------
001570274


Cooper, Minka D.                        Unknown
1779 Duchamp Rd. #3
Broussard          LA 70518
------------------------------------------------------------------------
```

                    Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                Total Amt
        Mailing Address/ Zip Code           of Claim


        000114384


        Cooper, Nancy E.                    Unknown
        601 Commerce Dr.
        Wylie          TX 75098
--------------------------------------------------------------------------

        001591787


        Cooper, Nick                        Unknown
        Mile 136.5 Sterling Hwy
        Ninilchik      AK 99639
--------------------------------------------------------------------------

        001494668


        Cooper, Ruth E.                     Unknown
        17 Chelsa Lane
        Bella Vista    AR 72714
--------------------------------------------------------------------------

        001569557


        Cooper, Toni L.                     Unknown
        2091 Galaxy Dr.
        Franklin       IN 46131
--------------------------------------------------------------------------

        000120846


        Cooper-Smith, Deanna P.             Unknown
        2921 Weil Drive
        Sulphur        LA 70663
--------------------------------------------------------------------------

        001572747


        Cope Ken P.                         Unknown
        2204 Gallina Cr.
        Collierville   TN 38017
--------------------------------------------------------------------------

        001549992


        Cope, Nancy J .                     Unknown
        14420 Maiden Court
        Addison        TX 75240
--------------------------------------------------------------------------

        001586255


        Copeland, Marcus A                  Unknown
        175 Copeland Lane
        West Monroe    LA 71292
--------------------------------------------------------------------------

        001569745


        Copenhaver, Rebecca C.              Unknown
        4918 Itana
        Bozeman        MT 59715
--------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                   Total Amt
        Mailing Address/ Zip Code             of Claim


        001463301


        Copp, Kim C.                          Unknown
        1310 W. Indies Way
        Lantana          FL 33462
------------------------------------------------------------------------------
        001463306


        Copp, Mark H.                         Unknown
        1310 West Indies Way
        Lantana, 33462    FL 33462
------------------------------------------------------------------------------
        001504428


        Corban, Linda C                       Unknown
        2567 Jennifer Drive
        Pearl            MS 39208
------------------------------------------------------------------------------
        001554834


        Corbett, Burke A.                     Unknown
        208 Nellie Rose St.
        Lyons            GA 30436
------------------------------------------------------------------------------
        001581918


        Corbett, Stephen Scott                Unknown
        26411 NE 192nd STREET
        Lawson           MO 64062
------------------------------------------------------------------------------
        001588255


        Corbett, Thomas A.                    Unknown
        4280 N. Linda Vista
        Boise            ID 83704
------------------------------------------------------------------------------
        001577867


        Corbin, Jonie J.                      Unknown
        926 Salmon Dr.
        Dallas           TX 75208
------------------------------------------------------------------------------
        000144784


        Corbin, William L.                    Unknown
        1001 Simmons Street
        Mt. Pleasant     SC 29464
------------------------------------------------------------------------------
        001465986


        Corbin, William T.                    Unknown
        1001 Simmons St.
        Mt. Pleasant     SC 29464
------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE              Page: 297

Unsecured Creditors -- Sales Representatives


Creditors Names and                          Total Amt
Mailing Address/ Zip Code                    of Claim


001465149


Corcoran, Linda                              Unknown
829 Mulberry St.
Lake Worth          FL 33461
------------------------------------------------------------------------------

001521274


Cordeiro, Yvonne A.                          Unknown
219 W Arch
Nevada              MO 64772
------------------------------------------------------------------------------

001506650


Cordell, Brent W.                            Unknown
73065 Pine Air Drive
Couington           LA 70433
------------------------------------------------------------------------------

000114712


Cordell, Joy E                               Unknown
12800 Old Osborne Rd
South Vienna        OH 45369
------------------------------------------------------------------------------

000140891


Cordell, Maggie                              Unknown
5901 Jfk Blvd. Apt. 423
North Little Rock   AR 72116
------------------------------------------------------------------------------

001514800


Cordtz, Sheila K.                            Unknown
1090 Devereux Chase
Roswell             GA 30075
------------------------------------------------------------------------------

001569831


Cordy, John I.                               Unknown
111 Hog Alley
Rayne               LA 70578
------------------------------------------------------------------------------

001588736


Core, Gayle J.                               Unknown
376 Savio Road
Randle              WA 98377
------------------------------------------------------------------------------

000153070


Corell, Melanie M.                           Unknown
135 Fairway Lane
Barnwell            SC 29812
------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| **000112355** | |
| Corlee, Janie B.<br>676 Burke Place<br>Auburn          AL 36830 | Unknown |
| **001589618** | |
| Corley, Martha L.<br>5121 La Fiesta, N.E.<br>Albuquerque      NM 87109 | Unknown |
| **000120938** | |
| Corley, Richard W.<br>8405 Fairway Drive<br>Pineville        LA 71360 | Unknown |
| **001504781** | |
| Cormey, David S.<br>13224 N Mortar Pestle Ct<br>Oro Vally        AZ 85737 | Unknown |
| **001521700** | |
| Cormier, Mary T.<br>6701 Island Rd.<br>Cicero           NY 13039 | Unknown |
| **001562277** | |
| Corneil, Ross D.<br>865 Larkspur Road<br>Deer Lodge       MT 59722 | Unknown |
| **001614831** | |
| Cornelison, Bradley R<br>4012 Duplin Dr<br>Greensboro       NC 27407 | Unknown |
| **001601509** | |
| Cornelius, Jeremy W.<br>5403 Everhart Suite 14<br>Corpus Christi   TX 78411 | Unknown |
| **001539533** | |
| Cornwall, Sharon M.<br>154 WEST 7th<br>Lovell           WY 82431 | Unknown |

                       Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code           of Claim


        001549429


        Cornwell, Suzanne                    Unknown
        3420 Misty Meadow
        Dallas          TX 75287
-----------------------------------------------------------------------------
        001545403


        Cornwell, Valerie A.                 Unknown
        100 Alta Vista Dr.
        Winchester      VA 22602
-----------------------------------------------------------------------------
        001493377
        .

        Corona, Marsha K.                    Unknown
        410 Westinster
        League City     TX 77573
-----------------------------------------------------------------------------
        001505914


        Corona, Morris J.                    Unknown
        418 Lakeside Dr.
        Kemah           TX 77565
-----------------------------------------------------------------------------
        001543026


        Coronado, Rene J.                    Unknown
        24022 Sunny GLEN
        Huffman         TX 77336
-----------------------------------------------------------------------------
        001547004


        Corral, Lynn & Ramon                 Unknown
        9566 Coolbrook
        San Antonio     TX 78250
-----------------------------------------------------------------------------
        001608858


        Corrales Ramona M                    Unknown
        34 Main Street
        Millburn        NJ  07041
-----------------------------------------------------------------------------
        001607310


        Correia, Judith  A.                  Unknown
        1017 Blanding Blvd.
        Orange Park     FL 32065
-----------------------------------------------------------------------------
        000162364


        Cortez, Leonides                     Unknown
        118 E. Taft Ave.
        Harlingen       TX 78550
-----------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE        Page 300
                    Unsecured Creditors -- Sales Representatives

```
        Creditors Names and              Total Amt
        Mailing Address/ Zip Code        of Claim


        001590509


        Costa, Gary L.                   Unknown
        708 Priest Pt. Drive N.W.
        Marysville      WA 98271
------------------------------------------------------------------
        001508216


        Costello, Art P.                 Unknown
        121-B Chesnut Ridge
        Dripping Springs   TX 78620
------------------------------------------------------------------
        001561264


        Costello, Jeffrey A.             Unknown
        32 Paulson Drive
        W. Springfield     MA 01089
------------------------------------------------------------------
        001586645


        Costley, Andrea                  Unknown
        21514 Ivy Road
        Webb City       MO 64870
------------------------------------------------------------------
        001498369


        Coston, Michael M.               Unknown
        30 Country Lane
        Haughton        LA 71037
------------------------------------------------------------------
        001600019


        Cote, Doris A.                   Unknown
        30 Auburn Street Apt. 2
        Nashua          NH 03060
------------------------------------------------------------------
        000110479


        Cothran, Deborah B.              Unknown
        Rt 7 Box 1613
        Manning         SC 29102
------------------------------------------------------------------
        001582355


        Cotler, Jeannine                 Unknown
        4752 N.W. 58 Avenue
        Coral Springs    FL 33067
------------------------------------------------------------------
        001614210


        Cotner, Kevin B.                 Unknown
        414 Nugget Drive
        Rogue River     OR 97537
------------------------------------------------------------------
```

```
        Creditors Names and                Total Amt
        Mailing Address/ Zip Code          of Claim


        001615078


        Cotner, Susan J.                    Unknown
        414 Nugget Drive
        Rogue River      OR 97537
------------------------------------------------------------------------------
        001577911


        Cottom, Nancy J.                    Unknown
        500 E. Illinois
        Marion          IL 62959
------------------------------------------------------------------------------
        000143005


        Cotton, Kay F.                      Unknown
        107 Pearlie St.
        New Boston      TX 75570
------------------------------------------------------------------------------
        001570732


        Couch, Daniel T.                    Unknown
        3825 Hwy 78 West
        Oxford          AL 36203
------------------------------------------------------------------------------
        001563879


        Couch, Etta B.                      Unknown
        20 Bramlett Rd.
        Union Grove      AL 35175
------------------------------------------------------------------------------
        000139266


        Couch, Kathleen H.                  Unknown
        8773 Elon Trail
        Jonesboro       GA 30236
------------------------------------------------------------------------------
        001536576


        Couch, William H.                   Unknown
        80 Lee Williams Road
        Carrollton      GA 30117
------------------------------------------------------------------------------
        001599008


        Couey, Joe E. *                     Unknown
        2210 Rocky Lane
        Eugene          OR 97401
------------------------------------------------------------------------------
        001588587


        Coughenour, Barbara W               Unknown
        1601 Belmeade Dr.
        Kingsport       TN 37664
------------------------------------------------------------------------------
```

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001584015


Countryman, Thomas B.                  Unknown
Rt 2 Box 3490
Richards        TX 77873
-----------------------------------------------------------------------------

001595751


Courson, David M.                      Unknown
7204 Ridge Park Ct.
Montgomery      AL 36117
-----------------------------------------------------------------------------

001595005


Courson, Kevin R.                      Unknown
90 Candy Lane
Wetumpka        AL 36092
-----------------------------------------------------------------------------

001583100


Courson, Linda E.                      Unknown
4466 Blackwood Dr.
Montgomery      AL 36109
-----------------------------------------------------------------------------

001455516


Courtney, James R.                     Unknown
3708 N. E. Independence Ave.
Lee's Summit    MO 64064
-----------------------------------------------------------------------------

001544594


Courtney, Larry W.                     Unknown
20292 Hwy 52 South
Albemarle       NC 28001
-----------------------------------------------------------------------------

001543767


Coutu, Rita M.                         Unknown
1520 E. Brainerd St.
Pensacola       FL 32503
-----------------------------------------------------------------------------

001503979


Couture, Patricia L.                   Unknown
1718 East Maryland
Bellingham      WA 98226
-----------------------------------------------------------------------------

001508508


Couturier, Kristine                    Unknown
315 70th Avenue
Lakeview        MI 48850
-----------------------------------------------------------------------------
```

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001567062


Cover, Cindy L.                        Unknown
14025 Clubhouse Cr. #2506
Tampa             FL 33624
--------------------------------------------------------------------------------

001580899


Cowan, Deane C.                        Unknown
646 W. Hulbert Road
Bozeman           MT 59715
--------------------------------------------------------------------------------

001475281


Cowart, Dorothy G.                     Unknown
1825 Georgehill Road
Lyons             GA 30436
--------------------------------------------------------------------------------

001551173


Cowart, Linda                          Unknown
Hc 68 Box 88
Norman            AR 71960
--------------------------------------------------------------------------------

000147948


Cowart, Marcus L                       Unknown
2820 Maple Vista Lane
Lawrenceville     GA 30044
--------------------------------------------------------------------------------

001588373


Cowden, John D.                        Unknown
Rt. 1 Box 585
Nocona            TX 76255
--------------------------------------------------------------------------------

001592166


Cowden, Karla J.                       Unknown
5570 Knight Rd.
Bellingham        WA 98226
--------------------------------------------------------------------------------

001530797


Cowger, Pam R.                         Unknown
101 Jason Ln.
Cumming           GA 30130
--------------------------------------------------------------------------------

001565591


Cowger, William H.                     Unknown
1760 Park Avenue
Chandler          AZ 85224
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001555296

Cowsar, Susan C.*                              Unknown
501 F M 547
Farmersville       TX 75442
----------------------------------------------------------------------------

001471421

Cowsert, Betty L.                              Unknown
HCR 67 Box 499B
Roach              MO 65787
----------------------------------------------------------------------------

001462528

Cowsert, Jeanise R.                            Unknown
13408 W 116Th Terrace
Overland Park      KS 66210
----------------------------------------------------------------------------

000123239

Cox Sr., Ralph L.                              Unknown
7889 Hwy. 190 East
Ragley             LA 70657
----------------------------------------------------------------------------

001534913

Cox, Charles A                                 Unknown
2950 South Shaver
Pasadena           TX 77502
----------------------------------------------------------------------------

000109270

Cox, Daniel R.                                 Unknown
404 63rd Ave
Myrtle Beach       SC 29572
----------------------------------------------------------------------------

001595801

Cox, Darrell D.                                Unknown
3 Village Place
Natchez            MS 39120
----------------------------------------------------------------------------

001576670

Cox, Dorothea E.                               Unknown
1602 N Main
Cassuille          MO 65625
----------------------------------------------------------------------------

001579623

Cox, Dorothy M                                 Unknown
272 Hampshire Avenue
Springhill         FL 34606
----------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE           Page 1675 305
                          Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code            of Claim


        000156209


        Cox, Edward L.                        Unknown
        229  Hardy Lane
        Sylacauga          AL 35151
------------------------------------------------------------------------------

        001576862


        Cox, Jacquelyn E.                     Unknown
        605 Orchard St
        Bowie              TX 76230
------------------------------------------------------------------------------

        001558098


        Cox, John                             Unknown
        3205 North Shiloh Rd.
        Garner             NC 27529
------------------------------------------------------------------------------

        001582970


        Cox, Kelly B.                         Unknown
        2802 N Quaker Avenue 38B
        Lubbock            TX 79415
------------------------------------------------------------------------------

        001575836


        Cox, Laurie J.                        Unknown
        304 W. Ridgeview Lane
        Ellensburg         WA 98926
------------------------------------------------------------------------------

        001560736


        Cox, Margaret J.                      Unknown
        3005 Whitehall Lane
        Wichita Falls      TX 76309
------------------------------------------------------------------------------

        000118195


        Cox, Marjorie G.                      Unknown
        1612 Herrin St.
        Clarksdale         MS 38614
------------------------------------------------------------------------------

        000159517


        Cox, Marvin E.                        Unknown
        136 Mountain View Lake Rd.
        Sylacauga          AL 35150
------------------------------------------------------------------------------

        001558225


        Cox, Peggy E.                         Unknown
        2409 W. F Street
        Pecos              TX 79772
------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001604987


        Cox, Ronnie G.                         Unknown
        102 Arrowhead Dr
        Natchez        MS 39120
--------------------------------------------------------------------------------
        001603407


        Cox, Steven                            Unknown
        102 Arrowhead Drive
        Natchez        MS 39120
--------------------------------------------------------------------------------
        000155431


        Cox, Virginia                          Unknown
        205 Midway Dr
        Spartanburg    SC 29301
--------------------------------------------------------------------------------
        000116357


        Cox, William M.                        Unknown
        8544 Jann Drive
        Powell         TN 37849
--------------------------------------------------------------------------------
        001541877


        Coy, Kristi L.                         Unknown
        138 North Shore Dr.
        Bellingham     WA 98226
--------------------------------------------------------------------------------
        001597412


        Coy, Peter C                           Unknown
        138 N Shore Dr
        Bellingham     WA 98226
--------------------------------------------------------------------------------
        001517405


        Coyazo, John A.                        Unknown
        15902 EAST 36th STREET
        Indep          MO 64055
--------------------------------------------------------------------------------
        001551795


        Cozart, John B.                        Unknown
        254 Hillcrest Drive
        Nocona         TX 76255
--------------------------------------------------------------------------------
        001581729


        Craddock, Ann                          Unknown
        1615 Sangster
        Navasota       TX 77868
--------------------------------------------------------------------------------
```

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001547829


Craddock, Jr. Glenn M.                   Unknown
Lot# 22 Bryants Place
Pinnacle         NC 27043
```
--------------------------------------------------------------------------------
```
001608695


Crafton, Edward G.                       Unknown
3900 E. Valley Road, Ste 202
Renton           WA 98055
```
--------------------------------------------------------------------------------
```
001564024


Cragg, Paul L.                           Unknown
1269 Silver Shoals Rd
Lula             GA 30554
```
--------------------------------------------------------------------------------
```
001546091


Craig, Diane M.                          Unknown
14305 WEST 57th Terrace
Shawnee          KS 66216
```
--------------------------------------------------------------------------------
```
001568152


Craig, Marcia L.                         Unknown
17318 Club Hill Dr.
Dallas           TX 75248
```
--------------------------------------------------------------------------------
```
001460814


Craig, Mark A.                           Unknown
4345 Grandview S.
Wichtia Falls    TX 76305
```
--------------------------------------------------------------------------------
```
000114861


Craig, Michael A.                        Unknown
5723 Bayleaf Ln.
Greensboro       NC 27455
```
--------------------------------------------------------------------------------
```
001569619


Craig, Michael G.                        Unknown
8126 Co. Lane, #116
Carthage         MO 64836
```
--------------------------------------------------------------------------------
```
001477917


Craig, Perri D.                          Unknown
3953 Edgebrook Dr
Flowery          GA 30542
```
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


000110260


Craig, Steve P.                        Unknown
217 Allen Bridge Road
Woodruff          SC 29388
-----------------------------------------------------------------------------------
001574884


Craig, Thomas A                        Unknown
3372 Blue Ridge Blvd
Independence      MO 64052
-----------------------------------------------------------------------------------
001480476


Crain, Heather Danielle                Unknown
2065 US 70 East
Morganton         NC 28655
-----------------------------------------------------------------------------------
001593234


Crain, Susan A.                        Unknown
1309 Rimrock Road
Billings          MT 59102
-----------------------------------------------------------------------------------
000151570


Crain, Tom                             Unknown
1007 Burton Rd.
Tallassee         AL 36078
-----------------------------------------------------------------------------------
001575989


Cramer, Daniel Gene                    Unknown
956 Vandyk Rd
Lynden            WA 98264
-----------------------------------------------------------------------------------
001513888


Cramer, Lynda                          Unknown
4631 Secret River Trail
Port Orange       FL 32219
-----------------------------------------------------------------------------------
001544120


Cramer, Nancy C.                       Unknown
Rr. 2 Box 495A
Mt. Pleasant      PA 15666
-----------------------------------------------------------------------------------
001579589


Crandall, Chris M.                     Unknown
3380 Shangrila Rd
Sedrowoolly       WA 98284
-----------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


Creditors Names and                          Total Amt
Mailing Address/ Zip Code                     of Claim


001595314


Crandall, Mark E.                             Unknown
14714 Kellerton Ct
Cypress          TX 77429
--------------------------------------------------------------------------------

001520405


Craney, Myra J.                               Unknown
1732 Greenridge Ct.
Jefferson City   MO 65101
--------------------------------------------------------------------------------

000157359


Cranford, Tommy                               Unknown
271 Monroe Ave.
Asheboro          NC 27203
--------------------------------------------------------------------------------

001502923


Crase, David D.                               Unknown
P. O. Box 1664
Garden City       KS 67846
--------------------------------------------------------------------------------

000139739


Craven, Archie P.                             Unknown
119 Robedo Road
Mt. Gilead        NC 27306
--------------------------------------------------------------------------------

000143849


Craven, Janice S.                             Unknown
316 N. Shefford
Wichita           KS 67212
--------------------------------------------------------------------------------

000114961


Craven, Lorri A.                              Unknown
258 East Stop thirteen road
Indianapolis      IN 46227
--------------------------------------------------------------------------------

001574382


Craven, Wallace L.                            Unknown
P.O. Box 227
Mt.Airy           GA 30563
--------------------------------------------------------------------------------

000107920


Crawford Jr., John J.                         Unknown
112 Trexler Dr.
Wadesboro         NC 28170
--------------------------------------------------------------------------------

                          Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                   Total Amt
        Mailing Address/ Zip Code             of Claim


        001581138


        Crawford, Bart F.                     Unknown
        707 Rollingwood Dr.
        Richardson       TX 75081
-----------------------------------------------------------------------------
        001534201


        Crawford, Candace Lee                 Unknown
        13120 Persons Road
        Bow              WA 98232
-----------------------------------------------------------------------------
        000116695


        Crawford, Cindi D.                    Unknown
        361 Monroe Road
        Meridianville    AL 35759
-----------------------------------------------------------------------------
        001473404


        Crawford, Joseph B.                   Unknown
        306 West Bay Road
        Osterville       MA 02655
-----------------------------------------------------------------------------
        001586600


        Crawford, Shirley A.                  Unknown
        405 Elm Tree
        Jefferson City   MO 65109
-----------------------------------------------------------------------------
        001599709


        Crawford, Shirley N.                  Unknown
        P.O. Box 848
        Fairview         TN 37062
-----------------------------------------------------------------------------
        000122694


        Crawford, Starla L.                   Unknown
        6903 Oakbend Dr.
        Alvin            TX 77511
-----------------------------------------------------------------------------
        001568249


        Creamer, David                        Unknown
        15530 Sam Norris Rd.
        Northport        AL 35475
-----------------------------------------------------------------------------
        001519871


        Creamer, Janice                       Unknown
        3343 Ole Miss Drive
        Kenner           LA 70065
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001519885

Creamer, Nobuyo                          Unknown
3343 Ole Miss Drive
Kenner          LA 70065

--------------------------------------------------------------------------------

000137420

Creative Marketing Technologie          Unknown
10614 Palm Springs Dr.
Boca Raton      FL 33428

--------------------------------------------------------------------------------

001474726

Credeur, Angelique L.                    Unknown
621 E. Cedar
Crowley         LA 70526

--------------------------------------------------------------------------------

001503769

Credeur, Phyllis C.                      Unknown
301 N. Parkerson Avenue
Crowley         LA 70526

--------------------------------------------------------------------------------

001543815

Creech, Bennette                         Unknown
Rt 1 Box 288
Joaquin         TX 75954

--------------------------------------------------------------------------------

001539625

Creech, Candy D.                         Unknown
6703 Us Hwy 79 S.
Beckville       TX 75631

--------------------------------------------------------------------------------

001557952

Creel, Marsha                            Unknown
Off Hwy 500-Mt S. Inai Commun.
Trout           LA 71371

--------------------------------------------------------------------------------

001574092

Crees, Silas R.                          Unknown
2450 King Ave. W
Billings        MT 59102

--------------------------------------------------------------------------------

001528461

Crenshaw, Margaret E.                    Unknown
2109 Harding Road
Augusta         GA 30906

--------------------------------------------------------------------------------

                     Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000142789


        Criddle, Alan K.                        Unknown
        1405 Lamar
        Lamarque        TX 77568
--------------------------------------------------------------------------

        001505362


        Criddle, Opal M.                        Unknown
        1505 Wayside Dr.
        Texas City      TX 77590
--------------------------------------------------------------------------

        000153919


        Criddle, Shane A.                       Unknown
        13207 E. 6th Avenue
        Spokane         WA 99216
--------------------------------------------------------------------------

        000148627


        Criddle, Van A                          Unknown
        2034 Laurelhurst Drive
        Eugene          OR 97402
--------------------------------------------------------------------------

        001545957


        Criffield, Kristen A.                   Unknown
        P.O.Box 821
        Kearney         NE 68848
--------------------------------------------------------------------------

        000112040


        Crisp, Artie E.                         Unknown
        773 Jim Isle Drive
        Charleston      SC 29412
--------------------------------------------------------------------------

        000109111


        Crisp, Elizabeth W.                     Unknown
        358 Martello Drive
        Charleston      SC 29412
--------------------------------------------------------------------------

        001517806


        Crist, Ronda L.                         Unknown
        760 E 2700 S
        Hagerman        ID 83332
--------------------------------------------------------------------------

        001556763


        Crobarger, Kala R.                      Unknown
        1815 Firestone Dr.
        Escondido       CA 92026
--------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001522094

Crocker, John M.                         Unknown
183 Field Street
Brockton          MA 02402

-----------------------------------------------------------------------

000160390

Crocker, Valerie K.                      Unknown
111 Calhoun St.
Johnston          SC 29832

-----------------------------------------------------------------------

001582148

Crocker, Vincent R.                      Unknown
911 14Th St.
Bellingham        WA 98225

-----------------------------------------------------------------------

001456440

Crockett, Delores A.                     Unknown
255 Cherokee Drive #28
Liberty           MO 64068

-----------------------------------------------------------------------

001489219

Crockett, Diane L.                       Unknown
104 Verna Drive
Holcomb           KS 67851

-----------------------------------------------------------------------

001526966

Crockett, Fredrick L.                    Unknown
699 E. Center #189
Anaheim           CA 92805

-----------------------------------------------------------------------

001563531

Croft, Janice L.                         Unknown
5833 Godfrey Rd.
Gadsden           AL 35903

-----------------------------------------------------------------------

001565636

Croft, Randall R.                        Unknown
5833 Godfrey Rd.
Gadsden           AL 35903

-----------------------------------------------------------------------

001554038

Crolius, George S.                       Unknown
401 SE 10th ST #B-102
Dania             FL 33004

-----------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000109467 | |
| Cromer, Thomas S.<br>212 Quail Run Cir.<br>Fountain Inn      SC 29644 | Unknown |
| 001581673 | |
| Cromwell, Cary L<br>509 Robinson St.<br>Scobey          MT 59263 | Unknown |
| 001545026 | |
| Cronin, Abigail M.<br>1120 N Fig St.<br>Escondido       CA 92026 | Unknown |
| 001587816 | |
| Cronin, Cristina V.<br>8906 Valley View Ln.<br>Houston         TX 77074 | Unknown |
| 001526828 | |
| Crook, III William M.<br>212 Six Pond Trail<br>Green Cove Springs  FL 32043 | Unknown |
| 001463340 | |
| Crook, Jeanette H.<br>517 Mystic Ave.<br>Bremen          GA 30110 | Unknown |
| 001515574 | |
| Crook, Leslie J.<br>4752 Lincolnshire Dr.<br>Grand Prairie    TX 75052 | Unknown |
| 000135284 | |
| Crosby, Beth C.<br>5148 Westgrove<br>Dallas          TX 75248 | Unknown |
| 001597006 | |
| Crosby, Brett<br>1428 Horseshoe Lake Rd<br>Columbia        LA 71418 | Unknown |

```
Creditors Names and                  Total Amt
Mailing Address/ Zip Code            of Claim


001571944


Crosby, Darnell S.                   Unknown
P.O. Box 1081
Soldotna        AK 996691081
--------------------------------------------------------------------------------
000131012


Crosby, Thomas G.                    Unknown
5925 Mallard Lane
Citrus Heights    CA 95621
--------------------------------------------------------------------------------
001460718


Cross, Ann                           Unknown
2318 Halyard Lane
Chesapeake      VA 23323
--------------------------------------------------------------------------------
000149479


Cross, Rita R                        Unknown
201 E Key
Salina          KS 67401
--------------------------------------------------------------------------------
001466884


Cross, Robert W.                     Unknown
1539 Algoa-Friendswood Road
Alvin           TX 77511
--------------------------------------------------------------------------------
001469318


Cross, Wanda D.                      Unknown
2514 Halterbreak Ct.
Herndon         VA 20171
--------------------------------------------------------------------------------
001568297


Crossey, James M.                    Unknown
2384 Pinecrest Ct.
W. Palm Beach   FL 33415
--------------------------------------------------------------------------------
001507148


Crossley, Jewel E.                   Unknown
306 South Elk
Fredericksburg  TX 78624
--------------------------------------------------------------------------------
001531724


Crosson, Cindy A.                    Unknown
403 Chelsea
Friendswood     TX 77546
--------------------------------------------------------------------------------
```

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001494218


Crough, Meagan M.                      Unknown
411 NE 7th
Abilene          KS 67410
-------------------------------------------------------------------------
001557194


Crow, Jean                             Unknown
400 Cooke Apt. 12
Nocona           TX 76255
-------------------------------------------------------------------------
001465942


Crow, McCain C.                        Unknown
8335 Walden Woods Way
Loomis           CA 95650
-------------------------------------------------------------------------
001499599


Crow, Shirley JE                       Unknown
1744 First Avenue West
Kalispell        MT 59901
-------------------------------------------------------------------------
001461181


Crow, Sue G.                           Unknown
165 Reed Lane
Columbia Falls   MT 59912
-------------------------------------------------------------------------
000104780


Crowder, Anthony C.                    Unknown
1316 Fairhaven Road
Chesapeake       VA 23322
-------------------------------------------------------------------------
001487625


Crowder, Wilma M.                      Unknown
625 S. Central
Malta            MT 59538
-------------------------------------------------------------------------
001614718


Crowe Jr, B, J.                        Unknown
438 Pinewood Ln
Bassett          VA 24055
-------------------------------------------------------------------------
001593702


Crowe, Derek A.                        Unknown
26 Fir Lane
Carthage         MO 64836
-------------------------------------------------------------------------
```

```
        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001593235


        Crowe, Dustin W                          Unknown
        413 Kansas Ave
        Carthage          MO 64836
-----------------------------------------------------------------------------

        001479532


        Crowe, Karen P                           Unknown
        164 Brandon Rd
        Conroe            TX 77302
-----------------------------------------------------------------------------

        001596904


        Crowell Crystal A                        Unknown
        8200 W 145Th St
        Overland Park     KS 66223
-----------------------------------------------------------------------------

        000115884


        Crowell, Gary L.                         Unknown
        12825 Copperfield Ln
        Madison           AL 35758
-----------------------------------------------------------------------------

        000125835


        Crowley II, Thomas K.                    Unknown
        181 NE Rosewood Ct.
        Lee Summit        MO 64064
-----------------------------------------------------------------------------

        001534100


        Crowley, Christopher & Dayna             Unknown
        14 Femia
        Ashland           MA 01721
-----------------------------------------------------------------------------

        001529374


        Crowley, Erin E.                         Unknown
        5380 S. Monaco St.
        Greenwood         CO 80111
-----------------------------------------------------------------------------

        001506015


        Crowley, John                            Unknown
        2408 Bastille Court
        McKinney          TX 75070
-----------------------------------------------------------------------------

        001550652


        Crowley, Jonette                         Unknown
        5380 S. Monaco St.
        Greenwood         CO 80111
-----------------------------------------------------------------------------
```

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001473623 | |
| Crowley, Laura E.<br>307 N 81 Terr<br>Kansas City    KS 66112 | Unknown |
| 000151897 | |
| Crowley, Sherry A<br>457 Carroll Hollow Rd<br>Clinton    TN 37716 | Unknown |
| 001575939 | |
| Croxton, Larry C.<br>324 Homer Road<br>Minden    LA 71055 | Unknown |
| 001533958 | |
| Crozier, Robert L.<br>145 Bill Drive<br>Crowley    LA 70526 | Unknown |
| 001530864 | |
| Crull, Mary JANE<br>8025 Villefranche Dr.<br>Corpus Christi    TX 78414 | Unknown |
| 001532741 | |
| Crumley, William J.<br>7645 Bill Wilson Rd.<br>Alto    GA 30510 | Unknown |
| 001575912 | |
| Crumpler, Jon D.<br>1810 Hwy. 3062<br>Homer    LA 71040 | Unknown |
| 001580003 | |
| Crusan, Donald<br>7029 Helweg Lane<br>Blaine    WA 98230 | Unknown |
| 001506175 | |
| Crutcher, Michael J.<br>8300 Douglas #800<br>Dallas    TX 75225 | Unknown |

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001564606


Cuddeback, M. Shawn                    Unknown
4644 Dandelion Circle
Marietta        GA 30067
--------------------------------------------------------------------------------
001541866


Cuellar, John W.                       Unknown
1380 S.W. Swantown Ave. #E-1
Oak Harbor       WA 98277
--------------------------------------------------------------------------------
001497559


Cuellar, Rigoberto                     Unknown
264 Los Ebanos Blvd
Bronsville       TX 78520
--------------------------------------------------------------------------------
001528356


Cui, Hong                              Unknown
13 Wonderview Ct.
Timonium         MD 21093
--------------------------------------------------------------------------------
001455585


Cui, Kai                               Unknown
141-10 Cherry Avenue
Flushing         NY 11355
--------------------------------------------------------------------------------
001549184


Cui, Lian                              Unknown
206 Fairview Circle
Middle Island    NY 11953
--------------------------------------------------------------------------------
001539255


Cui, Shijun                            Unknown
16 Belle Terrace
Belleville       NJ 07109
--------------------------------------------------------------------------------
000146984


Culberson, Nancy K                     Unknown
Rt 1 Box 308
New Boston       TX 75570
--------------------------------------------------------------------------------
001559130


Cullar, Kenneth J.                     Unknown
729 Mesa Drive
Wichita Falls    TX 76303
--------------------------------------------------------------------------------
```

                     Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001563474


        Cullen, Mark P.                          Unknown
        617 Ashwood Court
        Woodstock        GA 30189
-------------------------------------------------------------------------

        001605480


        Cullers, Janet N.                        Unknown
        1094 Vintage Drive
        Rio Vista        CA 94571
-------------------------------------------------------------------------

        001584351


        Culligan, Kenneth D.                     Unknown
        Po Box 429
        Vinemont         AL 35719
-------------------------------------------------------------------------

        001482365


        Cullinane, Brian J.                      Unknown
        3801 W. 42Nd Ave.
        Kennewick        WA 99337
-------------------------------------------------------------------------

        000120303


        Culotta, John A.                         Unknown
        Rt. 1 Box 257E
        Youngsville      LA 70592
-------------------------------------------------------------------------

        001550276


        Culpepper, Vickey A.                     Unknown
        607 Dayton
        Mansfield        TX 76063
-------------------------------------------------------------------------

        001568607


        Culver, Dona M.                          Unknown
        1307 Schletti
        St Paul          MN 55117
-------------------------------------------------------------------------

        001573893


        Culver, Yvette N.                        Unknown
        1412 S. 5Th
        Midlothian       TX 76065
-------------------------------------------------------------------------

        001562653


        Cumby, Lori L.                           Unknown
        1613 Marsalis
        Abilene          TX 79603
-------------------------------------------------------------------------

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


000107750


Cummings, Keith D.                     Unknown
Rt. 1 Box 70
Ararat            NC 27007
--------------------------------------------------------------------------

001557328


Cummings, Mitchell K                   Unknown
408 Eldora Rd
Ararat            NC 27007
--------------------------------------------------------------------------

001588793


Cummings, Robert E.                    Unknown
304 E. Cedar St.
Anamosa           IA 52205
--------------------------------------------------------------------------

001588487


Cummins, Sandy J                       Unknown
1300 W. Brier
Dodge City        KS 67801
--------------------------------------------------------------------------

001584369


Cummins, Sarah J.                      Unknown
114 Alabama St.
Bellingham        WA 98225
--------------------------------------------------------------------------

001552872


Cuneo, Cornelia M.                     Unknown
7835 Laverdura
Dallas            TX 75248
--------------------------------------------------------------------------

001590935


Cunningham Bruce                       Unknown
#5 Tourney Cove
Austin            TX 73738-111
--------------------------------------------------------------------------

001541929


Cunningham, Cheryl A.                  Unknown
2525 Ohio Dr. Apt. 706
Plano             TX 75093
--------------------------------------------------------------------------

001591089


Cunningham, Clint J *                  Unknown
8308 124th st.
Overland Park     KS 66213
--------------------------------------------------------------------------
```

                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001505399


        Cunningham, Connie S.                    Unknown
        297 Creek Run Dr SE
        Ada              MI 49301
--------------------------------------------------------------------------------

        001574554


        Cunningham, Elsie                        Unknown
        HC73 Box 700
        Hysham           MT 59038
--------------------------------------------------------------------------------

        001498258


        Cunningham, Gerald L.                    Unknown
        325 Northland Dr.
        Rockford         MI 49341
--------------------------------------------------------------------------------

        001554597


        Cunningham, Gregory P.                   Unknown
        3608 Cherokee Ave.
        Tampa            FL 33611
--------------------------------------------------------------------------------

        001529812


        Cunningham, Jean P.                      Unknown
        638 Huntlee Dr.
        New Orleans      LA 70131
--------------------------------------------------------------------------------

        001498274


        Cunningham, Kelly M.                     Unknown
        11160 Crawford Lake Trail
        Cedar Springs    MI 49319
--------------------------------------------------------------------------------

        001488832


        Cunningham, Lena                         Unknown
        15425 Poplar
        Basehor          KS 66007
--------------------------------------------------------------------------------

        001529633


        Cunningham, Lori A.                      Unknown
        638 Huntlee Drive
        New Orleans      LA 70131
--------------------------------------------------------------------------------

        001498269


        Cunningham, Terrance G.                  Unknown
        11160 Crawford Lake Trail
        Cedar Springs    MI 49319
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001573592


Cunningham, Tiffany                      Unknown
HC73 Box 700
Hysham          MT 59038
-----------------------------------------------------------------------------
001571351


Cunningham, Timothy W                    Unknown
1000 Baltimore Ave
Albertville     AL 35950
-----------------------------------------------------------------------------
001583839


Cupit, Glenn                             Unknown
697 Mc Gowen
Monroe          LA 71203
-----------------------------------------------------------------------------
001574409


Cupp, Gregory W.                         Unknown
2006 Murphy Ave.
Joplin          MO 64804
-----------------------------------------------------------------------------
000150874


Cure, James B.                           Unknown
P.O. Box 7943
Hilton Head Island  SC 29938
-----------------------------------------------------------------------------
000103061


Curlander, Eileen                        Unknown
66-20 Wetherole St.
Rego Park       NY 11374
-----------------------------------------------------------------------------
001601265


Curnutt, Charles D.                      Unknown
2515-116th St., N.E.
Marysville      WA 98271
-----------------------------------------------------------------------------
000106053


Currie, Edna C.                          Unknown
1761 Nc 62 W
High Point      NC 27263
-----------------------------------------------------------------------------
001471522


Curry, David R.                          Unknown
446 Couch Road
Tullos          LA 71479
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                 Total Amt
Mailing Address/ Zip Code            of Claim


001590029


Curry, Sherry A.                     Unknown
11086 N Private Rd. 235 W.
Brazil           IN 47834
-----------------------------------------------------------------------------
000141869


Curtis, Bryce                        Unknown
4105 Vista Isle Drive
Round Rock       TX 78681
-----------------------------------------------------------------------------
001579926


Curtis, Clyda S.                     Unknown
217 W. Walnut St.
Harrisburg       IL 62946
-----------------------------------------------------------------------------
001552683


Curtis, Elizabetyh J                 Unknown
12518 W 62nd Street
Shawnee          KS 66216
-----------------------------------------------------------------------------
001480249


Curtis, Laura                        Unknown
5124 Brittany Drive
Old Hickory      TN 37138
-----------------------------------------------------------------------------
000121158


Curtis, Linda G.                     Unknown
9731 Burney Dr.
Dallas           TX 75243
-----------------------------------------------------------------------------
001587099


Curtis, Robert A.                    Unknown
224-J Pinecroft Dr.
Taylors          SC 29687
-----------------------------------------------------------------------------
001531118


Curtis-Hammond, Christy M.           Unknown
3236 Ridgely Dr.
Birmingham       AL 35243
-----------------------------------------------------------------------------
000157720


Cushman, Glendolyn R.                Unknown
1101 Lennox Dr.
Olathe           KS 66062
-----------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page 325

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001581115


Cushman, Michael E.                     Unknown
41 Dixie Circle #24
Greenville        SC 29605
-----------------------------------------------------------------------------
001503897


Cutler, Ernie C.                        Unknown
2659 Rainier Blvd.
Puyallup          WA 98374
-----------------------------------------------------------------------------
001602243


Cutts, Joel S.                          Unknown
10401 Hwy 28 W
Boyce             LA 71409
-----------------------------------------------------------------------------
001457943


Cwynar, Dorentha H.                     Unknown
373 Seneca Road
Hornell           NY 14843
-----------------------------------------------------------------------------
001475198


Cysewski, Mark F                        Unknown
1950 South 299Th Pl
Federal Way       WA 98003
-----------------------------------------------------------------------------
001603208


Cysewski, Richard                       Unknown
323 106Th Street Se
Everett           WA 98208
-----------------------------------------------------------------------------
001608956


Czywczynski Larry J                     Unknown
Rr2 Box 75
Bowman            ND 58623
-----------------------------------------------------------------------------
001571118


D & L Sunniland Inc.                    Unknown
577 Watchogue Rd. Apt. 8
Staten Island     NY 10314
-----------------------------------------------------------------------------
001572911


D & S                                   Unknown
196 Applegate Lane
East Brunswick    NJ 08816
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001461854


D A G A Enterprises, L.L.C.            Unknown
115 Riverside Drive Ste. D
Eufaula            AL 36027
-------------------------------------------------------------------

001581214


D B A - J R Sign Company               Unknown
1213 Rd Mize Rd.
Grain Valley       MO 64029
-------------------------------------------------------------------

001581715


D F M Investments Inc                  Unknown
600 E Medical Center Blvd
Webster            TX 77598
-------------------------------------------------------------------

001566542


D L X-Press*                           Unknown
P.O. Box 647
Comstock Park      MI 493210647
-------------------------------------------------------------------

001469702


D&T Company                            Unknown
70-01 113Th St. Apt 5E
Forest Hills       NY 11375
-------------------------------------------------------------------

001540216


D'Alessandro, Carol A.                 Unknown
647 Gillette Avenue
Temple Terrace     FL 33617
-------------------------------------------------------------------

001536117


D'Elia, Mark G.                        Unknown
5820 N. Murry Apt. C-11
Hanahan            SC 29406
-------------------------------------------------------------------

001580723


D'Luca, Debbie                         Unknown
70245 Eleventh Street
Abita Springs      LA 70420
-------------------------------------------------------------------

001580715


D'Luca, Thomas R                       Unknown
70245 Eleventh Street
Abita Springs      LA 70245
-------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001465754


Dagley, Deanna  P.                     Unknown
550 Pebble
Duncanville      TX 75116
-----------------------------------------------------------------------------------

001488821


Dagley, Eric M.                        Unknown
402 Crestwood Drive
Seabrook         TX 77586
-----------------------------------------------------------------------------------

001477697


Dahl, Duane E.                         Unknown
16470 6450 Rd.
Montrose         CO 81401
-----------------------------------------------------------------------------------

001595065


Dahl, Robert & Marjorie                Unknown
3954 Pine Cove Rd.
Billings         MT 59102
-----------------------------------------------------------------------------------

001576500


Dahl, Steven D.                        Unknown
13500 6200 Road
Montrose         CO 81401
-----------------------------------------------------------------------------------

001604847


Dahlstrom, Jennifer A.                 Unknown
1109 20Th St So.
St Cloud         MN 56301
-----------------------------------------------------------------------------------

000144700


Dahnke, Harley E.                      Unknown
4 Edgemere Ct
Trophy Club      TX 76262
-----------------------------------------------------------------------------------

001567769


Dai, Dao Cheng                         Unknown
13317 Sanford, 2K
Flushing         NY 11355
-----------------------------------------------------------------------------------

001579731


Dai, Qiuping                           Unknown
4534 Summer Lakes
Sugarland        TX 77478
-----------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001578159 | |
| Dai, Xi<br>33-17B 87 Street<br>Jackson Heights     NY 11372 | Unknown |
| 000150470 | |
| Dail, J. Darrell<br>926 Albany Court<br>Raleigh          NC 27615 | Unknown |
| 001614179 | |
| Dailey, Adam G.<br>1716 N. Garland Ave<br>Fayetteville     AR 72703 | Unknown |
| 001588735 | |
| Daley, Patricia J.<br>Rt. Box 1096<br>Anderson         TX 77830 | Unknown |
| 001505681 | |
| Dalin, Lisa<br>308 1St Avenue South<br>Greybull         WY 82426 | Unknown |
| 001583885 | |
| Dalman, Bruce<br>1612 Ne 65Th Terr.<br>Gladstone        MO 64118 | Unknown |
| 001591334 | |
| Dalrymple, L.R (Rip)<br>4 Marina Pl.<br>Bellingham       WA 98226 | Unknown |
| 001553836 | |
| Dalton, Frederic G.<br>305 Simmons Street<br>Water Valley     MS 38965 | Unknown |
| 001553229 | |
| Dalton, Iris<br>104 4Th Street<br>Alberton         MT 59820 | Unknown |

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000135214


        Dalton, Joan C                          Unknown
        8125 Bradford Road
        Concord         NC 28027
--------------------------------------------------------------------------
        001524743


        Dalton, Kari L.                         Unknown
        Star Rt Box 0014
        Snowville       UT 84336
--------------------------------------------------------------------------
        001597050


        Dalton, Philip                          Unknown
        36 Wilbur Circle
        Dublin          VA 24084
--------------------------------------------------------------------------
        001538280


        Dalton, Stephen A.                      Unknown
        102 Michael Cove
        Brandon         MS 39042
--------------------------------------------------------------------------
        001567446


        Daly, Joseph (Kevin)                    Unknown
        113 Paddock Dr
        Greer           SC 29650
--------------------------------------------------------------------------
        001528560


        Daly, Karen A.                          Unknown
        3013 Cresthaven Ct.
        Grapevine       TX 76051
--------------------------------------------------------------------------
        001570157


        Daly, Patrick K.                        Unknown
        106 Blossom Branch Ext
        Piedmont        SC 29673
--------------------------------------------------------------------------
        000155394


        Damgaard, Patty A.                      Unknown
        1466 B Road
        Minden          NE 68959
--------------------------------------------------------------------------
        001515350


        Damm, Corinna L.                        Unknown
        1129 Caroline Street
        Billings        MT 59105
--------------------------------------------------------------------------
```

       Creditors Names and                     Total Amt
       Mailing Address/ Zip Code               of Claim


       001551812


       Damron, Janette L.                      Unknown
       2222 Hillside Avenue
       Norco           CA 91760
---------------------------------------------------------------------------------
       001605181


       Damron, Jeffery                         Unknown
       500 N. 24th Ave. Apt. D-32
       Pasco           WA 99301
---------------------------------------------------------------------------------
       001464108


       Damson, Jed-Marlyn                      Unknown
       1123 McKinley Avenue
       Havre           MT 59501
---------------------------------------------------------------------------------
       001493294


       Danelson, Dan                           Unknown
       1212 25Th St. S.W.
       Great Falls     MT 59401
---------------------------------------------------------------------------------
       001482145


       Danelson, Leeann                        Unknown
       3455 Old Hardin Road #14
       Billings        MT 59101
---------------------------------------------------------------------------------
       001493270


       Danelson, Rick                          Unknown
       328 S. California
       Dillon          MT 59725
---------------------------------------------------------------------------------
       000154026


       Dangerfield III, Clyde M.               Unknown
       16 A Mcneil Court
       Greenville      SC 29609
---------------------------------------------------------------------------------
       000111179


       Dangerfield Jr., Clyde M.               Unknown
       1006 Lakeview Dr.
       Mt. Pleasant    SC 29464
---------------------------------------------------------------------------------
       001598604


       Daniel F. Albrecht                      Unknown
       3618 138Th St. Sw.
       Lynnwood        WA 98037
---------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 000116852 | |
| Daniel, Angela D.<br>344 Drury Lane<br>Huntsville       AL 35802 | Unknown |
| 001602887 | |
| Daniel, Donald<br>1412 Richamond Ave. Apt 187<br>Houston        TX 77006 | Unknown |
| 001577167 | |
| Daniel, Donald L.<br>1813 S. Bagley Creek Rd.<br>Port Angles     WA 98362 | Unknown |
| 000113247 | |
| Daniel, Elizabeth E.<br>257 District Rd.<br>Americus       GA 31709 | Unknown |
| 000117074 | |
| Daniel, John C.<br>505 Drake Ave. SE.<br>Huntsville       AL 35801 | Unknown |
| 000155980 | |
| Daniel, Lynda B.<br>187 College St<br>Yatesville     GA 31097 | Unknown |
| 000116893 | |
| Daniel, Pat A.<br>810 Harrisburg Dr. SE<br>Huntsville     AL 35801 | Unknown |
| 000113217 | |
| Daniell, John T.<br>HC 82 Box 9070<br>Malta         MT 59538 | Unknown |
| 000113387 | |
| Daniell, Leah L.<br>1254 Miller Academy Rd.<br>Carrollton     GA 30117 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|

001583598

| Daniels Jr, Hugh W.<br>15821 E. 4Th #I-148<br>Veradale          WA 99037 | Unknown |
|---|---|

001551111

| Daniels Jr., Bruce E.<br>10905 Landers Drive<br>Northport          AL 35476 | Unknown |
|---|---|

001591555

| Daniels Patricia A<br>2041 S Hermosa Dr<br>Tucson          AZ 85713 | Unknown |
|---|---|

001602124

| Daniels, Bill L.<br>11133 Spring Hollow Road #233<br>Oklahoma City     OK 73120 | Unknown |
|---|---|

001590023

| Daniels, Brandon L.<br>12400 S.W. Eleventh<br>Yukon          OK 73099 | Unknown |
|---|---|

001587048

| Daniels, Cynthia<br>P.O. Box 2254<br>Forney          TX 75126 | Unknown |
|---|---|

000157170

| Daniels, David A.<br>18616 Highland Creek Lane<br>Dallas          TX 75252 | Unknown |
|---|---|

001553854

| Daniels, Earl N.<br>207 West Main Street  #201<br>Allen          TX 75013 | Unknown |
|---|---|

001535149

| Daniels, Everett H.<br>800 North Church St., Ste 110<br>Palestine          TX 75801 | Unknown |
|---|---|

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE        Page: 333
                       Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000128575 | |
| Daniels, Frank C.<br>58 Vista Dr.<br>Billings        MT 59102 | Unknown |
| 001583440 | |
| Daniels, Jim<br>417 N. Third<br>Ponca City      OK 74601 | Unknown |
| 001582215 | |
| Daniels, Marshall<br>256 Springhill Rd.<br>Monroe         LA 71203 | Unknown |
| 000114230 | |
| Daniels, Mary<br>19840 Huber Rd.<br>N. Fort Myers    FL 33917 | Unknown |
| 001548832 | |
| Daniels, Rebecca S.<br>675 Honesuckle Dr.<br>Lebanon        KY 40033 | Unknown |
| 000163284 | |
| Daniels, Sheila<br>6420 Richmond Ave. Ste 580<br>Houston        TX 77057 | Unknown |
| 001580078 | |
| Danielson, Victoria L.<br>965 East Utsalady Road<br>Camano Island    WA 98292 | Unknown |
| 001483333 | |
| Dansby, Suzanne G.<br>110 Pecan Creek Road<br>Denton         TX 76207 | Unknown |
| 001601643 | |
| Dao, tanhua<br>6257 S Jamalla Ct.<br>Englewood      CO 80111 | Unknown |

Unsecured Creditors -- Sales Representatives


Creditors Names and                          Total Amt
Mailing Address/ Zip Code                     of Claim


001494882


Dar, Shakil A.                                Unknown
3001 Southampton Circle
Gastonia          NC 28056
------------------------------------------------------------------------------

001471017

Dardant, Gwendolyn A.                         Unknown
4714 Jasper Rd.
New Iberia        LA 70560
------------------------------------------------------------------------------

001464861


Dardant, Marie L                              Unknown
4714 Jasper Rd
New Iberia        LA 70560
------------------------------------------------------------------------------

001460783


Dardant, Michael                              Unknown
431 Hanks Rd.
Duson             LA 70529
------------------------------------------------------------------------------

001574236


Darden, Chuck                                 Unknown
1111 14Th Street
Shallowater       TX 79363
------------------------------------------------------------------------------

001561733


Darden, Ronnie W.                             Unknown
5715 Fairview Cove
Altoona           AL 35952
------------------------------------------------------------------------------

001512265


Dark, Ellen Z.                                Unknown
Po Box 861
Goodwater         AL 35072
------------------------------------------------------------------------------

001512948


Dark, Jerrod P.                               Unknown
Po Box 861
Goodwater         AL 35072
------------------------------------------------------------------------------

001583234


Dark, Lanny                                   Unknown
1232 Highway 559
Columbia          LA 71418
------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001567239


Darland J. B.                          Unknown
979 Victoria
Burkburnett       TX 76354
--------------------------------------------------------------------------------
001603650


Darland, Kelli M.                      Unknown
3214 Galloway
Wichita  Falls    TX 76305
--------------------------------------------------------------------------------
001606942


Darley, Steve                          Unknown
111 Indian Wells Rd
Sanger            TX 76266
--------------------------------------------------------------------------------
001597294


Darlow, Beverly A.                     Unknown
138 Sunset Plc
Sequim            WA 98382
--------------------------------------------------------------------------------
001495535


Darnell, Beverly A.                    Unknown
Po Box 143
Belington         WV 26250
--------------------------------------------------------------------------------
001487383


Darnell, Mike                          Unknown
2009 Lakeside Lane
Birmingham        AL 35244
--------------------------------------------------------------------------------
000110085

Darragh, Sadie M.                      Unknown
2702 McCormick Highway
Greenwood         SC 29646
--------------------------------------------------------------------------------
001565544


Dasso, Lyn V.                          Unknown
14691 Yakima Valley Hwy
Zillah            WA 98953
--------------------------------------------------------------------------------
001580299


Dau, Tune L.                           Unknown
7 Oak Hill Circle
Dawsonville       GA 30534
--------------------------------------------------------------------------------
```

```
     Creditors Names and              Total Amt
     Mailing Address/ Zip Code        of Claim


     001465111


     Daughenbaugh, Judy E.            Unknown
     1877 11Th St W
     Havre          MT 59501
-----------------------------------------------------------------
     001590595


     Daugherty, Brenda G.             Unknown
     1910 Wakefield St.
     Houston        TX 77018
-----------------------------------------------------------------
     001491029


     Daugherty, Marilyn D.            Unknown
     5506 Mullen
     Shawnee        KS 66216
-----------------------------------------------------------------
     001525879


     Daughtry Janace F.               Unknown
     2104 Mcdowell Street
     Augusta        GA 30904
-----------------------------------------------------------------
     001534559


     Daut, Sheila R.                  Unknown
     1458 Avon Allen Road
     Mount Vernon   WA 98273
-----------------------------------------------------------------
     001598578


     Dave Armstrong                   Unknown
     2390 Dillon Dr.
     Whitefish      MT 59937
-----------------------------------------------------------------
     001480225


     Davenport, Gregory A             Unknown
     171 Huntington Trail
     Cortland       OH 44410
-----------------------------------------------------------------
     000129833


     Davenport, Jason R.              Unknown
     7790 Murphy Rd.
     Melba          ID 83641
-----------------------------------------------------------------
     000158988


     Davenport, Leslie                Unknown
     13705 W. 77Th Ter.
     Lenexa         KS 66216
-----------------------------------------------------------------
```

JCH7CLAIM2 98/12/07            INTERNATIONAL HERITAGE       Page: 337
                   Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001603436


        Davenport, Paula  M.                   Unknown
        404 Las Marias Dr.
        Rio Rancho        NM 87124
-------------------------------------------------------------------------
        001472659


        Davenport, Roger L.                    Unknown
        1324 Ne Buttonwood Ave.
        Lee'S Summit      MO 64086
-------------------------------------------------------------------------
        001455848


        Davenport, Ryan M.                     Unknown
        7790 Murphy Rd.
        Melba             ID 83641
-------------------------------------------------------------------------
        000127984


        Davey, Gayle M.                        Unknown
        510 Maier Dr
        Belton            MO 64012
-------------------------------------------------------------------------
        000151483


        Davey, Robert J.                       Unknown
        415 E. Ash St.
        Drexel            MO 64742
-------------------------------------------------------------------------
        001569514


        David Consulting Inc.                  Unknown
        2673 Chatham Woods Dr SE
        Grand Rapids      MI 49546
-------------------------------------------------------------------------
        001615012


        David Horton Enterprises, Inc          Unknown
        7021 N W 5 St
        Plantation        FL 33317
-------------------------------------------------------------------------
        001598421


        David L. Conder                        Unknown
        2855 W. Rome Ave.
        Anaheim           CA 92804
-------------------------------------------------------------------------
        001598887


        David M. Mansour                       Unknown
        3015 Airhaven St
        Dallas            TX 75229
-------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        000119645


        David, Jeffrey W.                       Unknown
        106 Rue Champagne
        Broussard        LA 70518
--------------------------------------------------------------------------

        001561515


        Davidson, Coy D.                        Unknown
        508 Forest Ave.
        La Porte         TX 77571
--------------------------------------------------------------------------

        001577653


        Davidson, Jonna                         Unknown
        7105 Laramie Ln.
        Corpus Christi   TX 78414
--------------------------------------------------------------------------

        001523259


        Davidson, Marilyn K.                    Unknown
        954 Rd. 350
        Allen            KS 66833
--------------------------------------------------------------------------

        001557901


        Davidson, Orlan                         Unknown
        Hc-60 Box 626
        Jena             LA 71342
--------------------------------------------------------------------------

        001586722


        Davidson, Patsy                         Unknown
        14725 Wood Road
        Alpharetta       GA 30004
--------------------------------------------------------------------------

        001575595


        Davidson, Randall D.                    Unknown
        6851 S. 670 Rd.
        Quapaw           OK 74363
--------------------------------------------------------------------------

        001513445


        Davidson, Richard B.                    Unknown
        673 Co. Rd. 310
        Allen            KS 66833
--------------------------------------------------------------------------

        001556266


        Davidson, Scott N.                      Unknown
        6516 Park Lane
        Dallas           TX 75225
--------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001581641


        Davidson, Stephanie K.               Unknown
        13705 Far Hill Lane
        Dallas            TX 75240
------------------------------------------------------------------------------
        001519982


        Davidson, Tim S.                     Unknown
        954 Rd 350
        Allen             KS 66833
------------------------------------------------------------------------------
        001591623


        Davies, Dan D.                       Unknown
        511 Fieldstone
        Bozeman           MT 59715
------------------------------------------------------------------------------
        001519845


        Davila, Cindy R.                     Unknown
        3611 Rock Creek Run
        San Antonio       TX 78230
------------------------------------------------------------------------------
        001477303


        Davila-Gerety, Marie A.              Unknown
        6731 Belmont
        Houston           TX 77005
------------------------------------------------------------------------------
        001479771


        Davin, Michael E                     Unknown
        12949 Earnshaw
        Overland Park     KS 66213
------------------------------------------------------------------------------
        001517056


        Davis , Donnie R.                    Unknown
        10379 County Road 59
        Verbena           AL 36091
------------------------------------------------------------------------------
        001548875


        Davis III, William A.                Unknown
        144 S. Morris St.
        Dover             NJ 07801
------------------------------------------------------------------------------
        001565292


        Davis, Andrea T.                     Unknown
        299 Barnes Rd.
        Arab              AL 35016
------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

000134849

Davis, Anne F.                                   Unknown
849 Pete Davis Road
Jonesville          LA 71343
------------------------------------------------------------------------

001598170

Davis, Billy J.                                  Unknown
304 Pecan St.
Winnfield           LA 71483
------------------------------------------------------------------------

001530608

Davis, Carla E.                                  Unknown
18528 Ridge Drive
Linwood Leave       KS 66052
------------------------------------------------------------------------

001593325

Davis, Carla R                                   Unknown
5015 Penbrook Dr
Franklin            TN 37069
------------------------------------------------------------------------

001537015

Davis, Christopher H.                            Unknown
1808 North Joplin St.
Pittsburg           KS 66707
------------------------------------------------------------------------

001604892

Davis, Daniel L.                                 Unknown
478 N 38Th
Springfield         OR 97477
------------------------------------------------------------------------

001572469

Davis, David M.                                  Unknown
3415 Willie Way
Spring              TX 77380
------------------------------------------------------------------------

001594853

Davis, Delmar W.                                 Unknown
6670 Lone Pine Rd.
Helena              MT 59604
------------------------------------------------------------------------

001582896

Davis, Delynn K.                                 Unknown
17914 Carrollwood Dr.
Dallas              TX 75252
------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE        Page 341

Unsecured Creditors -- Sales Representatives


Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001522931


Davis, Dennis K.                         Unknown
1300 Ellis St.
Bellingham        WA 98225
------------------------------------------------------------------------

001591969


Davis, Diana L.                          Unknown
19805 49th AVE. N.E.
Arlington         WA 98292
------------------------------------------------------------------------

001601772


Davis, Donald A.                         Unknown
32 Rd. 2620
Aztec             NM 87410
------------------------------------------------------------------------

001598187


Davis, Donna                             Unknown
1611 N E 67th Terr
Kansas City       MO 64118
------------------------------------------------------------------------

001593469


Davis, Donna C                           Unknown
17 Sedgefield Drive
Harahan           LA 70123
------------------------------------------------------------------------

001612986


Davis, Fred                              Unknown
23015 Del Lago #D2119
Laguna Hills      CA 92653
------------------------------------------------------------------------

001558241


Davis, George M.                         Unknown
3412 Regal Row Ct.
College Staiton   TX 77845
------------------------------------------------------------------------

001614708


Davis, Harry A.                          Unknown
3647 Granite Court
Palm Harbor       FL 34684
------------------------------------------------------------------------

001595623


Davis, Jacqueline                        Unknown
7575 Katy Freeway #88
Houston           TX 77024
------------------------------------------------------------------------

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE        Page: 342
                        Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001587438


Davis, James M                         Unknown
3304 Omaha Ave
Nederland        TX 77627
------------------------------------------------------------------------------------
001515712


Davis, Jaqueta A.                      Unknown
1106 Porter Gap
Ripley           TN 38063
------------------------------------------------------------------------------------
001528256


Davis, Jason A.                        Unknown
3145 Hwy. 150 N E
Palmyra          IN 47164
------------------------------------------------------------------------------------
001604438


Davis, Jeff                            Unknown
3360 Pinewalk Dr North Apt1316
Margate          FL 33063
------------------------------------------------------------------------------------
001523850


Davis, Jerry A.                        Unknown
800 Oak St.
Danville         IL 61832
------------------------------------------------------------------------------------
001550152


Davis, Jimmie M.                       Unknown
3722 Bland St.
Rainbow City     AL 35906
------------------------------------------------------------------------------------
001600855


Davis, John P.                         Unknown
311 E 6Th St Apt 6
Moscow           ID 83843
------------------------------------------------------------------------------------
001568885


Davis, Judy K.                         Unknown
7532 Shireman
Poseyville       IN 47633
------------------------------------------------------------------------------------
001517111


Davis, Kelley N.                       Unknown
1350 Lake Bonny Drive West
Lakeland         FL 33801
------------------------------------------------------------------------------------

```
        Creditors Names and                Total Amt
        Mailing Address/ Zip Code          of Claim


        000138189


        Davis, Kendal                      Unknown
        148 Brockway
        Rockwall      TX 75087
------------------------------------------------------------------------

        000155012


        Davis, Lynda L.                    Unknown
        County Rd 3535 #33
        Flora Vista    NM 87415
------------------------------------------------------------------------

        001597394


        Davis, Marlene J.                  Unknown
        626 Courtview Drive
        Greensburg     PA 15601
------------------------------------------------------------------------

        001521471


        Davis, Martin W.                   Unknown
        P.O. Box 3112
        Oxford         AL 36203
------------------------------------------------------------------------

        001530607


        Davis, Mary L.                     Unknown
        Route 3 Box 133
        Butler         MO 64730
------------------------------------------------------------------------

        000159407


        Davis, Mary O.                     Unknown
        248 Laurel Road
        Lexington      SC 29073
------------------------------------------------------------------------

        001546187


        Davis, Melinda K.                  Unknown
        6638 Hillwood Lane
        Dallas         TX 75248
------------------------------------------------------------------------

        001537188


        Davis, Milissa G.                  Unknown
        9040 Executive Park Dr.
        Knoxville      TN 37923
------------------------------------------------------------------------

        000156463


        Davis, Nancy E.                    Unknown
        166 Winton Street
        Barnwell       SC 29812
------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page 5 344
                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001525518


        Davis, Pam J.                          Unknown
        612 W Blackburn Road
        Mt. Vernon       WA 98273
--------------------------------------------------------------------------------

        001482625


        Davis, Patricia                        Unknown
        981 Pete Davis Road
        Jonesville       LA 71343
--------------------------------------------------------------------------------

        001592220


        Davis, R. Kevin                        Unknown
        7418 Canis
        Corpus Christi    TX 78412
--------------------------------------------------------------------------------

        001487154


        Davis, Raymond T                       Unknown
        6001 Trotter Ridge Road
        Summerfield      NC 27358
--------------------------------------------------------------------------------

        001559860


        Davis, Rhonda J.                       Unknown
        4511 Guemes View Dr.
        Anacortes        WA 98221
--------------------------------------------------------------------------------

        001531984


        Davis, Richard F.                      Unknown
        626 Courtview Drive
        Greensburg       PA 15601
--------------------------------------------------------------------------------

        001520467


        Davis, Robert R.                       Unknown
        0312 Crystal Park Drive
        Redstone         CO 81623
--------------------------------------------------------------------------------

        001560687


        Davis, Robin                           Unknown
        1049 Brock
        Corpus Christi    TX 78412
--------------------------------------------------------------------------------

        000137831


        Davis, Rodney E                        Unknown
        3811 Frazier Road
        Greensboro       NC 27407
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

000119813

| Davis, Sandra R. | Unknown |
| 304 Pecan Street | |
| Winnfield    LA 71483 | |

---

001510899

| Davis, Shelly | Unknown |
| 3145 Highway 150 N.E. | |
| Palmyra    IN 47164 | |

---

001570577

| Davis, Steven S. | Unknown |
| 1330 W. 10Te. #13 | |
| Kennewick    WA 99336 | |

---

001548290

| Davis, Todd A. | Unknown |
| Hc43 Box 4A | |
| Rosebud    MT 59347 | |

---

001567372

| Davis, Todd L. | Unknown |
| 4508 Lakeridge Dr East | |
| Sumner    WA 98390 | |

---

001566739

| Davis, Troy A. | Unknown |
| 7501 N. Congress Ave. | |
| Kansas City    MO 64152 | |

---

001563388

| Davis, Wendell R | Unknown |
| R R 1 Box 19D | |
| Independence    KS 67301 | |

---

001506172

| Davison, Kenneth E. | Unknown |
| 1405 Bay Hill Dr. | |
| Austin    TX 78746 | |

---

001589580

| Davison, Matthew W. | Unknown |
| 1405 Bay Hill Dr. | |
| Austin    TX 78746 | |

---

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001541147


Davner, Stephanie                      Unknown
3905 Fairfield School
Columbiana      OH 44408
--------------------------------------------------------------------------------
001563123


Dawn, Sylvia                           Unknown
1084 Robertson Dr
Escondido       CA 92025
--------------------------------------------------------------------------------
000158118


Dawsey, John C.                        Unknown
2609 Tizer Rd
Helena          MT 59602
--------------------------------------------------------------------------------
001521495


Dawson, Debra T.                       Unknown
202 13Th Street Sw
Fort Payne      AL 35967
--------------------------------------------------------------------------------
000112726


Dawson, Donald E.                      Unknown
P.O. Box 861
Mt. Pleasant    SC 29464
--------------------------------------------------------------------------------
000109447


Dawson, Farrah                         Unknown
1113 Deleisseline Blvd.
Mt. Pleasant    SC 29464
--------------------------------------------------------------------------------
001516165


Dawson, Jimmy C.                       Unknown
8321 Mt. Tacoma Dr. Sw.
Lakewood        WA 98498
--------------------------------------------------------------------------------
000155827


Day Dreamer Unlimited, Inc.            Unknown
1833 S. Ocean Drive #1208
Hallandale      FL 33009
--------------------------------------------------------------------------------
001523610


Day Sr., James N.                      Unknown
408 Greenbrook
Allen           TX 75002
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


000140139


Day, Benjamin A.                         Unknown
1719 Cedardale Rd.
Mt. Vernon       WA 98273
-------------------------------------------------------------------------

001587631


Day, Doris D.                            Unknown
38005 192Nd S.E.
Auburn           WA 98092
-------------------------------------------------------------------------

000118906


Day, Fay*                                Unknown
603 Ridgewood Blvd.
Alexandria       LA 71303
-------------------------------------------------------------------------

001469115


Day, Jennifer L.                         Unknown
8531 N. Troost
Kansas City      MO 64155
-------------------------------------------------------------------------

000120495


Day, Johnny A.                           Unknown
5945 West Parker Road #3124
Plano            TX 75093
-------------------------------------------------------------------------

001539857


Day, Leo A.                              Unknown
1796 E. Smith Road
Bellingham       WA 98226
-------------------------------------------------------------------------

001529518


Day, Samuel L.                           Unknown
637 Casa Blanca
Jacksonville     FL 32216
-------------------------------------------------------------------------

001515546


Day, Scott L.                            Unknown
409 No. 600 E St.
Lindon           UT 84042
-------------------------------------------------------------------------

001540571


Day, Stephen K.                          Unknown
2708 Rapid Street
Gillette         WY 82718
-------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001485418


Day, Tonya T.                            Unknown
300 Swans Mill Crossing
Raleigh          NC 27614
--------------------------------------------------------------------------------

001609610


Daye, Eliot L                            Unknown
5752 Lakeside Oak Ln
Burke            VA 22015
--------------------------------------------------------------------------------

001564432


Dayer, James D.                          Unknown
2117 Sugar Creek Dr.
Conway           AR 72032
--------------------------------------------------------------------------------

001614082


De Bi International Trade, In*           Unknown
34-14 Linneaus Pl.
Flushing         NY 11354
--------------------------------------------------------------------------------

001609681


De Guzman, Michael C.                    Unknown
1801 Honey Suckle Lane
Georgetown       TX 78664
--------------------------------------------------------------------------------

001520122


De Hai Lianghao Trading Corp             Unknown
33-34 163 St.
Flushing         NY 11358
--------------------------------------------------------------------------------

001575877


De Haven, Greg C.                        Unknown
2459 S.E. Tv Highway Suite 322
Hillsboro        OR 97123
--------------------------------------------------------------------------------

001549802


De Haven, Winston C.                     Unknown
621 W. Stratford Ct.
Sequim           WA 98382
--------------------------------------------------------------------------------

001491073


De La Rosa, Peggy L                      Unknown
1801 Edelweiss
Cedar Park       TX 78613
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                        Total Amt
Mailing Address/ Zip Code                  of Claim


001489017


De Leon, Aurora                            Unknown
2804 Francisco
Mission            TX 78572
-----------------------------------------------------------------------------
001495105


De Leon, Marissa Y.                        Unknown
2804 Francisco
Mission            TX 78572
-----------------------------------------------------------------------------
001569352


De Long, Troy M.                           Unknown
4599 Monroe St.
Shadyside          OH 43947
-----------------------------------------------------------------------------
000122525


De Los Santos, Danny                       Unknown
205 Creekwood
Lancaster          TX 75146
-----------------------------------------------------------------------------
000123342


De Los Santos, Margot                      Unknown
2678 Carrington Lane
Grand Prarie       TX 75052
-----------------------------------------------------------------------------
001485701


De Pree, James F.                          Unknown
1434 Old School Road
Bow                WA 98232
-----------------------------------------------------------------------------
001583770


De Villez, Sharon L.                       Unknown
215 Starks Rd.
Harrisburg         IL 62946
-----------------------------------------------------------------------------
001482416


De Vries, Geoff M.                         Unknown
2315 North Trumpeter Drive
Mount Vernon       WA 98273
-----------------------------------------------------------------------------
001477294


De Y Barrondo, Julie                       Unknown
6632 Brompton Road
Houston            TX 77005
-----------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE            Page 350

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001548522


De'Vore Inc                            Unknown
4304 Coirnell Dr
Plano           TX 75093
-------------------------------------------------------------------------------
001541316


DeCamp, Cynthia A.                     Unknown
5350 West 52nd Street
Indianapolis     IN 46254
-------------------------------------------------------------------------------
001543819


DeFatta, Blake P.                      Unknown
516 Turtle Creek Drive
Shreveport      LA 71115
-------------------------------------------------------------------------------
001569891


DeFrancesco, Joseph                    Unknown
2806 Cedaridge Drive
Tampa           FL 33618
-------------------------------------------------------------------------------
001497159


DeJohn, Darrin P.                      Unknown
2232 Middle Creek
Bossier City    LA 71111
-------------------------------------------------------------------------------
000149602


DeKramer, Kelly N.                     Unknown
124 Blue Lakes Blvd. Suite #10
Twin Falls      ID 83301
-------------------------------------------------------------------------------
001542416


DeLay, Kelly                           Unknown
P. O. Box 341
Royal City      WA 99357
-------------------------------------------------------------------------------
001535637


DeLeon, Nelda G.                       Unknown
7450 Lake Travis
Corpus Christi   TX 78413
-------------------------------------------------------------------------------
001537277


DeLeon, Terri A.                       Unknown
534 3Rd Ave. West
Twin Falls      ID 83301
-------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


```
Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001564345


DeMain, Barbara J.                      Unknown
Rt. 1 #14 ROSE HILL ROAD
RHome            TX 76078
-----------------------------------------------------------------------

001459876


DeMartin, Richard D.                    Unknown
31 Highway 287 Bypass
Toston           MT 59643
-----------------------------------------------------------------------

000106646


DePasquale, J.M.                        Unknown
4420 Forest Walk Dr.
Greensboro       NC 27455
-----------------------------------------------------------------------

001516050


DePretoro, Tricia E.                    Unknown
1533 NW 91st Street
Coral Springs    FL 33071
-----------------------------------------------------------------------

001564974


DeSALVO, JULIE M.                       Unknown
1101 Dove Park Rd.
Covington        LA 70433
-----------------------------------------------------------------------

001543915


DeSalvo, Daniel J.                      Unknown
791 Catholic Pt. Rd.
Center Ridge     AR 72027
-----------------------------------------------------------------------

001478110


DeVille, Tony D.                        Unknown
6010 desiard street Apt.16
Monroe           LA 71203
-----------------------------------------------------------------------

001553593


DeVine, Ira L.                          Unknown
405 Tidmore St.
Gadsden          AL 35901
-----------------------------------------------------------------------

001592087


DeWeber, Mel                            Unknown
5025 Eltopia West Rd
Eltopia          WA 99330
-----------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                  Total Amt
Mailing Address/ Zip Code            of Claim


001505087


DeWeese, Dori M.                     Unknown
North Rural Route Box 642
Scobey          MT 59263
--------------------------------------------------------------------------------
001595047


DeWitte, Ruth A.                     Unknown
876 Champagne
Bowling Green    OH 43402
--------------------------------------------------------------------------------
001594647


Deal And Associates, Inc.*           Unknown
4309 Alma
Springdale       AR 72764
--------------------------------------------------------------------------------
001578303


Deal Jack E                          Unknown
402 Cyress Point
Palm Desert      CA 92211
--------------------------------------------------------------------------------
001594739


Deal, Patricia                       Unknown
12927 Stillington Drive
Houston          TX 77015
--------------------------------------------------------------------------------
000137089


Dean,   Penn H.                      Unknown
315 North Campbell
Landrum          SC 29356
--------------------------------------------------------------------------------
001530737


Dean, Allan W.                       Unknown
1808 N E 2nd Street
Blue Springs     MO 64014
--------------------------------------------------------------------------------
001552606


Dean, David A.                       Unknown
3907 Arlington Pl.
Portsmouth       VA 23707
--------------------------------------------------------------------------------
001545631


Dean, Edward J.                      Unknown
P.O. Box 186
Jackpot          NV 89825
--------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07            INTERNATIONAL HERITAGE            Page: 353
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code            of Claim


        001589092


        Dean, Eugene E.                      Unknown
        454 Hickory Street
        Pemberville      OH 43450
------------------------------------------------------------------------
        001502649


        Dean, Gerrie F.                      Unknown
        3327 Old Elk Neck Road
        Elkton           MD 21921
------------------------------------------------------------------------
        001472366


        Dean, Leslie M.                      Unknown
        14700 Marsh Ln.  #1522
        Dallas           TX 75234
------------------------------------------------------------------------
        000159221


        Dean, Sandra D.                      Unknown
        202 Case Ave.
        Attalla          AL 35954
------------------------------------------------------------------------
        001489624


        Dean, Susan R.                       Unknown
        6804 Caenen Lake
        Shawnee          KS 66216
------------------------------------------------------------------------
        001594726


        Deaner, Denise Y.                    Unknown
        605 14Th Street Sw
        Willmar          MN 56201
------------------------------------------------------------------------
        001594728


        Deaner, Melissa C.                   Unknown
        605 14Th Street Sw
        Willmar          MN 56201
------------------------------------------------------------------------
        000148735


        Dearing, Ruth L                      Unknown
        2110 Harvard Dr
        Perryton         TX 79070
------------------------------------------------------------------------
        001561766


        Deases, Robert J.                    Unknown
        12345 Alameda Trace Cir #938
        Austin           TX 78727
------------------------------------------------------------------------
```

INTERNATIONAL HERITAGE
                       Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                 of Claim

        001475350


        Deason, Billie J.                         Unknown
        616 Camellia Lane
        West Blocton        AL 35184
--------------------------------------------------------------------------------

        001464087


        Deason, Bobby B.                          Unknown
        32-B Main
        Brent               AL 35034
--------------------------------------------------------------------------------

        000161497


        Deason, Richard J.                        Unknown
        1995 Ballenger Road
        Wellford            SC 29385
--------------------------------------------------------------------------------

        001596476


        Deatherage, Jerry                         Unknown
        301 Lee Town Rd.
        Pea Ridge           AR 72751
--------------------------------------------------------------------------------

        001573348


        Deatherage, Ronnie L.                     Unknown
        3925 High St.
        Everett             WA 98201
--------------------------------------------------------------------------------

        001563135


        Deavers, Tanya Jean                       Unknown
        113 Meadowview Drive
        Midland City        AL 36350
--------------------------------------------------------------------------------

        001598487


        Debbie Talbot Deckard                     Unknown
        Rural Routes 5 Box 261
        Fortscott           KS 66701
--------------------------------------------------------------------------------

        001567406


        Deboer, Ester D.                          Unknown
        6515 Elliott Way
        Everett             WA 98203
--------------------------------------------------------------------------------

        001544337


        Deborde, Meredith                         Unknown
        P.O. Box 927
        Red Oak             TX 75154
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 355
                         Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001598446


        Deckard, Rayma                          Unknown
        5030 N E Maybrook Rd
        Lee'S Summitt      MO 64064
--------------------------------------------------------------------------------
        001573590


        Decker, Craig D.                        Unknown
        415 East 2Nd Street
        Monticello        IA 52310
--------------------------------------------------------------------------------
        001593922


        Decker, Dayna M.                        Unknown
        7095 Hollywood Blvd. #875
        Los Angeles       CA 90028
--------------------------------------------------------------------------------
        001585746


        Decker, Kevin P.                        Unknown
        24058 Hwy 151
        Monticello        IA 52310
--------------------------------------------------------------------------------
        000115745


        Decorah, Colleen M.                     Unknown
        9 Williams Circle
        Madison           WI 53719
--------------------------------------------------------------------------------
        001551884


        Dedmon, Mark                            Unknown
        6995 Ashburn
        Houston           TX 77061
--------------------------------------------------------------------------------
        001579599


        Dedolph, Arthur E.                      Unknown
        1414 Ne 151St
        Seattle           WA 98155
--------------------------------------------------------------------------------
        001579398


        Dedolph, Jean C.                        Unknown
        1414 N.E. 151 St.
        Seattle           WA 98155
--------------------------------------------------------------------------------
        001590069


        Dedolph, Peggy A.                       Unknown
        13458 N.E. 148th Street
        Woodinville       WA 98072
--------------------------------------------------------------------------------
```

JCH7CLAIM2  98/12/07                    INTERNATIONAL HERITAGE          Page:5  356
                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001584765


        Deeb, Mike L.                          Unknown
        2528 Orleans St.
        Bellingham        WA 98226
------------------------------------------------------------------------------------

        001569570


        Deery, Angela L                        Unknown
        15901 S W 14 St
        Pembroke Pines     FL 33027
------------------------------------------------------------------------------------

        000120102


        Dees II, Calvin J.                     Unknown
        4748 Winnebago Street
        Baton Rouge       LA 70805
------------------------------------------------------------------------------------

        000146423


        Dees, Michael J.                       Unknown
        2566 Old Dobbin Dr.  E.
        Mobile            AL 36695
------------------------------------------------------------------------------------

        000136791


        Deeter, Gail E.                        Unknown
        31103 Lakeview Blvd.
        Wixom             MI 48393
------------------------------------------------------------------------------------

        001553117


        Deetjen, Charles F.                    Unknown
        316 Champions Drive
        Georgetown        TX 78628
------------------------------------------------------------------------------------

        001465099


        Defatta, Sheila S.                     Unknown
        11835 Meadowview Drive
        Cypress           TX 77429
------------------------------------------------------------------------------------

        001468308


        Defrancesco, William J.                Unknown
        1838 Seneca Blvd.
        Winter Springs     FL 32708
------------------------------------------------------------------------------------

        000129675


        Degele, Rock A.                        Unknown
        Box 891
        Glasgow           MT 59230
------------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000143109 | |
| Degenhardt, Christine A.<br>3008 Lynworth Place<br>Charlotte          NC 28212 | Unknown |
| 001532217 | |
| Degolier, Donna L.<br>901 N Forest St #137<br>Bellingham         WA 98225 | Unknown |
| 001571545 | |
| Degray, Brian<br>4611 Chimney Ridge Rd<br>Houston            TX 77053 | Unknown |
| 001489887 | |
| Dehaan, Alice A.<br>Po Box 83<br>Belgrade           MT 59714 | Unknown |
| 001499383 | |
| Deichert, Mary Jo<br>6832 North Park Drive<br>North Richland Hill TX 76180 | Unknown |
| 001606472 | |
| Deichman, James C.<br>448 N Roland Ave.<br>Pottstown          PA 19464 | Unknown |
| 001583861 | |
| Deide, Tracy L.<br>5924 Cleveland Blvd<br>Caldwell           ID 83605 | Unknown |
| 001603351 | |
| Deininger, Janet A.<br>250 H. Street Box 830<br>Blaine             WA 98230 | Unknown |
| 000121937 | |
| Del Ealle, Mike<br>1816 Valleywood Drive<br>Carrollton         TX 75006 | Unknown |

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001537081


Delafosse, Elizabeth J.               Unknown
210 Digby Avenue
Lafayette        LA 70508
-----------------------------------------------------------------------------

001541347


Delahoussaye, Gregory J.              Unknown
930 Guilbeau Road Lot 80
Lafayette        LA 70506
-----------------------------------------------------------------------------

001606656


Delair, Don C                         Unknown
68716 Ave. Diosa
Cathedral City   CA 92234
-----------------------------------------------------------------------------

001559057


Delay, Shane                          Unknown
13822 Royal
Royal City       WA 99357
-----------------------------------------------------------------------------

001601448


Deleon, Abel                          Unknown
7450 Lake Travis
Corpus Christi   TX 78413
-----------------------------------------------------------------------------

001551009


Deleon, Marco                         Unknown
49 Lake St. Apt. #2
Belleville       NJ 07109
-----------------------------------------------------------------------------

001589674


Deleon, Theresa                       Unknown
10801 Blue Bay Dr.
Frisco           TX 75035
-----------------------------------------------------------------------------

001523150


Delgado, Lucy G.                      Unknown
3722 Ridgeline
San Antonio      TX 78228
-----------------------------------------------------------------------------

001553783


Delgado, Mark                         Unknown
76 Legend Road
Ft. Worth        TX 76132
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001513182


Delgado, Terry L                        Unknown
118 Sweetgum Drive
Lavergne            TN 37086
--------------------------------------------------------------------------------

001553332


Delivaudais, Bunny A.                   Unknown
584 Marina Dr.
Slidell             LA 70458
--------------------------------------------------------------------------------

001581265


Delk, Branna B.                         Unknown
1297 S.W. 10th ST.
Boca Raton          FL 33486
--------------------------------------------------------------------------------

001566523


Delk, Kenneth R.                        Unknown
381 St. Andrews Dr.
Franklin            TN 37069
--------------------------------------------------------------------------------

001557887


Delo, Roberta M.                        Unknown
5545 South Krepps Road
St. Johns           MI 48879
--------------------------------------------------------------------------------

001526942


Delong, Melanie M.                      Unknown
1480 Merriman Way Rd
Moneta              VA 24121
--------------------------------------------------------------------------------

000123232


Delossantos, Rose M.                    Unknown
Rt. 10 Box 195
San Benito          TX 78586
--------------------------------------------------------------------------------

001590656


Delp Zelda                              Unknown
1901 1St Ave
Zillah              WA 98953
--------------------------------------------------------------------------------

001581528


Delp, Dave H *                          Unknown
11310 Yakima Valley Highway
Zillah              WA 98953
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001532929


        Delp, Sharon L.                         Unknown
        1058 Mt. Zion Rd.
        Woodlawn          VA 24381
--------------------------------------------------------------------------------
        001573346


        Delpit Jr., John E.                     Unknown
        2083 Coker Avenue
        Charleston        SC 29412
--------------------------------------------------------------------------------
        001587157


        Delta Mu of Beta Theta Pi               Unknown
        511-2 N Evanston
        Lubbock           TX 79416
--------------------------------------------------------------------------------
        001581884


        Demain, Susan P.                        Unknown
        6710 South Creek Drive
        Fort Worth        TX 76133
--------------------------------------------------------------------------------
        001573762


        Demarest, Hiedi A                       Unknown
        Po Box 1036
        Morton            WA 98356
--------------------------------------------------------------------------------
        001568342


        Demille, Eric J.                        Unknown
        3140 Repplier St.
        Boulder           CO 80304
--------------------------------------------------------------------------------
        001465098


        Demoss, Douglas                         Unknown
        9767 Pagewood #608
        Houston           TX 77042
--------------------------------------------------------------------------------
        001583314


        Demoura, Orozimbo P.                    Unknown
        100 4Th St. #1
        Newark            NJ 07107
--------------------------------------------------------------------------------
        001482673


        Dempsey, Dale W                         Unknown
        157 Ridgemont Road
        Chehalis          WA 98532
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001523915


Dempsey, David W.                      Unknown
21100 Nw Adcock Rd
Yamhill          OR 97148
--------------------------------------------------------------------------------

001470813


Denaburg, Damon J.                     Unknown
2208 Rue Pickney
Mandeville        LA 70448
--------------------------------------------------------------------------------

001579680


Deng, Weixing                          Unknown
134-54 Maple Ave #6L
Flushing         NY 11354
--------------------------------------------------------------------------------

001605020


Deng, Yifan                            Unknown
115 Treetop Lane
Egg Harbor Twp   NJ 08234
--------------------------------------------------------------------------------

001503401


Deng, Yikang                           Unknown
737 Wilton Farm Drive
Baltimore        MD 21228
--------------------------------------------------------------------------------

001592225


Denisoff, Rochele A.                   Unknown
457 Braidwood Walk
Acworth          GA 30101
--------------------------------------------------------------------------------

001584793


Denison, Gary L.                       Unknown
310 West 5th
Fremont          NE 68025
--------------------------------------------------------------------------------

001514862


Denmark, Donald N.                     Unknown
Po Box 694
Calera           AL 35040
--------------------------------------------------------------------------------

001572503


Dennard, Mark                          Unknown
1008 Muirfield Village
College Station  TX 77845
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


000140159


Denney, Katherine W.                     Unknown
54200 E. #249 Road
Afton            OK 74331
--------------------------------------------------------------------------------

001588594


Denney, Mark W.                          Unknown
5275 West 7th  Apt. #261
Reno             NV 89523
--------------------------------------------------------------------------------

001561866


Denney, Richard T.                       Unknown
16815 Spring Creek Oaks Ct.
Spring           TX 77379
--------------------------------------------------------------------------------

001591445


Denney, Ryan W.                          Unknown
1913 Rosemary Drive
Sparks           NV 89434
--------------------------------------------------------------------------------

001591189


Denson, Lynda D                          Unknown
2920 Sonora
Emporia          KS 66801
--------------------------------------------------------------------------------

001530367


Depaolo, Vincent J.                      Unknown
6647 Mayard
Houston          TX 77041
--------------------------------------------------------------------------------

001560143


Depasquale, Justa M.                     Unknown
4420 Forest Walk Dr
Greensboro       NC 27455
--------------------------------------------------------------------------------

001568509


Depuy, Betty M.                          Unknown
3927 Roma Ct.
Rockwall         TX 75087
--------------------------------------------------------------------------------

001591859


Deraismes, Jill M.                       Unknown
219 Twickenham Trace
Suwanee          GA 30024
--------------------------------------------------------------------------------
```

```
        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001605713


        Derheim Enterprises Inc                 Unknown
        106 B Richardson Ave
        Lafayette        LA 70503
------------------------------------------------------------------------------

        000130955


        Derheim, Leslie A.                      Unknown
        106 B Richardson Ave.
        Lafayette        LA 70503
------------------------------------------------------------------------------

        000130597


        Derheim, Lonny A.                       Unknown
        428 W. 30Th Street
        Vancouver        WA 98660
------------------------------------------------------------------------------

        000128614


        Derheim, Loretta J.                     Unknown
        2316 N.E. 51st Street
        Vancouver        WA 98663
------------------------------------------------------------------------------

        001469753


        Derouen Jr., Raymond C.                 Unknown
        1700 Seaspray Ct. #2216
        Houston          TX 77008
------------------------------------------------------------------------------

        001469748


        Derouen, Craig A.                       Unknown
        1082 Lady Of The Lake Rd.
        St. Martinville   LA 70582
------------------------------------------------------------------------------

        000146009


        Derouen, Jr. Roland L.                  Unknown
        8400 Parc Perdue Dr.
        New Iberia       LA 70560
------------------------------------------------------------------------------

        000155921


        Derouen, Raymond C                      Unknown
        Po  Box  63
        St Martinville    LA 70582
------------------------------------------------------------------------------

        000155737


        Derouen, Roland L                       Unknown
        8400 Parc Perdue Drive
        New Iberia       LA 70560
------------------------------------------------------------------------------
```

                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001478757


        Deroussel, Marcia D.                    Unknown
        202 Robert Lee Circle
        Lafayette         LA 70506
--------------------------------------------------------------------------------

        001597504


        Derr, Carl M.                           Unknown
        8136 Main
        Kansas City       MO 64124
--------------------------------------------------------------------------------

        001597508


        Derr, Wayne A.                          Unknown
        16569 W. 263 St.
        Paola             KS 66071
--------------------------------------------------------------------------------

        001555411


        Derrick, Joseph E.                      Unknown
        9594 So. Harpeth Rd.
        Nashville         TN 37221
--------------------------------------------------------------------------------

        000156455


        Derrick, Mary H.                        Unknown
        P.O. Box 486
        Johnston          SC 29832
--------------------------------------------------------------------------------

        001555317


        Derrick, Shirley A.                     Unknown
        9600 S. Harpeth Rd.
        Nashville         TN 37221
--------------------------------------------------------------------------------

        001540413


        Derrington, Nancy J.                    Unknown
        1909 W. 73 Terr.
        Shawnee Mission   KS 66208
--------------------------------------------------------------------------------

        001535569


        Derusha, Susan K.                       Unknown
        1820 W. Windwood Drive
        Mobile            AL 36695
--------------------------------------------------------------------------------

        001538130


        Desalvo, Donald A.                      Unknown
        791 Catholic Point Rd.
        Center Ridge      AR 72027
--------------------------------------------------------------------------------

                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code            of Claim


        001554405


        Desalvo, John H.                     Unknown
        1101 Dove Park Road
        Covington       LA 70433
-----------------------------------------------------------------------------

        000119366


        Descant, Charles T.                  Unknown
        205 North Gayle
        Bunkle          LA 71322
-----------------------------------------------------------------------------

        001589166


        Deserrano, Gary M.                   Unknown
        2020 Cedarwood
        Carrollton      TX 75007
-----------------------------------------------------------------------------

        001559772


        Deshotels, Patricia                  Unknown
        402 Robinhood Cr.
        Lafayette       LA 70508
-----------------------------------------------------------------------------

        001520097


        Deskin, Mynette                      Unknown
        5328 Willow Wood Ln.
        Dallas          TX 75252
-----------------------------------------------------------------------------

        001599795


        Despino, John H.                     Unknown
        717 Main Street
        Colfax          LA 71417
-----------------------------------------------------------------------------

        000148592


        Despino, Johnnie K.                  Unknown
        108 Pecan Dr.
        Colfax          LA 71417
-----------------------------------------------------------------------------

        001569582


        Dessingue, Diane                     Unknown
        6423 N W 82 Ave
        Parkland        FL 330674
-----------------------------------------------------------------------------

        001568480


        Detmer, Laura L.                     Unknown
        1195 Brownell Ave
        Kirkwood        MO 63122
-----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code           of Claim


        001610962


        Detrick, Jeffrey C                      Unknown
        P.O. Box 3155
        Shawnee          KS 66203
----------------------------------------------------------------------------
        001571409


        Detwiler, Charles G.                    Unknown
        1630 Wanona Lane
        Walla Walla      WA 99362
----------------------------------------------------------------------------
        001527832


        Deutschman, Larry L.                    Unknown
        602A Wisteria Avenue
        Ft. Pierce       FL 34982
----------------------------------------------------------------------------
        001483527


        Devalcourt, Tyrona                      Unknown
        412 Travis Street
        Lafayette        LA 70503
----------------------------------------------------------------------------
        001554781


        Deverger, Larry L.                      Unknown
        549 6Th St
        Mt. Airy         GA 30563
----------------------------------------------------------------------------
        001579598


        Deville, Frank                          Unknown
        10901 Milton Thompson
        Lee'S Summit     MO 64063
----------------------------------------------------------------------------
        001571226


        Deville, Marilyn B.                     Unknown
        Hc 60 Box 203
        Jena             LA 71342
----------------------------------------------------------------------------
        001586362


        Deville, Shaun A.                       Unknown
        Hc 76 Box 560 Hwy 3071
        Olla             LA 71465
----------------------------------------------------------------------------
        001505703


        Deville, Tamera L.                      Unknown
        H.C. 60 Box 86
        Jena             LA 71342
----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001542081


Devine, Claire M.                       Unknown
605 Main Street
Woburn            MA 01801
-----------------------------------------------------------------------------
001534214


Devine, George D.                       Unknown
407 Tidmore Street
Gadsden           AL 35901
-----------------------------------------------------------------------------
001499068


Devine, Joseph J.                       Unknown
27304 S. Bluegrass Lane
Harrisonville     MO 64701
-----------------------------------------------------------------------------
001573690


Devine, Peggy B                         Unknown
408 Sugar Mill Rd
Greer             SC 29650
-----------------------------------------------------------------------------
001580750


Devito, Ora M                           Unknown
7357 Nw 38 Place
Coral Springs     FL 33065
-----------------------------------------------------------------------------
001566591


Devlin, James Steve                     Unknown
10836 Grissom Lane Suite#105
Dallas            TX 75229
-----------------------------------------------------------------------------
001519272


Devree, Kenneth J.                      Unknown
6695 Dale Avenue
Hudsonville       MI 49426
-----------------------------------------------------------------------------
001485085


Devries, David                          Unknown
2515 E Fir
Mount Vernon      WA 98273
-----------------------------------------------------------------------------
001465045


Devries, George P.                      Unknown
3605 Mohawk Dr.
Mt. Vernon        WA 98273
-----------------------------------------------------------------------------
```

                        Unsecured Creditors -- Sales Representatives

```
          Creditors Names and                 Total Amt
          Mailing Address/ Zip Code            of Claim


          001485477


          Devries, Jeremy J.H                  Unknown
          750 East 5Th Street #53
          Azusa            CA 91702
--------------------------------------------------------------------------------
          001604862


          Devries, Nancy S.                    Unknown
          3605 Mohawk Drive
          Mt. Vernon       WA 98273
--------------------------------------------------------------------------------
          001588007


          Dewalt, Kyle M                       Unknown
          P.O. Box 398
          Randle           WA 98377
--------------------------------------------------------------------------------
          000131380


          Dewater, Walter E.                   Unknown
          P.O. Box 3582
          Arlington        WA 98223
--------------------------------------------------------------------------------
          001604215


          Dewease, Mary Elizabeth              Unknown
          54 Melanie Rd
          Natchez          MS 39120
--------------------------------------------------------------------------------
          001601393


          Dewiler, Ted                         Unknown
          1948 Mt.View Orchard Rd.
          Corrallis        MT 59828
--------------------------------------------------------------------------------
          001534027


          Dewitt, Angela J.                    Unknown
          3405 N. Pleasant
          Independence     MO 64050
--------------------------------------------------------------------------------
          001534584


          Dewolf, Lisa or Glen                 Unknown
          5916 Broadmoor
          Plano            TX 75093
--------------------------------------------------------------------------------
          001587038


          Dewyer, Clayton C.                   Unknown
          424 Cedar Lane
          Bowling Green    OH 43402
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
       Creditors Names and                     Total Amt
       Mailing Address/ Zip Code               of Claim


       000155848


       Deybarrondo, Henri M.                    Unknown
       6632 Brompton Road
       Houston          TX 77005
--------------------------------------------------------------------------------
       000145066


       Dfw-Bell Enterprises                     Unknown
       7912 North Macarthur Blvd.
       Irving           TX 75063
--------------------------------------------------------------------------------
       001550391


       Di Cavalcante, Sandy R.                  Unknown
       10340 Conser, Apt 2Jw
       Overland Park    KS 66212
--------------------------------------------------------------------------------
       001572820


       DiMarco, Shannon F.                      Unknown
       8345 Calendula Drive
       Buena Park       CA 90620
--------------------------------------------------------------------------------
       001515661


       DiMauro, Sam J.                          Unknown
       18851 Hilliard Blvd. Apt. 8
       Rocky River      OH 44116
--------------------------------------------------------------------------------
       001508343


       Diamond Enterprises                      Unknown
       1724 Donald Dr.
       Hays             KS 67601
--------------------------------------------------------------------------------
       001585319


       Diamond, Beau                            Unknown
       8424 Midnight Pass Rd.
       Sarasota         FL 34242
--------------------------------------------------------------------------------
       001523782


       Diamond, Pamela F.                       Unknown
       10430 Sleeman Gulch Rd.
       Lolo             MT 59847
--------------------------------------------------------------------------------
       001598690


       Diane J. Floyd                           Unknown
       162 Meredith Ave.
       Claremont        CA 91711
--------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE            Page: 370
                           Unsecured Creditors -- Sales Representatives


          Creditors Names and                    Total Amt
          Mailing Address/ Zip Code               of Claim


          001594810


          Diaz III, Pedro                         Unknown
          1303 McKee
          Edinbury        TX 78539
------------------------------------------------------------------------------------

          001598321


          Diaz, Alfredo C.                         Unknown
          703 Waco St.
          Navasota        TX 77868
------------------------------------------------------------------------------------

          001565922


          Diaz, Ronald L.                          Unknown
          328 Forest Street
          Windermere      FL 34786
------------------------------------------------------------------------------------

          001615015


          Dicaprio, Tony                           Unknown
          2010 West 34Th Street
          Davenport       IA 52806
------------------------------------------------------------------------------------

          001490672


          Dichiara, Daniel J.                      Unknown
          20 Bramblewood Lane
          Ormond Bch      FL 32174
------------------------------------------------------------------------------------

          001607255


          Dick, James S.                           Unknown
          703 N. Greenville Ave
          Allen           TX 75002
------------------------------------------------------------------------------------

          000145776


          Dick, Stephen B.                         Unknown
          829 Westhaven Blvd
          Lansing         MI 48917
------------------------------------------------------------------------------------

          001537709


          Dickens, Lori  A.                        Unknown
          5638 Geirgetown Colony Dr.
          Houston         TX 77084
------------------------------------------------------------------------------------

          001561713


          Dickerson, Keith B.                      Unknown
          P.O. Box 494
          Dublin          VA 24084
------------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001495904


Dickey, Cheryl C.                      Unknown
333 Eastside 67
Fortson         GA 31808
--------------------------------------------------------------------------

001549922


Dickinson, Eric J.                     Unknown
1910 Iron Springs Rd
Prescott        AZ 86301
--------------------------------------------------------------------------

001458312


Dickson, Jeanette                      Unknown
Po Box 919
Kemah           TX 77565
--------------------------------------------------------------------------

001592118


Dickson, Karla K.                      Unknown
1196 S. Scootney Rd
Othello         WA 99344
--------------------------------------------------------------------------

001577621


Dickson, Larry S.                      Unknown
20829 Us Rt. 6&19
Saegertown      PA 16433
--------------------------------------------------------------------------

001583773


Dickson, Monica                        Unknown
3812 Pin Oak Dr. S.
Pearland        TX 77581
--------------------------------------------------------------------------

001571542


Didier, Hubert G.                      Unknown
4846 Nw 54Th
Topeka          KS 66618
--------------------------------------------------------------------------

001535167


Diehl, Diane A.                        Unknown
5722 Abby Drive
Corpus Christi  TX 78413
--------------------------------------------------------------------------

001526089


Diehl, Frank C.                        Unknown
3441 Deer Point Court
Bellingham      WA 98226
--------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


000144531


Diem Jr., Merle R.                     Unknown
923 Traveler'S Rest Rd.
Montezuma        GA 31063
----------------------------------------------------------------------

001593089


Dien, Dave D.                          Unknown
2902 Allgeyer Apt #2
El Monte         CA 91732
----------------------------------------------------------------------

001609695


Diep, Tuan V.                          Unknown
11915 East Ford Dr.
Aurora           CO 80012
----------------------------------------------------------------------

001541836


Dier, Ronald J.                        Unknown
14806 77th Street East
Summer           WA 98390
----------------------------------------------------------------------

001478822


Dies Jr., James R.                     Unknown
404 Lucia Dr.
Buffalo          OK 73834
----------------------------------------------------------------------

001478220


Dies, Paula W.                         Unknown
8450 Abingdon Ln.
Duluth           GA 30097
----------------------------------------------------------------------

001611947


Dietz, Craig S.                        Unknown
504 NE Royal Dr
Grants Pass      OR 97526
----------------------------------------------------------------------

001504007


Dietz, Richard M.                      Unknown
1300 Ellis STREET
Bellingham       WA 98225
----------------------------------------------------------------------

001521171


Dietz, Richard S.                      Unknown
1300 Ellis St.
Bellingham       WA 98225
----------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE
                      Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001526250


        Dietz, Steven B.                        Unknown
        4105 Garnsey Ln.
        Bakersfield        CA 93309
-------------------------------------------------------------------------------

        001579537


        Dighans, Theresa Carole                 Unknown
        1519 Palmer
        Miles City         MT 59301
-------------------------------------------------------------------------------

        001536652


        Dillon, Craig T.                        Unknown
        636 North Fairfield Dr.
        Peachtree City     GA 30269
-------------------------------------------------------------------------------

        000128641


        Dillon, Dean C.                         Unknown
        Po Box 157
        Colstrip           MT 59323
-------------------------------------------------------------------------------

        001572160


        Dillon, Nancy L.                        Unknown
        5869 Guide
        Bellingham         WA 98226
-------------------------------------------------------------------------------

        001527915


        Dillon, Tay                             Unknown
        123 North 2Nd Street
        Greybull           WY 82426
-------------------------------------------------------------------------------

        000161341


        Dimeo, Anthony J.                       Unknown
        114 N. 6Th Ave.
        Siler City         NC 27344
-------------------------------------------------------------------------------

        000114217


        Dinatali, Shawn M.                      Unknown
        Rt. 1, Box 326-D
        Lake Lure          NC 28746
-------------------------------------------------------------------------------

        000139270


        Ding, Xiuxia                            Unknown
        53-18 90 Street
        Elmhurst           NY 11373
-------------------------------------------------------------------------------

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001558378


Ding, Zhong Zhu                        Unknown
34-27 107 St
Corona           NY 11368
---------------------------------------------------------------------------------

000151981


Dirc, Victoria B.                      Unknown
1433 Laurel Oaks Drive
Streamwood        IL 60107
---------------------------------------------------------------------------------

001583889


Dishman, Christopher S.                Unknown
5924 Mockingbird Ln
McKinney          TX 75070
---------------------------------------------------------------------------------

001581077


Dishman, George M.                     Unknown
9933 Tanglevine Drive
Dallas            TX 75238
---------------------------------------------------------------------------------

001583891


Dishman, William Douglas               Unknown
13527 Red Fern
Dallas            TX 75240
---------------------------------------------------------------------------------

000123376


Disman, Patricia A.                    Unknown
P.O. Box 12114
Alexandria        LA 71315
---------------------------------------------------------------------------------

001577080


Disney, Meredith L.                    Unknown
1605 E Everest Drive
Flagstaff         AZ 86004
---------------------------------------------------------------------------------

001582557


Disney, Stephanie C.                   Unknown
15650 Farmer Rd.
Ridgeway          IL 62979
---------------------------------------------------------------------------------

001482417


Distefano, Emily                       Unknown
4334 Broussard
Baton Rouge       LA 70808
---------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


Creditors Names and                          Total Amt
Mailing Address/ Zip Code                     of Claim


001455779


Distefano, Joseph                             Unknown
865 Sharp Road
Baton Rouge       LA 70815
--------------------------------------------------------------------------------

001469564


Divelbiss, Arlene F.                          Unknown
613 Canter Street
Raymore           MO 64083
--------------------------------------------------------------------------------

001614840


Divine, Craig A                               Unknown
217 E Poplar
Carterville       MO 64835
--------------------------------------------------------------------------------

001542935


Divine, Lindsey M.                            Unknown
118 E. Main
Carterville       MO 64835
--------------------------------------------------------------------------------

000115395
'

Dixon, Arthur D.                              Unknown
1815 West Wall Street
Grapevine         TX 76051
--------------------------------------------------------------------------------

000115624


Dixon, Barbara K.                             Unknown
1837 E. Presidio
Phoenix           AZ 85022
--------------------------------------------------------------------------------

000141284


Dixon, Bobbie                                 Unknown
4804 Chilton
Dallas            TX 75227
--------------------------------------------------------------------------------

001578064


Dixon, Dan L                                  Unknown
43202 Dan Dixon Rd
Prairieville      LA 70769
--------------------------------------------------------------------------------

001584119


Dixon, Dianne                                 Unknown
306 2nd Avenue North
Collinwood        TN 38450
--------------------------------------------------------------------------------

```
            Unsecured Creditors -- Sales Representatives


    Creditors Names and                  Total Amt
    Mailing Address/ Zip Code            of Claim


    001526695


    Dixon, Dickie D.                     Unknown
    2200 Marshall
    Wichita Falls    TX 76301
----------------------------------------------------------------------
    000115453


    Dixon, John E.                       Unknown
    2659 Ridgetop
    Byron Center     MI 49315
----------------------------------------------------------------------
    000138049


    Dixon, Kimberly K                    Unknown
    1110 Emily
    Carrollton       TX 75007
----------------------------------------------------------------------
    001569290


    Dixon, Lisa P.                       Unknown
    197 Quail Drive
    Vidalia          GA 30474
----------------------------------------------------------------------
    000110684


    Dixon, Mildred P.                    Unknown
    4161 Old Spartanburg Hwy.
    Moore            SC 29369
----------------------------------------------------------------------
    001548754


    Dixon, Raymond F.                    Unknown
    1203 Park Ave.
    Moody            AL 35004
----------------------------------------------------------------------
    000115707


    Dixon, Sandra I.                     Unknown
    1815 West Wall Street.
    Grapevine        TX 76051
----------------------------------------------------------------------
    001604070


    Dixon, Shelley R                     Unknown
    3746 Briargrove
    Florissant       MO 63031
----------------------------------------------------------------------
    001544760


    Dixon, Shirley A                     Unknown
    3671 New Castle Rd
    West Middlesex   PA 16159
----------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001547391 | |
| Dixon, William Scott<br>4600 Holly Circle<br>Altoona          AL 35952 | Unknown |
| 001556022 | |
| Dobbs, Ruth W.<br>671 Honeysuckle Drive<br>Lebanon          KY 40033 | Unknown |
| 000123835 | |
| Dobson, Carol A.<br>1111 Miller Road<br>Rosharon          TX 77583 | Unknown |
| 000128487 | |
| Dobson, Dawn M.<br>617 Ne 2Nd St.<br>Dania          FL 33004 | Unknown |
| 000135147 | |
| Dobson, Roy J.<br>3111 Tanglebriar<br>Pasadena          TX 77503 | Unknown |
| 001471354 | |
| Dobyns, Lynn G<br>1626 Oak Street<br>Grand Prairie    TX 75050 | Unknown |
| 000158934 | |
| Dockry, Timothy R.<br>PO Box 1871<br>Mackinac Island   MI 49757 | Unknown |
| 001572655 | |
| Dodd, Rocky D.<br>3064 Bethelview Rd.<br>Cumming          GA 30040 | Unknown |
| 001544524 | |
| Dodd, Timothy S.<br>3064 Bethelview Rd.<br>Cumming          GA 30040 | Unknown |

                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001468858


        Dodge, Karen                           Unknown
        10430 Groombridge Rd.
        Alpharetta        GA 30202
------------------------------------------------------------------------

        001588456


        Dodson, Tom E                          Unknown
        1202 S.70Th Ave.
        Yakima            WA 98908
------------------------------------------------------------------------

        001535780


        Doherty, Lisa S.                       Unknown
        28188 Moulton Pkwy #2627
        Laguna NIGUEL     CA 92677
------------------------------------------------------------------------

        000130414


        Doidge, James M.                       Unknown
        2186 Maureen Dr.
        Ferndale          WA 98248
------------------------------------------------------------------------

        001585738


        Dolan, Joseph E.                       Unknown
        615 Westchester Cir.
        Riverton          WY 82501
------------------------------------------------------------------------

        001580583


        Dolan, Marc C.                         Unknown
        2941 Stage Ct.
        Fort Collins      CO 80521
------------------------------------------------------------------------

        001473917


        Dolar, Mary E.                         Unknown
        7 Wynnwood Circle
        Midland City      AL 363506
------------------------------------------------------------------------

        001595397


        Domer, Dennis                          Unknown
        14501 Hwy 92
        Letts             IA 52754
------------------------------------------------------------------------

        001598180


        Domer, Judith A.                       Unknown
        1501 Barbie Drive
        Youngstown        OH 44512
------------------------------------------------------------------------

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001578478

Domingue, Bejamin T. *                    Unknown
100 Belle Fontaine #289
Lafayette          LA 70525
----------------------------------------------------------------------------

001554615

Dominguez, Michele                        Unknown
3920 Peachtree Dunwoody Rd.
Atlanta            GA 30342
----------------------------------------------------------------------------

001524521

Domme, Jeri L.                            Unknown
3620 Green Meadow Dr.
Helena             MT 59602
----------------------------------------------------------------------------

001530310

Donahee, Kelly E.                         Unknown
5517 St Andrews Ct
Plano              TX 75093
----------------------------------------------------------------------------

001522739

Donahee, Lois & Gary                      Unknown
5517 St. Andrews
Plano              TX 75093
----------------------------------------------------------------------------

001595421

Donahue, Mitchell T.                      Unknown
1969 Patricia Ln.
Billings           MT 59102
----------------------------------------------------------------------------

001598540

Donald H. Burkhart                        Unknown
90 Brook Haven Dr., #5
Attleboro          MA 02703
----------------------------------------------------------------------------

000114357

Donaldson, Alene G.                       Unknown
313 Old York Rd
Irving             TX 750634247
----------------------------------------------------------------------------

001522352

Donaldson, Kelly S.                       Unknown
201 Amite Apt. A
Lafayette          LA 70508
----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001602213


        Donaldson, Marina A.                    Unknown
        4418 Stanolind
        Midland          TX 79707
-------------------------------------------------------------------

        001536085


        Donaldson, Marsha G.                    Unknown
        2135 Arrowhead Circle
        Olathe           KS 66062
-------------------------------------------------------------------

        001577494


        Donaldson, Renee                        Unknown
        1049 lynnhaven Drive
        Hutchins         TX 75141
-------------------------------------------------------------------

        001524377


        Donella, Gerald J.                      Unknown
        800 Bird Bay Drive West
        Venice           FL 34292
-------------------------------------------------------------------

        001596201


        Doner, Marcia D.                        Unknown
        Mile 1542 Sterling #Wy
        Anchor Point     AK 99556
-------------------------------------------------------------------

        000153801


        Dong, Ning - Xiang                      Unknown
        3 John St.
        Carteret         NJ 07008
-------------------------------------------------------------------

        001564956


        Dong, Yingfei                           Unknown
        33 Grove Street FL 1
        Belmont          MA 02178
-------------------------------------------------------------------

        001574148


        Dong, Yun                               Unknown
        16-58 155 St 1St Floor
        Whitestone       NY 11357
-------------------------------------------------------------------

        001590653


        Donkersloot, Ann                        Unknown
        2242 Sweetbay
        Bellingham       WA 98226
-------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07            INTERNATIONAL HERITAGE        Page: 381
                    Unsecured Creditors -- Sales Representatives

        Creditors Names and              Total Amt
        Mailing Address/ Zip Code        of Claim


        001602182

        Donnan, Edward                   Unknown
        4198 Benstein Rd
        Commerce        MI 48382
------------------------------------------------------------------------
        000154016

        Donnelly, Catherine A.           Unknown
        710 Yellowstone
        Miles City      MT 59301
------------------------------------------------------------------------
        000160201

        Donovan, Joseph V.               Unknown
        10633 Old Needville Fairchild
        Needville       TX 77461
------------------------------------------------------------------------
        001579321

        Donovan, Patricia M.             Unknown
        3429 Capri Rd
        Palm Beach      FL 33410
------------------------------------------------------------------------
        001487441

        Dooley, Patrick O                Unknown
        9550 Forest Lane Ste. 600
        Dallas          TX 75243
------------------------------------------------------------------------
        001571405

        Doolin, James D.                 Unknown
        3109 Stepp Dr
        Columbia        SC 29204
------------------------------------------------------------------------
        000158159

        Doolittle, Tina R.               Unknown
        3293 Leathersville Road
        Lincolnton      GA 30817
------------------------------------------------------------------------
        000163025

        Dorado Equity Enterprises        Unknown
        2851 Johnston St.
        Lafayette       LA 70503
------------------------------------------------------------------------
        001605125

        Doran, Diane K.                  Unknown
        125 Burlingame Road
        Mount Vernon    WA 98274
------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001476676

Dordan, Stephen T                          Unknown
3306 Blazing Star
Cedar Park        TX 78613

-----------------------------------------------------------------------------

001577968

Dorman, Deborah A.                         Unknown
7105 Wellington Pt. Rd.
McKinney          TX 75040

-----------------------------------------------------------------------------

000103202

Dornhofer, Carol M.                        Unknown
217 Dennis  Dr.
Alpharetta        GA 30004

-----------------------------------------------------------------------------

000102820

Dornhofer, Lea C.                          Unknown
136 Eucalyptus
Ft. Myers Beach   FL 33931

-----------------------------------------------------------------------------

001569588

Doro, Holly G                              Unknown
7411 Brigantine Lane
Parkland          FL 33067

-----------------------------------------------------------------------------

001598613

Dorothy J. Lavy                            Unknown
Route 5 Box 603-B
Wichita Falls     TX 76301

-----------------------------------------------------------------------------

001473518

Dorries, Janet M.                          Unknown
9609 Nw 7Th Circle #416
Plantation        FL 33324

-----------------------------------------------------------------------------

001541259

Dorscheid, Therese M.                      Unknown
1255 Pine Hill Ln.
Farmington        NY 14425

-----------------------------------------------------------------------------

001521624

Dorsett, John H.                           Unknown
800 N. Church St.
Palestine         TX 75801

-----------------------------------------------------------------------------

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000124870 | |
| Dorsey, Lawrence T.<br>809 Doucet<br>Lafayette       LA 70503 | Unknown |
| 001506642 | |
| Dosch, Edmond W.<br>1131 North Birch Circle<br>Alpine         UT 84004 | Unknown |
| 001540219 | |
| Doss, Joshua M.<br>628 Highland Avenue<br>Cornelia       GA 30531 | Unknown |
| 001577908 | |
| Doss, Kenneth C.<br>850 Anniston Beach Rd Lot 6-A<br>Anniston       AL 36206 | Unknown |
| 001573659 | |
| Dotson, Casey R.<br>Rt. 1 Box 179<br>Jena           LA 71342 | Unknown |
| 001571909 | |
| Doty, Diana Marguerite<br>985 Taubannock Blvd<br>Ithaca         NY 14850 | Unknown |
| 000137362 | |
| Doty, Sandra S.<br>117 Deer Chase<br>Thomaston      GA 30286 | Unknown |
| 001586488 | |
| Dou, Tong<br>99-05 58 Avenue Apt 2G<br>Corona         NY 11368 | Unknown |
| 000132355 | |
| Double R Builders Inc.<br>Rt.1 Box 1190<br>Clayton        GA 30525 | Unknown |

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001587921


Doucet, Dana M.                         Unknown
700 Ike Street
Rayne           LA 70578
------------------------------------------------------------------------------------

001608865


Doucette, Bm                            Unknown
803 Woodard Way #214
Arlington       TX 76011
------------------------------------------------------------------------------------

001595620


Doughty, Len A.                         Unknown
510 Turtle Creek
Shreveport      LA 71115
------------------------------------------------------------------------------------

001577093


Douglas, Margaret A                     Unknown
226 Grice Road
Columbia        MS 39429
------------------------------------------------------------------------------------

001566972


Douglas, Scott A.                       Unknown
1728 Mc Leod Ave.
Charleston      SC 29412
------------------------------------------------------------------------------------

001590513


Douglas, William Michael                Unknown
2211 Midlane St Apt D9
Houston         TX 77027
------------------------------------------------------------------------------------

001608672


Douglass Stephen R.                     Unknown
5225 W. Clearwater #E-7
Kennewick       WA 99336
------------------------------------------------------------------------------------

001579307


Douglass, Michael J.                    Unknown
5225 W. Clearwater #E-7
Kennewick       WA 99336
------------------------------------------------------------------------------------

001572593


Douka, Keith C.                         Unknown
2500 George Washington Way
Richland        WA 99352
------------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE         Page 385
                    Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001609665


Doutrich, Stephen                        Unknown
2393260Th Ave So
Kent            WA 98032
-------------------------------------------------------------------------

001577425


Dovellos, George N.                      Unknown
280 Terrace Rd.
Tarpon Springs    FL 34689
-------------------------------------------------------------------------

001482685


Dovey, Jack H                            Unknown
917 South 294th Place
Federal Way     WA 98003
-------------------------------------------------------------------------

001582123


Dowda, Ronald E                          Unknown
22129 Highway 40
Bush            LA 70431
-------------------------------------------------------------------------

001486275


Dowell Marilyn J.                        Unknown
615 Victoria Dr.
Lee's Summit    MO 64086
-------------------------------------------------------------------------

001551543


Dowell, Barbara P.                       Unknown
128 Thrush Loop
Lafayette       LA 70508
-------------------------------------------------------------------------

001469077


Dowell, Cinda A.                         Unknown
8702 Christy Rd
Odessa          MO 64076
-------------------------------------------------------------------------

001481541


Downes Jr., Melvin S.                    Unknown
5327 S.E. Lost Lake Way
Hobe Sound      FL 33455
-------------------------------------------------------------------------

001576460


Downey, Michael S.                       Unknown
6223 Sunlight Shores Lane
Clinton         WA 98236
-------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|

001563082

Downing, Charlotte A.                Unknown
802 S. San Jose
Abilene          TX 79605

-------------------------------------------------------------------------

001606551

Downing, Tricia A.                Unknown
9402 W 89Th St.
Overland Park     KS 66212

-------------------------------------------------------------------------

000138755

Downs, Cheryl A.                Unknown
1013 Primrose
Mesq             TX 75149

-------------------------------------------------------------------------

001568641

Downs, Heather                Unknown
P.O. Box 5206
Blakely Island     WA 98222

-------------------------------------------------------------------------

001497984

Dowson, Angela J.                Unknown
30 Perth Street
Glasgow          MT 59230

-------------------------------------------------------------------------

001583836

Doyle, Tommy M.                Unknown
632 Bernard Couch Dr.
Anniston          AL 36207

-------------------------------------------------------------------------

001468888

Dozier, Sara S.                Unknown
4450 Winrock Lane
Rock Hill         SC 29732

-------------------------------------------------------------------------

001562763

Draeger, Linda L.                Unknown
99 Northrop St.
Lupton City       TN 37351

-------------------------------------------------------------------------

001606401

Drage, Arthur B.                Unknown
2848 W. Gibert Dr.
Riverton          VT 84065

-------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code           of Claim


        000122990


        Drake, Elizabeth C.                 Unknown
        3129 Chestnut
        Carrollton       TX 75007
----------------------------------------------------------------------------
        000150110


        Drake, Michon L.                    Unknown
        1004 Stonewood Drive
        Cedar Hill       TX 75104
----------------------------------------------------------------------------
        001522349


        Draper, Mary Ann                    Unknown
        1012 West Cleveland #5
        Alvin            TX 77511
----------------------------------------------------------------------------
        001559034


        Dreas, Cecilia M.                   Unknown
        605 Birch
        Peculiar         MO 64078
----------------------------------------------------------------------------
        001457135


        Dressler, Z. Lorrane                Unknown
        6775 Hwy. 12E
        East Helena      MT 59635
----------------------------------------------------------------------------
        001575735


        Driggers, Bethany J.                Unknown
        300 Ridgecreek Drive
        Lexington        SC 29072
----------------------------------------------------------------------------
        001588947


        Driskill, Jamie                     Unknown
        421 Hyway 797
        Simsboro         LA 71275
----------------------------------------------------------------------------
        001578470


        Dritto, Michael                     Unknown
        3721 N W 95th TERR #1701
        Suarise          FL 33351
----------------------------------------------------------------------------
        000145738


        Dronet, Catherine M                 Unknown
        109 South Corner
        Delcambre        LA 70528
----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

000149097

Dronet, Dean J.
807 WALTERS St. Apt #157
Lake Charles       LA 70607                  Unknown

--------------------------------------------------------------------------

000145823

Dronet, Mark J.
807 Walters St. Suite 157
Lake Charles       LA 70607                  Unknown

--------------------------------------------------------------------------

001577392

Dropkin, Michael J.
9300 S.W. 8th St., #320
Boca Raton         FL 33428                  Unknown

--------------------------------------------------------------------------

001570651

Drovillard, Dewey
121 Lowe Rd.
Milledgeville      GA 31061                  Unknown

--------------------------------------------------------------------------

001526123

Drowns, Somporn N.
14 NE 79th Terrace
Kansas City        MO 64118                  Unknown

--------------------------------------------------------------------------

001584282

Druen, Chester L.
130 S. Jackson Highway
Hardyville         KY 42746                  Unknown

--------------------------------------------------------------------------

001523260

Drum, Babe N.
1907 Acacia
Leauge City        TX 77573                  Unknown

--------------------------------------------------------------------------

000105595

Drum, Gordon N.
7938 Webbs Road
Denver             NC 28037                  Unknown

--------------------------------------------------------------------------

001523162

Drum, Philip L.
5241 Couertney
League             TX 77573                  Unknown

--------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001464014


Drummond, Jackie L.                    Unknown
14719 W. 71St Terrace
Shawnee         KS 66216
------------------------------------------------------------------------

001583844


Drummond, Vicki R.                     Unknown
615 Francis Blvd.
Oxford          AL 36203
------------------------------------------------------------------------

001575655


Dry, Paul J.                           Unknown
9705 30Th Ave.
Monmouth        IA 52309
------------------------------------------------------------------------

001469040


Drye, Lynne B                          Unknown
424 Highland
Jackson         SC 29831
------------------------------------------------------------------------

001610334


Du, Benjamin J                         Unknown
9502 Monterra Way
Buena Park      CA 90620
------------------------------------------------------------------------

001581287


Du, Hui Yu                             Unknown
42-04 Layton Street #511
Elmhurst        NY 11373
------------------------------------------------------------------------

000109241


DuBose, Dorothy M.                     Unknown
258 East Bear Swamp Rd.
Walhalla        SC 29691
------------------------------------------------------------------------

001524048


DuReigh   Unlimited, Inc.              Unknown
505 East 15Th Street
Hays            KS 67601
------------------------------------------------------------------------

001585858


Ducharme, Charles E.                   Unknown
4248 East 28Th Ave.
Spokane         WA 99223
------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07            INTERNATIONAL HERITAGE        Page 390
                    Unsecured Creditors -- Sales Representatives

```
      Creditors Names and                Total Amt
      Mailing Address/ Zip Code          of Claim


      001593690


      Duckett, Sherry L.                 Unknown
      3425 Cedar Bend
      Jefferson City     MO 65109
-----------------------------------------------------------------------------
      001588392


      Ducote, David A. Dr.               Unknown
      P.O. Box 157
      Cottonport        LA 71327
-----------------------------------------------------------------------------
      001539303


      Dudash, Gerald T.                  Unknown
      3209 North Rangeline  Apt. A
      Webb City         MO 64870
-----------------------------------------------------------------------------
      001509721


      Dudash, Jimmie J.                  Unknown
      909 W 1St
      Webb City         MO 64870
-----------------------------------------------------------------------------
      001537028


      Dudley, Sean C.                    Unknown
      1316 Willow Grove Dr.
      Knoxville         TN 37932
-----------------------------------------------------------------------------
      001603025


      Duede, Lavonne F.                  Unknown
      Rr4 Box 307A
      New Prague        MN 56071
-----------------------------------------------------------------------------
      001554959


      Duell, Martha B.                   Unknown
      5960 Jake Sears Circle
      Virginia Beach    VA 23464
-----------------------------------------------------------------------------
      000145258


      Duermyer, Jason A.                 Unknown
      5565 Nw Barry Road #225
      Kansas City       MO 64154
-----------------------------------------------------------------------------
      000114972


      Duffie, M. L. Jack                 Unknown
      18001 Cypress Trace #508
      Houston           TX 77090
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
           Creditors Names and                    Total Amt
           Mailing Address/ Zip Code              of Claim


           001525816


           Duffy, Micha P.                         Unknown
           5160 Tara Lane
           Bossier City     LA 71111
-----------------------------------------------------------------------------
           001481753


           Dufrene, Janet A.                       Unknown
           501 Avenue K
           Marrero          LA 70072
-----------------------------------------------------------------------------
           001541995


           Dugdale, Pamela S.                      Unknown
           4206 Masters Drive
           League City      TX 77573
-----------------------------------------------------------------------------
           001605234


           Duggins, David L.                       Unknown
           10513 Hemlock
           Corpus Christi   TX 78401
-----------------------------------------------------------------------------
           000130964


           Duhamel, Cheri C*                       Unknown
           3003 Franklin Street
           Vancouver        WA 98660
-----------------------------------------------------------------------------
           000144527


           Duhon Jr, Rodney R.                     Unknown
           1317 Matilda St
           Westlake         LA 70669
-----------------------------------------------------------------------------
           001554210


           Duhon, Burt G.                          Unknown
           108 Lousia St.
           Broussard        LA 70518
-----------------------------------------------------------------------------
           000119539


           Duhon, Jason E.                         Unknown
           11001 Anthony Road
           Abbeville        LA 70510
-----------------------------------------------------------------------------
           001605004


           Duhon, Melonie                          Unknown
           1901 Harvey St
           Pollock          LA 71467
-----------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 392

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001487114


Duhon, Neal J.                           Unknown
1229 Abbeville Highway
Rayne            LA 70578
----------------------------------------------------------------------

000107023


Duke, Cathy L.                           Unknown
4403 Shaw Farm Cr.
Greensboro       NC 27406
----------------------------------------------------------------------

000112681


Duke, Walter D                           Unknown
107 Executive Dr
Carrollton       GA 30117
----------------------------------------------------------------------

001583291


Duker, Kyle J.                           Unknown
6243 Ballard # 1
Lincoln          NE 68507
----------------------------------------------------------------------

001521919


Dukes, Karen A.                          Unknown
3652 Calumet Street
Philadelphia     PA 19129
----------------------------------------------------------------------

001573379
.

Dulai, Pal S.                            Unknown
11612 S.E. 219 Place
Kent             WA 98031
----------------------------------------------------------------------

001596463


Dullman, Marc                            Unknown
32679 Westchester
Thousand Palms   CA 92276
----------------------------------------------------------------------

001514819


Dumas, Mable                             Unknown
35 Flowers Dr.
Covington        GA 30209
----------------------------------------------------------------------

001543186


Dumke, Gale R.                           Unknown
P.O. Box 35
Eagle River      WI 54521
----------------------------------------------------------------------
.
.
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001531896

Dumke, Shannan B.
1460 East Manor Way
Freeland        WA 98249        Unknown

---

000103917

Duncan, Bob And Patricia
2309 Pebble Creek Rd.
Winston Salem    NC 27107        Unknown

---

001467177

Duncan, Connie M.
138 Murray Lake Drive
Winchester      TN 37398        Unknown

---

000116706

Duncan, Harvell "Clay"
421 Jackson St. S.E.
Decatur        AL 356013005        Unknown

---

000117531

Duncan, Joyce R.
2116 Gladstone Drive
Huntsville      AL 35811        Unknown

---

001580041

Duncan, Margaret A.
8081 Sonja Dr.
Jonesboro      GA 30236        Unknown

---

000117298

Duncan, Marlon Brent
903 Flora Circle
Huntsville      AL 35801        Unknown

---

001464407

Duncan, Rebecca J.
1520 Bluebird Cove Way
Sevierville      TN 37862        Unknown

---

001588929

Duncan, Richard V
464 Independence Court
Sharon        PA 16146        Unknown

---

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000104052


        Duncan, T. E.                           Unknown
        4 Teal Circle
        Newark          DE 19702
-------------------------------------------------------------------------------
        001559642


        Dundee, Colleen M.                      Unknown
        3738 S.W. Plaza Dr Apt 101
        Topeka          KS 66609
-------------------------------------------------------------------------------
        001557747


        Dungca, Vicki M.                        Unknown
        7345 Glidden Lane
        Pensacola       FL 32526
-------------------------------------------------------------------------------
        001601323


        Dunham, Johnny W.                       Unknown
        Ryan Cash So. Hwy. 81
        Ryan            OK 73565
-------------------------------------------------------------------------------
        001596010


        Dunlap, Dennis L.                       Unknown
        15792 Goodman Road
        Olive Branch    MS 38654
-------------------------------------------------------------------------------
        001596015


        Dunlap, Stephanie J.                    Unknown
        15792 Goodman Road
        Olive Branch    MS 38654
-------------------------------------------------------------------------------
        001488012


        Dunlap, Steven B.                       Unknown
        1 West Main St
        West Middletown PA 15379
-------------------------------------------------------------------------------
        001500465


        Dunlay, Patti S.                        Unknown
        333 W. 46Th Terr. Apt.206
        Kansas City     MO 64112
-------------------------------------------------------------------------------
        000142208


        Dunman, Roston I.                       Unknown
        352 Northway Drive
        Abilene         TX 79601
-------------------------------------------------------------------------------
```

                            Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001577048


        Dunn Jr., William M.                     Unknown
        709 Twinoaks
        Chula Vista        CA 91910
-------------------------------------------------------------------------------
        001598512


        Dunn, Alan                               Unknown
        34506 30th Ave SW
        Federal Way        WA 98023
-------------------------------------------------------------------------------
        001525750


        Dunn, Candice G.                         Unknown
        15600 N E 8th St. #B1348
        Bellwue            WA 980083927
-------------------------------------------------------------------------------
        001537091


        Dunn, Horace T.                          Unknown
        147 Possum Track
        Brandon            MS 39042
-------------------------------------------------------------------------------
        001496796


        Dunn, Lisa C.                            Unknown
        929 Twin Points
        Hot Springs        AR 71913
-------------------------------------------------------------------------------
        001577361


        Dunn, Martha M.                          Unknown
        1513 A Brittany Dr.
        Florence           SC 29501
-------------------------------------------------------------------------------
        001548746


        Dunn, Mary M.                            Unknown
        24 Zurich Place
        Sautee-Nacoochee   GA 30571
-------------------------------------------------------------------------------
        001488164


        Dunn, Shawn N.                           Unknown
        908 W. Maple
        Garden City        KS 67846
-------------------------------------------------------------------------------
        001492513


        Dunne, Tanya N.                          Unknown
        4624 Morgan Dr
        Chevy Chase        MD 20815
-------------------------------------------------------------------------------

          Creditors Names and                      Total Amt
          Mailing Address/ Zip Code                of Claim


          001589088


          Dunning, Frances L. *                     Unknown
          20585 U.S. Route 6
          Weston          OH 43569
----------------------------------------------------------------------------

          001528446


          Dupont, Iii Joseph B.                     Unknown
          7445 Richards Dr.
          Baton           LA 70809
----------------------------------------------------------------------------

          001573860


          Duppee, Mary Denise                       Unknown
          7303 Jamacha Rd
          San Diego       CA 92114
----------------------------------------------------------------------------

          000144252


          Dupre, Larry P.                           Unknown
          3309 Colgate
          Dallas          TX 75225
----------------------------------------------------------------------------

          001584134


          Dupre, Nichole W.                         Unknown
          512 Turnwood Drive
          Covington       LA 70433
----------------------------------------------------------------------------

          000121225


          Dupre, Sherry J.                          Unknown
          201 Steiner Rd.
          Lafayette       LA 70508
----------------------------------------------------------------------------

          000119272


          Dupree, Kennith R.                        Unknown
          229 Rio Hondo
          Sulphur         LA 70663
----------------------------------------------------------------------------

          001567273


          Dupree, Mary Ann                          Unknown
          264-B Barrel Springs Rd
          Bow             WA 98232
----------------------------------------------------------------------------

          001557636


          Duquesne, III Lloyd                       Unknown
          2205 1/2 Montana Ave.
          Santa Monica    CA 90403
----------------------------------------------------------------------------

                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001546962


        Duralia, Jane M.                          Unknown
        107 Lanford Rd.
        Spartanburg        SC 29301
-------------------------------------------------------------------------------

        001507875


        Duralia, Jennifer H.                      Unknown
        1060 Wayfarer Lane
        Charleston         SC 29412
-------------------------------------------------------------------------------

        001569203


        Durall, Jana M. Hart                      Unknown
        2816 SW Hillcrest
        Topeka             KS 66618
-------------------------------------------------------------------------------

        001523863


        Duran, Angela M.                          Unknown
        County Road 89E #17
        Santa Fe           NM 87501
-------------------------------------------------------------------------------

        001540060


        Durand, Irene                             Unknown
        7555 Rustic Tr.
        San Antonio        TX 78244
-------------------------------------------------------------------------------

        001589330


        Durant III, Samuel                        Unknown
        98 Sammis Ave
        Deer Park          NY 11729
-------------------------------------------------------------------------------

        001547558


        Durbin, Leta B.                           Unknown
        1325 Jackson Street
        Hollywood          FL 33019
-------------------------------------------------------------------------------

        001568669


        Durham Gary C.                            Unknown
        408 S Hall St.
        Webb City          MO 64870
-------------------------------------------------------------------------------

        001535279


        Durham, George W.                         Unknown
        545 Bauskets Street
        Edgefield          SC 29824
-------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page: 398

                     Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000128924


        Durham, Linda C.                       Unknown
        2820 Wilson St.Apt #C-1
        Miles City        MT 59301
------------------------------------------------------------------------------

        000129040


        Durham, Mark S.                        Unknown
        721 East Glendale ST
        Dillon            MT 59725
------------------------------------------------------------------------------

        001577209


        Durham, Martha L.                      Unknown
        15301 Bowsprit
        Corpus Christi    TX 78418
------------------------------------------------------------------------------

        001547698


        Durham, Tom L.                         Unknown
        2119 Meadow Lark Lane
        Emporia           KS 66801
------------------------------------------------------------------------------

        001518559


        Durham, W. Ken                         Unknown
        817 Buncombe Street
        Edgefield         SC 29824
------------------------------------------------------------------------------

        001496012


        Durkin, Patricia A.                    Unknown
        3660 Glenmere Drive
        Youngstown        OH 44511
------------------------------------------------------------------------------

        001586036


        Durow, H. Dean                         Unknown
        16001 W. 144Th
        Olathe            KS 66062
------------------------------------------------------------------------------

        001575388


        Durst, Karen A./Wohlers, Kim E         Unknown
        1699 Hearthstone Ct.
        Jonesboro         GA 30236
------------------------------------------------------------------------------

        001605758


        Durst, Steven                          Unknown
        15 West Augusta Place
        Greenville        SC 29605
------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001487275


Duryea, Donna D.                       Unknown
4277 Nelson Rd.
Belgrade        MT 597148748
--------------------------------------------------------------------------------
001545851


Dusina, Desmond D.                     Unknown
13802 Meadow Lane
Leawood         KS 66224
--------------------------------------------------------------------------------
001603815


Dutchover, Rosalba                     Unknown
4413 W Dengar
Midland         TX 79707
--------------------------------------------------------------------------------
001600650


Dutra, David E                         Unknown
1311 Nw 23Rd
Portland        OR 97210
--------------------------------------------------------------------------------
001510425


Dutschmann, Norma F.                   Unknown
314 Tulum Lane
China Spring     TX 76633
--------------------------------------------------------------------------------
001583190


Dvorak, Margaret L.                    Unknown
8405 Scandia Rd.
Shepherd        MT 59079
--------------------------------------------------------------------------------
001561404


Dvorak, Richard J.                     Unknown
940 Avenue B. Apt. 5
Billings        MT 59102
--------------------------------------------------------------------------------
001555660


Dvorak, Wayne J.                       Unknown
1905 Cypress Circle
Gillette        WY 82718
--------------------------------------------------------------------------------
001597619


Dwyer, Corinne A.                      Unknown
470 Mira Street
Reno            NV 89511
--------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07            INTERNATIONAL HERITAGE        Page 5  400
                      Unsecured Creditors -- Sales Representatives


        Creditors Names and              Total Amt
        Mailing Address/ Zip Code        of Claim


        001514097


        Dye, Diolanda J.                 Unknown
        2318 Acadia
        Harlingen       TX 78550
--------------------------------------------------------------------------------
        001565964


        Dyer, Moana                      Unknown
        2349 Ainaola Drive
        Hilo            HI 96720
--------------------------------------------------------------------------------
        001577962


        Dyke, Suzanne F.                 Unknown
        1881 Green Forest Dr
        North Augusta   SC 29841
--------------------------------------------------------------------------------
        001573768


        Dykstra, Darryn W                Unknown
        4540 Rock Road
        Sumas           WA 98295
--------------------------------------------------------------------------------
        001573837


        Dykstra, Drew P.                 Unknown
        4540 Rock Road
        Sumas           WA 98295
--------------------------------------------------------------------------------
        001573786


        Dykstra, Duane P                 Unknown
        4540 Rock Road
        Sumas           WA 98295
--------------------------------------------------------------------------------
        001579390


        Dykstra, Gary                    Unknown
        4498 Jackrabbitt Lane
        Bozeman         MT 59718
--------------------------------------------------------------------------------
        000133613


        Dynamic Marketing Solutions      Unknown
        5858 West Riverbend Lane
        Boise           ID 83703
--------------------------------------------------------------------------------
        001536595


        EKO Financial, Inc.              Unknown
        2179 Shasta
        Richland        WA 99352
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                 Total Amt
Mailing Address/ Zip Code           of Claim


001541244


EMCS, Inc. (Harmon I. Shade)        Unknown
605 Ocean Blvd.
Isle Of Palms      SC 29451
```
--------------------------------------------------------------------------------
```
001541542


ESB Enterprises, Inc.               Unknown
330 Wild Orange Dr.
New Smyrna         FL 32168
```
--------------------------------------------------------------------------------
```
000108423


Eaddy, Dorothy G.                   Unknown
P.O. Box 1828
Murrells Inlet     SC 29576
```
--------------------------------------------------------------------------------
```
001579209


Eagle, Chris G.                     Unknown
11806 201st AVE EAST
Sumner             WA 98390
```
--------------------------------------------------------------------------------
```
001581681


Eakin, Jimmy W.                     Unknown
7405 Venice Dr.
Corpus Christi     TX 78413
```
--------------------------------------------------------------------------------
```
000158099


Eakman-Herbst, Marlene L.           Unknown
2203 Pine Dr.
Friendswood        TX 77546
```
--------------------------------------------------------------------------------
```
001589323


Eames, David R.                     Unknown
2515 Woody Dr.
Billings           MT 59102
```
--------------------------------------------------------------------------------
```
001599609


Earhart, Gil                        Unknown
6184 Cherokee Drive
Olive Branch       MS 38654
```
--------------------------------------------------------------------------------
```
001513578


Earhart, Nadine                     Unknown
12317 Robin Dr.
College Station    TX 77840
```
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001551042


Earich, Craig S.                         Unknown
3639 Cenro Avenue
Oceanside        CA 92056
--------------------------------------------------------------------------------

001580093


Earl, Cynthia B.                         Unknown
3229 Four Acre Circle
Callahan         FL 32011
--------------------------------------------------------------------------------

001566594


Early, Martha D.                         Unknown
4247 Ida Coon Cir.
Niceville        FL 32578
--------------------------------------------------------------------------------

001582010


Easley, Ken M.                           Unknown
3909 196Th S W
Lynnwood         WA 98036
--------------------------------------------------------------------------------

000105853


Easom, Wade H.                           Unknown
Box 91-A Club House Dr.
New London       NC 28127
--------------------------------------------------------------------------------

000113403


Eason, Charles R.                        Unknown
6400 Green Island Dr. #21
Columbus         GA 31904
--------------------------------------------------------------------------------

001597056


Eason, Dan W.                            Unknown
13720 Midway #110
Dallas           TX 75244
--------------------------------------------------------------------------------

000117389


Eason, Faye N                            Unknown
1138 Sun Meadows Dr.
Beaumont         TX 77706
--------------------------------------------------------------------------------

000135904


Eason, Karen E.                          Unknown
1138 Sunmeadow
Beaumont         TX 77706
--------------------------------------------------------------------------------

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code           of Claim


        000139327


        Eason, Pattie D.                    Unknown
        6355 Westheimer #260
        Houston          TX 77057
----------------------------------------------------------------------------

        001560836


        East, Scott A.                      Unknown
        916 Fourth Street
        Graham           TX 76450
----------------------------------------------------------------------------

        001604938


        Easterlin, Tracy                    Unknown
        147-07 106 Ave
        Jamaica          NY 11435
----------------------------------------------------------------------------

        001480691


        Eastern Wave Enterprises            Unknown
        92 East Church Street
        Stevens          PA 17578
----------------------------------------------------------------------------

        001584737


        Eastman, Kieth                      Unknown
        1200 S. Sharon
        Kennewick        WA 99337
----------------------------------------------------------------------------

        001603390


        Eastman, Kiyoko                     Unknown
        135 S 52 Pl
        Springfield      OR 97478
----------------------------------------------------------------------------

        001515663


        Eaton, Judith A.                    Unknown
        9 Leete Street
        Springfield      MA 01108
----------------------------------------------------------------------------

        001535995


        Eaton, Kathryn M.                   Unknown
        8036 Kickerville Rd.
        Blaine           WA 98230
----------------------------------------------------------------------------

        001529442


        Eaton, Linda M.                     Unknown
        1115 S. 21st Court
        Mount Vernon     WA 98273
----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001482654

Ebbutt, Kara C.                        Unknown
2748 Parklake Court
Fort Collins      CO 84525
--------------------------------------------------------------------------

001566259

Eberhard, Robert W.                    Unknown
1242 Dogwood Court
Dallas            GA 30132
--------------------------------------------------------------------------

000114258

Eberhardt, John & Marlene              Unknown
5101 Fremont St.
Jacksonville      FL 32210
--------------------------------------------------------------------------

001531644

Ebers, Daniel E.                       Unknown
3830 Hillbrook Drive
Pearland          TX 77584
--------------------------------------------------------------------------

000121890

Echols III, Esno                       Unknown
14107 F M  442
Needville         TX 77461
--------------------------------------------------------------------------

000144882

Eck, Glenda M                          Unknown
308 N.17Th
Marysville        KS 66508
--------------------------------------------------------------------------

000113671

Eckenroth, Evonne B.                   Unknown
5840 Rock Springs Cir.
Buford            GA 30518
--------------------------------------------------------------------------

001565782

Eckenroth, Rhonda R.                   Unknown
5803 Cira
Manuel            TX 77578
--------------------------------------------------------------------------

001547525

Eckman, Kristin Page                   Unknown
10442 Jefferson Hwy. #H
Baton Rouge       LA 70809
--------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                  INTERNATIONAL HERITAGE          Page: 405

Unsecured Creditors -- Sales Representatives

Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001605755


Economides, Nicholas G.                   Unknown
7299 Eastern Ave
Germantown        TN 38138
------------------------------------------------------------------------------------

001481968


Economy Auto Store Inc                    Unknown
113 Broad St
Manchester        GA 31816
------------------------------------------------------------------------------------

001476824


Edalgo, Paul J                            Unknown
P.O. Box 1112
Cordele           GA 31010
------------------------------------------------------------------------------------

001542520


Eddy, John                               Unknown
7370 Oslo Rd. S.W.
Vero Beach        FL 32968
------------------------------------------------------------------------------------

001555541


Eden, Richard                           Unknown
7117 Gateridge Dr.
Dallas            TX 75240
------------------------------------------------------------------------------------

001516245


Edick, Mark D.                          Unknown
1224 Dane Ln.
Burlington        WA 98233
------------------------------------------------------------------------------------

001597686


Edie, Molly                             Unknown
3051 W High Point St
Springfield       MO 65810
------------------------------------------------------------------------------------

001543570


Edinger, Sean C.                        Unknown
3080 Union St.
Eureka            WI 54934
------------------------------------------------------------------------------------

001532744


Edison, Sterling                        Unknown
4781 Northside Drive
Atlanta           GA 30327
------------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|

001574452

Edler, Frances M.                          Unknown
1330 Dazet Rd.
Yakima              WA 98908

---

001602357

Edlund, Eric A                             Unknown
3318 173Rd Place N.E.
Redmond             WA 98052

---

001530763

Edmonds, Brian W.                          Unknown
12918 Lynn Ct.
Kansas City         MO 64166

---

001519797

Edmonds, Darlene                           Unknown
15707 151st St.
Lockport            IL 60441

---

001534765

Edmondson, Bleu S.                         Unknown
301 Holleman Drive East
College Station     TX 77840

---

001537567

Edmondson, Ina Jean                        Unknown
4250 Edinburgh Drive
Anchorage           AK 99515

---

001611275

Edmondson, Justin A                        Unknown
880 N E Providence Court
Pullman             WA 99163

---

000152634

Edmundson, Jane M.                         Unknown
2201 Shady Birch Ln.
Garner              NC 27529

---

001598781

Edna Ylinen                                Unknown
7120 Wiser Shore Lane
Lynden              WA 98264

---

```
          Creditors Names and                  Total Amt
          Mailing Address/ Zip Code             of Claim


          001566979
          .

          Edney, Kevin Lee                      Unknown
          813 Norton
          Mesquite        TX 75149
------------------------------------------------------------------------------
          001571664


          Edwards Jr., George P.                Unknown
          383 Huckaby Road
          Brooks          GA 30205
------------------------------------------------------------------------------
          001577483


          Edwards Sr., George P.                Unknown
          148 Rockspray Ridge
          Peachtree City   GA 30269
------------------------------------------------------------------------------
          000129674


          Edwards, Bill D.                      Unknown
          1601 West Park
          Anaconda        MT 59711
------------------------------------------------------------------------------
          001595577


          Edwards, Carol C.                     Unknown
          6818 Bois D'Arc Lane
          Richmond        TX 77469
------------------------------------------------------------------------------
          001581181


          Edwards, Cary L                       Unknown
          4624 Unicorn Point
          Powder Springs   GA 30127
------------------------------------------------------------------------------
          001524920


          Edwards, Cathy M.                     Unknown
          1500 Cherry Brook Dr.
          Little Rock     AR 72211
------------------------------------------------------------------------------
          000159540


          Edwards, Cheryl L.                    Unknown
          P.O. Box 2648
          Homer           AK 99603
------------------------------------------------------------------------------
          001579756


          Edwards, Christine S.                 Unknown
          1422 Oakes Ave.
          Everett         WA 98201
------------------------------------------------------------------------------
```

```
        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001584386


        Edwards, Deborah D                       Unknown
        616 Shadecrest Dr.
        Eastaboga        AL 362560
---------------------------------------------------------------------------

        001596796


        Edwards, Debra S.                        Unknown
        1043 E. 370 S.
        Dietrich         ID 83324
---------------------------------------------------------------------------

        001560090


        Edwards, Diane C                         Unknown
        11050 Crabapple Rd
        Roswell          GA 30075
---------------------------------------------------------------------------

        001577016


        Edwards, Fran A.                         Unknown
        6765 Highway 59 South
        Gillette         WY 82718
---------------------------------------------------------------------------

        000116655


        Edwards, Freddie L.                      Unknown
        P.O. Box 805
        Sylacauga        AL 35150
---------------------------------------------------------------------------

        000138012


        Edwards, J. David                        Unknown
        4503 Richmond Cir.
        South Charleston  WV 25309
---------------------------------------------------------------------------

        000125945


        Edwards, Jane K.                         Unknown
        2005 Washoe Ave.
        Anaconda         MT 59711
---------------------------------------------------------------------------

        001565687


        Edwards, Joy M.                          Unknown
        1771 Hollyberry Court
        Las Vegas        NV 89122
---------------------------------------------------------------------------

        001505040


        Edwards, Julie A.                        Unknown
        53 Delander Court Apt 10
        Hiltonhead       SC 29928
---------------------------------------------------------------------------
```

INTERNATIONAL HERITAGE

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001573840 | |
| Edwards, Karla F. 805 Nw N Ridge Ct Blue Springs     MO 64015 | Unknown |
| 001512647 | |
| Edwards, Linda T. 3519 S. Holden Road Greensboro     NC 27407 | Unknown |
| 001588823 | |
| Edwards, Lloyd M. 356 West 7Th Street Lovell     WY 82431 | Unknown |
| 000134259 | |
| Edwards, Mark D. 6609 Johns Court Arlington     TX 76016 | Unknown |
| 001549258 | |
| Edwards, Melinda W. 8100 Doubletree Lane Missoula     MT 59804 | Unknown |
| 001560574 | |
| Edwards, Nina V. 14001 Clubhouse Circle Unit Tampa     FL 33624 | Unknown |
| 000133961 | |
| Edwards, Phyllis J 304 Saturn Street Charleston     WV 25309 | Unknown |
| 001586548 | |
| Edwards, Rachel C. 108 Holly Creek Ct. Woodstock     GA 30188 | Unknown |
| 001474719 | |
| Edwards, Ralph J. 10127 Sagecourt Drive Houston     TX 77089 | Unknown |

                         Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001536416


        Edwards, Robert J.                      Unknown
        2271 Papertown Rd.
        Alpine          AL 35014
------------------------------------------------------------------------------------

        000117354


        Edwards, Thomas S.                      Unknown
        6002 Trisha Lane
        Huntsville      AL 35811
------------------------------------------------------------------------------------

        000107562


        Edwards, Thomas W.                      Unknown
        7143 Meeting St
        Charlotte       NC 28210
------------------------------------------------------------------------------------

        001578132


        Edwards, Wanda S.                       Unknown
        6765 Highway 59 South
        Gillette        WY 82718
------------------------------------------------------------------------------------

        000108149


        Edwards, Wesley W.                      Unknown
        4203 Weatherstone Way
        Anderson        SC 29621
------------------------------------------------------------------------------------

        001598208


        Eells, Marla D                          Unknown
        214 N Michigan Apt A
        Caldwell        ID 83605
------------------------------------------------------------------------------------

        001548095


        Efird, Sandra L.                        Unknown
        24436 Dillon Rd.
        Albemarle       NC 28001
------------------------------------------------------------------------------------

        000124548


        Eggemeyer, Robert D.                    Unknown
        3501 McFarlin Blvd.
        Dallas          TX 75205
------------------------------------------------------------------------------------

        001539358


        Eggsman, Linda S.                       Unknown
        12282 S.E. 272nd
        Boring          OR 97009
------------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page: 411
                    Unsecured Creditors -- Sales Representatives

Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001586278


Ehlers, Richard M.                      Unknown
2969 325Th Ave.
Hopkinton        IA 52237
----------------------------------------------------------------------------

001604897


Eicher, Byron                           Unknown
10530 W 92Nd Pl
Overland Park    KS 66214
----------------------------------------------------------------------------

001581939


Eickenhorst, Elizabeth A.               Unknown
P O Box 869
Navasota         TX 77868
----------------------------------------------------------------------------

001591785


Eidson, Joyce                           Unknown
403 Travis Avenue
Saluda           SC 29138
----------------------------------------------------------------------------

001536257


Einhorn, Debra R.                       Unknown
16139 Mission Glen Dr.
Houston          TX 77083
----------------------------------------------------------------------------

000119701


Einsohn, Ginny                          Unknown
19116 Windmill Lane
Dallas           TX 75252
----------------------------------------------------------------------------

000133180


Einsohn, Juli A.                        Unknown
19116 Windmill Ln.
Dallas           TX 75252
----------------------------------------------------------------------------

000133174


Einsohn, Kali M.                        Unknown
19116 Windmill Lane
Dallas           TX 75252
----------------------------------------------------------------------------

001461032


Eisenberg, Debra A.                     Unknown
6336 Montrose Road
N. Bethesda      MD 20852
----------------------------------------------------------------------------

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

000131491

Eisenberg, Elan                        Unknown
15620 Marathon Cir. #102
Gaithersburg      MD 20878
--------------------------------------------------------------------------------

001526694

Eisenberg, Gene                        Unknown
2060 Henderson Heights Trail
Alpharetta        GA 30201
--------------------------------------------------------------------------------

001606482

Eisenhower, Leon                       Unknown
1608 Duke Ct.
Plano             TX 75093
--------------------------------------------------------------------------------

001515891

Ekins, Janet H.                        Unknown
P.O. Box 625
Spanish Fork      UT 84660
--------------------------------------------------------------------------------

001602195

Eklund, Kathy D.                       Unknown
1129 Six S. Ranch Road
Declo             ID 83323
--------------------------------------------------------------------------------

001605464

Elagamy, Mohammed                      Unknown
500W Pinhook Rd
Lafayette         LA 70503
--------------------------------------------------------------------------------

001482101

Elam, Rodger                           Unknown
9421 Road M SW
Royal City        WA 99357
--------------------------------------------------------------------------------

001614228

Elder, Brenda L.                       Unknown
1316 Beazer Ct
Bellingham        WA 98226
--------------------------------------------------------------------------------

000153648

Elder, Christie E.                     Unknown
146 Catherine ST. #2
Lafayette         LA 70503
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001556816

| Elderman, Doris T. | Unknown |
| 6001 Glen Abbey Drive | |
| Glen Allen      VA 23060 | |

---

001469001

| Eldridge, James J. | Unknown |
| 12060 Hayes Lane | |
| Overland Park    KS 66213 | |

---

001543749

| Eldridge, Judith Gail | Unknown |
| 9212 Central | |
| Kansas City      MO 64114 | |

---

001458151

| Elgin, Mark R. | Unknown |
| 315 W. Blanchard | |
| Henrietta        TX 76365 | |

---

001509078

| Elium, Lisa A. | Unknown |
| 1918 Stokesferry Rd. 1 | |
| Salisbury        NC 28146 | |

---

001592741

| Elkin, Melissa | Unknown |
| 6155 N.W. 74 Court | |
| Parkland         FL 33067 | |

---

001592251

| Elkins Stan | Unknown |
| 2214 Bernard St | |
| Raleigh          NC 27608 | |

---

001470500

| Elkins, Margie S. | Unknown |
| 11008 Alexandria Drive | |
| Frisco           TX 75035 | |

---

001572699

| Elleby, Darcy B. | Unknown |
| 2923 Hemingway Lane | |
| Roswell          GA 30075 | |

---

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                Total Amt
Mailing Address/ Zip Code          of Claim


001582110


Elledge, Steve                     Unknown
1680 Oneal Lane #107
Baton Rouge       LA 70816
------------------------------------------------------------------

001572697


Ellefsen, Rick                     Unknown
Rr 1 Lesueur Country Club
Lesueur           MN 56058
------------------------------------------------------------------

001573323


Ellefson, Tim                      Unknown
P.O. Box 9
Hutchinson        MN 55350
------------------------------------------------------------------

000141665


Ellerbe, Ineaz                     Unknown
110 N. Milam St #112
Fredericksburg    TX 78624
------------------------------------------------------------------

000157504


Ellerbe, Marcia A.                 Unknown
Po Box 1013
Johnson City      TX 78636
------------------------------------------------------------------

000141654


Ellerbe, Tom M.                    Unknown
110 N. Milam St. #112
Fredericksburg    TX 78624
------------------------------------------------------------------

001595788


Ellerbroek, Dan P.                 Unknown
4235 Nw Heesacker Rd
Forest Grove      OR 97116
------------------------------------------------------------------

001560715


Ellern, Bob L.                     Unknown
24224 Brier Road
Brier             WA 98036
------------------------------------------------------------------

000146603


Ellifritt, M. Evelyn               Unknown
1524 Statesville Blvd.
Salisbury         NC 28144
------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim

001603919

Ellingson, Kay                          Unknown
4242 N. Capistrano #177
Dallas            TX 75287
--------------------------------------------------------------------------

001561665

Elliott, Anna E.                        Unknown
2719 E. Hwy 34
Ennis             TX 75119
--------------------------------------------------------------------------

001472320

Elliott, E. Sue                         Unknown
3606 Gulf
Midland           TX 79707
--------------------------------------------------------------------------

000114277

Elliott, Jimmy R.                       Unknown
P.O. Box 391
Guntersville      AL 35976
--------------------------------------------------------------------------

001532816

Elliott, Katrina K.                     Unknown
305 South Yaupon
Lake Jackson      TX 77566
--------------------------------------------------------------------------

001596812

Elliott, Sam                            Unknown
1941 Spring Dr.
Roanoke           TX 76262
--------------------------------------------------------------------------

000117703

Elliott, Victoria T.                    Unknown
P.O. Box 391
Guntersville      AL 35976
--------------------------------------------------------------------------

000109595

Elliott, Wendell D.                     Unknown
602 S. Main St.
Lancaster         SC 29720
--------------------------------------------------------------------------

001533092

Ellis, Angie M.                         Unknown
114 Garland St.
Kalispell         MT 59901
--------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


000129140


Ellis, Barry G.                         Unknown
2466 2nd St.
Worden          MT 59088
--------------------------------------------------------------------------------

001599714


Ellis, Jackie J                         Unknown
4186 Riverlook Parkway
Marietta        GA 30067
--------------------------------------------------------------------------------

001516421


Ellis, Mark E.                          Unknown
1022 Meadowview Dr.
Webb City       MO 64870
--------------------------------------------------------------------------------

001549552


Ellis, Robert A.                        Unknown
421 3rd Ave., West
Kalispell       MT 59901
--------------------------------------------------------------------------------

001588528


Ellis, Sharon K.                        Unknown
21799 Hawthorne Road
Webb City       MO 64870
--------------------------------------------------------------------------------

001529429


Ellison, Richard R.                     Unknown
5508 Poplar Road
Ferndale        WA 98248
--------------------------------------------------------------------------------

000129784


Ellsworth, Jean                         Unknown
201 W 5Th
Salmon          ID 83467
--------------------------------------------------------------------------------

000132947


Ellsworth, Phyllis                      Unknown
614 S. Third
Hamilton        MT 59840
--------------------------------------------------------------------------------

001590738


Ellsworth, Stephen                      Unknown
8191 W. Providence
Pocatello       ID 83201
--------------------------------------------------------------------------------

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001515854 | |
| Ellzey, Brenda J.<br>4751 Blueberry Hill Drive<br>Houston          TX 77084 | Unknown |
| 001572987 | |
| Elmore, Aimee C.<br>7918 Quail Sky<br>San Antonio      TX 78250 | Unknown |
| 001609850 | |
| Elmore, Teresa E<br>430 East Blackstock Rd Apt A12<br>Spartanburg      SC 29301 | Unknown |
| 000113006 | |
| Elrod, Charles B.<br>200 Partridge Rd.<br>Union            SC 29379 | Unknown |
| 000110884 | |
| Elrod, DeAnne M.<br>101 RiverBluff Ct.<br>Columbia         SC 29210 | Unknown |
| 001523142 | |
| Elrod, Sara J.<br>4539 Hyde Rd.<br>Cumming          GA 30040 | Unknown |
| 001556791 | |
| Elwell, Steve R<br>21520 73Rd Pl W #B<br>Edmonds          WA 98026 | Unknown |
| 001548977 | |
| Elwood, Linda L.<br>1840 Iron Springs Rd<br>Prescott         AZ 86301 | Unknown |
| 001599186 | |
| Ely, Frank E.<br>20002 Pinehurst Place Drive<br>Humble           TX 77346 | Unknown |

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001571719

| Embry, Johnny M. | Unknown |
| 375 Sanders Road | |
| Guntersville    AL 35976 | |

---

001549003

| Emerine, Stacy L.* | Unknown |
| 871 S. 1000 West | |
| Payson    UT 84651 | |

---

001606569

| Emerson, Marilyn A. | Unknown |
| 204 South Cherokee Drive | |
| Harrisburg    IL 62946 | |

---

001589032

| Emery, Peggy A. | Unknown |
| 3012 24Th Ave Ct Se | |
| Puyallup    WA 98374 | |

---

001598814

| Emiterio Escobar | Unknown |
| 2010 Workman Street | |
| Los Angeles    CA 90031 | |

---

001587740

| Emmite Jr., Joseph P. | Unknown |
| 3817 Pabst | |
| Dickinson    TX 77539 | |

---

001534413

| Emory, Catherine E. | Unknown |
| 6117 McGEE STREET | |
| Kansas City    MO 64113 | |

---

001544054

| Emory, David L. | Unknown |
| 224 Pecan View | |
| Minden    LA 71055 | |

---

001586733

| Endicott, Samuel L. | Unknown |
| 3048 Wentworth Road | |
| Wentworth    MO 64873 | |

---

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001571522


        Endicott, Vance C.                    Unknown
        10851 Apricot Dr
        Joplin          MO 64804
------------------------------------------------------------------------------

        001553252


        Endress, Virginia I.                  Unknown
        10510 E. 40Th Terrace
        Kansas City     MO 64133
------------------------------------------------------------------------------

        001542399


        Endsley, Lorie A.                     Unknown
        9305 W. 128Th Street
        Overland Park   KS 66213
------------------------------------------------------------------------------

        001581344


        Energy Techniques Inc.                Unknown
        147 San Jose
        Springdale      AR 72764
------------------------------------------------------------------------------

        001607327


        Engebretson, Amy R.                   Unknown
        1724 W 45Th Ave Lot #4A
        Kennewick       WA 99337
------------------------------------------------------------------------------

        000132233


        Engellant, Kevin                      Unknown
        16A Fox Ridge Drive
        Dillon          MT 59725
------------------------------------------------------------------------------

        000142822


        England, Al                           Unknown
        117 Hedgelawn
        Hendersonville  TN 37075
------------------------------------------------------------------------------

        001568592


        England, Cheryl Denise                Unknown
        1315 Pennsylvania
        Joplin          MO 64801
------------------------------------------------------------------------------

        001592224


        Engleman, Anette L.                   Unknown
        14612 Walden Ct
        Addison         TX 75244
------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001537950


English, Anna M.                        Unknown
69 Leonard Loop
Damascus        AR 72039
--------------------------------------------------------------------------------

001605961


English, Chris                         Unknown
2512 E. 17Th
Spokane         WA 99223
--------------------------------------------------------------------------------

000112150


English, Clayton G.                    Unknown
649 Hidden Blvd
Mt. Pleasant    SC 29464
--------------------------------------------------------------------------------

001545671


English, Edward A.                     Unknown
1645 Natchez Way
Grayson         GA 30017
--------------------------------------------------------------------------------

000145313


English, Jeanne L.                     Unknown
306 Spruce
Kimberly        ID 83341
--------------------------------------------------------------------------------

000130595


Englund, Norman D.                     Unknown
5604 W. Comanche Ave
Spokane         WA 99208
--------------------------------------------------------------------------------

000131008


Englund, Ola J.                        Unknown
5920 West Lonewolf
Spokane         WA 99208
--------------------------------------------------------------------------------

001542876


Engrao, Patrick H.                     Unknown
389 Sunset Blvd.
Hermitage       PA 16148
--------------------------------------------------------------------------------

001608880


Engstrom, Virginia P.                  Unknown
3424 Charlton Dr
Anderson        IN 46012
--------------------------------------------------------------------------------

```
        Creditors Names and                          Total Amt
        Mailing Address/ Zip Code                    of Claim


        001540012


        Enloe, Holly                                 Unknown
        4122 West 68th St.
        Prairie Village     KS 66208
----------------------------------------------------------------------------
        000124844


        Enna, Pamela D.                              Unknown
        3509 Andrea Lane
        Rowlett           TX 75088
----------------------------------------------------------------------------
        001514626


        Ennis, Cynthia L.                            Unknown
        8789 Holdsclaw Rd.
        Terrell           NC 28682
----------------------------------------------------------------------------
        001482948


        Ennis, Jr Eric L                             Unknown
        3475 Bringle Ferry Road
        Salisbury         NC 28146
----------------------------------------------------------------------------
        001547790


        Enocksen, Kim E.                             Unknown
        18010 Heron Forest Ln
        Humble            TX 77346
----------------------------------------------------------------------------
        001474316


        Enterprise Management Group                  Unknown
        3651 Peachtree Pkwy.
        Suwanee           GA 30174
----------------------------------------------------------------------------
        001579449


        Enterprises Nakota                           Unknown
        R R 2 Box31
        Hanska            MN 56041
----------------------------------------------------------------------------
        000146569


        Enyeart, Terri J.                            Unknown
        202 Zinnia Dr.
        Killeen           TX 76542
----------------------------------------------------------------------------
        001531202


        Epley, Nancy V.                              Unknown
        1618 Glourie
        Houston           TX 77055
----------------------------------------------------------------------------
```

                      Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001521186


        Epperson, Pam A                         Unknown
        229 East 2Nd Avenue
        Monmouth        IL 61462
-----------------------------------------------------------------------------------

        001510641


        Epperson, Stephen J.                    Unknown
        228 W. Briarbrook Lane
        Carl Junction     MO 64834
-----------------------------------------------------------------------------------

        001581932


        Eppler, Nancy L.                        Unknown
        905 E Mcalpine
        Navasota         TX 77868
-----------------------------------------------------------------------------------

        001507231


        Epstein, Barbara R.                     Unknown
        793 Woodward Rd.
        Charleston       SC 29407
-----------------------------------------------------------------------------------

        000133446


        Equity Resourses Inc*                   Unknown
        300 Stewart Street
        Lafayette        LA 70501
-----------------------------------------------------------------------------------

        001572371


        Erckert, George C.                      Unknown
        42 Michael Street
        Piscataway       NJ 08854
-----------------------------------------------------------------------------------

        001536381


        Erdahl, Gene                            Unknown
        2680 Alderwood Ave. #8
        Bellingham       WA 98225
-----------------------------------------------------------------------------------

        001535984


        Erdahl, Wes                             Unknown
        1447 Terressa Lane
        Bellingham       WA 98225
-----------------------------------------------------------------------------------

        001595113


        Ericksen, Sharron G.                    Unknown
        138 Kidds Mill Road
        Greenville       PA 16125
-----------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE       Page: 423
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001569449


        Erickson, Cherie                     Unknown
        1425 W. Melrose 1F
        Chicago            IL 60657
----------------------------------------------------------------------------
        001555676


        Erickson, Kelly                      Unknown
        3803 Stillwater
        Billings           MT 59102
----------------------------------------------------------------------------
        000131309


        Erickson, Mary L.*                   Unknown
        636 Hwy 9
        Sedro Woolley      WA 98284
----------------------------------------------------------------------------
        001551742


        Erickson, Patricia E.                Unknown
        1704 Amber Road
        Killeen            TX 76543
----------------------------------------------------------------------------
        001543902


        Erickson, TREVOR D.                  Unknown
        3743 Paramount Drive
        North Charleston   SC 29405
----------------------------------------------------------------------------
        001598541


        Ernest W. Lenz                       Unknown
        12720 12 Avenue N.W.
        Marysville         WA 98271
----------------------------------------------------------------------------
        000114866


        Ernsberger, James E.                 Unknown
        55 East Deerwood Rd #28
        Savannah           GA 31410
----------------------------------------------------------------------------
        001561785


        Ernst, Rickie M.                     Unknown
        2010 Spicers Lane
        Woodstock          GA 30189
----------------------------------------------------------------------------
        000137781


        Ernst, William & Alleen              Unknown
        205 Shadowfield Drive
        West Columbia      SC 29169
----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


000120822


Erny, David E.                           Unknown
211 Renee Ave.
Lafayette        LA 70503
---------------------------------------------------------------------

000119638


Erny, Glory E.                           Unknown
211 Renee Ave.
Lafayette        LA 70503
---------------------------------------------------------------------

000119139


Erny, Lawrence E.                        Unknown
3928 Gourrier Ave. Apt#109
Baton Rouge      LA 70808
---------------------------------------------------------------------

001579174


Erskine IV, Chester A.                   Unknown
791 Division Ave.
Morton           WA 98356
---------------------------------------------------------------------

001582556


Erskine, Chet A. I I I                   Unknown
Po Box 951
Morton           WA 98356
---------------------------------------------------------------------

000155389


Escamilla, Anna M.                       Unknown
1101 Sunvalley
San Juan         TX 78589
---------------------------------------------------------------------

000158630


Escamilla, Juanita V.                    Unknown
517 South 8Th St.
Donna            TX 78537
---------------------------------------------------------------------

001596788


Eschrich, Matthew J.                     Unknown
104 Haight Street
Deerpark         NY 11729
---------------------------------------------------------------------

001577709


Escobar, Julio E.                        Unknown
5500 E. Rainbow Ridge Ct.
Reno             NV 89523
---------------------------------------------------------------------
```

                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001455802


        Escude, Pamela N                        Unknown
        18504 Highland Creek Lane
        Dallas            TX 75252
--------------------------------------------------------------------------------
        001579478


        Eshleman, Arvel L.                      Unknown
        1310 Adams
        Toppenish         WA 98948
--------------------------------------------------------------------------------
        001585706


        Eshleman, Jeffrey A.                    Unknown
        9240 Bittner Road
        Yakima            WA 98901
--------------------------------------------------------------------------------
        001583604


        Eshleman, Mark L.                       Unknown
        4216 Rabbit Brush N.W.
        Albuquerque       NM 87120
--------------------------------------------------------------------------------
        001586973


        Eshleman, Rodney W.                     Unknown
        1252 Lucy Ln
        Zillah            WA 98953
--------------------------------------------------------------------------------
        001513051


        Espanrza, Sergio                        Unknown
        2624 Ash Street
        Santa Fe          NM 87505
--------------------------------------------------------------------------------
        001541786


        Esparza, Edelsa L.                      Unknown
        1517 Harrison
        Deer Park         TX 77534
--------------------------------------------------------------------------------
        001520968


        Esparza, Isela                          Unknown
        2444 Vereda DeEncanto
        Santa Fe          NM 87505
--------------------------------------------------------------------------------
        001490488


        Esparza, Jesus R.                       Unknown
        1301 Elkslip Drive N.E.
        Rio Rancho        NM 87124
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001607460 | |
| Esparza, Norma<br>P.O. Box 2425<br>Wendover        NV 89883 | Unknown |
| 001571650 | |
| Espenlaub, Cheryl S.<br>1422 Wesley Walk<br>Atlanta         GA 30327 | Unknown |
| 001555284 | |
| Espinosa, Antonia G.<br>208 Fannin St.<br>Nocona          TX 76255 | Unknown |
| 001568331 | |
| Espinoza, Nedia L.<br>518 N. Milam<br>San Benito      TX 78586 | Unknown |
| 000157414 | |
| Esquivel, Juanita<br>1411 St. John<br>Garden City     KS 67846 | Unknown |
| 001563153 | |
| Esser, Mike D.<br>16424 36Th Ave. N.W.<br>Stanwood        WA 98292 | Unknown |
| 001545101 | |
| Essink, Dianne M.<br>8208 Lichtenauer Drive<br>Lenexa          KS 66219 | Unknown |
| 001537104 | |
| Esslinger, Cheryl J.<br>10508 Carnell Circle<br>Benton          AR 72015 | Unknown |
| 001587433 | |
| Estala, Juanita G<br>304 N Atlantic Blvd<br>Alhambra        CA 91801 | Unknown |

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001510423


Estein, Anna F.                         Unknown
314 Tulum Ln
China Springs      TX 76633
--------------------------------------------------------------------------------

001541400


Estes, Marie T.                         Unknown
720 Glen Circle
New Smyrna Beach   FL 32168
--------------------------------------------------------------------------------

001598842


Esther Z. Detillier                     Unknown
219 Ellen St.
Ama                LA 70031
--------------------------------------------------------------------------------

001568991


Esther, King                            Unknown
189 Hornblower Avenue
Belleville         NJ 07109
--------------------------------------------------------------------------------

001593168


Estrada III, Raul                       Unknown
21227 29th
Issaqua            WA 98029
--------------------------------------------------------------------------------

000109531


Etheredge, Vanetta B.                   Unknown
2210 Longview Ct
Charleston         SC 29414
--------------------------------------------------------------------------------

001609988


Etheridge, Christina                    Unknown
2061 Townsend
Memphis            TN 38127
--------------------------------------------------------------------------------

001489307


Ethington, Elden F.                     Unknown
3777 U. A. Avenue
Emmett             ID 83617
--------------------------------------------------------------------------------

000163410


Ethington, J. Robert                    Unknown
4962 So. 1150 West
Spanish Fork       UT 84660
--------------------------------------------------------------------------------
```

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001497652


        Ethington, Kevin E.                    Unknown
        1662 North 600 West
        West Bountiful      UT 84087
------------------------------------------------------------------------------------

        001551777


        Ethington, Lyle K.                     Unknown
        5878 Gibson Place
        Granite Bay         CA 95746
------------------------------------------------------------------------------------

        001466085


        Ethington, Lynn E.                     Unknown
        411 North Commercial Ave.
        Emmett              ID 83617
------------------------------------------------------------------------------------

        001501277


        Ethington, Rolayne A.                  Unknown
        2928 So 575 W
        Bountiful           UT 84010
------------------------------------------------------------------------------------

        001482832


        Ethington, Scott D.                    Unknown
        6207 S. 2400 West
        Spanish Fork        UT 84660
------------------------------------------------------------------------------------

        001497650


        Ethington, Steven E.                   Unknown
        3807 Clinton Rd.
        Emmett              ID 83617
------------------------------------------------------------------------------------

        001534378


        Ettinger, Marvin M.                    Unknown
        4 Davis Bayou
        Ocean Springs       MS 39564
------------------------------------------------------------------------------------

        001605634


        Etzel-Wise, Diane K.                   Unknown
        7737 Darnell
        Lenexa              KS 66216
------------------------------------------------------------------------------------

        001475496


        Eubank, Patti J.                       Unknown
        1504 Janie Street
        Billings            MT 59105
------------------------------------------------------------------------------------
```

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|

001527940

Eubank, Sandra R.                          Unknown
2828 Emissary Drive
Roanoke            VA 24019
--------------------------------------------------------------------------------

000139960

Eubanks, Evelyn M.                         Unknown
2354 W. Croft Circle
Spartanburg        SC 29302
--------------------------------------------------------------------------------

001568725

Euler, Deborah D.                          Unknown
24132 State Rt 281
Custar             OH 43511
--------------------------------------------------------------------------------

001584553

Euler, Gregory L.                          Unknown
16895 Euler Rd.
Bowling Green      OH 43402
--------------------------------------------------------------------------------

000130588

Evans, Brad G.                             Unknown
1000 Elwick Ln.
Sedro Woolley      WA 98284
--------------------------------------------------------------------------------

001549945

Evans, Carol Ann                           Unknown
9004 Thornbury Lane
Las Vegas          NV 89134
--------------------------------------------------------------------------------

001562938

Evans, Carol J.                            Unknown
6520 Indian Knoll Rd.
Cumming            GA 30041
--------------------------------------------------------------------------------

001514277

Evans, Dan C.                              Unknown
14206  E. Belmont
Mica               WA 99023
--------------------------------------------------------------------------------

001564936

Evans, Deanna J.                           Unknown
419 Ne Carriage
Lee'S Summit       MO 64064
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

Creditors Names and                        Total Amt
Mailing Address/ Zip Code                  of Claim


001576093


Evans, Debbie S.                           Unknown
3866 Sw Harbor Dr.
Lee'S Summit        MO 64082
----------------------------------------------------------------------

001555801


Evans, Keith M.                            Unknown
1021 Oak Grove Rd. East
Burleson            TX 76028
----------------------------------------------------------------------

001583045


Evans, Mary F. *                           Unknown
2841 Via Florentine
Henderson           NV 89014
----------------------------------------------------------------------

001549378


Evans, Mary L.                             Unknown
105 Westridge Drive
Bozeman             MT 59715
----------------------------------------------------------------------

001582936


Evans, Melissa L.                          Unknown
1105 Washington Ave. #8
Havre               MT 59501
----------------------------------------------------------------------

000162805


Evans, Patricia F.                         Unknown
371 Leon Drive
Waco                TX 76705
----------------------------------------------------------------------

001581855


Evans, Renee M                             Unknown
107 Upper Glen Dr
Blythewood          SC 29016
----------------------------------------------------------------------

000163219


Evans, Robert E.                           Unknown
P.O. Box 1596
Soldotna            AK 99669
----------------------------------------------------------------------

001579970


Evans, Ron                                 Unknown
6109 Lost Creek
Corpus Christi      TX 78413
----------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001515803

Evans, Ron G.                          Unknown
1824 S. Main
Carthage          MO 64836
------------------------------------------------------------------------------

001545348

Evans, Rosalie B. *                    Unknown
44489 Town Center Way ST#155
Palm Desert       CA 92260
------------------------------------------------------------------------------

001580634

Evard, Mark D.                         Unknown
607 Chedworth Dr.
Houston           TX 77062
------------------------------------------------------------------------------

001552329

Evatt, Dorothy H.                      Unknown
405 Maple Street
Birmingham        AL 35206
------------------------------------------------------------------------------

001555610

Eve, Gayle A.                          Unknown
P.O. Box 437
Vaughn            MT 59487
------------------------------------------------------------------------------

001574158

Eveler, Joseph & Brandy                Unknown
1044 Sw Sunflower Dr.
Lees Summit       MO 64081
------------------------------------------------------------------------------

001573523

Eveler, Larry                          Unknown
2500 E. 195Th
Belton            MO 64012
------------------------------------------------------------------------------

001613701

Evens, Robyn                           Unknown
24967 Road #U-Sw
Mattawa           WA 99349
------------------------------------------------------------------------------

001563349

Everage, Peggy A.                      Unknown
9440E 150N.
Grovertown        IN 46531
------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07            INTERNATIONAL HERITAGE        Page: 432
                    Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001568247 | |
| Everett, Dorothy B.<br>5029 Sunnyvale Drive<br>Jackson      MS 39211 | Unknown |
| 000108011 | |
| Everett, Jocelyn R.<br>3 British Court<br>Smithfield      NC 27577 | Unknown |
| 001547011 | |
| Everett, Peter B.<br>6295 Old Canton Road, #29-B<br>Jackson      MS 39211 | Unknown |
| 000123367 | |
| Everett, Thomas G.<br>5639 Bent Creek Trail<br>Dallas      TX 75252 | Unknown |
| 001469886 | |
| Everhart, Lawerence C.<br>164 Fairway Drive<br>Aduance,      NC 27006 | Unknown |
| 001561769 | |
| Everitt, Mark A.<br>201 Vaden Dr.<br>Killen      AL 35645 | Unknown |
| 000111889 | |
| Evers, Jim R.<br>1345 Garner Ln. S-103A<br>Columbia      SC 29210 | Unknown |
| 001478226 | |
| Everton, Gina & Greg<br>2535 Quail Canyon<br>Henderson      NV 89014 | Unknown |
| 001601782 | |
| Evertson, Sherry L.<br>61915 Ward Rd<br>Bend      OR 97702 | Unknown |

INTERNAT1ONAL HERITAGE       Page: 433

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001478225

Evington, Jeff T.                         Unknown
245 Gongaree Rd
Greenville        SC 29607
------------------------------------------------------------------------------

001524790

Ewers, Cynthia M.                         Unknown
22510 Provinical Blvd.
Katy              TX 77450
------------------------------------------------------------------------------

000156467

Ewing, Jerry                              Unknown
10176 Lisbon Road
Canfield          OH 44406
------------------------------------------------------------------------------

001572641

Eychaner, William K.                      Unknown
4176 Knollcrest Circle
Martinez          GA 30907
------------------------------------------------------------------------------

001583947

Eyeington, Robert M.                      Unknown
1006 Falcon
College Station   TX 77845
------------------------------------------------------------------------------

001560544

FORSTER, JoELLEN                          Unknown
Rt 1 Box 25
McEVEN            TN 37101
------------------------------------------------------------------------------

001560603

Faaborg, Mary Jo J.                       Unknown
317 N. 22Nd Ave.
Bozeman           MT 59715
------------------------------------------------------------------------------

000129289

Faber, Ginger & John                      Unknown
1319 11Th Street Box 1846
Havre             MT 59501
------------------------------------------------------------------------------

001461347

Facendo, Anne R.                          Unknown
634 River Rd.
Fair Haven        NJ 07704
------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|

001606172

| Faerber, Dale T.<br>993 Shaver Ct.<br>Simi Valley       CA 93065 | Unknown |
|---|---|

001607789

| Fagan, Betty K.<br>P.O. Box 255<br>Bowie            TX 76239 | Unknown |
|---|---|

000152543

| Fagan, Joanne C<br>360 Tolley Ave.<br>Melbourne        FL 32934 | Unknown |
|---|---|

001607791

| Fagan, John-Linda W.<br>P.O. Box 5055<br>Norman           OK 73069 | Unknown |
|---|---|

001583021

| Faggion, Vincent J.<br>2396 Hornet Drive<br>Lemoore          CA 93245 | Unknown |
|---|---|

001587186

| Fahner Sr., Dale K<br>117 Primrose Lane<br>Hazlehurst        MS 39083 | Unknown |
|---|---|

001547005

| Fahner, Jonathan D.<br>117 Primrose Ln.<br>Hazelhurst        MS 39083 | Unknown |
|---|---|

001539656

| Fahner, Laura K.<br>3401 Parmer Lane West #2324<br>Austin            TX 78727 | Unknown |
|---|---|

001554269

| Fahrner, Michael E.<br>6507 W. Aire Libre<br>Glendale          AZ 85306 | Unknown |
|---|---|

JCH7CLAIM2 98/12/07                  INTERNATIONAL HERITAGE          Page 435

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001506860 | |
| Fain, Joe<br>102 Swan Circle<br>Lafayette        LA 70508 | Unknown |
| 001560964 | |
| Fain, Ruth E.<br>141 Holiday<br>Mabank         TX 75147 | Unknown |
| 001463270 | |
| Fair Inv. & Ins. Agency, Inc.<br>42 E. Claybourne Ave.<br>Salt Lake City    UT 84115 | Unknown |
| 001548406 | |
| Fair, Gary D.<br>1137 Josh Wilson<br>Mount Vernon     WA 98273 | Unknown |
| 001529224 | |
| Fair, Ruth E.<br>614 West Hazel St<br>St Elmo         IL 62458 | Unknown |
| 000139969 | |
| Fairbee, Lisa A.<br>55 Barrett Road #338<br>Berea          OH 44017 | Unknown |
| 001493042 | |
| Fairchild, Melissa R.<br>1513 Pine<br>Bonham         TX 75418 | Unknown |
| 001602863 | |
| Faircloth, Harold P.<br>503 Chieftain Ct.<br>Woodstock       GA 30189 | Unknown |
| 000114748 | |
| Fairlamb, Karen L *<br>717 Smirl Dr.<br>Heath          TX 75087 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001583794

| Fairless And Associates | Unknown |
| 806 Pennsylvania Av | |
| Laurel          MT 59044 | |

---

001572347

| Fairway Foundation Group | Unknown |
| 1500 A E College Way Suite 523 | |
| Mount Vernon        WA 98273 | |

---

001573770

| Falcon, Nicole | Unknown |
| 202 Edgebrook Dr. | |
| Boylston          MA 01505 | |

---

001572592

| Falcone, Chris | Unknown |
| 8 Forest Drive | |
| College Station     TX 77840 | |

---

001584523

| Falcone, Gregg | Unknown |
| 8 Forest Dr. | |
| College Station     TX 77840 | |

---

001573556

| Falcone, Joseph M. | Unknown |
| 2308 Avon | |
| Bryan           TX 77802 | |

---

001559739

| Falke, Linda | Unknown |
| 5120 Fairglen Dr. | |
| Plano           TX 75093 | |

---

001592148

| Falkenstein, Joan G. | Unknown |
| 18312 Citation Street | |
| Lutz            FL 33549 | |

---

001589508

| Falksen, David R. | Unknown |
| 128 Toler Drive | |
| Mesquite         TX 75149 | |

---

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | | Total Amt of Claim |
|---|---|---|
| 001557814 | | |
| Fan, Ying | | Unknown |
| 82 Foster Road | | |
| Swampscott | MA 01907 | |
| 001551329 | | |
| Fancher, Terry | | Unknown |
| Rr. 1 Box 283 | | |
| Farina | IL 62838 | |
| 001579329 | | |
| Fang, Andy | | Unknown |
| 19811 E. Colima Road #250 | | |
| Walnut | CA 91789 | |
| 001608235 | | |
| Fang, Philip | | Unknown |
| 59 Via Amistosa #B | | |
| Ran St Marg | CA 92688 | |
| 000141272 | | |
| Fang, Xiaoyan | | Unknown |
| 9 Fowler Street | | |
| Stamford | CT 06905 | |
| 001522906 | | |
| Fannin, Jane | | Unknown |
| 11433 Glenmont Dr. | | |
| Tampa | FL 33635 | |
| 000119143 | | |
| Fannin, Nancy R. | | Unknown |
| 421 Monroe Dr. | | |
| Natchitoches | LA 71457 | |
| 001486823 | | |
| Fannin, Vivian R | | Unknown |
| 1202 Saxony Lane | | |
| Houston | TX 77058 | |
| 000117456 | | |
| Fanning, David R. | | Unknown |
| 170 Old Baptist Rd | | |
| Ardmore | TN 38449 | |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001584694 | |
| Fanning, Harold D<br>71 Malachi Rd<br>Decatur        AL 35603 | Unknown |
| 001571637 | |
| Fanning, Wilbert M.<br>1200 S. Sharon<br>Kennewick      WA 99337 | Unknown |
| 001570238 | |
| Fant, Edith K.<br>P.O. Box 317<br>Raymore       MO 64083 | Unknown |
| 001521522 | |
| Fant, Sharon<br>P.O. Box 317<br>Raymore       MO 64083 | Unknown |
| 001565227 | |
| Faraca, Marlene<br>911 N. Locust<br>Spokane       WA 99206 | Unknown |
| 001461136 | |
| Farber, Caralee A.<br>210 Lee<br>Lake Charles    LA 70605 | Unknown |
| 000161119 | |
| Farber, Cary J<br>210 Lee<br>Lake Charles    LA 70605 | Unknown |
| 001612518 | |
| Farden, Jill C<br>909 92nd st. n.w<br>newburg       ND 58762 | Unknown |
| 001500531 | |
| Farinella, Anthony<br>2175 Clover Ct.<br>East Meadow    NY 11554 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001576828

Farinella, Heather A.                  Unknown
2175 Clover St.
East Meadow          NY 11554
-------------------------------------------------------------------

001500549

Farinella, Joe                         Unknown
6 Reverse Lane
Levittown            NY 11756
-------------------------------------------------------------------

001552766

Faris, Matthew J                       Unknown
38720 Theresa Way
Sterling             AK 99672
-------------------------------------------------------------------

001547729

Farkas, David                          Unknown
240 Jacksonville Rd.
North Huntingdon     PA 15642
-------------------------------------------------------------------

001505909

Farley, George W.                      Unknown
Rt. 2 Box 337
Bowie                TX 76230
-------------------------------------------------------------------

001591774

Farley, Kimberely R                    Unknown
1519 Tillamack Mt
Billings             MT 59101
-------------------------------------------------------------------

001519407

Farley, Leslie E.                      Unknown
Route 1, Box 18-F
Rhome                TX 76078
-------------------------------------------------------------------

001541618

Farmer Jr., M. Kirk                    Unknown
13315 Peyton Dr.
Dallas               TX 75240
-------------------------------------------------------------------

001591702

Farmer, Cheryl A                       Unknown
Po Box 249
Zillah               WA 98953
-------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page 440
                        Unsecured Creditors -- Sales Representatives

```
      Creditors Names and                  Total Amt
      Mailing Address/ Zip Code            of Claim


      000157010


      Farmer, Julie T.                     Unknown
      1 Modena Island Dr.
      Savannah        GA 31411
-------------------------------------------------------------------
      001570185


      Farmer, Scott A.                     Unknown
      1669 Old Register Road
      Statesboro      GA 30460
-------------------------------------------------------------------
      001561771


      Farnet III, Maurice J.               Unknown
      4206 St. Elizabeth Dr.
      Kenner          LA 70065
-------------------------------------------------------------------
      000112687


      Farr, Billie F.                      Unknown
      397 Flintside Dr.
      Cobb            GA 31735
-------------------------------------------------------------------
      000147047


      Farr, Diana L.                       Unknown
      P.O. Box 1738
      Garden City     KS 67846
-------------------------------------------------------------------
      000163286


      Farr, Elva L.                        Unknown
      1025 E Walnut St.
      Garden City     KS 67846
-------------------------------------------------------------------
      001598320


      Farr, Jacquelyn L.                   Unknown
      P.O. Box 1738
      Garden City     KS 67846
-------------------------------------------------------------------
      001495248


      Farrar Jr., George T.                Unknown
      1891 Birdie Rd.
      Griffin         GA 30223
-------------------------------------------------------------------
      001549762


      Farrar, Dorothy C.                   Unknown
      1891 Birdie Rd.
      Griffin         GA 30223
-------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
|---|---|
| Mailing Address/ Zip Code | of Claim |

001460200

Farrar, Jason S.                          Unknown
15033 W 145th Terrace
Olathe            KS 66062
--------------------------------------------------------------------------

001578589

Farrar, Wayburne Kelly                    Unknown
8217 White Oak Drive
Haughton          LA 71037
--------------------------------------------------------------------------

001561969

Farrell, J Elizabeth                      Unknown
3401 Parmer Lane West # 1131
Austin            TX 78727
--------------------------------------------------------------------------

001484771

Farrell, James M.                         Unknown
910 W. University
Mckinney          TX 75069
--------------------------------------------------------------------------

001583992

Farris, Carolyn J.                        Unknown
Box 337 Hwy 21
Midway            TX 75852
--------------------------------------------------------------------------

001573138

Farver, Shauna M.                         Unknown
Rt 1 South Box 25
Scobey            MT 59263
--------------------------------------------------------------------------

001481064

Farwell, John W                           Unknown
6002 W Greenbriar Drive
Glendale          AZ 85308
--------------------------------------------------------------------------

001596035

Fast, Suzanne                             Unknown
9995 Village Center Drive
Granite Bay       CA 95746
--------------------------------------------------------------------------

001579613

Faught, Susan L.                          Unknown
18790 Lloyd Drive #114
Dallas            TX 75252
--------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001541384

Faulds, David & Dale J.                Unknown
1945 Poinsetta Dr.
Daytona Beach      FL 32114

---

001580931

Faulhaber, Joseph C.                   Unknown
P.O. Box 1083
Laconner          WA 98257

---

000107672

Faulkner, Jeffery L.                   Unknown
P.O. Box 328
Marshville        NC 28103

---

000107511

Faulkner, Lavonne R.                   Unknown
P.O. Box 233
Marshville        NC 28103

---

000110720

Favale, Inge I.                        Unknown
201 Biscayne
Enterprise        AL 36330

---

001526883

Favazza, Peter A.                      Unknown
41 Hartz Street
Glovcester        MA 01930

---

000147323

Favila, Randy                          Unknown
2600 Capistrano Ct. N.
Arlington         TX 76015

---

000113300

Favors, Patricia M.                    Unknown
1905 Britton Drive
Phenix City       AL 36867

---

000103936

Fawcett, Susan M.                      Unknown
5524 Backwoods Rd.
Myrtle Beach      SC 29577

---

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000102510 | |
| Fay, Richard J.*<br>504 S. Howe St.<br>Lampasas      TX 76550 | Unknown |
| 001537482 | |
| Featherstone, Zen<br>1426 E. 2250 N.<br>Layton      UT 84040 | Unknown |
| 001465166 | |
| Feazel, Jesse W.<br>Rt. 3 Box 227 Feazel Road<br>Farmerville      LA 71241 | Unknown |
| 001557419 | |
| Febles, Rigoberto P<br>11407 Cypress Prk St<br>Tampa      FL 33624 | Unknown |
| 001559886 | |
| Fechter IV, Frederick W.<br>2078 N. Hwy 99<br>Emporia      KS 66801 | Unknown |
| 001603595 | |
| Fedora, Tim J<br>350 31St W<br>Billings      MT 59102 | Unknown |
| 001577742 | |
| Feeler, Brad & Julie<br>1506 Royal<br>Oak Grove      MO 64075 | Unknown |
| 001584222 | |
| Feelin' Good!<br>501 Edson St.<br>Zillah      WA 98953 | Unknown |
| 001576256 | |
| Feenstra, John<br>3263 Massey Rd.<br>Everson      WA 98247 | Unknown |

```
        Creditors Names and              Total Amt
        Mailing Address/ Zip Code        of Claim

        001488641

        Feheley, Kevin J                 Unknown
        210 Mary Drive
        Jacksonville     AL 36265
------------------------------------------------------------------------
        001598664

        Fei Li                           Unknown
        247 S. Lake St. #2
        Los Angeles      CA 90057
------------------------------------------------------------------------
        001562955

        Feil, Julie A.                   Unknown
        Rt. 1, Box 79
        Cowgill          MO 64637
------------------------------------------------------------------------
        001610377

        Felch, Derek J.                  Unknown
        5260 Fern
        West Richland    WA 99353
------------------------------------------------------------------------
        001589454

        Feld, Edgar M                    Unknown
        1203 Lake Street
        Fort Worth       TX 76001
------------------------------------------------------------------------
        001556772

        Feld, Renata A                   Unknown
        317 Sierra Madre So
        Palm Desert      CA 92260
------------------------------------------------------------------------
        001609261

        Feldman, Susan S.                Unknown
        5331 Log Bridge Rd.
        Hollywood        SC 29449
------------------------------------------------------------------------
        001504221

        Fell, Laura E.                   Unknown
        722 SO. 31st St.
        South Bend       IN 46615
------------------------------------------------------------------------
        000114726

        Feller, Pamela                   Unknown
        111 SW 58th Terrace
        Cape Coral       FL 33914
------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                Total Amt
        Mailing Address/ Zip Code          of Claim


        001457332


        Fellers, Brad P                    Unknown
        80 Arroyo Drive
        Irvine          CA 92612
------------------------------------------------------------------------------

        000127740


        Fellers, Tyler D.                  Unknown
        11428 Canterbury Circle
        Leawood         KS 66211
------------------------------------------------------------------------------

        001569840


        Felowitz, Terry J.                 Unknown
        714 Cowles Avenue
        Joliet          IL 60435
------------------------------------------------------------------------------

        000160137


        Felps, Terrie L.                   Unknown
        P.O. Box 146
        Johnson City    TX 78636
------------------------------------------------------------------------------

        001551272


        Felts, Grady C.                    Unknown
        Rt 3 Box 616
        Galax           VA 24333
------------------------------------------------------------------------------

        001547888


        Felts, Teddy B.                    Unknown
        Route 3 Box 616
        Galax           VA 24333
------------------------------------------------------------------------------

        001528491


        Felty, Danny M.                    Unknown
        282 Felty Pvt. Dr.
        Bristol         TN 37620
------------------------------------------------------------------------------

        000139692


        Feng, Kuang Jung                   Unknown
        137-34 Geraium Avenue
        Flushing        NY 11355
------------------------------------------------------------------------------

        001597292


        Feng, Wanning                      Unknown
        6257 S. Jamaica Ct.
        Englewood       CO 80111
------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001551950


Fenner, Farrell                        Unknown
410 Sherman St.
Nocona          TX 76255
--------------------------------------------------------------------------------
001524308


Fenton, Craig                          Unknown
1617 Star Grass Rd.
Virginia Beach   VA 23454
--------------------------------------------------------------------------------
001517758


Ferch, Elin M.                         Unknown
2608 Grist Lane
Cedar Park       TX 78613
--------------------------------------------------------------------------------
001538552


Ferguson, Anna L.                      Unknown
6701 Everhart #805
Corpus Christi   TX 78413
--------------------------------------------------------------------------------
001587716


Ferguson, Helen E.                     Unknown
Rt. 2, Box 484
Nocona          TX 76255
--------------------------------------------------------------------------------
001549939


Ferguson, Mary B.                      Unknown
505 Sam Jonas
Las Vegas        NV 89128
--------------------------------------------------------------------------------
001494521


Ferguson-Smith, Alicia A.              Unknown
5315 West 12th
Little Rock      AR 72204
--------------------------------------------------------------------------------
001511635


Fernandez, Clara H.                    Unknown
3941 S. Bristol St.
Santa Ana        CA 92704
--------------------------------------------------------------------------------
001520123


Fernandez, Osvaldo G.                  Unknown
1727 Eastfield
Missouri City    TX 77459
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001600190

Fernandez, Victoria                 Unknown
10700 Sw 108 Ave C407
Miami           FL 33176
-------------------------------------------------------------------------

001597456

Ferns, Francis                      Unknown
11428 Canterbury Circle
Leawood         KS 66211
-------------------------------------------------------------------------

001605293

Ferns, Ryan S.                      Unknown
11428 Canterbury Circle
Leawood         KS 66211
-------------------------------------------------------------------------

001581300

Ferrell, Joan                       Unknown
1490 Raleigh Road
Raleigh         IL 62977
-------------------------------------------------------------------------

000120002

Ferrer-Westrop, Edwina              Unknown
157 Campbell Drive
Natchitoches    LA 71457
-------------------------------------------------------------------------

001590448

Ferrick, John A.                    Unknown
22744 Middle Road
Cambridge Springs   PA 16403
-------------------------------------------------------------------------

001573405

Ferrier, Sharon P.                  Unknown
541 Main Street
Portland        CT 06480
-------------------------------------------------------------------------

001501541

Ferris Jr., J.B.                    Unknown
1906 Glenrose
Carrollton      TX 75007
-------------------------------------------------------------------------

001482134

Ferro, Kathy M.                     Unknown
23706 135th Ave. N.E.
Arlington       WA 98223
-------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001561848


Ferrone, Jean M.                       Unknown
2725 Gross Point Road
Evanston        IL 60201
--------------------------------------------------------------------

000119317


Fertitta, R. J.                        Unknown
106 Bullock
New Llano        LA 71461
--------------------------------------------------------------------

000133663


Fiberkraft, Dezines                    Unknown
2954 S. Skagit Hwy.
Sedro Woolley    WA 98284
--------------------------------------------------------------------

000119326


Ficarra, Philip D.                     Unknown
1308 Waltham St.
Metairie         LA 70001
--------------------------------------------------------------------

001541776


Fickling, Kenneth J.                   Unknown
2024 Shoal Creek Court
Summerville      SC 29483
--------------------------------------------------------------------

001578022


Fidel, Dave L.                         Unknown
5009 Sandestin Ct
Garland          TX 75044
--------------------------------------------------------------------

001497155


Fidler, Blake J.                       Unknown
12211 Snow White Dr.
Dallas           TX 75244
--------------------------------------------------------------------

001563934


Fidock, Wally E.                       Unknown
3101 12 th Street NW
Albuquerque      NM 87107
--------------------------------------------------------------------

001565104


Fiedler, Carl                          Unknown
241 Burlington
Missoula         MT 59801
--------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page 5 449
                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                   Total Amt
        Mailing Address/ Zip Code             of Claim


        001521540


        Fiedler, Gary E.                      Unknown
        3628 E. Broadway
        Mt. Vernon        WA 98274
--------------------------------------------------------------------------------
        001507520
        .

        Field, David A.                       Unknown
        11 Pinehurst Ave.
        Brockton          MA 02402
--------------------------------------------------------------------------------
        001460115


        Field, Evan K.                        Unknown
        3400 Poly Vista #21H
        Pomona            CA 91768
--------------------------------------------------------------------------------
        001530482


        Field, James                         Unknown
        8743 W. Fairway
        Baton Rouge       LA 70809
--------------------------------------------------------------------------------
        000158471


        Field, Rachel I.                      Unknown
        308 Grant Ave
        Highland PARK     NJ 08904
--------------------------------------------------------------------------------
        000156452


        Field, Stephanie E.                   Unknown
        12 Ball Place
        Maplewood         NJ 07040
--------------------------------------------------------------------------------
        001586483


        Fields, Donna C.                      Unknown
        116 Sunbird
        Sunnyvale         TX 75182
--------------------------------------------------------------------------------
        001467013


        Fields, Jennifer D.                   Unknown
        2310 Mava
        Emporia           KS 66801
--------------------------------------------------------------------------------
        001604283


        Fields, Ronald                        Unknown
        2243 Windsor Court
        Bossier City      LA 71111
--------------------------------------------------------------------------------

                         Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001584634


        Fife, Joseph                            Unknown
        3014 Sugar Wood
        League City       TX 77573
------------------------------------------------------------------------------

        001579429


        Figgins, Wilma (Billie) F.              Unknown
        400 Alaska Rd. N
        Belgrade          MT 59714
------------------------------------------------------------------------------

        001568951


        Figgis, John D.                         Unknown
        5440 E. 88th STREET
        Tulsa             OK 74137
------------------------------------------------------------------------------

        000115189


        Figi, Irene R.                          Unknown
        630 S. Central Ave.
        Marshfield        WI 54449
------------------------------------------------------------------------------

        001541234


        Figler, Garry S.                        Unknown
        551 Greenspring Circle
        Wintersprings     FL 32708
------------------------------------------------------------------------------

        001574839


        Figler, Ronald A                        Unknown
        5782 Allen Padgham Rd
        Farmington        NY 14425
------------------------------------------------------------------------------

        001480885


        Figler, Stacie L                        Unknown
        6431 Forest Glen
        Victor            NY 14564
------------------------------------------------------------------------------

        000129121


        Filius, Kari E.                         Unknown
        1902 First Street
        Havre             MT 59501
------------------------------------------------------------------------------

        000149708


        Filley, Susan L.                        Unknown
        1430 Alta Lane
        Olathe            KS 66061
------------------------------------------------------------------------------

```
                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001574991


        Filson, Dorothy J.                      Unknown
        3381 Sourdough Road
        Bozeman          MT 59715
-------------------------------------------------------------------------------
        001488062


        Financial Design, Inc.                  Unknown
        8048 One Calais Ave. Suite B.
        Baton Rouge      LA 70809
-------------------------------------------------------------------------------
        001604368


        Finazzo, Sighla K.                      Unknown
        1321 Se 2Nd Street
        Pompano Beach    FL 33060
-------------------------------------------------------------------------------
        001483787


        Finch, Bonnie                           Unknown
        4 Idaho Lane
        Aberdeen         NJ 07747
-------------------------------------------------------------------------------
        001580309


        Finch, Charles E.                       Unknown
        7 Oak Hill Circle
        Dawsonville      GA 30534
-------------------------------------------------------------------------------
        001597989


        Finch, Chris P.                         Unknown
        1115 North 140 East
        Orem             UT 84057
-------------------------------------------------------------------------------
        001548418


        Finch, Michael R.                       Unknown
        4839 McLaughlin Road NE
        Moses Lake       WA 98837
-------------------------------------------------------------------------------
        001496149


        Fincher, Aron D.                        Unknown
        2880 Eagle Ct.
        Homer            AK 99603
-------------------------------------------------------------------------------
        000113899


        Fincher, William B.                     Unknown
        10680 Aviary Drive
        Alpharetta       GA 30202
-------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001489124


Findley, James A                        Unknown
5100 Ceasarville Rd.
Wetumpka          AL 36092
--------------------------------------------------------------------------------

001527673


Findley, Shawn D.                       Unknown
3401 Parmer Lane Apt. 2324
Austin            TX 78727
--------------------------------------------------------------------------------

001580534


Findley-Smith, Joi M.                   Unknown
4300 Bay Area Blvd. #423
Houston           TX 77058
--------------------------------------------------------------------------------

001507892


Fine Jr., Winford                       Unknown
4100 Quincy Maie Dr.
Richmond          VA 23231
--------------------------------------------------------------------------------

001532055


Finholm, Julie K.                       Unknown
13412 West 121 ST Street
Overland Park     KS 66213
--------------------------------------------------------------------------------

001581916


Fink, Kate                              Unknown
613 Abbey Lane
College Station   TX 77845
--------------------------------------------------------------------------------

001590610


Finke, Mark W.                          Unknown
9983 Fm 3090
Anderson          TX 77830
--------------------------------------------------------------------------------

000110602


Finklea, Adronne M.                     Unknown
P.O. Box 368
Pamplico          SC 29583
--------------------------------------------------------------------------------

001552081


Finley, Carol M.                        Unknown
10031 Knox Dr.
Overland Park     KS 66212
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


```
        Creditors Names and               Total Amt
        Mailing Address/ Zip Code          of Claim


        001479249


        Finley, Faye                       Unknown
        608 N 12Th Street
        Murray          KY 42071
----------------------------------------------------------------------------
        001561341


        Finley, Jerri C.                   Unknown
        400 E 2Nd St Ter.
        Lamar           MO 64759
----------------------------------------------------------------------------
        001502665


        Finnamore, Janet R.                Unknown
        102 Perry Rd.
        Greenville      SC 29609
----------------------------------------------------------------------------
        001577668


        Finnicum, Lynne                    Unknown
        310 4th Ave. E.
        Culbertson      MT 59218
----------------------------------------------------------------------------
        001596586


        Finstad, Patricia                  Unknown
        225 N 15 St
        Forsyth         MT 59327
----------------------------------------------------------------------------
        001567001


        Fiore, Rachelle                    Unknown
        3628 Meridian St 1-A
        Bellingham      WA 98225
----------------------------------------------------------------------------
        001552472


        Firestone, Melissa P.              Unknown
        2568 Palmetto Hall Blvd
        Mt. Pleasant    SC 29464
----------------------------------------------------------------------------
        001607355


        Fisch, Jeanette M.                 Unknown
        4749 Fremont
        Bellingham      WA 98226
----------------------------------------------------------------------------
        001578048


        Fischer, Cynthia D                 Unknown
        222 Terry Ave
        Billings        MT 59101
----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                 Total Amt
Mailing Address/ Zip Code           of Claim


001554682


Fischer, Lori S.                    Unknown
226 Wayne St.
Claysville        PA 15323
---------------------------------------------------------------------------

001567057


Fischer, Lynda D.                   Unknown
100 Dyer Street
Niceville         FL 32578
---------------------------------------------------------------------------

001578661


Fischer, Theresa L.                 Unknown
151 Calhoun Avenue #110
Destin            FL 32541
---------------------------------------------------------------------------

001597699


Fisher, Ann/Pursley, Raynell        Unknown
1719 E. Grauwyler #110
Irving            TX 75061
---------------------------------------------------------------------------

001579566


Fisher, Betsy/Elizabeth W.          Unknown
914 Alma Ct. Douglas
Lawrence          KS 66049
---------------------------------------------------------------------------

001583757


Fisher, Darrin J.                   Unknown
200 Anthony Ave.
Abita Springs     LA 70420
---------------------------------------------------------------------------

001576064


Fisher, John And Jackie             Unknown
15-405 Fortuna Bay Dr. #12
Corpus Christi    TX 78418
---------------------------------------------------------------------------

001593387


Fisher, John E.                     Unknown
2423 Reilly Rd.
Wichita Falls     TX 76306
---------------------------------------------------------------------------

001527061


Fisher, Lance E.                    Unknown
3783 Eli Dr.
Snellville,       GA 30278
---------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001583758


Fisher, Lonnie R.                      Unknown
3005 Willow Lane
Madisonville      LA 70447
-------------------------------------------------------------------------------
001576132


Fisher, Randy L.                       Unknown
1071 Valley Butte Dr.
Eugene            OR 97401
-------------------------------------------------------------------------------
001461079


Fisher, Ron W. & T. J.                 Unknown
P.O. Box 3303
Great Falls       MT 59403
-------------------------------------------------------------------------------
001492288


Fisher, Sharon L.                      Unknown
85 Joyce Road
Boyce             LA 71409
-------------------------------------------------------------------------------
001497568


Fisher, Stewart                        Unknown
1396 Hatcher Lane
Columbia          TN 38401
-------------------------------------------------------------------------------
001588332


Fisher, Timothy J.                     Unknown
3445 N E 31St Ave
Portland          OR 97212
-------------------------------------------------------------------------------
001470209


Fisk, Doris E.                         Unknown
28 Main Street
Arkport           NY 14807
-------------------------------------------------------------------------------
001536302


Fisk, John P.                          Unknown
382 Moonraker Drive
Slidell           LA 70458
-------------------------------------------------------------------------------
001471080


Fisk, William J                        Unknown
28 Main Street
Arkport           NY 14807
-------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 456
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                Total Amt
        Mailing Address/ Zip Code          of Claim


        001516916


        Fit-Fix Inc.                       Unknown
        2429A E. Main Street
        Snellville        GA 30278
-------------------------------------------------------------------------------

        001518437


        Fitchett, Angela M.                Unknown
        6162 Misty Meadow Rd. Apt 1116
        Corpus Christi    TX 78414
-------------------------------------------------------------------------------

        001606123


        Fitsimmons, Karen K.               Unknown
        11301 Oak Grove
        Meadville         PA 16335
-------------------------------------------------------------------------------

        001500690


        Fitton, Karrie L.                  Unknown
        13 Scofield Ct.
        Bloomington       IL 61704
-------------------------------------------------------------------------------

        001460137


        Fitz, Grayson                      Unknown
        2032 Spring Meadow Circle
        Spring Hill       TN 37174
-------------------------------------------------------------------------------

        001486695


        Fitz, Mimi S.                      Unknown
        4420 Bridgewood Lane
        Charlotte         NC 28226
-------------------------------------------------------------------------------

        000122295


        Fitzhugh, Thelma                   Unknown
        212 E. Pleasant Run Rd
        Lancaster         TX 75146
-------------------------------------------------------------------------------

        001590288


        Fitzjohn, Barbara L                Unknown
        4085 Reinmiller
        Joplin            MO 64804
-------------------------------------------------------------------------------

        001497641


        Fitzwater, John E.                 Unknown
        Route 92
        Belington         WV 26250
-------------------------------------------------------------------------------
```

                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                   Total Amt
        Mailing Address/ Zip Code             of Claim


        001581675


        Five Diamond Farms                    Unknown
        Hwy 13 South
        Scobey          MT 59263
--------------------------------------------------------------------------------

        000146862


        Five Star Trust                       Unknown
        1579 US 19 South Ste. C
        Leesburg        GA 31763
--------------------------------------------------------------------------------

        000129583


        Fix, Jodi D.                          Unknown
        Rr 1 Box 33
        Larslan         MT 59244
--------------------------------------------------------------------------------

        001609055


        Flacy, Edna C.                        Unknown
        126 Land Court
        Tampa           FL 33611
--------------------------------------------------------------------------------

        000125560


        Fladung, Leona C.                     Unknown
        10309 W 89Th St.
        Overland Park   KS 66214
--------------------------------------------------------------------------------

        001575408


        Flaharity, Sonja M.                   Unknown
        602 Dayton Road
        Mansfield       TX 76063
--------------------------------------------------------------------------------

        001588306


        Flaherty, Paul B.                     Unknown
        Apt. 197 550 Lee Drive
        Baton Rouge     LA 70808
--------------------------------------------------------------------------------

        001552560


        Flake, Jr. Thomas K.                  Unknown
        2164 W Stone Apt 6
        Fayetteville    AR 72701
--------------------------------------------------------------------------------

        001517099


        Flanagan, Linda A.                    Unknown
        3320 North Arnoult Rd.
        Metairie        LA 70002
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code           of Claim


        001528803


        Flatt, Cindy W.                     Unknown
        1985 Tom Williams Ln
        Montgomery      AL 36110
------------------------------------------------------------------------------------

        001560414


        Flax, Jeremy R.                     Unknown
        1102 Long Hunter Lane
        Nashville       TN 37217
------------------------------------------------------------------------------------

        001558527


        Flax, Roz                           Unknown
        39 Basswood Circle
        Atlanta         GA 30328
------------------------------------------------------------------------------------

        000131810


        Fleck, Ryan M.          .           Unknown
        15390 S W 79Th Ave.
        Tigard          OR 97224
------------------------------------------------------------------------------------

        000143225


        Fleener, Thomas W                   Unknown
        7307 Wellcrest Drive
        Dallas          TX 75230
------------------------------------------------------------------------------------

        000125795


        Fleetwood, Linda E.                 Unknown
        11816 W. 99Th Place
        Overland Park   KS 66214
------------------------------------------------------------------------------------

        001609047


        Fleming John R                      Unknown
        822 Barberry Lane
        Peachtree City  GA 30269
------------------------------------------------------------------------------------

        001578740


        Fleming, Bill C.                    Unknown
        1740-A East 3600 South
        Wendell         ID 83355
------------------------------------------------------------------------------------

        000104555


        Fleming, Charles S.                 Unknown
        #8 Houston Street
        Nitro           WV 25143
------------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
     Creditors Names and                    Total Amt
     Mailing Address/ Zip Code              of Claim

     001591850

     Fleming, Donn                           Unknown
     5355 Howard Road
     Cumming         GA 30040
-------------------------------------------------------------------
     000129474

     Fleming, Flint W.                       Unknown
     Route 2 Box 3101
     Miles City      MT 59301
-------------------------------------------------------------------
     000128571

     Fleming, Jean E.                        Unknown
     1119 Garland
     Miles City      MT 59301
-------------------------------------------------------------------
     001560672

     Fleming, Jerry D.                       Unknown
     144 W. 500 S
     Jerome          ID 83338
-------------------------------------------------------------------
     001578575

     Fleming, Krista L.                      Unknown
     822 Heritage Drive
     Bourbonnais     IL 60914
-------------------------------------------------------------------
     000105235

     Fleming, Milton L.                      Unknown
     5305 Viceroy Dr.
     El Paso         TX 79924
-------------------------------------------------------------------
     001548739

     Fleming, Pamela Kay                     Unknown
     610 E Avenue B
     Wendell         ID 83355
-------------------------------------------------------------------
     001474398

     Fleming, Shawn A.                       Unknown
     119 BriarWood Dr
     West Monroe     LA 71291
-------------------------------------------------------------------
     000135607

     Fletcher, John-Jay                      Unknown
     305 Red Oak Circle
     Lafayette       LA 70506
-------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001525405


Fletcher, Michael                      Unknown
6801 West 70Th  #156
Shreveport        LA 71129
-------------------------------------------------------------------------

001518553


Flick, Dawn M.                         Unknown
5715 Windmier Circle
Dallas            TX 75252
-------------------------------------------------------------------------

001580839


Flikkema, Michael                      Unknown
8025 Churchill Rd.
Manhattan         MT 59741
-------------------------------------------------------------------------

001471450


Flippen, Carrie  L.                    Unknown
5124 Brittany Drive
Old Hickory       TN 37138
-------------------------------------------------------------------------

001501915


Florence, Quinton T.                   Unknown
74 Indigo Point Drive
Charleston        SC 29407
-------------------------------------------------------------------------

000163389


Flores, Beatriz I                      Unknown
8209 Meadow Road Apt. 1017
Dallas            TX 75231
-------------------------------------------------------------------------

001529581


Flores, Benjamin                       Unknown
828 Angel Star Ln.
Las Vegas         NV 89128
-------------------------------------------------------------------------

001529333


Flores, Robert C.                      Unknown
3 Galleria Drive
San Antonio       TX 78257
-------------------------------------------------------------------------

001529318


Flores, Ruben M.                       Unknown
3 Galleria Drive
San Antonio       TX 78257
-------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001563415


Flores, Sal H.                         Unknown
1745 S. Alma School Rd. #160
Mesa              AZ 85210
-----------------------------------------------------------------------------
001549128


Flores, Sam O.                         Unknown
2911 Centenary Blvd.
Shreveport        LA 71134
-----------------------------------------------------------------------------
000156118


Flores-Mcgill, Monica E.               Unknown
5011 Brookhollow
Sachse            TX 75048
-----------------------------------------------------------------------------
001581396


Florian, Sherry L.                     Unknown
175 Cambrian Way
Birmingham        AL 35242
-----------------------------------------------------------------------------
001503815


Flournoy, Dolores J.                   Unknown
8102 200Th Street S.W.
Edmonds           WA 98026
-----------------------------------------------------------------------------
001588365


Flowers, Agnes V                       Unknown
209 Sincere St.
Monroe            LA 71203
-----------------------------------------------------------------------------
001531425


Flowers, David W.                      Unknown
i3613 Ryan Road
Santa Fe          TX 77510
-----------------------------------------------------------------------------
001551517


Flowers, John H.                       Unknown
3500-B McCall Place
Atlanta           GA 30340
-----------------------------------------------------------------------------
000117234


Floyd Sr., Cecil French                Unknown
1304 Talledega Hwy.
Sylacauga         AL 35150
-----------------------------------------------------------------------------
```

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001552321


        Floyd, Amelia E.                        Unknown
        405 Maple Street
        Birmingham        AL 35206
-------------------------------------------------------------------------------------

        001576732


        Floyd, Amy L.                           Unknown
        1515 Washington Blvd.
        Huntington        WV 25701
-------------------------------------------------------------------------------------

        001492272


        Floyd, Ellen D                          Unknown
        340 Onyx Drive
        Oak Point         TX 75068
-------------------------------------------------------------------------------------

        000116607


        Floyd, Frenchie                         Unknown
        2022 Forest Glen Rd
        Sylacauga         AL 35150
-------------------------------------------------------------------------------------

        001589603


        Flukey, Connie D.                       Unknown
        2338 South Broadway
        Grand Junction    CO 81503
-------------------------------------------------------------------------------------

        001466057


        Flurschutz, Christine A.                Unknown
        99 Maple St
        Canisteo          NY 14823
-------------------------------------------------------------------------------------

        001595779


        Flynn, Thomas F.                        Unknown
        6202 Edlerberry Wine Ave.
        Las Vegas         NV 89122
-------------------------------------------------------------------------------------

        001519112


        Foege, Susan J.                         Unknown
        4075 Balley Castle Lane
        Duluth            GA 30097
-------------------------------------------------------------------------------------

        000124198


        Foley, Cathy                            Unknown
        2110 Roland Rue
        Pearland          TX 77581
-------------------------------------------------------------------------------------
```

```
JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE        Page: 463
                        Unsecured Creditors -- Sales Representatives


       Creditors Names and                    Total Amt
       Mailing Address/ Zip Code              of Claim


       001559679


       Foley, Despy S.                         Unknown
       4765 Settles Point Rd.
       Suwanne         GA 30024
-----------------------------------------------------------------------------
       000135005


       Foley, Robert J                         Unknown
       909 Evergreen
       Friendswood     TX 77546
-----------------------------------------------------------------------------
       001541863


       Follett, Richard E.                     Unknown
       11915 Adams Rd. S.
       Royal City      WA 99357
-----------------------------------------------------------------------------
       001602287


       Followill, Jerry                        Unknown
       7056 S. Commerce Park Drive
       Midvale         UT 84047
-----------------------------------------------------------------------------
       001539016


       Folsom, B. Kevin                        Unknown
       4609 Bayberry Ln.
       Garland         TX 75043
-----------------------------------------------------------------------------
       000117040


       Fong, Vivian W.                         Unknown
       1007 Cassandra Ave.
       Huntsville      AL 35802
-----------------------------------------------------------------------------
       001600613


       Fonner, Robert Jr.                      Unknown
       7760 Atlanta Street
       Hollywood       FL 33024
-----------------------------------------------------------------------------
       001590873


       Fonseca, Phillip M.                     Unknown
       5428 Avenue C.
       Bokeelia        FL 33922
-----------------------------------------------------------------------------
       001539665


       Fontaine, Robert B.                     Unknown
       716 North 33rd Street
       Nederland       TX 77627
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim
:
000131739


Fontana, Frank                          Unknown
607 East Olive Ave.
Turlock         CA 95380
------------------------------------------------------------------------

001539924


Fontenette, Suzette A.                  Unknown
126 Kirkwood Lane
Youngsville     LA 70592
------------------------------------------------------------------------

001500707


Fontenot, David S.                      Unknown
PO Box 150540
Jackson         MS 39210
------------------------------------------------------------------------

001482059


Fontenot, Delano                        Unknown
602 A Holier Road
Duson           LA 70529
------------------------------------------------------------------------

001525503


Fontenot, Kenneth                       Unknown
306 Dafney Dr.
Lafayette       LA 70503
------------------------------------------------------------------------

001521543


Fontenot, Max                           Unknown
408 East 6th Street
Crowley         LA 70526
------------------------------------------------------------------------

001588981


Forbes, Barbara A.                      Unknown
42804 Se 172Nd Place
North Bend      WA 98045
------------------------------------------------------------------------

000145991


Forbes, Lenise M.                       Unknown
8410 Interlochen
Nixa            MO 65714
------------------------------------------------------------------------

001574008


Forcier, Don                            Unknown
Hc-60 Box 203
Jena            LA 71342
------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001578061


Ford, Becky                            Unknown
10830 Stone Canyon #3441
Dallas            TX 75230
-----------------------------------------------------------------------------------
001463443


Ford, Darius L.                        Unknown
3414 East Mohawk Avenue
Tampa             FL 33610
-----------------------------------------------------------------------------------
001476198


Ford, Debra F.                         Unknown
317 Ave Of Oaks
Moncks Corner      SC 29461
-----------------------------------------------------------------------------------
001586617


Ford, Gail J.                          Unknown
2800 Lakeway Dr.
Bellingham         WA 98226
-----------------------------------------------------------------------------------
001568292


Ford, Gena B.                          Unknown
14020 Quivira
Shawnee            KS 66223
-----------------------------------------------------------------------------------
001548164


Ford, Lauren W.                        Unknown
Po Box 46
Mill Creek         IN 46365
-----------------------------------------------------------------------------------
001599717


Ford, Rodney                           Unknown
6543 Al Hwy 9
Anniston           AL
-----------------------------------------------------------------------------------
001548921


Ford, Sally A.                         Unknown
5030 Schwartz Lane
Sharpsville        PA 16150
-----------------------------------------------------------------------------------
001478258


Ford, Sara F.*                         Unknown
603 Mistic Dr.
Marstons Mills     MA 02648
-----------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE      Page 466
                    Unsecured Creditors -- Sales Representatives

```
Creditors Names and                  Total Amt
Mailing Address/ Zip Code            of Claim


001583169


Ford, Steven & Amy                   Unknown
4102 Grand Blvd.
Peoria          IL 61614
-------------------------------------------------------------------
001555450


Forden, Ronald K                     Unknown
2213 Treehouse Lane
Plano           TX 75023
-------------------------------------------------------------------
001609268


Fordham, Bonnie B.                   Unknown
235 Saterfield Rd.
West Monroe     LA 71292
-------------------------------------------------------------------
001597439


Forehand, Loretta J.                 Unknown
5318 Curtis Clark
Corpus Christi  TX 78411
-------------------------------------------------------------------
001594731


Forehand, Thomas J.                  Unknown
5318  Curtis Clark
Corpus Christi  TX 78411
-------------------------------------------------------------------
001523957


Foreman, Joyce R.                    Unknown
533 Foreman Road
Deatsville      AL 36022
-------------------------------------------------------------------
001575736


Foresman-Plumb, Gail                 Unknown
1320 Elk Lane
Bozeman         MT 59718
-------------------------------------------------------------------
001605016


Forest, Richard                      Unknown
4112 Bowser Ave Apt 102
Dallas          TX 75219
-------------------------------------------------------------------
001540526


Fornander, Tess J.                   Unknown
Box 760
Avoca           NE 68307
-------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code            of Claim


        001522911


        Forrest, David                       Unknown
        13018 Tall Timber
        College Station    TX 77845
---------------------------------------------------------------------------------
        001455591


        Forrest, Thomas S.                   Unknown
        P.O. Box 1735
        Warren          MI 48090
---------------------------------------------------------------------------------
        000152986


        Forsberg, Douglas L.                 Unknown
        1621 Goodstein
        Casper          WY 82601
---------------------------------------------------------------------------------
        000153029


        Forsberg, Robert W.                  Unknown
        1621 Goodstein
        Casper          WY 82601
---------------------------------------------------------------------------------
        001456697


        Forshee, Patrick                     Unknown
        2118 E. Palma Circle
        West Palm Beach    FL 33415
---------------------------------------------------------------------------------
        001486947


        Forshee, Paula                       Unknown
        832 Spring Dale Circle
        Palm Springs       FL 33461
---------------------------------------------------------------------------------
        001489764


        Forson, Angela M                     Unknown
        12006 NE 204th Place -B302
        Bothel          WA 98011
---------------------------------------------------------------------------------
        001560484


        Forster, David A.                    Unknown
        208 St. Martins Lane
        Smyrna          TN 37167
---------------------------------------------------------------------------------
        001538811


        Forster, Michelle L.                 Unknown
        16311 Jordan Way
        Arlington       WA 98223
---------------------------------------------------------------------------------
```

                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001554633


        Forsyth, Edward T.                     Unknown
        16323 W. 124Th
        Olathe          KS 66062
------------------------------------------------------------------------------

        001559937


        Forsythe, Gary E.                      Unknown
        Rt 1 Box 66 AA
        Orange Grove    TX 78372
------------------------------------------------------------------------------

        001506775


        Fort, Audra J                          Unknown
        11510 Bowen Road
        Roswell         GA 30075
------------------------------------------------------------------------------

        001553140


        Forte, Julie H.                        Unknown
        319 Julia Cir.
        Bonneau         SC 29431
------------------------------------------------------------------------------

        001603161


        Fortin, Lisa K.                        Unknown
        61290 Obernolte Rd.
        Bend            OR 97701
------------------------------------------------------------------------------

        001524203


        Fortner, Mary H.                       Unknown
        11984 Hwy 67 South
        Joppa           AL 35087
------------------------------------------------------------------------------

        001596334
        .

        Fortney, Rob                           Unknown
        131 Steeplechase Court
        Savannah        GA 31405
------------------------------------------------------------------------------

        001547138


        Forton, Marilyn                        Unknown
        5757 S. Dangl
        Fruitport       MI 49415
------------------------------------------------------------------------------

        001579806


        Fortson, Sherri N.                     Unknown
        778 N.W. 91 Ter
        Plantation      FL 33324
------------------------------------------------------------------------------

Case 98-02675-5-DMW   Doc 20   Filed 12/17/98   Entered 12/18/98 00:00:00   Page 519 of
JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE          1675
                                                                Page 469

                       Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001592801


        Fortuna Pension Fund Svcs.             Unknown
        4646 Hwy 6, South #205
        Sugar Land        TX 77478
-------------------------------------------------------------------------------

        001603241


        Fortuna, Tony                          Unknown
        3106 Riverbend Ave
        Eugene            OR 97408
-------------------------------------------------------------------------------

        001491479


        Forum, Erick                           Unknown
        Rt.1 Box 136
        Gully             MN 56646
-------------------------------------------------------------------------------

        000144483


        Fosberg, Donald E.                     Unknown
        1300 East 183
        Belton            MO 64012
-------------------------------------------------------------------------------

        000125548
          .

        Fosberg, Sheryl D.                     Unknown
        7914 Kevin Lane
        Belton            MO 64012
-------------------------------------------------------------------------------

        001549404


        Foshee, Christopher                    Unknown
        1220 Alford Ave
        Birmingham        AL 35226
-------------------------------------------------------------------------------

        001608027


        Fosler Patti S                         Unknown
        16554 162Nd Place Se
        Renton            WA 98058
-------------------------------------------------------------------------------

        001559180


        Fosnes, Maryjo                         Unknown
        1601 Pennsylvania Ne F4
        Albuquerque       NM 87109
-------------------------------------------------------------------------------

        001545261


        Foss, Dennis                           Unknown
        14654 Hwy 25 N.
        Rice              MN 56367
-------------------------------------------------------------------------------

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001603602


        Fossas, Kirk L                          Unknown
        1000 Hwy 395 A-124
        Hermiston        OR 97838
-----------------------------------------------------------------------------------
        001584814


        Foster II, Jim R.                       Unknown
        1912 J.J. Pearce
        Richardson       TX 75081
-----------------------------------------------------------------------------------
        001588099


        Foster Jr., Junius W.                   Unknown
        5497 Market Road
        Bellingham       WA 98226
-----------------------------------------------------------------------------------
        000123823


        Foster, Beverly                         Unknown
        1912 J.J. Pierce
        Ricardson        TX 75081
-----------------------------------------------------------------------------------
        000117122


        Foster, Charles S.                      Unknown
        2447 Barfield Fire Dept. Rd.
        Lineville        AL 36266
-----------------------------------------------------------------------------------
        001590805


        Foster, Evelyn M.                       Unknown
        6993 Petticote Ln.
        Blaine           WA 98230
-----------------------------------------------------------------------------------
        001555341


        Foster, Judy B.                         Unknown
        1607 N. 1st
        Haskell          TX 79521
-----------------------------------------------------------------------------------
        001584858


        Foster, Larry M.                        Unknown
        1366 Country Lane
        Bellingham       WA 98225
-----------------------------------------------------------------------------------
        001488732


        Foster, Lisa                            Unknown
        100 Riggins Ct.
        Folsom           CA 95630
-----------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

000116617

Foster, Paul D.                          Unknown
1755 Barfield Fire Dept. Road
Lineville       AL 36266
---

001602997

Foster, Rick                             Unknown
500 Mar Loop
Eugene          OR 97401
---

001580914

Foster, Robert A.                        Unknown
12911 Enchanted Dr
Cypress         TX 97429
---

001472730

Foster, Shari K.                         Unknown
61 Savage St.
Eudora          KS 66025
---

001517007

Foster, Susan J.                         Unknown
2028 Kinderton Manor
Duluth          GA 30097
---

001529473

Foster, Wilma L.                         Unknown
879 Laster Road
Huron           TN 38345
---

001538812

Foster, Yvonne                           Unknown
9801 Old Baymeadows Rd #74
Jacksonville    FL 32256
---

001595564

Fothergill, Mickey                       Unknown
809 S. East Street
Livingston      TX 77351
---

000110188

Fouche, Nancy E.                         Unknown
304 Curl Creek Road
Greenwood       SC 29649
---

Unsecured Creditors -- Sales Representatives


Creditors Names and                    Total Amt
Mailing Address/ Zip Code               of Claim


000132250


Foulks, Janie D.                        Unknown
1701 Pinewood Court N.W.
Huntsville        AL 35806
----------------------------------------------------------------------

000134609


Four Winds Enterprises                  Unknown
6301 S.W. Palatine #26
Portland          OR 97219
----------------------------------------------------------------------

001548822


Fournet, Rene J.                        Unknown
3105 Arlington St.
Jefferson         LA 70121
----------------------------------------------------------------------

001578982


Foust, Joshua C.                        Unknown
3415 Antflope Rd.
Joplin            MO 64804
----------------------------------------------------------------------

001519494


Foutz, Jan                              Unknown
4700 Sunrise Circle
Farmington        NM 87401
----------------------------------------------------------------------

001573775


Fowler, Adam E                          Unknown
Route 175
Campton           NH 03223
----------------------------------------------------------------------

001554076


Fowler, Crystal D.                      Unknown
904 W. Republic
Salina            KS 67401
----------------------------------------------------------------------

001563010


Fowler, Kathleen J.                     Unknown
299 West Julian St
San Jose          CA 95110
----------------------------------------------------------------------

001587371


Fowler, Phil                            Unknown
411 N. Main St.
Arab              AL 35016
----------------------------------------------------------------------

JCH7CLAIM2. 98/12/07                    INTERNATIONAL HERITAGE        Page: 473
                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code             of Claim


        001586731


        Fowler, Ronald L                      Unknown
        Post Office Box 521
        Simpsonville      SC 29681
--------------------------------------------------------------------------------

        001582558


        Fowler, Sally C.                      Unknown
        5453 Dogwood Lane
        Gainesville       GA 305070
--------------------------------------------------------------------------------

        001573619


        Fowler, Scotty                        Unknown
        31 Los Robles
        Arlington         TX 76006
--------------------------------------------------------------------------------

        001579822


        Fowler, Sherrylynn                    Unknown
        38 Stallion Road
        Edgewood          NM 87015
--------------------------------------------------------------------------------

        001579736


        Fowles, Jerry L.                      Unknown
        500 Whites Gap Rd Apt. 59
        Jacksonville      AL 36265
--------------------------------------------------------------------------------

        001582974


        Fox, Carolyn T.                       Unknown
        6909 Cherry Creek Drive
        Montgomery        AL 36117
--------------------------------------------------------------------------------

        001560495


        Fox, Charles Y                        Unknown
        Po Box 1077
        Veradale          WA 990371077
--------------------------------------------------------------------------------

        000107121


        Fox, Hazel P.                         Unknown
        3108 Kilkenny Avenue
        Greensboro        NC 27406
--------------------------------------------------------------------------------

        000108659


        Fox, Janet T.                         Unknown
        1960 Jasper Street
        Georgetown        SC 29440
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001602663


Fox, John F.                            Unknown
9651 N W 27Th St.
Coral Springs      FL 33065
---------------------------------------------------------------------
001551900
.

Fox, Larry A.                           Unknown
6212 Allegan Rd.
Vermontville       MI 49096
---------------------------------------------------------------------
001533349


Fox, Laura E.                           Unknown
305 Della Drive
St. Peters         MO 63376
---------------------------------------------------------------------
000159520


Fox, Lois A.                            Unknown
418 Meadowlark Place
Montevallo         AL 35115
---------------------------------------------------------------------
001607345


Foxworth Kathy S                        Unknown
4355 East End St.
Mullins            SC 29574
---------------------------------------------------------------------
001607029


Foy, Cheryle J.                         Unknown
116 Morris Mill Rd.
Griffin            GA 30223
---------------------------------------------------------------------
001568793


Frame, Crystal L.                       Unknown
4510 Lincoln Ave.
Vancouver          WA 98663
---------------------------------------------------------------------
001549167


Francis, (Butch) Ronald A.              Unknown
745 Connie Street
Mills              WY 82644
---------------------------------------------------------------------
000155327


Francis, Beatrice                       Unknown
1870 Nw 5 Pl
Miami              FL 33136
---------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE       Page: 475

Unsecured Creditors -- Sales Representatives


| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001603981


Francis, Karen C.                          Unknown
6702-A Chupp Road
Liphonia          GA 30058
------------------------------------------------------------------------

001597887


Francis, Mark K.                           Unknown
8715 White Peacock Way
Elk Grove          CA 95624
------------------------------------------------------------------------

001544915


Francis, Pam                               Unknown
P.O. Box 1016
Dripping Springs     TX 78620
------------------------------------------------------------------------

000153440


Francisco, Betty J.                        Unknown
P.O.Box 202330
Arlington          TX 76006
------------------------------------------------------------------------

001592297


Francisco, Larry M                         Unknown
26 Cedar Bend Circle
Lucas              TX 75002
------------------------------------------------------------------------

000103126


Francisco, Lauren A.                       Unknown
4449 Woodruff Court
Evans              GA 30809
------------------------------------------------------------------------

001587369


Francisco, Matt S                          Unknown
373 W Cedar St
Granby             MO 64844
------------------------------------------------------------------------

001606985


Francisco, Reba R                          Unknown
703 N Greenville
Allen              TX 75002
------------------------------------------------------------------------

000144347


Frank, Beverly L.                          Unknown
PO Box 1643
Guymon             OK 73942
------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001537816 | |
| Frank, Diane F.<br>6474 Meadow Rd.<br>Dallas          TX 75230 | Unknown |
| 000156078 | |
| Frank, Karen S<br>4539 East White Aster Street<br>Phoenix          AZ 85044 | Unknown |
| 001585979 | |
| Frank, Marcy<br>21 Egret Upper<br>Hilton Head Island  SC 29928 | Unknown |
| 001583621 | |
| Frank, Rose E.<br>P. O. Box 1083<br>Laconner          WA 98257 | Unknown |
| 001596294 | |
| Frank, Stephanie A.<br>2817 Trinity Oaks Dr., #240<br>Arlington          TX 76006 | Unknown |
| 001496494 | |
| Franke, Richard<br>5611 Bridgetown Road, #4<br>Cincinnati          OH 45248 | Unknown |
| 001457116 | |
| Franklin, Belinda G.<br>155 Ernie Benoit Road<br>Lake Charles      LA 70616 | Unknown |
| 001468970 | |
| Franklin, Cynthia<br>24042 Railroad Ave.<br>Plaquemine        LA 70764 | Unknown |
| 001602826 | |
| Franklin, Gregory D<br>1318 16Th St.<br>Lake Charles      LA 70601 | Unknown |

Unsecured Creditors -- Sales Representatives

Creditors Names and                        Total Amt
Mailing Address/ Zip Code                   of Claim

001592679

Franklin, Jim M.                            Unknown
RR2 Box 308
Galena          KS 66739
--------------------------------------------------------------------------------

001593038

Franklin, Kyle                              Unknown
Rural Route 2 Box 308
Galena          KS 66739
--------------------------------------------------------------------------------

001541228

Franklin, Nancy A.                          Unknown
418 W. Curtiss
Bozeman         MT 59715
--------------------------------------------------------------------------------

001535220

Franks, Jimmy                               Unknown
8764 Highway 146
Ruston          LA 71270
--------------------------------------------------------------------------------

001544375

Franks, Peggy K.                            Unknown
1718 Northgate Rd.
Bossier City    LA 71112
--------------------------------------------------------------------------------

000149178

Frantz, Matthew W.                          Unknown
458 Falls Ave W.
Twin Falls      ID 83301
--------------------------------------------------------------------------------

001562733

Franzese, Maria                             Unknown
9733 272Nd Place N.W. Apt 310
Stanwood        WA 98292
--------------------------------------------------------------------------------

001521721

Franzoy, Albert L.                          Unknown
1600 E. 63Rd
Odessa          TX 79762
--------------------------------------------------------------------------------

000151584

Fraser, Bernice C.                          Unknown
1558-B Hewatt Road
Lilburn         GA 30247
--------------------------------------------------------------------------------

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 000154332 | |
| Fraser, Jack W.<br>1101 West Greenough Dr.<br>Missoula        MT 59802 | Unknown |
| 001520549 | |
| Fraser, Mary C.<br>1256 Center St.<br>Port Townsend    WA 98368 | Unknown |
| 001490303 | |
| Frazee, Stephen M.<br>353 Leisure Ct.<br>Marietta        GA 30064 | Unknown |
| 001508076 | |
| Frazier, Carol Sue L.<br>1208 Orange Branch Rd<br>Charleston      SC 29407 | Unknown |
| 001526911 | |
| Frazier, Charlene (Rene)<br>12412 Monterey Rd.<br>Collierville    TN 38017 | Unknown |
| 001464088 | |
| Frazier, Frank N.<br>402 North Homer<br>Ruston          LA 71270 | Unknown |
| 000149648 | |
| Frazier, Jaimie L.<br>704 E. Cambridge<br>Springfield     MO 65807 | Unknown |
| 001573412 | |
| Frazier, Jennifer<br>410 Boatner Drive<br>Columbia        LA 71418 | Unknown |
| 000115451 | |
| Frazier, John C.<br>5531 Riverstone Dr.<br>Baton Rouge     LA 70820 | Unknown |

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001529404 | |
| Frazier, Jon<br>1203 Kenoyer Drive<br>Bellingham    WA 98226 | Unknown |
| 001565516 | |
| Frazier, Jon D.<br>3457 Mc Alpine Rd.<br>Bellingham    WA 98225 | Unknown |
| 000107486 | |
| Frazier, Nancy<br>5531 Riverstone Dr.<br>Baton Rouge    LA 70820 | Unknown |
| 001559395 | |
| Freas, Gertrude<br>203 N. Buckingham Lane<br>N. Wales    PA 19454 | Unknown |
| 001598403 | |
| Fred D. Sloan<br>1000 Highway 395 #A-124<br>Hermiston    OR 97838 | Unknown |
| 000156761 | |
| Frede, Sheree H.<br>3901 Nasa Rdi<br>Seabrook    TX 77586 | Unknown |
| 001593316 | |
| Frederick Douglas R<br>3641 E 19th<br>Anchorage    AK 99508 | Unknown |
| 001520353 | |
| Frederick, Elizabeth<br>6405 Shady Oaks<br>Plano    TX 75093 | Unknown |
| 001599061 | |
| Frederick, Gary A.<br>5401 Riverton<br>Anchorage    AK 99516 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001609648 | |
| Fredrickson, Justin D<br>648 Polk<br>Twin Falls        ID 83301 | Unknown |
| 001562002 | |
| Free, Donald<br>721 N. Sunset St.<br>Olathe           KS 66061 | Unknown |
| 001586795 | |
| Freede, Linda J.<br>19 Sky Terrace Place<br>The Woodlands     TX 77381 | Unknown |
| 001505460 | |
| Freedman, Debra A<br>2911 Vimy Ridge<br>Joliet           IL 60435 | Unknown |
| 000150830 | |
| Freedman, Sidney J.<br>2911 Vimy Ridge<br>Joliet           IL 60435 | Unknown |
| 001534725 | |
| Freeman, Barney B.<br>10 Lakeside Drive<br>Little Rock      AR 72204 | Unknown |
| 001604267 | |
| Freeman, Jennifer<br>79145 Camino Rosada<br>La Quinta        CA 92253 | Unknown |
| 000120596 | |
| Freeman, Jimmie C.<br>1401 Mckeen Place #106<br>Monroe           LA 71201 | Unknown |
| 001591133 | |
| Freeman, Mark W.<br>RD 4 Box 27 A<br>Derry            PA 15627 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|

001595868

Freeman, Ray G.                         Unknown
6283 161St Road
Live Oak          FL 32060
------------------------------------------------------------------------

000125637

Freeman, Robert L.                      Unknown
14513 W. 90th Court
Lenexa            KS 66215
------------------------------------------------------------------------

000151246

Freeman, Samuel F.                      Unknown
1339 S Pickwick
Springfield       MO 65804
------------------------------------------------------------------------

001576250

Freitag, Paula S.                       Unknown
1200 Bend Of The Bosque
China Springs     TX 76633
------------------------------------------------------------------------

000113944

French, C. DIXIE                        Unknown
17530 Nalle Lee
North Ft.Myers    FL 33917
------------------------------------------------------------------------

001581745

French, Diann H.                        Unknown
1619 N. Farr Road
Spokane           WA 99206
------------------------------------------------------------------------

001515573

French, Gaye                            Unknown
4007 Spring Forest Dr.
Pearland          TX 77584
------------------------------------------------------------------------

001494537

French, Holly                           Unknown
1330 Springdale Drive
Jacksons          MS 39211
------------------------------------------------------------------------

001494562

French, Jodie                           Unknown
1316 Capstan
Allen             TX 75013
------------------------------------------------------------------------

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000114043 | |
| French, John E.<br>1505 Jefferson Ave<br>Ft. Myers      FL 33901 | Unknown |
| 001489287 | |
| French, Lena F.<br>614 N. Clark Rd.<br>Duncanville     TX 75116 | Unknown |
| 001467131 | |
| Frens, Mary H.<br>W2107 East River Rd.<br>Berlin       WI 54923 | Unknown |
| 000159118 | |
| Frettoloso, Richard A.<br>1613 Wilton Drive<br>Greensboro    NC 27408 | Unknown |
| 001493551 | |
| Frey, Sheri<br>3906 Whooping Crane Circle<br>Virginia Beach   VA 23455 | Unknown |
| 001591079 | |
| Fried, Gary J.<br>836 Terry Ave.<br>Billings      MT 59101 | Unknown |
| 001604617 | |
| Friedman, Michael<br>736 Berry Ct.<br>West Hempstead   NY 11552 | Unknown |
| 001565095 | |
| Friedman, Robert D.<br>2558 SW Barbara Ave<br>Palm City     FL 34990 | Unknown |
| 001575750 | |
| Friedman, Steve L.<br>4129 Sw Dakota<br>Portland      OR 97221 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001592955

Friend II Randall E          Unknown
522 W 2nd
Webb City        MO 64870
--------------------------------------------------------------------------

001555693

Friend, Laci D.          Unknown
945 South West 11th Rd.
Burkington       KS 66839
--------------------------------------------------------------------------

001597274

Frieze, David L.          Unknown
1426 E. Wheatridge
Springfield      MO 65803
--------------------------------------------------------------------------

001534353

Frigiola, Yelka M.          Unknown
34 Main St. Apt 2 Front
Millburn         NJ 07041
--------------------------------------------------------------------------

001562929

Frintner, William G.          Unknown
18 Diana Hills Rd.
Anniston         AL 36207
--------------------------------------------------------------------------

001584205

Fritch, Angela G.          Unknown
690 Atalanta Wy #J202
Oak Harbor       WA 98277
--------------------------------------------------------------------------

001535071

Frith, Linda H.          Unknown
Route 1 Box 72-C
Sondheimer       LA 71276
--------------------------------------------------------------------------

001585755

Fritsch, Joshua M.          Unknown
1045 Old Samish Rd.
Bellington       WA 98226
--------------------------------------------------------------------------

001552699

Fritts, Courtney R.          Unknown
510 Golfview Drive
Peachtree City   GA 30269
--------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001610283 | |
| Fritts, William<br>9090 NE 131st PL<br>Kirkland       WA 98034 | Unknown |
| 001584291 | |
| Fritz, Kathryne N.<br>18509 Linwood Road<br>Linwood       KS 66052 | Unknown |
| 001560191 | |
| Fritz, Mandy K.<br>2711 Springdale Apt. 210<br>Pittsburg       KS 66762 | Unknown |
| 001560069 | |
| Fritz, Randall J<br>18509 Linwood Road<br>Linwood       KS 66052 | Unknown |
| 001540892 | |
| Froman, Billy M.<br>1112 3rd ST W.<br>Roundup       MT 59072 | Unknown |
| 000147829 | |
| Froning, Rebecca A.<br>4610 Cedar Brooke Lane<br>Rogers       AR 72758 | Unknown |
| 001518404 | |
| Frontiers International<br>5322 Kingsmill Rd.<br>Friendswood       TX 77546 | Unknown |
| 001589509 | |
| Frost Raymond L.<br>10512 Bond<br>Overland Park       KS 66214 | Unknown |
| 000126333 | |
| Frost, David E.<br>2364 W. Pleasant Hill<br>Salina       KS 67401 | Unknown |

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001547105 | |
| Frost, Jennifer L.<br>10774-C Riderwood Terr.<br>Santee            CA 92071 | Unknown |
| 001599800 | |
| Fruia, Dwayne<br>6758 Goswell Ct<br>Germantown        TN 38138 | Unknown |
| 001522909 | |
| Fry, Barbara L.<br>215 North Angelina<br>Henrietta        TX 76365 | Unknown |
| 001605156 | |
| Fry, Joanne M.<br>4321 W Hood #F-19<br>Kennewick        WA 99336 | Unknown |
| 001559477 | |
| Frye, Helen E.<br>2508 McKINLEY<br>Kansas City       MO 64129 | Unknown |
| 001592992 | |
| Frye, Roberta J<br>1505 N Division<br>Pontiac          IL 61764 | Unknown |
| 001524615 | |
| Frye, Roberta J.*<br>5424 Reading<br>East Chicago      IN 46312 | Unknown |
| 000147083 | |
| Fu, Xuguang<br>225 West 36 Street 3 Fl<br>New York          NY 10018 | Unknown |
| 001535051 | |
| Fu, Yu-Wen<br>42-22 Union St. #5C<br>Flushing          NY 11355 | Unknown |

INTERNATIONAL HERITAGE              Page 486

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001606291

Pudickar, Margaret B.                          Unknown
Po Box 471
Ferriday          LA 71334
--------------------------------------------------------------------------------

000124608

Fuentes, Bobby A.                              Unknown
1788 W. Alamosa Drive
Terrell           TX 75160
--------------------------------------------------------------------------------

000123300

Fuentes, James R.                              Unknown
P.O. Box 1334
Red Oak           TX 75154
--------------------------------------------------------------------------------

001590705

Fulcher, Christine A.                          Unknown
4626 Captain Carter Circle
Chesapeake        VA 23321
--------------------------------------------------------------------------------

000147781

Fulk Jr., Carlton E.                           Unknown
Rt.1 Box 191 Quaker Road
Siloam            NC 27047
--------------------------------------------------------------------------------

001608206

Fulkerson, Ruth A.                             Unknown
1100 Longley
Harrisburg        IL 62946
--------------------------------------------------------------------------------

001606614

Fulkerson, Scott                               Unknown
33318 29Th Pl S.W.
Federal Way       WA 98023
--------------------------------------------------------------------------------

001484335

Fuller, Angelia M.                             Unknown
2107 Antibes
Carrollton        TX 75006
--------------------------------------------------------------------------------

001538347

Fuller, Georgia A.                             Unknown
415 Moody Rd.
Ruston            LA 71270
--------------------------------------------------------------------------------

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001559304

| Fuller, Patricia A. | Unknown |
| 10429 Epping Lane | |
| Dallas          TX 75229 | |

-------------------------------------------------------------------------------

000138683

| Fuller, Rhonda J. | Unknown |
| 1000 Winchester Lane | |
| Mesquite        TX 75181 | |

-------------------------------------------------------------------------------

001547283

| Fuller, Richard A. | Unknown |
| 1800 North East 10Th Street 65 | |
| Hermiston       OR 97838 | |

-------------------------------------------------------------------------------

001567019

| Fuller, Robert | Unknown |
| 1317 Evergreen Street | |
| West Monroe     LA 71292 | |

-------------------------------------------------------------------------------

001544716

| Fuller, Susan S. | Unknown |
| 6005 State Bridge Rd Apt 1428 | |
| Duluth          GA 30097 | |

-------------------------------------------------------------------------------

001518840

| Fuller, Timothy J. | Unknown |
| 14929 Ash Way | |
| Lynnwood        WA 98037 | |

-------------------------------------------------------------------------------

001550836

| Fullmer, Opal | Unknown |
| 9547 West 3Rd Street | |
| Dayton          OH 45427 | |

-------------------------------------------------------------------------------

001603032

| Fulmer, Timothy D. | Unknown |
| 1077 Highway 98 E. | |
| Destin          FL 32540 | |

-------------------------------------------------------------------------------

001588654

| Fultz, Josh M. | Unknown |
| 226 Hillside Dr. | |
| Navasota        TX 77868 | |

-------------------------------------------------------------------------------

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001591955 | |
| Fultz, Linda A.<br>P.O. Box 1770<br>Sultan        WA 98294 | Unknown |
| 001595774 | |
| Funderburg, John W.<br>P.O. Box 584<br>Monticello      AR 71655 | Unknown |
| 001593482 | |
| Funderburg, Murry A<br>Route 2 Box 2295<br>Palsetine      TX 75801 | Unknown |
| 001527438 | |
| Funderburk,  Patrick B.<br>3219 Bagnal Dr.<br>Columbia      SC 29204 | Unknown |
| 000111983 | |
| Funderburk, Dwight E.<br>P.O. Box 3304<br>Greenwood      SC 29648 | Unknown |
| 000163203 | |
| Fuqua, Darrell C.<br>302 Barnie Rush Road<br>Deville      LA 71328 | Unknown |
| 001556074 | |
| Fuqua, Deanna K.<br>6923 Hearthside Drive<br>Sugarland      TX 77479 | Unknown |
| 001588729 | |
| Fuqua, Inez<br>Route 4 Box 12<br>Navasota      TX 77868 | Unknown |
| 001586763 | |
| Fuqua, Tobey E.<br>5478 County Road 73<br>Robstown      TX 78380 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 000149638 | |
| Furlong, Sharon N.<br>P.O. Box 441<br>Jasper          MO 64755 | Unknown |
| 001526535 | |
| Furneaux, Kim L.<br>338 Lionshead Road<br>Fayetteville     NC 28311 | Unknown |
| 001469045 | |
| Furness, Marsha H<br>30 Pheasant Ct<br>North Augusta     SC 29841 | Unknown |
| 001490699 | |
| Furr, Tommie<br>409 North 7Th Street<br>Albemarle     NC 28001 | Unknown |
| 001549234 | |
| Furuya, Gary S.<br>3319 Paxton Ave<br>Tampa          FL 33611 | Unknown |
| 001545570 | |
| Furuya, Linda L.<br>3319 Paxton Ave.<br>Tampa          FL 33611 | Unknown |
| 001528780 | |
| Fussell, Rhonda R.<br>4932 Deer Walk Avenue<br>Charlotte     NC 28270 | Unknown |
| 001563453 | |
| Futch, Thomas N.<br>1425 S.E. Elm St.<br>High Springs     FL 32643 | Unknown |
| 001557022 | |
| G P D Ventures, Inc.<br>1716 Needle Palm Dr.<br>Edgewater     FL 32132 | Unknown |

Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001548629


G T M International                     Unknown
1708 Anderson Rd
Mt Vernon        WA 98273
-----------------------------------------------------------------------------

000133339


G V H Inc                               Unknown
36 Mayfair Dr.
Bella Vista      AR 72715
-----------------------------------------------------------------------------

001462929


GACHES, Jenny Y.                        Unknown
638 Royal Glen Ct.
San Jose         CA 95133
-----------------------------------------------------------------------------

000120886


Gaar, Lottie S.                         Unknown
202 Hartford Place
West Monroe      LA 71291
-----------------------------------------------------------------------------

001514419


Gabaldon, Troy A.                       Unknown
1358 S. Country Glen Way
Anaheim          CA 92808
-----------------------------------------------------------------------------

001540086


Gablehouse, Patricia E.                 Unknown
832 E. Livingston Bay
Camano           WA 98292
-----------------------------------------------------------------------------

001574136


Gadberry, Tammy S.                      Unknown
705 Morrow St.
Pontiac          IL 61764
-----------------------------------------------------------------------------

000107357


Gadd, Roger D.                          Unknown
567 Gatsby Place
Concord          NC 28027
-----------------------------------------------------------------------------

001504469


Gaddis, Jacqueline E.                   Unknown
339 Linda Lane
Montgomery       AL 36108
-----------------------------------------------------------------------------

Creditors Names and                          Total Amt
Mailing Address/ Zip Code                    of Claim


001509258


Gafford, J. Larry                            Unknown
4224 Carmichael Road
Montgomery          AL 36106
----------------------------------------------------------------------------------

001489635


Gagnier, Steve J                             Unknown
307 Jupiter Hill Drive
Duluth              GA 30155
----------------------------------------------------------------------------------

001532036


Gahagan, Christopher S.                      Unknown
1835 Knollbrook
Lees Summit         MD 64086
----------------------------------------------------------------------------------

000155782


Gainer, Robert M                             Unknown
251 Tidewater Circle
Pawleys Island      SC 29585
----------------------------------------------------------------------------------

000133969


Gaines, Constance H.                         Unknown
1528 Lusk Street
Guntersville        AL 35976
----------------------------------------------------------------------------------

001507869


Gaines, June V                               Unknown
7812 Rollen Road
Knoxville           TN 37920
----------------------------------------------------------------------------------

001484960


Gainous, Hershal                             Unknown
743 Mizpah Road
Whigham             GA 31797
----------------------------------------------------------------------------------

001571820


Gaito, Troy R.                               Unknown
1912 Barrengton Dr. West
Clearwater          FL 33763
----------------------------------------------------------------------------------

001528433


Galaska, Robert G. & Mary Lou                Unknown
600 Cypress Crossing
Wellington          FL 33414
----------------------------------------------------------------------------------

```
         Creditors Names and                    Total Amt
         Mailing Address/ Zip Code               of Claim


         001481134


         Galbraith, Hugh                         Unknown
         941 Alderwood Lane
         Sedro Woolley      WA 98284
--------------------------------------------------------------------------------
         001589254


         Galigher, Beth A.                       Unknown
         86890 East Lane
         Scio               OH 43988
--------------------------------------------------------------------------------
         001480307


         Gall, Archibald                         Unknown
         5349 Belleville Road
         West Palm Beach    FL 33417
--------------------------------------------------------------------------------
         001588650


         Gallant, Larry                          Unknown
         19 Foxhollow
         Irvine             CA 92614
--------------------------------------------------------------------------------
         001587021


         Gallegos, Mark B.                        Unknown
         339 Alderson Ave
         Billings           MT 59101
--------------------------------------------------------------------------------
         001586142


         Gallery, Robert J.                       Unknown
         2403 Quail Hollow Dr.
         Bryan              TX 77802
--------------------------------------------------------------------------------
         001604967


         Galliano, Joann C.                       Unknown
         40432 Via Sienna
         Murrieta           CA 92591
--------------------------------------------------------------------------------
         001605726


         Gallippo, Charlene K                     Unknown
         524 South Street
         Grass Lake         MI 49240
--------------------------------------------------------------------------------
         001611862


         Gallo, Susan L.                          Unknown
         222 Eagan St Apt #2
         Walla Walla        WA 99362
--------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATTIONAL HERITAGE              Page: 493

                         Unsecured Creditors -- Sales Representatives


        Creditors Names and                          Total Amt
        Mailing Address/ Zip Code                    of Claim


        001587632


        Gallop, Inc. Corp.                            Unknown
        5816 Carriage Lane
        Greensboro          NC 27410
--------------------------------------------------------------------------------
        000106651


        Gallop, Karen                                 Unknown
        5813 Carriage Ln.
        Greensboro          NC 27410
--------------------------------------------------------------------------------
        000105485


        Gallop, Tracey M.                             Unknown
        5813 Carriage Lane
        Greensboro          NC 27410
--------------------------------------------------------------------------------
        000142349


        Galloway, Floyd E.                            Unknown
        1006 15Th Street
        Abernathy           TX 79311
--------------------------------------------------------------------------------
        000106725


        Galloway, Johna L.                            Unknown
        1410 St. Pauls Church Road
        Salisbury           NC 28146
--------------------------------------------------------------------------------
        000142297


        Galloway, LaRita L.                           Unknown
        5925 16th
        Lubbock             TX 79416
--------------------------------------------------------------------------------
        000152838


        Galloway, Lorin E.                            Unknown
        12819 Sagamore Rd.
        Leawood             KS 66209
--------------------------------------------------------------------------------
        000103906


        Galloway, Mary J.                             Unknown
        12819 Sagamore Road
        Leawood             KS 66209
--------------------------------------------------------------------------------
        001540100


        Galloway, Patricia A.                         Unknown
        841 Valleyview
        Robstown            TX 78380
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE        Page: 494

Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code               of Claim


001520667


Galloway, Toni B.                       Unknown
4610 Bethlehem Dr.
Corpus Christi      TX 78413
------------------------------------------------------------------------------------
001599621


Gallwas, Marilyn                        Unknown
3463 Castle Glen Drive #2-Q
San Diego           CA 92123
------------------------------------------------------------------------------------
001564759


Galvan, Maria M.                        Unknown
16826 Selder
Friendswood         TX 77546
------------------------------------------------------------------------------------
001606997


Gambaro, Erica R.                       Unknown
24308 Andrea St.
Laguna Hills        CA 92656
------------------------------------------------------------------------------------
001603947


Gambee, Dianna L                        Unknown
115 Shoalford Dr
Huntsville          AL 35806
------------------------------------------------------------------------------------
001557777


Gambrell, Dallas D.                     Unknown
3230 Mt Gilead Rd
Jacksonville        AL 36265
------------------------------------------------------------------------------------
001594783


Gameday Inc                             Unknown
1174 Oar Haven Rd
Knoxville           TN 37932
------------------------------------------------------------------------------------
001549033


Games, Traci M.                         Unknown
202 Zinnia Drive
Killeen             TX 76542
------------------------------------------------------------------------------------
000157670


Gammage, Diane K.                       Unknown
3434 Sycamore Shadows
Kingwood            TX 77339
------------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                     INTERNATIONAL HERITAGE        Page 495
                            Unsecured Creditors -- Sales Representatives


        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001600941


        Gammill, Tom G.                          Unknown
        3778 North Broadway
        Springfield        MO 65803
-------------------------------------------------------------------------------
        001539171


        Gammon, Wayne S.                         Unknown
        6835-A Glenlake Pky.
        Atlanta            GA 30328
-------------------------------------------------------------------------------
        001590740


        Gandiaga, Carol P.                       Unknown
        3599 N 600 E
        Castleford         ID 83321
-------------------------------------------------------------------------------
        001576782


        Gandy, Gage G.                           Unknown
        7150 Vassar
        College Station    TX 77840
-------------------------------------------------------------------------------
        001455527


        Gandy, Jim B.                            Unknown
        420 Cobb
        Many               LA 71449
-------------------------------------------------------------------------------
        000119371


        Gandy, Mamie                             Unknown
        97 Elmer Road
        Elmer              LA 71424
-------------------------------------------------------------------------------
        001602586


        Gannaway, Teresa M.                      Unknown
        805 Peachtree Lane
        Garland            TX 75041
-------------------------------------------------------------------------------
        001496733


        Gant, Deborah L                          Unknown
        2102 Limrick
        Pearland           TX 77581
-------------------------------------------------------------------------------
        001590820


        Gant, Stephanie S.                       Unknown
        Rt. 1, Barnes Rd.
        Athens             LA 71003
-------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page 496
                         Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim

        001570144

        Gao, Shi                                Unknown
        94-29 75 St.2Fl
        OzonePark          NY 11416
--------------------------------------------------------------------------------
        001554542

        Gao, Shu Fong                           Unknown
        143-43 41 Ave. 7K
        Flushing           NY 11355
--------------------------------------------------------------------------------
        001588006

        Gao, Xiang                              Unknown
        3503 Johnson Avenue
        Riverdale          NY 10463
--------------------------------------------------------------------------------
        001559295

        Gao, Yanqing                            Unknown
        136-05 Sanford Ave Apt 4-K
        Flushing           NY 11355
--------------------------------------------------------------------------------
        001538971

        Gao, Yong                               Unknown
        2211 Hacienda Blvd. #214
        Hacienda Heights   CA 91745
--------------------------------------------------------------------------------
        001565486

        Garbs, Allen D.                         Unknown
        1801A Cheryl Dr
        Caldwell           TX 77836
--------------------------------------------------------------------------------
        001555622

        Garcia III., Manuel                     Unknown
        143355 Cornerstone Vill. #1309
        Houston            TX 77014
--------------------------------------------------------------------------------
        001573382

        Garcia Jr., Jesse                       Unknown
        14617 Sweetwater
        Corpus Christi     TX 78410
--------------------------------------------------------------------------------
        001609360

        Garcia, Alicia A.                       Unknown
        11813 W 68Th
        Odessa             TX 79764
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE            Page: 497
                        Unsecured Creditors -- Sales Representatives

        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code            of Claim


        001531054


        Garcia, Celia                        Unknown
        121 East Mc Kinley
        Harlingen          TX 78550
-------------------------------------------------------------------------------
        001536067


        Garcia, Ernest F.                    Unknown
        4439 Hillcrest N.W.
        Albuquerque        NM 87120
-------------------------------------------------------------------------------
        001590633


        Garcia, F. Jaime                     Unknown
        8937 E. Florian Ave.
        Mesa               AZ 85208
-------------------------------------------------------------------------------
        001518312


        Garcia, Herlinda R.                  Unknown
        223 SO. 315th Pl.
        Federal Way        WA 98003
-------------------------------------------------------------------------------
        000148357


        Garcia, Judith                       Unknown
        Rt 2 Box 274
        Lyford             TX 78569
-------------------------------------------------------------------------------
        001607942


        Garcia, Lauren                       Unknown
        1204 Camino Cruz Blanca
        Santa Fe           NM 87501
-------------------------------------------------------------------------------
        000143696


        Garcia, Melissa M.                   Unknown
        4210 Valley Circle
        Corpus Christi     TX 78413
-------------------------------------------------------------------------------
        001524234


        Garcia, Pamela                       Unknown
        3706 Aztec
        Albuquerque        NM 87110
-------------------------------------------------------------------------------
        001558511


        Garcia, Parker A.                    Unknown
        16711 Barcelona
        Friendswood        TX 77546
-------------------------------------------------------------------------------

INTERNATIONAL HERITAGE
Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001482150 | |
| Garcia, Raul<br>21 Acacia Drive<br>Brownsville          TX 78520 | Unknown |
| 001602225 | |
| Garcia, Saundra A.<br>455 Pintail<br>San Benito          TX 78586 | Unknown |
| 001561868 | |
| Gardiner, Laura E.<br>14332 Montfort Dr. 15404<br>Dallas          TX 75240 | Unknown |
| 001500945 | |
| Gardiner, Terry<br>207 Halcott<br>Lafayette          LA 70503 | Unknown |
| 001581165 | |
| Gardner, Amber M.*<br>331 Co. Rd. 1498<br>Tupelo          MS 38801 | Unknown |
| 001581166 | |
| Gardner, Daniel (Lee) L. II<br>105A Woodstone Place<br>Clinton          MS 39056 | Unknown |
| 001527360 | |
| Gardner, Delores J<br>71650 Sharon Rd<br>Bridgeport          OH 43912 | Unknown |
| 001604994 | |
| Gardner, Diana M.<br>1510 - B Whilden Place<br>Greensboro          NC 27408 | Unknown |
| 001580375 | |
| Gardner, Elaine A.<br>4220 Arkansas<br>Kenner          LA 70065 | Unknown |

Unsecured Creditors -- Sales Representatives

Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001569474


Gardner, Gary A.                        Unknown
1818 Day St.
Oxford          AL 36203
------------------------------------------------------------------------

001609196


Gardner, Janice K.                      Unknown
18993 K. 68 Hwy.
Paola           KS 66071
------------------------------------------------------------------------

001576989


Gardner, Londa C.                       Unknown
331 County Road 1498
Tupelo          MS 38801
------------------------------------------------------------------------

001542438


Garfield, Janet M.                      Unknown
19140 Tanglewood Dr.
North Royalton   OH 44133
------------------------------------------------------------------------

001544972


Garfield, Timothy D                     Unknown
3557 Northcliffe
Cleveland Heights   OH 44118
------------------------------------------------------------------------

000136044


Garges, Pamela, K.                      Unknown
14606 Dallas Parkway, Apt 1025
Dallas          TX  75240
------------------------------------------------------------------------

001608037


Garibay Tricia A.                       Unknown
2010 Crater Lake Ave Apt D
Medford         OR 97504
------------------------------------------------------------------------

001478542


Garland, James M.                       Unknown
6309 Federal Hwy #80
Rayville        LA 71269
------------------------------------------------------------------------

001535549


Garner, Charles J.                      Unknown
111 Brandawyne Dr.
Clinton         TN 37716
------------------------------------------------------------------------

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001578013


        Garner, Deborah S.                      Unknown
        5004 Streamview Ct.
        Woodstock         GA 30189
-----------------------------------------------------------------------------
        001570725


        Garner, Delores                         Unknown
        118 N Airport Way
        Mattawa           WA 99349
-----------------------------------------------------------------------------
        001588667


        Garner, Dixie M.                        Unknown
        119 Samantha Rd.
        Huntsville        AL 35806
-----------------------------------------------------------------------------
        001563828


        Garner, Eddie E.                        Unknown
        800 George Wallace Blvd.
        Muscle Shoals     AL 35662
-----------------------------------------------------------------------------
        001590413


        Garner, James H.                        Unknown
        4335 S.E. 35 Street
        Columbus          KS 66725
-----------------------------------------------------------------------------
        001591374


        Garner, Kevin                           Unknown
        28 Live Oak Lane
        Hickory Creek     TX 75065
-----------------------------------------------------------------------------
        000144597


        Garner, Michael D.                      Unknown
        4006 Sassafras Ct.
        Greensboro        NC 27410
-----------------------------------------------------------------------------
        001526664


        Garner, Mike L.                         Unknown
        53 Pleasant Street
        Rockland          MA 02370
-----------------------------------------------------------------------------
        001567135


        Garner, Natalie J.                      Unknown
        271 Camp Rd.
        W. Monroe         LA 71291
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

000108344

Garnett, Shannon J                      Unknown
102 Collingwood Street
Charleston        SC 29407
------------------------------------------------------------------------

001614463

Garrett Tina L.                         Unknown
1630 Elm Street
Grand Junction    CO 81501
------------------------------------------------------------------------

001502469

Garrett, Bill E                         Unknown
1624 Hwy 40
Lawrence          KS 66044
------------------------------------------------------------------------

000144495

Garrett, Bill L.                        Unknown
Rt 2 Box 92A-1
Point             TX 75472
------------------------------------------------------------------------

001559187

Garrett, Joe                            Unknown
3636 South Alamada Suite D
Corpus Cristy     TX 78411
------------------------------------------------------------------------

000119268

Garrett, Relani S.                      Unknown
645 Country Road
Jonesboro         LA 71251
------------------------------------------------------------------------

001471888

Garrett, Teresa G.                      Unknown
2211 Ashwood Ct.
Carrollton        TX 75006
------------------------------------------------------------------------

001600093

Garrigues, Ann L.                       Unknown
322 Greens Cove #104
Lowell            AR 72745
------------------------------------------------------------------------

001549672

Garrison, Donald L.                     Unknown
1150 Aclken Avenue
Nashville         TN 37203
------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001575223 | |
| Garrison, James M.<br>13832 Sandra Lane<br>Crestwood       IL 60445 | Unknown |
| 001547081 | |
| Garrison, Leta M.<br>9308 Antioch Rd.<br>Overland Park    KS 66212 | Unknown |
| 001591975 | |
| Garrison, Ryan D.<br>227705 E Lechelt<br>Kennewick        WA 99337 | Unknown |
| 000162869 | |
| Garrison, Sandra<br>621 Cooks Bridge Rd.<br>Fountain Inn     SC 29644 | Unknown |
| 001571618 | |
| Garrison, Shirley S.<br>227705 E. Lechelt<br>Kennewick        WA 99337 | Unknown |
| 001598063 | |
| Garro, Susan A.<br>22 Short St.<br>Charleston       SC 29401 | Unknown |
| 001541086 | |
| Garson, Mary J.<br>10122 Wayward Wind<br>Houston          TX 77064 | Unknown |
| 001577207 | |
| Garthwaite, Carolyn J.<br>1988 W. Madrona Way<br>Coupeville       WA 98239 | Unknown |
| 001607326 | |
| Gartrell, Virginia M<br>7345 W. Church Rd<br>Walls            MS 38680 | Unknown |

                     Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001576004


        Garvey, Douglas K                       Unknown
        1537 N.E. 110Th Street
        Miami          FL 331616
---------------------------------------------------------------------------------

        001577377


        Garvin, Devin J.                        Unknown
        1335 East 8th
        Casper         WY 82601
---------------------------------------------------------------------------------

        001555909


        Gary, Henry H.                          Unknown
        750 Kelly Lane
        Missoula       MT 59804
---------------------------------------------------------------------------------

        001572639


        Garza Jr., Luciano                      Unknown
        1515 Wickersham Lane #1533
        Austin         TX 78741
---------------------------------------------------------------------------------

        000149827


        Garza, Adela G.                         Unknown
        3150 International Blvd.
        Brownsville    TX 78521
---------------------------------------------------------------------------------

        001592787


        Garza, Andrea T.                        Unknown
        1302 S. Cypress
        Pharr          TX 78577
---------------------------------------------------------------------------------

        001537421


        Garza, Carmen M.                        Unknown
        2934 Riverbend
        Corpus Christi TX 78415
---------------------------------------------------------------------------------

        000142613


        Garza, Jr. Lupe                         Unknown
        9227 Big Bethel
        San Antonio    TX 78240
---------------------------------------------------------------------------------

        001507113


        Garza, Juan O.                          Unknown
        98 Willow Lane
        Mount Vernon   WA 98273
---------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE
                      Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001497986

        :
        Garza, Patricia Elaine               Unknown
        3150 International
        Brownsville      TX 78521
------------------------------------------------------------------------
        001589536


        Gaskill, James F                     Unknown
        1663 W Co Road 800 N
        Brazil           IN 47834
------------------------------------------------------------------------
        001579908


        Gaskin, Frances E.                   Unknown
        1207 Venetian Way
        Panama City      FL 32405
------------------------------------------------------------------------
        001542994


        Gaskins, Sharon L.                   Unknown
        840 Marymac St.
        Live Oak         FL 32060
------------------------------------------------------------------------
        001475075


        Gassaway, Jeff R.                    Unknown
        3801 W. 42Nd
        Kennewick        WA 99337
------------------------------------------------------------------------
        001595396


        Gasser Loyd L                        Unknown
        2303 East 2300 N
        Hamer            ID 83425
------------------------------------------------------------------------
        001493065


        Gaston, Annette K.                   Unknown
        9412 N.E. 8Th St.
        Vancouver        WA 98664
------------------------------------------------------------------------
        000124742


        Gastring, Debra L.                   Unknown
        4654 Applewood Dr.
        Odessa           TX 79761
------------------------------------------------------------------------
        001588768


        Gates Aurora M                       Unknown
        64 Crestline
        Pleasanton       TX 78064
------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
         Creditors Names and                  Total Amt
         Mailing Address/ Zip Code             of Claim


         001561051


         Gates Jr., Philip E.                  Unknown
         13405 54Th Ave SE
         Everett          WA 98208
---------------------------------------------------------------------------------
         001517473


         Gates, James R.                       Unknown
         9802 Eucalyptus
         Spring Valley    CA 91977
---------------------------------------------------------------------------------
         001564013


         Gates, Teresa A.                      Unknown
         81 Sheffield Rd.
         Ennis            MT 59729
---------------------------------------------------------------------------------
         001597199


         Gatewood, Lawrence T.                 Unknown
         5218 Highland Trace Circle
         Birmingham       AL 35215
---------------------------------------------------------------------------------
         000144287


         Gathings, Carolyn F.                  Unknown
         6009 Club House Drive
         Fort Worth       TX 76148
---------------------------------------------------------------------------------
         000124237


         Gathings, Charles E.                  Unknown
         Po Box 780932
         Dallas           TX 75378
---------------------------------------------------------------------------------
         001569587


         Gattegno, Lisa S                      Unknown
         401 N W 111 Ave
         Coral Springs    FL 33071
---------------------------------------------------------------------------------
         001584562


         Gatty, Terry                          Unknown
         785 S. Main #41
         Arab             AL 35016
---------------------------------------------------------------------------------
         000153071


         Gauder, John Gabriel                  Unknown
         2001 West Alabama 9F
         Ruston           LA 71270
---------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

:

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001547539


Gaudi, Mary A                          Unknown
2762 S. Bridge Road
Washington        PA 15301
-----------------------------------------------------------------------
001511512


Gaught, Cindi H.                       Unknown
116 Brooks Ave.
Meridianville     AL 35759
-----------------------------------------------------------------------
001510260


Gaugler, Jamie L.                      Unknown
9711 Lanward Dr.
Dallas            TX 75238
-----------------------------------------------------------------------
001465953


Gausepohl, David J.                    Unknown
2007 Sleepy Hollow Drive
Pearland          TX 77581
-----------------------------------------------------------------------
001511020


Gauthier, Lawrence W                   Unknown
101 Washington, Suite 305
Grand Haven       MI 49417
-----------------------------------------------------------------------
001512917


Gauthier, Thomas F.                    Unknown
5371 Sheringer
Fruitport         MI 49415
-----------------------------------------------------------------------
001507335


Gautney, Jim G.                        Unknown
17250 Knoll Trail  #1504
Dallas            TX 75248
-----------------------------------------------------------------------
000146624


Gautreaux, Gary A.                     Unknown
1144 Nursery Ave.
Metairie          LA 70005
-----------------------------------------------------------------------
001528931


Gay, Glenrose M.                       Unknown
P.O. Box 172
Vidalia           GA 30474
-----------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001542519


Gay, James B.*                           Unknown
509 Park Ave.
Sebastian         FL 32960
------------------------------------------------------------------------------

001498636


Gaylord, Joseph R.                       Unknown
1830 Columbia Pike Apt. 512
Arlington         VA 22204
------------------------------------------------------------------------------

001595818


Gaytan, Suzy R.                          Unknown
9613 Meadowheath Dr.
Austin            TX 78729
------------------------------------------------------------------------------

001551937


Ge, Sylvester Y.                         Unknown
249 Broome Street Apt. 26
New York          NY 10002
------------------------------------------------------------------------------

001574037


Ge, Zhong Chang                          Unknown
249 Broome St. Apt. 26
New York          NY 10002
------------------------------------------------------------------------------

001500971


Geary-Gritter, Denise E.                 Unknown
15071 Hanna Avenue
Cedar Springs     MI 49319
------------------------------------------------------------------------------

001615622


Gebreselassie, Habtemicael B             Unknown
3267 38Th Ave Sw
Seattle           WA 98126
------------------------------------------------------------------------------

001527816


Geddings, Rheta M.                       Unknown
3220 Blossom St
Columbia          SC 29205
------------------------------------------------------------------------------

001519251


Gee, Ann T.*                             Unknown
7299 Eastern Avenue
Germantown        TN 38138
------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

000157630

Geer, Candice M                                   Unknown
6010 Parkside Drive, Apt # 2
Ana Cortes        WA 98221
--------------------------------------------------------------------------------

001459214

Geer, Doyle E                                     Unknown
2408 32nd St
Anacortes         WA 98221
--------------------------------------------------------------------------------

001477146

Geesaman, Brian K.                                Unknown
R.D. 2 Box 495
Mt. Pleasant      PA 15666
--------------------------------------------------------------------------------

001512619

Geesaman, Craig A.                                Unknown
150 West Harbor
Hendersonville    TN 37075
--------------------------------------------------------------------------------

001594784

Geesaman, Gloria A                                Unknown
404 Liberty Ln
Kirkwood          PA 17536
--------------------------------------------------------------------------------

001481637

Geesaman, Ray H.                                  Unknown
404 Liberty Lane
Kirkwood          PA 17536
--------------------------------------------------------------------------------

001570919

Geffe, Robert C                                   Unknown
1508 Lake Drive
Delray Beach      FL 33444
--------------------------------------------------------------------------------

000162407

Geffre, Tony A.                                   Unknown
4802 Blue Tick Drive
Gillette          WY 82718
--------------------------------------------------------------------------------

001589881

Gehlmeyer, Robert A.                              Unknown
3906 Baltimore Apt. 512
Kansas City       MO 64111
--------------------------------------------------------------------------------

```
                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001554472


        Geier, Diane D.                         Unknown
        296 Laurel Lane
        Roswell         GA 30076
--------------------------------------------------------------------------------
        001566269
        .

        Geiling II, Lee-Roy W.                  Unknown
        5714 Killdeer
        Richmond        TX 77469
--------------------------------------------------------------------------------
        001562614


        Geiling, Agatha M.                      Unknown
        5714 Killdeer
        Richmond        TX 77469
--------------------------------------------------------------------------------
        001572822


        Geiling, Rachel L.                      Unknown
        5711 Killdeer Ln.
        Richmond        TX 77469
--------------------------------------------------------------------------------
        001507758


        Geis, Joyce E.                          Unknown
        155 Hwy 120 West
        Thermopolis     WY 82443
--------------------------------------------------------------------------------
        001589365


        Geldean, Allan J.                       Unknown
        30331 SW 172 Ct.
        Homestead       FL 33030
--------------------------------------------------------------------------------
        001466484


        Gelhar, Ferne I.                        Unknown
        121 W. Noyes Street
        Berlin          WI 54923
--------------------------------------------------------------------------------
        001458222


        Gelhar, Orin D.                         Unknown
        121 W. Noyes Street
        Berlin          WI 54923
--------------------------------------------------------------------------------
        001523188


        Gellhaus, Kevin J.                      Unknown
        9619 Grandview
        Overland Park   KS 66212
--------------------------------------------------------------------------------
```

                       Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001482615


        Genesis Marketing                       Unknown
        1150 West Fairview Avenue #201
        Arcadia          CA 91007
--------------------------------------------------------------------------------

        000129245


        Genevieve A. Thurman Trust              Unknown
        3453 Beaverhead St.
        Bozeman          MT 59715
--------------------------------------------------------------------------------

        001598779


        Genny Cardinal                          Unknown
        9902 Gooding Dr.
        Dallas           TX 75220
--------------------------------------------------------------------------------

        000157248


        Gensemer, Melva J                       Unknown
        506 N. Tracy
        Bozeman          MT 59715
--------------------------------------------------------------------------------

        001528082


        Gensler, Samuel C.                      Unknown
        310 East Lake
        Houston          TX 77034
--------------------------------------------------------------------------------

        001606470


        Gent, Todd M.                           Unknown
        329 South 4Th
        Wylie            TX 75098
--------------------------------------------------------------------------------

        001549225


        Gentile, Tina T.                        Unknown
        225 Pine Knoll Drive
        Trussville       AL 35173
--------------------------------------------------------------------------------

        001556450


        Gentry Paula D.                         Unknown
        1702 Green Farm Circle
        Dacula           GA 30019
--------------------------------------------------------------------------------

        000118937


        Geoffroy Jr., Lloyd                     Unknown
        1252 Smede HWY
        Broussard        LA 70578
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001572400 | |
| George, Calvin M.<br>10081 Tejon Way<br>Denver          CO 80221 | Unknown |
| 000118926 | |
| George, Charles B.<br>5902 Shreveport Hwy<br>Pineville       LA 71360 | Unknown |
| 001610504 | |
| George, Cherie D.<br>22803 91St Ways #306<br>Kent            WA 98031 | Unknown |
| 001525786 | |
| George, Don W.<br>P.O Box 1018<br>Anacortes       WA 98221 | Unknown |
| 001574062<br>. | |
| George, Gina R.<br>8628 Huffine Lane #89<br>Bozeman         MT 59718 | Unknown |
| 001549063 | |
| George, Gregory A.<br>62 Strawbridge Ave.<br>Sharon          PA 16146 | Unknown |
| 001572186 | |
| George, Michael<br>10081 Tejon Way<br>Denver          CO 80221 | Unknown |
| 001578028 | |
| George, Robert R.<br>9227 Canter<br>Dallas          TX 75231 | Unknown |
| 001535744 | |
| George, Vicki<br>4330 Crested Butte<br>Corpus Christi   TX 78413 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001572733

George, Wilbur L.                          Unknown
12075 Partridge Lane
Peyton          CO 80831
-----------------------------------------------------------------------

001613548

Georgeson, Kimberly A.                     Unknown
Po Box 252
Lenora          KS 67645
-----------------------------------------------------------------------

001609605

Geotz, Constance J.                        Unknown
2447 Heying Drive
Columbia          MO 65202
-----------------------------------------------------------------------

001592167

Gerald, Edward E. *                        Unknown
10 Valley Rd., Apt. 35
Lyman          SC 29365
-----------------------------------------------------------------------

000130807

Gerard, Mildred L.                         Unknown
2098-142 Grip Rd
Sedro-Woolley          WA 98284
-----------------------------------------------------------------------

001507180

Gerber, Kenneth A                          Unknown
665 Wedgewood Dr
Woodstock          GA 30189
-----------------------------------------------------------------------

001565741

Gerken, Elizabeth A.                       Unknown
134 Gulkana
Valdez          AK 99686
-----------------------------------------------------------------------

001584219

Gerleman, Celeste S.                       Unknown
1139 E. Prairie
Olathe          KS 66061
-----------------------------------------------------------------------

001583071

Gerleman, Sherri L.                        Unknown
1139 E. Prairie
Olathe          KS 66061
-----------------------------------------------------------------------

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000129906


        Gerleman, Shuan G.                        Unknown
        16910 Highway 59 North
        Weston            WY 82731
--------------------------------------------------------------------------------

        001471819


        Gerloff, Jean A.                          Unknown
        5032 West Lamar
        Glendale          AZ 85013
--------------------------------------------------------------------------------

        001542638


        Germano, Constance L                      Unknown
        5681 Bounty St
        San Diego         CA 92120
--------------------------------------------------------------------------------

        001605146


        Germano, Rebecca M                        Unknown
        78695 Sagebrush Ave.
        La Quinta         CA 92253
--------------------------------------------------------------------------------

        001545441


        Germano, Suzanne I.                       Unknown
        10774-C Riderwood Terrace
        Santee            CA 92071
--------------------------------------------------------------------------------

        001602533


        Germany, Terri S.                         Unknown
        7997 Eastaboga Road
        Eastaboga         AL 36260
--------------------------------------------------------------------------------

        001539609


        Gerrish, Terri                            Unknown
        Rd. 4 Box 3320 Hill St. Ext.
        Montpelier        VT 05602
--------------------------------------------------------------------------------

        000151293


        Gersdorf, Greg W                          Unknown
        1613 Silverwood Ct
        N Ft Myers        FL 33903
--------------------------------------------------------------------------------

        001568790


        Gersen, C. Greg                           Unknown
        14014 Se. 20Th Way
        Vancouver         WA 98683
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001563844

Gersen, R. Andrew                    Unknown
13724 23Rd Place N.E.
Seattle          WA 98125
--------------------------------------------------------------------------------

001568610

Gerstner, Linda S.                   Unknown
2342 Country Meadow Lane
Wylie            TX 75098
--------------------------------------------------------------------------------

001604416

Gervais, Alleene                     Unknown
600 Delmar Rd
Coos Bay         OR 97420
--------------------------------------------------------------------------------

001549855

Getsy, John A.                       Unknown
851 NORTH 21st STREET
Philadelphia     PA 19130
--------------------------------------------------------------------------------

001606660

Ghan, Richard M.                     Unknown
68855 Lozano Ct.
Cathedral City   CA 92234
--------------------------------------------------------------------------------

001607809

Ghan, Robert L.                      Unknown
7314 Oswego Drive
San Antonio      TX 78250
--------------------------------------------------------------------------------

001483203

Giamanco, Letitia J.                 Unknown
981 Pete Davis Rd.
Jonesville       LA 71343
--------------------------------------------------------------------------------

000123892

Giatrakis, Francella M.               Unknown
2990 Spring Valley #835
Farmers Branch   TX 75244
--------------------------------------------------------------------------------

001606999

Gibb, Douglas A                      Unknown
942 Beecher Ave
Galesburg        IL 61401
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001584032 | |
| Gibbons, Jim W.<br>2557 Polk<br>Eugene          OR 97405 | Unknown |
| 001539702 | |
| Gibbons, Kelli D.<br>816 E. Caesar<br>Kingsville      TX 78363 | Unknown |
| 001602403 | |
| Gibbons, Marsha<br>7308 Inglecliff<br>Dallas          TX 75230 | Unknown |
| 000124243 | |
| Gibbs, Kathy L.<br>2802 Seminary Circle<br>Garland          TX 75043 | Unknown |
| 001493070 | |
| Gibbs, Sheila M.<br>8300 Blue Ridge Blvd.<br>Kansas City      MO 64138 | Unknown |
| 000136142 | |
| Gibson Jr., Frances C.<br>1316 Douglas Drive<br>Mesquite         TX 75149 | Unknown |
| 000152392 | |
| Gibson, Andy W<br>5039 Hwy 145<br>Choudrant        LA 71227 | Unknown |
| 001513733 | |
| Gibson, Barbara N.<br>P.O. Box 67<br>Henrietta        TX 76365 | Unknown |
| 000142449 | |
| Gibson, Danni M.<br>5145 Locust<br>Kansas City      KS 66106 | Unknown |

                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        000130296


        Gibson, David E.                        Unknown
        7520 American Heritage Dr NE
        Alberquerque      NM 87109
--------------------------------------------------------------------------------
        001508595


        Gibson, Ellen M.                        Unknown
        1801 Nw Killarney Ln
        Lee's Summit      MO 64081
--------------------------------------------------------------------------------
        001581357


        Gibson, Eva                             Unknown
        1964 Cantebury Square
        Anniston          AL 36207
--------------------------------------------------------------------------------
        001592264


        Gibson, Evelyn E.                       Unknown
        16024 West 147 Terrace
        Olathe            KS 66062
--------------------------------------------------------------------------------
        001596954


        Gibson, Jerry A.                        Unknown
        2809 Lineville 105M
        Farmers Branch    TX 75234
--------------------------------------------------------------------------------
        001471783


        Gibson, Judith E                        Unknown
        1801 NW Killarney Ln
        Lee's Summit      MO 64081
--------------------------------------------------------------------------------
        001585463


        Gibson, Kerrin M.                       Unknown
        71 Chestnut St.
        Andover           MA 01810
--------------------------------------------------------------------------------
        000140325


        Gibson, Kristi L.                       Unknown
        470 Brown Davis Lane
        Stamford          TX 79553
--------------------------------------------------------------------------------
        001572191


        Gibson, Larry T.                        Unknown
        8958 Talca Court
        San Diego         CA 92129
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001560299


Gibson, Michael T.                     Unknown
12885 Gambusa Way
San Diego        CA 92129
-----------------------------------------------------------------------
000130219


Gibson, Overa                          Unknown
7520 American Heritag Ne
Albuquerque      NM 87109
-----------------------------------------------------------------------
000124260


Gibson, Robert E.                      Unknown
6001 Moon NE Apt. 2611
Albuquerque      NM 87111
-----------------------------------------------------------------------
000134319


Gibson, Scotty D.                      Unknown
2238 Flat Creek Dr
Richardson       TX 75080
-----------------------------------------------------------------------
001529366


Gibson, Shirley A.                     Unknown
Po Box 66
Prosper          TX 75078
-----------------------------------------------------------------------
001608680


Gienger, Lois J.                       Unknown
18006 State Hwy 9
Mount Vernon     WA 98274
-----------------------------------------------------------------------
001577427


Giese, Jeffrey C.                      Unknown
273 Summer Springs Ct.
Jacksonville     FL 32225
-----------------------------------------------------------------------
001604829


Gieseke, Stephen K.                    Unknown
8355 Vineyard Dr.
Paso Roblets     CA 93446
-----------------------------------------------------------------------
001577383


Giesenschlag, Judy                     Unknown
902 Dexter Dr.
College Station  TX 77840
-----------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code               of Claim


001468420


Gigicos, George D.                      Unknown
112 Red Sky Court
Lake Mary         FL 32746
------------------------------------------------------------------------------

001601370


Gil Enterprises Inc.                    Unknown
11902 Jones Road
Houston           TX 77070
------------------------------------------------------------------------------

001518839

.
Gil Jr., Juan                           Unknown
401 Vaughn Street.
Burkburnett       TX 76354
------------------------------------------------------------------------------

001512220


Gilbert, Daniel A.                      Unknown
207 Addie Dr.
Crowley           LA 70526
------------------------------------------------------------------------------

001582909


Gilbert, Robb E.                        Unknown
1330 Birchnell
San Dimas         CA 91773
------------------------------------------------------------------------------

001573172


Gilbert, Ron                            Unknown
42590 Brighton Street
Palm Desert       CA 92260
------------------------------------------------------------------------------

001562146


Gilbraith, Duane                        Unknown
16048 104Th Ave Ne
Bothell           WA 98011
------------------------------------------------------------------------------

001544204


Gilbraith, Eric A.                      Unknown
16048 104 Ave. Ne.
Bothell           WA 98011
------------------------------------------------------------------------------

001553242


Gilchrest, Robert A.                    Unknown
15602 Pilgrim Hall
Friendswood       TX 77546
------------------------------------------------------------------------------
```

```
        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001581476


        Gildon, Linda D.                         Unknown
        Rt 1 Box 41-20
        Homer            LA 71040
------------------------------------------------------------------------------------

        001491790


        Gildon, Terre T.                          Unknown
        45 Quail Lane
        Brandon          MS 39042
------------------------------------------------------------------------------------

        001460606


        Gilead, Rana V                            Unknown
        Agribasis-Johannes Ave Box 394
        Big Sandy        MT 59520
------------------------------------------------------------------------------------

        001602074


        Giles, Eileen B.                          Unknown
        2667 E 700 N
        St Anthony       ID 83445
------------------------------------------------------------------------------------

        001497139

        .
        Giles, Hagen                              Unknown
        Rt 3 Box 188A
        Hillsville       VA 24343
------------------------------------------------------------------------------------

        000107583


        Giles, John H.                            Unknown
        2575 Delk Rd #1130 C
        Marietta         GA 30067
------------------------------------------------------------------------------------

        000147274


        Giles, Thomas H.                          Unknown
        1620 Cape Coral Pkwy. East
        Cape Coral       FL 33904
------------------------------------------------------------------------------------

        001497929


        Gilgen, Richard S.                        Unknown
        3600 Benton Street #30
        Santa Clara      CA 95051
------------------------------------------------------------------------------------

        001514667
        :

        Gilgert, Diane                            Unknown
        2464 E Holmes Ave.
        Mesa             AZ 85204
------------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001608607


Gill, Balbir                           Unknown
11915 Se 219 Place
Kent            WA 98031
----------------------------------------------------------------------------

001465352


Gill, David                            Unknown
502 N 7Th
Garden City     KS 67846
----------------------------------------------------------------------------

001558132


Gill, Joyce                            Unknown
P.O. Box 272
Anchor Point    AK 99556
----------------------------------------------------------------------------

001539839


Gill, Shub-Chintan K.                  Unknown
4403-127 Pl S.E.
Everett         WA 98208
----------------------------------------------------------------------------

000107964


Gillespie, Bobbie O.                   Unknown
2052 Hearthwood Ct.
Greensboro      NC 27407
----------------------------------------------------------------------------

001610381


Gillespie, John E                      Unknown
8908 226th ST E
Graham          WA 98338
----------------------------------------------------------------------------

001607887


Gillespie, Judy A.                     Unknown
1511 Tulane Dr.
Lufkin          TX 75901
----------------------------------------------------------------------------

001524494


Gillespie, Lee                         Unknown
2211 North Garrett Ave.
Dallas          TX 75206
----------------------------------------------------------------------------

001514992


Gillespie, Levon W.                    Unknown
519 Indiana Ave.
Clarksdale      MS 38614
----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                Total Amt
Mailing Address/ Zip Code          of Claim

001577887


Gillespie, Lin S.                  Unknown
3915 Shady Creek Lane
Dallas            TX 75229
--------------------------------------------------------------------------------
001463477


Gillespie, Teddi M.               Unknown
31873 Sedgefield Oval
Solon             OH 44139
--------------------------------------------------------------------------------
001566117


Gillespie, William P.             Unknown
2911 Centenary Blvd.
Shreveport        LA 71105
--------------------------------------------------------------------------------
001487809


Gillett, Christina A              Unknown
1313 Avenue J
Brownwood         TX 76801
--------------------------------------------------------------------------------
001599815


Gilliam, Nancy K.                 Unknown
1337 Canyon Springs
Laporte           TX 77571
--------------------------------------------------------------------------------
000130688


Gillis, Vicki L.                  Unknown
17616 Muirfield Court
Arlington         WA 98223
--------------------------------------------------------------------------------
001565040


Gillispie, Mandy                  Unknown
6561 Cr 275
Terrell           TX 75160
--------------------------------------------------------------------------------
001527546


Gillmore, Catherine B.            Unknown
3990 Honeywell Rd.
Rochester         IL 62563
--------------------------------------------------------------------------------
001588452


Gillmore, Chris W                 Unknown
2377 335Th St.
Hopkinton         IA 52237
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                   Total Amt
Mailing Address/ Zip Code             of Claim


001577828


Gillmore, Dean M.                     Unknown
400 Whitaker
Missoula        MT 59803
-------------------------------------------------------------------------------
001591782


Gillmore, Rose M.                     Unknown
21093 178Th Ave.
Monticello      IA 52310
-------------------------------------------------------------------------------
001562589


Gilman, Joan E.                       Unknown
115 Atlantic Ave.
North Hampton   NH 03862
-------------------------------------------------------------------------------
001561981


Gilmore, Brenda G.                    Unknown
22369 Howard St.
Athens          AL 35613
-------------------------------------------------------------------------------
001522895


Gilmore, Tonya L.                     Unknown
1202 E. Commerce
Henrietta       TX 76365
-------------------------------------------------------------------------------
001549606


Gilpin, Gayle                         Unknown
1529 Gardenia Dr.
Houston         TX 77018
-------------------------------------------------------------------------------
001562932


Gilson, Debra A.                      Unknown
PO Box 845
Valdez          AK 99686
-------------------------------------------------------------------------------
000134297


Gilson, Sharon A.                     Unknown
10406 Sagemeadow
Houston         TX 77089
-------------------------------------------------------------------------------
001598864


Gina L. Jolley                        Unknown
Rt. 10, Box 7478
Cleveland       TX 77327
-------------------------------------------------------------------------------
```

                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001490655


        Ginger-Ivens, Nancy R                    Unknown
        3424 N. Eagle Road
        Tucson           AZ 85750
------------------------------------------------------------------------------

        001595083


        Ginkel, Katherine                        Unknown
        450 Sarazin St.
        Shakopee          MN 55379
------------------------------------------------------------------------------

        001529331


        Ginneman, Virginia L.                    Unknown
        528 S. Hardy
        Independence      MO 64053
------------------------------------------------------------------------------

        001610275


        Ginter, Carol A.                         Unknown
        110 North Third St.
        Allegany          NY 14706
------------------------------------------------------------------------------

        001552448


        Gipson, Melinda L.                       Unknown
        1107 Belle Air
        Carthage          MO 64836
------------------------------------------------------------------------------

        001607268


        Gipson, Terry L                          Unknown
        16 Edgemere Dr
        Trophy Club       TX 76262
------------------------------------------------------------------------------

        001601582


        Giroux, Lynn E.                          Unknown
        6311 Knollview Dr.
        Spring            TX  77389
------------------------------------------------------------------------------

        001576243


        Gladstone, Brian G.                      Unknown
        50 Harbor Point Blvd. Apt. 208
        Dorchester        MA 02125
------------------------------------------------------------------------------

        001581036


        Glaser, Darrell E.                       Unknown
        Po Box 584
        Rogers            TX 76569
------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
          Creditors Names and                     Total Amt
          Mailing Address/ Zip Code                of Claim


          001584436


          Glaser, Jeannette E.                     Unknown
          Bar G. Ranch Hwy 36
          Rogers           TX 76569
------------------------------------------------------------------------------
          001558520


          Glass, MaryAnn                            Unknown
          5514 Cedar Point
          Baytown          TX 77520
------------------------------------------------------------------------------
          001571250

          .
          Glass, Michael A.                         Unknown
          Po Box 18101
          Panama City Beach    FL 32417
------------------------------------------------------------------------------
          001604357


          Glass, Mittie                             Unknown
          9003 Railton
          Houston          TX 77080
------------------------------------------------------------------------------
          001551820


          Glattstein, Jeff                          Unknown
          8310 St. Marlo Fairway Dr.
          Duluth           GA 30155
------------------------------------------------------------------------------
          001598623


          Glenda J. Haynes                          Unknown
          1327 Collyer St.
          Longmont         CO 80501
------------------------------------------------------------------------------
          001488139


          Glenn, Adam D.                            Unknown
          556 Woodward Drive
          HUNTINGTON Valley    PA 19006
------------------------------------------------------------------------------
          000115137


          Glennon, James M.                         Unknown
          9124 NE 141st St.
          Bothell          WA 98011
------------------------------------------------------------------------------
          001498688


          Glidewell, Daniel D                       Unknown
          PO Box 82
          Lavaca           AR 72941
------------------------------------------------------------------------------
```

```
        Creditors Names and                Total Amt
        Mailing Address/ Zip Code          of Claim


        001605205


        Glo-Success                        Unknown
        1405 Redwood Dr
        Los Altos        CA 94024
------------------------------------------------------------------------------

        000133278


        Global Business Trends Inc         Unknown
        3232 N.W. 62Nd Lane
        Boca Raton       FL 33496
------------------------------------------------------------------------------

        001602475


        Glock, Jacob L.                    Unknown
        612 Estero Blvd
        Ft Myers Bch     FL 33931
------------------------------------------------------------------------------

        001595317


        Glover Donald*                     Unknown
        308 North Jefferson St
        Mansfield        LA 71052
------------------------------------------------------------------------------

        001494494


        Glover, Lydia E.                   Unknown
        1920 Maybank Highway
        Charleston       SC 29412
------------------------------------------------------------------------------

        001532256


        Gluck, Marci E.                    Unknown
        755 Orange Street
        New Haven        CT 06511
------------------------------------------------------------------------------

        001527084


        Gnefkow, Michael J.                Unknown
        600 Buena Vista
        Raymore          MO 64083
------------------------------------------------------------------------------

        001493001


        Goad, Charles A.                   Unknown
        1794 Valley Ridge Lane
        Mount Vernon     WA 98274
------------------------------------------------------------------------------

        000121571


        Godbold, Linda K.                  Unknown
        105 So. Indianwood
        Broken Arrow     OK 74012
------------------------------------------------------------------------------
```

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001607658


Goddard, James T                         Unknown
P.O. Box 130
Garibaldi          OR 97118
-------------------------------------------------------------------------------
001606657


Godier, Joyce M.                         Unknown
68290 Risueno Road
Cathedral City     CA 92234
-------------------------------------------------------------------------------
001542763


Goeden, Jean D.                          Unknown
502 Polar Box 643
Avoca              NE 68307
-------------------------------------------------------------------------------
001529795


Goeden, Linda K.                         Unknown
2612 S. Lilac St.
Ozark              MO 65721
-------------------------------------------------------------------------------
001560914


Goeke, Keith N.                          Unknown
2004 Linkside Ln
Woodstock          GA 30189
-------------------------------------------------------------------------------
001572572


Goertz, Karen P.                         Unknown
Rt#1 Box 1388
Livingston         TX 77351
-------------------------------------------------------------------------------
001566316


Goetz, Suzi M.                           Unknown
2302 Robin Rd.
Dodge City         KS 67801
-------------------------------------------------------------------------------
001556829


Goggans, Jack W.                         Unknown
205 Elizabeth Ave.
Oxford             AL 36203
-------------------------------------------------------------------------------
001595598


Goins, Patsy J.                          Unknown
OLD TOWN, P.O. Box 2138
Onalaska           TX 77360
-------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001545561

| Gold Care Service, Inc.<br>11643 Trailmont Dr.<br>Houston          TX 77077 | Unknown |
|---|---|

000131755

| Gold Raven, Inc.<br>5648-C Strawberry Hill Dr.<br>Charlotte        NC 28211 | Unknown |
|---|---|

000103160

| Gold, Bruce G.<br>1291 A. South Powerline Rd<br>Pompano Beach     FL 33069 | Unknown |
|---|---|

000135391

| Gold, Edythe L<br>3798 Greentree Drive<br>Oceanside         NY 11572 | Unknown |
|---|---|

001550110

| Goldade, Elon<br>2110 Mohawk Ct.<br>Olathe            KS 66062 | Unknown |
|---|---|

000157699

| Goldammer, Jacquie S.<br>15905 N. Amity Rd.<br>Platte City       MO 64079 | Unknown |
|---|---|

000136654

| Goldberg, Elliot H<br>11731 Sw 1St Street<br>Coral Springs     FL 33071 | Unknown |
|---|---|

001540899

| Goldborne Management Fund<br>4800 Whitesburg Drive<br>Huntsville        AL 35802 | Unknown |
|---|---|

001523719

| Golden Bear Holdings, Inc.<br>74-940 U.S. Highway 111<br>Indian Wells      CA 92210 | Unknown |
|---|---|

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|

000159279

Golden Mountain International        Unknown
1922 Lincoln Hwy
Edison        NJ 08817
--------------------------------------------------------------------------

001492984

Golden, Dianne A        Unknown
4105 S W 28th ST
Topeka        KS 66614
--------------------------------------------------------------------------

001565682

Golden, Mark A.        Unknown
3006 Flag Circle Apt 2814
Madison        AL 35758
--------------------------------------------------------------------------

001571263

Golden, Mary L.        Unknown
6163 Lake Trace Circle
Jackson        MS 39211
--------------------------------------------------------------------------

001548407

Golden, Phil A.        Unknown
500 West arzonia #3
Ruston        LA 71270
--------------------------------------------------------------------------

001556565

Golden, Shirley A.        Unknown
Rt.1 Box 109 A
Kingsland        AR 71652
--------------------------------------------------------------------------

001589566

Goldman, Anne W.        Unknown
315 Maupin Rd
Chucky        TN 37641
--------------------------------------------------------------------------

001603091

Goldman, Michael E.        Unknown
6901 Elcajon Ct. N.W.
Albuqureque        NM 87120
--------------------------------------------------------------------------

001547561

Goldsmith, David        Unknown
5811 Northshore Circle
Hixson        TN 37343
--------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 529
                                Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001518230 | |
| Goldsmith, Laurie<br>7012 Springdale Road<br>Louisville         KY 40241 | Unknown |
| 001553363 | |
| Goldstein, Arthur H.<br>22856 Ostronic Dr.<br>Woodland Hills    CA 91367 | Unknown |
| 001485100 | |
| Goldstein, Karen S.<br>2026 Myrtlewood Dr.<br>Montgomery        AL 36111 | Unknown |
| 001578739 | |
| Goldstein, M. Jayne<br>110 Sierra Grande Apt 1101<br>Red Oak          TX 75154 | Unknown |
| 001514224 | |
| Goldstein, Patrice Q.<br>4232 Stone Hollow Way<br>Euless           TX 76040 | Unknown |
| 001557820 | |
| Golebiowski, Bozena E.<br>3060 E. Madison Ave Apt D-12<br>Fullerton        CA 92831 | Unknown |
| 001565094 | |
| Golmon, Joseph W.<br>621 Ralde Cr<br>Ridgeland        MS 39157 | Unknown |
| 001567321 | |
| Golston, Joshua M.<br>27775 S.E. Eaglecreek Rd.<br>Estalada         OR 97023 | Unknown |
| 001563806 | |
| Golston, Michael T.<br>27775 S.E. Eagle Creek Rd.<br>Estacada         OR 97023 | Unknown |

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE        Page 530
                    Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | | Total Amt<br>of Claim |
|---|---|---|
| 001605123 | | |
| Gombar, James S<br>71 Gables Blvd.<br>Weston | FL 33326 | Unknown |
| 001607290 | | |
| Gombar, Marielena K.<br>3160 Paddock Rd<br>Weston | FL 33331 | Unknown |
| 001600424 | | |
| Gombar, Mark S<br>3224Nw 106 Terrace<br>Sunrise | FL 33351 | Unknown |
| 001603609 | | |
| Gomez, Alfredo<br>1200 S Sharron<br>Kennewick | WA 99337 | Unknown |
| 001560177 | | |
| Gomez, Regina E.<br>3611-38Th Street<br>Lubbock | TX 79413 | Unknown |
| 001560807 | | |
| Gomillion, Lynette<br>P.O. Box 646<br>Graham | TX 76450 | Unknown |
| 001613496 | | |
| Gongre, Earl E.<br>P.O. box 652<br>Montgomery | LA 71454 | Unknown |
| 001543258 | | |
| Gonyaw, Philip<br>Rr1 Box 118A<br>Westfield | VT 05874 | Unknown |
| 000149700 | | |
| Gonzales, Deon M<br>1719 Cedardale Rd.<br>Mount Vernon | WA 98273 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001604230 | |
| Gonzales, Lupe<br>1424 Alameda<br>Odessa      TX 79763 | Unknown |
| 000158991 | |
| Gonzales, Maria S.<br>2331 Dartmouth<br>Grand Prairie     TX 75052 | Unknown |
| 001527569 | |
| Gonzales, Pat E.<br>582 Falls Ave West<br>Twin Falls     ID 83301 | Unknown |
| 001489265 | |
| Gonzales, Sharon L.<br>2504 Fallview Lane<br>Carrollton     TX 75007 | Unknown |
| 001495648 | |
| Gonzalez, Agustina G.<br>948 Chapman<br>San Benito     TX 78586 | Unknown |
| 001576421 | |
| Gonzalez, Alberto<br>908 Lakeland<br>Mesquite     TX 75149 | Unknown |
| 000147963 | |
| Gonzalez, Franklin J.<br>423 Poplar St.<br>Waukegan     IL 60085 | Unknown |
| 001586084 | |
| Gonzalez, Hermengildo  M<br>1407  Wingfoot<br>Laredo     TX 78045 | Unknown |
| 001561842 | |
| Gonzalez, Mary R.<br>Rt. 4 Box 481<br>Donna     TX 78537 | Unknown |

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE       Page: 532
                        Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001595962

Gonzalez, Nancy                        Unknown
1403 Main St.
Lynden          WA 98264
------------------------------------------------------------------------

001502620

Gonzalez, Peggy S.                     Unknown
1709 Terrace
Mission         TX 78572
------------------------------------------------------------------------

001537031

Gonzalez, Urban A.                     Unknown
Rt. 5 Box 482
Donna           TX 78537
------------------------------------------------------------------------

001567055

Gooch, Erica K.                        Unknown
101 Sylvan Springs Dr.
Florence        AL 35634
------------------------------------------------------------------------

001515570

Good, Julia H.                         Unknown
3006 Bayside Dr.
Rockwall        TX 75087
------------------------------------------------------------------------

001561852

Good, Terry D.                         Unknown
2415 Texas Apt C.
Joplin          MO 64804
------------------------------------------------------------------------

001580113

Good, Troy K                           Unknown
2701 Pondwood Drive
Flowermound     TX 75028
------------------------------------------------------------------------

001522927

Goode, Alan D.                         Unknown
1300 Ellis
Bellingham      WA 98225
------------------------------------------------------------------------

001591081

Goode, Dennis T                        Unknown
614 North Main
Webb City       MO 64870
------------------------------------------------------------------------

Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001498085


Goodine, Glenda                         Unknown
14307 Rippling Creek Way
Houston          TX 77062
----------------------------------------------------------------------------

001580898


Goodkin, Joanne M.                      Unknown
3032 E. Commercial Blvd. #77
Ft. Lauderdale    FL 33308
----------------------------------------------------------------------------

001558812


Goodman, Ava M                          Unknown
P.O. Box 965
La Conner        WA 98257
----------------------------------------------------------------------------

001474329


Goodman, Betty S                        Unknown
4514 Exmoor Drive
Marietta         GA 30067
----------------------------------------------------------------------------

001571746


Goodman, Marla R.                       Unknown
4514 Exmoor Drive
Marietta         GA 30067
----------------------------------------------------------------------------

000154045


Goodrich, Angie                         Unknown
10864 S. 4600 W.
Payson           UT 84651
----------------------------------------------------------------------------

001524458


Goodrich, Lynette W.                    Unknown
10864 S. 4600W
Payson           UT 84651
----------------------------------------------------------------------------

001460343


Goodson, E. Bernadette                  Unknown
141 Pinewood Drive
Millbrook        AL 36054
----------------------------------------------------------------------------

001571365


Goodwin, Jeff L.                        Unknown
315 Cincinnati Parkway
Clearwater       FL 33765
----------------------------------------------------------------------------

INTERNATIONAL HERITAGE
                        Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001469170


        Goodwin, Lake G.                        Unknown
        382 County Home Road
        Ellisville        MS 39437
-------------------------------------------------------------------------------------

        001469852


        Goodwin, Virginia (Ginni) W.            Unknown
        3508 Middle Sound Loop Rd.
        Wilmington        NC 28405
-------------------------------------------------------------------------------------

        001589362


        Goodwyn, Thomas W.                      Unknown
        1403 Clairmont
        Kerrville         TX 75028
-------------------------------------------------------------------------------------

        000143584


        Goodyear, Marion M.                     Unknown
        90 Bay Point Road
        St Helena Island    SC 29920
-------------------------------------------------------------------------------------

        001609204


        Goorjian, Greg                          Unknown
        700 Sethfield Place
        Las Vegas         NV 89128
-------------------------------------------------------------------------------------

        001591060


        Gordon Linda                            Unknown
        927 N 32 Nd St
        Billings          MT 59101
-------------------------------------------------------------------------------------

        001521142


        Gordon, Jane J                          Unknown
        823 Hamilton
        Olathe            KS 66061
-------------------------------------------------------------------------------------

        001534595


        Gordon, Lilian T.                       Unknown
        3572 Greenside Dr. #202
        Memphis           TN 38125
-------------------------------------------------------------------------------------

        001569942


        Gordon, Marlene K.                      Unknown
        1211 Princeton Ave.
        Bradenton         FL 34207
-------------------------------------------------------------------------------------

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001563485 | |
| Gordon, Mavis S.<br>5066 Hwy 11 South<br>Attalla        AL 35954 | Unknown |
| 000109579 | |
| Gore, Steve W.<br>122 King Street<br>Lexington      SC 29072 | Unknown |
| 001484763 | |
| Gorman, Linda M.<br>2836 20Th Street<br>Wyandotte     MI 48192 | Unknown |
| 001572677 | |
| Gorski, Kimberly L.<br>10 Colonial Dr.<br>Chelmsford     MA 01824 | Unknown |
| 001481138 | |
| Gorski, Mark V.<br>404 Little Creek Dr.<br>Streamwood     IL 60107 | Unknown |
| 001572910 | |
| Gorski, Stephen J.<br>96 Nichols Street<br>Wilmington     MA 01887 | Unknown |
| 001511596 | |
| Gorsuch, Rachele L.<br>1420 Kamm Road<br>Lynden       WA 98264 | Unknown |
| 001551315 | |
| Goton, Tom E.<br>575 Us Hwy 14<br>Greybull      WY 82426 | Unknown |
| 000163020 | |
| Gott, John M.<br>1020 S. Pickwick<br>Springfield    MO 65804 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001498789

Gott, Ronald C.                           Unknown
14800 Mesmer
Allenton          MI 48002

---

001468209

Gottfried, Naomi H.                       Unknown
172 Royal Pine Cir. South
Royal Palm Bch     FL 33411

---

001491708

Goude, Betty L.                           Unknown
4513 W. 9th AVE.
Kennewick          WA 99336

---

001508378

Goude, Brian L.                           Unknown
506 Andrew Street
Grandview          WA 98930

---

000157865

Goude, Gerald Z.                          Unknown
1370 E.Oasis Cir.
Moses Lake         WA 98837

---

001467904

Goude, Michael Z                          Unknown
1370 E. Oasis Circle
Moses Lake         WA 98837

---

000120698

Goudeau, Laura R.                         Unknown
4509 South Johnson St.
New Orleans        LA 70125

---

001509402

Goudie, Susann C.                         Unknown
2323 Fairwind #865
Houston            TX 77062

---

001581284

Gould, Alexandra K                        Unknown
6421 Conservancy Rd
Willamsburg        VA 23185

---

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page 537
                    Unsecured Creditors -- Sales Representatives

Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim

001572214

Gould, Mary Kay                         Unknown
6 St. Jude Drive
Cohoctow        NY 14826
-------------------------------------------------------------------------

001577220

Gourdin, Kenneth L.                     Unknown
2432 Adams Ave.
Everett         WA 98203
-------------------------------------------------------------------------

001590613

Gow, Gwen                               Unknown
2047 Capt. Shreve Dr.
Shreveport      LA 71105
-------------------------------------------------------------------------

001535963

Gowdy, Kyle & Beth                      Unknown
5204 Fisher Drive
The Colony      TX 75056
-------------------------------------------------------------------------

001478976

Grabow, Bob                             Unknown
4219 Creekmeadow
Dallas          TX 75287
-------------------------------------------------------------------------

001479090

Grabow, Jared R.                        Unknown
4219 Creekmeadow
Dallas          TX 75287
-------------------------------------------------------------------------

001542521

Grabow, Lorraine C.                     Unknown
4219 Creekmeadow
Dallas          TX 75287
-------------------------------------------------------------------------

000157292

Gradney, Idella                         Unknown
11888 Longridge Avenue
Baton Rouge     LA 70816
-------------------------------------------------------------------------

001469139

Grady, Ann                              Unknown
4555 Sunridge Dr.
Loveland        CO 80538
-------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001459145

Grady, Cindy J.
1533 Co. Rd. 7
Meeker          CO 81641        Unknown

--------------------------------------------------

000124895

Graef, Jonathan
1818 Alta Woods
Jackson          MS 39204        Unknown

--------------------------------------------------

001550949

Graf, Doris V.
1840 Iron Springs Rd. Box A1A
Prescott          AZ 86301        Unknown

--------------------------------------------------

001555782

Graf, Loren David
3604 Laverne Ave.
Bakersfield          CA 93309        Unknown

--------------------------------------------------

001474323

Grafals, Roberta I
7219 Citation Drive
Columbus          GA 31909        Unknown

--------------------------------------------------

001478144

Graft, Terence L.
83 Lakewood Rd.
Greensburg          PA 15601        Unknown

--------------------------------------------------

001580316

Graham, Annette N.
109 Pine Street
Denham Springs          LA 70726        Unknown

--------------------------------------------------

001494552

Graham, Beverly S.
725 W Montclair
Springfield          MO 65807        Unknown

--------------------------------------------------

000160423

Graham, Clifford W.
173 N. 300 W.
Jerome          ID 83338        Unknown

--------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 539
                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001462176


        Graham, Nevada W.*                      Unknown
        304 Grandin Road
        Charlotte        NC 28208
------------------------------------------------------------------------------------

        001599232


        Graham, Randy D.                        Unknown
        3700 Thorpe Hwy S
        Ellensburg       WA 98926
------------------------------------------------------------------------------------

        001566226


        Graham, Virginia C,                     Unknown
        2685 Cloister Court
        Marietta         GA 30062
------------------------------------------------------------------------------------

        000156698


        Graham, Yvonne L.                       Unknown
        121 Cresent Circle
        Madison          AL 35758
------------------------------------------------------------------------------------

        001501095


        Graham-Brown, Mazie E.                  Unknown
        829-B Front Street
        Georgetown       SC 29440
------------------------------------------------------------------------------------

        001603684


        Gramlich, Patricia A.                   Unknown
        945 Michigan Ave #11
        Pensacola        FL 32505
------------------------------------------------------------------------------------

        001596208


        Grammer, Sheryl L.                      Unknown
        597 Rd 373
        Tupelo           MS 38801
------------------------------------------------------------------------------------

        001581471


        Granden, Ronda S.                       Unknown
        18299 Sandhollow Rd.
        Caldwell         ID 83605
------------------------------------------------------------------------------------

        000124081


        Grandy, Charles H.                      Unknown
        7912 Rice
        Rowlett          TX 75088
------------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001609558

Granger, Julia K.                        Unknown
Po Box 1131
Kinder          LA 70648
--------------------------------------------------------------------

001479767

Granger, Larry J.                        Unknown
413 E. Bayou Pkwy.
Lafayette       LA 70508
--------------------------------------------------------------------

001551253

Grannan, James                           Unknown
2903 Hunters pt. Ln.
Carrollton      TX 75007
--------------------------------------------------------------------

001521290

Grant, Betty A.                          Unknown
1220 Adobe Dr.
Great Falls     MT 59404
--------------------------------------------------------------------

000135873

Grant, Cathi L                           Unknown
515-A South Brundidge Street
Troy            AL 36081
--------------------------------------------------------------------

001576861

Grant, Cheree                            Unknown
Rt 4 Box 411
Bowie           TX 76230
--------------------------------------------------------------------

001596771

Grant, Christi J.                        Unknown
7810 St Charles Square
Roswell         GA 30075
--------------------------------------------------------------------

001556265

Grant, Deandra M.                        Unknown
2401 Turtle Creek Blvd.
Dallas          TX 75219
--------------------------------------------------------------------

001565302

Grant, Edda G.                           Unknown
440 Guilford Cir.
Marietta        GA 30068
--------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page - 541
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code            of Claim


        000109948


        Grant, Edward F.                     Unknown
        P.O. Box 543
        Murrells Inlet    SC 29576
-----------------------------------------------------------------------------
        000161008


        Grant, Ella                          Unknown
        20668 Reames Rd.
        Zachary           LA 70791
-----------------------------------------------------------------------------
        001568279
        .

        Grant, Ginger C.                     Unknown
        1217 Biscayne
        Plano             TX 75075
-----------------------------------------------------------------------------
        001599510


        Grant, Glenna R.                     Unknown
        2380 Twin Oaks Park
        Twin Falls        ID 83301
-----------------------------------------------------------------------------
        001524619


        Grant, James S.                      Unknown
        67 Jackson Road
        Newport           RI 02840
-----------------------------------------------------------------------------
        001522546


        Grant, Judith A.                     Unknown
        3318 County Rd. 89 No. 40
        Pearland          TX 77584
-----------------------------------------------------------------------------
        001589008


        Grant, Pamela S.                     Unknown
        1470 White Column Blvd
        Canton            GA 30114
-----------------------------------------------------------------------------
        001529849


        Grant, Shirley A.                    Unknown
        711 Metcalf
        Sedro-Woolley     WA 98284
-----------------------------------------------------------------------------
        001477371


        Grant, William F.                    Unknown
        527 Atlantic Rd S.E.
        Rio Rancho        NM 87124
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001579469 | |
| Grasser, Sylvia A.<br>2 South Sherman Rd.<br>Coupeville        WA 98239 | Unknown |
| 001500245 | |
| Grauberger, Cara D.<br>308 Garden Street<br>Garden City       KS 67846 | Unknown |
| 001493509 | |
| Grauberger, Thomas H.<br>807 N. Stever<br>Ulysses           KS 67880 | Unknown |
| 001596599 | |
| Graves III, Sidney C.<br>343 Walnut Ct.<br>Grand Jct.        CO 81501 | Unknown |
| 001548813 | |
| Gravesmill, Keith P.<br>8621 Terrell St.<br>N. Richland Hills   TX 76180 | Unknown |
| 001563389 | |
| Gravitt, James A.<br>4500 S. Ocean Blvd. #409<br>Palm Beach        FL 33480 | Unknown |
| 000123519 | |
| Gravley, Dianne Y.<br>P.O. Box 322<br>Gunter            TX 75058 | Unknown |
| 000123956 | |
| Gravley, Elizabeth A.<br>PO box 402<br>Gunter            TX 75058 | Unknown |
| 001590666 | |
| Gray Brenda<br>4430 Bordeaux Avenue<br>Dallas            TX 75205 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

000148087

Gray, Cecelia T.                           Unknown
1070 Wall Road
Brownsboro        AL 35741
-------------------------------------------------------------------------

001531674

Gray, Chris                                Unknown
303 LARANCE Orchard RD
Dubach            LA 71235
-------------------------------------------------------------------------

001588502

Gray, Darren E                             Unknown
P.O. Box 673
Fordyce           AR 71742
-------------------------------------------------------------------------

001536180

Gray, Gladys B.                            Unknown
2820 Highway 2 West
Kalispell         MT 59901
-------------------------------------------------------------------------

001582281

Gray, Horace E.                            Unknown
2238 North Hwy 167
Fordyce           AR 71742
-------------------------------------------------------------------------

001545622

Gray, James E.                             Unknown
8528 E. Market St.
Warren            OH 44484
-------------------------------------------------------------------------

001595403

Gray, Jeffrey Ryan                         Unknown
1716 Ave. F
Billings          MT 59102
-------------------------------------------------------------------------

001582282

Gray, Karla D.                             Unknown
Rt. 1, Box 199-D
Fordyce           AR 71742
-------------------------------------------------------------------------

001582566

Gray, Kerry D.                             Unknown
Rt 1 Box 199 D
Fordyce           AR 71742
-------------------------------------------------------------------------

                        Unsecured Creditors -- Sales Representatives

        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001582285


        Gray, Kevin D.                           Unknown
        2019 Westwood Ln.
        Fordyce          AR 71742
-----------------------------------------------------------------------------

        001551510


        Gray, Larry V.                           Unknown
        P.O. Box 236
        Liberty          NC 27298
-----------------------------------------------------------------------------

        001530476


        Gray, Michael C.                         Unknown
        2757 Briar Grove Apt 633
        Houston          TX 77057
-----------------------------------------------------------------------------

        000160805


        Gray, Robert J                           Unknown
        622 Gary Drive
        Hubbard          OH 44425
-----------------------------------------------------------------------------

        001509242


        Gray, Staci A.                           Unknown
        16014 Boyd Circle
        Omaha            NE 68116
-----------------------------------------------------------------------------

        001591780


        Gray, Telese                             Unknown
        4609 Oak Valley
        Arlington        TX 76016
-----------------------------------------------------------------------------

        001555486


        Graybeal Lucille M.                      Unknown
        Hwy 58
        Independence     VA 24348
-----------------------------------------------------------------------------

        000117736


        Grayson, Anthony F.                      Unknown
        147 Chanel Dr.
        Huntsville       AL 35811
-----------------------------------------------------------------------------

        001486186


        Grayson, Joy                             Unknown
        1520 Greenpond Hwy
        Walterboro       SC 29488
-----------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE         Page: 545

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001549206


        Grayson, Laura M.                       Unknown
        1644 East Tejon Court
        Camarillo          CA 93010
----------------------------------------------------------------------------

        001580976


        Greathouse, Curtis L.                   Unknown
        2491 Dogwood Rd.
        Sarcoxie           MO 64862
----------------------------------------------------------------------------

        001580633


        Greathouse, Gina F.                     Unknown
        806 N. Golf Dr.
        Hollywood          FL 33021
----------------------------------------------------------------------------

        001577695


        Greek, Bill R.                          Unknown
        112 Lewis
        Carterville        MO 64835
----------------------------------------------------------------------------

        001590718


        Green Carrie L                          Unknown
        3424 Gillespie Villa 3
        Dallas             TX 75219
----------------------------------------------------------------------------

        001578917


        Green, Carol L.                         Unknown
        2980 Spaatz
        Monumnet           CO 80132
----------------------------------------------------------------------------

        001604520


        Green, Charlotte L.                     Unknown
        Rt 2 Box 1186-S
        Lakeside           AZ 85929
----------------------------------------------------------------------------

        001524123


        Green, Deborah K.                       Unknown
        7956 Circletrees Cove
        Germantown         TN 38138
----------------------------------------------------------------------------

        001469599


        Green, Desmond D.                       Unknown
        3212 Hwy 107
        Pineville          LA 71360
----------------------------------------------------------------------------
```

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001614710


Green, Gloria M.                        Unknown
13625 County Road 7
Talladega         AL 35160
---------------------------------------------------------------------------

001564203


Green, Joan T.                          Unknown
815 Olive St
Carthage          MO 64836
---------------------------------------------------------------------------

001558951


Green, Jr. Finley W.                    Unknown
1616 Cedar Creek Rd.
Pelion            SC 29123
---------------------------------------------------------------------------

000118699


Green, Kathy M.                         Unknown
3105 Kerr Station Road
Cabot             AR 72023
---------------------------------------------------------------------------

000118511


Green, Kristi D.*                       Unknown
3105 Kerr Station Rd.
Cabot             AR 72023
---------------------------------------------------------------------------

001587955


Green, Leon And Betty                   Unknown
614 Larry Mark Circle
Trinidad          TX 75163
---------------------------------------------------------------------------

001595650


Green, Linda G.                         Unknown
905 S Washington
Livingston        TX 77351
---------------------------------------------------------------------------

001547130


Green, Luella R                         Unknown
17845 Blytheway
Blythe            CA 92225
---------------------------------------------------------------------------

001563154


Green, Mary L.                          Unknown
P.O. Box 104
Mont Belvieu      TX 77580
---------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001596556 | |
| Green, Mary S.<br>22 Little Wood River Road<br>Carey          ID 83320 | Unknown |
| 001485009 | |
| Green, Robert A.<br>190 Wallace St.<br>Sylacauga      AL 35150 | Unknown |
| 001586325 | |
| Green, Rochelle L.<br>1801 Wilson Ave.<br>Bellinghan    WA 98225 | Unknown |
| 001582851 | |
| Green, Ryan M.<br>202 Chesapeake Dr., Apt. F<br>Marion        IL 62959 | Unknown |
| 000134755 | |
| Green, Sheila<br>3 Tizer View Road<br>Clancy        MT 59634 | Unknown |
| 001525143 | |
| Green, Tammie R.<br>6400 Stonebrook Cir.<br>Plano         TX 75093 | Unknown |
| 001513924 | |
| Greene, Deborah C.<br>2532 Vera Cruz Court<br>Henderson     NV 89014 | Unknown |
| 001584213 | |
| Greene, Marcus L.<br>26968 Flo Ln., #313<br>Canyon Country   CA 91351 | Unknown |
| 001543141 | |
| Greene, Michael K.<br>1774 Silver Knoll<br>Las Vegas     NV 89123 | Unknown |

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE            Page 548
                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001519934


        Greene, Nikia                          Unknown
        1805 Joslyn #51
        Helena          MT 59601
------------------------------------------------------------------------------

        001594785


        Greene, Rick                           Unknown
        2137 Devonshire
        Imperial        MO 63052
------------------------------------------------------------------------------

        001575535


        Greene, Terrence P.                    Unknown
        2174 E Clearview Lane
        Langley         WA 98260
------------------------------------------------------------------------------

        001596514


        Greenfield Eric                        Unknown
        554 Fisk Ave
        San Jose        CA 95125
------------------------------------------------------------------------------

        001583115


        Greenfield, Gordon M.                  Unknown
        451 Mentone Ave. Apt. 1
        Grover Beach    CA 93433
------------------------------------------------------------------------------

        001485958


        Greensweight, Melva L.                 Unknown
        604 Cedar Street
        Mineral Wells   TX 76067
------------------------------------------------------------------------------

        001608120


        Greenway, Devin K.                     Unknown
        2905 S. Machias Road
        Sndhomish       WA 98290
------------------------------------------------------------------------------

        000113985


        Greenway, Gladys M.                    Unknown
        267 Watts Landing Rd
        Hampstead       NC 28443
------------------------------------------------------------------------------

        001569071


        Greenwood Keith R.                     Unknown
        67800 Woodland Drive
        St Clairsville  OH 43950
------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE            Page: 549
                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001542297


        Greenwood, Dorothy Ann                  Unknown
        1253 U.S.Hwy 71 Alt
        Carthage          MO 64836
--------------------------------------------------------------------------------

        001518730


        Greenwood, Gerda                        Unknown
        1315 7Th Street So. #46
        Great Falls       MT 59405
--------------------------------------------------------------------------------

        001567796


        Greenwood, Katrina M.                   Unknown
        44000 Main St Lloydsville Rd
        St. Clairsville   OH 43950
--------------------------------------------------------------------------------

        001563838


        Greenwood, Larry                        Unknown
        44000 Main ST., LLOYDSVILLE RD
        St. Clairsville   OH 43950
--------------------------------------------------------------------------------

        001556667


        Greer, Emily                            Unknown
        5026 Elsby
        Dallas            TX 75209
--------------------------------------------------------------------------------

        001574185


        Greer, James T.                         Unknown
        1106 Long Boulevard
        Garden City       KS 67846
--------------------------------------------------------------------------------

        001477351


        Gregg, Jon                              Unknown
        614 N. Oak
        Pauls Valley      OK 73075
--------------------------------------------------------------------------------

        001536309


        Gregg, Linda B.                         Unknown
        1142 South Main St.
        St. Stephen       SC 29479
--------------------------------------------------------------------------------

        001566032


        Gregory, Carol J                        Unknown
        178 Ojo De La Vaca
        Sante Fe          NM 87505
--------------------------------------------------------------------------------

                          Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000160622


        Gregory, Margaret E.                    Unknown
        2820 Goode Road
        Goode           VA 24556
------------------------------------------------------------------------

        001596551


        Gregory, Mathew A.                      Unknown
        p.o. box 1474
        coeurd'alene    ID 83816
------------------------------------------------------------------------

        001569592


        Greitzer, Howard                        Unknown
        900 S W 88th TERR
        Plantation      FL 33324
------------------------------------------------------------------------

        001537808


        Grelle, Brenda J.                       Unknown
        4820 Westgrove Dr. #607
        Dallas          TX 75248
------------------------------------------------------------------------

        001541554


        Grelle, Torrie A.                       Unknown
        100 N. Gamble Road
        Jasper          AL 35501
------------------------------------------------------------------------

        001532662


        Grenville, S. Dee                       Unknown
        1912 N 32Nd Place
        Mt Vernon       WA 98273
------------------------------------------------------------------------

        001537273


        Gresham, Sidney E.                      Unknown
        2411 Crestwood Circle
        Tupelo          MS 38801
------------------------------------------------------------------------

        001525571


        Gresham, William G.                     Unknown
        4295 Jonesboro Road
        West Monroe     LA 71292
------------------------------------------------------------------------

        001576324


        Gressett, Gary L.                       Unknown
        18511 F.M. 902
        Collinsville    TX 76233
------------------------------------------------------------------------
```

```
                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001514896


        Grice Fred W.                             Unknown
        3407 Rockingham Rd.
        Greensboro        NC 27407
---------------------------------------------------------------------------------

        001516536


        Grice, Kathy E.                           Unknown
        3407 Rockingham Road
        Greensboro        NC 27407
---------------------------------------------------------------------------------

        001599033


        Grider, Charles L                         Unknown
        330 W Vanderbilt Loop
        Montgomery        AL 36109
---------------------------------------------------------------------------------

        001537323


        Grier, Marian E.                          Unknown
        600 West Oxley Blvd.
        Vidalia           GA 30474
---------------------------------------------------------------------------------

        001585267


        Grier, Nan P.                             Unknown
        303 E. Cannon St.
        Hemingway         SC 29554
---------------------------------------------------------------------------------

        000139857


        Griffie, Chuck H.                         Unknown
        5704 Hidden Valley Road
        Greensboro        NC 27407
---------------------------------------------------------------------------------

        001595149


        Griffin Max E.                            Unknown
        1159 Moon Valley Road
        Billings          MT 59105
---------------------------------------------------------------------------------

        001526370


        Griffin, Dane R.                          Unknown
        1816 Lennox
        Olathe            KS 66062
---------------------------------------------------------------------------------

        001532043


        Griffin, David                            Unknown
        2921 Harvard Road
        Lawrence          KS 66049
---------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code           of Claim


        001530806


        Griffin, Donna E.                    Unknown
        1604 West 26th Street
        Lawrence         KS 66046
-----------------------------------------------------------------------------

        001468025


        Griffin, Edgar R.                    Unknown
        1512 Brierwood Pl Sw.
        Jacksonville     AL 36265
-----------------------------------------------------------------------------

        001480508


        Griffin, James A.                    Unknown
        1558 Eagle Ridge Rd.
        Albuquerque      NM 87122
-----------------------------------------------------------------------------

        001611875


        Griffin, Jennifer                    Unknown
        3021 Hwy 501
        Goldonna         LA 71031
-----------------------------------------------------------------------------

        001590326


        Griffin, Jonnie F                    Unknown
        1308 Granville Rd.
        Franklin         TN 37064
-----------------------------------------------------------------------------

        001588655


        Griffin, Justin T                    Unknown
        102 Northwood
        Henrietta        TX 76365
-----------------------------------------------------------------------------

        001526912


        Griffin, Larry J.                    Unknown
        102 North Wood
        Henrietta        TX 76365
-----------------------------------------------------------------------------

        000162569


        Griffin, Mark D                      Unknown
        9191 Nelson Road
        Longmont         CO 80503
-----------------------------------------------------------------------------

        000117706


        Griffin, Mark S.                     Unknown
        410 Flavia Circle
        Troy             AL 36081
-----------------------------------------------------------------------------
```

                 Unsecured Creditors -- Sales Representatives


       Creditors Names and                 Total Amt
       Mailing Address/ Zip Code            of Claim


       000105166


       Griffin, Patty W.                    Unknown
       18449 Boundary Road
       Oakboro          NC 28129
-----------------------------------------------------------------------
       001541950


       Griffin, Phillip R.                  Unknown
       26631 Beatline Rd.
       Athens           AL 35613
-----------------------------------------------------------------------
       001558692


       Griffin, R. John                     Unknown
       1017 Union Church Rd.
       Churchville      VA 34421
-----------------------------------------------------------------------
       001498508


       Griffin, Robert H.                   Unknown
       2629 Highway 822
       Ruston           LA 71270
-----------------------------------------------------------------------
       001584135


       Griffin, Robert W.                   Unknown
       12225 S. Hagan
       Olathe           KS 66062
-----------------------------------------------------------------------
       001515530


       Griffin, Sharon A.                   Unknown
       10 S Briar Hollow Ln #60
       Houston          TX 77027
-----------------------------------------------------------------------
       001547013


       Griffin, Wade E.                     Unknown
       5008 Albany Dr.
       Plano            TX 75093
-----------------------------------------------------------------------
       000137438


       Griffith, Craig S.                   Unknown
       359 Tara Drive
       Sulphur          LA 70663
-----------------------------------------------------------------------
       001488203


       Griffith, Deborah P                  Unknown
       2029 Maybank Hwy
       Charleston       SC 29412
-----------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code           of Claim


        000137505


        Griffith, Jean                      Unknown
        305 West Lee
        Sulphur         LA 70663
-------------------------------------------------------------------------------

        001577229


        Griffith, Julie A.                  Unknown
        7018 Lugary
        Houston         TX 77036
-------------------------------------------------------------------------------

        000120510


        Griffith, Marie L.                  Unknown
        8913 Brookwood Drive
        Shreveport      LA 71118
-------------------------------------------------------------------------------

        000120991


        Griffith, Steven L.                 Unknown
        359 Tara Drive
        Sulphur         LA 70665
-------------------------------------------------------------------------------

        001601614


        Griffith, Wetzel B.                 Unknown
        113 Washington Drive
        Ladson          SC 29456
-------------------------------------------------------------------------------

        000160677


        Griffitt, Judy C.                   Unknown
        107 River Run Rd.
        Childersburg    AL 35044
-------------------------------------------------------------------------------

        001531838


        Griffitts, Dutchess J.              Unknown
        610 Magnolia Ridge
        Dayton          TX 77535
-------------------------------------------------------------------------------

        001584321


        Griggs, Andrew C.                   Unknown
        5269 Dresden Rd.
        Birmingham      AL 35210
-------------------------------------------------------------------------------

        001464162


        Griggs, Gerald T.                   Unknown
        7924 New Jersey Ave.
        Kansas City     KS 66112
-------------------------------------------------------------------------------
```

INTERNATIONAL HERITAGE

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001579369 | |
| Grigsby, Diana P.<br>403 Prosser Rd.<br>Lawrencebrug    TN 38464 | Unknown |
| 001544512 | |
| Grim, John P.<br>4301 S.W. Huntoon, Ste. 11<br>Topeka        KS 66604 | Unknown |
| 001574606 | |
| Grimes, Janice<br>1615 Fairburn Dr<br>Cumming       GA 30040 | Unknown |
| 001548628 | |
| Grimes, Robert K.<br>4578 River Park Dr.<br>Corpus Christi    TX 78410 | Unknown |
| 001567283 | |
| Grimm, Jerry  E.<br>271 Jefferson Ave.<br>Sharon        PA 16146 | Unknown |
| 001571181 | |
| Grimm, John S.<br>Rt. 1 Box 1147 Airport Road<br>Jena          LA 71342 | Unknown |
| 001581614 | |
| Grimm, Rosetta C<br>901 Caddington Avenue<br>Silver Spring    MD 20901 | Unknown |
| 001579584 | |
| Grimsley, Greg<br>P.O. Box 776<br>Rockport      TX 78381 | Unknown |
| 001483739 | |
| Grimstead, Richard F.<br>976 Windy Ridge<br>Mount Vernon    WA 98273 | Unknown |

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                Total Amt
Mailing Address/ Zip Code          of Claim


001488244


Griner, Joan A.                    Unknown
502 Leyswood Dr.
Greenville      SC 29615
-----------------------------------------------------------------

001484444


Griner, Timothy J.                 Unknown
502 Leyswood Drive
Greenville      SC 29615
-----------------------------------------------------------------

001512271


Grisham, Mike R.                   Unknown
5015 E. Ustick #155
Caldwell        ID 83605
-----------------------------------------------------------------

001474033


Grisham, Richard W.                Unknown
122 Foxwood Circle
Oliver Springs  TN 37840
-----------------------------------------------------------------

001609544


Grisham, Sue A                     Unknown
5935 Vicki John
Houston         TX 77096
-----------------------------------------------------------------

001584113


Grissom, Steve C.                  Unknown
817 E. 15Th
Joplin          MO 64804
-----------------------------------------------------------------

001460875


Grist, Myra A.                     Unknown
45308 Koa Kaniko St.
Kaneohe         HI 96744
-----------------------------------------------------------------

001460041


Grist, Thomas L                    Unknown
6343 W. Kings Ave.
Glendale        AZ 85306
-----------------------------------------------------------------

001538978


Groce, Elizabeth A.                Unknown
3140 Foxknob Rd.
Jonesville      NC 28642
-----------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001540234


Groendyk, Phyllis L.                   Unknown
4930 196Th Pl.  N E
Arlington        WA 98233
```
--------------------------------------------------------------------
```
000131097


Groff, Charles                         Unknown
306 Craighill
Richland         WA 99352
```
--------------------------------------------------------------------
```
001609187


Groff, Cindy L                         Unknown
201 N Edison Suite 226
Kennewick        WA 99336
```
--------------------------------------------------------------------
```
000131061


Groff, Michael D.                      Unknown
201 N. Edison, Ste 226
Kennewick        WA 99336
```
--------------------------------------------------------------------
```
001524261


Grome, Carol L.                        Unknown
2290 Atoka Dr.
Marietta         GA 30060
```
--------------------------------------------------------------------
```
001524653


Groom II, Marlin D.                    Unknown
2708 Millmar Drive
Dallas           TX 75228
```
--------------------------------------------------------------------
```
001592436


Grooms, Edith                          Unknown
3735 Winesap Rd.
Roanoke          VA 24019
```
--------------------------------------------------------------------
```
001598194


Grooms, Jonathan D.                    Unknown
3735 winesap Rd.
Roanoke          VA 24019
```
--------------------------------------------------------------------
```
001596424


Grooms, Nathan P.                      Unknown
3735 Winesap Rd
Roanoke          VA 24019
```
--------------------------------------------------------------------

                  Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim

        000124121

        Gross, Blanche Y.                       Unknown
        10512 Tomwood
        El Paso          TX 79925
---------------------------------------------------------------------------------

        001606613

        Gross, Carl                             Unknown
        3953 N. Clarey
        Eugene           OR 97402
---------------------------------------------------------------------------------

        001606759

        Gross, David D                          Unknown
        8412 Huffman Rd
        Cygnet           OH 43569
---------------------------------------------------------------------------------

        001537869

        Gross, Donald H.                        Unknown
        1439 Cheyenne Trail
        Anniston         AL 36206
---------------------------------------------------------------------------------

        001562866

        Gross, Joan W.                          Unknown
        3953 N., Clarey
        Eugene           OR 97402
---------------------------------------------------------------------------------

        001564456

        Grossglass, Barbra L.                   Unknown
        927 Smokehouse Rd.
        La Conner        WA 98257
---------------------------------------------------------------------------------

        001547658

        Grossman, Ethel F.                      Unknown
        2216 S Sunrise Road
        Spoakane         WA 99206
---------------------------------------------------------------------------------

        001586298

        Grossman, J. Mike                       Unknown
        3600 North Hills Dr. #141
        Austin           TX 78731
---------------------------------------------------------------------------------

        001569818

        Grover, Faye                            Unknown
        2298 Grandivew Dr.
        Lawrenceburg     TN 38464
---------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001595165 | |
| Grover, Rick T.<br>1015 North Jackson<br>Joplin          MO 64801 | Unknown |
| 001482752 | |
| Grubbs, Thomas F<br>6083 Sue Ann Lane<br>Terrell         TX 75161 | Unknown |
| 000152377 | |
| Grudza, Sheri L.<br>3413 Dublin Trail<br>Mequite         TX 75149 | Unknown |
| 001466096 | |
| Grun, Loren & Lana J.<br>P.O. Box 6704<br>Sevierville     TN 37864 | Unknown |
| 001584284 | |
| Grunwald, John & Sammie<br>4130 Meridian Place<br>Corpus Christi   TX 78411 | Unknown |
| 001474592 | |
| Gruver, Wilber H.<br>3727 Brentwood Ave.<br>Lake Charles    LA 70607 | Unknown |
| 001540374 | |
| Gruza, Larry E.<br>113 Lakeshore Drive<br>Corpus Christi   TX 78413 | Unknown |
| 001601340 | |
| Gu, Ru Yang<br>373 Hart St.<br>Brooklyn        NY 11206 | Unknown |
| 000155744 | |
| Guan, Jian-Zhi<br>43 Mott Street Apt #12<br>New York         NY 10013 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001606385 | |
| Guan, Liping<br>3128 Bartlett Ave.<br>Rosemead          CA 91770 | Unknown |
| 001489044 | |
| Guan, Yong<br>843 46th St.<br>Brooklyn N.Y.      NY 11220 | Unknown |
| 001525019 | |
| Guchereau R. E.<br>10909 Theis Ave.<br>Whittier          CA 90604 | Unknown |
| 001480043 | |
| Guchereau, Kenneth W.<br>25082 Mammoth Circle<br>Lake Forest       CA 92630 | Unknown |
| 001552514 | |
| Gude, Martha<br>6120 McGEE ST.<br>Knasas City       MO 64113 | Unknown |
| 001496190 | |
| Guelzo, Jene E.<br>7359 Pine Bay Drive<br>Comstock Park     MI 49321 | Unknown |
| 000120221 | |
| Guercio, Daisy L.<br>3125 Drusilla Lane<br>Baton Rouge       LA 70809 | Unknown |
| 001583163 | |
| Guerin, John J<br>12810 N Cave Creek Rd<br>Phoenix           AZ 85022 | Unknown |
| 001535228 | |
| Guernsey, Celeste<br>Post office Box 8274<br>Corpus Christi    TX 78468 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001554981 | |
| Guerra, Mario R.<br>121 Fairview<br>Rio Grande City     TX 78582 | Unknown |
| 001562160 | |
| Guerra, Serafin J.<br>Rt. 1 Box 73D<br>Rio Grande City     TX 78582 | Unknown |
| 000142555 | |
| Guerrero, John J.<br>306 Ridgewater Way<br>Cataula          GA 31804 | Unknown |
| 001600908 | |
| Guerriero, Mark A<br>2300 Bienville Dr<br>Monroe           LA 71201 | Unknown |
| 000129995 | |
| Guevara, Penny J.<br>Po Box 515<br>Garibaldi        OR 97118 | Unknown |
| 001513309 | |
| Guffey, Johnnie L.<br>2151 Ready Section Rd.<br>Toney            AL 35773 | Unknown |
| 000126334 | |
| Gugler, Ann<br>Rt 1 Box 10<br>Ellis            KS 67637 | Unknown |
| 001590475 | |
| Guider, Dennis S.<br>2484 Crooked Oak Dr.<br>Lenoir City      TN 37771 | Unknown |
| 001507426 | |
| Guidry, Dustin E.<br>1304 Travis<br>Nederland        TX 77627 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page: 562

                          Unsecured Creditors -- Sales Representatives

        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        000120103


        Guidry, Jonathan O.                     Unknown
        927 Patricia St
        Rayne          LA 70578
------------------------------------------------------------------------

        000157617


        Guidry, Nicole R.                       Unknown
        P.O. Box 2353
        Crowley        LA 70527
------------------------------------------------------------------------

        001455519


        Guidry, Sheila B.                       Unknown
        13284 Palm Street
        Vacherie       LA 70090
------------------------------------------------------------------------

        001581510


        Guidry, Stephen M.                      Unknown
        475 Havenmist Landing
        Suwanee        GA 30024
------------------------------------------------------------------------

        001573783


        Guidry, Travis L.                       Unknown
        212 Landry St.
        Sulphur        LA 70663
------------------------------------------------------------------------

        001526368


        Guilbeau, Steven C.                     Unknown
        503 Patrick Dr.
        Broussard      LA 70518
------------------------------------------------------------------------

        001546355


        Guiliadova, Darina                      Unknown
        2939 Ave Y. Apt 3 B
        Brooklyn       NY 11235
------------------------------------------------------------------------

        001496180


        Guillory, Ronney M.                     Unknown
        107 Gena Marie Dr.
        Lafayette      LA 70506
------------------------------------------------------------------------

        001598245


        Guillotte, Sherwood J.                  Unknown
        610 Comeaux Rd.
        New Iberia     LA 70563
------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001547994 | |
| Guinasso, Della-Rae<br>2622 25Th Ave W.<br>Seattle     WA 98199 | Unknown |
| 001565948 | |
| Gulley, Bob<br>4044 Magee Lane<br>Corpus Christi    TX 78410 | Unknown |
| 001523694 | |
| Gulley, James L.<br>4017 Davilla<br>Dallas     TX 75220 | Unknown |
| 001515912 | |
| Gulley, Melynda Z.<br>3333 Oakwell Ct. #1036<br>San Antonio    TX 78218 | Unknown |
| 001554722 | |
| Gulley, Robert Bryan<br>5756 South Staples  #C<br>Corpus Christi    TX 78413 | Unknown |
| 001557237 | |
| Gulley, Sylvia H.<br>4044 Magee Lane<br>Corpus Christi    TX 78410 | Unknown |
| 000128598 | |
| Gullickson, Doris E.<br>RR 1 Box 682<br>Big Sandy    MT 59520 | Unknown |
| 000122789 | |
| Gullion, H. Dennis<br>3517 Shoreside Dr.<br>Garland    TX 75043 | Unknown |
| 001614102 | |
| Gummerman, Michael*<br>901 Sw Raintree Dr<br>Lee'S Summit    MO 64082 | Unknown |

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE
                    Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


000128775


Gundermann, Mike C.                     Unknown
764 North Main St.
Kalspell          MT 59901
------------------------------------------------------------------------------

000128828


Gundermann, Sam M.                      Unknown
4254 Hwy. 438
Larslan           MT 59244
------------------------------------------------------------------------------

001579043


Gunerius, Cathy A.                      Unknown
9414 Thomle Rd.
Stanwood          WA 98292
------------------------------------------------------------------------------

000157222


Gunn, Joyce B.                          Unknown
468 Turkey Creek Rd
Thomaston         GA 30286
------------------------------------------------------------------------------

001530334


Gunnels, WILLIAM                        Unknown
106 Fern
Covington         LA 70433
------------------------------------------------------------------------------

001562335


Gunter, Carol A.                        Unknown
106 Valley Drive
Attall            AL 35954
------------------------------------------------------------------------------

001476297


Gunter, Kevin                           Unknown
6302 Sam Maverick Pass
Austin            TX 78749
------------------------------------------------------------------------------

001548050


Guo, Aiwu (Irene)                       Unknown
111-66 43rd Ave., 2nd Fl.
Corona            NY 11368
------------------------------------------------------------------------------

001566024


Guo, Jian-Li                            Unknown
13427 Verbena
Houston           TX 77083
------------------------------------------------------------------------------

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001471868 | |
| Guo, Ling Gl<br>P O Box 2425<br>University      MS 38677 | Unknown |
| 000157918 | |
| Gustafson, Dale E<br>2134 Primrose Ln<br>Fort Collins    CO 80526 | Unknown |
| 001596524 | |
| Gustafson, Diane L.<br>1825 Howard Rd<br>Auburn      WA 98002 | Unknown |
| 001549655 | |
| Gustafson, John D.<br>9 Lantana<br>Littleton     CO 80127 | Unknown |
| 000128540 | |
| Gustin, J.D.<br>6928 Hwy 312 E.<br>Billings     MT 59105 | Unknown |
| 000129440 | |
| Gustin, Sonja A.<br>6928 Hwy 312 E.<br>Billings     MT 59105 | Unknown |
| 001510062 | |
| Gustovich, Darlene K.<br>2304 3Rd Ave North<br>Great Falls    MT 59401 | Unknown |
| 001499107 | |
| Gustovich, Delores<br>2304 3Rd Avenue North<br>Great Falls    MT 59401 | Unknown |
| 000162295 | |
| Guth, Ernie B.<br>Po Box 772<br>Lincoln     LA 70445 | Unknown |

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE        Page: 566
                        Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim

        001542721

        Guthrie, Elnora J.                      Unknown
        4003 Clinton Ln.
        Lago Vista       TX 78645
--------------------------------------------------------------------------

        001577850

        Gutierrez, Angelique                    Unknown
        1309 Rambler Rd.
        Arlington        TX 76014
--------------------------------------------------------------------------

        001596245

        Gutierrez, Jared                        Unknown
        430 W 1St N
        Rexburg          ID 83440
--------------------------------------------------------------------------

        001594685

        Gutierrez, Pete L.                      Unknown
        4045 Key West
        Corpus Christi   TX 78411
--------------------------------------------------------------------------

        001457513

        Guttery, Allyson P.                     Unknown
        12114 Slater
        Overland Park    KS 66213
--------------------------------------------------------------------------

        001457651

        Guttery, Christopher P.                 Unknown
        1229 North Mansfield
        Los Angeles      CA 90038
--------------------------------------------------------------------------

        000145998

        Guttery, Cynthia J.                     Unknown
        12114 Slater
        Overland Park    KS 66213
--------------------------------------------------------------------------

        000138668

        Guy, Calvin E.                          Unknown
        674 Caldwell Rd.
        Zebulon          GA 30295
--------------------------------------------------------------------------

        001485377

        Guy, Leslie A.                          Unknown
        283 Shoshone Dr
        Paso Robles      CA 93446
--------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001501603


        Guy, Shelly C.                         Unknown
        2035 E. Sweet Water #22
        Phoenix            AZ 85022
---------------------------------------------------------------------------------

        000130829


        Guyette, James W.                      Unknown
        9803 North Hillsdale Ct.
        Spokane            WA 99208
---------------------------------------------------------------------------------

        001483283


        Guzman, Delia F.                       Unknown
        800 Barcelona
        Pharr              TX 78577
---------------------------------------------------------------------------------

        001575993


        Gwin, Terry W.                         Unknown
        5215 Westgrove Pl.
        Dallas             TX 75248
---------------------------------------------------------------------------------

        001511962


        H & A Management Group, LLC            Unknown
        8118 Talon Court
        Montgomery         AL 36117
---------------------------------------------------------------------------------

        001479901


        H O P E                                Unknown
        97-20 57 Av.
        Rego Park          NY 11368
---------------------------------------------------------------------------------

        001579342


        H Z Richcome Int'L Corp.               Unknown
        89-05  87 St. Woodhaven
        New York           NY 11421
---------------------------------------------------------------------------------

        001480384


        H&H Enterprises                        Unknown
        8313 SOUTH 5th AVENUE
        Broken Arrow       OK 74011
---------------------------------------------------------------------------------

        001572706


        H.I.S. Solutions Inc.                  Unknown
        18911 S.W. 313 Street
        Homestead          FL 33030
---------------------------------------------------------------------------------
```

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001584394


        HBD Enterprise                          Unknown
        91-31 Queens Blvd
        Elmhurst          NY 11373
----------------------------------------------------------------------------
        001582454


        HOPKINS, Jeff W.                        Unknown
        219 Cap Adkins Rd.
        Huntsville        AL  35803
----------------------------------------------------------------------------
        000151766


        HUMPHRY, Kelly J.                       Unknown
        4690 E Overland
        Meridian          ID 83642
----------------------------------------------------------------------------
        001486113


        Haack, Aaron J.                         Unknown
        14312 81St Place S.E.
        Snohomish         WA 98290
----------------------------------------------------------------------------
        001592067


        Haag, Kevin                             Unknown
        4821 Coronado Parkway
        Cape Coral        FL 33904
----------------------------------------------------------------------------
        001511267


        Haar, Tyra K.                           Unknown
        4592 W. Jones
        Garden City       KS 67846
----------------------------------------------------------------------------
        001483662


        Haas, Daniel D.                         Unknown
        4202 Hidden Valley
        Carrollton        TX 75010
----------------------------------------------------------------------------
        001568105


        Haas, Terra M.                          Unknown
        1903 N W West Street
        Topeka            KS 66608
----------------------------------------------------------------------------
        000162711


        Haase, Diana M.                         Unknown
        657 Eric Court
        Herndon           VA 20170
----------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 569
                           Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001549796


        Haase, Koley R.                         Unknown
        2055 Bel Air Dr.
        Moses Lake        WA 98837
--------------------------------------------------------------------------------
        001590552


        Haase, Theodore G.                      Unknown
        619-B Yennie Street
        Grain Valley      MO 64029
--------------------------------------------------------------------------------
        001522404


        Habecker, Harold                        Unknown
        3517 Dartmouth Drive
        Plano             TX 75075
--------------------------------------------------------------------------------
        001606474


        Habrial, Shawn G.                       Unknown
        640 School Rd.
        Nazareth          PA 18064
--------------------------------------------------------------------------------
        000160806


        Hachmeister, Ash B.                     Unknown
        104 N E 103rd Street
        Kansas City       MO 64155
--------------------------------------------------------------------------------
        001577097


        Hackett, Barbara B.                     Unknown
        Po Box 2925
        Tupelo            MS 38803
--------------------------------------------------------------------------------
        000135042


        Hackett, Rhett D.                       Unknown
        137-3 Whittington Dr.
        Lafayette         LA 70503
--------------------------------------------------------------------------------
        001580742


        Hadaway, Charles R.                     Unknown
        4708 Westminster
        Bryan             TX 77802
--------------------------------------------------------------------------------
        001610497


        Haddad, Enad G                          Unknown
        4709 Beechcrofit Dr
        Greensboro        NC 27407
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001610181


Haddock, James L.                        Unknown
1515 Tillamook Ave.
Oceanside        OR 97134
------------------------------------------------------------------------
001596239


Haeger, Sherryl I.                       Unknown
14128-139th Ave., S.E.
Snohomish        WA 98290
------------------------------------------------------------------------
001511167


Haers, Julie C.                          Unknown
29 Hillside Drive
Clifton Springs   NY 14432
------------------------------------------------------------------------
001500176


Hafer, Joshua M.                         Unknown
1810 Redbud Drive
Joplin           MO 64801
------------------------------------------------------------------------
001549818


Hafner, Pamela M.                        Unknown
8020 174Th St. N.W.
Stanwood         WA 98292
------------------------------------------------------------------------
001585709


Hagan, Linda D.                          Unknown
920 Twin Bridges Rd. Apt 115
Alexandria       LA 71303
------------------------------------------------------------------------
001580579


Hagar, Gregory/Brenda S.                 Unknown
2905 Killarney Drive
Laporte          CO 80535
------------------------------------------------------------------------
000148351


Hagel, Darlene L                         Unknown
2304 S. Ledbetter Place
Kennewick        WA 99337
------------------------------------------------------------------------
001586825


Hageman, Joe B.                          Unknown
4218 Toyon Drive
Billings         MT 59106
------------------------------------------------------------------------
```

                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001552491


        Hagemann, Donald T                   Unknown
        2240 Willoby Court
        Morrow          GA 30260
---------------------------------------------------------------------
        001589515


        Hagen, Christopher                   Unknown
        800 W. Nasa Road 1 Apt -50
        Webster         TX 77598
---------------------------------------------------------------------
        001596528


        Hagen, Everett J.                    Unknown
        1108 7Th Street Apt 106
        Nampa           ID 83651
---------------------------------------------------------------------
        000130667


        Hagen, Steve K.                      Unknown
        7105 Steelhead Ln.
        Burlington      WA 98233
---------------------------------------------------------------------
        001555455


        Hager, Ray A.                        Unknown
        207 South Pecan
        Henrietta       TX 76365
---------------------------------------------------------------------
        000106512


        Hagler, Mitchell L.                  Unknown
        155 Pinecrest Dr.
        Gaffney         SC 29341
---------------------------------------------------------------------
        000145226


        Haidarali, Raouf S.                  Unknown
        P. O. Box 07024
        Ft. Myers Beach    FL 33919
---------------------------------------------------------------------
        001509994


        Haight, Mark T.                      Unknown
        9340 Hwy 59 Teckla Route
        Gillette        WY 82718
---------------------------------------------------------------------
        001573950


        Haines, Hope                         Unknown
        19827 Ricewood Way
        Katy            TX 77449
---------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000122986 | |
| Hainline, Roegena M.<br>1533 Palm Valley<br>Garland          TX 75043 | Unknown |
| 000140784 | |
| Hairfield, Michele W.<br>1775 OrangeGrove Shores Road<br>Charleston        SC 29407 | Unknown |
| 000117855 | |
| Hairrell, Teresa A.<br>12 Harborview Ct. N.E.<br>Decatur          AL 35601 | Unknown |
| 001538656 | |
| Hairston, Kenneth<br>229 A Oak Lake Run Cresent<br>Chesepeake        VA 23320 | Unknown |
| 001590268 | |
| Hairston, Louise H.<br>2497 The Great Road<br>Fieldale          VA 24089 | Unknown |
| 001571232 | |
| Hajduk, Andrew J.<br>307 E. Lakeshore Drive<br>Round Lake Park    IL 60073 | Unknown |
| 001501132 | |
| Hakala, Steven C<br>3024 Ambler Drive<br>Cincinnati        OH 45241 | Unknown |
| 001536159 | |
| Hake, Lee<br>8700 E. 87th Street<br>Kansas City        MO 64138 | Unknown |
| 001538444 | |
| Hake, Leta F.<br>8700 E. 87Th St.<br>Kansas City        MO 64138 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001601490

Hakey, Michael                          Unknown
5330 Goshen Road Lot 210
Ft. Wayne          IN 46818
--------------------------------------------------------------------------------

001544642

Halbrook, Kimberly A.                    Unknown
3118 Briarhurst
Corpus Christi     TX 78414
--------------------------------------------------------------------------------

001535304

Halbrook, Sherry                         Unknown
3118 Briarhurst
Corpus Christi     TX 78414
--------------------------------------------------------------------------------

001538089

Halbrooks, Kenneth Scott                 Unknown
P.O. Box 366
Dayton             TX 77535
--------------------------------------------------------------------------------

001546048

Hale, Hermalee                           Unknown
2941-B Cherry Hills Dr.
Antioch            TN 37013
--------------------------------------------------------------------------------

001549299

Hale, J. J.                              Unknown
5505 Windmier
Dallas             TX 75252
--------------------------------------------------------------------------------

001552852

Hale, James A.                           Unknown
16414 Arbor Downs
Dallas             TX 75248
--------------------------------------------------------------------------------

001541854

Hale, Lonnie G.                          Unknown
5703 Oak Hill Road N.E.
Fort Payne         AL 35967
--------------------------------------------------------------------------------

000130365

Hale, Nolan S.                           Unknown
4504 W. Henry
Pasco              WA 99302
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE
                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001536948


        Hales, Deward B.                          Unknown
        323 Chateau Woods Parkway
        Conroe          TX 77385
---------------------------------------------------------------------------------

        000131626


        Hales, Jessica L.                         Unknown
        4911 Maplewood Dr.
        Greenville      SC 29615
---------------------------------------------------------------------------------

        001464295


        Haley, Richard W.                         Unknown
        3822 Drybrook Rd. APT J
        Charlotte       NC 28269
---------------------------------------------------------------------------------

        000152469


        Haley, Sue                                Unknown
        216 Ave.Q  P.O.B. 172
        Johnson City    TX 78636
---------------------------------------------------------------------------------

        001592706


        Halford, Rod J                            Unknown
        217 East Ridge Rd
        Orem            UT 84057
---------------------------------------------------------------------------------

        000162728


        Halingstad, Lzetta                        Unknown
        HC 69 Box 48
        Chinook         MT 59523
---------------------------------------------------------------------------------

        001497666


        Hall III, Jack A.                         Unknown
        1468 Gemini
        Houston         TX 77058
---------------------------------------------------------------------------------

        001581081


        Hall, Alicia E.                           Unknown
        7772 Kennington Lane
        Jonesboro       GA 30236
---------------------------------------------------------------------------------

        001598495


        Hall, Billy J.                            Unknown
        1065 Ford Rd.
        Homer           LA 71040
---------------------------------------------------------------------------------

INTERNATIONAL HERITAGE

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001495196

Hall, Carol M                          Unknown
834 Forest Lake Dr
Seabrook        TX 77586
--------------------------------------------------------------------------------

001549034

Hall, Carol R.                         Unknown
4608 Fawn
Fort Worth      TX 76132
--------------------------------------------------------------------------------

001552968
:
Hall, Charles                          Unknown
20405 S H 249 #C
Houston         TX 77070
--------------------------------------------------------------------------------

001532398

Hall, Charles E.                       Unknown
5918 Hugo Drive
Corpus Christi   TX 78412
--------------------------------------------------------------------------------

001590281

Hall, Cory K.                          Unknown
1633 North 1900 East
Terreton        ID 83450
--------------------------------------------------------------------------------

001592239

Hall, Edna R.                          Unknown
491 Meadowlark Way
Clifton         CO 81520
--------------------------------------------------------------------------------

001497416

Hall, Elizabeth M.                     Unknown
846 Seacliff Drive
Houston         TX 77062
--------------------------------------------------------------------------------

001498635

Hall, Elizabeth S.                     Unknown
1016 Harborview Dr.
Galveston       TX 77550
--------------------------------------------------------------------------------

001484620

Hall, Eric M.                          Unknown
13925 27th ST. S.E.
Snohomish       WA 98290
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code           of Claim


        001518292


        Hall, Eugene L.                      Unknown
        1497 Eagle Dr.
        Burlington       WA 98233
---------------------------------------------------------------------------------

        001535665


        Hall, Exie Or Stan                   Unknown
        5049 Greenbriar
        Corpus Christi   TX 78413
---------------------------------------------------------------------------------

        001552483


        Hall, Harold W.                      Unknown
        378 So. 411 Road
        East Prairie     MO 63845
---------------------------------------------------------------------------------

        001601352


        Hall, Helen                          Unknown
        763 Foxtrot Way
        Camano Is        WA 98292
---------------------------------------------------------------------------------

        001581206


        Hall, Helen R.                       Unknown
        Rt. 4 Box 177
        Lawton           OK 73505
---------------------------------------------------------------------------------

        001575072


        Hall, Indira S.                      Unknown
        518 Kingridge
        Ballwin          MO 63011
---------------------------------------------------------------------------------

        001606696


        Hall, James D.                       Unknown
        Rt. 4. Box 177
        Lawton           OK 73505
---------------------------------------------------------------------------------

        001507057


        Hall, Joel W.                        Unknown
        104 Greenwood Lane
        Cumming          GA 30040
---------------------------------------------------------------------------------

        001586403


        Hall, Karen L.                       Unknown
        7510-45Th Dr. NW
        Marysville       WA 98271
---------------------------------------------------------------------------------
```

                       Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001590375


        Hall, Kirk B                            Unknown
        1633 N.1900 East
        Terreton        ID 83450
-----------------------------------------------------------------------------------

        001487914


        Hall, Laura L.                          Unknown
        Rt. 4 Box 176 A
        Lawton          OK 73505
-----------------------------------------------------------------------------------

        001530628


        Hall, Linda C.                          Unknown
        104 Bullington Road
        Athens          AL 35611
-----------------------------------------------------------------------------------

        001465734


        Hall, Norma L.                          Unknown
        6516 42nd Ave. South
        Seattle         WA 98118
-----------------------------------------------------------------------------------

        001520980


        Hall, Ricky A.                          Unknown
        645 Driftwood Drive
        Woodstock       GA 30189
-----------------------------------------------------------------------------------

        001592708


        Hall, Robert W.                         Unknown
        3222 D 1/2 Road Apt. #803
        Clifton         CO 81520
-----------------------------------------------------------------------------------

        001541045


        Hall, Saundra L.                        Unknown
        305 Thomas Road
        Lisbon          OH 44432
-----------------------------------------------------------------------------------

        001523640


        Hall, Shelby L.                         Unknown
        5522 South Lea Lane
        Columbus        GA 31909
-----------------------------------------------------------------------------------

        001551359


        Hall, Stewart M.                        Unknown
        577 Chestnut Ave.
        Waynesboro      VA 22980
-----------------------------------------------------------------------------------

                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001550134


        Hall, Wanda H                           Unknown
        32 Hidden Hills Road
        Jacksonville      AL 36265
---------------------------------------------------------------------------

        001530630


        Hallber Fasteners, Inc.                 Unknown
        1937 Emerson Lake Circle
        Snellville        GA 30078
---------------------------------------------------------------------------

        001596458


        Halle, Wendy M.                         Unknown
        1009 N Highland
        Urbana            IL 61801
---------------------------------------------------------------------------

        001567091


        Hallford, James                         Unknown
        4468 Sunnycrest Dr.
        Jacksonville      FL 32257
---------------------------------------------------------------------------

        001578689


        Hallman, William D                      Unknown
        1600 Bird Road #110
        Branson           MO 65616
---------------------------------------------------------------------------

        001551050


        Halstead, Bonny A.                      Unknown
        P.O. Box 1163
        Coupeville        WA 98239
---------------------------------------------------------------------------

        000129515


        Halter, Jack T.                         Unknown
        Box 85 Centennial Ave
        Big Sandy         MT 59520
---------------------------------------------------------------------------

        001591722


        Halverson, Lindy                        Unknown
        2412 Bluebell
        Bozeman           MT 59715
---------------------------------------------------------------------------

        001533389


        Halverson, Susann K.                    Unknown
        909 South Berry
        Burkburnett       TX 76354
---------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001598283


Hamann, Jeff J.                        Unknown
6549 W. North Ln.
Glendale        AZ 85302
------------------------------------------------------------------------------

001605017


Hambleton, John W.                     Unknown
615 Autumn Leaves Trail
Irving          TX 75060
------------------------------------------------------------------------------

001496484


Hamblin, S. Keith                      Unknown
2132 Bolser
Cinti           OH 45215
------------------------------------------------------------------------------

001502887


Hambrick, Ellen M.                     Unknown
4701 Haverwood Lane Apt 222
Dallas          TX 75287
------------------------------------------------------------------------------

001578275


Hambrick, Scott L.                     Unknown
5000 ave k apt 4028
Plano           TX 75074
------------------------------------------------------------------------------

001564167


Hamby, Bob                             Unknown
12960 Bucksport Ct.
Roswell         GA 30075
------------------------------------------------------------------------------

001477094


Hamby, Martha Ann                      Unknown
1201 Fern
Mc'Allen        TX 78501
------------------------------------------------------------------------------

001539159


Hamden, Matthew E.                     Unknown
Rt. 2 Box 359 L
Galax           VA 24333
------------------------------------------------------------------------------

001544017


Hameka, Pam                            Unknown
4701 19th Street
Bacliff         TX 77518
------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE             Page 580

                     Unsecured Creditors -- Sales Representatives


          Creditors Names and                 Total Amt
          Mailing Address/ Zip Code            of Claim


          001561068


          Hamel, Tanya L.                      Unknown
          1015 Cedar Forest Court
          St. Mountain      GA 30083
---------------------------------------------------------------------------------

          000153718


          Hamilton, Ann                        Unknown
          2132 Bolser Drive
          Cincinnati        OH 45215
---------------------------------------------------------------------------------

          001485699


          Hamilton, Auther H.                  Unknown
          2228 Blueberry
          Pasadena          TX 77502
---------------------------------------------------------------------------------

          001575860


          Hamilton, Carolyn & George           Unknown
          1405 Chesterton
          Richardson        TX 75080
---------------------------------------------------------------------------------

          001572703


          Hamilton, Christa P.                 Unknown
          4190 Mirkwood Place
          Roswell           GA 30075
---------------------------------------------------------------------------------

          000144381


          Hamilton, Craig A.                   Unknown
          3750 Landry Rd. #10
          Scott             LA 70583
---------------------------------------------------------------------------------

          001587030


          Hamilton, Deborah L.                 Unknown
          1428 S.W. 24Th
          Troutdale         OR 97060
---------------------------------------------------------------------------------

          001570926


          Hamilton, Elizabeth P.               Unknown
          912 Riviera Av.
          Huntsville        AL 35802
---------------------------------------------------------------------------------

          001542983


          Hamilton, James L.                   Unknown
          1014 Crestview Ln.
          Mt. Vernon        WA 98273
---------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE          Page: 581
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and              Total Amt
        Mailing Address/ Zip Code        of Claim


        001608690


        Hamilton, Jaycee                 Unknown
        8215 St Marlo Fairway Dr
        Duluth          GA 30097
-----------------------------------------------------------------------------

        000135566


        Hamilton, Joe W.                 Unknown
        3522 West Lake Dr.
        Augusta         GA 30907
-----------------------------------------------------------------------------

        001499899


        Hamilton, Patti L.               Unknown
        P.O. Box 252
        Willow          AK 99688
-----------------------------------------------------------------------------

        001505732


        Hamilton, Ronald B.              Unknown
        9740 Cr 224
        Clyde           TX 79510
-----------------------------------------------------------------------------

        001608761


        Hamilton, Scott M.               Unknown
        23952 Rotunda Rd.
        Valencia        CA 91355
-----------------------------------------------------------------------------

        001598268


        Hamilton, William A.             Unknown
        222 Woodview Avenue
        Spartanburg     SC 29306
-----------------------------------------------------------------------------

        001601748


        Hamilton-Turner, Faith E.        Unknown
        13518 Klamath Falls Dr.
        Houston         TX 77041
-----------------------------------------------------------------------------

        001587162


        Hamley, Toni                     Unknown
        301 Woodland Avenue SE
        Huntsville      AL 35801
-----------------------------------------------------------------------------

        001529267


        Hamlin, Elza J.                  Unknown
        2620 Fairview Road
        Gadsden         AL 35904
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001556693
.

Hammer, Cheryl A.                       Unknown
3515 Houma Blvd. #28
Metairie        LA 70006
----------------------------------------------------------------------
001536930

Hammer, Melissa L.                      Unknown
315 S 900 W #4
Provo           UT 84601
----------------------------------------------------------------------
000111178

Hammes, Paulette Y                      Unknown
1808 Ventura Pl.
Mt. Pleasant    SC 29464
----------------------------------------------------------------------
000147825

Hammond Jr., Harrison D.                Unknown
172 Pallet Mill Rd.
Thomaston       GA 30286
----------------------------------------------------------------------
001477084

Hammond, Aimee R.                       Unknown
1145 Fanning Hill Road
Malta           MT 59538
----------------------------------------------------------------------
001557662

Hammond, Augusta O.                     Unknown
42 Osborn Street
Heflin          AL 36264
----------------------------------------------------------------------
000130548

Hammond, Ella D.                        Unknown
P.O. Box 1366
Malta           MT 59538
----------------------------------------------------------------------
001570994

Hammond, Jeannine B.                    Unknown
6605 Colony Pk Dr
Birmingham      AL 35243
----------------------------------------------------------------------
000129057

Hammond, JoAnn                          Unknown
1145 Fanning Hill Road
Malta           MT 59538
----------------------------------------------------------------------
```

                      Unsecured Creditors -- Sales Representatives


        Creditors Names and                   Total Amt
        Mailing Address/ Zip Code             of Claim


        000154194


        Hammond, N. M.                        Unknown
        1 Fanning Hill Road
        Malta          MT 59538
------------------------------------------------------------------------------

        001598722


        Hammond, Neil S.                      Unknown
        1715 Harvey Rd.
        Cottage Grove     OR 97424
------------------------------------------------------------------------------

        000155947


        Hammond, Sr., Paul T.                 Unknown
        501 Matt Hammond Rd.
        Calhoun        LA 71225
------------------------------------------------------------------------------

        000149106


        Hammond, Steven G.                    Unknown
        172 Pallet Mill Rd.
        Thomaston      GA 30286
------------------------------------------------------------------------------

        001559619


        Hammond, William R.                   Unknown
        380 Jefferson Ave.
        Bogart         GA 30622
------------------------------------------------------------------------------

        001495608


        Hammonds, Pamela H                    Unknown
        35375 Us Hwy 280
        Sylacauga      AL 35150
------------------------------------------------------------------------------

        001593342


        Hammons, Carey C                      Unknown
        11555 Floyd Dr.#3712
        Overland Park     KS 66210
------------------------------------------------------------------------------

        001565050


        Hammons, Susan J.                     Unknown
        706 W. 2Nd
        Pittsburg      KS 66762
------------------------------------------------------------------------------

        001553308


        Hampshire, Bobby L.                   Unknown
        442 F.M. 421
        Lumberton      TX 77657
------------------------------------------------------------------------------

                         Unsecured Creditors -- Sales Representatives


        Creditors Names and                        Total Amt
        Mailing Address/ Zip Code                  of Claim


        000114710


        Hampton, Joanne E.                          Unknown
        4287A Beltline Road #223
        Dallas            TX 75244
--------------------------------------------------------------------------------
        001579504


        Hampton, Martha G.                          Unknown
        3320 Birnamwood Dr.
        Colorado Springs   CO 80920
--------------------------------------------------------------------------------
        001532849


        Hamway, James                               Unknown
        4225 Northwest 61St Court
        Coconut Creek     FL 33073
--------------------------------------------------------------------------------
        001582486


        Hamway, Janice A.                           Unknown
        116 Lake Emerald Dr
        Ft. Lauderdale    FL 33309
--------------------------------------------------------------------------------
        001601089


        Han, Dong C.                                Unknown
        757 Starlight Hts Dr
        La Canada         CA 91011
--------------------------------------------------------------------------------
        001581242


        Hanak, Carol M.                             Unknown
        3300 Custer Late Dr.
        Marietta          GA 30064
--------------------------------------------------------------------------------
        001587935


        Hanchett, Janet E.                          Unknown
        1995 E. Coalton Rd. 28-102
        Superior          CO 80027
--------------------------------------------------------------------------------
        001550293


        Hancock, Debora M.                          Unknown
        503 Gold Cup Rd.
        Hampton           VA 23666
--------------------------------------------------------------------------------
        001484467


        Hancock, Kenneth B.                         Unknown
        981 E. N. 10Th B-1
        Abilene           TX 79601
--------------------------------------------------------------------------------

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001556099


        Hancock, Michael E.                    Unknown
        4203 Bellvue
        Austin          TX 78756
-------------------------------------------------------------------------------

        000146713


        Hancock, Sandra C                      Unknown
        14 Heritage Trail
        Laurel          MS 39440
-------------------------------------------------------------------------------

        001569862


        Handel-Linn, Teresa A.                 Unknown
        4002 G. Oak Forest Drive
        Corpus Christi    TX 78413
-------------------------------------------------------------------------------

        001559826


        Handte, Anna (Trudy) M.                Unknown
        3215 Morning Brook
        San Antonio      TX 78247
-------------------------------------------------------------------------------

        000125085


        Hanes, Charles W.                      Unknown
        1606 Stoneway Drive
        Grapevine        TX 76051
-------------------------------------------------------------------------------

        001584275


        Haney Jr., Elvin D.                    Unknown
        3301 Westchester
        College Station   TX 77845
-------------------------------------------------------------------------------

        001607157


        Haney, Sandra D.                       Unknown
        217 Montclair Drive
        Billings         MT 59102
-------------------------------------------------------------------------------

        000140498


        Hankins, Kenneth D.                    Unknown
        1817 Jefferies
        Abilene          TX 79603
-------------------------------------------------------------------------------

        001514567


        Hankley, David C.                      Unknown
        121 Sherry Lane
        Galax            VA 24333
-------------------------------------------------------------------------------
```

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001514301


        Hanks, Bobby C.                         Unknown
        3981 Gregory Lane
        Murrells Inlet      SC 29576
-----------------------------------------------------------------------------

        000144253


        Hanks, Carlan J.                        Unknown
        21602 Dewberry Rd.
        Kaplan              LA 70548
-----------------------------------------------------------------------------

        001570476


        Hanks, Chris                            Unknown
        3129 Northplace Way
        Smyrna              GA 30080
-----------------------------------------------------------------------------

        001607115


        Hanks, Craig                            Unknown
        3111 Old Sterlington Rd.
        Monroe              LA 71203
-----------------------------------------------------------------------------

        001497263


        Hanks, Danette P.                       Unknown
        110 Traynum Pl.
        Belton              SC 29627
-----------------------------------------------------------------------------

        001596100


        Hanks, Jeremy G.                        Unknown
        2616 Stanford Lane
        Salt Lake City      UT 84117
-----------------------------------------------------------------------------

        000139976


        Hanley, Dan J.                          Unknown
        390-B East Valley Circle
        Grand Junction      CO 81503
-----------------------------------------------------------------------------

        001591320


        Hanna , Charlene F.                     Unknown
        409 Amason Rd.
        Pineville           LA 71360
-----------------------------------------------------------------------------

        001517669


        Hanna, Charles F.                       Unknown
        1315 South College
        Tyler               TX 75701
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


000114485


Hanna, Deborah L.                       Unknown
1009 Clover Lane
Celina          OH 45822
--------------------------------------------------------------------------
000122029


Hanna, Rhonda G.                        Unknown
Rt. 1 Box 440
Red Rock        TX 78662
--------------------------------------------------------------------------
001603461


Hanna, Robert                           Unknown
4149 Spring Cove Dr
Duluth          GA 30097
--------------------------------------------------------------------------
000106701


Hannah, Jerreal E.                      Unknown
Rt. 1, Box 353
Wadesboro       NC 28170
--------------------------------------------------------------------------
001592983


Hannah, Kyle H                          Unknown
7048 Timothy St
Anchorage       AK 99502
--------------------------------------------------------------------------
001574695
.

Hannon, Regan L.                        Unknown
53 Fuller Street
Canton          MA 02021
--------------------------------------------------------------------------
000154941


Hannon, Sally A.                        Unknown
506 N. Tracy
Bozeman         MT 59715
--------------------------------------------------------------------------
000146433


Hansel, Lisa M.                         Unknown
2511 E. Pacific
Spokane         WA 99202
--------------------------------------------------------------------------
001558328


Hansen, Alvin G.                        Unknown
315 Bluebonnet Dr.
Grapevine       TX 76051
--------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                Total Amt
        Mailing Address/ Zip Code          of Claim

        001492767

        Hansen, Dale                       Unknown
        9612 N. Logan Berry Ct.
        Spokane          WA 99208
------------------------------------------------------------------------------
        001585730

        Hansen, Gabriel M.                 Unknown
        325 Ash Ave.
        Ames             IA 50014
------------------------------------------------------------------------------
        001595965

        Hansen, Gregg                      Unknown
        2401 Richland Drive
        Garland          TX 75044
------------------------------------------------------------------------------
        001538977

        Hansen, Jennifer J.                Unknown
        10118 Moran Rd.
        Arlington        WA 98223
------------------------------------------------------------------------------
        001501303

        Hansen, Leila                      Unknown
        1215 Clovis
        Houston          TX 77008
------------------------------------------------------------------------------
        001566847

        Hansen, Mark E.                    Unknown
        1541 North 69Th Street
        Lincoln          NE 68505
------------------------------------------------------------------------------
        001573591

        Hansen, Michael A.                 Unknown
        11651 70th Street
        Olin             IA 52320
------------------------------------------------------------------------------
        001524249

        Hansen, Neil P.                    Unknown
        1762 State Highway 9
        Mount Vernon     WA 98274
------------------------------------------------------------------------------
        001539000

        Hansen, Ronald A.                  Unknown
        10118 Moran Rd.
        Arlington        WA 98223
------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                 Total Amt
Mailing Address/ Zip Code           of Claim

001579785

Hansen, Scott W.                    Unknown
1341 Euclid
Bellingham        WA 98226
------------------------------------------------------------------
000115006

Hansen, Tracy R.                    Unknown
17870 Leetana Rd.
N. Ft. Myers      FL 33917
------------------------------------------------------------------
001577393

Hansen-Heggebo, Sandy K.            Unknown
10924 70Th Street
Olin              IA 52320
------------------------------------------------------------------
001579713

Hanson, Cindy J.                    Unknown
18110 40Th Ave N W
Stanwood          WA 98292
------------------------------------------------------------------
001572705

Hanson, Crystal D.                  Unknown
S 614 Richard Allen Ct. #1
Spokane           WA 99202
------------------------------------------------------------------
001555511

Hanson, David E.                    Unknown
136 Woodcrest Lane
Coppell           TX 75019
------------------------------------------------------------------
001568736

Hanson, Justin                      Unknown
418 South 38th Place
Mt. Vernon        VA 98274
------------------------------------------------------------------
001557069

Hanson, Susan                       Unknown
3060 Snowdrift Lane
Missoula          MT 59802
------------------------------------------------------------------
001582020

Hanvey, Phillip D                   Unknown
73 Jerrie Dale Drive
Anniston          AL 36201
------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


Creditors Names and                        Total Amt
Mailing Address/ Zip Code                  of Claim


001487976


Hao, Zhenfang                              Unknown
9 Farmingdale Lane
Newark            DE 19711
--------------------------------------------------------------------

001585425


Harada Gene F.                             Unknown
1100 5Th Street
Havre             MT 59501
--------------------------------------------------------------------

001529380


Harbison, Terri A.                         Unknown
198-A Bell Rapids Road
Hagerman          ID 83332
--------------------------------------------------------------------

001537189


Harbus, Janis                              Unknown
17851 Benchmark Drive
Dallas            TX 75252
--------------------------------------------------------------------

001603922


Harden, Choya l                            Unknown
1805 Roswell Rd Apt#15-H
Marietta          GA 30062
--------------------------------------------------------------------

001560703


Harden, Henry T.                           Unknown
Po Box 108
Cantonment        FL 32533
--------------------------------------------------------------------

001518891


Hardin, Brad W.                            Unknown
2135 East 4Th
Long Beach        CA 90814
--------------------------------------------------------------------

000154759


Hardin, Earlene L                          Unknown
16 Pinon Ave
Los Lunas         NM 87031
--------------------------------------------------------------------

001607010


Hardin, Kenneth W                          Unknown
2615 Southern Drive
Lake Charles      LA 70611
--------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001533522


        Hardin, Marie D.                        Unknown
        2933 W. Sahara
        Tucson          AZ 85705
------------------------------------------------------------------------------------

        001556753

        .

        Hardy, Mary C.                          Unknown
        8850 Calle Perico
        San Diego       CA 92129
------------------------------------------------------------------------------------

        001520961


        Hare, David B.                          Unknown
        106 San Salvadore Lane
        Santa Fe        NM 87501
------------------------------------------------------------------------------------

        000162595


        Hargrave, Jan L                         Unknown
        5800 Woodway # 217
        Houston         TX 77057
------------------------------------------------------------------------------------

        001551916


        Hargraves, Gilbert Talmadge             Unknown
        1951 1/2 Lexington St.
        Houston         TX 77098
------------------------------------------------------------------------------------

        001573418
        !?

        Hargrove, Doyal R.                      Unknown
        1776 Nick Davis Rd.
        Harvest         AL 35749
------------------------------------------------------------------------------------

        001463668


        Hargrove, Eunice L.                     Unknown
        909 N. Lamb
        Bowie           TX 76230
------------------------------------------------------------------------------------

        000114556


        Harkins, Pam                            Unknown
        3994 Fairway Lakes Drive
        Myrtle Beach    SC 29577
------------------------------------------------------------------------------------

        001549355


        Harlan, Richard K.                      Unknown
        4700 WEST 30th St.
        Emporia         KS 66801
------------------------------------------------------------------------------------
        .
```

```
       Creditors Names and                 Total Amt
       Mailing Address/ Zip Code            of Claim


       001557781


       Harland, Marie T.                    Unknown
       2558 S.W. Barbara Ave.
       Palm City        FL 34990
-----------------------------------------------------------------------------
       001475014


       Harlow, Freeda I.                    Unknown
       4611 Monterrey Dr.
       Wichita Falls    TX 76310
-----------------------------------------------------------------------------
       001484096


       Harlow, J Reed                       Unknown
       771 Gailee Drive
       Burlington       WA 98233
-----------------------------------------------------------------------------
       001501144


       Harlow, John D.                      Unknown
       4611 Monterrey Drive
       Wichita Falls    TX 76310
-----------------------------------------------------------------------------
       001557016


       Harman, Cynthia G.                   Unknown
       1912 E. Ocean View #D
       Norfolk          VA 23503
-----------------------------------------------------------------------------
       000134864


       Harman, David M.                     Unknown
       446 Meadowbrook Avenue
       Woodruff         SC 29388
-----------------------------------------------------------------------------
       000112347


       Harman, John Ned                     Unknown
       415 Dixie St
       Carrollton       GA 30117
-----------------------------------------------------------------------------
       000158395


       Harman, William D.                   Unknown
       790 Miller Rd.
       Woodruff         SC 29388
-----------------------------------------------------------------------------
       001532895


       Harmon, Anne S.                      Unknown
       329 Archa Street
       Hillsville       VA 24343
-----------------------------------------------------------------------------
```

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001562399


        Harmon, Gregory B.                     Unknown
        732 Pulaski
        Athens          GA 30601
--------------------------------------------------------------------------------

        001485066


        Harn, Tana R                           Unknown
        416 N Earling
        Miles City      MT 59301
--------------------------------------------------------------------------------

        001568177


        Harp, Chandler D.                      Unknown
        2958 Buttonwood Dr
        Carrollton      TX 75006
--------------------------------------------------------------------------------

        001598947


        Harp, Cheryl A.                        Unknown
        60 View Point Dr.
        Dawsonville     GA 30534
--------------------------------------------------------------------------------

        001581804


        Harp, Iris Joan                        Unknown
        3701 Julie Drive
        Jonesboro       AR 72404
--------------------------------------------------------------------------------

        001462463


        Harpel, Eric W.                        Unknown
        3912 S.E. 31St Street
        Topeka          KS 66605
--------------------------------------------------------------------------------

        001586585


        Harper, Barbara A.                     Unknown
        3206 EAST MacDONALD DR.
        Billing         MT 59102
--------------------------------------------------------------------------------

        001559751


        Harper, Mary G.                        Unknown
        702 Ranchland Drive
        Moyock          NC 27958
--------------------------------------------------------------------------------

        001609564


        Harper, Peggy C                        Unknown
        4004 E Saginaw Way
        Fresno          CA 93726
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001596902

Harper, Randi                          Unknown
12825 127Th S.E.
Snohomish          WA 98290

--------------------------------------------------------------------------------

001522420

Harper, Tim                            Unknown
445 Oxford Drive
Killen             AL 35645

--------------------------------------------------------------------------------

001603397

Harrawood, Linda K                     Unknown
4170 Rte 45 S
Harrisburg         IL 62946

--------------------------------------------------------------------------------

000120304

Harrel, Albert T.                      Unknown
100 East Lafayette St.
Winnfield          LA 71483

--------------------------------------------------------------------------------

001602753

Harrel, Renee                          Unknown
2345 Clark
North Bend         OR 97459

--------------------------------------------------------------------------------

001582369

Harrell, Carol C.                      Unknown
717 Singing Hills Drive
Garland            TX 75044

--------------------------------------------------------------------------------

001545799

Harrell, Sherry                        Unknown
8721 Riggs
Overland Park      KS 66212

--------------------------------------------------------------------------------

001590648

Harrill, Rose B.                       Unknown
2421 Huckleberry Trail
Virginia Beach     VA 23456

--------------------------------------------------------------------------------

001497743

Harriman, Theresa M.                   Unknown
1917 Patterson St. Sw
Decatur            AL 35601

--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                 Total Amt
Mailing Address/ Zip Code           of Claim


001511506


Harrington, Elaine                  Unknown
Po Box 128
Jacksboro         TX 76458
-----------------------------------------------------------------------------

001609154


Harrington, Eva B.                  Unknown
Hc 33 Box 4212 22 Homestead Dr
Boise             ID 83716
-----------------------------------------------------------------------------

001513923


Harrington, Sherry                  Unknown
Rt. 1 Box 48
Rhome             TX 76078
-----------------------------------------------------------------------------

001588269


Harrington, Terry L.                Unknown
1111 Redfish Circle
Panama City Beach  FL 32411
-----------------------------------------------------------------------------

000114348


Harris, Barbara K.                  Unknown
5207 Woodlane Drive
Julian            NC 27283
-----------------------------------------------------------------------------

001551167


Harris, Brenda P.                   Unknown
234 Baker Rd.
Archdale          NC 27263
-----------------------------------------------------------------------------

001552850


Harris, DeAnn K.                    Unknown
1430 Brighton Circle
Lawrence          KS 66049
-----------------------------------------------------------------------------

001597220


Harris, Dianna D.                   Unknown
6014 Norway Road
Dallas            TX 75230
-----------------------------------------------------------------------------

001596857


Harris, Donita                      Unknown
2556 S.W. Kenilworth St.
Port St. Lucie    FL 34953
-----------------------------------------------------------------------------
```

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001515495


Harris, Donnie                         Unknown
125 Colley Drive
Palestine        TX 75801
--------------------------------------------------------------------------------

001526170


Harris, G. Steven                      Unknown
4915 WEST 120th PLACE
Overland Park     KS 66209
--------------------------------------------------------------------------------

000144052


Harris, Gloria G.                      Unknown
602 Sumner Drive
Mesquite         TX 75149
--------------------------------------------------------------------------------

001587536


Harris, Heather                        Unknown
1601 West Park
Anaconda         MT 59711
--------------------------------------------------------------------------------

001568371


Harris, Janna F.                       Unknown
3939 Stuart Place
Jackson          MS 39211
--------------------------------------------------------------------------------

000159532


Harris, Jeffrey T.                     Unknown
1506 Oak Hollow Dr.
Friendswood       TX 77546
--------------------------------------------------------------------------------

000158974


Harris, Jimmy D.                       Unknown
311 Fallen Oak Circle
Maryville        TN 37803
--------------------------------------------------------------------------------

001504924


Harris, Johnna B                       Unknown
604 Cherokee Drive S.W.
Fort Payne       AL 35967
--------------------------------------------------------------------------------

000115505


Harris, Mark M.                        Unknown
12867 Scott Lane
Madison          AL 35758
--------------------------------------------------------------------------------
```

                          Unsecured Creditors -- Sales Representatives


          Creditors Names and                        Total Amt
          Mailing Address/ Zip Code                  of Claim


          001602577


          Harris, Mark T.                             Unknown
          3219 Crocker Road
          Eugene            OR 97404
-------------------------------------------------------------------------------

          000152105


          Harris, Mercedes                            Unknown
          814 Deer Path Lane
          Elwood            IL 604216042
-------------------------------------------------------------------------------

          001514586


          Harris, Michael                             Unknown
          334 County Rd. 104
          Deatsville        AL 36022
-------------------------------------------------------------------------------

          001515528


          Harris, Ronald                              Unknown
          Rt 5 Box 5598
          Palestine         TX 75801
-------------------------------------------------------------------------------

          000122437


          Harris, Ruth Sharon                         Unknown
          122 Paige Lane
          Forney            TX 75126
-------------------------------------------------------------------------------

          001613759


          Harris, Steven                              Unknown
          1305 W. 4Th 209
          Kennewick         WA 99336
-------------------------------------------------------------------------------

          000115350


          Harris, Sue E.                              Unknown
          1415 Se First St.
          East Wenatchee    WA 98802
-------------------------------------------------------------------------------

          001470634


          Harris, Sylvia N                            Unknown
          2368 Wisteria
          Baton Rouge       LA 70806
-------------------------------------------------------------------------------

          001586340

          .
          Harrison, Daniel W.                         Unknown
          13163 Connell
          Overland Park     KS 66213
-------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


000119414


Harrison, Darlene P.                   Unknown
4425 Sea Pines
Mesquite        TX 75150
-------------------------------------------------------------------------

001602974


Harrison, Deborah A                    Unknown
197 Greenbrier Rd
Killen          AL 35645
-------------------------------------------------------------------------

000131212


Harrison, Fredrick L.                  Unknown
4553 N.E. 112th
Portland        OR 97220
-------------------------------------------------------------------------

001497509


Harrison, Mary F.                      Unknown
Rt. #1, Box 207
Michie          TN 38357
-------------------------------------------------------------------------

000106877


Harrison, Paul D.                      Unknown
20762 Sm 740
Forey           TX 75126
-------------------------------------------------------------------------

001568650


Harrison, Penelope J.                  Unknown
3715 Avenida Veracruz
Riverside       CA 92503
-------------------------------------------------------------------------

001563207


Harrison, Wendy L.                     Unknown
3535 Roswell Road #C-4
Atlanta         GA 30305
-------------------------------------------------------------------------

001531265


Harrop, Nancy                          Unknown
114 Garland Street
Kalispell       MT 59901
-------------------------------------------------------------------------

001558905  .


Hart, Betty                            Unknown
4417 Willow Way
Fort Worth      TX 76133
-------------------------------------------------------------------------
```

```
       Creditors Names and                    Total Amt
       Mailing Address/ Zip Code               of Claim


       001537924


       Hart, Cheryle R.                        Unknown
       East 11525 Sunview Circle
       Spokane          WA 99206
------------------------------------------------------------------------------------
       001538818


       Hart, Edwin R.                          Unknown
       456 Oak Road
       Center Ridge     AR 72027
------------------------------------------------------------------------------------
       000107631


       Hart, Frank S.                          Unknown
       723 Albion Rd.
       Columbia         SC 29205
------------------------------------------------------------------------------------
       001591615


       Hart, James W                           Unknown
       Box 409
       Protection       KS 67127
------------------------------------------------------------------------------------
       001585465


       Hart, Jennifer A.                       Unknown
       275 Northend Blvd. #12C
       Salisbury        MA 01952
------------------------------------------------------------------------------------
       001556207


       Hart, Jennifer M.                       Unknown
       700 E. Ash Lane Apt 12-103
       Euless           TX 76039
------------------------------------------------------------------------------------
       001524670


       Hart, Patricia D.                       Unknown
       5063 Hwy. 9
       Springfield      AR 72157
------------------------------------------------------------------------------------
       001597023


       Hart, Tawni T.                          Unknown
       5550 Delloma Ave.
       San Gabriel      CA 91776
------------------------------------------------------------------------------------
       001500916


       Hart, Thomas J.                         Unknown
       5063 Hwy 9
       Springfield      AR 72157
------------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE              Page 575 600
                           Unsecured Creditors -- Sales Representatives


        Creditors Names and                         Total Amt
        Mailing Address/ Zip Code                   of Claim


        001588958


        Harter, Mildred A.                          Unknown
        Hwy 127 S Harter Rd
        Olla              LA 71465
----------------------------------------------------------------------------

        000149721


        Hartley Jr., Ronald K.                      Unknown
        2418 S.E. Burnside Road #397
        Gresham           OR 97080
----------------------------------------------------------------------------

        001568876


        Hartley, Lillian P.                         Unknown
        1324 19 Avenue N.W.
        Calgary           AL T2M1A4
----------------------------------------------------------------------------

        001589377


        Hartley, Lynn G.                            Unknown
        PO Box 347
        Baxter Springs    KS 66713
----------------------------------------------------------------------------

        000129777


        Hartley, Ronald Kent*                       Unknown
        2418 S.E. Burnside Rd. #397
        Gresham           OR 97080
----------------------------------------------------------------------------

        001575747


        Hartley, Shelly A.                          Unknown
        5758 S.E. Avalon Drive
        Stuart            FL 34997
----------------------------------------------------------------------------

        001565363


        Hartline, Sandra M.                         Unknown
        1407 Greencrest
        Joplin            MO 64801
----------------------------------------------------------------------------

        001608545


        Hartline, Shea N.                           Unknown
        419 Longleaf Drive
        Summerville       SC 29483
----------------------------------------------------------------------------

        001574709


        Hartman, Brenda J.                          Unknown
        1310 Plainview Ave
        Seward            NE 68434
----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                   Total Amt
Mailing Address/ Zip Code             of Claim


000127581


Hartman, Cathy J                      Unknown
11428 Canterbury Circle
Leawood          KS 66211
--------------------------------------------------------------------------------
001577424


Hartman, Dave R.                      Unknown
Hc 32 Box 4782
Miles City        MT 59301
--------------------------------------------------------------------------------
001602898


Hartman, Drew                         Unknown
2606 Saratoga
Mckinney          TX 75070
--------------------------------------------------------------------------------
001582162


Hartman, Frank J.                     Unknown
Po Box 487
Miles City        MT 59301
--------------------------------------------------------------------------------
001556895


Hartman, Jordan L.                    Unknown
4421-82nd St., Apt. 234
Lubbock          TX 79424
--------------------------------------------------------------------------------
001600792


Hartman, Laurie J.                    Unknown
713 St Michael St
Patterson        LA 70392
--------------------------------------------------------------------------------
001554213


Hartman, William                      Unknown
2606 Saratoga
Mc Kinney        TX 75070
--------------------------------------------------------------------------------
000157307


Hartmann, Sonja                       Unknown
Hc3 Box 379
Johnson City      TX 78636
--------------------------------------------------------------------------------
000123149


Harton, Sherry L.*                    Unknown
1114 Morning Star
Rockwall          TX 75087
--------------------------------------------------------------------------------
```

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001559770


        Hartsfield, Pam S.                      Unknown
        510 Belew Dr.
        Lawrnceburg        TN 38464
--------------------------------------------------------------------------------
        001559928


        Hartwell, Richard L.                    Unknown
        1410 Arrowwood Rd.
        Asheboro           NC 27203
--------------------------------------------------------------------------------
        001599571


        Hartwig, Keith M.                       Unknown
        8908 Park Lane 171 A
        Dallas             TX 75231
--------------------------------------------------------------------------------
        001580128


        Hartz, Julie A.                         Unknown
        Po Box 473
        Ritzville          WA 99169
--------------------------------------------------------------------------------
        001480840


        Harvey, Adrianna M.                     Unknown
        220 N Cotton Blvd.
        Big Creek          MS 38914
--------------------------------------------------------------------------------
        001562549


        Harvey, Cheryl                          Unknown
        453 East 520Th Avenue
        Pittsburg          KS 66762
--------------------------------------------------------------------------------
        000113970


        Harvey, Edward B.                       Unknown
        1212 Lower Brow
        Signal Mount       TN 37377
--------------------------------------------------------------------------------
        001530253


        Harvey, Frieda C.                       Unknown
        135 Elliott St.
        Beaufort           SC 29902
--------------------------------------------------------------------------------
        001458700


        Harvey, Joanne S.                       Unknown
        Rt 1 Box 589
        Johnson City       TX 78636
--------------------------------------------------------------------------------
```

                      Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001599782


        Harvey, Rex                             Unknown
        183 West 6th Street
        Peru              IN 46970
-----------------------------------------------------------------------------

        001578621


        Harvey, Stephen C.                      Unknown
        3094 Shadowood Ln
        Marietta          GA 30066
-----------------------------------------------------------------------------

        001558991


        Harvill, Judith A.                      Unknown
        1840 Iron Springs Rd. #143
        Prescott          AZ 86301
-----------------------------------------------------------------------------

        001518308


        Harwood, Curry L. *                     Unknown
        113 Ridge Creek
        College Station   TX 77845
-----------------------------------------------------------------------------

        000141048


        Harwood, Gary J.                        Unknown
        1019 Johnson Road
        Hornell           NY 14843
-----------------------------------------------------------------------------

        001595445


        Hasenack, Irene A.                      Unknown
        304 E. Ryus
        Levata            CO 81055
-----------------------------------------------------------------------------

        001547466


        Hasenack, Judy A.                       Unknown
        4616 77th Street NW
        Marysville        WA 98271
-----------------------------------------------------------------------------

        001538928


        Hash, David & Sonya                     Unknown
        110 Kiplings Lane
        Galax             VA 24333
-----------------------------------------------------------------------------

        001575892


        Hash, Mark W                            Unknown
        29856 42Nd Ave South
        Auburn            WA 98001
-----------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE            Page: 604
                            Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001539349


        Hasik, Devon M. & Abby A.              Unknown
        6721 Trumpet Drive
        Rowlett          TX 75088
--------------------------------------------------------------------------------

        001528094


        Haskins, Candace M.                    Unknown
        9554 Meadowlark Dr.
        Bozeman          MT 59718
--------------------------------------------------------------------------------

        001576867


        Haslett, Eric L.                       Unknown
        921 N 21St St
        Mattoon          IL 61938
--------------------------------------------------------------------------------

        001593643


        Haslip, Ricky D.                       Unknown
        303 E. Garland Douglas Drive.
        Neosho           MO 64850
--------------------------------------------------------------------------------

        001609926


        Hassan, Angie W.                       Unknown
        206 Harvest Dr.
        Lafayette        LA 70508
--------------------------------------------------------------------------------

        000151922


        Hasse, Warren G                        Unknown
        975 Brand Rd #97
        Garland          TX 75040
--------------------------------------------------------------------------------

        001609929


        Hassen, Andy T.                        Unknown
        206 Harvest Dr
        Lafayette        LA 70508
--------------------------------------------------------------------------------

        001480014


        Haston, Christy                        Unknown
        14141 Champions Dr
        Houston          TX 77069
--------------------------------------------------------------------------------

        001584552


        Hatch, Leatrice & Ray                  Unknown
        102 W. Bridge  M-3
        San Antonio      TX 78216
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001464463


Hatch, Pamela G                         Unknown
P.O. Box 653
Americus        KS 66835
---------------------------------------------------------------------

001467149


Hatcher, Carl H.                        Unknown
914 Smoky View Road
Seiverville     TN 37862
---------------------------------------------------------------------

000162892


Hatcher, Donna W.                       Unknown
2 Hatcher Rd.
Johnston        SC 29832
---------------------------------------------------------------------

001478819


Hatchett, Dane K.                       Unknown
1704 Highgate Place
Garland         TX 75044
---------------------------------------------------------------------

001485368


Hatchew, Dennis J.                      Unknown
2080 13 Mile
Rockford        MI 49341
---------------------------------------------------------------------

001607811


Hathaway, Lisa L.                       Unknown
1424 Via Salida
Palm Springs    CA 92264
---------------------------------------------------------------------

001608793


Hathaway, Maria A.                      Unknown
2206 Sunshine Circle
Palm Springs    CA 92262
---------------------------------------------------------------------

001599716


Hathorn, Douglas A.                     Unknown
2009 Jefferson
Pecos           TX 79772
---------------------------------------------------------------------

001582156


Hatleberg, Jeff A,                      Unknown
2856 Riverwalk Loop
Eugene          OR 97401
---------------------------------------------------------------------
```

```
Creditors Names and                   Total Amt
Mailing Address/ Zip Code             of Claim


001583932


Hatleberg, Julie L.                   Unknown
3224 Downing Street
Eugene          OR 97408
--------------------------------------------------------------------------------

000110471


Hatley, Joyce M.                      Unknown
1156 Tidal View Lane
Charleston      SC 29412
--------------------------------------------------------------------------------

001518550


Hatmaker, Larry D.                    Unknown
101 Timbercrest Dr.
Clinton         TN 37716
--------------------------------------------------------------------------------

001605044


Hatzenbvehler, Cherryl                Unknown
4904 Sierra Vista Court
Arlington       TX 76017
--------------------------------------------------------------------------------

001591345


Hauck, Arthur K.                      Unknown
572 E. 1625 S.
Kaysville       UT 84037
--------------------------------------------------------------------------------

001587938


Hauck, Eric K.                        Unknown
345 East 300 North
Provo           UT 84606
--------------------------------------------------------------------------------

001587951


Haueisen, Gail A.                     Unknown
6281 Revere Pl.
Dallas          TX 75214
--------------------------------------------------------------------------------

001564597


Hauf, Shelley L                       Unknown
2611 1 Ave N
Great Falls     MT 59405
--------------------------------------------------------------------------------

001515156


Haugen-Strachan, Kim M.               Unknown
1301 South Willson
Bozeman         MT 59715
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim

001484439

Haun, Diana                              Unknown
414 Winter Oaks
Houston          TX 77079
-------------------------------------------------------------------------------
001604821

Haung, James Z.                          Unknown
764 Taylor Dr
Monterey Park     CA 91755
-------------------------------------------------------------------------------
001550075

Havens, Paul W.                          Unknown
103 Meadowvue Dr.
Hendersonville    TN 37075
-------------------------------------------------------------------------------
001553670

Haverty, Marilyn                         Unknown
214 Gulf Drive
Waveland          MS 39576
-------------------------------------------------------------------------------
001553680

Haverty, Michael L.                      Unknown
214 Gulf Dr.
Waveland          MS 39576
-------------------------------------------------------------------------------
001523714

Hawkes, Meagan A.                        Unknown
506 Kennebeck Ave. No
Kent              WA 98031
-------------------------------------------------------------------------------
001568410

Hawkins, Cindy L.                        Unknown
3510 Jidana Lane
Minnetonka        MN 55345
-------------------------------------------------------------------------------
001459971

Hawkins, Claudia                         Unknown
17235 W. 156th Terrace
Olathe            KS 66062
-------------------------------------------------------------------------------
001570258

Hawkins, Patricia E.                     Unknown
507 S. 10Th Ave.
Bozeman           MT 59715
-------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE        Page: 608
                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code             of Claim


        001482812


        Hawkins, Robert A                     Unknown
        2171 Terrell Lane
        Sedro Woolley     WA 98284
--------------------------------------------------------------------------------
        001533424


        Hawkins, Wendy J.                     Unknown
        3634 W. Wethersfield
        Phoenix           AZ 85029
--------------------------------------------------------------------------------
        000116068


        Hawks, James M.                       Unknown
        5432-A Davis Mill Road
        Greensboro        NC 27406
--------------------------------------------------------------------------------
        001501509


        Hawks, Mary B.                        Unknown
        6225 Sw 23Rd
        Topeka            KS 66600
--------------------------------------------------------------------------------
        001481386


        Hawley, Kelly D.                      Unknown
        14266 Josh Wilson Rd.
        Burlington        WA 98233
--------------------------------------------------------------------------------
        001603222


        Hawwa, Muhammad A.                    Unknown
        P O Box 1824
        Simi Valley       CA 93062
--------------------------------------------------------------------------------
        001570004


        Hay, Larry L.                         Unknown
        18433 71St. Avenue West
        Lynnwood          WA 98037
--------------------------------------------------------------------------------
        000119247


        Hay, W. D.                            Unknown
        3762 HWY 375 West
        Mena              AR 71953
--------------------------------------------------------------------------------
        001585262


        Hayashi, Mark W.                      Unknown
        735 Cook Ave.
        Billings          MT 59101
--------------------------------------------------------------------------------

```
       Creditors Names and                    Total Amt
       Mailing Address/ Zip Code              of Claim


       000122233


       Hayden, Robert M.                        Unknown
       321 Shepards Hill
       Rockwall        TX 75087
------------------------------------------------------------------------
       000123366


       Hayden, Wendy                            Unknown
       205 Vally
       Rockwall        TX 75087
------------------------------------------------------------------------
       001607743


       Hayes, Connie                            Unknown
       921 So. Mulberry St.
       Ottawa          KS 66067
------------------------------------------------------------------------
       001584571


       Hayes, David                             Unknown
       1625 Curry Ave.
       Cottage Grove   OR 97426
------------------------------------------------------------------------
       001497262


       Hayes, Jeffrey H.                        Unknown
       5002 Sims Road
       Knoxville       TN 37920
------------------------------------------------------------------------
       001573377


       Hayes, Kenneth R.                        Unknown
       9309 Mars Avenue
       Corpus Christi   TX 78409
------------------------------------------------------------------------
       000153965


       Hayes, Kevin R.                          Unknown
       2700 Ambassor Caffrey Pkwy #29
       Lafayette       LA 70506
------------------------------------------------------------------------
       001516041


       Hayes, Kim R.                            Unknown
       423 East Fifth
       Crowley         LA 70526
------------------------------------------------------------------------
       001504545


       Hayes, Leah A                            Unknown
       612 Creighton Drive
       Taylors         SC 29687
------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE           Page 610
                     Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001565138


        Hayes, Ronnie                          Unknown
        4160 Norton Road
        Lawrenceburg       TN 38464
--------------------------------------------------------------------------------

        001540528


        Hayes, Shane                           Unknown
        780 N. 700 E. Logan
        Logan              UT 84321
--------------------------------------------------------------------------------

        001566423


        Hayes, Susan B..                       Unknown
        8343 Princeton Sq. Blvd.E 801
        Jacksonville       FL 32256
--------------------------------------------------------------------------------

        001591880


        Hayes, Ted H                           Unknown
        21615 Peculiar Dr
        Peculiar           MO 64078
--------------------------------------------------------------------------------

        001527085


        Haygood, C. Alison                     Unknown
        1711 Joy
        Killeen            TX 76543
--------------------------------------------------------------------------------

        001461929


        Haygood, Michael D.                    Unknown
        3900 Oak Breeze Road
        Southside          AL 35907
--------------------------------------------------------------------------------

        000146207


        Hayley, Tom M.                         Unknown
        1695 E. University Dr.
        Auburn             AL 36830
--------------------------------------------------------------------------------

        001513642


        Haynes, Danielle                       Unknown
        23237 St. John Road
        Athens             AL 35611
--------------------------------------------------------------------------------

        001593273


        Haynes, Gary L                         Unknown
        94 Storey Crk Lane
        Rocky Mt           VA 24151
--------------------------------------------------------------------------------

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000155923


        Haynes, James D                         Unknown
        14 Claymoor Ct
        Greer          SC 29650
-------------------------------------------------------------------------------
        001465676


        Haynes, Shirley K.                      Unknown
        P.O. Box 247
        Queen City     TX 75572
-------------------------------------------------------------------------------
        001574906


        Haynie, Bill                            Unknown
        155 Effie Drive
        Greenwood      SC 29649
-------------------------------------------------------------------------------
        001458718


        Haynie, Cindy L.                        Unknown
        7807 Virginia Water Ln.
        Houston        TX 77095
-------------------------------------------------------------------------------
        001584644


        Hays, Betty J.                          Unknown
        1505 W. Hunt Street
        Mc Kinney      TX 75069
-------------------------------------------------------------------------------
        000103489


        Hays, Shelley A.                        Unknown
        540 Magnolia Woods.
        Baton Rouge    LA 70808
-------------------------------------------------------------------------------
        000103408


        Hays, Susan F                           Unknown
        1539 East 36Th Street
        Tulsa          OK 74105
-------------------------------------------------------------------------------
        001542084


        Hayse, Carol G.                         Unknown
        3022 Quail Hollow Dr.
        Dallas         GA 30132
-------------------------------------------------------------------------------
        001533611


        Hayward, Connelly K.                    Unknown
        2320 Tortoise Dr.
        Mandevile      LA 70448
-------------------------------------------------------------------------------
```

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|

001591574

Hazen Brandi L                          Unknown
4232 Mitchell Ave
Billings          MT 59101
--------------------------------------------------------------------------------

001580764

Hazen, Geneava L.                       Unknown
208 Woodcrest
Hot Springs       AR 71913
--------------------------------------------------------------------------------

001612205

He, Jichao                              Unknown
3257 Wright Ave
Bouider           CO 80301
--------------------------------------------------------------------------------

001574560

He, Jie                                 Unknown
8234 18 Ave. 2nd F
Brooklyn          NY 11214
--------------------------------------------------------------------------------

001537171

He, Li                                  Unknown
132 S. Electric Ave. #E
Alhambra          CA 91801
--------------------------------------------------------------------------------

001599618

Head, Dale                              Unknown
10511 West Hwy 377
Tolor             TX 76476
--------------------------------------------------------------------------------

001474718

Head, Donna L.                          Unknown
E. Loop 430
Littlefield       TX 79339
--------------------------------------------------------------------------------

001511189

Head, Linda B.                          Unknown
307 1/2 N. Ave E.
Burkburnett       TX 76354
--------------------------------------------------------------------------------

001604461

Head, Ruth J                            Unknown
713 W Walnut St
Bloomington       IL 61701
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page: 613
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code            of Claim


        001577267


        Headlee, Adam M.                      Unknown
        2618 Yuma
        Joplin          MO 64801
------------------------------------------------------------------------

        001574953


        Headles, Robert M.                    Unknown
        1503 S Garrison
        Carthage        MO 64836
------------------------------------------------------------------------

        001563116


        Heafner, David L.                     Unknown
        3986 Ardmore Dr
        San Diego       CA 92111
------------------------------------------------------------------------

        001579184


        Heap, Jennifer S                      Unknown
        5455 Beltline
        Dallas          TX 75240
------------------------------------------------------------------------

        001575740


        Heap, Kent F.                         Unknown
        200 Leah
        Mandeville      LA 70448
------------------------------------------------------------------------

        001547323


        Heape, Irene                          Unknown
        3 Glenheather
        Dallas          TX 75225
------------------------------------------------------------------------

        000144269


        Heath, Dennis M.                      Unknown
        2021 Waldon Place
        Mesquite        TX 75181
------------------------------------------------------------------------

        001563253


        Heath, Sandra G.                      Unknown
        802 9Th St.
        Lawrenceburg    TN 38464
------------------------------------------------------------------------

        001605159


        Hebel, Lori L.                        Unknown
        1104 Meadow Creek Dr.
        Allen           TX 75002
------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 000105960 | |
| Hebert, Alton J.<br>215 Huntington Ridge Drive<br>Rockwell          NC 28138 | Unknown |
| 001584357 | |
| Hebert, Betty B.<br>11522 Ridge Run Dr.<br>Houston          TX 77064 | Unknown |
| 001524576 | |
| Hebert, Bradley J.<br>1906 S. Fieldspan Rd.<br>Duson          LA 70529 | Unknown |
| 000145019 | |
| Hebert, Dirk P.<br>123 N Rushmore Ln.<br>Youngsville          LA 70592 | Unknown |
| 000119806 | |
| Hebert, Kevin L.<br>655 Marie Antoinette<br>Lafayette          LA 70506 | Unknown |
| 001537843 | |
| Hebert, Mary M.<br>613 Miramar Pl.<br>Corpus Christi          TX 78411 | Unknown |
| 001588034 | |
| Hebert, Roland J.<br>2430 Pomeroy Rd.<br>Lake Arhtur          LA 70549 | Unknown |
| 000150744 | |
| Hebert, Ryan P.<br>13801 La Hwy 35<br>Kaplan          LA 70548 | Unknown |
| 001543091 | |
| Hebert, Troy A.<br>158 West 117Th Street<br>Cutoff          LA 70345 | Unknown |

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim

000125864

Hecker, Carlotta R.                     Unknown
3325 Dove Ave
Billings        MT 59101
------------------------------------------------------------------------

001604561

Heckman, Janice                         Unknown
315 Mt. Vernon Ave.
Pottstown       PA 19464
------------------------------------------------------------------------

001576965

Heckmann, Eden Camille                  Unknown
603 East 4300 North
Provo           UT 84604
------------------------------------------------------------------------

001539906

Hector, Johnny L.                       Unknown
126 Kirkwood Lane
Youngsville     LA 70592
------------------------------------------------------------------------

001470200

Hedberg, Corinne L.                     Unknown
400 Kirk Street
New Iberia      LA 70560
------------------------------------------------------------------------

001595953

Hedberg, Martin R.                      Unknown
1179 Southview
Twin Falls      ID 83301
------------------------------------------------------------------------

001603218

Hedberg, Melvin E.                      Unknown
Rt. 1 Box 479
Kamlah          ID 83536
------------------------------------------------------------------------

001610297

Heden, Leanne                           Unknown
22701 92Nd Ave S.L. 206
Kent            WA 98031
------------------------------------------------------------------------

001599596

Hedges, Clara N.                        Unknown
114 E. Main
Gunter          TX 75058
------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001542468

Hedlund Jr., Robert S.                          Unknown
2505 NE 68Th Street
Seattle          WA 98115
-----------------------------------------------------------------------------

001540134

Hedlund, Bruce                                  Unknown
12924 NE 131 St
Kirkland         WA 98034
-----------------------------------------------------------------------------

001540218

Hedlund, Robert S.                              Unknown
1509 16Th Court N W
East Wenatchee   WA 98802
-----------------------------------------------------------------------------

001607960

Hedlund, Rosalie                                Unknown
942 S Locust
Ottawn,          KS 66067
-----------------------------------------------------------------------------

001602290

Hedrick, Glenn                                  Unknown
399 Cottlers Ln
Morton           WA 98356
-----------------------------------------------------------------------------

001470537

Heffernan, Julie K.                             Unknown
5716 Charleston
Frisco           TX 75034
-----------------------------------------------------------------------------

001512897

Heffler, Henry                                  Unknown
4433 Greensboro
Corpus           TX 78413
-----------------------------------------------------------------------------

001575561

Hegegolz, Imogene L.                            Unknown
3268 Branched Oak Rd.
Staplehurst      NE 68439
-----------------------------------------------------------------------------

001562604

Hegeholz, Karrie K.                             Unknown
2431 Nancy Drive
Lincoln          NE 68507
-----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001576720

Hegeholz, Vickie D.                         Unknown
3810 Davey Rd.
Staplehurst        NE 68439
-------------------------------------------------------------------------

001543293

Heggenes, Mary Jane                         Unknown
4461 E. Glendale Rd.
Clinton           WA 98236
-------------------------------------------------------------------------

001548903

Heggenes, Michael J.                        Unknown
2891 E Meinhold R
Langley           WA 98260
-------------------------------------------------------------------------

001549698

Heggenes, Stacey L.                         Unknown
4461 E Glendale Road
Clinton           WA 98236
-------------------------------------------------------------------------

001519757

Heiken, Mark                                Unknown
814 8Th St.
Fort Benton       MT 59442
-------------------------------------------------------------------------

000152746

Heiken, Steven                              Unknown

Lavina            MT 59046
-------------------------------------------------------------------------

000129473

Heiken, Troy W.                             Unknown
45 Custer Gulch Rd
Lavina            MT 59046
-------------------------------------------------------------------------

001606382

Heil, Marcella L.                           Unknown
700 East 2644 North
Castleford        ID 83321
-------------------------------------------------------------------------

001505949

Heilbrun, Arvilla M.                        Unknown
640 S.W. 139Th
Seattle           WA 98166
-------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001505923

Heilbrun, Daniel R.                        Unknown
1911 S.W. Campus Drive #356
Federal Way      WA 98023
----------------------------------------------------------------------------

001600747

Heilmann, Sonia                            Unknown
1455 North View Drive
Thousand Oaks     CA 91362
----------------------------------------------------------------------------

001550158

Heimbigner, Jeremy J.                      Unknown
W 6102 Lonewolf Court
Spokane          WA 99208
----------------------------------------------------------------------------

001548416

Heimbigner, Jon                            Unknown
W 6102 Lonewolf Court
Spokane          WA 99208
----------------------------------------------------------------------------

000117995

Heimendinger, Sylvia C.                    Unknown
13421 Ballentine
Overland Park     KS 66213
----------------------------------------------------------------------------

001455558

Heinle, Mandi L.                           Unknown
9024 Hathaway Ranch Dr.
Hathaway         MT 59333
----------------------------------------------------------------------------

001610155

Heinor, Derk B.                            Unknown
6297 Victory
Melba            ID 83641
----------------------------------------------------------------------------

001591814

Heintz, Robert J                           Unknown
3510 Palomino Dr
Arlington        TX 76017
----------------------------------------------------------------------------

001562547

Heisler, III. THOMAS R.                    Unknown
1000 Americana Avenue
Great Falls      MT 59404
----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001562545 | |
| Heisler, Thomas R.<br>2925 6Th Avenue South<br>Great Falls          MT 59405 | Unknown |
| 001562546 | |
| Heisler, William J.<br>1000 Americana Avenue<br>Great Falls          MT 59404 | Unknown |
| 001515656 | |
| Heitkamp, Geraldine<br>6410 Meadow Circle<br>Corpus Christi       TX 78413 | Unknown |
| 001539516 | |
| Heitz, Lance<br>Rt. 2 Box 109<br>Nocana               TX 76255 | Unknown |
| 000135181 | |
| Hekkel, John G<br>312 East 4Th<br>Anaconda             MT 59711 | Unknown |
| 000163166 | |
| Helen, Dorothy<br>7229 Holly Hill Apt. 210<br>Dallas               TX 75231 | Unknown |
| 001560831 | |
| Helgeson, Imojean<br>328 6Th St. S. Apt. 6<br>Glasgow Valley      MT 59230 | Unknown |
| 001533311 | |
| Helka, Kim R.<br>239 Clairorne<br>White Lake           MI 48383 | Unknown |
| 001579752 | |
| Hellebusch, LaVerne E.<br>11511 Hauser<br>Overland Park        KS 66210 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001570084

Heller, Carolyn                              Unknown
1232 Francis St.
Burlington        WA 98233

--------------------------------------------------------------------------------

000141397

Heller, Christopher J.                       Unknown
8301 Evergreen
Little Rock       AR 72207

--------------------------------------------------------------------------------

001559764

Helm, Mark A.                                Unknown
1520 Orchard St
Wenatchee         WA 98801

--------------------------------------------------------------------------------

001579609

Helm, Peggy A                                Unknown
1526 Park Creek Lane
Atlanta           GA 30319

--------------------------------------------------------------------------------

001609615
.:

Helm, Tom W.                                 Unknown
14811 Locust
Olathe            KS 66062

--------------------------------------------------------------------------------

001562263

Helm-Sanders, Deborah A.                     Unknown
5522 93Rd Street
Lubbock           TX 79424

--------------------------------------------------------------------------------

001582388

Helmich, William T.                          Unknown
P.O. Box 789
Sandia Park       NM 87047

--------------------------------------------------------------------------------

001549577

Helmick, Linda                               Unknown
13732 Alhambra
Leawood           KS 66224

--------------------------------------------------------------------------------

001525872

Helms,  Kimberly K.                          Unknown
4909 Cresthill Drive
Tampa             FL 33615

--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


000153054


Helms, John B.                         Unknown
1206 Leesburg Rd.
Columbia        SC 29209
------------------------------------------------------------------------------

001605361


Helton, Denia S.                       Unknown
6219 E. Texas #134
Bossier City    LA 71111
------------------------------------------------------------------------------

001582273


Helton, Jacob D.                       Unknown
2406 S. Duquesne
Joplin          MO 64804
------------------------------------------------------------------------------

001536424


Helton, Julia B.                       Unknown
PO Box 1890
Clarkesville    GA 30523
------------------------------------------------------------------------------

001571969


Heltsley, Laurie L.                    Unknown
118 Highview Drive
Fort Thomas     KY 41075
------------------------------------------------------------------------------

001570254


Hemby, Curtiss E.                      Unknown
2603 South Taylor
Pittsburg       KS 66762
------------------------------------------------------------------------------

000115113


Hemelright, Reine R.                   Unknown
3602 Holland Trail
Lenoir City     TN 37772
------------------------------------------------------------------------------

001575742


Heminger, Murray V.                    Unknown
14001 Clubhouse Circle Unit
Tampa           FL 33624
------------------------------------------------------------------------------

001548620


Hemp, Glenn E.                         Unknown
Rt. 3 Box 307
Waynesboro      VA 22980
------------------------------------------------------------------------------

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001609262 | |
| Hemphill, Amy 239 Saterfield Rd. West Monroe        LA 71292 | Unknown |
| 001555489 | |
| Henderson, Dorman H. Box 728 310-12Th St. Hawley            TX 79525 | Unknown |
| 000116558 | |
| Henderson, George L. 6555 Bellingham  St.. Navarre          FL 32566 | Unknown |
| 001518115 | |
| Henderson, Inelle G. 7005 Colgate Lane Rowlett          TX 75088 | Unknown |
| 000126368 | |
| Henderson, James F. 10813 W. 116 Terrace Overland Park     KS 66210 | Unknown |
| 000148977 | |
| Henderson, James W.* 20 Jasper Lane Beaufort          SC 29902 | Unknown |
| 001529874 | |
| Henderson, Kelley M 20 Jasper Lane Beaufort          SC 29902 | Unknown |
| 001508697 | |
| Henderson, Leslie J. 333 Sw 16Th St. Richmond          IN 47374 | Unknown |
| 001551726 | |
| Henderson, Margaret A. 9662 W 116 Overland Park     KS 66210 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001610062 | |
| Henderson, Mary S. 4705 Lake Louise Metairie          LA 70006 | Unknown |
| 000146167 | |
| Henderson, Ricky D. 20 Jasper Lane Beaufort          SC 29902 | Unknown |
| 000111869 | |
| Henderson, Ronald C. 103 Glen Eagle Ct Greenwood          SC 29646 | Unknown |
| 001583805 | |
| Henderson, Ryan 3664 Willow Dale Sparks          NV 89431 | Unknown |
| 000137284 | |
| Henderson, Shanna L. 210 South 5 West Rexburg          ID 83440 | Unknown |
| 000159502 | |
| Henderson, Tammie L. 6500 Vegas Drive #2072 Las Vegas          NV 89108 | Unknown |
| 001599530 | |
| Henderson, Teresa D. 404 Bernard Ave Ama          LA 70031 | Unknown |
| 001581205 | |
| Henderson, Terry D. 16317 Crackerneck Rd. Independence          MO 64055 | Unknown |
| 001582227 | |
| Hendrick, Michael E. 104 Bradd St. Summerville          SC 29483 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 000148853<br>:<br>Hendricks, Annie M<br>2451 SW Cherry Park Rd. #106<br>Troutdale          OR 97060 | Unknown |
| 001556433<br><br>Hendricks, Donna<br>300 Northwood<br>Mc Kinney          TX 75070 | Unknown |
| 001546846<br><br>Hendrickson, Jon P.<br>507 West 14Th<br>Hardin          MT 59034 | Unknown |
| 000156907<br><br>Hendrickson, Willis J.<br>17889 Rd. 4 N W<br>Quincy          WA 98848 | Unknown |
| 001607646<br><br>Hendrix, Bill A<br>8901 North West 115Th St.<br>Oklahoma City          OK 73162 | Unknown |
| 001579170<br><br>Hendry, Dale A<br>2017 Fieldstone Court<br>Fairfield          CA 94533 | Unknown |
| 001597497<br><br>Hengstler, David<br>14 Arrivo Dr.<br>Mission Viejo          CA 92692 | Unknown |
| 001572680<br><br>Henke, Chad R.<br>6503 Bluff Springs Apt 803<br>Austin          TX 78744 | Unknown |
| 001570299<br><br>Henke, Todd M.<br>5614 Sheraton Oaks<br>Houston          TX 77091 | Unknown |

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE      Page: 625
                        Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001593061 | |
| Hennessy Inc<br>6555 S Staats Dr<br>Clinton          WA 98236 | Unknown |
| 001473351 | |
| Hennessy, John P.<br>6555 S. Staats Dr<br>Clinton          WA 98236 | Unknown |
| 001497866 | |
| Hennessy, Patricia A.<br>1301 254Th St N.W.<br>Berthold          ND 58718 | Unknown |
| 000120950 | |
| Hennigan, Charlotte A.<br>104 Seventh St.<br>Calvin          LA 71410 | Unknown |
| 001544389 | |
| Henrie, Barbara T.<br>1865 Maple View Dr.<br>Bountiful          UT 84010 | Unknown |
| 001590652 | |
| Henry Jr., William T.<br>330 Glendale Ave.<br>Norfolk          VA 23505 | Unknown |
| 001503669 | |
| Henry, Carol J<br>800 North Thornton<br>Richmond          MO 64085 | Unknown |
| 001561247 | |
| Henry, Dana L.<br>37 Battery<br>Hilton Head          SC 29928 | Unknown |
| 001579608 | |
| Henry, Diane S.<br>1414 Ne 151St<br>Seattle          WA 98155 | Unknown |

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE          Page 626
                         Unsecured Creditors -- Sales Representatives

          Creditors Names and                    Total Amt
          Mailing Address/ Zip Code              of Claim

          001552639

          Henry, James W                         Unknown
          3612 254th Ave SE
          Issaquah         WA 98029
-----------------------------------------------------------------------------
          001549421

          Henry, Suzanne E.                       Unknown
          5505 Windmier Circle
          Dallas           TX 75252
-----------------------------------------------------------------------------
          001518719

          Henschel, Beverly J.                    Unknown
          553 Landfall
          Conroe           TX 77302
-----------------------------------------------------------------------------
          001560272

          Hensdell, Darlene B.                    Unknown
          Route 2 Box 534
          Independence     VA 24348
-----------------------------------------------------------------------------
          001588287

          Hensley, Jerry LW.                      Unknown
          1830 Lucy Lane
          Zillah           WA 98953
-----------------------------------------------------------------------------
          001459797

          Henson, Julie B.                        Unknown
          211 Lane Of Tristram
          Garner           NC 27529
-----------------------------------------------------------------------------
          001579560

          Henson, Utona D.                        Unknown
          Rt. 6 Box 571
          Joplin           MO 64801
-----------------------------------------------------------------------------
          001582399

          Hepner, Lois J.                         Unknown
          8195 Ireland Drive
          Jacksonville     FL 32244
-----------------------------------------------------------------------------
          001562455

          Herb Palombo Enterprises Inc.           Unknown
          110 Granada Dr.
          Lafayette        LA 70506
-----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

000116840

Herchenhahn, Tim                          Unknown
512 Beach Rd. #15
Gulfport        MS 39507

---

000133968

Herchman, Debbie A.                       Unknown
1411 Nevada
Houston         TX 77006

---

001543040

Herd, E. Allen                            Unknown
2802 Lake Ontario Circle
Hephzibah       GA 30815

---

001582144

Hereford, Jim R.                          Unknown
814 S Summit
Rosalia         WA 99170

---

001596500

Hering, Brenda L.                         Unknown
1705 7th STREET
Anacortes       WA 98221

---

001566097

Herke, Cheryl                             Unknown
7842 Main
Fishers         NY 14453

---

001575567

Herke, Marilyn R.                         Unknown
1833 Dalton Rd.
Lima            NY 14485

---

001576221

Herke, Patricia L.                        Unknown
P.O. Box 549
Lima            NY 14485

---

001583392

Herman, David K.                          Unknown
777 N. Silversprings Apt. 1203
Wichita         KS 67212

---

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000113775 | |
| Herman, Dennis R. 2147 Brendon Drive Dunwoody        GA 30338 | Unknown |
| 001597941 | |
| Hermeling, Terry 717 NW 16th st. Portland        OR 97209 | Unknown |
| 001606206 | |
| Hermosillo Connie 2906 Commercial N.E. Albuquerque        NM 87107 | Unknown |
| 001567024 | |
| Hernandez Jr., Agapito 205 S.E. 4th Street Lee's Summit        MO 64063 | Unknown |
| 001564357 | |
| Hernandez, Donna L. 7811 Trumbal Live Oak        TX 78233 | Unknown |
| 000156270 | |
| Hernandez, Joe Z. 3108 South Dr. Wichita Falls        TX 76305 | Unknown |
| 001464948 | |
| Hernandez, Jose R. 7801 Pruitt Drive Galveston        TX 77554 | Unknown |
| 001577329 | |
| Hernandez, Juan Box 355 Bryson        TX 76427 | Unknown |
| 001502682 | |
| Hernandez, Maricela 1804 Live Oak Weslaco        TX 78596 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001543175

| Hernandez, Robert J. | Unknown |
| 817 Bridgeport Dr. | |
| Desoto          TX 75115 | |

001592271

| Herndon, Evelyn R. | Unknown |
| 4011 McCullough Rd. | |
| Yakima          WA 98903 | |

001587666

| Herness, Donald R. | Unknown |
| HC 69 Box 32 | |
| Culbertson      MT 59218 | |

000152972

| Herr, Carol S. | Unknown |
| 1209 Brook Lane | |
| Cleburne        TX 76031 | |

000144266

| Herrera, Ana | Unknown |
| 2670 Carrington Ln | |
| Grand Prairie   TX 75052 | |

001462330

| Herrera, Gilbert A. | Unknown |
| 905 Homewood | |
| Emporia         KS 66801 | |

001607168

| Herrick, Dean H | Unknown |
| 152 Ruhl Rd N | |
| Ballston Spa     NY 12020 | |

001579306

| Herrick, Stephanie L. | Unknown |
| 6147 Goliad | |
| Dallas           TX 75214 | |

000105075

| Herrin, Mandy | Unknown |
| 32672 Millingport Rd. | |
| New London       NC 28127 | |

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE          Page: 630
                    Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001600954 | |
| Herring, Jane Ann<br>672 Glade Rd<br>Friendsville      MD 21531 | Unknown |
| 001586292 | |
| Herring, Joan H.<br>304 12th Street NE<br>Jacksonville     AL 36265 | Unknown |
| 001596490 | |
| Herring, Kathryn S.<br>194 Armijo Road<br>Belen           NM 87002 | Unknown |
| 001581049 | |
| Herrington, Dennis R.<br>4007 Alshire Rd.<br>Spring          TX 77373 | Unknown |
| 001539838 | |
| Herrington, Jr. James R.<br>403 Alazan<br>Portland        TX 78374 | Unknown |
| 001551790 | |
| Herrington, Scott<br>Lasiesta Rosort 80.5M M<br>Islamorada      FL 33036 | Unknown |
| 001559607 | |
| Herrington, Stacey E.<br>Rt1 Box 36E<br>Bates City       MO 64011 | Unknown |
| 001544361 | |
| Herrington, Teresa J.<br>Route 1 Box 36-E<br>Bates City       MO 64011 | Unknown |
| 001550227 | |
| Hersh, G.L.<br>1646 Laramie<br>Manhattan       KS 66502 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001592099 | |
| Hert, Timothy D.<br>827 Anchor Avenue<br>Billings        MT 59105 | Unknown |
| 001608789 | |
| Hertel, Julie D.<br>1424 Via Salida<br>Palm Springs      CA 92264 | Unknown |
| 001600516 | |
| Hertig, Michael E.<br>4289 W. Silver Sage Circle<br>Alpine          UT 84004 | Unknown |
| 001577987 | |
| Hervey, Patricia D.<br>3823 Rushcroft<br>Houston        TX 77082 | Unknown |
| 001513874 | |
| Hesketh, Betty M.<br>624 Nehalem Lane<br>La Conner      WA 98257 | Unknown |
| 001482119 | |
| Hess, Larry W.<br>738 Mocksville Ave.<br>Salisbury      NC 28144 | Unknown |
| 000135170 | |
| Hesse, Barbara<br>41 Retreat Lane<br>Georgetown      SC 29440 | Unknown |
| 001481958 | |
| Hesse, Susan E.<br>41 Retreat Lane<br>Georgetown      SC 29440 | Unknown |
| 001577758 | |
| Hessey, Dave E.<br>1200 S. Sharon<br>Kennewick      WA 99337 | Unknown |

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE        Page: 632

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001564904 | |
| Hester, Cindy E.<br>1401 West Greene<br>Carlsbad         NM 88220 | Unknown |
| 001482642 | |
| Hester, Robert Frank<br>1112 Brevito Drive<br>Grand Prairie    TX 75052 | Unknown |
| 001545715 | |
| Hetrick, C. Louise<br>157 East Elm<br>Mt. Gilead       OH 43338 | Unknown |
| 001545714 | |
| Hetrick, Harold<br>7080 County Road #9<br>Edison          OH 43320 | Unknown |
| 000116829 | |
| Hettinger, Christian A.<br>2848 W. 118Th Terr.<br>Leawood         KS 66211 | Unknown |
| 001457498 | |
| Hettinger, Jeanette M.<br>322 Lancaster Sq.<br>Memphis         KS 38117 | Unknown |
| 000113879 | |
| Hettinger, Terry C.<br>2848 W. 118 Terrace<br>Leawood         KS 66211 | Unknown |
| 001603193 | |
| Heupel, Steven B.<br>5330-32Nd St Se<br>Auburn          WA 98092 | Unknown |
| 001605113 | |
| Heupel, Weston B<br>345 Pacific Ave N<br>Pacific         WA 98047 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001586862 | |
| Heverly, Barbara A.<br>7870 Sandida Ct.<br>N. Charleston    SC 29418 | Unknown |
| 001572679 | |
| Hewell, Carol I.<br>380 Walnut Drive<br>Alto            GA 30510 | Unknown |
| 001599601 | |
| Hewit, Debora A.<br>3820 San Isidro Nw<br>Albuquerque     NM 87107 | Unknown |
| 001571255 | |
| Hewitt, Judith G.<br>3120 S.E. Shawnee Heights Rd.<br>Tecumseh        KS 66542 | Unknown |
| 001518256 | |
| Hewitt, Wayland D.<br>1317 Alpine View Dr.<br>Mt. Vernon      WA 98274 | Unknown |
| 001473155 | |
| Heying, Janet S.<br>9 W. Country Lane<br>Kansas City     MO 64114 | Unknown |
| 001595395 | |
| Heyman, Jon E.<br>15473 Bowling Green Road West<br>Bowling Green   OH 43402 | Unknown |
| 001598468 | |
| Hezekiah Jr. Robinson<br>470 S. Highpoint Road<br>Spartanburg     SC 29301 | Unknown |
| 001601904 | |
| Hibbert, Blair D.<br>1904 Fairlawn<br>Austin          TX 78741 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001536927 | |
| Hickerson, Kathy D.<br>2813 Sands Road<br>Knoxville     TN 37931 | Unknown |
| 001600721 | |
| Hickey, Gary L.<br>7314 Stout Rd<br>Germantown    TN 38138 | Unknown |
| 001540180 | |
| Hickman, Jess<br>4382 Middlebrook Road<br>Orlando      FL 32811 | Unknown |
| 000160903 | |
| Hickman, Mary C.<br>1412 College<br>Pineville    LA 71360 | Unknown |
| 001483661 | |
| Hickman, Michele R.<br>3146 Ramblewood Court<br>Powder Springs    GA 30073 | Unknown |
| 001476967 | |
| Hicks Jr., Donald E.<br>4164 Pelican Rd.<br>Callahan     FL 32011 | Unknown |
| 001535535 | |
| Hicks, Bennie W.<br>2103 Rodney St.<br>Bossier City    LA 71112 | Unknown |
| 001591139 | |
| Hicks, Deborah A.<br>2980 Haines Bayshore #160<br>Clearwater    FL 33760 | Unknown |
| 001519923 | |
| Hicks, Gregory A.<br>3285 Canyon Drive #79<br>Billings     MT 59102 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001557262

Hicks, Gwen L.*
1440 Snappwood Drive
Sevierville        TN 37862
                                                    Unknown

001479815

Hicks, Natalie Penrose
8762 Smoke Road S.W.
Pataskala        OH 43062
                                                    Unknown

001479296

Hicks, Patricia A
3530 N. E. Ainsworth Street
Portland        OR 97211
                                                    Unknown

001588136

Hiers, Marie
307 Big Bethel Road
Hampton        VA 23666
                                                    Unknown

001576249

Higdon, Tammy L.
5045 Summer Crest Dr.
Pinson        AL 35126
                                                    Unknown

001591647

Higgins, Carole A.
#31 5545 S. Kanner Hwy
Stuart        FL 34997
                                                    Unknown

001552505

Higgins, James J.
201 W. Concord
Kansas City        MO 64112
                                                    Unknown

001586929

High, Ken F
11004 Se 110Th Street
Galena        KS 66739
                                                    Unknown

001528834

Highland, Linda A.
15715 Switzer Rd.
Overland Park        KS 66221
                                                    Unknown

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001596808 | |
| Highsmith, Carlos<br>927 Parkwest Lane<br>Stone Mountain    GA 30088 | Unknown |
| 001577804 | |
| Hight, Henrietta C.<br>105 4Th Avenue N.E. #403<br>St. Petersburg    FL 33701 | Unknown |
| 001476944 | |
| Hightower, Patrick R.<br>265 Calcutta Drive<br>W. Columbia    SC 29172 | Unknown |
| 001605120 | |
| Hilde, Jeffrey D<br>37605 188th Ave SE<br>Auburn    WA 98092 | Unknown |
| 000130532 | |
| Hilde, John L.<br>1820 Hillvue Street<br>Burlington    WA 98233 | Unknown |
| 000162334 | |
| Hilfiger, William H.<br>67 Payson Ave.<br>New York    NY 10034 | Unknown |
| 001608530 | |
| Hill, Andrew<br>5630 Arcadia Ave.<br>Loomis    CA 95650 | Unknown |
| 001548592 | |
| Hill, Annie R.<br>1156 Braemar Ave.<br>Atlanta    GA 30311 | Unknown |
| 001564986 | |
| Hill, Berlie R.<br>Rt. 1 Box 530<br>Cana    VA 24317 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001537181 | |
| Hill, Gina C. 3350 Se 193Rd. Place Yankeetown     FL 34498 | Unknown |
| 001584347 | |
| Hill, Grover C. 231 Chickasha Court Red Feather Lake    CO 80545 | Unknown |
| 001539840 | |
| Hill, James C. Po Box 202 Royal City     WA 99357 | Unknown |
| 001539664 | |
| Hill, Joann 700 E. Fairview #165 Merridian     ID 83642 | Unknown |
| 001582339 | |
| Hill, Katrena L. 1517 Circlestone Dr Stone Mountain    GA 30088 | Unknown |
| 001583691 | |
| Hill, Larry H. 32 Plum Tree Lane Sequim     WA 98382 | Unknown |
| 001595651 | |
| Hill, Linda R. HC01 Box 500-E Goodrich     TX 77335 | Unknown |
| 001526656 | |
| Hill, Nancy J. 11213 Bassemier Lane Hammond     LA 70403 | Unknown |
| 001591887 | |
| Hill, Patricia H 2205 Myrtle Billings     MT 59102 | Unknown |

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001564107 | |
| Hill, Rachel A.<br>Po Box 202<br>Royal City    WA 99357 | Unknown |
| 001589453 | |
| Hill, Randall K.<br>1200 Village Lane<br>Ft. Collins    CO 80521 | Unknown |
| 001581233 | |
| Hill, Randy K.<br>510 Colcor Dr.<br>Oklahoma City    OK 73102 | Unknown |
| 001610309 | |
| Hill, Randy L.<br>126 F Street Sw<br>Ephrata    WA 98823 | Unknown |
| 001487855 | |
| Hill, Rickey D.<br>1703 Brenwood Dr.<br>Mesquite    TX 75181 | Unknown |
| 001477234 | |
| Hill, Steven R<br>Po Box 518<br>Copeland    FL 34137 | Unknown |
| 001590026 | |
| Hill, Susan K.<br>3402 Carpet Lane<br>Killeen    TX 76542 | Unknown |
| 001546906 | |
| Hillenburg, Michael R.<br>1987 558th Rd.<br>Pleasant Hope    MO 65725 | Unknown |
| 000130413 | |
| Hillier, Robert D.<br>1898-28 Prairie Rd<br>Sedro-Woolley    WA 98284 | Unknown |

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE        Page: 639
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001568468


        Hillis, Billie M.                        Unknown
        2230 Bird Island
        Corpus Christi      TX 78418
------------------------------------------------------------------------

        001572919


        Hillman, Cheryl K                        Unknown
        324 3rd AVE NORTH
        Hinsdale            MT 59241
------------------------------------------------------------------------

        001500439


        Hillman, Tyler L.                        Unknown
        323 3Rd Avenue N
        Hinsdale            MT 59241
------------------------------------------------------------------------

        001465034


        Hills, Deborah J                         Unknown
        4644 Boxford Rd
        Virginia Beach      VA 23456
------------------------------------------------------------------------

        001569340


        Hillsman Angela                          Unknown
        P.O. Box 870461
        Stone Mountain      GA 30087
------------------------------------------------------------------------

        001584407


        Hillsman, Donald                         Unknown
        P.O. Box 870461
        Stone Mountain      GA 30087
------------------------------------------------------------------------

        001603955


        Hillsview Trust                          Unknown
        93 dKnight Road
        Goldendale          WA 98620
------------------------------------------------------------------------

        000119206


        Hilton, Betty                            Unknown
        101 Touline Apt. 203
        Natchitoches        LA 71457
------------------------------------------------------------------------

        000151068


        Hilton, Dee & Charlie                    Unknown
        Route 73 Box 15
        Lloyd               MT 59535
------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE              Page: 640
                          Unsecured Creditors -- Sales Representatives


          Creditors Names and                    Total Amt
          Mailing Address/ Zip Code               of Claim


          000113881


          Hilton, Gayle W.                        Unknown
          109 Norview Drive
          Charleston        SC 29407
-----------------------------------------------------------------------------------
          001498242


          Hime, Christine L.                      Unknown
          616 Loran Lane
          Raymore           MO 64083
-----------------------------------------------------------------------------------
          001539644


          Himel, Gilda G.                         Unknown
          16419 Toney Rd.
          Folsom            LA 70437
-----------------------------------------------------------------------------------
          000132206


          Hinchman, Pauline R.                    Unknown
          808 Evans Dr.
          Sedro-Woolley     WA 98284
-----------------------------------------------------------------------------------
          001560735


          Hindmarsh, Erik R.                      Unknown
          610 Harness Rd
          Monument          CO 80132
-----------------------------------------------------------------------------------
          001559334


          Hinely, Edmond T.                       Unknown
          2317 Eveningside Drive
          Topeka            KS 66614
-----------------------------------------------------------------------------------
          001471246


          Hiner, Nancy E.                         Unknown
          15026 St. Cloud
          Houston           TX 77062
-----------------------------------------------------------------------------------
          001572517


          Hines, Chance C.                        Unknown
          Rt. 1 Box 113
          Webb City         MO 64870
-----------------------------------------------------------------------------------
          000114631


          Hines, Ken                              Unknown
          3443 Sherbrook Drive
          Uniontown         OH 44685
-----------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000139272 | |
| Hines, Richard E.<br>173 Tipton Hill Rd.<br>Leicester      NC 28748 | Unknown |
| 001524047 | |
| Hinesley, Chris<br>6652 Eagle Point Drive North<br>Indianapolis      IN 46254 | Unknown |
| 001479185 | |
| Hinkley, Richard D<br>1001 Moore Drive<br>Mesquite      TX 75149 | Unknown |
| 001554544 | |
| Hinnant, Rhodi A.<br>10612 Atlanta Dr.<br>Frisco      TX 75035 | Unknown |
| 001598227 | |
| Hinnant, Richard R.<br>1808 S. Willow<br>Broken Arrow      OK 74012 | Unknown |
| 001554803 | |
| Hinnant, Thomas E.<br>9838 Old Baymeadows Rd.<br>Jacksonville      FL 32256 | Unknown |
| 001458578 | |
| Hinojosa, Pedro L<br>1026 3Rd Street<br>Mercedes      TX 78570 | Unknown |
| 001584491 | |
| Hinton, August Paul & Sandy<br>21870 Lemoyme Rd.<br>Luckey      OH 43443 | Unknown |
| 001593384 | |
| Hinton, Bernie<br>950 Marie Street  Lot 17<br>Hesperya      MI 49421 | Unknown |

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE          Page 642
                       Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code             of Claim


        001586035


        Hinton, Brenda S.                     Unknown
        15399 State Rt. 235
        Weston          OH 43569
-------------------------------------------------------------------------
        001568622


        Hinton, Jacob A.                      Unknown
        24132 Defiance Pike
        Custar          OH 43511
-------------------------------------------------------------------------
        001584391


        Hinton, Shane M.                      Unknown
        20175 Locust Street
        Weston          OH 43569
-------------------------------------------------------------------------
        001583413


        Hinton, Shanna S.                     Unknown
        15399 Street Rt.  235
        Weston Wood      OH 43569
-------------------------------------------------------------------------
        001613513


        Hintz Consulting Service Inc.         Unknown
        2359 Paradise Pt Rd
        Oakland          MD 21550
-------------------------------------------------------------------------
        000160585


        Hiott, Deborah D.                     Unknown
        181 Pecan Lane
        Barnwell        SC 29812
-------------------------------------------------------------------------
        001531372


        Hirsch, David L.                      Unknown
        135 Rocky Shoals Dr
        Midland         GA 31820
-------------------------------------------------------------------------
        000128927

        Hirsch, Jamie L.                      Unknown
        609 South Sewell
        Miles City      MT 59301
-------------------------------------------------------------------------
        000128745


        Hirsch, Nancy L.                      Unknown
        204 N Sutton
        Miles City      MT 59301
-------------------------------------------------------------------------
```

                         Unsecured Creditors -- Sales Representatives


        Creditors Names and                        Total Amt
        Mailing Address/ Zip Code                  of Claim


        000139094


        Hirschi, Cody G.                           Unknown
        E12526 Skyview
        Spokane          WA 99216
---------------------------------------------------------------------------------
        000137546


        Hirschi, Guy R.                            Unknown
        E. 12526 Skyview
        Spokane          WA 99216
---------------------------------------------------------------------------------
        000156820


        His Workmanship                            Unknown
        222 Sleepy Hollow Ct
        Seabrook         TX 77586
---------------------------------------------------------------------------------
        001575842


        Hisaw, Curtis                              Unknown
        1008 Gary
        Cheney           WA 99004
---------------------------------------------------------------------------------
        001579574


        Hisaw, Eric  L                             Unknown
        1187 Lancer Drive
        Walla Walla      WA 99362
---------------------------------------------------------------------------------
        001579555


        Hisaw, Thane C                             Unknown
        12455 W Grover  #202
        Portland         OR 97201
---------------------------------------------------------------------------------
        001523939


        Hit The Zone Inc                           Unknown
        5308 Montevista Dr
        Greensboro       NC 27407
---------------------------------------------------------------------------------
        001573586


        Hitchcock, Carl & Cindy                    Unknown
        8706 W. 93Rd Street
        Overland         KS 66212
---------------------------------------------------------------------------------
        001583366


        Hitt-Moody, Kim                            Unknown
        400 Cole Ave
        Monroe           LA 71203
---------------------------------------------------------------------------------

                        Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000148050


        Hiuser, Jacqueline A.                  Unknown
        17130 Coral Cay Ln.
        Fort Myers        FL 33908
--------------------------------------------------------------------------------
        000155075


        Hively, Delmer L.                      Unknown
        1130 W. Washington
        Pasco             WA 99301
--------------------------------------------------------------------------------
        001569956


        Hively, Jolene D.                      Unknown
        1122 Francis Ave. #6A
        Walla Walla       WA 99362
--------------------------------------------------------------------------------
        001575786


        Hively, Mike T.                        Unknown
        524 E. Pine Unit B
        Walla Walla       WA 99362
--------------------------------------------------------------------------------
        001590505


        Hixon, Mari Beth                       Unknown
        4613 South Irvington Ave.
        Tulsa             OK 74135
--------------------------------------------------------------------------------
        001474278


        Hixson, Anthony E.                     Unknown
        200 N. Parkside
        Chicago           IL 60644
--------------------------------------------------------------------------------
        001574159


        Hladik, Rick A.                        Unknown
        2017 N. Parkridge Ct
        Wichita           KS 67212
--------------------------------------------------------------------------------
        001571386


        Hladky, K. John                        Unknown
        165 Hollington Dr.
        Huntsville        AL 35811
--------------------------------------------------------------------------------
        001540418


        Ho, Cathy Y.                           Unknown
        662 North New Ballas
        St. Louis         MO 63141
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001512699 | |
| Ho, Mei Y.<br>1241 Amsterdam Ave.<br>New York          NY 10027 | Unknown |
| 001541858 | |
| Ho, Sally P.<br>1905 Jellick Ave<br>Rowland  Heights    CA 91748 | Unknown |
| 001459659 | |
| Ho, Sze Ching<br>2135 77th Basement<br>Brooklyn          NY 11214 | Unknown |
| 001596121 | |
| Hoag, Derrick G.<br>129 Cliffe Run<br>Franklin          TN 37067 | Unknown |
| 001562532 | |
| Hoag, Elizabeth Ann<br>4409 Arcady<br>Dallas          TX 75205 | Unknown |
| 001584484 | |
| Hobbs, Jerry W<br>Po Box 1093<br>Morton          WA 98356 | Unknown |
| 001544966 | |
| Hobbs, Lynn<br>3735 Predkness Lane<br>Suwanne          GA 30024 | Unknown |
| 001497810 | |
| Hobdy, Diana C.<br>111 W. Belknap<br>Jacksboro          TX 76458 | Unknown |
| 001551905 | |
| Hoddick, Larry R.<br>38615 Desert Mirage Drive<br>Palm Desert    CA 92260 | Unknown |

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code           of Claim


        001561408


        Hoddick, Nancy A.                    Unknown
        6904 Nw 80Th Terrace #1
        Kansas City      MO 64152
--------------------------------------------------------------------------------
        001601130


        Hodge, Dennis J.                     Unknown
        6414 Permita St.
        Anniston         AL 36206
--------------------------------------------------------------------------------
        001582343


        Hodge, Everett A.                    Unknown
        131 N. Main
        Denver City      TX 79323
--------------------------------------------------------------------------------
        001609210


        Hodge, Janeth A                      Unknown
        131 N Main
        Denver City      TX 79323
--------------------------------------------------------------------------------
        000161939


        Hodges, Duane D                      Unknown
        1116 N Oliver Rd
        Belle Plaine     KS 67013
--------------------------------------------------------------------------------
        000154398


        Hodges, Glen E.                      Unknown
        1914 Meadowlark Lane
        Emporia          KS 66801
--------------------------------------------------------------------------------
        001599872


        Hodges, Herman                       Unknown
        1911 Bluehaven Ct.
        San Diego        CA 92154
--------------------------------------------------------------------------------
        001468476


        Hodges, June                         Unknown
        518 1/2 #C Via De La Valle
        Solana Beach     CA 92075
--------------------------------------------------------------------------------
        001580591


        Hodges, Kara L.                      Unknown
        731 N W 162 Ave.
        Pembroke Pines   FL 33028
--------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE       Page: 647
                         Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                   Total Amt
        Mailing Address/ Zip Code             of Claim


        001596267


        Hodges, Lilly                         Unknown
        1641 Clay Court
        Melrose Park      IL 60160
--------------------------------------------------------------------------
        001572275


        Hodnett, Rieves S.                    Unknown
        180 Browns River Rd.
        Lexington         SC 29072
--------------------------------------------------------------------------
        001456888


        Hodo, William T                       Unknown
        110 Kimble St
        Bath              SC 29816
--------------------------------------------------------------------------
        001489387


        Hodson, Jarrod N.                     Unknown
        2407 Anthony
        Pearland          TX 77581
--------------------------------------------------------------------------
        001522772


        Hodson, Valerie J.                    Unknown
        3312 Carman
        Springfield       IL 62703
--------------------------------------------------------------------------
        001558660


        Hoegemeyer, J. Kaye                   Unknown
        Po Box 546
        Mt. Vernon        WA 98273
--------------------------------------------------------------------------
        001498594


        Hoelscher, Chris J.                   Unknown
        6420 South 66
        Lincoln           NE 68516
--------------------------------------------------------------------------
        001477741

        Hoelscher, Robert A.                  Unknown
        6420 South 66Th
        Lincoln           NE 68516
--------------------------------------------------------------------------
        000163151


        Hoelscher, Vicki R.                   Unknown
        825 Davis Drive
        Manhattan         KS 66503
--------------------------------------------------------------------------
```

```
                      Unsecured Creditors -- Sales Representatives


       Creditors Names and                     Total Amt
       Mailing Address/ Zip Code                of Claim


       000161414


       Hoelsken, Julie F                        Unknown
       6941 W.Morraine Drive .
       Littleton         CO 80128
---------------------------------------------------------------------------------

       001601651


       Hoerner, Anna                            Unknown
       15610 95th Ave CT. E
       Puyallup          WA 98375
---------------------------------------------------------------------------------

       001609966


       Hoerner, Caroline                        Unknown
       9201 NE Juanita Dr #405
       Kirkland          WA 98034
---------------------------------------------------------------------------------

       001609976


       Hoerner, David A.                        Unknown
       4213 NE 25Th Ave
       Portland          OR 97211
---------------------------------------------------------------------------------

       001609969


       Hoerner, Denise C.                       Unknown
       12508 NE 142Nd Lane #C106
       Kirkland          WA 98034
---------------------------------------------------------------------------------

       001604613


       Hoevel, Daniel                           Unknown
       142 E. 20Th Street
       Costa Mesa        CA 92627
---------------------------------------------------------------------------------

       000160920


       Hofer, Edward                            Unknown
       Suburban Drive Box 4
       Whitlash          MT 59545
---------------------------------------------------------------------------------

       001530085


       Hoff, Leonard J.                         Unknown
       2765 E. Skagit Hwy.
       Sedro-Woolley     WA 98284
---------------------------------------------------------------------------------

       001609207


       Hoffert, Daniel G.                       Unknown
       7305 Alderbrook Rd.
       Tillamook         OR 97141
---------------------------------------------------------------------------------
```

INTERNATIONAL HERITAGE
                      Unsecured Creditors -- Sales Representatives


        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001591283


        Hoffman, Bill C.                         Unknown
        505 B Copper Street #601
        Elko            NV 89801
--------------------------------------------------------------------------------

        000129400


        Hoffman, Dianne L.                       Unknown
        911 Logan
        Helena          MT 59601
--------------------------------------------------------------------------------

        000149936


        Hoffman, Harold P                        Unknown
        Rt. 1, Box 150
        Buffalo         OK 73834
--------------------------------------------------------------------------------

        001586565


        Hoffman, Lewis E                         Unknown
        973 Metzler Rd
        Elko            NV 89801
--------------------------------------------------------------------------------

        001588307


        Hoffman, Lynn R.                         Unknown
        101 Eydie Lane
        Slidell         LA 70458
--------------------------------------------------------------------------------

        001508219


        Hoffman, Mary                            Unknown
        710 18Th St.
        Porttownsend    WA 98368
--------------------------------------------------------------------------------

        001595750


        Hoffman, Paul W.                         Unknown
        14920 F.M. 3175
        Lytle           TX 78052
--------------------------------------------------------------------------------

        001597375


        Hoffmeier Shirley M                      Unknown
        1617 Yale Street
        Fort WORTH      TX 76114
--------------------------------------------------------------------------------

        001559000


        Hoffpauir, Tracy L                       Unknown
        205 Horn Dr
        Crowley         LA 70526
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                  INTERNATIONAL HERITAGE        Page: 650
                              Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001489950


        Hofler, Gregory                        Unknown
        3263 Casey Dr. Ste. 202
        Las Vegas          NV 89120
------------------------------------------------------------------------------
        001580938


        Hofner, Phyllis K                      Unknown
        22500 23 Mile Rd.
        Macomb Township    MI 48042
------------------------------------------------------------------------------
        001575767


        Hogan, Glen A.                         Unknown
        1607 5Th Avenue
        Picayune           MS 39466
------------------------------------------------------------------------------
        001575816


        Hogan, James F.                        Unknown
        1620 Virginia Avenue
        McComb             MS 39648
------------------------------------------------------------------------------
        001563324


        Hogan, James M.                        Unknown
        1930 Dupard
        Mandeville         LA 70448
------------------------------------------------------------------------------
        001498557


        Hoggle, Thomas W                       Unknown
        400 Golden Drive
        Tallassee          AL 36078
------------------------------------------------------------------------------
        000157546


        Hoh, Sau Wah                           Unknown
        135-17 38th Ave #2-B
        Flushing           NY 11354
------------------------------------------------------------------------------
        001584515


        Hohenberg, Janice K                    Unknown
        18921 Manor Drive
        Independence       MO 64058
------------------------------------------------------------------------------
        001584116


        Hohenberg, Michael S.                  Unknown
        18921 Manor Dr.
        Independence       MO 64058
------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE
                          Unsecured Creditors -- Sales Representatives

```
      Creditors Names and                 Total Amt
      Mailing Address/ Zip Code            of Claim


      001563373


      Hoke Jr., Thomas C.                  Unknown
      304 Forest Hills
      League City        TX 77573
------------------------------------------------------------------------------
      001587487


      Holba, Thomas J.                     Unknown
      1108 Devonshire Street
      Hobart             IN 46342
------------------------------------------------------------------------------
      001584014


      Holbrook, Michael C.                 Unknown
      15329 Coyle
      Detroit            MI 48227
------------------------------------------------------------------------------
      001548134


      Holbrook, Ronald A.                  Unknown
      1632 River Oaks Court
      Auburn             GA 30011
------------------------------------------------------------------------------
      001609026


      Holbrook, Sidney E.                  Unknown
      P.O. Box 2543
      Chelan             WA 98816
------------------------------------------------------------------------------
      001556770


      Holcomb, Dwight                      Unknown
      100 Acoma Dr.
      Nocona             TX 76255
------------------------------------------------------------------------------
      001514917


      Holcomb, Judy U.                     Unknown
      1225 Wendover Street
      Albemarle          NC 28001
------------------------------------------------------------------------------
      001516649


      Holcomb, Patricia L.                 Unknown
      220 Winchester Dr.
      Lenoir City        TN 37772
------------------------------------------------------------------------------
      001556210


      Holcomb, William T.                  Unknown
      300 Sherman
      Nocona             TX 76255
------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE            Page: 652
                        Unsecured Creditors -- Sales Representatives

        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001588999


        Holcombe II, Delton A.                  Unknown
        5420 South East 91Rst
        Portland        OR 97266
--------------------------------------------------------------------------------
        001597211


        Holcombe, Jerry D.                      Unknown
        1922-D Tarrant Pl.
        Dallas          TX 75208
--------------------------------------------------------------------------------
        001591645


        Holden Julie                            Unknown
        14227 Cr 403
        Dexter          MO 63841
--------------------------------------------------------------------------------
        001575448


        Holden, D.A.                            Unknown
        10630 Renner St.
        Riverside       CA 92505
--------------------------------------------------------------------------------
        000140119


        Holden, Janice                          Unknown
        31245 Wellington Dr. Apt.23305
        Novi            MI 48377
--------------------------------------------------------------------------------
        000149950


        Holder Nancy                            Unknown
        Rt 1 Box 271A
        Louin           MS 39338
--------------------------------------------------------------------------------
        001505491


        Holder, Alpha L                         Unknown
        4838 AVENIDA de LOS ARBOLES
        Santa Clara     CA 95054
--------------------------------------------------------------------------------
        000129979


        Holder, Carl                            Unknown
        1130 W. Washington
        Pasco           WA 99301
--------------------------------------------------------------------------------
        000129108


        Holder, Mary C.                         Unknown
        P.O. Box 1129
        Eureka          MT 59917
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001572149


        Holder, Tamara N.                       Unknown
        1130 W. Washington
        Pasco          WA 99301
----------------------------------------------------------------------------
        001508282


        Holder, Tim                             Unknown
        4838 Avenida De Los Arboles
        Sand Clair     CA 95054
----------------------------------------------------------------------------
        001604353


        Holes, Jo Ann                           Unknown
        97 Wadsworth Ave
        Meadville      PA 16335
----------------------------------------------------------------------------
        001538183


        Holland, Billy G.                       Unknown
        P.O. Box 332
        Provencal      LA 71468
----------------------------------------------------------------------------
        001522228


        Holland, Jason B.                       Unknown
        555 Tanglewood Dr.
        Martinsville   VA 24112
----------------------------------------------------------------------------
        001580897


        Holland, Jill A.                        Unknown
        622 Silverbow
        Belgrade       MT 59714
----------------------------------------------------------------------------
        001606243


        Holland, Katherine                      Unknown
        310 6Th Ave Nw Apt 204
        New Prague     MN 56071
----------------------------------------------------------------------------
        001464394


        Holland, Marie G.                       Unknown
        6012 Laci Ln.
        Wichita Falls  TX 76310
----------------------------------------------------------------------------
        000122754


        Holland, Patricia A.                    Unknown
        11104 Manorview Cir
        Dallas         TX 75228
----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001529031


Holland, Tuffy                           Unknown
3617 McFarland Blvd.
Northport        AL 35476
------------------------------------------------------------------------
001572702


Hollander, Jay                           Unknown
1553 1/2 Castle Court
Houston          TX 77006
------------------------------------------------------------------------
001474331


Hollander, Jimmie R.                     Unknown
2459 Mesa St.
Columbus         GA 31903
------------------------------------------------------------------------
001590152


Holleman, James R.                       Unknown
250 Tomcreek Rd.
Denton           NC 27239
------------------------------------------------------------------------
001608329


Hollen, Mark G.                          Unknown
Po Box 2045
Williston        ND 58801
------------------------------------------------------------------------
000111312


Hollen, Steven Dan                       Unknown
1900 Highway 17 N apt B-6
Mount Pleasant   SC 29464
------------------------------------------------------------------------
000144903


Holley, Christine A.                     Unknown
1123 Airport Rd
Hornell          NY 14843
------------------------------------------------------------------------
001480718


Holley, Deborah W                        Unknown
1428 Elmira Road
Newfield         NY 14867
------------------------------------------------------------------------
001535861


Holley, James M. & Connie A.             Unknown
31 Horizon Lane
Elkton           MD 21921
------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                  INTERNATIONAL HERITAGE              Page 655

                         Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001477515


        Holley, Jeffrey S                      Unknown
        5431 Ossian Hill Rd
        Dansville        NY 14437
-------------------------------------------------------------------------------
        001615410


        Holley, Kristi Lynn                    Unknown
        1825 Lake Rd
        Heflin           LA 71039
-------------------------------------------------------------------------------
        001528272


        Holley, Larry R.                       Unknown
        28 Camelot Place
        Liberty          MO 64068
-------------------------------------------------------------------------------
        001585909


        Holley, Sally C.                       Unknown
        250 Brushy Creek Road
        Sibley           LA 71073
-------------------------------------------------------------------------------
        001603995


        Holley, Shinobu I.                     Unknown
        4914 Longstreet Place
        Bossier City     LA 71112
-------------------------------------------------------------------------------
        001537561


        Holliday, Steven D                     Unknown
        5330 Greenbriar
        Corpus Christi   TX 78413
-------------------------------------------------------------------------------
        001585672


        Holliman, Robert F.                    Unknown
        918 Apache Drive
        Mount Vernon     WA 98273
-------------------------------------------------------------------------------
        001580362


        Hollis, Anthony G                      Unknown
        6734 Orleans Ave
        New Orleans      LA 70124
-------------------------------------------------------------------------------
        001596411


        Holloway, Debbie S.                    Unknown
        103 1st Avenue
        Zillah           WA 98953
-------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                  INTERNATIONAL HERITAGE           Page 656

                    Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

000111833

Holloway, Diana B.                          Unknown
112 Meadow Brook Drive
Greenwood         SC 29649
--------------------------------------------------------------------------------
001570453

Holloway, James & Sue K.                    Unknown
E. 620 Roundtable Cl.
Spokane          WA 99218
--------------------------------------------------------------------------------
001521858

Holloway, Jean S. *                         Unknown
5034 Sirron Ct.
Dunwoody         GA 30338
--------------------------------------------------------------------------------
001593164

Holloway, Luther F.                         Unknown
HC 86 Box 31 Hwy 124
Harrisonburg     LA 71340
--------------------------------------------------------------------------------
001537518

Holloway, Naomi                             Unknown
517 Ranch Trail
Irving           TX 75063
--------------------------------------------------------------------------------
001583939

Holloway, Sandra K                          Unknown
118 Archer'S Hope Rd
Williamsburg     VA 23185
--------------------------------------------------------------------------------
001544996

Holly, Sandy K.                             Unknown
4724 S.W. 28th
Topeka           KS 66614
--------------------------------------------------------------------------------
001479414

Holm, Iyone A.                              Unknown
17215 9Th Ave N.
Plymouth         MN 55447
--------------------------------------------------------------------------------
001526904

Holman, Bobbie J.                           Unknown
302 Cambridge
Henrietta        TX 76365
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001518117


        Holman, Brooke E.                        Unknown
        17200 Westgrove #1212
        Dallas              TX 75248
------------------------------------------------------------------------------

        001577475


        Holman, Sharon S.                        Unknown
        1460 West 1460 North
        Provo               UT 84604
------------------------------------------------------------------------------

        001584653


        Holmes, Ardith L                         Unknown
        14011 Klahanie Ln.Se
        Olalla              WA 98359
------------------------------------------------------------------------------

        001555777


        Holmes, Benjamin                         Unknown
        Rt 2 Box 260
        Johnston            SC 29832
------------------------------------------------------------------------------

        001584143


        Holmes, Darrell C.                       Unknown
        1705 Valero
        Friendswood         TX 77546
------------------------------------------------------------------------------

        001609514


        Holmes, Jimmye K.                        Unknown
        2201 Hwy 487
        Marthaville         LA 71450
------------------------------------------------------------------------------

        001583391


        Holmes, Leslie K.                        Unknown
        1105 Greenbriar Loop
        Round Rock          TX 78664
------------------------------------------------------------------------------

        001573714


        Holmes, Melissa L.                       Unknown
        2507 East Side Dr.
        Austin              TX 78704
------------------------------------------------------------------------------

        001485208


        Holmes, Quentell D                       Unknown
        175 Kim-Rush Rd
        Marksville          LA 71351
------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                  INTERNATIONAL HERITAGE        Page 5 658
                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        000118912


        Holmes, Rachel P.                       Unknown
        505 Martin St.
        West Monroe      LA 71292
------------------------------------------------------------------------------------

        001538790


        Holmes, Ted B.                          Unknown
        2771 Stevens Summit Dr.
        Columbia         PA 17512
------------------------------------------------------------------------------------

        001587645


        Holmes, Walter A.                       Unknown
        568 Waverly Dr.
        Sidell           LA 70461
------------------------------------------------------------------------------------

        001595080


        Holotik Lorry                           Unknown
        4416 Emerson
        Dallas           TX 75205
------------------------------------------------------------------------------------

        001562803


        Holstein, Aaron J.                      Unknown
        1103 adams avenue
        louisville       CO 80027
------------------------------------------------------------------------------------

        001457604


        Holstein, Megan Guttery                 Unknown
        1103 Adams Ave.
        Louisville       CO 80027
------------------------------------------------------------------------------------

        001566787


        Holstein, Robert L.                     Unknown
        3660 Grove
        Skokie           IL 60076
------------------------------------------------------------------------------------

        001543702


        Holt (Jr), Carelton                     Unknown
        4012 Sunhill Court
        Woodstock        GA 30189
------------------------------------------------------------------------------------

        000133666


        Holt Logging Inc                        Unknown
        23162 Mosier Road
        Sedro-Woolley    WA 98284
------------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001571260


Holt, Douglas M.                        Unknown
166 A. Lelawood Cir.
Nashville         TN 37209
-----------------------------------------------------------------------------
001548330


Holt, Geraldine C.                      Unknown
1128 11Th  Ave.
Decatur           AL 35601
-----------------------------------------------------------------------------
001604058


Holt, Kathie I.                         Unknown
Po Box 905
Onalaska          TX 77360
-----------------------------------------------------------------------------
000130933


Holt, Kathy J.                          Unknown
23162 Mosier Rd.
Sedro-Woolley     WA 98284
-----------------------------------------------------------------------------
001546176


Holt, Mary D.                           Unknown
2561 Devon Valley Drive
Nashville         TN 37221
-----------------------------------------------------------------------------
001490333


Holt, Vanda C.                          Unknown
1515 whitesgap s.e.
jacksonville      AL 36265
-----------------------------------------------------------------------------
000120425


Holton, Loyd H.                         Unknown
Rt. 2 Box 660
Winnfield         LA 71483
-----------------------------------------------------------------------------
001596333


Holtrop, Jan                            Unknown
8358 W. Meadow Lane
Lynden            WA 98264
-----------------------------------------------------------------------------
000153399


Holum, Elvin C                          Unknown
Po Box 5553
George            WA 98824
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


Creditors Names and                        Total Amt
Mailing Address/ Zip Code                  of Claim


001547624


Holverson, Leslie M.                        Unknown
21319 W. 124th ST.
Olathe            KS 66062
--------------------------------------------------------------------------------
001474190


Holyfield, Marty R.                         Unknown
Rt. 1 Box 382M
Pinnacle          NC 27043
--------------------------------------------------------------------------------
001487124


Homansky, Georgianne R.                     Unknown
664 Anderson Walk
Marietta          GA 30062
--------------------------------------------------------------------------------
000148456


Homar Family Lmt'D Partnership              Unknown
6609 Hogue Rd.
Evansville        IN 47712
--------------------------------------------------------------------------------
001542414


Homburg, Nathan C.                          Unknown
10881 Richmond Ave #1213
Houston           TX 77042
--------------------------------------------------------------------------------
001576664

.
Homer, Jean M.                              Unknown
435 30 Ave. West 310 D.
Bradenton         FL 34205
--------------------------------------------------------------------------------
001559737


Hominick, Julie                             Unknown
4038 Congressional
Corpus Christi    TX 78413
--------------------------------------------------------------------------------
000138557


Hommes, Robert                              Unknown
920 Russell
Salina            KS 67401
--------------------------------------------------------------------------------
001577661


Honea, Sandra K                             Unknown
2422 Lakeview Circle
McKinney          TX 75070
.
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim

001581921

Honeycutt, Debbie E.                   Unknown
Pob 308
Navasota          TX 77868
--------------------------------------------------------------------------------
001601095

Hong, Dae H.                           Unknown
153A Fort Lee Road
Leonia            NJ 07605
--------------------------------------------------------------------------------
001578648

Hong, Jeffrey K.                       Unknown
6104 Vista Dr.
Falls Church      VA 22041
--------------------------------------------------------------------------------
001559947

Hongthong, Oudomsai                    Unknown
835 Nesconset Hwy.
Nesconset         NY 11767
--------------------------------------------------------------------------------
001536933

Hongyi Int'L Inc.                      Unknown
2211 Hacienda Blvd. Suite 201
Hacienda Heights  CA 91745
--------------------------------------------------------------------------------
001567564

Hood, David L.                         Unknown
5185 Pine Island
Comstock Park     MI 49321
--------------------------------------------------------------------------------
000159659

Hood, Dawn R                           Unknown
149 Maple St
Newton Falls      OH 44444
--------------------------------------------------------------------------------
001573288

Hood, Ginger L.                        Unknown
5185 Pine Island
Comstock Park     MI 49321
--------------------------------------------------------------------------------
001522415

Hood, Jeffrey N.                       Unknown
802-A Herb Drive
Lawrenceburg      TN 38464
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001586143


Hood, Leon                             Unknown
357 Mixon Lane
Ozark          AL 36360
---------------------------------------------------------------------
001593238


Hood, Rachel L.                        Unknown
505 West Gulf Blvd.
Panama City Beach   FL 32413
---------------------------------------------------------------------
001565631


Hood, Therese M.                       Unknown
6603 B. Deaton Hill Dr.
Austin         TX 78745
---------------------------------------------------------------------
001465547


Hood, Vassie J                         Unknown
P.O. Box 152
Flora Vista    NM 87415
---------------------------------------------------------------------
001577334


Hood-Bukus, Deborah D.                 Unknown
240 White Ave.
Sharon         PA 16146
---------------------------------------------------------------------
001583427


Hooker, John W.                        Unknown
262 Winkle Drive
Hollister      MO 65672
---------------------------------------------------------------------
001529949


Hooper, Hayden C.                      Unknown
2923 Foxhall Rd.
Charleston     SC 29414
---------------------------------------------------------------------
001537365


Hooper, Louise S.                      Unknown
8553 Squadron Drive
Chalmette      LA 70043
---------------------------------------------------------------------
001537367


HooperII, Paul R.                      Unknown
8553 Squadron Dr.
Chalmette      LA 70043
---------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE            Page: 663

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

000118726

Hoosier Jr., Eddie Ray                     Unknown
313 First Street
DeQuincy          LA 70633
--------------------------------------------------------------------------------
000124915

Hoosier, Marion A.                         Unknown
P.O. Box 17
McCaskill         AR 71847
--------------------------------------------------------------------------------
001575592

Hoover, Carroll W.                         Unknown
25870 Audugon Ave.
Denham            LA 70726
--------------------------------------------------------------------------------
000158626

Hoover, Nedra S.                           Unknown
221 Center Avenue N.
Mitchellville     IA 50169
--------------------------------------------------------------------------------
001549890

Hoover, Neil A.                            Unknown
6212 Stumberg Ln. #308
Baton Rouge       LA 70816
--------------------------------------------------------------------------------
001497294

Hoover, Robert H.                          Unknown
201 Westwood Dr.
Mcminnville       TN 37110
--------------------------------------------------------------------------------
001572612

Hopen, Kenneth A.                          Unknown
1137 6th Ave S.
Edmonds           WA 98020
--------------------------------------------------------------------------------
001596314

Hopewell Genet M                           Unknown
4283-I Memorial Drive
Decatur           GA 30032
--------------------------------------------------------------------------------
001547087

Hopkins, Leslie H.                         Unknown
3320 Marquette
Dallas            TX 75225
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


000160849


Hopkins, Marci                         Unknown
225 Gail
Wasilla          AK 99654
------------------------------------------------------------------------------

001542611


Hopkins, Patricia A                    Unknown
1795 Oregon Church Rd
Terre Haute       IN 47802
------------------------------------------------------------------------------

001557916


Hopp, Debra                            Unknown
1313 W. 4Th Street
Gillette          WY 82716
------------------------------------------------------------------------------

000130237


Hopper, James P.                       Unknown
5 Sausal Rd
Belen             NM 87002
------------------------------------------------------------------------------

001529717


Hopper, Lisa M.                        Unknown
3428 Chippenham Circle
Birmingham        AL 35242
------------------------------------------------------------------------------

001600741


Hopwood, Laurie                        Unknown
1995 Cogswell Circle
Los Banos         CA 93635
------------------------------------------------------------------------------

001610413


Horn, Betty A                          Unknown
Po Box 102
Goddard           KS 67052
------------------------------------------------------------------------------

000145048


Hornaday, Shirley J.                   Unknown
P.O. Box 1081
Platte City       MO 64079
------------------------------------------------------------------------------

000151101


Hornaday, Warren J.                    Unknown
P.O. Box 339
Willber           NE 68465
------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                   Total Amt
        Mailing Address/ Zip Code             of Claim


        001550175


        Horne, Diane                          Unknown
        528 West Grand Avenue
        Rainbow City       AL 35906
---------------------------------------------------------------------------------

        001557192


        Horne, Dianna L                       Unknown
        20724 36Th Ave. Nw
        Stanwood           WA 98292
---------------------------------------------------------------------------------

        001525591


        Hornor, Annie                         Unknown
        338 North Heather Drive
        Camano Island      WA 98292
---------------------------------------------------------------------------------

        000119643


        Hornsby, Lucius A.                     Unknown
        406 Robinhood Circle
        Lafayette          LA 70508
---------------------------------------------------------------------------------

        001587114


        Horowitz, Jay L.                       Unknown
        1820 Sinners Rd
        Mount Vernon       WA 98274
---------------------------------------------------------------------------------

        001551723


        Horstman, Ruthie A.                    Unknown
        622 Hobbs Road
        Jefferson City     MO 65109
---------------------------------------------------------------------------------

        001596056


        Horton, Dorothy F                      Unknown
        3109 Fall Creek Hwy Suite 7
        Granbury           TX 76049
---------------------------------------------------------------------------------

        001576351


        Horton, Gary E.                        Unknown
        7021 N.W. 5th Street
        Plantation         FL 33317
---------------------------------------------------------------------------------

        001571483


        Horton, Kay D.                         Unknown
        1800 N. Fairview
        Farmington         NM 87401
---------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001498947


Horton, Leona F.                         Unknown
416 E. Grand Ave.
Hartford        KS 66854
------------------------------------------------------------------------------------

001609635


Horton, Richard J.                       Unknown
7021 NW 5st
Plantation      FL 33317
------------------------------------------------------------------------------------

001571752


Hoselton, Shelley                        Unknown
29538 Route 83 North
Ivanhoe         IL 60060
------------------------------------------------------------------------------------

001578097


Hosier, Danielle                         Unknown
7355 Briarnoll Drive
Dallas          TX 75252
------------------------------------------------------------------------------------

001585461


Hoskin Cindy                             Unknown
2665 Paradise Wy
Grand           CO 81506
------------------------------------------------------------------------------------

001588152


Hoskins, Cherish C.                      Unknown
635 N.E. Grattan
Topeka          KS 66616
------------------------------------------------------------------------------------

001534664


Hoskins, Fredrick R.                     Unknown
W-7495 Upper Pine Creek Rd.
Iron Mountain   MI 49801
------------------------------------------------------------------------------------

001602214


Hoskins, Janice J.                       Unknown
Po Box 1072
Burley          ID 83318
------------------------------------------------------------------------------------

001548530


Hoskins, Matthew, R.                     Unknown
1264 Birch Point Apt #1
Eagan           MN 55123
------------------------------------------------------------------------------------
```

                        Unsecured Creditors -- Sales Representatives


      Creditors Names and                    Total Amt
      Mailing Address/ Zip Code              of Claim


      001518240


      Hoskins, Michael S.                     Unknown
      253 Mabel N.W.
      Comstock Park      MI 49321
-------------------------------------------------------------------------------
      001584799


      Hosseinnejad, Ali                       Unknown
      4940 Walnut Grove
      Alpharetta        GA 30022
-------------------------------------------------------------------------------
      001590629


      Hostetler Sr., Richard A.               Unknown
      1904 Anniston Ave.
      Shreveport        LA 71105
-------------------------------------------------------------------------------
      000114891


      Hostetler, Mary A.                      Unknown
      P.O. Box 174
      Burbank           WA 99323
-------------------------------------------------------------------------------
      001586272


      Hostetler, Ora W                        Unknown
      Route 2 Box 542
      Buffalo           MO 65622
-------------------------------------------------------------------------------
      001583182


      Hotchkiss, Dick W.                      Unknown
      1214 Aspen Drive
      Smithville        MO 64089
-------------------------------------------------------------------------------
      001546802


      Houck, Ronald L.                        Unknown
      3503 Durst Clagg Road
      Cortland          OH 44410
-------------------------------------------------------------------------------
      001573577


      Hough, Liz & Bill M.                    Unknown
      331 Marengo Avenue
      Forest Park       IL 60130
-------------------------------------------------------------------------------
      001482584


      Houghton, Rebekah                       Unknown
      12074 New Castle Ave. Apt. 803
      Baton Rough       LA 70816
-------------------------------------------------------------------------------

```
                         Unsecured Creditors -- Sales Representatives


        Creditors Names and                       Total Amt
        Mailing Address/ Zip Code                  of Claim


        001569190


        Houghton, Truman C.                        Unknown
        232 Peretz Circle
        Morristown      AZ 85342
-------------------------------------------------------------------------------

        001609531


        Houk, Nathan C.                            Unknown
        106A West Jefferson Street
        Sweet Springs    MO 65351
-------------------------------------------------------------------------------

        000129210


        Hould, Katy S.                             Unknown
        Box 1613
        Malta           MT 59538
-------------------------------------------------------------------------------

        000129618


        Hould, Lorie                               Unknown
        Box 1264 6th St. E.
        Malta           MT 59538
-------------------------------------------------------------------------------

        001557429


        Houlton, Patsy R.                          Unknown
        4687 Hogan Road
        Deatsville      AL 36022
-------------------------------------------------------------------------------

        001608596


        Housand, Barbara                           Unknown
        1175 N Fraser
        Georgetown      SC 29440
-------------------------------------------------------------------------------

        001566516


        House, Karen E                             Unknown
        645 Conrad Dr #23
        Kalispel        MT 59901
-------------------------------------------------------------------------------

        001610083


        House, Nita                                Unknown
        186 Alta Vista Cove
        Marion          AR 72364
-------------------------------------------------------------------------------

        001475998


        House, Stephen R.                          Unknown
        Rd #1 447 Church St.
        Arkport         NY 14807
-------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001527411


        House, William E.                     Unknown
        2321 Germantown Road
        Minden          LA 71055
-----------------------------------------------------------------------------

        001526822


        Houseal, Kathyrn C.                   Unknown
        74 College Dr.
        Laurel          MS 39440
-----------------------------------------------------------------------------

        001534873


        Housel, Layne A.                      Unknown
        P.O. Box 1025
        Victor          MT 59875
-----------------------------------------------------------------------------

        001556580


        Houston, Elizabeth A.                 Unknown
        759 Indian Summer Place
        San Marcos      CA 92069
-----------------------------------------------------------------------------

        001578884


        Houston, Lucille C.                   Unknown
        2586 New Hope Ave
        Denham Springs    LA 70726
-----------------------------------------------------------------------------

        000161032


        Houston, Sam                          Unknown
        316 Garden Avenue Sw
        Los Lunas       NM 87031
-----------------------------------------------------------------------------

        000125949


        Hout, June L.                         Unknown
        1015 I. 35 N. S-300
        Carrollton      TX 75006
-----------------------------------------------------------------------------

        000125361


        Hout, Stacy R.                        Unknown
        3939 Teasley Ln. #275
        Denton          TX 76205
-----------------------------------------------------------------------------

        001606485


        Hovan, Charles                        Unknown
        4875 N Federal Hwy. STE.600
        Ft. Lauderdale    FL 33308
-----------------------------------------------------------------------------
```

                           Unsecured Creditors -- Sales Representatives


     Creditors Names and                    Total Amt
     Mailing Address/ Zip Code              of Claim


     001581010


     Hovanyetz, Donna B.                      Unknown
     1748 Se. Port St. Lucie Blvd.
     Port St.  Lucie      FL 34952
------------------------------------------------------------------------------

     001582505


     Hovde, Tom                               Unknown
     1814 Broadway
     Bellingham         WA 98225
------------------------------------------------------------------------------

     001578824


     Howard, Carl                             Unknown
     11401 N. Freeway, #379
     Houston            TX 77060
------------------------------------------------------------------------------

     001587033


     Howard, Charles A.                       Unknown
     2466 Road C
     Americus           KS 66835
------------------------------------------------------------------------------

     000139328


     Howard, Daniel W.                        Unknown
     6301 Indian School Road Ne
     Albuquerque        NM 87110
------------------------------------------------------------------------------

     001546059


     Howard, Don                              Unknown
     73180 Hiway 111
     Palm Desert        CA 92260
------------------------------------------------------------------------------

     001602406


     Howard, Donald                           Unknown
     4016 Mckinney #110
     Dallas             TX 75204
------------------------------------------------------------------------------

     001535628


     Howard, Fred F.                          Unknown
     Route 1 Box 53
     Bellevue           TX 76228
------------------------------------------------------------------------------

     001497689


     Howard, John M.                          Unknown
     1436 Quail Run
     Nashville          TN 37214
------------------------------------------------------------------------------

## Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001582043 | |
| Howard, Nola S.<br>Allen's Point-Allen's Point Rd<br>Talala        OK 74080 | Unknown |
| 000130958 | |
| Howard, Penny S.<br>2422 W Deschutes Ave<br>Kennewick      WA 99336 | Unknown |
| 001462356 | |
| Howard, Roderick R<br>2638 Access Road North<br>Hagerman      ID 83332 | Unknown |
| 001557953 | |
| Howard, Tracy<br>1010 Pinecrest St.<br>Olla          LA 71465 | Unknown |
| 001583733 | |
| Howe, Kae C.<br>3015 W. Maplewood<br>Bellingham      WA 98225 | Unknown |
| 001557955 | |
| Howell Enterprizes Inc.<br>311 Louisville Ave.<br>Monroe        LA 71201 | Unknown |
| 001586263 | |
| Howell II, John D<br>405 Arlington Drive<br>West Monroe      LA 71291 | Unknown |
| 001536439 | |
| Howell, Cecelia B.<br>6505 Holland Dr.<br>Cumming        GA 30040 | Unknown |
| 001543137 | |
| Howell, Gregory R.<br>5475 N. Fresno St Ste. 112<br>Fresno        CA 93710 | Unknown |

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001532720


Howell, Karen                           Unknown
6650 Polo Fields Pkwy
Cumming          GA 30130
--------------------------------------------------------------------------------

001484596


Howell, Kristie B.                      Unknown
1415 Marigny Avenue
Mandeville        LA 70448
--------------------------------------------------------------------------------

001536423


Howell, Mary Beth                       Unknown
1980 Millers Path
Cumming          GA 30041
--------------------------------------------------------------------------------

001582005


Howell, Michael D                       Unknown
2716 Main Street
Dickinson        TX 77539
--------------------------------------------------------------------------------

001609608


Howell, Rachael M                       Unknown
5374 E. 18th Ave
Bellingham        WA 98226
--------------------------------------------------------------------------------

001460342


Howell, Rex A.                          Unknown
2895 Hamilton Road
Auburn           AL 36830
--------------------------------------------------------------------------------

001543486


Howell, Shelly J.                       Unknown
4401 Burke Way
Fremont          CA 94536
--------------------------------------------------------------------------------

001608461


Howerton Jeff A                         Unknown
8141 South 77Th East Ave Apt
Tulsa            OK 74133
--------------------------------------------------------------------------------

001606875


Howes, Joyce L.                         Unknown
12500 Overbrook Rd.
Leawood          KS 66209
--------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page: 673
                        Unsecured Creditors -- Sales Representatives

Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001591818


Howie, Penny                             Unknown
15701 Old Bonita Rd
Bastrop          LA 71220
---------------------------------------------------------------------------

001560550


Howlett, John C.                         Unknown
166 Mildred Ave
Syracuse         NY 13206                       .
---------------------------------------------------------------------------

001456613


Howson Jr., Philip M.*                   Unknown
2218 Leon Street
Austin           TX 78705
---------------------------------------------------------------------------

001538541


Hoyland-Smith, Pat A.                    Unknown
1206 Haddon Ln
Anacortes        WA 98221
---------------------------------------------------------------------------

001556746


Hoylman, Toni B.                         Unknown
2504 Osborne Rd.
St. Marys        GA 31548
---------------------------------------------------------------------------

001561689


Hristovsky, Patricia E.                  Unknown
1102 Quail Circle
Destin           FL 32541
---------------------------------------------------------------------------

000104038


Hsu, Changlien                           Unknown
12911 Winterthur Lane
Silver Spring    MD 20904
---------------------------------------------------------------------------

001551076


Hsu, Heiny F.                            Unknown
9108 Bellaire Blvd. #A
Houston          TX 77036
---------------------------------------------------------------------------

001571952


Hu, Ai-Wei Chang                         Unknown
3368 Wolcott Common
Fremont          CA 94538
---------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                 Total Amt
Mailing Address/ Zip Code            of Claim


000113731


Hu, Huixing                          Unknown
10803 Glenhurst Pass
Duluth          GA 30097
------------------------------------------------------------------
001571862


Hu, Jian Xi                          Unknown
37-28 59 Street #1 Fl.
Woodside        NY 11377
------------------------------------------------------------------
001549862


Hu, Jie                              Unknown
47 Eliot St., Apt 3
Watertown       MA 02172
------------------------------------------------------------------
001571029


Hu, Liang Hua                        Unknown
7714 Renwick Dr.   #109
Houston         TX 77081
------------------------------------------------------------------
001595073


Hu, Linn                             Unknown
43-23 Elbertson St. 3rd FL
Elmhurst        NY 11373
------------------------------------------------------------------
001507380


Hu, Miao Jiang                       Unknown
2855 Wallingford Road
San Marino      CA 91108
------------------------------------------------------------------
001549867


Hu, ShengPing                        Unknown
135 Washington St.
Brighton        MA 02135
------------------------------------------------------------------
001549609


Hu, Xing Chun                        Unknown
74 Harvard St. Apt 4
Waltham         MA 02154
------------------------------------------------------------------
001577535


Hua, AnRong                          Unknown
2211 Hacienda Blvd., #214
Hacienda Hts    CA 91745
------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|

000141411

Hua, Ling                                    Unknown
46-63 162 Street
Flushing          NY 11358
--------------------------------------------------------------------

001557431

Huang Li, Ping Ying                          Unknown
92-05 Whitney Ave
Elmhurst          NY 11373
--------------------------------------------------------------------

001554635

Huang, Angela                                Unknown
54 Louisa St.
Brooklyn          NY 11218
--------------------------------------------------------------------

000157218

Huang, Fred                                  Unknown
401 W. 118 St Apt 54
New York          NY 10027
--------------------------------------------------------------------

001569004

Huang, Hui Lin                               Unknown
4034 Case Street 2Nd Floor
Elmhurst          NY 11373
--------------------------------------------------------------------

001558477

Huang, Jennie                                Unknown
92-05 Whitney Ave Apt B24
Elmhurst          NY 11373
--------------------------------------------------------------------

001555319

Huang, Li Yan                                Unknown
33-70 Prince St. Ste. 706
Flushing          NY 11354
--------------------------------------------------------------------

001561754

Huang, Mei Feng                              Unknown
32-27 60 St.
Woodside          NY 11377
--------------------------------------------------------------------

001590115

Huang, Ruixiang                              Unknown
66-12 111 St 3B
Forest Hills      NY 11375
--------------------------------------------------------------------

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE          Page 676
                     Unsecured Creditors -- Sales Representatives


        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001558482


        Huang, Shuhua                        Unknown
        92-05 Whitney Ave Apt B24
        Elmhurst        NY 11373
------------------------------------------------------------------------------
        001554768                                ,


        Huang, Tsui-Wei                      Unknown
        9214 Beckenham
        Houston         TX 77099
------------------------------------------------------------------------------
        001556686


        Huang, Xuetao                        Unknown
        92-05 Whitney Ave. Apt. B24
        Elmhurst        NY 11373
------------------------------------------------------------------------------
        001574621


        Huang, Yan Long                      Unknown
        147-53 41 Ave.
        Flushing        NY 11355
------------------------------------------------------------------------------
        001559025


        Huang, Yue Bin                       Unknown
        333 South Arroyo Dr. Apt#F
        San Gabriel     CA 91776
------------------------------------------------------------------------------
        000120909


        Hubbard, Alexis W.                   Unknown
        166 Brewton Farm Road
        Winnfield       LA 71483
------------------------------------------------------------------------------
        001543521


        Hubbard, Dennis H.                   Unknown
        135 Stave Mill Rd.
        Crossville      TN 38555
------------------------------------------------------------------------------
        001588402


        Hubbell, Joseph E                    Unknown
        2570 Kincaid
        Eugene          OR 97405
------------------------------------------------------------------------------
        001614360


        Huber, Joseph F.                     Unknown
        240 S Cedar Street
        Belle Plaib=Ne  MN 56011
------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001477364

Hudgins, Billy F.                         Unknown
5411 Lynda St.
Hokes Bluff       AL 35903
--------------------------------------------------------------------------------

001533113

Hudman, Glenna J.                         Unknown
786 North 3600 East
Manan            ID 83434
--------------------------------------------------------------------------------

001576112

Hudson, Janie M.                          Unknown
3318 Hwy 5 #521
Douglasville      GA 30135
--------------------------------------------------------------------------------

001582494

Hudson, Juanita G.                        Unknown
1984 Dellfield Court
Atlanta          GA 30338
--------------------------------------------------------------------------------

000107282

Hudson, Margaret H                        Unknown
774 Octavia St
Concord          NC 28025
--------------------------------------------------------------------------------

001540448

Hudson, Rubyjean                          Unknown
12613 46Th Drive Se.
Everett          WA 98208
--------------------------------------------------------------------------------

001604291

Hudson, Tony J.                           Unknown
971 Medsker Road
Sequim           WA 98382
--------------------------------------------------------------------------------

001587860

Hudson, Trent M.                          Unknown
10705 Morton Circle
Alpharetta        GA 30202
--------------------------------------------------------------------------------

001604401

Hudson, Tuffy                             Unknown
2334 Parkwood
Portland         TX 78374
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001575331

Huehn, Jon P.                    Unknown
2030 Zircon Lane
Eagan          MN 55122

------------------------------------------------------------

000103782

Huels, Joseph A.                 Unknown
P.O. Box 7
Pilot Mountain   NC 27041

------------------------------------------------------------

001585278

Huether, Jason B.                Unknown
2601 Arnold Ln.
Billings        MT 59102

------------------------------------------------------------

000118472

Huett, Marietta L.               Unknown
601 FM 740 North
Forney          TX 75126

------------------------------------------------------------

001494055

Huey, Betty S.                   Unknown
1315 5th. Avenue
Terre Haute     IN 47807

------------------------------------------------------------

001562869

Huff, Ahamad B.                  Unknown
2415 N. Brierwood Apt. 213
Albany          GA 31705

------------------------------------------------------------

001544221

Huff, Dorothy                    Unknown
307 9th Avenue
Manchester      GA 31816

------------------------------------------------------------

001505671

Huff, James B.                   Unknown
2611 Edwards
Butte           MT 59701

------------------------------------------------------------

001460928

Huff, Janice R.                  Unknown
129 Ranchland Gap
Williamson      GA 30292

------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| --- | --- |
| Mailing Address/ Zip Code | of Claim |

001473046

| Huff, Kathleen A. | Unknown |
| --- | --- |
| 243 Red Fox Rd. | |
| Lolo        MT 59847 | |

---

001584509

| Huff, N. R. | Unknown |
| --- | --- |
| 1502 Bucheye Road N.E. #1 | |
| Winter Haven     FL 33881 | |

---

001558755

| Huff, Nellie | Unknown |
| --- | --- |
| 25 Shamrock Cir | |
| Garden City     SC 29576 | |

---

001589341

| Huff, Patrick M. | Unknown |
| --- | --- |
| 2611 Edwards | |
| Butte        MT 59701 | |

---

001567940

| Huff, Richard M. | Unknown |
| --- | --- |
| 335-A Jefferson, Se | |
| Albuqerque     NM 87108 | |

---

001601134

| Huffman, Carolyn J. | Unknown |
| --- | --- |
| 1247 Donna Dr. | |
| Richardson     TX 75080 | |

---

001590175

| Huffman, Michael A | Unknown |
| --- | --- |
| 4429 Woodland Rd | |
| Thomaston     GA 30286 | |

---

001599164

| Huffman, Wendy S.* | Unknown |
| --- | --- |
| 5680 High Ridge Rd. | |
| Paso Robles     CA 93446 | |

---

001575772

| Hughes Jr., David O. | Unknown |
| --- | --- |
| 216 Westover Drive Apt 20-E | |
| Hattiesburg     MS 39402 | |

---

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE        Page: 680

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001598868 | |
| Hughes, Charles Greg<br>2232 S. Main St., #358<br>Ann Arbor        MI 48103 | Unknown |
| 001554372 | |
| Hughes, Deborah A.<br>2228 Ohio<br>Lawrence        KS 66046 | Unknown |
| 001602067 | |
| Hughes, John B<br>4912 Via Alameda<br>Yorbalinda        CA 92886 | Unknown |
| 001526521 | |
| Hughes, Loralee B.<br>206 Misty Mountain<br>Durango        CO 81301 | Unknown |
| 001606175 | |
| Hughes, Loretta M.<br>68855 Lozano Crt.<br>Cathedral City        CA 92234 | Unknown |
| 001579166 | |
| Hughes, Melanie<br>17608 Cedar Creek Canyon<br>Dallas        TX 75252 | Unknown |
| 000136730 | |
| Hughes, Natalie A.<br>607 E. Moonlight Drive<br>Waco        TX 76706 | Unknown |
| 001529213 | |
| Hughes, Sharon M<br>22774 George Rd<br>Tonganooxie        KS 66086 | Unknown |
| 000102481 | |
| Hughes, Thomas D.<br>201 Steiner<br>Lafayette        LA 70508 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
|---|---|
| Mailing Address/ Zip Code | of Claim |

001598614

Huguette Clement                          Unknown
645 Rue De L'Eglise
Ilebizard          PQ H9C1H1
----------------------------------------------------------------

001461625

Hui, Vivianwan-Kufn                       Unknown
209-33 28th AVE
Bayside Queens     NY 11360
----------------------------------------------------------------

001557931

Huisenga, Lois                            Unknown
1033 W. Aa Hwy
Oronogo            MO 64855
----------------------------------------------------------------

001611283

Hule, Tracy J.                            Unknown
1893 Concord Avenue
Moscow             ID 83843
----------------------------------------------------------------

000114833

Hull, Debra L.                            Unknown
4953 Sampson Drive
Youngstown         OH 44505
----------------------------------------------------------------

001541783

Hull, Eric D.                             Unknown
110 Chestnut
Hollister          CA 95023
----------------------------------------------------------------

000159105

Hull, Mary E.                             Unknown
1410 Keefer Rd.
Girard             OH 44420
----------------------------------------------------------------

000162764

Hulme, Larry A.                           Unknown
286 Avenida Del Rio
Twin Falls         ID 83301
----------------------------------------------------------------

001606502

Hulse, Robin L.                           Unknown
208 Redbud Circle
League City        TX 77573
----------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001591965 | |
| Hulsey Ron<br>2 Garden Court<br>Conroe          TX 77304 | Unknown |
| 001604489 | |
| Hulstrom, Kimberly<br>8115 N. Peninsular Ave.<br>Portland        OR 97217 | Unknown |
| 001503774 | |
| Hummel, Jennifer L.<br>325 Harrard Avenue<br>Collingswood     NJ 08108 | Unknown |
| 001538495 | |
| Humphrey, Darrel L.<br>3521 Cottonwood Dr.<br>Montgomery       AL 36109 | Unknown |
| 001548419 | |
| Humphrey, Debbie<br>2602 W Woodside<br>Spokane          WA 99208 | Unknown |
| 001548424 | |
| Humphrey, Denny<br>319 Nolan Brown<br>Cheney           WA 99004 | Unknown |
| 001550137 | |
| Humphrey, Keith<br>6109 W. Kittitas Ct.<br>Spokane          WA 99208 | Unknown |
| 001556707 | |
| Humphreys Jr., James R.<br>4505 Lake Villa Dr.<br>Metairie         LA 70002 | Unknown |
| 001497725 | |
| Humphries, Laurie K.<br>P.O. Box 372<br>Graeagle         CA 96103 | Unknown |

INTERNATIONAL HERITAGE

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
|---|---|
| Mailing Address/ Zip Code | of Claim |

001574882

Humphry, Dudley T.                    Unknown
4506 Garnett
Memphis          TN 38117
--------------------------------------------------------------------

001511785

Hunderfund, David                    Unknown
8310 E. Mcdonald Drive
Scottsdale       AZ 85250
--------------------------------------------------------------------

001511780

Hunderfund, Rose                     Unknown
8310 E. McDonald Drive
Scottsdale       AZ 85250
--------------------------------------------------------------------

000106604

Hungate, Richard A.                  Unknown
10805 Canaan Valley Ct
Glen Allen       VA 23060
--------------------------------------------------------------------

001573516

Hungerford, Karen L.                 Unknown
1222 Hillsboro Dr.
Grain Valley     MO 64029
--------------------------------------------------------------------

001603392

Hunnicutt, Joseph                    Unknown
3 Village Place
Natchez          MS 39120
--------------------------------------------------------------------

001584314

Hunt III, George L.                  Unknown
29543 Green Wood Ln.
Evergreen        CO 80439
--------------------------------------------------------------------

001583305

Hunt, Caren D                        Unknown
74 Hanson
Bourbonnais      IL 60914
--------------------------------------------------------------------

000142956

Hunt, Cassandra L.                   Unknown
513 East Grubb
Mesquite         TX 75149
--------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


Creditors Names and                      Total Amt
Mailing Address/ Zip Code                 of Claim


000106480


Hunt, Clarence R.                         Unknown
150 Acorn Circle
Thomasville      NC 27360
--------------------------------------------------------------------------------

001584300


Hunt, George L.                           Unknown
30098 Berkshire Crt.
Evergreeen       CO 80439
--------------------------------------------------------------------------------

000130154


Hunt, Joyce J.                            Unknown
P.O. Box 42234
Phoenix          AZ 85080
--------------------------------------------------------------------------------

001588795


Hunt, Mick                                Unknown
2 Park Place Drive
Sinking          PA 19608
--------------------------------------------------------------------------------

000153525


Hunt, Patty E.                            Unknown
2365 W. Katella
Springfield      MO 65807
--------------------------------------------------------------------------------

001555787


Hunt, Penny E.                            Unknown
3619 Senna Way
Grand Junction   CO 81506
--------------------------------------------------------------------------------

001546003


Hunt, Richard R.                          Unknown
1645 Mariposa Dr.
Dallas           TX 75228
--------------------------------------------------------------------------------

001543359


Hunter, ALFRED W                          Unknown
122 Laurel Oak Drive
Aiken            SC 29803
--------------------------------------------------------------------------------

001526688


Hunter, Elizabeth S.                      Unknown
1629 Christine Rd.
Wichita Falls    TX 76302
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


000112413


Hunter, Frank E.                          Unknown
3375 Avocet Court
Norcross          GA 30092
----------------------------------------------------------------------

001560300


Hunter, Gerald L.                         Unknown
305 Wilson St.
Emporia           KS 66801
----------------------------------------------------------------------

000144574


Hunter, Jane G.                           Unknown
783 Lebanon Road
Barnwell          SC 29812
----------------------------------------------------------------------

001587626


Hunter, John L.                           Unknown
9611 Walnut St. #1303
Dallas            TX 75243
----------------------------------------------------------------------

000104187


Hunter, Loretta B.                        Unknown
3628 Stedman Pl
Duluth            GA 30096
----------------------------------------------------------------------

000146192


Hunter, Richard E.                        Unknown
Rt.1 Box 79B Lebanon Rd.
Barnwell          SC 29812
----------------------------------------------------------------------

001533913


Hunter, Sheila                            Unknown
1238 Chinkapin
Flower Mound      TX 75028
----------------------------------------------------------------------

001551867


Hunter, Shelia M.                         Unknown
1151 E. 2600 S.
Hagerman          ID 83332
----------------------------------------------------------------------

001601723


Hunter, Terri M                           Unknown
3095 Old Big Cove Rd
Owens Cross Roads  AL 35763
----------------------------------------------------------------------
```

### Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001549933

| Huntsman, David<br>2451 S.W. Cherry Park Rd 106<br>Troutdale        OR 97060 | Unknown |

---

000103284

| Huo, Shumin<br>11005 Wilshire Chase Drive<br>Duluth          GA 30097 | Unknown |

---

001589328

| Hupp, James M.<br>46546 Metz Rd.<br>Columbiana       OH 44088 | Unknown |

---

001500454

| Hurd, Cheryl L.<br>PO Box 117750<br>Carrollton       TX 75011 | Unknown |

---

001577263

| Hurd, Rochelle A.<br>1216 Barrington<br>Desoto           TX 75115 | Unknown |

---

001564797

| Hurd, Sandra<br>3807 Liles Lane<br>Humble           TX 77396 | Unknown |

---

001554462

| Hurick, Lee & Myrna<br>6625 W. Ann Rd.<br>Las Vegas        NV 89130 | Unknown |

---

001596215

| Hurlburt, Kristin B.<br>388 E. Mayer Street<br>Coupeville       WA 98239 | Unknown |

---

001600681

| Hurn, Greg S.<br>223 Fern ST. P.O.Box 363<br>Mabton           WA 98935 | Unknown |

---

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001597422

Hurst Karen S                          Unknown
5401 Adair
Corpus Christi      TX 78413

---

001508192

Hurst, Rickey W.                       Unknown
322 West Colville St.
Mc Minnville        TN 37110

---

001514434

Hurt, Elaine C.                        Unknown
Route 2 Box 80
Gray                GA 31032

---

001608085

Hurt, Robert E.                        Unknown
6440 Everhart Road Apt 4-H
Corpus Christi      TX 78413

---

000127276

Hurtt, Rhonda L.                       Unknown
290 S. Country Club Dr.
Colby               KS 67701

---

001571998

Hurwitz, Edwin                         Unknown
3020 24Th St.
Boulder             CO 80304

---

001466978

Husers, Benita M.                      Unknown
P O Box 90740 MS4
Lake Charles        LA 70609

---

000141686

Huskey, Randy E.                       Unknown
896 Thompson Chapel Road
Spartanburg         SC 29307

---

001503361

Huston, Timothy B.                     Unknown
560 N. 200 E.
Lehi                UT 84043

---

                          Unsecured Creditors -- Sales Representatives


          Creditors Names and                    Total Amt
          Mailing Address/ Zip Code               of Claim


          001537649


          Hutcherson, Todd L.                     Unknown
          751 Stephany Cr.
          Rural Hall        NC 27045
--------------------------------------------------------------------------------
          001534316


          Hutchey, Jennifer D.                    Unknown
          P.O. Box 24387
          Chatanooga        TN 37422
--------------------------------------------------------------------------------
          000143577


          Hutchings, Ronald K.                    Unknown
          8681 Hwy 8
          Colfax            LA 71417
--------------------------------------------------------------------------------
          001589359


          Hutchings, Stephen J.                   Unknown
          20520 Conifer Dr.
          Huson             MT 59846
--------------------------------------------------------------------------------
          001561224


          Hutchins, David J.                      Unknown
          3724 Broadway Blvd. Apt. 704
          Kansas City       MO 64111
--------------------------------------------------------------------------------
          001481740


          Hutchins, Robin D.                      Unknown
          4828 Loop Central Dr.
          Houston           TX 77081
--------------------------------------------------------------------------------
          001575615


          Hutchinson, Loretta J.                  Unknown
          22424 Cheri Ann Ln.
          Wittmann          AZ 85361
--------------------------------------------------------------------------------
          000118974


          Hutchinson, Nelline*                    Unknown
          P.O. Box 564
          Hodge             LA 71247
--------------------------------------------------------------------------------
          001601963


          Hutchinson, Peter                       Unknown
          42 Mark Loop
          Lumberton         TX 77657
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001523927


Hutchison, Mike                         Unknown
1201 Lynn St.
Hillsville        VA 24343
--------------------------------------------------------------------------------

001561837


Hutsell, Betty G.                       Unknown
114 Haines Rd.
Athens            TN 37303
--------------------------------------------------------------------------------

001577920


Hutson, Barbara J.                      Unknown
4930 Bagley Terrace Drive
Alpharetta        GA 30004
--------------------------------------------------------------------------------

001562226


Hutson, Harriet D.                      Unknown
Route 2 Box 30
Blackville        SC 29817
--------------------------------------------------------------------------------

001601465


Hutto, Cindy H                          Unknown
3102-B. Dentcrest
Midland           TX 79707
--------------------------------------------------------------------------------

000114793


Hutton, R. Mic                          Unknown
2313 Pennsbury Ct
Schaumburg        IL 60194
--------------------------------------------------------------------------------

001573772


Hutton, Robert B.                       Unknown
HCR67 Box 4BC
Pleasanton        TX 78064
--------------------------------------------------------------------------------

000148681


Hutzenlaub, Susan R                     Unknown
2333 W Lunt
Chicago           IL 60645
--------------------------------------------------------------------------------

001566755


Huwe, Gretchen E.                       Unknown
1021 Pleasant St.
Walla             WA 99362
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 000141327 | |
| Hwang, David<br>2218 E. Nyon Ave<br>Anaheim        CA 92806 | Unknown |
| 000138095 | |
| Hwang, Lily Cy.<br>2218 E. Nyon Ave.<br>Anaheim        CA 92806 | Unknown |
| 001567945 | |
| Hwang, Nancy<br>2218 E Nyon Ave<br>Anaheim        CA 92806 | Unknown |
| 001458974 | |
| Hyatt, Jane Douglass M<br>4566 Storkland Ave<br>Columbia        SC 29206 | Unknown |
| 000160043 | |
| Hyatt, Kathryn I.<br>101 22Nd. St. #6<br>Galveston        TX 77550 | Unknown |
| 001542235 | |
| Hyatt, Melissa R.<br>929 Summer Meadows Court<br>Sedro Woolley        WA 98284 | Unknown |
| 001526603 | |
| Hyde, Kimberli A.<br>7310 Aberdeen Dr.<br>Rowlett        TX 75088 | Unknown |
| 001582320 | |
| Hyde, Loreasa J.<br>6116 Park Meadow<br>Plano        TX 75093 | Unknown |
| 001578660 | |
| Hyde, Stanley P.<br>1455 Edgewood Cir.<br>Jacksonville        FL 32205 | Unknown |

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|

001602244

Hyde, Willo B.                          Unknown
5530 Pinehill Lane
Jax           FL 32244

---

001468558

Hyder, Olivia K.                        Unknown
Rt. 1 Box 140 A
Kennard       TX 75847

---

001472527

Hyder, Tarryl J                         Unknown
11806 Byers Cove
Austin        TX 78753

---

001482438

Hyder, Thelma D.                        Unknown
Rt 1 Box 1447
Kennard       TX 75847

---

001562310

Hyer, Kenneth L.                        Unknown
1556 Lynnhaven Road
Fort Worth    TX 76103

---

001606994

Hyon, Donald S.                         Unknown
1717 N Verdugo Rd #304
Glendale      CA 91208

---

001551068

I & W Group Inc.                        Unknown
7001 Corporate Dr. Suite 131
Houston       TX 77036

---

001557638

I Love To Shop                          Unknown
1220 East Broadway Apt. #2
Long Beach    CA 90802

---

001551196

I.Q. Investments, Inc.                  Unknown
3732 Lake Michel Ct.
Gretna        LA 70056

---

                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                          Total Amt
        Mailing Address/ Zip Code                    of Claim


        001465372


        Iacona, Richard T.                           Unknown
        9730 Enchanted Pointe Lane
        Boca Raton         FL 33496
------------------------------------------------------------------------------------

        001560898


        Ibay, Pearl G                                Unknown
        720 W Gordon Terrace Apt 11K
        Chicago            IL 60613
------------------------------------------------------------------------------------

        001512583


        Icopini, Patty Lynn F.                       Unknown
        604 Elliott
        Hysham             MT 59038
------------------------------------------------------------------------------------

        001600985


        Ii Isaiah Inc.                               Unknown
        7733 Forsyth Blvd
        Clayton            MO 63105
------------------------------------------------------------------------------------

        001557632


        Illausky, Craig P.                           Unknown
        2867 Ballesteros Lane
        Tustin             CA 92680
------------------------------------------------------------------------------------

        000103178


        Illian, Kathleen M.                          Unknown
        103 Ansley Ct.
        Greer              SC 29650
------------------------------------------------------------------------------------

        001578877


        Ilukowicz, Jane                              Unknown
        3 Dock Court
        Port Jefferson     NY 11777
------------------------------------------------------------------------------------

        001474141


        Inc, Carolina Enterprises                    Unknown
        Hwy 74
        Lake Lure          NC 28746
------------------------------------------------------------------------------------

        001598515


        Inc. Riley's Mobile Homes                    Unknown
        9285 Gateway Dr.
        Neosho             MO 64850
------------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001581801 | |
| Infinity Marketing<br>8000 Hwy 20 West Ste. #D102-<br>Madison          AL 35758 | Unknown |
| 001575762 | |
| Ing, Sterling D.<br>92-765 Paala Lp<br>Kapolei          HI 96707 | Unknown |
| 001550891 | |
| Inglet, Bart<br>3784 South 1600 West<br>Preston          ID 83263 | Unknown |
| 000148055 | |
| Ingman, Jeffry C.<br>235 W Rio Vista<br>Burlington          WA 98233 | Unknown |
| 001612834 | |
| Ingram, Dan J.<br>Rt. 4 #22<br>Lake Lotawana          MO 64063 | Unknown |
| 000119748 | |
| Ingram, Joe B.<br>P.O. Box 237<br>Tioga          LA 71477 | Unknown |
| 001570992 | |
| Ingram, Tommiette  J.<br>4975 Erin Rd Sw<br>Atlanta          GA 30331 | Unknown |
| 001560933 | |
| Ingrum, Larry J.<br>1301 E. Briar Cliff Dr<br>Mahomet          IL 61853 | Unknown |
| 001574110 | |
| Inman, John D.<br>6229 Mt View Rd<br>Antioch          TN 37013 | Unknown |

                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001573612


        Innes Jr., Robert C.                    Unknown
        12417 W 82 Terrace
        Lenexa          KS 66216
------------------------------------------------------------------------------
        001571294


        Insurance Investment Group              Unknown
        P.O. Box 12595
        Alexandria      LA 71315
------------------------------------------------------------------------------
        001574587


        Int'T Funding Enterpries                Unknown
        C/O 3319 E. University #121
        Mesa            AZ 85213
------------------------------------------------------------------------------
        000133271


        Int'l Marketing Enterprise              Unknown
        7888 Estancia Way
        Sarasota        FL 34238
------------------------------------------------------------------------------
        001554853


        Int. Business Partnerships              Unknown
        1004 Manzano Ct. N.W.
        Albuquerque     NM 87102
------------------------------------------------------------------------------
        001473753


        Intercontinental Concepts Inc.          Unknown
        347 Menashe Ct.
        Longwood        FL 32779
------------------------------------------------------------------------------
        000143893


        International Equity Trust               Unknown
        1558 Grantham Drive
        Wellington      FL 33414
------------------------------------------------------------------------------
        000144485


        International U.L.D. Inc.                Unknown
        5945 W Parker Rd Apt 3124
        Plano           TX 75093
------------------------------------------------------------------------------
        001536418


        Intouch Communications, Inc.            Unknown
        12619 Ashmore Green Dr.
        Jacksonville    FL 32246
------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001511233

Irby, Brian C.                     Unknown
11633 Anderson Rd. #8
Greenville      SC 29611
------------------------------------------------------------------------

000124661

Ireland, Elsie M.                  Unknown
P O Box 1494
La Feria        TX 78559
------------------------------------------------------------------------

001606507

Ireland, Hal A.                    Unknown
203 N. Irby
Kennewick       WA 99336
------------------------------------------------------------------------

001489724

Ireland, Johnnie M.                Unknown
948 E. Mulkey
Fort Worth      TX 76104
------------------------------------------------------------------------

001457462

Ireland, Ragina E.                 Unknown
3318 Harbour Town
Grand Prairie   TX 75052
------------------------------------------------------------------------

001532142

Ireland, Selma                     Unknown
2310 Michigan Street
Bellingham      WA 98226
------------------------------------------------------------------------

001605032

Irey Alan                          Unknown
53996 County Line Road
California       MO 65018
------------------------------------------------------------------------

001609689

Irish, David A.                    Unknown
3724 Wyandotte
Kansas City     MO 64111
------------------------------------------------------------------------

000154213

Irlbeck, Bruce W                   Unknown
3801 50th # 2
Lubbock         TX 79413
------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page: 696
                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                   Total Amt
        Mailing Address/ Zip Code              of Claim


        000154221


        Irlbeck, Carl W                        Unknown
        214 W. Crestway
        Plainview          TX 79072
-----------------------------------------------------------------------------
        001600963


        Ironside Consultants, Llc              Unknown
        1466 Jordan Springs Road
        Stephenson         VA 22656
-----------------------------------------------------------------------------
        001571467


        Irwin, Mary E.                         Unknown
        314 N. Camaloch
        Camano Island      WA 98292
-----------------------------------------------------------------------------
        001550074


        Irwin, Wendi L.                        Unknown
        5733 Cedar Ash Crossing
        Antioch            TN 37013
-----------------------------------------------------------------------------
        000116498


        Isbell, Kathy                          Unknown
        109 Hazel Trace
        Hazel Green        AL 35750
-----------------------------------------------------------------------------
        001520317


        Isbell, Kenny S.                       Unknown
        5011 Double Eagle Drive
        Pasadena           TX 77505
-----------------------------------------------------------------------------
        001571975


        Iseman, Ernestine E.                   Unknown
        Po Box 84
        Archie             MO 647250084
-----------------------------------------------------------------------------
        001585733


        Isidro, Jason A.                       Unknown
        2366 Silver Ridge Dr.
        Reno               NV 89509
-----------------------------------------------------------------------------
        001559986


        Isom, Dorothy E.                       Unknown
        394 Mt Carmel Church Rd Lot 10
        Lexington          NC 27295
-----------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE              Page 747 of 697
                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001600596


        Isom, Ken                              Unknown
        Highway 62-82
        Idalou          TX 79329
------------------------------------------------------------------------------------

        000138044


        Istre, Ray A                           Unknown
        830 Hwy 93
        Conkton         LA 70584
------------------------------------------------------------------------------------

        001599482


        Ito Toshiya                            Unknown
        4978 Santa Anita Ave #103
        Temple City     CA 91780
------------------------------------------------------------------------------------

        001520261


        Ito, Mark T.                           Unknown
        737 W. Lemon Avenue
        Arcadia         CA 91007
------------------------------------------------------------------------------------

        000131105


        Iversen, Andy                          Unknown
        1708 Anderson Rd.
        Mt Vernon       WA 98273
------------------------------------------------------------------------------------

        001481734


        Iversen, Eric L                        Unknown
        25818 Hoehn Road
        Sedro Woolley   WA 98284
------------------------------------------------------------------------------------

        001591992


        Ivie, Russell M.                       Unknown
        3636 S. Alameda Ste B
        Corpus Christi      TX
------------------------------------------------------------------------------------

        001605848


        Ivie, Therman B.                       Unknown
        108 Holly Creek Court
        Woodstock       GA 30188
------------------------------------------------------------------------------------

        001531281


        Izzo, Sandra M.                        Unknown
        7349 Bates Dr
        Cumming         GA 30040
------------------------------------------------------------------------------------

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001460054 | |
| J & K World Company<br>6420 Stapleford Lane<br>Duluth          GA 30155 | Unknown |
| 000130833 | |
| J And J Partnership<br>14924 E Wabash Court<br>Spokane          WA 99216 | Unknown |
| 001598509 | |
| J C I Trust<br>64381 E. 248th Rd.<br>Grove          OK 74344 | Unknown |
| 000130423 | |
| J D Associates<br>1950 S 299Th Pl<br>Federal Way          WA 98003 | Unknown |
| 001541379 | |
| J&N Woodard Inc.<br>1648 Taylor Rd. Apt. 156<br>Pt. Orange          FL 32124 | Unknown |
| 000103150 | |
| J. K. Ventures<br>4821 Coronado Parkway<br>Cape Coral          FL 33904 | Unknown |
| 001592585 | |
| J. Lee And Associates<br>Po Box 194<br>Reamstown          PA 17567 | Unknown |
| 000159028 | |
| J.C. Direct, Inc.<br>211 W. 56Th St. SUITE 5E<br>New York          NY 10019 | Unknown |
| 000135517 | |
| J.M.B Marketing<br>714 Rollingwood Dr.<br>Greensboro          NC 27410 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001595059

J.S.L Enterprises Inc    Unknown
2007 Sandalwood St
Mt Vernon      WA 98273

------------------------------------------------------------------------------

001607839

J.W. Enterprise    Unknown
P.O. Box 154
North Apollo    PA 15673

------------------------------------------------------------------------------

001572926

JFL International Corp    Unknown
61-34 220 Street 1 FL
Bayside      NY 11364

------------------------------------------------------------------------------

001593824

Jahreski, Mary E.    Unknown
719 Kathleeen
Normal      IL 61761

------------------------------------------------------------------------------

001606205

Jablon, Marti L.    Unknown
78 455 Ave. 41
Bermuda Dunes    CA 92201

------------------------------------------------------------------------------

001605153

Jackie Selzer    Unknown
525 Se 7Th
Gresham      OR 97080

------------------------------------------------------------------------------

001516608

Jackley, Georgia L.    Unknown
568 Idlewood Rd
Pittsburgh    PA 15235

------------------------------------------------------------------------------

001578112

Jackman, Jan Or Kent    Unknown
6924 Maple Creek Ln
Dallas      TX 75252

------------------------------------------------------------------------------

001543810

Jackson & Bland, Inc.    Unknown
9111 Katy Freeway 307
Houston      TX 77024

------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001471507

| Jackson Jr., Edmund D. | Unknown |
| 26215 195Th Street | |
| Council Bluffs      IA 51503 | |

---

001458973

| Jackson Sr, Edmund | Unknown |
| 119 Woodbury Ave | |
| Council Bluffs      IA 51503 | |

---

000122230

| Jackson Sr., Robert C. | Unknown |
| 3880 South Walton Walker 204 | |
| Dallas          TX 75236 | |

---

001523239

| Jackson, Andrew | Unknown |
| 3439 N.W. Kensington Ln#203 | |
| Silverdale      WA 98383 | |

---

001558174

| Jackson, Bernice B. | Unknown |
| 14269 Rippy Rd | |
| Gulfport        MS 39503 | |

---

001491657

| Jackson, Christa E. | Unknown |
| 106431 County Road | |
| Summersville     MO 65571 | |

---

000129577

| Jackson, Cory S. | Unknown |
| 2051 N. Torrey Pines #2063 | |
| Las Vegas       NV 89108 | |

---

001593202

| Jackson, Debbie L. | Unknown |
| 2 Woodgrain Drive | |
| Billings        MT 59102 | |

---

001599698

| Jackson, Dianne | Unknown |
| 186 Rooster Road | |
| Arkadelphia     AR 71923 | |

---

## Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001542053 | |
| Jackson, Earl S.<br>2756 Ridgewood Lane<br>Rock Hill        SC 29730 | Unknown |
| 001535147 | |
| Jackson, Ed<br>314 S Tracy Avenue<br>Bozeman          MT 59772 | Unknown |
| 001555796 | |
| Jackson, Elizabeth S.<br>6909 Sweetbriar Way<br>Columbus         GA 31909 | Unknown |
| 001535797 | |
| Jackson, Elmo V.<br>Hcr 1 Box 1145<br>Sandia           TX 78383 | Unknown |
| 001479837 | |
| Jackson, Gary W.<br>329 Laurel Bluff Rd.<br>Kingston         TN 37763 | Unknown |
| 000129310 | |
| Jackson, George M.<br>P.O. Box 284<br>Shelby           MT 59474 | Unknown |
| 000147899 | |
| Jackson, Henry L.<br>806 Big Thicket Trail<br>Mesquite         TX 75149 | Unknown |
| 001570999 | |
| Jackson, Jackie M.<br>4855 Erin Rd<br>Atlanta          GA 30331 | Unknown |
| 001539809 | |
| Jackson, Jennifer M.<br>8440 Westcliff<br>Las Vegas        NV 89128 | Unknown |

Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim

000162789

Jackson, Jimmy                          Unknown
743 Bluewood Dr.
Huntsville        AL 35802
-----------------------------------------------------------------------

001586295

Jackson, Jr. James S.                   Unknown
4843A Lincoln Road
Macedon           NY 14502
-----------------------------------------------------------------------

001614854

Jackson, June E.                        Unknown
11518 Long Pine Drive
Houston           TX 77077
-----------------------------------------------------------------------

001602179

Jackson, Kari                           Unknown
4309 Jeremy'S Landing Dr. N.
Jacksonville      FL 32258
-----------------------------------------------------------------------

001543173

Jackson, Kurt H.                        Unknown
306 Choctaw
Liberty           MO 64068
-----------------------------------------------------------------------

001577441

Jackson, Lanta D.                       Unknown
632 Lake Breeze Dr.
Canyon Lake       TX 78133
-----------------------------------------------------------------------

001531943

Jackson, Laquita A.                     Unknown
Route 1 Box 207
Henrietta         TX 76365
-----------------------------------------------------------------------

001526873

Jackson, Laurie K.                      Unknown
1066 Heather Lake Drive
Collierville      TN 38017
-----------------------------------------------------------------------

001582171

Jackson, Lewis D                        Unknown
204 E McAlpine
Navasota          TX 77868
-----------------------------------------------------------------------

INTERNATIONAL HERITAGE
                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        000118385


        Jackson, Linda B.                        Unknown
        P.O. Box 174
        Crystal Springs    MS 39059
-------------------------------------------------------------------------------

        001523765


        Jackson, Lynn C.                         Unknown
        3800 Magellan St.
        New Orleans        LA 70114
-------------------------------------------------------------------------------

        001540040


        Jackson, Marie                           Unknown
        6403 County Rd. 90
        Celina             TX 75009
-------------------------------------------------------------------------------

        001542712


        Jackson, Mary Cissy H.                   Unknown
        3810 Adams Road
        Cumming            GA 30041
-------------------------------------------------------------------------------

        001582429


        Jackson, Mirwyn F.                       Unknown
        6254 Colby
        Lincoln            NE 68505
-------------------------------------------------------------------------------

        001473687


        Jackson, Nancy W.                        Unknown
        1 Heritage
        Oneonta            AL 35121
-------------------------------------------------------------------------------

        001462613


        Jackson, Patsy M.                        Unknown
        2500 Hwy 276 West
        Quinlan            TX 75474
-------------------------------------------------------------------------------

        001512219


        Jackson, Ronald L.                       Unknown
        9880 Hunt Club Way
        Alpharetta         GA 30202
-------------------------------------------------------------------------------

        001609354


        Jackson, Roxanne P.                      Unknown
        399 S 37 St
        Springfield        OR 97478
-------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE       Page: 704
                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        000111456


        Jackson, Thomas R.111                 Unknown
        104 Sneed Drive
        Taylors        SC 29687
-----------------------------------------------------------------------------
        001543341


        Jacky, Alfred W.                      Unknown
        3554 Blackstone St.
        Las Vegas      NV 89121
-----------------------------------------------------------------------------
        001601351


        Jacobs, Betty A                       Unknown
        9830 Parkford
        Dallas         TX 75238
-----------------------------------------------------------------------------
        001590322


        Jacobs, Conner H.                     Unknown
        2496 North 2375 East
        Hamer          ID 83425
-----------------------------------------------------------------------------
        001512070


        Jacobs, Denell                        Unknown
        26 Wahsington Avenue
        Deer Park      NY 11729
-----------------------------------------------------------------------------
        001593087


        Jacobs, F. Mitchell                   Unknown
        2496 N. 2375 E.
        Hamer          ID  83425
-----------------------------------------------------------------------------
        001573700


        Jacobs, Marty D.                      Unknown
        3367 N 3600 E
        Kimberly       ID 83341
-----------------------------------------------------------------------------
        001568889


        Jacobson, Jennifer L.                 Unknown
        Rrl Box 75
        Poseyville     IN 47633
-----------------------------------------------------------------------------
        001587634


        Jacobson, Kari L.                     Unknown
        1501 34Th St S.E.
        Puyallup       WA 98372
-----------------------------------------------------------------------------

```
        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        000159385


        Jacobson, Rita A.                        Unknown
        2711 Meadow Ave. N.
        Renton           WA 98056
-------------------------------------------------------------------------------
        001544553


        Jacobson, Shawn M.                       Unknown
        2675 River Summit Dr.
        Duluth           GA 30097
-------------------------------------------------------------------------------
        001510858


        Jacoby, Michael H.                       Unknown
        4832 Ashton Avenue
        Fort Worth       TX 76137
-------------------------------------------------------------------------------
        001596449


        Jacome, Enrique Dr.                      Unknown
        38605 Desert Mirage
        Palm Desert      CA 92260
-------------------------------------------------------------------------------
        001602289


        Jager, Gabriel                           Unknown
        410 Oneil Rd
        Morton           WA 98356
-------------------------------------------------------------------------------
        001604309


        Jagger, Dennit                           Unknown
        1000 Mopac Circle Suite 100
        Austin           TX 78746
-------------------------------------------------------------------------------
        001609603


        Jahner, Melvin F                         Unknown
        516 Nw 1St Str
        Linton           ND 58552
-------------------------------------------------------------------------------
        001595027


        Jakubec, Ronald J                        Unknown
        321 Sunflower Court
        Va Bch           VA 23454
-------------------------------------------------------------------------------
        001562094


        Jakubowski, Noreen C.                    Unknown
        1100 Muirfield Court
        Alpharetta       GA 30005
-------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                   Total Amt
        Mailing Address/ Zip Code             of Claim


        001572148


        Jalbert, Mitch J.                       Unknown
        p.o box 7034
        bend            OR 97708
----------------------------------------------------------------------

        001569453


        Jam Enterprises                         Unknown
        2744 Briarnurst #26
        Houston         TX 77057
----------------------------------------------------------------------

        001523573


        James A. & Lucy A. Wilson               Unknown
        27420 W. 199Th
        Gardner         KS 66030
----------------------------------------------------------------------

        001598483


        James A. Davis                          Unknown
        107 Shady Oaks Drive
        Palestine       TX 75801
----------------------------------------------------------------------

        001598855


        James D. Bly                            Unknown
        11418 East 27Th Terrace
        Independence    MO 64052
----------------------------------------------------------------------

        001583062


        James, Bobby C.                         Unknown
        320 Hadley
        Republic        MO 65738
----------------------------------------------------------------------

        000144864


        James, Bobby G                          Unknown
        15400 Knoll Trail Dr. Ste.370
        Dallas          TX 75248
----------------------------------------------------------------------

        001611711


        James, Dan                              Unknown
        320 NW Gibson Rd.
        Lee's Summit    MO 64063
----------------------------------------------------------------------

        000106587


        James, Diane B.                         Unknown
        2 Wild Partridge Ct.
        Greensboro      NC 27455
----------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001548300


James, Diane C.                         Unknown
1604 W. 26Th
Lawrence        KS 66046
-------------------------------------------------------------------------

001581230


James, Gavin D.                         Unknown
4806 S.W. 18Th
Topeka          KS 66604
-------------------------------------------------------------------------

000121522


James, Kathy R.                         Unknown
231 Ridgefield Circle
Mesquite        TX 75149
-------------------------------------------------------------------------

000106307


James, Kimberly S.                      Unknown
610 Sebastian Lane
Pleasant Garden  NC 27313
-------------------------------------------------------------------------

001496702


James, Lillie L.                        Unknown
2310 Franklin Drive
Taxarkana       AR 71854
-------------------------------------------------------------------------

001481324


James, Pandora A.                       Unknown
Rt. 1 HWY 704 Box 233
Sandy Ridge     NC 27046
-------------------------------------------------------------------------

001490885


James, Tara L.                          Unknown
3907 William Dehaes #2173
Irving          TX 75038
-------------------------------------------------------------------------

001553572


James, Vivian M.                        Unknown
18943 Fortson Ave
Dallas          TX 75252
-------------------------------------------------------------------------

001598907


Jamie B. Sloan                          Unknown
1000 South Highway 395 #A-124
Hermiston       OR 97838
-------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE          Page: 5  708
                      Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                   Total Amt
        Mailing Address/ Zip Code             of Claim


        001518334


        Jamison, Richard M.                    Unknown
        4211 N. Herald
        Spokane          WA 99206
-----------------------------------------------------------------------------

        001472610


        Jana, Inc.                             Unknown
        4004 Danbury Court Apt. A
        Columbia         MO 65203
-----------------------------------------------------------------------------

        001588316


        Janes, Rick D.                         Unknown
        2508 Country Club Rd. Apt. #20
        Arkadelphia      AR 71923
-----------------------------------------------------------------------------

        001566905


        Jankowski, Wally                       Unknown
        19805 Woodward St.
        Clinton          MI 48035
-----------------------------------------------------------------------------

        001522815


        Janousek, Adele B.                     Unknown
        2711 East Highway #34
        Ennis            TX 75119
-----------------------------------------------------------------------------

        001568396


        Janover, Jamie G.                      Unknown
        3012 Jay Rd.
        Boulder          CO 80301
-----------------------------------------------------------------------------

        001608123


        Jansen Elise                           Unknown
        1634 Canyon Rd
        Santa Fe         NM 87501
-----------------------------------------------------------------------------

        001566030


        Jansen, Associates                     Unknown
        1634 Canyon Road
        Santa Fe         NM 87501
-----------------------------------------------------------------------------

        000128674


        Jaques,  Dean                          Unknown
        2279 147 Drive
        Corvallis        MT 59828
-----------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE         Page 5 709
                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001605581


        Jaramillo, Anthony L.                  Unknown
        Po Box 204
        Ashton          ID 83420
-----------------------------------------------------------------------------------

        000159815
        .

        Jaramillo, Frank A.                    Unknown
        Forest Rd. 20
        Cuba            NM 87013
-----------------------------------------------------------------------------------

        000121557


        Jardee, Jimmy E.                       Unknown
        9605 S. Allen Dr.
        Oklahoma City   OK 73139
-----------------------------------------------------------------------------------

        001586455


        Jardim, Sharon                         Unknown
        21 Main Ave.
        Wheatley Heights   NY 11798
-----------------------------------------------------------------------------------

        001460636


        Jarr Marketing, Inc                    Unknown
        1272 Great Neck RD. #143
        Virginia Beach   VA 23454
-----------------------------------------------------------------------------------

        001548992


        Jarrard, Elizabeth L.                  Unknown
        206 Charleston Avenue
        Clemson         SC 29631
-----------------------------------------------------------------------------------

        001548011


        Jarrard-Dimond, Terry S.                Unknown
        P.O. Box 495
        Clemson         SC 29633
-----------------------------------------------------------------------------------

        001607874


        Jarrell Patricia                       Unknown
        9833 Greensview Circle
        Lonetree        CO 80124
-----------------------------------------------------------------------------------

        001524651


        Jarrell, Cheryl *                      Unknown
        4357 B. Clear Lake Road
        Buhl            ID 83316
-----------------------------------------------------------------------------------

JCH7CLAIM2'98/12/07                INTERNATIONAL HERITAGE
                          Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim

        000149599

        Jarvis, Thomas F.                       Unknown
        630 W. Canty St. A5
        Dallas          TX 75208
------------------------------------------------------------------------
        001601153

        Jasmine's Joy                           Unknown
        4928 So Murray blvd. J-4
        Murray          UT 84123
------------------------------------------------------------------------
        001598425

        Jasso, Lori A.                          Unknown
        705 W. 6Th Street
        Monahans        TX 79756
------------------------------------------------------------------------
        001484451

        Jayo, Richard                           Unknown
        912 11Th Avenue So
        Nampa           ID 83651
------------------------------------------------------------------------
        001588856

        Jean, Mireille                          Unknown
        141-25 219 Street
        Laurelton       NY 11413
------------------------------------------------------------------------
        001598883

        Jeannie M. Keeney                       Unknown
        911 W. Commerce
        Fairfield       TX 75840
------------------------------------------------------------------------
        000122617

        Jechow, Susie                           Unknown
        102 Lodgepole
        Del Rio         TX 78840
------------------------------------------------------------------------
        000103301

        Jefferies, Erma J.                      Unknown
        523 P.O. Box
        East Spencer    NC 28039
------------------------------------------------------------------------
        000107084

        Jefferies, Romus A.                     Unknown
        9816 Rockwood Road
        Charlotte       NC 28215
------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


000157017


Jeffers, Janie W.                       Unknown
9210 Dartbrook Dr. #4
San Antonio      TX 78240
--------------------------------------------------------------------

001553532


Jefferson, Alexis J.                    Unknown
1362 Milton Pl.
Plainfield       NJ 07062
--------------------------------------------------------------------

001546809


Jefferson, Charles R.                   Unknown
7702 Loundbank
Houston          TX 77064
--------------------------------------------------------------------

001587497


Jeffries, Bill                          Unknown
Route 5 Box 641
Ridgeland        SC 29936
--------------------------------------------------------------------

000131512


Jeffs, Bradley R.                       Unknown
344 W. Walnut Avenue
Arcadia          CA 91007
--------------------------------------------------------------------

001569633


Jenkelowitz, Shulamis                   Unknown
236 East Williams
Postville        IA 52162
--------------------------------------------------------------------

001547366


Jenkins, Barbara F.                     Unknown
3563 Vista Monter Cir N.
Southside        AL 35907
--------------------------------------------------------------------

001600964


Jenkins, Brian E                        Unknown
W5101 Shawnee
Spokane          WA 99208
--------------------------------------------------------------------

000129667


Jenkins, Donna E.                       Unknown
Lefeldt Ave. Box 9
Big Sandy        MT 59520
--------------------------------------------------------------------

```
        Creditors Names and                   Total Amt
        Mailing Address/ Zip Code              of Claim


        001512964


        Jenkins, Fay E.                        Unknown
        8637 Rt.36
        Arkport        NY 14807
-----------------------------------------------------------------------------

        001597587


        Jenkins, Gary P.                       Unknown
        2948 Masner St.
        Eugene         OR 97404
-----------------------------------------------------------------------------

        001567142


        Jenkins, Jr. William P.                Unknown
        Rt. 1306 Sherwood & Berkshire
        Burgess        VA 22432
-----------------------------------------------------------------------------

        001570891


        Jenkins, Keith L.                      Unknown
        2004 S 10th Street #D
        Ft Pierce      FL 34950
-----------------------------------------------------------------------------

        000104971


        Jenkins, Ronnie L.                     Unknown
        P.O. Box 297
        Climax         NC 23788
-----------------------------------------------------------------------------

        001577876


        Jenkinson, Bill                        Unknown
        300 Tamwood Lane
        Elgin          SC 29045
-----------------------------------------------------------------------------

        001555647


        Jenner, Katherine A.                   Unknown
        114 Mountain Drive
        Destin         FL 32541
-----------------------------------------------------------------------------

        000122941


        Jenney, June M.                        Unknown
        5 Applewood Court
        Austin         TX 78738
-----------------------------------------------------------------------------

        001609656


        Jennings, John D                       Unknown
        Po Box 72
        Cissna Park    IL 60934
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

Creditors Names and                Total Amt
Mailing Address/ Zip Code           of Claim

000142052

Jennings, Marilyn B.              Unknown
4162 NE St. #2
San Bernardino     CA 92407
---------------------------------------------------------------
000128814

Jennings, Terry L.               Unknown
23 Jet Drive
Glasgow            MT 59230
---------------------------------------------------------------
000118312

Jennings, Violet B.              Unknown
P.O. Box 273
Tutwiler           MS 38963
---------------------------------------------------------------
001567571

Jensen, Beverly K.              Unknown
212 E. South Street
Dwight             IL 60420
---------------------------------------------------------------
001595208

Jensen, Bruce A.               Unknown
2517 Arvin Road
Billings           MT 59102
---------------------------------------------------------------
001587633

Jensen, David D.               Unknown
36345 148Th Avenue S.E.
Auburn             WA 98092
---------------------------------------------------------------
001597370

Jensen, Gale R.                Unknown
831 West 1280 South
Provo              UT 84601
---------------------------------------------------------------
001599615

Jensen, Gerald E.              Unknown
5212 N. Adams
Spokane            WA 99205
---------------------------------------------------------------
001518770

Jensen, Jackie L.              Unknown
1317 Rice Hill Cir.
Antioch            TN 37013
---------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001603316


Jensen, Johna L.                       Unknown
209 Sw Lakeview Blvd.
Lees Summit        MO 64063
-------------------------------------------------------------------------

001597110
.

Jensen, Larry L.                       Unknown
3530 Academy Drive
Auburn             WA 98002
-------------------------------------------------------------------------

001554741


Jensen, Mark T.                        Unknown
212 E. South St.
Dwight             IL 60420
-------------------------------------------------------------------------

001530303


Jensen, Paul N.                        Unknown
9070 Bentley Circle
Sandy              UT 84093
-------------------------------------------------------------------------

001561473


Jensen, Wayne R.                       Unknown
1406 Ann St
Pontiac            IL 61764
-------------------------------------------------------------------------

001606737


Jenson, Clarabelle M                   Unknown
3202 20th ST S.E.
Auburn             WA 98001
-------------------------------------------------------------------------

001605116


Jenson, Gladys M                       Unknown
3206 20Th St S E
Auburn             WA 98092
-------------------------------------------------------------------------

001541081


Jeracosa Inc.                          Unknown
9105 Kiowa Trail
Negley             OH 44441
-------------------------------------------------------------------------

000135710


Jernigan, Mary C                       Unknown
1049 Yeamans Hall Road
Hanahan            SC 29406
-------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim

001563003

Jerrells, Richard L.                   Unknown
6524 San Felipe #263
Houston          TX 77057
------------------------------------------------------------------------------

001565469

Jeske, Lynne M                         Unknown
454 Desnoyer
St Paul          MN 55104
------------------------------------------------------------------------------

001557864

Jespersen, Nathan James                Unknown
825 Partridge St. Apt. 108
Duluth           MN 55811
------------------------------------------------------------------------------

001529325

Jessen, Glen M.                        Unknown
13026 163 Ave. S.E.
Renton           WA 98059
------------------------------------------------------------------------------

001557403

Jessett, Gail                          Unknown
1501 Ridgeview Dr.
Cheney           WA 99004
------------------------------------------------------------------------------

001606872

Jetton, Deborah                        Unknown
3907 North Hill Parkway
Atlanta          GA 30341
------------------------------------------------------------------------------

001564363

Jewell, Elizabeth A.                   Unknown
11414 Hardyville Road
Canmer           KY 42722
------------------------------------------------------------------------------

001527339

Jewell, Tonya M.                       Unknown
Po Box 21
Canmer           KY 42722
------------------------------------------------------------------------------

001468570

Jewett, Barbara L.                     Unknown
807 Schoolhouse Rd.
Brielle          NJ 08730
------------------------------------------------------------------------------

                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code             of Claim


        001463862


        Jezek, Rudolph A.                     Unknown
        5427 S. Hamlin Ave.
        Chicago          IL 60632
------------------------------------------------------------------------------
        001590350


        Ji, Zhong Bo                          Unknown
        Apt. 3J Fl 3 138-70 Elder Ave
        Flushing         NY 11355
------------------------------------------------------------------------------
        001604108


        Jiang Hua                             Unknown
        1611 Laurel Ave. Apt.#1101
        Knoxville        TN 37916
------------------------------------------------------------------------------
        001457183


        Jiang, Husheng                        Unknown
        219-50 Hartland Ave.
        Hollis Hills     NY 11427
------------------------------------------------------------------------------
        001576199


        Jiang, Liu Zhen                       Unknown
        108-25 Ave
        Corona           NY 11368
------------------------------------------------------------------------------
        001563014


        Jiang, Wen                            Unknown
        150 West Shady Ln
        Houston          TX 77063
------------------------------------------------------------------------------
        001572311


        Jiang, Ying                           Unknown
        249 Broome St. Apt#26
        New York         NY 10002
------------------------------------------------------------------------------
        001585715


        Jiao, Yuling                          Unknown
        7 West Drive
        Edison           NJ 08820
------------------------------------------------------------------------------
        001581322


        Jiles, Debora S.                      Unknown
        281 Scott Rd.
        Monroe           LA 71202
------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE         Page: 717
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001604642


        Jimenez Corrie L                       Unknown
        21609 Quail Valley Ct
        Leander          TX 78641
-----------------------------------------------------------------------------------

        001559593


        Jimenez, Aida P.                       Unknown
        2318 Acadia
        Harlingen        TX 78552
-----------------------------------------------------------------------------------

        001581618


        Jimenez, Delma P.                      Unknown
        2318 Acadia
        Harlingen        TX 78552
-----------------------------------------------------------------------------------

        000145331


        Jimenez, Mary C.                       Unknown
        5310 Beverly Hill No. 6
        Houston          TX 77056
-----------------------------------------------------------------------------------

        000134168


        Jimerson, Barbara G                    Unknown
        1009 Antioch Road
        Easley           SC 29640
-----------------------------------------------------------------------------------

        001577536


        Jin, Xiao Li                           Unknown
        93-08 Floor 2   43 Ave.
        Elmhurst         NY 11373-
-----------------------------------------------------------------------------------

        001471955


        Jinks, Geraldine M.                    Unknown
        429 Elm Ln
        Sevierville      TN 37862
-----------------------------------------------------------------------------------

        001589022


        Joachim, Donnie                        Unknown
        S. 6804 Prairie View Lane
        Spokane          WA 99223
-----------------------------------------------------------------------------------

        001593653


        Joacim, Maria                          Unknown
        610 Hyannis Port N.
        Crosby           TX 77532
-----------------------------------------------------------------------------------
```

                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000149615


        Jobe, Charles V.                        Unknown
        1104 Purdue Drive
        Arlington        TX 76012
--------------------------------------------------------------------------------

        001509368


        Jobes, John E.                          Unknown
        2755 Masters
        League City       TX 77573
--------------------------------------------------------------------------------

        001584625


        Joe, Seong S                            Unknown
        16609 Casimir Ave.
        Torrance         CA 90504
--------------------------------------------------------------------------------

        001598367


        John B. Alford                          Unknown
        82901 Parker Lane
        Dexter           OR 97431
--------------------------------------------------------------------------------

        001598585


        John L. Mc Mahan                        Unknown
        137 Avondale Rd.
        Greenwood        SC 29649
--------------------------------------------------------------------------------

        001498017


        John, Carolyn E.                        Unknown
        485 Broad River Blvd.
        Beaufort         SC 29906
--------------------------------------------------------------------------------

        001537939


        John, Delia                             Unknown
        3917 Quinn Dr.
        Carson City      NV 89701
--------------------------------------------------------------------------------

        000149899


        Johns, Mark C                           Unknown
        653 Hwy. 472
        Winnfield        LA 71483
--------------------------------------------------------------------------------

        001469569


        Johns, Mary K.                          Unknown
        423 Homer Rd.
        Minden           LA 71058
--------------------------------------------------------------------------------

```
JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE        Page: 719
                         Unsecured Creditors -- Sales Representatives


        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code           of Claim


        001575526


        Johns, William L.                    Unknown
        1013 Langley Court
        Brentwood        TN 37027
------------------------------------------------------------------------------------

        001604917


        Johnson Faith                        Unknown
        PO Box 33897
        Indialantic      FL 32903
------------------------------------------------------------------------------------

        001590508


        Johnson Tracy                        Unknown
        9815 Snider Ct
        Little Rock      AR 72205
------------------------------------------------------------------------------------

        001525932


        Johnson,  Blare                      Unknown
        633 Royallave
        Mt. Pleasant     SC 29464
------------------------------------------------------------------------------------

        000140876


        Johnson, Angela M.                   Unknown
        14608 N.E. 49Th Cir.
        Vancouver        WA 98682
------------------------------------------------------------------------------------

        001552106


        Johnson, Annette F.                  Unknown
        1102 Joan Lane
        Killen           AL 35645
------------------------------------------------------------------------------------

        001561647


        Johnson, Barry P.                    Unknown
        Hc 51 Box 160 B
        Graford          TX 76449
------------------------------------------------------------------------------------

        001551279


        Johnson, Benjamin E.                 Unknown
        2971 Winterberry Dr.
        Roanoke          VA 24018
------------------------------------------------------------------------------------

        001561605


        Johnson, Bill                        Unknown
        6010 N. Via Tres Patos
        Tucson           AZ 85750
------------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001596209


        Johnson, Bobby W.                    Unknown
        12100 268th Street, N.W.
        Berthold        ND 58718
----------------------------------------------------------------------------
        001550833


        Johnson, Brenda J.                   Unknown
        1333 S. Tremaine
        Los Angeles     CA 90019
----------------------------------------------------------------------------
        001470430


        Johnson, Brett                       Unknown
        1819 East 8Th Street
        Winfield,       KS 67156
----------------------------------------------------------------------------
        001507638


        Johnson, Bridget E.                  Unknown
        24801 Leatha Lane
        Spicewood       TX 78669
----------------------------------------------------------------------------
        000162859


        Johnson, Bunny                       Unknown
        149 Queen Parkway
        West Columbia   SC 29169
----------------------------------------------------------------------------
        001541354


        Johnson, Cathleen J.                 Unknown
        1904 E. Lakeshore Drive
        Mahomet         IL 61853
----------------------------------------------------------------------------
        001549518


        Johnson, Cathy C.                    Unknown
        171 Breckenridge Drive
        North Augusta   SC 29841
----------------------------------------------------------------------------
        001541039


        Johnson, Cathy M.                    Unknown
        506 Springbrook Dr.
        Anderson        SC 29621
----------------------------------------------------------------------------
        001596938


        Johnson, Charles W.                  Unknown
        2902 Rayswood
        Carrollton      TX 75007
----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
     Creditors Names and                  Total Amt
     Mailing Address/ Zip Code            of Claim


     001609900


     Johnson, Charlotte D.                Unknown
     500 Sagebrush
     Belton          MO 64012
--------------------------------------------------------------------------

     001523278


     Johnson, Chris M.                    Unknown
     255 Miramar Dr.
     Augusta         GA 30907
--------------------------------------------------------------------------

     001468637


     Johnson, Clara F.                    Unknown
     3220 Evans
     Butte           MT 59701
--------------------------------------------------------------------------

     001608524


     Johnson, Craig                       Unknown
     5757 W. Hefner Rd. 720
     Oklahoma City   OK 73162
--------------------------------------------------------------------------

     001605149


     Johnson, Daidra                      Unknown
     1302 N. Montana St.
     Kennewick       WA 99336
--------------------------------------------------------------------------

     001605014


     Johnson, David L.                    Unknown
     615 Autumn Leaves
     Irving          TX 75060
--------------------------------------------------------------------------

     001557251


     Johnson, Deborah P.                  Unknown
     101 Grand Prairie
     Lafayette       LA 70506
--------------------------------------------------------------------------

     000140605


     Johnson, Debra J.                    Unknown
     1866 S. Forty
     Urbana          IL 61802
--------------------------------------------------------------------------

     000140361


     Johnson, Doris J.                    Unknown
     1520 Lower Silver Lake Road
     Topeka          KS 66608
--------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
      Creditors Names and                  Total Amt
      Mailing Address/ Zip Code            of Claim


      001586786


      Johnson, Douglas C.                  Unknown
      812 Gregg St.
      Columbia          SC 29201
------------------------------------------------------------------------
      001471754


      Johnson, Douglas K.                  Unknown
      12158 Blackfoot Ct.
      Jacksonville      FL 32223
------------------------------------------------------------------------
      001550950


      Johnson, Duane L.                    Unknown
      1840 Iron Springs Rd.#141 Cumm
      Prescott          AZ 86301
------------------------------------------------------------------------
      001593533


      Johnson, Edith C.                    Unknown
      11105 N.W. 37th St.
      Coral Springs     FL 33065
------------------------------------------------------------------------
      001574599


      Johnson, Edward Lee                  Unknown
      1925 Tomahawk Lane
      Cumming           GA 30040
------------------------------------------------------------------------
      001516923


      Johnson, Elizabeth H.                Unknown
      763 N. Foxtrit Way
      Camano Island     WA 98292
------------------------------------------------------------------------
      001561348


      Johnson, Gary D.                     Unknown
      8260 Crater Loop
      Crookedriverranch OR 97760
------------------------------------------------------------------------
      001502629


      Johnson, Greer A.                    Unknown
      7740 Wentworth Drive
      Duluth            GA 30155
------------------------------------------------------------------------
      000119820


      Johnson, Gregory T.                  Unknown
      1049 Hwy 1236
      Dodson            LA 71422
------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|

001559784

| Johnson, Heather L.<br>1929A Dry Slough Road<br>Mount Vernon      WA 98273 | Unknown |
|---|---|

001602278

| Johnson, Henry L<br>199 E Mcnab Road Apt 203<br>Pompano Beach      FL 33060 | Unknown |
|---|---|

001466207

| Johnson, Herbert L.<br>3590 N. McDonald St.<br>McKinney      TX 75069 | Unknown |
|---|---|

001469665

| Johnson, Iva J.<br>1532 S. Co. Rd 17C<br>Loveland      CO 80537 | Unknown |
|---|---|

000117588

| Johnson, Jacky W<br>2028 Forest Glenn Rd<br>Sylacauga      AL 35150 | Unknown |
|---|---|

001563079

| Johnson, Jaclyn R.<br>Hc 51 Box 160-B<br>Graford      TX 76449 | Unknown |
|---|---|

001585194

| Johnson, James B.<br>379 Echo Lane<br>Sedro Woolley      WA 98284 | Unknown |
|---|---|

001564316

| Johnson, James W<br>10412 Collier Cemetery Rd<br>Montgomery      TX 77356 | Unknown |
|---|---|

000122913

| Johnson, Jane S.<br>463 Harvest Glen<br>Richardson      TX 75081 | Unknown |
|---|---|

```
Creditors Names and                   Total Amt
Mailing Address/ Zip Code             of Claim


001501113


Johnson, Janice M.                    Unknown
3253/A Adams Street
Baker           LA 70714
------------------------------------------------------------------------
001552916


Johnson, Jason L.                     Unknown
2268 Diane Lane Apt B
Sedro           WA 98284
------------------------------------------------------------------------
001490072


Johnson, Jeffrey M                    Unknown
1425 Blair Bridge Rd Apt 1403
Austell         GA 30001
------------------------------------------------------------------------
001482267


Johnson, Jeremy J.                    Unknown
1866 S. Forty
Urbana          IL 61802
------------------------------------------------------------------------
001584092


Johnson, Jerry L.                     Unknown
1885-A Front St.
Lynden          WA 98264
------------------------------------------------------------------------
001595476


Johnson, Jim                          Unknown
1715 Ridge Drive
Laurel          MT 59044
------------------------------------------------------------------------
001499813


Johnson, Jodie E.                     Unknown
P.O. Box 21
Filer           ID 83328
------------------------------------------------------------------------
001579450


Johnson, Joe F. & DAWN E.             Unknown
1206 Wilderness Pines
Freindswood     TX 77546
------------------------------------------------------------------------
001578860


Johnson, John W.                      Unknown
4716 Lois Lane
Wichita FALLS   TX 76306
------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001470806


Johnson, Johnny C.                      Unknown
206 Fort Jackson Street
Belle Chasse       LA 70037
------------------------------------------------------------------------

001577935


Johnson, Joyce M.                       Unknown
Route 1 Box 145
Iredell            TX 76649
------------------------------------------------------------------------

001606092


Johnson, Jr. William R.                 Unknown
5829 Weber
Corpus Christi     TX 78413
------------------------------------------------------------------------

001486487


Johnson, Kaye                           Unknown
3369 E. Highway 30
McCAMMON           ID 83250
------------------------------------------------------------------------

001568623


Johnson, Kelly D.                       Unknown
309 E 17Th
Pittsburg          KS 66762
------------------------------------------------------------------------

001514079


Johnson, Kenneth D.                     Unknown
1213 Stimson St.
Jacksonville       FL 32205
------------------------------------------------------------------------

001574745


Johnson, Lamar A.                       Unknown
275 Winterberry Dr.
Athens             GA 30606
------------------------------------------------------------------------

001472658


Johnson, Larry A.                       Unknown
111 West Crane Drive
Buras              LA 70041
------------------------------------------------------------------------

001581249


Johnson, Leslie L.                      Unknown
907 W. Springfield #3
Urbana             IL 61801
------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001586683 | |
| Johnson, Libra D<br>1302 Adrian Street  Apt 35<br>New Iberia        LA 70560 | Unknown |
| 000114988 | |
| Johnson, Lovie C.<br>2237 Gay St.<br>Ft. Wayne         IN 46803 | Unknown |
| 001566783 | |
| Johnson, Lyndall D.<br>230 Moccasin Road<br>Lebanon           TN 37090 | Unknown |
| 001575123 | |
| Johnson, Margret T.<br>Rt.2 Box 456<br>Carthage          MO 64836 | Unknown |
| 001500953 | |
| Johnson, Mark A.<br>1227 Reeves Lane<br>Cedar Hill        TX 75104 | Unknown |
| 000147315 | |
| Johnson, Mark L<br>Rt 1 Box 412 Sowkup<br>Killeen           TX 76542 | Unknown |
| 001548858 | |
| Johnson, Mary<br>919 Ave. E.<br>Gadsden           AL 35901 | Unknown |
| 001559328 | |
| Johnson, Michael G.<br>20316 N.E. 133 Rd. St.<br>Woodinville       WA 98072 | Unknown |
| 001604773 | |
| Johnson, Michael S.<br>26054 Vista Dr.<br>Veneta            OR 97487 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 727

Unsecured Creditors -- Sales Representatives

Creditors Names and                         Total Amt
Mailing Address/ Zip Code                   of Claim

001533305

Johnson, Mike                               Unknown
306 Wilson Dam Road
Muscle Shoals       AL 35661
------------------------------------------------------------------------------

001595563

Johnson, Mollye H.                          Unknown
3220 Taylor Lake Estates
Livingston          TX 77351
------------------------------------------------------------------------------

001547788

Johnson, Pamela A.                          Unknown
1848 Chilberg Road
Mount Vernon        WA 98273
------------------------------------------------------------------------------

001597908

Johnson, Peggy                              Unknown
15503 Torry Pines
Houston             TX 77062
------------------------------------------------------------------------------

001456462

Johnson, Randall                            Unknown
1840 Shadowlawn St
Jacksonville        FL 32205
------------------------------------------------------------------------------

001565662

Johnson, Render S.                          Unknown
708 W. Walnut
Sylacauga           AL 35150
------------------------------------------------------------------------------

000139935

Johnson, Rita D.                            Unknown
7216 Green Meadows Lane
Nashville           TN 37221
------------------------------------------------------------------------------

001608113

Johnson, Robert                             Unknown
1426 S. Sneed Avenue
Sedalia             MO 65301
------------------------------------------------------------------------------

001539637

Johnson, Robert C.                          Unknown
206A Partridge Street
Galax               VA 24333
------------------------------------------------------------------------------

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001558701 | |
| Johnson, Robert M.<br>5086 Lori Way<br>Salt Lake City      UT 84117 | Unknown |
| 001581382 | |
| Johnson, Rodney A.<br>530 "T" Street<br>Springfield      OR 97477 | Unknown |
| 001555797 | |
| Johnson, Ronald L.<br>2912 Wiltsey Rd. S.E.<br>Salem      OR 97301 | Unknown |
| 000117406 | |
| Johnson, S. Lynn<br>4332 E. Ford Ave.<br>Higley      AZ 85236 | Unknown |
| 001609776 | |
| Johnson, Samantha K.<br>9993 Smugglers Cove<br>Shreveport      LA 71115 | Unknown |
| 001566700 | |
| Johnson, Sandra L.<br>6139 E Nevada<br>Fresno      CA 93727 | Unknown |
| 001592736 | |
| Johnson, Shannon B.<br>404 N. 31st St. Ste. 230<br>Billings      MT 59101 | Unknown |
| 000145100 | |
| Johnson, Shannon C.<br>Rt-1 Box 412, SOUKUP<br>Killeen      TX 76542 | Unknown |
| 001574801 | |
| Johnson, Shannon H.<br>5007 Sand Beach<br>Wichita Falls      TX 76310 | Unknown |

INTERNATIONAL HERITAGE
                     Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000115304 | |
| Johnson, Sharon A.<br>4227 21St. Ave<br>Kenosha          WI 53140 | Unknown |
| 001577582 | |
| Johnson, Shawn<br>8850 SW 10th Street<br>Topeka          KS 66615 | Unknown |
| 001597058 | |
| Johnson, Sherry M.<br>4302 Prince Street Se<br>Albuquerque      NM 87105 | Unknown |
| 001550270 | |
| Johnson, Sloan G.<br>2077 Dike Road<br>Mt. Vernon        WA 98273 | Unknown |
| 001603350 | |
| Johnson, Stephen E.<br>2976 South 5650 West<br>West Valley       UT 84120 | Unknown |
| 001550264 | |
| Johnson, Stephen T.<br>1700 Best Road<br>Mount Vernon      WA 98273 | Unknown |
| 001614279 | |
| Johnson, Sue Ellen<br>715 37Th St S W<br>Minot            ND 58701 | Unknown |
| 001547905 | |
| Johnson, Terri A.<br>3085 Georgia Highway 130 East<br>Lyons            GA 30436 | Unknown |
| 000104885 | |
| Johnson, Theron N.<br>2427 Shell Point Rd S.W.<br>Shallotte        NC 28470 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000123104 | |
| Johnson, Toni<br>1012 Primrose<br>Mesquite         TX 75149 | Unknown |
| 001597942 | |
| Johnson, Troy<br>15503 Torry Pines<br>Houston         TX 77062 | Unknown |
| 001573845 | |
| Johnson, Wayne<br>273 Pinehills Dr.<br>Calhoun         LA 71225 | Unknown |
| 000143524 | |
| Johnson, Wilma<br>3530 Idaho Ave.<br>Dallas         TX 75216 | Unknown |
| 001579672 | |
| Johnson/Bolton, Sandra J<br>1408 W Mesa Park Dr<br>Round Rock       TX 78664 | Unknown |
| 000104947 | |
| Johnston, Ann F.<br>205 West Vandalia Rd.<br>Greensboro       NC 27406 | Unknown |
| 001533578 | |
| Johnston, Brian J.<br>Po Box 694<br>Duluth         GA 30096 | Unknown |
| 001529157 | |
| Johnston, David K.<br>5302 Bellaire<br>Bellaire         TX 77401 | Unknown |
| 001576192 | |
| Johnston, Fred J.<br>1020 Cook'S Crossing #5<br>Milford         OH 45150 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001557834 | |
| Johnston, G. L.<br>511 Sophia Lane<br>Shreveport        LA 71115 | Unknown |
| 001569695 | |
| Johnston, Jean<br>1634 Canyon Rd.<br>Santa Fe          NM 87501 | Unknown |
| 001565495 | |
| Johnston, Lori L.<br>1884 E. Phillips Ave.<br>Littleton         CO 80122 | Unknown |
| 001558480 | |
| Johnston, Lori M.<br>23402 Back Beach Rd.<br>Panama City Beach   FL 32413 | Unknown |
| 001570220 | |
| Johnston, Marie<br>811 Chelsea Dr.<br>Dover             OH 44622 | Unknown |
| 001552102 | |
| Johnston, Retha W.<br>1208 Ethridge-Redhill Rd.<br>Lawerenceburg     TN 38464 | Unknown |
| 001575590 | |
| Johnston, Rick D.<br>429 Creekside Ln.<br>Woodstock         GA 30188 | Unknown |
| 001554804 | |
| Johnston, Sheryl A.<br>36 Indigo Loop<br>Destin            FL 32541 | Unknown |
| 000119376 | |
| Johnston, Vivian S.<br>10440-E Jefferson Hwy<br>Baton Rouge       LA 70809 | Unknown |

                      Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim

        001608466

        Joiner David L                          Unknown
        8836 Reeds Rd
        Overland Park      KS 66207
--------------------------------------------------------------------------------

        001545486

        Jolley, Ann                             Unknown
        Rd. #1
        Atlantic           PA 16111
--------------------------------------------------------------------------------

        001504213

        Jolly Jr., James W.                     Unknown
        1304 North Ann Avenue
        Tallassee          AL 36078
--------------------------------------------------------------------------------

        001598395

        Jonathan D. Berman                      Unknown
        7945 Avenida Navidad
        San Diego          CA 92122
--------------------------------------------------------------------------------

        001591556

        Jones Charles T                         Unknown
        245 Hwy 457
        Lecompte           LA 71346
--------------------------------------------------------------------------------

        000118609

        Jones Jr., Arnold D.                    Unknown
        5903 North Hills Blvd.
        North Little Rock  AR 72116
--------------------------------------------------------------------------------

        001577452

        Jones Sports International, In          Unknown
        16023 Lausanne Dr.
        Houston            TX 77070
--------------------------------------------------------------------------------

        001503988

        Jones, Amanda L                         Unknown
        360 Richard Way
        Athens             GA 30605
--------------------------------------------------------------------------------

        001575966

        Jones, Angela M                         Unknown
        1411 Hawktree
        College Station    TX 77845
--------------------------------------------------------------------------------

                        Unsecured Creditors -- Sales Representatives

Creditors Names and                        Total Amt
Mailing Address/ Zip Code                  of Claim


000144155


Jones, Barbara J.                          Unknown
4702 Westwood Drive
Youngstown          OH 44515
-----------------------------------------------------------------------------------

001520477


Jones, Bernice V.                          Unknown
224 East Heroy Street
Spokane             WA 99207
-----------------------------------------------------------------------------------

001457041


Jones, Betty Sue                           Unknown
3080 Skyview
Wylie               TX 75098
-----------------------------------------------------------------------------------

001563456


Jones, Bradley N.                          Unknown
1325 10Th Avenue Apt 2
Tuscaloosa          AL 35401
-----------------------------------------------------------------------------------

001515621


Jones, Bren H.                             Unknown
6306 Lafayette Way
Dallas              TX 75230
-----------------------------------------------------------------------------------

001560734


Jones, Brenda B.                           Unknown
691 Twin Pond Lane
Fries               VA 24330
-----------------------------------------------------------------------------------

001549445


Jones, Bret H.                             Unknown
141 Widgeon Drive
Lexington           SC 29072
-----------------------------------------------------------------------------------

000158590


Jones, Carol W.                            Unknown
808 S. Marlborough
Dallas              TX 75208
-----------------------------------------------------------------------------------

001551648


Jones, Chad B.                             Unknown
1610 Old Cherokee Road
Lexington           SC 29072
-----------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001534333

Jones, Charles A.                    Unknown
301 East Street
Alba            MO 64830
---------------------------------------------------------------------------

001560571

Jones, Cliffy                        Unknown
171 Sought Bayview Ave. Apt. B
Freeport         NY 11520
---------------------------------------------------------------------------

001606479

Jones, Cynthia M.                    Unknown
10 B Old South Ct.
Bluffton         SC 29910
---------------------------------------------------------------------------

001565634

Jones, Dale                          Unknown
2117 Gazaway
Boaz             AL 35956
---------------------------------------------------------------------------

001487043

Jones, Dana L.                       Unknown
475 North 400 West
Orem             UT 84057
---------------------------------------------------------------------------

000151385

Jones, Danny B.                      Unknown
1613 River Crest Drive
Knoxville        TN 37922
---------------------------------------------------------------------------

001495353

Jones, Darla K.                      Unknown
205 N.W. 22nd
Oklahoma City    OK 73103
---------------------------------------------------------------------------

001582109

Jones, David B.                      Unknown
1065 Valley Butte Dr.
Eugene           OR 97401
---------------------------------------------------------------------------

001590365

Jones, Deborah A                     Unknown
1421 Baffin Bay Dr
Plano            TX 75075
---------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001463468 | |
| Jones, Diana R.<br>112 N. Central St.<br>Sedro Wooley      WA 98284 | Unknown |
| 000113496 | |
| Jones, Donna B.<br>P.O. Box 2742<br>Augusta      GA 30904 | Unknown |
| 001579575 | |
| Jones, Gabrielle R.<br>3217 Stoney Creek Drive  West<br>Williamsburg      VA 23185 | Unknown |
| 001595463 | |
| Jones, Gail B<br>219 Eveningstar<br>Newport Beach      CA 92660 | Unknown |
| 001518379 | |
| Jones, Gilbert F.<br>1726 Union Chapel Rd.<br>Union Grove      AL 35175 | Unknown |
| 000114268 | |
| Jones, Glen H.<br>Route 3 Box 759<br>Double Springs      AL 35553 | Unknown |
| 000158376 | |
| Jones, Holley L.<br>626 Oak Knoll<br>Minden      LA 71055 | Unknown |
| 001560342 | |
| Jones, Jean L.<br>758 High Point Ridge Rd.<br>Franklin      TN 37069 | Unknown |
| 001541806 | |
| Jones, Jeff E.<br>11328 South Post Oak Ste. 104<br>Houston      TX 77035 | Unknown |

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001529230 | |
| Jones, Jeffrey B.<br>921 Springdale Road<br>West Cola        SC 29170 | Unknown |
| 001564037 | |
| Jones, Jennifer W.<br>3001 Lexington Farm Dr.<br>Alpharetta       GA 30004 | Unknown |
| 001611805 | |
| Jones, John B.<br>1501 W. Rose #34<br>Walla Walla      WA 99362 | Unknown |
| 000120777 | |
| Jones, Jon D.<br>5 Manor Circle<br>Little Rock      AR 72210 | Unknown |
| 001540363 | |
| Jones, K. Brent<br>350 Fairforest Way #8301<br>Greenville       SC 29607 | Unknown |
| 001519167 | |
| Jones, Kathleen B.<br>824 Norwalk Dr.<br>Nashville        TN 37214 | Unknown |
| 001464934 | |
| Jones, Kathy K.<br>Pioneer Trail Box 183<br>Big Sandy        MT 59520 | Unknown |
| 000117331 | |
| Jones, Kerry G.<br>169 Black Road<br>Jasper           AL 35504 | Unknown |
| 001527521 | |
| Jones, Kristina L.<br>2807 Sinclair<br>Pasadena         TX 77503 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001495094

Jones, Kyle E                              Unknown
5461 Oak Lane
Millbrook        AL 36054
-----------------------------------------------------------------------------

000113549

Jones, Laura Nell                          Unknown
6047 Coca Cola Blvd.
Columbus         GA 31909
-----------------------------------------------------------------------------

001599743

Jones, Lavonda L.                          Unknown
625 Moody Street
Gosnell          AR 72315
-----------------------------------------------------------------------------

001516568

Jones, Linda D.                            Unknown
721 Westridge Dr.
Danville         VA 24541
-----------------------------------------------------------------------------

000110259

Jones, Lucretia                            Unknown
1284 Rhodes Place
Las Cruces       NM 88005
-----------------------------------------------------------------------------

001523011

Jones, Mary E.                             Unknown
5394 Oak Bay Dr., N.
Jacksonville     FL 32277
-----------------------------------------------------------------------------

000116483

Jones, Matthew E.                          Unknown
105A White Oak Dr.
Greenville       SC 29607
-----------------------------------------------------------------------------

001457804

Jones, Melinda C                           Unknown
303 East Steeple Chase Road
Pleasant Garden  NC 27313
-----------------------------------------------------------------------------

000116484

Jones, Michael A                           Unknown
20 Wonderwood Dr
Greenville       SC 29615
-----------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 738

Unsecured Creditors -- Sales Representatives


       Creditors Names and                      Total Amt
       Mailing Address/ Zip Code                of Claim


       001573839


       Jones, Michael J.                        Unknown
       16023 Lausanne Dr.
       Houston          TX 77070
------------------------------------------------------------------------
       001579444


       Jones, Nina                              Unknown
       4723 Falcon Forest
       Humble           TX 77346
------------------------------------------------------------------------
       001581190


       Jones, Oscar F.                          Unknown
       109 W. Santa Rosa
       Victoria         TX 77902
------------------------------------------------------------------------
       001578971


       Jones, Patricia J.                       Unknown
       205 W. Lagrange
       Lake Charles     LA 70605
------------------------------------------------------------------------
       000107301


       Jones, Patrick O.                        Unknown
       8659 Wright Rd.
       Kannapolis       NC 28081
------------------------------------------------------------------------
       001474778


       Jones, Patti M.                          Unknown
       5 Mountain Drive
       Oneonta          AL 35121
------------------------------------------------------------------------
       001608733


       Jones, Rafella R.                        Unknown
       PO Box 55
       Norphlet         AR 71759
------------------------------------------------------------------------
       001510808


       Jones, Randy E.                          Unknown
       132 N. 755 W.
       Blackfoot        ID 83221
------------------------------------------------------------------------
       001551731


       Jones, Richard G.                        Unknown
       110 Wood lawn St
       Friendswood      TX 77546
------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page 739
                      Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | | Total Amt<br>of Claim |
|---|---|---|
| 001493365 | | |
| Jones, Robin W.<br>5914-A Monnett Rd<br>Julian | NC 27283 | Unknown |
| 001520253 | | |
| Jones, Rodney E.<br>Rt. 2 Box 295<br>Wichita Falls | TX 76301 | Unknown |
| 001495315 | | |
| Jones, Roger C.<br>3628 Meridian<br>Bellingham | WA 98225 | Unknown |
| 001565629 | | |
| Jones, Roy L.<br>2978 Hwy 77<br>Attalla | AL 35954 | Unknown |
| 001599363 | | |
| Jones, Russell C.<br>R. D. #3 Box 496<br>Blairsville | PA 157179160 | Unknown |
| 001575809 | | |
| Jones, Scott G.<br>525 Spruce St.<br>Salem | OR 97303 | Unknown |
| 001517643 | | |
| Jones, Shae L.<br>756 E. 1000 North #58<br>Logan | UT 84321 | Unknown |
| 001595893 | | |
| Jones, Shannon K.<br>P.O. Box 461<br>Onalaska | TX 77360 | Unknown |
| 000104294 | | |
| Jones, T. Randall<br>462 Mt. Royall Dr.<br>Mt. Pleasant | SC 29464 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001547936 | |
| Jones, Teresa A.<br>734 Princeton Lane<br>Deer Park        TX 77536 | Unknown |
| 001479309 | |
| Jones, Teresa M<br>South Bench Road<br>Hinsdale        MT 59241 | Unknown |
| 001522148 | |
| Jones, Thomas C.<br>3407 Oakdale Ave.<br>McHenry        IL 60050 | Unknown |
| 001473120 | |
| Jones, Trenton<br>1620 East 3970 South #44<br>Salt Lake City    UT 84124 | Unknown |
| 000103882 | |
| Jones, Troy<br>706 Buras St<br>Baker        LA 70714 | Unknown |
| 001507055 | |
| Jones, Velma J.<br>2820 Kings Gate Drive<br>Carrollton        TX 75006 | Unknown |
| 000151041 | |
| Jones, Verneice L.<br>4002 Providence<br>Garland        TX 75043 | Unknown |
| 001562798 | |
| Jones, Wiley B.<br>1070 Walker Church Rd.<br>Greensboro        GA 30642 | Unknown |
| 001568759 | |
| Jones, Willard C.<br>$22 North Marshall Drive<br>Camano Island    WA 98292 | Unknown |

JCH7CLAIM2 98/12/07           INTERNATIONAL HERITAGE      Page: 741

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001560621 | |
| Jorcin, Eric<br>14021 Summerville Place<br>Davie        FL 33325 | Unknown |
| 001558325 | |
| Jorcin, Mireille M.<br>14021 Summersville Place<br>Davie        FL 333225 | Unknown |
| 001560416 | |
| Jorcin, Patrick R<br>14021 Summerville Place<br>Davie        FL 33325 | Unknown |
| 001608636 | |
| Jordan Dana<br>915 Addie Lane<br>Middleburg        FL 32065 | Unknown |
| 001463409 | |
| Jordan, David S.<br>Box 151 Dildine Rd<br>Union Springs        NY 13160 | Unknown |
| 001458779 | |
| Jordan, Donna J.<br>Box 151 Dildine Rd.<br>Union Springs        NY 13160 | Unknown |
| 001560403 | |
| Jordan, Doris<br>P.O. Box 326<br>Pinelake        GA 30072 | Unknown |
| 001596667 | |
| Jordan, Douglas E.<br>34103 South State Rt. O<br>Drexel        MO 64742 | Unknown |
| 001482552 | |
| Jordan, Jana W.<br>525 Desota Drive<br>Ft. Payne        AL 35967 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001548878 | |
| Jordan, Karen M. 26-06 Quail Ridge Dr., Plainsboro    NJ 08536 | Unknown |
| 000121288 | |
| Jordan, Levada G. HCR 68 Box 1483-10 Vian    OK 74962 | Unknown |
| 001526270 | |
| Jordan, Robert C. 145 S. 33Rd Bellingham    WA 98225 | Unknown |
| 001563077 | |
| Jordan, Todd R. 6320 N. Calispel #19 Spokane    WA 99208 | Unknown |
| 001469588 | |
| Jordan, Wendy S. 1063 Sharps Hill Rd. Arkport    NY 14807 | Unknown |
| 001540084 | |
| Jordon, Carol M. 817 Walker Ave. Wenatchee    WA 98801 | Unknown |
| 000130443 | |
| Jorgensen, Paul 509 Rd. 5 N.E. Coulee City    WA 99115 | Unknown |
| 001608295 | |
| Jorgensen, Zachary D. 901 Cherokee Rd North Platte    NE 69101 | Unknown |
| 001485535 | |
| Joseph Kirk Davenport, Inc. 4 Morning Star Irvine    CA 92612 | Unknown |

Creditors Names and                        Total Amt
Mailing Address/ Zip Code                  of Claim


000157483


Joseph, Rose M.                            Unknown
127 Dalton Dr.
New Iberia         LA 70560
------------------------------------------------------------------------

001546997


Josserand, PAMELA A.                       Unknown
9562 Coolbrook
San Antonio        TX 78250
------------------------------------------------------------------------

001578828


Joubert, Jeanne R.                         Unknown
121 28Th St.
New Orleans        LA 70124
------------------------------------------------------------------------

001577009


Jow, Mei-Mei                               Unknown
9026A Carousel
Houston            TX 77080
------------------------------------------------------------------------

001554118


Jowers, Dan B.                             Unknown
419 Hidden Acres Dr.
Lafayette          LA 70503
------------------------------------------------------------------------

001598760


Joy M. Bourgeois                           Unknown
67 Mason St.
Gretna             LA 70053
------------------------------------------------------------------------

001592423


Joyner, Beatrice M                         Unknown
5209 Burlington Road
McLeansville       NC 27301
------------------------------------------------------------------------

001526450


Jozwaik, Amy A.                            Unknown
18205 Cliff Dr.
Independance       MO 64055
------------------------------------------------------------------------

001528563


Judy Ford Stokes & Associates,            Unknown
5295 Woodridge Forest Trail
Atlanta            GA 30327
------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| **001460107** | |
| Julee Enterprises, LLC<br>One Riverside Dr<br>Eufaula          AL 36027 | Unknown |
| **001516130** | |
| Junck, Shirley J.<br>4500 Polk Street<br>Sioux City       IA 51108 | Unknown |
| **001608921** | |
| Jurenka, Darcie Jo<br>1041 West A St. # 33<br>Moscow           ID 83843 | Unknown |
| **001611285** | |
| Jurenka, David L<br>Youelle Ave<br>Rudyard          MT 59540 | Unknown |
| **001606193** | |
| Jurenka, J.<br>Youelle Ave<br>Rudyard          MT 59540 | Unknown |
| **001583180** | |
| Jurenka, Joey D.<br>814 Logan<br>Helena           MT 59601 | Unknown |
| **001559231** | |
| Jurgens, Brenda J.<br>Route 1, Box 231<br>Mineola          TX 75773 | Unknown |
| **001541530** | |
| Just Two Inc. (Jeff Yates)<br>1749 Jacobs Rd.<br>S. Daytona       FL 32119 | Unknown |
| **001568972** | |
| Justice, Ina J.<br>2550 Akers Mill Rd Apt J7<br>Atlanta          GA 30339 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001540658 | |
| KVM Enterprises<br>485 10th PL SW<br>Vero Beach        FL 32962 | Unknown |
| 001592957 | |
| Kadane, Nita S<br>5706 Holly Hill Cr<br>Dallas          TX 75231 | Unknown |
| 001602950 | |
| Kageht, Inc<br>15150 Preston #300<br>Dallas          TX 75248 | Unknown |
| 001607981 | |
| Kahlon, Amritpal S.<br>23226 113Th Pl Se<br>Kent            WA 98031 | Unknown |
| 001604439 | |
| Kahn, Lynda N.<br>8755 Nw 47 Dr<br>Coral Springs    FL 33067 | Unknown |
| 001571395 | |
| Kai 'Oli Corporation<br>1323 Farrelly St.<br>Enumclaw        WA 98022 | Unknown |
| 001584155 | |
| Kailin, Yin<br>11 California St #I<br>Arcadia         CA 91006 | Unknown |
| 001490315 | |
| Kaiser, Barbara<br>1116 Windridge Dr.<br>Atlanta         GA 30350 | Unknown |
| 000133909 | |
| Kaiser, Kimberly D.<br>2418 Deerfield Drive<br>Aurora          IL 60506 | Unknown |

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001524318 | |
| Kaiser, Roger M.<br>7204 N. Yale<br>Spokane        WA 99217 | Unknown |
| 001559042 | |
| Kalasnik, Jonathan L.<br>1949 Cassingham Circle<br>Ocoee        FL 34761 | Unknown |
| 000161804 | |
| Kalb, Gregory C.<br>433 W. Linden<br>Mustang        OK 73064 | Unknown |
| 000142700 | |
| Kalb, Joyce<br>6515 S.W. 59Th St.<br>Okc        OK 73179 | Unknown |
| 000158654 | |
| Kalb, Martin C.<br>Rt. 4 Box 341<br>Blanchard        OK 73010 | Unknown |
| 001471659 | |
| Kalman, Robert M.<br>430  Buckingham  #1936<br>Richardson        TX 75081 | Unknown |
| 001543560 | |
| Kalusha, Jana L.<br>11215 W 109 Street<br>Overland Park        KS 66210 | Unknown |
| 000102520 | |
| Kameoka, Lisa<br>6188 Oxon Hill Rd.<br>Oxon Hill        MD 20745 | Unknown |
| 001574628 | |
| Kane, Earl K.<br>7648 Parkview Way<br>Coral Springs        FL 33065 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001531045

Kane, Mark A.                                   Unknown
1414 East Maplewood Avenue
Bellingham        WA 98225

---

001572806

Kane, Patricia                                  Unknown
7648 Parkview Way
Coral Springs     FL 33065

---

001601099

Kang, Robert                                    Unknown
824 Ashiya Road
Montebello        CA 90640

---

001518068

Kang, Ye                                        Unknown
639 W. Longen Ave.
Arcadia           CA 91007

---

001483027

Kaniper, Alan                                   Unknown
301 Kansas Drive
Ozawkie           KS 66070

---

001468178

Kaniper, Gayl M                                 Unknown
1306 Ash Road
Eudora            KS 66025

---

001489923

Kaniper, Suzanne M                              Unknown
1744 Road 310
Admire            KS 66830

---

000129098

Kantorowicz, Brenda K.                          Unknown
641 Oasis Drive
Billings          MT 59105

---

000150865

Kantorowicz, David E                            Unknown
1105 West Central Ave
Belgrade          MT 59714

---

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

000128748

Kantorowicz, F. Lamont          Unknown
Rural Route South #24
Chester          MT 59522
----------------------------------------------------------------

000143843

Kantorowicz, Laura M.          Unknown
115 N. 24Th St. #805
Billings          MT 59101
----------------------------------------------------------------

001587887

Kaplan, Jacque          Unknown
9853 N.W. 14Th Court
Coral Springs          FL 33071
----------------------------------------------------------------

001520092

Karaba, Kenneth D.          Unknown
4206 E West Muledeer Dr.
Usafa          CO 80840
----------------------------------------------------------------

001553223

Karle, Deanna L.          Unknown
14657 Taylor St.
West Olive          MI 49460
----------------------------------------------------------------

001509226

Karlin, Dennis M.          Unknown
2567 Sasha Ct.
Simi Valley          CA 93063
----------------------------------------------------------------

000126467

Karlin, Gerald J.          Unknown
2106 Fort St.
Hays          KS 67601
----------------------------------------------------------------

000123106

Karlin, Mary A.          Unknown
1952 Severin Road
Hays          KS 67601
----------------------------------------------------------------

000121436

Karnes, Carl V.          Unknown
5909 Fairchild CT.
Plano          TX 75093
----------------------------------------------------------------

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE          Page:  749
                   Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 000121433 | |
| Karnes, Robert M.<br>4608 Via Ventura<br>Mesquite        TX 75150 | Unknown |
| 001579180 | |
| Karns, Steven C.<br>P O Box 1711<br>Morton          WA 98356 | Unknown |
| 001603599 | |
| Karras, Jimmie<br>1600 Hwy 395 #A-124<br>Hermiston        OR 97838 | Unknown |
| 001566623 | |
| Karras, Michael D.<br>3360 Travis Lane<br>Anchorage        AK 99507 | Unknown |
| 001504720 | |
| Kasbee, Deborah A.<br>773 Forestridge Drive<br>Youngstown        OH 44512 | Unknown |
| 001524337 | |
| Kass, Jean M.<br>2016 Ne. 26 Dr.<br>Wilton          FL 33306 | Unknown |
| 001569404 | |
| Kate, Michael O.<br>444 East Norwich Ave.<br>Columbus        OH 43201 | Unknown |
| 001577927 | |
| Kates, Jeffrey J.<br>1730 E. Nine Mile Rd.<br>Pensacola        FL 32514 | Unknown |
| 001598475 | |
| Kathy R. & Peter Gambaro<br>24308 Andrea St.<br>Laguna Hills        CA 92656 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001586199 | |
| Katona, Cynthia J.<br>300 Highway 34<br>Colts Neck      NJ 07722 | Unknown |
| 001482471 | |
| Katsos, Tim J<br>1201 Weathergreen Court<br>Kernersville    NC 27284 | Unknown |
| 000159556 | |
| Katz, Heath S.<br>14708 Dunleith St.<br>Gaithersburg    MD 20878 | Unknown |
| 001580698 | |
| Katzenstein, Daniel F.<br>6123 Verde Valley<br>Humble        TX 77396 | Unknown |
| 001455835 | |
| Kauffman, Marty J.<br>1255 Frontier Lane<br>Olathe        KS 66062 | Unknown |
| 001481973 | |
| Kaufman, Albert E.<br>6419 1St Ave. West<br>Bradenton      FL 34209 | Unknown |
| 001468111 | |
| Kaufman, Diane<br>Route 2, Box 99<br>Hoyworth      IL 61745 | Unknown |
| 001524990 | |
| Kaufman, Edwin<br>7 London Ct.<br>Mackinaw      IL 61755 | Unknown |
| 001524776 | |
| Kaufman, Jack D.<br>1613 Braden<br>Normal,        IL 61761 | Unknown |

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page: 751
                         Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                Total Amt
        Mailing Address/ Zip Code           of Claim


        000103219


        Kaufman, Laura                      Unknown
        902 Brantford Ave
        Silver Spring     MD 20904
----------------------------------------------------------------------------
        001607352


        Kaur, Balwinder                     Unknown
        20430-121St Way S E
        Kent              WA 98031
----------------------------------------------------------------------------
        001532416


        Kaur, Jaswinder R.                  Unknown
        28807 41st Ave South
        Auburn            WA 98001
----------------------------------------------------------------------------
        001606589


        Kaur, Narinder                      Unknown
        82 Brighton 11 Street
        Brooklyn Kings    NY 11235
----------------------------------------------------------------------------
        001554532


        Kay, Andrea K.                      Unknown
        3512 Atherton
        Independenct      MO 64055
----------------------------------------------------------------------------
        000120218


        Kay, Jason P.                       Unknown
        925 Northwood Street Apt. 9301
        Bay Town          TX 77521
----------------------------------------------------------------------------
        000120482


        Kay, Srie M.                        Unknown
        428 Ross Rd.
        Arococo           LA 71403
----------------------------------------------------------------------------
        001601621


        Kayser, Micheal                     Unknown
        18815 Se 197 Ave
        Clockamas         OR 97015
----------------------------------------------------------------------------
        001558472


        Ke, Shi - Bing                      Unknown
        74 - 09 45 Ave. 2 FL
        Elmhurst          NY 11373
----------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE        Page: 752
                     Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001609164


        Keane, Dennis                          Unknown
        913 Glenmill
        Manchester        MO 63021
---------------------------------------------------------------------------

        001516009


        Keathley, Richard W.                   Unknown
        16114 Arborlea Drive
        Friendswood       TX 77546
---------------------------------------------------------------------------

        001612412


        Keating, Denise M.                     Unknown
        P. O. Box 414
        Dracut            MA 01826
---------------------------------------------------------------------------

        001573730


        Keefe, Jeff B.                         Unknown
        160 Broadway L-4
        Clinton           MS 39056
---------------------------------------------------------------------------

        001569786


        Keels, Michael A.                      Unknown
        3182 Green Farm Trail
        Dacula            GA 30019
---------------------------------------------------------------------------

        001603166


        Keels, W. F.                           Unknown
        P.O. Box 1081
        Mt. Pleasant      SC 29465
---------------------------------------------------------------------------

        001590525


        Keen, John E.                          Unknown
        13544 New Wood Ave
        Baton Rouge       LA 70818
---------------------------------------------------------------------------

        001572343


        Keen, Ray D.                           Unknown
        1200 S. Sharon
        Kennewick         WA 99337
---------------------------------------------------------------------------

        000112476


        Keen, Richard C.                       Unknown
        3350 Singhampton Lane
        Lawrenceville     GA 30244
---------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07            INTERNATIONAL HERITAGE        Page: 753
                        Unsecured Creditors -- Sales Representatives

```
      Creditors Names and                    Total Amt
      Mailing Address/ Zip Code              of Claim


      001520649


      Keenan, Janice K.                      Unknown
      506 Pennington
      Corpus Christi      TX 78412
-----------------------------------------------------------------------------
      001570047


      Keene, Dr. Richard R.                  Unknown
      3924 Davis Circle
      Plano              TX 75023
-----------------------------------------------------------------------------
      001603523


      Keene, Steven R                        Unknown
      1629 Cambridge Drive
      Shreveport         LA 71105
-----------------------------------------------------------------------------
      001575852


      Keene, Thomas C.                       Unknown
      22 Treasure Island Rd.
      Plainville         MA 02762
-----------------------------------------------------------------------------
      001149333


      Keener, Beth F.                        Unknown
      1855 Washington Hwy
      Lincolnton         GA 30817
-----------------------------------------------------------------------------
      001149402


      Keener, Betty                          Unknown
      3472 Bethany Church Rd.
      Lincolnton         GA 30817
-----------------------------------------------------------------------------
      001547486


      Keener, Tonya F.                       Unknown
      3716 Boyds Creek Hwy.
      Sevierville        TN 37876
-----------------------------------------------------------------------------
      001510363


      Koester, Philip  R.                    Unknown
      2524 South West Duncan Street
      Topeka             KS 66614
-----------------------------------------------------------------------------
      001147494


      Keidel, Sabrina L.                     Unknown
      300 Oak
      Holcomb            KS 67851
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        000152655


        Keil, Richard G                       Unknown
        3403 Indian Hills Rd SE
        Decatur           AL 35603
------------------------------------------------------------------------

        000142908


        Keim, Moyn L.                         Unknown
        821 Meadowbrook Rd.
        Salina            KS 67401
------------------------------------------------------------------------

        001544236


        Keiser, Roy W.                        Unknown
        6104 Atom St.
        Metairie          LA 70003
------------------------------------------------------------------------

        001581438


        Keith, C. David                       Unknown
        110 Hillside Drive East
        Burleson          TX 76028
------------------------------------------------------------------------

        001584664


        Keith, David J                        Unknown
        1031 Chavez Road NW
        Albuquerque       NM 87107
------------------------------------------------------------------------

        001567704


        Keith, Jr. Robert L.                  Unknown
        P.O. Box 525
        Sumas             WA 98295
------------------------------------------------------------------------

        001553441


        Keith, Marsha                         Unknown
        429 Westwood
        Bossier City      LA 71111
------------------------------------------------------------------------

        001579626


        Keith, Matthew J.                     Unknown
        1031 Chavez Rd. Nw.
        Albuquerque       NM 87107
------------------------------------------------------------------------

        000120985


        Keith, Thomas R.                      Unknown
        P.O. Box 1200
        Jackson           LA 70748
------------------------------------------------------------------------
```

JCH7CLAIM2 96/12/07                    INTERNATIONAL HERITAGE                  Page:5 755
                    Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001479795 | |
| Keliipuleole, Robin L.<br>3037 E. Rose Lane<br>Phoenix          AZ 85016 | Unknown |
| 000115550 | |
| Kelleher, Michael P.<br>1544 Summerset Drive<br>Dunwoody          GA 30338 | Unknown |
| 001479776 | |
| Keller, Benjamin B.<br>750 A Ridge Rd.<br>Lafayette          LA 70506 | Unknown |
| 001567311 | |
| Keller, Gordon L.<br>101 Young Grade Rd.<br>Yakima          WA 98908 | Unknown |
| 001481820 | |
| Keller, Ken<br>3619 Texas St. Apt. 32C<br>Lake Charles          LA 70605 | Unknown |
| 001575952 | |
| Keller, Kyle G.<br>101 Young Grade Rd<br>Yakima          WA 98908 | Unknown |
| 001602042 | |
| Keller, Phyllis R.<br>5320 W. Sunset Suite 175A<br>Springdale          AR 72762 | Unknown |
| 001516682 | |
| Keller, Russell W.<br>14902 West 84Th Terrace<br>Lenexa          KS 66215 | Unknown |
| 001578615 | |
| Kelley, Jacqueline B.<br>49 Still Shadow Drive<br>Charleston          SC 29414 | Unknown |

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE          Page: 756
                           Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001510486


        Kelley, Janet Coutu                  Unknown
        5250 Hwy 4
        Milligan        FL 32537
-------------------------------------------------------------------------------
        000139355


        Kelley, Patricia R.                  Unknown
        1501 Stagecoach Lane S.E.
        Albuquerque      NM 87123
-------------------------------------------------------------------------------
        000129913


        Kelley, Randolph L.                  Unknown
        6816 Pino Real Drive
        El Paso         TX 79912
-------------------------------------------------------------------------------
        001580980


        Kelley, Ronald M.                    Unknown
        1340 Savannah Hwy
        Waynesboro       TN 38485
-------------------------------------------------------------------------------
        001541644


        Kelley, Thomas O.                    Unknown
        9 Iv, Gates
        Atlanta          GA 30342
-------------------------------------------------------------------------------
        001501562


        Kelley, Tonja A                      Unknown
        4217 Jessica Lane
        Carrollton       TX 75010
-------------------------------------------------------------------------------
        001170255


        Kellogg, Greg A                      Unknown
        13012 Gertruide Street
        Omaha            NE 68138
-------------------------------------------------------------------------------
        001138543


        Kellogg, John J.                     Unknown
        1107 Simms Avenue
        Council Bluffs   IA 51503
-------------------------------------------------------------------------------
        001. 0701


        Kelly II Joseph A                    Unknown
        6001 Tranquility Lane
        Sutherland       VA 23885
-------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|

001610316

Kelly III, Joseph "Aaron" A        Unknown
6009 Tranquility Lane
Sutherland        VA 23885
---
001596710

Kelly Jr., Clyde S.        Unknown
7841 Woodlark Cove
Memphis        TN 38018
---
001776299

Kelly, Deborah L.        Unknown
2041 Detroit Rd.
Rocky River        OH 44116
---
001542269

Kelly, James H.        Unknown
4103 Flint Creek
Kingwood        TX 77339
---
001602494

Kelly, Jennifer        Unknown
403 Coverdalene Ave
Pinehurst        ID 83850
---
001173644

Kelly, Kasey K.        Unknown
2905 Queen
Missoula        MT 59801
---
001110951

Kelly, Keith E.        Unknown
1943 Kentwood Lane
Carrollton        TX 75007
---
001611813

Kelly, Lesley A.        Unknown
1724 W. 45Th Ave. Lot#31
Kennewick        WA 99337
---
000171040

Kelly, Marcus S.        Unknown
21401 Se396
Enumclaw        WA 98022
---

                             Unsecured Creditors -- Sales Representatives


        Creditors Names and                        Total Amt
        Mailing Address/ Zip Code                  of Claim


        001552913


        Kelly, Marie D.                            Unknown
        5901 High Meadow
        Alexandria        VA 22310
-------------------------------------------------------------------------------------
        0015.3027


        Kelly, Paula M.                            Unknown
        11 Meadowview Drive
        Plaistow          NH 03865
-------------------------------------------------------------------------------------
        000157198


        Kelly, Steve D.                            Unknown
        1206 Windingway
        Friendswood       TX 77546
-------------------------------------------------------------------------------------
        001510969


        Kelpinski, Robert S.                       Unknown
        19 F rkness Ave
        Springfield       MA 01118
-------------------------------------------------------------------------------------
        0015"7189


        Kelsall, Suzanne                           Unknown
        101 Lake Howard Drive S W
        Winter Haven      FL 33880
-------------------------------------------------------------------------------------
        001515780


        Kelsey, Krista                             Unknown
        645 N. Ave. B.
        Wendell           ID 83355
-------------------------------------------------------------------------------------
        001575840


        Kelso, Randall C.                          Unknown
        County Road 422
        Present           TX 78375
-------------------------------------------------------------------------------------
        001672145


        Kemmerer, Michael L.                       Unknown
        1311 Juneway Terr.
        Round Lake Beach  IL 60073
-------------------------------------------------------------------------------------
        000373707


        Kemnitz, Dayne D.                          Unknown
        108() Yorkspring Dr.
        Dallas            TX 75218
-------------------------------------------------------------------------------------

                      Unsecured Creditors -- Sales Representatives

          Creditors Names and                 Total Amt
          Mailing Address/ Zip Code            of Claim

          000151756

          Kemnitz, Jackie D.                   Unknown
          2310 Tiffany Court
          Garland        TX 75043
-------------------------------------------------------------------------------

          0015:2897

          Kemp, James & Donna                  Unknown
          183 Roberson Rd.
          Simsboro       LA 71275
-------------------------------------------------------------------------------

          0015:5768

          Kemp, James M.                       Unknown
          710 Germantown Rd.
          Minden         LA 71055
-------------------------------------------------------------------------------

          0015'1343

          Kemp, James R.                       Unknown
          505 Sullivan Ln.
          Denham Springs   LA 70726
-------------------------------------------------------------------------------

          001537367

          Ken Greenway Inc                     Unknown
          2905 S Machias Rd
          Snohomish      WA 98290
-------------------------------------------------------------------------------

          000118125

          Kendall, George E.                   Unknown
          568 Kendall Rd.
          Singer         LA 70660
-------------------------------------------------------------------------------

          0001 8958

          Kendor Investments                   Unknown
          6945 College Ct Blg 2 Apt 202
          Davie          FL 33317
-------------------------------------------------------------------------------

          001577678

          Keny, Janice                         Unknown
          1337 White Rock Way
          Antioch        CA 94509
-------------------------------------------------------------------------------

          001517665

          Keng, Robert                         Unknown
          1337 White Rock Way
          Antioch        CA 94509
-------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

0015J6326

Kennard, Byron N.
418 Holly Lane
Dayton          TX 77535          Unknown

---

000161969

Kennedy, Henry A.
97 Harwood Ave.
Charleston          SC 29409          Unknown

---

000117368

Kennedy, Irvin P.
10311 Whitesville Rd.
Fortson          GA 31808          Unknown

---

000135350

Kennedy, Janice G.
2195 Winchester Rd.
Toney          AL 35773          Unknown

---

0015 1921

Kennedy, Laura L.
#1 Blackjack Lane
Lewisville          TX 75077          Unknown

---

000118857

Kennedy, Random S.
711 Monrovia
Ruston          LA 71270          Unknown

---

0015 7564

Kennedy, Rene D.
5009 Hudson Dr.
Plano          TX 75093          Unknown

---

000112396

Kennedy, Steve P.
5935 Hamilton Rd.
Columbus          GA 31909          Unknown

---

000115689

Kennel, Frederick M.
605 Douglas Lane
Huntsville          AL 35801          Unknown

---

JCH7CLAIM2 96.12/07                    INTERNATIONAL HERITAGE              Page 5 761
                        Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

000116734

Kennel, Hans F.                        Unknown
605 Douglas Lane
Huntsville        AL 35801
--------------------------------------------------------------------------

001541229

Kennemore, Karen A.                    Unknown
8440 Westcliff
Las Vegas         NV 89128
--------------------------------------------------------------------------

001434214

Kennewick Diverse                      Unknown
1301 W. 4Th #209
Kennewick         WA 99336
--------------------------------------------------------------------------

001176508

Kenning, Melanie M.                    Unknown
255 Lakemont Drive
Roswell           GA 30075
--------------------------------------------------------------------------

001002855

Kenny, Hubert                          Unknown
4350 W. 14Th Pl
Yuma              AZ 85364
--------------------------------------------------------------------------

001137737

Kenrick Marketing Associates           Unknown
1801 6th St. Apt. 2
Galena Park        TX 77547
--------------------------------------------------------------------------

001166098

Kent, Tiffany Waters                   Unknown
131 Pecan Square
Bossier City       LA 71112
--------------------------------------------------------------------------

001500358

Kent, Tom J.                           Unknown
17504 Santa Cristobal Street
Fountain Valley    CA 92708
--------------------------------------------------------------------------

001600124

Kerwin, Tracy                          Unknown
410 Falls Ave West
Twin Falls         ID 83301
--------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|

001311681

Keickhoff, Jacqueline S.                 Unknown
200 Lakeshore Dr.
Seabrook        TX 77586
-----------------------------------------------------------------------------------------

001215113

Kerek, Anita P                           Unknown
315d Main Street
West Middlesex    PA 16159
-----------------------------------------------------------------------------------------

001313124

Kelley, Stephen C                        Unknown
251s N Ohio
Joplin          MO 64801
-----------------------------------------------------------------------------------------

001217797

Kern, Andrew V.                          Unknown
521 W 20th STREET D. #3
Pittsburg       KS 66762
-----------------------------------------------------------------------------------------

001339118

Kern, Phyllis R.                         Unknown
561 S.E. Cooper Street
Portland        OR 97286
-----------------------------------------------------------------------------------------

001 11361

Kerror, Robert                           Unknown
3437 Hall Dr
Aiken           SC 29801
-----------------------------------------------------------------------------------------

0015 3735

Kerns, Susan W.                          Unknown
3303 Durhill
Houston         TX 77025
-----------------------------------------------------------------------------------------

00111419

Kerns, Thelma J.                         Unknown
1003 S Horton
Fort Scott      KS 66701
-----------------------------------------------------------------------------------------

007335893

Kerr, Cora E.                            Unknown
2207 Cambridge St
Los Angeles     CA 90006
-----------------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 00 .79995 | |
| Kerr, Daniel W<br>531? N. 18Th Street #13<br>Phoenix          AZ 85016 | Unknown |
| 00 77079 | |
| Kerr, Ed W.<br>22? David Dr.<br>Delmont          PA 15626 | Unknown |
| 001. .451 | |
| Kerr, Louise<br>807. 767Th Place N.W.<br>Stanwood          WA 98292 | Unknown |
| 00.337756 | |
| Kerr, Marie C.<br>20? Williams Street<br>Piedmont          AL 36272 | Unknown |
| 00^ .730 | |
| Kerr, Nancy B.<br>71? Howood Lane<br>Richland          WA 99352 | Unknown |
| 001 :717 | |
| Kerr, Suzanne M.<br>14 ? S.h<br>Dodge City          KS 67801 | Unknown |
| 00 .3442 | |
| Kerr, Theresa<br>261... 72Nd N.W.<br>Stanwood          WA 98292 | Unknown |
| 001 755 | |
| Kerr, Mcelwee<br>15 . Ludlowville Rd.<br>Lansing          NY 14882 | Unknown |
| 00 497 | |
| Kerry III., Robert N.<br>10? Fort Sumter Dr.<br>Charleston          SC 29412 | Unknown |

Unsecured Creditors -- Sales Representatives


Creditors Names and                         Total Amt
Mailing Address/ Zip Code                   of Claim


001 1.721


Kelley, Dianna                              Unknown
11... Freedom Cove
San Antonio          FL 33576
---------------------------------------------------------------------------
001 F7682


Kemp..., Heather A.                         Unknown
18' : "oron Court
Arlington            WA 98223
---------------------------------------------------------------------------
00   \197


Kertwan, Dov                                Unknown
74  "vergreen Drive
West Hampstead       NY 11552
---------------------------------------------------------------------------
001...103


Koss..., Steven P.                          Unknown
62''' '' 5Th Ave
Kennewick            WA 99336
---------------------------------------------------------------------------
00...1068


Kell..., George S.                          Unknown
14'. ..xford Ct.
Stockbridge          GA 30281
---------------------------------------------------------------------------
00 7' :63


Kel..., James H.                            Unknown
51 '''11 Dr.
Roanoke              VA 24012
---------------------------------------------------------------------------
00'. "73


Kemp, Stacy D.                              Unknown
Rt. Box 410
Butler               MO 64730
---------------------------------------------------------------------------
00   ..048


Kepp Carol R                                Unknown
1: ' :eze
May                  LA 71449
---------------------------------------------------------------------------
00'  '01


Kerr Esther M.                              Unknown
10# .rnon St.
Lyman                SC 29365
---------------------------------------------------------------------------

JCH7CLAIM2 9: :/07                    INTERNATIONAL HERITAGE         Page: 765

Unsecured Creditors -- Sales Representatives

| Cr. :urs Names and Ma' :ng Address/ Zip Code | Total Amt of Claim |
|---|---|
| 00: 71645 | |
| Ke; .s, Glenda G. 10. :oodwind Lane Cr. .v:lle        TN 38555 | Unknown |
| 0( :11 | |
| Ke..:, Phyllis G. 32.. T.eek Road Box 344 No. :erford        OH 44445 | Unknown |
| 0( :910 | |
| Ke..?, Daryl 13:- .:estview Drive Lc. ::::s        NM 87031 | Unknown |
| 0( 44454 | |
| Ke  , Gary E. 6: :ampana Drive Bo :        NM 87002 | Unknown |
| 00: 37516 | |
| Ke  , Jason 14: ::ck Drive Ra .::.        NC 27610 | Unknown |
| 0( 08256 | |
| Ke..er, Carole R: Sanatarium Rd Es: :ance        NY 12066 | Unknown |
| 00:735225 | |
| K:. .11, Harun 83-:0 Coornish Ave E: .rst        NY 11373 | Unknown |
| 0: 57970 | |
| K:. g, Chau T. 54 : Westheimer #1124 Ho :ton        TX 77056 | Unknown |
| 0(.:96814 | |
| Ki .leaux, Jackie J 43. .eard Rd Su ::        LA 70584 | Unknown |

JCH7CLAIM2 § 12/07                    INTERNATIONAL HERITAGE          Page: 766

Unsecured Creditors -- Sales Representatives


        C:  itors Names and                    Total Amt
        Ma  ing Address/ Zip Code              of Claim


        0C  _37479


        Ki ler, Gerald R.                        Unknown
        18 15 Se 197Th
        Cl amas         OR 97015
--------------------------------------------------------------------------------
        0C  22533


        Ki ty, Laverna                           Unknown
        8C  Ave. L.
        Sc  h Houston    TX 77587
--------------------------------------------------------------------------------
        0C  20740


        Ki ins, Shawn D.                         Unknown
        7C   Palmilla Drive  Apt. 3103
        Sr  Diego         CA 92122
--------------------------------------------------------------------------------
        0C  21211


        K: , Susan D.                            Unknown
        2C  Avenue K.
        Bu er           OK 73932
--------------------------------------------------------------------------------
        0C  21616


        K_ ore, James M.                         Unknown
        8:  Williamsburg Drive
        P:  Road         AL 36064
--------------------------------------------------------------------------------
        0C  12217


        K: ore, Rhonda L.                        Unknown
        2:  Trinity Place
        La on            SC 29456
--------------------------------------------------------------------------------
        0C  60110


        Killian, Kelly R.                        Unknown
        5:  Eastview Drive
        Sl n             IA 51055
--------------------------------------------------------------------------------
        0C  59456


        K: lian, Kody A.                         Unknown
        18  Syracyse Ave.
        Nc folk          NE 68701
--------------------------------------------------------------------------------
        0C  69493


        K: ingsworth, J. Elaine                  Unknown
        1f  unnydale Rd.
        E: wood          NM 87015
--------------------------------------------------------------------------------

JCH7CLAIM2   12/07                    INTERNATIONAL HERITAGE        Page: 767
                        Unsecured Creditors -- Sales Representatives


        C:  itors Names and                    Total Amt
        M  ing Address/ Zip Code               of Claim


        0C  74386


        K  ingsworth, Josephine E.              Unknown
        1(   Promontory Ridge Way
        V    a              CA 92083
-------------------------------------------------------------------------------

        0   0018


        K  ough, Lisa M.                        Unknown
        4   7A Clark St.
        N  Windsor           NY 12553
-----------  -------------------------------------------------------------------

        0  61562


        K  ough, Suzanne F.                     Unknown
        B   194 Rd #5 Beebe Bridge Rd.
        C   stota             NY 13032
-------------------------------------------------------------------------------

        0   8645


        K   r, David J                          Unknown
        8   6 Highway 11
        M   on-Freewater      OR 97862
-----------  -------------------------------------------------------------------

        0   03183


        K   er, Luella                          Unknown
        P   x  41
        C   lle               OR 97423
-----------  -------------------------------------------------------------------

        0   0048


        K   r, Randy or Maureen                 Unknown
        7   Preston Rd., #911
        P             TX 75252
-----------  -------------------------------------------------------------------

        0   37720


        K   trick, Christy C.                   Unknown
        2   Club Drive
        L  rneville          GA 30044
-----------  -------------------------------------------------------------------

        0   71164


        K   trick, Linda F.                     Unknown
        2   Club Drive
        L  nceville          GA 30244
-----------  -------------------------------------------------------------------

        0   0011


        K   trick, Randall*                     Unknown
        5   Beaumont Ave
        L  lla               CA 92037
-----------  -------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


C-  tors **Names** and                              **Total Amt**
M-  ing **Address/ Zip Code**                       **of Claim**


0(  03187


K:  ~r, **Elsie**                                   Unknown
1(  A **Avenue E**
D:  .nson          **ND 58601**
--------------------------------------------------------------------------------
0(  :&:43


K:  David **J.**                                    Unknown
1~  :rkshire **Place**
E:  ~~rod **Cliffs    NJ 07632**
--------------------------------------------------------------------------------
0'  :6?98


K.  Jason                                           Unknown
6:  ~inwick **Rd. Apt 8**
B:  .ton           **MA 02135**
--------------------------------------------------------------------------------
0'  :?&?13


K.  Jin                                             Unknown
2.  S. **Serrano Avenue #103**
L(  ':eles        **CA 90004**
--------------------------------------------------------------------------------
0:  ''.216


K'  Michael **G.**                                  Unknown
2~  Janta **Barbara**
I:  :~             **CA 92606**
--------------------------------------------------------------------------------
0:  ::67


K.  Mark **S.**                                     Unknown
8:  '. Tritton **Ave. #63**
E:  :rst          **NY 11373**
--------------------------------------------------------------------------------
0   :?;38


K'  ~erly **J. Studier**                            Unknown
5.'  :-y **21 South**
R'  :;            **GA 31326**
--------------------------------------------------------------------------------
0'  ~~?75


K:  ':, **Kristine M.**                             Unknown
F.  ::x **597**
M'  :~ville       **LA 70447**
--------------------------------------------------------------------------------
0   · 7.57


K'  :all, **Jr. Joseph Eugene**                     Unknown
1.  Thomas **Circle**
R'  .:1           **GA 30075**
--------------------------------------------------------------------------------

JCH7CLAIM2 9  1   07                  INTERNATIONAL HERITAGE          Page  769

Unsecured Creditors -- Sales Representatives

| C     ..ors Names and<br>M  'ing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| O   ''''''2 | |
| K  .ll, Ted A.<br>6  ) S*erling Drive<br>S  '''    GA 30024 | Unknown |
| O   :E69 | |
| K   : :ll, Virginia L.<br>5  '''nbrook Pk.<br>G  .. '    TX 75043 | Unknown |
| 0   ':.2 | |
| K. :n:gh, Kathryn A.<br>4   :: Polk<br>Te  ':    KS 66603 | Unknown |
| 0   ..:35 | |
| K. : :;h, Sheila J.<br>4   . Hwy 53<br>H. :: :urg    AL 35564 | Unknown |
| 0:   :..72 | |
| K  . Thomas J.<br>1   ' ::5Th Ave. N.E.<br>S  .: :    WA 98125 | Unknown |
| 0.   ' 54 | |
| K:   . , Ben C.<br>1:. . ':ng Point<br>D. ' '    TX 75248 | Unknown |
| 0:   ':43 | |
| K. '. , Dale A.<br>7   '':dthrush<br>D. '':    TX 75230 | Unknown |
| 0:   : .:8 | |
| K  '''', Chrystal M.<br>9  ' .. cky Branch<br>D. .:    TX 75243 | Unknown |
| 0'  ' : .78 | |
| K:   . :om<br>9' ':::h 1St St.<br>H: . .n    MT 59840 | Unknown |

JCH7CLAIM2 s    ' '07           INTERNATIONAL HERITAGE       Page: 770
                          Unsecured Creditors -- Sales Representatives

        C. . .:rs Names and                    Total Amt
        Me  :.: Address/ Zip Code              of Claim


        0(  .' '45


        K:  '.,: Jim G                          Unknown
        2'   :arousel
        H(  '.;:er          CA 95023
------------  --------------------------------------------------------------------
        0.  ... 35


        K. '. ., Cynthia L                      Unknown
        4'  ''llard Drive
        B.  . .:11          SC 29812
------------  -------------------------------------------------------------------
        0:  ''''60


        K'  '' , Dianne B.                      Unknown
        P.  :'ix 1346
        M/  :...1d          TX 76063
------------ . --------------------------------------------------------------------
        0'   :93


        K.  ''' . Jr., Russell K.               Unknown
        1.  ' st Brown
        D.  '' .rk          TX 77536
------------   -------------------------------------------------------------------
        0:' ' :54


        K:  '' ., Jan E                         Unknown
        P'  ' 382
        R'  '. .y Beach     OR 97136
------------  ------------------------------------------------------------------
        0:   ''24


        K:  . .:m, John M.                      Unknown
        3:   .:outhhall Rd.
        F.  ...:              TN 37064
------------  -------------------------------------------------------------------
        0:   :93


        K.   .:: ., Marianne J.                 Unknown
        1:   - 14Th St. Ct. E
        E    .:              WA 98372
------------  .. -----------------------------------------------------------------
        0'  ' '8


        K    .   Cathy A.                       Unknown
        3:   .rkside Dr.
        P.                   TX 75075
------------  -------------------------------------------------------------------
        0.   :11


        K   ' '.., Louis A.                     Unknown
        R'  : terlington Hwy
        F'  '::lle          LA 71241
------------ . --------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| C: ᵛʳs Names and | Total Amt |
|---|---|
| Mᵃ · Address/ Zip Code | of Claim |

Oᴄ   :34

Kᵗ `:obile Cleaning           Unknown
84· ·.ltight Road
Gᵃ ···.ᵗ:      AL 35901
--------------------------------------------------------------------------

Oᵗ   :50

Kᵗ `:bby A.                   Unknown
3ᶠ  ·ᵗmar Lane
Lᵃ  _arles      LA 70615
--------------------------------------------------------------------------

O   _ :6

Kᵢ  `andace                   Unknown
Rᵤ  .., Box 502
N.  :       TX 76255
--------------------------------------------------------------------------

Oᵗ   :1

Rᵢ  `arol S.                  Unknown
1ᵗ  `:ng George Dr.
Gᵢ  ..:ro      NC 27410
--------------------------------------------------------------------------

Oᵗ   :0

K:  .hristine S.          ᵢ Unknown
2ᵗ    Jackson
Jᶠ        MO 64801
--------------------------------------------------------------------------

Oᵗ   `:38

K:  `:ranne G.               Unknown
1.    Dixon
Mᵢ        AZ 85201
--------------------------------------------------------------------------

Oᵗ   ·ᵗ8

K_  `:iana B.                Unknown
1ᵗ . .ᵗ: 1641
Fᶜ        TX 75126
--------------------------------------------------------------------------

Oᵗ   :22

K:  `:ris                    Unknown
2ᵗ  ᵗis Rd.
Cᶠ        GA 30114
--------------------------------------------------------------------------

Oᵢ   ·:8

K:  `dward E.                Unknown
1ᵗ  .. Leod Rd.
Bᵗ  `:ham      WA 98226
--------------------------------------------------------------------------

JCH7CLAIM2 ...  ..7            INTERNATIONAL HERITAGE        Page 772
                       Unsecured Creditors -- Sales Representatives

| C... ...rs Names and<br>Ma... ..: Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 0(  ..34 | |
| K.. ... ..eraldine<br>R.. ... ..x 29<br>Od...          WA 99159 | Unknown |
| 0(  ..34 | |
| K..  ..lenn B. *<br>8..   ..ltight Rd.<br>Ga          AL 35901 | Unknown |
| 0(  ..57 | |
| K..  ..anice I.<br>5(  .. 71 Place<br>Ga  ...lle     FL 32653 | Unknown |
| 0(  ..1 | |
| K..  ..ay W.<br>64..  ..r Nance Road<br>Hu  ...lle    AL 35811 | Unknown |
| 0(  ..59 | |
| K..  ..lie A.<br>5..  ..den<br>S.  ..     KS 66216 | Unknown |
| 0(  ..1 | |
| K..  ..rl A.<br>4(  ..en Valley<br>B..  ..am     WA 98226 | Unknown |
| 0(  ..8 | |
| K..  ..tthew James<br>3..  .. 400 W.<br>L..     UT 84042 | Unknown |
| 0(  ..75 | |
| K..  ..mela K.<br>24.  ..y Street<br>Pa  ..a     TX 77503 | Unknown |
| 0.  ..6 | |
| K..  ..obert C.<br>P.  ..x 575<br>Me     WA 99021 | Unknown |

Unsecured Creditors -- Sales Representatives


| Cr.  .rs Names and<br>Ma.   · Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 00.    57 | |
| Ki:   anford L.<br>11'   `ck Bottom Rd<br>Bc·           AL 35956 | Unknown |
| 0C'    76 | |
| Ki·   tan<br>17    ispering Circle Dr.<br>Cu             GA 30130 | Unknown |
| 0C    ':0 | |
| Ki:   tephanie P<br>13'   .ke Court.<br>Mi   ±          GA 31820 | Unknown |
| 00:    27 | |
| Ki:   .tephen<br>20'   3902D #104<br>Mt   `erprise    TX 75681 | Unknown |
| 0C    ':3 | |
| Ki.   .teven L.<br>46   ·allwood<br>Wi    Falls     TX 76310 | Unknown |
| 0C    ?1 | |
| Ki:   teven M.<br>19   ': Circle<br>Ca             GA 30114 | Unknown |
| 0C'    13 | |
| Ki   teresa L<br>52   . wer<br>Wi    Falls     TX 76310 | Unknown |
| 0C'   ·32 | |
| Ki·   homas & Donna M.<br>2C   . ans Run<br>Cc   a        SC 29229 | Unknown |
| 0C    ·:3 | |
| K:   ·aci W.<br>14   :verleaf<br>Fr   .vood     TX 77546 | Unknown |

JCH7CLAIM2 9.   07                INTERNATIONAL HERITAGE        Page 5 774
                        Unsecured Creditors -- Sales Representatives


      Cr   rs Names and                    Total Amt
      Ma:   Address/ Zip Code              of Claim


      00    39


      Ki   William E.                      Unknown
      Rt.   Box 272 1/2
      Do:   lle        LA 71234
------------- ---------------------------------------------------------------
      00    56


      Ki   y, Jane A.                       Unknown
      60    mar
      Fa                 KS 66205
------------- ---------------------------------------------------------------
      00   1

      Ki   n, Katrina M.                    Unknown
      90    El Camino
      Sa    nto       CA 95833
------------- ---------------------------------------------------------------
      00.   78


      Ki   n, Rosanna K.                    Unknown
      90    El Camino
      Sa    nto       CA 95833
------------- ---------------------------------------------------------------
      00   25


      Ki   , Donna M.                        Unknown
      21    y Vista Drive West
      Se               AL 36575
------------- ---------------------------------------------------------------
      00   0


      Ki   , Deborah F.                      Unknown
      13    nson Mill Rd.
      Pl    Garden    NC 27313
------------- ---------------------------------------------------------------
      00   61


      Ki   James A.                          Unknown
      50    on
      Hc             TX 77034
------------- ---------------------------------------------------------------
      00   12


      Ki   Margaret S.                       Unknown
      47    kens Drive.
      Gr    Bay       CA 95746
------------- ---------------------------------------------------------------
      00   0


      Ki   Wayne W.                          Unknown
      40    urton
      Sp    eld       MO 65802
------------- ---------------------------------------------------------------

JCH7CLAIM2 9-    :7                    INTERNATIONAL HERITAGE           Page: 775
                            Unsecured Creditors -- Sales Representatives

     Cr:    :s Names and                    Total Amt
     Ma      Address/ Zip Code               of Claim


     00:    .12


     Ki:    :nna                             Unknown
     36:    . ve
     Ra:            NC 27604
------------  ---------------------------------------------------------------
     0C:    :1


     Ki:  ' Marianne                         Unknown
     17     :nett Road
     Ro: ' ' :        TX 75087
------------  ---------------------------------------------------------------
     0C:    :4


     Ki  ' Michael                           Unknown
     14'    :liamsport Pk.
     Co'    a        TN 38401
------------  ---------------------------------------------------------------
     0C.    :0


     Ki.  . William P.                       Unknown
     17     :nett Rd.
     Ro.    :        TX 75087
------------  ---------------------------------------------------------------
     0C    ' 0


     Ki:    :ris                             Unknown
     72     :10th St.
     Ed     :ille,        KS 66111
------------  ---------------------------------------------------------------
     0C.    :1


     Ki:    :vid L.                          Unknown
     29:    :cc Ct.
     Co:    Station      TX 77845
------------  ---------------------------------------------------------------
     0C     :7


     Ki: .  Joseph                           Unknown
     2C:    :ont
     Te     : :n        LA 70056
------------  ---------------------------------------------------------------
     0C     :9


     Ki:    :heri S.                         Unknown
     17     :sbrook Dr.
     Pf.    :ille        TX 78660
------------  - ---------------------------------------------------------------
     0C     :5


     Ki:    : Wayne                          Unknown
     63     :lcreek Road
     Co:    :        SC 29206
------------  - ---------------------------------------------------------------

JCH7CLAIM2 9     7                    INTERNATIONAL HERITAGE         Page: 776

Unsecured Creditors -- Sales Representatives

| Cr   .s Names and | Total Amt |
| Ma  Address/ Zip Code | of Claim |

00    .3

Ki    Tristina R          Unknown
56    :thwest Pkwy #616
Au         TX 78735
------------- -------------------------------------------------------------------

00    .3

K1    .esa H.          Unknown
17.   .wnlee Rd. #8
Ox         AL 36203
------------- -------------------------------------------------------------------

00    .8

K1.  .. Donna S.        Unknown
23    . 291 Street
Ha:   nville    MO 64701
------------- -------------------------------------------------------------------

00    .3

K1  '.. Molly A.        Unknown
27.  :lley Circle
Li         NE 68516
------------- -------------------------------------------------------------------

00:   :9

K1.  :ter, Elizabeth     Unknown
92'  :e
Nc    end    OR 97459
------------- -------------------------------------------------------------------

00    :2

K1.  for, Tammy L.     Unknown
20    :hy Dr.
Ra        MO 64083
------------- -------------------------------------------------------------------

00:   ,5

K1    :f, Richard A.     Unknown
13    :h Airlite
El'      IL 60123
------------- -- --------------------------------------------------------------

00    .10

Ki'  :thy C.        Unknown
16'  rcantile Bank Tower
Co   Christi    TX 78477
------------- -------------------------------------------------------------------

00.  '.5

K1.  '11, William H     Unknown
10    set Dr
H    .ds    NY 14845
------------- -------------------------------------------------------------------

JCH7CLAIM2 9    . .7              INTERNATIONAL HERITAGE        Page: 777
                        Unsecured Creditors -- Sales Representatives

| Cr    . . s Names and | Total Amt |
| Ma.   g Address/ Zip Code | of Claim |

00    ' '4

K:'   ' ', Gloria D.                    Unknown
96    _o Street
Ma              SC 29662
--------------------------------------------------------------------------

0C    3

K:    ' :, James M.                    Unknown
98    .sn Drive
Sa    : :nio        TX 78217
--------------------------------------------------------------------------

0C    ' '3

K:    :, Laura                    Unknown
9?:   " :an Drive
Sa    :nio        TX 78217
--------------------------------------------------------------------------

0C    ' 1

K:'   :, Scott                    Unknown
2C    ' rfield Ave
P:    : .        SC 29673
--------------------------------------------------------------------------

0C    -. :6

K:    ' ', Starla E.                    Unknown
22    : rdeen Drive
Le    - : :ty        TX 77573
--------------------------------------------------------------------------

0C    ' ':8

K:    ., Kim W.                    Unknown
3:    " berbrook Drive
C:    .e        NC 28208
--------------------------------------------------------------------------

0C    ' .6

K:    Donald C.                    Unknown
9:    : rs Drive
C:    -.on        SC 29412
--------------------------------------------------------------------------

0C    : 2

K:' ' :ick, Sandra A.                    Unknown
5?    .:z Road
J:    '        NC 27283
--------------------------------------------------------------------------

0C    .3

K:'   :ick, Sean S.                    Unknown
1:    ' - :den Quail
A.              TX 78758
--------------------------------------------------------------------------

JCH7CLAIM2                           INTERNATIONAL HERITAGE        Page 778

Unsecured Creditors -- Sales Representatives

| Cr Names and | Total Amt |
| Ma Address/ Zip Code | of Claim |

00  0

Ki  Darlene                          Unknown
27  wathaway
Tw  lls       ID 83301
---------------------------------------------------------------------------

0   5

Ki  Julie K                          Unknown
24  rie Street
Ce          SC 29033
---------------------------------------------------------------------------

0   5

K:  ichard                           Unknown
37  dwell Glen
Hc          TX 77082
---------------------------------------------------------------------------

00  8

Ki  Nannette D.                      Unknown
7   an Drive South
I:  polis      IN 46250
---------------------------------------------------------------------------

00  4

Ki  Marcus L.                        Unknown
17  ple Martin Cove
Cr  Station    TX 77845
---------------------------------------------------------------------------

0   5

K.  Ron W.                           Unknown
2   Drive
S:  ld         MA 01119
---------------------------------------------------------------------------

0.  0

Ki  Mary Kay                         Unknown
37  dore Way
Hc          TX 77079
---------------------------------------------------------------------------

0

Ki  ncy E.                           Unknown
34  th State Rt 0
Dr          MO 64742
---------------------------------------------------------------------------

0   3

K:  ner, Susan                       Unknown
4   Jay Dr.
L   mit        MO 64064
---------------------------------------------------------------------------

JCH7CLAIM2 9     :7                  INTERNATIONAL HERITAGE          Page 5  779

Unsecured Creditors -- Sales Representatives

| C:   :s Names and | Total Amt |
| M:   · Address/ Zip Code | of Claim |

00    ' 09

K:   . ay & Nancy                        Unknown
53   ..elina
Co   · Christi      TX 78413
-----------  ---------------------------------------------------------------------
0c'   ' 2

K;   .::, Loretta K.                      Unknown
9°      Port Gibson Rd
E:   ':          MS 39066
-----------  ---------------------------------------------------------------------
0°   '''3

K:   · Everett J.                         Unknown
2.   : St. S.W.
Rc   ''r          MN 55902
-----------  ---------------------------------------------------------------------
0(    3

K:   ''izabeth L.                         Unknown
3°   ' nere Loop
R:   '':ck         TX 78681
-----------  ---------------------------------------------------------------------
0:   = '6

K:   . 'rrie J.                           Unknown
1°   'on Street
O:          IA 52320
-----------  ---------------------------------------------------------------------
0:   ' :

K    'ames E.                             Unknown
9    .'iowa Ct.
S.          WA  99208
-----------  ---------------------------------------------------------------------
0:   0

K:   ' ry E.                              Unknown
2:   'rds
S.   ·          KS 67401
-----------  ---------------------------------------------------------------------
0,   '''3

K:   · Roger                              Unknown
H    .: 2 1/2
F-   :          MT 59253
-----------  ---------------------------------------------------------------------
0.   4

K:   '', Shannon W.                       Unknown
2:   ''iland Ridge Dr
K:   :          TX 77345
-----------  ---------------------------------------------------------------------

JCH7CLAIM2  9        7              INTERNATIONAL HERITAGE          Page: 780

Unsecured Creditors -- Sales Representatives

| C:  :s Names and | Total Amt |
| Ma   Address/ Zip Code | of Claim |

OC     3

Kl·  · ·er Jr., James P.              Unknown
P.   ' ⋅ 188
F⸱   ' sta      NM 87415
------------
0⸴     4

K)   , Kay                            Unknown
1⸴    Stonewood Drive
L⸴    ·mmit      MO 64086
------------
0C     3

K:   Kelly                            Unknown
9⁻   : te Lane
D⸱            TX 75238
------------
0.     ⸴

K:   Charlotte                        Unknown
2⸴   ' ·y 2
W'    '1       MT 59759
------------
0⸴     2

K:   Marilyn R.                       Unknown
2'   ' ark Esplanade
Ru   ·e        MD 20850
------------
0⸴     ⸴

K:   ·k, David C.                     Unknown
1·   ·way
C⸴   Station    TX 77845
------------
0'   ·1

K:   Frank                            Unknown
2⸴   ·et Ln.
R⸴            OR 97756
------------
0.     ⸴

K:   ·enda                            Unknown
3    · r Hills
F⸴   ·t        MI 49415
------------
0⸴   .7

K'   Timothy D.                       Unknown
1⸴   ·lebrooke Ct.
M    ·r        MA 63021
------------

JCH7CLAIM2                    INTERNATIONAL HERITAGE        Page: 781

Unsecured Creditors -- Sales Representatives

| C:      s Names and           | Total Amt |
| M=      Address/ Zip Code      | of Claim  |

OC      .2

K1      :chard F.               Unknown
67      ·:l Ridge Rd.
L=               MI 48038
----------- -------------------------------------------------------------
C       ±

K:      an, Susan L.            Unknown
2.      lcrest Dr.
D,               IN 46311
----------- -------------------------------------------------------------
0·      :

K       ·:seph M.               Unknown
1·      :son Street
O·               WI 54901
----------- -------------------------------------------------------------
C       ÷

K·      ÷an A                   Unknown
3·      .  :s Run Lane
K·               TX 77449
----------- -------------------------------------------------------------
C       5

K·      ·÷ul C                  Unknown
9:      ·n Drive
S       nio      TX 78250
----------- -------------------------------------------------------------
C       3

K       ·eryl                   Unknown
1       :rprise Drive 5-B
F·      :ranch      TX 75234
----------- -------------------------------------------------------------
C       ÷

F·  ·  .:hn                    Unknown
3       ·:ic Meadows
D               MT 598299656
----------- -------------------------------------------------------------
C       ·:

K       ·:dy A.                 Unknown
7       :rade Rd.
S       ·:lley      WA 98284
----------- -------------------------------------------------------------
C·      :

K·      Twyla H.                Unknown
2·      Drive
N·      :sta      SC 29841
----------- -------------------------------------------------------------

JCH7CLAIM2 ?                    INTERNATIONAL HERITAGE        Page: 782
                          Unsecured Creditors -- Sales Representatives


        C,    . `a Names and                 Total Amt
        M?    · Address/ Zip Code             of Claim


        0C    :?


        K:    ", Lynn A*                      Unknown
        13    ::antown Road
        S~    t          PA 15501
-----------    ·--------------------------------------------------------------
        0'    `5


        Kr    Shirley J.                      Unknown
        9:    . `ts Blvd.
        H·              TX 77008
-----------    ·--------------------------------------------------------------
        0(    :


        K.    ` Janet M.                      Unknown
        1:    `": St NE
        B·`   -          MN 55362
-----------  · ·--------------------------------------------------------------
        0     :`


        K·    -n, Janice R.                   Unknown
        3:    .`nehedge Dr. #27I
        S·    ::: City    UT 84107
-----------    ·--------------------------------------------------------------
        0:    ?


        K~    `avid                           Unknown
        1`    · 61
        F.    `d        MO 63491
-----------    ·--------------------------------------------------------------
        0.`   :?


        K~    `. Mae                          Unknown
        1?    ` : Street
        B.    ` .n       WA 98225
-----------    ·--------------------------------------------------------------
        0:    `-


        K     , Gina L.                       Unknown
        2:    : Creek Road
        T.    ::`s       WY 82443
-----------    ·--------------------------------------------------------------
        0     .:


        Y:    , .·renda L.                    Unknown
        R     . × 137A
        W                IL 61570
-----------    ·--------------------------------------------------------------
        0`    .:


        K:    `·rtis                          Unknown
        2     · land Street
        E                OR 97405
-----------    ·--------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| C:  ·· Names and | Total Amt |
|---|---|
| Ma  : Address/ Zip Code | of Claim |

Of  :·7

K·    Don    M.                         Unknown
P.    · 59
Co              SC 29530
------------------------------------------------------------------------
0·    :2

K:    Eva M.                            Unknown
1:    ·idge Ln
T     ·           TX 75501
------------------------------------------------------------------------
0··   ··:2

K:    . Frank J.                        Unknown
1.    ··xsilver
K·    .           ID 83332
------------------------------------------------------------------------
C·    .

K·    Gary D.                           Unknown
1·    ·itt Drive
G     ··o        NC 27407
------------------------------------------------------------------------
0·    ·:

K     ··len                             Unknown
2·    · ridge Cove
N               TN 38134
------------------------------------------------------------------------
C     :

P     ary A.                            Unknown
1     :· Port Gibson Rd.
E     .          MS 39066
------------------------------------------------------------------------
0·    ·.

K·    · ·im                             Unknown
6     · ·urg Dr.
K     . ·        TN 37921
------------------------------------------------------------------------
C     ·

K· .     Sandy K.                       Unknown
1     ·y Church Road
P     ·ity        AL 35906
------------------------------------------------------------------------
0     ··

K     ··ki, Kristi K.                   Unknown
6     . :0Th
G     ...         WY 82716
------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| C.     Names and | Total Amt |
|---|---|
| M.    Address/ Zip Code | of Claim |

OC    14

Kr  , Chrystal M.                         Unknown
10    Timmerman Dr.
R:        J        WA 99352
-------------------------------------------------------------

0'      9

K     Fr. Arnold                          Unknown
2'     Lake Circle
K               AL 35758
-------------------------------------------------------------

0'     3

K:     , Danielle M.                      Unknown
6'      y Dr.
R·              NC 27603
-------------------------------------------------------------

C      4

Y·     , Diane G.                         Unknown
f'      y Dr.
R               NC 27603
-------------------------------------------------------------

0'     5

K·     , Fonnie B.                        Unknown
6'      ybrook Dr.
R·              NC 27606
-------------------------------------------------------------

C      3

P     , Jimmie D.                         Unknown
F      629
A               NC 27502
-------------------------------------------------------------

C      5

P·     nes R.                             Unknown
3      t-Black Diamond Road
K               WA 98042
-------------------------------------------------------------

C      2

K     ~llie                               Unknown
3      s Road
%      roe       LA 71292
-------------------------------------------------------------

0'     7

P      Matthew                            Unknown
3      200 E. #11
S      e City    UT 84115
-------------------------------------------------------------

JCH7CLAIM2 :            ˙7                    INTERNATIONAL HERITAGE        Page: 785
                              Unsecured Creditors -- Sales Representatives


        C      ˙˙e Names and                    Total Amt
        M      . Address/ Zip Code              of Claim


        0˙     ˙15


        Ku     ˙n, Joyce M.                      Unknown
        3/     ˙owbrook Ct. #131
        B-˙˙   ˙ham        WA 98226
---------------  -----------------------------------------------------------------------
        0      ˙0


        Y˙     ˙˙nnie M.                         Unknown
        1      ˙˙oad
        2˙     ˙          MT 59101
---------------  -----------------------------------------------------------------------
        C      ˙9              ˙


        Y      Adriane                          Unknown
        5˙     ˙ington Country Circle
        C      ˙            TN 37363
---------------  -----------------------------------------------------------------------
        C      ˙0


        Y˙     ˙˙ry Anne                        Unknown
        6      ˙er Court
        S      ˙le          NJ 08876
---------------  -----------------------------------------------------------------------
        C      ˙


        Y˙     ˙, Craig J.                      Unknown
        9      ˙ea Lane
        S      ˙g           IL 60193
---------------  -----------------------------------------------------------------------
        C      ˙0


        Y˙     ˙ ˙aren                          Unknown
        ˙      ˙ Drive
        C                   KS 67701
---------------  -----------------------------------------------------------------------
        C˙     ˙6


        Y˙     ˙enneth R.                       Unknown
        8      ˙ert Drive
        ˙      ˙n Beach     CA 92647
---------------  -----------------------------------------------------------------------
        C      ˙


        Y˙     ˙, ˙im K.                        Unknown
        1      ˙ 150Th Place
        C                   KS 66062
---------------  -----------------------------------------------------------------------
        C      ˙9


        Y˙     ˙, Ellen G.                      Unknown
        2˙     ˙ngton
        ˙      ˙            MT 59801
---------------  -----------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


| C· | a Names and | Total Amt |
| Mᵃ | · Address/ Zip Code | of Claim |

Oᵃ  §3ᶜ0

Kᵥ· ·ᵗ, Wes G.                    Unknown
1ᵛ /ᵃˡley Butte Dr.
F            OR 97401
--------------------------------------------------------
Cᵗ  3

Y·  ˙, Brian*                    Unknown
9   ·ᵃntree Dr
L·   mit      MO 64082
--------------------------------------------------------
Cᵗᵗ  ᵒ

Y   ; Enterprises                    Unknown
9   ᵉrly Hill
H   .            TX 77063
--------------------------------------------------------
C   ᵒ

Y   Randall C.                    Unknown
6   . ᵛlinda Lane
ᵗ   ˙ls      ID 83401
--------------------------------------------------------
C ·  ˙

Y   ᵃngelique M.                    Unknown
ᵢ   ˙ᵃna Ct.
F   ˙       WA 99352
--------------------------------------------------------
C   ᵘ

Y   ˙ ᵃa D.                    Unknown
ᵋ   ᵃs Drive
L   ᵃ       FL 33463
--------------------------------------------------------
C   ᵗ

Y   ˙˙ᵗ P.                    Unknown
ᵗ   ᵗ. St.
P   ᵛm      WA 98225
--------------------------------------------------------
C   ˙ 3

Y   ᵏ S.                    Unknown
9   ᵗa Ln. #1
C   ᵗ      WA 98277
--------------------------------------------------------
C   ˙ᵗ

Y·˙   ᵤᵉster W.                    Unknown
ᵗ   ˙ᵤ Drive
C           SC 29520
--------------------------------------------------------

JCH7CLAIM2                    INTERNATIONAL HERITAGE         Page:  787
                    Unsecured Creditors -- Sales Representatives

| Creditors Names and Address/ Zip Code | Total Amt of Claim |
|---|---|

0714  174

K.  Joey L.                          Unknown
7??  ?ndis Dr.
Cl.  ..te        NC 28212
-------------------------------------------------------------------------
C?  25

Y?  ?, Jeanne E.                     Unknown
7?  ??ard St. #15
?   ??ach       SC 29577
-------------------------------------------------------------------------
C   ?

K?  ?, Johnie L.                     Unknown
4 ??  ?wick St.
P ?  ?        TX 77706
-------------------------------------------------------------------------
C   ?

F ?  ?, Richard J.                   Unknown
?.  ?? Place
?   .. ?s Village AR 71909
-------------------------------------------------------------------------
C?  1

Y?  , Janice L.                      Unknown
?   ?efferson Davis Hwy.
?   ? ?     VA 22202
-------------------------------------------------------------------------
C ?  ?3

Y ?  ??t,  Jim D.                    Unknown
?   .ang Rd.
?           TX 77833
-------------------------------------------------------------------------
C ?  ?

Y ?  ?t,  Vivian                     Unknown
i  .  : ?86
?   ? n       TX 77880
-------------------------------------------------------------------------
C   ?

K   ?,  Ulysses C.                   Unknown
?   ?ateo Ne Ste H
?.  ?.e       NM 87110
-------------------------------------------------------------------------
C ?  ?

Y ?  ?ohn G. *                       Unknown
?   ?.ver Lane
C   ?        NM 87048
-------------------------------------------------------------------------

JCH7CLAIM2                          INTERNATIONAL HERITAGE          Page: 788

Unsecured Creditors -- Sales Representatives

| C   ... re Names and | Total Amt |
| M .   / Address/ Zip Code | of Claim |

C       ...ns

Y..   '...da L.                          Unknown
P..   .. ? 17E
F.    .              AK 99669
----------------------------------------------------------------------------

C . .   .3

Y ..   h, Thomas                         Unknown
.      ...ial Drive
Y      .:          GA 30189
----------------------------------------------------------------------------

C      ..

Y..   ...., Betty J.                     Unknown
F        23 Terr
C        :le        FL 32653
----------------------------------------------------------------------------

C      ..

P  .   ...q                              Unknown
.      ...TH Street # 7
E  .   .          MT 59101
----------------------------------------------------------------------------

C      .

.      ....d F.                          Unknown
.      ...hipipi Place
.      . .        HI 96706
----------------------------------------------------------------------------

C      .

Y      ...ying                           Unknown
.      ..wood Pl. #A
E      ..el        CA 91776
----------------------------------------------------------------------------

C      .:

Y      -.son M                           Unknown
.      ..more St
.                  CA 92274
----------------------------------------------------------------------------

C . . .

Y      . ...niel L.                      Unknown
.      ...tanley Road
F      .          KS 664099775
----------------------------------------------------------------------------

C . .  .:.

Y      . ...avid J.                      Unknown
. .    ..3rd Street
.                  KS 66614
----------------------------------------------------------------------------

JCH7CLAIM2                                    INTERNATIONAL HERITAGE        Page: 789

Unsecured Creditors -- Sales Representatives

| C: · · · rs Names and<br>M· · · Address/ Zip Code | Total Amt<br>of Claim |
|---|---|

Of · · ·

F· ·-. Rene A.                                   Unknown
1·     Sage
T·              KS 66604

----------------------------------------------------------------------------

O·     ·

M·  =. Wilfred J.                                Unknown
7      · ttan
1              KS 66616

----------------------------------------------------------------------------

O·     ·

K   -. William A.                                Unknown
9      ·ne St
T              KS 66606

----------------------------------------------------------------------------

O·   · ·

K·  . Marilyn G.                                 Unknown
1      ·land Ave.
N      · ·       TN 37206

----------------------------------------------------------------------------

O·   · .

K   ·, Chari L.                                  Unknown
1      ·ewood Ct.
S      ·ke      MI 49456

----------------------------------------------------------------------------

O·     ·

K··   ·, Richard A.                              Unknown
1· · · ·· 128Th Street
N·              FL 33186

----------------------------------------------------------------------------

O   ·-

F   ·-n M.                                       Unknown
3      n Ave.
O              WI 54963

----------------------------------------------------------------------------

O   ·   ·

K·  ·an K.                                       Unknown
5      ·h St NE
N      ·le      WA 98270

----------------------------------------------------------------------------

O

K   ·-                                           Unknown
3      ·2nd
1              KS 66206

----------------------------------------------------------------------------

JCH7CLAIM2                        INTERNATIONAL HERITAGE          Page 790

Unsecured Creditors -- Sales Representatives

| C    e Names and | Total Amt |
|------|-----------|
| M:   Address/ Zip Code | of Claim |

| Kr    'bert C. | Unknown |
| 1:    'dale Rd. | |
| M.        IA 52060 | |

----------------------------------------------------------------

C    '.

| Xi    ffrey V. | Unknown |
| 3    'id Avenue NW | |
| S              WA 98292 | |

----------------------------------------------------------------

O '    ^

| K    ' ph E. | Unknown |
| 9      Ave. | |
| M              IA 52309 | |

----------------------------------------------------------------

C    64

| F'    ' helle L. | Unknown |
| 3    ' i Ave. N.W. | |
| S              WA 98292 | |

----------------------------------------------------------------

0    :

| K    '-lly R. | Unknown |
| Z    ' end Knoll Court | |
| F              TX 77494 | |

----------------------------------------------------------------

C    .53

| F'    her, Arnold & Heather | Unknown |
| I    '. St. #2 | |
| F'    ' q      WA 98225 | |

----------------------------------------------------------------

0    '.c

| F'    ' r, Esther | Unknown |
| I    Jen Pine Rd. | |
| T              CA 96161 | |

----------------------------------------------------------------

C    -3.

| F    '"arl W. | Unknown |
| I    .:. 110th Street | |
| C              KS 66739 | |

----------------------------------------------------------------

C    Z

| F    '-nelope L. | Unknown |
| I    '-iter Drive | |
| N              NH 03771 | |

----------------------------------------------------------------

JCH7CLAIM2                        INTERNATIONAL HERITAGE          Page: 791
                              Unsecured Creditors -- Sales Representatives

| C:    's Names and | Total Amt |
| M·   : Address/ Zip Code | of Claim |

00    '19

| Y~   ~zko, Diane R | Unknown |
| 2·   ' Plank Rd | |
| N·   .le      PA 16105 | |

-------------------------------------------------------------------------------

C    .

| K.   ~vin A. | Unknown |
| }·   ~: 8089 | |
| N    MT 59538 | |

-------------------------------------------------------------------------------

D··   ·;

| K~·  '. Paul C | Unknown |
| 1    ·. 6Th St | |
| C:   WA 98922 | |

-------------------------------------------------------------------------------

C    :

| Y    . Victoria B. | Unknown |
| }·   ' is Blvd. | |
| N    ·rner     SC 29461 | |

-------------------------------------------------------------------------------

O.    ·;

| Y    k. David J. | Unknown |
| 9    n Place H7 | |
| 7    · Oak     CA 91362 | |

-------------------------------------------------------------------------------

C    :

| Y    .terprises, Inc | Unknown |
| 9    Suite106 | |
| F    .n     VA 23704 | |

-------------------------------------------------------------------------------

C    ·

| Y~   ·~>va, Elena K. | Unknown |
| 1'   ·: Road Apt. 6E | |
| }    Ans     NY 11415 | |

-------------------------------------------------------------------------------

C    ·

| Y·   -.k A. | Unknown |
| 7    y Street | |
| }    .     TX 76112 | |

-------------------------------------------------------------------------------

C    ·

| Y~   -ggy A. | Unknown |
| 8·   tkin Dr. | |
| N    KS 66514 | |

-------------------------------------------------------------------------------

JCH7CLAIM2                  7              INTERNATIONAL HERITAGE        Page: 792

Unsecured Creditors -- Sales Representatives

| | Names and | Total Amt |
|---|---|---|
| | Address/ Zip Code | of Claim |

., Diane                                  Unknown
:11 Dr
·n          WA  98233
------------------------------------------------------------------

·, Stephen M.                             Unknown
7313
            GA 30065
------------------------------------------------------------------

·, Kenneth J.                             Unknown
·ner Avenue
            WA 99352
------------------------------------------------------------------

·, Christopher J.                         Unknown
·stone Drive
            GA 30101
------------------------------------------------------------------

·wis M                                    Unknown
:lla Dr
            NV 89134
------------------------------------------------------------------

·athy & Mike                              Unknown
.= Drive
·risti    TX 78413
------------------------------------------------------------------

··chael A.                                Unknown
· Hollow Drive
            LA 71251
------------------------------------------------------------------

·vid                                      Unknown
..th St
            OR 97404
------------------------------------------------------------------

·=n A.                                    Unknown
·nade #1.
            CA 90277
------------------------------------------------------------------

JCH7CLAIM2            INTERNATIONAL HERITAGE     Page: 793

Unsecured Creditors -- Sales Representatives

| C | Names and | Total Amt |
|---|---|---|
| N | ddress/ Zip Code | of Claim |
| 0 | | |
| | | |
| P | nt E. | Unknown |
| 2 | Terr | |
| P | ty   MO 64145 | |
| C | | |
| | | |
| P | stine L. | Unknown |
| 4 | ge St. | |
| 5 | Rey   CA 90293 | |
| C | | |
| | | |
| P | trick M. | Unknown |
| b | | |
| C | Park   KS 66212 | |
| C | | |
| | | |
| P | D. | Unknown |
| 5 | Th Street | |
| 1 | CA 90045 | |
| C | | |
| | | |
| P | y | Unknown |
| 9 | St | |
| | ID 83843 | |
| C | | |
| | | |
| P | A. | Unknown |
| | Ave. Apt. #56 | |
| 1 | TX 76201 | |
| C | | |
| | | |
| P | eve A. | Unknown |
| 2 | d Parkway | |
| F | nch   TX 75234 | |
| C | | |
| | | |
| P | R. | Unknown |
| | | |
| b | KS 67217 | |
| C | | |
| | | |
| P | Kevin K. | Unknown |
| 5 | se Court | |
| 5 | CA 92069 | |

Unsecured Creditors -- Sales Representatives

```
        C      : Vames and            Total Amt
        N      .ddress/ Zip Code      of Claim

        0      .

        Y     ··ctoria A.            Unknown
        1     ·field Glen Way N.E.
        A              GA 30329
-----------   ---------------------------------------------------------------
        :      .

        Y     , Laura               Unknown
        ·      1:5 Ave
        :              FL 33324
-----------   ---------------------------------------------------------------
        C      ..

        Y     ·, Tammy              Unknown
        E     nd Place
        .      .        FL 33067
-----------   ---------------------------------------------------------------
        (      · 3

        Y     =t:eth L.             Unknown
        :     1:·h Avenue
        :      .        WA 99337
-----------   ---------------------------------------------------------------
        (

        Y     ·-ggie L.             Unknown
        4      ·¹y
        \              TX 76384
-----------   ---------------------------------------------------------------
        .      :

        :     ··n=ld K.             Unknown
        :     .·ssen Lp.
        :              WA 98230
-----------   ---------------------------------------------------------------
        (      :

        Y     ·ary                 Unknown
        :     · Circle
        C      =        CA 92626
-----------   ---------------------------------------------------------------
        (      :

        Y     ·, Muriel N.         Unknown
        :     ··% Avenue
        :              WI 54923
-----------   ---------------------------------------------------------------
        (      .

        Y     aan A                Unknown
        :     Point
        :              MI 48169
-----------   ---------------------------------------------------------------
```

JCH7CLAIM2 ?       ^7                INTERNATIONAL HERITAGE        Page: 795   795
                                 Unsecured Creditors -- Sales Representatives


      C        ? Names and                          Total Amt
      >·       Address/ Zip Code                     of Claim


      0⁻       ·⁻                            

      Y·       Martha I                             Unknown
      ?.       x 15275
      F        ~eek          AK 99603
----------·    ------------------------------------------------------------------------
      C        .1

      Y        ·ski, Stephen                        Unknown
      ?        . 22Nd Ave. #103
      L·       ·⁻·ch         FL 33445
----------·    ------------------------------------------------------------------------
      C        7

      Y        Joe                                  Unknown
      ?        City Rd. N.
      ?·       ille          WI 54003
----------·    ------------------------------------------------------------------------
      C        ::

      ?        ~, Wesley W.                         Unknown
      ?        .arkside Drive Apt 10
      ?        1.e           AR 72703
----------·    ------------------------------------------------------------------------
      C        ·⁻

      K        Franklin D.                          Unknown
      1        ?· Ridge Dr.
      ?        ?·?           WA 98233
----------·    ------------------------------------------------------------------------
      ?        .

      Y        ~J?y                                 Unknown
      ?        ·~es Way
      C        ·:?.          TX 75006
----------·    ------------------------------------------------------------------------
      C        :~

      ?        ~·rbara J.                           Unknown
      ?        · brook Court
      C        :             FL 33904
----------·    ------------------------------------------------------------------------
      C        ·~

      ?        . John P.                            Unknown
      ?        ·~a Lane
      ?                      GA 30350
----------·    ------------------------------------------------------------------------
               ?

      ?        ~. Lynda *                           Unknown
      ?        ·~on Street
      ?                      GA 30017
----------·    ------------------------------------------------------------------------

JCH7CLAIM2           ·7              INTERNATIONAL HERITAGE        Page: 796

Unsecured Creditors -- Sales Representatives


| C | ·'s Names and | Total Amt |
|---|---|---|
| ᐟ | 'ddress/ Zip Code | of Claim |

| C | ·3 | |
|---|---|---|

| Y | . Mary | Unknown |
| 7 | ontaine Dr. Apt. D | |
| ᗡ· | ille      FL 32244 | |
----------  -----------------------------------------------------------------
| ᔿ | ᐟ· | |

| Y | ·, 'orm & Sandy | Unknown |
| ᒻ | ·ᒻ View | |
| ᒻ | TX 75252 | |
----------  -----------------------------------------------------------------
| ᒻ | ᒻ | |

| Y | ·, Randy A. | Unknown |
| ᐧ | ‴ ·e Bluff Rd. | |
| ᒻ | ·            WI 54960 | |
----------  -----------------------------------------------------------------
| | ·. | |

| ᐟ | ᔿ·ᑎdy L. | Unknown |
| 4 | ·ᐧ ᑎ | |
| C | WA 98532 | |
----------  -----------------------------------------------------------------
| ᔿ | ᒻ | |

| Y | . ᔿracy B. | Unknown |
| ᓭ | ᒻ | |
| ᒻ | TX 77868 | |
----------  -----------------------------------------------------------------
| · | ·ᒻ | |

| Y | ·ᔿert T. | Unknown |
| ᒻ | 4C6 | |
| ᒻ | TX 76574 | |
----------  -----------------------------------------------------------------
| | · | |

| ᔿ | ᔿike R. | Unknown |
| ᒻ | ᐟ ᔿᒻ Ave. S E | |
| ᒻ | WA 98058 | |
----------  -----------------------------------------------------------------
| ᒻ | ᒻ | |

| Y | ·ᑎᗡra | Unknown |
| ᒻ | ᒻ 2/Fl | |
| ᒻ | NY 11220 | |
----------  -----------------------------------------------------------------
| ᒻ | ᒻ | |

| Y | ᔿᐧᒻ | Unknown |
| ᒻ | ᒻa Dr. | |
| ᒻ | CA 94015 | |
----------  -----------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page: 797
                    Unsecured Creditors -- Sales Representatives

```
        Creditors Names and              Total Amt
        Mailing Address/ Zip Code        of Claim


        001477742


        Kubecka, Matthew R                   Unknown
        5905 Inwood, Apt 2
        Houston          TX 77057
--------------------------------------------------------------------------------
        001518540


        Kubik, George (Tony) A.              Unknown
        2041 E. Wellsandt
        Ritzville        WA 99169
--------------------------------------------------------------------------------
        001559424


        Kuc, George G.                       Unknown
        21163 Lycoming
        Walnut           CA 91789
--------------------------------------------------------------------------------
        001517502


        Kuc, John E.                         Unknown
        385 S Lemon Street 240-E
        Walnut           CA 91789
--------------------------------------------------------------------------------
        001511537


        Kucich, Minnie J.                    Unknown
        13900 S.E. Highway 212
        Clackamas        OR 97015
--------------------------------------------------------------------------------
        001610349


        Kudelko, John P.                     Unknown
        17 Denamen Dr A
        West Middlesex   PA 16159
--------------------------------------------------------------------------------
        001575891


        Kudzia, Janet F.                     Unknown
        300 Ridgecreek Dr.
        Lexington        SC 29072
--------------------------------------------------------------------------------
        001559043


        Kuehn, David W.                      Unknown
        10319 Paintbrush
        Sugarland        TX 77478
--------------------------------------------------------------------------------
        000102563


        Kuhlman, Francis                     Unknown
        3002 Wayne White Road
        Climax           NC 27233
--------------------------------------------------------------------------------
```

```
        Creditors Names and               Total Amt
        Mailing Address/ Zip Code         of Claim


        000139793


        Kuhlman, Rick                     Unknown
        7324 Southwest 24Th Terrace
        Topeka          KS 66614
--------------------------------------------------------------------------------
        001502460


        Kuhn, Betty L.                    Unknown
        239 A. South T-Hwy
        Lamar           MO 64759
--------------------------------------------------------------------------------
        001582141


        Kuhn, Darrell L.                  Unknown
        3501 E Tracey Court
        Spokane         WA 99223
--------------------------------------------------------------------------------
        001507640


        Kuhn, Kimberly A.                 Unknown
        239-A South T-Hwy
        Lumar           MO 64759
--------------------------------------------------------------------------------
        001556164


        Kuhn, Lloyd E.                    Unknown
        2435 E. North St. #211
        Greenville      SC 29615
--------------------------------------------------------------------------------
        001499004


        Kuhn, Mark D.                     Unknown
        530 S. Jefferson #1
        Springfield     MO 65806
--------------------------------------------------------------------------------
        001509825


        Kuhn, Michael J.                  Unknown
        3337 Trevelyan Ave.
        Manhattan       KS 66503
--------------------------------------------------------------------------------
        001488542


        Kuhn, Steve                       Unknown
        2911 S Mollera
        Mesa            AZ 85210
--------------------------------------------------------------------------------
        001556597


        Kuiper, David J.                  Unknown
        3377 S.W. Villa Place
        Palm City       FL 34990
--------------------------------------------------------------------------------
```

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001553504


Kukuk, Steven K.                       Unknown
2817 1st Ave., North
Texas City        TX 77590
------------------------------------------------------------------------
000118805


Kulbeth, Dinah Jo                      Unknown
108 Fanny
Lafayette         LA 70508
------------------------------------------------------------------------
001576118


Kulp, Sandra K.                        Unknown
7903 Beechnut Park Dr.
San Antonio       TX 78240
------------------------------------------------------------------------
001560770


Kummerfeldt, Kurt                      Unknown
1340 Hwy 438 Hc 67 Box 232
Nashua            MT 59248
------------------------------------------------------------------------
000150442


Kuntz, Dirk V.                         Unknown
6205 1/2 Franklin Road
Boise             ID 83709
------------------------------------------------------------------------
001464735


Kunzman, Kandice D.                    Unknown
133 Hillside
Minden            IA 51553
------------------------------------------------------------------------
001588026


Kuo, Chung-Jen                         Unknown
8784 Park Lane Apt. #3043
Dallas            TX 75231
------------------------------------------------------------------------
001550077


Kuper, Arlan R.                        Unknown
416 N.W. 1051 Road
Centerview        MO 64019
------------------------------------------------------------------------
001560496


Kuritz, Russell S.                     Unknown
1660 A. Tolers Cove
Mount Pleasant    SC 29464
------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 800
                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001497739


        Kurpiel Enterprises                     Unknown
        5 Circle Dr.
        Reinholds        PA 17569
-----------------------------------------------------------------------------

        001523710


        Kussmaul, Ronald D.                     Unknown
        927 N. Christine Lane
        Boise            ID 83704
-----------------------------------------------------------------------------

        001567541


        Kuykendall, Jim G                       Unknown
        1750 Southview Dr
        Sparks           NV 89436
-----------------------------------------------------------------------------

        001592686


        Kwapiszeski Ralph                       Unknown
        10127 Craig
        Overland Park    KS 66212
-----------------------------------------------------------------------------

        001584688


        Kwapiszeski, Bradley R.                 Unknown
        9612 West 121St Terrace
        Overland Park    KS 66213
-----------------------------------------------------------------------------

        001592474


        Kwiek, Michael R.                       Unknown
        3530 Byron Ctr. S.W. Apt. 8
        Wyoming          MI 49509
-----------------------------------------------------------------------------

        001516658


        Kwok, Michael                           Unknown
        11 Carriage Lane
        Taylors          SC 29687
-----------------------------------------------------------------------------

        001583958


        Kyte, Greg W.                           Unknown
        11479 Kafir Rd.
        Carthage         MO 64836
-----------------------------------------------------------------------------

        000133275


        L & H Dreams Inc.                       Unknown
        1821 N 46th Ave.
        Hollywood        FL 33021
-----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                   Total Amt
        Mailing Address/ Zip Code             of Claim


        001584208


        L & L Enterprises                      Unknown
        16356 N. Thompson Peak Pkwy.
        Scottsdale        AZ 85260
--------------------------------------------------------------------------------
        001564856


        LLS Inc.                               Unknown
        304 Trailwood
        Lafayette         LA 70508
--------------------------------------------------------------------------------
        001609536


        La Rochelle, Patricia A.              Unknown
        13834 Leighwood Ave
        Baton Rouge       LA 70815
--------------------------------------------------------------------------------
        000133274


        La-Bar Of South Florida Inc           Unknown
        1130 NW 118Th Ave.
        Plantation        FL 33323
--------------------------------------------------------------------------------
        001581959


        LaBree, Roni G.                        Unknown
        4949 Samish Way #47
        Bellingham        WA 98226
--------------------------------------------------------------------------------
        001489751


        LaChance, Kevin F.                     Unknown
        302 Marcella Lane
        Sedro Woolley     WA 98284
--------------------------------------------------------------------------------
        001485363


        LaChance, Valerie J.                   Unknown
        302 Marcella Lane
        Sedro Woolley     WA 98284
--------------------------------------------------------------------------------
        001549078


        LaClaire, Judith                       Unknown
        6627 West 83rd Street
        Overland Park     KS 66204
--------------------------------------------------------------------------------
        001554103


        LaMar, Sherri                          Unknown
        1010 Grayson St.
        Nocona            TX 76255
--------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page:  802
                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                   Total Amt
        Mailing Address/ Zip Code             of Claim


        000139073


        LaRocco, Joseph V.                    Unknown
        109 N. Trenton Street
        Ruston            LA 71270
-------------------------------------------------------------------------------
        001577574


        LaRue, James B.                       Unknown
        1175 Debrick Road
        Eugene            OR 97401
-------------------------------------------------------------------------------
        000131510


        LaRue, Paul                           Unknown
        2000 Malory Lane  st #130-321
        Franklin          TN 37067
-------------------------------------------------------------------------------
        001462525


        Labauve, Joni M.                      Unknown
        7900 E Princess Dr #1020
        Scottsdale        AZ 85255
-------------------------------------------------------------------------------
        000153164


        Labiene, Nichol N.                    Unknown
        4205 Jules Rd.
        New Iberia        LA 70560
-------------------------------------------------------------------------------
        000160662


        Labom, Duane J.                       Unknown
        1404 North 5Th
        Natchitoches      LA 71457
-------------------------------------------------------------------------------
        000119722


        Laborde, Lita T.                      Unknown
        P.O. Box 95
        Montgomery        LA 71454
-------------------------------------------------------------------------------
        001474245


        Labrie, Corinne A.                    Unknown
        324 N. Rosemont
        Sulphur           LA 70663
-------------------------------------------------------------------------------
        001531423


        Lacafta, Andrea M.                    Unknown
        6707 Brittany Park Lane
        Houston           TX 77066
-------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 803
                            Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001601311


        Lacanienta, Ralph                       Unknown
        684 West 80 North
        Oren            UT 84058
------------------------------------------------------------------------------

        001568412


        Lacayo, Dennis A.                       Unknown
        4004 Catherine Ave
        Metairie        LA 70001
------------------------------------------------------------------------------

        001516304


        Lacey, Steven J.                        Unknown
        832 E. Rio Vista Ave.
        Burlington      WA 98233
------------------------------------------------------------------------------

        000125873


        Lacher, Jamie L.                        Unknown
        3319 East University #185
        Mesa            AZ 85213
------------------------------------------------------------------------------

        001481681


        Lacker, Marc I                          Unknown
        4131 Cohassett Court
        Memphis         TN 38125
------------------------------------------------------------------------------

        001547458


        Lackey, Katy W.                         Unknown
        18 Dale Place
        Longmont        CO 80501
------------------------------------------------------------------------------

        001588808


        Laclair, Lametta M.                     Unknown
        P. O Box 1256
        Hoodsport       WA 98548
------------------------------------------------------------------------------

        001577662


        Lacost, Michael W.                      Unknown
        34 Lawrence Drive
        Kankakee        IL  60901
------------------------------------------------------------------------------

        001540738


        Lacroix, Ellen May                      Unknown
        1515 Normandy Drive
        Baton Rouge     LA 70806
------------------------------------------------------------------------------
```

                          Unsecured Creditors -- Sales Representatives


     Creditors Names and                    Total Amt
     Mailing Address/ Zip Code              of Claim


     001525223


     Lacy, Bill G.                           Unknown
     3966 134Th Ave.
     Hamilton        MI 49419
-----------------------------------------------------------------------

     001593675


     Lacy, JaneAnn M.                        Unknown
     38 West Street
     Trenton         NJ 08611
-----------------------------------------------------------------------

     001515791


     Ladd, Glen A.                           Unknown
     154 Grove Street
     Chicopee        MA 01020
-----------------------------------------------------------------------

     001600456


     Ladeau, Amy L.                          Unknown
     P.O. Box 3
     Lowell          VT 05847
-----------------------------------------------------------------------

     001503216


     Ladner, Lonnis A.                       Unknown
     5608 Cottage Hill Road
     Mobile          AL 36609
-----------------------------------------------------------------------

     001588980


     Ladwig, Jeremy                          Unknown
     13304 E.  5Th
     Spokane         WA 99216
-----------------------------------------------------------------------

     001524690


     Lafond, Stephanie M.                    Unknown
     3220 Evans
     Butte           MT 59701
-----------------------------------------------------------------------

     001600756


     Lager, Mildred L.                       Unknown
     1124 S. Crawford
     Ft. Scott       KS 66701
-----------------------------------------------------------------------

     000143315


     Lagle, Kenneth W.                       Unknown
     6747 U.S. 280
     Alexander City  AL 35010
-----------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001614621


Lagosa Enterprises                      Unknown
4400A Ambassador Caffery Pwky
Lafayette        LA 70508
-------------------------------------------------------------------------------

001544058


Lahr, Charles W.                        Unknown
1331 South Hwy 99
Emporia          KS 66801
-------------------------------------------------------------------------------

001544071


Lahr, Jason W.                          Unknown
1331 South Hwy 99
Emporia          KS 66801
-------------------------------------------------------------------------------

000137282


Lai, Karen                              Unknown
10192 Beaver Circle
Cypress          CA 90630
-------------------------------------------------------------------------------

001566520


Lai, Li Hua                             Unknown
67-113 Clyde St.
Forest Hills     NY 11375
-------------------------------------------------------------------------------

001606757


Lai, Min Fai                            Unknown
P.O. Box 16328
Knoxville        TN 37996
-------------------------------------------------------------------------------

001543636


Lai, Wei                                Unknown
418 South Alhambra Ave.  #F
Montery Park     CA 91755
-------------------------------------------------------------------------------

001598458


Lajoyce B. Sheppard                     Unknown
6109 Lost Creek Dr.
Corpus Christi   TX 78413
-------------------------------------------------------------------------------

001568635


Lake, David T.                          Unknown
736 B Russell Rd
Concrete         WA 98237
-------------------------------------------------------------------------------
```

                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001602518


        Lake, Leslie                            Unknown
        RR # 1 Box 183 C
        Mineola          TX 75773
--------------------------------------------------------------------------------

        001549604


        Lake, Ron                               Unknown
        1138 Rock Canyon
        Katy             TX 77450
--------------------------------------------------------------------------------

        001571711


        Lake, Ryan D.                           Unknown
        1406 South 13Th Street
        Mt Vernon        WA 98273
--------------------------------------------------------------------------------

        001579245


        Lakeharbor Marketing Group              Unknown
        412 E 41st Street  Suite 205
        Boise            ID 83714
--------------------------------------------------------------------------------

        001597092


        Lally, Tamara L.                        Unknown
        9769 Arbor Oaks Ln #301
        Boca Raton       FL 33428
--------------------------------------------------------------------------------

        001572064


        Lam Sau-Mei                             Unknown
        1963 Haviland Ave.
        Bronx            NY 10472
--------------------------------------------------------------------------------

        001569459


        Lam, Anh T                              Unknown
        4015 Lincoln Av
        El Monte         CA 91731
--------------------------------------------------------------------------------

        001523324


        Lam, Bao Lei                            Unknown
        4015 Lincoln Avenue
        El Monte         CA 91731
--------------------------------------------------------------------------------

        001472556


        Lam, Rebecca W.                         Unknown
        612 Stevens Crossing
        Martinez         GA 30907
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001525950


Lama, Robert D.                         Unknown
2119 N. Trumpeter Dr.
Mount Vernon      WA 98273
--------------------------------------------------------------------------------

001590155


Lamar Evans Trucking                    Unknown
3152 Hwy 501
Golddona         LA 71031
--------------------------------------------------------------------------------

001570555


Lamar Jr., Marlin L.                    Unknown
6089 Mulberry St Ext
Austell          GA 30168
--------------------------------------------------------------------------------

001576104


Lamar, William F.                       Unknown
212 S. Waccamaw Ave.
Columbia         SC 29205
--------------------------------------------------------------------------------

001591313


Lamb Linda M                            Unknown
13555 E 520 Road
Claremore        OK 74017
--------------------------------------------------------------------------------

001589164


Lamb Thomas J                           Unknown
1057 W Second St
Elmira           NY 14905
--------------------------------------------------------------------------------

001538735


Lambert, Christopher C.                 Unknown
38186 Sunshine Street
Gonzales         LA 70737
--------------------------------------------------------------------------------

001527773


Lambert, David C.                       Unknown
38186 Sunshine St.
Gonzales         LA 70737
--------------------------------------------------------------------------------

001555366


Lambert, Jean L.                        Unknown
338 Main St.
Neosho Rapids    KS 66864
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                   Total Amt
        Mailing Address/ Zip Code             of Claim


        000145739


        Lambert, John W.                      Unknown
        408 Myrtle Avenue
        Belton          MO 64012
--------------------------------------------------------------------------------

        001586860


        Lambert, Kathleen M                   Unknown
        7914 Kevin Lane
        Belton          MO 64012
--------------------------------------------------------------------------------

        000145860


        Lambert, Kathleen M.                  Unknown
        Po Box 61
        Belton          MO 64012
--------------------------------------------------------------------------------

        001551633


        Lambert, Mark J.                      Unknown
        2314 Parkview
        Pearland        TX 77581
--------------------------------------------------------------------------------

        001554416


        Lambert, Raymond E.                   Unknown
        212 Walnut
        Neosho Rapids   KS 66864
--------------------------------------------------------------------------------

        001562168


        Lambert, Thomas W.                    Unknown
        209 Starr St.
        Johstown        PA 15905
--------------------------------------------------------------------------------

        001557415


        Lambson, Melinda S.                   Unknown
        1645 Park Plaza Drive Box 485
        St. Johns       AZ 85936
--------------------------------------------------------------------------------

        001527107


        Lamoureux, El R.                      Unknown
        7243 Electra Dr. S.
        Jax             FL 32210
--------------------------------------------------------------------------------

        001505009


        Lamoureux, Lynn B.                    Unknown
        1410 Fruit Cove Rd.
        Fruit Cove      FL 32259
--------------------------------------------------------------------------------
```

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code             of Claim


        001545929


        Lamparelli, Bridie                    Unknown
        1355 S.W. Egret Way
        Palm City        FL 34990
--------------------------------------------------------------------------------
        001586785


        Lamphier, Kathryn Burns               Unknown
        19 Sandy Point Road
        Stratham         NH 03885
--------------------------------------------------------------------------------
        001501627


        Lampley, Walter M.                    Unknown
        21100 N.E. Sandy Blvd. #89
        Troutdale        OR 97060
--------------------------------------------------------------------------------
        001581196


        Lampo, Frances K.                     Unknown
        3708 Brighton Dr.
        Bryan            TX 77802
--------------------------------------------------------------------------------
        001498114


        Lan, Edith                            Unknown
        827 Garfield St.
        San Francisco    CA 94132
--------------------------------------------------------------------------------
        001574129


        Lan, Jiao Y.                          Unknown
        1831 S. 8th St.
        Philadelphia     PA 19148
--------------------------------------------------------------------------------
        001574342


        Lance, Loren D.                       Unknown
        2030 4800th Street
        Bronson          KS 66716
--------------------------------------------------------------------------------
        001579579


        Land, Susan                           Unknown
        454 Pasadena Place
        Corpus Christi   TX 78411
--------------------------------------------------------------------------------
        001513328


        Landers, Bryan W.                     Unknown
        1707 Purple Martin Cove
        College Station  TX 77845
--------------------------------------------------------------------------------
```

                    Unsecured Creditors -- Sales Representatives

```
     Creditors Names and                   Total Amt
     Mailing Address/ Zip Code             of Claim


     001513115


     Landers, Jerry M.                     Unknown
     405 University Dr. East
     College Station    TX 77840
-------------------------------------------------------------------------------
     001558698


     Landers, Linda L                      Unknown
     13101 Delaware Dr
     Indep.            MO 64055
-------------------------------------------------------------------------------
     001512972


     Landers, Mildred B                    Unknown
     Rt 1, Box 84
     Brookeland        TX 75931
-------------------------------------------------------------------------------
     001541146


     Landfried, Marsha K.                  Unknown
     263 E. Pine St.
     Lisbon            OH 44432
-------------------------------------------------------------------------------
     001579651


     Landon, John L                        Unknown
     po box 1546
     missoula          MT 59801
-------------------------------------------------------------------------------
     001459590


     Landreneau, John K.                   Unknown
     8318 Bayou Fountain Apt D
     Baton Rouge       LA 70820
-------------------------------------------------------------------------------
     001606715


     Landrum, Richard                      Unknown
     1047 West Eagle Street
     Fayetteville      AR 72701
-------------------------------------------------------------------------------
     001585626


     Landry, Jay W.                        Unknown
     211 Carmel Dr.
     Mandeville        LA 70448
-------------------------------------------------------------------------------
     001519355


     Landry, Sharon G.                     Unknown
     1601 Mckeen Place Apt. 810
     Monroe            LA 71201
-------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page: 811
                       Unsecured Creditors -- Sales Representatives

    Creditors Names and                Total Amt
    Mailing Address/ Zip Code          of Claim


    001485772


    Lands, Shirley                     Unknown
    222 East X Street
    Deer Park       TX 77536
-------------------------------------------------------------------------

    001592506


    Lane Jr., Emory C                  Unknown
    1618 Chesterfield Ct
    Gastonia        NC 28052
-------------------------------------------------------------------------

    001587703


    Lane, Carolyn                      Unknown
    6927 Homestead
    Lubbock         TX 79424
-------------------------------------------------------------------------

    001592965


    Lane, Greg                         Unknown
    17200 Westgrove  #436
    Dallas          TX 75248
-------------------------------------------------------------------------

    001460426


    Lane, Julia L.                     Unknown
    1272 North Greatneck Road
    Virginia Beach    VA 23454
-------------------------------------------------------------------------

    001564869


    Lane, Linda I                      Unknown
    226 W. 12Th Street
    Laurel          MT 59044
-------------------------------------------------------------------------

    001568879


    Lane, Loretta F.                   Unknown
    2227 S. Hall
    Webb City       MO 64870
-------------------------------------------------------------------------

    001592508


    Lane, Mark D                       Unknown
    1618 Chesterfield Ct
    Gastonia        NC 28052
-------------------------------------------------------------------------

    001592500


    Lane, Moody S                      Unknown
    1618 Chestenfield Ct
    Gastonia        NC 28052
-------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                Total Amt
        Mailing Address/ Zip Code          of Claim

        001603526

        Lane, Sig                          Unknown
        415 Traffic Street
        Bossier City     LA 71111
------------------------------------------------------------------
        000130815

        Lang, Anita M.                     Unknown
        576 Klamath Lane
        La Conner        WA 98257
------------------------------------------------------------------
        001487033

        Langdon, Gayle A.                  Unknown
        23019 Arlington Heights Road
        Arlington        WA 98223
------------------------------------------------------------------
        001598889

        Lange, Elizabeth A                 Unknown
        2136 Loma Veade
        Bedford          TX 76021
------------------------------------------------------------------
        001552877

        Lange, Jackie M.                   Unknown
        9605 S. Lexington St.
        Kennewick        WA 99337
------------------------------------------------------------------
        000162767

        Lange, Rebecca K.                  Unknown
        1511 Fathom Drive
        Kenai            AK 99611
------------------------------------------------------------------
        000153925

        Lange, Sherry L.                   Unknown
        509 Road "K" Sw
        Quincy           WA 98848
------------------------------------------------------------------
        001555449

        Langelier, Sandra E.               Unknown
        12470 Starcrest, Apt. 818
        San Antonio      TX 78216
------------------------------------------------------------------
        001591638

        Langeliers, Lynn L.                Unknown
        2920 Lynwood Drive
        Billings         MT 59102
------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001559811


        Langellier, Mark J.                     Unknown
        10 Timberview Dr.
        Bloomington      IL 61701
--------------------------------------------------------------------------------
        001527500


        Langenhorst, Lawrence J.                Unknown
        136 W. Marquette St.
        Berlin           WI 54923
--------------------------------------------------------------------------------
        001550954


        Langley, Albert C.                      Unknown
        515 Flambant Dr.
        Broussard        LA 70518
--------------------------------------------------------------------------------
        000134070


        Langley, Daryl R.                       Unknown
        206 Harvest Drive
        Lafayette        LA 70508
--------------------------------------------------------------------------------
        000120200


        Langley, John (Cameron)                 Unknown
        Post Office Box 131
        Broussard        LA 70518
--------------------------------------------------------------------------------
        001527248


        Langley, Leslie A.                      Unknown
        9920 Cody
        Overland Park    KS 66214
--------------------------------------------------------------------------------
        000149312


        Langley, Mary E.                        Unknown
        206 Harvest Drive
        Lafayette        LA 70508
--------------------------------------------------------------------------------
        001529143


        Langley, Ricky L.                       Unknown
        305 NW 39th Street
        Blue Springs     MO 64015
--------------------------------------------------------------------------------
        001560707


        Langlois, Edgar A.                      Unknown
        12006 Littleberry Ct.
        Tampa            FL 33635
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001485989


Langness, Jeffery G.                   Unknown
1807 Gina Marie Lane
Burlington        WA 98233
-------------------------------------------------------------------------------
001501609


Langness, Leeanne                      Unknown
4016 Pueblo Heights
Mount Vernon      WA 98273
-------------------------------------------------------------------------------
001552926


Langston, Brian K.                     Unknown
4006 Spring Branch East
Pearland          TX 77584
-------------------------------------------------------------------------------
001560481


Langwell, Ronald M                     Unknown
360 Cessna Street
Lynden            WA 98264
-------------------------------------------------------------------------------
001583838


Lanier Jr., Alfred H.                  Unknown
9519 Manor Road
Leawood           KS 66206
-------------------------------------------------------------------------------
000103870


Lanier Jr., Calvin A.                  Unknown
1020 Bonaire Way
Knightdale        NC 27545
-------------------------------------------------------------------------------
001492534


Lanier, James K                        Unknown
1095 Kowaliga Road
Eclectic          AL 36024
-------------------------------------------------------------------------------
000103779


Lanier, Jobina L.                      Unknown
1020 Bonaire Way
Knightdale        NC 27545
-------------------------------------------------------------------------------
001589856


Lanier, Lou-Ann                        Unknown
154 Maple St.
Madison           AL 35758
-------------------------------------------------------------------------------
```

```
        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001494443


        Lanier, Sharon H.                       Unknown
        115 Clark St.
        Salmon          ID 83467
------------------------------------------------------------------------------
        001606731


        Lankford, Divina B                      Unknown
        305 Maple Avenue
        Emmett          ID 83617
------------------------------------------------------------------------------
        001575790


        Lanning, Kris J.                        Unknown
        918 S. Mc Gregor
        Carthage        MO 64836
------------------------------------------------------------------------------
        000145957


        Lanoza Jr., Cirilo B *                  Unknown
        8512 116Th Street
        Seattle         WA 98178
------------------------------------------------------------------------------
        001595580


        Lansch, John W.                         Unknown
        2526 Hollow Hock
        Houston         TX 77080
------------------------------------------------------------------------------
        001523734


        Lansdowne, Joy A.                       Unknown
        5107 99Th Street South West
        Mukilteo        WA 98275
------------------------------------------------------------------------------
        001488763


        Lanthier, Bertha H.                     Unknown
        108 Wills Drive
        Lafayette       LA 70506
------------------------------------------------------------------------------
        001571606


        Laperle, Pamela K                       Unknown
        852 Bitternut Dr
        Coppell         TX 75019
------------------------------------------------------------------------------
        001555448


        Laport, Jody                            Unknown
        2259 Pelham Ave
        Los Angeles     CA 90064
------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE        Page: 816

                    Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001470242 | |
| Lappin, Jeanne L.<br>3482 E. 3100 North<br>Kimberly      ID 83341 | Unknown |
| 001562219 | |
| Larance, Diann M.<br>8110 Hwy 822<br>Dubach       LA 71235 | Unknown |
| 001607244 | |
| Larcom, Cheryl A.<br>1094 Piper Rd.<br>Ferndale      WA 98248 | Unknown |
| 001541327 | |
| Lardieri, Sharon<br>647 Gillette Avenue<br>Temple Terrace   FL 33617 | Unknown |
| 001597320 | |
| Largent, Sharon A.<br>1002 Live Oak<br>Desoto       TX 75115 | Unknown |
| 001600579 | |
| Largeteau, Cheyenne A<br>62 Barker Loop<br>Pinehurst      ID 83850 | Unknown |
| 000144530 | |
| Larrabee, Linda M.<br>2260 Old Day Creek Rd.<br>Sedro Woolley    WA 98284 | Unknown |
| 001542720 | |
| Larrowe, Colene M.<br>1479 Joy Ranch Road<br>Woodlawn      VA 24381 | Unknown |
| 001610233 | |
| Larry, Shelia M<br>3804 Esters<br>Irving       TX 75038 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE                    Page: 817
                          Unsecured Creditors -- Sales Representatives

```
       Creditors Names and                 Total Amt
       Mailing Address/ Zip Code           of Claim

       001482762

       Larsen, David                       Unknown
       4 Spyglass
       Frisco          TX 75034
------------------------------------------------------------------------------------

       001582814

       Larsen, Ronnie C.                   Unknown
       5704 River Run Circle
       Rocklin         CA 95765
------------------------------------------------------------------------------------

       001579519

       Larsen, Ryan L.                     Unknown
       4320 196Th Sw. B-701
       Lynnwood        WA 98036
------------------------------------------------------------------------------------

       000151975

       Larsen, Stephanie                   Unknown
       P.O. Box 2012
       Twin Falls      ID 83303
------------------------------------------------------------------------------------

       001601179

       Larson, Catherine R.                Unknown
       700 Frontier Drive
       Gillette        WY 82718
------------------------------------------------------------------------------------

       001567911

       Larson, Kenneth                     Unknown
       977 Mill Creek Run
       Suwanee         GA 30024
------------------------------------------------------------------------------------

       001463558

       Larson, Margaret R*                 Unknown
       Po Box 807
       Choteau         MT 59422
------------------------------------------------------------------------------------

       000128222

       Larson, Merle D.                    Unknown
       993 W Outer Dr.
       Oak Ridge       TN 37830
------------------------------------------------------------------------------------

       001595142

       Larsson, Ricky J.                   Unknown
       9203 Prairie Trails Drive
       Spring          TX 77379
------------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page:  818
                         Unsecured Creditors -- Sales Representatives

          Creditors Names and                      Total Amt
          Mailing Address/ Zip Code                of Claim


          001584017


          Larue, David B.                           Unknown
          1213 Jefferson Street
          The Dalles        OR 97058
------------------------------------------------------------------------------

          001470024


          Larue, Jerri L.                           Unknown
          104 Blaines Way
          Goose Creek       SC 29445
------------------------------------------------------------------------------

          001592272


          Larue, Natalie A.                         Unknown
          1062 S.E. Barnes
          Gresham           OR 97080
------------------------------------------------------------------------------

          001582105
          .

          Larue, Ovean L.                           Unknown
          308 Se Gensing
          Estacada          OR 97023
------------------------------------------------------------------------------

          001556101


          Lasagna, Michael A.                       Unknown
          60 Staghorn Ct.
          Lake Jackson      TX 77566
------------------------------------------------------------------------------

          000152290


          Lasarte, Kerri Ann                        Unknown
          809 Eastland Park Dr
          Twin Falls        ID 83301
------------------------------------------------------------------------------

          001522901


          Laseman, Barbara H.                       Unknown
          Rt. 2 Box 279
          Wichita Falls     TX 76301
------------------------------------------------------------------------------

          001570154


          Lashway, Matthew B.                       Unknown
          #6 Woodshaw Ct.
          Columbia          SC 29212
------------------------------------------------------------------------------

          001506005


          Laskowitz, William B.                     Unknown
          3690 Fran Lane
          Hermitage         PA 16159
------------------------------------------------------------------------------

                              Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001551804


        Lasseter, Cynthia Susan                 Unknown
        16510 Laurelfield
        Houston          TX 77059
------------------------------------------------------------------------------

        001606658


        Lassila, Maria I.                       Unknown
        P.O. Box 10883
        Palm Desert      CA 92255
------------------------------------------------------------------------------

        001458476


        Latham, Laura A                         Unknown
        815 Greenbrook
        Allen            TX 75002
------------------------------------------------------------------------------

        000152014


        Lathom, Dan C                           Unknown
        P.O. Box 2182
        Mt Vernon        WA 98273
------------------------------------------------------------------------------

        001481323


        Lathrop, Carol A.                       Unknown
        12535 Fairfax Street
        Thornton         CO 80241
------------------------------------------------------------------------------

        001506221


        Lathrop, Happ F.                        Unknown
        145 Birdsong Trail
        Chapin           SC 29036
------------------------------------------------------------------------------

        000106539


        Latimer Jr., Walter B.                  Unknown
        228 Coleman Blvd.
        Mt Pleasant      SC 29464
------------------------------------------------------------------------------

        001524826


        Latimer, James M.                       Unknown
        11623 Idlebrook Dr.
        Houston          TX 77070
------------------------------------------------------------------------------

        000142892


        Latiolais, Linda C.                     Unknown
        228 St. Paul Ave
        Opelousas        LA 70570
------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE        Page: 820
                      Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001589100


        Latray, Terry L.                        Unknown
        537 So Caravan
        Missoula        MT 59802
--------------------------------------------------------------------------------
        001586687


        Latula, Shawn I                         Unknown
        707 W Field Street
        New Iberia       LA 70560
--------------------------------------------------------------------------------
        001559002


        Lau, Wo Kwok                            Unknown
        208 Canal St.China Trust Bank
        New York        NY 10013
--------------------------------------------------------------------------------
        000114320


        Laubach, Tom                            Unknown
        10691 Pinholster Road
        Jacksonville     FL 32218
--------------------------------------------------------------------------------
        001612100


        Laubhan, John W.                        Unknown
        8421 Sea Glen Dr.
        Las Vegas        NV 89128
--------------------------------------------------------------------------------
        001574525


        Laudreneau, Tody L.                     Unknown
        118 W. Bagstill
        Arnaudville      LA 70512
--------------------------------------------------------------------------------
        000115279


        Launay, Berne R.                        Unknown
        2511 E. Pacific
        Spokane          WA 99202
--------------------------------------------------------------------------------
        000115028


        Launay, Mike P.                         Unknown
        Rt 5 Box 238
        Mt. Vernon       IL 62864
--------------------------------------------------------------------------------
        000115236


        Launay, Paul R.                         Unknown
        Rt.5 Box 238
        Mt. Vernon       IL 62864
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


```
Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001598844


Laura P. Forgey                         Unknown
1315 E. Todd Street
Minden          LA 71055
---------------------------------------------------------------------
001490839


Lausch, Thomas C.                       Unknown
1039 Sunwood Lane
Lancaster       PA 17601
---------------------------------------------------------------------
000116425


Lautz, Daphne                           Unknown
4900 3A Street E.
Bradenton       FL 34203
---------------------------------------------------------------------
001557013


Lautzenheiser, Duane D.                 Unknown
257 Cassel Rd.
Vandalia        OH 45377
---------------------------------------------------------------------
001570609


Lavallie, Ryan J.                       Unknown
1264 Birch Pt. #1
Eagan           MN 55123
---------------------------------------------------------------------
001583356


Lavallie, Terry J.                      Unknown
N3575 Williams Drive
Iron Mountain   MI 49801
---------------------------------------------------------------------
001606446


Lavelle, Angela R                       Unknown
3220 Estate Dr
Oakdale         PA 15071
---------------------------------------------------------------------
001569580


Lavelle, Barbara J                      Unknown
1120 Palmer Ave
Winter Park     FL 32789
---------------------------------------------------------------------
001570858


Lavelle, Jennifer                       Unknown
1120 Palmer Ave.
Winter Park     FL 32789
---------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                Total Amt
Mailing Address/ Zip Code          of Claim


001601288


Lavender, Robert                   Unknown
212 Mockingbira RD
Lawton          OK 73507
------------------------------------------------------------------------
001581502


Lavine, David A                    Unknown
6816 Stardust
N Lavderdale     FL 33068
------------------------------------------------------------------------
001577211


Laviola, Jean D.                   Unknown
5902-157th STREET COURT EAST
Puyallup         WA 98373
------------------------------------------------------------------------
001601808


Lavoie, Alvin J.                   Unknown
21 Lexington Drive
West Boylstan    MA 01583
------------------------------------------------------------------------
001587047


Lavoile, Amy E.                    Unknown
4771 N. Powerline Rd
Ft. Lauderdale   FL 33309
------------------------------------------------------------------------
001538242


Law, Carla                         Unknown
98 N. River Road
Midway           UT 84049
------------------------------------------------------------------------
001569051


Lawler, Millie A.                  Unknown
223 Barton
Terre Haute      IN 47803
------------------------------------------------------------------------
001491160


Lawley, Gary A                     Unknown
8010 Holly Circle
McCalla          AL 35111
------------------------------------------------------------------------
000152382


Lawrence,  R  Michael              Unknown
11540 W 95Th St.
Overland Park    KS 66214
------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001570898


Lawrence, Cynthia A.                     Unknown
1710 Vicksburg
Mesquite          TX 75181
-----------------------------------------------------------------------------
001459186


Lawrence, David                          Unknown
1724 Beloit
Naperville        IL 60565
-----------------------------------------------------------------------------
001587733


Lawrence, Felix R.                       Unknown
7917 Haydenberry
Nashville         TN 37221
-----------------------------------------------------------------------------
001494945


Lawrence, Joan B.                        Unknown
360 Melody Dr.
Metairie          LA 70001
-----------------------------------------------------------------------------
001579319


Lawrence, Julia O.                       Unknown
1220 Avenue A #1
Snohomish         WA 98290
-----------------------------------------------------------------------------
001586522


Lawrence, Keith D                        Unknown
6804 County Lane 96
Carthage          MO 64836
-----------------------------------------------------------------------------
000114729


Lawrence, Mike A.                        Unknown
105 Cat-Cay Court
Atlanta           GA 30350
-----------------------------------------------------------------------------
001606801


Lawrence, Theresa M                      Unknown
3804 W 6th ST #8
Kennewick         WA 99336
-----------------------------------------------------------------------------
001587070


Lawson, Amy E.                           Unknown
3204 188 St N.E.
Arlington         WA 98223
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000127372


        Lawson, Douglas H.                      Unknown
        RR 3, Box 384-1
        Arkansas City      KS 67005
--------------------------------------------------------------------------------

        001536388


        Lawson, James R.                        Unknown
        3246 Laurelwood Ave.
        Bellingham         WA 98225
--------------------------------------------------------------------------------

        001581558


        Lawson, Jim                             Unknown
        6937 Mill Falls Drive
        Dallas             TX 75248
--------------------------------------------------------------------------------

        001558365


        Lawson, Melissa B.                      Unknown
        4707 Pin Oak Park
        Houston            TX 77081
--------------------------------------------------------------------------------

        001588783


        Lawson, Ronald J.                       Unknown
        109 Strawberry Lane
        Cinebar            WA 98533
--------------------------------------------------------------------------------

        001554716


        Lawson, Virginia                        Unknown
        13 W. Lavert
        Luling             LA 70070
--------------------------------------------------------------------------------

        001558529


        Lawton, John H.                         Unknown
        Po Box 715
        Snoqualime         WA 98065
--------------------------------------------------------------------------------

        001551666


        Lawton, Virginia W.                     Unknown
        20 Brandyvine Court
        Greenville         SC 29615
--------------------------------------------------------------------------------

        001562137


        Laxton, Connie N.*                      Unknown
        1320 Bayview Dr.
        Cleawater          FL 33756
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim

000140604

Lay, Ginger S.                          Unknown
214 East Dr.
Oak Ridge          TN 37830
--------------------------------------------------------------------------------
001584479

Layman, Becky J                         Unknown
103 W Meiners
Morton             WA 98356
--------------------------------------------------------------------------------
001554719

Layton, Phillip H.                      Unknown
12907 Ryaneagles Circle
Houston            TX 77044
--------------------------------------------------------------------------------
000158600

Lazaroff, Sandra J.                     Unknown
10634 Tancred Street
North Glenn        CO 80234
--------------------------------------------------------------------------------
000143342

Lazarz, Marilyn R.                      Unknown
612 Pagoda
Marine City        MI 48039
--------------------------------------------------------------------------------
001540246

Lazenberry, Carol J.                    Unknown
10518 Sagepine
Houston            TX 77089
--------------------------------------------------------------------------------
001527193

Lazenberry, Hugh G.                     Unknown
15606 Pilgrim Hall
Friendswood        TX 77546
--------------------------------------------------------------------------------
001537442

Lazenberry, Jackie L                    Unknown
10518 Sagepine
Houston            TX 77089
--------------------------------------------------------------------------------
001555910

Le Gate, Jeannie E.                     Unknown
122 Santa Monica Ave
Royal Palm Beach   FL 33411
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001559791


Le, Ann                                 Unknown
215 Churchill Dr.
Lafayette        LA 70506
---------------------------------------------------------------------------------
001568362


Le, Lisa                                Unknown
2001 Greenspoint Drive
New Orleans      LA 70114
---------------------------------------------------------------------------------
001556431


Le, Paul D.                             Unknown
215 Churchill Drive
Lafayette        LA 70506
---------------------------------------------------------------------------------
001563420


LeBlanc, Kris                           Unknown
1188 Rodney
Baton Rouge      LA 70810
---------------------------------------------------------------------------------
001510147
  .

LeBlanc, Robert                         Unknown
825 Gordon Ave
Harahan          LA 70123
---------------------------------------------------------------------------------
001582174


LeFlore, Judy K                         Unknown
1212 County Rd 254
Anderson         TX 77830
---------------------------------------------------------------------------------
000116584


League, Mary D.                         Unknown
103 Heritage Way
Huntsville       AL 35802
---------------------------------------------------------------------------------
000116677


League, Sonya Renee'                    Unknown
120 Brooks Avenue
Meridianville    AL 35759
---------------------------------------------------------------------------------
001600269


Leahy, Vicki                            Unknown
1908 Selene Ave
South Plainfield NJ 07080
---------------------------------------------------------------------------------
```

                       Unsecured Creditors -- Sales Representatives

          Creditors Names and                    Total Amt
          Mailing Address/ Zip Code               of Claim

          001610352

          Leali, Frances J                        Unknown
          3795 Longview Rd
          Hemitage        PA 16159
--------------------------------------------------------------------------------
          001520447

          Lear, Daniel B.                          Unknown
          812 Ringfield Road
          Va Beach        VA 23454
--------------------------------------------------------------------------------
          001455975

          Lear, Sharon L.                          Unknown
          Rt 3 Box 518
          Wichita Falls   TX 76308
--------------------------------------------------------------------------------
          001582050

          Leathers, Charles F                      Unknown
          1801 Seward Avenue
          Topeka          KS 66616
--------------------------------------------------------------------------------
          000121066

          Leathers, Ken E.                         Unknown
          12 Donner Place
          Ponca City      OK 74604
--------------------------------------------------------------------------------
          000121358

          Leathers, R Max.                         Unknown
          12 Donner Place
          Ponca City      OK  74604
--------------------------------------------------------------------------------
          001584352

          Leber, Julie A.                          Unknown
          53195 Green Lane
          Milton Freewater  OR 97862
--------------------------------------------------------------------------------
          001568752

          Leblanc Alana M.                         Unknown
          2349 Shade Ave.
          Florence        AL 35630
--------------------------------------------------------------------------------
          000155698

          Leblanc, Robert G.                       Unknown
          208 Wiltz St
          Rayne           LA 70578
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001580627


        Leblanc, Susan M.                       Unknown
        4505 N. Braeswood #110
        Houston          TX 77096
--------------------------------------------------------------------------

        000118727


        Lebleu, Susan H.                        Unknown
        106 Lois St. Apt #1
        Dequincy         LA 70633
--------------------------------------------------------------------------

        001455961


        Lecxe, Inc.                             Unknown
        2755 Wendy Lane
        Marietta         GA 30062
--------------------------------------------------------------------------

        001497506


        Ledford, Shawn J.                       Unknown
        108 Corley Woods Drive
        Lexington        SC 29072
--------------------------------------------------------------------------

        000156768


        Ledger, Mark W.                         Unknown
        1205 Buttonwood
        Friendswood      TX 77546
--------------------------------------------------------------------------

        001608624


        Ledger, William V.                      Unknown
        583 Trailsend
        Haughton         LA 71037
--------------------------------------------------------------------------

        001606484


        Ledoux, Cynthia A.                      Unknown
        501 S 10Th Ave.
        Bozeman          MT 59715
--------------------------------------------------------------------------

        001571259


        Lee (Mayo) Ruth A.                      Unknown
        1502 Roanoake
        Graham           TX 76450
--------------------------------------------------------------------------

        001552835


        Lee Jr., Richard                        Unknown
        5808 Meaders Lane
        Dallas           TX 75230
--------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001604192


Lee Larry C                              Unknown
P.O. Box 88715
Los Angeles       CA 90009
------------------------------------------------------------------------------------

000146350


Lee, Anita V                             Unknown
8001 Talbot Road
Edmonds           WA 98026
------------------------------------------------------------------------------------

000136733


Lee, Anna E.                             Unknown
3940 Atlanta Street
Dallas            TX 75215
------------------------------------------------------------------------------------

001591951


Lee, Beverly S.                          Unknown
17525 24th AVE N.W.
Arlington         WA 98223
------------------------------------------------------------------------------------

001581327


Lee, Bryan D.                            Unknown
156 Frank Street
Lexington         SC 29073
------------------------------------------------------------------------------------

001560556


Lee, Chow Hong                           Unknown
15 Monroe St #8
New York          NY 10002
------------------------------------------------------------------------------------

001601096


Lee, Chung                               Unknown
3200 Wilshire Blvd Ste 310
Los Angeles       CA 90010
------------------------------------------------------------------------------------

000155622


Lee, Claudia C.                          Unknown
7 St. James Place Apt. 7I
New York          NY 10038
------------------------------------------------------------------------------------

000131221


Lee, Craig W.                            Unknown
6249 Jackson Road
Blaine            WA 98230
------------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page: 830
                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                 of Claim


        001459224


        Lee, Dane M                               Unknown
        953 NW 62nd
        Seattle          WA 98107
--------------------------------------------------------------------------------
        001470249


        Lee, David F.                             Unknown
        3254 Ne Sumner St.
        Portland         OR 97211
--------------------------------------------------------------------------------
        001563070


        Lee, Dawn N.                              Unknown
        #3 Old Scobey Road Box 630
        Scobey           MT 59263
--------------------------------------------------------------------------------
        001587780


        Lee, Don R.                               Unknown
        P.O. Box 790
        Shelby           MT 59474
--------------------------------------------------------------------------------
        001583401


        Lee, Frances B.                           Unknown
        961 Highway 56
        Spartanburg      SC 29302
--------------------------------------------------------------------------------
        001566349


        Lee, Frank                                Unknown
        560 N W 82nd Place Apt. 301
        Miami            FL 33126
--------------------------------------------------------------------------------
        001529412


        Lee, Gail                                 Unknown
        4749 Fremont
        Bellingham       WA 98226
--------------------------------------------------------------------------------
        001608916


        Lee, Gene k.                              Unknown
        2612 S. Logan St  #03
        Denver           CO 80210
--------------------------------------------------------------------------------
        001587769


        Lee, Irene A.L.                           Unknown
        12428 Newbrook #8
        Houston          TX 77072
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                 Total Amt
Mailing Address/ Zip Code            of Claim


000131054


Lee, James R.                        Unknown
2324-C Lk. Cavanaugh Road
Mt. Vernon       WA 98273
----------------------------------------------------------------------------
001461582


Lee, Jan G.                          Unknown
1404 N. Loop Road
Vidalia          GA 30474
----------------------------------------------------------------------------
001591649


Lee, Jinx M.                         Unknown
Rt 3 Box 16
Wavasota         TX 77868
----------------------------------------------------------------------------
001536268


Lee, John T.                         Unknown
1146 Water Street
Indiana          PA 15701
----------------------------------------------------------------------------
000120756


Lee, Keith                           Unknown
432 Evergreen Dr.
Destrehan        LA 70047
----------------------------------------------------------------------------
001573051


Lee, Kelvin                          Unknown
13676 Roosevelt
Flushing         NY 11354
----------------------------------------------------------------------------
000152022


Lee, Kevin C.                        Unknown
7 St. James Place 7I
New York         NY 10038
----------------------------------------------------------------------------
001579778


Lee, L. Wayne, Jr.                   Unknown
443 Belle Lindler Rd.
Gilbert          SC 29054
----------------------------------------------------------------------------
001571778


Lee, Lai-Yuk                         Unknown
36 Monroe St., #3Dd
New York         NY 10002
----------------------------------------------------------------------------
```

                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                   Total Amt
        Mailing Address/ Zip Code             of Claim


        001579677


        Lee, Larry W.                         Unknown
        256 Bradley Drive
        West Columbia      SC 29170
------------------------------------------------------------------------------------
        001589547


        Lee, Lawrence                         Unknown
        57 Belle Avaenue
        San Francisco      CA 94132
------------------------------------------------------------------------------------
        001589579


        Lee, M. Maurice & Pat A.              Unknown
        1206 Glouchester
        Houston            TX 77073
------------------------------------------------------------------------------------
        001461777


        Lee, Marie S.                         Unknown
        803 Garden Grove
        Yukon              OK 73099
------------------------------------------------------------------------------------
        001591159


        Lee, Marlene                          Unknown
        910 16th Ave. N.
        Jacksonville Beach  FL 32250
------------------------------------------------------------------------------------
        001573547


        Lee, Mary A.                          Unknown
        2601 Big Ridge Road
        Columbia           LA 71418
------------------------------------------------------------------------------------
        001498858


        Lee, Maryla K.                        Unknown
        1543 Blackhall Lane SE
        Decatur            AL 35601
------------------------------------------------------------------------------------
        001540470


        Lee, Maxwell H.                       Unknown
        151 Derwent Lane
        Huntsville         AL 35810
------------------------------------------------------------------------------------
        001494422


        Lee, Melanie M.                       Unknown
        607 Camino Verde
        South Pasadena     CA 91030
------------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE           Page 833
                    Unsecured Creditors -- Sales Representatives

Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim

001538169

Lee, Michael J.                          Unknown
4749 Fremont
Bellingham        WA 98226
-----------------------------------------------------------------------

001486323

Lee, Noel J.                             Unknown
3602 Plympton Pl
Greensboro        NC 27410
-----------------------------------------------------------------------

001609289

Lee, Oi Hing (Irene)                     Unknown
1639 Ramstree Dr.
San Jose          CA 95131
-----------------------------------------------------------------------

001556504

Lee, Paulette H.                         Unknown
2009 Surrey Ln
Bossier City      LA 71111
-----------------------------------------------------------------------

001608851

Lee, Rick C                              Unknown
8120 US Hwy 12
Glenoma           WA 98336
-----------------------------------------------------------------------

001569822

Lee, Robert F.                           Unknown
23384 Shetland Run
Boca Raton        FL 33433
-----------------------------------------------------------------------

001458942

Lee, Rodney K.                           Unknown
3254 NE Sumner St.
Portland          OR 97211
-----------------------------------------------------------------------

001515468

Lee, Ronnie + Ginger                     Unknown
5302 Woodgate
Corpus CHRISTI    TX 78413
-----------------------------------------------------------------------

000132296

Lee, Sandi                               Unknown
6336 Montrose Road
N. Bethesda       MD 20852
-----------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000156955 | |
| Lee, Sharon A.<br>17580 So. HWY 170<br>West Fork          AR 72774 | Unknown |
| 000125841 | |
| Lee, Song-Lieng<br>16317 Santa Bianca Dr.<br>Hacienda Heights    CA 91745 | Unknown |
| 001475310 | |
| Lee, Steve & Allison<br>2340 Bocage Place<br>Ruston          LA 71270 | Unknown |
| 000114532 | |
| Lee, Steven E.<br>15302 Carrollton Lane<br>Tampa          FL 33624 | Unknown |
| 001539321 | |
| Lee, Susan A.<br>7509 Maplecrest Drive<br>Dallas          TX 75240 | Unknown |
| 001536393 | |
| Lee, Tim<br>910 16th Avenue (North)<br>Jacksonville Beach  FL 32250 | Unknown |
| 001570946 | |
| Lee, Todd C.<br>5125 Firetower Road<br>Franklin          TN 37064 | Unknown |
| 000145798 | |
| Lee, Winston<br>7 St. James Place Apt#7I<br>New York          NY 10038 | Unknown |
| 001577050 | |
| Lee, Yoke-Pen<br>86 30 Broadway 2nd FL<br>Elmhurst          NY 11373 | Unknown |

Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001580614


Lee, Yui-Lin                           Unknown
2306 Oakcrest Dr.
Garland          TX 75044
----------------------------------------------------------------------

001540467


Leep, Dave N.                          Unknown
4922 Monte Vista Place
Mt. Vernon       WA 98273
----------------------------------------------------------------------

001602871


Lefevre, Frank                         Unknown
119 Mallard St.
Lake Charles     LA 70605
----------------------------------------------------------------------

001581929


Leflore, Diane S.                      Unknown
1542 Schumacher
Navasota         TX 77868
----------------------------------------------------------------------

000122245


Leftwich, Gary E.                      Unknown
808 Yosmite Trail
Mesquite         TX 75149
----------------------------------------------------------------------

001576177


Lege, Donna H.                         Unknown
314 Manuel
Erath            LA 70533
----------------------------------------------------------------------

000159206


Leger, James A.                        Unknown
440 Heidi Circle Lot 89
Scott            LA 70583
----------------------------------------------------------------------

000119231


Leger, Nicole R.                       Unknown
440 Heidi Circle Lot #89
Scott            LA 70583
----------------------------------------------------------------------

001577465


Leger, Norma S.                        Unknown
857 Rocky Bayou Dr.
Pineville        LA 71360
----------------------------------------------------------------------

JCH7CLAIM2 98/12/07             INTERNATIONAL HERITAGE      Page: 836
                        Unsecured Creditors -- Sales Representatives

Creditors Names and              Total Amt
Mailing Address/ Zip Code        of Claim


001570126


Leggerts, Cynthia                Unknown
1200 S. Sharon
Kennewick        WA 99337
-----------------------------------------------------------------------------
001575540


Leggett, Joyce                   Unknown
2794 Private Rd. 3776
Wills Point       TX 75169
-----------------------------------------------------------------------------
001582167


Lehman, Jason K.                 Unknown
900 Se Baker St.# 2653
McMINNVILLE       OR 97128
-----------------------------------------------------------------------------
001550834


Leibold, Robert T.               Unknown
224 Castlewood Ave
Dayton           OH 45405
-----------------------------------------------------------------------------
001494606


Leidholt, David M                Unknown
107 Colony Court
Missoula          MT 59803
-----------------------------------------------------------------------------
001584050


Leighton, Robert A.              Unknown
1475 Golddust Dr
Sparks            NV 89436
-----------------------------------------------------------------------------
001584049


Leighton, Scott L.               Unknown
1475 Golddust Dr
Sparks            NV 89436
-----------------------------------------------------------------------------
001552900


Leist, Toni R.                   Unknown
218 S. 1St
Mt. Vernon        WA 98273
-----------------------------------------------------------------------------
000132068


Leisure Time Rentals             Unknown
310 17Th Ave. South
North Myrtle Beach  SC 29582
-----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

000143608

Leith, Kathleen                          Unknown
13189 Quinn Rd.
Athens          AL 35611

------------------------------------------------------------------------

000137260

Lejeune, Joseph C.                       Unknown
Po Box 1690
St. Francisville   LA 70775

------------------------------------------------------------------------

001458135

Leleux, Brian T.                         Unknown
420 Adrienne
Lafayette        LA 70506

------------------------------------------------------------------------

001569335

Lemasters, David A.                      Unknown
1026 Howland Springs Blvd. SE
Warren           OH 44484

------------------------------------------------------------------------

001560945

Lemieux, Norene A                        Unknown
28 Border Lane
Bozeman          MT 59718

------------------------------------------------------------------------

000152134

Lemke, Carol A.                          Unknown
P.O. Box 2535
Wendover         NV 89883

------------------------------------------------------------------------

001540867

Lemke, Terry                             Unknown
1877 Butte St
Wendover         NV 89883

------------------------------------------------------------------------

001550543

Lemoine, Brenda G.                       Unknown
64 Fox Valley Drive
Orange Park      FL 32073

------------------------------------------------------------------------

001540920

Lemoine, Marie Claire                    Unknown
67 Terra Avenue
Alexandria       LA 71303

------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE      Page 838
                              Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001580531 | |
| Lemoine, Richard  J.<br>10587 Hill Ave.<br>Bastrop          LA 71220 | Unknown |
| 001515126 | |
| Lenard, Brian<br>Osa Avant Road<br>Calhoun          LA 71225 | Unknown |
| 001591839 | |
| Lenard, Glenn & Cindy<br>261-Hwy -837<br>Calhoun          LA 71225 | Unknown |
| 001474707 | |
| Lenard, Virginia<br>P.O. Box 376<br>Calhoun          LA 71225 | Unknown |
| 001578540 | |
| Lenhart, Suzanne M<br>7 Hillcrest Dr<br>Ponca City       OK 74604 | Unknown |
| 001548487 | |
| Lenters, Darlene M.<br>5302 Store Tvaer Gade<br>St. Thomas       VI 00802 | Unknown |
| 001606584 | |
| Lentini, Steve<br>230 Nw 123 Way<br>Coral Springs    FL 33071 | Unknown |
| 001537578 | |
| Lentz, Vernell<br>P.O. Box 254<br>Hansen           ID 83334 | Unknown |
| 001608447 | |
| Leon, Jonathan L.<br>1716 N.  Garland<br>Fayetteville     AR 72703 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001559095 | |
| Leon, Theresa J.<br>10705 Rockwood<br>Corpus Christi    TX 78410 | Unknown |
| 001527850 | |
| Leon, Virginia<br>313 North 2nd Street  1st Fl.<br>Harrison        NJ 07029 | Unknown |
| 001553973 | |
| Leonard, Cavin L.<br>8841 Timber Path #2401<br>San Antonio     TX 78250 | Unknown |
| 000140042 | |
| Leonards, Annette B.<br>615 Leonards Road<br>Rayne           LA 70578 | Unknown |
| 000120859 | |
| Leonards, Rufus R.<br>223 W. 16th Street<br>Crowley         LA 70526 | Unknown |
| 001586276 | |
| Leong, Wing Y<br>1067 W Sunshine<br>Springfield     MO 65807 | Unknown |
| 001571840 | |
| Leong, Yen<br>4201 Graustark  #4<br>Houston         TX 77006 | Unknown |
| 001554554 | |
| Leos, Yolanda L.<br>1918 Toben Drive<br>Corpus Christi    TX 78412 | Unknown |
| 001520841 | |
| Lepley, Bill<br>6064 Link Circle<br>Shepherd        MT 59079 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE           Page: 840
                    Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                Total Amt
        Mailing Address/ Zip Code          of Claim


        000141210


        Leroy, Dorothy                        Unknown
        610 Main Street
        Marine City       MI  48039
--------------------------------------------------------------------------

        001565500


        Lesesne, Amy B.                       Unknown
        335 Lockwood Terrace
        Decatur           GA 30030
--------------------------------------------------------------------------

        001543980


        Leslie, Margaret A.                   Unknown
        20020 Jane Ln.
        Tomball           TX 77375
--------------------------------------------------------------------------

        001518272


        Leslie, Romona K.                     Unknown
        13539 Scenic Glade Dr.
        Houston           TX 77059
--------------------------------------------------------------------------

        001557305


        Lester, Diane                         Unknown
        1319 East Vistawood Dr.
        Houston           TX 77077
--------------------------------------------------------------------------

        001523917


        Lestrer, Christina E.                 Unknown
        12222 Westmere
        Houston           TX 77077
--------------------------------------------------------------------------

        001598608


        Letha C. Benson                       Unknown
        2805 Aldergrove Rd.
        Ferndale          WA 98248
--------------------------------------------------------------------------

        001523740


        Lettow, David J.                      Unknown
        30112 Sawgrass Trail
        Georgetown        TX 78628
--------------------------------------------------------------------------

        001520905


        Lettow, Larry M.                      Unknown
        30112 Sawgrass Trail
        Georgetown        TX 78628
--------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001541409 | |
| Leuenberger, Robin L.<br>P.O. 416<br>Roscommon       MI 48653 | Unknown |
| 001572421 | |
| Leung, Kinche<br>3381 Oakmont View Dr.<br>Glendale       CA 91208 | Unknown |
| 001562442 | |
| Leung, Ziggy Y.<br>153 Winston Dr.<br>Matawan       NJ 07747 | Unknown |
| 001484089 | |
| Leuty, Carolyn S<br>4011 Trailridge Drive<br>Franklin       TN 37067 | Unknown |
| 001597231 | |
| Leveque, Jennifer<br>462 Riverfront Drive<br>Parker       AZ 85344 | Unknown |
| 000134771 | |
| Leveque, Joanne B.<br>2032 Rustler Ridge Ave.<br>North Las Vegas     NV 89031 | Unknown |
| 001579632 | |
| Levine, Carry A.<br>18790 Lloyd Drive #114<br>Dallas       TX 75252 | Unknown |
| 000103400 | |
| Levine, Martha<br>2322 Lavida Way<br>Boca Raton       FL 33433 | Unknown |
| 001494937 | |
| Levy, Calvin<br>11531 S.W. 10 Court<br>Pembroke Pines     FL 33025 | Unknown |

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE         Page:  842
                    Unsecured Creditors -- Sales Representatives

Creditors Names and                        Total Amt
Mailing Address/ Zip Code                  of Claim


001507519


Levy, Cindy J.                             Unknown
4920 Deerfield Way #202
Naples           FL 34110
------------------------------------------------------------------------

001581062


Lewellyan, Colin C.                        Unknown
Po Box 1454
Columbia         LA 71418
------------------------------------------------------------------------

001544340


Lewellyan, Ronald L.                       Unknown
2Nd Floor Courthouse
Columbia         LA 71418
------------------------------------------------------------------------

000116615


Lewis, Annette H.                          Unknown
24088 Hays Mill Rd.
Elkmont          AL 35620
------------------------------------------------------------------------

000115880


Lewis, Benjamin F.                         Unknown
106 Devon Park
Greenwood        SC 29649
------------------------------------------------------------------------

001591857


Lewis, Bill G.                             Unknown
205 West 19Th
Holden           MO 64040
------------------------------------------------------------------------

001472512


Lewis, Bobby                               Unknown
6766 Airline Hwy.
Baton Rouge      LA 70809
------------------------------------------------------------------------

001460133


Lewis, Bobby D.                            Unknown
271 Mary Dr.
Chapin           SC 29036
------------------------------------------------------------------------

000117502


Lewis, Bradley K.                          Unknown
24088 Mays Mill Rd
Elkmont          AL 35620
------------------------------------------------------------------------

JCH7CLAIM2 98/12/07               INTERNATIONAL HERITAGE        Page: 843
                          Unsecured Creditors -- Sales Representatives

```
        Creditors Names and              Total Amt
        Mailing Address/ Zip Code        of Claim

        000149381

        Lewis, Brenda G                     Unknown
        470 Mosley Dr
        Winnfield        LA 71483
------------------------------------------------------------------------

        001607404

        Lewis, Brenda K.                    Unknown
        210 Joe St.
        Farmington       AR 72730
------------------------------------------------------------------------

        000152390

        Lewis, Claude H.                    Unknown
        204 Hidden Pines Ct.
        League City      TX 77573
------------------------------------------------------------------------

        001567262

        Lewis, Edward A.                    Unknown
        P.O. Box 728
        Pearland         TX 77588
------------------------------------------------------------------------

        001580651

        Lewis, George S.                    Unknown
        513 N.W. 48 Ave.
        Deerfield        FL 33442
------------------------------------------------------------------------

        001490572

        Lewis, Gloria A                     Unknown
        4049 N. Beltline Road # 1010
        Irving           TX 75038
------------------------------------------------------------------------

        001567562

        Lewis, Jeffery B.                   Unknown
        815 E. Timber Street
        Pontiac          IL 61764
------------------------------------------------------------------------

        001456109

        Lewis, Jimmy R.                     Unknown
        3621 Panama
        Corpus Christi   TX 78415
------------------------------------------------------------------------

        000147570

        Lewis, Jon Slade                    Unknown
        3924 Laura Leigh
        Friendswood      TX 77546
------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001610530

Lewis, Marianne
1965 A Villa Ridge Dr
Reston          VA 20191                          Unknown

---

001568837

Lewis, Matthew G.
129 E. Main St.
Carterville     MO 64835                          Unknown

---

001531421

Lewis, Maxine
3302 Beltview Drive
St. Joseph      MO 64506                          Unknown

---

001592941

Lewis, Patricia
4820 Broadway
Tucson          AZ 85711                          Unknown

---

001475112

Lewis, Phyllis J.
329 Trelawney Court
Wilmington      NC 28405                          Unknown

---

001608469

Lewis, Ryan D.
210 Joe St.
Farmington      AR 72730                          Unknown

---

001530146

Lewis, Sam K.
Po Box 121
Lorena          TX 76655                          Unknown

---

001513901

Lewis, Sandi K.
County Road 214
Johnson City    TX 78636                          Unknown

---

000122398

Lewis, Sharon L.
Rt. 1 Box 142
Alvin           TX 77511                          Unknown

---

                            Unsecured Creditors -- Sales Representatives


       Creditors Names and                    Total Amt
       Mailing Address/ Zip Code              of Claim


       001455760


       Lewis, Travis W                         Unknown
       5220 Caroline #17
       Houston           TX 77004
----------------------------------------------------------------------------------

       001544321


       Lewis-Burgett, Sally B.                 Unknown
       11702 Highgrove Dr.
       Houston           TX 77077
----------------------------------------------------------------------------------

       001565504


       Lewis-Sloan, Deborah                    Unknown
       5369 Megan Rd.
       Stone Mountain    GA 30088
----------------------------------------------------------------------------------

       001465945


       Leyerzapf, Nancy A.                     Unknown
       1605 N. Brown
       Abilene           KS 67410
----------------------------------------------------------------------------------

       001598718


       Li Liu                                  Unknown
       120-14 Riviera Ct #21A
       College Point     NY 11356
----------------------------------------------------------------------------------

       001568925


       Li, Chunfan                             Unknown
       142-14 Cherry Ave
       Flushing          NY 11355
----------------------------------------------------------------------------------

       001458448

       Li, De Liang                            Unknown
       54-01 80Th Street
       Elmhurst          NY 11373
----------------------------------------------------------------------------------

       001610041


       Li, Heng                                Unknown
       114 E. Live Oak St. #B
       San Gabriel       CA 91776
----------------------------------------------------------------------------------

       001567197


       Li, Jian *                              Unknown
       140-65 Beech Ave. #6-B
       Flushing          NY 11355
----------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07            INTERNATIONAL HERITAGE      Page: 846
            Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001578005 | |
| Li, Jie<br>40-34 Hampton Street<br>Elmhurst          NY 11373 | Unknown |
| 001554619 | |
| Li, Jun Fang<br>61-34 220 St. 1St Flr.<br>Bayside          NY 11364 | Unknown |
| 001605067 | |
| Li, Lei<br>90-57 53 Ave. 3FL<br>Elmhurst          NY 11373 | Unknown |
| 001477297 | |
| Li, Li<br>1933 Buckeye St. N E<br>New Philadelphia    OH 44663 | Unknown |
| 001481665 | |
| Li, Mingzhu<br>601 West 112 St. Apt. 4E<br>New York          NY 10025 | Unknown |
| 001516860 | |
| Li, Nai C.<br>328 60 Street 3 Floor<br>Brooklyn          NY 11220 | Unknown |
| 001575095 | |
| Li, Ping<br>138-70 Elder Ave<br>Flushing          NY 11355 | Unknown |
| 001476826 | |
| Li, Qiu Zhu<br>54-64 Rutgere  Apt. 2A<br>New York          NY 10002 | Unknown |
| 001515701 | |
| Li, Qun<br>403 S. Almansor St. #H<br>Alhambra          CA 91801 | Unknown |

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE          Page: 847
                        Unsecured Creditors -- Sales Representatives

```
    Creditors Names and                 Total Amt
    Mailing Address/ Zip Code            of Claim


    001590007


    Li, Rui Zhang                        Unknown
    41-45 College Point Blvd.
    Flushing          NY 11355
-----------------------------------------------------------------------------
    001576827


    Li, Ruoping                          Unknown
    99-15 63Rd
    Rego Park         NY 11374
-----------------------------------------------------------------------------
    001515046


    Li, Shuye                            Unknown
    4426-C Alan Drive
    Baltimore         MD 21229
-----------------------------------------------------------------------------
    000103194


    Li, Shuyun                           Unknown
    577 Watchogue Rd.
    Staten Island     NY 10314
-----------------------------------------------------------------------------
    001536258


    Li, Songping                         Unknown
    140-71 Ash Ave. #307
    Flushing          NY 11355
-----------------------------------------------------------------------------
    001570480

    Li, Songqin                          Unknown
    6501 Ranchester Drive #413
    Houston           TX 77036
-----------------------------------------------------------------------------
    001591218


    Li, Sunny H.                         Unknown
    6425 Westheimer # 1327
    Houston           TX 77057
-----------------------------------------------------------------------------
    001608011


    Li, Xingtai                          Unknown
    91-31 Queens Blvd. Suit 317
    Elmhurst          NY 11373
-----------------------------------------------------------------------------
    001515969


    Li, Zu C.                            Unknown
    168 Richmond Hill Ave.
    Stamford          CT 06902
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001571299

Lian, Yi Zhen                          Unknown
1435 1st. AVE. Apt 6
Oakland          CA 94606
-----------------------------------------------------------------------

001582932

Liang, Boming                          Unknown
173 Mosel Ave.
Staten Island     NY 10304
-----------------------------------------------------------------------

001500556

Liang, Jessica H                       Unknown
57 Highland Avenue
Daly City         CA 94015
-----------------------------------------------------------------------

001587552

Liang, Jungber A.                      Unknown
Box 920706
La Jolla          CA 92092
-----------------------------------------------------------------------

001606374

Liang, Shuguang                        Unknown
7900 Cambridge #7-2D
Houston           TX 77054
-----------------------------------------------------------------------

001566072

Liang, Xiao Yan                        Unknown
6202 Retlin Court
Houston           TX 77041
-----------------------------------------------------------------------

001508325

Liang, Zhu                             Unknown
43-35 Union Street Apt #6L
Flushing          NY 11355
-----------------------------------------------------------------------

001494743

Liao, Dan                              Unknown
426 North Curtis Ave. #3
Alhambra          CA 91801
-----------------------------------------------------------------------

001574328

Liao, Yun Cheng                        Unknown
7246 Lotus Ave. #7
San Gabriel       CA 91775
-----------------------------------------------------------------------

JCH7CLAIM2 98/12/07            INTERNATIONAL HERITAGE        Page  849
                    Unsecured Creditors -- Sales Representatives

Creditors Names and                 Total Amt
Mailing Address/ Zip Code            of Claim


000104647


Liaw, Chyuan-Hsyan & Hui-Ming          Unknown
3453 Ashbourne Place
Rowland Hights      CA 91748
--------------------------------------------------------------------------------

001520710


Liebendorfer, Craig T.                 Unknown
7839 Claremont Drive
Dallas           TX 75228
--------------------------------------------------------------------------------

001579621


Liebler, Jon                           Unknown
1683 Fieldthorn Dr.
Reston           VA 20194
--------------------------------------------------------------------------------

001597275


Liebman, Zachary                       Unknown
2 Burris Ct.
Monsey           NY 10952
--------------------------------------------------------------------------------

001557544


Lierman, Shane S.                      Unknown
950 South 400 West
Burley           ID 83318
--------------------------------------------------------------------------------

001494531


Lierz, Donna                           Unknown
8164 Constance
Lenexa           KS 66215
--------------------------------------------------------------------------------

001577127


Lieser, Michelle M.                    Unknown
7530 Parkridge Blvd., Apt #237
Irving           TX 75063
--------------------------------------------------------------------------------

001576142


Lieske, Seth T.                        Unknown
5125 Vine Street  #803
Lincoln          NE 68505
--------------------------------------------------------------------------------

001513851


Liesman, Laura B.                      Unknown
1600 West Indian Trail
Aurora           IL 60506
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07            INTERNATIONAL HERITAGE        Page: 850
                    Unsecured Creditors -- Sales Representatives

```
        Creditors Names and              Total Amt
        Mailing Address/ Zip Code        of Claim


        001591025


        Liew Bi F                        Unknown
        116 Portland Road
        White House      TN 37188
------------------------------------------------------------------------
        001594691


        Life, Jeff                       Unknown
        64 Village Lake Drive
        Fayetteville     AR 72703
------------------------------------------------------------------------
        001574181


        Lightcap, Diane F.               Unknown
        2008 Browning
        Manhattan        KS 66502
------------------------------------------------------------------------
        000102576


        Lightfoot, Flora L.              Unknown
        454 Spaceway Drive
        San Antonio      TX 78239
------------------------------------------------------------------------
        001560669


        Lightle, Darin W.                Unknown
        1907 West 24Th Ave Apt 9-B
        Emporia          KS 66801
------------------------------------------------------------------------
        001565751


        Lignell, Lars A.                 Unknown
        1913 Fairhaven Ave.
        Bellingham       WA 98226
------------------------------------------------------------------------
        001586796


        Lignell, Marc E.                 Unknown
        1913 Fairhaven Ave.
        Bellingham       WA 98226
------------------------------------------------------------------------
        000120534


        Liles, Regal S                   Unknown
        238 Firewood Rd
        Jonesboro        LA 71251
------------------------------------------------------------------------
        000119348


        Liles, Seine R.                  Unknown
        238 Firewood Road.
        Jonesboro        LA 71251
------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim

        001463909

        Liles, Steven E.                        Unknown
        Rt. 3, Box 442
        Rogersville      AL 35652
----------------------------------------------------------------------------

        000114799

        Liles, Thomas E.                        Unknown
        238 Firewood Road
        Jonesboro        LA 71251
----------------------------------------------------------------------------

        001574994

        Lill Sr., David J.                      Unknown
        5340 Old Village Rd
        Nashville        TN 37211
----------------------------------------------------------------------------

        001609991

        Lillis, Mark E.                         Unknown
        25737 W 127 St
        Olathe           KS 66061
----------------------------------------------------------------------------

        001530863

        Lilly Jr., Kenneth                      Unknown
        700 B Glendale Dr.
        Greensboro       NC 27406
----------------------------------------------------------------------------

        000139212

        Lilly, Karen B.                         Unknown
        667 Steeplechase Way
        Evans            GA 30809
----------------------------------------------------------------------------

        001582793

        Lim, Poh-Lin                            Unknown
        41-27 Forley St. #2 Fl
        Elmhurst         NY 11373
----------------------------------------------------------------------------

        001612373

        Lim, Sun K                              Unknown
        P.O. Box 496
        Whitehall        PA 18052
----------------------------------------------------------------------------

        001575869

        Lin, Bao                                Unknown
        413 49Th St. 2Nd Flr.
        Brooklyn         NY 11220
----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


```
Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


000148379


Lin, Cordelia C.                        Unknown
41059 Gaucho Way
Fremont          CA 94539
----------------------------------------------------------------------------------

001587454


Lin, Hsui-Lien                          Unknown
250-07 40 Avenue
Little Neck      NY 11363
----------------------------------------------------------------------------------

001575629


Lin, Hua Mao                            Unknown
11 Perkins Square, Apt. 10
Jamaica Plain    MA 02130         .
----------------------------------------------------------------------------------

001592075


Lin, Hui Jin                            Unknown
97-10 62 Dr. Apt. 14A
Rego Park        NY 11374
----------------------------------------------------------------------------------

001559628


Lin, Jian W                             Unknown
1241 Amstzrdam Ave
New York         NY 10027
----------------------------------------------------------------------------------

001572708


Lin, Judy B.                            Unknown
391 Hawk Court
Fremont          CA 94539
----------------------------------------------------------------------------------

000144422


Lin, Jung Pu                            Unknown
6 Lakeview Drive
Lakesuccess      NY 11020
----------------------------------------------------------------------------------

001476767


Lin, Li Mei                             Unknown
219 Madison Street #18
New York         NY 10002
----------------------------------------------------------------------------------

001541183


Lin, Liping                             Unknown
540 N. May St. #1060 Mesa
Mesa             AZ 85201
----------------------------------------------------------------------------------
```

JCH7CLAIM2·98/12/07                    INTERNATIONAL HERITAGE       Page: 853
                          Unsecured Creditors -- Sales Representatives

        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        000148914


        Lin, Michael                             Unknown
        1724 Suydam Street
        Ridgewood        NY 11385
-----------------------------------------------------------------------------

        001539173


        Lin, Shao-Xia                            Unknown
        517 West 26Th St. 1St Flr.
        Chicago          IL 60616
-----------------------------------------------------------------------------

        001591180


        Lin, Tsung-Hsiang                        Unknown
        2576 Bering
        Houston          TX 77057
-----------------------------------------------------------------------------

        001516208


        Lin, Victor                              Unknown
        99 Albertson Pkwy.
        Albertson        NY 11507
-----------------------------------------------------------------------------

        001511344


        Lin, Wei                                 Unknown
        13 Hazel Ave.
        Livingston       NJ 07039
-----------------------------------------------------------------------------

        001581283


        Lin, Xin Deng                            Unknown
        1750 W. 10Th Street
        Brooklyn         NY 11223
-----------------------------------------------------------------------------

        001548642


        Lin, Xin Jie                             Unknown
        471 59 St.
        Brooklyn,        NY 11220
-----------------------------------------------------------------------------

        001566779


        Lin, Ya Bao                              Unknown
        92-05 Whitney Ave., Apt. B24
        Elmhurst         NY 11373
-----------------------------------------------------------------------------

        001538793


        Lincoln, Naomi H.                        Unknown
        5807 Mid-Pines St.
        Houston          TX 77049
-----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001570630


Lindback, Carl E.                      Unknown
P. O. Box 489
Islamorada      FL 33036
--------------------------------------------------------------------------------

001495099


Lindenau, Michelle                     Unknown
715C Brownlee Cir.
Austin          TX 78703
--------------------------------------------------------------------------------

001559535


Linderman, Tim                         Unknown
23502 Tayman Park Lane
Katy            TX 77494
--------------------------------------------------------------------------------

001530250


Lindley, Magie B.                      Unknown
18018 Heron Forest
Humble          TX 77346
--------------------------------------------------------------------------------

001565374


Lindley, Sandra L.                     Unknown
212 S. Mc Donald #17
Spokane         WA 99216
--------------------------------------------------------------------------------

001582942


Lindner, Lisa R.                       Unknown
Rt. 2 Box 419 B
Giddings        TX 78942
--------------------------------------------------------------------------------

001596790


Lindor, Evelyn                         Unknown
141-25 219 St
Laurelton       NY 11413
--------------------------------------------------------------------------------

000119709


Lindsay, Tina                          Unknown
14932 S. Bolivar Dr.
Baton Rouge     LA 70819
--------------------------------------------------------------------------------

001523170


Lindsey, Anthony W.                    Unknown
1017 West 850 South
Provo           UT 84601
--------------------------------------------------------------------------------
```

                           Unsecured Creditors -- Sales Representatives


        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001584398


        Lindsey, Jeffrey C.                     Unknown
        5 Plum Lane
        Greenville       SC 29607
------------------------------------------------------------------------
        001523472


        Lindsey, Joan F.                        Unknown
        204 N. 8Th St.
        Jacksboro        TX 76458
------------------------------------------------------------------------
        001533577


        Lindsey, M. Taw                         Unknown
        141 North 1000 East
        Orem             UT 84057
------------------------------------------------------------------------
        001543317


        Lindsey, Scott C.                       Unknown
        4600 Burbank Dr. G-126 Apt. A
        Baton Rouge      LA 70820
------------------------------------------------------------------------
        001600574


        Lingenbrink, Jeffrey                    Unknown
        782 North 800 East #14
        Provo            UT 84606
------------------------------------------------------------------------
        001462666


        Link, Robert Joel                       Unknown
        1807  East Higgins Lake Dr
        Roscommon        MI 48653
------------------------------------------------------------------------
        001477832


        Link, Robert Roy                        Unknown
        1807 E Higgins Lake Dr.
        Roscommon        MI 48653
------------------------------------------------------------------------
        001584197


        Link, Ulrich W.                         Unknown
        301 Corte Rayado
        Rohnert Park     CA 94928
------------------------------------------------------------------------
        001526262


        Linmark Enterprises                     Unknown
        2422 H Street
        Bellingham       WA 98225
------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001465241 | |
| Linnenbank, Marge<br>P.O. Box 50405<br>Jacksonville Beach  FL 322400405 | Unknown |
| 001605173 | |
| Linson, David<br>2707 Meadon Hills Court<br>Richland        WA 99352 | Unknown |
| 001476722 | |
| Linton, Mamie I.<br>3033 Berkshire Way<br>Oklahoma City    OK 73120 | Unknown |
| 001567589 | |
| Linville, John B.<br>4540 Chaha Rd. #206<br>Garland         TX 75043 | Unknown |
| 001522859 | |
| Linzenmeyer, Tricia E.<br>R.R. 5 Oakridge<br>Metamora        IL 61548 | Unknown |
| 001558519 | |
| Liong, Jenny<br>1616 Wiost  Top Floor<br>Brooklyn        NY 11223 | Unknown |
| 001542597 | |
| Lipko, Elizabeth M.<br>10221 Huntington Forest Blvd.<br>Jacksonville     FL 32257 | Unknown |
| 001566727 | |
| Lipscomb II, Richard L.<br>Po Box 1699<br>Bowie          TX 76230 | Unknown |
| 001564568 | |
| Lipscomb, Dorothy M.<br>2306 Brook Hollow<br>Wichita Falls    TX 76308 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001527103

Lipsitz, Diane *                          Unknown
4118 Edwards Mt. Drive
Austin          TX 78731
----------------------------------------------------------------

001576340

Lirette, Channing M.                      Unknown
1300 Dewey St.
Houma           LA 70360
----------------------------------------------------------------

001592505

Lirette, Sr Jesse P.                      Unknown
5515 Sycamore Creek Dr
Ringwood        TX 77345
----------------------------------------------------------------

001588611

Lisotta Jr., Tony C.                      Unknown
2808 Laclede Avenue  Apt. 171
Dallas          TX 75204
----------------------------------------------------------------

001589268

Lisotta, Tony C.                          Unknown
5714 Moss Creek Ct.
Dallas          TX 75252
----------------------------------------------------------------

001563483

Lissy, Thomas I.                          Unknown
13514 E. Redlins
Spokane         WA 99216
----------------------------------------------------------------

000137406

Lites, Wauva                              Unknown
1316 Springview
Allen           TX 75002
----------------------------------------------------------------

000160120

Littau, Julie B.                          Unknown
1594 Kingsbury
Casper          WY 82609
----------------------------------------------------------------

001561650

Little, Jack D.                           Unknown
HC 60 Box 2
Graham          TX 76450
----------------------------------------------------------------

JCH7CLAIM2 '98/12/07           INTERNATIONAL HERITAGE       Page: 858
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                Total Amt
        Mailing Address/ Zip Code          of Claim


        000153589


        Little, John F.                    Unknown
        2608 Live Oak Cr.
        Beaufort        SC 29902
-----------------------------------------------------------------------

        000112344


        Little, Lucille R.                 Unknown
        203 King Drive
        Warner Robbins    GA 31093
-----------------------------------------------------------------------

        001574938


        Little, Michael T.                 Unknown
        4847 26Th Ave SW
        Seattle         WA 98106
-----------------------------------------------------------------------

        001605775


        Little, Penny J.                   Unknown
        P.O. Box 39362
        Greensboro      NC 27438
-----------------------------------------------------------------------

        000112802


        Little, Roosevelt D.               Unknown
        2936-A Kilborne Drive
        Charlotte       NC 28205
-----------------------------------------------------------------------

        000146047


        Littlepage, Ila F.                 Unknown
        927 Second St
        Graham          TX 76450
-----------------------------------------------------------------------

        000121530


        Littleton, Stephanie D.            Unknown
        1413 Vulcan
        Edmond          OK 73003
-----------------------------------------------------------------------

        001593439


        Littrell, David N.                 Unknown
        3121 Honey Dew
        Carrollton      TX 75007
-----------------------------------------------------------------------

        001608088


        Liu Yiheng                         Unknown
        3811 W. 68th Ave. #207L
        Westerminsger   CO 80030
-----------------------------------------------------------------------
```

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000147279


        Liu, Chao                              Unknown
        426 W. 27th St. Drive #8C
        New York          NY 10001
------------------------------------------------------------------------------
        001608990


        Liu, Chao L.                           Unknown
        1035 Englixh Oak Dr.
        Arcadia           CA 91006
------------------------------------------------------------------------------
        001560965


        Liu, Cheng                             Unknown
        105D Dumbarton Rd.
        Baltimore         MD 21212
------------------------------------------------------------------------------
        001472225


        Liu, Chun Guang                        Unknown
        91-31 queens blvd suite 317
        Elmhurst          NY 11373
------------------------------------------------------------------------------
        000130625


        Liu, Dan                               Unknown
        11008 36Th Avenue Ct. E.
        Tacoma            WA 98446
------------------------------------------------------------------------------
        000103795


        Liu, Dorcas                            Unknown
        2707 Meadow Hills Ct.
        Richland          WA 99352
------------------------------------------------------------------------------
        001613397


        Liu, Ellen Y.                          Unknown
        1035 English Oaks Dr
        Arcadia           CA 91006
------------------------------------------------------------------------------
        001574630


        Liu, Guisu                             Unknown
        250 Gorge Rd Apt 21A
        Cliffside Park    NJ 07010
------------------------------------------------------------------------------
        001522950


        Liu, Helen                             Unknown
        245 East 24 Street
        New York          NY 10010
------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page: 860
                        Unsecured Creditors -- Sales Representatives


       Creditors Names and                   Total Amt
       Mailing Address/ Zip Code             of Claim


       000155540


       Liu, Hong                             Unknown
       2185 Lemoine Ave. Apt.5J
       Fort Lee        NJ 07024
-----------------------------------------------------------------------------

       001463985


       Liu, Hong Huo                         Unknown
       737 Wilton Farm Drive
       Baltimore       MD 21228
-----------------------------------------------------------------------------

       001536237


       Liu, Jian                             Unknown
       147-11 Beech Avenue
       Flushing        NY 11355
-----------------------------------------------------------------------------

       001568499


       Liu, Jiang-Yan                        Unknown
       10535 Wilcrest Suite#180
       Houston         TX 77099
-----------------------------------------------------------------------------

       000149248


       Liu, Jie                              Unknown
       943 Vander Pool
       Troy            MI 48083
-----------------------------------------------------------------------------

       001489733


       Liu, Ling                             Unknown
       141-20 Coolidge Ave. #2Fl
       Jamaica         NY 11435
-----------------------------------------------------------------------------

       001533896


       Liu, Liqiong                          Unknown
       15607 Creekhaven
       Houston         TX 77084
-----------------------------------------------------------------------------

       001582923


       Liu, Min                              Unknown
       60-27 Madison St.
       Ridgewood       NY 11385
-----------------------------------------------------------------------------

       001547727


       Liu, Ming                             Unknown
       217-15 Peck Ave.
       Queens Village,  NY 11427
-----------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE         Page: 861
                             Unsecured Creditors -- Sales Representatives


        Creditors Names and                       Total Amt
        Mailing Address/ Zip Code                  of Claim


        001539995


        Liu, Niya                                  Unknown
        57-73 79St.
        Elmhurst          NY 11373
--------------------------------------------------------------------------------
        001571957


        Liu, Pi-Ying Chang                         Unknown
        41045 Cornac Common
        Premont           CA 94539
--------------------------------------------------------------------------------
        001609353


        Liu, Qi                                    Unknown
        36-09 Main St. Suite 8 C
        Plushing          NY 11354
--------------------------------------------------------------------------------
        001524112


        Liu, Quanwei                               Unknown
        8906 Marshall St #D
        Rosemead          CA 91770
--------------------------------------------------------------------------------
        001593335


        Liu, Ray W.                                Unknown
        5047 F. Street
        Philadelphia      PA 19124
--------------------------------------------------------------------------------
        001488419


        Liu, Rong-Shou                             Unknown
        426 W. 27th Street #8C
        New York          NY 10001
--------------------------------------------------------------------------------
        001569913


        Liu, Sally                                 Unknown
        7520 Hornwood #1201
        Houston           TX 77036
--------------------------------------------------------------------------------
        001587617


        Liu, Sharon Chen C.                        Unknown
        7623 Tussendo
        Houston           TX 77083
--------------------------------------------------------------------------------
        001568307


        Liu, Shuqin                                Unknown
        3522 Beech Ave. # C
        Baltimore         MD 21211
--------------------------------------------------------------------------------

                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001607728


        Liu, Siyi                              Unknown
        1611 Laurel Ave. Apt.#408
        Knoxville         TN 37916
------------------------------------------------------------------------

        001590240


        Liu, Tod M.                            Unknown
        86 Arcadia Ave., #C
        Arcadia           CA 91007
------------------------------------------------------------------------

        001583661


        Liu, Wo Yi                             Unknown
        531 Alpine 6
        Los Angeles       CA 90012
------------------------------------------------------------------------

        001535259


        Liu, Xiaofeng                          Unknown
        14254 Canarias Drive
        Winter Garden     FL 34787
------------------------------------------------------------------------

        001575385


        Liu, Yi                                Unknown
        8929 Lombard Pl #116
        San Diego         CA 92122
------------------------------------------------------------------------

        001485273


        Liu, Yong                              Unknown
        9356 Twin Trails Drive 101
        San Diego         CA 92129
------------------------------------------------------------------------

        001587750


        Livengood, Linda W.                    Unknown
        1259 Ft. Hill Rd.
        Ft. Hill          PA 15540
------------------------------------------------------------------------

        001547772


        Livingston, Judy W.                    Unknown
        204 Florence St Sw
        Aiken             SC 29801
------------------------------------------------------------------------

        001560126


        Livingston, Richard L.*                Unknown
        10001 Nt.Stateline & Deerfield
        Union City        OH 45390
------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001601223


        Lizotte, Scott                          Unknown
        2114 Hwy 534
        Mt.Vernon        WA 98274
------------------------------------------------------------------------
        001513869


        Lizotte, Sondra K.                      Unknown
        2116 Hwy 534 Skagit
        Mt. Vernon       WA 98274
------------------------------------------------------------------------
        001522671


        Ljungborg-Okuda, Kristina               Unknown
        Po Box 18626
        Fountain Hills    AZ 85268
------------------------------------------------------------------------
        000134626


        Llorente, Robert D.                     Unknown
        1828 El Mar
        Seabrook         TX 77586
------------------------------------------------------------------------
        001568224


        Llort, Alfredo                          Unknown
        17212 Oak Lane Apt. #5
        Huntington Beach   CA 92647
------------------------------------------------------------------------
        001568130


        Llort, Marco A.                         Unknown
        17212 Oak Lane #5
        Huntington       CA 92647
------------------------------------------------------------------------
        001537355


        Llort, Theresa A.                       Unknown
        1100 N. Placentia Ave. E-35
        Fullerton        CA 92831
------------------------------------------------------------------------
        001456474


        Lloyd, David B                          Unknown
        #9 Timber Ridge Ct.
        Greensboro       NC 27407
------------------------------------------------------------------------
        001596488


        Lloyd, E. Z.                            Unknown
        21410 Beallsville
        Dickerson        MD 20842
------------------------------------------------------------------------
```

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001523724


Lloyd, Frank P.                        Unknown
2105 Continental Place
Mount Vernon      WA 98273
------------------------------------------------------------------------
001555617


Lloyd, Margaret J.                     Unknown
1119 Lake Park Drive
Mccalla          AL 35111
------------------------------------------------------------------------
001549450


Lloyd, Mary Kathryn                    Unknown
706 Hyde Park
Richardson       TX 75080
------------------------------------------------------------------------
001541203


Lloyd-Jones, Rita J.                   Unknown
3179 S. Academy Terr.
Homosassa        FL 34448
------------------------------------------------------------------------
001568368


Lo, Dong Fu                            Unknown
73-15 189 Street
Fresh Meadows    NY 11366
------------------------------------------------------------------------
001597465


Lo, Jennifer Ung                       Unknown
1311 N. Broadway #108
Los Angeles      CA 90012
------------------------------------------------------------------------
001600765


Lo, John                               Unknown
1311 North Broadway # 108
Los Angeles      CA  90012
------------------------------------------------------------------------
001608233


Lo, Margaret H.                        Unknown
217 Avondale Ave
Montrey Park     CA 91754
------------------------------------------------------------------------
001608893


Lo, Saisri                             Unknown
377 W Woodruff Ave
Arcadia          CA 91007
------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page: 865

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001556271 | |
| Lo, Ying K.<br>2611 Oakland<br>Sugarland      TX 77479 | Unknown |
| 001534951 | |
| Lockaby, David A<br>2024 Lake Breeze Lane<br>Atlanta      GA 30339 | Unknown |
| 001516423 | |
| Locke, Jeanne<br>29315 Oak Grove Road<br>Paola      KS 66071 | Unknown |
| 001596017 | |
| Locke, Margie L<br>3010 Ferry Ave.207<br>Bellingham      WA 98225 | Unknown |
| 001614716 | |
| Lockee, Ryan C.<br>3317 N 103TF Plz Suite 22<br>Omaha      NE 68134 | Unknown |
| 001487843 | |
| Locken, Shane A<br>14219 Smokey Point Blvd.<br>Marysville      WA 98271 | Unknown |
| 000134448 | |
| Lockhart, Becky<br>22761 Sutter Lane<br>Zachary      LA 70791 | Unknown |
| 000155556 | |
| Lockhart, Christine M.E.<br>6632 Brompton Rd.<br>Houston      TX 77005 | Unknown |
| 001552793 | |
| Locklear, Harvey<br>205 E. Second St.<br>Clayton      NC 27520 | Unknown |

JCH7CLAIM2 98/12/07                   INTERNATIONAL HERITAGE          Page:  866
                            Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001578120


        .
        Lockwood, Gwenda R.                      Unknown
        644 Calico
        Hansen           ID 83334
-----------------------------------------------------------------------------

        001596597


        Lockyer, Rita A.                         Unknown
        408 1/2 Meadowvale Way
        Grand Jct.       CO 81504
-----------------------------------------------------------------------------

        001565062


        Lodato, Denise C.                        Unknown
        5181 Del Sur
        La Palma         CA 90623
-----------------------------------------------------------------------------

        001576812


        Loden, Harold A.                         Unknown
        1606 Capstan
        Houston          TX 77062
-----------------------------------------------------------------------------

        001476670


        Loden, Jean                              Unknown
        13567 Oak Hollow Drive
        Cypress          TX 77429
-----------------------------------------------------------------------------

        001487772


        Loeding, Janice L.                       Unknown
        103 Valencia Dr.
        Lafayette        LA 70506
-----------------------------------------------------------------------------

        001582026


        Loeks, Henry J.                          Unknown
        857 Griggs S.E.
        Grand Rapids     MI 49507
-----------------------------------------------------------------------------

        001578007


        Loeks, James B.                          Unknown
        3672 Us Hwy 131
        Cadillac         MI 49601
-----------------------------------------------------------------------------

        001603027


        Lofquist, Thomas W.                      Unknown
        740 Pleasant St.
        Excelsior        MN 55331
-----------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07             INTERNATIONAL HERITAGE        Page: 867
                        Unsecured Creditors -- Sales Representatives

Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim

000153635

Loftis, Florence S.                     Unknown
34 Maria Louisa Lane
Greenville      SC 29609
----------------------------------------------------------------------
001599529

Loftus, Lisa R.                         Unknown
4233 Ashville Drive
Garland         TX 75041
----------------------------------------------------------------------
001550310

Logan, Eulene                           Unknown
1843 County Rd. 434
Moulton         AL 35650
----------------------------------------------------------------------
001574589

Logan, R. L.                            Unknown
910 Hunnington Circle
Nashville       TN 37215
----------------------------------------------------------------------
001564855

Logic Soft Inc.                         Unknown
411 Kaliste Saloom Rd.
Lafayette       LA 70508
----------------------------------------------------------------------
001585258

Lohman, Clint L.                        Unknown
270 Hwy 16
Glendive        MT 59330
----------------------------------------------------------------------
001582206

Lolli, Jeff G.                          Unknown
4515 Spring Drive
Reno            NV 89502
----------------------------------------------------------------------
001486416

Lomanto, Gloria M.                      Unknown
1620 Cushman Street
Hollister       CA 95023
----------------------------------------------------------------------
000158602

Lomax, Bobbie Sue                       Unknown
1207 Wild Cherry Dr.
Carrollton      TX 75010
----------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page: 868
                          Unsecured Creditors -- Sales Representatives

```
       :
       Creditors Names and                    Total Amt
       Mailing Address/ Zip Code              of Claim


       001558453


       Lomax, Mary M.                          Unknown
       6026 S. Alameda
       Corpus Christi      TX 78412
---------------------------------------------------------------------------------

       001541952


       Lombardo, Michael S.                    Unknown
       5704 North Grand
       Kansas City        MO 64118
---------------------------------------------------------------------------------

       001476784


       Lomeli, Makiko                          Unknown
       12425 Mellow Meadows Apt J 306
       Austin             TX 78750
---------------------------------------------------------------------------------

       001508608


       Lomsdalen, Greg L.                      Unknown
       1660 Lake Samish Road
       Bellingham         WA 98226
---------------------------------------------------------------------------------

       001579508


       Lomsdalen, Joline A.                    Unknown
       1305 Bow Hill Rd.
       Bow                WA 98232
---------------------------------------------------------------------------------

       001565461


       Londo, Judith M.                        Unknown
       P.O. Box 1409
       Valdez             AK 99686
---------------------------------------------------------------------------------

       001581298


       Lonergan, Michelle                      Unknown
       9809 Oak Crest
       Manvel             TX 77578
---------------------------------------------------------------------------------

       001579789


       Lonesome Dove                           Unknown
       1641 Bethesda Church Rd
       Carrollton         GA 30117
---------------------------------------------------------------------------------

       001576692


       Long, Alicia R                          Unknown
       357 Paddock Dr West
       Savoy              IL 61874
---------------------------------------------------------------------------------
```

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


000115033


Long, Beverly J.                        Unknown
180 Wicker Road
Webb            AL 36376
--------------------------------------------------------------------------

001564035


Long, Brenda A.                         Unknown
3429 Stratmore Ave.
Youngstown       OH 44511
--------------------------------------------------------------------------

000151298


Long, James C.                          Unknown
119 Blue Ridge Lane
Seymour          TN 37865
--------------------------------------------------------------------------

000111999


Long, June*                             Unknown
Po Box 1413
Folly Beach      SC 29439
--------------------------------------------------------------------------

000149663


Long, Larry J.                          Unknown
119 Blue Ridge Ln.
Seymour          TN 37865
--------------------------------------------------------------------------

001518480


Long, Margaret J.                       Unknown
1482 S.W. 18th TERRACE
Ft. Lauderdale   FL 33312
--------------------------------------------------------------------------

001520858


Long, Margaret R.                       Unknown
44 Hendom Dr.
Feeding Hills    MA 01030
--------------------------------------------------------------------------

001581693


Long, Mary Margaret                     Unknown
311 Martin Street
Madison          AL 35758
--------------------------------------------------------------------------

001558067


Long, Micheal L.                        Unknown
508 S. Russell
Champaign        IL 61821
--------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001555650


        Long, Ramese M.                        Unknown
        6192 Brookwood Road
        Norcross        GA 30092
--------------------------------------------------------------------------
        001479794


        Long, Robert R.                        Unknown
        2426 Gallery View Drive
        Gillette        WY 82718
--------------------------------------------------------------------------
        000157949


        Long, Russell A.                       Unknown
        1942 Cottingham
        Montgomery      AL 36106
--------------------------------------------------------------------------
        001557040


        Long, Ruth A.                          Unknown
        606 Palace Ave.
        Gadsden         AL 35901
--------------------------------------------------------------------------
        001577125


        Long, Sheila M.                        Unknown
        18201 Cape Ln.
        Houston         MO 65483
--------------------------------------------------------------------------
        000133555


        Long, William M.                       Unknown
        Rt 1 Box 216C
        Brady           TX 76825
--------------------------------------------------------------------------
        001598810


        Long, William W.                       Unknown
        5800 Lumberdale #29
        Houston         TX 77092
--------------------------------------------------------------------------
        001486582


        Longino, III. James A.                 Unknown
        4308 Coales Way Drive
        Mobile          AL 36693
--------------------------------------------------------------------------
        001572727


        Longley, Ann L.                        Unknown
        179 East Elm St.
        Yarmouth        ME 04096
--------------------------------------------------------------------------
```

```
JCH7CLAIM2 98/12/07            INTERNATIONAL HERITAGE      Page: 871
                        Unsecured Creditors -- Sales Representatives


          Creditors Names and                  Total Amt
          Mailing Address/ Zip Code            of Claim


          001564224


          Loop, Kent                           Unknown
          1204 Warrior Way
          Lafayette        CO 80026
-------------------------------------------------------------------------------
          001605131


          Lopez, Gary D.                       Unknown
          78650 Avenve 42 #1914
          Bermuda Dunes     CA 92211
-------------------------------------------------------------------------------
          000156054


          Lopez, Irma                          Unknown
          1921 Seminole Trail
          Mesquite         TX 75149
-------------------------------------------------------------------------------
          001572633


          Lopez, Jean M.                       Unknown
          1115 S.E. 12 Terrace
          Deerfield        FL 33441
-------------------------------------------------------------------------------
          000161877


          Lopez, Manuel                        Unknown
          16224 Rd. 1 N W
          Quincy           WA 98848
-------------------------------------------------------------------------------
          001573749


          Lopez, Marissa V.                    Unknown
          P.O. Box 1027
          Garciasville     TX 78547
-------------------------------------------------------------------------------
          001572258


          Lopopolo, Robert J                   Unknown
          2415 N W 32 St
          Boca Raton       FL 33431
-------------------------------------------------------------------------------
          001570616


          Lorang, Barbara J.                   Unknown
          1413 S. Bowen St.
          Longmont         CO 80501
-------------------------------------------------------------------------------
          001519827


          Lord, Nancy                          Unknown
          183 Waterside Dr.
          Hartwell         GA 30643
-------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001521822

Lorden, Peg A.                          Unknown
3189 Autumn Trace Drive
Maryland Heights    MO 63043

---

001512376

Loree, George L.                        Unknown
2007 Sandalwood Street
Mount Vernon       WA 98273

---

001508651

Loree, Greg J.                          Unknown
2007 Sandalwood Street
Mount Vernon       WA 98273

---

001509217

Loree, Jeff                             Unknown
2007 Sandalwood Street
Mt. Vernon         WA 98273

---

001483353

Loreen, Jimmy B.                        Unknown
2846 McLeod Road
Bellingham         WA 98225

---

001502715

Lorentz, Robert P.                      Unknown
165 Ten Cedars Drive
Titus              AL 36080

---

001587117

Lorenz, Rod                             Unknown
523 Winterpark Drive
Billings           MT 59102

---

001598649

Lori L. Martin                          Unknown
1053 E. Crescent Harbor Rd.
Oak Harbor         WA 98277

---

001548313

Lorson, Lynn S.*                        Unknown
4127 N.W. Walnut Rd.
Topeka             KS 66618

---

JCH7CLAIM2 98/12/07                  INTERNATIONAL HERITAGE              Page: 873
                            Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000152139


        Loth, Julieanne D.                     Unknown
        303 Malabar
        Austin          TX 78734
------------------------------------------------------------------------------------

        001518789


        Lotspeich, Twyla                       Unknown
        1542 Pirates Run
        Baytown         TX 77520
------------------------------------------------------------------------------------

        001566962


        Lott, Howard                           Unknown
        4808 Royal Oak
        Wichita Falls   TX 76308
------------------------------------------------------------------------------------

        001478061


        Lou, Stanley T.                        Unknown
        155 Rolling Road
        Bala Cynwyd     PA 19004
------------------------------------------------------------------------------------

        001605145


        Louch, Anthony                         Unknown
        1880 N. El Camino Real
        San Clemente    CA 92672
------------------------------------------------------------------------------------

        001523633


        Louch, Kelly A.                        Unknown
        45060 Desert View Court
        LaQuinta        CA 92253
------------------------------------------------------------------------------------

        001541292


        Loud, John D.                          Unknown
        1672 Valor Ridge Drive
        Kennesaw        GA 30152
------------------------------------------------------------------------------------

        000138489


        Louden, Gary D.                        Unknown
        121 Bayview Drive
        Hendersonville  TN 37075
------------------------------------------------------------------------------------

        001541714


        Loupe, Jr Harvey P.                    Unknown
        1617 Gulizo Drive
        Marrero         LA 70072
------------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page: 874

Unsecured Creditors -- Sales Representatives

```
      Creditors Names and                      Total Amt
      Mailing Address/ Zip Code                of Claim


      000109736


      Lourie, Louis S.                          Unknown
      267 Danby Ct
      Columbia          SC 29212
----------------------------------------------------------------------------

      001581302


      Louton, Don L.                            Unknown
      812 Rosewood Dr.
      Farmerville       LA 71241
----------------------------------------------------------------------------

      001592683


      Lovato, Carol L.                          Unknown
      2338 S. Broadway
      Grand Junction    CO 81503
----------------------------------------------------------------------------

      001559855


      Love II, Charles W.                       Unknown
      103 West Texas
      Ruston            LA  71270
----------------------------------------------------------------------------

      000152288


      Love, Christopher A.                      Unknown
      1205 Gladney
      Minden            LA 71055
----------------------------------------------------------------------------

      001522112


      Love, Debra C.                            Unknown
      43727 Crestview Road
      Columbiana        OH 44408
----------------------------------------------------------------------------

      000124683


      Love, Emett W.                            Unknown
      1043 Bells Chapel Rd.
      Waxahachie        TX 75165
----------------------------------------------------------------------------

      001528840


      Love, Heidi                               Unknown
      516 Jackson St.
      Midvale           UT 84047
----------------------------------------------------------------------------

      000147287


      Love, Kathy H.                            Unknown
      1205 Gladney
      Minden            LA 71055
----------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE          Page: 875
                    Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001548950 | |
| Love, Sandra K.<br>805 4J Road<br>Gillette      WY 82716 | Unknown |
| 001567733 | |
| Love, Stephanie L.<br>426 7Th Ave #4<br>Brooklyn      NY 11215 | Unknown |
| 001544417 | |
| Love, Zachery M.<br>516 Jackson St.<br>Midvale      UT 84047 | Unknown |
| 001580744 | |
| Love-Clark, Peggy<br>9104 Stonebrook<br>College      TX 77845 | Unknown |
| 000162238 | |
| Loveday, Mindy D.<br>323 Joyce St.<br>Hot Springs      AR 71901 | Unknown |
| 000157875 | |
| Loveday, Rodney S.<br>984 Barkley Circle<br>Norman      OK 73071 | Unknown |
| 001605086 | |
| Lovelace, Johnnie E.<br>3513 Northshore Blvd. Ne<br>Tacoma      WA 98422 | Unknown |
| 001562209 | |
| Lovelace, Kenneth M.<br>1816 L. Ave.<br>Anacortes      WA 98221 | Unknown |
| 001543953 | |
| Loveless, Tabb<br>111 Gordon Terrace<br>Columbia      TN 38401 | Unknown |

                         Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001481561


        Lovell, Jack E.                          Unknown
        1808 Coronado Ave.
        Emporia           KS 66801
--------------------------------------------------------------------------------
        001576963


        Lovette, Trent                           Unknown
        836 Pouselle Dr.
        Arlington         TX 76001
--------------------------------------------------------------------------------
        000122302


        Loving, Gregory                          Unknown
        7601 Ford Drive
        N. Richland Hills  TX 76180
--------------------------------------------------------------------------------
        000124104


        Loving, Lauri N.                         Unknown
        707 Park Hill Lane
        Euless            TX 76040
--------------------------------------------------------------------------------
        000121678


        Loving, Oliver                           Unknown
        707 Park Hill Lane
        Euless            TX 76040
--------------------------------------------------------------------------------
        000122256


        Loving, Robert                           Unknown
        4202 Harvest Hill Ct.
        Carrollton        TX 75010
--------------------------------------------------------------------------------
        001559314


        Low, Dana C.                             Unknown
        12308 Pawnee Lane
        Leawood           KS 66209
--------------------------------------------------------------------------------
        001527706


        Low, Elaine Yl                           Unknown
        6311 Nw Firwood Dr.
        Vancouver         WA 98665
--------------------------------------------------------------------------------
        001580103


        Lowe, Chris                              Unknown
        6480 Wright Circle
        Atlanta           GA 30328
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001523807


Lowe, Helma I.*                        Unknown
280 Regal Row
Gadsden          AL 35904
-------------------------------------------------------------------------

001564822


Lowe, Mark D.                          Unknown
17231 Blackhawk Blvd Apt #1009
Friendswood      TX 77546
-------------------------------------------------------------------------

001596038


Lowe, Mary S                           Unknown
3817 Hyden Dr
Odessa           TX 79762
-------------------------------------------------------------------------

001572494


Lowe, Stacey E.                        Unknown
1414 Londongreen
Channelview       TX 77530
-------------------------------------------------------------------------

001606987


Lowe, Tom                              Unknown
20 Vankirk Rd.
Princeton        NJ 08540
-------------------------------------------------------------------------

000140374


Lowell, Dana                           Unknown
410 Northridge St.
Greensboro       NC 27403
-------------------------------------------------------------------------

001513046


Lowerre, Ann                           Unknown
35 Coachlight
Little Rock      AR 72227
-------------------------------------------------------------------------

001601745


Lowery, Paul                           Unknown
554 Linwood Ave Apt. 4
Buffalo          NY 14209
-------------------------------------------------------------------------

000142557


Lowrance, Kathy D.                     Unknown
115 North 3rd Street
Jacksboro        TX 76458
-------------------------------------------------------------------------
```

                    Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001522317


        Lowrie, Regina L.                    Unknown
        7232 Terrebonne Dr.
        Lake Charles      LA 70605
------------------------------------------------------------------------------
        001551842


        Lowry, Marjorie J.                   Unknown
        907 Hwy T
        Bolivar           MO 65613
------------------------------------------------------------------------------
        001551846


        Lowry, Rick                          Unknown
        4035 S. 136th Road
        Bolivar           MO 65613
------------------------------------------------------------------------------
        001506297


        Lowry, Thomas J                      Unknown
        3660 Glenmere Dr.
        Youngstown        OH 44511
------------------------------------------------------------------------------
        000120120


        Lowther, Robert C.                   Unknown
        1919 Andrews St.
        Alexandria        LA 71301
------------------------------------------------------------------------------
        001582540


        Lozano, Teresa                       Unknown
        10951 Pigeonwood Drive
        Houston           TX 77089
------------------------------------------------------------------------------
        001558483


        Lozano, Teresa M.                    Unknown
        10951 Pigeonwood
        Houston           TX 77089
------------------------------------------------------------------------------
        001608406


        Lu Gui Zhi                           Unknown
        86-36 90 St.
        woodhaven         NY 11421
------------------------------------------------------------------------------
        001587460


        Lu, George P.                        Unknown
        134-54 Maple Avenue #4-C
        Flushing          NY 11355
------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001585407


Lu, Huijin                             Unknown
1212 Orchard Mountain Ct.
Antioch          TN 37013
----------------------------------------------------------------------------
000150194


Lu, Qi                                 Unknown
10 Matthew Court
Edison           NJ 08820
----------------------------------------------------------------------------
001581035


Lu, Quin Fang                          Unknown
619 49th STREET
Brooklyn         NY 11220
----------------------------------------------------------------------------
001602062


Lu, Shao Ping                          Unknown
86-36 90St
Woodhaven        NY 11421
----------------------------------------------------------------------------
001578607


Lu, Tian-Hong Lu Siao-Ming             Unknown
74-13 46th Avenue
Elmhurst         NY 11373
----------------------------------------------------------------------------
001577153


Lu, Xiaomie                            Unknown
8818 Ilona  LA #8
Houston          TX 77025
----------------------------------------------------------------------------
001526711


Lu, Yan X.                             Unknown
7607 Barkwood Ct.
Beltsville       MD 20705
----------------------------------------------------------------------------
001599075


Lubritz, Judith C.                     Unknown
4412 Abingdon Road
Columbia         SC 29203
----------------------------------------------------------------------------
001462397


Lucas, Barbara M.                      Unknown
12499 Coursey Blvd.
Baton Rouge      LA 70816
----------------------------------------------------------------------------
```

JCH7CLAIM2· 98/12/07                    INTERNATIONAL HERITAGE
                         Unsecured Creditors -- Sales Representatives


        Creditors Names and                       Total Amt
        Mailing Address/ Zip Code                 of Claim


        001607657


        Lucas, Daniel C                            Unknown
        2316 Sunnybrook Dr #101
        Nampa              ID 83686
--------------------------------------------------------------------------------
        001597120


        Lucas, Regina                              Unknown
        RRI Box 205 A-1
        Bridgeport         IL 62417
--------------------------------------------------------------------------------
        001558739


        Lucas, Tivia W.                            Unknown
        2107 Ledger View
        San Antonio        TX 78232
--------------------------------------------------------------------------------
        001539396


        Luce, Julie M.                             Unknown
        32221 11th Place S.W.
        Federal Way        WA 98023
--------------------------------------------------------------------------------
        001595180


        Lucent Technologies                        Unknown
        343 Sanson Street
        San Francisco      CA 94104
--------------------------------------------------------------------------------
        001607368


        Lucero, Carl W.                            Unknown
        3109 Dunbarton Oak St.
        Corpus Christi     TX 78414
--------------------------------------------------------------------------------
        001532521


        Lucero, Mary D.                            Unknown
        1220 Senda Lane
        Santa Fe           NM 87505
--------------------------------------------------------------------------------
        001519953


        Luck Ventures                              Unknown
        268 Yosemite Drive
        Pittsburgh         PA 15235
--------------------------------------------------------------------------------
        001607707


        Luck, Stacey  L.                           Unknown
        268 Yosemite Drive
        Pittsburgh         PA 15235
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                   INTERNATIONAL HERITAGE          Page 881
                            Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000129094


        Ludwig, Zelda J.                       Unknown
        HC 82 Box 9050
        Malta            MT 59538
--------------------------------------------------------------------------------
        001605180


        Luedke, Regina I.                      Unknown
        205 W Fremont Ave
        Selah            WA 98942
--------------------------------------------------------------------------------
        001603821


        Luedtke, Karla A                       Unknown
        813 Washington
        Pocatello        ID 83201
--------------------------------------------------------------------------------
        001496802


        Luethe, Troy A.                        Unknown
        W 5136 Pine Bluff Rd.
        Nesh Koro        WI 54960
--------------------------------------------------------------------------------
        001587039


        Luft, Gary N.                          Unknown
        1718 125Th Avenue S.E.
        Bellevue         WA 98005
--------------------------------------------------------------------------------
        001499721


        Lugtigheid, Larry L.                   Unknown
        9801 Buchanan St.
        West Olive       MI 49460
--------------------------------------------------------------------------------
        001603318


        Luk, Wallace                           Unknown
        807 E King Street
        Jefferson        TN 37760
--------------------------------------------------------------------------------
        001528104


        Lukas, Diane Z.                        Unknown
        5714 Arcturus Drive
        Roanoke          VA 24018
--------------------------------------------------------------------------------
        001515254


        Lukas, Paul S.                         Unknown
        5714 Arcturus Drive
        Roanoke          VA 24018
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


```
Creditors Names and                       Total Amt
Mailing Address/ Zip Code                 of Claim


001585567


Luke, Elizabeth M.                        Unknown
214 Turnberry Drive
Covington        LA 70433
-----------------------------------------------------------------------------
000148316


Luke, Kade M                              Unknown
1028 Bayou Blue By Pass Road
Thibodaux        LA 70301
-----------------------------------------------------------------------------
001578707


Lumbert, Pamela A.                        Unknown
3861 21St Street
Wyandotte        MI 48192
-----------------------------------------------------------------------------
000113955


Lumley, James H.                          Unknown
5906 Highway 22
Climax           NC 27233
-----------------------------------------------------------------------------
001604960


Lumley, Jennifer                          Unknown
140-35 Beech Ave. Apt 2P
Flushing         NY 11355
-----------------------------------------------------------------------------
001597544


Luna, Jai C.                              Unknown
611 Walnut Street
Chico            CA 95928
-----------------------------------------------------------------------------
001458242


Luna, Kim S.                              Unknown
419 Spruce Street
Halstead         KS 67056
-----------------------------------------------------------------------------
001517627


Lund, Johnna N.                           Unknown
741 West 120 North
Blackfoot        ID 83221
-----------------------------------------------------------------------------
001579799


Lund, Mikel P.                            Unknown
308 Main St
Scobey           MT 59263
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001611474


Lundstrom Leasing                       Unknown
1145 Fanning Hill Rd
Malta           MT 59538
----------------------------------------------------------------------------

001490143


Lundy, Terrance D                       Unknown
6005 State Bridge Rd
Duluth          GA 30136
----------------------------------------------------------------------------

001566871


Lungarini, Louise                       Unknown
23020 Sunfield Drive
Boca Raton      FL 33433
----------------------------------------------------------------------------

001550712


Lungarini, Michael J.                   Unknown
10738 Sea Cliff Circle
Boca Raton      FL 33498
----------------------------------------------------------------------------

001605183


Lunke, Larry                            Unknown
8311E. Vista Dr.
Spokane         WA 99217
----------------------------------------------------------------------------

001472139


Luo, Cheng Zhi                          Unknown
726 Annin Street
Phila           PA 19147
----------------------------------------------------------------------------

001574493


Luo, Sha                                Unknown
1685 Norman St.Apt.1R
Ridgewood       NY 11385
----------------------------------------------------------------------------

001509080


Luo, Xue Feng                           Unknown
726 Annin St.
Phila           PA 19147
----------------------------------------------------------------------------

001493386


Luo, Xue Q.                             Unknown
726 Annin St.
Phila           PA 19147
----------------------------------------------------------------------------
```

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001504489


        Luond, Mark A                          Unknown
        4308 Tyler Way
        Anacortes         WA 98221
-----------------------------------------------------------------------------
        001583414
        .

        Luquette, Anna R.                      Unknown
        8404 Selway
        Austin            TX 78736
-----------------------------------------------------------------------------
        001542359


        Lutch, Gayle A.                        Unknown
        389 Sunset Blvd.
        Hermitage         PA 16148
-----------------------------------------------------------------------------
        001494000


        Luxcom International Corp              Unknown
        91-31 Queens Boulevard
        Elmhurst          NY 11373
-----------------------------------------------------------------------------
        001512046


        Ly, Hoa Kim                            Unknown
        42-12 155Th Street
        Flushing          NY 11355
-----------------------------------------------------------------------------
        001574722
        .

        Lyda, Andrew C.                        Unknown
        611 Cindy Drive
        Twin Falls        ID 83301
-----------------------------------------------------------------------------
        001530950


        Lyde, Dehrabelle J.                    Unknown
        14660 Wayside Ct
        Addison           TX 75244
-----------------------------------------------------------------------------
        001560765


        Lydick, Brandon                        Unknown
        5720 Moss Creek Tr.
        Dallas            TX 75252
-----------------------------------------------------------------------------
        001560894


        Lydick, Virginia A.                    Unknown
        5720 Moss Creek Tr.
        Dallas            TX 75252
-----------------------------------------------------------------------------
        .

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001538009


        Lyles, Bryant K.                         Unknown
        1015 Saratoga
        Alpharetta      GA 30202
--------------------------------------------------------------------------
        001600038


        Lyles, Opal C.                           Unknown
        P.O. Box 368
        Holliday        TX 76366
--------------------------------------------------------------------------
        001600611


        Lyman, Carol M.                          Unknown
        410 E23 #48
        Roswell         NM 88201
--------------------------------------------------------------------------
        001485079


        Lynch, Edward J.                         Unknown
        1112 N. Township
        Sedro-Woolley   WA 98284
--------------------------------------------------------------------------
        001529184


        Lynch, Gerald W.                         Unknown
        18001 Cypress Trace
        Houston         TX 77090
--------------------------------------------------------------------------
        001580558


        Lynch, Joan                              Unknown
        Rt. 1 Box 1727
        Bandon          OR 97411
--------------------------------------------------------------------------
        001598584


        Lynette Ingram                           Unknown
        25018 Arrow Ridge
        San Antonio     TX 78258
--------------------------------------------------------------------------
        001577469


        Lynn, Bonnie                             Unknown
        8645 Huffine Lane  Suite 200
        Bozeman         MT 59718
--------------------------------------------------------------------------
        001591560


        Lynn, Leon J                             Unknown
        15015 66th  AVE N W
        Stanwood        WA 98292
--------------------------------------------------------------------------
```

```
Creditors Names and                  Total Amt
Mailing Address/ Zip Code            of Claim


001534877


Lynn, Paulette M.                     Unknown
4036 Bennett Ave.
Billings        MT 59105
--------------------------------------------------------------------------------
001590588


Lyon, Bonita D.                       Unknown
2807 Eldridge Ave.
Bellingham      WA 98225
--------------------------------------------------------------------------------
001509020


Lyon, Robert S.                       Unknown
207 Autumn Oak Bend
Lafayette       LA 70508
--------------------------------------------------------------------------------
001557857


Lyons, Brock                          Unknown
204 Ridge Point
Hot Springs     AR 71913
--------------------------------------------------------------------------------
001557871


Lyons, Carol D.                       Unknown
204 Ridge Point
Hotsprings      AR 71913
--------------------------------------------------------------------------------
001597694


Lyons, Courtney B                     Unknown
2509 Johnston St Apt 13-9
Lafayette       LA 70503
--------------------------------------------------------------------------------
001590532


Lyons, Monica L.                      Unknown
714 South Adams
Moscow          ID 83843
--------------------------------------------------------------------------------
001609944


Lyons, Norma M                        Unknown
6 Castle Pt Tr Pk
Himrod          NY 14842
--------------------------------------------------------------------------------
001587478


Lytle, Randall                        Unknown
15740 W. 146Th Street
Olathe          KS 66062
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001611869


        Lytton, John W.                        Unknown
        P.O. Box 277
        Irrigon        OR 97844
-------------------------------------------------------------------------------

        001536692


        M & M Investments                      Unknown
        1049 Hwy 1236
        Johnson        LA 71422
-------------------------------------------------------------------------------

        001583458


        M Family, Ltd                          Unknown
        3006 Bayside Dr
        Rockwall       TX 75087
-------------------------------------------------------------------------------

        000142633


        MACRE Associates, Inc.                 Unknown
        1735 Palmland Dr.
        Boynton Beach  FL 33436
-------------------------------------------------------------------------------

        001597242


        MCCARLEY, Janet L.                     Unknown
        3141 County Road 33
        Killen         AL 35645
-------------------------------------------------------------------------------

        001477891


        Ma, Chu F.                             Unknown
        83-60 Vietor Ave. #3-H
        Elmhurst       NY 11373
-------------------------------------------------------------------------------

        001515985


        Ma, Hui                                Unknown
        346 N. Summit Ave #104
        Gaithersburg   MD 20877
-------------------------------------------------------------------------------

        001562643


        Ma, Jing                               Unknown
        15-D West Shady Ln.
        Houston        TX 77063
-------------------------------------------------------------------------------

        001577471


        Maas, Terri L.                         Unknown
        602 E. Main
        Everson        WA 98247
-------------------------------------------------------------------------------
```

                               Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001522653


        Mabery, Cheryl R.*                        Unknown
        3780 Waldorf Drive
        Dallas            TX 75229
------------------------------------------------------------------------------
        001544483


        Mabon, Carol L.                           Unknown
        2925 Spaatz Road
        Monument          CO 80132
------------------------------------------------------------------------------
        001544485


        Mabon, Deborah R.                         Unknown
        4123 Browning Avenue
        Colorado Springs  CO 80910
------------------------------------------------------------------------------
        001572020


        Mabon-Shrull, Donna L.                    Unknown
        0038 Donegan Rd.
        Glenwood Springs  CO 81601
------------------------------------------------------------------------------
        001526948


        Mabrey, Laurie D.                         Unknown
        3430 Bridle Ridge Dr.
        Suwanee           GA 30174
------------------------------------------------------------------------------
        001576860


        MacBeth, Jessica A.                       Unknown
        691 East 200 North
        Provo             VT 84606
------------------------------------------------------------------------------
        001565885


        MacDonald, Sheila R.                      Unknown
        309 Iditarod
        Valdez            AK 99686
------------------------------------------------------------------------------
        001458551


        MacDonnell-Basile, Lori Gail              Unknown
        2058 Ridge Road
        Homewood          IL 60430
------------------------------------------------------------------------------
        001457444


        MacQuirter, Dienna L.                     Unknown
        374 Scenic Route
        Cordele           GA 31015
------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
|---|---|
| Mailing Address/ Zip Code | of Claim |

000137712

| Macartney, Cheri L. | Unknown |
|---|---|
| 2924 Trellis Green | |
| Cary        NC 27511 | |

---

001540406

| Macbeth, Debora | Unknown |
|---|---|
| 5611 Imperial Grove Drive | |
| Houston      TX 77066 | |

---

001532668

| Mace, May E. | Unknown |
|---|---|
| P.O Box 1085 | |
| Bozeman      MT 597711085 | |

---

000162162

| Mach, David T M | Unknown |
|---|---|
| 257 Clinton St Apt 2F | |
| New York     NY 10002 | |

---

001511546

| Machen, Darlene | Unknown |
|---|---|
| 3151 Oakdale Rd. | |
| Alpine       AL 35014 | |

---

001466608

| Machkovich, Steve | Unknown |
|---|---|
| W235 Prairie Road | |
| Ripon        WI 54971 | |

---

001606315

| Machon, Joseph B | Unknown |
|---|---|
| 506 Golf Course Lane | |
| Porangeles   WA 98362 | |

---

001467475

| Machupa Jr., William | Unknown |
|---|---|
| 428 Starborrough Dr. | |
| League City  TX 77573 | |

---

001595398

| Macias, Leticia V. | Unknown |
|---|---|
| 10607 Carovilli Dr | |
| Austin       TX 78748 | |

---

                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                   Total Amt
        Mailing Address/ Zip Code              of Claim


        001560401


        Maciorowski, Jodie M.                  Unknown
        247 Main St.
        W. Springfield     MA 01089
-------------------------------------------------------------------------------
        001528653


        Mack, Brian L.                         Unknown
        823 N. Hamilton Street
        Olathe          KS 66061
-------------------------------------------------------------------------------
        001475089


        Mack, Clarence E.                      Unknown
        833 Westbrook
        Griffin         GA 30223
-------------------------------------------------------------------------------
        001593673


        Mack, Robin                            Unknown
        68690 Los Gatos
        Cathedral City   CA 92234
-------------------------------------------------------------------------------
        000131133


        Mackebon, Mary Ellen                   Unknown
        2527 W. Kennewick Ave. #110
        Kennewick        WA 99336
-------------------------------------------------------------------------------
        001568935


        Mackenzie, Alex                        Unknown
        764 East Mesquite
        Palm Springs     CA 92264
-------------------------------------------------------------------------------
        001589054


        Mackey Jr., Ronald J.                  Unknown
        4105 Lera Drive
        Anniston        AL 36207
-------------------------------------------------------------------------------
        000142166


        Mackey, Jerry R                        Unknown
        2751 South Patterson
        Springfield      MO 65804
-------------------------------------------------------------------------------
        000146034


        Mackey, Rondo L.                       Unknown
        3901 Highway #00
        Marshfield       MO 65706
-------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                  Total Amt
Mailing Address/ Zip Code            of Claim


001511620


Macking, Bill                        Unknown
36 Crescent Avenue
Wilkes-Barre      PA 18702
```
------------------------------------------------------------------------
```
001493748


Macking, Jane G.                     Unknown
12035 S. Magnolia Circle
Alpharetta        GA 30202
```
------------------------------------------------------------------------
```
001510405


Macklin II, P. Darnell               Unknown
12029 Comanche Tr
Huntsville        AL 35803
```
------------------------------------------------------------------------
```
000104386


Macklin, Sherry T.                   Unknown
12029 Comanche Trail
Huntsville        AL 35803
```
------------------------------------------------------------------------
```
001494099


Maclean, Diana K.                    Unknown
8229 N. 117 E. Ave
Owasso            OK 74055
```
------------------------------------------------------------------------
```
001567401


Macomber, Susan M.                   Unknown
7931-267Th Pl NW
Stanwood          WA 98292
```
------------------------------------------------------------------------
```
001536420


Macon, Cheryl A.                     Unknown
1510 Green Oak Circle
Lawrenceville     GA 30043
```
------------------------------------------------------------------------
```
001581430


Macrow, Edye L.                      Unknown
11200 Front Street
Manhattan         MT 59741
```
------------------------------------------------------------------------
```
000160641


Madderra, Shirley L                  Unknown
4138 Nottingham Trail
San Angelo        TX 76901
```
------------------------------------------------------------------------

                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code             of Claim


        001457180


        Maddox, Shawn V.                      Unknown
        6622 Hackney Place
        Shepherd          MT 59079
--------------------------------------------------------------------------------

        001518293


        Madlung, Daniel L.                    Unknown
        725 Orth Way
        Sedro-Woolley     WA 98284
--------------------------------------------------------------------------------

        001525586


        Madlung, Tara L                       Unknown
        725 Orth Way
        Sedro-Woolley     WA 98284
--------------------------------------------------------------------------------

        001465791


        Madsen, Michael I.                    Unknown
        6992 S. Holst Road
        Clinton           WA 98236
--------------------------------------------------------------------------------

        001522539


        Madsen, Sara                          Unknown
        5811 Cedar Creek Rd.
        River Ridge       LA 70123
--------------------------------------------------------------------------------

        001465789


        Madsen, Stacy G.                      Unknown
        4370 E. Paradise Pl.
        Clinton           WA 98236
--------------------------------------------------------------------------------

        000140239


        Maeda, Kenji                          Unknown
        3020-I Prosperity Church Road
        Charlotte         NC 28269
--------------------------------------------------------------------------------

        001584518


        Maedgen, Lily                         Unknown
        102 Gardner Dr.
        Palestine         TX 75801
--------------------------------------------------------------------------------

        001549164


        Mafnas, Frank P.                      Unknown
        22905 Kuna Ct.
        Wildomar          CA 92595
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001515471

Magana, Helen T.                            Unknown
6106 Coral Ridge Dr.
Corpus Christi      TX 78413

---

001610286

Magas, Lori                                 Unknown
2265 Ferndale Terrace
Ferndale           WA 98248

---

000134136

Magee, Deborah A.                           Unknown
P.O. Box 494848
Garland            TX 75049

---

000103576

Magee, James W.                             Unknown
11717 108Th Ave. North
Largo              FL 34648

---

000153025

Magee, Jean F.                              Unknown
Route 1, Box 7
Collins            MS 39428

---

000125389

Magee, Timothy J                            Unknown
609 S. Brundidge Street
Troy               AL 36081

---

001564728

Maghrak, Lisa M.                            Unknown
2602 Hawthorne Ln.
Stillwater         MN 55082

---

001548735

Magleby, Matthew S.                         Unknown
435 East 1050 South
Springville        UT 84663

---

001531214

Magliocco, Hilda                            Unknown
1446 E. Grovers #4
Phoenix            AZ 85022

---

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|

000118558

Magness, Leslie                    Unknown
6865 Bluebird Ln.
Olive Branch      MS 38654

---

001604182

Magnuson, Mary A                   Unknown
1611 Missouri Rd
Iola              KS 66749

---

001549650

Mahadevan, Athisayraj             Unknown
4710 SOUTH 128th Rd.
Bolivar           MO 65613

---

001612504

Mahaffie, Claudia J.              Unknown
1315 Sw Jordan
Grants Pass       OR 97526

---

001592535

Mahal, Sukhwant S.               Unknown
11715 Se 256Th Pl
Kent              WA 98031

---

001597704

Mahalko, Florence                Unknown
2404 Buttercup Circle
Killeen           TX 76542

---

001551980

Maher, Maria E.                   Unknown
18487 N.W 22nd Street
Pembroke Pines    FL 33029

---

001517630

Mahon, James T.                   Unknown
1009 Stuyvesant Avenue
Irvington         NJ 07111

---

001589082

Mai, Xia Ru                       Unknown
713 56 Street
Brooklyn          NY 11220

---

JCH7CLAIM2 98/12/07           INTERNATIONAL HERITAGE        Page: 895
                    Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001548231 | |
| Maiden, Alma F.<br>416 Iowa Avenue<br>Clarksdale      MS 38614 | Unknown |
| 001483717 | |
| Maier, Mark S.<br>1131 Creek Wood Cove<br>Lawrenceville      GA 30045 | Unknown |
| 001575994 | |
| Maines, Betty J.<br>5 Coventry Court<br>Dallas      TX 75230 | Unknown |
| 000156023 | |
| Major, Jason S.<br>6812 Beuche Rd.<br>Beuche      LA 70720 | Unknown |
| 015900224 | |
| Makinster, Scott R<br>8329 Cass<br>Omaha      NE 68114 | Unknown |
| 001531918 | |
| Makor, Rebecca<br>1415 N 7<br>Miles City,      MT 59301 | Unknown |
| 001503410 | |
| Malandrino-Solari, Maria<br>14 Ellis Place<br>Ossining      NY 10562 | Unknown |
| 001590195 | |
| Malbion, Inc<br>P.O. Box 487<br>Dover      NH 038210487 | Unknown |
| 000152869 | |
| Malcom, Eddy D<br>2641 Bluebird<br>Mesquite      TX 75149 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page - 896
                         Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001551011 | |
| Maldonado, Blanca<br>49 Lake St. Apt. #1<br>Belleville        NJ 07109 | Unknown |
| 001555073 | |
| Maley Delbert G.<br>1753 Rd. E #234<br>Emporia        KS 66801 | Unknown |
| 001482114 | |
| Malloy, Randolph B<br>102 Capilano Lane<br>Broussard        LA 70518 | Unknown |
| 001552826 | |
| Mally, Arthur M.<br>4141 M. Merridian Ave.<br>Miami Beach        FL 33140 | Unknown |
| 000115127 | |
| Malmgren, Gary K.<br>1659 Canyon Run<br>Naperville        IL 60565 | Unknown |
| 000115294 | |
| Malmgren, Ken W.<br>1659 Canyon Run<br>Naperville        IL 60565 | Unknown |
| 000114449 | |
| Maloney, David<br>704 Grizzly Drive<br>Great Falls        MT 59404 | Unknown |
| 001458217 | |
| Maloy, James W<br>6398 Eastwood Glen Pl<br>Montgomery        AL 36117 | Unknown |
| 000162952 | |
| Malphus, Rebecca L<br>1702 SE 13th Terrace<br>Cape Coral        FL 33990 | Unknown |

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE          Page: 897
                        Unsecured Creditors -- Sales Representatives

```
Creditors Names and                   Total Amt
Mailing Address/ Zip Code             of Claim


001459354


Malveaux, Carolyn M                   Unknown
1112 Kilmer Street
Crowley          LA 70526
-------------------------------------------------------------------

001558344


Manbeck, Marjorie                     Unknown
76 Legend Rd
Fort Worth       TX 76132
-------------------------------------------------------------------

001470233


Mancino, Ellen F.                     Unknown
807 Cambridge Ave.
Youngstown       OH 44502
-------------------------------------------------------------------

001589966


Mandel, Paul S                        Unknown
117 5th Avenue NW
Cut Bank         MT 59427
-------------------------------------------------------------------

001601779


Maner, James K.                       Unknown
3415 Lake Avenue
Columbia         SC 29206
-------------------------------------------------------------------

000141725


Maness, Sheri                         Unknown
714 Valleycreek
Mesquite         TX 75181
-------------------------------------------------------------------

001565438


Mangile, David J.                     Unknown
501 South Vine
Frnaklin         KS 66735
-------------------------------------------------------------------

001520267


Mangini, Carol L.                     Unknown
11902 13th St., N.E.
Lake Stevens     WA 98258
-------------------------------------------------------------------

001556416


Mangold, Lana C.                      Unknown
7702 Lairds
Dallas           TX 75248
-------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE            Page:  898
                        Unsecured Creditors -- Sales Representatives

Creditors Names and                        Total Amt
Mailing Address/ Zip Code                  of Claim


001478357


Mangrum, Carlon P.                         Unknown
2187 McDONALD ST.
Mandeville      LA 70448
------------------------------------------------------------------------------------

001609670


Mangum, Beverly D.                         Unknown
6716 Twin Tree Ct.
Raleigh,        NC 27613
------------------------------------------------------------------------------------

001608398


Mangum, Leah C.                            Unknown
7300-208 Lake vista Drive
Raleigh         NC 27613
------------------------------------------------------------------------------------

001577031


Mangun, Tammy Lee                          Unknown
2200 North I-35 #15
Carrollton      TX 75006
------------------------------------------------------------------------------------

001561206


Mangus, Judy A.                            Unknown
2410 Sapling Cir.
Wilmington      NC 28405
------------------------------------------------------------------------------------

001476072


Mani, Ken P.                               Unknown
11110 228Th St Ne
Arlington       WA 98223
------------------------------------------------------------------------------------

001523036


Mankle, Brian K.                           Unknown
2904 Evergreen Ave.
Bellingham      WA 98226
------------------------------------------------------------------------------------

001526264


Mankle, Kelly N.                           Unknown
1470 Sweet Bay Dr.
Bellingham      WA 98226
------------------------------------------------------------------------------------

001577941


Mankovitch, Victoria L                     Unknown
6115 Abbotts Bridge Rd #208
Duluth          GA 30097
------------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE        Page: 899
                    Unsecured Creditors -- Sales Representatives

Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001539640


Manley, Kayla K.                        Unknown
1006 Willow Dr.
Olney            IL 62450
--------------------------------------------------------------------------------
001566601


Manley, Thelma J.                       Unknown
901 Woodland Dr.
Bozeman          MT 59718
--------------------------------------------------------------------------------
001611518


Mann, Gurdev S                          Unknown
1616 Harrington Ave S E
Renton           WA 98058
--------------------------------------------------------------------------------
001603767


Mann, John F.                           Unknown
2503 Cobblers Way
Friendswood      TX 77546
--------------------------------------------------------------------------------
001581484


Mann, Olujimi                           Unknown
615 W. Jonquil Road
Santa Ana        CA 92706
--------------------------------------------------------------------------------
001559879


Mann, Richard                           Unknown
615 W. Jonquil Rd.
Santa Ana        CA 92706
--------------------------------------------------------------------------------
001542559


Mann, Robert M.                         Unknown
1615 Girvan Ridge Dr.
Duluth           GA 30097
--------------------------------------------------------------------------------
001579405


Manne, Arlene Y.                        Unknown
2121 N. Ocean Blvd  Apt 1603-E
Boca Raton       FL 33431
--------------------------------------------------------------------------------
000115329


Manning, Curtis W.                      Unknown
2520 Garden Park Dr.
Huntsville       AL 35810
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE         Page: 900
                        Unsecured Creditors -- Sales Representatives

          Creditors Names and                 Total Amt
          Mailing Address/ Zip Code            of Claim

          001607193

          Manning, Darlene                     Unknown
          8 Del Prado Blvd Suite B
          Cape Coral      FL 33990
--------------------------------------------------------------------------------
          001588756

          Manning, Jessie B.                   Unknown
          27619-68th Ave., N.W.
          Stanwood        WA 98292
--------------------------------------------------------------------------------
          001567213

          Mannion, Maria                       Unknown
          5715 Cheena
          Houston         TX 77096
--------------------------------------------------------------------------------
          001569769

          Mannschreck, Ann M.                  Unknown
          4075 S.W. Camelot Drive
          Lee's Summit    MO 64082
--------------------------------------------------------------------------------
          001553860

          Manry, Alicia J.                     Unknown
          1415 E. Llano
          Hobbs           NM 88240
--------------------------------------------------------------------------------
          000124482

          Mansell, Camille J.                  Unknown
          2918 Sudderth Dr.
          Ruidoso         NM 88345
--------------------------------------------------------------------------------
          001582475

          Mansion House Ltd                    Unknown
          3878 Oak Lawn St 100B Lb148
          Dallas          TX 75219
--------------------------------------------------------------------------------
          000114782

          Mansour, Gerald                      Unknown
          2221 Pittner Lane
          Plano           TX 75025
--------------------------------------------------------------------------------
          001608718

          Mansour, John S.                     Unknown
          2018 Bryan Rd
          Brandon         FL 33511
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001574496 | |
| Manthey, Victoria S.<br>830 South Main Street<br>Greensburg      PA 15601 | Unknown |
| 001557704 | |
| Mantle, Linda S<br>4057 Delos Dr<br>Las Vegas       NV 89103 | Unknown |
| 001549075 | |
| Mantooth, Judy C.<br>916 Long Shanks Wy.<br>Henderson       NV 89015 | Unknown |
| 000120487 | |
| Manuel II, Gregory<br>Pob 125<br>Mamou           LA 70554 | Unknown |
| 001589831 | |
| Manuel, Alfred<br>1305 W 4th AVE #209<br>Kennewick        WA 99336 | Unknown |
| 001615026 | |
| Manuel, Lindy<br>5804 N Woodcreek Circle<br>McKinney        TX 75070 | Unknown |
| 001510157 | |
| Manze, Jan<br>2015 Garden Terr.<br>Hoffman Estates    IL 60195 | Unknown |
| 001522613 | |
| Mao, Yongmei, Zhou Jun<br>10050 E. Harvard Ave. #A509<br>Denver          CO 80231 | Unknown |
| 000112400 | |
| Mapes, Sharon J.<br>4343 Warm Springs  Rd #204<br>Columbus        GA 31909 | Unknown |

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001567600 | |
| Maple Avenue Realty<br>232 Herrington Haven<br>Lancaster        KY 40444 | Unknown |
| 001590037 | |
| Maple, Amber R.<br>1718 Oak Valley Dr.<br>Kemah          TX 77565 | Unknown |
| 001560054 | |
| Maple, Melissa J.<br>P.O. Box 2445<br>Woodstock       GA 30188 | Unknown |
| 001525369 | |
| Maples, Carlene W.<br>505 Hardin Lane<br>Sevierville      TN 37862 | Unknown |
| 000123922 | |
| Maples, Jacqueline R.<br>Rt 1 Box 80<br>Gunter          TX 75058 | Unknown |
| 000121787 | |
| Maples, Peggy J.<br>Bounds Road<br>Gunter          TX 75058 | Unknown |
| 001587228 | |
| Maraman Sandra<br>4418 Liztame Drive<br>Montgomery       AL 36106 | Unknown |
| 000102500 | |
| Maravelias, Michael A.<br>35 Burley Farm Rd.<br>Danvers          MA 01923 | Unknown |
| 001573646 | |
| Marble, Jerry L.<br>2215 Tipperary Way<br>Missoula         MT 59802 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001534108 | |
| Marcantel, Cindy O.<br>1435 Kenwood<br>Ruston          LA 71270 | Unknown |
| 000152252 | |
| Marceaux, Alexandra L<br>12236 La Hwy 695<br>Kaplan          LA 70548 | Unknown |
| 000159094 | |
| Marceaux, Nancy W.<br>12236 La Hwy 695<br>Kaplan          LA 70548 | Unknown |
| 000125636 | |
| March, Charles A.<br>33 S. 4th St. East<br>Malta          MT 59538 | Unknown |
| 001586507 | |
| Marcoe, Gary R<br>6520 N E 20th WAY<br>Ft Lauderdale     FL 33308 | Unknown |
| 001599626 | |
| Marconnet, Pam<br>111 E. Laurel Street<br>Garden City      KS 67846 | Unknown |
| 001598678 | |
| Maria T. Berumen<br>3755 E Broadway #58<br>Mesa          AZ 85206 | Unknown |
| 001556311 | |
| Mariathasan, Stanislaus A.<br>3507 Monterey Drive<br>Emporia          KS 66801 | Unknown |
| 001579122 | |
| Marin, Marina M.<br>1401 E. Mayfair Ave.<br>Orange          CA 92867 | Unknown |

JCH7CLAIM2 98/12/07            INTERNATIONAL HERITAGE        Page: 904
                   Unsecured Creditors -- Sales Representatives

Creditors Names and                  Total Amt
Mailing Address/ Zip Code            of Claim


001575515


Marino, Douglas J                    Unknown
4463 Fm 974
Bryan          TX 77808
-----------------------------------------------------------------------

001475949


Marino, James A.                     Unknown
4226 Judy Drive
Sulphur        LA 70665
-----------------------------------------------------------------------

001570080


Marion, Daniel P.                    Unknown
115 Pro Terrace
Duluth         GA 30097
-----------------------------------------------------------------------

000105333


Marion, Tamela C.                    Unknown
2001 Macon Glen Dr.
Pleasant Garden    NC 27313
-----------------------------------------------------------------------

001594732


Maritan, Doug                        Unknown
1515 Cardinal Dr.
Fayetteville   AR 72703
-----------------------------------------------------------------------

001598791


Mark A. Whitmore                     Unknown
25326 SE 424th STREET
Enumclaw       WA 98022
-----------------------------------------------------------------------

001580711


Markel, Don M.                       Unknown
1731 Camara Drive
Las Vegas      NV 89123
-----------------------------------------------------------------------

001537666


Markel, Marc D.                      Unknown
24 Greenway Plaza, Ste. 2000
Houston        TX 77046
-----------------------------------------------------------------------

000160756


Marketing                            Unknown
2626 Glenwood Ave. Suite 200
Raleigh        NC 27608
-----------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001548116

Markey, James M.                        Unknown
7285 Heard Rd.
Cumming           GA 30041

---

001564733

Markham, Dennis B.                      Unknown
100 West Walnut
Nevada            MO 64772

---

001567969

Markley III, Philip F                   Unknown
Pob 757
Dayton            TX 77535

---

001463460

Markley, Dollie A.                      Unknown
1918 Place Rebecca #Q3
Houston           TX 77090

---

001476606

Marks, Norma G.                         Unknown
1912 N. 7th ST. APT. #105
West Monroe       LA 71291

---

001544792

Marksbury, Lora                         Unknown
6605 Whitewing Drive
Corpus Christi    TX 78413

---

001598463

Marlene B. Magill                       Unknown
13213 West 83rd Terrace
Lenexa            KS 66215

---

001536437

Marler, Bobbie L.                       Unknown
459 Calhoun Ave.
Destin            FL 32541

---

001495931

Marmaduke, Mary S                       Unknown
Rt 5 Box 501
Wichita Falls     TX 76301

---

                      Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim

        000156793


        Marmaduke, Wesley B                     Unknown
        201-W. Loop 2818 Lot # 5
        College Station     TX 77845
--------------------------------------------------------------------------------
        001581070


        Marmico Inc.                            Unknown
        2920 Merrell Rd.
        Dallas            TX 75229
--------------------------------------------------------------------------------
        001532873


        Marn, Dennis A.                         Unknown
        721 Sycamore Dr.
        Euclid            OH 44132
--------------------------------------------------------------------------------
        001575158


        Marney, Patsy A.                        Unknown
        2127 Se. 38Th Circle
        Topeka            KS 66609
--------------------------------------------------------------------------------
        001586232


        Maronpot, Kris                          Unknown
        1200 Tarpon Wood Blvd  Apt R7
        Palm Harbor       FL 34685
--------------------------------------------------------------------------------
        001589544


        Marquart, Amber                         Unknown
        901 NE 7th Street  Apt 59
        Linton            IN 47441
--------------------------------------------------------------------------------
        001471799


        Marquez Sr., Lupe                       Unknown
        310 S. Baltimore
        Kansas City       KS 66102
--------------------------------------------------------------------------------
        001456415


        Marquez-Kauffman, Linda M               Unknown
        12903 Sycamore Drive
        Olathe            KS 66062
--------------------------------------------------------------------------------
        001554872


        Marquis, Steven D.                      Unknown
        1114 Carmel Ave.
        Mount Vernon      WA 98273
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                  INTERNATIONAL HERITAGE         Page: 907
                     Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code            of Claim


        001570628


        Marram, Doug                         Unknown
        7075 W. Gowan Rd #2076
        Las Vegas         NV 89129
----------------------------------------------------------------------------

        001556038


        Marsh, C. Carl                       Unknown
        1076 5000 Street
        Bronson           KS 66716
----------------------------------------------------------------------------

        001609906


        Marshall Maxine                      Unknown
        4424 Harrison
        Kansas City       MO 64110
----------------------------------------------------------------------------

        001497508


        Marshall, Cheryl S.                  Unknown
        5920 SW 16 Street
        Plantation        FL 33317
----------------------------------------------------------------------------

        000115658


        Marshall, Cindra L.                  Unknown
        150 Citadel Drive
        Conway            SC 29526
----------------------------------------------------------------------------

        001476216


        Marshall, David R.                   Unknown
        10110 Shadow Pine
        Houston           TX 77070
----------------------------------------------------------------------------

        001558008


        Marshall, Gerald E.                  Unknown
        50 Martin Dr.
        New Orleans       LA 70126
----------------------------------------------------------------------------

        001476220


        Marshall, Jonathan A.                Unknown
        9900 Richmond #604
        Houston           TX 77042
----------------------------------------------------------------------------

        001545764


        Marshall, Karen E.                   Unknown
        4012 43Rd
        Lubbock           TX 79413
----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

Creditors Names and                Total Amt
Mailing Address/ Zip Code           of Claim

001588917

Marshall, Mike                      Unknown
847 Inverry Drive
Oldsmar        FL 34677
-----------------------------------------------------------------------------

001582099

Marshall, Ron A.                    Unknown
2073 Olympic  Suite 105
Springfield    OR 97477
-----------------------------------------------------------------------------

001565786

Martell, Joseph R.                  Unknown
404 Tarrow
College Station    TX 77845
-----------------------------------------------------------------------------

001577286

Martell, Kelly L.                   Unknown
27 N. Pathfinders Circle
The Woodlands    TX 77381
-----------------------------------------------------------------------------

001537912

Martello, Matthew T.               Unknown
73605 Broken Arrow Trl.
Palm Desert     CA 92260
-----------------------------------------------------------------------------

001566980

Martens, Cheryl J.                  Unknown
1311 Berry Ridge Rd.
Eagan          MN 55123
-----------------------------------------------------------------------------

001523005

Martens, Loy R.                     Unknown
3101 Antelope Dr.
Colstrip       MT 59323
-----------------------------------------------------------------------------

001481742

Martens, Melanie I                  Unknown
Hwy 12 3 Miles On N Vananda Rd
Forsyth        MT 59327
-----------------------------------------------------------------------------

001483801

Martens, Sharon C.                  Unknown
Slaughterhouse Creek Road
Forsyth        MT 59327
-----------------------------------------------------------------------------

                     Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001586179


        Marthens, Carol A                    Unknown
        2182 Country Lane
        McKinney        TX 75069
---------------------------------------------------------------------------
        000118811


        Martin, Aimee                        Unknown
        504 F Billy Mitchell Blvd
        San Antonio     TX 78226
---------------------------------------------------------------------------
        001561538


        Martin, Amanda L.                    Unknown
        10550 County Road 4038
        Scurry          TX 75158
---------------------------------------------------------------------------
        001577609


        Martin, Amy J.                       Unknown
        R R 3, Box 5501
        Ft. White       FL 32038
---------------------------------------------------------------------------
        001607814


        Martin, Andrea F.                    Unknown
        292 Tolosa Cr.
        Palm Desert     CA 92260
---------------------------------------------------------------------------
        001589379


        Martin, Arthur L.                    Unknown
        9273 S.E. 97th Terr.
        Galena          KS 66739
---------------------------------------------------------------------------
        001542825


        Martin, Bernard D.                   Unknown
        15C South Farmer St.
        Richlands       VA 24641
---------------------------------------------------------------------------
        001467273


        Martin, Beverly A.                   Unknown
        309 South Jefferson
        Eureka          KS 67045
---------------------------------------------------------------------------
        001579470


        Martin, Bradley D.                   Unknown
        11608 86 St. Se.
        Snohomish       WA 98290
---------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE        Page: 910
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code            of Claim


        001558273


        Martin, Brenda                       Unknown
        2920 Millwater Crossing
        Dacula        GA 30019
-----------------------------------------------------------------------------
        001521456


        Martin, Charles Todd                 Unknown
        1507 Rockdale Circle Apt B
        Austin        TX 78704
-----------------------------------------------------------------------------
        000148377


        Martin, Cindy S.                     Unknown
        4032 Palomino Rd.
        Dallas        TX 75253
-----------------------------------------------------------------------------
        000149395


        Martin, Danny Earl                   Unknown
        106 Dale Lane
        Childersburg   AL 35044
-----------------------------------------------------------------------------
        001520871


        Martin, Dax P.                       Unknown
        4445 Hyde Rd.
        Cumming,      GA 30040
-----------------------------------------------------------------------------
        001564784


        Martin, Debbie A.                    Unknown
        15802 St Lawrence Cove
        Friendswood   TX 77546
-----------------------------------------------------------------------------
        001604171


        Martin, Deena M                      Unknown
        4465 Hyde Rd
        Cumming       GA 30040
-----------------------------------------------------------------------------
        001508666


        Martin, Dominick J                   Unknown
        7750 Wlebra #1121
        San Antonio   TX 78251
-----------------------------------------------------------------------------
        000152379


        Martin, Erline                       Unknown
        110 Oak Coulee Drive
        Lafayette     LA 70507
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

Creditors Names and                 Total Amt
Mailing Address/ Zip Code            of Claim


001590945


Martin, Gary                         Unknown
Po Box 336
Watseka          IL 60970
-----------------------------------------------------------------------------

001599870


Martin, George H.                    Unknown
1805 Hacienda Dr.
El Cahon         CA 92020
-----------------------------------------------------------------------------

001585007


Martin, Greg                         Unknown
1007 S 56Th St
Kansas City      KS 66106
-----------------------------------------------------------------------------

001495658


Martin, Harry J.                     Unknown
4465 Hyde Rd.
Cumming          GA 30130
-----------------------------------------------------------------------------

001581373


Martin, Heidi R.                     Unknown
13199 Benson
Overland Park    KS 66213
-----------------------------------------------------------------------------

000113254


Martin, Janice K.                    Unknown
1894 Houghton Dr.
Charleston       SC 29412
-----------------------------------------------------------------------------

001592677


Martin, Jeffrey S.                   Unknown
734 E. 15th St.
Baxter Spgs.     KS 66713
-----------------------------------------------------------------------------

001479304


Martin, Jeri Lynne                   Unknown
8836 N 81 Ave.
Omaha            NE 68122
-----------------------------------------------------------------------------

001586293


Martin, Joel J.                      Unknown
7325 Rainier Dr. Unit B
Everett          WA 98203
-----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001503723


Martin, Kami N.                         Unknown
1332 Joseph Street
New Orleans      LA 70115
--------------------------------------------------------------------------------

001569789


Martin, Karen M.                        Unknown
830 Pinecrest Drive
Dandridge       TN 37725
--------------------------------------------------------------------------------

001597973


Martin, Kathleen V.                     Unknown
8228 Lone Shadow Trail
Converse        TX 78109
--------------------------------------------------------------------------------

000161319


Martin, Kimberlee                       Unknown
10550 C. R. 4038
Scurry          TX 75158
--------------------------------------------------------------------------------

001582874


Martin, Lee C.                          Unknown
10400 E. 87Th Street
Raytown         MO 64138
--------------------------------------------------------------------------------

001462462


Martin, Mark A.                         Unknown
502 Wilson #9
Emporia         KS 66801
--------------------------------------------------------------------------------

001543728


Martin, Melinda                         Unknown
4200 Chino Hills Parkway
Chino Hills     CA 91709
--------------------------------------------------------------------------------

001580865


Martin, Noma F.                         Unknown
851 Peterson Road N.
Iowa Park        TX 76367
--------------------------------------------------------------------------------

001534335


Martin, Patricia L.                     Unknown
3240 Maryland Pl
Bellingham      WA 98226
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE          Page: 913

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                Total Amt
        Mailing Address/ Zip Code          of Claim


        001605039


        Martin, Paul                       Unknown
        27300 Cross Rd
        Clarksburg      MO 65025
------------------------------------------------------------------------------
        001567944


        Martin, Sandra C.                  Unknown
        8446 Country Village #1613
        San Antonio     TX 78209
------------------------------------------------------------------------------
        001574578


        Martin, Sharon & Paul              Unknown
        2120 Wyandotte
        Olathe          KS 66062
------------------------------------------------------------------------------
        001582299


        Martin, Sherilyn D.                Unknown
        2120 Wyandotte
        Olathe          KS 66062
------------------------------------------------------------------------------
        001602250


        Martin, Stacia A.                  Unknown
        717 E Sycamore St Pob 336
        Watseka         IL 60970
------------------------------------------------------------------------------
        001551446


        Martin, Tamara L.                  Unknown
        2805 Longbow Ln.
        Conway          AR 72032
------------------------------------------------------------------------------
        001557658


        Martin, Vicki M.                   Unknown
        1519 14 Street
        Anacortes       WA 98221
------------------------------------------------------------------------------
        001544637


        Martine, Marie                     Unknown
        307 Joan St
        Edgewater       FL 32132
------------------------------------------------------------------------------
        001529670


        Martineau J. Maria                 Unknown
        3132 Whirlaway Road
        Dallas          TX 75229
------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001511185


Martineau, Anthony R.                   Unknown
Rd #3 Outlet Rd.
Shortsville       NY 14548
-------------------------------------------------------------------------------

001518739


Martineau, Vernon R.                    Unknown
Rd #3 Outlet Rd.
Shortsville       NY 14548
-------------------------------------------------------------------------------

001564792


Martinec, John L.                       Unknown
714 Ramada
Houston           TX 77062
-------------------------------------------------------------------------------

001579083


Martinez, Al A.                         Unknown
4413 NW Cache Rd
Lawton            OK 73505
-------------------------------------------------------------------------------

001565540


Martinez, Bridgette N.                  Unknown
7516 Oakland
Kansas City       MO 64138
-------------------------------------------------------------------------------

000123531


Martinez, Carol A.                      Unknown
10515 Sageberry
Houston           TX 77089
-------------------------------------------------------------------------------

001491694


Martinez, David                         Unknown
33 Albert Ct.
Metairie          LA 70003
-------------------------------------------------------------------------------

001563386


Martinez, Diana                         Unknown
6421 Granoble
Corpus Christi    TX 78414
-------------------------------------------------------------------------------

001609542


Martinez, Flordelina                    Unknown
304 W Lomita Bl
Wilmington        CA 90744
-------------------------------------------------------------------------------

                            Unsecured Creditors -- Sales Representatives


       Creditors Names and                      Total Amt
       Mailing Address/ Zip Code                of Claim


       001584202


       Martinez, Gabe L.                         Unknown
       12303 Harbour Pt. Blvd. E-104
       Mukilteo        WA 98275
-----------------------------------------------------------------------------------

       001595816


       Martinez, George A.                       Unknown
       9209 Linkmeadow Dr.
       Austin          TX 78748
-----------------------------------------------------------------------------------

       001500758


       Martinez, Gregory J.                      Unknown
       PO Box 1277
       Archer City      TX 76351
-----------------------------------------------------------------------------------

       001469993


       Martinez, Heather C.                      Unknown
       1502 Colby Lane
       Cedar Park       TX 78613
-----------------------------------------------------------------------------------

       001593255


       Martinez, Judy A.                         Unknown
       1608-32nd St., S.E.
       Rio Rancho       NM 87124
-----------------------------------------------------------------------------------

       001600928


       Martinez, Leo L                           Unknown
       35938 Samtiam Hwy Se
       Albany           OR 97321
-----------------------------------------------------------------------------------

       000141463


       Martinez, Linda R                         Unknown
       Route 10, Box 164
       San Benito       TX 78586
-----------------------------------------------------------------------------------

       001483251


       Martinez, Maria P.                        Unknown
       2013 Dunlap
       Mission          TX 78572
-----------------------------------------------------------------------------------

       001482657


       Martinez, Paula A.                        Unknown
       2322 W. Clare
       Deer Park        TX 77536
-----------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code            of Claim


        001471958


        Martinez, Penni J                    Unknown
        1502 Colby Lane
        Cedar Park        TX 78613
--------------------------------------------------------------------------------
        001550118


        Martinez, Rafael M.                  Unknown
        622 North Water Street
        Liberty           MO 64068
--------------------------------------------------------------------------------
        001552931


        Martinez, Rebecca                    Unknown
        7100 Westview # 705
        Houston           TX 77055
--------------------------------------------------------------------------------
        001588105


        Martino, Paul A.                     Unknown
        5375 Santa Barbara Avenue
        Sparks            NV 89436
--------------------------------------------------------------------------------
        001570102


        Martins, Wayne A.                    Unknown
        1273 Watkins Street
        Fall River        MA 02720
--------------------------------------------------------------------------------
        001588858


        Martinson, Matt M.                   Unknown
        5724 Larimer Lane
        Billings          MT 59105
--------------------------------------------------------------------------------
        001566048


        Marton, Sandra L.                    Unknown
        4553 East Farr Road
        Fruitport         MI 49415
--------------------------------------------------------------------------------
        001545541


        Marty, Mitchell T.                   Unknown
        436 So. Larriviere
        Youngsville       LA 70592
--------------------------------------------------------------------------------
        001517670


        Marus, Shirley J.                    Unknown
        9719 Windham
        Dallas            TX 75243
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001603242 | |
| Maryles, Rena 733 Wildwood Road West Hempstead       NY 11552 | Unknown |
| 001507803 | |
| Marzec, Francis J 3525 W School St Chicago            IL 60618 | Unknown |
| 001468536 | |
| Mascio, Patricia A. 162 State Rd. N.W. Warren             OH 44483 | Unknown |
| 001516971 | |
| Mase, Sylvia B. RR 7, Box 619 Muncy              PA 17756 | Unknown |
| 001592802 | |
| Maser, Deborah D. 250 Prospect Rd. Columbia           PA 17512 | Unknown |
| 001582275 | |
| Mashburn, Laraine V. 3276 Roy Parks Rd. Gainesville        GA 30507 | Unknown |
| 001489691 | |
| Masi, Anthony C 16A Van Wyk Road Lake Hiawatha       NJ 07034 | Unknown |
| 001529769 | |
| Masi, Erik L. 2636 Grand Ave., Apt. 243 San Diego          CA 92109 | Unknown |
| 001482650 | |
| Masi, Frank T. 14 Lindabury Lane Morris Plains        NJ 07950 | Unknown |

```
    Creditors Names and                  Total Amt
    Mailing Address/ Zip Code            of Claim


    001565235


    Masi, Kristin L.                     Unknown
    12528 Park
    Windermere       FL 34786
--------------------------------------------------------------------------
    001464340


    Masi, Richard D.                     Unknown
    P.O Box 2617
    Windermere,       FL 34786
--------------------------------------------------------------------------
    001473088


    Mask, Mike L.                        Unknown
    100 Main
    Jacksboro        TX 76458
--------------------------------------------------------------------------
    001503601


    Mason, Allan L.                      Unknown
    Po Box 2698
    Stanwood         WA 98292
--------------------------------------------------------------------------
    001588700


    Mason, Flora A.                      Unknown
    915 Felder
    Navasota         TX 77868
--------------------------------------------------------------------------
    001577474


    Mason, Jeanine R.                    Unknown
    2804 Marquez Dr.
    Meraux           LA 70075
--------------------------------------------------------------------------
    001523547


    Mason, Jeff A                        Unknown
    1293 S. Beach Dr.
    Camano Island    WA 98292
--------------------------------------------------------------------------
    001560827


    Mason, Linda J.                      Unknown
    472 County Road 550
    Englewood        TN 37329
--------------------------------------------------------------------------
    001562553


    Mason, Luther J.                     Unknown
    634 Tynebrae Dr.
    Franklin         TN 37064
--------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE        Page: 919

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001552240

Mason, Richard S.                   Unknown
472 County Rd. 550
Englewood        TN 37329

--------------------------------------------------------------------

001538788

Mason, Scott E.                     Unknown
1293 S. Beach Dr.
Camano Island    WA 98292

--------------------------------------------------------------------

001567544

Mason, Sherry L.                    Unknown
1708 N 121 Bypass
Murray           KY 42071

--------------------------------------------------------------------

001467956

Mason, Thomas G.                    Unknown
111 Staunton Drive
Greensboro,      NC 27410

--------------------------------------------------------------------

001571671

Mass, Christine A.                  Unknown
16013 Atkinson
Gardena          CA 90249

--------------------------------------------------------------------

001545602

Massaro, Thomas A.                  Unknown
337 W. 5Th Ave.
Conshohocken     PA 19428

--------------------------------------------------------------------

001563380

Massengale, Cindy A.                Unknown
2009 Winding Hollow
Plano            TX 75093

--------------------------------------------------------------------

001497572

Massey, Jane                        Unknown
1321 A Douglas Bend
Gallatin         TN 37066

--------------------------------------------------------------------

001503441

Massey, Mary C.                     Unknown
9803 Sageplum
Houston          TX 77089

--------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001497496


        Massey, Mary Frances                  Unknown
        1960 31E North
        Gallatin          TN 37066
-----------------------------------------------------------------------------

        001571480


        Massey, Patsy M.                       Unknown
        8318 Long Needle Dr.
        Montgomery        AL 36117
-----------------------------------------------------------------------------

        001559576


        Masters, Diane M.                      Unknown
        9 Tucson Dr.
        Greenville        SC  29617
-----------------------------------------------------------------------------

        001471255


        Masters, Janice K.                     Unknown
        10609 E. 70th  ST.
        Raytown           MO 64133
-----------------------------------------------------------------------------

        001570054


        Masters, Pamela C                      Unknown
        2311 Cypress Bend Dr South
        Pompano Beach     FL 33069
-----------------------------------------------------------------------------

        001592704


        Masterson Mary Kenia                   Unknown
        12324 Wedd
        Overland Park     KS 66213
-----------------------------------------------------------------------------

        001536913


        Masterson, Martin                      Unknown
        8765 Gagnier Boulevard
        Las Vegas         NV 89113
-----------------------------------------------------------------------------

        001509497


        Masucci, Adeline J.                    Unknown
        12045 South-Magnolia Cir
        Alpharetta        GA 30202
-----------------------------------------------------------------------------

        001600994


        Mataalii, Sala                         Unknown
        22607 Van Deene
        Torrance          CA 90502
-----------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page: 921
                     Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001596874


        Mathena, Janie M.                       Unknown
        4728 Tanager Crossing
        Chesapeake        VA 23321
----------------------------------------------------------------------------

        001596080


        Mathena, John A.                        Unknown
        2910B Wesley Street
        Portsmouth        VA 23707
----------------------------------------------------------------------------

        001555772


        Mathers, Lottie L.                      Unknown
        3485 E. 3100 N
        Kimberly          ID 83341
----------------------------------------------------------------------------

        001600527


        Matheson, Dorothy R.                    Unknown
        5681 Beacon Park Dr Apt 4
        Memphis           TN 38134
----------------------------------------------------------------------------

        001528436


        Mathews, Debara M.                      Unknown
        4105 Morgan Johnson Rd
        Bradenton         FL 34209
----------------------------------------------------------------------------

        001585264


        Mathews, Leiselle V.                    Unknown
        11020 Old Katy Rd., #111
        Houston           TX 77043
----------------------------------------------------------------------------

        001556702


        Mathews, Paula M.                       Unknown
        5124 Janice Ave
        Kenner            LA 70065
----------------------------------------------------------------------------

        001596269


        Mathis, George L                        Unknown
        426 1/2 Madison Avenue
        Whitman           WV 25652
----------------------------------------------------------------------------

        001586330


        Mathisen, Jennifer B.                   Unknown
        208 S.W. 26Th Street
        Blue Springs      MO 64015
----------------------------------------------------------------------------

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE          Page: 922
                     Unsecured Creditors -- Sales Representatives

```
     Creditors Names and                Total Amt
     Mailing Address/ Zip Code          of Claim


     001603135


     Mathisen, Leroy R.                 Unknown
     5422 Saxony Court
     Great Bear Township MN 55110
---------------------------------------------------------------------------
     001492701


     Matias, Angelita E                 Unknown
     5928 Beacon Avenue South
     Seattle         WA 98108
---------------------------------------------------------------------------
     001487609


     Matlock, Pamela K.                 Unknown
     1141 29Th Street West
     Billings        MT 59102
---------------------------------------------------------------------------
     001592165


     Matlock, Stephanie J.              Unknown
     402 N. Lincoln
     Manfield        MO 65704
---------------------------------------------------------------------------
     001603687


     Matranga, Frank D.                 Unknown
     75582 N. Camino
     Indianwells     CA 92210
---------------------------------------------------------------------------
     001597493


     Matranga, Wanda                    Unknown
     73250 Desert Rose Dr.
     Palm Desert     CA 92260
---------------------------------------------------------------------------
     001556502


     Matson, George                     Unknown
     2519 Pepper Tree Circle
     McKinney        TX 75070
---------------------------------------------------------------------------
     001556600


     Matson, Jim.                       Unknown
     21524 73Rd Place W. #B
     Edmonds         WA 98026
---------------------------------------------------------------------------
     001490670


     Matta, Jan L                       Unknown
     8553 Summer Vista
     Las Vegas       NV 89128
---------------------------------------------------------------------------
```

```
     Creditors Names and                      Total Amt
     Mailing Address/ Zip Code                of Claim


     001496428


     Matta, Jeanette                          Unknown
     8209 Streamer Circle
     Las Vegas          NV 89128
```
------------------------------------------------------------------------
```
     001605036


     Matthews Darren                          Unknown
     1624 Waterford Rd
     Lohman             MO 65053
```
------------------------------------------------------------------------
```
     001604799


     Matthews, Amanda M.                      Unknown
     505 S.W. 77Th
     Lawton             OK 73505
```
------------------------------------------------------------------------
```
     001535430


     Matthews, Jerry                          Unknown
     HC 52, Box 820
     Graford            TX 76449
```
------------------------------------------------------------------------
```
     001556820


     Matthews, Kenneth                        Unknown
     1121 Cimarron Trail
     Birmingham         AL 35215
```
------------------------------------------------------------------------
```
     001600943


     Matthews, Megan R.                       Unknown
     123 Georgia
     Stillwater         OK 74075
```
------------------------------------------------------------------------
```
     001581434


     Matthews, Melanie F.                     Unknown
     34 Howell Creek Place
     The Woodlands      TX 77382
```
------------------------------------------------------------------------
```
     000128967


     Matthews, Patty D.                       Unknown
     P.O. Box 45
     Whitewater         MT 59544
```
------------------------------------------------------------------------
```
     001610222


     Matthews, Sheryl A.                      Unknown
     7927 Alpha Road
     Dallas             TX 75240
```
------------------------------------------------------------------------

```
JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE        Page: 924
                       Unsecured Creditors -- Sales Representatives


        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code             of Claim


        001596598


        Mattison, Hieu C.                     Unknown
        3212 D 1/4 Rd.
        Clifton          CO 81520
------------------------------------------------------------------------

        000120973


        Mattison, Michael J.                  Unknown
        666 Gloria Drive
        Baton Rouge      LA 70819
------------------------------------------------------------------------

        001482483


        Mattison, William M                   Unknown
        2009 Dawn Crest Court
        League City      TX 77573
------------------------------------------------------------------------

        000107924


        Mattox, Eddie L.                      Unknown
        3286 Hwy 160  West
        Ft Mill          SC 29715
------------------------------------------------------------------------

        000157692


        Matute, Elizabeth                     Unknown
        5811 Pineland Dr. Apt. 2147
        Dallas           TX 75231
------------------------------------------------------------------------

        001534269


        Mauceri, Dawn K.                      Unknown
        929 B Twisp River Rd
        Twisp            WA 98856
------------------------------------------------------------------------

        001605992


        Mauch, Curt D.                        Unknown
        3920 S. Oldenway
        Toppenish        WA 98948
------------------------------------------------------------------------

        001605952


        Mauch, Donald E                       Unknown
        4201 Mc DONALD RD.
        Wapato           WA 98951
------------------------------------------------------------------------

        001603162


        Mauch, Greg E.                        Unknown
        P.O. Box 400
        Selah            WA 98942
------------------------------------------------------------------------
```

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

000160176

Mauldin, Bill T.                         Unknown
2430 Hampstead Drive
Birmingham        AL 35235
------------------------------------------------------------------------------
000162198

Mauldin, Billy                           Unknown
7576 Old Dixiana Rd.
Pinson            AL 35126
------------------------------------------------------------------------------
000150113

Mauldin, Thelma                          Unknown
8621 Fm 359
Richmond          TX 774699717
------------------------------------------------------------------------------
001477391

Maule, Brent                             Unknown
2708 Sardis Church Road
Moultrie          GA 31768
------------------------------------------------------------------------------
001477399

Maule, Susan D.                          Unknown
7854 Mayfair Circle
Ellicott City     MD 21043
------------------------------------------------------------------------------
001595118

Maupin, Gary R.                          Unknown
8443 Trapline Road
Everson           WA 98247
------------------------------------------------------------------------------
001615215

Maxey Kenneth W                          Unknown
755 Ole Hwy 15 lot 83
West Monroe       LA 71291
------------------------------------------------------------------------------
001575847

Maxey, Susan C.                          Unknown
5303 Amhurst Dr.
Norcross          GA 30092
------------------------------------------------------------------------------
001588723

Maxon, Glenda J.                         Unknown
1014 Hwy 6 Loop South
Navasota          TX 77868
------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
       Creditors Names and                 Total Amt
       Mailing Address/ Zip Code           of Claim


       001569597


       Maxon, Ray E.                       Unknown
       8750 Wood Duck Way
       Blaine          WA 98230
-------------------------------------------------------------------------------
       001591392


       Maxson, Steven T.                   Unknown
       1014 Hwy. 6 Loop South
       Navasota        TX 77868
-------------------------------------------------------------------------------
       001579682


       Maxwealth                           Unknown
       3453 Ashbourne Place
       Rowland Hts     CA 91748
-------------------------------------------------------------------------------
       001509354


       Maxwell, Judith K.                  Unknown
       216 Monceaux Road
       West Palm Beach  FL 33405
-------------------------------------------------------------------------------
       001590419


       Maxwell, Ricky F.                   Unknown
       299 10Th St.
       Red Bay         AL 35582
-------------------------------------------------------------------------------
       001518322


       May, Barbara                        Unknown
       4 Hewit Dr.
       Corpus Christi  TX 78404
-------------------------------------------------------------------------------
       001502133


       May, Craig A.                       Unknown
       307 Sheridan Ave.
       Bozeman         MT 59718
-------------------------------------------------------------------------------
       001523124


       May, Crandall                       Unknown
       6121 Bridget Street
       Metairie        LA 70003
-------------------------------------------------------------------------------
       001527806


       May, Darrell F.                     Unknown
       5426 Ballentino Court
       Las Vegas       NV 89122
-------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page: 927
                      Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001597363


May, Gail P. *                         Unknown
4019 Fir Forrest Dr.
Spring          TX 77388
--------------------------------------------------------------------

001481451


May, James L.*                         Unknown
1613 NW 18th Street
Blue Springs     MO 64015
--------------------------------------------------------------------

000147921


May, Janet B.                          Unknown
10013 Long Rifle
Ft Worth         TX 76108
--------------------------------------------------------------------

001494684


May, Joyce M.                          Unknown
433 Arwine
Hurst            TX 76053
--------------------------------------------------------------------

001494676


May, Larry G.                          Unknown
433 Arwine
Hurst            TX 76053
--------------------------------------------------------------------

001603364


May, Marcia M.                         Unknown
80-1/2 Jane Street
New York         NY 10014
--------------------------------------------------------------------

001600887


May, Margaret J.                       Unknown
665 South Skinker
St Lois          MO 63105
--------------------------------------------------------------------

001548934

.
May, Timothy E.                        Unknown
15 Shady Ave
Greenville       PA 16125
--------------------------------------------------------------------

001579493


Maybee, Douglas T.                     Unknown
750 Church Road
Bow              WA 98232
--------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

000104869

Mayberry, Bessie P.                    Unknown
1100 Riveria Dr.
Greensboro        NC 27406

--------------------------------------------------------------------------------

000106245

Mayberry, Charles J.                   Unknown
P.O. Box 1084
Murphy            NC 28906

--------------------------------------------------------------------------------

001541667

Mayberry, Chris                        Unknown
213 Beechwood Drive
Burns             TN 37029

--------------------------------------------------------------------------------

001531453

Mayer, Lisa                            Unknown
638 Willow Rd.
West Hempstead    NY 11552

--------------------------------------------------------------------------------

001574641

Mayer, Paul C.                         Unknown
70 Bay Walk Ct
Destin            FL 32541

--------------------------------------------------------------------------------

001572032

Mayfield Jr., John C.                  Unknown
3038 Harbinger Lane
Dallas            TX 75287

--------------------------------------------------------------------------------

001569480

Mayfield, Graham B.                    Unknown
25 Sunny Dale Rd
Edgewood          NM 87015

--------------------------------------------------------------------------------

001506368

Mayfield, O Kenneth                    Unknown
P.O. Box 731
Cedar Hills       TX 75106

--------------------------------------------------------------------------------

001539430

Mayfield, Patricia J.                  Unknown
1411 South Grove
Winnfield,        LA 71483

--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001579385


Mayfield, Rick A.                      Unknown
3601 College Avenue #509
Davie           FL 33314
-----------------------------------------------------------------------------

000134718


Mayfield, Tonya L.                     Unknown
2610 Williamsburg Drive
Pasadena        TX 77502
-----------------------------------------------------------------------------

001581015


Maynard, James R.                      Unknown
8329 Nw. 62 Opl.
Parkland        FL 33067
-----------------------------------------------------------------------------

001596783


Mayo, Arthur                           Unknown
21 Main Ave
Wheatley Hts    NY 11798
-----------------------------------------------------------------------------

001557712


Mayo, Donna T                          Unknown
264 Mockingbird Rd
Arab            AL 35016
-----------------------------------------------------------------------------

000119971


Mayo, James, P.                        Unknown
209 Lake Village Dr.
West Monroe     LA 71291
-----------------------------------------------------------------------------

001586449


Mayo, Mae B.                           Unknown
106-61 Ruscoe St.
Jamaica         NY 11433
-----------------------------------------------------------------------------

001534825


Mayo, Melba J.                         Unknown
1006 Ridgeline Drive
Round Rock      TX 78664
-----------------------------------------------------------------------------

000120961


Mayo, Preston J.                       Unknown
117 Kenny Place
West Monroe     LA 71291
-----------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                   INTERNATIONAL HERITAGE
                             Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001583631


        Mayo, Renee K.                           Unknown
        2577 Damon Rd.
        Carson City       NV 89701
---------------------------------------------------------------------------

        001610366


        Mayorga, Timothy A                       Unknown
        2351 Edward St
        Salina            KS 67401
---------------------------------------------------------------------------

        001585362


        Mayotte, Caroline J.                     Unknown
        1515 Casselbury Lane
        Champaign         IL 61821
---------------------------------------------------------------------------

        001585360


        Mayotte, Joseph M.                       Unknown
        956 W. Broadway
        Bradley           IL 60915
---------------------------------------------------------------------------

        001550764


        Mays, Gina Southard                      Unknown
        4402 Stumberg Lane
        Baton Rouge       LA 70816
---------------------------------------------------------------------------

        001493905


        Mays, Melanie S.                         Unknown
        6970 Tippetville Rd
        Vienna            GA 31092
---------------------------------------------------------------------------

        001500486


        Mazan, Patricia A.                       Unknown
        834 Seers Dr.
        Schaumburg        IL 60173
---------------------------------------------------------------------------

        001569899


        Maze, Steven                             Unknown
        4013 Holmes
        Kansas City       MO 64110
---------------------------------------------------------------------------

        001604923


        Mazur Jr. Robert F                       Unknown
        7807 Lee Run Rd
        Poland            OH 44514
---------------------------------------------------------------------------

                        Unsecured Creditors -- Sales Representatives

         Creditors Names and                    Total Amt
         Mailing Address/ Zip Code               of Claim


         001516781


         Mazur, Jimmy R.                         Unknown
         714 Quickie Dr.
         Houma          LA 70360
-----------------------------------------------------------------------------------
         001594714


         Mazzali, William M.                     Unknown
         8915 91St South
         Cottage Grove   MN 55016
-----------------------------------------------------------------------------------
         001522552


         Mc Adams, James A.                      Unknown
         11706 Kirkmeadow
         Houston        TX 77089
-----------------------------------------------------------------------------------
         001507848


         Mc Ahren, DeVone                        Unknown
         548 Wiseman Street
         Hansen         ID 83334
-----------------------------------------------------------------------------------
         001577199


         Mc Allister, Patrick E.                 Unknown
         2713 Freestad Rd.
         Arlington      WA 98223
-----------------------------------------------------------------------------------
         001509548


         Mc Cabe, Erica R.                       Unknown
         833 Brentwood
         Sedalia        MO 65301
-----------------------------------------------------------------------------------
         001457744


         Mc Cain, Louis E.                       Unknown
         20 Ethell pkwy
         Normal         IL 61761
-----------------------------------------------------------------------------------
         001515519


         Mc Carrell, Jeni C.                     Unknown
         2227 San Simeon
         Carrollton     TX 75006
-----------------------------------------------------------------------------------
         001575046


         Mc Carthy, Cynthia G.                   Unknown
         10427 Coleridge St.
         Dallas         TX 75218
-----------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE        Page: 932
                    Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001597960


Mc Carty, Danny R.                     Unknown
4407 Dalton Dr.
Midland        TX 79705
-----------------------------------------------------------------------
001545552


Mc Clelland, Mary R.                   Unknown
2520 Cana Circle
Hinckley       OH 44233
-----------------------------------------------------------------------
001573283


Mc Connohie, Jessica L.                Unknown
2700 Avon S.W.
Wyoming        MI 49509
-----------------------------------------------------------------------
001577923


Mc Croan, Carla S.                     Unknown
759 S. Fm 1138
Royse City     TX 75189
-----------------------------------------------------------------------
001539260


Mc Curdy, Frankie L.                   Unknown
Rt. 5 Box 502
Wichita Falls  TX 76301
-----------------------------------------------------------------------
001539258


Mc Curdy, Randall W.                   Unknown
Rt. 5 Box 502
Wichita Falls  TX 76301
-----------------------------------------------------------------------
001553383


Mc Daniel, Howard E.                   Unknown
5803 Garnett
Shawnee        KS 66203
-----------------------------------------------------------------------
001602523


Mc Daniel, Janell                      Unknown
2010 Oak View Lane
Palm Harbor    FL 34683
-----------------------------------------------------------------------
000159080


Mc Donough, Richard W.                 Unknown
Four Longfellow Sute 3804
Boston         MA 02114
-----------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001588662


Mc Dowell, Rob S.                       Unknown
4704 Spyglass Drive
Dallas           TX 75287
--------------------------------------------------------------------------------
001557142


Mc Erlean, Gregory F.                   Unknown
937 Horne Place
Oceanside        CA 92054
--------------------------------------------------------------------------------
001602442


Mc Fall, James W.                       Unknown
West 110 6Th Ave. Suite 399
Ellensburg       WA 98926
--------------------------------------------------------------------------------
001542513


Mc Gaffick, Roger                       Unknown
816 Jordan Springs Rd.
Stephenson       VA 22656
--------------------------------------------------------------------------------
001549247


Mc Gough, Barbara J.                    Unknown
18 Pine Creek Ct.
Houston          TX 77017
--------------------------------------------------------------------------------
001540102


Mc Kee, Peter A.                        Unknown
3302 North Hills Road
Murrysville      PA 15668
--------------------------------------------------------------------------------
001511367


Mc Keever, Billie F.                    Unknown
Rt. 1, Box 175
Haskell          TX 79521
--------------------------------------------------------------------------------
001555834


Mc Kinney, Randy  W.                    Unknown
9118 Landry
Spring           TX 773379
--------------------------------------------------------------------------------
001565228


Mc Math, John W.                        Unknown
2430 Colonel Court Dr.
Richmond         TX 77469
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001612577 | |
| Mc Mullen, Teresa L.<br>21 E. Third Street<br>Quarryville     PA 17566 | Unknown |
| 001575240 | |
| Mc Umber, Andrew G.<br>5818 Firecrest Dr.<br>Garland     TX 75044 | Unknown |
| 000138242 | |
| McADAM, MILES T.<br>W.14416 Four Mound Road<br>Nine Mile Falls     WA 99026 | Unknown |
| 001581621 | |
| McAllister, Etienne E.<br>62560 Eagle Rd.<br>Bend     OR 97701 | Unknown |
| 001498166 | |
| McAllister, Huey L.<br>P.O. Box 161<br>Joyce     LA 71440 | Unknown |
| 001465675 | |
| McAlpine, Alex H.<br>McAlpine Road<br>Sunburst     MT 59482 | Unknown |
| 001560384 | |
| McAlum, Harry G.<br>1307 Gary Rd.<br>Hodges     SC 29653 | Unknown |
| 001507187 | |
| McAnelly, Gregg E.<br>1905 Acacia<br>League City     TX 77573 | Unknown |
| 001549860 | |
| McArthur III, William E.<br>6248 Sloan Drive<br>Altoona     AL 35952 | Unknown |

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001490020


McArthy, Michael J                     Unknown
6251 Lakeshore Dr
Gainesville       GA 30506
---------------------------------------------------------------------------
001589051


McAteer, Dean E.                       Unknown
4240 Brook Forest Dr.
Bessemer          AL 35022
---------------------------------------------------------------------------
001553563


McBeath, Craig A.                      Unknown
2716 Westbrook Drive
Bloomington       IL 61704
---------------------------------------------------------------------------
001577012


McBeath, Nancy L                       Unknown
603 S Union
Dwight            IL 60420
---------------------------------------------------------------------------
001581074


McBee, Carolyn                         Unknown
1015 N W Gilliam
Pendleton         OR 97801
---------------------------------------------------------------------------
001528245

McBreen, Michael E.                    Unknown
1365C Sterling Ave #110
Palatine          IL 60067
---------------------------------------------------------------------------
001528409


McBreen, Scott P.                      Unknown
308 Clyde Ct.
Palatine          IL 60056
---------------------------------------------------------------------------
000137999


McBride, David R.                      Unknown
1371  S. Church
Olathe            KS 66062
---------------------------------------------------------------------------
001458887


McBride, Dorothy N.                    Unknown
352 Henry Chandler Drive
Rockwall          TX 75087
---------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


000106534


McBride, Pat A.                         Unknown
836 Mack Road
Asheboro         NC 27203
----------------------------------------------------------------------------

001562674


McBride, Ryan S.                        Unknown
2405 Artillery Dr.
Chalmette        LA 70043
----------------------------------------------------------------------------

001571323


McBridge Jr., William F.                Unknown
107 Church St.
Cheraw           SC 29520
----------------------------------------------------------------------------

001509904


McCABE, PRISCILLA R.                     Unknown
833 Brentwood
Sedalia          MO 65301
----------------------------------------------------------------------------

001595639


McCARTY, CAROL S                         Unknown
506 E. Canal
Highlands        TX 77562
----------------------------------------------------------------------------

001583573


McCARTY, H O                             Unknown
202 River Park Drive
Llano            TX 78643
----------------------------------------------------------------------------

001597649


McCLINTOCK LINDA J                       Unknown
5851 Meletio Ln
Dallas           TX 75230
----------------------------------------------------------------------------

001615662


McCONNELL, JOSEPH                        Unknown
7660 Lou George Loop Rd
Bessemer         AL 35022
----------------------------------------------------------------------------

001567572


McCONNOHIE, GARY A.                      Unknown
1020 Aberdeen N.E.
Grand Rapids     MI 49505
----------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page: 937
                     Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001567098


        McCOOK, CLEATOS M.                      Unknown
        16320 Hwy 90 W.
        Live Oak        FL 32060
-----------------------------------------------------------------------

        001555774


        McCREERY, PATRICK K.                    Unknown
        11 McKENZIE ROAD HCR 77
        Gillette        WY 82716
-----------------------------------------------------------------------

        000151386


        McCULLY, KAREN A                        Unknown
        1737 Englewood Av
        Lehigh Acres    FL 33972
-----------------------------------------------------------------------

        001509344


        McCabe, Dee L.                          Unknown
        3267 34Th St.
        Grandville      MI 49418
-----------------------------------------------------------------------

        001579377


        McCabe, Mary Fran                       Unknown
        3325 S. Monaco Pkwy. Unit D
        Denver          CO 80222
-----------------------------------------------------------------------

        001504615


        McCahill, Raymond J.                    Unknown
        110 Mercer Court, Southeast
        Grand Rapids    MI 49506
-----------------------------------------------------------------------

        001526720


        McCain, Bobby R.                        Unknown
        9815 Hughes Ranch Road
        Houston         TX 77089
-----------------------------------------------------------------------

        001512996


        McCain, Donald L                        Unknown
        301 Bennett
        Dumas           TX 79024
-----------------------------------------------------------------------

        000120974


        McCall, Barry S.                        Unknown
        3744 Lake LaBerge Court
        Baton Rouge     LA 70816
-----------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001552345


McCall, Crystal                        Unknown
1985 Westbrook Ct.
Ocala           FL 34471
---------------------------------------------------------------------------

000113099


McCall, Kenneth S.                     Unknown
5826 North Cove Rd
Gainesville      GA 30504
---------------------------------------------------------------------------

000104937


McCanless, Arthur W.                   Unknown
4001 Caribou Court
Highpoint        NC 27265
---------------------------------------------------------------------------

001596275


McCann, Andrew J.                      Unknown
1535 Peterson Rd.
Burlington       WA 98233
---------------------------------------------------------------------------

000153322


McCann, Bernetta F                     Unknown
900 E. Carlton Street
Sulphur          LA 70663
---------------------------------------------------------------------------

001555067


McCarter, John Elmer                   Unknown
2239 Bishop Rd.
Greensboro       NC 27406
---------------------------------------------------------------------------

001514413


McCarthy, James H.                     Unknown
210 Driftwood Street
Mandeville       LA 70448
---------------------------------------------------------------------------

001497099


McCarthy, Jane A                       Unknown
5429 Boca Raton Drive
Dallas           TX 75229
---------------------------------------------------------------------------

001515402


McCarthy, Jeffrey D.                   Unknown
210 Driftwood Street
Mandeville       LA 70448
---------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 939
                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001470140


        McCarthy, Jodi C.                     Unknown
        8374 Yuma Trail
        Acton          MT 59002
--------------------------------------------------------------------------
        001491433


        McCartney, James D                    Unknown
        102 Oak Shadows
        Baytown        TX 77520
--------------------------------------------------------------------------
        000141772


        McCartney, Myrna B.                   Unknown
        1326 Midway Road
        Slaughter      LA 70777
--------------------------------------------------------------------------
        001576006


        McCarty III, E Dale                   Unknown
        129 Park Drive
        Wylie          TX 75098
--------------------------------------------------------------------------
        001551026


        McCarty Jr., Gary D.                  Unknown
        12714 Dannhaus Road
        Needville      TX 77461
--------------------------------------------------------------------------
        001478786


        McCarty, Becky S.                     Unknown
        1080 W. South Range Rd.
        North Lima     OH 44452
--------------------------------------------------------------------------
        001583439


        McCarty, Herb A.                      Unknown
        4208 S.C. Road #1135
        Midland        TX 79706
--------------------------------------------------------------------------
        001578025


        McCarty, Susan K.                     Unknown
        122 N Dewey
        Lake City      IA 51449
--------------------------------------------------------------------------
        001597414


        McCarver, Mark                        Unknown
        2306 Ora Dr.
        Fayetteville   AR 72701
--------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE         Page: 940
                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        000124577


        McCasland, R.C.                         Unknown
        Rt 4 Box 177G
        Wills Point       TX 75169
---------------------------------------------------------------------------

        001478729


        McCaughey, Cathy                        Unknown
        4401 Nelson Rd.
        Belgrade          MT 59714
---------------------------------------------------------------------------

        000120862


        McCaughey, Gina G.                      Unknown
        7606 Claret Avenue
        Baton Rouge       LA 70809
---------------------------------------------------------------------------

        000121654


        McCauley, Mary E.                       Unknown
        1608 NW 33Rd Street
        Oklahoma City     OK 73118
---------------------------------------------------------------------------

        001613319


        McClanahan, Robert R.                   Unknown
        308 Chaparral
        McKinney          TX 75070
---------------------------------------------------------------------------

        001579652


        McClannahan, Edward G.                  Unknown
        13306 110Th Ave. E.
        Puyallup          WA 98374
---------------------------------------------------------------------------

        001506802


        McClintock, Jeff                        Unknown
        4955 Tanners Spring Drive
        Alpharetta        GA 30022
---------------------------------------------------------------------------

        000133931


        McClintock, Oscar M                     Unknown
        117 Sugar Cane Ct
        Greer             SC 29650
---------------------------------------------------------------------------

        001464507


        McClive, John W                         Unknown
        Route 1, Box 417A
        Sandy Ridge       NC 27046
---------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page: 941
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001601488


        McClory, Charles R.                    Unknown
        5330 Goshen Road
        Fort Wayne        IN 46818
-----------------------------------------------------------------------------
        001461492


        McClosky, John                         Unknown
        5207 Tower
        Wichita Falls     TX 76310
-----------------------------------------------------------------------------
        001480229


        McCloud, Kendra                        Unknown
        1604 N. 81st
        Kansas City       KS 66112
-----------------------------------------------------------------------------
        001512490


        McClung, Larry D.                      Unknown
        1152 Jette Lake Trail
        Polson            MT 59860
-----------------------------------------------------------------------------
        001457253


        McClure, Joan G.                       Unknown
        5426 Crestview Lp Ne
        Olympia           WA 98516
-----------------------------------------------------------------------------
        001586980


        McClure, Mike                          Unknown
        11160 Sea Lilly Dr.
        Alpharetta        GA 30022
-----------------------------------------------------------------------------
        001476301


        McCollum, Gail S.                      Unknown
        2726 Larrabee
        Seabrook          TX 77586
-----------------------------------------------------------------------------
        001550727

        McCombas, Lucy                         Unknown
        425 Vaneal Rd.
        Washington        PA 15301
-----------------------------------------------------------------------------
        001586345


        McConaha, Julie                        Unknown
        99 Ardmore St
        Springfield       MA 01104
-----------------------------------------------------------------------------
```

                     Unsecured Creditors -- Sales Representatives


     Creditors Names and                    Total Amt
     Mailing Address/ Zip Code              of Claim

     001569520


     McConnohie, Mike R.                     Unknown
     6861 Weller Dr
     Rockford        MI 49341
-------------------------------------------------------------------------------
     001535978


     McCool, Duane C.                        Unknown
     829 Country Club Drive
     Gadsden         AL 35901
-------------------------------------------------------------------------------
     001599380


     McCord, Jason D.                        Unknown
     R. D. 4 Box 79A
     Blairsville     PA 15717
-------------------------------------------------------------------------------
     001486404


     McCorkle, George F.                     Unknown
     3909 View Ridge
     Anacortes       WA 98221
-------------------------------------------------------------------------------
     001603925


     McCormick, Nicholas                     Unknown
     12804 Turquoise NE
     Albuquerque     NM 87123
-------------------------------------------------------------------------------
     001514560


     McCormick, Thurman S.                   Unknown
     286 Yarbough Road
     Harvest         AL 35749
-------------------------------------------------------------------------------
     001597583


     McCracken, Adam J.                      Unknown
     4075 Silver Street
     rocklin         CA 95677
-------------------------------------------------------------------------------
     001597263


     McCracken, Kinne M.                     Unknown
     4075 Silver Street
     Rocklin         CA 95677
-------------------------------------------------------------------------------
     001570381


     McCrady, James D                        Unknown
     1708 Serval Lane
     College Station  TX 77840
-------------------------------------------------------------------------------

                    Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                Total Amt
        Mailing Address/ Zip Code          of Claim


        001488317


        McCrady, Julie L                   Unknown
        519 N.W. Brookhaven
        Lee's Summit      MO 64081
-------------------------------------------------------------------------

        000150410


        McCrary, Tiffani                   Unknown
        3640 Noblett Dr.
        Conway            AR 72032
-------------------------------------------------------------------------

        000115415


        McCrea, Vanessa A.                 Unknown
        5700 Monticello Dr.
        Concord           NC 28027
-------------------------------------------------------------------------

        001465103


        McCue, Jeanne L.                   Unknown
        13567 Arbor St.
        Omaha             NE 68144
-------------------------------------------------------------------------

        001534278


        McCulloch, Theodore                Unknown
        1148 Spinnaker Lane
        Anacortes         WA 98221
-------------------------------------------------------------------------

        001548443


        McCullough, Barney L.              Unknown
        8722 Ash Avenue
        PeeWee Valley     KY 40056
-------------------------------------------------------------------------

        001574387


        .
        McCullough, Kent A.                Unknown
        7066 South Dahlia Street
        Littleton         CO 80122
-------------------------------------------------------------------------

        000160058


        McCullough, Patricia Y.            Unknown
        1400 E Twin Lakes
        Little Rock       AR 72205
-------------------------------------------------------------------------

        001501906


        McCullough, Rebecca L.             Unknown
        908 Applewood
        Friendswood       TX 77546
-------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001520004

McCurdy, Carol                          Unknown
705 Dove Circle
Coppell          TX 75019
--------------------------------------------------------------------------------

001524432

McCurdy, Scott A.                       Unknown
2830 Lake Road #403
Huntsville       TX 77340
--------------------------------------------------------------------------------

001458845

McCurry, Rene R.                        Unknown
111 Cane Brook Court
Madison          AL 35758
--------------------------------------------------------------------------------

001584563

McDERMOTT, JERRY P.                      Unknown
1998 Lake Isle Dr.
Eugene Lane      OR 97401
--------------------------------------------------------------------------------

001578476

McDONALD, ALBERT J                       Unknown
8240 N W 45 Ct
Lauderhill       FL 33351
--------------------------------------------------------------------------------

001587357

McDaniel, David P.                       Unknown
6597 Douglas Fir Road
Joplin           MO 64804
--------------------------------------------------------------------------------

000135580

McDaniel, Margaret H.                    Unknown
4429 Woodland Rd.
Thomaston        GA 30286
--------------------------------------------------------------------------------

000152975

McDaniel, Mary A                         Unknown
4429 Woodland Rd
Thomaston        GA 30286
--------------------------------------------------------------------------------

001495431

McDaniel, Russell E.                     Unknown
1835 White Oak Dr.
Joplin           MO 64801
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001541181

McDermitt, Sam                          Unknown
P.O. Box 399
Lovelock          NV 89419
--------------------------------------------------------------------------------

001596404

McDermott, Joseph B.*                    Unknown
6031 Gnarled
Humble            TX 77346
--------------------------------------------------------------------------------

000116096

McDonald Reginald A.                     Unknown
36 Jeans Ln.
Fayetteville      TN 37334
--------------------------------------------------------------------------------

001590816

McDonald, Debbie                         Unknown
5569 Wispering Woods Drive
Pace              FL 32571
--------------------------------------------------------------------------------

000150692

McDonald, Dorris L.                      Unknown
641 Lower Settlement Rd.
Sylacauga         AL 35150
--------------------------------------------------------------------------------

001540787

McDonald, Jeannette Faye                 Unknown
3908 Ferran Drive
Metairie          LA 70002
--------------------------------------------------------------------------------

001578950

McDonald, Justin                         Unknown
205 C. Winterpark
College           TX 77840
--------------------------------------------------------------------------------

000127230

McDonald, Larry                          Unknown
P.O. Box 83
Colby             KS 67701
--------------------------------------------------------------------------------

001537151

McDonald, Lonnie A.                      Unknown
2728 North MacArthur Drive
Alexandria        LA 71303
--------------------------------------------------------------------------------

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000137504


        McDonald, Ronald D.                    Unknown
        7710 Cloudland Rd.
        Powell          TN 37849
-------------------------------------------------------------------------------
        001550815


        McDonough, Martha                      Unknown
        10753 Glenhurst Pass
        Duluth          GA 30097
-------------------------------------------------------------------------------
        001550821


        McDonough, Melinda J.                  Unknown
        10753 Glenhurst Pass
        Duluth          GA 30097
-------------------------------------------------------------------------------
        001521548


        McDowell, Angela Luv                   Unknown
        109 Helmich Dr.
        Brunswick       GA 31525
-------------------------------------------------------------------------------
        001538118


        McDowell, Jeffery A.                   Unknown
        7246 W. Wier
        Phoenix         AZ 85043
-------------------------------------------------------------------------------
        001467865


        McDowell, Julie K.                     Unknown
        1138 Ascott Valley Drive
        Duluth          GA 30097
-------------------------------------------------------------------------------
        000160182


        McDowell, Rick L.                      Unknown
        4341 Patty Lane
        Pinson          AL 35126
-------------------------------------------------------------------------------
        001568556


        McElwain, Karen L.                     Unknown
        2916 Langohr
        Bozeman         MT 59715
-------------------------------------------------------------------------------
        001560102


        McElwee, Patricia S.                   Unknown
        17301 Martinal Road
        San Diego       CA 92127
-------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

000127521

McEntarfer, Doug L.                    Unknown
107 West Second
Pratt            KS 67124
-----------------------------------------------------------------------------------

001605580

McEown, Summer                         Unknown
2875 North 515 East
Provo            UT 84604
-----------------------------------------------------------------------------------

001560678

McEvoy, Joseph E.                      Unknown
165 East 72nd St.
New York         NY 10021
-----------------------------------------------------------------------------------

001549689

McEwen, Marty L.                       Unknown
6161 Longwood Chase
Canton           GA 30115
-----------------------------------------------------------------------------------

001556037

McFarland, Cheryl D.                   Unknown
927 North Citrus Avenue
Crystal River    FL 34428
-----------------------------------------------------------------------------------

001492213

McFarland, Leroy P.                    Unknown
401 Joyce Street
Hot Springs      AR 71901
-----------------------------------------------------------------------------------

001478197

McFarland, Mark C.                     Unknown
223 Honeysuckle Circle
Hot Springs      AR 71913
-----------------------------------------------------------------------------------

001606786

McGEE, NELLIE J                        Unknown
1102 Joan Lane
Killen           AL 35645
-----------------------------------------------------------------------------------

001561980

McGOUGH, ED L                          Unknown
17007 Chapel Park Court
Houston          TX 77059
-----------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001578087

McGaney, Linda J                        Unknown
7051 Hwy 70 So. Ste 110
Nashville          TN 37221

------------------------------------------------------------------

000115237

McGarry, Diana D.                       Unknown
3620 Cromwell
Plano              TX 75075

------------------------------------------------------------------

001558718

McGee, Sherri M.                        Unknown
5833 Wavertree
Plano              TX 75093

------------------------------------------------------------------

001580907

McGhee, Marion S.                       Unknown
2734 Willie Craig Rd
Bassett            VA 24055

------------------------------------------------------------------

001583978

McGilberry, Fred E.                     Unknown
201 W. Washington Ave
Navasota           TX 77868

------------------------------------------------------------------

001458698

McGinnis, Joe E                         Unknown
819 Yellowstone
Billings           MT 59101

------------------------------------------------------------------

001555464

McGivney, Suzanne                       Unknown
15710 Walnut Trail
San Antonio        TX 78247

------------------------------------------------------------------

001540287

McGough, Steve M.                       Unknown
13719 Heron Field Court
Houston            TX 77059

------------------------------------------------------------------

000153839

McGowan, Ray E.                         Unknown
P.O. Box 521
East Helena        MT 59635

------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 949
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001576621


        McGowen, Tabitha L.                       Unknown
        266 Maple Ave.
        East Helena        MT 59635
-----------------------------------------------------------------------------

        000141107


        McGrady, Cheryl F.                        Unknown
        808 Sedgefield Lane
        Sylacauga          AL 35150
-----------------------------------------------------------------------------

        001582190


        McGrath, Jennifer A                       Unknown
        745 Lodge Avenue
        Reno               NV 89503
-----------------------------------------------------------------------------

        001582187


        McGrath, Timothy J                        Unknown
        745 Lodge Avenue
        Reno               NV 89503
-----------------------------------------------------------------------------

        001572459


        McGrew, Shane                             Unknown
        1223 Evans
        Arkadelphia        AR 71923
-----------------------------------------------------------------------------

        001477427


        McGriff, Judy                             Unknown
        2621 McCutheon Ln
        Dallas             TX 75227
-----------------------------------------------------------------------------

        001533547


        McGuckin, Amy L.                          Unknown
        7800 Oakland Ne.
        Albuquerque        NM 87122
-----------------------------------------------------------------------------

        001553450


        McGuire, Michelle L.                      Unknown
        529 Grove St. N E
        Albuquerque        NM 87108
-----------------------------------------------------------------------------

        001589152


        McInnis Albert W                          Unknown
        9075 County Rd 105
        Avoca              NY 14809
-----------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE      Page: 950
                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001599881


        McInroe, Ida L.                        Unknown
        1211 Benbrook Terrace
        Fort Worth      TX 76126
--------------------------------------------------------------------------------
        001532738


        McIntyre, Brian P.                     Unknown
        30 sara tota Pointe
        Covington       GA 30016
--------------------------------------------------------------------------------
        001599607


        McKEE, JERRY                           Unknown
        3220 Hwy P
        Festus          MO 63028
--------------------------------------------------------------------------------
        001577408


        McKINZIE, RICHARD R.                   Unknown
        218 Lake Side Dr.
        Lolo            MT 59847
--------------------------------------------------------------------------------
        001576931


        McKNIGHT, JAMES W                      Unknown
        4064 Treemont Lane
        Suwanee         GA 30024
--------------------------------------------------------------------------------
        001536048


        McKamie, Linda                         Unknown
        PO Box 4710
        Corpus Christi  TX 78469
--------------------------------------------------------------------------------
        001553019


        McKay, John R.                         Unknown
        3441 Deer Pointe Court
        Bellingham      WA 98226
--------------------------------------------------------------------------------
        000103775


        McKay, Rose                            Unknown
        6520 Valene Circle
        Myrtle Beach    SC 29577
--------------------------------------------------------------------------------
        001600578


        McKee, Andrew J.                       Unknown
        941 Fir Ave
        Provo           UT 84604
--------------------------------------------------------------------------------

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001553445


McKee, Ryan A.                         Unknown
3759 Windover Road
Murrysville        PA 15668
-------------------------------------------------------------------------------

001552782


McKeithen, David D.                    Unknown
Hwy 127 North
Jena               LA 71342
-------------------------------------------------------------------------------

001550193


McKeithen, Khris H.                    Unknown
109 Pollard Dr.
Columbia           LA 71418
-------------------------------------------------------------------------------

000122699


McKellar, Finnis D.                    Unknown
6633 Ridgerock Lane
Knoxville          TN 37909
-------------------------------------------------------------------------------

000119007


McKellar, Norman D.                    Unknown
6633 Ridgerock Lane
Knoxville          TN 37909
-------------------------------------------------------------------------------

001556185


McKenney, Erin J.                      Unknown
9252 E. 350 South
Zionsville         IN 46077
-------------------------------------------------------------------------------

000131598


McKenzie, Frances H.                   Unknown
2208 Cork Oak Ct.
Arlington          TX 76012
-------------------------------------------------------------------------------

000117824


McKinion, Judith C.                    Unknown
4509-B S. Johnson
New Orleans        LA 70125
-------------------------------------------------------------------------------

001547547


McKinley, Everett G.                   Unknown
11411 Research Blvd  #215
Austin             TX 78759
-------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE

Unsecured Creditors -- Sales Representatives

Creditors Names and                         Total Amt
Mailing Address/ Zip Code                    of Claim


001569216


McKinney, Carolyn M.                         Unknown
Bella Vista Road
Jay              UT 05859
----------------------------------------------------------------------------------

001587931


McKinney, Lester                             Unknown
290 Dogwood Lane
Vincent          AL 35178
----------------------------------------------------------------------------------

001465830


McKinney, R. David                           Unknown
25 Fairway Drive
Frisco           TX 75034
----------------------------------------------------------------------------------

001511755


McKinnon, Camilla                            Unknown
1810 B Hwy 9
Mt. Vernon       WA 98274
----------------------------------------------------------------------------------

000130969


McKinnon, Lauchlin A.                        Unknown
1708 Anderson Road
Mt. Vernon       WA 90273
----------------------------------------------------------------------------------

001570645


McKinzie, Pamela S.                          Unknown
6125 South Pittsburg
Spokane          WA 99223
----------------------------------------------------------------------------------

001559893


McKissick, Charles                           Unknown
1434 N. Central #103
McKinney         TX 75070
----------------------------------------------------------------------------------

001607659


McKissick, Newt                              Unknown
1434 N Central Expressway
McKinney         TX 75070
----------------------------------------------------------------------------------

001575671


McKitrick, Michael H.                        Unknown
7154 W. State #216
Boise            ID 83703
----------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE        Page: 953
                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001582288


        McKittrick, Daniel P.                   Unknown
        700 College
        Stevensville      MT 59870
-------------------------------------------------------------------------------
        001463186


        McKnight, Frank W.                       Unknown
        206 Fairway South
        Henrietta        TX 76365
-------------------------------------------------------------------------------
        001588410


        McLEOD, ETHEL J                          Unknown
        1574 Indian Rd
        LaCONNOR         WA 98257
-------------------------------------------------------------------------------
        001588426


        McLEOD, TESSA M                          Unknown
        5995 N 78Th St.#1105
        Scottsdale       AZ 85250
-------------------------------------------------------------------------------
        001588481


        McLEOD, TYRONE A                         Unknown
        1228 S. McKEMY ST.
        Tempe            AZ 85281
-------------------------------------------------------------------------------
        000139864


        McLamb, William G.                       Unknown
        1050 Player Road
        Jacksonville     FL 32218
-------------------------------------------------------------------------------
        001552367


        McLarnon, Vickie E.                      Unknown
        912 St. Lukes
        Richardson       TX 75080
-------------------------------------------------------------------------------
        001589311


        McLaughlin, Alice B.                     Unknown
        5526 Sw 89 Court
        Miami            FL 33165
-------------------------------------------------------------------------------
        001593961


        McLaughlin, Bruce E.                     Unknown
        5250 Oak Hill Lane #2
        Knoxville        TN 37912
-------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001582569


McLaughlin, Joanie D.                    Unknown
6025 West Grandview Rd.
Glendale          AZ 85306
-------------------------------------------------------------------------------
001568684


McLaughlin, Linda S.                     Unknown
17 Cragmore Village Rd.
Colorado Springs   CO 80918
-------------------------------------------------------------------------------
001566410


McLean III, Charles F.                   Unknown
3215 knight street apt 101
Shreveport        LA 71105
-------------------------------------------------------------------------------
001494938


McLean, Karen E.                         Unknown
2137 Cortland Street
Waynesboro        VA 22980
-------------------------------------------------------------------------------
001568741


McLeod, A. Verne                         Unknown
1572 Indian Road
La Conner         WA 98257
-------------------------------------------------------------------------------
001543056


McLeod, Robert B.                        Unknown
105 Bayhi Street
Belle Chasse      LA 70037
-------------------------------------------------------------------------------
000143350


McLerran, Arnold D                       Unknown
106 Dellbrook Drive
Taylors           SC 29687
-------------------------------------------------------------------------------
000163172


McMANUS, THEODORE S.                     Unknown
411 West Clifton Ave
North Augusta     SC 29841
-------------------------------------------------------------------------------
001474315


McManus, Laurel L                        Unknown
312 Chase Lane Cobb
Marietta          GA 30068
-------------------------------------------------------------------------------
```

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001457150
        .

        McManus, Sara                          Unknown
        218 Midland Dr.
        Graniteville      SC 29829
--------------------------------------------------------------------------------
        000154042

        McMaster, Dorothy Jo                   Unknown
        123 York Drive
        Monroe            LA 71203
--------------------------------------------------------------------------------
        001483541

        McMichael, Teresa C.                   Unknown
        8776 Brown Road
        Arkport           NY 14807
--------------------------------------------------------------------------------
        001596457

        McMillan, Don                          Unknown
        148 N Encinitas Ave
        Monrovia          CA 91016
--------------------------------------------------------------------------------
        001598942
        .

        McMillan, Kirk                         Unknown
        210 Harmony Church Rd.
        Dawsonville       GA 30534
--------------------------------------------------------------------------------
        001571149

        McMillen, Shawn or Lisa                Unknown
        3502 Fairlands Dr.
        Richardson        TX 75082
--------------------------------------------------------------------------------
        001597712

        McNEECE CHARLES W.                     Unknown
        5501 Burgundy Dr.
        Austin            TX 78724
--------------------------------------------------------------------------------
        001578684

        McNair, Tim W                          Unknown
        2406 SE Harrison
        Milwaukie         OR 97222
--------------------------------------------------------------------------------
        001550498

        McNally, Vicki L.                      Unknown
        450 Montclair Drive
        Corpus Christi    TX 78412
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001486871


McNeal, Donald M.                        Unknown
4 Conley Branch Road
Chapmanville       WV 25508
------------------------------------------------------------------------------

001538802


McNeely, Susan L.                        Unknown
P.O. Box 735
Louisville         GA 30434
------------------------------------------------------------------------------

001505945


McNickle, Tim A.                         Unknown
3705 Moultrie
Stockton           CA 95219
------------------------------------------------------------------------------

001497847


McNulty, Michael A                       Unknown
2905 Queen
Missoula           MT 59801
------------------------------------------------------------------------------

001545225


McNutt, Bryant N.                        Unknown
218 Aspen
Hereford           TX 79045
------------------------------------------------------------------------------

001534642


McNutt, Larry B.                         Unknown
127 Mimosa
Hereford           TX 79045
------------------------------------------------------------------------------

001576059


McPherson, Frances                       Unknown
707 Main Street
Pineville          LA 71360
------------------------------------------------------------------------------

001536702


McPheter, Gordon L.                      Unknown
Old Pt Comfortmarina
Ft. Monroe         VA 23651
------------------------------------------------------------------------------

001471444


McQueen, Elma A.                         Unknown
909 W. Third Street
Cameron            MO 64429
------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        000125066


        McQuirk, Rosemary                       Unknown
        9336 Loma Vista
        Dallas           TX 75243
--------------------------------------------------------------------------------
        001592991


        McReynolds, Margo*                       Unknown
        421 W. Apache Drive
        Flagstaff        AZ 86001
--------------------------------------------------------------------------------
        001456585


        McRight, Mike                            Unknown
        5124 Brittany Dr
        Old Hickory      TN 37138
--------------------------------------------------------------------------------
        001561993


        McRight, Traci L.                        Unknown
        1125 Dave L. Brown Rd. #2008
        Chattanooga      TN 37421
--------------------------------------------------------------------------------
        001544332


        McSWAIN, LINDA B.                        Unknown
        11931 Summerdale
        Houston          TX 77077
--------------------------------------------------------------------------------
        001510636


        McShan, JoeL S.                          Unknown
        321 East Cash
        Iowa Park        TX 76367
--------------------------------------------------------------------------------
        001591767


        McSpadden, Donna R.                      Unknown
        5320 S. Mohawk Drive
        Spokane          WA 99206
--------------------------------------------------------------------------------
        000107033


        McSwain Jr., Billy F.                    Unknown
        409 Princeton Drive
        Salisbury        NC 28144
--------------------------------------------------------------------------------
        001589725


        McUmber, Warren M.                       Unknown
        6637 Luxemborge Cir.
        Montgomery       AL 36117
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim

000160238

McVEA, COLEMAN                          Unknown
22761 Sutter Rd
Zachry          LA 70791
--------------------------------------------------------------------------------
001460219

McVey, Heather D.                       Unknown
1272 Great Neck Rd. #138
Virginia Beach      VA 23454
--------------------------------------------------------------------------------
001565669

McVicker, Mary L                        Unknown
843 Allston #4
Houston         TX 77007
--------------------------------------------------------------------------------
001525094

Mcadams, Kathy A.                       Unknown
11706 Kirkmeadow
Houston         TX 77089
--------------------------------------------------------------------------------
001614711

Mcartor, Sheila L.                      Unknown
2101 Salem Church Road
Stephens City       VA 22655
--------------------------------------------------------------------------------
001557242

Mccall, Christi S                       Unknown
1985 Westbrook Court
Ocala           FL 34471
--------------------------------------------------------------------------------
001502709

Mccalla, Vonanne                        Unknown
27 Ninth Street Island
Livingston Park     MT 59047
--------------------------------------------------------------------------------
001605665

Mccallister, James E.                   Unknown
15806 Agincount Dr
Huntersville        NC 28078
--------------------------------------------------------------------------------
001559649

Mccarter, John Kendall                  Unknown
5625 Drake Rd.
Greensboro      NC 27406
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


Creditors Names and                          Total Amt
Mailing Address/ Zip Code                     of Claim


001590905


Mccary, Bradley R.                            Unknown
1114 Wilson St.
Webb City          MO 64870
--------------------------------------------------------------------------------

001591781


Mccaughtry, Judy                              Unknown
2408 So Voss  #E202
Houston            TX 77057
--------------------------------------------------------------------------------

001530775


Mccay, Thomas D.                              Unknown
1111 Scott Branch Road
New Hope           AL 35760
--------------------------------------------------------------------------------

001588205


Mccorkle, Lou H.                              Unknown
903 St. Williams Ave.
Round Rock         TX 78681
--------------------------------------------------------------------------------

001592088


Mccormick, Janell M.                          Unknown
4747 S. Evanston Pl.
Tulsa              OK 74105
--------------------------------------------------------------------------------

001604229


Mccourt Wayne E                               Unknown
15440 SE 262nd St.
Boring             OR 97009
--------------------------------------------------------------------------------

001539685


Mccoy, Irvin                                  Unknown
2129 Arbor Creek
Carrollton         TX 75010
--------------------------------------------------------------------------------

000158891


Mccreary, Vernell M.                          Unknown
5508 Sedalia Drive
Arlington          TX 76018
--------------------------------------------------------------------------------

001585854


Mcculley, Karen L.                            Unknown
6203 CopperHill
Dallas             TX 75248
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 960

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001544272


Mcculloch, Dirk Y.                     Unknown
16544 N E 79th Street
Redmond          WA 98052
----------------------------------------------------------------------------

001596615


Mccullough Christina E                 Unknown
10420 Cedar Springs Dr  Nw
Albuquerque       NM 87114
----------------------------------------------------------------------------

001601900


Mccullough, William T.                 Unknown
9900 Alexandria Rd. Ne
Albuquerque       NM 87122
----------------------------------------------------------------------------

001556515


Mccurdy, Dan A                         Unknown
4121 Juneberry
Ft Worth          TX 76137
----------------------------------------------------------------------------

001595845


Mcdonald Gertrude                      Unknown
4012 South Rainbow Blvd
Las Vegas         NV 89103
----------------------------------------------------------------------------

001601498


Mcdonald, Kristin L.                   Unknown
2421 Claudia Court
Bellingham        WA 98226
----------------------------------------------------------------------------

001560318


Mcdonald, Tara D.                      Unknown
Route 1 Hwy 7 East
Crockett          TX 75835
----------------------------------------------------------------------------

001505614


Mcelwee, Patricia R                    Unknown
1481 East Shore Drive
Ithaca            NY 14850
----------------------------------------------------------------------------

001474511


Mcfarland, Matt C.                     Unknown
401 Joyce St.
Hot Springs       AR 71901
----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001591655

Mcgee Janet F
1617 Greenhouse Pky
Alpharetta       GA 30022                       Unknown

-----------------------------------------------------------------

001563816

Mcgee, Connie M.
2411 County Road 170
Killen          AL 35645                        Unknown

-----------------------------------------------------------------

000154826

Mcgee, Terry
201 Lisa Way
Red Oak         TX 75154                        Unknown

-----------------------------------------------------------------

001614368

Mcginty, Jackie B
6507 Roy Road Cr 2190
Tyler           TX 75707                        Unknown

-----------------------------------------------------------------

001483457

Mcgoff, Glenn N
407 Kenkirk Pl
Burlington      WA 98233                        Unknown

-----------------------------------------------------------------

001496040

Mcgoff, Kara L.
1663 Old Hwy. 99 South
Mount Vernon    WA 98273                        Unknown

-----------------------------------------------------------------

001551003

Mcgraw, Jami CA
2104 56 Avenue Ter East
Bradenton       FL 34203                        Unknown

-----------------------------------------------------------------

001547378

Mcintyre, Elizabeth M.
861 County Rd. 80
Florence        AL 35630                        Unknown

-----------------------------------------------------------------

001608335

Mckeage, Sean R.
11105 Nw 37St.
Coral Springs   FL 33065                        Unknown

-----------------------------------------------------------------

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|

001535248

Mckee, Diana L.                        Unknown
1609 S.E. 42Nd St.
Topeka          KS 66609
---

000153455

Mckinney, Scott C.                     Unknown
P.O. Box 517
Filer           ID 83328
---

001583549

Mckoy, Ann N.                          Unknown
701 Anchor Bay Cove
Newport News    VA 23602
---

001495050

Mclaren, Barbara C.                    Unknown
125 Bayou Glen
Hitchcock       TX 77563
---

000152820

Mclean, Joyce D.                       Unknown
109 Maple Brook Ct.
Simpsonville    SC 29681
---

001612456

Mclerran, Dennis M                     Unknown
1315 Roberdeau Ave
Richland        WA 99352
---

001539933

Mcmahon, Pamela H.                     Unknown
13576 Date Street
Northport       AL 35475
---

001608682

Mcmahon, Scharolee                     Unknown
25098 Muir St
Hayward         CA 94544
---

001485118

Mcneely, John IV N.                    Unknown
1238 Ave D.
Marrero         LA 70072
---

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001591256 | |
| Mcnew, Gwenn M.<br>P.O. Box 1226<br>Navasota        TX 77868 | Unknown |
| 001577914 | |
| Mcphail, Marty B<br>8318 Bob Hall Rd<br>Lynden          WA 98264 | Unknown |
| 001584229 | |
| Mcphail, Todd M.<br>8318 Bob Hall Rd.<br>Lynden          WA 98264 | Unknown |
| 001478860 | |
| Mcwherter, Earnestine G.<br>1013 Grasshopper Cr<br>Hermitage       TN 37076 | Unknown |
| 001543665 | |
| Mcwhorter, George F.<br>Rt 4 Box 5960<br>San Augustine   TX 75972 | Unknown |
| 001538784 | |
| Mead, Marvin<br>6121 Ivy St.<br>Commmerce City   CO 80022 | Unknown |
| 001562008 | |
| Mead, Susan<br>3816 Brookside Dr.<br>Bedford         TX 76021 | Unknown |
| 001508814 | |
| Meadows, Angele<br>110 Gladys Suite B<br>Belle Chasse    LA 70037 | Unknown |
| 001557723 | |
| Meadows, Karen K.<br>6140 Longwood Chase<br>Canton          GA 30115 | Unknown |

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE        Page: 964
                    Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001577577

Meagher, Neil B.                     Unknown
3687 Sisters View
Eugene          OR 97401
--------------------------------------------------------------------------------

001511425

Meale, Janet R.                      Unknown
7573 W. Tillamook
Boise           ID 83709
--------------------------------------------------------------------------------

001605423

Mealey, Aura                         Unknown
3056 Marion Avenue
Margate         FL 33063
--------------------------------------------------------------------------------

001598507

Means, Connie K.                     Unknown
8575 Scandia Road
Waconia         MN 55387
--------------------------------------------------------------------------------

001579403

Mears, Barbara G.                    Unknown
4041 Drake #209
Houston         TX 77005
--------------------------------------------------------------------------------

000159592

Meaux, Rayetta B.                    Unknown
413 Hebert St.
Kaplan          LA 70548
--------------------------------------------------------------------------------

001458958

Mecham, Laun L                       Unknown
8270 Tjossem Road
Ellensburg      WA 98926
--------------------------------------------------------------------------------

000138440

Mechtley, Alan R.                    Unknown
14525 S. Acuff Ct.
Olathe          KS 66062
--------------------------------------------------------------------------------

001458239

Mechtley, Larry D.                   Unknown
2035 Huntington Rd.
Emporia         KS 66801
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001579687


Medeiros, Joseph P.                      Unknown
Po Box 545
Enumclaw         WA 98022
------------------------------------------------------------------------

001467652
.
.

Medina, Ernest                           Unknown
11511 Sagehollow
Houston          TX 77089
------------------------------------------------------------------------

001544434


Medley, Cathy L.                         Unknown
916 N.E. 101St Terrance
Kansas City      MO 64155
------------------------------------------------------------------------

001512445


Meek III, Omri R.                        Unknown
20103 Rosefair Ct.
Katy             TX 77450
------------------------------------------------------------------------

001609477


Meek, Tammy L                            Unknown
8807 WPA Rd
Decatur          AR 72722
------------------------------------------------------------------------

001463917


Meeker, Rhonda L.                        Unknown
14207 W. 94 Terrace
Lenexa           KS 66215
------------------------------------------------------------------------

000121766


Meeks, Shirley M.                        Unknown
227 Geronimo Trail
Mabank           TX 75147
------------------------------------------------------------------------

001485042


Meenderinck, Justin G.                   Unknown
2216 Hampton Rd.
Everson          WA 98247
------------------------------------------------------------------------

001559639


Megelland International Inc              Unknown
57-10 Flushing Ave.
Maspeth          NY 11378
------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

Creditors Names and                          Total Amt
Mailing Address/ Zip Code                    of Claim

001526377

Mehalko, Andrew & Gina                       Unknown
636 Cypress Green Circle
Wellington          FL 33414
--------------------------------------------------------------------------------

001529912

Mehalko, Antonia A.                          Unknown
5622 Tradd Dr.
Greensboro          NC 27455
--------------------------------------------------------------------------------

001558794

Meharry, Jerraiee K                          Unknown
16408 39th ST CT E
Sumner              WA 98390
--------------------------------------------------------------------------------

001501036

Meharry, Lauren R.                           Unknown
16408 39th St. Ct. E
Sumner              WA 98390
--------------------------------------------------------------------------------

001575015

Mei, Aihua                                   Unknown
40-16 Ithaca St
Elmhurst            NY 11373
--------------------------------------------------------------------------------

001597324

Meidinger, Lashell R.                        Unknown
3103 Georgina Dr.
Billings            MT 59102
--------------------------------------------------------------------------------

001586649

Meier, David A.                              Unknown
6334 Wallis Road
West Palm Bch.      FL 33413
--------------------------------------------------------------------------------

001611902

Meier, Randy                                 Unknown
949 South Santa Fe
Salina              KS 67401
--------------------------------------------------------------------------------

000155362

Meierhoff, A. Claudine                       Unknown
400 7Th Avenue South
Buhl                ID 83316
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 967
                              Unsecured Creditors -- Sales Representatives


        Creditors Names and                          Total Amt
        Mailing Address/ Zip Code                    of Claim


        001508466


        Meiselbach, Steven W.                         Unknown
        13515 County Road 761
        Alvin            TX 77511
--------------------------------------------------------------------------------
        001511579


        Melancon, Vivian B                            Unknown
        8155 Jefferson Hwy. #1002
        Baton Rouge      LA 70809
--------------------------------------------------------------------------------
        001537115


        Melangton, Janet                              Unknown
        15845 Nedra Way
        Dallas           TX 75248
--------------------------------------------------------------------------------
        001511747


        Melcher IV., John                             Unknown
        1665 N.W. 2Nd Avenue
        Oak Harbor       WA 98277
--------------------------------------------------------------------------------
        000107607


        Melchor, Priscilla H.                         Unknown
        4660 Sugar Plum Lane
        Davidson         NC 28036
--------------------------------------------------------------------------------
        001530858


        Mele, Albert                                  Unknown
        5815 Seamount Drive
        Ferndale         WA 98248
--------------------------------------------------------------------------------
        001552335


        Mele, Melodie J.                              Unknown
        C/O 5815 Seamount Dr.
        Ferndale         WA 98248
--------------------------------------------------------------------------------
        001518295


        Melendrez, Tonya J.                           Unknown
        857 Mulberry
        Lewisville       TX 75067
--------------------------------------------------------------------------------
        001519695


        Mellard, Sylvia G.                            Unknown
        10709 Gettysburg
        Corpus Christi   TX 78410
--------------------------------------------------------------------------------

Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001479451


Mellette, Jeanne H.                     Unknown
327 Judith Lane
Spartanburg      SC 29301
---------------------------------------------------------------------

001583779


Mellin, Kay A.                          Unknown
1950 Palm City Rd 12-301
Stuart           FL 34994
---------------------------------------------------------------------

001522920


Mellinger, Cynthia A.                   Unknown
2417 5Th Avenue South
Great Falls      MT 59405
---------------------------------------------------------------------

001608954


Mellmer Heidi K                         Unknown
Rr1 Box In
Reeder           ND 58649
---------------------------------------------------------------------

000144816


Melum, Tami M.                          Unknown
3181 Jerns Road
Sedro Woolley    WA 98284
---------------------------------------------------------------------

001490919


Menard, Brian C.                        Unknown
203 La Rue Toulon
Duson            LA 70529
---------------------------------------------------------------------

001500572


Menard, Raymond & Diane                 Unknown
203 La Rue Toulon
Duson            LA 70529
---------------------------------------------------------------------

001591380


Mendd, Inc                              Unknown
8868 Research #106
Austin           TX 78758
---------------------------------------------------------------------

001492283


Mendez, Guillermina Z                   Unknown
3111W Colorado Blvd.
Dallas           TX 75211
---------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE              Page 969

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001542920 | |
| Mendoza, Cesar<br>460 Hgwy 332 West #171<br>Lake Jackson      TX 77566 | Unknown |
| 001603152 | |
| Mendoza, Christina A<br>Po Box 1373<br>Alpine          TX 79831 | Unknown |
| 001580139 | |
| Mendoza, David A.<br>409 Tyler Way<br>Lolo            MT 59847 | Unknown |
| 001495188 | |
| Mendoza, Marylyn G<br>1114 130th St. E.<br>Tacoma          WA 98445 | Unknown |
| 001577094 | |
| Mendoza, Susie R<br>1637 Lockhill-Selma<br>San Antonia      TX 78213 | Unknown |
| 001596205 | |
| Menefee, Maxine<br>Rural Rte 3 Box 293<br>Eldorado Springs    MO 64744 | Unknown |
| 001528086 | |
| Meng, Xiaomin<br>132-09 MAPLE AVE Apt.42 C<br>Flushing        NY 11355 | Unknown |
| 001554108 | |
| Menger, Verlene R.<br>131 W. Huron<br>Nocona          TX 76255 | Unknown |
| 001549785 | |
| Menzato, Frank J.<br>1421 N. Causeway Blvd. Ste#106<br>Metairie        LA 70001 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE                    Page: 970
                          Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001490677


        Mercer, James T.                      Unknown
        2601 Tarrytown
        Pearland        TX 77581
-------------------------------------------------------------------------------------
        001584011


        Merdian, Marcy L.                      Unknown
        PO Box 745
        Anderson        TX 77830
-------------------------------------------------------------------------------------
        001541069


        Meredith III., John B.                 Unknown
        4145 White Dove Ln.
        Roanoke         VA 24018
-------------------------------------------------------------------------------------
        001539551


        Meredith Jr., James A.                 Unknown
        113 Westridge East #D
        West Monroe     LA 71291
-------------------------------------------------------------------------------------
        001539554


        Meredith, Betty J.                     Unknown
        113 Westridge East  Apt. #D
        West Monroe     LA 71291
-------------------------------------------------------------------------------------
        001528158


        Meredith, Beverly M.                   Unknown
        4145 White Dove
        Roanoke         VA 24018
-------------------------------------------------------------------------------------
        001547875


        Meredith, Johnnie L.                   Unknown
        P.O. Box 962
        Columbia        LA 71418
-------------------------------------------------------------------------------------
        001591439


        Mericka Ann J                          Unknown
        4730 Dunieish Ct
        Sugarland       TX 77479
-------------------------------------------------------------------------------------
        001560671


        Merit, Carol J.                        Unknown
        8 Alta Vista
        Orinda          CA 94563
-------------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001474299

Meriwether Trust                        Unknown
1013 20Th Ave E
Cordele           GA 31015
-------------------------------------------------------------------------

001527432

Merkins, Teresa K.                      Unknown
18779 104th
Nunica            MI 49448
-------------------------------------------------------------------------

001602272

Merkurieff, Ana M                       Unknown
16618-48th AVE W #I-203
Lynnwood          WA 98037
-------------------------------------------------------------------------

001555334

Merrill, Sherly L                       Unknown
3957 Porposie Dr.S.E.
St Petersburg     FL 33705
-------------------------------------------------------------------------

001564150

Merritt, Willis W.                      Unknown
3607 Ne 57Th Street
Gladstone         MO 64118
-------------------------------------------------------------------------

001593110

Mertens, Jeffrey W.                     Unknown
903 Copper Oaks
Carl Junction     MO 64834
-------------------------------------------------------------------------

001559962

Merwin, John                            Unknown
801 5th St. W.
Baker             MT 59313
-------------------------------------------------------------------------

001580901

Messenger, Gerald L.                    Unknown
3716 So Western
Springfield       MO 65807
-------------------------------------------------------------------------

000130713

Messer, Nathan Q.                       Unknown
205 Lynn Ave
Billings          MT 59102
-------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page: 972

Unsecured Creditors -- Sales Representatives

Creditors Names and                          Total Amt
Mailing Address/ Zip Code                    of Claim

001519634

Messer-Rivaux, Barbara S.                    Unknown
2320 N.W. Clay
Topeka          KS 66618
--------------------------------------------------------------------------------

000128884

Messerly, Billie J.                          Unknown
HC 60 Box 112
Whitewater       MT 59544
--------------------------------------------------------------------------------

001567080

Messersmith, Dave R.                         Unknown
101 Musgrave Road
Colfax           WA 99111
--------------------------------------------------------------------------------

001547731

Messina, Dominic H.                          Unknown
10510 E. 40Th Terrace
Kansas City      MO 64133
--------------------------------------------------------------------------------

001562394

Metcalf, Carl H.                             Unknown
3355 Sisk
Las Vegas        NV 89108
--------------------------------------------------------------------------------

001506731

Metcalf, Melissa                             Unknown
804 Pinnacle Circle
Lewisville       TX 75067
--------------------------------------------------------------------------------

001482044

Metoyer, Bernard                             Unknown
10018 Early Spring Drive
Houston          TX 77064
--------------------------------------------------------------------------------

001597789

Metsker, Howard                              Unknown
69568 Heritage Lane
Cove             OR 97824
--------------------------------------------------------------------------------

001597017

Metsker, Lisa A.                             Unknown
1105 Conklin Lane
Cove             OR 97824
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE                Page: 973
                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001578102


        Metsker, Vickie L.                        Unknown
        51 Bell Rapids Rd.
        Hagerman          ID 83332
------------------------------------------------------------------------------------
        001588408


        Metz, Debbie J.                           Unknown
        3635 Amble Road South
        Langley Island    WA 98260
------------------------------------------------------------------------------------
        001595262


        Metzger, Christian W.                     Unknown
        1501 Tamarack St.
        Springfield       OR 97477
------------------------------------------------------------------------------------
        001530228


        Meuller, Deborah A.                       Unknown
        205 N. Rushmore
        Foxlake           IL 60020
------------------------------------------------------------------------------------
        001517588


        Meunier, Constance B.                     Unknown
        11656 Quail Drive
        Omaha             NE 68123
------------------------------------------------------------------------------------
        001581387


        Meyer, Diane M.                           Unknown
        3624 Home Road
        Bellingham        WA 98225
------------------------------------------------------------------------------------
        001573353


        Meyer, Gary L.                            Unknown
        2808 Helberg
        Houston           TX 77092
------------------------------------------------------------------------------------
        001589605


        Meyer, John A.                            Unknown
        150 W. 22nd Ave.
        Oshkosh           WI 54901
------------------------------------------------------------------------------------
        001482181


        Meyer, Kurt D                             Unknown
        14321 W. 67th Street
        Shawnee           KS 66216
------------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                   Total Amt
Mailing Address/ Zip Code             of Claim


   000138355


   Meyer, William D.                      Unknown
   200 Midlothian Road
   St. Louis        MO 63137
-----------------------------------------------------------------------
   000143862


   Meyerhoeffer, Christopher L            Unknown
   1540 Willow Ln
   Twin Falls       ID 83301
-----------------------------------------------------------------------
   001532205


   Meyerhoeffer, Larry W                  Unknown
   167 Bennington Drive
   Staunton         VA 24401
-----------------------------------------------------------------------
   001551220


   Meyers, Christopher W.                 Unknown
   524 Jeff Grimes Blvd.
   Desoto           TX 75115
-----------------------------------------------------------------------
   001551233


   Meyers, Marilyn M.                     Unknown
   524 Jeff Grimes Blvd.
   Desoto           TX 75115
-----------------------------------------------------------------------
   001598905


   Michael A. Harrison                    Unknown
   3506 N.E. 145Th
   Portland         OR 97230
-----------------------------------------------------------------------
   000115895


   Michael, Dorothy Jo                    Unknown
   405 Westchester S.W.
   Huntsville       AL 35801
-----------------------------------------------------------------------
   001602242


   Michaelis, Billy J.                    Unknown
   5763 Fall Creek Ct.
   Halton City      TX 76137
-----------------------------------------------------------------------
   001586229


   Michaelson, Michele                    Unknown
   314 Country Club Drive
   Oldsman          FL 34677
-----------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                 Total Amt
Mailing Address/ Zip Code            of Claim


001516240


Michalow, Susan                      Unknown
2960 Jackson Rd.
Foristell       MO 63348
--------------------------------------------------------------------------

001586238


Mickens, Gordon L.                   Unknown
802 South Second
Hamilton        MT 59840
--------------------------------------------------------------------------

000124879


Middlebrooks, Olevia M.              Unknown
255 Beasley Road
Combine         TX 75159
--------------------------------------------------------------------------

001478957


Middleton, Marguerite M.             Unknown
115 Squire Drive
Helena          AL 35080
--------------------------------------------------------------------------

001556226


Middleton, Nora J.                   Unknown
6401 Hesketh Drive
Bakersfield     CA 93309
--------------------------------------------------------------------------

001582464


Midgett, Greg A.                     Unknown
805 Highland Park
Missoula        MT 59803
--------------------------------------------------------------------------

001579388


Mielcarski, Dan                      Unknown
10800  Alpharetta Hwy Box 426
Roswell         GA 30076
--------------------------------------------------------------------------

001475274


Mignone, Betty Y.*                   Unknown
157 Poinsettia Avenue
San Mateo       CA 94403
--------------------------------------------------------------------------

001533692


Mika, Robert J.                      Unknown
4572 Carthage Cir. SO
Lakeworth       FL 33463
--------------------------------------------------------------------------
```

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001578054


Mike & Brenda Woods Inc                Unknown
2301 S. Millbend Dr. #411
Woodlands        TX 77380
-----------------------------------------------------------------------------
001605152


Mikhail, Mervat                        Unknown
22728 S Figueroa #37
Carson           CA 90745
-----------------------------------------------------------------------------
000144248


Mikulenka, Gloria A                    Unknown
1106 Wood Fern Dr.
Sugar Land       TX 77429
-----------------------------------------------------------------------------
001595592


Milchuk, Marilyn                       Unknown
305 Fieldstone Dr
New Hope         PA 18938
-----------------------------------------------------------------------------
001610082


Miles, David                           Unknown
211 Liberty Ave #1222
Lafayette        LA 70508
-----------------------------------------------------------------------------
001541406


Miles, Florence K.                     Unknown
602 Federal Road
Houghton LAKE    MI 48629
-----------------------------------------------------------------------------
001522972


Miles, Ralph I.                        Unknown
19369 Cr 444
Lindale          TX 75771
-----------------------------------------------------------------------------
001559657


Milholland, Renny S.                   Unknown
3552 Stonewall Dr.
Kennesaw         GA 30152
-----------------------------------------------------------------------------
000129138


Milks, Annette L.                      Unknown
Pryor Star Route
Billings         MT 59101
-----------------------------------------------------------------------------
```

```
        Creditors Names and                Total Amt
        Mailing Address/ Zip Code          of Claim


        001570368


        Millard, Patricia A                Unknown
        320 N. Park Vista Space 52A
        Anaheim          CA 92806
-------------------------------------------------------------------------------
        001577790


        Millennium Entertainment           Unknown
        420 Elmington Ave. Apt 1036
        Nashville        TN  37205
-------------------------------------------------------------------------------
        001608549


        Miller Coy S                       Unknown
        1447 Bryant
        Walla Walla      WA 99362
-------------------------------------------------------------------------------
        001597639


        Miller Ronald D.                   Unknown
        10720 Pagewood
        Dallas           TX 75230
-------------------------------------------------------------------------------
        001562666


        Miller Sr., Fred                   Unknown
        1209 Douglas Avenue
        Morgantown       WV 26505
-------------------------------------------------------------------------------
        000128639


        Miller, Arlene M.                  Unknown
        P.O. Box 686
        Chinook          MT 59523
-------------------------------------------------------------------------------
        001574255


        Miller, Audrey D.                  Unknown
        8361 Vincent Road
        Denham Springs   LA 70726
-------------------------------------------------------------------------------
        000139132


        Miller, Benjamin N.                Unknown
        409 Marlborough Street
        Boston           MA 02115
-------------------------------------------------------------------------------
        001506956


        Miller, Bonnie F.                  Unknown
        1679 Tan Tara Circle
        Lake Charles     LA 70611
-------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001585898


Miller, Brent J.                       Unknown
1031 West Miner ST
Yreka           CA 96097
-----------------------------------------------------------------------------
001568585


Miller, Brian S.                       Unknown
409 Rudondo
Webb City        MO 64870
-----------------------------------------------------------------------------
001467386


Miller, Bryan S.                       Unknown
12200 Academy Road Ne #823
Albequerque     NM 87111
-----------------------------------------------------------------------------
001457197


Miller, Carolyn A.                     Unknown
9161 Old Brownsville Rd.
Arlington       TN 38002
-----------------------------------------------------------------------------
001544597


Miller, Cary D.                        Unknown
18537 Innsbrook #2
Northville      MI 48167
-----------------------------------------------------------------------------
001599564


Miller, Chad A.                        Unknown
1205 Meadow Ridge
Denton          TX 76201
-----------------------------------------------------------------------------
001572574


Miller, Chris J.                       Unknown
3758 Quail Meadow
Eugene          OR 97408
-----------------------------------------------------------------------------
001544191


Miller, Chris T.                       Unknown
652 S W 150Th Lane
Asbury          MO 64832
-----------------------------------------------------------------------------
001578786


Miller, Clifford S.                    Unknown
13110 Camino Ramillette
San Diego       CA 92128
-----------------------------------------------------------------------------
```

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001550838


Miller, Dale                           Unknown
10364 Dayton Farmersville Rd.
Farmersville      OH 45325
--------------------------------------------------------------------------------

001542599


Miller, David E                        Unknown
9839 S. Ridgeway Ave.
Evergreen Park      IL 60805
--------------------------------------------------------------------------------

001460132


Miller, Dean E.                        Unknown
931 Alderwood Lane
Sedro Woolley      WA 98284
--------------------------------------------------------------------------------

000156836


Miller, Deanna M.                      Unknown
250 Sage St.
Kimberly          ID 83341
--------------------------------------------------------------------------------

001579540


Miller, Debra S                        Unknown
4866 Sulphur Springs Road
Hoover            AL 35226
--------------------------------------------------------------------------------

001581712


Miller, Dustin L.                      Unknown
125 Gordon Crockett
LaFayette         LA 70508
--------------------------------------------------------------------------------

001593241


Miller, Edwin A.                       Unknown
2763 Riveroaks Drive
Billings          MT 59105
--------------------------------------------------------------------------------

001574707


Miller, Elizabeth J.                   Unknown
12502 Seattle Slew #1323
Houston           TX 77065
--------------------------------------------------------------------------------

001562150


Miller, Ernie J.                       Unknown
22513 120Th Ave Ne
Arlington         WA 98223
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page 1 980
                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code           of Claim


        001573389


        Miller, Eung J.                      Unknown
        1502 Stonegate Terr.
        Raymore         MO 64083
--------------------------------------------------------------------------------
        001597297


        Miller, Gary                         Unknown
        59 Cedarhvrst Ave
        Lawrence        NY 11559
--------------------------------------------------------------------------------
        001490406


        Miller, George B.                    Unknown
        9913 State Route 82
        Windham         OH 44288
--------------------------------------------------------------------------------
        001506255


        Miller, Jacqueline H.                Unknown
        Po Box 1102
        Scott           LA 70583
--------------------------------------------------------------------------------
        001588725


        Miller, James T.                     Unknown
        301 South Montana Street
        Conrad          MT 59425
--------------------------------------------------------------------------------
        001539489


        Miller, Jamie W.                     Unknown
        1300 Charing Cross Circle
        Franklin        TN 37064
--------------------------------------------------------------------------------
        001541561


        Miller, Janis L.                     Unknown
        14002 Ealwood Drive
        Huntsville      AL 35803
--------------------------------------------------------------------------------
        001480595


        Miller, Jason S.                     Unknown
        Po Box 326
        Waterford       OH 45786
--------------------------------------------------------------------------------
        001596580


        Miller, Jay R.                       Unknown
        1001 Matlott Dr.
        San Jose        CA 95121
--------------------------------------------------------------------------------

```
        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001577616


        Miller, Jess C.                          Unknown
        126 Andrew Dr.
        Cottage Grove      OR 97424
--------------------------------------------------------------------------------

        001594837


        Miller, Jim                              Unknown
        12723 Deforest
        Houston            TX 77066
--------------------------------------------------------------------------------

        001543078


        Miller, Joy L.                           Unknown
        1507 W. 46Th
        Kennewick          WA 99337
--------------------------------------------------------------------------------

        001473763


        Miller, Kaytee R.                        Unknown
        1708 Luther
        Emporia            KS 66801
--------------------------------------------------------------------------------

        001473635


        Miller, Kellee L                         Unknown
        1708 Luther
        Emporia            KS 66801
--------------------------------------------------------------------------------

        001580841


        Miller, Kenneth A                        Unknown
        1632 McDonald NW
        Grand Rapids       MI 49504
--------------------------------------------------------------------------------

        001577965


        Miller, Kenneth A.                       Unknown
        18790 Lloyd #114
        Dallas             TX 75252
--------------------------------------------------------------------------------

        000125685


        Miller, Kevin J.                         Unknown
        14608 East 263rd St.
        Harrisonville      MO 64701
--------------------------------------------------------------------------------

        001552474


        Miller, Kirk L.                          Unknown
        16060 Comet Way
        Santa Clarita      CA 91351
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001601350 | |
| Miller, Kirsten J 33 Avon St Apt 3 St.Paul          MN 55105 | Unknown |
| 001493063 | |
| Miller, Kristen J. 1247 Gwen Drive Burlington          WA 98233 | Unknown |
| 001565224 | |
| Miller, Larry D. 7028 Heron Ct. Arlington          WA 98223 | Unknown |
| 001572985 | |
| Miller, Lewis O. 8355 Vincent Rd. Denham Springs          LA 70726 | Unknown |
| 001510208 | |
| Miller, Linda G. 104 Squal Ruidoso          NM 88355 | Unknown |
| 000102457 | |
| Miller, Lurley P. 5327 S.E. Lost Lake Way Hobe Sound          FL 33455 | Unknown |
| 001464187 | |
| Miller, Marshall F. 1708 Luther Emporia          KS 66801 | Unknown |
| 001586262 | |
| Miller, Mel R. 616 Norman Wichita          KS 67212 | Unknown |
| 001463792 | |
| Miller, Melissa M. 5633 North Heritage Lane Alexandria          IN 46001 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001483370 | |
| Miller, Michael C.<br>585 Chuckanut Dr.<br>Bow          WA 98232 | Unknown |
| 000150020 | |
| Miller, Michele M.<br>Shambo Route Box 372<br>Havre          MT 59501 | Unknown |
| 001606986 | |
| Miller, Nancy J.<br>2939 Sweetwater Avenue<br>Phoenix          AZ 85029 | Unknown |
| 001591503 | |
| Miller, Nola R.<br>20064 Raoul Rd.<br>Iowa          LA 70647 | Unknown |
| 001457567 | |
| Miller, Normand C.<br>402 German Ln<br>Lafayette          LA 70507 | Unknown |
| 001590577 | |
| Miller, Pat<br>1403 Silver Leaf Dr.<br>Friendswood          TX 77546 | Unknown |
| 001568557 | |
| Miller, Patsy L.<br>6735 54Th Ave Lot 44<br>St. Pete          FL 33709 | Unknown |
| 001483702 | |
| Miller, Perry M.<br>5633 N. Heritage Lane<br>Alexandria          IN 46001 | Unknown |
| 001598071 | |
| Miller, R. Z.<br>1223 Cranboune Grange<br>Shelbyville,          KY 40065 | Unknown |

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE          Page: 984
                    Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim

001538759

Miller, Richard K.                     Unknown
4218 W. Alpine Cove Dr.
Alpine          UT 84004
--------------------------------------------------------------------------------
001561633

Miller, Rob                            Unknown
1602 Darwin Way
Mt. Juliet       TN 37122
--------------------------------------------------------------------------------
001532700

Miller, Ross Alan                      Unknown
3010 Ashkirk Pl.
Rio Rancho        NM 87124
--------------------------------------------------------------------------------
001545258

Miller, Sarah E                        Unknown
701 Stanton Ave
Richland          WA 99352
--------------------------------------------------------------------------------
000154651

Miller, Shirley L.                     Unknown
9270 Eagle Ranch Rd #1511
Albuquerque       NM 87114
--------------------------------------------------------------------------------
000125757

Miller, Stephen D.                     Unknown
4267 Averio Ln.
Lees Summit       MO 64082
--------------------------------------------------------------------------------
001563954

Miller, Steve B                        Unknown
6503 Cady Rd
Everett          WA 98203
--------------------------------------------------------------------------------
001558950

Miller, Steve P.                       Unknown
491 N.W. CHOCTAW Trail
Greensburg        IN 47240
--------------------------------------------------------------------------------
001588731

Miller, Susan D.                       Unknown
136 1 St. N.
Glasgow          MT 59230
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001562905

Miller, Todd B.                          Unknown
3020 Sierran
Carrolton        TX 75007
--------------------------------------------------------------------------------

001597177

Miller, Todd C.                          Unknown
94525 Willamette Dr.
Junction City     OR 97448
--------------------------------------------------------------------------------

001574257

Miller, Vernon R.                        Unknown
675 Wooddale Boulevard #139
Baton Rouge       LA 70806
--------------------------------------------------------------------------------

001575586

Miller, Vicki A.                         Unknown
8455 Harold Dr.
Denham Springs    LA 70726
--------------------------------------------------------------------------------

001596929

Miller, Vivie M.                         Unknown
3716 Kingsgate Dr.
Hephzibah         GA 30815
--------------------------------------------------------------------------------

001588056

Miller, Wanda M.                         Unknown
655 Marie Antoinette
Lafayette         LA 70529
--------------------------------------------------------------------------------

001561567

Miller, Wayne                            Unknown
127 Channing Circle
Lafayette         LA 70506
--------------------------------------------------------------------------------

001607220

Miller, York                             Unknown
403 West Idaho
Meridian          ID 83642
--------------------------------------------------------------------------------

001575899

Miller-Bryant And Associates             Unknown
1116 Richview Dr
Tallahassee       FL 32301
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 986

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001571320

Millhollon, Earl L.                          Unknown
2308 Avon
Bryan           TX 77802

--------------------------------------------------------------------------------

001576392

Millhollon, Linda H.                         Unknown
3208 Turtle Grove
Bryan           TX 77807

--------------------------------------------------------------------------------

001455786

Millhuff, Charles R.                         Unknown
2000 Willow Drive
Olathe          KS 66062

--------------------------------------------------------------------------------

001604043

Millican, William E.                         Unknown
9330 Clover Circle
Beaumont        TX 77708

--------------------------------------------------------------------------------

001594681

Milligan, Alvin A.                           Unknown
700 S. 45Th
Rogers          AR 72758

--------------------------------------------------------------------------------

000104443

Milligan, C. Dollie                          Unknown
2601 Dulaire Rd.
Greensboro      NC 27407

--------------------------------------------------------------------------------

001602018

Milligan, Krystal R.                         Unknown
P.O. Box 2151
Bentonville     AR 72712

--------------------------------------------------------------------------------

001607846

Milligan, Vicki L.                           Unknown
748 O Highway
California       MO 65018

--------------------------------------------------------------------------------

001579829

Milliron, Marilyn                            Unknown
29125 3Rd Ave N.E.
Stanwood        WA 98292

--------------------------------------------------------------------------------

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 000107509 | |
| Mills, Annie S.<br>612 white street<br>Marshville        NC 28103 | Unknown |
| 001520445 | |
| Mills, Evelyn L.<br>11815 Duck Circle<br>Spotsylvania     VA 22553 | Unknown |
| 001502716 | |
| Mills, Jean<br>2 Stanford Court<br>Billings         MT 59102 | Unknown |
| 001587031 | |
| Mills, Kelli<br>6060 Tanglewood Circle<br>Cumming          GA 30041 | Unknown |
| 001542687 | |
| Mills, Sara C.<br>166 Lakeshore Drive<br>Rainbow City     AL 35906 | Unknown |
| 001588131 | |
| Mills-K Maris<br>8525 St. Vrain Way<br>Missoula         MT 59802 | Unknown |
| 001491912 | |
| Millsaps, Ginny J.<br>4562 E. 173rd Street<br>Overbrook        KS 66524 | Unknown |
| 000158698 | |
| Millward Derrick & Tanya G<br>3343 Enterado Ave.<br>West Valley City   UT 84119 | Unknown |
| 001569062 | |
| Milne, Larry D.<br>3616 Alabama Street<br>Bellingham       WA 98226 | Unknown |

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001563465 | |
| Milner, Audie H.<br>22 Micheal Loop<br>Lumberton          TX 77656 | Unknown |
| 001562448 | |
| Milner, Barbara S.<br>5435 Lymbar<br>Houston          TX 77096 | Unknown |
| 001464170 | |
| Milsap, Dennis H.<br>1011 Melvin Harris Rd.<br>Manchester          GA 31816 | Unknown |
| 001592539 | |
| Milson, Cara L.<br>301 N. Joe Wilson #428<br>Cedar Hill          TX 75104 | Unknown |
| 001534421 | |
| Milt, Adam H.<br>P.O. Box 86<br>Helen          GA 30545 | Unknown |
| 001506764 | |
| Miltenis, Lucille A<br>965 Nightingale Walk<br>Alpharetta          GA 30202 | Unknown |
| 001512206 | |
| Milton , Brenda M.<br>186 Bryant Rd.<br>Dubach          LA 71235 | Unknown |
| 001465719 | |
| Milton, Joseph M.<br>17 Willow Drive<br>Monroe          LA 71203 | Unknown |
| 001482041 | |
| Milton, Mike E.<br>4400 Richmond Dr.<br>Ethel          LA 70730 | Unknown |

JCH7CLAIM2 98/12/07            INTERNATIONAL HERITAGE        Page: 589
                    Unsecured Creditors -- Sales Representatives

```
         Creditors Names and              Total Amt
         Mailing Address/ Zip Code        of Claim


         001583871


         Milton, Patrick G.                Unknown
         13523 Bogwood Ave.
         Baton Rouge      LA 70818
------------------------------------------------------------------------
         001580018


         Mims, Cassaundra L.               Unknown
         817 Eastbay Circle
         Tupelo          MS 38801
------------------------------------------------------------------------
         001593141


         Min, Chris*                       Unknown
         72 Euston Road
         Brighton         MA 02135
------------------------------------------------------------------------
         001574852


         Minchow, Matthew                  Unknown
         6219 Baxter Place
         Lincoln          NE 68516
------------------------------------------------------------------------
         000125964


         Minder, Joe C.                    Unknown
         1407 Sheffield Court
         Burlington       NC 27215
------------------------------------------------------------------------
         000119106


         Ming, Egbert L.                   Unknown
         921 1/2 Eleonore St.
         New Orleans      LA 70115
------------------------------------------------------------------------
         000119715


         Ming, Norbert L.                  Unknown
         4736 Wingrove Blvd.
         Orlando          FL 32819
------------------------------------------------------------------------
         000103845


         Ming, Patricia A.                 Unknown
         4736 Wingrove Blvd
         Orlando          FL 32819
------------------------------------------------------------------------
         001587250


         Minick & Sharpe Food Service,     Unknown
         1627 Frederica Rd.
         St.Simons Island   GA 31522
------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07            INTERNATIONAL HERITAGE            Page: 990

Unsecured Creditors -- Sales Representatives

Creditors Names and                          Total Amt
Mailing Address/ Zip Code                    of Claim

001556135

Minikhiem, Mark H.                           Unknown
80 Lower Rainbow Road
Bozeman            MT 59718
-------------------------------------------------------------------------------

001591771

Minkoff, Peter E                             Unknown
18665 Midway Rd,#826
Dallas             TX 75287
-------------------------------------------------------------------------------

001562548

Minneapolis House Inc.                       Unknown
1000 Americana Avenue
Great Falls        MT 59404
-------------------------------------------------------------------------------

001491923

Minnick, Patricia A.                         Unknown
2060 Willowick Drive
Lake Charles       LA 70607
-------------------------------------------------------------------------------

001536113

Minor, Linda M.                              Unknown
1064 Veamans Hall Rd.
Charleston         SC 29406
-------------------------------------------------------------------------------

001614730

Minteer, Ronald L.                           Unknown
422-D Beverly Rd.
Martinez           GA 30907
-------------------------------------------------------------------------------

001609938

Miracles Happen                              Unknown
2839 W Kennewick Ave #163
Kennewick          WA 99336
-------------------------------------------------------------------------------

000140127

Misenheimer, Beverly F.                      Unknown
179 Fox Trail
Summerfield        NC 27358
-------------------------------------------------------------------------------

001586809

Mishleau, Neil I.                            Unknown
W-1124 Town Rd.
Depere             WI 54115
-------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE                Page: 991

                              Unsecured Creditors -- Sales Representatives


          Creditors Names and                         Total Amt
          Mailing Address/ Zip Code         .         of Claim


          001507990


          Mitchell, Beverly J                          Unknown
          4562 E173 Street
          Overbrook         KS 66524
---------------------------------------------------------------------------------

          000105532


          Mitchell, Brenda K.                           Unknown
          5702 Davis Mill Rd.
          Greensboro        NC 27406
---------------------------------------------------------------------------------

          000122113


          Mitchell, Catherine E.                        Unknown
          350 Barnes Bridge Road
          Sunnyvale         TX 75182
---------------------------------------------------------------------------------

          001518747


          Mitchell, David M.                            Unknown
          292 Ames St.
          Brockton          MA 02402
---------------------------------------------------------------------------------

          000158227


          Mitchell, Gwen N.                             Unknown
          5904 Still Forest Dr.
          Dallas            TX 75252
---------------------------------------------------------------------------------

          001579643


          Mitchell, Jennifer                            Unknown
          20 Beattie Street
          laurens           SC 29360
---------------------------------------------------------------------------------

          001531883


          Mitchell, Karen D.                            Unknown
          22 Rawls Drive
          Hattiesburg       MS 39402
---------------------------------------------------------------------------------

          000112532


          Mitchell, Larry C.                            Unknown
          5113 E. Timbalier Ct.
          Columbus          GA 31907
---------------------------------------------------------------------------------

          001575714


          Mitchell, Marcia B.                           Unknown
          Hwy 84 East
          Jena              LA 71342
---------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE      Page: 592
                    Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim

        001465493

        Mitchell, Marcia W                      Unknown
        Route 4 Box 127
        Saluda          SC 29138
----------------------------------------------------------------------
        001558422

        Mitchell, Patricia                      Unknown
        1106 Hawthorne
        Wichita Falls    TX 76303
----------------------------------------------------------------------
        001583688

        Mitchell, Richard J.                    Unknown
        1013 Cherry St
        Wenatchee        WA 98801
----------------------------------------------------------------------
        001456490

        Mitchell, Scott A.                      Unknown
        702 Saint St.
        Richland         WA 99352
----------------------------------------------------------------------
        001614608

        Mitchell, William L.                    Unknown
        156 Shenango Park Rd. Lot 20
        Transfer         PA 16154
----------------------------------------------------------------------
        001545147

        Mitro, Ronald L.                        Unknown
        10731 W. Flagler St.
        Miami            FL 33174
----------------------------------------------------------------------
        001606532

        Mixon, Marlene S.                       Unknown
        219 Piedmont Hwy
        Piedmont         SC 29673
----------------------------------------------------------------------
        000148943

        Mixon, Melanie M.                       Unknown
        113 Faith Drive
        Winnfield        LA 71483
----------------------------------------------------------------------
        001614714

        Mize, George S.                         Unknown
        367 Covington Lane
        Ridgeway         VA 24148
----------------------------------------------------------------------

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001581472 | |
| Mizell, Mary Renee<br>4241 Buena Vista #2<br>Dallas          TX 75205 | Unknown |
| 001577459 | |
| Mizell, Roger W.<br>311 Randall Dr.<br>Anniston          AL 36207 | Unknown |
| 001471137 | |
| Mizer, David<br>14502 North Frontage Road<br>Quincy          WA | Unknown |
| 000116597 | |
| Mkr Enterprises<br>5161 Rice Rd. Apt. 318<br>Antioch          TN 37013 | Unknown |
| 001531494 | |
| Moates, David<br>10238 W. Palmeras Dr.<br>Sun City          AZ 85373 | Unknown |
| 001587980 | |
| Mock, Brenda J<br>5017 South Langley Road<br>Langley          WA 98260 | Unknown |
| 001537272 | |
| Mock, George W.<br>18230 Hampton Oak Ct.<br>Spring          TX 77379 | Unknown |
| 001563025 | |
| Mock, Sr. George W.<br>712 Golf Crest Ln<br>Austin          TX 78734 | Unknown |
| 001593680 | |
| Mockler, Peder L.<br>1828 Emery<br>Denton          TX 76201 | Unknown |

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE          Page 894
                          Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001555918


        Modos, Lana H.                         Unknown
        218 Garden Rd.
        Normal         IL 61761
------------------------------------------------------------------------
        001602496


        Moeller, Gerald                        Unknown
        101 37th Ave North
        St. Cloud      MN 56303
------------------------------------------------------------------------
        001566042


        Moelling, Mary K.                      Unknown
        2405 Sunset Dr.
        Duncan         OK 73533
------------------------------------------------------------------------
        000115678


        Moen, Jeffrey D.                       Unknown
        6013 S. Elkin Street
        Tampa          FL 33611
------------------------------------------------------------------------
        001582973


        Moench, Linda M.                       Unknown
        6250 Woodcock Road
        Sequim         WA 98382
------------------------------------------------------------------------
        000132573


        Moffett, Constance V.                  Unknown
        15235 O'neal Rd Apt#4-0
        Gulfport       MS 39503
------------------------------------------------------------------------
        001595975


        Moffitt, David K.                      Unknown
        1552 Yaggi Dr.
        Flower Mound   TX 75028
------------------------------------------------------------------------
        001576127


        Moffitt, Michael I.                    Unknown
        1116 Valley Butte Dr.
        Eugene         OR 97401
------------------------------------------------------------------------
        000103303


        Mogilefsky, Elissa                     Unknown
        5100 Dupont Blvd.
        Ft. Lauderdale   FL 33308
------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001604209


Mohnac, Mark V                         Unknown
2668N Beltline
Irving          TX 75062
------------------------------------------------------------------------
001490000


Molenaar, Rhondi                       Unknown
1303 S. 13th Street
Mt. Vernon      WA 98274
------------------------------------------------------------------------
001601290


Moll, Frank H.                         Unknown
431 Brighton Woods Drive
Moore           SC 29369
------------------------------------------------------------------------
001474368


Mollnow, Linda J.                      Unknown
1145 N. 15Th Street
Osage City      KS 66523
------------------------------------------------------------------------
001607940


Monaghan, James M                      Unknown
760 S. 27Th Street
Renton          WA 98055
------------------------------------------------------------------------
001599268


Monger Judy E                          Unknown
2770 Carters Chapel Road
Lenoir City     TN 37771
------------------------------------------------------------------------
001541396


Moninger, John R.                      Unknown
605 Donnan Ave.
Washington      PA 15301
------------------------------------------------------------------------
001608521


Monk, Bonnie M                         Unknown
1305 North Jefferson
El Dorado       AR 71730
------------------------------------------------------------------------
000122933


Monk, Teresa M.                        Unknown
524 Ballou Road
Sherman         TX 75092
------------------------------------------------------------------------

                         Unsecured Creditors -- Sales Representatives

        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim

        000116715

        Monk, Tressie E.                          Unknown
        345 County Rd. 1373
        Vinemont         AL 35179
--------------------------------------------------------------------------------
        001507042

        Monlezun, Paula S.                        Unknown
        2012 Stanton
        Lake Charles     LA 70601
--------------------------------------------------------------------------------
        001608760

        Monreal, Mark A.                          Unknown
        6891 Pecan Ave.
        Moorpark         CA 93021
--------------------------------------------------------------------------------
        001554909

        Monroe, Kerry L.                          Unknown
        407 Kenkirk Place
        Burlington       WA 98233
--------------------------------------------------------------------------------
        001539410

        Monroe, Patricia M.                       Unknown
        519 N. Dartmouth Way
        Anaheim          CA 92801
--------------------------------------------------------------------------------
        001552746

        Monroe, Ryan E                            Unknown
        1485 S. Ten-Mile
        Meridian         ID 83642
--------------------------------------------------------------------------------
        001542675

        Monsour, Tasha                            Unknown
        12939 Tree Way Ct.
        Jacksonville     FL 32258
--------------------------------------------------------------------------------
        001542811

        Montagino, Joseph J.                      Unknown
        Hc62 Box 329B
        Marrero          LA 70072
--------------------------------------------------------------------------------
        001607308

        Montaj                                    Unknown
        2351 Sunset Blvd 170-333
        Rocklin          CA 95765
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001600123


        Montano, Bernice                        Unknown
        701 Harrison Str
        San Jose          CA 95125
--------------------------------------------------------------------------------
        001550104


        Montany Int'L (Usa) Corp.               Unknown
        41-36 College Point Blud. 2Fl
        Flushing          NY 11355
--------------------------------------------------------------------------------
        001554229


        Montegut, Tracey S.                     Unknown
        617 Westwood Circle
        Lamarque          TX 77568
--------------------------------------------------------------------------------
        001565359


        Montez, Carlos S.                       Unknown
        2008 N. Florida
        Joplin            MO 64801
--------------------------------------------------------------------------------
        001565348


        Montez, Juan M.                         Unknown
        2124 Highview
        Joplin            MO 64804
--------------------------------------------------------------------------------
        001565909


        Montez, Juan Manuel *                   Unknown
        2406 S. Duques N E
        Joplin            MO 64804
--------------------------------------------------------------------------------
        001564723


        Montez, Justin M.                       Unknown
        2406 S. Duquesne
        Joplin            MO 64804
--------------------------------------------------------------------------------
        001572204


        Montgomery, Kimberley J.                Unknown
        10229 Oliver Drive
        Austin            TX 78737
--------------------------------------------------------------------------------
        001573750


        Montgomery, Sharon                      Unknown
        24 Thunderbird Terrace
        Stroudsburg       PA 18360
--------------------------------------------------------------------------------
```

```
        Creditors Names and                   Total Amt
        Mailing Address/ Zip Code             of Claim


        001570945

        .
        Montoya, Abie J.                      Unknown
        6336 Jaguar Drive
        Santa Fe        NM 87505
---------------------------------------------------------------------------
        001483233

        Montoya, Chriss L.                    Unknown
        4339 Glenwick
        Dallas          TX 75205
---------------------------------------------------------------------------
        001584641

        Montoya, Vincent G                    Unknown
        1562 Sunset Gardens
        Albuquerque     NM 87105
---------------------------------------------------------------------------
        001579647

        Moo, Janet L.                         Unknown
        10104 35Th Avenue S.E.
        Everett         WA 98208
---------------------------------------------------------------------------
        001597753
        .
        Moody, Barbara E.                     Unknown
        1620 Dexter Rd.
        Wetumpka        AL 36092
---------------------------------------------------------------------------
        001507036

        Moody, Bart G.                        Unknown
        904 35Th St.
        Anacortes       WA 98221
---------------------------------------------------------------------------
        001568524

        Moody, Carl R.                        Unknown
        1970 Osterloh
        Twin Falls      ID 83301
---------------------------------------------------------------------------
        001557443

        Moody, Kimberly                       Unknown
        945 W. Highland
        Hermiston       OR 97838
---------------------------------------------------------------------------
        001613589

        Moody, Randy H.                       Unknown
        2184 Forest Lakes Blvd.
        Charleston      SC 29414
---------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001573538

Moody, Ruby F.                          Unknown
1509 East Ave.
Olla            LA 71465
--------------------------------------------------------------------------------

001471466

Moody, Teresa J.                        Unknown
155 Heritage Rd.
Oneonta         AL 35121
--------------------------------------------------------------------------------

001581133

Moon, Ada G.                            Unknown
408 123rd Ave S.E.
Lake Stevens    WA 98258
--------------------------------------------------------------------------------

001590661

Moon, Susan L.                          Unknown
3510 I Hecker Pass
Gilroy          CA 95020
--------------------------------------------------------------------------------

001509681

Moon, Terry A.                          Unknown
22 Wayland St.
North Cohocton  NY 14868
--------------------------------------------------------------------------------

001482819

Mooney, Anna Maria                      Unknown
4114 Burney
Austin          TX 78759
--------------------------------------------------------------------------------

001561920

Mooney, Joyce C.                        Unknown
146 Rutledge Ln.
Canton          GA 30114
--------------------------------------------------------------------------------

001570606

Mooney, Su-Ping                         Unknown
91-32 Parklane South
Woodhaven       NY 11421
--------------------------------------------------------------------------------

001609652

Mooneyham, Sheila R.                    Unknown
1003 Wildwood Trail
Anna            TX 75409
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page 1000
                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001602615


        Moore David W.                           Unknown
        1724 W Pierce
        Chicago          IL 60622
--------------------------------------------------------------------------------

        001606541


        Moore Jr., Thomas S.                     Unknown
        225 Leming
        Corpus Christi    TX 78404
--------------------------------------------------------------------------------

        000127215


        Moore, ALAN                              Unknown
        3003 Tam O'Shanter Drive
        Hays             KS 67601
--------------------------------------------------------------------------------

        001572568


        Moore, Aleathea E.                       Unknown
        322 Wimpole Dr
        Nashville        TN 37211
--------------------------------------------------------------------------------

        001529387


        Moore, Barbara B.                        Unknown
        1250 Southwind Drive
        Helena           AL 35080
--------------------------------------------------------------------------------

        001513423


        Moore, Carolyn E.                        Unknown
        2208 Thistlewood Court
        Grapevine        TX 76051
--------------------------------------------------------------------------------

        001543753


        Moore, Erin B.                           Unknown
        310 East Alder
        Palouse          WA 99161
--------------------------------------------------------------------------------

        000150746


        Moore, G. Mike                           Unknown
        2912 Forest Dr.
        Columbia         SC 29204
--------------------------------------------------------------------------------

        000121059


        Moore, Glenn                             Unknown
        3642 Quimet Cr.
        Billings         MT 59106
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

Creditors Names and                         Total Amt
Mailing Address/ Zip Code                   of Claim

001474683

Moore, Jackie E.                            Unknown
5590 Pleasantview Rd.
Memphis            TN 38134
------------------------------------------------------------------------------
001555383

Moore, Jamae D.                             Unknown
1588 Oaken Bucket
Cordova            TN 38018
------------------------------------------------------------------------------
000140773

Moore, James H.                             Unknown
4539 E. White Aster St.
Phoenix            AZ 85044
------------------------------------------------------------------------------
001523137

Moore, Janet S.                             Unknown
134 County Estates Blvd.
Vidalia            GA 30474
------------------------------------------------------------------------------
001511625

Moore, Jeainene B.                          Unknown
706 Hwy 59 North
Bowie              TX 76230
------------------------------------------------------------------------------
001611134

Moore, Josh E.                              Unknown
128 Windridge Drive
West Monroe        LA 71291
------------------------------------------------------------------------------
000161398

Moore, Larry                                Unknown
849 Beaver Lake Rd.
Waco               TX 76705
------------------------------------------------------------------------------
001583858

Moore, Liz A.                               Unknown
5432 Bent Tree Drive
Dallas             TX 75248
------------------------------------------------------------------------------
001522668

Moore, Lori L.                              Unknown
2607 S. Mission Circle
Friendswood        TX 77546
------------------------------------------------------------------------------

```
                      Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001461860


        Moore, Louise W                         Unknown
        130 Blackjack Circle
        Waco            TX 76705
-----------------------------------------------------------------------------
        001538755


        Moore, Luci K.                          Unknown
        6545 W. North Ln.
        Glendale        AZ 85302
-----------------------------------------------------------------------------
        001472504


        Moore, Manda M.                         Unknown
        2274 Ashley River Road Apt 413
        Charleston      SC 29414
-----------------------------------------------------------------------------
        001544369


        Moore, Marc F.                          Unknown
        5356 Pan American Freeway NE
        Albuquerque     NM 87109
-----------------------------------------------------------------------------
        001578122


        Moore, Michael L.                       Unknown
        341 Champions Colony III
        Houston         TX 77069
-----------------------------------------------------------------------------
        001607381


        Moore, Ollie                            Unknown
        501W 21st St
        Winnfield       LA 71483
-----------------------------------------------------------------------------
        001496082


        Moore, Rodger A.                        Unknown
        621 Streeter Place
        Mt. Vernon      WA 98273
-----------------------------------------------------------------------------
        001464956


        Moore, Scott                            Unknown
        Route 1 Box 312B-1
        Westfield       NC 27053
-----------------------------------------------------------------------------
        001527051


        Moore, Sheila L.                        Unknown
        1360 Parker Drive
        Longmont        CO 80501
-----------------------------------------------------------------------------
```

                         Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                 of Claim


        001606539


        Moore, Theresa L.                         Unknown
        225 Leming
        Corpus Christi      TX 78404
--------------------------------------------------------------------------------
        001524128


        Moore, Thurman D.                         Unknown
        700 N Pearl #385-207
        Dallas            TX 752012844
--------------------------------------------------------------------------------
        001589503


        Moore, Tommy A.                           Unknown
        4725 Spain St.
        New Orleans       LA 70122
--------------------------------------------------------------------------------
        001480033


        Moore, Vicki E.                           Unknown
        2125 Cooks Ln  C/O Taylor
        Ft. Worth         TX 76120
--------------------------------------------------------------------------------
        001556557


        Moore, Wilhelmina                         Unknown
        37917 Swede Heaven Rd.
        Arlington         WA 98223
--------------------------------------------------------------------------------
        001525363


        Moore-Gil, Claribel                       Unknown
        4608 Tammy Dr.
        Wichita Falls     TX 76306
--------------------------------------------------------------------------------
        000157939


        Moorefield, Michael W.                    Unknown
        7006 N. Ashew
        Gladstone         MO 64119
--------------------------------------------------------------------------------
        001580521


        Moorehead, Susan G.                       Unknown
        323 Chateau Woods Pkwy.
        Conroe            TX 77385
--------------------------------------------------------------------------------
        001591714


        Moos, Allen R.                            Unknown
        3732 Lava Circle
        Billings          MT 59102
--------------------------------------------------------------------------------

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001469038

Moosdorf, Laura L.                      Unknown
3901 Jefferson Dr.
Loveland          CO 80538
--------------------------------------------------------------------------------

001606417

Mora, Arthur F                          Unknown
1297 Taylor Dr
Nampa             ID 83687
--------------------------------------------------------------------------------

001573816

Mora, Rodney                            Unknown
768 Nancy Drive
Ripon             CA 95366
--------------------------------------------------------------------------------

001519416

Morales, Ynacio J.                      Unknown
715 N. Cottage
Miles City        MT 59301
--------------------------------------------------------------------------------

001474743

Moran, Cheryl                           Unknown
1503 Pineywood Dr.
Friendswood       TX 77546
--------------------------------------------------------------------------------

001476175

Moran, Jennifer M.                      Unknown
3125 Ravens Lake Cr.
League City       TX 77573
--------------------------------------------------------------------------------

001563568

Moran, Patricia                         Unknown
10101 Harwin #220
Houston           TX 77036
--------------------------------------------------------------------------------

000144809

Moravek, Teresa G.                      Unknown
12121 Cedar
Overland Park     KS 66209
--------------------------------------------------------------------------------

001605984

Morbacher, Louie R.                     Unknown
7417 Sw Beav\Hlsdl Why
Portland          OR 97225
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE
                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001583936


        Moreau, Charles M. *                   Unknown
        1834 Harris
        College Station     TX 77845
--------------------------------------------------------------------------------

        001584019


        Moreau, Dallas J. III                  Unknown
        1201 Red Bud Circle
        Orange              TX 77632
--------------------------------------------------------------------------------

        001583972


        Moreau, Lucien                         Unknown
        11626 N.P.
        LaPorte             TX 77571
--------------------------------------------------------------------------------

        001597167


        Moreck, Stevan W.                      Unknown
        4211 Amazon St.
        Eugene              OR 97405
--------------------------------------------------------------------------------

        001570667


        Morelli-Kretschmer, Connie             Unknown
        200 East Leighton
        Frontenac           KS 66763
--------------------------------------------------------------------------------

        001604798


        Morelock, Alisa A                      Unknown
        2605 Gorden Street
        Hopewell            VA 23860
--------------------------------------------------------------------------------

        001608071


        Moreno, Maryann                        Unknown
        3315 Olympic St S E
        Auburn              WA 98002
--------------------------------------------------------------------------------

        001595274


        Moreno, William A                      Unknown
        3315 Olympic Street Se
        Auburn              WA 98002
--------------------------------------------------------------------------------

        001530025


        Morford, Loren                         Unknown
        7852 Rosehill
        Lenexa              KS 66216
--------------------------------------------------------------------------------

```
        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001468460


        Morgan, Beth A.                          Unknown
        2407 Londonberry
        Pearland          TX 77581
--------------------------------------------------------------------------------
        001463895


        Morgan, Dean F.                          Unknown
        600 E. Medical Center Blvd.
        Webster           TX 77598
--------------------------------------------------------------------------------
        001591001


        Morgan, Diane                            Unknown
        1311 So. 13Th St
        Mount Vernon      WA 98274
--------------------------------------------------------------------------------
        000158072


        Morgan, Diane H.                         Unknown
        746 Gable Dr.
        Birmingham        AL 35215
--------------------------------------------------------------------------------
        001600666


        Morgan, Eddie                            Unknown
        Hwy 94 East Box 3137
        Murray            KY 42071
--------------------------------------------------------------------------------
        001462797


        Morgan, Eric C.                          Unknown
        4803 Normandy Place
        Orlando           FL 32811
--------------------------------------------------------------------------------
        001537133


        Morgan, Holly G.                         Unknown
        2829 Airport Freeway
        Bedford           TX 76021
--------------------------------------------------------------------------------
        001586271


        Morgan, James                            Unknown
        2229 - H Kietzke Lane
        Reno              NV 89502
--------------------------------------------------------------------------------
        001488831


        Morgan, Kathleen                         Unknown
        4300 Bay Area Blvd. #513
        Houston           TX 77058
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
|---|---|
| Mailing Address/ Zip Code | of Claim |

000130700

| Morgan, Melissa E. | Unknown |
|---|---|
| 515 West Albany | |
| Kennewick        WA 99336 | |

--------------------------------------------------------------------------------

001459634

| Morgan, Pamela R. | Unknown |
|---|---|
| 2317 Eastbrook Blvd. | |
| Winter Park      FL 32792 | |

--------------------------------------------------------------------------------

001569144

| Morgan, Patricia J. | Unknown |
|---|---|
| 960 Falcon Rd. | |
| Camano Island    WA 98292 | |

--------------------------------------------------------------------------------

001613919

| Morgan, Regina L | Unknown |
|---|---|
| 610 Pumpkin Dr | |
| Decatur          AL 35603 | |

--------------------------------------------------------------------------------

001468210

| Morgan, Sean H. | Unknown |
|---|---|
| 10909 Sabo Road | |
| Houston          TX 770892520 | |

--------------------------------------------------------------------------------

001610291

| Morgan, Sharon T | Unknown |
|---|---|
| 200 Heath Street | |
| Talladega        AL 35160 | |

--------------------------------------------------------------------------------

001481147

| Morgan, Stephanie A. | Unknown |
|---|---|
| 2317 Eastbrook Blvd | |
| Winter Park      FL 32792 | |

--------------------------------------------------------------------------------

001573265

| Morgan, Susie E. | Unknown |
|---|---|
| 540 Tennessee Stone Rd. | |
| Crossville       TN 38555 | |

--------------------------------------------------------------------------------

000130485

| Morgan, Walt L. | Unknown |
|---|---|
| 1509 Cottonwood St. | |
| Richland         WA 99352 | |

--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

Creditors Names and                          Total Amt
Mailing Address/ Zip Code                     of Claim

001469501


Moriarty, Anita D.                            Unknown
203 E. 5Th St.
Cedar Point        IL 61316
-------------------------------------------------------------------------------

001511297


Moriarty, Lynne E.                            Unknown
380 Blevins Drive
Manchester         NH 03104
-------------------------------------------------------------------------------

001593820


Morigi, Michael                               Unknown
2213 Kittyhawk Drive
Plano              TX 75025
-------------------------------------------------------------------------------

001569785


Morison, Kathy                                Unknown
867 Embassy Court
Atlanta            GA 30324
-------------------------------------------------------------------------------

001565806


Morissette, Yves                              Unknown
816 Franklin N.E.
Russellville       AL 35653
-------------------------------------------------------------------------------

001499719


Moritti, Pamela K.                            Unknown
8340 Nugent
Rockford           MI 49341
-------------------------------------------------------------------------------

001531437


Moritz, Paul M.                               Unknown
4427 Lymbar
Houston            TX 77096
-------------------------------------------------------------------------------

000160628


Morley, Martha J.                             Unknown
2015 Old Manor
Garden City        KS 67846
-------------------------------------------------------------------------------

001597860


Morris Kent D                                 Unknown
656 W. Sublette
Pocatello          ID 83204
-------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


Creditors Names and                         Total Amt
Mailing Address/ Zip Code                    of Claim


001526498


Morris, Arthur E.                           Unknown
8477 Del Mar Ave.
Fresno            CA 93711
--------------------------------------------------------------------------------
001480877


Morris, Bonnie L.                           Unknown
4685 Reunion Drive
Plano             TX 75024
--------------------------------------------------------------------------------
001566996


Morris, Bricen                              Unknown
2224 Plantation Dr.
Beaufort          SC 29902
--------------------------------------------------------------------------------
001561063


Morris, Charlie L.                          Unknown
208 Mesa Road
Wichita Falls     TX 76303
--------------------------------------------------------------------------------
001525283


Morris, Debra L.                            Unknown
1403 Alpine View Drive
Mt. Vernon        WA 98273
--------------------------------------------------------------------------------
001606893


Morris, Denise D.                           Unknown
2956 Donnell Dr
Round Rock        TX 78664
--------------------------------------------------------------------------------
001509765


Morris, Gayle                               Unknown
2224 Plantation Dr.
Beaufort          SC 29902
--------------------------------------------------------------------------------
001592083


Morris, Glenna C.                           Unknown
3907 NE Sequioa
Lee's Summit      MO 64064
--------------------------------------------------------------------------------
001588777


Morris, Gregory K.                          Unknown
P.O. Box 152
Randle            WA 98377
--------------------------------------------------------------------------------

Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim

001583840

Morris, Janet G.                         Unknown
Rt 1 Box 80
Gainesville        TX 76240
----------------------------------------------------------------------------------

001605515

Morris, John C                           Unknown
2410 3rd  Street
Tillamook          OR 97141
----------------------------------------------------------------------------------

000125727

Morris, Kenneth W.                       Unknown
7841 Washington Street
Kansas City        MO 64114
----------------------------------------------------------------------------------

001562670

Morris, Lesia                            Unknown
913 Rollinghills South
Graham             TX 76450
----------------------------------------------------------------------------------

001546973

Morris, Lon E.                           Unknown
Rt. 5 Box 565-A
Wichita Falls      TX 76301
----------------------------------------------------------------------------------

001494824

Morris, Lori E.                          Unknown
1059 Hobbs Island Road
Huntsville         AL 35803
----------------------------------------------------------------------------------

001559517

Morris, Margaret C.                      Unknown
7111 Dogwood Creek Lane
Dallas             TX 75252
----------------------------------------------------------------------------------

001528212

Morris, Oraetta L.                       Unknown
7645 N. 9Th St.
Fresno             CA 93720
----------------------------------------------------------------------------------

001549500

Morris, Ouida                            Unknown
Rt 9 Box 817
Wichita Falls      TX 76301
----------------------------------------------------------------------------------

                      Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001490169


        Morris, Pam                              Unknown
        1885 Hwy. 90 South
        Cordele         GA 31015
--------------------------------------------------------------------------------

        001584163


        Morris, Patti L.                         Unknown
        422 Cemetery Rd.
        Corvallis       MT 59828
--------------------------------------------------------------------------------

        000153806


        Morris, Tessie J.                        Unknown
        1277 Hagood Ave
        Barnwell        SC 29812
--------------------------------------------------------------------------------

        001589539


        Morris, Walter                           Unknown
        1885 Hwy 90 South
        Corcele         GA 31015
--------------------------------------------------------------------------------

        001544691


        Morrison, Cathy M.                       Unknown
        206 Bluegrass Drive
        Hendersonville   TN 37075
--------------------------------------------------------------------------------

        001488179


        Morrison, Deanna L                       Unknown
        3006 Bayside Drive
        Rockwall        TX 75087
--------------------------------------------------------------------------------

        001593153


        Morrison, Douglas A.                     Unknown
        1702 Kentucky
        Joplin          MO 64804
--------------------------------------------------------------------------------

        001517180


        Morrison, Elijah C.                      Unknown
        160 Grove Street
        Charleston      SC 29403
--------------------------------------------------------------------------------

        000103425


        Morrison, Elizabeth G.                   Unknown
        3060 Griffith Bend Road
        Talladega       AL 35160
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE
                          Unsecured Creditors -- Sales Representatives


          Creditors Names and                    Total Amt
          Mailing Address/ Zip Code              of Claim


          001477938


          Morrison, Kevin D.                      Unknown
          10923 Kirkvale
          Houston          TX 77089
-----------------------------------------------------------------------------
          000129260


          Morrison, Patricia J.                   Unknown
          #6  Frontier R.V. Park
          Rexford          MT 59930
-----------------------------------------------------------------------------
          001472619


          Morrison, Rita S                        Unknown
          2911 West Rollins Apt. C-11
          Columbia         MO 65203
-----------------------------------------------------------------------------
          001533268


          Morrison, Samuel E.                     Unknown
          3139 Holly Street
          Shreveport       LA 71104
-----------------------------------------------------------------------------
          000128774


          Morrison, Thomas B.                     Unknown
          3430 Timberline Drive
          Billings         MT 59102
-----------------------------------------------------------------------------
          001586365


          Morrison, Wendy L.                      Unknown
          1414 Ivory Crossing Court
          Seabrook         TX 77586
-----------------------------------------------------------------------------
          001516652


          Morrissette, Jon                        Unknown
          A-12 Brogan Manor
          Auburn           NY 13021
-----------------------------------------------------------------------------
          000160329


          Morrow, Nancy K.                        Unknown
          4879 Seven Pines Rd.
          Barnwell         SC 29812
-----------------------------------------------------------------------------
          001581374


          Morse, Dennis G.                        Unknown
          12 Spruce Drive
          Havre            MT 59501
-----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001582875

Morse, IV. James H.                          Unknown
3224 S. Newcombe St. # 2104
Lakewood          CO 80227

-------------------------------------------------------------------------------

001488520

Morten, Susan J                              Unknown
5205 Buena Vista
Shawnee Mission    KS 66205

-------------------------------------------------------------------------------

001528087

Mortensen, Glen A.                           Unknown
326 10th Ave. SW
Great Falls        MT 59404

-------------------------------------------------------------------------------

001487941

Mortensen, Janice M                          Unknown
P. O. Box 809
Algodones          NM 87001

-------------------------------------------------------------------------------

001528393

Mortensen, Tawnya L.                         Unknown
54020 Co. Rd. C.
Center             CO 81125

-------------------------------------------------------------------------------

001549759

Mortha, Steve R.                             Unknown
6767 Academy Ne.
Albuquerque        NM 87109

-------------------------------------------------------------------------------

001569870

Morthland, Dorothy L.                        Unknown
2009 W. 83Rd. St.
Leawood            KS 66206

-------------------------------------------------------------------------------

001491889

Morton,  Ray L.                              Unknown
790 South Stout
Blackfoot          ID 83221

-------------------------------------------------------------------------------

001497059

Morton, Barbara F.                           Unknown
248 North Fourth Street
Albemarle          NC 28001

-------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001569679

Morton, Barry M.                        Unknown
3022 Circles End
Charlotte        NC 28226

----------------------------------------------------------------

001488185

Morton, James E.                        Unknown
1913 Summerwalk Drive
Va Beach         VA 23456

----------------------------------------------------------------

000138477

Morton, Krista L.                       Unknown
7245 Winery Lane
Charlotte        NC 28227

----------------------------------------------------------------

001534368

Morton, Shara                           Unknown
2577 F.M. 1177
Wichita Falls    TX 76306

----------------------------------------------------------------

001564260

Morton, Sheila A.                       Unknown
2155 Winrock #1
Houston          TX 77057

----------------------------------------------------------------

000159882

Morvant, Jason C.                       Unknown
14410 Sweetbay Road
Abbeville        LA 70510

----------------------------------------------------------------

001569902

Mosbauer, Sue E.                        Unknown
3607 Blue Ridge Blvd.
Indep            MO 64052

----------------------------------------------------------------

001561529

Moscar, Jennifer J.                     Unknown
7 Continental
Hilton Head      SC 29928

----------------------------------------------------------------

000135733

Moseley, Darlene B.                     Unknown
303 Judy lane
Dripping Springs  TX 78620

----------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001553806


Moser, Nadine L.                       Unknown
14923 Eagle Run
San Antonio       TX 78233
---------------------------------------------------------------------------

001567163


Moses, Candy J.                        Unknown
4021 Woodriver #816
Corpus Christi    TX 78410
---------------------------------------------------------------------------

000117081


Moses, Jeffrey H.                      Unknown
3486 Northshore Road
Columbia          SC 29206
---------------------------------------------------------------------------

001577358


Moses, Johnny                          Unknown
1519 E. Madison St. Apt. 302
Seattle           WA 98122
---------------------------------------------------------------------------

001603660


Moses, Mike                            Unknown
3306 Bali
Corpus Christi    TX 78418
---------------------------------------------------------------------------

001562143


Mosher, Kevin M.                       Unknown
5904 N. Oak
Spokane           WA 99205
---------------------------------------------------------------------------

001519172


Mosier, Debbie A.                      Unknown
1138 Ascott Valley Drive
Duluth            GA 30155
---------------------------------------------------------------------------

000117659


Mosley, Jacquelyn M.                   Unknown
P.O. Box 438
West Blocton      AL 35184
---------------------------------------------------------------------------

001560283


Mosley, Jimmy                          Unknown
1920 Alfred Ln. #53
Bossier City      LA 71112
---------------------------------------------------------------------------
```

INTERNATIONAL HERITAGE          of 1675
                                                                     Page: 1016
                        Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim

        000116940

        Mosley, Judy S.                          Unknown
        P.O. Box 407
        West Blocton      AL 35184
---------------------------------------------------------------------------

        001542620

        Mosley, Rhonda                           Unknown
        221 Cervidae Dr.
        Apopka            FL 32703
---------------------------------------------------------------------------

        001565303

        Moss, Casey A.                           Unknown
        11358 Poppy Dr.
        Neosho            MO 64850
---------------------------------------------------------------------------

        001583461

        Moss, Deborah G.                         Unknown
        Rt. 2, Box 208-1
        Bernice           LA 71222
---------------------------------------------------------------------------

        001502506

        Moss, Jim C.                             Unknown
        711 Crockett Dr.
        Webb City         MO 64870
---------------------------------------------------------------------------

        001584648

        Moss, Lonnie D.                          Unknown
        21861 Laurel Ln.
        Oronogo           MO 64855
---------------------------------------------------------------------------

        000138134

        Moss, Lula V                             Unknown
        1354 Rosewood Lane
        Lancaster         TX 75146
---------------------------------------------------------------------------

        000135701

        Moss, Pamela A.                          Unknown
        Rt 2 Box 22R
        Rockwall          TX 75087
---------------------------------------------------------------------------

        001534814

        Moss, Ronald E.                          Unknown
        Po Box 424
        Derby             VT 05829
---------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001615007


Motsinger, Richard L.                    Unknown
Po Box 1369
Thomasville        NC 27361
------------------------------------------------------------------------

000112730


Mott, William M.                         Unknown
111 Harrogate Lane
Thomasville        GA 31792
------------------------------------------------------------------------

001563988


Moua, Chieng                             Unknown
800 Link Dr Apt #311
Duncanville        TX 75116
------------------------------------------------------------------------

001515776


Moulton, Nancy J.                        Unknown
277 Franklin St.
White Hall         IL 62092
------------------------------------------------------------------------

000143607


Mount, Ricky L.                          Unknown
417 Tanglewood Dr
Houma              LA 70364
------------------------------------------------------------------------

001572279


Mountain Mobile Estates Inc.             Unknown
225 Painted Hills Rd.
Bozeman            MT 59715
------------------------------------------------------------------------

001608660


Mounts Shirley S                         Unknown
184 Jackson
Liberty            MO 64068
------------------------------------------------------------------------

001564181


Mourning, Dan F.                         Unknown
722 Lomas N.W.
Albuquerque        NM 87102
------------------------------------------------------------------------

001611264


Mousa, Thomas                            Unknown
165 Markland Lane
Crowley            LA 70526
------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001609530 | |
| Mouw, Gina F.<br>1105 Peyton<br>Emporia          KS 66801 | Unknown |
| 001535330 | |
| Mow, Jody K<br>13315 Peyton Dr.<br>Dallas          TX 75240 | Unknown |
| 001597940 | |
| Mowers, Carole A.<br>7313 Mine Shaft Road<br>Raleigh          NC 27615 | Unknown |
| 001514979 | |
| Mowry, Dearborn R.<br>9703 Windy Hollow Dr.<br>Irving          TX 75063 | Unknown |
| 001525805 | |
| Mowry, Donald W.<br>12648 W. 82nd St.<br>Lenexa          KS 66215 | Unknown |
| 001570928 | |
| Mowry, Patricia A<br>700 NW 73Rd Terrace<br>Plantation          FL 33317 | Unknown |
| 001553574 | |
| Mowry, Ronald A.<br>2026 E. Colorado Ave.<br>Nampa          ID 83686 | Unknown |
| 001589006 | |
| Moya, Karen M<br>682 W. Warrior Trl<br>Grand Praire     TX 75052 | Unknown |
| 001595640 | |
| Moye, Alice F.<br>Rt 4 Box 1331 B<br>Livingston       TX 77351 | Unknown |

                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001459975

        .
        Mr. & Mrs. Thomas O. Vinet                 Unknown
        37164 Shadow Court
        Prairieville      LA 70769
------------------------------------------------------------------------------------
        001599687


        Mu, Limin                                  Unknown
        1611 Laurel Avenue #1109
        Knoxville         TN 37916
------------------------------------------------------------------------------------
        001569813


        Mueller, Charles D.                        Unknown
        2599 Buck Knife
        Chuluota          FL 32766
------------------------------------------------------------------------------------
        001588984


        Mueller, Jennifer A.                       Unknown
        S. 6804 Prairie View Lane
        Spokane           WA 99223
------------------------------------------------------------------------------------
        001507418


        Mueller, Joyce                             Unknown
        5530 Pine Hill Lane
        Jacksonville      FL 32244
------------------------------------------------------------------------------------
        001588862


        Mueller, Natascha R.                       Unknown
        S. 6804 Prairie View Lane
        Spokane           WA 99223
------------------------------------------------------------------------------------
        001583648


        Mueller, Roland H.                         Unknown
        S. 6804 Prairie View Lane
        Spokane           WA 99223
------------------------------------------------------------------------------------
        001591086


        Mueller, Steve F.                          Unknown
        715 Kodiak Dr.
        Burlington        WA 98233
------------------------------------------------------------------------------------
        001599528


        Mueth, Edward D.                           Unknown
        1136 Brownell Ave
        St Louis          MO 63122
------------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

Creditors Names and                          Total Amt
Mailing Address/ Zip Code                     of Claim

001564959

Muhich, Kevin B.                              Unknown
404 North Shore
Mahomet Champaign   IL 61853
-----------------------------------------------------------------------------

001565082

Muhick, Brian W.                              Unknown
404 North Shore Drive
Maaomet            IL 61853
-----------------------------------------------------------------------------

000131838

Muir, David A.                                Unknown
8034 Via Latina
Burbank            CA 91504
-----------------------------------------------------------------------------

001601514

Muir, Terry A.                                Unknown
2150 Lakeview Dr
Eugene             OR 97408
-----------------------------------------------------------------------------

001580762

Muldoon, Stormy G.                            Unknown
212 Woodcrest
Hot Springs        AR 71913
-----------------------------------------------------------------------------

001576332

Mulkey, Natalie                               Unknown
Rt. 4 Box 61-A
Farmville          LA 71241
-----------------------------------------------------------------------------

001503927

Mull, George P.                               Unknown
2238 N. Brook III School Road
Vale               NC 28168
-----------------------------------------------------------------------------

001538789

Mullen, James H.                              Unknown
7713 Lower Crab Creek Rd. W.
Royal City         WA 99357
-----------------------------------------------------------------------------

001585541

Mullen, Mary P.                               Unknown
40875 Kay Ave
Homer              AK 99603
-----------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE
                            Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001595576 | |
| Mullens, Vernette<br>1627 Kyle Road<br>Clute          TX 77531 | Unknown |
| 001530657 | |
| Mullinix, Joanne<br>164 W. Limestone Rd.<br>Hazel Green     AL 35750 | Unknown |
| 001502449 | |
| Mullins, Deborah<br>9007 Canoga<br>Wolfforth      TX 79382 | Unknown |
| 001457920 | |
| Mullins, Joanne<br>769 dlynn drive<br>hazelgreen     AL 35750 | Unknown |
| 000116805 | |
| Mullins, Lana K.<br>2517 -A Tollgate Rd. SE<br>Huntsville      AL 35801 | Unknown |
| 001536061 | |
| Mullins, Linda J.<br>Rt. 1 Box 337<br>Brumley        MO 65017 | Unknown |
| 001604680 | |
| Mullins, Marsha K<br>1059 Rockport Rd<br>Wesson        MS 39191 | Unknown |
| 000118089 | |
| Mullins, Preston<br>1059 Rockport Rd.<br>Wesson        MS 39191 | Unknown |
| 001573832 | |
| Mullins, Rebecca P.<br>4211 Bettis    Apt. B<br>Houston        TX 77027 | Unknown |

Unsecured Creditors -- Sales Representatives

Creditors Names and                       Total Amt
Mailing Address/ Zip Code                 of Claim


001489292


Mulvaney, George R.                       Unknown
18311 Cape Bahamas
Nassua Bay        TX 77058
------------------------------------------------------------------------

001570272


Mulvany, Glenn A.                         Unknown
Rt. 9 Box 1630 A
Livingston        TX 77351
------------------------------------------------------------------------

001607309


Mumm, Cory                                Unknown
5362 N. West Road Lot 47
Bellingham        WA 98225
------------------------------------------------------------------------

001584619


Mumm, Justin T                            Unknown
155 Skyview Dr.#J101
Reno              NV 89523
------------------------------------------------------------------------

001542834


Munch, Jr. Warren W.                      Unknown
822 Rustic Oaks Dr.
Palm Harbor       FL 34684
------------------------------------------------------------------------

001522796


Munday, Linda L.                          Unknown
311 Carolina Avenue
Lynn Haven        FL 35444
------------------------------------------------------------------------

001596312


Mundell Jr., Melvin L.                    Unknown
P.O. Box 852
Sequim            WA 98382
------------------------------------------------------------------------

001577472


Mundt, Helmut A.                          Unknown
188 Carmel Dr.
Mandeville        LA 70448
------------------------------------------------------------------------

001507781


Munger, Andrew S.                         Unknown
4380 White Pine Avenue
Orlando           FL 32811
------------------------------------------------------------------------

```
                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001604906


        Munoz, Hector*                          Unknown
        106 E 5Th St Apt 1
        Bishop          TX 78343
---------------------------------------------------------------------------

        001588634


        Munoz, Samuel B                         Unknown
        1602 W.Lynwood St.
        Phoenix         AZ 85007
---------------------------------------------------------------------------

        001606621


        Munroe, Dianne J.                       Unknown
        3440 61st SW
        Seattle         WA 98116
---------------------------------------------------------------------------

        001572314


        Munsch, Rosemarie A.                    Unknown
        5412 Page Dr.
        Wichita Falls   TX 76306
---------------------------------------------------------------------------

        001607856


        Munsell, Goldie M.                      Unknown
        76862 Schroader Road
        Clatskanie      OR 97016
---------------------------------------------------------------------------

        001577936


        Munzel, Gregory T.                      Unknown
        6421 Conservancy Rd.
        Williamsburg    VA 23185
---------------------------------------------------------------------------

        001574402


        Munzel, Thomas L.                       Unknown
        6421 Conservancy Rd.
        Williamsburg    VA 23185
---------------------------------------------------------------------------

        000103437


        Murdoch, Carol J.                       Unknown
        308 Wakefield Lane
        Augusta         GA 30907
---------------------------------------------------------------------------

        001590713


        Murdoch, Gary P.                        Unknown
        1297 Regency Drive
        Eugene          OR 97401
---------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE            Page: 1024
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        000129093


        Murdock, Brenda S.                       Unknown
        HC 82 Box 9050
        Malta          MT 59538
--------------------------------------------------------------------------------
        001488001


        Murdock, James A.                        Unknown
        Hc60 Box 127(10 Miles N.)
        Whitewater     MT 59544
--------------------------------------------------------------------------------
        000129321


        Murdock, Jeannette G.                    Unknown
        HC 82 Box 9050
        Malta          MT 59538
--------------------------------------------------------------------------------
        001509245


        Murdock, Ryan S.                         Unknown
        482 East 1834 South
        Orem           UT 84058
--------------------------------------------------------------------------------
        001604645


        Muro, Eileen                             Unknown
        724 Blanch Ave
        Norwood        NJ 07648
--------------------------------------------------------------------------------
        001459939


        Murphy Clayton                           Unknown
        1403 B Loop 336 West
        Conroe         TX 77304
--------------------------------------------------------------------------------
        001515989


        Murphy Jr., LeRoy "Butch" B.             Unknown
        9350 Lakewood Shores Road
        Rice           MN 56367
--------------------------------------------------------------------------------
        001573718


        Murphy Jr., William C.                   Unknown
        1556 Twin Palms Drive
        Palm Springs   CA 92264
--------------------------------------------------------------------------------
        001490097


        Murphy, Allegra W                        Unknown
        2900 Nw 24Th Avenue
        Ft Lauderdale  FL 33311
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


Creditors Names and                          Total Amt
Mailing Address/ Zip Code                     of Claim


001581228


Murphy, Amy T.                                Unknown
2757 Samples Rd
Cumming          GA 30041
---------------------------------------------------------------------

001464508


Murphy, Angela V. *                           Unknown
1037 McGill Park Ave.
Atlanta          GA 30312
---------------------------------------------------------------------

001601504


Murphy, James M.                              Unknown
14131 Meandering Way
Dallas           TX 75240
---------------------------------------------------------------------

001485290


Murphy, Kenneth E.                            Unknown
3209 Emerald Street
Bedford          TX 76021
---------------------------------------------------------------------

001531741


Murphy, Kristen M.                            Unknown
116 65Th St.
W. New York      NJ 07053
---------------------------------------------------------------------

000130492


Murphy, Lois A.                               Unknown
217 Linden Street
Anaconda         MT 59711
---------------------------------------------------------------------

001538538


Murphy, Melba C.                              Unknown
4303 Hwy 56 North
Waynesboro       GA 30830
---------------------------------------------------------------------

001472345


Murphy, Patricia S.                           Unknown
2211 Ashwood Ct.
Carrollton       TX 75006
---------------------------------------------------------------------

001508414


Murphy, Peter                                 Unknown
1516 Meadow Ridge Court
Mansfield        TX 76063
---------------------------------------------------------------------

      Creditors Names and                    Total Amt
      Mailing Address/ Zip Code              of Claim


      001593444


      Murphy, Sandy P.                       Unknown
      1839 S. Maple
      Carthage          MO 64836
--------------------------------------------------------------------------
      001466649


      Murphy, Stephanie T.                   Unknown
      16737 W. 157Th St.
      Olathe            KS 66062
--------------------------------------------------------------------------
      001586087


      Murphy, Wendy R.                       Unknown
      Po Box 81
      Mossyrock         WA 98564
--------------------------------------------------------------------------
      000129113


      Murphy-Hatcher, Jolynn                 Unknown
      302 Diane Drive
      Anaconda          MT 59711
--------------------------------------------------------------------------
      001543435


      Murrah, Royce G.                       Unknown
      7410 Alamo Summit Dr.
      Las Vegas         NV 89129
--------------------------------------------------------------------------
      001590181


      Murray Winifred D                      Unknown
      6102 Retta
      Houston           TX 77016
--------------------------------------------------------------------------
      001607084


      Murray, Earl L.                        Unknown
      4303 Carlisle Ave.
      Kansas City       MO 64133
--------------------------------------------------------------------------
      001607122


      Murray, Edward M.                      Unknown
      3606 Dogwood Drive
      Greensboro        NC 27403
--------------------------------------------------------------------------
      001544083


      Murray, Jennifer L.                    Unknown
      915 Madison Avenue
      East Butler       PA 16092
--------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE       Page: 1027
                              Unsecured Creditors -- Sales Representatives

    Creditors Names and                       Total Amt
    Mailing Address/ Zip Code                 of Claim

    001507732

    Murray, Lucy A.                           Unknown
    5911 Quintard
    San Antonio      TX 78214
----------------------------------------------------------------------------
    001530854

    Murray, Maryann S.                        Unknown
    23927 Spring Forks
    Spring           TX 77373
----------------------------------------------------------------------------
    000129423

    Murray, Michael W.                        Unknown
    6610 Belgian Place
    Shepherd         MT 59079
----------------------------------------------------------------------------
    001558843

    Murray, Pat K.                            Unknown
    4602 County Rd. 471
    Melissa          TX 75454
----------------------------------------------------------------------------
    000153042

    Murrell Jr., Reggie L.                    Unknown
    328 Overbrook Rd.
    Pineville        LA 71360
----------------------------------------------------------------------------
    000147907

    Murrell Sr., Reginald                     Unknown
    7015 Monroe Hwy
    Pineville        LA 71360
----------------------------------------------------------------------------
    000147887

    Murrell, Stephen R                        Unknown
    7015 Monroe Hwy
    Pineville        LA 71360
----------------------------------------------------------------------------
    001548955

    Murrow, Gary D.                           Unknown
    11355 Zapata Ave #10
    San Diego        CA 92126
----------------------------------------------------------------------------
    001523979

    Murrow, Gary L.                           Unknown
    2700 East Valley Parkway
    Escondido        CA 92027
----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001523975


Murrow, J. Derek                       Unknown
2700 East Valley Parkway #74
Escondido        CA 92027
---------------------------------------------------------------------------

001521178


Murry, Connie L                        Unknown
2127 East Rowan
Spokane          WA 99207
---------------------------------------------------------------------------

001595193


Muse, Linda G                          Unknown
9283 Savanna Drive
Shreveport       LA 71118
---------------------------------------------------------------------------

001546045


Muske, Dorothy B.                      Unknown
1204 Defoors Mill Drive
Atlanta          GA 30318
---------------------------------------------------------------------------

001512712


Musmaker, Pat                          Unknown
6406 Lakewood Circle
Corpus Christi   TX 78413
---------------------------------------------------------------------------

000124296


Musser, Craig M.                       Unknown
7905 Coastway
Rowlett          TX 75088
---------------------------------------------------------------------------

001606285


Mustain, Bryan T                       Unknown
402 S Volland
Kennewick        WA 99336
---------------------------------------------------------------------------

000143848


Muzaffar, Sheix A.                     Unknown
9601 Sw. 142 Ave. Apt. 1031
Miami            FL 33186
---------------------------------------------------------------------------

000145212


Muzaffarr, Shazad H.                   Unknown
11531 S.W. 97 St
Miami            FL 33176
---------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                  INTERNATIONAL HERITAGE              page 1529
                        Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 000104021 | |
| Myatt Sr., Jim R.<br>4325 Clubhouse Dr., Apt H-16<br>Alexandria        LA 71303 | Unknown |
| 001587192 | |
| Myers Family Living Trust<br>2701 Broadwater Avenue<br>Billings        MT 59102 | Unknown |
| 001599720 | |
| Myers, Bonnie J<br>14398 Rios Canyon Rd<br>Elcayon        CA 92021 | Unknown |
| 001460009 | |
| Myers, Douglas O.<br>939 Scotch Elm Dr.<br>Loveland        CO 80538 | Unknown |
| 001478966 | |
| Myers, Flor<br>2055 West 53rd Avenue<br>Denver        CO 80221 | Unknown |
| 001574704 | |
| Myers, Hollie D.<br>719 Redwood Bend<br>Pearland        TX 77584 | Unknown |
| 001586484 | |
| Myers, Jeffrey W.<br>20617 Rt 6<br>Weston        OH 43569 | Unknown |
| 001588157 | |
| Myers, Jr. Sidney C.<br>1015 S. State Street<br>Madisonville        TX 77864 | Unknown |
| 001478836 | |
| Myers, Judith Hayden<br>5 Finch St.<br>New Orleans        LA 70124 | Unknown |

Unsecured Creditors -- Sales Representatives


     Creditors Names and                    Total Amt
     Mailing Address/ Zip Code              of Claim


     001595622


     Myers, Kirsten K.                       Unknown
     7309 NW Davis Court
     Weatherby Lake      MO 64152
------------------------------------------------------------------------
     001542612


     Myers, Larry L                          Unknown
     3102 South 11th Street
     Terre Haute        IN 47802
------------------------------------------------------------------------
     001593938


     Myers, Leta M.                          Unknown
     6033 Hugo
     Corpus Christa      TX 78412
------------------------------------------------------------------------
     001599617


     Myers, Merrill M.                       Unknown
     3701 Gun Club Road #90
     Yakima             WA 98901
------------------------------------------------------------------------
     001553226


     Myers, Nathaniel D.                     Unknown
     15218 Hornback Rd.
     Smithville         MO 64089
------------------------------------------------------------------------
     001552019


     Myers, Robert W.                        Unknown
     2226 Avenue A
     Grand Prairie      TX 75051
------------------------------------------------------------------------
     001456661


     Myers, Roger S.                         Unknown
     939 Scotch Elm Dr.
     Loveland           CO 80538
------------------------------------------------------------------------
     001602805


     Myers, Sasha M*                         Unknown
     6505 Nelson Rd #67
     Lake Charles       LA 70605
------------------------------------------------------------------------
     001474636


     Myers, Selina M.                        Unknown
     4344 Deephaven Court
     Denver             CO 80239
------------------------------------------------------------------------

                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000148988


        Myers, Sue Ann                         Unknown
        2226 Avenue A
        Grand Prairie      TX 75051
--------------------------------------------------------------------------------
        001559897


        Myers, Troy J.                         Unknown
        2716 Holly Springs Dr.
        Pearland           TX 77584
--------------------------------------------------------------------------------
        000110774


        Myers, William A.                      Unknown
        1791 Dunbarton Dr.
        Charleston         SC 29407
--------------------------------------------------------------------------------
        001549608


        Myers, William T.                      Unknown
        1221 Gunsmith Ct.
        Virginia Beach     VA 23464
--------------------------------------------------------------------------------
        001570408


        Myette, D'Arcy L                       Unknown
        1379 Polinder Rd
        Lynden             WA 98264
--------------------------------------------------------------------------------
        001473436


        Myhre, James A.                        Unknown
        6550 Cliffbrook Drive
        Dallas             TX 75240
--------------------------------------------------------------------------------
        001481042


        Myhre, Jon P                           Unknown
        6550 Cliffbrook Drive
        Dallas             TX 75240
--------------------------------------------------------------------------------
        001473421


        Myhre, Karolyn L.                      Unknown
        6550 Cliffbrook
        Dallas             TX 75240
--------------------------------------------------------------------------------
        001509181


        Myler, Amy J.                          Unknown
        895 W. 150 N.
        Blackfoot          ID 83221
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

Creditors Names and                         Total Amt
Mailing Address/ Zip Code                    of Claim

001492872

Myles, Irene M.                              Unknown
161 Swedes Ave.
Shreveport        LA 71105
-----------------------------------------------------------------------------------

001529378

Myrha, Coleen                                Unknown
1890 Golden Eagle Ct.
Broomfield        CO 80020
-----------------------------------------------------------------------------------

001572730

Myrick, Jerry R.                             Unknown
Po Box 448
Higginsville      MO 64037
-----------------------------------------------------------------------------------

001584597

Myrmo, George A.                             Unknown
3600 Franklin Blvd Lane
Eugene            OR 97403
-----------------------------------------------------------------------------------

001580672

Myron, Carrie A.                             Unknown
11013 W. Broward Blvd.
Plantation        FL 33324
-----------------------------------------------------------------------------------

001587899

N J S Enterprises Inc.                       Unknown
4401 Shallowford Rd. #184
Roswell           GA 30075
-----------------------------------------------------------------------------------

001575951

N-K Enterprises                              Unknown
101 Young Grade Rd
Yakima            WA 98908
-----------------------------------------------------------------------------------

001473562

N. Star Management Group, Inc.               Unknown
530 E. Central Blvd. #1202
Orlando           FL 32801
-----------------------------------------------------------------------------------

001588348

Naber, Lauri J                               Unknown
982 Rio Vista Ave
Eugene            OR 97404
-----------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

000150675

Nader, Melinda M          Unknown
10639 Palm Spring Dr
Boca Raton          FL 33428

---

000127402

Nafzger, Debbie M.          Unknown
Rt.2 Box 261
Fort Scott          KS 66701

---

001530635

Najvar, Bernard B.          Unknown
10606 Atlanta
Corpus Christi          TX 78410

---

001550628

Nakaie, Tadanobu          Unknown
54 W. 16th St. 4-F
New York          NY 10011

---

001532508

Nalley, St. Dorothy J.          Unknown
2115 Orean
Houston          TX 77034

---

001601163

Nam, Taek Y          Unknown
611 Howard St. 129
Glendale          CA 91206

---

001522623

Napier, C. Richard or Judith G          Unknown
724 Huguenot Tr.
Midlothian          VA 23113

---

001558830

Napolitano, James A          Unknown
12915 E 36Th Terrace
Independence          MO 64055

---

001528662

Naquin, Jeffrey P.          Unknown
626 Le Beau St.
Arabi          LA 70032

---

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE
                        Unsecured Creditors -- Sales Representatives

          Creditors Names and                    Total Amt
          Mailing Address/ Zip Code               of Claim

          001574091


          Naquin, Judi A                          Unknown
          626 Lebeau St
          Arabi           LA 70032
--------------------------------------------------------------------------
          001565172


          Naquin, Ned D.                          Unknown
          309 Tamarack St.
          Gretna          LA 70056
--------------------------------------------------------------------------
          001464992


          Narain, Sat                             Unknown
          8029 Bristol Pike
          Levittown       PA 19057
--------------------------------------------------------------------------
          001592361


          Nardini, Janet L.                       Unknown
          2509 Kimberly
          Garland         TX 75040
--------------------------------------------------------------------------
          001569423


          Nastulski, Robert J.                    Unknown
          732 Silverthorne Trail
          Highland Village  TX 75067
--------------------------------------------------------------------------
          001598436


          Nathan R. Hull                          Unknown
          3433 Se Lostine Rd.
          Columbus        KS 66725
--------------------------------------------------------------------------
          000119637


          Nation, Luther                          Unknown
          P.O. Box 1439 Hwy 167 N.
          Winnfield       LA 71483
--------------------------------------------------------------------------
          001536453


          Natt, Rajiqbal S.                       Unknown
          8421-Amrita Ct.
          Sacramento      CA 95828
--------------------------------------------------------------------------
          001544648


          Nault, Karee                            Unknown
          1950 S. 299Th Place
          Federal Way     WA 98003
--------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


Creditors Names and                         Total Amt
Mailing Address/ Zip Code                    of Claim


000150561


Nay, Jimmy E.                                Unknown
425 East Third St.
Ayden            NC 28513
------------------------------------------------------------------------

001522536


Naylor, Barbara W.                           Unknown
806 Green Canyon Dr.
Mesquite         TX 75150
------------------------------------------------------------------------

001577342


Neal, Barbara                                Unknown
3030 McKinney Avenue #405
Dallas           TX 75204
------------------------------------------------------------------------

001487841


Neal, Beverly E.                             Unknown
412 Brookvalley Ln.
Dallas           TX 75237
------------------------------------------------------------------------

001586459


Neal, Christopher                            Unknown
171 S. Bayview Ave. #B-48
Freeport         NY 11520
------------------------------------------------------------------------

000106575


Neal, Dave M.                                Unknown
167 Mockingbird Lane
Mocksville       NC 27028
------------------------------------------------------------------------

001579382


Neal, Jill M.                                Unknown
2300 Fountainview #43
Houston          TX 77057
------------------------------------------------------------------------

000105169


Neal, John A.                                Unknown
3214 Rockingham Road North
Greensboro       NC 27407
------------------------------------------------------------------------

001525117


Neal, Judi E.                                Unknown
4289 148Th Ave. Ne J-202
Bellevue         WA 98007
------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001553353

Neal, Lillie J.                          Unknown
1840 Espy Drive Apt. 4-C
Clarksdale        MS 38614
------------------------------------------------------------------------------------

001609537

Nealey, Kelli L                          Unknown
1003 Matlock Drive
Bloomington       IL 61704
------------------------------------------------------------------------------------

001530587

Neaton, Marcia                           Unknown
3051 Frankie Lane
Duluth            GA 30136
------------------------------------------------------------------------------------

001519756

Nebeker, Gaye L.                         Unknown
1068 S. Fremont Rd.
Bountiful         UT 84010
------------------------------------------------------------------------------------

001506820

Nebeker, William B                       Unknown
4294 E 3000 N
Murtaugh          ID 83344
------------------------------------------------------------------------------------

001479421

Nedd, Carlus                             Unknown
1000 Cardiff Ln
Nedwood City      CA 94061
------------------------------------------------------------------------------------

001515824

Needles, Glynn L.                        Unknown
P.O. Box 503
Hamilton          MT 59840
------------------------------------------------------------------------------------

001584030

Neel, Robert                             Unknown
137 Oakhaven Lane
Farmerville       LA 71241
------------------------------------------------------------------------------------

001553617

Neeper, Linda S.                         Unknown
414 N. 9th St.
Beasley           TX 77417
------------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001597653


Neer, David W.                           Unknown
10695 Santa Fe
Reno            NV 89506
```
---
```
000136611


Neer, Judy A.                            Unknown
301 N. Johnson Dr.
Odessa          MO 64076
```
---
```
001514569


Neese, Joseph E.                         Unknown
3117 D Darden Rd.
Greensboro      NC 27407
```
---
```
001599175


Negrete, Agustin                         Unknown
2210 Anacna Circle
Edinburg        TX 78539
```
---
```
001559817


Negron, Noel                             Unknown
9610 Sweet Ivy Drive
Tampa           FL 33647
```
---
```
001596460


Negron, Ruth                             Unknown
3781 Tommy Drive
Powder Springs  GA 30127
```
---
```
001601244


Nehring, Theodore R.                     Unknown
5050 Columbus Street S E #38
Albany          OR 97321
```
---
```
001539843


Neiffer, Jannie D.                       Unknown
10142 S E E. Road
Othello         WA 99344
```
---
```
001564102


Neiffer, Nancy L.                        Unknown
5446 S.E. 12 Rd
Othello         WA 99344
```
---

JCH7CLAIM2 98/12/07                      INTERNATIONAL HERITAGE
                              Unsecured Creditors -- Sales Representatives

Creditors Names and                          Total Amt
Mailing Address/ Zip Code                    of Claim

001574667

Neilson, Aaron C.                            Unknown
950 Vintage Hills Parkway
Sparks            NV 89436
------------------------------------------------------------------------------------

001508190

Neilson, Julie E.                            Unknown
314 W. Cherry Ln #3
Meridian          ID 83642
------------------------------------------------------------------------------------

001594767

Neisen, Dan                                  Unknown
125 N. Meridian St.
Belle Plaine      MN 56011
------------------------------------------------------------------------------------

001595079

Neisen, Lee                                  Unknown
10708 Trenton Lane North
Osseo             MN 55369
------------------------------------------------------------------------------------

001594730

Neisen, Matt                                 Unknown
6735 50Th Street
Webster           MN 55088
------------------------------------------------------------------------------------

001606117

Neisen, Mike J.                              Unknown
310 W. Main
Artigton          MN 55307
------------------------------------------------------------------------------------

001595086

Neisen, Robert                               Unknown
6735 50th
Webster           MN 55088
------------------------------------------------------------------------------------

001456626

Nejedlo, Mary A.                             Unknown
5688 W. Abraham
Glendale          AZ 85308
------------------------------------------------------------------------------------

000115067

Nelson, Arthur E.                            Unknown
4677 Teakwood Dr.
Myrtle Beach      SC 29575
------------------------------------------------------------------------------------

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001613807


        Nelson, Barry L                        Unknown
        5081 Preston Rd
        Martinsville      VA 24112
-----------------------------------------------------------------------------
        001581872


        Nelson, Benjamin A.                    Unknown
        110 Riser
        Columbia          LA 71418
-----------------------------------------------------------------------------
        000129217


        Nelson, Bo D.                          Unknown
        1105 N. 22Nd Apt. #201B
        Billings          MT 59101
-----------------------------------------------------------------------------
        001568960


        Nelson, Curt                           Unknown
        11106 W. 115th TERR
        Overland Park     KS 66210
-----------------------------------------------------------------------------
        001500446


        Nelson, Deborah L.                     Unknown
        506 Saint Anthony
        Lakin             KS 67860
-----------------------------------------------------------------------------
        001517460


        Nelson, Deborah S.                     Unknown
        10629 N. Harrison
        Kansas City       MO 64155
-----------------------------------------------------------------------------
        001562127


        Nelson, Dennis L.                      Unknown
        7515 N. Fox Point Dr.
        Spokane           WA 99208
-----------------------------------------------------------------------------
        001525486


        Nelson, Douglas L.                     Unknown
        3618 Mohawk Drive
        Mt. Vernon        WA 98273
-----------------------------------------------------------------------------
        001486904


        Nelson, Erik R                         Unknown
        315 Florida Blvd
        Merritt Island    FL 32953
-----------------------------------------------------------------------------

                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001541992


        Nelson, Fred J.                         Unknown
        3015 West Maplewood
        Bellingham       WA 98225
-------------------------------------------------------------------------------
        001598203


        Nelson, Gary                            Unknown
        15 Tanyard Lane
        Bella Vista      AR 72714
-------------------------------------------------------------------------------
        000128587


        Nelson, George H.                       Unknown
        822 East Sebree
        Dillon           MT 59725
-------------------------------------------------------------------------------
        000115490


        Nelson, Glenda L.                       Unknown
        123 Old Abbeville Highway
        Greenwood        SC 29649
-------------------------------------------------------------------------------
        001539706


        Nelson, Helen Jean                      Unknown
        305 W. Stark
        Seagoville       TX 75159
-------------------------------------------------------------------------------
        001466467


        Nelson, Jerry & Patrica                 Unknown
        P.O. Box 1328
        Winnie,          TX 77665
-------------------------------------------------------------------------------
        001595796


        Nelson, Joe                             Unknown
        19101 Nw Collins Rd
        Hillsboro        OR 97124
-------------------------------------------------------------------------------
        001586760


        Nelson, John R.                         Unknown
        9103 W. 72 Cd. Apt. 206
        Merriam          KS 66204
-------------------------------------------------------------------------------
        001595794


        Nelson, Jon W.                          Unknown
        4633 Sw 201 St Ave
        Aloha            OR 97007
-------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001460611

Nelson, Kevin                                  Unknown
405 Mason Rd.
Richland          MT 59260
------------------------------------------------------------------------

001496106

Nelson, Laura J                                Unknown
573 2nd St East
Hansen            ID 83334
------------------------------------------------------------------------

001548481

Nelson, Leslie L                               Unknown
H C 61 Box 23B Fanning Hill Rd
Loring            MT 59537
------------------------------------------------------------------------

001557985

Nelson, Lisa                                   Unknown
31 L St #110
Salt Lake         UT 84103
------------------------------------------------------------------------

001523151

Nelson, Marvin L.                              Unknown
895 E. Franklin Road
Meridian          ID 83642
------------------------------------------------------------------------

001526856

Nelson, Nancy B.                               Unknown
1066 Harden Chapel Road
Lyons             GA 30436
------------------------------------------------------------------------

001468944

Nelson, Patricia A.                            Unknown
Rt. 1  Walker Rd  Box 154 JJ
Ware Shoals       SC 29692
------------------------------------------------------------------------

000128925

Nelson, Randy G.                               Unknown
30 McIntire Drive
Belle Mead        NJ 08502
------------------------------------------------------------------------

001591852

Nelson, Sandra R.                              Unknown
130 E Railroad Ave #12
Reardan           WA 99029
------------------------------------------------------------------------

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001509616


        Nelson, Sarah                          Unknown
        4280 Cemetary Rd. Box 8
        Springdale      WA 99173
--------------------------------------------------------------------------------
        001585219


        Nelson, Stan F.                        Unknown
        8000 Berger Ave.
        Kansas City     KS 66111
--------------------------------------------------------------------------------
        001602194


        Nelson, Tanya R.                       Unknown
        10851 N 43Rd Ave #121
        Phoenix         AZ 85029
--------------------------------------------------------------------------------
        001528269


        Nelson, Tonia R.                       Unknown
        1206 Heather Lane
        Central Point   OR 97501
--------------------------------------------------------------------------------
        001541639


        Nelson, Tony D.                        Unknown
        Rt. 6 Box 240
        Galax           VA 24333
--------------------------------------------------------------------------------
        001469671


        Nelson, Wanda J.                       Unknown
        2116 Oakpoint Ct.
        Columbia        MO 65203
--------------------------------------------------------------------------------
        001498563


        Nelson, Wendy M.                       Unknown
        18800 West 116Th St.
        Olathe          KS 66061
--------------------------------------------------------------------------------
        001563359


        Nelson, Wendy T.                       Unknown
        26 Blake Terrace Se
        Cedar Rapids    IA 52403
--------------------------------------------------------------------------------
        001603058


        Nelson-Harrel Tamara                   Unknown
        2542 Mangan St.
        Eugene          OR 97402
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001542512


Nercessian, Edward J.                    Unknown
1733 H Street
Blaine          WA 982305107
-----------------------------------------------------------------------------

000146332


Nesbit, Daniel M.                        Unknown
312 Wild Horse Lane
Mt. Pleasant     SC 29464
-----------------------------------------------------------------------------

001597970


Nesbitt, Alphonso                        Unknown
104 Scottswood Drive
North Charleston  SC 29418
-----------------------------------------------------------------------------

001457403


Nesbitt, Charlie G.                      Unknown
3906 Cutting Horse Avenue
North Las Vegas   NV 89030
-----------------------------------------------------------------------------

000161553


Nesbitt, Jeffrey                         Unknown
17231 No. 29Th Avenue
Phoenix          AZ 85023
-----------------------------------------------------------------------------

001582209


Nesdill, Julie S                         Unknown
1125 E Palmaire Ave
Phoenix          AZ 85020
-----------------------------------------------------------------------------

001560659


Ness, David A.                           Unknown
6713 Drifting Sands Road
Temple Terrace    FL 33617
-----------------------------------------------------------------------------

001477999


Ness, Shari D.                           Unknown
9812 Manderson Street
Omaha            NE 68134
-----------------------------------------------------------------------------

001495598


Netherton, Ben E                         Unknown
5409 Braircliff Cr
Shreveport       LA 71109
-----------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page 1044
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001600815


        Netterfield, Mitchell                  Unknown
        16163-8A Ave
        South Surrey      BC V4A8W8
--------------------------------------------------------------------------------
        001543917


        Neubauer, Timothy E.                   Unknown
        9029 Crimson Clover Way
        Las Vegas         NV 89134
--------------------------------------------------------------------------------
        001536898


        Neufeld, Daniel D.                     Unknown
        9444 Deer Park
        Quinlan           TX 75474
--------------------------------------------------------------------------------
        001602539


        Neumann, Janet C.                      Unknown
        6310 35Th Way S.E.
        Auburn            WA 98092
--------------------------------------------------------------------------------
        001603180


        Neumann, John                          Unknown
        6310 35Th Way Se
        Auburn            WA 98092
--------------------------------------------------------------------------------
        001608355


        Neumann, Judith A.                     Unknown
        263 Timrod Rd
        Rochester         NY 14617
--------------------------------------------------------------------------------
        001603182


        Neumann, Marjorie                      Unknown
        6310 35Th Way Se
        Auburn            WA 98092
--------------------------------------------------------------------------------
        001589650


        Neumann, Teresita B.                   Unknown
        213 Silver Tail N.
        Huntsville        AL 35824
--------------------------------------------------------------------------------
        001589438


        Nevo, Catherine                        Unknown
        5121 La Fiesta NE
        Albuquerque       NM 87109
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim

001590542

Nevola, Elaine                           Unknown
934 N.W. 92nd Terrace
Plantation        FL 33324
-----------------------------------------------------------------------------

000139581

New Phenix L.L.C                         Unknown
10824 Dogwood
Laporte           TX 77571
-----------------------------------------------------------------------------

001591230

New Suma Co.                             Unknown
7240 Crownwest
Houston           TX 77072
-----------------------------------------------------------------------------

001590655

Newcome, Kenneth B.                      Unknown
273 Raintree Rd.
Virginia Beach    VA 23452
-----------------------------------------------------------------------------

001587737

Newell, Brandon D.                       Unknown
PO Box 3844
Blaine            WA 98231
-----------------------------------------------------------------------------

001590995

Newell, Daniel R.                        Unknown
5931 Birch Point Rd.
Blaine            WA 98230
-----------------------------------------------------------------------------

001582567

Newell, Suzanne S                        Unknown
600 E Main
Homer             LA 71040
-----------------------------------------------------------------------------

000131338

Newland, Mark                            Unknown
680 Elm Tree Lane
Boca Raton        FL 33486
-----------------------------------------------------------------------------

001590506

Newlon, Linda S.                         Unknown
5973 poplar pike apt.3
Memphis           TN 38119
-----------------------------------------------------------------------------

                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001574937


        Newman, Jacqueline S.                   Unknown
        7305 Foxford Avenue N.W.
        Albuquerque       NM 87120
--------------------------------------------------------------------------------
        001601460


        Newman, Jennifer L                      Unknown
        814 Prospect St
        Florence          AL 35630
--------------------------------------------------------------------------------
        001574101


        Newman, Jim                             Unknown
        923 W 4Th
        Webb City         MO 64870
--------------------------------------------------------------------------------
        000139360


        Newman, Scott D.                        Unknown
        174  Adams Street Apt-4
        Newton            MA 02458
--------------------------------------------------------------------------------
        001475359


        Newman, Stephen J.                      Unknown
        31 Hunt Master Ct
        Ormond Beach      FL 32174
--------------------------------------------------------------------------------
        001577378


        Newman, Tracy G.                        Unknown
        1125 West 4Th Street
        Webb City         MO 64870
--------------------------------------------------------------------------------
        001562856


        Newman, Weldon L                        Unknown
        647 Delmar Dr
        Twin Falls        ID 83301
--------------------------------------------------------------------------------
        001584235


        Newman, William H.                      Unknown
        47 E. Chestnut
        Walla Walla       WA 99362
--------------------------------------------------------------------------------
        001594820


        Newport, Dianne L.                      Unknown
        4403 Island Hills
        Houston           TX 77059
--------------------------------------------------------------------------------

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001591824

Newton, Bruce S.                          Unknown
2824 W. 7th Street
Joplin              MO 64802
-----------------------------------------------------------------------------

001525488

Newton, Dewayne                           Unknown
9190 Turtle Point Dr.
Killen              AL 35645
-----------------------------------------------------------------------------

001591801

Newton, James B.                          Unknown
2905 S. Wall
Joplin              MO 64801
-----------------------------------------------------------------------------

001559537

Newton, Jean W.                           Unknown
1330 Coosa River Rd
Deatsville          AL 36022
-----------------------------------------------------------------------------

001606143

Newton, Jonathan J                        Unknown
628 Olive Street
Shreveport          LA 71104
-----------------------------------------------------------------------------

001589151

Newton, Nancy J.                          Unknown
2571 Markwardt
Joplin              MO 64801
-----------------------------------------------------------------------------

001577813

Newton, Sandy And Ray                     Unknown
P.O Box 541
Anchor Point        AK 99556
-----------------------------------------------------------------------------

001572851

Neyens, Jim                               Unknown
8267 Van Buren Rd.
Everson             WA 98247
-----------------------------------------------------------------------------

001605138

Ng, Boonhuat                              Unknown
58-02 Lawrence St
Flushing            NY 11355
-----------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE
                         Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000102700


        Ng, Grace                              Unknown
        718 68th STREET
        Brooklyn          NY 11220
-------------------------------------------------------------------------------

        001569894


        Ng, Joseph                             Unknown
        89-39 96 Street
        Woodhaven         NY 11421
-------------------------------------------------------------------------------

        001522907


        Ng, Ka I.                              Unknown
        9203 48th AVENUE
        Elmhurst          NY 11373
-------------------------------------------------------------------------------

        001609533


        Ng, Ping                               Unknown
        2337 Lemoine Ave.
        Fortlee           NJ 07024
-------------------------------------------------------------------------------

        001581928


        Ngo, Quang                             Unknown
        874 42 St. Apt.C 4
        Brooklyn          NY 11232
-------------------------------------------------------------------------------

        001587739


        Ngo, Sieu Quoc                         Unknown
        916 E. Hellman Ave.
        Monterey Park     CA 91755
-------------------------------------------------------------------------------

        001575601


        Ngugi, Richard M.                      Unknown
        122 Pamela Dr.
        Lafayette         LA 70506
-------------------------------------------------------------------------------

        001516199


        Nguyen, C. Lynn                        Unknown
        10001 White Oak Rd
        Dover,            DE 19901
-------------------------------------------------------------------------------

        001557187


        Nguyen, David C.                       Unknown
        10565 Darwell Court
        Mira Mesa         CA 92126
-------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001587488

Nguyen, Kiet Q.                          Unknown
816 Leland Pl.
Newport News        VA 23608
------------------------------------------------------------------------------

001574846

Nguyen, Wei Wang                         Unknown
900 B Athens Dr
Raleigh             NC 27606
------------------------------------------------------------------------------

001506730

Ni, Xing                                 Unknown
25 E. Broadway Apt. 4Th Fl.
New York            NY 10002
------------------------------------------------------------------------------

001536145

Ni, Zhou J.                              Unknown
326 9th St.
Brooklyn            NY 11215
------------------------------------------------------------------------------

001559003

Nicholas, Charmaine V.                   Unknown
71544 Mirage Rd
Rancho Mirage       CA 92270
------------------------------------------------------------------------------

000110851

Nichols, Andrea L.                       Unknown
105 Beachtree Court
Apex                NC 27502
------------------------------------------------------------------------------

001526607

Nichols, Deborah L.                      Unknown
8710 152Nd Ave
West Olive          MI 49460
------------------------------------------------------------------------------

001538482

Nichols, Debra R.                        Unknown
731 Hadden St
Laurel              MS 39440
------------------------------------------------------------------------------

001540763

Nichols, Judith E                        Unknown
R.R. 04 Box 434
Emporium            PA 15834
------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001572100 | |
| Nichols, Lerlaine<br>15494 W. 67Th Ave.<br>Arvada          CO 80007 | Unknown |
| 000123733 | |
| Nichols, Sharron S. *<br>214 Steeplechase Dr.<br>Irving          TX 75062 | Unknown |
| 000123712 | |
| Nichols, Stefanie L.<br>214 Steeplechase Drive<br>Irving          TX 75062 | Unknown |
| 001589584 | |
| Nichols, William R.<br>1005 Riverwood Pl.<br>Franklin          TN 37069 | Unknown |
| 001590394 | |
| Nicholson, Jr. Joseph R.<br>903 East "A" Avenue<br>Easley          SC 29640 | Unknown |
| 001494596 | |
| Nicholson, Rochelle R<br>16886 N. Hummingbird Lane<br>Nine Mile Falls     WA 99026 | Unknown |
| 001566047 | |
| Nicholson, Scott & Sarah<br>1855 East 3060 South  #2<br>Salt Lake          UT 84106 | Unknown |
| 001577165 | |
| Nicholson, Shawn W.<br>11089 Whirlwind Rd<br>Dodge City          KS 67801 | Unknown |
| 001525186 | |
| Nicholson, Tress D.<br>125 Woodwind Cove<br>Eads          TN 38028 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

000119015

Nick, Garret A.                          Unknown
4058 Quail Run Drive
Provo           UT 84604
--------------------------------------------------------------------

001464143

Nickora, John W.                         Unknown
8194 Rider Road
Imlay City      MI 48444
--------------------------------------------------------------------

001595996

Nicks, Shirley A                         Unknown
12508 W 69St
Shawnee         KS 66216
--------------------------------------------------------------------

001457644

Nicolaus, Edith I.                       Unknown
861 Longview Avenue
Berthoud        CO 80513
--------------------------------------------------------------------

001485206

Nicolson, David                          Unknown
433 N 600 E.
Lindon          UT 84042
--------------------------------------------------------------------

001491265

Nicolson, Jared                          Unknown
P.O. Box 311
Mt. Pleasent    UT 84647
--------------------------------------------------------------------

001598112

Nie, Lei                                 Unknown
13240 E Arabella St
Cerritos        CA 90703
--------------------------------------------------------------------

000150725

Niebauer, Randy                          Unknown
3609 Stonehurst Place
High Point      NC 27265
--------------------------------------------------------------------

000153108

Niebur, Tom M.                           Unknown
602 S. 1St Ave. West
Malta           MT 59538
--------------------------------------------------------------------

INTERNATIONAL HERITAGE

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001589389

Nielsen, Elizabeth                         Unknown
2675 River Summit
Dulth           GA 30097
--------------------------------------------------------------------------

001567304

Nielsen, Erik R.                           Unknown
4027 255Th Place Se
Issaquah        WA 98029
--------------------------------------------------------------------------

001503906

Nielsen, Marjean                           Unknown
P.O. Box 143
Bath            NY 14810
--------------------------------------------------------------------------

001605802

Nielsen, Susan K                           Unknown
21607 Longwood
San Antonio     TX 78259
--------------------------------------------------------------------------

000149930

Nielsen, Suzann M.                         Unknown
521 Cypress Way
Twin Falls      ID 83301
--------------------------------------------------------------------------

001579957

Niemann, Wilma J.                          Unknown
146 American Bank Plaza
Corpus Christi  TX 78475
--------------------------------------------------------------------------

000127389

Niernberger, Nicole R.                     Unknown
112 East 14Th
Hays            KS 67601
--------------------------------------------------------------------------

001562607

Nierste, Linda S.                          Unknown
205 Rustic Ridge
Garland         TX 75040
--------------------------------------------------------------------------

000146481

Niessner, Valeria M.                       Unknown
3823 Sodom Hutchings Rd, N.E
Cortland        OH 44410
--------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001590739


        Nieto, Robert J.                        Unknown
        213 Patricia Road
        Madison          AL 35758
----------------------------------------------------------------------

        001577448


        Nigh, Jeremy K.                         Unknown
        118 Oak Springs Dr.
        Greer            SC 29651
----------------------------------------------------------------------

        001586703


        Nigh, Steven C.                         Unknown
        118 Oak Springs Drive
        Greer            SC 29651
----------------------------------------------------------------------

        001607346


        Nightingale, Jay                        Unknown
        4944 16Th Ave N.
        St. Petersburg    FL 33710
----------------------------------------------------------------------

        001605778


        Nikolaus, Lee Ann                       Unknown
        1411 N. Roca St.
        Mesa             AZ 85213
----------------------------------------------------------------------

        001604910


        Niles, James                            Unknown
        4000 Ne 168 St
        N. Miami Bch      FL 33160
----------------------------------------------------------------------

        001584502


        Niles, Marianne H.                      Unknown
        111 Braddock Rd.
        Williamsburg      VA 23185
----------------------------------------------------------------------

        001579247


        Niles, Michele M M                      Unknown
        54 Spindle Lane
        Hilton           SC 29926
----------------------------------------------------------------------

        001457153


        Nilsen, Mary R.                         Unknown
        1008 Second Avenue
        Toms River        NJ 08757
----------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
|---|---|
| Mailing Address/ Zip Code | of Claim |

001568296

Nim, Danh                              Unknown
175 Flaherty Way
S. Boston        MA 02127
--------------------------------------------------------------------

000153669

Nimetz, Gerald E.                      Unknown
1630 Elizabeth Ave.
Wichita Falls    TX 76301
--------------------------------------------------------------------

000159015

Nimetz, Ricque M.                      Unknown
13100 Pandora Dr. #720
Dallas           TX 75238
--------------------------------------------------------------------

001581353

Ning, Laura C.                         Unknown
2542 Long Reach Drive
Sugar Land       TX 77478
--------------------------------------------------------------------

001595748

Nino, Ed                               Unknown
4775 Sunvalley Drive
Loveland         CO 80537
--------------------------------------------------------------------

001470201

Ninteau Jr., Ray                       Unknown
510 Eddleman Road
Kannapolis       NC 28083
--------------------------------------------------------------------

001584232

Nisbett, Tracy L.                      Unknown
1815 Chasewood Park Dr.
Marietta         GA 30066
--------------------------------------------------------------------

001469044

Nitzel, Judy L.                        Unknown
1448 Twin Sisters Drive
Longmont         CO 80501
--------------------------------------------------------------------

001591361

Nitzen, Leana J.                       Unknown
468 N. 600 E.
Springville      UT 84663
--------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 2055
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001475612


        Nitzke, Lori A.                         Unknown
        N 8861 Cty Rd F
        Berlin          WI 54923
--------------------------------------------------------------------------------
        001590301


        Nivert, Melissa K.                      Unknown
        6601 Fort Rally Blvd
        Manhattan       KS 66502
--------------------------------------------------------------------------------
        001602210


        Nix, Mary R.                            Unknown
        3410 Timberwood Circle
        Naples          FL 34105
--------------------------------------------------------------------------------
        001538429


        Nixon, Danna S.                         Unknown
        Po Box 18604
        Raytown         MO 64133
--------------------------------------------------------------------------------
        001554816


        Nixon, Kathy                            Unknown
        750 Crest Valley Dr.
        Atlanta         GA 30327
--------------------------------------------------------------------------------
        000148701


        Nixon, Kay                              Unknown
        1114 Sydney Terrace
        MT. Juliet      TN 37122
--------------------------------------------------------------------------------
        001586264


        Nobels, Linda C.                        Unknown
        Rt. 1 Box 42
        Navasota Grimes  TX 77868
--------------------------------------------------------------------------------
        001484782


        Noble, Nancy H.                         Unknown
        15419 154 Road
        Mayetta         KS 66509
--------------------------------------------------------------------------------
        001580942


        Nobles, Barbara A.                      Unknown
        15245 S.W. 156 Terr.
        Miami           FL 33187
--------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE          Page: 1056

                      Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001588739


        Nobles, Jeffrey E.                     Unknown
        402 E. Blackshear
        Navasota        TX 77868
-----------------------------------------------------------------------------
        001577369


        Nobles, Marvin D.                      Unknown
        402 E. Blackshear
        Navasota        TX 77868
-----------------------------------------------------------------------------
        000112401


        Nobles, William L.                     Unknown
        3331 Coweta Dr.
        Columbus        GA 31907
-----------------------------------------------------------------------------
        001538690


        Noel, Tracey E.                        Unknown
        905 North Rouse
        Pittsburg       KS 66762
-----------------------------------------------------------------------------
        001568797


        Noel, Tracy                            Unknown
        4519 146Th Place S.W.
        Lynwood         WA 98037
-----------------------------------------------------------------------------
        001495255


        Nolan, Deidra K.                       Unknown
        180 Landon Road
        Montgomery      AL 36116
-----------------------------------------------------------------------------
        001608689


        Nolan, Fred S.                         Unknown
        27802 130th Ave SE
        Kent            WA 98031
-----------------------------------------------------------------------------
        001577727


        Nolan, Samuel G.                       Unknown
        5501 Sarazen
        Corpus Christi  TX 78413
-----------------------------------------------------------------------------
        001459889


        Nolen, Delene P                        Unknown
        2018 2Nd Ave E
        Oneonta         AL 35121
-----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                Total Amt
Mailing Address/ Zip Code          of Claim


001499930


Noles, Larnce R.                   Unknown
3398 Spinners Cove
Bartlett         TN 38134
---------------------------------------------------------------------
001561793


Noll, Sandra D.                    Unknown
Route 7 Box 869-10
Joplin           MO 64801
---------------------------------------------------------------------
001534986


Nootenboom, Larry                  Unknown
1973 Swann Rd.
Mt. Vernon       WA 98273
---------------------------------------------------------------------
000119190


Nope, Raymond N.                   Unknown
701 Cash St.
Westlake         LA 70669
---------------------------------------------------------------------
000120332


Nope, Walter R.                    Unknown
4058 North Quail Run
Provo            UT 84604
---------------------------------------------------------------------
000119191


Nope, Zachary M.                   Unknown
4058 North Quail Run
Provo            UT 84604
---------------------------------------------------------------------
001523218


Norcross, Lori R.                  Unknown
2014 S. Williamsburg Ct.
League City      TX 77573
---------------------------------------------------------------------
001589183


Nordman, Joan L.                   Unknown
1029 SW 23rd
Loveland         CO 80537
---------------------------------------------------------------------
001578014


Nordmann, Suzanne E.               Unknown
1100 Meridith Lne #913 Apt
Plano            TX 75093
---------------------------------------------------------------------
```

INTERNATIONAL HERITAGE
Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001591930

Norlin, Ron W                          Unknown
41-545 Brownstown Dr
Bermuda Dunes      CA 92201
--------------------------------------------------------------------

001600803

Norman, Bev A.                         Unknown
249 Hector Crescent
Regina            SK S441C4
--------------------------------------------------------------------

001538791

Norman, Richard                        Unknown
1293 S. Beach Dr.
Camano Island      WA 98292
--------------------------------------------------------------------

000106249

Norman, Roger D.                       Unknown
4016 Bellingham
Charlotte         NC 28215
--------------------------------------------------------------------

001572819

Normand, Tim M.                        Unknown
11700 Beacon
Kansas City       MO 64134
--------------------------------------------------------------------

001524389

Norris, Claire O.                      Unknown
7113 Lauder Place
Temple Terrace    FL 33617
--------------------------------------------------------------------

000131168

Norris, Harla J.                       Unknown
2773 S. Skagit Hwy
Sedro Woolley     WA 98284
--------------------------------------------------------------------

001605718

Norris, James K                        Unknown
215 Faith Drive
Winnfield         LA 71483
--------------------------------------------------------------------

001615324

Norris, Linda K                        Unknown
5423 W. Church St.
Middletown        IN 47356
--------------------------------------------------------------------

                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001513411


        Norris, Mark & Stephanie               Unknown
        18708 Forest Glen Ct.
        Tampa            FL 33647
-------------------------------------------------------------------------------

        001548079


        Norris, Michael                        Unknown
        1730 W.Quin  #4
        Pocatello        ID 83202
-------------------------------------------------------------------------------

        001599705


        Norris, Muriel E.                      Unknown
        320 Overbrook Drive
        Pineville        LA 71360
-------------------------------------------------------------------------------

        001565603


        Norris, Tracy R.                       Unknown
        255 Longshore Dr.
        Anniston         AL 36206
-------------------------------------------------------------------------------

        001580959


        North, Craig                           Unknown
        2209 Ashwood Ct.
        Carrollton       TX 75006
-------------------------------------------------------------------------------

        001523717


        North, John L.                         Unknown
        2020 South 360TH St. #E203
        Federal Way      WA 98003
-------------------------------------------------------------------------------

        001523195


        North, Kenneth R.                      Unknown
        6039 S. 298Th Pl.
        Auburn           WA 98001
-------------------------------------------------------------------------------

        001602980


        Northcott, Suzan W                     Unknown
        7154 W State St #216
        Boise            ID 83703
-------------------------------------------------------------------------------

        001585256


        Northrop, Randy T. & Marcy             Unknown
        4407 Loma Vista
        Billings         MT 59106
-------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001474481

Northwest Management Marketing        Unknown
13307 Forest Cove
Cypress            TX 77429

---

001587977

Northwest, Software                   Unknown
13817 E. Sprague #10
Spokane            WA 99216

---

001591325

Norton Rachel                         Unknown
2776 South Fm 116
Kempner            TX 76539

---

000147216

Norton, Jeanna C.                     Unknown
9255 A Cedar Ridge
Covington          GA 30014

---

001578667

Norton, Tammy B.                      Unknown
303 Allen Street
Niceville          FL 32578

---

001516405

Norton, Teresa M.                     Unknown
2776 South F M 116
Kempner            TX 76539

---

001572507

Norvell, Patricia R.                  Unknown
2426 Mississippi Ave
Joplin             MO 64804

---

001600644

Norvell, Preston M.                   Unknown
PO Box 604
Homer              AK 99603

---

001496887

Norvell, Rick A.                      Unknown
378 East Pioneer Avenue
Homer              AK 99603

---

Unsecured Creditors -- Sales Representatives


Creditors Names and                         Total Amt
Mailing Address/ Zip Code                    of Claim


000107432


Norville, Chuck R.                           Unknown
206 Crestview St.
Rutherfordton       NC 28139
--------------------------------------------------------------------
001608045                                      .


Norwood Debbie L                             Unknown
10211 Huntington Fores Blvd E
Jacksonville        FL 32257
--------------------------------------------------------------------
001573914


Nowak, Wendy J.                              Unknown
43573 79TH Street
Janesville          MN 56048
--------------------------------------------------------------------
001545585


Nowatzke, Patricia A.                        Unknown
7703 Keystone Dr.
Omaha               NE 68134
--------------------------------------------------------------------
001551351


Nowatzke, Reta R.                            Unknown
58 Lakewood Lane
Council Bluffs      IA 51501
--------------------------------------------------------------------
001588314


Nugent, Darlene M.                           Unknown
1428 Horseshoe Lake Rd.
Columbia            LA 71418
--------------------------------------------------------------------
000143557


Nugent, James L.                             Unknown
834 Ross
Abiline             TX 79605
--------------------------------------------------------------------
001579659


Nugent, John S.                              Unknown
7455 N. Sutherlin
Spokane             WA 99208
--------------------------------------------------------------------
000159092


Nugent, Walter H.                            Unknown
934 S. Leggett
Abiline             TX 79605
--------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001567243


        Null, Donald G.                          Unknown
        316 Bardmoor Lane
        Melbourne        FL 32940
--------------------------------------------------------------------------------
        000145162


        Nummy, Ted H.                            Unknown
        P.O. Box 114
        Notasulga         AL 36866
--------------------------------------------------------------------------------
        000132462


        Nunn, Gary K.                            Unknown
        PO Box 1472.
        Belen             NM 87002
--------------------------------------------------------------------------------
        001607418


        Nunnelly, Howard E.                      Unknown
        8308 124Th St.
        Overland Park     KS 66213
--------------------------------------------------------------------------------
        001501204


        Nunno, John L.                           Unknown
        4621 Jennings
        Wichita Falls     TX 76310
--------------------------------------------------------------------------------
        001539024


        Nunns, Tammy L.                          Unknown
        908 W. Pleasant Run Rd.
        Lancaster         TX 75146
--------------------------------------------------------------------------------
        001603400


        Nurre, Daniel P                          Unknown
        1660 Augusta St
        Eugene            OR 97403
--------------------------------------------------------------------------------
        001545111


        Nutt, Gloria K.                          Unknown
        6800 Melrose Ln.
        Shawnee           KS 66203
--------------------------------------------------------------------------------
        001517200


        Nutt, Jeff                               Unknown
        790 Chandler Road
        Vienna            GA 31096
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001579130


        Nutt, Patsy A                           Unknown
        1799 T Nutt Rd
        Waynesboro        TN 38485
-----------------------------------------------------------------------------

        001598266


        Nutt, Trester S.                        Unknown
        1699 T. Nutt Road
        Waynesboro        TN 38485
-----------------------------------------------------------------------------

        001479325


        Nye, Jeni H.                            Unknown
        4511 W. Gelding
        Glendale          AZ 85306
-----------------------------------------------------------------------------

        000145387


        Nye, Karmelle                           Unknown
        4431 North, 1500 East
        Buhl              ID 83316
-----------------------------------------------------------------------------

        000127545


        Nygaard, Brenda L.                      Unknown
        17801 N. First Avenue
        Phoenix           AZ 85023
-----------------------------------------------------------------------------

        001589259


        Nyquist Virginia                        Unknown
        2311 Springcreek Dr
        Bozeman           MT 59715
-----------------------------------------------------------------------------

        000133594


        O Bar Land Co. Inc.                     Unknown
        1 Mile East U.S. Hwy. 2
        Malta             MT 59538
-----------------------------------------------------------------------------

        001560908


        O Kelley, Fredine                       Unknown
        8604 Belton Bridge Rd
        Lula              GA 30554
-----------------------------------------------------------------------------

        000117639


        O'Barr, Rodney                          Unknown
        1444 Elkwood Section Rd
        Hazel Green       AL 35750
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001602228

O'Brien, Christine              Unknown
8 Ramwood Drive
Greensburg        PA 15601

---

000124427

O'Brien, Errol K.               Unknown
8602 Imogene
Houston           TX 77074

---

000156575

O'Brien, Janice A.              Unknown
124 S.E. 45th Terrace
Cape Coral        FL 33904

---

000129717

O'Brien, Michael S.             Unknown
3712 Tommy Armour
Billings          MT 59106

---

001593224

O'Brien, Tim W.*                Unknown
2020 Hwy. 48 East
Magnolia          MS 39652

---

001493962

O'Bryan, Donald E               Unknown
1050 Wardlow
Mongomery         LA 71454

---

001543425

O'Connell, Gayle R.             Unknown
10737 S.E. Mather Road
Clackamas         OR 97015

---

001561960

O'Connell, Kevin M              Unknown
41 Chateau Haut Brion
Kenner            LA 70065

---

001604997

O'Conner, Jr Dennis P.          Unknown
24844 Davenport
Novi              MI 48374

---

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE          Page: 1065
                     Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001503627


        O'Connor, John J.                       Unknown
        2603 Ohio Avenue
        Topeka          KS 66605
-----------------------------------------------------------------------
        001560519


        O'Cononor, Gary R                       Unknown
        45-370 Lupine Lane
        Palm Desert     CA 92260
-----------------------------------------------------------------------
        001592928


        O'Daniel, Rick L                        Unknown
        62091 E. 320 Road
        Grove           OK 74345
-----------------------------------------------------------------------
        000152041


        O'Donnell, Randall C.                   Unknown
        1752 Brookview Trail
        Birmingham      AL 35216
-----------------------------------------------------------------------
        000157191


        O'Donnell, Royce G.                     Unknown
        3413 Hanford Lane
        Birmingham      AL 35226
-----------------------------------------------------------------------
        001535311


        O'Hara, Cathy E.                        Unknown
        1717 Riviera Dr.
        Plano           TX 75093
-----------------------------------------------------------------------
        001565829


        O'Hare, Thomas D.                       Unknown
        11591 Kingfisher Ct.
        Crystal River   FL 34429
-----------------------------------------------------------------------
        001486417


        O'Hearn, Michael S.                     Unknown
        1012 Larchmont Crescent
        Norfolk         VA 23508
-----------------------------------------------------------------------
        001591281


        O'Key, Diane R.                         Unknown
        5330 S.W. 11th Ct.
        Cape Coral      FL 33914
-----------------------------------------------------------------------

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001575153 | |
| O'Leary, Cindy<br>P.O. Box 2568<br>Homer          AK 99603 | Unknown |
| 001524121 | |
| O'Neal, Diana L.<br>4411 Webelos Court<br>Friendswood     TX 77546 | Unknown |
| 001595782 | |
| O'Neal, Elaine C.<br>10970 Old Stone Ct.<br>Duluth        GA 30097 | Unknown |
| 000150998 | |
| O'Neil, Debbie S.<br>Hwy 595 Cr 407<br>Lindrith       NM 87029 | Unknown |
| 000139006 | |
| O'Neill Family Trust<br>120 E. Basin Street, Box 129<br>Basin         MT 59631 | Unknown |
| 001568800 | |
| O'Neill, Jesse C.<br>105 Pacific Place Apt. D<br>Merritt Island   FL 32953 | Unknown |
| 000149553 | |
| O'Regan, Sean A.<br>600-A Evangeline Drive<br>Lafayette      LA 70501 | Unknown |
| 001571570 | |
| O'Reilly, Timothy F.<br>218 North Ave.<br>Naperville     IL 60540 | Unknown |
| 001495425 | |
| O'Toole, Jane F.<br>1723 Crosby Ave.<br>Pittsburgh     PA 15216 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001478981 | |
| O'Toole, Thomas M. 134 Vera Cruz New Iberia        LA 70560 | Unknown |
| 001588370 | |
| Oakes, Helen A. 601 Loving Ct. Southlake         TX 76092 | Unknown |
| 001471375 | |
| Oakes, Mary E 4707 Scarlet Haw Drive Greensboro        NC 27410 | Unknown |
| 000105489 | |
| Oakley, Kathryn T. 7110 Big Horn Drive Hillsborough      NC 27278 | Unknown |
| 000127519 | |
| Oakley, Sandra L. 206 Northridge Dr. Hays             KS 67601 | Unknown |
| 000105350 | |
| Oakley, Thomas L. 10617 Roxboro Rd. Bahama           NC 27503 | Unknown |
| 001592254 | |
| Oaks, Jenifer A. 23 East O St. Sparks           NV 89431 | Unknown |
| 001588017 | |
| Oberleitner, Sandee L. 1085 Cedar Hills Avenue Bellingham       WA 98226 | Unknown |
| 001577357 | |
| Obuljen, Pete V. 1211 S. Trotwood Ave. San Pedro        CA 90732 | Unknown |

```
      Creditors Names and              Total Amt
      Mailing Address/ Zip Code        of Claim

      001551990

      Ochoa, Lydia H.                  Unknown
      2114 Anacua Circle
      Edinburg        TX 78539
----------------------------------------------------------------------
      001472613

      Ochs, Brenda F.                  Unknown
      2308 Valley Brook DR
      Edmond          OK 73034
----------------------------------------------------------------------
      001580605

      Ochse, Karen A.                  Unknown
      4921 Anthony Street
      Corpus Christi   TX 78415
----------------------------------------------------------------------
      001518847

      Ochsner, Carol D.                Unknown
      319 S.W. 1St Avenue
      Oak Harbor      WA 98277
----------------------------------------------------------------------
      001536080

      Oconnell, Annie P.               Unknown
      6420 Wilmington N.E.
      Albuquerque     NM
----------------------------------------------------------------------
      001471234

      Odell, Oscar M.                  Unknown
      101 Twilight Dr.
      Waco            TX 76705
----------------------------------------------------------------------
      001543938

      Oden, Thomas                     Unknown
      10022 Quiet Hill Rd.
      LaPorte         TX 77571
----------------------------------------------------------------------
      001572573

      Oertly, Joel D.                  Unknown
      744 Maple Street
      Meadville       PA 16335
----------------------------------------------------------------------
      001598563

      Oesch, Kimberly J.               Unknown
      203 E. Polk
      Harrisonville   MO 64701
----------------------------------------------------------------------
```

                        Unsecured Creditors -- Sales Representatives


       Creditors Names and                    Total Amt
       Mailing Address/ Zip Code               of Claim


       001522573


       Oesterman, Thomas K.                    Unknown
       315 Tolbert, Apt# 5
       Wadsworth        OH 44281
------------------------------------------------------------------------------------

       000158398


       Offard, Belinda S.                      Unknown
       9530 Hwy 185 North
       Sullivan         MO 63080
------------------------------------------------------------------------------------

       001606581


       Ogawa, Gene                             Unknown
       921 Vista Point Drive
       San Ramon        CA 94583
------------------------------------------------------------------------------------

       001608687


       Ogden, Charity M.                       Unknown
       1501 West Rose Apt 34
       Walla Walla      WA 99362
------------------------------------------------------------------------------------

       001566309


       Ogea, Joseph L.                         Unknown
       2465 Hwy. 397 #94
       Lake Charles     LA 70615
------------------------------------------------------------------------------------

       001476193


       Oghigian, Michael M.                    Unknown
       2840 Colt Road
       Rancho Palos Verdes CA 90275
------------------------------------------------------------------------------------

       001470621


       Ogle, Evelyn                            Unknown
       2619 Bella Vista Ln.
       Knoxville        TN 37914
------------------------------------------------------------------------------------

       001597255


       Ogle, Kevin                             Unknown
       1212 Friona St.
       Bowie            TX 76230
------------------------------------------------------------------------------------

       001582456


       Ogle, Ronnie E.                         Unknown
       Route 1 Box 77-F
       Bowie            TX 76230
------------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                        Total Amt
Mailing Address/ Zip Code                  of Claim


001509269


Oglesby, Jeanenne R.                       Unknown
13028 Fall Manor
Dallas          TX 75243
------------------------------------------------------------------------

001542495


Oglesby, Kenneth                           Unknown
Rt. 1 Box 23-7
Fritch          TX 79036
------------------------------------------------------------------------

001569983


Ohligschlager, David A.                    Unknown
8490 Benson Road
Lynden          WA 98264
------------------------------------------------------------------------

001510326


Oistad, Terry A.                           Unknown
9382 Highway 59
Gillett         WY 82718
------------------------------------------------------------------------

001466491


Okelberry, Georgia F                       Unknown
5205 Brouette Court
Plano           TX 75023
------------------------------------------------------------------------

001560326


Okon, Christopher J.                       Unknown
10933 Farragut Hills Blvd
Knoxville       TN 37922
------------------------------------------------------------------------

001572936


Okuda, Hishami                             Unknown
50 WEST 34th ST APT 14A10
New York        NY 10001
------------------------------------------------------------------------

001577445


Olander, Delbert                           Unknown
22180 Grip Road
Sedro Woolley   WA 98284
------------------------------------------------------------------------

001559015


Olbekson, Ellen S.                         Unknown
9141 Raspberry Ct.
Ft. Myers       FL 33919
------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000127806 | |
| Olberding, Dale A.<br>413 North Second<br>Seneca          KS 66538 | Unknown |
| 001594102 | |
| Old Dutch Holdings, Inc.<br>R.R. 1 State Rd. 704<br>Lawsonville      NC 27022 | Unknown |
| 001528874 | |
| Oldham P.J.<br>27 Sondra Court<br>La Place         LA 70068 | Unknown |
| 001458533 | |
| Oldham, Robert C.<br>1520 Culberson Dr.<br>Mesquite        TX 75150 | Unknown |
| 001588698 | |
| Olequa Meadows, Inc.<br>1060 Winlock-Vader Rd.<br>Winlock          WA 98596 | Unknown |
| 001607160 | |
| Olimpio, Salvatore J<br>5122 Meadowcreek<br>Dallas          TX 75248 | Unknown |
| 001529639 | |
| Oliver, Kevin<br>8742 Tantallon Cir<br>Tampa            FL 33647 | Unknown |
| 001595652 | |
| Oliver, Marilyn K.<br>19907 Pinefield Court<br>Humble           TX 77338 | Unknown |
| 001525866 | |
| Oliver, Nell<br>Rt. 1 Box 305<br>Farmerville       LA 71241 | Unknown |

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001593374


        Oller, Dana M                          Unknown
        3403 N 53rd Terrace
        Kansas City      KS 66106
--------------------------------------------------------------------------------

        001471216


        Ollis, M. Dan                          Unknown
        2496 E. Discovery Pl.
        Langley          WA 98260
--------------------------------------------------------------------------------

        001607975


        Olmstead, Greg S.                       Unknown
        1470 Amsterdam Rd.
        Belgade          MT 59714
--------------------------------------------------------------------------------

        001564633


        Olsen, Anne M.                          Unknown
        3844 Croydon Street
        Slidell          LA 70458
--------------------------------------------------------------------------------

        001573897


        Olsen, Bernice M.                       Unknown
        5 Fairway Drive
        Bella Vista      AR 72714
--------------------------------------------------------------------------------

        001527131


        Olsen, Sandra W.                        Unknown
        353 Dover Street
        Slidell          LA 70458
--------------------------------------------------------------------------------

        001501855


        Olsen, Stephen A.                       Unknown
        1242 Patricia Lane
        Burlington       WA 98233
--------------------------------------------------------------------------------

        001492805


        Olsewski, Joe                           Unknown
        101 Sedran Place
        Las Vegas        NV 89128
--------------------------------------------------------------------------------

        001595982


        Olson Brian                             Unknown
        983 Old Samish Rd
        Bellingham       WA 98226
--------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


000131441


Olson, Charlene M.                      Unknown
606 Roundtree
Mesquite          TX 75150
-----------------------------------------------------------------------------
001603159


Olson, Craig A.                         Unknown
4511 S. Madelia
Spokane           WA 99223
-----------------------------------------------------------------------------
001469484


Olson, Daniel S.                        Unknown
1408 S. Avalon Lane
Olathe            KS 66062
-----------------------------------------------------------------------------
000128918


Olson, David S.                         Unknown
3481 Hwy 438
Larslan           MT 59244
-----------------------------------------------------------------------------
000146645


Olson, Dennis R.                        Unknown
750 Connecticut Ave.
McDonald          OH 44437
-----------------------------------------------------------------------------
000144300


Olson, Donald C.                        Unknown
6042 Chicago Rd
Shepherd          MT 59079
-----------------------------------------------------------------------------
001606333


Olson, Eric R                           Unknown
1713 Powers Ave
Lewiston          ID 83501
-----------------------------------------------------------------------------
001604328


Olson, Erin S                           Unknown
1960 N Canyon Rd #21
Provo             UT 84604
-----------------------------------------------------------------------------
001609626


Olson, Gregory R                        Unknown
1400 Poinciana Dr
Clearwater        FL 33764
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001579653


Olson, Judy M.                          Unknown
1304 W. Main
Puyallup         WA 98371
----------------------------------------------------------------------------

001602866


Olson, Lorrie L.                        Unknown
8575 Scandia Road #1
Waconia          MN 55387
----------------------------------------------------------------------------

001555897


Olson, Sandra M.                        Unknown
409 Gabriel Drive
Bakersfield      CA 93309
----------------------------------------------------------------------------

001576122


Olsson, Ike Eric E.                     Unknown
1332 Inglewood
Eubene           OR 97401
----------------------------------------------------------------------------

000132332


Omega Leasing Services                  Unknown
2435 East North St. SUITE 354
Greenville       SC 29615
----------------------------------------------------------------------------

001583253


Omo, Rhonda S.                          Unknown
7058 W 105
Overland PARK    KS 66212
----------------------------------------------------------------------------

001586746


Omohundro, Paul M                       Unknown
1202 Cottonwood Drive
Greenwood        MO 64034
----------------------------------------------------------------------------

001588337


Oneil, Richard B.                       Unknown
1600 Executive Pkwy. #215
Eugene           OR 97401
----------------------------------------------------------------------------

001583990


Onerdonk, Bob R.                        Unknown
11307 Birchwood
Humble           TX 77338
----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001581147


        Onsurez Jr., Abel R.                     Unknown
        3108 SOUTH 72nd
        Tacoma            WA 98409
--------------------------------------------------------------------------------
        001529337


        Opalewski, Chris F.                      Unknown
        14800 Mesmer
        Allenton          MI 48002
--------------------------------------------------------------------------------
        000128640


        Ophus, Barbara B.                        Unknown
        Box 406
        Big Sandy         MT 59520
--------------------------------------------------------------------------------
        000148073


        Ophus, Donald                            Unknown
        914 Thames Circle
        Schaumburg        IL 60193
--------------------------------------------------------------------------------
        000150754


        Ophus, Landa L                           Unknown
        1203 Lake Elmo Dr G229
        Billing           MT 59105
--------------------------------------------------------------------------------
        000148872


        Ophus, Thomas H.                         Unknown
        125 Caryville Ln.
        Schaumburg        IL 60193
--------------------------------------------------------------------------------
        001573219


        Oravetz, Jan                             Unknown
        2713-43Rd. St. N.W.
        Gig Harbor        WA 98335
--------------------------------------------------------------------------------
        001535449


        Ordner, Sandra M.                        Unknown
        629 Sheridan
        Corpus Christi    TX 78412
--------------------------------------------------------------------------------
        001575737


        Ordoyne, Margie A.                       Unknown
        1300 Dewey St
        Houma             LA 70363
--------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE         Page: 1076
                      Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim

        001570839

        Oretsky, Terese M.                      Unknown
        6415 N. W. 82Nd Ave
        Parkland          FL 33067
-----------------------------------------------------------------------------

        000142125

        Orham Family Trust                      Unknown
        1901 Spokane Creek Rd.
        East Helena       MT 59635
-----------------------------------------------------------------------------

        001528300

        Orham, Mary S.*                         Unknown
        1901 Spokane Creek Road
        East Helena       MT 59635
-----------------------------------------------------------------------------

        001579640

        Orloff, Ronald J.                       Unknown
        914 Plainfield Rd
        Joliet            IL 60435
-----------------------------------------------------------------------------

        000129335

        Orr, Ceil A.                            Unknown
        20600 Goodwin
        Butte             MT 59701
-----------------------------------------------------------------------------

        001544675

        Orr, Charles R                          Unknown
        24 S Cottage Rd
        Mercer            PA 16137
-----------------------------------------------------------------------------

        000150952

        Orsak, Kimberly A.                      Unknown
        1004 Silverthorn Ct.
        Mesquite          TX 75150
-----------------------------------------------------------------------------

        001597046

        Osborn, Gary                            Unknown
        11916 Tavel Circle
        Dallas            TX 75230
-----------------------------------------------------------------------------

        001529362

        Osborn, Pat A                           Unknown
        2941 Sinbad Circle
        Farmers Branch    TX 75234
-----------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE            Page: 2077
                           Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code             of Claim

        001601531

        Osborne, Judi L                       Unknown
        111 Mcconkey Ave.
        Barboursville     WV 25504
------------------------------------------------------------------------
        001512360

        Osborne, Stacey M.                    Unknown
        1014 East Bergeson
        Boise             ID 83706
------------------------------------------------------------------------
        000156435

        Osbourn, Hubert L.                    Unknown
        810 West Park Street
        Sylacauga         AL 35150
------------------------------------------------------------------------
        001545800

        Oscar Industries Int'L, Inc           Unknown
        92-29 Queens Blvd  Apt #18 G
        Regopark          NY 11374
------------------------------------------------------------------------
        001601801

        Osnes, Russell E.                     Unknown
        983 Kettle Creek
        Eagan             MN 55123
------------------------------------------------------------------------
        000129659

        Ost, Bonny K                          Unknown
        531 S 7Th St E
        Malta             MT 59538
------------------------------------------------------------------------
        000156283

        Osteen, Sidney                        Unknown
        P.O. Box 219
        Maypearl          TX 76064
------------------------------------------------------------------------
        001458927

        Osterland, Grace                      Unknown
        6056 Genaw
        Marine City       MI 48039
------------------------------------------------------------------------
        000130764

        Ostrom Enterprises                    Unknown
        P.O. Box 3239
        Kent              WA 98032
------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE        Page: 1078
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        000131930


        Oswalt, Daniel E.                        Unknown
        408 Rossell
        Richland        WA 99352
------------------------------------------------------------------------

        000153827


        Oswalt, David M.                         Unknown
        1241 Sanders Ave.
        Graceville      FL 32440
------------------------------------------------------------------------

        001521162


        Otis, Brian M.                           Unknown
        18317 NE Cedars Dr.
        Battleground    WA 98604
------------------------------------------------------------------------

        001514146


        Otis, Dianna D.                          Unknown
        18317 Ceadar Drive
        Battle Ground   WA 98604
------------------------------------------------------------------------

        001508705


        Otis, James E.                           Unknown
        22435 Rancho Deep Cliff Dr.
        Cupertino       CA 95014
------------------------------------------------------------------------

        001572368


        Otis, John S.                            Unknown
        5110 N Cunningham
        Urbana          IL 61802
------------------------------------------------------------------------

        001482865


        Otis, Robert M.                          Unknown
        East 636 Magnesium Rd. #O-360
        Spokane         WA 99208
------------------------------------------------------------------------

        001586371


        Otis, Steven                             Unknown
        10460 S E 362nd Avenue
        Gresham         OR 97009
------------------------------------------------------------------------

        000130494


        Ott, James A.                            Unknown
        3598 E. 65Th
        Spokane         WA 99223
------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07               INTERNATIONAL HERITAGE           Page: 1079

                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001579953


        Ott, Terry L.                          Unknown
        100 East Cascade
        Belgrade        MT 59714
--------------------------------------------------------------------------------
        001577202


        Otter, Ron                             Unknown
        9039 Bender Rd.
        Lynden          WA 98264
--------------------------------------------------------------------------------
        001564133


        Otterson, Lawrence R.                  Unknown
        27116 104Th Dr. N.W.
        Stanwood        WA 98292
--------------------------------------------------------------------------------
        001592246


        Otteson, Ted                           Unknown
        3821 Baltimore Ave.
        Kansas City     MO 64111
--------------------------------------------------------------------------------
        001483610


        Otto, Neislena T.                      Unknown
        7320 48th St. West
        Havre           MT 59501
--------------------------------------------------------------------------------
        001551294


        Otto, William C.                       Unknown
        102 9Th Street
        Leroy           KS 66857
--------------------------------------------------------------------------------
        001540385


        Ottoson, Karen L.                      Unknown
        # 1 Earlham
        Friendswood     TX 77546
--------------------------------------------------------------------------------
        001582191


        Otuafi, Suzanna                        Unknown
        1213 Bodega Drive
        Sparks          NV 89436
--------------------------------------------------------------------------------
        001602710


        Otverel, Janice E                      Unknown
        1708 Meadow St
        Longmont        CO 80501
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                  INTERNATIONAL HERITAGE          Page: 1080
                          Unsecured Creditors -- Sales Representatives

Creditors Names and                          Total Amt
Mailing Address/ Zip Code                    of Claim

000118134

Otwell, Cynthia M.                           Unknown
18 Marynell Lane
Phenix City       AL 36869
-----------------------------------------------------------------------------

001602924

Our Jubilee                                  Unknown
15 East Bay Dr
North Bend        OR 97459
-----------------------------------------------------------------------------

001583197

Ours, Donald                                 Unknown
3889 Vista Largo Dr.
Las Vegas         NV 89121
-----------------------------------------------------------------------------

001559359

Ovenell, Russell K.                          Unknown
241 N. Scotland Drive
Camano Island     WA 98292
-----------------------------------------------------------------------------

001559001

Overbey, Ian                                 Unknown
460 Hawkins St.
Hollister         CA 95023
-----------------------------------------------------------------------------

001483259

Overcash, Randy L.                           Unknown
909 Fisher Street
Concord           NC 28025
-----------------------------------------------------------------------------

001503966

Overdorf, Robert P.                          Unknown
225 Sudden Valley
Bellingham        WA 98226
-----------------------------------------------------------------------------

001558379

Overholt, Fred & Patti                       Unknown
17503 Isbelle St.
Odessa            FL 33556
-----------------------------------------------------------------------------

001537876

Overholtzer, Chad D.                         Unknown
#9 Robinwood Circle
Anniston          AL 36207
-----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001591070

Overman, Marilynn D                    Unknown
1203 Rawhide Drive
Gillette          WY 82716

--------------------------------------------------------------------------

001596328

Overstreet, Mike                       Unknown
2341 Dorland Ct.
Maplewood         MN 55119

--------------------------------------------------------------------------

000134135

Overton, Judy G                        Unknown
12456 Linden Lane
Leawood           KS 66209

--------------------------------------------------------------------------

001587259

Owen, Ashley D.                        Unknown
425 E. High St.
Wills Point       TX 75169

--------------------------------------------------------------------------

001601930

Owen, Denise                           Unknown
4320 Sunbeam Road Apt. 407
Jacksonville      FL 32257

--------------------------------------------------------------------------

001483627

Owen, J. Durwood                       Unknown
P.O. Box 5253
Midland           TX 79704

--------------------------------------------------------------------------

001494495

Owen, Joann C                          Unknown
905 Marble Street
Broomfield        CO 80020

--------------------------------------------------------------------------

000103101

Owen, John D.                          Unknown
5945 West Parker Apt# 3124
Plano             TX 75093

--------------------------------------------------------------------------

001554044

Owen, Joycelyn M.                      Unknown
5500 N. Braeswood #197
Houston           TX 77096

--------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE                    Page: 1082
                            Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001481752 | |
| Owen, Marsha J<br>11900 Marsh Ln #116E<br>Dallas          TX 75234 | Unknown |
| 001479596 | |
| Owen, Matthew G.<br>2600 West 103Rd Ave. #1218<br>Federal Heights    CO 80221 | Unknown |
| 001556421 | |
| Owen, Raymond R.<br>860 Julia<br>Pahrump          NV 89048 | Unknown |
| 001585553 | |
| Owen, Scott G.<br>6356 Calais, Drive<br>Indianapolis    IN 46220 | Unknown |
| 001490865 | |
| Owen, Shanti<br>418 EAST 77 St.<br>N.Y.C.          NY 10021 | Unknown |
| 001562129 | |
| Owens, Alfred N.<br>828 Sonny Boy Lane<br>Johns Island    SC 29455 | Unknown |
| 001459654 | |
| Owens, Cindy K.<br>409 Providence Square<br>Greenville    SC 29615 | Unknown |
| 001525318 | |
| Owens, Cora E.<br>4949 Lewis Avenue<br>Bellingham    WA 98226 | Unknown |
| 000150411 | |
| Owens, Flossie<br>Route 1 Box 246<br>Canton          TX 75103 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001598603

Owens, Margo E.                          Unknown
131 Fox Drive
Spartanburg       SC 29302

------------------------------------------------------------------------

001599508

Owens, Mary B.                           Unknown
136 W. Co. Rd. 650 S.
Clay City         IN 47841

------------------------------------------------------------------------

000136815

Owens, Randall E.                        Unknown
58 West Cork Street
Ware Shoals        SC 29692

------------------------------------------------------------------------

001566928

Owens, Richard L.                        Unknown
131 Fox Drive
Spartanburg       SC 29302

------------------------------------------------------------------------

000111206

Owens, Robin P.                          Unknown
3412 Rawlinson Rd.
Columbia          SC 29209

------------------------------------------------------------------------

001549260

Owens, Ryan B.                           Unknown
Tnu 452 333 Murfreesboro Rd.
Nashville         TN 37210

------------------------------------------------------------------------

001552192

Owens, Scott A.                          Unknown
839 Scaleybark Rd. #5G
Charlotte         NC 28209

------------------------------------------------------------------------

001577264

Owens, Shaun N.                          Unknown
7404 Evening Way
Citrus Heights    CA 95621

------------------------------------------------------------------------

001470320

Owensby, Nancy J.                        Unknown
1213 Illinois Ave.
St. Charles       IL 60174

------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 1084
                          Unsecured Creditors -- Sales Representatives

Creditors Names and                        Total Amt
Mailing Address/ Zip Code                  of Claim


000129233


Oxarart, Aaron A.                          Unknown
712 N. 22nd #A
Bozeman          MT 59715
--------------------------------------------------------------------------------
000129209


Oxarart, Alisha S.                         Unknown
HC 84 Box 8050 South Of Malta
Malta            MT 59538
--------------------------------------------------------------------------------
000128825


Oxarart, Gregory M.                        Unknown
HC 84 Box 8150
Malta            MT 59538
--------------------------------------------------------------------------------
000128821


Oxarart, Milton W.                         Unknown
H.C. 84 Box 8050
Malta            MT 59538
--------------------------------------------------------------------------------
001540038


Oxford, Barbara                            Unknown
1836 W. Virginia Suite 103
Mckinney         TX 75069
--------------------------------------------------------------------------------
001607694


Ozoa, Delia V.                             Unknown
7093 Creekside Ct. N.
St Petersburg    FL  33709
--------------------------------------------------------------------------------
001555409


P & J Marketing, Inc.                      Unknown
6412 S. Douglas Ave.
Oklahoma City    OK 73139
--------------------------------------------------------------------------------
001460210


P & R Enterprise                           Unknown
1620 Star Grass Rd.
Virginia Beach   VA 23454
--------------------------------------------------------------------------------
001579373


PULS, Charlotte R.                         Unknown
P.O. Box 516
Freeland         WA 98249
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                   INTERNATIONAL HERITAGE
                           Unsecured Creditors -- Sales Representatives

        Creditors Names and                         Total Amt
        Mailing Address/ Zip Code                    of Claim

        001571850

        Pabelico, Joel C.                            Unknown
        8846 Betelgeuse Way
        San Diego          CA 92126
-----------------------------------------------------------------------------
        001490352

        Pace, Charles B.                             Unknown
        902 Westhaven Blvd.
        Morehead City      NC 28557
-----------------------------------------------------------------------------
        001580926

        Pace, Lila C.                                Unknown
        8708 Bent Tree
        College Station    TX 77845
-----------------------------------------------------------------------------
        001577787

        Pace, Mark A.                                Unknown
        2200 E. 22Nd
        Joplin             MO 64804
-----------------------------------------------------------------------------
        001560642

        Pace, Maurice H.                             Unknown
        1501 Spaulding Ishkooda Rd.
        Birmingham         AL 35211
-----------------------------------------------------------------------------
        001467139

        Pachinger Lease And Loan                     Unknown
        10241 Tan Rara Drive
        Knoxville          TN 37922
-----------------------------------------------------------------------------
        000133672

        Pacific Edge Int'l                           Unknown
        1445 Gibralter Road
        Anacortes          WA 98221
-----------------------------------------------------------------------------
        001606582

        Pacific Exchange Marketing                   Unknown
        3165 233 Rd Pc Se
        Issaquah           WA 98029
-----------------------------------------------------------------------------
        001504537

        Pack, Eileen N                               Unknown
        2 Villiage Lane
        Egg Harbor Township NJ 082347683
-----------------------------------------------------------------------------

JCH7CLAIM2 98/12/07             INTERNATIONAL HERITAGE        Page: 1086
                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001555141


        Packard, Katrina D.                    Unknown
        3700 Buffalo Speedway St 550
        Houston          TX 77098
------------------------------------------------------------------------------

        001596521


        Padilla, Denise M.                     Unknown
        1423-B Simons Lane
        Espanola         NM 87533
------------------------------------------------------------------------------

        001594670


        Padre Equity Resources                 Unknown
        P.O. Box 81427
        Corpus Christi   TX 78468
------------------------------------------------------------------------------

        001574210


        Paffhausen, Becky                      Unknown
        1711 Cinnabar
        Missoula         MT 59801
------------------------------------------------------------------------------

        001550900


        Page, Barbara B.                       Unknown
        2135 Surrender
        Austin           TX 78728
------------------------------------------------------------------------------

        001554920


        Page, Betty C.                         Unknown
        810 Flora
        Dodge City       KS 67801
------------------------------------------------------------------------------

        001568252


        Page, Curtis W.                        Unknown
        753 South Wall
        Kankakee         IL 60901
------------------------------------------------------------------------------

        001607779


        Page, Dorrell L                        Unknown
        10375 Lawrence 2092
        Mt Vernon        MO 65712
------------------------------------------------------------------------------

        001599435


        Page, Hulrie                           Unknown
        25947 Forbes Rd
        Oakwood Village  OH 44146
------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE              Page 1987

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001491678


Page, Joy                               Unknown
802 Vann Street
Vidalia          GA 30474
------------------------------------------------------------------------------

000154238


Page, Marta R.                          Unknown
P.O. Box 64205
University Place    WA 98464
------------------------------------------------------------------------------

000162897


Page, Paul K.                           Unknown
30 Rockwell
Hornell          NY 14843
------------------------------------------------------------------------------

001549293


Page, Sue-Nan                           Unknown
17132 Kensington Plce
Fountain Hills    AZ 85268
------------------------------------------------------------------------------

001537893


Pagni, Bret A.                          Unknown
1290 Washington Street
Reno             NV 89503
------------------------------------------------------------------------------

001505509


Pagonis, Penelope                       Unknown
6021 Firelight Trail
Antioch          TN 37013
------------------------------------------------------------------------------

001609579


Pagulayan, Arlyce K                     Unknown
1063 Matheson Cove
Hayesville       NC 28904
------------------------------------------------------------------------------

000141139


Pagulayan, Maria A.                     Unknown
35   Ritter Rd #12
Hayesville       NC 28904
------------------------------------------------------------------------------

001564775


Paige, Jacob E.                         Unknown
4230 Hickory #822
Sioux City       IA 51106
------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

Creditors Names and                         Total Amt
Mailing Address/ Zip Code                    of Claim

001551951

Paine, Gerri                                 Unknown
1206 Cooke
Nocana        TX 76255
--------------------------------------------------------------------------

001523387

Pair, Howard Herman                          Unknown
Po Box 476
Pinson        AL 35126
--------------------------------------------------------------------------

001520964

Paisley, Alice C.                            Unknown
108 Woodland Ave.
Galax         VA 24333
--------------------------------------------------------------------------

001569138

Pakitsos Jr, Christopher J                   Unknown
1804 North Elm
Pittsburg     KS 66762
--------------------------------------------------------------------------

001571693

Palace, Thomas M.                            Unknown
4945 Nw Rochester Road
Topkea        KS 66617
--------------------------------------------------------------------------

001520018

Palacio, Maria S.                            Unknown
760 East 27 Street
Hialeah       FL 33013
--------------------------------------------------------------------------

001511677

Pallister, Joan A                            Unknown
4520 Last Straw Drive
Helena        MT 59602
--------------------------------------------------------------------------

001523317

Palmatier, Marie D.                          Unknown
1 Halsey St. Chasn.
Charleston    SC 29401
--------------------------------------------------------------------------

001597065

Palmer, Barbara A                            Unknown
2934 W. Runyan St
Clinton       IN 47842
--------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001612513

Palmer, Candace L.                    Unknown
103-16 St Northeast
Bradenton        FL 34208
--------------------------------------------------------------------------------

001503962

Palmer, Connie                        Unknown
4512 98Th St. Ct. E.
Tacoma           WA 98446
--------------------------------------------------------------------------------

001597514

Palmer, Curtis                        Unknown
18736 Caminito Cantilena
San Diego        CA 92128
--------------------------------------------------------------------------------

001470279

Palmer, Kathy A.                      Unknown
1133 Lincoln
Havre            MT 59501
--------------------------------------------------------------------------------

001576641

Palmer, Lynn W.                       Unknown
2542 B. St.
Lincoln          NE 68502
--------------------------------------------------------------------------------

001597507

Palmer, Mark E.                       Unknown
75140 St. Charles Place
Palm Desert      CA 92211
--------------------------------------------------------------------------------

001540260

Palmer, Patricia A.                   Unknown
39 Taft Street
Palmer           MA 01069
--------------------------------------------------------------------------------

001579161

Palmer, Patricia L.                   Unknown
8400 Airport Blvd.
Juneau           AK 99801
--------------------------------------------------------------------------------

001588805

Palmer, Teresa L.                     Unknown
6829 Mountain Top Lane
Colorado Springs CO 80919
--------------------------------------------------------------------------------

```
JCH7CLAIM2 98/12/07            INTERNATIONAL HERITAGE        of 1675
                                                            Page 1190
                      Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001565111


        Palmer, William A. & Debbie            Unknown
        5000 Butte  #70
        Boulder          CO 80301
-----------------------------------------------------------------------------
        001589713


        Palmquist, Gregory M.                  Unknown
        18717 Pilkington Rd.
        Lake Oswego      OR 97035
-----------------------------------------------------------------------------
        000151645


        Palombo, Ben J                         Unknown
        114 Canefield Street
        Youngsville      LA 70592
-----------------------------------------------------------------------------
        001553834


        Palonka, Lynda A.                      Unknown
        182 Indian Mound Trail
        Tavernier        FL 33037
-----------------------------------------------------------------------------
        001555438


        Pamplin, Roy                           Unknown
        603 County Line Rd.
        Royse City       TX 75189
-----------------------------------------------------------------------------
        001539312


        Pan, Haihua                            Unknown
        7322 Southwest Freeway #958
        Houston          TX 77074
-----------------------------------------------------------------------------
        001549294


        Pan, Hong Chen                         Unknown
        205 Bay 34 St. 2Nd Flr
        Brooklyn         NY 11214
-----------------------------------------------------------------------------
        001554067


        Pan, Jia-Jin                           Unknown
        2230 Steamboat
        Sugarland        TX 77478
-----------------------------------------------------------------------------
        000145675


        Pan, Julie J.                          Unknown
        22338 Birds Eye Dr.
        Diamond Bar      CA 91765
-----------------------------------------------------------------------------
```

JCH7CLAIM2-98/12/07                    INTERNATIONAL HERITAGE        Page: 1091

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001578453

Panczyszyn, Patricia L                      Unknown
375 S W 64 Terrace
Margate            FL 33068
------------------------------------------------------------------------------

001600787

Pangli, Haripal S.                          Unknown
32983-Harris Rd
Abbotsford         BC V0S150
------------------------------------------------------------------------------

001520781

Panke, Rita L.                              Unknown
816 Blattner Rd.
Wright City        MO 63390
------------------------------------------------------------------------------

000128820

Pankratz, Keith                             Unknown
Box 1115, 630 So 2Nd St. East
Malta              MT 59538
------------------------------------------------------------------------------

001597611

Pannirello Judith                           Unknown
2311 Sw Blaine Terr
Port St Lucie      FL 34953
------------------------------------------------------------------------------

001517843

Pantano, Argante G.                         Unknown
1380 North Cedar Road
New Lenox          IL 60451
------------------------------------------------------------------------------

001515979

Panting, Chris D.J.                         Unknown
4514 Nth Division St.
Spokane            WA 99207
------------------------------------------------------------------------------

000127605

Pantle, David                               Unknown
180 Main St
Carlton            KS 67448
------------------------------------------------------------------------------

000128052

Pantle, James                               Unknown
2904 Hwy. 156 N.
Basehor            KS 66007
------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001549911


        Panzero, Brenda/Ronald                 Unknown
        1117 3rd St.
        Anacortes       WA 98221
----------------------------------------------------------------------
        001552871


        Panzero, Ronald A.                     Unknown
        1020 19Th Street
        Anacortes       WA 98221
----------------------------------------------------------------------
        001568934


        Pao, Li-Chen                           Unknown
        2610 Nutmeg Court
        Mays Landing    NJ 08330
----------------------------------------------------------------------
        001609089


        Paolicelli, Michelle                   Unknown
        11 Nimbus Ave N
        Clearwater      FL 33765
----------------------------------------------------------------------
        001489086


        Papa, Cyril L.                         Unknown
        1732 N. 450 West
        Provo           UT 84604
----------------------------------------------------------------------
        001486676


        Papa, Tyrus O.                         Unknown
        1732 North 450 West #307
        Provo           UT 84604
----------------------------------------------------------------------
        001597323


        Papagno, Isabel                        Unknown
        12 Stuyvesant Oval #12A
        New York        NY 10009
----------------------------------------------------------------------
        001518114


        Papas, Angela                          Unknown
        4231 Millview Ln.
        Dallas          TX 75287
----------------------------------------------------------------------
        001496282


        Pappy, Karen L.                        Unknown
        4306 N. Shallowford Rd. D-16
        Atlanta         GA 30341
----------------------------------------------------------------------
```

```
Creditors Names and                  Total Amt
Mailing Address/ Zip Code            of Claim


001551851


Paran, Felino T.                      Unknown
4420 Redbud Ave.
Odessa          TX 79762
------------------------------------------------------------------------
001591741


Parcus, Jimmy L.                      Unknown
1482 Lovebranch Road
Toney           AL 35773
------------------------------------------------------------------------
000119613


Pardue, Hershel E                     Unknown
Rt3 Box 247
Downsville      LA 71234
------------------------------------------------------------------------
000120848


Pardue, Shannon                       Unknown
168 Timber Ridge Circle
Ruston          LA 71270
------------------------------------------------------------------------
001458383


Parent, Donah M &                     Unknown
3496 NE 19th Ave
Oakland Pk      FL 33306
------------------------------------------------------------------------
001558465


Parent, Kelly A.                      Unknown
4622 Marks
Corpus Christi  TX 78411
------------------------------------------------------------------------
001457431


Park, Min (Peter) Y.                  Unknown
24215 Brookwood Dr
Diamond Bar     CA 91765
------------------------------------------------------------------------
001615231


Park, Rosemarie                       Unknown
1520 Thrasher Ct.
Ventura         CA 93003
------------------------------------------------------------------------
000136213


Parker Jr., Charles W.                Unknown
1917-L Tree Top Lane
Birmingham      AL 35216
------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page 1094
                        Unsecured Creditors -- Sales Representatives

Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001567693


Parker, Andrea B.                       Unknown
1 Scarfo Dr.
Westfield        MA 01085
--------------------------------------------------------------------

001580867


Parker, Angela B.                       Unknown
4115 Stearns
Wichita Falls    TX 76308
--------------------------------------------------------------------

001508193


Parker, David A.                        Unknown
1309 North Moyle Dr.
Alpine           UT 84004
--------------------------------------------------------------------

001579933


Parker, Debra K.                        Unknown
2465 Hwy 397 #94
Lake Charles     LA 70615
--------------------------------------------------------------------

001580743


Parker, Harvey                          Unknown
4010 Carolyn Drive
Roanoke          VA 24019
--------------------------------------------------------------------

000145415


Parker, John S.B.                       Unknown
1552 Gumwood Ave.
Murray           UT 84123
--------------------------------------------------------------------

001593936


Parker, Ken E.                          Unknown
13 Courtland Place
Houston          TX 77006
--------------------------------------------------------------------

001522887


Parker, Kimberly D.                     Unknown
Rt. 1, Box 100
Byers            TX 76357
--------------------------------------------------------------------

000130956


Parker, Lorene J.                       Unknown
15712 N.E. Bluegrass Dr.
Vancouver        WA 98684
--------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001579422

Parker, Mark A.                        Unknown
2630 Lloyd Circle
Boulder          CO 80304
--------------------------------------------------------------------------------

000120644

Parker, Matt D.                        Unknown
2710 Herbert Cole Drive
Monroe           LA 71201
--------------------------------------------------------------------------------

001528993

Parker, Nolan W.                       Unknown
2555 Forest Glenn Road
Sylacauga        AL 35150
--------------------------------------------------------------------------------

000144732

Parker, P. Sue                         Unknown
1212 Holly Dr.
Twin Falls       ID 83301
--------------------------------------------------------------------------------

001547108

Parker, R. Boyd                        Unknown
6306 Singing Creek Lane
Spring           TX 77379
--------------------------------------------------------------------------------

001607120

Parker, Raleigh                        Unknown
372 S Adams
Coquille         OR 97423
--------------------------------------------------------------------------------

001572597

Parker, Robert E.                      Unknown
P.O. Box 9609
Corpus Christi   TX 78469
--------------------------------------------------------------------------------

001467305

Parker, Roberta                        Unknown
2501 Grand Street
Minneapolis      MN 55418
--------------------------------------------------------------------------------

001546449

Parker, Sr. Raymond                    Unknown
649 Cass St.
Deland           FL 32720
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001570067

Parker, Suzanne C*                    Unknown
1593 Salerno Circle
Ft Lauderdale     FL 33327

--------------------------------------------------------------------

001487396

Parker, Todd  J.                      Unknown
3184 S. 500 W.
Bountiful        UT 84010

--------------------------------------------------------------------

001542005

Parker, Zachary D.                    Unknown
Route 1 Box 100
Byers            TX 76357

--------------------------------------------------------------------

001487899

Parkinson, Sandi A.                   Unknown
713 Chandler
Blanco           TX 78606

--------------------------------------------------------------------

001549674

Parkman Jr., William D.               Unknown
1317 Rice Hill Circle
Antioch          TN 37013

--------------------------------------------------------------------

000116719

Parks, Betty M.                       Unknown
5725 Dewsbury Lane
N. Charleston    SC 29418

--------------------------------------------------------------------

001521688

Parks, J. P.                          Unknown
3551 Yorba Linda Drive
Ls Vegas         NV 89122

--------------------------------------------------------------------

001524727

Parks, James M.                       Unknown
3611 Yorba Linda Drive
Las Vegas        NV 89122

--------------------------------------------------------------------

001522136

Parks, Jeremy L.                      Unknown
124 Republic Road Suite H
Newport News     VA 23603

--------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001606469

Parks, John A.                          Unknown
1005 Old Eastside Rd.
Burns              TN 37029

---

000111227

Parks, Keith M.                         Unknown
1541 Strathmore Ln.
Mt. Pleasant       SC 29464

---

001524720

Parks, Kimberly A.                      Unknown
5442 Thomaston Ct.
Las Vegas          NV 89122

---

000155205

Parks, Marcy                            Unknown
602 Hubbel
Miles City         MT 59301

---

001583782

Parks, Ronald D.                        Unknown
35 Hill Dr.
Forest Hill        LA 71430

---

000130677

Parks, Vickie L.                        Unknown
1845 Hwy 20
Burlington         WA 98233

---

001492004

Parks, Zetta R.                         Unknown
712 Larkspur Blvd.
Acworth            GA 30102

---

000120928

Parnacher, Perrylene                    Unknown
15731 Paint Ave
Greenwell Springs  LA 70739

---

000153131

Parnell, Chad                           Unknown
4117 Tracy Circle
Sulphur            LA 70663

---

Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001573610


Parnell, Cindy                         Unknown
851 Beach Avenue
Rochester          NY 14612
-----------------------------------------------------------------------------

001456073


Parnell, Randall S                     Unknown
4117 Tracey Circle
Sulphur            LA 70663
-----------------------------------------------------------------------------

000128848


Paro, Kay L.                           Unknown
604 Northern Pacific Ave. #2
Belgrade           MT 59714
-----------------------------------------------------------------------------

001609739


Parr, Pat                              Unknown
17429 N. 29th Ave.
Phoenix            AZ 85053
-----------------------------------------------------------------------------

001526427


Parrish, Jake T.                       Unknown
2807 Sinclair
Pasadena           TX 77503
-----------------------------------------------------------------------------

000113956


Parrish, Joan M.                       Unknown
4215 SE 1St Ave.
Cape Coral         FL 33904
-----------------------------------------------------------------------------

001556628


Parrish, Laura                         Unknown
6117 26Th Ave. N.
St. Peterburg      FL 33710
-----------------------------------------------------------------------------

001596388


Parrish, Sandra C.                     Unknown
10001 No Track Road
Toppenish          WA 98948
-----------------------------------------------------------------------------

000154642


Parrott, Anita J.                      Unknown
3393-A N 3300 E.
Kimberly           ID 83341
-----------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE          Page: 2099
                        Unsecured Creditors -- Sales Representatives

```
         Creditors Names and                   Total Amt
         Mailing Address/ Zip Code             of Claim


         001550156


         Parrott, Anita R.                     Unknown
         36393C North 3300E
         Kimberly        ID 83301
---------------------------------------------------------------------------
         001467985


         Parrott, Carrie R.                    Unknown
         18500 Juniper St
         Gardner         KS 66030
---------------------------------------------------------------------------
         001495892


         Parsons, Christina                    Unknown
         1686 N. Yurok St.
         Orange          CA 92867
---------------------------------------------------------------------------
         001496369


         Parsons, Debra L.                     Unknown
         PO Box 103
         Watson          AL 35181
---------------------------------------------------------------------------
         001583283


         Parsons, Donald E                     Unknown
         3540 Savannah Hwy
         Johns Island    SC 29455
---------------------------------------------------------------------------
         000103774


         Partenheimer, Hal J.                  Unknown
         1550 Salter Path Road
         Atlantic Beach  NC 28512
---------------------------------------------------------------------------
         001565068


         Partington, Brian A.                  Unknown
         503 Laurel Lane
         Forney          TX 75126
---------------------------------------------------------------------------
         001572616


         Partlow-Parker, Joseph J.             Unknown
         4505 W. Atlantic #1607
         Coconut Creek   FL 33066
---------------------------------------------------------------------------
         001471440


         Parton, Jeffery S.                    Unknown
         613 Canter Street
         Raymore         MO 64083
---------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001568273 | |
| Paschal, Chase D.<br>4750 Pear Ridge Drive  #9202<br>Dallas          TX 75287 | Unknown |
| 001582310 | |
| Pasley, Dianna L.<br>434 Morgan Woods<br>Fenton          MO 63026 | Unknown |
| 001580589 | |
| Passaro, Raymond V.<br>1009 Kelly Creek Circle<br>Oviedo          FL 32765 | Unknown |
| 000102866 | |
| Passmore, John E.<br>106 Brookberry Dr.<br>Jamestown        NC 27282 | Unknown |
| 001522808 | |
| Patak, Eva L.<br>2711 E. Hwy 34<br>Ennis           TX 75119 | Unknown |
| 001468062 | |
| Pate, Timothy K<br>4701-A Statesville Rd<br>Charlotte        NC 28269 | Unknown |
| 001610103 | |
| Patel, Divang<br>P O Box 82424<br>Lafayette        LA 70598 | Unknown |
| 001583723 | |
| Patel, Narendra L.<br>2995 West 24th Ave.<br>Emporia          KS 66801 | Unknown |
| 001525991 | |
| Patel, Shavir A.<br>P.O. Box 3211<br>Blaine           WA 98231 | Unknown |

JCH7CLAIM2 98/12/07                      INTERNATIONAL HERITAGE          Page: 1101
                          Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001583532 | |
| Pates, Johanna K.<br>825 Delphinium<br>Billings          MT 59102 | Unknown |
| 001588533 | |
| Patick, Stephanie W<br>100 Cauley Club Ct<br>Duluth          GA 30097 | Unknown |
| 000143221 | |
| Patin, Glynn D<br>301 Rayburn Street Suite 660<br>Lafayette          LA 70506 | Unknown |
| 000123514 | |
| Patlan, Edmund<br>1251 W. Sepulveda Blvd. # 449<br>Torrance          CA 90502 | Unknown |
| 000115063 | |
| Patlan, Gil<br>1251 W. Sepulveda Blvd #449<br>Torrance          CA 90502 | Unknown |
| 000131759 | |
| Patlan, Vilma S.<br>1251 W. Sepulveda Blvd. 449<br>Torrance          CA 90502 | Unknown |
| 001587721 | |
| Paton, Sharon L.<br>1905 West 71St Terrace<br>Prairie Village     KS 66208 | Unknown |
| 001606262 | |
| Patrich, Lisa<br>6247 Ortrega Farms Blvd<br>Jax          FL 32244 | Unknown |
| 001598634 | |
| Patrick H. Doolin<br>3109 Stepp Drive<br>Columbia          SC 29204 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page: 1102

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001477211 | |
| Patrick, David L.<br>3010 N Hwy 175<br>Seagoville          TX 75159 | Unknown |
| 000116886 | |
| Patrick, Larry<br>2331 Beattie<br>Albany               GA 31707 | Unknown |
| 001586044 | |
| Patrick, Sherry Lee<br>2485 Donovan Ave.<br>Bellingham           WA 98225 | Unknown |
| 001519884 | |
| Patron Jr., Arthur<br>121 East Ruelle<br>Mandeville           LA 70471 | Unknown |
| 001586761 | |
| Pattee, Mark E<br>1005 24th Street W  #3<br>Billings             MT 59102 | Unknown |
| 001482593 | |
| Patten, Evelyn T.<br>Route 1  Box 170D<br>Jonesville           LA 71343 | Unknown |
| 001558169 | |
| Patterson, Aaron P.<br>212 Runway<br>Lake Jackson         TX 77566 | Unknown |
| 001579828 | |
| Patterson, Christopher T.<br>Route 7 Lot 500<br>Brazoria             TX 77422 | Unknown |
| 000124722 | |
| Patterson, Diane G.<br>205 Sunray<br>Sunnyvale            TX 75182 | Unknown |

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001573054 | |
| Patterson, Don M<br>Route 1 Box 253F<br>Kempner      TX 76539 | Unknown |
| 001597494 | |
| Patterson, George S.<br>601 Seaway Drive H-7<br>Ft. Pierce    FL 34949 | Unknown |
| 001537942 | |
| Patterson, Jeffery R.<br>1429-1 Ave. D. #362<br>Snohomish    WA 98290 | Unknown |
| 001466708 | |
| Patterson, Lowell W.<br>407 Dogwood Lane<br>Rogersville    TN 37857 | Unknown |
| 001584561 | |
| Patterson, Sheilia A.<br>Rr #7 Box 500<br>Brazoria    TX 77422 | Unknown |
| 001551553 | |
| Patterson, Sue M.<br>119 Patterson Road<br>Brooklyn    MS 39425 | Unknown |
| 001603184 | |
| Patton, Bonnie L<br>8660 N Ashley Glen Circle<br>Memphis    TN  38108 | Unknown |
| 001548159 | |
| Patton, Deborah J.<br>38 Lebanon Ave.<br>Greenville    PA 16125 | Unknown |
| 001489134 | |
| Patton, Edwin W.<br>2906 15Th St.<br>Vernon    TX 76384 | Unknown |

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE          Page 1104

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001460634 | |
| Patton, Laura B.<br>2906 15th Street<br>Vernon          TX 76384 | Unknown |
| 001607680 | |
| Patty, Laura L<br>P.O. Box 2902<br>Homer          AK 99603 | Unknown |
| 001598758 | |
| Paul A. Allen<br>3780 Rebecca Ln., #206<br>Colorado Springs    CO 80917 | Unknown |
| 000114098 | |
| Paul, E. Ray<br>4110A England Dr.<br>Alexandria     LA 71303 | Unknown |
| 001521845 | |
| Paul, Loretta J.<br>3114 Hwy 255 North<br>Sautee          GA 30571 | Unknown |
| 001520529 | |
| Paul, Lori A.<br>6306 Palm Court<br>Pearland        TX 77584 | Unknown |
| 001596784 | |
| Paul, Theodora<br>1440 Wood Road Apt. 1E<br>Bronx          NY 10462 | Unknown |
| 001503956 | |
| Paulsen, Debra A.<br>1026 120Th Ave. E<br>Edgewood       WA 98372 | Unknown |
| 001505897 | |
| Paulsen, Doug H.<br>5904 119Th Avenue E.<br>Puyallup        WA 98372 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001586807 | |
| Paulsen, Harold L.<br>N5729 Lambie Rd.<br>Depere          WI 54115 | Unknown |
| 001579650 | |
| Paulsen, Jack H.<br>N5829 County Rd. H<br>DePere          WI 54115 | Unknown |
| 001492996 | |
| Paulsen, Robert D.<br>1321-126Th Ave. E.<br>Edgewood        WA 98372 | Unknown |
| 001599752 | |
| Pavlock, Suzanne M.<br>2135 Field Circle Avenue<br>Akron           OH 44312 | Unknown |
| 001591250 | |
| Pawlowski, Kathy<br>503 Old 36<br>Bellville        TX 77418 | Unknown |
| 001456220 | |
| Payne III, John H.<br>6611 Kathmoor Dr.<br>Montgomery       AL 36117 | Unknown |
| 001565679 | |
| Payne, Barry K.<br>306 Eagle Ridge Drive<br>Birmingham       AL 35242 | Unknown |
| 001598294 | |
| Payne, Betty J.<br>3 South Warwick Rd.<br>Greenville       SC 29617 | Unknown |
| 001579816 | |
| Payne, Bonnie S.<br>3767 Lower Burris Rd.<br>Canton           GA 30114 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000158434 | |
| Payne, Debra J. 11340 Dumbarton DR Dallas          TX 75228 | Unknown |
| 001589779 | |
| Payne, Russel E 101 Stablechase Dr Greenville       SC 29617 | Unknown |
| 001553217 | |
| Payne, Sandra K. 2007 Gloria Lane Wichita Falls     TX 76309 | Unknown |
| 001567652 | |
| Payton, James T. 9216 Bell Ridge Dr. Pensacola       FL 32526 | Unknown |
| 001592959 | |
| Payton, Kathleen 1900 S. 478 W Oakley           ID 83346 | Unknown |
| 000150379 | |
| Payton, Larry D. 73 Payton Road Griffin          GA 30223 | Unknown |
| 001600035 | |
| Payton, Shondee S 611 Cline St. Minden           LA 71055 | Unknown |
| 001565977 | |
| Paz, Freda A. 17 Waverly Place Destrghan         LA 70047 | Unknown |
| 001549822 | |
| Peace, Allan A. 24414 University Ave #88 Loma Linda       CA 92354 | Unknown |

```
JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE      Page: 1107
                        Unsecured Creditors -- Sales Representatives


      Creditors Names and                    Total Amt
      Mailing Address/ Zip Code              of Claim


      001517598


      Peacock, Jeanette L.                   Unknown
      P. O. Box 747
      Blackshear       GA 31516
------------------------------------------------------------------------
      001539402


      Peacock, Jr. Wallace D.                Unknown
      18085 Elk Estates
      Athens           AL 35614
------------------------------------------------------------------------
      001560099


      Peacock, Vivian E                      Unknown
      25 Cove Lake Circle
      Winchester       TN 37398
------------------------------------------------------------------------
      000104095


      Peak, Lois A.                          Unknown
      29 Zephyr
      Asheville        NC 28806
------------------------------------------------------------------------
      000104329


      Peak, Ron L.                           Unknown
      1528 Shannon Place
      Carrollton       TX 75006
------------------------------------------------------------------------
      000131483


      Peak, Ruth E.*                         Unknown
      1715 N. Atlantic
      Spokane          WA 99205
------------------------------------------------------------------------
      000145625


      Peake, Barbara M.                      Unknown
      146 Raintree Dr
      Spartanburg      SC 29301
------------------------------------------------------------------------
      001582808


      Peake, Robert J.                       Unknown
      7  9Th St.
      Havre            MT 59501
------------------------------------------------------------------------
      001553207


      Pearce, Amanda S.                      Unknown
      800 Andalusia
      DeSoto           TX 75115
------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001501742

Pearce, Elizabeth J.                     Unknown
862 HY 501, P.O. Bx 1073
Conway          SC 29526
------------------------------------------------------------------------

001608979

Pearce, Julie L.                         Unknown
1700 Baird Farm Road #1205
Arlington       TX 76006
------------------------------------------------------------------------

001545301

Pearce, Julie M.                         Unknown
5401-H Springset Drive
Charlotte       NC 28212
------------------------------------------------------------------------

000130229

Pearce, Marjorie G.                      Unknown
10217 Betts N.E.
Albuquerque     NM 87112
------------------------------------------------------------------------

001553199

Pearce, Tamara *                         Unknown
800 Andalusia
DeSoto          TX 75115
------------------------------------------------------------------------

000151750

Peare, Virginia G                        Unknown
P.O. Box 1873
Brookings       OR 97415
------------------------------------------------------------------------

001589264

Pearman Latasha M                        Unknown
Po Bx  870461
Stone Mountain  GA 30087
------------------------------------------------------------------------

000144526

Pearson, Amy                             Unknown
12833 Sagamore
Leawood         KS 66209
------------------------------------------------------------------------

001586669

Pearson, Cameron J                       Unknown
Route 4 Box 317B
Walla Walla     WA 99362
------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001471884

Pearson, Cindy P           Unknown
11011 N 92nd Street Unit 1108
Scottsdale     AZ 85260

---

000138003

Pearson, Douglas W.       Unknown
12833 Sagamore Rd.
Leawood       KS 66209

---

001537420

Pearson, Gary          Unknown
33 Live Oak Lane
Hickory Creek   TX 75065

---

001582575

Pearson, Gary L.       Unknown
237 S. Coltrane
Edmond       OK 73034

---

000154074

Pearson, Gay C. & RON    Unknown
Kremlin Road, Box 408
Big Sandy     MT 59520

---

001589911

Pearson, Janice M       Unknown
Route 4 Box 317B
Walla Walla    WA 99362

---

001583872

Pearson, Jayson E.     Unknown
202 Hoback
Helena       MT 59601

---

001583369

Pearson, Robert P      Unknown
20 Greenbriar
Mattoon      IL 61938

---

001505870

Pearson, Vivian J.     Unknown
19 W. 271 Governor'S Trail
Oak Brook    IL 60521

---

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                  Total Amt
Mailing Address/ Zip Code            of Claim


001499898


Peavy, Elaine F.                     Unknown
198 Sidney Rd
Griffin          GA 30223
--------------------------------------------------------------------------

001608659


Pecnik, Richard I.                   Unknown
P.O. Box 198
Perrysburg       NY 14129
--------------------------------------------------------------------------

001580949


Pecorino, Anthony J.                 Unknown
10975 Westwood Lake Drive
Miami            FL 33165
--------------------------------------------------------------------------

001581080


Pecorino, James Paul                 Unknown
3180 Statler Circle
Reno             NV 89503
--------------------------------------------------------------------------

001486345


Pedersen, Chad R.                    Unknown
5900 S. 72Nd Street
Lincoln          NE 68516
--------------------------------------------------------------------------

001596492


Pedersen, Jeffrey P.                 Unknown
141 Curtis Lane
Sequim           WA 98382
--------------------------------------------------------------------------

001500543


Pedersen, Robert A.                  Unknown
11018 Spring St.
Omaha            NE 68144
--------------------------------------------------------------------------

001486022


Pedersen, Robert L.                  Unknown
5900 So. 72Nd St.
Lincoln          NE 68516
--------------------------------------------------------------------------

001581936


Pederson, Betty B.                   Unknown
2830 Humbolot Street
Bellingham       WA 98225
--------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

Creditors Names and                        Total Amt
Mailing Address/ Zip Code                   of Claim


001517171


Pederson, Roland                            Unknown
537 Hwy 16
Glendale        MT 59330
-------------------------------------------------------------------------------

001506199


Pedroza Sr., Rodolfo                        Unknown
1678 Hickox Road
Mount Vernon    WA 98273
-------------------------------------------------------------------------------

001501256


Pedroza, Rene                               Unknown
2095 Lake Terrace Lane
Mount Vernon    WA 98274
-------------------------------------------------------------------------------

000140067


Pedroza, Rudy                               Unknown
1678 Hickox Road
Mt. Vernon      WA 98273
-------------------------------------------------------------------------------

001458454


Peebles, Marie C                            Unknown
209 Mize Rd
Flomaton        AL 36441
-------------------------------------------------------------------------------

000107137


Pegram, Alberta P.                          Unknown
714 Morven Rd.
Wadesboro       NC 28170
-------------------------------------------------------------------------------

000106268


Pegram, Gayle D.                            Unknown
500 Highland Drive
Wadesboro       NC 28170
-------------------------------------------------------------------------------

001489155


Pegram, Michael R                           Unknown
500 Highland Drive
Wadesboro       NC 28170
-------------------------------------------------------------------------------

000158257


Pei, Kuang-Li                               Unknown
230-B Washington Ave.
Fort Lee        NJ 07024
-------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE           Page: 1112
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        000155790


        Peirano, Janice M                    Unknown
        P.O. Box 332
        Holcomb        KS 67851
----------------------------------------------------------------------------------

        001608177


        Peisley, Neal C.                     Unknown
        Po Box 85
        Quincy         WA 98848
----------------------------------------------------------------------------------

        001517527


        Pellegrini, John D.                  Unknown
        1678 Breckinridge Drive
        Surfside Beach   SC 29575
----------------------------------------------------------------------------------

        001466325


        Pelletier, Allen*                    Unknown
        52889 Wickersham
        Shelby-TWP     MI 48315
----------------------------------------------------------------------------------

        000115535


        Pelletier, Richard W.                Unknown
        52889 Wickersham
        Shelby Twp     MI 48315
----------------------------------------------------------------------------------

        001591301


        Pelton, Kathy                        Unknown
        46251 City Rd.
        Cheyenne       CO 80810
----------------------------------------------------------------------------------

        001590112


        Pelton, Laura B                      Unknown
        19500 Cty Rd 46
        Cheyenne       CO 80810
----------------------------------------------------------------------------------

        000128683


        Pelton, William R.                   Unknown
        1204 2nd West Hill Dr
        Great Falls    MT 59404
----------------------------------------------------------------------------------

        001508526


        Pemberton, Donna L.                  Unknown
        1509 State Hwy. #187
        Hamilton       AL 35570
----------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001598410

Pen, Nicholas J.                        Unknown
2805 Aldergrove Road
Ferndale        WA 98248
------------------------------------------------------------------------
001512196

Penaluna , Rick D.                      Unknown
P.O.Box 460-\South 615Fir
Deer Park       WA 99006
------------------------------------------------------------------------
001559891

Pence, Anthoney J.                      Unknown
7721 Village Trail
Dallas          TX 75240
------------------------------------------------------------------------
001560572

Pence, Edward C.                        Unknown
7721 Village Tr.
Dallas          TX 75240
------------------------------------------------------------------------
000130994

Pence, Larry L.                         Unknown
921 E. Greanleaf Dr.
Spokane         WA 99208
------------------------------------------------------------------------
001570282

Pendarvis Jr, Shealy G                  Unknown
936 Kushiwah Creek Dr
Charleston      SC 29412
------------------------------------------------------------------------
001564054

Pendas Anita M.                         Unknown
3610 Mayfield Oaks Lane
Houston         TX 77088
------------------------------------------------------------------------
000145020

Pendry, Dallas                          Unknown
1308 Georgetown Court
High Point      NC 27262
------------------------------------------------------------------------
001472079

Peng, Jian Ming                         Unknown
78 Ferncliff Rd
Bloomfield      NJ 07003
------------------------------------------------------------------------

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE          Page: 1114
                    Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001609747


Penington, George W.                   Unknown
1195 Seaport Dr.
N. Charelston      SC 29406
--------------------------------------------------------------------------------

001574611


Penny, James                           Unknown
460 Rebstock Blvd.
Palm Harbor        FL 34683
--------------------------------------------------------------------------------

000156975


Penrose, Marianne L.                   Unknown
9400 E. Lincoln Apt. 120
Wichita            KS 67207
--------------------------------------------------------------------------------

001469058


Penrose, Robert D.                     Unknown
800 Bald Eagle Rd.
Stockport          OH 43787
--------------------------------------------------------------------------------

000129886


Pense, Tonya K.                        Unknown
9141 McDermott Rd.
Kuna               ID 83634
--------------------------------------------------------------------------------

001471107


Peralta, Louis J.                      Unknown
228 Jeanette
San Antonio        TX 78216
--------------------------------------------------------------------------------

001546783


Percival, Cathy A.                     Unknown
6511 Brobeck Ct.
Sugar Land         TX 77479
--------------------------------------------------------------------------------

001492974


Perdue And Assoc Inc                   Unknown
5515 Old Randleman Rd
Greensboro         NC 27406
--------------------------------------------------------------------------------

001546806


Perez, Armando                         Unknown
P.O. Box 3362
Harlingen          TX 78550
--------------------------------------------------------------------------------

Case 98-02675-5-DMW   Doc 20   Filed 12/17/98   Entered 12/18/98 00:00:00   Page 1165
JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        of 1675
Page 1 1115

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


000147272


Perez, Edward R                         Unknown
1834 Cherry Ct
Harlingen         TX 78550
-------------------------------------------------------------------------


000144436


Perez, Juan C.                          Unknown
201 Circle Drive N.
Arlington         TX 76010
-------------------------------------------------------------------------


001570785


Perez, Lisa M.                          Unknown
1406 Sw 159 Ave.
Pembroke Pines    FL 33027
-------------------------------------------------------------------------


000145465


Perez, Maria G.                         Unknown
7680 York
Denver            CO 80229
-------------------------------------------------------------------------


000123066


Perez, Mavi C.                          Unknown
943 N. Central Expressway
Brownsville       TX 78520
-------------------------------------------------------------------------


001585686


Perez, Pamela J.                        Unknown
433 So. Elm
Toppenish         WA 98948
-------------------------------------------------------------------------


001589402


Perilloux, Michael J.                   Unknown
80138 Oak Dr.
Folsom            LA 70437
-------------------------------------------------------------------------


001593761


Perkins, Aleta R.                       Unknown
8 Larry Lane
Longview          WA 98632
-------------------------------------------------------------------------


001607109


Perkins, Amy E.                         Unknown
251 E. Hubbard Ave
Salt Lake City    UT 84111
-------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 1116

Unsecured Creditors -- Sales Representatives


        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001589064


        Perkins, Benjamin D.                    Unknown
        1920 Independence Court
        Lincoln          NE 68521
---------------------------------------------------------------------------------

        001559356


        Perkins, Leo C.                         Unknown
        209 Clark Street
        Deer Lodge       MT 59722
---------------------------------------------------------------------------------

        001570491


        Perkins, Lorinda K.                     Unknown
        8619 Morley
        Houston          TX 77061
---------------------------------------------------------------------------------

        001595541


        Perkins, Mary A.                        Unknown
        2440 Clinton #17-D
        Carthage         MO 64836
---------------------------------------------------------------------------------

        001587747


        Perkins, Phillip M.                     Unknown
        1997 Liberty School House Rd.
        Hardyville       KY 42746
---------------------------------------------------------------------------------

        001512849


        Perkins, Ruth G.                        Unknown
        13651 Co. Road
        Abilene          TX 79601
---------------------------------------------------------------------------------

        001594812


        Perkins, Tom O.                         Unknown
        1397 Vogt Rd.
        Victoria         TX 77905
---------------------------------------------------------------------------------

        001584004


        Perkowski, Delores J.                   Unknown
        10137 Rt 21 South
        Wayland          NY 14572
---------------------------------------------------------------------------------

        000119928


        Perret, Annette F.                      Unknown
        11 Teton St
        Kenner           LA 70065
---------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and | | Total Amt |
| Mailing Address/ Zip Code | | of Claim |

000119225

Perret, Susan M                          Unknown
3548 Ridgeway Drive
Metairie          LA 70002
---------------------------------------------------------------------------

001554919

Perrier, Sherry A.                       Unknown
2811 Meadowlark Lane
Dodge City        KS 67801
---------------------------------------------------------------------------

001504715

Perrin, Rosemary T                       Unknown
9606 Nieman Place
Overland Park     KS 66214
---------------------------------------------------------------------------

001501017

Perrotta, Kathie                         Unknown
805 Lee Drive
Bedford           TX 76022
---------------------------------------------------------------------------

001582104

Perry, Anthony G.                        Unknown
1307 W 6Th
Webb City         MO 64870
---------------------------------------------------------------------------

001543466

Perry, Carol                             Unknown
101 West Oakland
Huntington        WV 25701
---------------------------------------------------------------------------

001590609

Perry, Danny G.                          Unknown
409-A Sun Rise Dr.
Oronogo           MO 64855
---------------------------------------------------------------------------

001455691

Perry, David A.                          Unknown
7653 N. Stoddard Ave.
Kansas City       MO 64153
---------------------------------------------------------------------------

001507795

Perry, Douglas R                         Unknown
1750 N. Lennox Apt. #20B
Olathe            KS 66061
---------------------------------------------------------------------------

                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                        Total Amt
        Mailing Address/ Zip Code                  of Claim


        001600942


        Perry, Gina R.                             Unknown
        1086 W. Waltman
        Meridian        ID 83642
---------------------------------------------------------------------------

        001523669


        Perry, James D.                            Unknown
        12263 Maple Crest Drive
        Burlington      WA 98233
---------------------------------------------------------------------------

        001597176


        Perry, Jerry L.                            Unknown
        9659 Rocky Branch
        Dallas          TX 75243
---------------------------------------------------------------------------

        001579136


        Perry, John L.                             Unknown
        1913 Cypress Branch Court
        Charleston      SC 29414
---------------------------------------------------------------------------

        001557365


        Perry, K. L.                               Unknown
        9820 Mixon Dr
        Dallas          TX 75220
---------------------------------------------------------------------------

        001584112


        Perry, Randy L.                            Unknown
        6013 Bell Rive Drive
        Brentwood       TN 37027
---------------------------------------------------------------------------

        001528710


        Perry, Raymond D.                          Unknown
        6207 Sanford
        Houston         TX 77096
---------------------------------------------------------------------------

        001520423


        Perry, Robert L.                           Unknown
        309 Burnwick
        Richmond        VA 22003
---------------------------------------------------------------------------

        001543638


        Perry, Scott                               Unknown
        5716 93Rd Pl Sw
        Mukilteo        WA 98275
---------------------------------------------------------------------------

                         Unsecured Creditors -- Sales Representatives


        Creditors Names and                       Total Amt
        Mailing Address/ Zip Code                 of Claim


        001504015


        Perry, Susan A.                           Unknown
        12263 Maple Crest Drive
        Burlington        WA 98233
------------------------------------------------------------------------------

        001524491


        Perry, Suzanne F.                         Unknown
        9709 Hillview
        Dallas            TX 75231
------------------------------------------------------------------------------

        001541998


        Perry, Thom                               Unknown
        5 The Koger Center Ste. 127
        Norfolk           VA 23502
------------------------------------------------------------------------------

        001524411


        Perry, Thomas C.                          Unknown
        1213 Doser
        Bow               WA 98232
------------------------------------------------------------------------------

        001562791


        Perry, Thomas D.                          Unknown
        12263 Maple Crest Drive
        Burlington        WA 98233
------------------------------------------------------------------------------

        001580652


        Perse, James                              Unknown
        1821 Live Oak Dr.
        Shreveport        LA 71118
------------------------------------------------------------------------------

        001607329


        Persinger, Allen W.                       Unknown
        1724 W 45Th #44
        Kennewick         WA 99337
------------------------------------------------------------------------------

        001571527


        Person, Paul K.                           Unknown
        11 Regency Row
        San Antonio       TX 78248
------------------------------------------------------------------------------

        001563109


        Pesic, Leslie R.                          Unknown
        2750 Wheatstone St. Lot#58
        San Diego         CA 92111
------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
      Creditors Names and                    Total Amt
      Mailing Address/ Zip Code              of Claim


      001601426


      Pesina, Iris & Joe                     Unknown
      3537 San Patricio
      Plano           TX 75205
-------------------------------------------------------------------------------
      001603394


      Peter, Eric                            Unknown
      122 Half Moon Drive
      West Columbia    SC 29172
-------------------------------------------------------------------------------
      001554060


      Peterman, Delvin                       Unknown
      4781 W. Shipton Rd.
      Salina          KS 67401
-------------------------------------------------------------------------------
      001530441


      Peteroli, Richard A.                   Unknown
      2877 North Heller
      Oak Harbor       WA 98277
-------------------------------------------------------------------------------
      001578021


      Peters Marketing, Inc.                 Unknown
      188 North Avenue
      Jonesboro        GA 30236
-------------------------------------------------------------------------------
      001576632


      Peters, Bennie Hugo                    Unknown
      2817 Emerald Dr.
      Jonesboro        GA 30236
-------------------------------------------------------------------------------
      001579186


      Peters, Brad G.                        Unknown
      8052 Us Hwy 12
      Glenoma          WA 98336
-------------------------------------------------------------------------------
      001508483


      Peters, Chad J.                        Unknown
      100 Riverview Way #7
      Killen           AL 35645
-------------------------------------------------------------------------------
      001578020


      Peters, Christopher Mark               Unknown
      111 Summit Springs Drive
      Dunwoody         GA 30350
-------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE
                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001473502


        Peters, Genevieve A.                     Unknown
        12 South Woodstock Cir
        The Woodlands      TX 77381
------------------------------------------------------------------------
        001575980


        Peters, Gregory A.                       Unknown
        83 Wind Whisper
        Woodlands          TX 77381
------------------------------------------------------------------------
        001491935


        Peters, Jeffrey A.                       Unknown
        113 Westwood Fifth Ave.
        McMINNVILLE        TN 37110
------------------------------------------------------------------------
        001500812


        Peters, Jerry                            Unknown
        1680 Saint Andrews Drive
        Killen             AL 35645
------------------------------------------------------------------------
        000153250


        Peters, Keith                            Unknown
        5455 Upper River Road
        Tallassee          AL 36078
------------------------------------------------------------------------
        000143638


        Peters, Kim L.                           Unknown
        2343 Dark Corner Road
        Tallassee          AL 36078
------------------------------------------------------------------------
        001545712


        Peters, Lori L.                          Unknown
        4624 Ilah Road North
        Jacksonville       FL 32257
------------------------------------------------------------------------
        001507401


        Peters, Nancy A.                         Unknown
        1725 Terrace Lake Dr
        Lawrenceville      GA 30043
------------------------------------------------------------------------
        000154862


        Peters, Ricky C.                         Unknown
        103 Yester Lane
        Talladega          AL 35160
------------------------------------------------------------------------

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001578018


Peters, Wesley Keith                   Unknown
2817 Emerald Dr
Jonesboro        GA 30236
----------------------------------------------------------------------
001570293


Petersen, Allan B.                     Unknown
6200 Southdale Rd
Lincoln          NE 68516
----------------------------------------------------------------------
001567183


Petersen, Darin B.                     Unknown
3185 van dorn st
Lincoln          NE 68502
----------------------------------------------------------------------
001613766


Petersen, Debra S.                     Unknown
9238 Dresden Lane
Port Richey      FL 34668
----------------------------------------------------------------------
001549090


Petersen, Helge                        Unknown
39 Quarry Hill Rd.
Greenville       PA 16125
----------------------------------------------------------------------
001458127


Petersen, Tamara J.                    Unknown
408 N Hull Ave.
Minden           NE 68959
----------------------------------------------------------------------
001474717


Petersen, Timm P.                      Unknown
7332 Antoine #111
Houston          TX 77088
----------------------------------------------------------------------
001515207


Peterson, Alan                         Unknown
4219 Edith Lane
Greensboro       NC 27409
----------------------------------------------------------------------
001583825


Peterson, Brad P.                      Unknown
2610 Russell St.
Bellingham       WA 98225
----------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE

Unsecured Creditors -- Sales Representatives


Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001489552


Peterson, Dawn C.                        Unknown
2623 Green Meadows Lane
Atlanta          GA 30319
------------------------------------------------------------------------

001564006


Peterson, Eric R.                        Unknown
5814 Harbor Dr
Buford           GA 30518
------------------------------------------------------------------------

001542163


Peterson, Gerald M.                      Unknown
6116 Gates Green Dr.
Chesterfield     VA 23832
------------------------------------------------------------------------

001491756


Peterson, James                          Unknown
1603 Sherman Way
Longmont         CO 80501
------------------------------------------------------------------------

001564929


Peterson, Johnathan L.                   Unknown
2911 Centenary Blvd
Shreveport       LA 711341188
------------------------------------------------------------------------

001595535


Peterson, Michael L                      Unknown
Po 162 Mile 10 Hatcher Pass
Willow           AK 99688
------------------------------------------------------------------------

001531525


Peterson, Morrie                         Unknown
105 Cedarpoint Lane
Killen           AL 35645
------------------------------------------------------------------------

001528775


Peterson, Susan M.                       Unknown
8016 W. 148th Street
Overland Park    KS 66223
------------------------------------------------------------------------

001554292


Peterson, Teri                           Unknown
904 West Glass Avenue
Spokane          WA 99205
------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
     Creditors Names and                    Total Amt
     Mailing Address/ Zip Code              of Claim


     001472495


     Peterson, Virginia C.                   Unknown
     777 Lamarche Dr.
     Jacksonville     FL 32205
---------------------------------------------------------------------------

     001584806

     .

     Petosa, Durnes                          Unknown
     6835 So. Neely Road
     Clinton          WA 98236
---------------------------------------------------------------------------

     001609272


     Petrie, Bruce                           Unknown
     805 Pecos Circle
     Danville         KY 40422
---------------------------------------------------------------------------

     001558357


     Petrie, Carol                           Unknown
     232 Herrington Haven
     Lancaster        KY 40444
---------------------------------------------------------------------------

     001566201


     Petrie, John W.                         Unknown
     413 Summit Street
     Richmond         KY 40475
---------------------------------------------------------------------------

     001486571


     Petrish, Nicholas J.                    Unknown
     419 S. 1St Street
     Mt. Vernon       WA 98278
---------------------------------------------------------------------------

     001599650


     Petry, Jerod P.                         Unknown
     220 Wilkie Street #830
     LaFayette        LA 70506
---------------------------------------------------------------------------

     001470966


     Pettis, Robert W                        Unknown
     Hwy 70 W
     Morehead City    NC 28557
---------------------------------------------------------------------------

     001597368


     Pettis, Trina                           Unknown
     150 Settlement Lane
     Eastaboga        AL 36260
---------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE
                          Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001571839


        Pettit, Mitchell                        Unknown
        517 Terry Ave.
        Billings         MT 59101
-------------------------------------------------------------------------------
        001553988


        Pettus, Beth O.                         Unknown
        879 Peavy Road
        Dallas           TX 75218
-------------------------------------------------------------------------------
        001482324


        Petty, Elizabeth S.                     Unknown
        45 Old Mill Road
        Campobello       SC 29322
-------------------------------------------------------------------------------
        001467252


        Petty, Larry M.                         Unknown
        596 Mayes Way
        Manchester       GA 31816
-------------------------------------------------------------------------------
        000126264


        Petz, Kelly M.                          Unknown
        112 W. 19th
        Hays             KS 67601
-------------------------------------------------------------------------------
        001537127


        Pewitt, Michelle L.                     Unknown
        4701 Sully Circle
        Knoxville        TN 37921
-------------------------------------------------------------------------------
        001566468


        Peyton, Harry L.                        Unknown
        3210 Timberbrook Dr.
        Charlotte        NC 28208
-------------------------------------------------------------------------------
        000115621


        Pfeifauf, Jill A.                       Unknown
        204 East Mill Street
        Capac            MI 48014
-------------------------------------------------------------------------------
        000127906


        Pfeifauf, Mary K.                       Unknown
        204 East Mill
        Capac            MI 48014
-------------------------------------------------------------------------------
```

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


000127300


Pfeifer, Anthony R.                    Unknown
117 South Oak
Pratt          KS 67124
------------------------------------------------------------------------

001581440


Pfluger, Donna J.                      Unknown
20764 Carolann Place
Burlington     WA 98233
------------------------------------------------------------------------

001601595


Pflugh, Howard K.                      Unknown
130 Roma
Beaver Falls   PA 15010
------------------------------------------------------------------------

001566631


Phelps, Daniel R.                      Unknown
110 Donamere
Alpharetta     GA 30202
------------------------------------------------------------------------

001615027


Phelps, Pat                            Unknown
450 N. Elm
Monticello     IL 61856
------------------------------------------------------------------------

001598564


Phil Butler                            Unknown
182 Cr 118 W
Hope           AR 71801
------------------------------------------------------------------------

000124591


Phillips Jr., William R.               Unknown
1306 Fortune Rd.
Youngsville    LA 70592
------------------------------------------------------------------------

001597834


Phillips, Barbara                      Unknown
10254 Crystal Drive
Morrison       CO 80465
------------------------------------------------------------------------

001597830


Phillips, Betty T.                     Unknown
10254 S Crystal Drive
Morrison       CO 80465
------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001513321


Phillips, Daniel B.                     Unknown
909 West first St.
Webb City        MO 64870
--------------------------------------------------------------------------------
001514148


Phillips, Debbie A.                     Unknown
1437 Strum
Walla Walla      WA 99362
--------------------------------------------------------------------------------
000128935


Phillips, Debbie M.                     Unknown
HC 61 Box 23B
Loring           MT 59537
--------------------------------------------------------------------------------
001468531


Phillips, Herbert E.                    Unknown
305 Oakmont Dr.
Anderson         SC 29621
--------------------------------------------------------------------------------
001595204


Phillips, Jane                          Unknown
1005 Rolling Hills Dr.
Graham           TX 76450
--------------------------------------------------------------------------------
001581239


Phillips, Judy A                        Unknown
5902 Quiet Meadow Ct
Pasadena         TX 77505
--------------------------------------------------------------------------------
001544613


Phillips, Karen M.                      Unknown
454 King Ridge Dr.
Collierville     TN 38017
--------------------------------------------------------------------------------
000116141


Phillips, Larry B.                      Unknown
560 Kinser Rd. S.E.
Cleveland        TN 37323
--------------------------------------------------------------------------------
001602625


Phillips, Larry M.                      Unknown
P O Box 1411
San Juan Pueblo  NM 87566
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001554828

.
Phillips, Lillie M.                     Unknown
380 Carriage Lane
Union Grove      AL 35175
----------------------------------------------------------------------

001576204

Phillips, Michael                      Unknown
4322 Cedarpoint Drive
Lithonia         GA 30058
----------------------------------------------------------------------

001539128

Phillips, Mike L.                      Unknown
2734 W. 17Th North
Wichita          KS 67203
----------------------------------------------------------------------

001597878

Phillips, Paul S.                      Unknown
3280 Amsterdam Ave.
Cooper City      FL 33026
----------------------------------------------------------------------

001456235

Phillips, Richard C.                   Unknown
410 W. Central #D
Belgrade         MT 59714
----------------------------------------------------------------------

001512466

Phillips, Robert L.                    Unknown
Po Box 43
Webb City        MO 648700043
----------------------------------------------------------------------

000112807

Phillips, Ronda E.                     Unknown
21601 Scottcrest Circle
Cornelius        NC 28031
----------------------------------------------------------------------

000116312

Phillips, Ronnie L.*                   Unknown
560 Kinser Rd. S.E.
Cleveland        TN 37323
----------------------------------------------------------------------

000144503

Phillips, Sarita P.                    Unknown
Rt 2 Box 578
Newboston        TX 75570
----------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                   Total Amt
Mailing Address/ Zip Code             of Claim


001555482


Phillips, Teddy L.                    Unknown
19710 San Gabriel
Houston          TX 77084
------------------------------------------------------------------

001566948


Phillis, Kenith A.                    Unknown
12725 Florence Acres Rd.
Monroe           WA 98272
------------------------------------------------------------------

001575711


Philpott, Kim                         Unknown
6 F. X. Downey Court
Parsippany       NJ 07054
------------------------------------------------------------------

001539259


Phinn, Jack                           Unknown
37659 Drexell Drive
Palm Desert      CA 92211
------------------------------------------------------------------

001559955


Phinney, Arthur E.                    Unknown
1512-B Waugh Rd.
Mount Vernon     WA 98273
------------------------------------------------------------------

001484342


Phipps, Tonya L.                      Unknown
839 Pete Davis Road
Jonesville       LA 71343
------------------------------------------------------------------

001609167


Phoeniz Intl                          Unknown
4486 Berisford Blvd
Palm Harbor      FL 34685
------------------------------------------------------------------

001609192


Photo Retro Printing Co.              Unknown
258 Bendel Rd
Lafayette        LA 70503
------------------------------------------------------------------

000103349


Piadade, Robert M.                    Unknown
3573 Greenside Drive #301
Memphis          TN 38125
------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


Creditors Names and                          Total Amt
Mailing Address/ Zip Code                     of Claim


001582204


Piaralle, Diane H                             Unknown
12590 Silver Fox Ct
Roswell          GA 30075
----------------------------------------------------------------------------------
001559453


Piatero, Sheryl Sp                            Unknown
91-31 Queens Blvd. #317
Elmhurst         NY 11373
----------------------------------------------------------------------------------
001548183


Piazza, Laura A.                              Unknown
19712 Hwy 417
Lettsworth       LA 70753
----------------------------------------------------------------------------------
001507621


Picciano, Thomas C.                           Unknown
205 5Th Street
Barnegat         NJ 08005
----------------------------------------------------------------------------------
001596842


Piccini, Randy J.                             Unknown
408 S.E. Ashton Drive
Lee'S Summit     MO 64063
----------------------------------------------------------------------------------
001603196


Piccuilla, Richard F.                         Unknown
7228 S. Macintosh Lane
Salt Lake City   UT 84121
----------------------------------------------------------------------------------
001479500


Pickering, Howard & Patricia                  Unknown
310 S. Front Street
Wheeling         WV 26003
----------------------------------------------------------------------------------
000122589


Pickert, Beverly A.                           Unknown
7340 Skillman St. #1115
Dallas           TX 75231
----------------------------------------------------------------------------------
001486315


Picklesimer, Joan                             Unknown
101 South Golfview Rd.
Lake Worth       FL 33460
----------------------------------------------------------------------------------

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001542299


Pierce, Jean L.                        Unknown
661 S.E. Portage St.
Port St. Lucie     FL 34984
------------------------------------------------------------------------------------
001478360
.

Pierce, Kathie D                       Unknown
3192 Blenheim Way
Lexington          KY 40503
------------------------------------------------------------------------------------
001587776


Pierce, Kay                            Unknown
P.O. Box 7064
Bend               OR 97708
------------------------------------------------------------------------------------
001491981


Piercy, Janice L.                      Unknown
424 Munro Street
Sedro Woolley      WA 98284
------------------------------------------------------------------------------------
001481500


Pierson, Patricia                      Unknown
1314 N E 137Th Ave.
Portland           OR 97230
------------------------------------------------------------------------------------
001576721
.

Pietsch, Christopher T.                Unknown
4413 Nw Cache
Lawton             OK 73505
------------------------------------------------------------------------------------
001610805


Pike, Jeffrey D                        Unknown
302 Noyes Street
Fairbanks          AK 99701
------------------------------------------------------------------------------------
001614539


Pike, Patricia M.                      Unknown
302 Noyes St
Fairbanks          AK 99701
------------------------------------------------------------------------------------
001516191


Pinchback James L.                     Unknown
408 1 secreto
Buda               TX 78610
------------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001517559


Pinchback, Mary F.                     Unknown
403 Buttercup Creek, #R3
Cedar Park      TX 78613
---------------------------------------------------------------------

001533548


Pincheira, Agustin E.                  Unknown
7505 Kachina Loop
Santa Fe        NM 87505
---------------------------------------------------------------------

001534558


Pinchot, H. Keith                      Unknown
3115 Newcastle Drive
Houston         TX 77027
---------------------------------------------------------------------

001575885


Pinckard, Lamar P.                     Unknown
521 E. Bluff Dr.
Port Angeles    WA 98362
---------------------------------------------------------------------

001595032


Ping International Inc                 Unknown
92-05 Whitney Ave Apt B24
Elmhurst        NY 11373
---------------------------------------------------------------------

001554922


Pingel, Janice L.                      Unknown
2958 Buttonwood
Carrollton      TX 75006
---------------------------------------------------------------------

001577780


Pinion, Brett E.                       Unknown
419 S. Tom
Webb City       MO 64870
---------------------------------------------------------------------

001577782


Pinion, David D.                       Unknown
14 Westfield Park
Goshen          IN 46526
---------------------------------------------------------------------

001574410


Pinion, Jeffrey S.                     Unknown
1313 Fairmont
Neosho          MO 64850
---------------------------------------------------------------------
```

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001560189

Pinkston, Brian C.                     Unknown
2309 Beaumont Dr. Apt B.
Norman          OK 73071
-----------------------------------------------------------------------

000154362

Pinner, Thomas E                       Unknown
201 Ruthwood Drive
Lafayette       LA 70503
-----------------------------------------------------------------------

001550961

Pinney, Eva M.                         Unknown
4012 Kenwood
Bryan           TX 77802
-----------------------------------------------------------------------

000105911

Pinnix, Jayne J.                       Unknown
5145 Hicone Rd.
McLeansville    NC 27301
-----------------------------------------------------------------------

000107055

Pinnix, Randy L.                       Unknown
7791 Us Hwy 64E
Ramseur         NC 27316
-----------------------------------------------------------------------

001582908

Pinski, Michael J.                     Unknown
17  Marquette Lane
Kankekee        IL 60901
-----------------------------------------------------------------------

001563908

Pinson, Barbara A.                     Unknown
2510 N. Hwy 175 #437
Seagoville      TX 75159
-----------------------------------------------------------------------

001522806

Pintar, David                          Unknown
Rt. 5 Box 5189
Shell Knob      MO 65747
-----------------------------------------------------------------------

001475526

Pipe, Richard W.                       Unknown
101 Egbert Point
St. Simons      GA 31522
-----------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


000142904


Piper, III Trey Walter X                 Unknown
1101 Honeysuckle way apt 1322
Arlington         TX 76011
---------------------------------------------------------------------------
001608025


Piper, Michael Janet                     Unknown
9930 Hoffman Road
Monmouth          OR 97361
---------------------------------------------------------------------------
001587917


Pipes, Micheal Y.                        Unknown
17162 Deer Lake Ave.
Baton Rouge       LA 70816
---------------------------------------------------------------------------
001576254


Pipkin, Jenifer J.                       Unknown
2101 Kentucky
Joplin            MO 64804
---------------------------------------------------------------------------
001584151


Piraino, James M.                        Unknown
301 Cardinal
San Marcos        TX 78666
---------------------------------------------------------------------------
001521967


Piraneque, Alba Lucia                    Unknown
13 Galaxy Ct.
Belle Mead        NJ 08502
---------------------------------------------------------------------------
000150439


Pirkle, Sheila S.                        Unknown
4810 Mt. Everest
Wichita Falls     TX 76310
---------------------------------------------------------------------------
001611856


Pirtle, Daniel R.                        Unknown
1719 N 10th L Apt B
Pasco             WA 99307
---------------------------------------------------------------------------
001591925


Pisegna, Dennis                          Unknown
2835 Spencer
West Middlesex    PA 16159
---------------------------------------------------------------------------
```

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001497959 | |
| Pitcher, John S.<br>169 N. 575 West<br>Layton        UT 84041 | Unknown |
| 001582153 | |
| Pitoscia, William R.<br>8188 Ulp Street<br>Masury        OH  44438 | Unknown |
| 001610786 | |
| Pittman & Pittman<br>105 Bradshaw Rd.<br>Hiawassee        GA 30546 | Unknown |
| 000120157 | |
| Pittman, Christopher D.<br>7 Summerfield Drive<br>Houma        LA 70360 | Unknown |
| 001584088 | |
| Pittman, Connie H.<br>420 Tarrow<br>College Station     TX 77840 | Unknown |
| 001576054 | |
| Pittman, Linda J<br>7921 W. 113 Terrace<br>Overland Park     KS 66210 | Unknown |
| 001493218 | |
| Pitts, Malissa A.<br>2023 Kimberly Drive<br>Mt. Juliet       TN 37122 | Unknown |
| 001523659 | |
| Pitts, Michael A.<br>1811 Bally Bunion Drive<br>Duluth        GA 30155 | Unknown |
| 001480528 | |
| Pixler, R. Michelle<br>103 Carrington Drive<br>Garner        NC 27529 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page: 1236
                           Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001474302


        Pizzazz Team Inc.                         Unknown
        312 Chase Lane
        Marietta        GA 30068
-----------------------------------------------------------------------------
        000135048


        Pizzolatto, Jan K.                        Unknown
        116 Azalea Dr.
        Rayne           LA 70578
-----------------------------------------------------------------------------
        001544874


        Place, Jeanette C.A.                      Unknown
        212 Atalin Street
        Mandeville      LA 70448
-----------------------------------------------------------------------------
        001579231


        Plagge, Colby S.                          Unknown
        390 Lakeside Drive
        Mount Vernon    WA 98274
-----------------------------------------------------------------------------
        000125705


        Plasterr, Norma L.                        Unknown
        100 Garrett Fork Rd.
        Chapmanville    WV 25508
-----------------------------------------------------------------------------
        001585876


        Platner, Joshua D.                        Unknown
        266 SW 80th RD.
        Jasper          MO 64755
-----------------------------------------------------------------------------
        001577896


        Platz, Wade D.                            Unknown
        250 Redstone Dr.
        Reno            NV 89512
-----------------------------------------------------------------------------
        001522664


        Plaza, Sharon E.                          Unknown
        15315 Baybrook Dr.
        Houston         TX 77062
-----------------------------------------------------------------------------
        001486355


        Pleimann, Wendelin W.                     Unknown
        408 Woodridge Drive
        Columbia        MO 65201
-----------------------------------------------------------------------------

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE          Page 1537

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001596128


Plesnarski, Sherry H.                  Unknown
226 Suntide Drive
Sunnyvale        TX 75182
----------------------------------------------------------------------------

001595404


Plewinski, Joseph                      Unknown
934 S.Burlington Blvd #149
Burlington       WA 98233
----------------------------------------------------------------------------

000103710


Plitt, John W.                         Unknown
4276 Santolina Way #G
Murrells Inlet   SC 29576
----------------------------------------------------------------------------

001592155


Plopper, Jeannie C.                    Unknown
10115 N. Woodridge Dr.
Spokane          WA 99208
----------------------------------------------------------------------------

001592161


Plopper, Robert G.                     Unknown
9610 N. Arrowhead Road
Spokane          WA 99208
----------------------------------------------------------------------------

001533125


Plow, John P.                          Unknown
102 Lightwood Lane
Rochester        NY 14606
----------------------------------------------------------------------------

001566872


Plumlee, Tara S.                       Unknown
2133 Clematis Drive
Hixson           TN 37343
----------------------------------------------------------------------------

001589007


Plummer, John S.                       Unknown
10708 Aita Loma
El Paso          TX 79935
----------------------------------------------------------------------------

001581789


Plunkett, Shawn                        Unknown
2800 Severn
Reno             NV 89503
----------------------------------------------------------------------------
```

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code           of Claim


        001505998


        Pocock, Steve                       Unknown
        3686 Stratavon Street Nw
        North Canton      OH 44720
-----------------------------------------------------------------------------------
        001520014
        .

        Poe, Frizz W.                       Unknown
        4549 Eldorado
        Plano             TX 75093
-----------------------------------------------------------------------------------
        001602979


        Poe, Peggy                          Unknown
        1236 West Foxwood Drive
        Raymore           MO 64083
-----------------------------------------------------------------------------------
        001519147


        Poe, Steve G                        Unknown
        1701 Francis Rd Unit C
        Knoxville         TN 37909
-----------------------------------------------------------------------------------
        001480591


        Pohl, Diane M.                      Unknown
        3044 Viewcrest Dr. Ne
        Bremerton         WA 98310
-----------------------------------------------------------------------------------
        001587485


        Pointer, Beth L                     Unknown
        2912 2nd Ave So
        Great Falls       MT 59405
-----------------------------------------------------------------------------------
        001577523


        Poling, Lauren Kay                  Unknown
        6301 Rock Prairie Rd.
        College Station   TX 77845
-----------------------------------------------------------------------------------
        001489328


        Polk Jr., Jerry                     Unknown
        2041 Iowa Street
        Baton Rouge       LA 70802
-----------------------------------------------------------------------------------
        001524793


        Polk, Jerry                         Unknown
        110 Orangewood Drive
        Buras             LA 70041
-----------------------------------------------------------------------------------
```

                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001601050


        Polk, Paul J.                           Unknown
        110 Orangewood Dr.
        Buras            LA 70041
--------------------------------------------------------------------------------

        000105534


        Pollard, Robert G.                      Unknown
        4007 Smithfield Dr.
        Greensboro       NC 27406
--------------------------------------------------------------------------------

        001588660


        Pollock, Bill R.                        Unknown
        2081 Musket St.
        Eugene           OR 97408
--------------------------------------------------------------------------------

        001581530


        Pollock, Mike                           Unknown
        Post Office Box 1514
        Zillah           WA 98953
--------------------------------------------------------------------------------

        000149468


        Polnaszek, Paula K.                     Unknown
        7112 E. Pan American Freeway
        Albuquerque      NM 87109
--------------------------------------------------------------------------------

        001596085


        Polsfuss, Craig L.                      Unknown
        8747 Portland Ave. South
        Bloomington      MN 55420
--------------------------------------------------------------------------------

        001602341


        Polsfuss, Zachary                       Unknown
        8747 Portland Ave. So.
        Bloomington      MN 55420
--------------------------------------------------------------------------------

        001541552


        Pomarantz, Linda B.                     Unknown
        6122 Lakehurst Avenue
        Dallas           TX 75230
--------------------------------------------------------------------------------

        001557077


        Pombles, Rose E.                        Unknown
        1252 Donson Dr. Apt. B
        Kettering        OH 45429
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                       Total Amt
        Mailing Address/ Zip Code                 of Claim


        001590269


        Ponce Odett A                             Unknown
        630 W.Canty #A8
        Dallas            TX 75208
---------------------------------------------------------------------------------

        001589469


        Ponder, Gwynnita K.                       Unknown
        2017 Dover Dr
        Rowlett           TX 75088
---------------------------------------------------------------------------------

        001543783


        Ponder, Marion H.                         Unknown
        202 Long Drive
        Baytown           TX 77521
---------------------------------------------------------------------------------

        001605069


        Ponte, Barbara A                          Unknown
        1200 Smith Street Suite 3200
        Houston           TX 77002
---------------------------------------------------------------------------------

        001578852


        Pontiff, Dianne L.                        Unknown
        1300 Dewey St.
        Houma             LA 70360
---------------------------------------------------------------------------------

        001461990


        Pontious, Louise                          Unknown
        105 Cypress Drive
        North Augusta     SC 29841
---------------------------------------------------------------------------------

        001532299


        Pool, Dennis                              Unknown
        4710 Brandon Mills Circle
        Anniston          AL 36207
---------------------------------------------------------------------------------

        001609145


        Pool, Jodye M.                            Unknown
        Rt 1 Box 394
        Jay               OK 74346
---------------------------------------------------------------------------------

        001593054


        Poon, Caroline O.                         Unknown
        15 Essex St., #19
        New York          NY 10002
---------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                  INTERNATIONAL HERITAGE

Unsecured Creditors -- Sales Representatives


        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001566959


        Poon, Tsang H.                          Unknown
        1195B Liberty Ave.
        Hillside          NJ 07205
--------------------------------------------------------------------------------
        000111638


        Pope Jr., Gerald G.                     Unknown
        1914 Nation Rd.
        Hodges            SC 29653
--------------------------------------------------------------------------------
        000109394


        Pope Sr., Gerald G.                     Unknown
        1914 Nation Road
        Hodges            SC 29653
--------------------------------------------------------------------------------
        001575490


        Pope, Georgeann                         Unknown
        4540 Barnett Road  Apt. #17
        Wichita Falls     TX 76310
--------------------------------------------------------------------------------
        000148591


        Pope, Nicole L                          Unknown
        515 W. Albany
        Kennewick         WA 99336
--------------------------------------------------------------------------------
        000126184


        Popek, Nancy M.                         Unknown
        8131 Lingle Ln.
        Lenexa            KS 66215
--------------------------------------------------------------------------------
        001609595


        Popiel, Brian J.                        Unknown
        633 N May #32
        Mesa              AZ 85201
--------------------------------------------------------------------------------
        001606633


        Popiel, James L.                        Unknown
        3440 Granger Av S. #27
        Billings          MT 59102
--------------------------------------------------------------------------------
        001605977


        Porembski, Karen A.                     Unknown
        16104 Snohomish Ave
        Snohomish         WA 98290
--------------------------------------------------------------------------------

                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000144676


        Porter Holdings Incorporated            Unknown
        16135 Stanley Court
        Forney          TX 75126
---------------------------------------------------------------------------

        001556926


        Porter, Anthony                         Unknown
        660 Ually Crest Drive
        Birmingham      AL 35215
---------------------------------------------------------------------------

        001601147


        Porter, Debra                           Unknown
        Rt 1 Box 1059 Space 17 Pioneer
        Admedale        ID 83628
---------------------------------------------------------------------------

        000120551


        Porter, Jason Kyle                      Unknown
        110  Sharon Street
        Lafayette       LA 70506
---------------------------------------------------------------------------

        001588083


        Porter, Mary L.                         Unknown
        825 Grove Drive
        Buffalo Grove   IL 60089
---------------------------------------------------------------------------

        001460229


        Porter, Rhonda K.                       Unknown
        1113 Edgefield Drive
        Plano           TX 75075
---------------------------------------------------------------------------

        001547095


        Porter, Roxie J                         Unknown
        Rt 1 Box 248 B
        Deberry,        TX 75639
---------------------------------------------------------------------------

        001511133


        Porter, Sharon                          Unknown
        20255 Silver Sage Street
        Bend            OR 97702
---------------------------------------------------------------------------

        001472721


        Porter, Stephen L.                      Unknown
        2117 Oakpoint
        Columbia        MO 65203
---------------------------------------------------------------------------

JCH7CLAIM2·98/12/07                    INTERNATIONAL HERITAGE
                    Unsecured Creditors -- Sales Representatives


       Creditors Names and                      Total Amt
       Mailing Address/ Zip Code                of Claim


       001548082


       Porter, Steven G.                        Unknown
       3855 So. 500 West, STE. K
       Salt Lake City       UT 84115
-------------------------------------------------------------------------------
       000140197


       Portz, Marla H.                          Unknown
       17785 Sw. 23 Street
       Miramar              FL 33029
-------------------------------------------------------------------------------
       000125588


       Posch, Carolyn S.                        Unknown
       115 L Street
       Lake Lotawana        MO 64086
-------------------------------------------------------------------------------
       001465297


       Posey, Dianne W. *                       Unknown
       660 Bostwick Cir.
       Vidalia              GA 30474
-------------------------------------------------------------------------------
       001545548


       Posey, Jean S.                           Unknown
       3005 Woodley Terrace
       Montgomery           AL 36106
-------------------------------------------------------------------------------
       001557059


       Posey, Kristen E.                        Unknown
       127 Spanish Oak Circle
       Georgetown           TX 78628
-------------------------------------------------------------------------------
       001595871


       Positive Business                        Unknown
       1320 North B Street Ste 112-13
       Forth Smith          AR 72901
-------------------------------------------------------------------------------
       000146971


       Post, Elvin C.                           Unknown
       1103 Hwy 595  Box 43
       Lindrith             NM 87029
-------------------------------------------------------------------------------
       000142296


       Post, Ruth L.                            Unknown
       4218 Grand Ave.
       Everett              WA 98203
-------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


Creditors Names and                          Total Amt
Mailing Address/ Zip Code                     of Claim


001557309


Postajian, Elizabeth                          Unknown
4255 Route 11 N #2
Fincastle       VA 24090
-------------------------------------------------------------------------

001591077


Postlewait, Greg C.                           Unknown
8564 Bender Road
Lynden          WA 98264
-------------------------------------------------------------------------

000145548


Pot Of Gold, Inc.                             Unknown
2202 Felten Dr.
Hays            KS 67601
-------------------------------------------------------------------------

000145652


Poteat, David H.                              Unknown
660 Sides Rd
Salisbury       NC 28146
-------------------------------------------------------------------------

000162030


Poteet, Jackie B.                             Unknown
PO Box 937
Pinson          AL 35126
-------------------------------------------------------------------------

001596323


Potter, Carol A.                              Unknown
1053 State Route 505
Toledo          WA 98591
-------------------------------------------------------------------------

001544704


Potter, Laurie                                Unknown
42 Wetmore Park
Rochester       NY 14606
-------------------------------------------------------------------------

001554783


Potter, Michael S.                            Unknown
3711 164th St., SW. Apt. Q-166
Lynnwood        WA 98037
-------------------------------------------------------------------------

001560599


Potts, Fran E.                                Unknown
1000 Coulter
Burkburnett     TX 76354
-------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


| Creditors Names and | | Total Amt |
| --- | --- | --- |
| Mailing Address/ Zip Code | | of Claim |

001581451


Potts, Jerry E.                          Unknown
2121 E. Cantrell
Decatur          IL 62521
--------------------------------------------------------------------------------

001528011


Potts, Keri M.                           Unknown
9946 Perkins Rd.
Wichita Falls    TX 76306
--------------------------------------------------------------------------------

000141616


Potts, Robin M.                          Unknown
257 Pirewood Road
Jonesboro        LA 71251
--------------------------------------------------------------------------------

001529177


Potucek, Patricia J.                     Unknown
4595 Eagle Crest Rd.
Salem            OR 97304
--------------------------------------------------------------------------------

001555421


Poulin, Lloyd F.                         Unknown
2855 West Rome Ave.
Anaheim          CA 92804
--------------------------------------------------------------------------------

001587888


Poulson, Cherry S.                       Unknown
1002 E 13Th Street
Carthage         MO 64836
--------------------------------------------------------------------------------

000141134


Pound, Charlotte                         Unknown
6359 Fillmore Ave
Rialto           CA 92377
--------------------------------------------------------------------------------

000124352


Pound, Darla R.                          Unknown
4810 Gatewood
Garland          TX 75043
--------------------------------------------------------------------------------

001558424


Pounds, Bobby F.                         Unknown
100 Washington St.
New Castle       TX 76372
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001562231


Powell, Cecil R.                         Unknown
317 North St.
Baytown          TX 77520
--------------------------------------------------------------------------------
001487282


Powell, Cynthia A.                       Unknown
12 Pine Ledge Terrace
Portland         ME 04103
--------------------------------------------------------------------------------
001568844


Powell, Derek S.                         Unknown
611 Sand Dollar Cove
Patrick Afb      FL 32925
--------------------------------------------------------------------------------
001596406


Powell, Karen K.                         Unknown
W 4105 Rowan
Spokane          WA 99205
--------------------------------------------------------------------------------
001569197


Powell, Kim                              Unknown
108 East 16th Street
Pittsburg        KS 66762
--------------------------------------------------------------------------------
000134892


Powell, Koehler D.                       Unknown
20526 Treetop
Spring           TX 77388
--------------------------------------------------------------------------------
001524938


Powell, Leslie M.                        Unknown
3103 Fall Creek Hwy
Granbury         TX 76049
--------------------------------------------------------------------------------
001540254


Powell, Melanie L.                       Unknown
4438 Green Tee
Baytown          TX 77520
--------------------------------------------------------------------------------
000137811


Powell, Penny                            Unknown
3811 Frazier Rd.
Greensboro       NC 27407
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                 Total Amt
Mailing Address/ Zip Code           of Claim


000134047


Powell, Sherwood                     Unknown
902 Merriwood
Friendswood      TX 77546
--------------------------------------------------------------------------------
001584191


Powers, Holly A.                     Unknown
7111 N.W. Dale Road
Vancouver        WA 98665
--------------------------------------------------------------------------------
001460490


Powers, Joey                         Unknown
P.O. Box 555
Hawley           TX 79525
--------------------------------------------------------------------------------
000106062


Powers, Judy M.                      Unknown
6104 Lea Ray Drive
Greensboro       NC 27410
--------------------------------------------------------------------------------
001566802


Powers, Linda H.                     Unknown
2844 Vista View Dr.
Lewisville       TX 75067
--------------------------------------------------------------------------------
001464538


Poynor, Lisa A.                      Unknown
3350 highway 6 south
sugar land       TX 77478
--------------------------------------------------------------------------------
001534922


Prado, Chet A.                       Unknown
6223 Lee Hwy.
Chattanooga      TN 37421
--------------------------------------------------------------------------------
001536762


Prado, Ginger                        Unknown
5347 Fairview RD.
Hixson           TN 37343
--------------------------------------------------------------------------------
001536767


Prado, Kamilla                       Unknown
5347 Fairview
Hixson           TN 37343
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001554274

Prado, Tony A.                          Unknown
6223 Lee Highway
Chattanooga          TN 37421
--------------------------------------------------------------------------------

001528255

Prager, Joseph F.                       Unknown
5914 E. Lester Dr.
Tucson               AZ 85712
--------------------------------------------------------------------------------

001469917

Prange, Debbie C.                       Unknown
2813 Woodhaven Drive
Grapevine            TX 76051
--------------------------------------------------------------------------------

001525578

Prater, Eugene N.                       Unknown
794 A.L. Cooper Rd.
Mcminnville          TN 37110
--------------------------------------------------------------------------------

001525046

Prater, Mark A.                         Unknown
1878 Francis Ferry Rd.
Mcminnville          TN 37110
--------------------------------------------------------------------------------

001498646

Prater, Roberta A.                      Unknown
2068 Nature View Drive
Sedro-Wooley         WA 98284
--------------------------------------------------------------------------------

001548391

Prather, Diana P.                       Unknown
8177 Courtwood Road
N. Charleston        SC 29406
--------------------------------------------------------------------------------

001458857

Pratt, Bob L.                           Unknown
1225 Front St. #8
Lynden               WA 98264
--------------------------------------------------------------------------------

001482360

Pratt, Fred L.                          Unknown
5950 Walker Rd.
Bozeman              MT 59715
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001575872 | |
| Preachrer, Michael E.<br>5345 Madison Ave #100<br>Sacramento        CA 95841 | Unknown |
| 000132351 | |
| Precision Communications Inc.<br>1202 W. 4th Avenue<br>Albany         GA 31707 | Unknown |
| 001513209 | |
| Preddy, Rebecca A.<br>1858 S. Sieger<br>Springfield      MO 65804 | Unknown |
| 000128611 | |
| Preeshl, Mary<br>Box 877<br>Chinook        MT 59523 | Unknown |
| 001598292 | |
| Prefontaine, Kenneth J.<br>115 Hope Lane<br>Iowa Park       TX 76367 | Unknown |
| 001527165 | |
| Prejean, Alberta C.<br>3014 Verot School Rd.<br>Lafayette       LA 70508 | Unknown |
| 001514750 | |
| Prejean, Liz D.<br>1720 Elk Street<br>Morgan City      LA 70380 | Unknown |
| 001572496 | |
| Prellwitz, Maggie F.<br>3545 NW 86Th<br>Topeka         KS 66618 | Unknown |
| 001530148 | |
| Prentice, Michael<br>8626 E. 4Th St.<br>Tucson         AZ 85710 | Unknown |

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE          Page: 1150
                   Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

000140003

Presley, Harold G.                     Unknown
12014 Waldemar
Houston          TX 77077
---

001585510

Pressler, Tracy & Todd                 Unknown
6894 Linda Vista Blvd
Missoula         MT 59803
---

001508491

Prestage, Richard W.                   Unknown
398 Bethany Circle
Killen           AL 35645
---

001556751

Prestel, Gregory A.                    Unknown
1084 Robertson Dr.
Escondido        CA 92025
---

001604331

Presto, Perry R                        Unknown
519 Fayette St
Washington       PA 15301
---

001602368

Preston, Bryndon L                     Unknown
4303 Wolf Paw Lane
Anderson         IN 46013
---

001551355

Prewitt, Dawn                          Unknown
2314 Kaliste Saloom #706
Lafayette        LA 70508
---

000106994

Price Jr., Baxter E.                   Unknown
6300 Mountain Laurel Dr.
Greensboro       NC 27406
---

001504643

Price Jr., Walter E.                   Unknown
200 Washington Street
Pineville        LA 71360
---

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 1151
                        Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim

        001607841

        Price Suzanne A                         Unknown
        445 Silverthorne Point
        Lawrenceville      GA 30043
-------------------------------------------------------------------------------
        001517001

        Price, Jean P.                          Unknown
        8200 Sullivan Hill Rd.
        Atlanta            GA 30350
-------------------------------------------------------------------------------
        001529924

        Price, Marilyn I.                       Unknown
        12925 Richards
        Overland Park      KS 66213
-------------------------------------------------------------------------------
        001480651

        Price, Marshall Lynn                    Unknown
        425 Fendler Parkway
        Pineville          LA 71360
-------------------------------------------------------------------------------
        001480804

        Price, Paul                             Unknown
        425 Fendler Parkway
        Pineville          LA 71360
-------------------------------------------------------------------------------
        001606714

        Price, Phillip L.                       Unknown
        686 Martha Dr.
        Fayetteville       AR 72703
-------------------------------------------------------------------------------
        001565728

        Price, Titus U.                         Unknown
        914 South 19Th
        Mt. Vernon         WA 98273
-------------------------------------------------------------------------------
        000116205

        Priddy, Charles R.                      Unknown
        140 Bowman Avenue N.W.
        Cleveland          TN 37311
-------------------------------------------------------------------------------
        000109494

        Pridmore, Linda R.                      Unknown
        126 River Tree Road
        Gaffney            SC 29341
-------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001604342 | |
| Priest, David E<br>31600 126Th St SE<br>Auburn          WA 98092 | Unknown |
| 001605759 | |
| Priest, Robbie J.<br>915 Buena Vista Av<br>Muscle Shoals     AL 35661 | Unknown |
| 001605101 | |
| Priest, Stephanie A<br>2301 Sw 334Th Pl #Qz<br>Federal Way       WA 98023 | Unknown |
| 001575512 | |
| Prihoda, Mark A.<br>3818 Kelli Lane<br>Bryan          TX 77802 | Unknown |
| 001581881 | |
| Prihoda, Robert J.<br>3818 Kelli Lane<br>Bryan          TX 77802 | Unknown |
| 001491476 | |
| Prillaman, Durk NMN<br>Route 1 Box 14<br>Sandy Ridge       NC 27046 | Unknown |
| 001597711 | |
| Prime, Brenda J.<br>351 Summers Road<br>Copperas Voe      TX 76522 | Unknown |
| 001568477 | |
| Primmer, Bradley S.<br>18906 E. Marlin Dr.<br>Otis          WA 99027 | Unknown |
| 000131781 | |
| Prince William Corp.<br>517 Adams Gate Road<br>Winston Salem     NC 27107 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001477978 | |
| Prince, Jackie A.<br>2290 F M 546<br>McKinney      TX 75069 | Unknown |
| 001595321 | |
| Prince, Lena<br>629 Lake Terrace Drive<br>Nashville     TN 37217 | Unknown |
| 001544757 | |
| Prince, Sharon M<br>831 N Superior Ave<br>Decatur       GA 30033 | Unknown |
| 000134584 | |
| Prince, Tina M.<br>20948 Via Colombard<br>Sonoma        CA 95476 | Unknown |
| 000136548 | |
| Prio Inc.<br>Po Box 15843<br>Baton Rouge    LA 70895 | Unknown |
| 001580806 | |
| Pritchard, Peggy J<br>P.O. Box 1476<br>Jena           LA 71342 | Unknown |
| 001588606 | |
| Pritcher, Carol A<br>2295 Granite<br>Walla Walla    WA 99362 | Unknown |
| 000120887 | |
| Privett, Hugh<br>2707 S. Williams<br>Atlanta        TX 75551 | Unknown |
| 001593029 | |
| Pro Sports<br>1885 Hwy 90 South<br>Cordele        GA 31015 | Unknown |

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE          Page: 1154

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001591693 | |
| Procell William R<br>501 Rue Burgundy<br>New Orleans     LA 70112 | Unknown |
| 001476645 | |
| Procell, Brandon M.*<br>274 1 Street<br>Calvin     LA 71410 | Unknown |
| 001516449 | |
| Procell, Debbie C.<br>274 First Street<br>Calvin     LA 71410 | Unknown |
| 001583462 | |
| Procell, Melvin H.<br>183 Tanglewood<br>Homer     LA 71040 | Unknown |
| 001590892 | |
| Procell, Paul F.<br>589 Northpark Court<br>Bossier City     LA 71111 | Unknown |
| 000145615 | |
| Prochaska, Gregory A.<br>12403 W. 271St<br>Louisburg     KS 66053 | Unknown |
| 001605163 | |
| Proffitt, Jamie L.<br>5031 West Clearwater #111<br>Kennewick     WA 99336 | Unknown |
| 000116397 | |
| Propes, William D.<br>PO Box 384<br>Red Oak     TX 75154 | Unknown |
| 001551444 | |
| Prosper Trust 11280<br>12215 S. Blackbob Rd. #304<br>Olethe     KS 66062 | Unknown |

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE          Page: 1155
                   Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

000153248

Prosperity Enterprises                    Unknown
1980 Parkside Ave
Hillsborough        CA 94010

---

000133717

Prosperity International                  Unknown
1150 West Fairveiw AVE.#201
Arcadia             CA 91007

---

001602942

Prosperity Networking                     Unknown
1980 Parkside Ave.
Hillsborough        CA 94010

---

001604574

Prosser, John                             Unknown
4211 40Th St
Lubbock             TX 79413

---

001459476

Prout, Robert E.                          Unknown
2418 Queen Ridge Rd.
Independence        MO 64055

---

001531385

Provance, Mary J.                         Unknown
213 E Lincoln St
Seneca              IL 61360

---

001588281

Provence, Charity P.                      Unknown
77 Fox Run
Sudbury             MA 01776

---

001605711

Prudence Thielking Investments            Unknown
5215 Westgrove Place
Dallas              TX 75248

---

001587242

Pruiett, Richard D                        Unknown
7919 Hennessy Lane
Spring              TX 77389

---

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000127034 | |
| Pruitt, Della F.<br>2207 Ashwood Court<br>Carrollton        TX 75006 | Unknown |
| 001554217 | |
| Pryor, James B.<br>113 Otey Dr.<br>Meridianville     AL 35759 | Unknown |
| 001583266 | |
| Pryor, Judith B<br>5128 Bellerive Drive<br>Dallas          TX 75287 | Unknown |
| 001472672 | |
| Pu, Qiang-Ying<br>1190 Park Ave. # H<br>Alameda         CA 94501 | Unknown |
| 001575032 | |
| Puckett, Denise I.<br>312 Ohio Court<br>Abiline         TX 79607 | Unknown |
| 001605343 | |
| Puckett, Steve B.<br>1414 Highland<br>Coos Bay        OR 97420 | Unknown |
| 001584221 | |
| Puckett, Wendell Todd<br>1506 Monterrey<br>Garland         TX 75042 | Unknown |
| 001519748 | |
| Pugh, Brian A.<br>7758 Island Club Drive Apt. S<br>Indianapolis     IN 46214 | Unknown |
| 001609918 | |
| Pugh, Gary L.<br>1729 S Luster<br>Springfield      MO 65804 | Unknown |

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE          Page: 1157
                    Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001456162


Pugh, Joe E.                           Unknown
1120 Nasa Rd 1
Houston          TX 77058
--------------------------------------------------------------------------

001536600


Pugh, Kenneth A.                       Unknown
1818 Harding Ave
Terre Haute      IN 47802
--------------------------------------------------------------------------

001547894


Pugh, Marcella M.                      Unknown
4328 Highpointe Court
Murfreesboro     TN 37129
--------------------------------------------------------------------------

001483359


Pugh, Molly R                          Unknown
5230 Emerson Village Place
Indianapolis     IN 46237
--------------------------------------------------------------------------

001519988


Pugh, Thelma                           Unknown
1132 Mc Elree
Dallas           TX 75217
--------------------------------------------------------------------------

001569576


Pugh, Tony L.                          Unknown
2091 Galaxy Drive
Franklin         IN 46131
--------------------------------------------------------------------------

001591895


Pulju, Tamara K                        Unknown
616 Hawthorne DR
Lake Park        FL 33403
--------------------------------------------------------------------------

001582203


Pullen, Carla S.                       Unknown
P.O. Box 296
Bellevue         TX 76228
--------------------------------------------------------------------------

000150242


Pullishy, Ken                          Unknown
525 Broadwater Ave
Billings         MT 59101
--------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001591632 | |
| Purcell, Kathy E<br>202 S. Foster<br>Haughton          LA 71037 | Unknown |
| 001479086 | |
| Purcey, Gordon<br>4339 Highlander Dr.<br>Dallas          TX 75287 | Unknown |
| 001494799 | |
| Purcey, Kim A<br>4339  Highlander Drive<br>Dallas          TX 75287 | Unknown |
| 001496310 | |
| Purcey, Sarah M<br>4339 Highlander Drive<br>Dallas,          TX 75287 | Unknown |
| 001571143 | |
| Purciel, Susan L.<br>201 Beacon Ave.<br>So. Pasadena          CA 91030 | Unknown |
| 001570938 | |
| Purdie, Lyles Jr. & Nancie<br>1807 Heilwood Drive<br>Greensboro          NC 27407 | Unknown |
| 001510520 | |
| Purser, Lance C.<br>12073 S. Matthew View Court<br>Draper          UT 84020 | Unknown |
| 001570000 | |
| Purser, Lois L.<br>7709 Castle Court<br>Arlington          WA 98223 | Unknown |
| 001477892 | |
| Pursley, Dorothy Lee<br>HC 76 Box 1037<br>Big Sandy          MT 59520 | Unknown |

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 000112717 | |
| Purvis, Donna W.<br>1026 Wayfarer Lane<br>Charleston      SC 29412 | Unknown |
| 001535293 | |
| Pusateri, Janis K.<br>305 E. Miller Road<br>Republic      MO 65738 | Unknown |
| 001569082 | |
| Putman, Dana<br>3276 Old Chisholm Road<br>Florence      AL 35630 | Unknown |
| 000147474 | |
| Putnam, Larry M.<br>466 Tiffany Trail<br>Richardson      TX 75081 | Unknown |
| 001608673 | |
| Pyatt, Judson E.<br>904 South Ash<br>Buffalo      MO 65622 | Unknown |
| 001588102 | |
| Pyle, Nan H.<br>509 Andrew<br>Dodge City      KS 67801 | Unknown |
| 001514115 | |
| Qi, Hai Nan<br>201 N. Monterey St.Apt.#1<br>Alhambra      CA 91801 | Unknown |
| 001571227 | |
| Qi, Jinzhi<br>7254 Crown W.<br>Houston      TX 77072 | Unknown |
| 001531390 | |
| Qi, Xiaoping<br>201 N. Monterey St.Apt.#1<br>Alhambra      CA 91801 | Unknown |

JCH7CLAIM2 98/12/07                     INTERNATIONAL HERITAGE            Page: 1160
                              Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                       Total Amt
        Mailing Address/ Zip Code                  of Claim


        001574556

        Qi, Yu Min                                 Unknown
        144-24 37 Avenue
        Flushing          NY 11354
--------------------------------------------------------------------------------
        001524856

        Qian, Zhiping                              Unknown
        2D Monarch Ct.
        Cockeysville      MD 21030
--------------------------------------------------------------------------------
        001548366

        Qiaoling, Xie                              Unknown
        58-08 37Th Ave.
        Woodside          NY 11377
--------------------------------------------------------------------------------
        001573192

        Qin Ruiling                                Unknown
        12527-C El Camino Real
        San Diego         CA 92130
--------------------------------------------------------------------------------
        001562430

        Qin, Jie                                   Unknown
        4018 Penn Mar Ave. #A
        El Monte          CA 91732
--------------------------------------------------------------------------------
        001596547

        Qin, Yan                                   Unknown
        330 E Cordova St #165
        Pasadena          CA 91101
--------------------------------------------------------------------------------
        001614613

        Qiu, Qihong                                Unknown
        91-31 Queens Blvd Suite 317
        Elmhurst          NY 11373
--------------------------------------------------------------------------------
        001609621

        Qiu, Sa                                    Unknown
        3108 Ne 11Th St
        Mineral Wells     TX 76067
--------------------------------------------------------------------------------
        001494756

        Qu, Jin Feng                               Unknown
        639 West Longden Ave.
        Arcadia           CA 91007
--------------------------------------------------------------------------------
```

Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim

001556328

Qu, Mingfa                               Unknown
4534 Summer lakes
Sugarland          TX 77479
------------------------------------------------------------------------

001599341

Quaas, Michelle L.                       Unknown
2136 Loma Verde
Bedford            TX 76021
------------------------------------------------------------------------

001535189

Qualex Consulting Svcs., Inc.            Unknown
11011 N. 92nd St. #1108
Scottsdale         AZ 85260
------------------------------------------------------------------------

000157464

Qualls, Martha J.                        Unknown
949 N. Vassar
Wichita            KS 67208
------------------------------------------------------------------------

001492670

Qualls, Sandy D.                         Unknown
2710 Blue Goose Rd.
Huron              TN 38345
------------------------------------------------------------------------

000141290

Qualls, Thurston L.                      Unknown
2019 N. Parkridge Ct.
Wichita            KS 67212
------------------------------------------------------------------------

001606781

Quantum Enterprises                      Unknown
702 Catalina
Oklahoma City      OK 73132
------------------------------------------------------------------------

001611516

Quantum International                    Unknown
4646 Hwy 6 South #244
Sugar Land         TX 77478
------------------------------------------------------------------------

001583589

Quarles, Brandon                         Unknown
1503 Martha St.
Bowie              TX 76230
------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                  INTERNATIONAL HERITAGE          Page: 1162
                       Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


    001573626


    Quebe, Daniel B.                       Unknown
    231 Batesview Dr
    Greenville        SC 29607
--------------------------------------------------------------------------------
    000105823


    Queen, Harold W.                       Unknown
    606 Newbern Ct.
    Burlington        NC 27215
--------------------------------------------------------------------------------
    001586485


    Queen, Michael A.                      Unknown
    20125 Locust Box 79
    Weston            OH 43569
--------------------------------------------------------------------------------
    001538474


    Queen, Robbie S.                       Unknown
    627 Garden Dr
    Laurel            MS 39440
--------------------------------------------------------------------------------
    001541141


    Quenzler III., Charles L.              Unknown
    125 North Lake Drive
    Clearwater        FL 33755
--------------------------------------------------------------------------------
    001572152


    Quenzler Jr., Charles L.               Unknown
    2038 Temple Terrace
    Clearwater        FL 33765
--------------------------------------------------------------------------------
    001596223


    Quenzler, Les C                        Unknown
    2038 Temple Terrace
    Clearwater        FL 33764
--------------------------------------------------------------------------------
    001482504


    Quest Associates Inc.                  Unknown
    3242 Lynnhaven Dr.
    Virginia Beach    VA 23451
--------------------------------------------------------------------------------
    001472358


    Quibodeaux, Dwayne J.                  Unknown
    2700 Amb. Caffery Pkwy
    Lafayette         LA 70506
--------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                  INTERNATIONAL HERITAGE            Page: 2163
                          Unsecured Creditors -- Sales Representatives

Creditors Names and                          Total Amt
Mailing Address/ Zip Code                     of Claim

001548636

Quick Packaging & Shipping Ctr               Unknown
4508 Folse Dr
Metairie          LA 70006
-----------------------------------------------------------------------------
000128835

Quick, Dolly M.                              Unknown
4535 E. Paseo La Casita
Tucson            AZ 85718
-----------------------------------------------------------------------------
001519896

Quick, Kelly                                 Unknown
44 Chateau Haut Brion
Kenner            LA 70065
-----------------------------------------------------------------------------
001581787

Quick, Martha Diane                          Unknown
5163 Pond View Drive
Jacksonville      FL 32258
-----------------------------------------------------------------------------
001526515

Quinlan, Gilbert L                           Unknown
222 Oblate Drive
San Antonio       TX 78216
-----------------------------------------------------------------------------
001584735

Quinn, David                                 Unknown
6105 E. Tilstra Rd.
Benton City       WA 99320
-----------------------------------------------------------------------------
000154280

Quinn, Eleanor G.                            Unknown
4304 Cornell Dr.
Plano             TX 75093
-----------------------------------------------------------------------------
001496474

Quinn, Linda S.                              Unknown
568 Adams Rd.
Fayetteville      GA 30214
-----------------------------------------------------------------------------
001554261

Quinones, Mary M                             Unknown
4904 Bissonet Dr
Metairie Jefferson  LA 70003
-----------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE          Page: 1164
                        Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001550976

Quintana, Margarita                      Unknown
14186 Connie Ln.
College Station    TX 77845
---

001600635

Quintana, Mariana                        Unknown
15914-44th Ave. W. Apt#203
Lynnwood           WA
---

000155865

Quire, Robin G                           Unknown
Rt 3 Box 95
Enterprise         AL 36330
---

001607868

Quitiquit, Corina J                      Unknown
80869 Boulder Drive
Indio              CA 92201
---

000153178

R & K Enterprises                        Unknown
4483 William Louis Dr.
Wilmington         NC 28405
---

001544308

R.V. Parts Outlet                        Unknown
316 North Oak Street
Burlington         WA 98233
---

000115821

Raabe, Dawn J.                           Unknown
6820 28 Ave.
Kenosha            WI 53143
---

001596032

Raasch, Jonathan O.                      Unknown
Rt. 1 Box 317
Hardin             MO 64035
---

001587258

Raasch, Robert A.                        Unknown
Rt 1 Box 317
Hardin             MO 64035
---

Unsecured Creditors -- Sales Representatives

Creditors Names and                          Total Amt
Mailing Address/ Zip Code                     of Claim

001535695

Raban, Deniese                                Unknown
Box 1105
St. Johns        AZ 85936
--------------------------------------------------------------------------------
001530839

Raban, Ted L.                                 Unknown
P.O. Box 771
St. Johns        AZ 85936
--------------------------------------------------------------------------------
001463559

Raborn, Deedra J.                             Unknown
1195 Colonial Ave NE
Salem            OR 97303
--------------------------------------------------------------------------------
000137136

Raborn, Jimmey L.                             Unknown
1951 Evergreen Road
Jonesboro        LA 71251
--------------------------------------------------------------------------------
001610284

Rac, Jan A.                                   Unknown
1150 Sunset Blvd Ne #207
Renton           WA 98056
--------------------------------------------------------------------------------
001590359

Rachal, Barry & Collette                      Unknown
523 Rock Hollow
Shreveport       LA 71115
--------------------------------------------------------------------------------
000147425

Rachford, Peter K                             Unknown
P.O. Box 13505
Austin           TX 78711
--------------------------------------------------------------------------------
001527416

Rachner, Jean B.                              Unknown
3450 Mountain Road
Haymarket        VA 20169
--------------------------------------------------------------------------------
001527430

Rachner, Robert R.                            Unknown
1941 East Beech Road
Sterling         VA 20164
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001476428 | |
| Rachner, William J.<br>18343 Cape Bahamas Ln.<br>Houston        TX 77058 | Unknown |
| 001515802 | |
| Racine, Debra L<br>810 S St<br>Porttownsend     WA 98368 | Unknown |
| 000154188 | |
| Rader, Melissa D.<br>408 Jameson<br>Greenville      SC 29673 | Unknown |
| 001591120 | |
| Rader, Nancy W.<br>12115 N.E. 151st St.<br>Brush Prairie    WA 98606 | Unknown |
| 001462359 | |
| Rader, Steven P.<br>P.O. Box 1901<br>Washington      NC 27889 | Unknown |
| 001482731 | |
| Radick, Pat A<br>619 Many Oaks<br>San Antonio     TX 78232 | Unknown |
| 001599303 | |
| Radov, Jack<br>6319 Lake Shore Dr.<br>San Diego       CA 92119 | Unknown |
| 001605172 | |
| Rae Williams<br>2561 Cabrillo Way<br>Oknard          CA 93030 | Unknown |
| 001572455 | |
| Ragan, Dan<br>115 Brookville Dr<br>Harvest         AL 35749 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000117219 : | |
| Ragland, Adam H.<br>161 Stone Hill Drive<br>Huntsville      AL 35811 | Unknown |
| 001539677 | |
| Ragland, Dick<br>100 Bluewater Rd.<br>Bridger       MT 59014 | Unknown |
| 001548956 | |
| Ragland, Don<br>Rt 1 Box 1255<br>Hardin       MT 59034 | Unknown |
| 001529671 | |
| Ragsdale, Floyd A.<br>1494 County Rd. 1859<br>Arab       AL 35016 | Unknown |
| 001599375 | |
| Rahmberg Billie M.<br>16302 Ave. Del Luna<br>San Antonio    TX 78232 | Unknown |
| 001579776 | |
| Rahn, Wayne E.<br>N7619 Radio Road<br>Ripon       WI 54971 | Unknown |
| 001606910 | |
| Railsback, Crystal F.<br>7612 Glenshannon Circle<br>Dallas       TX 75225 | Unknown |
| 001582165 | |
| Raines, Deborah L.<br>2127 Windmill Dr.<br>Richmond      TX 77469 | Unknown |
| 001571482 | |
| Raines, Fred G.<br>2314 Larlin Dr.<br>Everett      WA 98203 | Unknown |

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE          Page: 1168

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim

001604676

Rainosek, Irene                        Unknown
942 Essen Ave N.W.
Palm Bay        FL 32907
---------------------------------------------------------------
001581130

Rains, Kevin L.                        Unknown
1002 Forest Park Dr.
Lewisville      TX 75057
---------------------------------------------------------------
001583959

Raisor, Jeffrey S.                     Unknown
3403 Regalrow
College Station TX 77845
---------------------------------------------------------------
001608488

Rajala, Teresa D.                      Unknown
3001 South Hardin Suite 110
Mckinney        TX 75070
---------------------------------------------------------------
001500199

Rakaseder, Ronald S.                   Unknown
500 White Oak Shade Road
New Canaan      CT 06840
---------------------------------------------------------------
001545458

Rakoci, Eugene G.                      Unknown
2210 King Dr.
Hermitage       PA 16148
---------------------------------------------------------------
000137396

Raley, Diana L.                        Unknown
4220 Lavaca Tr.
Carrollton      TX 75010
---------------------------------------------------------------
001558975

Ralphs, Natalie                        Unknown
380 N 1020 E #227
Provo           UT 84606
---------------------------------------------------------------
001532890

Ralston, Doreen Y.                     Unknown
P.O. Box 1694
Bernalillo      NM 87004
---------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE           Page: 1169
                        Unsecured Creditors -- Sales Representatives

Creditors Names and                          Total Amt
Mailing Address/ Zip Code                    of Claim

001531577

Ralston, Jodie M.                            Unknown
P.O. Box 1510
Bernalillo          NM 87004
----------------------------------------------------------------------------------

001521823

Ram, Debra P.                                Unknown
102 Hancock Way
Baldwin             GA 30511
----------------------------------------------------------------------------------

001515414

Ram, Judith F.                               Unknown
2208 Ascott Valley Trace
Duluth              GA 30097
----------------------------------------------------------------------------------

001517334

Ramar Laboratories & Dist.                   Unknown
4501 Loblolly Court
Murrells Inlet      SC 29576
----------------------------------------------------------------------------------

001530044

Rambeau, Norman J.                           Unknown
Po Box 3636
Lawrence            KS 66046
----------------------------------------------------------------------------------

001476383

Ramboo Enterprises                           Unknown
15 Isernia Ave.
Staten Island       NY 10306
----------------------------------------------------------------------------------

001599471

Ramirez, Abraham V.                          Unknown
2499 W. Sacaton Road
Pecos               TX 79772
----------------------------------------------------------------------------------

001608708

Ramirez, Alfred                              Unknown
6425 Westheiner  #607
Houston             TX 77057
----------------------------------------------------------------------------------

001538645

Ramirez, Eugene                              Unknown
9731 Kirkville
Houston             TX 77089
----------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001519282 | |
| Ramo, Joyce M.<br>Rt. 2 Box 102-A<br>Wichita Falls    TX 76301 | Unknown |
| 001562639 | |
| Ramos, Gabriela A.<br>721 Mary Avenue<br>Ft. Walton Beach    FL 32547 | Unknown |
| 001559194 | |
| Ramos, Herminia R<br>15040 Cloverdale Dr<br>Ft Myers    FL 33919 | Unknown |
| 000130142 | |
| Ramos, James P.<br>333 E. Fairhaven Avenue<br>Burlington    WA 98233 | Unknown |
| 000140783 | |
| Ramos, Jessica M.<br>4502 Corona #27-B<br>Corpus Christi    TX 78411 | Unknown |
| 001532339 | |
| Ramos, Lolita M.<br>587 16Th<br>Burlington    CO 80807 | Unknown |
| 001503383 | |
| Ramos, Lorraine A.<br>11 Pinehurst Ave.<br>Brockton    MA 02402 | Unknown |
| 000130095 | |
| Ramos, Richard A.<br>Po Box 417<br>Stratton    CO 80836 | Unknown |
| 001475093 | |
| Ramsey, Donald W.<br>4611 Monterrey Drive<br>Wichita Falls    TX 76310 | Unknown |

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001557066

Ramsey, Lillian
311 Canoe Creek Rd.
Rainbow City      AL 35906                    Unknown

000121483

Ramsey, Roxella J.
6101 81St N.E. Avenue
Norman          OK 73071                      Unknown

001494500

Ramsey, Ted L
849 Rutherford Street
Shreveport      LA 71104                      Unknown

001593340

Ramsey, Verval D
1000 Jefferson St
Minden          LA 71055                      Unknown

000154310

Rand, James F
14 B Farmfield Ave
Charleston      SC 29407                      Unknown

000151034

Rand, John H
14 B Farmfield Ave
Charleston      SC 29407                      Unknown

001562111

Rand, Robin Ann
4085 Vern Sikking Rd.
Appling         GA 30802                      Unknown

001541360

Randall, Ernest E.
1215 N. 4Th St.
Jacksonville Beach  FL 32250                  Unknown

001605829

Randall, Robert
5575 Magatron Blvd Suite H
San Diego       CA 92111                      Unknown

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001478520 | |
| Randazzo, Shannon V.<br>422 Plum Street<br>Edwardsville    IL 62025 | Unknown |
| 000149338 | |
| Randell, Kathleen<br>3568 E. 4000 N.<br>Kimberly      ID 83341 | Unknown |
| 001515786 | |
| Randhahn, Fred<br>3 South Longyard Road<br>Southwick     MA 01077 | Unknown |
| 001607347 | |
| Randhawa, Jasbir S.<br>14311 SE 257 Pl.<br>Kent      WA 98042 | Unknown |
| 001456953 | |
| Randle, W. Michael<br>4623 N.E. 203rd Court<br>Seattle      WA 98155 | Unknown |
| 001521337 | |
| Ranft-Mccarthy, Elizabeth J.<br>4713 Huntington Dr. Ne<br>Albuquerque    NM 87111 | Unknown |
| 001605838 | |
| Ranges, Sharon L.<br>2560 Bethany Creek Court<br>Alpharetta     GA 30004 | Unknown |
| 001559162 | |
| Rankin, Donna W.<br>P.O. Box 97<br>Newberry      SC 29108 | Unknown |
| 001567171 | |
| Rankin, Linda K.<br>5729 Ridgehaven<br>Plano      TX 75093 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001548012 | |
| Ransleben, Norman H.<br>5501 Sarazen<br>Corpus Christi    TX 78413 | Unknown |
| 001577730 | |
| Ransleben, Stacey J.<br>5401 Ramport #356<br>Houston    TX 77081 | Unknown |
| 001462961 | |
| Ransom, Jacqueline A<br>965 Regency Crest Drive<br>Atlanta    GA 30331 | Unknown |
| 001482174 | |
| Rape, Jeffrey M.<br>850 Saint Peters Church Rd.<br>Gold Hill    NC 28071 | Unknown |
| 000106806 | |
| Raper, Derek D.<br>1003 N Cannon Blvd<br>Kannapolis    NC 28083 | Unknown |
| 001605660 | |
| Rapo, Melissa A.<br>48 Shubael Gorham<br>Centerville    MA 02632 | Unknown |
| 001579580 | |
| Rapp, Sam<br>6292 N Bellcreek Avenue<br>Boise    ID 83713 | Unknown |
| 001528852 | |
| Rasco, Christie<br>766 E. North 14Th<br>Abilene    TX 79601 | Unknown |
| 000146459 | |
| Raser, Gary and Helen<br>117 Red Sky Court<br>Lake Mary    FL 32746 | Unknown |

JCH7CLAIM2 98/12/07         INTERNATIONAL HERITAGE         Page: 1174
                    Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001499533 | |
| Rask, Paul<br>709 S. Jordan St<br>Miles City     MT 59301 | Unknown |
| 000153120 | |
| Raskin-Carbonell, Patricia J.<br>207 North 35Th Street<br>Morehead City     NC 28557 | Unknown |
| 001607317 | |
| Rasmussen, Lana<br>2168 Edgewood #2<br>Cleveland Hts     OH 44118 | Unknown |
| 001607322 | |
| Rasmussen, Laura<br>2168 Edgewood #2<br>Cleveland Hts     OH 44118 | Unknown |
| 001606722 | |
| Rasmussen, Linda<br>2168 Edgewood # 2<br>Cleveland Hts     OH 44118 | Unknown |
| 001461733 | |
| Rasmussen, Rita J.<br>Rt. 2 Box 3146 Sunset Dr.<br>Milescity Custer     MT 59301 | Unknown |
| 001590860 | |
| Rast, Jeane M.<br>9214 S. Wallace Ave.<br>Kansas City     MO 64138 | Unknown |
| 001562217 | |
| Ratcliff, Jimmy E.<br>1539 Wilhurst<br>Jackson     MS 39211 | Unknown |
| 001523598 | |
| Ratley, M. Kit<br>24001 Muirlands Sp52<br>lake forest     CA 92630 | Unknown |

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001512934 | |
| Ratliff, Peggy H.<br>3406 Kathleen Blvd.<br>Mont Belvieu    TX 77580 | Unknown |
| 000120355 | |
| Raush, Linda W.<br>12475 Sherbrook Drive<br>Baton Rouge    LA 70815 | Unknown |
| 001582223 | |
| Ravia, Nathan C.<br>118 Isbell Road<br>Deridder    LA 70634 | Unknown |
| 001584433 | |
| Rawles, Peggy<br>118 Peach St<br>Rayville    LA 71269 | Unknown |
| 001552626 | |
| Rawlings Arthur T.<br>1210 Hanshaw Rd<br>Ithaca    NY 14850 | Unknown |
| 001521875 | |
| Rawlings, Karen A.<br>526 Saratoga Dr.<br>Alpharetta    GA 30022 | Unknown |
| 001522343 | |
| Rawlins, Allen P.<br>13459 Shahan<br>Dallas    TX 75234 | Unknown |
| 001567638 | |
| Rawlins, Julee<br>1024 Hutley Way<br>Granite Bay    CA 95746 | Unknown |
| 001552752 | |
| Rawls, Brooke<br>7201 Rolling Stone Ct<br>Salcha    AK 99714 | Unknown |

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001480700 | |
| Rawls, John D.<br>HC1 Box 210<br>Sterling     AK 99672 | Unknown |
| 001615355 | |
| Rawls, Kylee E<br>102 Capilano Lane<br>Broussard     LA 70518 | Unknown |
| 001475807 | |
| Rawls, William T.<br>708 Decker<br>Langley     WA 98690 | Unknown |
| 001509494 | |
| Ray Jr., Russell J.<br>1431 Old Federal Road<br>Shorter     AL 36075 | Unknown |
| 000134340 | |
| Ray, Carla J<br>3813 Guthrie Road<br>Garland     TX 75043 | Unknown |
| 001502546 | |
| Ray, George A.<br>11718 Wilvern<br>Redding     CA 96003 | Unknown |
| 001513243 | |
| Ray, George L.<br>221 Concord<br>El Segonda     CA 90245 | Unknown |
| 001593040 | |
| Ray, Greg C.<br>2118 Connecticut Apt 58<br>Joplin     MO 64804 | Unknown |
| 001483631 | |
| Ray, Gregory A.<br>1343 Deepwater Dr.<br>Mt. Pleasant     SC 29464 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE              Page 1177
                        Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001579824


        Ray, Jim L.                            Unknown
        14028 44Th Street S.E.
        Snohomish        WA 98290
--------------------------------------------------------------------------------
        001495267
        .

        Ray, Kathy B.                          Unknown
        1435 Old Federal Road
        Shorter          AL 36075
--------------------------------------------------------------------------------
        001545894


        Ray, Robert                            Unknown
        6622 Orchid Lane
        Dallas           TX 75230
--------------------------------------------------------------------------------
        001483580


        Ray, Shannon M.                        Unknown
        1138 Ascott Valley Drive
        Duluth           GA 30155
--------------------------------------------------------------------------------
        001606961


        Raybon, Bud/Sue                        Unknown
        6800 Old Creek Ct
        Montgomery       AL 36117
--------------------------------------------------------------------------------
        001539548


        Raybon, Sue B.                         Unknown
        6800 Old Creek Court
        Montgomery       AL 36117
--------------------------------------------------------------------------------
        001498244


        Raybourn, Lisa G.                      Unknown
        13701 Botts Road
        Grandview        MO 64030
--------------------------------------------------------------------------------
        001572189


        Raydo, Matt T.                         Unknown
        2108 Fair Oaks Dr.
        Speedway         IN 46224
--------------------------------------------------------------------------------
        000147674


        Raymer, Marian J.                      Unknown
        14301 S.E. 16Th Circle
        Vancouver        WA 98683
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07            INTERNATIONAL HERITAGE      Page: 1178
                      Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001591933


Raymond, Michael T                     Unknown
78565 Saguaro Rd
La Quinta        CA 92253
------------------------------------------------------------------------

001472164


Raymus, Grantges J.                    Unknown
117 Madison Avenue
Spring Lake      NJ 07762
------------------------------------------------------------------------

001565355


Rea, Jason S.                          Unknown
1207 W. 3Rd Street
Webb City        MO 64870
------------------------------------------------------------------------

001550027


Reach Out America, Inc.                Unknown
3003 N.W. Oakcrest Dr.
Kansas City      MO 64151
------------------------------------------------------------------------

001588319


Read, Dan J.                           Unknown
313 S.Haven Dr.
Monticello       IA 52310
------------------------------------------------------------------------

001552590


Reagan Ronald J.                       Unknown
282 N. Illinois Ave.
Oak Ridge        TN 37830
------------------------------------------------------------------------

001466868


Reagan, Lisa M                         Unknown
121 Silverbell Lane
Gatlinburg       TN 37738
------------------------------------------------------------------------

001506673


Realtynet, Ltd.                        Unknown
788 Lagoon Court
Stone Mountain   GA 30083
------------------------------------------------------------------------

001541135


Ream, Martin R.                        Unknown
4043 Dawnridge Ln.
Troutville       VA 24175
------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE              Page: 1179
                         Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001598221


        Reamer, Ronnie J.                      Unknown
        904 Pine St.
        Minden          LA 71055
-----------------------------------------------------------------------------

        001610259


        Reams, William                         Unknown
        7359 Crestleigh Circle
        Alexandria      VA 22315
-----------------------------------------------------------------------------

        001528176


        Reardon, Sharon V.                     Unknown
        1430 Via Cortez
        Placentia       CA 92870
-----------------------------------------------------------------------------

        000113404


        Reaves, Bill                           Unknown
        701 10Th Street
        Columbus        GA 31901
-----------------------------------------------------------------------------

        001589629


        Rebman, Bart A.                        Unknown
        2804 Lynne Ct., N.E.
        Albuquerque     NM 87112
-----------------------------------------------------------------------------

        001584247


        Rector, Curtis W.                      Unknown
        Box 331, Highway 10C East
        Wyandotte       OK 74370
-----------------------------------------------------------------------------

        001581907


        Rector, Jim F.                         Unknown
        Hwy 10-C East, Box 331
        Wyandotte       OK 74370
-----------------------------------------------------------------------------

        001581894


        Rector, Mark D.                        Unknown
        Hwy 10-C East, Box 331
        Wyandotte       OK 74370
-----------------------------------------------------------------------------

        001571311


        Red Sunset Management                  Unknown
        2435 East North St. St 354
        Greenville      SC 29615
-----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001584348


Red, Cheryl D.                         Unknown
407 Deer Fern
League City      TX 77573
```
--------------------------------------------------------------------------------
```
000106610


Redden, Randall L.                     Unknown
343 Smith Graveyard Rd.
Asheville       NC 28806
```
--------------------------------------------------------------------------------
```
001576760


Redding, Dan E.                        Unknown
4775 Merrifield
Rudyard         MT 59540
```
--------------------------------------------------------------------------------
```
001557674


Redding, Rhonda R.                     Unknown
240 2Nd Rd. S W
Gridley         KS 66852
```
--------------------------------------------------------------------------------
```
001580500


Redding, Richard T                     Unknown
851 S Kihei Road  Apt G106
Kihei           HI 96753
```
--------------------------------------------------------------------------------
```
001596947


Redeker, Patricia F.                   Unknown
1084 Rd. 80
Olpe            KS 66865
```
--------------------------------------------------------------------------------
```
000119719


Redfearin, Jimmy W.                    Unknown
5540 Downing St.
Alexandria      LA 71301
```
--------------------------------------------------------------------------------
```
001543512


Redmond, Cynthia B.                    Unknown
5244 Cimmeron Drive
Bozeman         MT 59715
```
--------------------------------------------------------------------------------
```
001609181


Ree, Sahng                             Unknown
3840 Ingraham St #106
Los Angeles     CA 90005
```
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001462575

Reece, Donald B.
#2 Medical Park
Morehead City      NC 28557          Unknown

---

001499724

Reed Fred J. & Dana S.
550 Nottingham Rd.
Elkton          MD 21921          Unknown

---

001513361

Reed, Al
1110 Park Street
Beaumont        TX 77701          Unknown

---

000152582

Reed, Allen L.
217 Stewart St.
Lafayette       LA 70501          Unknown

---

001582531

Reed, Alvin F.
610 Sweetbay Drive
Mandeville      LA 70448          Unknown

---

001577287

Reed, Anne
1247 Falls Blvd
Weston          FL 33327          Unknown

---

000150656

Reed, Anthony M.
90 Luke St. Apt. 206K
Lafayette       LA 70506          Unknown

---

000154793

Reed, Benny W
441 College Rd
Eunice          LA 70535          Unknown

---

000122970

Reed, Charlotte M.
1048 Sharp Road
Gunter          TX 75058          Unknown

---

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page: 1182
                          Unsecured Creditors -- Sales Representatives

          Creditors Names and                  Total Amt
          Mailing Address/ Zip Code             of Claim

          000104130

          Reed, Claudia L.                         Unknown
          Rt. 1 Box 48-A
          Gunter          TX 75058
-----------------------------------------------------------------------------------
          000125697

          Reed, Darren L.                          Unknown
          909 Hillcrest
          Pleasant Hill    MO 64080
-----------------------------------------------------------------------------------
          001503910

          Reed, Elsie J                            Unknown
          657 Nottingham Rd
          Elkton          MD 21921
-----------------------------------------------------------------------------------
          001584639

          Reed, Gracie I.                          Unknown
          103 Kelsey Road
          Rosalia         WA 99170
-----------------------------------------------------------------------------------
          000130050

          Reed, Harold E.                          Unknown
          321 West 12th
          Kennewick       WA 99337
-----------------------------------------------------------------------------------
          001464401

          Reed, Inez T.                            Unknown
          264 Sellers Road
          Ashville,       AL 35953
-----------------------------------------------------------------------------------
          001582139
          :

          Reed, J. Charles                         Unknown
          101 Kelsey Rd
          Rosalia         WA 99170
-----------------------------------------------------------------------------------
          001608363

          Reed, James A.                           Unknown
          7851 Rock Creek Dr
          Ozawkie         KS 66070
-----------------------------------------------------------------------------------
          000124697

          Reed, James R.*                          Unknown
          Rt. 1, Box 12
          Gunter          TX 75058
-----------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001574761

Reed, Jason C.                              Unknown
6033 Dobbins Dr.
Lincoln            NE 68505

--------------------------------------------------------------------------------

001553165

Reed, Jaycylyn D.                           Unknown
6336 Tyler Loop Rd.
Pinson             AL 35126

--------------------------------------------------------------------------------

001545553

Reed, Jennifer S.                           Unknown
4868 Whinnery Rd.
Winona             OH 44493

--------------------------------------------------------------------------------

000118512

Reed, Jerry H.                              Unknown
504 Alabama
Sulphur            LA 70663

--------------------------------------------------------------------------------

001556277

Reed, Kevin D.                              Unknown
21285 Co. Rd. 14
Florence           AL 35633

--------------------------------------------------------------------------------

000155981

Reed, Larry D.                              Unknown
6336 Tyler Loop Rd.
Pinson             AL 35126

--------------------------------------------------------------------------------

001574200

Reed, Paul                                  Unknown
3712 County Road 4
Canandaigua        NY 14424

--------------------------------------------------------------------------------

001595980

Reed, Rodney                                Unknown
117 Laurel Oak Road
Huntsville         AL 35811

--------------------------------------------------------------------------------

001560943

Reed, Roxanne M.                            Unknown
1008 Raccoon Cir
Bourbonnais        IL 60914

--------------------------------------------------------------------------------

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001498117 | |
| Reed, Sherilyn A 1304 Danberry Burkburnett TX 76354 | Unknown |
| 001535349 | |
| Reed, Steven W 2060 Decathlon Drive Virginia Beach VA 23456 | Unknown |
| 000157685 | |
| Reed, Terry D. 921 Wood Ave. Attalla AL 35954 | Unknown |
| 001573275 | |
| Reed, Thomas M. 501 Seven Mile Road N.E. Comstock Park MI 49321 | Unknown |
| 000124527 | |
| Reed, Tommy G. 551 Block Road Gunter TX 75058 | Unknown |
| 001538774 | |
| Reel, Chad A. 7791 Leclere Rd. Newport WA 99156 | Unknown |
| 001538432 | |
| Reese, Constance L. 728 S.W. Windsong Cir. Lees Summit MO 64082 | Unknown |
| 001604169 | |
| Reeves, Barbara L. Po Box 103 Coquille OR 97423 | Unknown |
| 001562423 | |
| Reeves, Barbara T. 451 South Main St Allendale SC 29810 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page 1185
                              Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001478953 | |
| Reeves, Brian L.<br>103 Badger Trail<br>Lafayette       LA 70508 | Unknown |
| 001474198 | |
| Reeves, Carl L.<br>327 Avenue Of Oaks<br>Moncks Corner    SC 29461 | Unknown |
| 001533101 | |
| Reeves, Charles<br>322 E Houston<br>Highlands       TX 77562 | Unknown |
| 001601330 | |
| Reeves, Deborah<br>2306 Discovery Drive<br>Anderson       IN 46001 | Unknown |
| 000118851 | |
| Reeves, Elza M.<br>205 Faith Drive<br>Winnfield       LA 71483 | Unknown |
| 000143351 | |
| Reeves, Jerry M.<br>1935 Waymanville Rd.<br>Thomaston       GA 30286 | Unknown |
| 001597309 | |
| Reeves, Kimberley<br>#3 Mixson Street<br>Allendale       SC 29810 | Unknown |
| 000113277 | |
| Reeves, Ricky<br>5058 Shelby Dr.<br>Birmingham       AL 35242 | Unknown |
| 001540568 | |
| Reeves, Robert Britt<br>4208 Glenridge Stratford Dr.<br>Atlanta       GA 30342 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 1186

                              Unsecured Creditors -- Sales Representatives


         Creditors Names and                        Total Amt
         Mailing Address/ Zip Code                  of Claim


         000162265


         Reeves, Robert P.                   .      Unknown
         4214 Lake Grove Dr.
         Seabrook        TX 77586
--------------------------------------------------------------------------------

         001501962


         Reeves, Sharon P.                           Unknown
         526 Crabapple Rd.
         Clarkesville     GA 30523
--------------------------------------------------------------------------------

         000123590


         Refined Living                              Unknown
         3103 Riverlawn
         Kingwood         TX 77339
--------------------------------------------------------------------------------

         001556334


         Regan, Margaret F.                          Unknown
         14001 Windsor
         Leawood          KS 66224
--------------------------------------------------------------------------------

         001566884


         Regan, Michael                              Unknown
         315 N. Curtis
         Missoula         MT 59801
--------------------------------------------------------------------------------

         001591724


         Regimbal, Nicholas                          Unknown
         115 So Date
         Toppenish        WA 98948
--------------------------------------------------------------------------------

         001567149


         Reichlin, Mark A.                           Unknown
         1778 Hillcourt
         Burlington       WA 98233
--------------------------------------------------------------------------------

         001603203


         Reid, Darletha S.                           Unknown
         3108 Fescue Cir
         Lawrenceville    GA 30044
--------------------------------------------------------------------------------

         001586759


         Reid, Kathleen S.                           Unknown
         6400 Ohio Dr 2Pt 624
         Plano            TX 75024
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page 1287

Unsecured Creditors -- Sales Representatives


Creditors Names and                         Total Amt
Mailing Address/ Zip Code                   of Claim


001536411


Reid, Marilyn C.                            Unknown
4147 Centennial Trail
Duluth            GA 30096
--------------------------------------------------------------------------------

001594658


Reiman, Stanley III                         Unknown
10517 Hemlock
Corpus Christi    TX 78410
--------------------------------------------------------------------------------

000129424


Reimche, Ken                                Unknown
3342 Clearwater Drive
Billings          MT 59101
--------------------------------------------------------------------------------

001528696


Reinecke, Scott D.                          Unknown
538 N. Smith Rd.
Camano Island     WA 98292
--------------------------------------------------------------------------------

000146117


Reiner, Barry W.                            Unknown
1523 Raleigh Drive
Carrollton        TX 75007
--------------------------------------------------------------------------------

001564814


Reisman, Harriet B.                         Unknown
6809 Barkworth
Dallas            TX 75248
--------------------------------------------------------------------------------

001509832


Reiswig, Brian K.                           Unknown
11710 141st STREET EAST
Puyallup          WA 98374
--------------------------------------------------------------------------------

001545591


Reitz, Barbara A.                           Unknown
707 Robin Ave.
Palm Harbor       FL 34683
--------------------------------------------------------------------------------

001596993


Reitzell, Thomas E.                         Unknown
Po Box 204 *160 Tj Lane Old
Clarks            LA 71415
--------------------------------------------------------------------------------

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000103695 | |
| Reller, Robert H.<br>2331 N.W. 44Th Place<br>Gainesville     FL 32605 | Unknown |
| 001590604 | |
| Remington, Jason<br>1015 Saint Louis Apt #2<br>Joplin        MO 64801 | Unknown |
| 000154037 | |
| Remkes, Ryan P.<br>337 S. 950 E.<br>Payson        UT 84651 | Unknown |
| 001479354 | |
| Remkes, Valorie Sue<br>337 S. 950 E.<br>Paysow        UT 84651 | Unknown |
| 001574701 | |
| Ren, Chengzhen<br>3910 Clarestone Dr.<br>Pearland       TX 77584 | Unknown |
| 001545908 | |
| Ren, Crys Q.<br>5252 Balboa Arms Dr. #106<br>San Diego      CA 92117 | Unknown |
| 001527495 | |
| Renard, Doug<br>9511 West Etienne Rd.<br>Maurice        LA 70555 | Unknown |
| 000124036 | |
| Reneau, Michael L.<br>2601 Loch Haven Drive<br>Plano         TX 75023 | Unknown |
| 001573533 | |
| Renfro, Eric C<br>570 Crestline Drive<br>Colorado Springs,   CO 80916 | Unknown |

JCH7CLAIM2 98/12/07                  INTERNATIONAL HERITAGE                  Page: 1189
                        Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001545782

Renfro, Eric W.                          Unknown
540 Town Creek
Dallas          TX 75232

--------------------------------------------------------------------------------

000124217

Renfro, Jamie L.                         Unknown
4414 Harbinger Dr.
Mesquite        TX 75150

--------------------------------------------------------------------------------

001530307

Renfro, Kyle B.                          Unknown
403 En Main
Richmond        MO 64085

--------------------------------------------------------------------------------

001493229

Renfroe, Douglas L.                      Unknown
12 Misty Cove
Jackson         MS 39212

--------------------------------------------------------------------------------

001588719

Renfroe, R. J.                           Unknown
Rt. 2 Box 212
Navasota        TX 77868

--------------------------------------------------------------------------------

001541535

Renfrow, Scott B.                        Unknown
1038 W. Int Spdw Blvd.
Daytona Beach   FL 32114

--------------------------------------------------------------------------------

001473310

Rennack, Terry                           Unknown
203 N. Prospect
Kearney         MO 64060

--------------------------------------------------------------------------------

001604027

Renshaw, Becky A                         Unknown
1741 Bennington Dr
Carrollton      TX 75007

--------------------------------------------------------------------------------

001541512

Rentz, Janet L.                          Unknown
3613 Clover Lane
Deer Park       TX 77536

--------------------------------------------------------------------------------

INTERNATIONAL HERITAGE          Page: 1190
                        Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001539272 | |
| Rentz, Oliver J.<br>8626 Anacortes<br>Houston        TX 77061 | Unknown |
| 001593450 | |
| Reon, Paul<br>100-B Westmark Blvd<br>Lafayette      LA 70506 | Unknown |
| 001603562 | |
| Repstein, Richard E.<br>329 Columbine Place<br>Longmont       CO 80501 | Unknown |
| 001541614 | |
| Resch, John D.<br>739 Aspenwood<br>Twin Falls     ID 83301 | Unknown |
| 001582894 | |
| Ressler, Ken & Betty<br>100 Bailey Springs Dr.<br>Florence       AL 35630 | Unknown |
| 001581707 | |
| Retka, Brian<br>211 Walker Avenue<br>Huntsville     AL 35801 | Unknown |
| 001478808 | |
| Rettew, Lisa L<br>7509 High View Road<br>Weatherford    TX 76086 | Unknown |
| 001577659 | |
| Rettig, Karla K<br>1104 SW Medford<br>Topeka         KS 66604 | Unknown |
| 001591918 | |
| Reuble, Jason M.<br>780 Sunset Rd.<br>Ellensburg     WA 98926 | Unknown |

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001581385 | |
| Reuble, Jerry G. 17300 Vantage Hwy Ellensburg  WA 98926 | Unknown |
| 001582000 | |
| Reuble, Raymond C. 18407 Andis Rd. Burlington  WA 98233 | Unknown |
| 001598950 | |
| Reyes, John J. 4012 S. Rainbow Blvd K-739 Las Vegas  NV 89103 | Unknown |
| 001496821 | |
| Reyes, Linda C. 2307 Triway Lane Houston  TX 77043 | Unknown |
| 001552254 | |
| Reyes, Manuel D. 404 Betz Avenue Jefferson  LA 70121 | Unknown |
| 000152291 | |
| Reyes, Samuel 4773 Harlem Wrens Rd. Harlem  GA 30814 | Unknown |
| 001596559 | |
| Reymome, Hester L. 6060 Silverlake 171T Reno  NV 89502 | Unknown |
| 000136882 | |
| Reynolds, Barb'Ra G. 7410 La Manga Dallas  TX 75248 | Unknown |
| 001583066 | |
| Reynolds, Brent 358 Wood Lane Corvallis  MT 59828 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE              Page: 1192
                             Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001568878


        Reynolds, Catherine M.                  Unknown
        7411 Stagecoach
        San Antonio      TX 78227
-----------------------------------------------------------------------------
        001599971


        Reynolds, Edward                        Unknown
        1830 Ridgley Blvd.
        Eugene           OR 97401
-----------------------------------------------------------------------------
        000102583


        Reynolds, Essie P.                      Unknown
        67 Abbey Ln
        Windsor          CT 06095
-----------------------------------------------------------------------------
        001543458


        Reynolds, Frances A.                    Unknown
        805 Fourth Street
        Huntington       WV 25701
-----------------------------------------------------------------------------
        001528113


        Reynolds, Glenn                         Unknown
        5865 Patee Canyon Rd
        Missoula         MT 59801
-----------------------------------------------------------------------------
        001584469

        Reynolds, Heidi E.                      Unknown
        8075 Clark St.
        Dugger           IN 47848
-----------------------------------------------------------------------------
        001475477


        Reynolds, James D.                      Unknown
        666 College Drive
        Abilene          TX 79601
-----------------------------------------------------------------------------
        001578123


        Reynolds, James W.                      Unknown
        6519 Shinnecock Hills
        Houston          TX 77069
-----------------------------------------------------------------------------
        001537613


        Reynolds, Joshua L.                     Unknown
        358 Wood Lane
        Corvallis        MT 59828
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001600931

Reynolds, Lynnette L
104 W Walnut
Rogers          AR 72756                 Unknown

---------------------------------------------------------------------------

001586893

Reynolds, Mark E.
4488 E. County Rd. 200 S.
Danville        IN 46122                 Unknown

---------------------------------------------------------------------------

001574431

Reynolds, Mark Kevin
13535 Charwell Crossing
Houston         TX 77069                 Unknown

---------------------------------------------------------------------------

001546145

Reynolds, Mary Jane "MJ"
6099 Hebrom Road
Smithdale       MS 39664                 Unknown

---------------------------------------------------------------------------

000146048

Reynolds, Norma J.
10 Beverly Court
Bedford         TX 76022                 Unknown

---------------------------------------------------------------------------

001568973

Reynolds, Penny
Box 626
Dugger          IN 47848                 Unknown

---------------------------------------------------------------------------

001532855

Reynolds, Rene A.
113 Main
Dubach          LA 71235                 Unknown

---------------------------------------------------------------------------

001469301

Reynolds, Roddy W.
12143 Cr 509
Hawley          TX 79525                 Unknown

---------------------------------------------------------------------------

001557845

Reynolds, Shannon L.
4324 Rabbit Brush
Albuquerque     NM 87120                 Unknown

---------------------------------------------------------------------------

JCH7CLAIM2 98/12/07               INTERNATIONAL HERITAGE        Page: 2194

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001539010 | |
| Reynolds, Sherry B. 516 Jeff Grimes Blvd. Desoto          TX 75115 | Unknown |
| 001457588 | |
| Reynolds, Stephanie Y. 1701 Baylor Richardson       TX 75081 | Unknown |
| 001475140 | |
| Reynolds, Steve W. 666 College Dr. Abilene          TX 79601 | Unknown |
| 001597881 | |
| Rezac, Brian 502 Ironwood Avenue N.E. New Prague       MN 56071 | Unknown |
| 001607251 | |
| Rheinsburg, Steven D 1403 W Locust Stayton          OR 97383 | Unknown |
| 001482854 | |
| Rhoades, Carol L. Po Box 212549 Anchorage        AK 99521 | Unknown |
| 001602628 | |
| Rhoades, John W. 10421 Grant Ln Overland Park     KS 66212 | Unknown |
| 001586004 | |
| Rhoden, Craig A. 7298 Daisy St. Springfield       OR 97478 | Unknown |
| 001559763 | |
| Rhodes, Degloris C. 985 County Rd. 80 Florence         AL 35633 | Unknown |

JCH7CLAIM2 98/12/07                  INTERNATIONAL HERITAGE          Page: 1195
                        Unsecured Creditors -- Sales Representatives

Creditors Names and                        Total Amt
Mailing Address/ Zip Code                  of Claim

001580690

Rhodes, Kristie K.                         Unknown
800 22nd St. NO
Bozeman          MT 59718
------------------------------------------------------------------------

001569112

Rhubottom, Jay J.                          Unknown
113 Applewood Ct.
Council          IA 51503
------------------------------------------------------------------------

001569393

Rhymes, Claire                             Unknown
427 Hanks Rd
Duson            LA 70529
------------------------------------------------------------------------

000155460

Rhymes, Linda G.                           Unknown
305 Rhoades Street
Daingerfield     TX 75638
------------------------------------------------------------------------

001601293

Ricci, Bob                                 Unknown
10917 Elliott Rd
Snohomish        WA 98296
------------------------------------------------------------------------

001573794

Ricciardelli, Gabriel                      Unknown
5424 Eagle Cay Way
Coconut Creek    FL 33073
------------------------------------------------------------------------

000117403

Rice Sr., James S.                         Unknown
P.O. Box 632
Lineville        AL 36266
------------------------------------------------------------------------

000159406

Rice, Beverly J.                           Unknown
P.O. Box 2632
Havre            MT 59501
------------------------------------------------------------------------

001520576

Rice, Craig P.                             Unknown
17124 Isabel Lane
Carthage         MO 64836
------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001590502 | |
| Rice, Dalton G.<br>27750 Avenida Terrazo<br>Cathedral City    CA 92234 | Unknown |
| 001489752 | |
| Rice, Robert<br>107 Redondo Court, South<br>Hendersonville    TN 37075 | Unknown |
| 001563056 | |
| Rich II, Thomas M.<br>P O Box 461241<br>San Antonio    TX 78246 | Unknown |
| 001513040 | |
| Rich, Bryan W.<br>1180 DeLeon Ct.<br>Clarkeston    GA 30021 | Unknown |
| 001550669 | |
| Rich, Claudia<br>35 Aegean<br>Tampa    FL 33606 | Unknown |
| 001497530 | |
| Rich, Debra<br>1709 Raton Dr.<br>Arlington    TX 76018 | Unknown |
| 001579715 | |
| Rich, Katie L.<br>Rd 4 Box 3280<br>Montpelier    VT 05602 | Unknown |
| 001563883 | |
| Rich, Thomas M.<br>P o Box 461006<br>San Antonio    TX 78246 | Unknown |
| 001598851 | |
| Richard C. Irwin<br>22826 Park Rd.<br>Tomball    TX 77375 | Unknown |

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE          Page: 1197
                        Unsecured Creditors -- Sales Representatives

Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim

001609925

Richard, Bonnie J.                       Unknown
206 Harvest Dr.
Lafayette        LA 70508
-----------------------------------------------------------------------------

001597318

Richard, Jackie E.                       Unknown
400 Kees Circle
Lafayette        LA 70506
-----------------------------------------------------------------------------

001556462

Richard, Lillie P.                       Unknown
62 Atwood Acre
Crowley          LA 70526
-----------------------------------------------------------------------------

001556464

Richard, Michael A.                      Unknown
1803 Lennie Johnson
Crowley          LA 70526
-----------------------------------------------------------------------------

001580019

Richard, Robert E.                       Unknown
313 Pennsylvania
Denton           TX 76205
-----------------------------------------------------------------------------

001522341

Richard, Simon J.                        Unknown
814 Live Oak St.
Rayne            LA 70578
-----------------------------------------------------------------------------

001604237

Richards Heather C                       Unknown
3514 Orchard St Se
Auburn           WA 98092
-----------------------------------------------------------------------------

000143856

Richards, Craig S.                       Unknown
10 Bradford Ave. Apt 12
Hamilton         NJ 08610
-----------------------------------------------------------------------------

001598992

Richards, Frank A.                       Unknown
220 Stone Lake Dr.
Greenville       SC 29609
-----------------------------------------------------------------------------

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001565681 | |
| Richards, Patricia<br>309 Stewart St.<br>Baytown      TX 77520 | Unknown |
| 000145312 | |
| Richards, Robert F.<br>1941 S.E. Larch Lane<br>Port Orchard   WA 98336 | Unknown |
| 001608798 | |
| Richards, Scott M.<br>43605 Warner Trail<br>Palm Desert   CA 92211 | Unknown |
| 001520531 | |
| Richardson, Kellye R.<br>4849 Frankford Rd. #333<br>Dallas      TX 75287 | Unknown |
| 001600965 | |
| Richardson, Brand D.<br>57 N. Palestine Rd.<br>Natchez     MS 39120 | Unknown |
| 000108623 | |
| Richardson, Charles M.<br>2429 South Bay<br>Georgetown   SC 29440 | Unknown |
| 000133946 | |
| Richardson, Cynthia A.<br>1900 Drury Lane<br>Mission Hills   KS 66208 | Unknown |
| 001533317 | |
| Richardson, Darren M.<br>22905 Alabama Hwy 101<br>Towncreek    AL 35672 | Unknown |
| 001574484 | |
| Richardson, Dorothy M.<br>1197 Blairsferry Rd.<br>Marion      IA 52302 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIuNAL HERITAGE        Page 1199

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001515231

Richardson, Emily A.                    Unknown
594 Foy Wallace Road
Gunter          TX 75058
-------------------------------------------------------------------------

001560754

Richardson, Jennifer B.                 Unknown
14013 228Th St. Ne.
Arlington       WA 98223
-------------------------------------------------------------------------

000141395
.

Richardson, John L.                     Unknown
3103 Fall Creek Hwy
Granbury        TX 76049
-------------------------------------------------------------------------

000132173

Richardson, Judith A.                   Unknown
601 Commerce Street
Wylie           TX 75098
-------------------------------------------------------------------------

001525590

Richardson, Karen G.                    Unknown
1703 Frances St.
Lawrenceburg    TN 38464
-------------------------------------------------------------------------

001457049

Richardson, Louann                      Unknown
Rt. 1 Box 123
Ector           TX 75439
-------------------------------------------------------------------------

001474361

Richardson, Mary K.                     Unknown
4634 S E South Village Pkwy
Topeka          KS 666091830
-------------------------------------------------------------------------

001506671

Richardson, Richard P.                  Unknown
1716 e. maryland st.
bellingham      WA 98266
-------------------------------------------------------------------------

001484296

Richardson, Robert A.                   Unknown
1222 Irish Mist Court
Katy            TX 77450
-------------------------------------------------------------------------

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE          Page: 1200
                    Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001538803 | |
| Richardson, Sharon S.<br>14013 228Th St. N.E.<br>Arlington    WA 98223 | Unknown |
| 001570145 | |
| Richardson, Terry<br>23534 Ridge Rd E-28<br>Anamosa    IA 52205 | Unknown |
| 001470054 | |
| Riche, Robert J.<br>5225 W. Main St.<br>Houma    LA 70360 | Unknown |
| 001577450 | |
| Richie, Ken<br>3117 Oakhollow Dr<br>Plano    TX 75093 | Unknown |
| 001572065 | |
| Richie, Steve R.<br>9387 Osage Rd.<br>Carthage    MO 64836 | Unknown |
| 001610321 | |
| Richmond Commodities Corp<br>1759 Foxfire Circle<br>Richmond    VA 23233 | Unknown |
| 001547932 | |
| Richmond, Anne G.<br>1411 Whittaker Dr.<br>Columbia    SC 29206 | Unknown |
| 001601423 | |
| Richmond, Charles W<br>405 Davidson N.E.<br>Albany    OR 97321 | Unknown |
| 001596577 | |
| Richmond, Dan C<br>19522 Dorardo Dr<br>Trabuco Canyon    CA 92679 | Unknown |

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001584361 | |
| Richter, Gerda 3618 Pecan Street Corpus Christi    TX 78411 | Unknown |
| 001558497 | |
| Richter, Sally 1117 South Grand Ave Bozeman    MT 59715 | Unknown |
| 001603006 | |
| Rick II., Freddie 2624 NE 26th Street Lighthouse Point    FL 33064 | Unknown |
| 001607386 | |
| Rick, Shirley 13444 Old Baton Rouge Hwy Hammond    LA 70403 | Unknown |
| 001606647 | |
| Rickaby, Jerry R.* 6639 Helena Dr. Ne Bremerton    WA 98311 | Unknown |
| 001549102 | |
| Rickard, Curtis S. 24 Richmond Ave. Bergen    NY 14416 | Unknown |
| 001558012 | |
| Rickard, Marcy J. 8121 Route 60 Cassadaga    NY 14718 | Unknown |
| 001545749 | |
| Rickard, Michelle D. 3947 Doan Dr. Kodak    TN 37764 | Unknown |
| 001553027 | |
| Rickards, Kristine F. 2646 Unicornio St. Carlsbad    CA 92009 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001499121

Rickett, Jo K.                     Unknown
3550 Lakeheath Dr.
Cumming          GA 30131

---

000135658

Ricketts, Johnnie G                Unknown
9101 Clearlake Drive
Rowett           TX 75088

---

001522423

Ricklefs, Darcie L.                Unknown
8731 North Boone
Kansas City      MO 64155

---

001522764

Ricklefs, J. Brad                  Unknown
3352 Fairfax
Fayetteville     AR 72704

---

001531032

Ricklefs, John L.                  Unknown
9908 N. Lydia
Kansas City      MO 64155

---

001522371

Ricklefs, Nancy C.                 Unknown
8731 N. Boone
Kansas City      MO 64155

---

001517364

Riddle, Jim T.                     Unknown
5605 Keith Bridge Rd.
Cumming          GA 30131

---

001481525

Riddle, Shirley W.                 Unknown
328 Pleasant Gap Drive
Dry Fork         VA 24549

---

001563694

Rideout, Heather E.                Unknown
108 Cleveland Ave
Auburn           ME 04210

---

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page: 1203
                        Unsecured Creditors -- Sales Representatives

Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001493059


Rider, Dawn C.                           Unknown
32221 11Th Pl. S.W.
Federal'Way        WA 98023
-----------------------------------------------------------------------------

001608729


Rider, Randy S.                          Unknown
2617 S 272nd St
Federal Way        WA 98023
-----------------------------------------------------------------------------

001484200


Ridgeway Jr., Nathan C.                  Unknown
336 Lakeshore Dr Northeast
Berkeley Lake      GA 30136
-----------------------------------------------------------------------------

001605970


Ridgeway, Nathan C.                      Unknown
5701 Spalding Drive
Norcross           GA 30092
-----------------------------------------------------------------------------

001519149


Ridings, Leonard W.                      Unknown
5765 Keith Bridge Road
Cumming            GA 30131
-----------------------------------------------------------------------------

001606215


Ridler, Charles                          Unknown
124 Benson Ave Sw
Willmar            MN 56201
-----------------------------------------------------------------------------

001609255


Ridler, Rick A.                          Unknown
Westfalls Dr Apt 262
Redwood Falls      MN 56283
-----------------------------------------------------------------------------

001587826


Riebe, Joseph A.                         Unknown
322 Benton Avenue
Missoula           MT 59801
-----------------------------------------------------------------------------

001594736


Rieff, Laura                             Unknown
2407 W. Mount Comfort Road
Fayetteville       AR 72704
-----------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE          Page 1204
                        Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001553922 | |
| Riemland, Pamela H.<br>16049 Carleton Street<br>Fountain Valley    CA 92708 | Unknown |
| 001536940 | |
| Riesgraf, Janet A.<br>1350 E. Flamingo #577<br>Las Vegas          NV 89119 | Unknown |
| 001579423 | |
| Rigby, Patricia L.<br>7402 Chestnut Ridge Rd<br>Hubbard           OH 44425 | Unknown |
| 000107152 | |
| Rigdon, Ginger<br>6202 Gail Dr.<br>Indian Trail       NC 28079 | Unknown |
| 001596852 | |
| Riggins, Jason P.<br>580 nauvoo rd<br>lewisberry         PA 17319 | Unknown |
| 001603434 | |
| Riggs Iii, Robert W<br>1175 Haywood Rd Apt 13-G<br>Greenville        SC 29615 | Unknown |
| 001582147 | |
| Riggs, April L.<br>12191 Leffingwell Rd<br>Berlin Center      OH 44401 | Unknown |
| 001581782 | |
| Riggs, Hazel J<br>824 West Main<br>Clinton            IL 61727 | Unknown |
| 001556743 | |
| Riggs, Karen<br>301 N. Walnut<br>Clinton            IL 61727 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001494794 | |
| Riggs, Stella E.<br>10510 Channel Dr.<br>Dallas          TX 75229 | Unknown |
| 001588439 | |
| Rignell, Bobby D<br>203 S.Hassebroek St.<br>Riley          KS 66531 | Unknown |
| 001550481 | |
| Rignell, Lonnie D.<br>111 South Florida Street<br>Leonardville          KS 66449 | Unknown |
| 001593105 | |
| Rigoulot, Kathy<br>2075 A. North Old Butte Hwy<br>Hammer          ID 83425 | Unknown |
| 001579588 | |
| Rigsby, James P<br>9500 E 63rd Street  #202<br>Raytown          MO 64133 | Unknown |
| 001601887 | |
| Riker, Mary<br>6901 Ridgeway<br>Magalia          CA 95954 | Unknown |
| 001572372 | |
| Riley, Ben D.<br>1223 Evans<br>Arkadelphia          AR 71923 | Unknown |
| 001481805 | |
| Riley, Debbie<br>1701 Tulip<br>McAllen          TX 78504 | Unknown |
| 001587755 | |
| Riley, Debra L.<br>15356 C.R. 270<br>Asbury          MO 64832 | Unknown |

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE          Page: 1206
                      Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001554913

Riley, John P.                          Unknown
241 Edgewater Ne
Lee'S Summit      MO 64064
--------------------------------------------------------------------------
001581331

Riley, Karen L.                         Unknown
8803 Nall Circle
Prairie Villiage    KS 66207
--------------------------------------------------------------------------
001574072

Riley, Kate                             Unknown
#1 Apple Valley Lane
Spearfish         SD 57783
--------------------------------------------------------------------------
001547700

Riley, Tom D.                           Unknown
1667 Rd. 175
Emporia           KS 66801
--------------------------------------------------------------------------
000161751

Rilling, Dave                           Unknown
393 Cottonwood Dr.
Richland          WA 99352
--------------------------------------------------------------------------
001575466

Rimmer, Madison W.                      Unknown
2945 White Oak Hwy.
Rayne             LA 70578
--------------------------------------------------------------------------
001470426

Rinard, Diana L.                        Unknown
1820 Cherokee Lane
Olathe            KS 66062
--------------------------------------------------------------------------
001602291

Rinaudo, Bennett                        Unknown
1193 Oak Dr
Haughton          LA 71037
--------------------------------------------------------------------------
001545421

Rinella, Jean H.                        Unknown
22 Woodbine Dr.
Greenville        PA 16125
--------------------------------------------------------------------------

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001545162 | |
| Rinella, Linda L<br>20 Hamilton Ave<br>Greenville        PA 16125 | Unknown |
| 000122005 | |
| Riney, Peggy L.<br>15850 Farm Road 1178<br>Clyde           TX 79510 | Unknown |
| 001483255 | |
| Ringhouse, Janice E.<br>809 Metcalf<br>Sedro Woolley      WA 98284 | Unknown |
| 001521230 | |
| Ringhouse, Mary L.<br>2575 W. Gilligan Rd.<br>Sedro-Woolley      WA 98284 | Unknown |
| 001512414 | |
| Ringhouse, Pam J.<br>2574 A West Gilligan<br>Sedro Woolley      WA 98284 | Unknown |
| 001572538 | |
| Ringquist, Pat<br>15002 N. Chesapeake Lane<br>Mead             WA 99021 | Unknown |
| 001526544 | |
| Ringstaff, Ron L.<br>16124 Vanderbilt Dr.<br>Odessa           FL 33556 | Unknown |
| 001518583 | |
| Rios Jr. Robert M.<br>4205 Black Bayou<br>Corpus Christi    TX 78410 | Unknown |
| 001558409 | |
| Rippel, Mary Jane<br>230 Highland Gate Circle<br>Suwanee          GA 30024 | Unknown |

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page: 1208
                        Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001581843

Riser, Melissa                          Unknown
2530 Gates Circle
Baton Rouge       LA 70809
------------------------------------------------------------------------------

001576996

Risher, Steven R.                       Unknown
9655 Fla Blvd
Walker            LA 70785
------------------------------------------------------------------------------

001465235

Risinger, Michael D.                    Unknown
Rt 3 Box 117A
Marion            LA 71260
------------------------------------------------------------------------------

000126788

Risley, Richard A.                      Unknown
921 N Main
Pratt             KS 67124
------------------------------------------------------------------------------

001551800

Risser-Hicks, Joanne E.                 Unknown
324 South Lincoln St.
Casper            WY 82601
------------------------------------------------------------------------------

001598456

Rita B. Weber                           Unknown
806 Eigth Street
Norco             LA 70079
------------------------------------------------------------------------------

001465742

Ritchie, Linda L.                       Unknown
13 Canal Rd
Buffalo           WY 82834
------------------------------------------------------------------------------

001602222

Rittenberry, Georgann                   Unknown
3610 Shell
Midland           TX 79707
------------------------------------------------------------------------------

000126288

Ritter, Connie M.                       Unknown
RR3 Box 205
Colby             KS 67701
------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001537333 | |
| Ritter, Jane M. 810 Crestview Corpus          TX 78412 | Unknown |
| 001543773 | |
| Rivera, Carmen 15640 Sw 80 Street 303 Miami          FL 33193 | Unknown |
| 001561992 | |
| Rivera, Evelyn C. 5900 S.W. 24Th Terr. Topeka          KS 66614 | Unknown |
| 001528447 | |
| Rivet, Betty T. 3039 Pritchard Rd. Marrero          LA 70072 | Unknown |
| 001519370 | |
| Rizzolo, Ruth A. 2110 Pinehill West Pearland          TX 77581 | Unknown |
| 001610511 | |
| Ro, Andrew H 2413 Mill Height Dr Herndon          VA 20171 | Unknown |
| 001537258 | |
| Roach, Charles P. 181 C R 313E Tyler          TX 75706 | Unknown |
| 001573680 | |
| Roach, Patrick M. 4312 Cerrillos Road Santa Fe          NM 87505 | Unknown |
| 001525462 | |
| Roach, Peggy J. 4045 S Riverside Lanexa          VA 23089 | Unknown |

INTERNATIONAL HERITAGE

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000137392 | |
| Roark, Donna L.<br>500 Kentucky Lane<br>McKinney     TX 75069 | Unknown |
| 001596273 | |
| Robbins Sr, Robert M<br>1612 So Ohio<br>Live Oak      FL 32060 | Unknown |
| 001587599 | |
| Robbins, Barbara<br>909 7Th Street<br>Idalou       TX 79329 | Unknown |
| 001587604 | |
| Robbins, Debra<br>12523 Sableleaf<br>Cypress      TX 77429 | Unknown |
| 001566986 | |
| Robbins, John C.<br>1108 Cheryl<br>Burkburnett   TX 76354 | Unknown |
| 001595069 | |
| Robbins, Steve<br>3040 Fairview Rd SW<br>Prior Lake    MN 55372 | Unknown |
| 001464440 | |
| Robbins, William A.<br>2807 Ridgeview Dr.<br>Augusta      GA 30909 | Unknown |
| 001544371 | |
| Roberson, Alan<br>Route 5 Box 552-B<br>Farmerville    LA 71241 | Unknown |
| 001553664 | |
| Roberson, Brent C.<br>510 Taylor Drive<br>Mahomet      IL 61853 | Unknown |

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001590628

Roberson, James D.J.R
1412 Pecan Grove Court
College Station    TX 77845                    Unknown
--------------------------------------------------------------------

001565623

Roberson, Matthew J.
2063 E. 3000 N. Rd
Bourbonnais      IL 60914                      Unknown
--------------------------------------------------------------------

001532300

Roberson, William A.
PO Box 514
Farmerville      LA 71241                      Unknown
--------------------------------------------------------------------

001598439

Robert J. Davis
202 Tanglewood
Athens      TX 75751                           Unknown
--------------------------------------------------------------------

001598402

Robert J. Marrigan
31 Gould Rd.
Bedford      MA 01730                          Unknown
--------------------------------------------------------------------

000119588

Robert Jr., Stanley J.
1927 Eisenhower Avenue
Metairie      LA 70003                         Unknown
--------------------------------------------------------------------

001584584

Robert Young Enterprises Inc.
105 Lake Emerald Dr. 415
Oakland Park      FL 33309                     Unknown
--------------------------------------------------------------------

000119838

Robert, Bryan J.
PO Box 81575
Lafayette      LA 70598                        Unknown
--------------------------------------------------------------------

000120029

Robert, Cyril J.
142 Easy Street
Lafayette      LA 70506                        Unknown
--------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001598708 | |
| Robert, Gregory M.<br>3986 Southpointe Dr<br>Eugene          OR 97405 | Unknown |
| 000119840 | |
| Robert, Jared J.<br>4058  Quail Run Drive<br>Provo           UT 84604 | Unknown |
| 000120808 | |
| Robert, Louis D.<br>6915 Rosebank Dr<br>Metairie        LA 70003 | Unknown |
| 001476485 | |
| Robert, Stanley J.<br>56102 Diamond Head Dr. E<br>Diamond Head    MS 39525 | Unknown |
| 001502661 | |
| Roberts, A. Duane<br>369 Air Acres Lane<br>Woodstock       GA 30188 | Unknown |
| 001601255 | |
| Roberts, Albert H<br>40 Sunset Drive<br>Anniston        AL 36207 | Unknown |
| 001598239 | |
| Roberts, Arthur D.<br>6028 Victoria Ln.<br>Billings        MT 59106 | Unknown |
| 001500208 | |
| Roberts, Beth B.<br>2203 Belle Haven Rd.<br>Alexandria      VA 22307 | Unknown |
| 001583601 | |
| Roberts, Brad R.<br>1050 E. Elsimore<br>Othello         WA 99344 | Unknown |

Creditors Names and                        Total Amt
Mailing Address/ Zip Code                  of Claim


001565726


Roberts, Charles T.                        Unknown
900 Lake Murray Blvd.
Irmo            SC 29063
--------------------------------------------------------------------

000156621


Roberts, Dana J.                           Unknown
404 17Th Avenue North
Greenwood       MO 64034
--------------------------------------------------------------------

001504909


Roberts, Debra A                           Unknown
13116 S Yorktown Ave
Bixby           OK 74008
--------------------------------------------------------------------

001525164


Roberts, Dorothy P.                        Unknown
3340 Progress Hills Blvd.
Pigeon Forge    TN 37863
--------------------------------------------------------------------

001515565


Roberts, E. Marie                          Unknown
1161 So. 50th East
Orem            UT 84058
--------------------------------------------------------------------

001543856


Roberts, Earl R.                           Unknown
22348 White Oak Dr.
Porter          TX 77365
--------------------------------------------------------------------

000131745


Roberts, Edward F.                         Unknown
5612 Greenwich Dr.
Greensboro      NC 27410
--------------------------------------------------------------------

001605781


Roberts, James C                           Unknown
5734 West Tuckington Circle
Kerns           UT 84118
--------------------------------------------------------------------

001605925


Roberts, James D.                          Unknown
Woodcreek Apt#1096 1710 S.O.
Mesa            AZ 85204
--------------------------------------------------------------------

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE          Page 1214
                    Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001515804 | |
| Roberts, James K.<br>603 South 3rd Street<br>Hamilton          MT 59840 | Unknown |
| 001520422 | |
| Roberts, Jon<br>586 E. Center<br>Pleasant Grove     UT 84062 | Unknown |
| 001496442 | |
| Roberts, Karen A.<br>850 Jones Rd.<br>Roswell          GA 30075 | Unknown |
| 000158058 | |
| Roberts, Laura K.<br>354 Ed'S Lane<br>Sylacauga          AL 35151 | Unknown |
| 001462751 | |
| Roberts, Lynn M.<br>1004 Prarie<br>Emporia Lyon     KS 66801 | Unknown |
| 001542697 | |
| Roberts, Mariah H.<br>7106 Ridgestone Drive<br>Ooltewah          TN 37363 | Unknown |
| 001495753 | |
| Roberts, Michael F<br>3340 Progress Hills<br>Pigon Forge     TN 37863 | Unknown |
| 000125543 | |
| Roberts, Michael W.<br>2809 Chapella Circle<br>Garland          TX 75044 | Unknown |
| 001500744 | |
| Roberts, Rex C.<br>4022 North 1450 East<br>Buhl          ID 83316 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE         Page: 1215
                        Unsecured Creditors -- Sales Representatives

        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        000161993


        Roberts, Roberta                         Unknown
        704 Oakview Dr.
        Midwest City      OK 73110
-------------------------------------------------------------------------------
        001586508


        Roberts, Sharon                          Unknown
        5161 Hidden Hills Trace
        Stone Mountain    GA 30088
-------------------------------------------------------------------------------
        001607286


        Robertshaw, Philip E.                    Unknown
        1489 Goblet St.
        Mt Pleasant       SC 29464
-------------------------------------------------------------------------------
        001547078


        Robertson, Anita B.                      Unknown
        15 Black Road
        Jasper            AL 35504
-------------------------------------------------------------------------------
        001498572


        Robertson, Beth B.                       Unknown
        1125 North Lakeshore Dr.
        Valdosta          GA 31605
-------------------------------------------------------------------------------
        001507432


        Robertson, Colleen S.                    Unknown
        2224 Ascott Valley Trace
        Duluth            GA 30155
-------------------------------------------------------------------------------
        001572066


        Robertson, Curtis G.                     Unknown
        9940 County Rd 100
        Carthage          MO 64836
-------------------------------------------------------------------------------
        001554112


        Robertson, Janelle P.                    Unknown
        79980 S. Fk WALLAWALLA RVR RD.
        Milton Freewater  OR 97862
-------------------------------------------------------------------------------
        001521833


        Robertson, Jean F.                       Unknown
        3232 Georgian Ct.
        Erie              PA 16506
-------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
      Creditors Names and                 Total Amt
      Mailing Address/ Zip Code           of Claim


      000104868


      Robertson, Jerry A.                  Unknown
      204 Shades Crest Road
      Birmingham        AL 35226
------------------------------------------------------------------------
      001611129


      Robertson, Jess                      Unknown
      2046 Brownlee Rd
      Calhoun           LA 71225
------------------------------------------------------------------------
      001578569


      Robertson, Lynda L.                  Unknown
      5629 Truitt
      The Colony        TX 75056
------------------------------------------------------------------------
      001488603


      Robertson, Marian O.                 Unknown
      1532 Balsam Street
      Charleston        SC 29407
------------------------------------------------------------------------
      001539104


      Robertson, Rebecca J.                Unknown
      114 Aberdeen
      Wichita Falls     TX 76302
------------------------------------------------------------------------
      001575149


      Robertson, Sarah L.                  Unknown
      349 Elderberry Ct. / Box 616
      Homer             AK 99603
------------------------------------------------------------------------
      001515142


      Robertson, Tim A.                    Unknown
      1000 Country Club Plaza
      Martinsville      VA 24112
------------------------------------------------------------------------
      000120948


      Robichaux, Diana J.                  Unknown
      15731 Paint Ave.
      Greenwell Springs  LA 70739
------------------------------------------------------------------------
      001501613


      Robindeaux, La Vola R.               Unknown
      730 Parkside Dr.
      Port Townsend     WA 98368
------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE
                          Unsecured Creditors -- Sales Representatives

        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim

        001505769

        Robins, Leslie K.                         Unknown
        2245 College Drive
        Baton Rouge        LA 70808
---------------------------------------------------------------------------
        000109768

        Robinson Jr., Michael C.                  Unknown
        2381 Rice Pond Road
        Charleston         SC 29414
---------------------------------------------------------------------------
        001547508

        Robinson, Bernard Alan                    Unknown
        207 Shamrock Road
        Anniston           AL 36207
---------------------------------------------------------------------------
        001511200

        Robinson, Bruce L.                        Unknown          .
        6634 Yarmouth Ave
        Reseda             CA 91335
---------------------------------------------------------------------------
        001582421

        Robinson, Debbie                          Unknown
        5201 Inlet Court
        Norcross           GA 30092
---------------------------------------------------------------------------
        000108119

        Robinson, Janet H.                        Unknown
        1405 East Laurel Ave.
        Greenwood          SC 29649
---------------------------------------------------------------------------
        001531227

        Robinson, Kenneth H.                      Unknown
        3910 Ivywood
        Pearland           TX 77584
---------------------------------------------------------------------------
        000121718

        Robinson, L. Kent                         Unknown
        6024 W. 10 Th Place
        Kennewick          WA 99338
---------------------------------------------------------------------------
        001506321

        Robinson, Maralyn Y.                      Unknown
        314 Russlyn Drive
        West Palm Beach    FL 33405
---------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001574883


        Robinson, Rodger D.                      Unknown
        111 East Graycrest Ave.
        Collierville      TN 38017
---------------------------------------------------------------------------
        001568992


        Robinson, Sandra J.                      Unknown
        7567 Remington Road
        Manassas          VA 20109
---------------------------------------------------------------------------
        001538087


        Robinson, Tony H.                        Unknown
        2344 Huffman Dr. East
        Mobile            AL 36693
---------------------------------------------------------------------------
        001586833


        Robinson-Mason, Tanya L.                 Unknown
        2092 Plantation Rd.
        Lawrenceville     GA 30044
---------------------------------------------------------------------------
        001510092


        Robison, James                           Unknown
        508 Frontier Ct
        Colleyville       TX 76034
---------------------------------------------------------------------------
        001571182


        Robison, Jeffrey D.                      Unknown
        Rt. 1 Box 1174
        Jena              LA 71342
---------------------------------------------------------------------------
        001582129


        Robison, Nelda                           Unknown
        271 Brooks Chapel Road
        Quitman           LA 71268
---------------------------------------------------------------------------
        001466486


        Robles, Frank                            Unknown
        8601 N 71st AVE #43
        Glen Dale         AZ 85301
---------------------------------------------------------------------------
        001490636


        Rocha, Bernard R.                        Unknown
        2055 West 53rd Avenue
        Denver            CO 80221
---------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001581043

Roche, Gloria L.                          Unknown
6828 Sr. 92
Lake Stevens        WA 98258

--------------------------------------------------------------------------------

001581058

Roche, Judy A.                            Unknown
6828 Sr. 92
Lake Stevens        WA 98258

--------------------------------------------------------------------------------

000143288

Rock, Karen J.                            Unknown
6025 Parkhaven Drive
Baton Rouge         LA 70816

--------------------------------------------------------------------------------

000125935

Rock, Susan M.                            Unknown
2709 Winterplace Circle
Plano               TX 75015

--------------------------------------------------------------------------------

000158776

Rockey, Pamela S.                         Unknown
513 N 9Th
Jacksboro           TX 76458

--------------------------------------------------------------------------------

001568136

Rockwell, Royceann                        Unknown
3106 West 24th Ave.
Kennewick           WA 99337

--------------------------------------------------------------------------------

000109174

Rodes, Kimberly T.                        Unknown
1376 Parkshore Dr.
Charleston          SC 29407

--------------------------------------------------------------------------------

001572875

Rodgers III, Bennie L.                    Unknown
Rt. 3 Box 65F
Atlanta             TX 75551

--------------------------------------------------------------------------------

000105493

Rodgers, Clotilda W.                      Unknown
4326 Chilton Way
High Point          NC 27265

--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE          Page: 1220
                        Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001546830


Rodgers, Deanna                        Unknown
14 Brighton Ct.
Missouri City      TX 77459
----------------------------------------------------------------------------

001579411


Rodgers, Lillie M.                     Unknown
106 Woodard Street
Linden             TX 75563
----------------------------------------------------------------------------

001546047


Rodgers, Ronald E.                     Unknown
225 Ne 105 St.
Miami Shores       FL 33138
----------------------------------------------------------------------------

001469288


Rodman, Eric T.                        Unknown
2211 Hudson Rd. #102
Greer              SC 29650
----------------------------------------------------------------------------

001581626


Rodney, Philip Fagan                   Unknown
94-29 75 Street
Ozone Park         NY 11416
----------------------------------------------------------------------------

001490939


Rodrigues, Americo                     Unknown
91 Salmon Brook Dr.
Glastonbury        CT 06033
----------------------------------------------------------------------------

001497168


Rodrigues, Hilda S.                    Unknown
23 Greenwood St # 2
Hartford           CT 06106
----------------------------------------------------------------------------

001496997


Rodrigues, Tina Marie                  Unknown
91 Salmon Brook Drive
Glastonbury        CT 06033
----------------------------------------------------------------------------

000122323


Rodriguez, Carmelita                   Unknown
Rt. 10 Box 195
San Benito         TX 78586
----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001558559

| Rodriguez, Danette M<br>2019 Nebraska Street<br>Pecos          TX 79772 | Unknown |
|---|---|

001514409

| Rodriguez, Daniel R.<br>2019 Nebraska Street<br>Pecos          TX 79772 | Unknown |
|---|---|

001543559

| Rodriguez, Elisa R.<br>2019 Nebraska<br>Pecos          TX 79772 | Unknown |
|---|---|

001591188

| Rodriguez, F.G. & Marisel<br>15427 Sw 54St Dade<br>Miami          FL 33185 | Unknown |
|---|---|

001476365

| Rodriguez, Gail M.<br>924 Cliffwood Dr<br>Mt. Pleasant     SC 29464 | Unknown |
|---|---|

001556510

| Rodriguez, Jaime A.<br>1900 W. University Ste 6<br>Edinburg        TX 78539 | Unknown |
|---|---|

001559911

| Rodriguez, Joel P.<br>4620 Crockett<br>Midland         TX 79703 | Unknown |
|---|---|

001606480

| Rodriguez, John<br>5107 N Brooklyn<br>Pasco           WA 99301 | Unknown |
|---|---|

000133123

| Rodriguez, Maria E.<br>204 Sunray<br>Sunnyvale       TX 75182 | Unknown |
|---|---|

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE          Page 1222
                          Unsecured Creditors -- Sales Representatives

        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001557994


        Rodriguez, Silvia                    Unknown
        18359 Camellia Rd.
        Ft. Meyers        FL 33912
--------------------------------------------------------------------------------
        001497043


        Rodriguez, Teresa M.                 Unknown
        25 Greenwood Street
        Hartford          CT 06106
--------------------------------------------------------------------------------
        001586741


        Rodriguez, Yvonne                    Unknown
        333 Rector Place Apt 7C
        New York          NY 10280
--------------------------------------------------------------------------------
        001495868


        Roebuck, "Trent" H.B.                Unknown
        819 Whitmore Rd
        Scott             LA 70583
--------------------------------------------------------------------------------
        001569055


        Roebuck, Jonathan L.                 Unknown
        2806 Superior Street
        Bellingham        WA 98226
--------------------------------------------------------------------------------
        001512504


        Roesel, Beverly S.                   Unknown
        1143 Ascott Valley Drive
        Duluth            GA 30155
--------------------------------------------------------------------------------
        001586955


        Roessell, Phil                       Unknown
        2805 Aldergrove Road
        Ferndale          WA 98248
--------------------------------------------------------------------------------
        001604298


        Roewer, Jutta R.                     Unknown
        2326 Maple Lane
        Steilacoom        WA 98388
--------------------------------------------------------------------------------
        001608517


        Rogers Glinlin                       Unknown
        10238 First St., P.O. Box 27
        Hanoverton        OH 44423
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001565131 | |
| Rogers, Barton R.<br>1960 W.Kerry<br>Phoenix        AZ 85027 | Unknown |
| 001614726 | |
| Rogers, Carol J.<br>P.O. Box 214<br>Stratham       NH 03885 | Unknown |
| 000158787 | |
| Rogers, Debra K.<br>1960 W Kerry Ln.<br>Phoenix        AZ 85027 | Unknown |
| 001601316 | |
| Rogers, Diane D.<br>4424 Amherst<br>Dallas         TX 75225 | Unknown |
| 001535483 | |
| Rogers, Elizabeth D.<br>5651 Cary Grant Dr.<br>San Antonio    TX 78240 | Unknown |
| 000131115 | |
| Rogers, Emilie L.<br>515 W. Albany<br>Kennewick      WA 99336 | Unknown |
| 001569835 | |
| Rogers, Joe Dan<br>211 Bumgarner<br>Norman         OK 73071 | Unknown |
| 001590998 | |
| Rogers, John K.<br>2105 E. Maryland St.<br>Bellingham     WA 98226 | Unknown |
| 000135130 | |
| Rogers, Joyce F<br>10519 Sagebriar<br>Houston        TX 77089 | Unknown |

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE          Page: 1224
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                   Total Amt
        Mailing Address/ Zip Code             of Claim


        001565010


        Rogers, Judy A.                         Unknown
        1000 s. bryan
        amarillo        TX 79102
------------------------------------------------------------------------------------

        001479426


        Rogers, Penny A.                        Unknown
        R#1 Box 233
        Sandy Ridge      NC 27046
------------------------------------------------------------------------------------

        000146390


        Rogers, Raymond R.                      Unknown
        509 Grandview
        Joplin          MO 64804
------------------------------------------------------------------------------------

        001562428


        Rogers, Rebecca M.                      Unknown
        122 Hillside Dr.
        Hazlehurst       MS 39083
------------------------------------------------------------------------------------

        001483991


        Rogers, Stephanie A                     Unknown
        7391 S. Maxwelton Rd
        Clinton          WA 98236
------------------------------------------------------------------------------------

        001573755


        Rogers, Thomas M.                       Unknown
        5312 East 3rd Street
        Tulsa           OK 74112
------------------------------------------------------------------------------------

        001588639


        Rogers, Wally H.                        Unknown
        947 Rio Vista Dr.
        Sparks          NV 89434
------------------------------------------------------------------------------------

        001543522


        Rognrud, Gordon A.                      Unknown
        2516 Westridge
        Bozeman         MT 59715
------------------------------------------------------------------------------------

        001583292


        Rogowski, Mia L                         Unknown
        2836 Shadowbrook
        Pinckney         MI 48169
------------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE
                        Unsecured Creditors -- Sales Representatives

```
     Creditors Names and                    Total Amt
     Mailing Address/ Zip Code              of Claim


     001493397


     Rohner, Terrance D.                    Unknown
     998 16Th Street S.W. Apt #3
     Sidney          MT 59270
-------------------------------------------------------------------------------

     001608059


     Rohrbach Greg J                        Unknown
     13055 Loblolly Ln
     Jacksonville     FL 32246
-------------------------------------------------------------------------------

     001538779


     Rolfson, Eric                          Unknown
     611 N.18Th Pl.
     Mt. Vernon       WA 98273
-------------------------------------------------------------------------------

     001602868


     Roller, Brian                          Unknown
     Rural Route 1 Box 5
     Macy             IN 46951
-------------------------------------------------------------------------------

     001612719


     Rollin Alla Round Inc.                 Unknown
     934 S. Burlington Blvd #149
     Burlington       WA 98233
-------------------------------------------------------------------------------

     001553900


     Rollings, Roberta R.                   Unknown
     3221 St. Georges
     Plano            TX 75093
-------------------------------------------------------------------------------

     000153743


     Rollins, Arlene E.                     Unknown
     4613 W. Augusta Ave
     Glendale         AZ 85301
-------------------------------------------------------------------------------

     001568423


     Rollins, Wayne M.                      Unknown
     5728 Craindale Drive
     Orlando          FL 32819
-------------------------------------------------------------------------------

     001595425


     Rollman, John                          Unknown
     3624 Vickery Dr.
     Billings         MT 59102
-------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000104554 | |
| Rollyson, Jeffrey L.<br>3048 Wilson Road<br>Barboursville     WV 25504 | Unknown |
| 001534972 | |
| Roman, Danny R.<br>2801 Morningside Dr. Apt. E<br>Lawton          OK 73507 | Unknown |
| 001506809 | |
| Romans, Barbara N.<br>5390 River Road<br>Muscle Shoals    AL 35661 | Unknown |
| 000133560 | |
| Romell, Penny<br>2814 Moss Ave.<br>Midland          TX 79705 | Unknown |
| 001580628 | |
| Romero, Alejandro R.<br>921 Wren Ave.<br>Miami Springs     FL 33166 | Unknown |
| 001505499 | |
| Romero, Carmen M.<br>3209 Emerald St<br>Bedford          TX 76021 | Unknown |
| 001520682 | |
| Romines Jr., Noel<br>501 North Bridge<br>Henrietta        TX 76365 | Unknown |
| 001533380 | |
| Romines, Betty S.<br>Rt. 1 Box 211<br>Henrietta        TX 76365 | Unknown |
| 001520644 | |
| Romines, Dobie W.<br>1503 East Crafton<br>Henrietta        TX 76365 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001598453

Ronald J. Roessel                          Unknown
6057 Northwest Rd.
Ferndale        WA 98248
--------------------------------------------------------------------------------

001506281

Roness, Brian                              Unknown
Post Office Box 1575
E. Helena        MT 59635
--------------------------------------------------------------------------------

001564957

Rong, Wei                                  Unknown
314 Malden Street #3
Medford          MA 02155
--------------------------------------------------------------------------------

001560951

Ronish, Christian T                        Unknown
4239 Town Lane
Billings         MT 59102
--------------------------------------------------------------------------------

001532212

Ronk, Shawn M.                             Unknown
3311 Lindsey Ave
Bellingham       WA 98226
--------------------------------------------------------------------------------

000112946

Roobin, Susan S.                           Unknown
202 Carolyn Street
Cordele          GA 31015
--------------------------------------------------------------------------------

001498194

Roof, Jon L.                               Unknown
Hcr 68 Box 226
Woodstock        VT 05091
--------------------------------------------------------------------------------

001529417

Rooks, Ronald W.                           Unknown
122 Partridge Ridge
Woodstock        GA 30188
--------------------------------------------------------------------------------

000134955

Roos, Betty L.                             Unknown
3525 Weld Co. Road 13
Erie             CO 80516
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001543541

Roosa, Susan S.                          Unknown
2350 Bering Drive  #129
Houston          TX 77057
----------------------------------------------------------------------------------

001511804

Roose, Evelyne D.                        Unknown
8244 Birch Bay Drive
Blaine           WA 98230
----------------------------------------------------------------------------------

001483085

Roose, Melinda E.                        Unknown
3315 W. 2nd
Anacortes        WA 98221
----------------------------------------------------------------------------------

001585751

Root, Marisa A.                          Unknown
518 Westchester
Riverton         WY 82501
----------------------------------------------------------------------------------

000161651

Root, Susan K.                           Unknown
9060 Petrie Rd.
Bridgeport       NY 13030
----------------------------------------------------------------------------------

001594708

Roots, James K.                          Unknown
1241 Calle San Lucus
Corpus Christi   TX 78417
----------------------------------------------------------------------------------

001585467

Roper, Jason P.                          Unknown
2965 Walnut Grove Rd.
Carrier Mills    IL 62917
----------------------------------------------------------------------------------

001579774

Roper, Rick K.                           Unknown
1515 Port
Harker Heights   TX 76548
----------------------------------------------------------------------------------

001546817

Roquemore, James H.                      Unknown
Lot 33, Bedsoe Trailer Park
Milner           GA 30257
----------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07        INTERNATIONAL HERITAGE        Page: 1229
                    Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001556626 | |
| Rorem, Nancy R.<br>2021 Roecrest<br>North Mankato    MN 56001 | Unknown |
| 001550692 | |
| Rorrer, Janice G.<br>13383 Currituck Dr. N.<br>Jacksonville    FL 32225 | Unknown |
| 000130900 | |
| Rorvick, Cheri D.<br>729 18th Ave. W.<br>Kirkland    WA 98033 | Unknown |
| 001577603 | |
| Rosanio, Liliana S.<br>4908 S W 9th Pl.<br>Cape Coral    FL 33914 | Unknown |
| 000103758 | |
| Rose, Al<br>2021 Ottersrest Lane<br>Cape Coral    FL 33990 | Unknown |
| 001482328 | |
| Rose, Brenda D.<br>2245 Heather Hills<br>St Joseph    IL 61873 | Unknown |
| 001596792 | |
| Rose, Dawn<br>150-07 88Th Ave Apt #4 B<br>Jamaica    NY 11432 | Unknown |
| 001575953 | |
| Rose, Don<br>2385 Table Rock Rd #13<br>Medford    OR 97501 | Unknown |
| 001553543 | |
| Rose, Gerald<br>1117 Stonewall<br>Garland    TX 75043 | Unknown |

Unsecured Creditors -- Sales Representatives


Creditors Names and                     Total Amt
Mailing Address/ Zip Code                of Claim


001476166


Rose, Laura R.                           Unknown
1013 Jessamine Rd
Lexington        SC 29073
------------------------------------------------------------------------------

001592255


Rose, Richard R.                         Unknown
600 N. Persimmon Drive
Olathe           KS 66061
------------------------------------------------------------------------------

001456365


Rose, Tony                               Unknown
33 Rd O N.W.
Quincy           WA 98848
------------------------------------------------------------------------------

001577294


Rosenberg, Scott H.                      Unknown
1574 Coburg Rd. #388
Eugene           OR 97401
------------------------------------------------------------------------------

001515537


Rosenberger, Sherrelyn D.                Unknown
2125 Beam Place
Florissant       MO 63031
------------------------------------------------------------------------------

001459761


Rosencrans, Hal                          Unknown
388 School Rd.
Nashua           MT 59248
------------------------------------------------------------------------------

001479820


Rosene, Kathy A                          Unknown
13909 Manderson Plz # 201
Omaha            NE 68164
------------------------------------------------------------------------------

001541547


Rosenfeld, Wendy S.                      Unknown
6904 Clearhaven Drive
Dallas           TX 75248
------------------------------------------------------------------------------

001552591


Rosenoff, Rex R.                         Unknown
310 W. 9Th
Ritzville        WA 99169
------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

Creditors Names and                          Total Amt
Mailing Address/ Zip Code                    of Claim


001476998


Rosewicz, Judith L.                          Unknown
901 SW Raintree Dr.
Lee's Summit        MO 64082
--------------------------------------------------------------------------------
001479363


Ross, Blake E.*                              Unknown
780 E 300 N
Payson              UT 84651
--------------------------------------------------------------------------------
000149500


Ross, Bobbie L.                              Unknown
P.O Box 97
Hawley              TX 79525
--------------------------------------------------------------------------------
001551521


Ross, Cheryl A.                              Unknown
4333 Indiana Avenue
Kenner              LA 70065
--------------------------------------------------------------------------------
000141747


Ross, Craig A.                               Unknown
130 Academy Way
Columbia            SC 29206
--------------------------------------------------------------------------------
001579596


Ross, Cynthia A.                             Unknown
12823 Sagamore
Leawood             KS 66209
--------------------------------------------------------------------------------
001576959


Ross, D. Joseph                              Unknown
3316 E. Rancier Apt. 6202
Killeen             TX 76543
--------------------------------------------------------------------------------
001581264


Ross, Donald J                               Unknown
800 Bishop Walsh Road
Cumberland          MD 21502
--------------------------------------------------------------------------------
000114376


Ross, Fannie L.                              Unknown
26118 N.W. C.R. 239
Alachua             FL 32615
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

Creditors Names and                        Total Amt
Mailing Address/ Zip Code                  of Claim

001470938

Ross, Francine B.                          Unknown
4009 Moss Street
Lafayette          LA 70507
--------------------------------------------------------------------------------
001496167

Ross, Holly D.                             Unknown
Hc 80 Box 68
Franklin           AR 72536
--------------------------------------------------------------------------------
001541304

Ross, Humphrey R.                          Unknown
4805 N.W. 64th Terr.
Kansas City        MO 64151
--------------------------------------------------------------------------------
001576139

Ross, Jason                                Unknown
3831 South 46th #4
Lincoln            NE 68506
--------------------------------------------------------------------------------
001474076

Ross, Jay P.                               Unknown
9609 East Independence Blvd #E
Matthews           NC 28105
--------------------------------------------------------------------------------
001577886

Ross, Jr. Ben L.                           Unknown
3793 Vancouver Dr.
Reno               NV 89511
--------------------------------------------------------------------------------
001526428

Ross, Kathryn A.                           Unknown
4928 Pointe Pleasant Lane
Hollywood          SC 29449
--------------------------------------------------------------------------------
001609998

Ross, Marilyn A                            Unknown
9060 East Staring Lane
Eden Prairie       MN 55347
--------------------------------------------------------------------------------
001609202

Ross, Mark S.C.                            Unknown
48240 Birdie Way
Palm Desert        CA 92260
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001573818

Ross, Marsha                          Unknown
4805 Nw 64Th Terrace
Kansas City       MO 64151
-------------------------------------------------------------------------

001600117

Ross, Michele R.                      Unknown
876 Champagne Ave
Bowling Green     OH 43402
-------------------------------------------------------------------------

001579236

Ross, Robert L.                       Unknown
726 West Washington
Navasota          TX 77868
-------------------------------------------------------------------------

001577394

Ross, Stacey L.                       Unknown
P.O. Box 1479
Navasota          TX 77868
-------------------------------------------------------------------------

001575348

Ross, Telesa J.                       Unknown
Hc 80 Box 67
Franklin          AR 72536
-------------------------------------------------------------------------

001615658

Rosser, Rodney L.                     Unknown
3741 Parkwood Rd.
Bessemer          AL 35023
-------------------------------------------------------------------------

000155375

Rosser, Sandy B.                      Unknown
362 Molasses Lane
Mt. Pleasant      SC 29464
-------------------------------------------------------------------------

001573773

Rossi, Charles M.                     Unknown
24 B.Country Club Ln.
Milford           MA 01257
-------------------------------------------------------------------------

001605697

Rossiter, Myrna B                     Unknown
2916 Owyhee Lane
Caldwell          ID 83605
-------------------------------------------------------------------------

                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                       Total Amt
        Mailing Address/ Zip Code                 of Claim


        001554310


        Rost, Jerri "Suzy" B.                     Unknown
        936 Debbie Court
        Sulphur          TX 75482
--------------------------------------------------------------------------------

        001594796


        Roszell Jr, Lewis J                       Unknown
        3518 Rocky Ridge Rd
        Oxford           AL 36203
--------------------------------------------------------------------------------

        001545579


        Rotell, Raymond J.                        Unknown
        441 Koehler Dr.
        Sharpsville      PA 16150
--------------------------------------------------------------------------------

        001531492


        Rotenizer, Norman W.                      Unknown
        Route 6 Box 240
        Galax            VA 24333
--------------------------------------------------------------------------------

        000161198


        Rotert, Chantel A                         Unknown
        2936 E. Lacuna
        Springfield      MO 65804
--------------------------------------------------------------------------------

        001568675


        Roth, Amy S.                              Unknown
        24560 Bandit Way
        Corona           CA 91719
--------------------------------------------------------------------------------

        001596587


        Rothe, Lance A.                           Unknown
        510 Mississippi
        Crystal City     MO 63019
--------------------------------------------------------------------------------

        001580924


        Rothenberger, Mose P.                     Unknown
        Po Bx 10121
        Eugene           OR 97440
--------------------------------------------------------------------------------

        001607272


        Rothermund, Guy W.                        Unknown
        32463 Wilson Creek Road
        Cottage Grove    OR 97424
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE          Page: 1235

Unsecured Creditors -- Sales Representatives

```
      Creditors Names and                 Total Amt
      Mailing Address/ Zip Code           of Claim


      001599313


      Rothgeb, Thomas L.                   Unknown
      Rt. 2 Box 378
      Biship            TX 78343
-------------------------------------------------------------------------------
      001555628


      Rothschild, David A.                 Unknown
      11900 Mira Mesa Dr.
      Austin            TX 78732
-------------------------------------------------------------------------------
      001608919


      Rothschild, Joanne F.                Unknown
      5700 Coach House Circle Unit F
      Boca Raton        FL 33486
-------------------------------------------------------------------------------
      001540709


      Roubique, Theresa G.                 Unknown
      4424 Stumberg Lane
      Baton Rouge       LA 70816
-------------------------------------------------------------------------------
      001542846


      Rought, Judith                       Unknown
      6552 Vintner Lane
      Lakeland          FL 33809
-------------------------------------------------------------------------------
      001586208


      Roundy, Jr. Jon                      Unknown
      1144 Hobart St. Apt. #3
      Chico             CA 95926
-------------------------------------------------------------------------------
      001533139


      Rouse , Jeanine                      Unknown
      107 B Deborah Lane
      Greenville        SC 29611
-------------------------------------------------------------------------------
      001483091


      Rouse, Lynnell                       Unknown
      HC66 Box 14
      foss              OK 73647
-------------------------------------------------------------------------------
      000109383


      Rouse, Terrence K.                   Unknown
      107-B Deborah Lane
      Greenville        SC 29611
-------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001588873

Rousseau, Edith                    Unknown
74 Momaco Av.
Elmont          NY 11003
--------------------------------------------------------------------------

001511612

Routon, Susan R.                   Unknown
602 Elkton Street
Athens          AL 35611
--------------------------------------------------------------------------

001580117

Rowan, James S.                    Unknown
2309 Kirkland Circle
Guntersville     AL 35976
--------------------------------------------------------------------------

001582087

Rowan, Robert M.                   Unknown
3819F East Steeplechase Way
Williamsburg     VA 23188
--------------------------------------------------------------------------

001585369

Rowe, Mary Jo                      Unknown
1112 Chouteau
Ft. Benton       MT 59442
--------------------------------------------------------------------------

001577193

Rowland, Chadwick A.               Unknown
3636 E. 1300 N.
Alexandria       IN 46001
--------------------------------------------------------------------------

001588975

Rowland, Cindy                     Unknown
1906 Targee
Boise            ID 83705
--------------------------------------------------------------------------

001553196

Rowland, Don D.                    Unknown
2844 Cynthia Road
Palmer           TX 75152
--------------------------------------------------------------------------

001605376

Rowland, James A                   Unknown
3636 E 1300 N
Alexandria       IN 46001
--------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
    Creditors Names and                    Total Amt
    Mailing Address/ Zip Code              of Claim

    .
    001574580

    Rowland, John L.                        Unknown
    95-684 Naholohol Street
    Mililani        HI 96789
--------------------------------------------------------------------------------
    001597701

    Rowland, Marilyn T.                     Unknown
    194 East Marian St.
    Alexandria      IN 46001
--------------------------------------------------------------------------------
    000114406

    Rowland, Raymond                        Unknown
    3013 First Street West
    Lehigh Acres    FL 33971
--------------------------------------------------------------------------------
    001553695

    Rowland, Rebekah                        Unknown
    2844 Cynthia Rd.
    Palmer          TX 75152
--------------------------------------------------------------------------------
    001573537

    Rowland, Ruby L.                        Unknown
    3636 E. 1300 North
    Alexandria      IN 46001
--------------------------------------------------------------------------------
    001552703

    Rown, Michael K.                        Unknown
    N. 34124 Hwy 2 Sp 22
    Chattaroy       WA 99003
--------------------------------------------------------------------------------
    000119863

    Roy, Marjorie P.                        Unknown
    Po Box 275
    Mansura         LA 71350
--------------------------------------------------------------------------------
    001475347

    Royal Diadem Corp                       Unknown
    1112 Londonderry
    Friendswood     TX 77546
--------------------------------------------------------------------------------
    001503711

    Royal Jr., Charles                      Unknown
    24261 Evergreen
    Southfield      MI 48075
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001563029 | |
| Royal, Alston G.<br>408 Belvoir Dr.<br>Montgomery        AL 36116 | Unknown |
| 001571183 | |
| Roybal, Paul<br>2337 Steele Street<br>Longmont          CO 80501 | Unknown |
| 001571928 | |
| Rozak, Raymond A.<br>P.O. Box 107<br>Anchor Point      AK 99556 | Unknown |
| 000113132 | |
| Rozycki, Kimberly E.<br>4902 Champion'S Way<br>Columbus          GA 31909 | Unknown |
| 001528627 | |
| Rubinett, Susan S.<br>3806 Hidden Hollow<br>Austin            TX 78731 | Unknown |
| 001581023 | |
| Rubio, Pamela<br>5255 Clayton Rd Apt. 249<br>Concord           CA 94521 | Unknown |
| 000159538 | |
| Rucker, Tess M.<br>4304 Oak #3S<br>Kansas City        MO 64111 | Unknown |
| 001577542 | |
| Rudd, Donald R.<br>P. O. Box 81<br>Calvin             LA 71410 | Unknown |
| 001595018 | |
| Ruddell, Christian M<br>42400 Santiago Drive<br>Hemet              CA 92544 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001600979

Ruddell, Larry D.
29952 Valle Olvera
Temecula          CA 92591                    Unknown

------------------------------------------------------------------------

001548937

Rudder, Eugene B.
6311 N. Encinita Avenue
Temple City       CA 91780                    Unknown

------------------------------------------------------------------------

001530127

Rudder, John B.
5844 N. Encinitas Ave.
Temple City       CA 91780                    Unknown

------------------------------------------------------------------------

001513304

Ruddick, Michael R.
5786 Lake Michigan Dr.
Allendale         MI 49401                    Unknown

------------------------------------------------------------------------

001483340

Rude, Reba L.
342 Seeling Blvd.
San Antonio       TX 78228                    Unknown

------------------------------------------------------------------------

001573012

Rudiger, Laura B.
21 Spruce Dr.
Covington         LA 70433                    Unknown

------------------------------------------------------------------------

001599699

Rudisill, Joey
75 St. Clair
Boyce             LA 71409                    Unknown

------------------------------------------------------------------------

001590539

Rudy, Kerry & Beth
3485 Woodberry Court
Kissimmee         FL 34746                    Unknown

------------------------------------------------------------------------

001515594

Rue, Donna J.
114 Mcleod St.
Big Timber        MT 59011                    Unknown

------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE
                         Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        000136479


        Rue, Floyd J.                            Unknown
        174 Rues Lane
        Crowley          LA 70526
------------------------------------------------------------------------

        001464242


        Rue, Sherry G.                           Unknown
        1237 Wright Ave
        Crowley          LA 70526
------------------------------------------------------------------------

        001533188


        Ruff, Dennis H.                          Unknown
        413 Holly Furn Drive
        League City      TX 77573
------------------------------------------------------------------------

        001558040


        Ruff, Joann P.                           Unknown
        Rt. 1 Box 1
        Magnolia         IL 61336
------------------------------------------------------------------------

        001591417


        Ruffino, Tana J.                         Unknown
        3506 Oakhollow
        Bryan            TX 77802
------------------------------------------------------------------------

        001545165


        Ruffo, Linda M                           Unknown
        3091 Main St
        West Middlessex  PA 16159
------------------------------------------------------------------------

        001596432


        Ruhrwien, Laura L.                       Unknown
        816 Hawkins Ct.
        St. Louis        MO 63126
------------------------------------------------------------------------

        001601455


        Ruiz Jr., James A.                       Unknown
        152573 O'Neal RD Apt#4-0
        gulfport         MS 39503
------------------------------------------------------------------------

        001565166


        Ruiz, Angela                             Unknown
        6031 Valkeith
        Houston          TX 77096
------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE
                        Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim

        001604336

        Ruiz, Frank S                           Unknown
        3853 North Cleo
        Fresno          CA 93722
-------------------------------------------------------------------------
        001592750

        Ruiz, Gloria M.                         Unknown
        790 N.W. 72Nd Terrace
        Margate         FL 33063
-------------------------------------------------------------------------
        001509342

        Ruiz, Gregory W.                        Unknown
        3800 Grandlake Blvd.
        Kenner          LA 70065
-------------------------------------------------------------------------
        001504526

        Ruiz, Jeff J.                           Unknown
        618 Sweet Bay Drive
        Mandeville      LA 70448
-------------------------------------------------------------------------
        001595331

        Ruland, Carl E.                         Unknown
        18147 E. Forest Rd
        Cambridge       PA 16403
-------------------------------------------------------------------------
        001487459

        Rumbaugh, Bobbie D                      Unknown
        P.O. Box 525 N RURAL ROUTE
        Scobey          MT 59263
-------------------------------------------------------------------------
        001493006

        Rundbaken, Lynn B.                      Unknown
        4 Ponce De Leon Ave
        Charleston      SC 29407
-------------------------------------------------------------------------
        001459931

        Rung, Rexine H.                         Unknown
        108 Jan Street
        Kaplan          LA 70548
-------------------------------------------------------------------------
        000109645

        Runion, T. Martin                       Unknown
        50 Tradd Rd.
        Georgetown      SC 29440
-------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE              Page 1242
                          Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001606329


        Runyan, Michael A                       Unknown
        6712 101st NW
        Gig Harbor      WA 98332
--------------------------------------------------------------------------------
        001544196


        Rush, Daniel E.                         Unknown
        1809 Waverly Dr.
        Duncan          OK 73533
--------------------------------------------------------------------------------
        001597893


        Rush, Michael P.                        Unknown
        7127 Gallagher Cove Rd NW
        olmpia          WA 98502
--------------------------------------------------------------------------------
        001597579


        Rush, Roxanne R.                        Unknown
        500 Riverview Court
        Annapolis       MD 21401
--------------------------------------------------------------------------------
        001562147


        Rushing, Dayle S.                       Unknown
        1221 Laverne Pl
        Wenatchee       WA 98801
--------------------------------------------------------------------------------
        001564895


        Rushing, Robin B.                       Unknown
        1221 Laverne
        Wenatchee       WA 98801
--------------------------------------------------------------------------------
        001568791


        Rushing, Tracy H.                       Unknown
        188 Rushing Road
        Jonesboro       LA 71251
--------------------------------------------------------------------------------
        001544387


        Rushton, Crystal                        Unknown
        539 Jackson St.
        Midvale         UT 84047
--------------------------------------------------------------------------------
        001577510


        Russell Sr., Joseph                     Unknown
        1049 Glenhaven Dr.
        Hutchinson      TX 75141
--------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE          Page: 1243
                    Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001471252


Russell, Alveda M.                     Unknown
3500 Beaver Place Rd. #27
Lexington        KY 40503
-------------------------------------------------------------------------
000162519


Russell, Brenda K. *                   Unknown
4705 James
Wichita Falls      TX 76308
-------------------------------------------------------------------------
001549803


Russell, Dana L.                       Unknown
321 T. Street S.E.
Auburn           WA 98002
-------------------------------------------------------------------------
001589222


Russell, Dorothy J                     Unknown
4096 Coal Springs Ln #2-A
Glen Allen       VA 23060
-------------------------------------------------------------------------
000130521


Russell, Gary L.                       Unknown
1894 Parson Creek Rd.
Sedro-Woolley      WA 98284
-------------------------------------------------------------------------
001550951


Russell, James D.                      Unknown
232 Peretz Circle
Morristown       AZ 85342
-------------------------------------------------------------------------
001519373


Russell, Joyce W.                      Unknown
8725 Feathers Chapel Road
Somerville       TN 38068
-------------------------------------------------------------------------
001488350


Russell, Keith M.                      Unknown
513 W 5th Ave
Lenoir City       TN 37771
-------------------------------------------------------------------------
001561686


Russell, Kristy J.                     Unknown
1008 Olde Towne
Irving           TX 75061
-------------------------------------------------------------------------

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001496498


Russell, Linda H.                      Unknown
594 Lauren Circle
Lawrenceville      GA 30043
-----------------------------------------------------------------------
001605327


Russell, Marilou S                     Unknown
413 N Marple St
Coos Bay           OR 97420
-----------------------------------------------------------------------
001502201


Russell, Mary A.                       Unknown
2766 Dry Valley Rd.
Philadelphia       TN 37846
-----------------------------------------------------------------------
000159195


Russell, Robert L.                     Unknown
7837 John Pelham Trail
McCala             AL 35111
-----------------------------------------------------------------------
001540237


Russell, Shirley                       Unknown
119 E. Archer
Jacksboro          TX 76458
-----------------------------------------------------------------------
001515259


Russell, William A.                    Unknown
2521 Kingston Pike
Knoxville          TN 37919
-----------------------------------------------------------------------
001533513


Russell, William H.                    Unknown
1114 Mountain Fork Road
New Market         AL 35761
-----------------------------------------------------------------------
000155049


Russo, Mike                            Unknown
3226 Spring Forest Rd
Raleigh            NC 27616
-----------------------------------------------------------------------
001580433


Russow, Rodd A                         Unknown
561 Juniper Lane
Bradley            IL 60915
-----------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 1245
                          Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001602551


        Rust, Laddie K.                         Unknown
        Rr1 Box 100B
        Gentryville      IN 47537
------------------------------------------------------------------------------
        001579244

        .
        Rusten, Dagfinn                         Unknown
        4519 146th PLACE S.W.
        Lynnwood         WA 98037
------------------------------------------------------------------------------
        001507400


        Rusty Pipe Plumbing Inc.                Unknown
        970 A Pettit St.
        Sedro Woolley    WA 98284
------------------------------------------------------------------------------
        001598700


        Ruth B. Davenport                       Unknown
        8-S. Eighth Ave., #520
        Yakima           WA 98902
------------------------------------------------------------------------------
        001457742


        Rutherford, Leslie J.                   Unknown
        253 Ocean Avenue
        Kennebunkport    ME 04046
------------------------------------------------------------------------------
        001552634


        Rutherford, Linda L.                    Unknown
        4610 Isabella
        Dallas           TX 75229
------------------------------------------------------------------------------
        001603557


        Rutherford, Wilbert J.                  Unknown
        2752 Clydo Rd.
        Jacksonville     FL 32207
------------------------------------------------------------------------------
        000139129


        Rutila, Jeffrey                         Unknown
        620 W. Cambourne
        Ferndale         MI 48220
------------------------------------------------------------------------------
        001605873


        Rutland, Ernest W.                      Unknown
        14501 Empanada #1004
        Houston          TX 77083
------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE              Page: 1246

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001511446


        Rutledge, Carolyn A                    Unknown
        4010 N E 143 Ave
        Vancouver        WA 98682
-----------------------------------------------------------------------------
        000104127


        Rutledge, Scott S.                     Unknown
        204 Tearose Lane
        Simpsonville     SC 29681
-----------------------------------------------------------------------------
        001563551


        Rutsky, Marie                          Unknown
        5023 Briar Rose Court
        Suwanee          GA 30024
-----------------------------------------------------------------------------
        000141615


        Rutty, Charles R.                      Unknown
        1055 N.E. 204 Terrace
        Miami            FL 33179
-----------------------------------------------------------------------------
        001558376


        Ryan, Bob (Robert)                     Unknown
        105 W. Locust
        Normal           IL 61761
-----------------------------------------------------------------------------
        001564638


        Ryan, Ellen B.                         Unknown
        Po Box 1658
        Blanco           TX 78606
-----------------------------------------------------------------------------
        001534645


        Ryan, John E.                          Unknown
        366 Hardscrabble Road
        Erieville        NY 13061
-----------------------------------------------------------------------------
        001579211


        Ryan, Kevin Lee                        Unknown
        4545 Louetta Road  #3804
        Spring           TX 77388
-----------------------------------------------------------------------------
        001466352


        Ryan, Linda M                          Unknown
        14525 Red Rock Dr
        Platte City      MO 64079
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001571388


        Ryan, Marjorie J.                      Unknown
        4409 Holly Lane
        Topeka          KS 66604
------------------------------------------------------------------------------
        001528148


        Ryan, Michael S.                       Unknown
        4209 Putnam Road
        Cazenovia       NY 13035
------------------------------------------------------------------------------
        001540640


        Ryan, Sally S.                         Unknown
        1835 Inglewood Dr.
        Columbia        SC 29204
------------------------------------------------------------------------------
        001498757


        Ryan, Sr.  William J.                  Unknown
        Po Box 985
        Allendale       SC 29810
------------------------------------------------------------------------------
        001592096


        Rydan, Anissa B.                       Unknown
        1698-B Lanier Place N.W
        Washington      DC 20009
------------------------------------------------------------------------------
        001528904


        Ryder, Robert B.                       Unknown
        8219 South Kearney St.
        Englewood,      CO 80112
------------------------------------------------------------------------------
        001515522


        Rye, Kimberely A.                      Unknown
        597 Oak Street
        Columbus        OH 43215
------------------------------------------------------------------------------
        000131280


        Ryken, Dana P.                         Unknown
        30804 First Place South
        Federal Way     WA 98003
------------------------------------------------------------------------------
        001609582


        Ryken, John M                          Unknown
        35 Ritter Rd #12
        Hayesville      NC 28904
------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07            INTERNATIONAL HERITAGE
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                Total Amt
        Mailing Address/ Zip Code          of Claim


        001473364


        Ryken, Jon Kirby                   Unknown
        294 Ruckels Dr.
        Myrtle Creek      OR 97457
-----------------------------------------------------------------------------------
        001473352


        Ryken, Timothy Allen               Unknown
        1715 Crestway
        Worland           WY 82401
-----------------------------------------------------------------------------------
        001482923


        Rylaarsdam Art J.                  Unknown
        1489 Donnelly Rd.
        Mt. Vernon        WA 98273
-----------------------------------------------------------------------------------
        001531536


        Ryniec, Lee A.                     Unknown
        1821 Moraine Drive
        Champaign         IL 61821
-----------------------------------------------------------------------------------
        001591892


        Rysak, Douglas L                   Unknown
        2621 Meadow Rd
        West Palm         FL 33406
-----------------------------------------------------------------------------------
        000117825


        S I Group                          Unknown
        17217 24 Ave
        Surrey            BC V4P2V2
-----------------------------------------------------------------------------------
        001598546


        S U M M U M 4                      Unknown
        7400 Beau Bien Est.,#102
        Anjou             PQ H1M3B5
-----------------------------------------------------------------------------------
        001490168


        S. Roberts and P. Hansen           Unknown
        850 Jones Road
        Roswell           GA 30075
-----------------------------------------------------------------------------------
        001549798


        S.L.E.S.H. Management              Unknown
        1107 Lakeview Street
        Bellingham        WA 98226
-----------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim
..
001494019

S.W. And Associates, Inc               Unknown
743 Deerwood Drive
Stockbridge      GA 30281
--------------------------------------------------------------------
001573684

SAVILLE, Nonette L.                    Unknown
6225 N Dodge Street
Flagstaff        AZ 86004
--------------------------------------------------------------------
001571721

SINGH, Prabhjot                        Unknown
185 Westend Ave
Brooklyn         NY 11235
--------------------------------------------------------------------
001574824

SRS Wholesalers, Ltd                   Unknown
711 N Carancahua #1400
Corpus Christi   TX 78475
--------------------------------------------------------------------
001573899

ST John, Beth Ann                      Unknown
420C Buck Avenue
Vacaville        CA 95688
--------------------------------------------------------------------
001528804

Sabate, Karen D.                       Unknown
Hcrz Box 6622
Keaau            HI 96749
--------------------------------------------------------------------
000105128

Sabates, Mario A.                      Unknown
692 Longwood Rd.
Atlanta          GA 30305
--------------------------------------------------------------------
000105051

Sabates, Tracy E.                      Unknown
17217 Players Ridge Dr.
Cornelius        NC 28031
--------------------------------------------------------------------
001589033

Sablik, Bruno                          Unknown
5007 N. Lucille Rd.
Spokane          WA 99216
--------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE              Page 1250
                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                        Total Amt
        Mailing Address/ Zip Code                  of Claim


        001489984


        Sacco, Thomas A.                            Unknown
        3214 56th. St. SW
        Everett          WA 98203
-----------------------------------------------------------------------------
        001593073


        Sachse, Gina F.                             Unknown
        7331 Highland
        Baton Rouge      LA 70808
-----------------------------------------------------------------------------
        001544776


        Sackett, Cathleen L                         Unknown
        32 Syphrit Ln
        W Middlesex      PA 16137
-----------------------------------------------------------------------------
        000160511


        Saddler, Deborah J.                         Unknown
        6690 State Rt. #305
        Hartford         OH 44424
-----------------------------------------------------------------------------
        001600794


        Saddler, Delores                            Unknown
        14203 Candleshade
        Houston          TX 77045
-----------------------------------------------------------------------------
        001577595


        Sadinsky, Marjorie B.                       Unknown
        1011 Arbutus St.
        Middletown       CT 06457
-----------------------------------------------------------------------------
        000132317


        Sadur, Michele                              Unknown
        10409  Eastwood Avenue
        Silver Spring    MD 20901
-----------------------------------------------------------------------------
        000139966


        Saenz, Felix                                Unknown
        1228 Edgewood Lane
        Allen            TX 75013
-----------------------------------------------------------------------------
        001556238


        Saenz, Jose E.                              Unknown
        204 E. Cano Ste. 200
        Edinburg         TX 78539
-----------------------------------------------------------------------------

      .        Unsecured Creditors -- Sales Representatives


      Creditors Names and                    Total Amt
      Mailing Address/ Zip Code              of Claim


      001466340


      Saenz, Malena                           Unknown
      7000 W Van Guisen #161
      West Richland      WA 99353
-------------------------------------------------------------------------

      001602882


      Safer, Vicki                            Unknown
      3206 Derrick Rd
      Bayview            TX 77518
-------------------------------------------------------------------------

      001588617


      Saffell, Marlin K                       Unknown
      201 Jackson Sq.Blvd
      Shreveport         LA 71115
-------------------------------------------------------------------------

      001539872


      Saffles, Sherri M                       Unknown
      6565 Eldora St.
      Las Vegas          NV 89102
-------------------------------------------------------------------------

      001588693


      Safonova, Charlene A.                   Unknown
      351 N E 163rd St.
      Seattle            WA 98155
-------------------------------------------------------------------------

      001526050


      Sager, Garrick E.                       Unknown
      418 S. 38Th Place
      Mount Vernon       WA 98274
-------------------------------------------------------------------------

      001565418


      Sager, Gary E.                          Unknown
      23307 76Th Ave W.
      Edmonds            WA 98020
-------------------------------------------------------------------------

      001611522


      Saidpur, Gurcharan S                    Unknown
      3514 So 180Th St #G-11
      Seattle            WA 98188
-------------------------------------------------------------------------

      001475627


      Sailors, Jerome V                       Unknown
      555 Church Street Apt. 1002
      Nashville          TN 37219
-------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 1252
                             Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001558121


        Sain, Curtis                             Unknown
        6314 Arrowhead Drive
        Monroe          LA 71203
--------------------------------------------------------------------------------
        001602699


        Sakatumi Enterprises                     Unknown
        1302 N. Montana
        Kennewick       WA 99336
--------------------------------------------------------------------------------
        001513658


        Saladino, Antonio                        Unknown
        384-3 Prestwick Circle
        Palm Beach      FL 33418
--------------------------------------------------------------------------------
        001506018


        Salan, Wanda K.                          Unknown
        4411 McNiel
        Wichita Falls   TX 76308
--------------------------------------------------------------------------------
        001561139


        Salazar, Anne E.                         Unknown
        1470 Abajo Dr.
        Monterey Park   CA 91754
--------------------------------------------------------------------------------
        001564466


        Salazar, Connie                          Unknown
        125 N Gerona Ave.
        San Garbriel    CA 91775
--------------------------------------------------------------------------------
        001523576


        Salcido, Carolyn C.                      Unknown
        3722 Ridgeline
        San Antonio     TX 78228
--------------------------------------------------------------------------------
        001581297


        Salinas, Alicia N.                       Unknown
        11614 Tilia
        Jacinto City    TX 77029
--------------------------------------------------------------------------------
        001549968


        Salinas, Daniel E.                       Unknown
        211 W. 10Th St.
        San Juan        TX 78589
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001529443 | |
| Salinas, Frances E. 1113 Radisson Hewitt          TX 76643 | Unknown |
| 001587155 | |
| Salinas, George 100 Stonehenge Court Taylors          SC 29687 | Unknown |
| 001481562 | |
| Salinas, Ninfa 905 Barnes Mission          TX 78572 | Unknown |
| 001509661 | |
| Saling, Susan E. 1816 Main  St. Carthage          MO 64836 | Unknown |
| 001501858 | |
| Sallas, Wendy K. 9105 Highway 44 Middleton          ID 83644 | Unknown |
| 001582374 | |
| Salminen, Joni 6207 John Chisum Austin          TX 78749 | Unknown |
| 000130196 | |
| Salmon, Jerry R. 2705 Rhode Island N.E. Albuquerque          NM 87110 | Unknown |
| 001574685 | |
| Salmon, Jimmy R. 3029 Owen Sw Albuquerque          NM 87121 | Unknown |
| 001477296 | |
| Salmon, Mary Ellen 3029 Owen Sw Albuquerque          NM 87121 | Unknown |

Unsecured Creditors -- Sales Representatives

Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001585210


Salmon-Norred, Patricia A.              Unknown
436 15Th Terrace NW
Birmingham        AL 35215
---------------------------------------------------------------------------

001563980


Salo, Deby L.                           Unknown
2907 Secor
Bozeman           MT 59715
---------------------------------------------------------------------------

001587418


Salo, Sonja A                           Unknown
148 Winding Way
Battle Creek      MI 49017
---------------------------------------------------------------------------

000129683


Salsbery, Cathy                         Unknown
HC 65 Box 6140
Malta             MT 59538
---------------------------------------------------------------------------

001524242


Salsman, Larry D.                       Unknown
11395 Vedrines Dr.
Alpharetta        GA 30302
---------------------------------------------------------------------------

001532718


Salsman, Nancy N.                       Unknown
1715 S. St. Louis Ave.
Joplin            MO 64804
---------------------------------------------------------------------------

000152966


Salter, Janet F                         Unknown
51 Hileybelle Dr
Thomaston         GA 30286
---------------------------------------------------------------------------

001536643


Salter, Todd                            Unknown
280 Tumbling Creek Drive
Alpharetta        GA 30202
---------------------------------------------------------------------------

001534383


Salter, William G.                      Unknown
280 Tumbling Creek Dr.
Alpharetta        GA 30005
---------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 1255
                     Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code            of Claim


        001603867


        Salvagio, Joseph P                   Unknown
        25961-C W Stafford Canyon Rd
        Stevenson Ranch     CA 91381
-----------------------------------------------------------------------------
        001465935


        Sammons, Betty J.                    Unknown
        173 Pinecrest Dr
        Cordele           GA 31015
-----------------------------------------------------------------------------
        001596522


        Sample, Judith A.                    Unknown
        310 Statler Crossing
        Stauton           VA 24401
-----------------------------------------------------------------------------
        001541890


        Samples, Bette L.                    Unknown
        1151 Griffith Point
        Nordland          WA 98358
-----------------------------------------------------------------------------
        000135058


        Samples, Iva L.                      Unknown
        54200 E. 249 Rd.
        Afton             OK 74331
-----------------------------------------------------------------------------
        001562265


        Samples, Marvin A.                   Unknown
        5491 Old Atlanta Rd.
        Suwanee           GA 30028
-----------------------------------------------------------------------------
        001568609


        Sampson, Eddie L.                    Unknown
        1305 W. 4Th Ave. #209
        Kennewick         WA 99336
-----------------------------------------------------------------------------
        001571383


        Samson, Edward R                     Unknown
        213505 E. Cochran Rd
        Kennewick         WA 99337
-----------------------------------------------------------------------------
        001564186


        Samuel, Mike L                       Unknown
        409 E Redwood
        Springfield       MO 65807
-----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001551865

San Miguel, Jamie L.                    Unknown
2501 Forest Grove S.W.
Wyoming          MI 49509

---

001575447

Sanchez, Joseph D.                      Unknown
218 N. Elden St.
Flagstaff        AZ 86001

---

001540443

Sanchez, Karen S.                       Unknown
10515 Sagepine
Houston          TX 77089

---

001575625

Sanchez, Noe E                          Unknown
1804 Orange Blossom Lp
Laredo           TX 78045

---

001582292

Sanchez, Sara A.                        Unknown
4201 N.W. Santa Fe
Lawton           OK 73505

---

001560312

Sanchez, Vickie R.                      Unknown
7011-W. Lone Oak
Springfield      MO 65803

---

001561270

Sanders, Allan W.                       Unknown
4509 Hartford
Plano            TX 75093

---

001461909

Sanders, Betty M.                       Unknown
4331 Govan Hwy
Olar             SC 29843

---

001565299

Sanders, Christopher A.                 Unknown
125 S, Conner Ave. Apt 2
Joplin           MO 64801

---

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001577710 | |
| Sanders, Clarice<br>P.O. Box 368<br>Dubach          LA 71235 | Unknown |
| 001551421 | |
| Sanders, Crosby D.<br>1239 East Davidson Street #A<br>San Bernardino     CA 92408 | Unknown |
| 001490956 | |
| Sanders, Dick H.<br>P.O. Box 318<br>Homer          AK 99603 | Unknown |
| 000115203 | |
| Sanders, Jay R.<br>934 S. Burlington Blvd. #148<br>Burlington      WA 98233 | Unknown |
| 001535321 | |
| Sanders, Jill C.<br>2902 Whispering Winds #120<br>Pearland        TX 77581 | Unknown |
| 001474855 | |
| Sanders, Joseph Keith<br>343 County Rd 1373<br>Vinemont        AL 35179 | Unknown |
| 001505956 | |
| Sanders, Joseph L.<br>2111 Lobelia Drive<br>Cedar Park       TX 78613 | Unknown |
| 001467128 | |
| Sanders, Mark R.<br>314 N. Capron St.<br>Berlin         WI 54923 | Unknown |
| 001605009 | |
| Sanders, Micheal<br>9721 Beck Drive<br>Plano          TX 75025 | Unknown |

                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001588951


        Sanders, Ronny J.                       Unknown
        3565 Harris Rd
        Minden          LA 71055
----------------------------------------------------------------------------

        001600653


        Sandford, Kerry                         Unknown
        119 South 3rd East
        Paul            ID 83347
----------------------------------------------------------------------------

        001513886


        Sandhoff, Dorothy C.                    Unknown
        4105 Morgan Johnson Road
        Bradenton       FL 34208
----------------------------------------------------------------------------

        001569987


        Sandhoff, Wendell A.                    Unknown
        4105 Morgan Johnson Rd.
        Bradenton       FL 34208
----------------------------------------------------------------------------

        001608599


        Sandhu, Joginder                        Unknown
        16909 135Th Place Se
        Renton          WA 98058
----------------------------------------------------------------------------

        001594797


        Sandlin Jr, John                        Unknown
        4162 S W Lafayette
        Lee'S Summit    MO 64082
----------------------------------------------------------------------------

        001579645


        Sandlin, John M.                        Unknown
        4162 Sw. Laytette Pl.
        Lee'S Summit    MO 64082
----------------------------------------------------------------------------

        000117800


        Sandlin, Ola Mae                        Unknown
        Rt. 2 Box 782 Meadowwood Dr.
        Winfield        AL 35594
----------------------------------------------------------------------------

        001605976


        Sandoval, Daniel D.                     Unknown
        Rt 1 Box 696
        Ola             AR 72853
----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

000120128

Sandoval, Robert D.                    Unknown
309 Legacy Drive
Pineville          LA 71360

---

001538156

Sandstrom, Lenore L.                   Unknown
1625 Main St #23
Ferndale           WA 98248

---

001601580

Sandwich Artist Inc.                   Unknown
706 Burgess Drive
Utica              IL 61373

---

001526849

Sanford, Ed                            Unknown
107 Princess
Houston            TX 77034

---

000108408

Sanford, Jessie P.                     Unknown
4159 Old Spartanburg Hwy.
Moore              SC 29369

---

001564273

Sanford, Kent                          Unknown
359 W 100 South
Burley             ID 83318

---

001544352

Sangermono, Mary                       Unknown
One Adams St.
Quincy             MA 02169

---

001573339

Sangha, Harnek S.                      Unknown
24705-142 Avenue
Kent               WA 98042

---

001586918

Sangha, Satvinder                      Unknown
24705-142 Ave. Se.
Kent               WA 98042

---

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE

Unsecured Creditors -- Sales Representatives


```
Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001598173


Sangster Realty Inc                     Unknown
1329-B East Union St #2
Vienna          GA 31092
-------------------------------------------------------------------------------

001476839


Sangster, Delma                         Unknown
Highway 215 East
Vienna          GA 31092
-------------------------------------------------------------------------------

001570454


Sankey, Robert E.                       Unknown
712 Chatahoochee Circle
Roswell         GA 30075
-------------------------------------------------------------------------------

001582371


Sano, Rebecca J.                        Unknown
103 E. Central #211
Miami           OK 74354
-------------------------------------------------------------------------------

001543691


Sansom, Fred O.                         Unknown
P.O Box 3491
Chino Valley    AZ 863232713
-------------------------------------------------------------------------------

001555863


Sansom, Jared K.                        Unknown
1004 S. Gurley Ave.
Gillette        WY 82716
-------------------------------------------------------------------------------

001545687


Santangelo, Carl A.                     Unknown
951 River Rd.
Neshanic        NJ 08853
-------------------------------------------------------------------------------

001573068


Santangelo, Cindy A.                    Unknown
52 B Davidson Rd
Piscataway      NJ 08854
-------------------------------------------------------------------------------

001587936


Santiago, Truman W.                     Unknown
P.O. Box 1256
Hoodsport       WA 98548
-------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                        Total Amt
Mailing Address/ Zip Code                  of Claim


001505976


Santoro, Joseph P.                         Unknown
2424 North Federal Hwy #104
Boynton Beach      FL 33435
------------------------------------------------------------------------------

001533298


Santos, Leonides V.                        Unknown
201 S. Jackson Ave.
Russellville        AL 35653
------------------------------------------------------------------------------

001583149


Sanzotta, Tracy M.                         Unknown
2379 Louis Kossuth Ave
Ronkonkoma          NY 11779
------------------------------------------------------------------------------

001500034


Sapara, Mark D.                            Unknown
35 Blaine Street
Millburn            NJ 07041
------------------------------------------------------------------------------

001518552


Sapp, Brian Scott                          Unknown
1521 Bridford Parkway #14-L
Greensboro          NC 27407
------------------------------------------------------------------------------

001546872


Sappington, Ellen B.                       Unknown
1530 S. Monroe St.
Denver              CO 80210
------------------------------------------------------------------------------

001598502


Sarah F. Norman                            Unknown
4101 Texas Ave. Suite B
Byron               TX 77802
------------------------------------------------------------------------------

001589657


Saravia, Omar                              Unknown
359 Leo Avenue
Shreveport          LA 71105
------------------------------------------------------------------------------

000113893


Sardinas, Karen E.                         Unknown
Rt. 2 Box 154A
Alachua             FL 32615
------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001560901

Sargent Sr., Thomas                    Unknown
1096 Byrnwyck Rd Ne
Atlanta          GA 30319
--------------------------------------------------------------------------------

000125946

Sargent, Della                         Unknown
3939 Teasley #42
Denton           TX 76205
--------------------------------------------------------------------------------

001580107

Sargent, Gregory L.                    Unknown
2724 Blue Quail Pass
Edmond           OK 73013
--------------------------------------------------------------------------------

001507325

Sarkisian, Kirk                        Unknown
315 West Country Drive
Duluth           GA 30155
--------------------------------------------------------------------------------

001573321

Sarkisian, Sylvia S.                   Unknown
Box 390 Goden Dunes
Portage          IN 46368
--------------------------------------------------------------------------------

001515020

Sarver, Elva C.                        Unknown
101 West Tulip Lane
Newark           DE 19713
--------------------------------------------------------------------------------

001536921

Sarver, Randall D.                     Unknown
128 Vincent Circle
Middletown       DE 19709
--------------------------------------------------------------------------------

001513640

Sass, Jeff R.                          Unknown
1426 177Th Avenue N.E.
Bellevue         WA 98008
--------------------------------------------------------------------------------

001506801

Sass, Stan W.                          Unknown
1106 Talcott
Sedro Woolley    WA 98284
--------------------------------------------------------------------------------

                           Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        000107956


        Sasser, Nancy D.                         Unknown
        708 Brunson Dr.
        Albemarle          NC 28001
--------------------------------------------------------------------------------
        001518907


        Sather, Lisa B.                          Unknown
        1302 South 16Th
        Mt. Vernan         WA 98274
--------------------------------------------------------------------------------
        001589471


        Satterfield, Kathy                       Unknown
        1220 Miles Ave.
        Billings           MT 59102
--------------------------------------------------------------------------------
        000109904


        Satterfield, Kurt A.                     Unknown
        200 Station #18 Street
        Sullivan's Island  SC 29482
--------------------------------------------------------------------------------
        001598481


        Satterfield, Phebe Y.                    Unknown
        P.O. Box 592
        Simpsonville       SC 29681
--------------------------------------------------------------------------------
        000106898


        Satterfield, Ronald E.                   Unknown
        200 Station 18 St.
        Sullivan Island    SC 29482
--------------------------------------------------------------------------------
        000151748


        Satterwhite, Mike R.                     Unknown
        117 Lee Road 554
        Phenix City        AL 36867
--------------------------------------------------------------------------------
        000155287


        Saturn, Bonnie                           Unknown
        23185 Boca Club Colony
        Boca Raton         FL 33433
--------------------------------------------------------------------------------
        001515613


        Sauby, James W.                          Unknown
        1944 Phoebe
        Billings           MT 59105
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                   Total Amt
Mailing Address/ Zip Code             of Claim


000139521


Saucier, Phillip F.                   Unknown
4050 Irish Bend
Franklin        LA 70538
```
--------------------------------------------------------------------
```
001599320


Sauders, Rosella B                    Unknown
2827 3Rd Street
Berwick         LA 70342
```
--------------------------------------------------------------------
```
001604976


Sauer, Dieter K.                      Unknown
7532-Hayes St.
Hollywood       FL 33024
```
--------------------------------------------------------------------
```
001531249


Sauer, Robby C.                       Unknown
210 5th Avenue E.
Wendell         ID 83355
```
--------------------------------------------------------------------
```
001463174


Saulter, Daniel W.                    Unknown
Rd #2 146-A
Coudersport     PA 16915
```
--------------------------------------------------------------------
```
001607387


Saulter, Lori A.                      Unknown
1669 Cessna Ct.
Redding         CA 96001
```
--------------------------------------------------------------------
```
001609058


Saunders Beverly A                    Unknown
Rr1 Box 317-0
Colcord         OK 74338
```
--------------------------------------------------------------------
```
001574107


Saunders, Darcel D.                   Unknown
8277 Cottonwood Rd
Bozeman         MT 59718
```
--------------------------------------------------------------------
```
001605007


Saunders, David M.                    Unknown
16015 Nw Schendel Ave #C
Beaverton       OR 97006
```
--------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim

000104879


Saunders, Harry A.                       Unknown
2339 Blaine Road
New London        NC 28127
------------------------------------------------------------------------------
001596800


Saunders, Norma                          Unknown
1007 5Th Street
Santa Monica      CA 90403
------------------------------------------------------------------------------
001601647


Saunders, Rick                           Unknown
927 Augustine
Coos Bay          OR 97420
------------------------------------------------------------------------------
000105053


Savage Jr., Claude W.                    Unknown
106 Benbow Lane
Charlotte         NC 28214
------------------------------------------------------------------------------
000162109


Savage, Brenda                           Unknown
9005 E. 90th Terrace
Kansas City       MO 64138
------------------------------------------------------------------------------
000106455


Savage, Claude W.                        Unknown
106 Benbow Lane
Charlotte         NC 28214
------------------------------------------------------------------------------
001459183


Savage, Lynda S.                         Unknown
6758 Goswell Court
Germantown        TN 38138
------------------------------------------------------------------------------
000117209


Savage, Russell B.                       Unknown
2002 Rothmore Dr.
Huntsville        AL 35803
------------------------------------------------------------------------------
000105050


Savage-McDaniel, Robin K.                Unknown
106 Benbow Lane
Charlotte         NC 28214
------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                     INTERNATIONAL HERITAGE
                        Unsecured Creditors -- Sales Representatives

        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim

        001534855


        Savant, Greg J                           Unknown
        2617 Marilee #2
        Houston         TX 77057
--------------------------------------------------------------------------------
        001605093


        Saver, Steven F.                         Unknown
        11095 San Rd
        Whitelaw        WI 54247
--------------------------------------------------------------------------------
        001544644


        Sawyer, Evelyn A                         Unknown
        1200 Beville Rd Apt 5
        Daytona Beach   FL 32114
--------------------------------------------------------------------------------
        001573673


        Sawyer, Toni M.                          Unknown
        5098 Ellicott Rd
        Orchard Park    NY 14127
--------------------------------------------------------------------------------
        001607164


        Saxe, Daniel J                           Unknown
        1901 Estero Blvd
        Ft Myers Beach  FL 33931
--------------------------------------------------------------------------------
        000153174


        Saxon, Claudine I.                       Unknown
        241 Lakewood Loop Drive
        West Monroe     LA 71291
--------------------------------------------------------------------------------
        000109850


        Saxon, Sam B.                            Unknown
        119 Sherwood Ln.
        Greenwood       SC 29649
--------------------------------------------------------------------------------
        001596515


        Say You Say Me Restaurant                Unknown
        820 Caldwell Bl.
        Nampa           ID 83651
--------------------------------------------------------------------------------
        000112768


        Saye, Karen S.                           Unknown
        1840 Enid Drive
        Lithonia        GA 30058
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001547247


Saye, William B.                       Unknown
4614 Chattahoochee Crossing
Marietta          GA 30067
---------------------------------------------------------------------------

001540028
  ;
Sayers, Janice L.                      Unknown
247 S.E. 45 Terr
Cape Coral        FL 33904
---------------------------------------------------------------------------

001535173


Saylor, Erich M.                       Unknown
Hcr 68 Box 226
Woodstock         VT 05091
---------------------------------------------------------------------------

001612478


Scanlan, Terri                         Unknown
473 Mission Springs St.
Henderson         NV 89012
---------------------------------------------------------------------------

001600675


Scarborough, Beverly A.                Unknown
3263 Las Palmas
Houston           TX 77027
---------------------------------------------------------------------------

001602552


Scarborough, Jeanne M                  Unknown
328 Maury Lane
Florence          AL 35634
---------------------------------------------------------------------------

001525763


Scarborough, Tommye G.                 Unknown
2426 Killarney
Pearland          TX 77581
---------------------------------------------------------------------------

001560525


Scarbrough, Jeffrey                    Unknown
501 Courtney
Copperas          TX 76522
---------------------------------------------------------------------------

001467577


Scarlett, Joyce K.                     Unknown
1204 W. Huntington Dr.
Greenwood         MO 64034
---------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001591267 | |
| Scarmardo, Donald R.<br>10610 Morado Circle Apt#423<br>Austin          TX 78759 | Unknown |
| 001583974 | |
| Scarmardo, Marion J.<br>3801 Oakridge<br>Bryan          TX 77801 | Unknown |
| 000114657 | |
| Scates, Jill<br>255 Heather Crest Drive<br>Chesterfield          MO 63017 | Unknown |
| 001588084 | |
| Scebra, Jack D.<br>1218 3Rd. Avenue South<br>Birmingham          AL 35233 | Unknown |
| 000102659 | |
| Scelza, Deborah D.<br>7380 Andorra Place<br>Boca Raton          FL 33433 | Unknown |
| 001484219 | |
| Scerbik, Julie K<br>1314 Lei Garden Road<br>Burlington          WA 98233 | Unknown |
| 001555429 | |
| Schaaf, Gary Henry<br>2614 La Hwy 700<br>Rayne          LA 70578 | Unknown |
| 001610039 | |
| Schaaf, Jason D<br>2614 La Hwy #700<br>Rayne          LA 70578 | Unknown |
| 000147860 | |
| Schaaf, Steve G<br>211 Liberty Ave. Suite 1222<br>Lafayette          LA 70508 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE            Page 1269
                     Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code            of Claim


        001511296


        Schaefer, Donna S.                   Unknown
        101 Rainbow Drive #9701
        Livingston       TX 77351
-------------------------------------------------------------------------------
        001507193


        Schaefer, Florence                   Unknown
        2002 Saber Court
        League City      TX 77573
-------------------------------------------------------------------------------
        001608300


        Schaefer, Frank T.                   Unknown
        10221 Huntington Forest Blvd
        Jacksonville     FL 32257
-------------------------------------------------------------------------------
        001612325


        Schaefer, Sharon A.                  Unknown
        21515 4Th Ave. Nw
        Des Lacs         ND 58733
-------------------------------------------------------------------------------
        001571927


        Schaefer, Steve S.                   Unknown
        6200 Fox Run Rd.
        Arlington        TX 76016
-------------------------------------------------------------------------------
        001592556


        Schaeffer, William D.                Unknown
        11367 Beuchat Rd.
        Guys Mills       PA 16327
-------------------------------------------------------------------------------
        001527775


        Schaer, Hans R.                      Unknown
        P.O. Box 4327
        Crestline        CA 92325
-------------------------------------------------------------------------------
        001527801


        Schaer, Rick                         Unknown
        14336 San Ardo Dr
        La Mirada        CA 90638
-------------------------------------------------------------------------------
        001590745


        Schafer, Bryan E.                    Unknown
        2500 E. James St. #B30
        Baytown          TX 77520
-------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000128211 | |
| Schafer, Linda F. 221 East 12Th Hays          KS 67601 | Unknown |
| 001585441 | |
| Schalla, Randy & Linda 131 Bear Creek Rd. Victor          MT 59875 | Unknown |
| 001528836 | |
| Schanze, Alice Ann 516 Jackson St. Midvale          UT 84047 | Unknown |
| 001513384 | |
| Schappert, Randall E 206 Clark Drive Palatine          IL 60067 | Unknown |
| 001568563 | |
| Scharf, Blair 5349 Leitner Dr Coral Springs          FL 33067 | Unknown |
| 001569575 | |
| Scharf, Edward 12277 Old Country Rd Wellington Palm Bch FL 33414 | Unknown |
| 001508822 | |
| Schatz, William J. 1004 288Th St Ne Stanwood          WA 98292 | Unknown |
| 001560198 | |
| Schauer, Marvin M. 1807 Mills Trace Ct. Katy          TX 77450 | Unknown |
| 001460539 | |
| Schaumburg III, Charles H. 7 Wilson Street Middletown          NY 10940 | Unknown |

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page: 1271
                         Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim

        001574854

        Schaunburg, IV Charles H.                Unknown
        16 Earle St.
        Middletown        NY 10940
--------------------------------------------------------------------------------
        001464487

        Schaut, Steve E.                          Unknown
        13327 49Th. Ave. S.E.
        Snohomish         WA 98296
--------------------------------------------------------------------------------
        001558758

        Schechter, Daphne                         Unknown
        4539 Chardonnay Ct.
        Dunwoody          GA 30038
--------------------------------------------------------------------------------
        001586883

        Scheetz, Paul E                           Unknown
        7211 Drexelbrook Rd
        Chesterfiled      VA 23832
--------------------------------------------------------------------------------
        000128625

        Schell, Hazel L.                          Unknown
        1320 Manor Drive
        Casper            WY 82609
--------------------------------------------------------------------------------
        001590956

        Schenker Richard C.                       Unknown
        760 Crestview Dr
        Sharpsville       PA 16150
--------------------------------------------------------------------------------
        001601378

        Schenker, Jason                           Unknown
        760 Crestview Dr
        Sharpsville       PA 16150
--------------------------------------------------------------------------------
        001564612

        Schertz, Sheila L                         Unknown
        4081 S W Camelot Dr
        Lee'S Summit      MO 640820
--------------------------------------------------------------------------------
        001581922

        Schieber, Mark K.                         Unknown
        1398 S.W. 181 Avenue
        Pembroke Pines    FL 33029
--------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE              Page: 1272
                        Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001522782 | |
| Schierback, Marsha J.<br>2402 W. Newman Parkway<br>Peoria           IL 61614 | Unknown |
| 001602366 | |
| Schilperoort, Matt D.<br>414 N 61St Ave.<br>Yakima           WA 98908 | Unknown |
| 001533384 | |
| Schimberg, Daniel<br>3301 Stettinus Ave.<br>Cincinnati       OH 45208 | Unknown |
| 001481199 | |
| Schimmelpfennig, Kathryn A.<br>Post Office Box 410<br>Tahoe Vista     CA 96148 | Unknown |
| 001595811 | |
| Schimpf, Dorothy C.<br>10214 167Th Place N.E.<br>Redmond          WA 98052 | Unknown |
| 001603234 | |
| Schiowitz, Helen<br>651 Adams Avenue<br>West Hempstead    NY 11552 | Unknown |
| 001603228 | |
| Schiowitz, Jeremy J.<br>651 Adams Avenue<br>West Hempstead    NY 11552 | Unknown |
| 001549784 | |
| Schippa, Valerie A.<br>15918 Croswell<br>West Olive       MI 49460 | Unknown |
| 001590083 | |
| Schlea, Karen J.<br>7445 Sr 600<br>Gidsonburg       OH 43431 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | | Total Amt of Claim |
|---|---|---|
| 001544924 | | |
| Schlegel, Janice D. 22 Traminer Drive Kenner | LA 70065 | Unknown |
| 001592869 | | |
| Schleigh Lori 9528 Benton St Albuquerque | NM 87114 | Unknown |
| 001578893 | | |
| Schleismann, Nancy L. 1912 Cambridge Dr. La Place | LA 70068 | Unknown |
| 001599727 | | |
| Schlimmer, Mark W. 1532 Polson Rd Mt. Vernon | WA 98273 | Unknown |
| 001600624 | | |
| Schlimmer, Steve Rt. 2 Box 59 Odessa | WA 99159 | Unknown |
| 001567459 | | |
| Schlitz, Christopher A. 3172 Green Farm Trail Dacula | GA 30019 | Unknown |
| 000135371 | | |
| Schloemer, Nadine G. 2600 Old Hwy 231 N. Troy | AL 36079 | Unknown |
| 000126884 | | |
| Schlyer, Dan J. 1810 Ash Street Hays | KS 67601 | Unknown |
| 001455903 | | |
| Schmalz, Amelia M 3518 Glenfinnan Rd Billings | MT 59101 | Unknown |

JCH7CLAIM2 98/12/07             INTERNATIONAL HERITAGE        Page: 1274
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001605579


        Schmaus, Cherri L.                   Unknown
        2537 Olofson Dr.
        Missoula        MT 59804
---------------------------------------------------------------------------
        001569954


        Schmidt, Hank                        Unknown
        7373 Valley View Ln #1082
        Dallas          TX 75240
---------------------------------------------------------------------------
        000136019


        Schmidt, Jay                         Unknown
        6123 Sandydale
        Dallas          TX 75248
---------------------------------------------------------------------------
        001549441


        Schmidt, Kerry R.                    Unknown
        22147 Hwy C
        lawson          MO 60462
---------------------------------------------------------------------------
        001457750


        Schmidt, Melanie                     Unknown
        5318 10th Ave. South
        Birmingham      AL 35222
---------------------------------------------------------------------------
        001580602


        Schmidt, Richie                      Unknown
        465 N.W. 36Th Ave.
        Deerfield       FL 33442
---------------------------------------------------------------------------
        001459483


        Schmidt, Ronda L.                    Unknown
        15901 Harold Dr.
        Belton          MO 64012
---------------------------------------------------------------------------
        001579330


        Schmidtlein, David J.                Unknown
        3621 N E Seward
        Topeka          KS 66616
---------------------------------------------------------------------------
        001556561


        Schmitt, Amy Z.                      Unknown
        28917 64Th Ave Nw
        Stanwood        WA 98292
---------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001556559

| Schmitt, Angela J.<br>28917 64Th Ave Nw<br>Stanwood       WA 98292 | Unknown |

001568901

| Schmitt, Joanne E.<br>1307 Schletti St.<br>St. Paul       MN 55117 | Unknown |

001601034

| Schmitt, Joanne L.<br>35 Mt. Pleasant Trct.<br>Middletown       DE 19709 | Unknown |

001554285

| Schmitt, Rick C.<br>28917 64Th Ave. Nw<br>Stanwood       WA 98292 | Unknown |

001574989

| Schmitt, Sally J.<br>312 Fieldstone Drive<br>Bozeman       MT 59715 | Unknown |

001585337

| Schmitt, Terry J.<br>14945 St. Joseph Rd.<br>Ridgway       IL 62979 | Unknown |

001611325

| Schmuck, Larry A<br>1332 Furniss Road<br>Peach Bottom       PA 17563 | Unknown |

001502388

| Schneider, Douglas O.<br>Hc1 Box 210<br>Sterling       AK 99672 | Unknown |

001552809

| Schneider, Margaret J.<br>2992 Tuscaloosa Lane<br>Lexington       KY 40515 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001518146 | |
| Schneider, Nancy K.<br>237 Spaulding Gates Dr.<br>Atlanta          GA 30328 | Unknown |
| 000133503 | |
| Schneider, Richard J.<br>Route 3 Box 139<br>Arkansas         KS 67005 | Unknown |
| 001551677 | |
| Schneider, Scott<br>North Highway 75  Dallas I.<br>Ortonville       MN 56278 | Unknown |
| 000132742 | |
| Schneider-Christians, Verena O<br>3306 S.E. 22Nd Ave.<br>Cape Coral       FL 33904 | Unknown |
| 001583300 | |
| Schnell, Carol J<br>869 S Washington Avenue<br>Kankakee         IL 60901 | Unknown |
| 000113837 | |
| Schnell, Patricia S.<br>1931 N.W. 32nd Terrace<br>Gainesville      FL 32605 | Unknown |
| 001555491 | |
| Schnoll, Michelle<br>8955 Ramblewood Drive<br>Coral Springs    FL 33071 | Unknown |
| 001592395 | |
| Schoeneberg, Carey D.<br>1103 Benton<br>Macon            MO 63552 | Unknown |
| 000122011 | |
| Schoolcraft, Ladelle L.<br>1707 Vicksburg<br>Mesquite         TX 75181 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE         Page: 1277
                        Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000143458


        Schoonover, Vicki C                     Unknown
        2704 Donald Drive
        Urbana          IL 61802
------------------------------------------------------------------------------

        000115256


        Schopp, Michael E.                      Unknown
        204 Conley Drive
        Pineville       LA 713609040
------------------------------------------------------------------------------

        001518122


        Schornack , Karen A.                    Unknown
        2900 Beauchamp Drive
        Plano           TX 75093
------------------------------------------------------------------------------

        001583627


        Schotsch, Doreen L.                     Unknown
        220 West Pointe Circle #204
        Lafayette       LA 70506
------------------------------------------------------------------------------

        001471060


        Schrader, Kenneth E                     Unknown
        2628 Ames-Nichols Rd, Box 215
        Swain           NY 14884
------------------------------------------------------------------------------

        000149475


        Schrater, Suzanne R                     Unknown
        7 Tradewind Ct
        Valley Center   KS 67147
------------------------------------------------------------------------------

        001587470


        Schreiner Sr., Todd                     Unknown
        624 Twilight Drive
        Billings        MT 59101
------------------------------------------------------------------------------

        001468240


        Schreiner, Marie *                      Unknown
        715 Road M
        Olpe            KS 66865
------------------------------------------------------------------------------

        001582801


        Schreiner, Tory A.                      Unknown
        1168 Rd. 70
        Olpe            KS 66865
------------------------------------------------------------------------------

            :

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page: 1278
                       Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001579335


        Schroeder, Gary L.                      Unknown
        150 Calhoun Ln
        Billings        MT 59101
-----------------------------------------------------------------------------
        001578883


        Schroeder, La Vonne B.                  Unknown
        16168E 1100 North Rd
        Pontiac         IL 61764
-----------------------------------------------------------------------------
        000123229


        Schroeder, Sylvia E.                    Unknown
        1834 Cherry Court
        Harlingen       TX 78550
-----------------------------------------------------------------------------
        001575533


        Schubert, Zane                          Unknown
        4814 Hazelton
        Houston         TX 77035
-----------------------------------------------------------------------------
        000115626


        Schudel, Barbara L.                     Unknown
        4912 Old Hickory Circle
        Birmingham      AL 35244
-----------------------------------------------------------------------------
        001553496


        Schuitema, Lorraine J.                  Unknown
        3156 140Th Ave.
        Dorr            MI 49323
-----------------------------------------------------------------------------
        001572138


        Schultz, Barbara M.                     Unknown
        11006 Route 120
        Woodstock       IL 60098
-----------------------------------------------------------------------------
        000144876


        Schultz, Carolyn R.                     Unknown
        102 Post Oak
        Johnson City    TX 78636
-----------------------------------------------------------------------------
        001506749


        Schultz, Juell                          Unknown
        1494 County Rd. 1859
        Arab            AL 35016
-----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000147991 | |
| Schultz, Kennedy E<br>24359 Fraser Rd<br>Plainfield     IL 60544 | Unknown |
| 001573060 | |
| Schultz, Kevin<br>10125 Suzanne Drive<br>RiverRidge     LA 70123 | Unknown |
| 001519180 | |
| Schultz, Lauren R.<br>2747 Grove St. Ne.<br>Atlanta     GA 30319 | Unknown |
| 001563874 | |
| Schultz, Melanie E.<br>1925 Millwater Ct.<br>Dacula     GA  30019 | Unknown |
| 001586385 | |
| Schultz, Roger A.<br>6442 Hwy. 72 W.<br>Kenedy     TX 78119 | Unknown |
| 001591337 | |
| Schulz Sarah L<br>2631 S.E. Downing Rd<br>Topeka     KS 66605 | Unknown |
| 001551813 | |
| Schulz, Gail E.<br>Sawmill Lane<br>Conner     MT 59827 | Unknown |
| 001484843 | |
| Schulze, Dale E.<br>2917 Spring Creek Ln.<br>Pearland     TX 77581 | Unknown |
| 001582382 | |
| Schulze, David L.<br>621 Melrose St.<br>Seguin     TX 78155 | Unknown |

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001496257 | |
| Schulze, Elsie G.<br>3760 County Road 63<br>Rosharon          TX 77583 | Unknown |
| 001531431 | |
| Schumacher, Cecilia B.<br>413 Holly Fern Drive<br>League City          TX 77573 | Unknown |
| 001533733 | |
| Schumacher, Mitchell D.<br>3244 S. Hull St.<br>Montgomery          AL 36105 | Unknown |
| 001565356 | |
| Schupbach, Janice D.<br>3100 Parkside Drive<br>Plano          TX 75075 | Unknown |
| 001584302 | |
| Schuster, Thomas<br>2983 Hampton Cove Way<br>Hampton Cove          AL 35763 | Unknown |
| 001591832 | |
| Schutza, Charles D Jr<br>2631 Mayflower Rd<br>Haughton          LA 71037 | Unknown |
| 001540243 | |
| Schwab, Cathy L.<br>13100 Meadow LN.<br>Leawood          KS 66209 | Unknown |
| 001501863 | |
| Schwab, Kara J<br>3979 Pierce 378<br>Riverside          CA 92505 | Unknown |
| 001565768 | |
| Schwab, Susan D.<br>3005 Vallette<br>Bellingham          WA 98225 | Unknown |

JCH7CLAIM2 98/12/07                        INTERNATIONAL HERITAGE
                        Unsecured Creditors -- Sales Representatives

        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code                of Claim


        001499885

        .
        Schwab, William F.                       Unknown
        2559 Echo Hill Dr.
        Norco            CA 91760
-----------------------------------------------------------------------
        000128840


        Schwartz, Diana R.                       Unknown
        R.R.1 Box 1765
        Lewistown        MT 59457
-----------------------------------------------------------------------
        001523671


        Schwartz, Jo                             Unknown
        200 Harbor Dr. #901
        San Diego        CA 92101
-----------------------------------------------------------------------
        001556749


        Schwartz, Kenneth D.                     Unknown
        1619 Blue Quail Lane
        College Station   TX 77845
-----------------------------------------------------------------------
        001521499


        Schweitzer, Marcia C.                    Unknown
        11 Colleton Court
        Simpsonville     SC 29681
-----------------------------------------------------------------------
        001575910


        Schwend, Nancy L.                        Unknown
        13 Lariat Loop
        Bozeman          MT 59715
-----------------------------------------------------------------------
        001602595


        Schwerin, Teri D.                        Unknown
        310 Independence Drive
        Garland          TX 75043
-----------------------------------------------------------------------
        001480808


        Scorpion Marine Mfg. & Repair            Unknown
        315 Florida Blvd
        Merritt Is.      FL 32953
-----------------------------------------------------------------------
        000137112


        Scott, Barclay J.                        Unknown
        1887 Bellamy Road
        Conway           SC 29526
-----------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim

001588415

Scott, Bob D.                           Unknown
638 Mahogany Drive
El Cajon          CA 92019
--------------------------------------------------------------------

001509218

Scott, D. Jeffrey                       Unknown
Po Box 521
Hillsville        VA 24343
--------------------------------------------------------------------

001513528
                         ,

Scott, Eddie W.                         Unknown
1500 Ridgeside Avenue
Bowling Green     KY 42104
--------------------------------------------------------------------

001582439

Scott, Edward                           Unknown
1570 Rocky Road
Bellingham        WA 98226
--------------------------------------------------------------------

001586958

Scott, Eva M.                           Unknown
1945 Millders Path
Cumming           GA 30041
--------------------------------------------------------------------

001613886

Scott, Harold B                         Unknown
300 Yoakum Parkway Apt #1125
Alexandria        VA 22304
--------------------------------------------------------------------

000120500

Scott, J. Ted                           Unknown
201 Steiner Rd.
Lafayette         LA 70508
--------------------------------------------------------------------

000108196

Scott, Jacqueline F.                    Unknown
P.O. Box 1116
Concord           NC 28026
--------------------------------------------------------------------

001614756

Scott, Jimmy                            Unknown
P.O. Box 703602
Dallas            TX 75370
--------------------------------------------------------------------

                        Unsecured Creditors -- Sales Representatives

          Creditors Names and                    Total Amt
          Mailing Address/ Zip Code               of Claim


          000120271


          Scott, John Teddy                       Unknown
          188 West Pinewood Dr.
          Slidell          LA 70458
--------------------------------------------------------------------------------
          001587127


          Scott, Judy K.                          Unknown
          1021 West Buchanan
          California       MO 65018
--------------------------------------------------------------------------------
          001489067


          Scott, Karlin M.                        Unknown
          23009 S.E. 23 Rd. Place
          Maple Valley     WA 98038
--------------------------------------------------------------------------------
          001572209


          Scott, Linda L                          Unknown
          20288 N Ranch Rd 783
          Doss             TX 78618
--------------------------------------------------------------------------------
          001585749


          Scott, Pamela D.                        Unknown
          5421 Fox Hill Rd.
          Parkville        MO 64152
--------------------------------------------------------------------------------
          001543388


          Scott, Richard A.                       Unknown
          312 NW 29th place
          Cape Coral       FL 33993
--------------------------------------------------------------------------------
          001568475


          Scott, Ruby A.                          Unknown
          427 Hauk Drive Apt #28
          Attalla          AL 35954
--------------------------------------------------------------------------------
          001547047


          Scott, Shelby D.                        Unknown
          380 Carriage Lane
          Union Grove      AL 35175
--------------------------------------------------------------------------------
          001503932


          Scott, Thomas C                         Unknown
          360 Richard Way
          Athens           GA 30605
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE            Page 6,254
                        Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001460710 | |
| Scott, Una F. P.O Box 666 Vernon  TX 76385 | Unknown |
| 001602649 | |
| Scott, W. E. 1709 Glen Ayr Drive Lakewood  CO 80215 | Unknown |
| 001588717 | |
| Scovell, Jay D. P.O. Box 160 Edna  KS 67342 | Unknown |
| 000113564 | |
| Scraggs, Joseph E. 8514 Pine Shores Dr. Humble  TX 77346 | Unknown |
| 001483360 | |
| Screws Sr., Anthony W. 136 121st St. East Tacoma  WA 98445 | Unknown |
| 001595812 | |
| Scrimsher, Lindy 7062 Tatlow Lane Ferndale  WA 98248 | Unknown |
| 000150176 | |
| Scriven, Georgia O 716 Steelhead Lane Burlington  WA 98233 | Unknown |
| 001600881 | |
| Scroth, Jeffery C. 134 Elm St #302 San Mateo  CA 94401 | Unknown |
| 001606512 | |
| Scruggs, Angela 15 E Bay Dr. North Bend  OR 97459 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page 1285
                            Unsecured Creditors -- Sales Representatives


        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001460586


        Scruton, Brenda M.                       Unknown
        502 Pawnee E.
        Lake Quivira     KS 66106
--------------------------------------------------------------------------------
        001549569


        Scullion, II Bret H.                     Unknown
        803 Saratoga Dr.
        S. Lake          TX 76092
--------------------------------------------------------------------------------
        000154467


        Seabrooks, Sharon                        Unknown
        137 Ashley Lane
        Barnwell         SC 29812
--------------------------------------------------------------------------------
        000163062


        Seader, Russell W.                       Unknown
          .
        17743 Weld Co. Rd. 6
        Brighton         CO 80601
--------------------------------------------------------------------------------
        001567260


        Seal, Alana D.                           Unknown
        606 Dolphin
        Corpus Chrisit   TX 78411
--------------------------------------------------------------------------------
        000135103


        Seale, Don K.                            Unknown
        820 Rush Creek
        Allen            TX 75002
--------------------------------------------------------------------------------
        001491084


        Seaman, Rhonda J                         Unknown
        1720 Ga Ave
        North Augusta    SC 29841
--------------------------------------------------------------------------------
        000145032


        Searcy, Priscilla A.                     Unknown
        11706 El Hara Circle
        Dallas           TX 75230
--------------------------------------------------------------------------------
        001530573


        Sears, Michelle R.                       Unknown
        3311 Kingswood Dr.
        Sarasota         FL 34232
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001573369 | |
| Seay, Catherine W. 2 E. Church St. Martinsville    VA 24112 | Unknown |
| 001558749 | |
| Seay, Mark A. 22 Woodridge Dr. Greenville    SC 29611 | Unknown |
| 001585972 | |
| Sechriest, Mitchell D. 505 A Ocean Walk Hilton Head Island  SC 29938 | Unknown |
| 001585456 | |
| Seckel, Marc A. 4861 Caledonia Mud Pike Caledonia    OH 43314 | Unknown |
| 001588713 | |
| Seconder, Cheryl 7342 W. Monte Lindo Glendale    AZ 85310 | Unknown |
| 001526035 | |
| Sedberry, Robert T. 1701 Robert Dale Ne Albuquerque    NM 87112 | Unknown |
| 001539927 | |
| Seegar, Alan 2734 Gullane Street Las Vegas    NV 89122 | Unknown |
| 001591293 | |
| Seekamp, Barbara D. 1544 Axe Drive Garland    TX 75041 | Unknown |
| 001588074 | |
| Seekamp, Gloria L. 617 Carroll Dr. Garland    TX 75041 | Unknown |

JCH7CLAIM2 98/12/07      INTERNATIONAL HERITAGE     Page: 1287

Unsecured Creditors -- Sales Representatives

Creditors Names and           Total Amt
Mailing Address/ Zip Code        of Claim

001583225

Seeley, Brenda L             Unknown
4468 Tannery Road
Campbell       NY 14821
--------------------------------------------------------------------

000144789

Seeley, Donald G.           Unknown
118 Ayersdale Dr.
Taylors        SC 29687
--------------------------------------------------------------------

001603167

Seeley, Michael A.          Unknown
19242 Indian Summer Road
Bend          OR 97702
--------------------------------------------------------------------

001607394

Segura, Tami             Unknown
8023 D. Bayou Fountain
Baton Rouge      LA 70820
--------------------------------------------------------------------

001538167

Sehorn, W. Scott          Unknown
15342 Robinson
Overland Park     KS 66223
--------------------------------------------------------------------

001502031

Seidel, Chris L.          Unknown
736 Ferry St.
Sedrowoolley     WA 98284
--------------------------------------------------------------------

001524522

Seidel, barbara          Unknown
468 Riverview Dr.
Edgewater       MD 21037
--------------------------------------------------------------------

001573889

Seifu, Michael           Unknown
5840 Spring Valley Rd.#1402
Dallas         TX 75240
--------------------------------------------------------------------

001523044

Seigler, Rose            Unknown
13289 Stonecrest Lane
Conroe         TX 77302
--------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE           Page 1288
                         Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001539219 | |
| Seigworth, Peggy*<br>390 Tyler St.<br>Twin Falls      ID 83301 | Unknown |
| 001476731 | |
| Self Sr., John F.<br>4706 Cypress<br>Wichita Falls      TX 76310 | Unknown |
| 001605105 | |
| Self, Annie<br>13005 102nd Ln NE #4<br>Kirkland      WA 98034 | Unknown |
| 001556236 | |
| Self, Janet A.<br>216 Clayton St.<br>Lawrenceberg      TN 38464 | Unknown |
| 001464425 | |
| Self, John F.<br>106 Cutter Cove<br>Wichita Falls      TX 76308 | Unknown |
| 001546327 | |
| Self, Marsha C.<br>2210 Maple Drive<br>Knoxville      TN 37918 | Unknown |
| 001542071 | |
| Self, Philip J.<br>15943 151Th St.<br>Bonner Springs      KS 66012 | Unknown |
| 000140038 | |
| Self, Tom R.<br>Po Bx 65106<br>Seattle      WA 98155 | Unknown |
| 001607877 | |
| Seligman, Darlene D<br>315 Estates Dr<br>Ben Lomond      CA 95005 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

000132231

Seljestad, Kipper                    Unknown
3116 Falling Brook Lane
Boise          ID 83706
----------------------------------------------------------------------

001465602

Sellers, Paul G.                     Unknown
3118 Cherry Mill Court
Houston        TX 77062
----------------------------------------------------------------------

000120965

Sellers, Ronnie W.                   Unknown
126 Kiwanis Camp Road
Pineville      LA 71360
----------------------------------------------------------------------

001457405

Sellers, Ted E.                      Unknown
17601 N. 22Nd Dr.
Phoenix        AZ 85023
----------------------------------------------------------------------

001577884

Sellgren, Dawn M.                    Unknown
P.O. Box 1192
Coupeville     WA 98239
----------------------------------------------------------------------

001575873

Sellgren, Nicholas W.                Unknown
1024 Pennington Loop
Coupeville Island   WA 98239
----------------------------------------------------------------------

001568335

Selsing, Debra                       Unknown
W. 3407 Cty E.
Berlin         WI 54923
----------------------------------------------------------------------

001603157

Selzer, Jerome                       Unknown
15917 Ne Union Rd #9
Ridgefield     WA 98642
----------------------------------------------------------------------

001535915

Sematr, Edward J.                    Unknown
408 Section St.
Rayne          LA 70578
----------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 000146152 | |
| Semmens, Lynn<br>1907 Thayer<br>Richland      WA 99352 | Unknown |
| 001528598 | |
| Semple, John H.<br>1819 Flowerree<br>Helena        MT 59601 | Unknown |
| 001577934 | |
| Sems, Dave<br>806 Halycon Circle<br>Greer         SC 29650 | Unknown |
| 000121441 | |
| Semtner, Kevin B.<br>2629 Verandah Lane<br>Arlington     TX 76006 | Unknown |
| 001600948 | |
| Senfield, Andrew<br>835 Evans Ave.<br>Reno          NV 89512 | Unknown |
| 001465677 | |
| Senko, Kristi A.<br>7827 W. Mescal St.<br>Peoria        AZ 85345 | Unknown |
| 001547580 | |
| Senterfitt, Brooke D<br>6722 Sahara<br>Corpus Christi   TX 78412 | Unknown |
| 001544661 | |
| Senterfitt, Rodney E.<br>711 N. caranchua # 1400<br>Corpus Christi   TX 78412 | Unknown |
| 001568819 | |
| Sepos, Diane L.<br>303 Merdith Lane<br>Acme          WA 98220 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001609356 | |
| Seramur, Penny K.<br>616 14Th Ave S. Ocean Pine 109<br>Surfside Beach    SC 29575 | Unknown |
| 001529541 | |
| Seredich, Bobi J.<br>544 N.E. Shoreline Drive<br>Lee's Summit    MO 64064 | Unknown |
| 001526051 | |
| Seredich, John M.<br>18205 Cliff Dr.<br>Independence    MO 64055 | Unknown |
| 000120424 | |
| Serpas, Jill<br>3742 Post Oak Ave<br>New Orleans    LA 70131 | Unknown |
| 001504513 | |
| Sessions, Edward L<br>1064 Dominion Dr<br>Hanahan    SC 29406 | Unknown |
| 000108988 | |
| Sessions, Mary C.<br>202-b Windmill Drive<br>Aiken    SC 29803 | Unknown |
| 001532661 | |
| Sessions, Theresa L.<br>1806 Oak Hollow Drive W.<br>Pearland    TX 77581 | Unknown |
| 001542972 | |
| Setay Corp.<br>1749 Jacobs Rd<br>S Daytona    FL 32119 | Unknown |
| 001609978 | |
| Seth, Dharmesh<br>25823 26Th Pl S #C-105<br>Kent    WA 98032 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001604067 | |
| Setiawan, Deden<br>201 Boeart Dr.Apt.# 12<br>Sevierville     TN 37862 | Unknown |
| 001587802 | |
| Settertquist, Paula<br>552 Grubstake<br>Homer     AK 99603 | Unknown |
| 001597322 | |
| Settle, Cheryl<br>5302 Rivar Oaks Dr.<br>Corpus Chisti     TX 78413 | Unknown |
| 001602185 | |
| Settles, Diana C.<br>Po Box 307<br>Milford     TX 76670 | Unknown |
| 001583759 | |
| Setzer, Teresa<br>P.O. Box 2882<br>Drexel     NC 28619 | Unknown |
| 001575286 | |
| Seven Center'S Inc<br>111 Staunton Dr<br>Greensboro     NC 27410 | Unknown |
| 001570929 | |
| Severance, Gerald<br>14 Pinehill Road<br>Southboro     MA 01772 | Unknown |
| 001573735 | |
| Severance, Michele L.<br>3 Spruce Lane Apt 6<br>Natick     MA 01760 | Unknown |
| 001570845 | |
| Severance, William<br>7161 S. W. 9Th<br>Plantation     FL 33317 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001586089 | |
| Sevy, Jason J<br>Hc79 Box 120F<br>Melba        ID 83641 | Unknown |
| 001506436 | |
| Sewell, Eddie M.<br>1415 West Washington Street<br>Athens       AL 35611 | Unknown |
| 001498527 | |
| Sexton, Dale<br>2600 Vaughn Lakes Blvd<br>Montgomery    AL 36117 | Unknown |
| 001554222 | |
| Sexton, Joseph M.<br>2413 Cartier Dr.<br>La Place      LA 70068 | Unknown |
| 001548703 | |
| Sexton, Kathy W.<br>4837 Cash Road<br>Flowery Branch   GA 30542 | Unknown |
| 000149611 | |
| Seymour, Laurie M.<br>3 Timberlane Drive<br>Laurel        MS 39440 | Unknown |
| 000104738 | |
| Seymour, Robert M.<br>402 Alpine Street<br>Kannapolis    NC 28081 | Unknown |
| 001610294 | |
| Shackelford, Maria A<br>12445 Alameda Trace Cir #314<br>Austin        TX 78727 | Unknown |
| 001602527 | |
| Shaddix, Harry W.<br>40 Settlement Lane<br>Eastaboga     AL 36260 | Unknown |

JCH7CLAIM2 98/12/07            INTERNATIONAL HERITAGE            Page: 1294
                    Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim

001602525

Shaddix, John T.                       Unknown
7949 Eastaboga Road
Eastaboga       AL 36260
------------------------------------------------------------------------------
000112445

Shadinger, Ernest P.                   Unknown
102 Thurman St
Carrollton      GA 30117
------------------------------------------------------------------------------
001567398

Shadle, Miriam D.                      Unknown
1517 Debralon Lane
Mukilteo        WA 98275
------------------------------------------------------------------------------
001577160

Shadrix, Mickey R.                     Unknown
3815 Caffeywood Rd
Anniston        AL 36207
------------------------------------------------------------------------------
001586204

Shafer, Dawn M.                        Unknown
10 Redlands St.
Springfield     MA 01104
------------------------------------------------------------------------------
001575320

Shaffer, Christopher L.                Unknown
571-A Greenleaf Meadows
Rochester       NY 14612
------------------------------------------------------------------------------
001551330

Shake, Janice (Vandy) A.               Unknown
5354 N. Lakewood
Olney           IL 62450
------------------------------------------------------------------------------
001481111

Shakespeare, Susan                     Unknown
4022 - 75Th STREET
Lubbock         TX 79423
------------------------------------------------------------------------------
001511585

Shan Huang, Ying Chun                  Unknown
155 E. 4th St. Apt. #1D
New York        NY 10009
------------------------------------------------------------------------------

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001567771 | |
| Shan, Yu<br>214-09 45 Rd<br>Bayside          NY 11361 | Unknown |
| 000157666 | |
| Shaneyfelt, Esther T.<br>Po  Box 826<br>Clinton          LA 70722 | Unknown |
| 001570489 | |
| Shang, Hongyu<br>8803 Emperor Avenue<br>San Gabriel      CA 91775 | Unknown |
| 001521445 | |
| Shanks, Ruby M.<br>111 East Magnolia Lane<br>Oak Ridge        TN 37830 | Unknown |
| 001587377 | |
| Shannon, Cassandra<br>4175 Red Talon Circle<br>Anchorage        AK 99507 | Unknown |
| 001582300 | |
| Shannon, Greg M.<br>P.O. Box  39188<br>Ninilchick       AK 99639 | Unknown |
| 001545177 | |
| Shannon, Mary Louise<br>66 Harmony Hall Rd<br>Middleburg       FL 32068 | Unknown |
| 001549211 | |
| Shannon, Michial S.<br>2205 Mission<br>Kemah            TX 77565 | Unknown |
| 001541793 | |
| Shannon, Patrick M.<br>2107 Oak Creek<br>Houston          TX 77017 | Unknown |

Unsecured Creditors -- Sales Representatives

Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001554354


Shannon, Raymond H.                      Unknown
620 Westwood Circle
La Marque        TX 77568
--------------------------------------------------------------------------------
001518261


Shao, Connie                             Unknown
173-18 Jewel Ave.
Fresh Meadows    NY 11365
--------------------------------------------------------------------------------
001571910


Shao, Jing Xu                            Unknown
4137 Forley St.
Elmhurst         NY 11373
--------------------------------------------------------------------------------
001581084


Shao, Wen                                Unknown
56-28 Van Cleef
Corona           NY 11368
--------------------------------------------------------------------------------
001561158


Shapiro, Randi                           Unknown
1823 River Rock Trail
Woodstock        GA 30188
--------------------------------------------------------------------------------
001608101


Sharp Tubbs Alison                       Unknown
4163 Col Vanderhorst Cir
Mt Pleasant      SC 29464
--------------------------------------------------------------------------------
001478877


Sharp, E. Chris                          Unknown
1303 Lomar
Bentonville      AR 72712
--------------------------------------------------------------------------------
001581072


Sharp, Gerald W.                         Unknown
1160 Crestbrook Ln
Roswell          GA 30075
--------------------------------------------------------------------------------
001543188


Sharp, Gregory A.                        Unknown
5717 S. Sylvan Dr.
Freeland         WA 98249
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001601974

Sharp, James (Jim) S.                    Unknown
4254 N. 2600 E.
Filer          ID 83328
---

001554610

Sharp, Kimberly                          Unknown
2305 Kemp Dr.
Lawrenceville    GA 30044
---

001551725

Sharp, Pamela                            Unknown
236 April Way
Bowling Green    KY 42104
---

001477887

Sharp, Paula D.                          Unknown
905 Merriewood
Friendswood      TX 77546
---

001555994

Sharp, R. Dean                           Unknown
9524 Riggs
Overland Park    KS 66212
---

001563393

Sharp, Royce                             Unknown
6121 Crestgreen Rd.
Birmingham       AL 35212
---

001487714

Sharpe, John H.                          Unknown
4286 North 100 East
Provo            UT 84604
---

001545459

Shaulis, Debbie R.                       Unknown
133 Yankee Ridge Rd.
Mercer           PA 16137
---

001574841

Shaver, Dale W.                          Unknown
823 Bexhill Court North
Hermitage        TN 37076
---

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001547991


        Shaw, Betty J                           Unknown
        4372 Frances Ave
        Bellingham      WA 98226
------------------------------------------------------------------------
        001544522


        Shaw, Don E.                            Unknown
        16449 54Th S.
        Tukwila         WA 98188
------------------------------------------------------------------------
        000153364


        Shaw, Glen E                            Unknown
        1318 Summoner Lane
        Abilene         TX 79602
------------------------------------------------------------------------
        001547518


        Shaw, Karl J                            Unknown
        1308 Birchwood Drive
        Anniston        AL 36207
------------------------------------------------------------------------
        001607836


        Shaw, Patty A.                          Unknown
        2867 Ballesteros Lane
        Tustin          CA 92680
------------------------------------------------------------------------
        001567681


        Shaw, Steven                            Unknown
        15043 Leafmore Dr.
        Huntsville      AL 35803
------------------------------------------------------------------------
        000151204


        Shaw, Teresa E.                         Unknown
        1012 Jefferson  Ave.
        Gallatin        TN 37066
------------------------------------------------------------------------
        001590193


        Shaw, Wanda J                           Unknown
        81 Jackson
        Rochester       NY 14621
------------------------------------------------------------------------
        001573606


        Shaw, William M.                        Unknown
        81 Jackson
        Rochester       NY 14621
------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE
                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001552992


        Shawgo, Sherri L                          Unknown
        7816 W 96 St
        Overland Park    KS 66212
--------------------------------------------------------------------------------
        001567673


        Shea Jr., William L.                      Unknown
        1008 Branchwind Close
        Roswell          GA 30076
--------------------------------------------------------------------------------
        001592219


        Shea, Robert J.                           Unknown
        13668 Red Hill Ave.
        Tustin           CA 92780
--------------------------------------------------------------------------------
        001523146


        Sheehan, Alice M.                         Unknown
        117 River Run Rd.
        Childersburg     AL 35044
--------------------------------------------------------------------------------
        001530598


        Sheehy, Brenda J.                         Unknown
        P.O. Box 24387
        Chattanooga      TN 37422
--------------------------------------------------------------------------------
        001536764


        Sheehy, Matthew                           Unknown
        P.O. Box 24387
        Chatanooga       TN 37422
--------------------------------------------------------------------------------
        001607889


        Sheets Randall K                          Unknown
        4902 Colleyville Blvd #108
        Colleyville      TX 76034
--------------------------------------------------------------------------------
        001524168


        Sheets, Genevie                           Unknown
        1212 Mills
        Dumas            TX 79029
--------------------------------------------------------------------------------
        001612835


        Sheets, Linda                             Unknown
        Rt. 4 #22
        Lake Lotawana    MO 64063
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


000161246


Sheffield, Billie F                      Unknown
12643 Potter Tract Road
Grand Bay          AL 36541
--------------------------------------------------------------------------------
001563502


Sheffield, Rosie M.                      Unknown
3418 Charlotte Dr.
Corpus Christi     TX 78418
--------------------------------------------------------------------------------
001611257


Sheffold, William G                      Unknown
33881 Eastgate Circle
Corvallis          OR 97333
--------------------------------------------------------------------------------
001583263


Shelly Jr., Joseph R.                    Unknown
375 Westside Blvd. #111
Houma              LA 70364
--------------------------------------------------------------------------------
001521055


Shelly, Richard E.                       Unknown
1065 Persons Rd.
Mt. Vernon         WA 98273
--------------------------------------------------------------------------------
000139551


Shelton, Jimmy Jr. R.                    Unknown
2512 Pinywoods
Pearlend           TX 77581
--------------------------------------------------------------------------------
000156794


Shelton, Sr. Jimmy                       Unknown
1703 Tile Factory Rd.
Palestine          TX 75801
--------------------------------------------------------------------------------
001567133


Shen, Lan Fen                            Unknown
5499 Braesvalley #450
Houston            TX 77096
--------------------------------------------------------------------------------
001514075


Shen, Xiao Dong                          Unknown
201 N. Monterey St. Apt 1
Alhambra           CA 91801
--------------------------------------------------------------------------------
```

```
        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001611816


        Shepard, Carolyn S.                     Unknown
        1713 W 6th Avenue
        Kennewick         WA 99336
--------------------------------------------------------------------------------
        001537667


        Shepard, Cathy                          Unknown
        1900 Doubletree Trail
        Flower Mound      TX 75028
--------------------------------------------------------------------------------
        000117113


        Shepard, Joe L.                         Unknown
        2714 Pinetree Lane
        Huntsville        AL 35810
--------------------------------------------------------------------------------
        000117435


        Shepard, Michael L.                     Unknown
        74 Hartington Dr.
        Madison           AL 35758
--------------------------------------------------------------------------------
        001525455


        Shepard, Stephen V.                     Unknown
        405 Montclaire
        Olathe            KS 66061
--------------------------------------------------------------------------------
        001607851


        Shephard, Robert C                      Unknown
        4219 Creekmeadow
        Dallas            TX 75287
--------------------------------------------------------------------------------
        001592848


        Shepherd Katharine S                    Unknown
        104 West Kansas
        Liberty           MO 64068
--------------------------------------------------------------------------------
        001567444


        Shepherd, Joy M.                        Unknown
        12634 Sunglow Lane
        Dallas            TX 75234
--------------------------------------------------------------------------------
        001585519


        Shepherds, Rob D.                       Unknown
        1046 Oak Forest Drive
        Napies            FL 34104
--------------------------------------------------------------------------------
```

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001596553


        Shepherdson, Sheryl A.                 Unknown
        9760 W. Cascade Street
        Boise            ID 83704
---------------------------------------------------------------------------
        000141390


        Sheppard, Cynthia C.                   Unknown
        2008 Southside Drive
        Brownwood        TX 76801
---------------------------------------------------------------------------
        001542454


        Sheppleman, Connie M.                  Unknown
        10414 Springrose Drive
        Tampa            FL 33626
---------------------------------------------------------------------------
        001568836


        Shereck, Bernard                       Unknown
        6001 Jownston Street
        Lafayette        LA 70503
---------------------------------------------------------------------------
        001534659


        Sheridan, Michael O                    Unknown
        7816 Cragg Road
        Alto             GA 30510
---------------------------------------------------------------------------
        000157099


        Sheridan, Thomas C.                    Unknown
        1120 Chesterwood Dr.
        Pearland         TX 77581
---------------------------------------------------------------------------
        001547909


        Sherman, Todd                          Unknown
        600 W. 12Th Street
        Austin           TX 78701
---------------------------------------------------------------------------
        001568823


        Sherpa, Nima                           Unknown
        23-30 Newtown Ave. Apt. 4E E.
        Astoria          NY 11102
---------------------------------------------------------------------------
        001603382


        Sherr, Leonard                         Unknown
        61 Shrewsbury
        Livingston       NJ 07039
---------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE

Unsecured Creditors -- Sales Representatives


Creditors Names and                          Total Amt
Mailing Address/ Zip Code                    of Claim


001597287


Sherr, Samuel                                Unknown
8109 20th Avenue
Brooklyn          NY 11214
------------------------------------------------------------------------------------

000140183


Sherrill, Barry E.                           Unknown
105 Newport Drive
Old Hickory        TN 37138
------------------------------------------------------------------------------------

001548521


Sherrill, Elizabeth R.                       Unknown
4730 Wynnview Dr.
Friendswood        TX 77546
------------------------------------------------------------------------------------

000150794


Sherrill, Thelma H                           Unknown
705 Lawrence St
Old Hickory        TN 37138
------------------------------------------------------------------------------------

001581275


Sherwood, Karen E                            Unknown
921 Griffith Pt Road
Nordland           WA 98358
------------------------------------------------------------------------------------

001602200


Sherwood, Lesa S.                            Unknown
14104 Guardian Court
Bowie              MD 20715
------------------------------------------------------------------------------------

001579657


Sherwood, Paula M                            Unknown
410 N Davis
Missoula           MT 59801
------------------------------------------------------------------------------------

001557090


Sherwood, Scott W.                           Unknown
310 Chickering Lake Ct.
Roswell            GA 30075
------------------------------------------------------------------------------------

001574756


Shesler, Christine B.                        Unknown
49 Sherwood Avenue
Madison            NJ 07940
------------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


Creditors Names and                   Total Amt
Mailing Address/ Zip Code             of Claim


001553690


Shi Jie, Jin                          Unknown
2211 Hacienda Blvd. #214
Hacienda Heights    CA 91745
--------------------------------------------------------------------------------
001564301


Shi, Guo Rong                         Unknown
43-36 Colden Street
Flushing           NY 11355
--------------------------------------------------------------------------------
001556253


Shi, Jian Ping                        Unknown
148-07 35th ave 2nd flr
Flushing           NY 11354
--------------------------------------------------------------------------------
000103858


Shick, Louise V.                      Unknown
2862 Chatsworth Way
Reynoldburg        OH 43068
--------------------------------------------------------------------------------
001577063


Shieh, Mark Z                         Unknown
19811 E Colima Road #250
Walnut             CA 91789
--------------------------------------------------------------------------------
001510215


Shields, Julee A.                     Unknown
6400 West 66Th St.
Overland Park      KS 66202
--------------------------------------------------------------------------------
000150010


Shields, Willie H S                   Unknown
Rt 2 Box 383
New Boston         TX 75570
--------------------------------------------------------------------------------
001566090


Shiels-LETTS, Kristin N.              Unknown
7708 W 60Th Ter
Overland Park      KS 66202
--------------------------------------------------------------------------------
000154210


Shiflett, Mathew W.                   Unknown
214 7Th Ave
Havre              MT 59501
--------------------------------------------------------------------------------

```
        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001584616


        Shilling Erika                          Unknown
        1226 Stratford Road
        Lynchburg          VA 24502
--------------------------------------------------------------------------------
        001579569


        Shimkus, James & Georgia                Unknown
        520 Royal Palm Drive
        Melbourne          FL 32935
--------------------------------------------------------------------------------
        000157404


        Shingler, Mary M                        Unknown
        4308 Sequoia Rd.
        Columbia           SC 29206
--------------------------------------------------------------------------------
        000112481


        Shingler, Peggy H.                      Unknown
        4290 Berkford Circle N.E.
        Atlanta            GA 30319
--------------------------------------------------------------------------------
        001595876


        Shinlever, Kim D.                       Unknown
        335 Wears Valley Rd.
        Pigeon Forge       TN 37863
--------------------------------------------------------------------------------
        001565248


        Shipler, Charles & Theresa              Unknown
        4140 Ironton Dr.
        W. Richland        WA 99353
--------------------------------------------------------------------------------
        000155967


        Shipley, Gerri K.                       Unknown
        107 Rd. 1715
        Lindrith           NM 87029
--------------------------------------------------------------------------------
        001533340


        Shipp, Danny                            Unknown
        885 West Forest Grove
        Lucas              TX 75002
--------------------------------------------------------------------------------
        001605864


        Shipp, Ronald G.                        Unknown
        29125 Poppy Meadow St.
        Santa Clarita      CA 91351
--------------------------------------------------------------------------------
```

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code            of Claim


        001585009


        Shirek, Todd W.                      Unknown
        820 Colorado Circle
        Hutchingson      MN 55350
------------------------------------------------------------------------------
        001580852


        Shirely, Bob B                       Unknown
        5081 Cryer Road
        Lake Charles     LA 70611
------------------------------------------------------------------------------
        001570509


        Shirey, Charles R.                   Unknown
        5081 Cryer Rd.
        Lake Charles     LA 76611
------------------------------------------------------------------------------
        001576422


        Shirey, David B.                     Unknown
        7770 Chapel Ridge
        Cordova          TN 38018
------------------------------------------------------------------------------
        001561369


        Shirk, Perry W.                      Unknown
        1733 S Mountain Ave
        Tucson           AZ 85713
------------------------------------------------------------------------------
        001525185


        Shirley, Dennis C.*                  Unknown
        3322 Straits Ct.
        Rowlett          TX 75088
------------------------------------------------------------------------------
        001530753


        Shirley, Jason C.                    Unknown
        1165 Holbrookcamp Ground Rd.
        Cumming          GA 30130
------------------------------------------------------------------------------
        000123652


        Shirley, Rhonda J.                   Unknown
        2907 Apple Valley Drive
        Garland          TX 75043
------------------------------------------------------------------------------
        001602823


        Shirtliffe, Linda K.                 Unknown
        203 Deer Bow Circle SE
        Calgary          AB T2J6J1
------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE              Page 1307

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001582127


Shively, Michelle                      Unknown
5761 Beech Springs
Quitman          LA 71268
-----------------------------------------------------------------------------
001541036


Shivers, Deborah J.                    Unknown
133 East High St.
Lisbon           OH 44432
-----------------------------------------------------------------------------
001577070


Shockley, Julie A.                     Unknown
304 Stratford Court
Woodstock        GA 30188
-----------------------------------------------------------------------------
001590416


Shockley, Kent D.                      Unknown
539 W. 8th STREET
Baxter Springs   KS 66713
-----------------------------------------------------------------------------
001590398


Shockley, Les L.                       Unknown
10110 S.E. Hwy 26
Galena           KS 66739
-----------------------------------------------------------------------------
001590404


Shockley, Rick A.                      Unknown
11659 S.E. 10th STREET
Baxter Springs   KS 66713
-----------------------------------------------------------------------------
001590402


Shockley, Scott T.                     Unknown
Rt 2 Box 543
Galena           KS 66739
-----------------------------------------------------------------------------
000130659


Shoemaker, Nancy M.                    Unknown
5100 Clearwater Apt. A-1
Kennewick        WA 99336
-----------------------------------------------------------------------------
000114585


Shoemaker, Ronald G.                   Unknown
809 Greenbriar Ct.
Celina           OH 45822
-----------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE           Page 1508
                        Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001560747

Shoffner, Larry W.                        Unknown
706 Archers Lane
Columbia        SC 292120811
-----------------------------------------------------------------------------

001525585

Shook, Bree M                             Unknown
612 Cedar Tree Drive
Sedro-Woolley     WA 98284
-----------------------------------------------------------------------------

001567593

Shore, Herbert H.                         Unknown
5839 Meadowcrest
Dallas          TX 75230
-----------------------------------------------------------------------------

001607896

Shorter, Peggy L.                         Unknown
1127 Secret Oaks Pl
Jacksonville     FL  32259
-----------------------------------------------------------------------------

001558685

Shoup, John                              Unknown
2728 90Th S.
Everett         WA 98208
-----------------------------------------------------------------------------

001570056

Shoup, Paul                             Unknown
514 39Th Place North West
Marysville      WA 98271
-----------------------------------------------------------------------------

001568809

Shoup, Sean L.                           Unknown
15213 111Th Ave. Court East
Puyallup        WA 98374
-----------------------------------------------------------------------------

001557326

Showalter, Wesley J                      Unknown
108 Lake Trail Curt
Goodview        VA 24095
-----------------------------------------------------------------------------

000104608

Shrewsbury, Dennis L.                    Unknown
Rt.1 BOX 26
Rock            WV 24747
-----------------------------------------------------------------------------

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001603545

Shrode, Dennis R                          Unknown
2301 Corona Ave
Medford          OR 97504
--------------------------------------------------------------------------------

001603126

Shu, Ping                                 Unknown
9331 Concourse Dr.
Houston          TX 77036
--------------------------------------------------------------------------------

001567008

Shuckahosee, M. Sue                       Unknown
844 S. 291 Hwy
Liberty          MO 64068
--------------------------------------------------------------------------------

001595678

Shuler, Scott                             Unknown
23935 Spring Oak
Spring           TX 77373
--------------------------------------------------------------------------------

001489710

Shulkin, Valerie M.                       Unknown
7449 Park Village Rd.
San Diego        CA 92129
--------------------------------------------------------------------------------

000125710

Shulman, Stella E.                        Unknown
1107 Marina Cove Circle
Columbus         GA 31904
--------------------------------------------------------------------------------

001584166

Shulund, Margaret                         Unknown
553 Cow Creek Lane
Corvallis        MT 59828
--------------------------------------------------------------------------------

001475867

Shum, Ngan-Ling                           Unknown
% Won Chuen Fish Market
New York         NY 10013
--------------------------------------------------------------------------------

001469559

Shum, Po Choi                             Unknown
131 Mott Street
New York         NY 10013
--------------------------------------------------------------------------------

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim

        001499710

        Shumate, Robert G.Sr & Sandra           Unknown
        po bx 692
        Elkton          MD 21921
-------------------------------------------------------------------------------
        001500874
        .

        Shurlow, Donald E.                      Unknown
        39 70Th
        Lake View       MI 48850
-------------------------------------------------------------------------------
        001527473

        Sichlau, Linda L.                       Unknown
        3990 Honeywell Road
        Rochester       IL 62563
-------------------------------------------------------------------------------
        001586487

        Sidle, Bryan A.                         Unknown
        9180 Wayne Road
        Wayne           OH 43466
-------------------------------------------------------------------------------
        001555206

        Sidon, Marlene                          Unknown
        125 McBride Ct.
        Roswell         GA 30075
-------------------------------------------------------------------------------
        001582513

        Sidwell, Audrey A.                      Unknown
        5966 Malloy Ave
        Bellingham      WA 98248
-------------------------------------------------------------------------------
        001461088

        Siedlik, Martha A.                      Unknown
        13009 Courtney Dr.
        Bellevue        NE 68123
-------------------------------------------------------------------------------
        001553894

        Siefken, Jerry L.                       Unknown
        6901 West Mill Rd.
        Raymond         NE 68428
-------------------------------------------------------------------------------
        001592396

        Siekierke, Philip D.                    Unknown
        2922 Omro Road
        Oshkosh         WI 54904
-------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                   Total Amt
Mailing Address/ Zip Code             of Claim


000142041


Sielbach, Fred A.                     Unknown
3126 Laredo Place
Billings          MT 59102
-----------------------------------------------------------------------------------
001543595


Siems, Patricia                       Unknown
1562 Pettibone Lake Rd.
Highland          MI 48356
-----------------------------------------------------------------------------------
001614112


Siems, Ruth                           Unknown
318 E Main Street
Newburgh          IN 47630
-----------------------------------------------------------------------------------
001500431


Siems, Thomas & Margi                 Unknown
3601 Flagstone Dr.
Carrollton        TX 75007
-----------------------------------------------------------------------------------
001608070


Sierra, Linda                         Unknown
2202 Twin Oaks Blvd
Kemah             TX 77565
-----------------------------------------------------------------------------------
001476267


Sierra, Stephen A.                    Unknown
1653 Maplewood Dr.
Harvey            LA 70058
-----------------------------------------------------------------------------------
001539761


Sieta, Allison H.                     Unknown
5128 Page St.
Marrero           LA 70072
-----------------------------------------------------------------------------------
001558489


Sieverts, Jim                         Unknown
3120 Metropalitan Way
Salt Lake City    UT 84109
-----------------------------------------------------------------------------------
001581902


Siewrattan, Akashwati                 Unknown
172 Nw 80 Terrace
Margate           FL 33063
-----------------------------------------------------------------------------------
```

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001551425


        Sifert, William P.                      Unknown
        C/O 3400 Mumphrey Rd.
        Chalmette          LA 70043
----------------------------------------------------------------------------
        001581702


        Sigafoos, Corey M.                      Unknown
        140 University Terrace
        Reno               NV 89503
----------------------------------------------------------------------------
        001477251


        Sigler, Jennifer J.                     Unknown
        8026 Walden Rd.
        Baton Rouge        LA 70808
----------------------------------------------------------------------------
        001571911


        Siglin, Tim F                           Unknown
        206 N. Summit
        Girard             KS 66743
----------------------------------------------------------------------------
        001502333


        Signorello, Paul L.                     Unknown
        15 Settler Circle
        Wethersfield       CT 06109
----------------------------------------------------------------------------
        001605761


        Sigvaldsen, Jolyne F.                   Unknown
        205 42Nd Ste.
        Williston          ND 58801-276
----------------------------------------------------------------------------
        001564967


        Sikora, Rosemary                        Unknown
        5106 W. Dudley Dr.
        Champaign          IL 61821
----------------------------------------------------------------------------
        001603252


        Silcox, Curtis S.                       Unknown
        61 Boning Rd.
        Fayetteville       TN 37334
----------------------------------------------------------------------------
        001569833


        Siler, A. J.                            Unknown
        108 S. Gardner
        Wynnewood          OK 73098
----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001592157

Siler, Julius G.                          Unknown
224 Roper Meadow Drive
Simpsonville     SC 29681
--------------------------------------------------------------------------------
001565173

Silic, Rita                               Unknown
6926 N.W. Chapel Woods Lane
Kansas City      MO 64152
--------------------------------------------------------------------------------
001565654

Sills, Mike L.                            Unknown
1324 Patricia St.
Kissimmee        FL 34744
--------------------------------------------------------------------------------
001466202

Sills, Phyllis S.                         Unknown
987 Pacific Ct.
Lawrenceville    GA 30045
--------------------------------------------------------------------------------
000154114

Silva, Geraldyn                           Unknown
885 West Roberts Rd
Cantonment       FL 32533
--------------------------------------------------------------------------------
001460468

Silva, Stephanie                          Unknown
2656 Stallion Road
Cantonment       FL 32533
--------------------------------------------------------------------------------
001604709

Silva-Lewis, Susan A.                     Unknown
4890 Obispo Rd.
Atascadero       CA 93422
--------------------------------------------------------------------------------
000147555

Silver, Nola A.                           Unknown
1001 North Waco
Wichita          KS 67030
--------------------------------------------------------------------------------
000119306

Silver, William R.                        Unknown
104 Hill St.
Pineville        LA 71360
--------------------------------------------------------------------------------

                              Unsecured Creditors -- Sales Representatives


        Creditors Names and                        Total Amt
        Mailing Address/ Zip Code                  of Claim


        001603301


        Silverman, David E.                        Unknown
        2000 Lake End Road
        Merrick          NY 11566
--------------------------------------------------------------------------------

        001603299


        Silverman, Michael                         Unknown
        2543 Randy Lane
        Bellmore         NY 11710
--------------------------------------------------------------------------------

        001603847


        Silves, Diane F                            Unknown
        808 Vine Circle
        Lynden           WA 98264
--------------------------------------------------------------------------------

        001593093


        Silvestro, Joe                             Unknown
        5601 West 20th St.
        Joplin           MO 64804
--------------------------------------------------------------------------------

        001531445


        Silvey, Luetta                             Unknown
        3306 Beltview Drive
        St. Joseph       MO 64506
--------------------------------------------------------------------------------

        001600878


        Simalton, Holly C                          Unknown
        27750 Ave Terrazo
        Cathedral City   CA 92234
--------------------------------------------------------------------------------

        001602427


        Simanton, Carol M.                         Unknown
        Forks Rd Box 72
        Whitewater       MT 59544
--------------------------------------------------------------------------------

        000161587


        Simcox, Daren S                            Unknown
        1161 Fernlea Dr
        West Palm Beach  FL 33417
--------------------------------------------------------------------------------

        001542165


        Simmons,  Michelle A.                      Unknown
        2575 S Syracuse Wy F104
        Denver           CO 80231
--------------------------------------------------------------------------------

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000125762


        Simmons, Betty A.                        Unknown
        8834 W. 124Th, apt 103
        Overland Park      KS 66213
--------------------------------------------------------------------------------
        001605107


        Simmons, Clarence                        Unknown
        3038 16th Street SE
        Auburn           WA 98092
--------------------------------------------------------------------------------
        001549531


        Simmons, Cris C.                         Unknown
        616 Brookway Blvd.
        Brookhaven       MS 39601
--------------------------------------------------------------------------------
        000141604


        Simmons, Frances L.                      Unknown
        77 Gussie Nobles  Road
        Sumrall          MS 39482
--------------------------------------------------------------------------------
        001597353


        Simmons, Geraldine                       Unknown
        1243 Grove Park Dr.
        Orange Park      FL  32073
--------------------------------------------------------------------------------
        001595802


        Simmons, Heather C.                      Unknown
        625 Cassat Ave #6
        Jacksonville     FL 32205
--------------------------------------------------------------------------------
        001579972


        Simmons, Sarah K.                        Unknown
        393 County Road 373
        Tupelo           MS 38801
--------------------------------------------------------------------------------
        000132191


        Simmons, Shirley A.                      Unknown
        Rt. 1 Box 1855
        Lewistown        MT 59457
--------------------------------------------------------------------------------
        000150487


        Simmons, Tanya L.                        Unknown
        Rt. 1 Box 1855
        Lewistown        MT 59457
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

Creditors Names and                          Total Amt
Mailing Address/ Zip Code                     of Claim


001605583


Simms, John L.                               Unknown
University Station #7032
Provo            UT 84602
------------------------------------------------------------------------------

001598501


Simon Siegert                                Unknown
217 Cypress St.
Lafayette        LA 70501
------------------------------------------------------------------------------

001571270


Simon, Cindy L.                              Unknown
805 Ne. Panther
Lee'S Summit      MO 64064
------------------------------------------------------------------------------

000120541


Simon, Michael C.                            Unknown
333 Teljean Apt4
Maurice          LA 70555
------------------------------------------------------------------------------

001581086


Simone, Williams R.                          Unknown
31008 Devonshire Dr.#107
Plano            TX 75075
------------------------------------------------------------------------------

001568127


Simonek, Troy D                              Unknown
Rt 1 Box 11A
Chilton          TX 76632
------------------------------------------------------------------------------

000128839


Simons, Cherri J.                            Unknown
2224 Hwy 87 E. #73
Billings         MT 59101
------------------------------------------------------------------------------

000129372


Simonson Jr., Daniel                         Unknown
Hc 61 Box 23B Fanning Hill Rd.
Loring           MT 59537
------------------------------------------------------------------------------

001596233


Simonson, Bryan                              Unknown
305-6th St., #1
Snohomish        WA 98290
------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page: 1317

Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        000129356


        Simonson, Eunice C.                       Unknown
        HC 74 Box 200
        Saco              MT 59261
-------------------------------------------------------------------------

        000128677


        Simonson, Gale J.                          Unknown
        HC 82 Box 9200
        Loring            MT 59537
-------------------------------------------------------------------------

        001592203


        Simonson, Harley W.                        Unknown
        14915 146Th S E
        Snohomish         WA 98290
-------------------------------------------------------------------------

        001589061


        Simonson, Jada K.                          Unknown
        H C 61 Box 23B Fanning Hill Rd
        Loring            MT 59537
-------------------------------------------------------------------------

        000129743


        Simonson, Janel L.                         Unknown
        HC 74 Box 200
        Saco              MT 59261
-------------------------------------------------------------------------

        000129401


        Simonson, Jean I.                          Unknown
        218 Minnesota
        Hinsdale          MT 59241
-------------------------------------------------------------------------

        000128711


        Simonson, Kathleen M.                      Unknown
        HC 74 Box 190
        Saco              MT 59261
-------------------------------------------------------------------------

        000129742


        Simonson, Kerry A.                         Unknown
        1603 Virginia Ln Apt #8
        Billings          MT 59102
-------------------------------------------------------------------------

        000129585


        Simonson, Krystal G.                       Unknown
        HC 82 Box 9200
        Loring            MT 59537
-------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|

000129737

Simonson, Lora J.                     Unknown
1000 Birch Ave
Helena          MT 59601
----------------------------------------------------------------------------

001602953

Simpson & Trotter Llc.                Unknown
14924 E. Wabash Ct
Spokane         WA 99216
----------------------------------------------------------------------------

001498975

Simpson Jr., Paul E.                   Unknown
416 E. Grand Avenue
Hartford        KS 66854
----------------------------------------------------------------------------

001573598

Simpson, Jennifer & Brett             Unknown
254 Simpson Loop
Homer           LA 71040
----------------------------------------------------------------------------

001587024

Simpson, Judy A.                      Unknown
11020 Tracy Circle
Norman          OK 73071
----------------------------------------------------------------------------

000123872

Simpson, Laura J.                     Unknown
3990 Rolling Hills Drive
Nacogdoches     TX 75961
----------------------------------------------------------------------------

001584780

Simpson, William L.                   Unknown
304 S. Blair Drive
Joplin          MO 64801
----------------------------------------------------------------------------

001474217

Sims Discount Hobbies Inc.            Unknown
10300 Rodney Parham Road
Little Rock     AR 72227
----------------------------------------------------------------------------

001557378

Sims, David M                         Unknown
4667 Bunny Run
Wichita Falls   TX 76310
----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001455621


Sims, Deborah I.                        Unknown
830 Big Thicket Trail
Mesquite          TX 75149
----------------------------------------------------------------------------------

001590228


Sims, Theola A.                         Unknown
9179 Hwy 159
Shongaloo         LA 71072
----------------------------------------------------------------------------------

000120230


Sinclair, Dutsie R.                     Unknown
980 Monterrey Dr.
Beaumont          TX 77706
----------------------------------------------------------------------------------

001609053


Sinclair, Emelina V.                    Unknown
106-S Founders Poite
Bloodingdale      IL 60108
----------------------------------------------------------------------------------

001604860


Sinclair, Jackie L                      Unknown
800 Pine Lake Dr
Pineville         LA 71360
----------------------------------------------------------------------------------

001599049


Singer, David A.                        Unknown
10442 North State Road 13
Elwood            IN 46036
----------------------------------------------------------------------------------

001612568


Singh Gurpal                            Unknown
15640 Ne 15Th St. Apt. #6
Bellevue          WA 98008
----------------------------------------------------------------------------------

001606586


Singh, Balwinder                        Unknown
80-07 225 St.
Floral Pk         NY 11002
----------------------------------------------------------------------------------

001615469


Singh, Bhadur                           Unknown
11101 SE 208th ST. APT#1411
Kent              WA 98031
----------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE        Page 1320
                   Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001604573


        Singh, Devinder                         Unknown
        20430-121 St Way S.E.
        Kent              WA 98031
----------------------------------------------------------------------------
        001608613


        Singh, Gurjit                           Unknown
        23226 113Th Place Se
        Kent              WA 98031
----------------------------------------------------------------------------
        001611520


        Singh, Gurunam                          Unknown
        5570 So Juniper St
        Seattle           WA 98188
----------------------------------------------------------------------------
        001571771


        Singh, Karnail*                         Unknown
        18845 Pacific Hwy. S.
        Seattle           WA 98188
----------------------------------------------------------------------------
        001608803


        Singh, Kishan                           Unknown
        80-07 255 St
        Floral Park       NY 11004
----------------------------------------------------------------------------
        001615626


        Singh, Raghbir                          Unknown
        11101 Se 208Th St Apt# 1411
        Kent              WA 98031
----------------------------------------------------------------------------
        001615471


        Singh, Ranjit                           Unknown
        24023 104th AVE, SE.
        Kent              WA 98031
----------------------------------------------------------------------------
        001571307


        Singh, Sukhjinder                       Unknown
        13023 S.E. 189 Th. Ct. Renton
        Renton            WA 98058
----------------------------------------------------------------------------
        001563366


        Singletary, Dustin R.                   Unknown
        14459 Eaa Rd.
        Gonzales          LA 70737
----------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        of 1675
                                                                    Page 7321
                        Unsecured Creditors -- Sales Representatives

          Creditors Names and                        Total Amt
          Mailing Address/ Zip Code                   of Claim

          001610248


          Singleton, Larry                            Unknown
          P. O. Box 599
          Decatur          AR 72722
--------------------------------------------------------------------------------
          001608209


          Sinigaglio, Michael J                       Unknown
          3817 Foxtail Court
          Olympia          WA 98501
--------------------------------------------------------------------------------
          001587389


          Sink, Ralph E.                              Unknown
          455 St Johns Circle
          Martinsville     VA 24112
--------------------------------------------------------------------------------
          001480488


          Sinn, Katie A.                              Unknown
          4555 Sunridge Drive
          Loveland         CO 80538
--------------------------------------------------------------------------------
          001527401


          Sinn, Lindsay E.                            Unknown
          4000 South 56 Street #133-C
          Lincoln          NE 68506
--------------------------------------------------------------------------------
          001591734


          Sinner, Gene                                Unknown
          P.O. Box 776
          Sunnyside        WA 98944
--------------------------------------------------------------------------------
          000133011


          Siono, Lebe                                 Unknown
          6317 31St Ave. S.
          Seattle          WA 98108
--------------------------------------------------------------------------------
          001529568


          Sipe, John                                  Unknown
          568 - B Brookings Road
          Sedro - Woolley  WA 98284
--------------------------------------------------------------------------------
          001504793


          Sippel, Gregory C.                          Unknown
          9630 West 128 Terr
          Overland Pk      KS 66213
--------------------------------------------------------------------------------

                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001512191


        Sirek, Jerome D.                        Unknown
        N 12008 Fairwood Dr.
        Spokane          WA 99218
-------------------------------------------------------------------------------
        001597462

        .

        Sirtak, Laurel S.                       Unknown
        9 Jason Drive
        Glen Carbon      IL 62034
-------------------------------------------------------------------------------
        001528153


        Sisson, John D.                         Unknown
        5359 Blacksburg Road
        Catawba          VA 24070
-------------------------------------------------------------------------------
        001614835


        Sium, Kahsai                            Unknown
        19220 68Th Ave W
        Lynnwood         WA 98036
-------------------------------------------------------------------------------
        001558261


        Sivret, Shari A.                        Unknown
        3328 Salt River Ct.
        Antelope         CA 95843
-------------------------------------------------------------------------------
        001598215


        Siwierka, Marla                         Unknown
        2943 Colony Drive
        Sugarland        TX 77479
-------------------------------------------------------------------------------
        001583685


        Skalisky, Kevin D.                      Unknown
        1039 Fuller Street
        Wenatchee        WA 98801
-------------------------------------------------------------------------------
        001513419


        Skaw, Howard J.                         Unknown
        333 Marcus
        Hamilton         MT 59840
-------------------------------------------------------------------------------
        001552409


        Skelton, Annie G.                       Unknown
        7017 6Th Avenue
        Tuscaloosa       AL 35405
-------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE       Page: 1323
                              Unsecured Creditors -- Sales Representatives

Creditors Names and                           Total Amt
Mailing Address/ Zip Code                      of Claim


001560486


Skelton, Dale A.                              Unknown
304 East Rt 71
Newark          IL 60541
--------------------------------------------------------------------------------
001585538


Skelton, Linda                                Unknown
158 West Pioneer
Homer           AK 99603
--------------------------------------------------------------------------------
001605577


Skelton, Phil D.                              Unknown
2338 N Circle Dr
Colorado Springs   CO 80909
--------------------------------------------------------------------------------
001535887


Skeman, Gloria R.                             Unknown
206 W. 7Th
Ritzville       WA 99169
--------------------------------------------------------------------------------
001604659


Skiles, Rhett W.                              Unknown
900 N. Grand Ave. Suite 61266
Sherman         TX 75090
--------------------------------------------------------------------------------
001566118


Skinkle, Zenda M.                             Unknown
1058 Houseman Ne
Grand Rapids    MI 49503
--------------------------------------------------------------------------------
000129864


Skinner, Andrew C.                            Unknown
16705 East Heroy
Spokane         WA 99216
--------------------------------------------------------------------------------
001580608


Skinner, Laura A.                             Unknown
11325 1H 37 #2502
Corpus Christi   TX 78410
--------------------------------------------------------------------------------
000129769


Skinner, Lucille                              Unknown
201 College Ave.
St. Maries      ID 83861
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE         Page 1324
                        Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001514256


Skinner, Rae Lynn N.                   Unknown
2716 Eastwood Drive
Richmond          WA 99352
--------------------------------------------------------------------------------

001543320


Skinner, Robert M.                     Unknown
PO Box 143
Olla              LA 71465
--------------------------------------------------------------------------------

000146249


Skogland, Gladys M.                    Unknown
1091 Rhode Island Avenue
Bloomington       MN 55438
--------------------------------------------------------------------------------

001605981


Skogstad, Larry A                      Unknown
2410 Pine Drive
Ferndale          WA 98248
--------------------------------------------------------------------------------

001607226


Skogstad, Ryan A.                      Unknown
855 West Nickerson St Apt 5
Seattle           WA 98119
--------------------------------------------------------------------------------

001483118


Skolrud, Kris                          Unknown
8049 Old Yellowstone Trail Rd.
Willow Creek      MT 59760
--------------------------------------------------------------------------------

001561870


Skrabanek, Edward L.                   Unknown
702 Alligator
Caldwell          TX 77836
--------------------------------------------------------------------------------

001600995


Skroznikov, Viatcheslav S.             Unknown
4618 Byers
Joplin            MO 64804
--------------------------------------------------------------------------------

001601151


Skroznikova, Elena S                   Unknown
2617 Wickersham
Joplin            MO 64801
--------------------------------------------------------------------------------

                       Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001591738


        Skyles, Randy L.                       Unknown
        1620 Factory Rd
        Sunnyside        WA 98944
-------------------------------------------------------------------------
        001562254


        Slaby, Christine "Datonna"*            Unknown
        1404 Ida Ln.
        Lawrenceville    GA 30043
-------------------------------------------------------------------------
        001521829


        Slack, Connie                          Unknown
        985 Lendl Lane
        Lawrenceville    GA 30044
-------------------------------------------------------------------------
        001502225


        Slapikas, Frank R.                     Unknown
        5419 Woodberry Lane
        Tuscaloosa       AL 35405
-------------------------------------------------------------------------
        001549282


        Slater, Heather                        Unknown
        136 Hawthorne Dr.
        Lawerence        TN 38464
-------------------------------------------------------------------------
        001526557


        Slater, Norrie M.                      Unknown
        910 W. State
        Belding          MI 48809
-------------------------------------------------------------------------
        001584193


        Slater, Sarah R.                       Unknown
        1100 Ft. Pickens Road Unit F-1
        Pensacola        FL 32561
-------------------------------------------------------------------------
        001534151


        Slaton,  Michael C.                    Unknown
        1865 Chadwick Drive
        Cumming          GA 30040
-------------------------------------------------------------------------
        000141902


        Slaton, Steven                         Unknown
        3522 Shoreside Drive
        Garland          TX 75043
-------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                   INTERNATIONAL HERITAGE           Page: 1326
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim
        .
        000162660


        Slaydon Consultants                    Unknown
        717 South Foster, Suite 130
        Baton Rouge      LA 70806
------------------------------------------------------------------------------------

        001458240


        Slaymaker, J. Eric                     Unknown
        1017 Market
        Emporia          KS 66801
------------------------------------------------------------------------------------

        001492997


        Slezak II, Jerry D.                    Unknown
        11 South Virginia
        Conrad           MT 59425
------------------------------------------------------------------------------------

        001483817


        Slezak, Jerry D.                       Unknown
        408 S. Delaware
        Conrad           MT 59425
------------------------------------------------------------------------------------

        001466924


        Slimmer, Shirley M.                    Unknown
        2 Condry Lane
        Bella Vista      AR 72714
------------------------------------------------------------------------------------

        001575947


        Sloan II, Benjamin T.                  Unknown
        11015 Donamere Dr.
        Alpharetta       GA 30022
------------------------------------------------------------------------------------

        001537090


        Sloan, Adrienne J.                     Unknown
        1500 Sandy Springs  #66
        Houston          TX 77042
------------------------------------------------------------------------------------

        001599462


        Sloan, Dennis M.                       Unknown
        1000 Highway 395 #A-124
        Hermiston        OR 97838
------------------------------------------------------------------------------------

        001606081


        Sloan, George W.                       Unknown
        10711 Sagecanyon Drive
        Houston          TX 77089
------------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                       Total Amt
        Mailing Address/ Zip Code                 of Claim


        001524176


        Sloan, Huey P.                            Unknown
        4038 Richmond Ave.
        Shreveport        LA 71106
------------------------------------------------------------------------------
        001604436


        Sloan, Kate E.                            Unknown
        6551 Las Flores Dr
        Boca Raton        FL 33433
------------------------------------------------------------------------------
        001598192


        Sloan, Kathy L                            Unknown
        1000 South Highway 395 #A-124
        Hermiston         OR 97838
------------------------------------------------------------------------------
        001530356


        Sloan, Marilyn K.                         Unknown
        12123 Overbrook
        Houston           TX 77077
------------------------------------------------------------------------------
        001601369


        Sloan, Marvin L.                          Unknown
        854 Branford Lane
        Lilburn           GA 30047
------------------------------------------------------------------------------
        001597670


        Sloan, Steven K.                          Unknown
        1000 South Highway 395 #A-124
        Hermiston         OR 97838
------------------------------------------------------------------------------
        001570925


        Slotnick, Kimberlee S                     Unknown
        3144 Nisbet
        Pinckney          MI 48169
------------------------------------------------------------------------------
        001544206


        Slovak, Lisa R.                           Unknown
        1516 Meadow Ridge Court
        Mansfield         TX 76063
------------------------------------------------------------------------------
        001585233


        Slyder, Roxanne M                         Unknown
        Po Box 471
        Columbus          MT 59019
------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001512503

Small Business Specialists Inc         Unknown
400 Arbor Creek Overlook
Roswell       GA 30076

------------------------------------------------------------

001551983

Small, Carol A.         Unknown
6565 Mountain Lake Blvd.
Blairsville      GA 30512

------------------------------------------------------------

001506508

Small, Sandra C.        Unknown
2998 N C 14
Reidsville      NC 27320

------------------------------------------------------------

000144910

Smalley, Evelyn S.      Unknown
243 Bohler Drive
Evans        GA 30809

------------------------------------------------------------

001482139

Smart, Randy A.        Unknown
6147 Jefferson Ave.
Newport       VA 23605

------------------------------------------------------------

000160675

Smart, Teresa L        Unknown
116 Heathwood Rd
Charlotte      NC 28211

------------------------------------------------------------

001518615

Smartt, Donald F.       Unknown
4001 Valdez Ct.
Plano        TX 75074

------------------------------------------------------------

001541332

Smartt, Mitchell D.      Unknown
4233 Amherst
Dallas       TX 75225

------------------------------------------------------------

001518285

Smartt, Stephanie       Unknown
3512 Caruth
Dallas       TX 75225

------------------------------------------------------------

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE          Page 1329

Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001602503


        Smedley, Diana L.                       Unknown
        2420 Melbourne Drive
        Nashville        TN 37214
--------------------------------------------------------------------------------
        001460104


        Smeg Marketing, Inc                     Unknown
        1245 G Cedar Rd #401
        Chesapeake       VA 23320
--------------------------------------------------------------------------------
        001541576


        Smelser, Charles E.                     Unknown
        505 LaCanada Ct.
        Morgan Hill      CA 95037
--------------------------------------------------------------------------------
        001614557


        Smiley, Dean A                          Unknown
        1616 North 18Th St
        Mount Vernon     WA 98273
--------------------------------------------------------------------------------
        001605851


        Smiley, Harold                          Unknown
        8415 Aries Rd.
        San Diego        CA 92126
--------------------------------------------------------------------------------
        001580096


        Smiley, Judy F.                         Unknown
        847 Fern Court
        Walla Walla      WA 99362
--------------------------------------------------------------------------------
        001526205


        Smith , Kristopher S.                   Unknown
        924 Weaver Street
        Cedar Hill       TX 75104
--------------------------------------------------------------------------------
        001608892


        Smith Charlena R                        Unknown
        21802 Rotherham Dr
        Spring           TX 77388
--------------------------------------------------------------------------------
        001579644


        Smith Jr., Morris D.                    Unknown
        5048 Foxcreek Ct
        Atlanta          GA 30360
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001607344 | |
| Smith Jr., Nicholas D.<br>1635 SE Santiam Hwy<br>Albany          OR 97321 | Unknown |
| 001556570 | |
| Smith Jr., Robert E.<br>800 Addison Pl.<br>Mount Vernon     WA 98273 | Unknown |
| 001576232 | |
| Smith Jr., Robert H.<br>3218 Greenleaf Ct.<br>Garland          TX 75044 | Unknown |
| 001590286 | |
| Smith Julie A.<br>Lot S. Moose Range Dr.<br>Sterling         AK 99672 | Unknown |
| 001595097 | |
| Smith Robert S.<br>3722 Lava Circle<br>Billings         MT 59102 | Unknown |
| 001495555 | |
| Smith,  Beth M.<br>910 Cactus Lane<br>Sam Angelo       TX 76903 | Unknown |
| 001465688 | |
| Smith, Ada M.<br>1007 9th Street Ext.<br>Collins          MS 39428 | Unknown |
| 000156588 | |
| Smith, Amy<br>434 Church St<br>Saratoga Springs   NY 12866 | Unknown |
| 001555417 | |
| Smith, Angie L.<br>3929 Hwy 501<br>Winnfield        LA 71483 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001584251 | |
| Smith, Anita M.<br>5410 Linda<br>Beaumont      TX 77708 | Unknown |
| 001599541 | |
| Smith, Anthony<br>4019 Panama<br>Pasadena      TX 77504 | Unknown |
| 001520697 | |
| Smith, Becky H.<br>85 Concord Church Rd.<br>Talladega      AL 35160 | Unknown |
| 001586727 | |
| Smith, Belinda B.<br>2809 Fritts Street<br>Florence      AL 35633 | Unknown |
| 001607103 | |
| Smith, Betty J.<br>120 Taylor Drive<br>Lenoir City      TN 37772 | Unknown |
| 001512522 | |
| Smith, Betty Z.<br>260 County Road #455<br>Killen      AL 35645 | Unknown |
| 001528349 | |
| Smith, Billy R.<br>3421 S. Fairbanks<br>Tucson      AZ 85730 | Unknown |
| 001516918 | |
| Smith, Bob<br>800 Addison Pl.<br>Mt. Vernon      WA 98273 | Unknown |
| 000148831 | |
| Smith, Bobby T.<br>412 Bedford Ct. W.<br>Hurst      TX 76053 | Unknown |

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001539075

Smith, Bradley L.                     Unknown
3361-A Peachtree Corners Cir.
Norcross          GA 30092
-----------------------------------------------------------------------
001604314

Smith, Brain                          Unknown
113 Andover Ln
Huntsville        AL 35811
-----------------------------------------------------------------------
001592723

Smith, Brian L.                       Unknown
1510 Indiana
Joplin            MO 64804
-----------------------------------------------------------------------
001557183

Smith, Carlton B.                     Unknown
4580 U.S. 1 South
Lyons             GA 30436
-----------------------------------------------------------------------
000110273

Smith, Carolyn E.                     Unknown
2435 East North St. #292
Greenville        SC 29615
-----------------------------------------------------------------------
001496823

Smith, Catherine H.                   Unknown
6200 South Freeway
Fort Worth        TX 76134
-----------------------------------------------------------------------
001609169

Smith, Cheri C.                       Unknown
1601 W Lakeside Dr
Moses Lake        WA 98837
-----------------------------------------------------------------------
001548540

Smith, Cheryl E.                      Unknown
3973 Bailey Rd.
Clinton           WA 98336
-----------------------------------------------------------------------
000118041

Smith, Clayton V.                     Unknown
P.O. Box 161
Wesson            MS 39191
-----------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
            Creditors Names and                    Total Amt
            Mailing Address/ Zip Code               of Claim


            001464989


            Smith, Connie                           Unknown
            1603 W College
            Jacksboro         TX 76458
--------------------------------------------------------------------------------
            001535936


            Smith, Connie S.                        Unknown
            20320 W83Rd Street
            Lenexa            KS 66220
--------------------------------------------------------------------------------
            001593082


            Smith, Cynthia L.                       Unknown
            634 Cleveland
            Baxter Springs    KS 66713
--------------------------------------------------------------------------------
            001460696


            Smith, David E.                         Unknown
            1708 Cedar Ridge Rd.
            Parsons           KS 67357
--------------------------------------------------------------------------------
            001494161


            Smith, David L.                         Unknown
            260 County Rd. 455
            Killen            AL 35645
--------------------------------------------------------------------------------
            001545255


            Smith, David N                          Unknown
            1118 Ewing
            Purcell           OK 73080
--------------------------------------------------------------------------------
            001547860


            Smith, Dawn M.                          Unknown
            Rt 6 Box 903
            Bastrop           TX 78602
--------------------------------------------------------------------------------
            001601305


            Smith, Deborah J.                       Unknown
            5624 Plumtree
            Dallas            TX 75252
--------------------------------------------------------------------------------
            001544077


            Smith, Dennette                         Unknown
            1311 Everglade
            Pasadena          TX 77502
--------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE
                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                        Total Amt
        Mailing Address/ Zip Code                  of Claim


        001591718


        Smith, Dennis E                            Unknown
        5005 Colby Ave
        Everett        WA 98203
--------------------------------------------------------------------------------
        001598980


        Smith, Dennis K.                           Unknown
        1901 S. Voss #27
        Houston        TX 77057
--------------------------------------------------------------------------------
        001602411


        Smith, Diane R.                            Unknown
        136 Bethel
        Wallwalla      WA 99362
--------------------------------------------------------------------------------
        001573448


        Smith, Don N.                              Unknown
        525 Canon Ave.
        Manitou Springs    CO 80829
--------------------------------------------------------------------------------
        001504977


        Smith, Donna L.                            Unknown
        2248 2nd Avenue
        Morrow         GA 30260
--------------------------------------------------------------------------------
        001548344


        Smith, Dorothy F.                          Unknown
        916 Cuero Drive
        Garland        TX 75040
--------------------------------------------------------------------------------
        001615016


        Smith, Douglas                             Unknown
        124 Driftwood Court
        Joppatown      MD 21085
--------------------------------------------------------------------------------
        000148030


        Smith, Douglas C.                          Unknown
        6232 Barton Creek Circle
        Lake Worth     FL 33463
--------------------------------------------------------------------------------
        001532373


        Smith, Douglas P.                          Unknown
        1111 South Ash
        Archer City    TX 76351
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001536262


Smith, Dr. Rhonda L.                   Unknown
4321 Ne Vivion Road #105
Kansas City       MO 64119
------------------------------------------------------------------------------

001589577


Smith, Edward "Bud" D.                 Unknown
1121 Florida
Joplin            MO 64801
------------------------------------------------------------------------------

001601166


Smith, Eppie J.                        Unknown
213 W 4Th Apt 23
Keene             TX 76059
------------------------------------------------------------------------------

001474169


Smith, Evelyn G.                       Unknown
6231 Willow Glen Dr.
Montgomery        AL 36117
------------------------------------------------------------------------------

000162029


Smith, Ewell M.                        Unknown
38 Chateau Latour
Kenner            LA 70065
------------------------------------------------------------------------------

001485302


Smith, Ferne T.                        Unknown
111 Tower Road #509
Marietta          GA 30060
------------------------------------------------------------------------------

001477381


Smith, Flora A.                        Unknown
#8 Dartmouth Circle
Odessa            TX 79764
------------------------------------------------------------------------------

001611254


Smith, Floyd H                         Unknown
33881 Eastgate Circle
Corvallis         OR 97333
------------------------------------------------------------------------------

001503598


Smith, G. Lamar                        Unknown
3306 Smackover Hwy.
El Dorado         AR 71730
------------------------------------------------------------------------------
```

                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001608926


        Smith, Gary                             Unknown
        6352 Peppermill Pl. SE
        Port Orchard      WA 98366
--------------------------------------------------------------------------

        001568757


        Smith, Gary D.                          Unknown
        59 Co. Rd. 431
        Killen            AL 35645
--------------------------------------------------------------------------

        001606774


        Smith, George O.*                       Unknown
        17900 N.E. 29th Street
        Redmond           WA 98052
--------------------------------------------------------------------------

        000158894


        Smith, Geri A.                          Unknown
        3443 Floyd Street
        Corpus Christi    TX 78411
--------------------------------------------------------------------------

        001581864


        Smith, Glenda F.                        Unknown
        P.O. Box 96
        Clarks            LA 71415
--------------------------------------------------------------------------

        000153751


        Smith, Glenn E.                         Unknown
        2780 Bullhook Rd. S.E.
        Havre             MT 59501
--------------------------------------------------------------------------

        000158762


        Smith, Gregory S.                       Unknown
        865 Saugerties Avenue
        San Diego         CA 92154
--------------------------------------------------------------------------

        001500594


        Smith, Grover                           Unknown
        3306 Smackover Highway
        El Dorado         AR 71730
--------------------------------------------------------------------------

        001463128


        Smith, Harry W.                         Unknown
        1803 1St St. S,
        Cordele           GA 31015
--------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001462944


Smith, Hazel M.                        Unknown
236 Tunnel Town Rd.
Mountain Rest       SC 29664
----------------------------------------------------------------------

001541285


Smith, Helen Jo                        Unknown
108 Shoshone Dr
East Peoria        IL 61611
----------------------------------------------------------------------

001564208


Smith, Herbert R.                      Unknown
126 Joan St.
Albertville        AL 35950
----------------------------------------------------------------------

000118122


Smith, J. Bradley                      Unknown
P.O. Box 161
Wesson             MS 39191
----------------------------------------------------------------------

001456284


Smith, Jack H                          Unknown
P.O. Box 1373
Cloudcroft         NM 88317
----------------------------------------------------------------------

001531060


Smith, James M.                        Unknown
5 Broomfield Drive
Greenville         SC 29617
----------------------------------------------------------------------

001458306


Smith, Jana M.                         Unknown
701 Chelsea Drive
Bloomington        IL 61704
----------------------------------------------------------------------

001577251


Smith, Janice A.                       Unknown
3106 Astor Court
Sugarland          TX 77478
----------------------------------------------------------------------

001560293


Smith, Janice L.                       Unknown
730 Oakmount Ave #508
Las Vegas          NV 89109
----------------------------------------------------------------------

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001523958 | |
| Smith, Jason<br>3809 Hillcrest Drive<br>Marrero        LA 70072 | Unknown |
| 001552613 | |
| Smith, Jason A.<br>420 S. Oakley St.<br>Fordyce        AR 71742 | Unknown |
| 001581223 | |
| Smith, Jeannine K.<br>1836 South Main<br>Carthage       MO 64836 | Unknown |
| 000149541 | |
| Smith, Jennifer N.<br>4610 Cedarbrooke Ln.<br>Rogers         AR 72758 | Unknown |
| 001560997 | |
| Smith, Joan M.<br>934 Emilee Point<br>Gallatin       TN 37066 | Unknown |
| 001583629 | |
| Smith, John L.<br>101 N. 4 Apt. 7<br>Arkadelphia     AR 71923 | Unknown |
| 001595772 | |
| Smith, Joseph D.<br>16 Memory Ln.<br>West Monroe     LA 71291 | Unknown |
| 000117014 | |
| Smith, Joseph P.<br>1608 Nella Drive<br>Athens         AL 35611 | Unknown |
| 001589227 | |
| Smith, Judith O.<br>3135 Clear Creek Blvd.<br>Martinsville    IN 46151 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001609077 | |
| Smith, Julie L.<br>6309 Shamrock St.<br>Panama City    FL 32404 | Unknown |
| 000137872 | |
| Smith, Karen L<br>2418 Hollis Drive<br>Abilene    TX 79605 | Unknown |
| 001513377 | |
| Smith, Karen L.<br>7813 Hilton Drive<br>Huntsville    AL 35802 | Unknown |
| 000121166 | |
| Smith, Karen S.<br>313 Wren Drive<br>Ponca City    OK 74602 | Unknown |
| 001557700 | |
| Smith, Kathryn H.<br>4632 Dalmer Rd. N E<br>Atlanta    GA 30342 | Unknown |
| 001506939 | |
| Smith, Ken<br>128 Sellers Rd.<br>Dubach    LA 71235 | Unknown |
| 001459484 | |
| Smith, Kimberly<br>315 W. Orange St.<br>Duncanville    TX 75116 | Unknown |
| 001529299 | |
| Smith, Lane<br>3817 Rainforest Circle<br>Norcross    GA 30092 | Unknown |
| 000127148 | |
| Smith, Larry L<br>3303 Country Lane<br>Hays    KS 67601 | Unknown |

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE          Page 1340
                        Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001609651 | |
| Smith, Laura L.<br>682 Springtown Rd.<br>Van Alstyne       TX 75495 | Unknown |
| 000114196 | |
| Smith, Lee J.<br>1803 1st St. South<br>Cordele          GA 31015 | Unknown |
| 000113930 | |
| Smith, Leonard O.<br>1630 N.W. 51st Terrace<br>Gainesville      FL 32605 | Unknown |
| 001526369 | |
| Smith, Lori G.<br>1935 Commonwealth Ave.<br>Cumming          GA 30131 | Unknown |
| 001522417 | |
| Smith, Lori W.<br>517 Kent Street<br>Lawrenceburg     TN 38464 | Unknown |
| 001579718 | |
| Smith, Lynda "Katy" K.<br>8787 Woodway Dr. #9107<br>Houston          TX 77063 | Unknown |
| 001587853 | |
| Smith, Lynn M.<br>105 F Street N.E.<br>Ephrata          WA 98823 | Unknown |
| 001533178 | |
| Smith, Mabry B.<br>7513 Cresview Ln.<br>Dora             AL 35062 | Unknown |
| 000132593 | |
| Smith, Macie A.<br>1010 South West E Avenue<br>Lawton           OK 73501 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001600716 | |
| Smith, Madeline W. 8315 Mossy Creek Dr Germantown     TN 38138 | Unknown |
| 001489285 | |
| Smith, Mariann M. 1300 S. W. 82Nd Terrace Plantation     FL 33324 | Unknown |
| 001568613 | |
| Smith, Marilyn A 1301 Casa Verde Corpus Christi     TX 78411 | Unknown |
| 001533809 | |
| Smith, Mark P. 108 Waveland Ave. Waveland     MS 39576 | Unknown |
| 001583625 | |
| Smith, Markham S. 434 Garfield Lafayette     LA 70501 | Unknown |
| 001544184 | |
| Smith, Marsha P. 3269 Montgomery Drive Gainesville     GA 30405 | Unknown |
| 000161790 | |
| Smith, Mary 1320 W. 3rd St. Colby     KS 67701 | Unknown |
| 000156604 | |
| Smith, Mary K. 20425 Rabbit Ridge McCalla     AL 35111 | Unknown |
| 001581320 | |
| Smith, Mary Kay 2917 Hillcrest Drive Irving     TX 75062 | Unknown |

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001528984 | |
| Smith, MaryAlice<br>814 S. 34th Ave.<br>Hattiesburg          MS 39402 | Unknown |
| 001565840 | |
| Smith, Maureen S.<br>5126 Chardonnay Dr<br>Coral Springs        FL 33067 | Unknown |
| 001600967 | |
| Smith, Michael R.<br>1869 Parkwood Dr.<br>Tupelo               MS 38801 | Unknown |
| 001472211 | |
| Smith, Michelle M.<br>Hc 72 Box 7190<br>Malta                MT 59538 | Unknown |
| 001532132 | |
| Smith, Mike S. and Kerrie<br>155 E. Kellogg St<br>Bellingham           WA 98226 | Unknown |
| 001613604 | |
| Smith, Mindy<br>1806 Shirley Drive<br>Missoula             MT 59804 | Unknown |
| 001481123 | |
| Smith, Molly A.<br>110 Fifth Ave<br>Hubbard              OH 44425 | Unknown |
| 001540590 | |
| Smith, Monica S.<br>20320 W. 83rd Street<br>Lenexa               KS 66220 | Unknown |
| 001603486 | |
| Smith, Nancy M.<br>7501 Royal Troon Drive<br>Ft. Worth            TX 76179 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE            Page: 1343
                        Unsecured Creditors -- Sales Representatives

Creditors Names and                         Total Amt
Mailing Address/ Zip Code                    of Claim


000132653


Smith, Nena J.                               Unknown
1041 Grove St
Wesson          MS 39191
--------------------------------------------------------------------------------

001605298


Smith, Paul D.                               Unknown
240 Lincoln
Bossier City    LA 71111
--------------------------------------------------------------------------------

001546139


Smith, Peggy B.                              Unknown
303 S Belair Rd.
Martinez        GA 30907
--------------------------------------------------------------------------------

001529470


Smith, Phil                                  Unknown
4818 Wooldridge
Corpus Christi  TX 78413
--------------------------------------------------------------------------------

001572355


Smith, Randy                                 Unknown
9215 Dirby
Houston         TX 77075
--------------------------------------------------------------------------------

001532250


Smith, Renee C.                              Unknown
103 Inwood Circle
Kilgore         TX 75662
--------------------------------------------------------------------------------

000153763


Smith, Renee N.                              Unknown
1545 New Petersburg Rd
Lincolnton      GA 30817
--------------------------------------------------------------------------------

000104915


Smith, Richard B.                            Unknown
2416 Cyress Street
Greensboro      NC 27405
--------------------------------------------------------------------------------

001606504


Smith, Robert J.                             Unknown
923 S Easy Street
Rockaway Beach  OR 97136
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE         Page 1344
                            Unsecured Creditors -- Sales Representatives

        Creditors Names and                   Total Amt
        Mailing Address/ Zip Code             of Claim

        000107350

        Smith, Rodrick V.                      Unknown
        1309 Debbie Circle
        Kannapolis          NC 28083
---------------------------------------------------------------------------------
        000115192

        Smith, Roger H.                        Unknown
        Unit #2604 Little River Inn
        Little River        SC 29566
---------------------------------------------------------------------------------
        001536979

        Smith, Roger J.                        Unknown
        6335 Palo Pinto Ave.
        Dallas              TX 75214
---------------------------------------------------------------------------------
        001561018

        Smith, Rory S.                         Unknown
        1608 Country Haven Trail
        Mt. Juliet          TN 37122
---------------------------------------------------------------------------------
        000111304

        Smith, Ryan E.                         Unknown
        2435 E North St, Ste 292
        Greenville          SC 29615
---------------------------------------------------------------------------------
        001601560

        Smith, Sandra D. *                     Unknown
        Rt. 6, Box 250
        Livinston           TX 77351
---------------------------------------------------------------------------------
        001502181

        Smith, Shawn                           Unknown
        1241 Mustang
        Helena              MT 59602
---------------------------------------------------------------------------------
        001584198

        Smith, Stephen E.                      Unknown
        634 Clevelandd
        Baxter Springs      KS 66713
---------------------------------------------------------------------------------
        001608606

        Smith, Steve                           Unknown
        2934 Cypress Suite 9
        West Monroe         LA 71291
---------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 1345
                          Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000141246 | |
| Smith, Steven G.<br>9086 Redbud St.<br>Baton Rouge     LA 70815 | Unknown |
| 001570607 | |
| Smith, Stuart L.<br>756 Juniper Lane<br>Lewisville     TX 75067 | Unknown |
| 001599589 | |
| Smith, Susan D.<br>520 E 770 N<br>Alpine     UT 84004 | Unknown |
| 001591118 | |
| Smith, Susan J.<br>1147 Cr F<br>Emporia     KS 66801 | Unknown |
| 001561641 | |
| Smith, Tammy R.<br>3421 S. Fairbanks<br>Tucson     AZ 85730 | Unknown |
| 001473545 | |
| Smith, Tena D.<br>301 Stewart Road<br>Oneonta     AL 35121 | Unknown |
| 000124704 | |
| Smith, Thomas M.<br>7911 Fm429<br>Kaufman     TX 75142 | Unknown |
| 001509023 | |
| Smith, Timothy C.<br>744 East 750 North # 5<br>Provo     UT 84606 | Unknown |
| 001573760 | |
| Smith, Troy W.<br>8381 Centerlake Road<br>Nineveh     IN 46164 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE           Page: 1346
                                Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 000157217 | |
| Smith, Vicki F.<br>302 Fifth Ave.<br>Manchester          GA 31816 | Unknown |
| 001571221 | |
| Smith, Virgil<br>P.O. Box 328<br>Jena                LA 71342 | Unknown |
| 001556741 | |
| Smith, Wanli<br>215-67 Spencer Ave.<br>Queens Village      NY 11427 | Unknown |
| 000155148 | |
| Smith, Wayne<br>1148 Millis Downs Nc Hwy 62 W<br>High Point          NC 27263 | Unknown |
| 001493616 | |
| Smith, Wayne L.<br>1621 West Rose<br>Lincoln            NE 68522 | Unknown |
| 001587855 | |
| Smith, William C.<br>4414 Jan Cooley Drive<br>Panama City        FL 32408 | Unknown |
| 001539738 | |
| Smith, William D.<br>14719 barryknoll<br>Houston            TX 77079 | Unknown |
| 001548464 | |
| Smith, William E.E.<br>General Delivery<br>La Conner          WA 98257 | Unknown |
| 001559643 | |
| Smith, Wilma S.<br>4443 Old Baywood Road<br>Galax              VA 24333 | Unknown |

Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001555457


Smithwick, Connie S.                     Unknown
503 Gold Cup Road
Hampton          VA 23666
----------------------------------------------------------------------------

000110470


Smoak, Ann M.                            Unknown
927 Portabella Lane
Charleston        SC 29412
----------------------------------------------------------------------------

001606328


Smythe, John T                           Unknown
352 S 1st Ave #200A
Walla Walla       WA 99362
----------------------------------------------------------------------------

001609822


Snavely, Lyle                            Unknown
7452 St. 314
Mansfield         OH 44904
----------------------------------------------------------------------------

001608818


Sneed, Johnie K.                         Unknown
3461 Whitney Way
Hurst             TX 76054
----------------------------------------------------------------------------

001501399


Snell, Connie A.                         Unknown
9605 Southward Cove
Austin            TX 78733
----------------------------------------------------------------------------

001580119


Snell, Robert S.                         Unknown
3126 B S. Fletcher
Fernandina        FL 32034
----------------------------------------------------------------------------

000104969


Snider, Amanda L.                        Unknown
P.O. Box 1256
Denton            NC 27239
----------------------------------------------------------------------------

001552198


Snider, Pamela S.                        Unknown
830 Gore Rd.
Lawerenceburg     TN 38464
----------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE           Page: 1348
                     Unsecured Creditors -- Sales Representatives

Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001567358


Snider, Tonya M.                         Unknown
6963 Noon Rd.
Everson          WA 98247
---------------------------------------------------------------------------
001579805


Snook, Majorie J.                        Unknown
1555 Crest Haven Dr.
Missoula         MT 59802
---------------------------------------------------------------------------
001604210


Snoozy-Kaitfors Lezlie A                 Unknown
1112 East Ave B
Bismark          ND 58501
---------------------------------------------------------------------------
001580821


Snow, Jerry                              Unknown
Route 3 Box 948
Nocona           TX 76255
---------------------------------------------------------------------------
001474630


Snow, Melissa L.                         Unknown
835 Gibson Road
Mebane           NC 27302
---------------------------------------------------------------------------
001540497


Snow, Robert E.                          Unknown
2321 Hwy 155
Palestine        TX 75801
---------------------------------------------------------------------------
000130822


Snyder, Donald R.                        Unknown
P.O. Box 276
Clear Lake       WA 98235
---------------------------------------------------------------------------
001549289


Snyder, Gayle A.                         Unknown
701 Rocklyn Ave.
Lewistown        MT 59457
---------------------------------------------------------------------------
000121597


Snyder, Jerry N.                         Unknown
7213 Winston Way
Okla City        OK 73139
---------------------------------------------------------------------------

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE          Page: 1349
                    Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001558411 | |
| Snyder, Jo A.<br>1101 Delta<br>Corpus Christi    TX 78412 | Unknown |
| 001567622 | |
| Snyder, Joshua T.<br>1107 W. Elm<br>Dodge City    KS 67801 | Unknown |
| 000135646 | |
| Snyder, Lowell<br>R.R.1 Box 4<br>Morrill    KS 66515 | Unknown |
| 000145430 | |
| Snyder, Sean<br>1770 Ewer Dr.<br>San Jose    CA 95124 | Unknown |
| 001614412 | |
| Snyder, Tina M.<br>585 25 1/2 Road #154<br>Grand Junction    CO 81505 | Unknown |
| 000148408 | |
| Sobel, Barry G<br>1243 Parkwood Chase<br>Acworth    GA 30102 | Unknown |
| 001573336 | |
| Sohal, Gobinder K.<br>24010 137 Avenue S.E. Kent<br>Kent    WA 98042 | Unknown |
| 001542628 | |
| Soileau Jr., Ike J.<br>721 Deerfield Rd.<br>Gretna    LA 70056 | Unknown |
| 001557927 | |
| Sokoloski, Deborah<br>2202 Atchison Dr.<br>Laurel    MT 59044 | Unknown |

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE      Page: 7350
                          Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001564966 | |
| Solano, Elva M.<br>2301 Orbit Ave<br>Corpus Christi    TX 78409 | Unknown |
| 001596914 | |
| Solano, Frieda L.<br>Po Box 132<br>San Ysidro    NM 87053 | Unknown |
| 000125203 | |
| Solberg, Barbara C.<br>Rt. 1 Box 124<br>Hartland    MN 56042 | Unknown |
| 001499741 | |
| Solberg, Betty L.<br>Box 354<br>Big Sandy    MT 59520 | Unknown |
| 001459758 | |
| Solberg, Cyndi<br>115 Fuhrman Rd.<br>Larslan    MT 59244 | Unknown |
| 001459935 | |
| Solberg, Derek R.<br>115 Fuhrman Rd.<br>Larslan    MT 59244 | Unknown |
| 001566210 | |
| Solberg, Melanie K.<br>445 Liberty St.<br>Shelby    MT 59474 | Unknown |
| 000162985 | |
| Solis, Annie M.<br>448 Leon Dr<br>Waco    TX 76705 | Unknown |
| 000124709 | |
| Solomon Jr., William R.<br>152 So. Highway 1389<br>Combine    TX 75159 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE              Page: 1351
                        Unsecured Creditors -- Sales Representatives

        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001561025


        Solomon, Allen L.                        Unknown
        2009 Avenue B
        Grand Prairie      TX 75051
------------------------------------------------------------------------------------

        000124433


        Solomon, Christin R.                     Unknown
        152 S. Hwy 1389
        Seagovill          TX 75159
------------------------------------------------------------------------------------

        001480058


        Solomon, Gloria U.                       Unknown
        7308 Williamswood Drive
        Dallas,            TX 75252
------------------------------------------------------------------------------------

        000133156


        Solomon, Isaac                           Unknown
        12027 Fairbury
        Houston            TX 77089
------------------------------------------------------------------------------------

        001606631


        Solomon, Jacqueline T                    Unknown
        1538 HaLVERSTICK RD
        Lynden             WA 98264
------------------------------------------------------------------------------------

        001511447


        Solomon, Jill B.                         Unknown
        521 Derby Drive
        Altamonte          FL 32714
------------------------------------------------------------------------------------

        001581094


        Sommer, Marcia A.                        Unknown
        713 Jefferson
        Joplin             MO 64804
------------------------------------------------------------------------------------

        001607397


        Sommers, Bernadette                      Unknown
        2624 Ne 26Th Street
        Lighthuse Point    FL 33064
------------------------------------------------------------------------------------

        001607735


        Son, Mary Ann M.                         Unknown
        3458 17th AVENUE NORTH
        St Petersburg      FL 33713
------------------------------------------------------------------------------------

INTERNATIONAL HERITAGE         Page: 1352
                          Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001543532


        Song, Dawei                             Unknown
        9220 Bellwood #348B
        Houston          TX 77036
------------------------------------------------------------------------------
        001538200


        Song, Lily                              Unknown
        7   Tewksbury   St.
        Andover          MA 01810
------------------------------------------------------------------------------
        001568482


        Song, Wenfei                            Unknown
        7254 Crown West
        Houston          TX 77072
------------------------------------------------------------------------------
        001589148


        Song, Zhi Jun                           Unknown
        518 45Th Street 2Nd Floor
        Brooklyn         NY 11220
------------------------------------------------------------------------------
        001600858


        Sonnenberg, Tamra K                     Unknown
        4821 San Mateo NE Apt # 392
        Albuquerque      NM 87109
------------------------------------------------------------------------------
        001605294


        Sordi, Dorine L.                        Unknown
        229 South Oak St.
        Orange           CA 92866
------------------------------------------------------------------------------
        001547240


        Sorensen, Sheila C.                     Unknown
        8898 Mountain Vista Drive
        West Jordan      UT 84088
------------------------------------------------------------------------------
        001549022


        Soroka, Lisa M.                         Unknown
        233 Jackson St.
        Hubbard          OH 44425
------------------------------------------------------------------------------
        001551958


        Sorrell, Cathy J.                       Unknown
        417 Sharon Rd.
        Pigeon Forge     TN 37863
------------------------------------------------------------------------------
```

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000113529 | |
| Sorrell, Dorothy N.<br>4461 Longview Dr.<br>Columbus    GA 31907 | Unknown |
| 001559972 | |
| Sorrell, Nelson J.<br>1131 S 8Th Ave.<br>Kankakee    IL 60901 | Unknown |
| 000113263 | |
| Sorrell, Tommy W.<br>7520 Pintail Dr.<br>Midland    GA 31820 | Unknown |
| 000112064 | |
| Sorrow, Carolyn B.<br>511 Flatwood Rd.<br>Hodges    SC 29653 | Unknown |
| 001585809 | |
| Sosa, Robert A.<br>11322 S.W. 133 Ct. #3<br>Miami    FL 33186 | Unknown |
| 000156785 | |
| Soto, Alisha S<br>8350 Lawrence Drive<br>Beaumont    TX 77708 | Unknown |
| 001571802 | |
| Soto, Ellen P.<br>2170 Meadowind Lane<br>Marrietta    GA 30062 | Unknown |
| 001590618 | |
| Souers, Randy M<br>2870 Progressive Road<br>Wapato    WA 98951 | Unknown |
| 001573328 | |
| South Ashby<br>5433 E Hartford Ave<br>Scottsdale    AZ 85254 | Unknown |

INTERNATIONAL HERITAGE         Page: 1354
                     Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001540992 | |
| South Star Int'L Inc.<br>57-10 Flushing Ave.<br>Maspeth ,        NY 11378 | Unknown |
| 001542820 | |
| South, Shirley A.<br>1510 W. Ariana St.<br>Lakeland       FL 33803 | Unknown |
| 000104843 | |
| South, Wendy M.<br>2702 New Garden Rd. East<br>Greensboro     NC 27455 | Unknown |
| 001587923 | |
| Southport Animal Hospital<br>1412 S W Market<br>Lees Summit     MO 64081 | Unknown |
| 001529941 | |
| Sovilla, Melisa M.<br>4529 Marshview Dr.<br>Fernandina Beach    FL 32034 | Unknown |
| 001577430 | |
| Sovilla, Robert M.<br>4529 Marshview Dr.<br>Fernandina     FL 32034 | Unknown |
| 001545650 | |
| Sowell, Larquis<br>12542 Twilight Lane<br>Jax          FL 32225 | Unknown |
| 001545170 | |
| Sowers, Heather R<br>Valley View Rd Box 1700<br>Pulaski        PA 16143 | Unknown |
| 001565275 | |
| Sowle, Michael A.<br>1855 N.E. Lot Us Dr. #78<br>Bend        OR 97701 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001479876 | |
| Soyster, Janell M.<br>3308 Preston RD. #350-308<br>Plano          TX 75093 | Unknown |
| 001510284 | |
| Spacek, Mary F.<br>1108 Klare Ave.<br>Rosenberg      TX 77471 | Unknown |
| 001505616 | |
| Spann, James E.<br>#3 Hogan Drive<br>Maumelle       AR 72113 | Unknown |
| 001457157 | |
| Spannagel, John R.<br>1758 Palmcrest Lane<br>Penryn         CA 95663 | Unknown |
| 001608546 | |
| Spannagel, Mark<br>2155 Bucktel Blvd 106B<br>Denver         CO 80210 | Unknown |
| 001525921 | |
| Sparacino, A.J.<br>2178 Quail Oak Dr.<br>Baton Rouge    LA 70808 | Unknown |
| 001551079 | |
| Sparacino, Lorraine M.<br>19712 Hwy 417<br>Lettsworth     LA 70753 | Unknown |
| 001574610 | |
| Sparber, Randy S.<br>8170 Stein Rd.<br>Custer         WA 98240 | Unknown |
| 001565744 | |
| Sparkman Sr., Daniel F.<br>Rt. 2 Box 1220<br>Glen St. Mary  FL 32040 | Unknown |

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE      Page: 1356
                     Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001563422


Sparkman, Donna L.                     Unknown
Rt. 2, Box 40372
Lake City        FL 32024
------------------------------------------------------------------------------

001514921


Sparks, Larry K.                       Unknown
18121 East 8 Mile Rd. Ste. 208
Eastpointe       MI 48021
------------------------------------------------------------------------------

001564805


Sparks, Lori H.                        Unknown
6933 Meadowbriar Ln.
Dallas           TX 75230
------------------------------------------------------------------------------

001559949


Sparks, Shannon E.                     Unknown
13106 Dauphine St.
Austin           TX 78727
------------------------------------------------------------------------------

000148349


Spatafora, Roxanne                     Unknown
331 Etowah Valley Trace
Woodstock        GA 30189
------------------------------------------------------------------------------

001568216


Speach, Teresa M.                      Unknown
942 Karen Drive
Chico            CA 95926
------------------------------------------------------------------------------

001550010


Speak, Jeffrey A.                      Unknown
1118 Woodland Dr.
Webb City        MO 64870
------------------------------------------------------------------------------

001580569


Speaker, Michelle L.                   Unknown
2706 Legacy Point Dr Apt 723
Arlington        TX 76006
------------------------------------------------------------------------------

001584098


Spears, Chris A.                       Unknown
6425 Old 60 Drive
Neosho           MO 64850
------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 1357
                          Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001589981 | |
| Spears, Ralph<br>553 Doral Place<br>Garland       TX 75043 | Unknown |
| 001596451 | |
| Spears, Teresa L.<br>4075 Silver Street<br>Rocklin      CA 95677 | Unknown |
| 001580004 | |
| Specht, Susan A.<br>11723 Cimarec<br>Dallas       TX 75218 | Unknown |
| 001575344 | |
| Speed, Charles J.<br>8393 Drury Lane<br>Germantown    TN 38139 | Unknown |
| 001579272 | |
| Speight, Gary<br>Rt 1 Box 55<br>Homer        LA 71040 | Unknown |
| 001527148 | |
| Speiran, Michael J.<br>1408 Woodmont Drive<br>Allen        TX 75002 | Unknown |
| 001592374 | |
| Spence, Elaine L.<br>37 Indian Creek Dr.<br>Rudolph      OH 43462 | Unknown |
| 001586131 | |
| Spence, Phyllis J.<br>5774 N. River Rd.<br>Pemberville    OH 43450 | Unknown |
| 001590493 | |
| Spence, Susan<br>5826 Dianne St.<br>Shreveport    LA 71119 | Unknown |

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001529028


        Spencer, Amber L.                       Unknown
        219 Shenandoah Drive
        Shenandoah       TX 77380
--------------------------------------------------------------------------------
        001530084


        Spencer, Daniel R.                      Unknown
        219 Shenandoah Drive
        Shenandoah       TX 77380
--------------------------------------------------------------------------------
        001563213


        Sperduti, Max                           Unknown
        10120 Boca Entrada Blvd #308
        Boca Raton       FL 33428
--------------------------------------------------------------------------------
        000159580


        Spickers, Beverly C.                    Unknown
        2404 Carambola Lane
        St. James City   FL 33956
--------------------------------------------------------------------------------
        001581078


        Spiel, Paul L.                          Unknown
        5507 W. 6th Ave.
        Kennewick        WA 99336
--------------------------------------------------------------------------------
        001579138


        Spiel, Sylvia A                         Unknown
        5507 W 6th AVE
        Kennewick        WA 99336
--------------------------------------------------------------------------------
        001586725


        Spiller, William M.                     Unknown
        804 Austin Avenue
        Sheffield        AL 35660
--------------------------------------------------------------------------------
        001508528


        Spillman, Beverly A.                    Unknown
        1415 Garfield
        Wichita Falls    TX 76309
--------------------------------------------------------------------------------
        001584199


        Spillmon, Eric B.                       Unknown
        414 Westwood Drive
        Mandeville       LA 70471
--------------------------------------------------------------------------------
```

                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code             of Claim


        001528813


        Spinelli, Betta                       Unknown
        1740 C Lakeview
        Mt. Vernon        WA 98274
---------------------------------------------------------------------------------
        001540803


        Spirito, Dominic S.                   Unknown
        1116 Kesser Dr
        Plano             TX 75025
---------------------------------------------------------------------------------
        001517550


        Spittler, Phyllis                     Unknown
        8102 Cadawac
        Houston           TX 77074
---------------------------------------------------------------------------------
        001614775


        Spitzer, Judith A.                    Unknown
        1209 15Th Ave Sw
        Minot             ND 58701
---------------------------------------------------------------------------------
        001561291


        Spiva, Judy B.                        Unknown
        7631 La Risa
        Dallas            TX 75248
---------------------------------------------------------------------------------
        001570389


        Spivey, Gary                          Unknown
        5317 Stousland
        College Station   TX 77845
---------------------------------------------------------------------------------
        001586254


        Spivey, Patsy A.                      Unknown
        20929 Co Rd 124
        Iola              TX  77861
---------------------------------------------------------------------------------
        001594799


        Spivey, Ronnie D                      Unknown
        3603 Cedar Oak Circle
        Bryan             TX 77802
---------------------------------------------------------------------------------
        001564308


        Splittgerber, James H.                Unknown
        22101 Timberline Way
        Lake Forest       CA 92630
---------------------------------------------------------------------------------
```

```
      Creditors Names and               Total Amt
      Mailing Address/ Zip Code         of Claim


      001572728


      Sponaugle, Ryan C.                Unknown
      160 Sheffield Cr.
      Palm Harbor        FL 34683
------------------------------------------------------------------------------------
      000106170


      Spoon, Joe F.                     Unknown
      2124 Cresent Dr.
      Graham             NC 27253
------------------------------------------------------------------------------------
      001558785


      Spooner, Linda M.                 Unknown
      1106 N. Francis
      Carlsbad           NM 88220
------------------------------------------------------------------------------------
      001595496


      Spor, Louis E                     Unknown
      12499 Iris Rd
      Neosho             MO 64850
------------------------------------------------------------------------------------
      000157741


      Sprain, Anna                      Unknown
      4701 Sully Circle
      Knoxville          TN 37921
------------------------------------------------------------------------------------
      001537118


      Spratt, Jay M.                    Unknown
      9991 Coca Street
      Alta Loma          CA 91737
------------------------------------------------------------------------------------
      001596258


      Springer, Ann                     Unknown
      6713 Westover Dr
      Granbury           TX 76049
------------------------------------------------------------------------------------
      001535217


      Springer, Kevin N.                Unknown
      72925 Clay Court
      Palm Desert        CA 92260
------------------------------------------------------------------------------------
      001538257


      Springer, Marcia S.               Unknown
      2720 R. Ave.
      Anacortes          WA 98221
------------------------------------------------------------------------------------
```

JCH7CLAIM2·98/12/07               INTERNATIONAL HERITAGE        Page: 1361
                      Unsecured Creditors -- Sales Representatives


        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code             of Claim


        001585483


        Springer, Sidney J.                   Unknown
        416 Crestlawn Dr.
        Lafayette        LA 70503
--------------------------------------------------------------------------------
        001577278


        Sproles, Mike D.                       Unknown
        422 Queen Anne Court
        Pineyflats       TN 37686
--------------------------------------------------------------------------------
        001556184


        Sprott, Dana W.                        Unknown
        2215 Redwood Drive
        Kemah            TX 77573
--------------------------------------------------------------------------------
        001551681


        Sprouse, Madelon                       Unknown
        6500 Beach Blvd
        Jacksonville     FL 32216
--------------------------------------------------------------------------------
        001600274


        Spurlock, Linda                        Unknown
        320 North Birch Street
        Springtown       TX 76082
--------------------------------------------------------------------------------
        000119375


        Spurlock, Mary E.                      Unknown
        Rt. 3 Box 255
        Downsville       LA 71234
--------------------------------------------------------------------------------
        001570265


        Spurlock, Todd J.                      Unknown
        1844 Sugar Creek Rd
        Arcadia          LA 71001
--------------------------------------------------------------------------------
        001461939


        Squibb, Bradley S.                     Unknown
        105 Brentwood Drive
        Oak Ridge        TN 37830
--------------------------------------------------------------------------------
        001490689


        Squibb, Joyce M                        Unknown
        144 Squibb Circle
        Jonesborough     TN 37659
--------------------------------------------------------------------------------

Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001536115


Squires, Deirdre G.                      Unknown
43 Stocker Dr.
Charleston        SC 29407
--------------------------------------------------------------------------

001554630


Squires, Gerald L.                       Unknown
205 Irene
Salina            KS 67401
--------------------------------------------------------------------------

001478793


Squyres, Jerry W.                        Unknown
4215 Sha Circle
Pasadena          TX 77504
--------------------------------------------------------------------------

000131266


St Pierre, Paul J.                       Unknown
8418 Harborview Road
Blaine            WA 98230
--------------------------------------------------------------------------

001542212


St. Charles Investment, Inc.             Unknown
334 East Lala Rd.
Palm Harbor       FL 34685
--------------------------------------------------------------------------

000141636


St. Clair, Michael A.                    Unknown
4612 Gleneagle
Mesquite          TX 75150
--------------------------------------------------------------------------

001541983


St. John, Alisa M.                       Unknown
765 Juniper Lane
Lewisville        TX 75067
--------------------------------------------------------------------------

001517797


St. John, Milt W.                        Unknown
10416 Eagan Drive
Whittier          CA 90604
--------------------------------------------------------------------------

001563430


St. John, Sherri J.                      Unknown
4030 Honeysuckle Road
Gainesville       GA 30506
--------------------------------------------------------------------------

```
        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001539486


        Staab, Curt                             Unknown
        1010 Reservation Road
        Hays            KS 67601
--------------------------------------------------------------------------------
        000127277


        Staab, Janel M.                         Unknown
        2428 Toulon Ave.
        Hays            KS 67601
--------------------------------------------------------------------------------
        000130046
        .

        Staab, Kathleen A.                      Unknown
        2049 280th Avenue
        Hays            KS 67601
--------------------------------------------------------------------------------
        000126587


        Staab, Randolph D.                      Unknown
        1912 Holmes Road
        Hays            KS 67601
--------------------------------------------------------------------------------
        001552093


        Stachofsky, Scott J.                    Unknown
        6102 West Lonewolf Court
        Spokane         WA 99208
--------------------------------------------------------------------------------
        001581224


        Staebell, Joseph W.                     Unknown
        703Enst. Thurston
        Spokane         WA 99203
--------------------------------------------------------------------------------
        001582117


        Staebell, Steven J.                     Unknown
        E 703 Thurston
        Spokane         WA 99203
--------------------------------------------------------------------------------
        000113470


        Stafford, Jack D.                       Unknown
        5826 North Cove Road
        Gainesville     GA 30504
--------------------------------------------------------------------------------
        000113323


        Stafford, William A.                    Unknown
        2306 Moccasin Creek Road
        Clarkesville    GA 30523
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001599399


Staggs, Gary K.                         Unknown
207 Briarfork Drive
Huntsville        AL 35811
-----------------------------------------------------------------------------------

001595007


Staggs, James T.                        Unknown
7958 Middle Butler Rd
Iron City         TN 38463
-----------------------------------------------------------------------------------

000117151


Staggs, Sonja A.                        Unknown
207 Briarfork Dr.
Huntsville        AL 35811
-----------------------------------------------------------------------------------

000129259


Stahl, Carl L.                          Unknown
Stahl Road #1
Saco              MT 59261
-----------------------------------------------------------------------------------

001609614


Stahl, Clifford J                       Unknown
Rt 1 Box 132H
La Cygne          KS 66040
-----------------------------------------------------------------------------------

001572128


Stahl, Debra M.                         Unknown
5103 Sherman Wood Dr.
Brimfield         OH 44240
-----------------------------------------------------------------------------------

000129264


Stahl, Irvin N.                         Unknown
Hcr 272 3057
Glasgow           MT 59230
-----------------------------------------------------------------------------------

000129167


Stahl, Natalie L.                       Unknown
P.O. Box 1396
Malta             MT 59538
-----------------------------------------------------------------------------------

001608959


Stahl, Paula C.                         Unknown
111 Oakwood Dr.
Springfield       GA 31329
-----------------------------------------------------------------------------------
```

```
     Creditors Names and                  Total Amt
     Mailing Address/ Zip Code            of Claim


     001570091


     Stahl, Richard S.                     Unknown
     Rock Street #202
     Opheim          MT 59250
--------------------------------------------------------------------
     001606783


     Staley, Jerry D.                      Unknown
     4805 Woodcock Drive
     Greensboro      NC 27406
--------------------------------------------------------------------
     001535340


     Staley, Michelle L.                   Unknown
     6403 SO. 12th ST. #1902
     Tacoma          WA 98465
--------------------------------------------------------------------
     001523349


     Staley, Wanda K.                      Unknown
     406 W. 2Nd
     Ritzville       WA 99169
--------------------------------------------------------------------
     001534026


     Stambaugh, Dwayne E. (B.J.)           Unknown
     6008 E. 126Th St. #205
     Grandview       MO 64030
--------------------------------------------------------------------
     000144384


     Stamer, William H.                    Unknown
     8504 Bromley Rd.
     Hillsborough    NC 27278
--------------------------------------------------------------------
     001567285


     Stamey, Robert H.                     Unknown
     8518 Highland Glen Cir.S
     Cordova         TN 38018
--------------------------------------------------------------------
     001577984


     Stamitoles, Charles E                 Unknown
     1821 Hillandale Rd
     Durham          NC 27705
--------------------------------------------------------------------
     001578612


     Stamitoles, Nicky B.                  Unknown
     3671 McCLELLAN RD.
     Pensacola       FL 32503
--------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001457937

Stamps, Barbara M                          Unknown
3801 Red Bud Lane
Harvey          LA 70058
--------------------------------------------------------------------------------

001526213

Stamps, Charles G.                         Unknown
609 76Th Street
Tuscaloosa      AL 35405
--------------------------------------------------------------------------------

000117110

Stancil, Rebecca J.                        Unknown
1616 8Th Street S.W.
Decatur         AL 35601
--------------------------------------------------------------------------------

001612044

Standaert, Carol S.                        Unknown
P.O. Box 1144
Homer           AK 99603
--------------------------------------------------------------------------------

001559367

Standerfer, Frances K.                     Unknown
5115 300th St. N.W.
Stanwood        WA 98292
--------------------------------------------------------------------------------

001595255

Stanfield, Jerry W.                        Unknown
222 P.R. 1543
Bridgeport      TX 76426
--------------------------------------------------------------------------------

001587459

Stangeland, Milo                           Unknown
North Garden Terrace
Brockton        MT 59213
--------------------------------------------------------------------------------

001586169

Stangeland, Tammy L.                       Unknown
Box 232 HC67, Hwy. 438
Nashua          MT 59248
--------------------------------------------------------------------------------

001539589

Stanke, Jason M.                           Unknown
1101 Traweek
Houston         TX 77055
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001552611


Stanley Claudia A.                      Unknown
203 Dolphin Estates Court
Destin          FL 32541
---------------------------------------------------------------------
001475581


Stanley, Irene                          Unknown
3805 Houma Blvd C120
Metairie        LA 70006
---------------------------------------------------------------------
001474646


Stanley, James K.                       Unknown
1200 Eastview Avenue
Gadsden         AL 35903
---------------------------------------------------------------------
000139202


Stanley, Joyce C.                       Unknown
PO Box 347
League City     TX 77574
---------------------------------------------------------------------
001599758


Stanley, Linda Rose                     Unknown
6488 Berry Pond Way
Canal Winchester   OH 43110
---------------------------------------------------------------------
001584487


Stanley, Ronald G                       Unknown
517 Davis Lake Rd
Morton          WA 98356
---------------------------------------------------------------------
001571041


Staples, Benijamin S.                   Unknown
125 Executive Point Blvd
Columbia        SC 29210
---------------------------------------------------------------------
000127221


Stapp, Marcia R.                        Unknown
109 Verna Dr.
Holcomb         KS 67851
---------------------------------------------------------------------
001609604


Starcevic, Jerry M                      Unknown
3119 95Th Dr  S E
Everett         WA 98205
---------------------------------------------------------------------
```

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


000104153


Stark, Adele M.                          Unknown
552 Washington Park
Norfolk         VA 23517
-------------------------------------------------------------------
001589104


Stark, Barbara J.                        Unknown
1740 Manor Lane
Plano           TX 75093
-------------------------------------------------------------------
001511279


Stark, Erik R.                           Unknown
4500 Early Morn Dr.
Plano           TX 75093
-------------------------------------------------------------------
000124912


Stark, Kathy L.                          Unknown
4405 Hillbrook
Orange          TX 77632
-------------------------------------------------------------------
001500263


Stark, Lori M.                           Unknown
8401 Blue Island Ave.
Las Vegas       NV 89129
-------------------------------------------------------------------
001589139


Stark, Stephen D.                        Unknown
1740 Manor Lane
Plano           TX 75093
-------------------------------------------------------------------
001592800


Stark, Stuart M                          Unknown
1185 London Circle Lane #305
Fenton          MO 63026
-------------------------------------------------------------------
001516815


Stark, Verla L.                          Unknown
8401 Blue Island Avenue
Las Vegas       NV 89129
-------------------------------------------------------------------
001577466


Starkenburg, Shelby L.                   Unknown
1573 E. Badger Rd.
Everson         WA 98247
-------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


Creditors Names and                          Total Amt
Mailing Address/ Zip Code                     of Claim


001594801


Starlight International                       Unknown
3319 East University Dr.#121
Mesa              AZ 85213
--------------------------------------------------------------------------------

000158722


Starnes, W. E. "Bull"                         Unknown
2436 E. Greenwood
Springfield       MO 65804
--------------------------------------------------------------------------------

001555674


Starratt, Lillian M.                          Unknown
30 Connell Ave
Brockton          MA 02402
--------------------------------------------------------------------------------

001569638


Starrs, Ken J.                                Unknown
2409 Windsong
Corpus Christi    TX 78414
--------------------------------------------------------------------------------

001588344


Stasney, Peter G                              Unknown
1576 Laura St.
Springfield       OR 97477
--------------------------------------------------------------------------------

001547059


Staten, Sheri                                 Unknown
16415 Ashbourne
Dallas            TX 75248
--------------------------------------------------------------------------------

001462075


Statler, Robert M.                            Unknown
121 Hawksworth Rd.
Greensburg        PA 15601
--------------------------------------------------------------------------------

001576333


Statzer, Jan L                                Unknown
1208 Mason Circle
Urbana            IL 61802
--------------------------------------------------------------------------------

001555365


Stauffer, Robert L.                           Unknown
1217 Woodland
Emporia           KS 66801
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE         Page 1370
                         Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001496447


        Stayton, Delores J.                      Unknown
        4903 Kitty
        Wichita Falls     TX 76310
-------------------------------------------------------------------------------
        001563093


        Stearns, Dorothy C.                      Unknown
        9912 Netherton Dr.
        Las Vegas         NV 89134
-------------------------------------------------------------------------------
        001476044


        Stearns, William                         Unknown
        1860 Spring Road Ste B.
        Smyrna            GA 30088
-------------------------------------------------------------------------------
        001579165


        Steele Jr., Robert L.                    Unknown
        426-1 2nd St West
        Onalaska          WA 98750
-------------------------------------------------------------------------------
        000128553


        Steele, Larry                            Unknown
        610 E Main
        Sundace           WY 82729
-------------------------------------------------------------------------------
        001493225


        Steele, Lois M.                          Unknown
        204 E. 200 S
        Delta             UT 84624
-------------------------------------------------------------------------------
        001579275


        Steele, Michael S.                       Unknown
        2175 Colorado Gulch Dr.
        Helena            MT 59601
-------------------------------------------------------------------------------
        001513793


        Steele, Teresa Ann                       Unknown
        1165 East Lacontessa
        Salt Lake         UT 84117
-------------------------------------------------------------------------------
        000125928


        Steele, Thomas                           Unknown
        103 N. 1st East
        Malta             MT 59538
-------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
|---|---|
| Mailing Address/ Zip Code | of Claim |

001593741

| Steen, Robert J. | Unknown |
|---|---|
| 152-B Ludlowville Road | |
| Lansing          NY 14882 | |

---

001566352

| Stefaniak, Michael | Unknown |
|---|---|
| 10915 W 103Rd Ct | |
| Westminster      CO 80021 | |

---

001521127

| Stegall, Larry & Gloria | Unknown |
|---|---|
| Rt. 5 Box 198 A4 Way Loop | |
| Farmerville      LA 71241 | |

---

001502723

| Steger, Thomas W. | Unknown |
|---|---|
| 707 S 4Th St. | |
| Louisburg        KS 66053 | |

---

000117715

| Stein, Renee' | Unknown |
|---|---|
| 3375 Avocet Ct. | |
| Norcross         GA 30092 | |

---

000161024

| Stein, Sandra G. | Unknown |
|---|---|
| 1000 Michigan Ave #309 | |
| Miami Beach      FL 33139 | |

---

001577302

| Steinbach, Galen D. | Unknown |
|---|---|
| 3316 Massey Rd. | |
| Everson          WA 98247 | |

---

001574737

| Steinberger, Renee | Unknown |
|---|---|
| 273 North 11th | |
| Forsyth          MT 59327 | |

---

001512630

| Steinmann, Katie O. | Unknown |
|---|---|
| 12123 Overbrook Ln. | |
| Houston          TX 77077 | |

---

Unsecured Creditors -- Sales Representatives


Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


000155695


Steinmatz, Mari C.                     Unknown
Po Box 660
Twin Falls       ID 83303
---------------------------------------------------------------------------

001460604


Steitle, Tami R.                       Unknown
441 Phosphor Avenue
New Orleans      LA 70005
---------------------------------------------------------------------------

001529801


Stellabuto, William J.                 Unknown
775 Andover Circle
Winter Springs   FL 32708
---------------------------------------------------------------------------

001601328


Stelling, Craig                        Unknown
3631 E. Kingston Street
Clinton          WA 98236
---------------------------------------------------------------------------

001539726


Stelly, Carol A.                       Unknown
2512 Brookline Ct. #309
Arlington        TX 76006
---------------------------------------------------------------------------

001506499


Stengel, Mary W.                       Unknown
92 26Th St. Nw
Atlanta          GA 30309
---------------------------------------------------------------------------

001609450


Stensland, Karen F.                    Unknown
310 Reservoir Road
Sequim           WA 98382
---------------------------------------------------------------------------

001484207


Stephen, D. Hopkins                    Unknown
235 Woodcastle Drive
Florence         AL 35630
---------------------------------------------------------------------------

000145543


Stephens, Anita                        Unknown
4855 Winding Rose Drive
Suwanee          GA 30024
---------------------------------------------------------------------------

Creditors Names and                       Total Amt
Mailing Address/ Zip Code                 of Claim


001605905


Stephens, Cathy J.                        Unknown
2411 Inverrary Drive
Baton Rouge        LA 70816
--------------------------------------------------------------------------------

001506636


Stephens, Curtis G.                       Unknown
1260 South Country Club Drive
Colby              KS 67701
--------------------------------------------------------------------------------

001596624


Stephens, Daniel P.                       Unknown
5856 Lupine Way
Salt Lake City     UT 84121
--------------------------------------------------------------------------------

000127925


Stephens, Gregory F.                      Unknown
660 S. Ohio
Salina             KS 67410
--------------------------------------------------------------------------------

001520925


Stephens, Hyacinth P.                     Unknown
35 Park Essex Place
San Jose           CA 95136
--------------------------------------------------------------------------------

000130074


Stephens, Joanne                          Unknown
1075 W. 7Th St.
Colby              KS 67701
--------------------------------------------------------------------------------

001608493


Stephens, Lisa A.                         Unknown
5118 Barton Creek
Pasadena           TX 77505
--------------------------------------------------------------------------------

001584629


Stephens, Mike R                          Unknown
918 W Houston
Highlands          TX 77562
--------------------------------------------------------------------------------

001471154


Stephens, Sandra K.                       Unknown
370 Bullion Road
Elko               NV 89801
--------------------------------------------------------------------------------

                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001582989


        Stephens, Sandra P.                    Unknown
        1526 Bosque
        Garland        TX 7540
--------------------------------------------------------------------------------
        001459458


        Stephens, Shirley A.                   Unknown
        5856 Lupine Way
        Salt Lake City    UT 84121
--------------------------------------------------------------------------------
        001480137


        Stephens, Theresa L                    Unknown
        626 Santa Monica Blvd #293
        Santa Monica      CA 90401
--------------------------------------------------------------------------------
        001499596


        Stephenson , Renee K                   Unknown
        1120 S 25Th #60
        Mt Veron SKAGIT    WA 98274
--------------------------------------------------------------------------------
        000157181


        Stephenson, Alvin C.                   Unknown
        4875 Alabama Hwy. 204
        Jacksonville      AL 36265
--------------------------------------------------------------------------------
        000130837


        Stephenson, Jim S.                     Unknown
        13303 E. Mission #226
        Spokane        WA 99216
--------------------------------------------------------------------------------
        001606059


        Stephenson, Marsha L.                  Unknown
        Golden Way R.V. 6441
        Irvine         CA 92620
--------------------------------------------------------------------------------
        001557499


        Stephenson, Ron E.                     Unknown
        2108 N.W. 54Th
        Lawton         OK 73505
--------------------------------------------------------------------------------
        001560354


        Steptoe, Scott                         Unknown
        P.O. Box 115
        Hornebeck      LA 71439
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001614701


Sterling Repair                        Unknown
9097 Home Ave.
Irvington        AL 36544
--------------------------------------------------------------------------------

001557266


Sterling, Patricia D.                  Unknown
9715 Derrik
Houston          TX 77080
--------------------------------------------------------------------------------

001598723


Steve Sever                            Unknown
3420 101 St.
Lubbock          TX 79423
--------------------------------------------------------------------------------

001593534


Stevens, Jane C.                       Unknown
11981 Lasalle Branch
Conroe           TX 77304
--------------------------------------------------------------------------------

001507018


Stevens, Janice L.                     Unknown
1802 Castle Rock
Houston          TX 77090
--------------------------------------------------------------------------------

001557269


Stevens, Ruth B.                       Unknown
2813 Greenbriar
Dickinson        TX 77539
--------------------------------------------------------------------------------

001473141


Stevenson, Deborah S.                  Unknown
1213 Illinois Ave.
St. Charles      IL 60174
--------------------------------------------------------------------------------

001540819


Stevenson, Dorothy J.                  Unknown
6210 Silver Dr.
Pearland         TX 77581
--------------------------------------------------------------------------------

001546937


Stevenson, Perry B.*                   Unknown
6529 Inwood Rd.
Dallas           TX 75209
--------------------------------------------------------------------------------
```

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001591950


Stevenson, Tracy M.                     Unknown
5003 Streamview Court
Woodstock        GA 30189
--------------------------------------------------------------------------------

001488323


Stevenson, Yolanda S.                   Unknown
301 Aston Drive
Richardson       TX 75081
--------------------------------------------------------------------------------

001541153


Stewart, Beverly A.                     Unknown
Rd#1 Box 369
Emporium         PA 15834
--------------------------------------------------------------------------------

001535246


Stewart, Bradley E.                     Unknown
2103 Savanna Ct. S.
League City      TX 77573
--------------------------------------------------------------------------------

000158823


Stewart, David L.                       Unknown
1249 Pinetree Drive
Birmingham       AL 35235
--------------------------------------------------------------------------------

001512930


Stewart, Elmer D.                       Unknown
415 Stonehedge Circle
Glencoe          AL 35905
--------------------------------------------------------------------------------

001575984


Stewart, Janet D.*                      Unknown
1478 Shuksan
Camano Island    WA 98292
--------------------------------------------------------------------------------

001574076


Stewart, Jonathan M                     Unknown
509 E Grubb Dr
Mesquite         TX  75149
--------------------------------------------------------------------------------

001474279


Stewart, Karyn R.                       Unknown
60 Society #D
Charleston       SC 29401
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


000140510


Stewart, Kathryn F.                     Unknown
7721 Meadow Park Dr. #101
Dallas          TX 75230
-------------------------------------------------------------------------------
000142186


Stewart, Lonnie J.                      Unknown
38 Elm Ridge
Mattoon         IL 61938
-------------------------------------------------------------------------------
001493337


Stewart, Lori L.                        Unknown
1808 Coronado Ave.
Emporia         KS 66801
-------------------------------------------------------------------------------
000121140


Stewart, Manzie                         Unknown
1915 Donegal Drive
Alexandria      LA 71303
-------------------------------------------------------------------------------
001575991


Stewart, Margaret A.                    Unknown
1477 Baker Hts Rd
Mount Vernon    WA 98273
-------------------------------------------------------------------------------
001588938


Stewart, Mary E.                        Unknown
1747 Daniel St
Arcadia         LA 71001
-------------------------------------------------------------------------------
001458987


Stewart, Michele C                      Unknown
3107 Rosebriar Dr
Durham          NC 27705
-------------------------------------------------------------------------------
001547018


Stewart, Nicky C.                       Unknown
2808 N.21 Place
Lawton          OK 73505
-------------------------------------------------------------------------------
001565328


Stewart, Paul T.                        Unknown
1426 Nelson
Webb City       MO 64870
-------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001458307


        Stewart, Susan S                        Unknown
        7401 Rader Court
        Climax          NC 27233
------------------------------------------------------------------------
        001584042


        Stibora, Marjorie A.                    Unknown
        420 Tarrow
        College Station    TX 77840
------------------------------------------------------------------------
        001565900


        Stich, Deborah L.                       Unknown
        1407 W. Brooklake Court
        Houston          TX 77077
------------------------------------------------------------------------
        001464530


        Stidham, Betty L                        Unknown
        234 W. Center Street
        Duncanville      TX 75116
------------------------------------------------------------------------
        001597784


        Stigler  Suzanne E.                     Unknown
        16433 N Picatinny Way
        Fountain Hills    AZ 85268
------------------------------------------------------------------------
        001540482


        Stiglich, Barbara H                     Unknown
        1616 Old Lost Mountain Rd
        Powder Springs    GA 30127
------------------------------------------------------------------------
        001549692


        Stiglich, Marie M.                      Unknown
        425 Capitol Lane
        Sanford          FL 32771
------------------------------------------------------------------------
        001541245


        Stiglich, Stephen R.                    Unknown
        6215 Brookhill Cir.
        Orlando          FL 32810
------------------------------------------------------------------------
        000125226


        Stiles, Marlys R.                       Unknown
        Hc72 Box 7010
        Malta            MT 59538
------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


000149571


Still, Jackie K.                         Unknown
1902 Allen St.
Barnwell        SC 29812
------------------------------------------------------------------------------------

001601534


Stillwell, Erma                          Unknown
2809 Cabaniss Rd
Corpus Christ    TX 78415
------------------------------------------------------------------------------------

000147750


Stillwell, Randal W.                     Unknown
6814 Hope Ave.
Lubbock         TX 79424
------------------------------------------------------------------------------------

000147735


Stillwell, Wilma M.                      Unknown
411 2nd PLACE
Abernathy       TX 79311
------------------------------------------------------------------------------------

001557200


Stilwell, Leanne D.                      Unknown
12852 Cr. 351
Terrell         TX 74055
------------------------------------------------------------------------------------

001529320


Stimac, Robert J.                        Unknown
1422 N 82Nd St.
Kansas          KS 66112
------------------------------------------------------------------------------------

000155577


Stine, Troy L.                           Unknown
909 Lilliput Ln.
Sulphur         LA 70663
------------------------------------------------------------------------------------

001562190


Stinemire, Sr. James P.                  Unknown
P.O. Box 796
Goodwater       AL 35072
------------------------------------------------------------------------------------

001602326


Stinson, Holly                           Unknown
5980 Melshire
Dallas          TX 75230
------------------------------------------------------------------------------------
```

                          Unsecured Creditors -- Sales Representatives

        Creditors Names and                       Total Amt
        Mailing Address/ Zip Code                 of Claim


        001565454


        Stitzer, Richard L.                       Unknown
        24095 Ivytree Lane
        Webb City        MO 64870
-----------------------------------------------------------------------------------

        001530254


        Stock, Frederick A.                       Unknown
        3110 S. Olympia
        Kennewick        WA 99337
-----------------------------------------------------------------------------------

        001598347


        Stockton, Fern G.                         Unknown
        321 Market
        Emporia          KS 66801
-----------------------------------------------------------------------------------

        001503252


        Stockton, Freda M.                        Unknown
        Rt. 4 Box 454
        Bowie            TX 76230
-----------------------------------------------------------------------------------

        001533685


        Stoddard, Stephen R.                      Unknown
        205 North  800 East
        Provo            UT 84606
-----------------------------------------------------------------------------------

        001609119


        Stoeckle, Susan K.                        Unknown
        3800 Sherwood Lane #192
        Houston          TX 77092
-----------------------------------------------------------------------------------

        001545835


        Stoffer, Ilean C                          Unknown
        400 West Park Avenue
        Mooresville      NC 28115
-----------------------------------------------------------------------------------

        000108849


        Stogner, Thurmon Lee                      Unknown
        23 Pinestraw Lane
        Manning          SC 29102
-----------------------------------------------------------------------------------

        001579409


        Stoker, Thomas M.                         Unknown
        3237 Riverwood Dr.
        Ft. Worth        TX 76116
-----------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and              Total Amt
Mailing Address/ Zip Code        of Claim


001592464


Stokes, Michele                  Unknown
522 Penbrooke Drive
Penfield        NY 14526
--------------------------------------------------------------------------------
001581393


Stokes, Robert P.                Unknown
33 Pennicott Circle
Penfield        NY 14526
--------------------------------------------------------------------------------
001548578


Stoler, Lisa                     Unknown
6000 Glen Abby Drive
Glen Allen      VA 23060
--------------------------------------------------------------------------------
001604347


Stolper, Peggy E                 Unknown
4725 North Shore Dr
Wichita Falls   TX 76310
--------------------------------------------------------------------------------
001608737


Stoltman, Art E                  Unknown
5983 Vantage Hwy
Ellensburg      WA 98926
--------------------------------------------------------------------------------
001592150


Stolz Dorothy D                  Unknown
902 Lane St
Navasota        TX 77868
--------------------------------------------------------------------------------
001586136


Stolz, Kelli                     Unknown
714 McALPHINE
Navasot         TX 77868
--------------------------------------------------------------------------------
000159429


Stone Jr., Robert C.             Unknown
723 Old Graves Mill Road
Lynchburg       VA 24502
--------------------------------------------------------------------------------
001614694


Stone, Bryan                     Unknown
1314 Adams Lake Blvd.
Atlanta         GA 30339
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


000146043


Stone, Carolene L.                      Unknown
709 W. Cedar
Hurst            TX 76053
--------------------------------------------------------------------------------

001572534


Stone, Inez                             Unknown
1 Grove Isle Ph7
Coconut Grove    FL 33133
--------------------------------------------------------------------------------

001604466


Stone, Kent D.                          Unknown
7108 Judi Court
Dallas           TX 75252
--------------------------------------------------------------------------------

001611737


Stone, Linda D.                         Unknown
P O Box 6534
Gulfport         MS 39506
--------------------------------------------------------------------------------

000153156


Stonecipher, Karl G.                    Unknown
3 Lands End
Greensboro       NC 27408
--------------------------------------------------------------------------------

001515629


Stoner, Julia & Terry                   Unknown
5606 Windmier Cir.
Dallas Collin    TX 75252
--------------------------------------------------------------------------------

001606567


Stonesifer, Marty W.                    Unknown
5703 Moray Ct.
Jacksonville     FL 322772434
--------------------------------------------------------------------------------

001585784


Stonestreet, Joan A.                    Unknown
4247 S. Capistrano Drive
Dallas           TX 75287
--------------------------------------------------------------------------------

001607082


Stonner Jr., Paul A.                    Unknown
850 N Randolph St
Arlington        VA 22203
--------------------------------------------------------------------------------
```

                      Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001589333


        Stonner, Paul A                          Unknown
        8226 N.W. Bradford Court
        Kansas City        MO 64151
------------------------------------------------------------------------------
        001597313


        Storer, Philip                           Unknown
        One White Woods
        Indiana            PA 15701
------------------------------------------------------------------------------
        001477241


        Storer, Samuel C.                        Unknown
        One White'S Woods Trail
        Indiana            PA 15701
------------------------------------------------------------------------------
        001575273


        Storey Jr., Robert T.                    Unknown
        1317 Springview Dr.
        Allen              TX 75002
------------------------------------------------------------------------------
        001577569


        Storey, Keith A.                         Unknown
        2406 South Blvd
        Houston            TX 77098
------------------------------------------------------------------------------
        001543526


        Story, Kevin L.                          Unknown
        566 Cedar Ct.
        Lawrenceburg       TN 38464
------------------------------------------------------------------------------
        001572599


        Story, Steven                            Unknown
        2272 Crosstrail Ridge
        Rock Hill          SC 29732
------------------------------------------------------------------------------
        001610237


        Stotz, Phillip W.                        Unknown
        16281 Road G
        Bryan              OH 43506
------------------------------------------------------------------------------
        001572446


        Stout, Deborah                           Unknown
        9016 Crown Point Circle
        Irving             TX 75063
------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

Creditors Names and                 Total Amt
Mailing Address/ Zip Code            of Claim


001481905


Stout, Lori D                        Unknown
3308 Barnstaple Court
Las Vegas          NV 89129
--------------------------------------------------------------------------------

001582426


Stovall, Billie J.                   Unknown
224 Plantation Drive
Riverdale          GA 30296
--------------------------------------------------------------------------------

001576028


Stracener, Kyle                      Unknown
P O Box 701
Farmerville        LA 71241
--------------------------------------------------------------------------------

001465391


Strader, Judith D.                   Unknown
63447 N.E. Tumalt Rd.
Cascade Locks      OR 97014
--------------------------------------------------------------------------------

001506265


Strahan, Heather R.                  Unknown
4621 Saldana
Fort Worth         TX 76133
--------------------------------------------------------------------------------

001581442


Strandberg, Victoria C.              Unknown
461 Whistle Lake Terrace
Anacortes          WA 98221
--------------------------------------------------------------------------------

001601536


Strang, Dave                         Unknown
12021 West 92nd Street
Lenexa             KS 66215
--------------------------------------------------------------------------------

000131502


Strange, Ingrid                      Unknown
1 Sansbury Castle Plaza
Daleville          AL 36322
--------------------------------------------------------------------------------

001605691


Stratton, Kimberly A                 Unknown
703 N Greenville Ste 100
Allen              TX 75002
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim

001561201

Stravlo, Jouana N                       Unknown
5205 70Th Street
Lubbock          TX 79424
-------------------------------------------------------------------

001535676

Strawn II, William J.                   Unknown
400 Timbercreek Dr. #706
Richwood         TX 77531
-------------------------------------------------------------------

001596067

Streeter, Fred                          Unknown
6575 SE Haynesville
Holt             MO 64048
-------------------------------------------------------------------

001549113

Streib, Larry D.                        Unknown
2900 Twp. Road 136
Edison           OH 43320
-------------------------------------------------------------------

000162931

Stribling, Julia Y.                     Unknown
214 Woodridge Rd.
Edgefield        SC 29824
-------------------------------------------------------------------

001579273

Stribling, Steve H.                     Unknown
211E. Washington
Navasota         TX 77868
-------------------------------------------------------------------

000108071

Strickland, Dolores M.                  Unknown
Rt 1 Box 261A
Ware Shoals      SC 29692
-------------------------------------------------------------------

001460441

Strickland, Jeffery L.                  Unknown
Po Box 555
Hawley           TX 79525
-------------------------------------------------------------------

001583294

Strickland, Jennifer L.                 Unknown
1810 Carolyn Ave.
Denham Springs   LA 70726
-------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE                    Page: 1386

                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                        Total Amt
        Mailing Address/ Zip Code                  of Claim


        001475260


        Strickland, Norma L.                        Unknown
        1500 West College, Box 463
        Jacksboro         TX 76458
--------------------------------------------------------------------------------
        001515813

        :
        Strickland, Phillip & James                 Unknown
        4001 Confederate Pt. Rd.,
        Jacksonville      FL 32210
--------------------------------------------------------------------------------
        001494970


        Strickland, Terri L.                        Unknown
        1500 West College Box 463
        Jacksboro         TX 76458
--------------------------------------------------------------------------------
        001595937


        Strickland-Edun, Mary                       Unknown
        2208 Marbut Farm Trace
        Lithonia          GA 30058
--------------------------------------------------------------------------------
        001575230


        Stricklin, Alan G.                          Unknown
        248 Rainwaters
        Royal             AR 71968
--------------------------------------------------------------------------------
        001574458


        Stringer, Bryan S.                          Unknown
        922 East 11th
        Pittsburg         KS 66762
--------------------------------------------------------------------------------
        001580333


        Stringer, Troy M.                           Unknown
        428 Trudy Drive
        Baton Rouge       LA 70815
--------------------------------------------------------------------------------
        001467244


        Strobel, M. Jane                            Unknown
        Po Box 517
        Richmond          MO 64085
--------------------------------------------------------------------------------
        001598289


        Stroder, Eric                               Unknown
        220 (Bayou Shadows)
        Lafayette         LA 70506
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim

001609041

Strong Scott P                          Unknown
1418 S 204Th
Seatac          WA 98198
-----------------------------------------------------------------------------

001471452

Strong, Ann                             Unknown
13408 West 116 Terrace
Overland Park    KS 66210
-----------------------------------------------------------------------------

001584320

Strong, MichellE M                      Unknown
351 May Street
Bath            NY 14810
-----------------------------------------------------------------------------

001604721

Strosnider, Glenda                      Unknown
219 N. Alvarado
Ojai            CA 93023
-----------------------------------------------------------------------------

001467080

Stroud, Charles L.                      Unknown
6804 Caenen Lake
Shawnee         KS 66216
-----------------------------------------------------------------------------

001463814

Stroud, David C.                        Unknown
6804 Caenen Lake Road
Shawnee         KS 66216
-----------------------------------------------------------------------------

001599544

Strouderd, Tina L.                      Unknown
1019 Rue Bois De Chene
Breaux Bridge    LA 70517
-----------------------------------------------------------------------------

001554080

Stroup, Nancy T.                        Unknown
131 Stone Ridge Drive
Sylacauga       AL 35150
-----------------------------------------------------------------------------

001554199

Stroup, R. Bradley                      Unknown
131 Stone Ridge Drive
Sylacauga       AL 35150
-----------------------------------------------------------------------------

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE        Page: 1388
                    Unsecured Creditors -- Sales Representatives

```
        Creditors Names and              Total Amt
        Mailing Address/ Zip Code        of Claim


        001554197
        ;

        Stroup, Randall T.                Unknown
        131 Stone Ridge Dr.
        Sylacauga        AL 35150
-----------------------------------------------------------------------
        001495610

        Strowd, Debi M.                   Unknown
        1100 East Airport Freeway
        Irving           TX 75062
-----------------------------------------------------------------------
        001544519

        Strub, Roxanne M.                 Unknown
        17301 E. 51st CT.
        Indepence        MO 64055
-----------------------------------------------------------------------
        001607077

        Struemph, David L.                Unknown
        Route 1 Box 29A
        Freeburg         MO 65035
-----------------------------------------------------------------------
        001571863

        Strukel, Warren J.                Unknown
        407 W. Cedar
        Girard           KS 66743
-----------------------------------------------------------------------
        001476141

        Stryker, Gareth L.                Unknown
        3 No. Maple Ave.
        Avoca            NY 14809
-----------------------------------------------------------------------
        001516078

        Stuart, Alicia C.                 Unknown
        2708 Winchester Ct.
        Denton           TX 76201
-----------------------------------------------------------------------
        001455912

        Stuart, Oris R.                   Unknown
        1800 Harris Rd.
        Layerock         PA 19038
-----------------------------------------------------------------------
        000159867

        Stubbs, Arthur B                  Unknown
        1355 S. Edgewater Drive
        Charleston       SC 29407
-----------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001519408 | |
| Stuckey, Debbie J. Route 2, Box 337 Bowie          TX 76230 | Unknown |
| 001524738 | |
| Stucki, Jackie 747 W. 120 N. Blackfoot       ID 83221 | Unknown |
| 001614715 | |
| Studebaker, Mary E. P.O. Box 723 Crosby         ND 58730 | Unknown |
| 001571767 | |
| Studna, Regan H. 802 E. Loula Olathe         KS 66061 | Unknown |
| 001590660 | |
| Stull, Don L. 412 Chesopeian Train Virginia Beach    VA 23452 | Unknown |
| 000148997 | |
| Sturdevant, Merlinda D. Road 1528 Hwy 595 Lindrith       NM 87029 | Unknown |
| 001564280 | |
| Sturevant, Gloria 212 N.W. Briarcliff Rd. Kansas City    MO 64116 | Unknown |
| 000118543 | |
| Sturgell, Monica 4202 Harvest Hill Ct Carrollton      TX 75010 | Unknown |
| 001504233 | |
| Sturkie, James W. 6204 Edmund Hwy. Lexington       SC 29073 | Unknown |

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001533451

Sturm, Laura L.                     Unknown
549 Highway 36 South
Sealy          TX 77474

------------------------------------------------------------

001474557

Stutes, Rex E.                      Unknown
2311 Evangeline Oak Dr
Carlyss        LA 70663

------------------------------------------------------------

001580470

Stutts, N Darlene                   Unknown
327-2 Ive's Dairy Road
Miami          FL 33179

------------------------------------------------------------

001577205

Stuurmans, Cecil E.                 Unknown
370 S. Jacobs Rd.
Coupeville     WA 98239

------------------------------------------------------------

001566649

Styer, Phyllis J.                   Unknown
1815 East Newman Rd
Freeland Island    WA 98249

------------------------------------------------------------

001559417

Su, Feng Hua                        Unknown
1583 Bay Ridge Pkwy.
Brooklyn       NY 11228

------------------------------------------------------------

001549884

Su, Lijing                          Unknown
147-47 Jasmine Ave.
Flushing       NY 11355

------------------------------------------------------------

001575484

Su, Shung Shung                     Unknown
2910 Seriana Place
Union          CA 94587

------------------------------------------------------------

001555747

Suares, Donna M.                    Unknown
321 Northlake Blvd Suite 204
North Palm Beach   FL 33408

------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim

001552178

Suazo, Stephen M.                      Unknown
2525 Rancho Road
Billings        MT 59102
--------------------------------------------------------------------------------
000151565

Suchomel, Kenneth M.                   Unknown
1377 Sunnybrook Drive
Naperville      IL 60540
--------------------------------------------------------------------------------
001571874

Sudano, Nicholas J.                    Unknown
4401 Shallow Ford Rd. #184
Roswell         GA 30075
--------------------------------------------------------------------------------
001539671

Suddeth, Jennifer M.                   Unknown
629 Sheridan
Corpus Christi   TX 78412
--------------------------------------------------------------------------------
001534928

Sudhoff, Jacob M.                      Unknown
7626 Lakebolsena
Corpus Christi   TX 78413
--------------------------------------------------------------------------------
001535603

Sugar Dolls Candies                    Unknown
3945 Veterans Blvd.
Metairie        LA 70002
--------------------------------------------------------------------------------
001584709

Suh, Hai J.                            Unknown
3840 Ingram St.Apt #106
L.A             CA 90005
--------------------------------------------------------------------------------
001588295

Suh, Juliana                           Unknown
4472 Rockland Place
Los Angeles     CA 91011
--------------------------------------------------------------------------------
001569387

Suhu, Albert                           Unknown
141-55 Coolidge Ave
Jamaica         NY 11435
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

000123706

| Suits, Karla R. 404 Clear Springs Mesquite          TX 75150 | Unknown |

001573623

| Sullaway, Shane 4400 Sierra Drive Grand Prairie     TX 75052 | Unknown |

001500998

| Sullins, Tracy 13006 Long Creek Weiner             AR 72479 | Unknown |

001561392

| Sullivan, Alice F. 260 21St Ave Nw Great Falls        MT 59404 | Unknown |

001484080

| Sullivan, Cassandra K 9060 Petrie Rd Bridgeport        NY 13030 | Unknown |

001578551

| Sullivan, Chella F. 1300 Riversound Dr. Merretta          GA 30068 | Unknown |

001576196

| Sullivan, Connie J. 1160 Trailwood Drive Watkinsville      GA 30677 | Unknown |

001471435

| Sullivan, Jennifer H. 11807 Lane View Drive Houston           TX 77070 | Unknown |

001482363

| Sullivan, Jeremy L 9060 Petrie Road Bridgeport        NY 13030 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page: 1393
                            Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim

        001580609


        Sullivan, Jorja Diane                   Unknown
        3035 N.W. 48th Ave.
        Coconut Creek     FL 33063
--------------------------------------------------------------------------------
        001563248


        Sullivan, Michael P.                    Unknown
        166 Althea St.
        W. Springfield    MA 01089
--------------------------------------------------------------------------------
        001589003


        Sullivan, Renee                         Unknown
        945 Clarion Way
        Lawrenceville     GA 30044
--------------------------------------------------------------------------------
        000113268


        Sullivan, Sherry A.                     Unknown
        6555 Bellingham St.
        Navarre           FL 32566
--------------------------------------------------------------------------------
        001520792


        Sullivan, Stella                        Unknown
        1492 Alison Drive
        Gretna            LA 70056
--------------------------------------------------------------------------------
        001582535


        Sullivan, Tara M                        Unknown
        109-B Kim Avenue
        Havelock          NC 28532
--------------------------------------------------------------------------------
        001574744


        Sullivan, Terri A.                      Unknown
        14620 55Th Ave.Ne
        Marysville        WA 98271
--------------------------------------------------------------------------------
        001471949


        Sullivan, Wendy R.                      Unknown
        120 Rucker Road
        Mandeville        LA 70471
--------------------------------------------------------------------------------
        001585488


        Sullwold Aline H.                       Unknown
        251 Dumas Bailey Rd.
        Picayune          MS 39466
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001478496

Sultemeier, Stephanie A.              Unknown
900 Needham Road
Dripping Springs    TX 78620

---

001528595

Summers, Bradley J.                   Unknown
1117 Greenbrier Ct.
Arlington Heights   IL 60004

---

001576991

Summers, Caleb R.                     Unknown
12225 Parkridge
Baton Rouge      LA 70816

---

001470980

Summers, Debra A                      Unknown
1941 S.W. 34Th
Topeka           KS 66611

---

001576993

Summers, Josh R.                      Unknown
12225 Parkridge Avenue
Baton Rouge      LA 70816

---

001456769

Summers, Judy L.                      Unknown
1010 lucille st.
Irving           TX 75060

---

001530902

Summers, Nick                         Unknown
377 Pearl St.
Jackson          OH 45640

---

001575607

Summers, Terry R.                     Unknown
7500 Pecon Grove
Denham Springs   LA 70726

---

001511328

Summit, Mary L.                       Unknown
405 E. Tenneppe
Fletcher         OK 73541

---

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page: 1395
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and              Total Amt
        Mailing Address/ Zip Code        of Claim


        001571376


        Summy, Margaret  A.                 Unknown
        2324 Edwin St.
        Ft. Worth        TX 76110
-----------------------------------------------------------------------------
        001544053


        Sumner, Bob J.                      Unknown
        1018 State
        Emporia          KS 66801
-----------------------------------------------------------------------------
        000109418


        Sumner, Donna C.                    Unknown
        1135 Wellington Drive
        Charleston       SC 29412
-----------------------------------------------------------------------------
        000108685


        Sumner, Douglas D.                  Unknown
        122 RUTLEDGE Ave.
        Charleston       SC 29401
-----------------------------------------------------------------------------
        000110405


        Sumner, Janice R.                   Unknown
        108 Brookside Dr.
        Greenwood        SC 29646
-----------------------------------------------------------------------------
        001592268


        Sumner, Joan F.                     Unknown
        2136 Lindengrove
        Westlake Village CA 91361
-----------------------------------------------------------------------------
        000108483


        Sumner, Lewis T                     Unknown
        3034 Cardinal Drive
        Augusta          GA 30909
-----------------------------------------------------------------------------
        001606950


        Sumner, Sue A                       Unknown
        1018 State
        Emporia          KS 66801
-----------------------------------------------------------------------------
        001590442


        Sun, Jidong                         Unknown
        31-50 138 St.  #5C
        Flushing         NY 11354
-----------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE              Page: 1396
                             Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001574858


        Sun, Lin Ping                            Unknown
        942-29 Queens Blvd. Apt. 18 G
        Regopark          NY 11374
------------------------------------------------------------------------------------
        001481025


        Sun, Lu                                  Unknown
        167 Horizon Drive
        Edison            NJ 08817
------------------------------------------------------------------------------------
        001573175


        Sun, Maggie                              Unknown
        47688 Mardis St #7
        Fremont           CA 94539
------------------------------------------------------------------------------------
        001583877


        Sun, Xiao Juan                           Unknown
        4015 7 Ave Apt#14
        Brooklyn          NY 11232
------------------------------------------------------------------------------------
        001564009


        Sun, Xiao Qun                            Unknown
        61-34 220 Street, 1st FL
        Bayside           NY 11364
------------------------------------------------------------------------------------
        001511285


        Sun, Xiaoyan                             Unknown
        147-37 Roosevelt Apt.#1 G
        Flushing          NY 11354
------------------------------------------------------------------------------------
        001575833


        Sun, Xin Ce                              Unknown
        144-30 Roosevelt Ave  Apt.#111
        Flushing          NY 11354
------------------------------------------------------------------------------------
        001559900


        Sun, Yaopeng                             Unknown
        6200 Ranchester # 152-B
        Houston           TX 77036
------------------------------------------------------------------------------------
        001565433


        Sun, Yun-Chu                             Unknown
        3960 52nd St., Apt. 6E
        Woodside          NY 11377
------------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001559307 | |
| Sun, Zhan Ping<br>142-04 Negundo Ave<br>Flushing         NY 11355 | Unknown |
| 001596939 | |
| Sunday, Cecelia<br>615 S 18Th Ave<br>Yakima          WA 98902 | Unknown |
| 001580655 | |
| Sunde, Connie<br>105 "F" Street N.E.<br>Ephrata         WA 98823 | Unknown |
| 001575634 | |
| Sunderman, Edward E.<br>22500 23 Mile Rd.<br>Macomb Township    MI 48042 | Unknown |
| 001560273 | |
| Sundstrom, Frank J.<br>13815 81St Avenue NE<br>Arlington        WA 98223 | Unknown |
| 001567539 | |
| Sunness, Kristina E.<br>14936 Valerio St.<br>Van Nuys         CA 91405 | Unknown |
| 001541003 | |
| Sunrise International Ljw Inc.<br>3438 Eastlake Rd<br>Palm Harbor      FL 34685 | Unknown |
| 001615354 | |
| Sunshine Ventures, Inc<br>2224 Ascott Valley Trace<br>Duluth          GA 30097 | Unknown |
| 001592136 | |
| Surkamer III, Joe<br>5006 Huntridge Rd<br>Roanoke         VA 24012 | Unknown |

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001522902 | |
| Surkamer, Joan S<br>5006 Huntridge Rd., N.E.<br>Roanoke        VA 24012 | Unknown |
| 001564918 | |
| Sutera, Sherry M.<br>5914 West 76th Terrace<br>Prairie Village    KS 66208 | Unknown |
| 001592900 | |
| Suterland, Scott & Melanie<br>122 Manor Pl.<br>Gardner        KS 66030 | Unknown |
| 001541923 | |
| Sutherland, John G.<br>2932 Villa Dr.<br>Marrero        LA 70072 | Unknown |
| 001489858 | |
| Sutich, Richard M.<br>40 W 983 Line Dr.<br>Elburn        IL 60119 | Unknown |
| 001551946 | |
| Sutphin, Dennis E.<br>State Route 1003 2Nd Avenue<br>Cloverdale      VA 24077 | Unknown |
| 000161963 | |
| Sutton, Debbie A.<br>7612 W. 155Th Street<br>Overland Park    KS 66223 | Unknown |
| 001510214 | |
| Sutton, Elizabeth E.<br>6408 Cape Charles Dr.<br>Raleigh        NC 27613 | Unknown |
| 001608031 | |
| Sutton, Iris<br>5028 Royal Dornock Dr<br>Raleigh        NC 27604 | Unknown |

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE           Page: 2399
                       Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001568334 | |
| Sutton, Lana V.<br>2333 Effingham Way<br>Sun Prairie    WI 53590 | Unknown |
| 000113481 | |
| Sutton, Mark A.<br>2708 Chelton Rd.<br>Jacksonville    FL 32216 | Unknown |
| 001570481 | |
| Sutton, Mike G.<br>2810 S. 79th AVE.<br>Yakima    WA 98903 | Unknown |
| 001577108 | |
| Sutton, Pamela L<br>3310 Orangetree Drive<br>Edgewater    FL 32141 | Unknown |
| 001548947 | |
| Sutton, Ruth<br>2826 Moss Ave.<br>Midland    TX 79705 | Unknown |
| 001595569 | |
| Sutton, Steve D.<br>5024 Cr 476-A<br>Freeport    TX 77541 | Unknown |
| 000116258 | |
| Swack, Gary A.<br>5317 Nome Avenue<br>El Paso    TX 79924 | Unknown |
| 000123474 | |
| Swack, Gary Dale<br>4914 93RD Street<br>Lubbock    TX 79424 | Unknown |
| 000123284 | |
| Swack, James M<br>4702 4Th ST. LOT 19<br>Lubbock    TX 79416 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | | Total Amt of Claim |
|---|---|---|
| 001565313 | | |
| Swager, Shane E.<br>708 S. Roney<br>Carl Junction | MO 64834 | Unknown |
| 001535177 | | |
| Swails, Catherine A.<br>Route 3 Box 1850<br>Stuart | VA 24171 | Unknown |
| 001539799 | | |
| Swain, Deidre A.<br>129 W. Hibbard Rd.<br>Owosso | MI 48867 | Unknown |
| 001584705 | | |
| Swain, Donna M.<br>P.O. Box 2903<br>Grain Valley | MO 64029 | Unknown |
| 001529945 | | |
| Swallow, Raymond & Donna<br>40 B Hatchee Rd.<br>Eglin Afb | FL 32542 | Unknown |
| 001539252 | | |
| Swan, Kevin L.<br>4923 Vista De Oro<br>Los Angeles | CA 90043 | Unknown |
| 001530450 | | |
| Swan, Maxine<br>4923 Vista De Oro Ave.<br>Los Angeles | CA 90043 | Unknown |
| 001553430 | | |
| Swanek, Christina L.<br>P.O. Box 471<br>Americuss | KS 66835 | Unknown |
| 001558402 | | |
| Swaner, Kenna E.<br>1000 Charleston Cir.<br>Roseville | CA 95661 | Unknown |

Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001588687


Swanson, Gary E.                       Unknown
628 East College
Homer           LA 71040
----------------------------------------------------------------------

001591357


Swanson, Norris O.                     Unknown
4451 S. 146Th
Tukwila         WA 98168
----------------------------------------------------------------------

001492936


Swanson, Scott E                       Unknown
8808 West 142 Street
Overland Park    KS 66221
----------------------------------------------------------------------

001603283


Swanson, Thomas A.                     Unknown
318 Camberly Circle
Lafayette       LA 70508
----------------------------------------------------------------------

001588063


Swatski, Vickie L.                     Unknown
772 Quast Ln
Corvallis       MT 59828
----------------------------------------------------------------------

001596226


Swearingen, Perry V                    Unknown
307 Riva Ridge
Wylie           TX 75098
----------------------------------------------------------------------

001512405


Swearingen, Sherry M.                  Unknown
307 Riva Ridge
Wylie           TX 75098
----------------------------------------------------------------------

001568829


Sweeney, Brian R.                      Unknown
1472 Colony Rd.
Bow             WA 98232
----------------------------------------------------------------------

000125193


Sweeney, Frances H.                    Unknown
3110 SW 2nd Ave.
Gainesville     FL 32607
----------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001585893 | |
| Sweeney, Melissa H.<br>5926 La Cumbre<br>Mckinney          TX 75070 | Unknown |
| 001587492 | |
| Sweet, Cinda K.<br>3711 East 13Th Street<br>Joplin          MO 64801 | Unknown |
| 000114057 | |
| Sweet, Joan R.<br>2206 Keith Street<br>Tallahassee          FL 32310 | Unknown |
| 001556807 | |
| Sweet, Mary E<br>1489 N W Lakeside Tr<br>Stuart          FL 34994 | Unknown |
| 001529620 | |
| Sweitzer, Ed. F.<br>1680 East Smith Road<br>Bellingham          WA 98226 | Unknown |
| 001567374 | |
| Sweitzer, Frances L.<br>1051 Piper Rd.<br>Ferndale          WA 98248 | Unknown |
| 001588162 | |
| Swensen, John P.<br>658 north main<br>orem          UT 84057 | Unknown |
| 001563052 | |
| Swenson, Clayton E.<br>208 Mesa Rd.<br>Wichita Falls          TX 76303 | Unknown |
| 001596890 | |
| Swenson, Linda G.<br>770 Oak Haven Dr.<br>Roswell          GA 30075 | Unknown |

Unsecured Creditors -- Sales Representatives

```
    Creditors Names and                    Total Amt
    Mailing Address/ Zip Code              of Claim


    001527302


    Swenson, Nancy L.                       Unknown
    486 Broadway
    Berlin          WI 54923
```
--------------------------------------------------------------------------------
```
    001564921


    Swenson, Paula J.                       Unknown
    106 South Cliff
    Petrolia        TX 76377
```
--------------------------------------------------------------------------------
```
    001590329


    Swenson, Vicki L.                       Unknown
    203 W.Redwood
    Gillete Campbell   WY 82718
```
--------------------------------------------------------------------------------
```
    001544703


    Swetz, Nick                             Unknown
    30 Winter Hazel Ct.
    Rochester       NY 14606
```
--------------------------------------------------------------------------------
```
    001544698


    Swetz, Philip J.                        Unknown
    42 Wetmore Park
    Rochester       NY 14606
```
--------------------------------------------------------------------------------
```
    001592528


    Swift, Claudia                          Unknown
    524 Holly Park Drive
    Fruita          CO 81521
```
--------------------------------------------------------------------------------
```
    001597286


    Swift, Dana                             Unknown
    513 NE 81st Ave.
    Portland        OR 97213
```
--------------------------------------------------------------------------------
```
    001520810


    Swift, Diane L.                         Unknown
    606 W 2Nd
    Ritzville       WA 99169
```
--------------------------------------------------------------------------------
```
    001466918


    Swift, Donna J.                         Unknown
    6 Elizabeth Drive
    Bella Vista     AR 72714
```
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

000161109

Swilling, Thomas R.                    Unknown
912 Prairie Creek Drive
Princeton        TX 75407

---

001567451

Swillum, Jason A.                      Unknown
422 Caledon Court
Greenville       SC 29615

---

001522882

Swim, Darlene R.                       Unknown
4420 McNiel Ave.
Wichita Falls    TX 76308

---

001605431

Swimer, Eugune                         Unknown
Po Box 60504
Ft. Myers        FL 33906

---

001603240

Swindle, Buck                          Unknown
109 Stonewall Dr.
Carrollton       GA 30117

---

001562760

Swinehart, Leland D.                   Unknown
785 W. Appletree Lane
Bartlett         IL 60103

---

001584626

Swinford, Cynthia A.                   Unknown
877 Oakbluff
Lancaster        TX 75146

---

000159535

Swisher, Brian K.                      Unknown
P.O. Box 24
Anchor Pt.       AK 99556

---

000150593

Swisher, Peggy                         Unknown
P.O. Box 510
Anchor Point     AK 99556

---

JCH7CLAIM2 98/12/07             INTERNATIONAL HERITAGE      Page 1,05

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                   Total Amt
Mailing Address/ Zip Code             of Claim


000159359


Swisher, Renee' D                      Unknown
P.O. Box  741
Anchor Point      AK 99556
---------------------------------------------------------------------

001567159


Swope, Dick C.                         Unknown
2923 Orleans
Bellingham        WA 98226
---------------------------------------------------------------------

001608811


Sykes, Dawn L.                         Unknown
4044 Bishop's Bridge
Memphis           TN 38118
---------------------------------------------------------------------

001608400


Sykes, Stephanie M.                    Unknown
4048 Arckelton Drive
Raleigh           NC 27615
---------------------------------------------------------------------

001598559
  .

Sylvia Chauvin                         Unknown
806 Eighth Street
Norco             LA 70079
---------------------------------------------------------------------

001478293


Symon, Sandra                          Unknown
1009 N. Sunset Dr.
Pearland          TX 77581
---------------------------------------------------------------------

000143209


Syne, Hosein A                         Unknown
2801-F Estero Blvd.
Ft. Myers Beach   FL 33931
---------------------------------------------------------------------

001577439


Szczepankowski, Vivian N.              Unknown
3403 Terrace Place
Rocklin           CA 95765
---------------------------------------------------------------------

001556158


Szerzo, Louise E.                      Unknown
3044 Baronne St.
Pensacola         FL 32526
---------------------------------------------------------------------
```

Creditors Names and                        Total Amt
Mailing Address/ Zip Code                  of Claim


001606644


Szu, Chien-Mei Y                           Unknown
2834 River Birch Dr.
Sugar Land        TX 77479
--------------------------------------------------------------------------------

001480183


Szurek, Barbara Y.                         Unknown
7431 San Benito NW
Albuquerque       NM 87120
--------------------------------------------------------------------------------

001590643


T B A                                      Unknown
2965 Adam Keeling Road
Virginia Beach    VA 23454
--------------------------------------------------------------------------------

001530678


T L K Enterprises, Inc.                    Unknown
14318 W. 89th St.
Lenexa            KS 66215
--------------------------------------------------------------------------------

001542527


T.S.2, Ltd.                                Unknown
95 Mayfair
Bella Vista       AR 72715
--------------------------------------------------------------------------------

001551587


TERMINATED JASON S. LAWRENCE               Unknown
155 Mallard Drive
Athens            GA 30606
--------------------------------------------------------------------------------

001518302


TIPPITT, Patricia L.                       Unknown
4109 N. Texas Avenue
Bryan             TX 77803
--------------------------------------------------------------------------------

001472170


TSO, Shirley C.                            Unknown
955 Water Street
Port Townsent     WA 98368
--------------------------------------------------------------------------------

001594836


Tabberer, Jim                              Unknown
15234 Yorkpoint
Houston           TX 77084
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


000102799


Taber, Tamara                           Unknown
16581 Shelby Drive
N Ft Myers        FL 33917
```
--------------------------------------------------------------------------------
```
001585326


Taber, Tamara A.                        Unknown
9792 Owiclover
Ft. Myers         FL 33919
```
--------------------------------------------------------------------------------
```
001505469


Tabscott, Dorothy D.                    Unknown
508 S. Division
Ritzville         WA 99169
```
--------------------------------------------------------------------------------
```
001552347


Tack, Diane S.*                         Unknown
71991 Lentz Rd.
Ranier            OR 97048
```
--------------------------------------------------------------------------------
```
001558242


Tack, Edward V                          Unknown
24805 Plantation Estates Cir.
Porter            TX 77365
```
--------------------------------------------------------------------------------
```
001558182


Tack, Philip M.                         Unknown
23806 Goodfellow Dr.
Spring            TX 77373
```
--------------------------------------------------------------------------------
```
001590933


Tadlock, Estelene                       Unknown
116 Drew Circle
Hot Springs       AR 71913
```
--------------------------------------------------------------------------------
```
001575810


Taffner, Thomas R.                      Unknown
3518 Castle Rock Drive
Joplin            MO 64804
```
--------------------------------------------------------------------------------
```
000148781


Tafoya, Linda M.                        Unknown
11300 Highland Drive
Papillion         NE 68133
```
--------------------------------------------------------------------------------

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        000113847


        Taft, Francisca C.                   Unknown
        5632 Desoto Court
        Cape Coral       FL 33904
--------------------------------------------------------------------------

        001606637


        Tahner, Shane W.                     Unknown
        408 W Sampson
        Linton           ND 58552
--------------------------------------------------------------------------

        001537193


        Taillac, Judy A.                     Unknown
        1503 Lakeshore Drive
        Rockwall         TX 75087
--------------------------------------------------------------------------

        001607316


        Takahashi, William M                 Unknown
        4300 The Woods Dr Apt#2230
        San Jose         CA 95136
--------------------------------------------------------------------------

        000160340


        Takemoto, Kelly G.                   Unknown
        Post Office Box 477
        Loomis           CA 95650
--------------------------------------------------------------------------

        001473194


        Talantis, Gina N.                    Unknown
        347 Menashe Court
        Longwood         FL 32779
--------------------------------------------------------------------------

        001471272


        Talbot, Chad P.                      Unknown
        5541 Swift Plant Rd.
        Lake Charles     LA 70615
--------------------------------------------------------------------------

        001472963


        Talbot, Kimberly B.                  Unknown
        595 Hungerford Rd.
        Lake Charles     LA 70615
--------------------------------------------------------------------------

        001587090


        Talbot, Linda S.                     Unknown
        27621 35Th Ave N.E.
        Arlington        WA 98223
--------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001555963 | |
| Talkington, David A. 4513 Menzer Ft. Worth    TX 76103 | Unknown |
| 001462592 | |
| Talkington, Lena M. 314 Highway 62 And 6Th St. Verden    OK 73092 | Unknown |
| 001558330 | |
| Talkington, William E. 4623 Menzer Fortworth    TX 76103 | Unknown |
| 001562130 | |
| Tallant, Chad J. 2530 Fairview Drive Cumming    GA 30041 | Unknown |
| 001459226 | |
| Tallent, Lisa B 2653 Woodcrest Dr Concord    NC 28027 | Unknown |
| 001569500 | |
| Talley, Michael G. 10237 Moorberry Houston    TX 77043 | Unknown |
| 001578058 | |
| Talley, Michael W. 235 Pine Leaf St. Wetumpka    AL 36092 | Unknown |
| 001549251 | |
| Talley, Patrick L.* 111 West Cowan Houston    TX 77007 | Unknown |
| 001504205 | |
| Talley, Ronald J. 141 3Rd Street Wetumpka    AL 36092 | Unknown |

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001565559


Talley, Shirley B.                      Unknown
3515 Minglewood
Houston          TX 77023
------------------------------------------------------------------------

001571258


Talley, W. Keith                        Unknown
2221 W. Charleston Ave.
Phoenix          AZ 85023
------------------------------------------------------------------------

001505663


Tallman, Robert                         Unknown
9701 Cleburn Highway
Weatherford      TX 76087
------------------------------------------------------------------------

001555026


Tam, Chun-Hing                          Unknown
39 Bowery Street
Ny               NY 10002
------------------------------------------------------------------------

001601395


Tam, Chung Chun                         Unknown
3695 Sowles Rd
Hamburg          NY 14075
------------------------------------------------------------------------

000158616


Tamez, Edith                            Unknown
758 Comfort Lane
San Benito       TX 78586
------------------------------------------------------------------------

001551798


Tamez, Rosie L.                         Unknown
1214 Shawhee St.
Houston          TX 77034
------------------------------------------------------------------------

001522172


Tan, Chun Juan                          Unknown
12 Ambrose Valley Ln
Piscataway       NJ 08854
------------------------------------------------------------------------

001518034


Tan, De Tong                            Unknown
1246 62 St.
Brooklyn         NY 11219
------------------------------------------------------------------------
```

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001606389


Tan, Weixin                            Unknown
28 Custer St
Buffalo          NY 14214
----------------------------------------------------------------

001458200


Tanaka, Michael N                      Unknown
768 Devina Vista
Monterey Park    CA 91754
----------------------------------------------------------------

001564398


Tande, Rod L.                          Unknown
412 1St Avenue West/Box 306
Scobey           MT 59263
----------------------------------------------------------------

001573725


Tandy, Danny E.                        Unknown
102 East Tracy Lane
Joplin           MO 64801
----------------------------------------------------------------

001600252


Tang, Kheng Zang                       Unknown
12086 Via Hacienda
El Cajon         CA 92019
----------------------------------------------------------------

001601401


Tang, Seung Fung                       Unknown
3695 Sowles Rd
Hamburg          NY 14075
----------------------------------------------------------------

001602951


Tang, Wei                              Unknown
1016 S. Marguerita # D
Alhambra         CA 91803
----------------------------------------------------------------

001471899


Tang, Xiaohua ( Sherry)                Unknown
2740 McVAY
Memphis          TN 38119
----------------------------------------------------------------

001527764


Tang, Xiaoping                         Unknown
51-24 Hillyer St.
Elmhurst         NY 11373
----------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
    Creditors Names and                    Total Amt
    Mailing Address/ Zip Code               of Claim

    000144005

    Tannahill, Mary G.                      Unknown
    304 S. Santa Fe
    Salina          KS 67401
---------------------------------------------------------------------------

    001565327

    Tanner, Bobby J.                        Unknown
    80 Ensley Dr.
    Arab            AL 35016
---------------------------------------------------------------------------

    001457062

    Tanner, Kory I.                         Unknown
    10137 South 6000 West
    Payson          UT 84651
---------------------------------------------------------------------------

    001508071

    Tannery, Roger L.                       Unknown
    Po Box 32
    Addison         TX 75001
---------------------------------------------------------------------------

    000142409

    Tanzil, Meilucy                         Unknown
    53-18 90 St.
    Elmhurst        NY 11373
---------------------------------------------------------------------------

    001572948

    Tao, Ming                               Unknown
    4509 Calvert Rd #7
    College Park    MD 20740
---------------------------------------------------------------------------

    001575950

    Tapley, Janae L.                        Unknown
    374 Hascall Rd. N.W.
    Atlanta         GA 30309
---------------------------------------------------------------------------

    001576839

    Taraskiewicz, Sandra L.                 Unknown
    528 Canon Avenue
    Manitou Springs   CO 80829
---------------------------------------------------------------------------

    001579497

    Tarr, Tina                              Unknown
    61104 North 43Rd Pr. Nw
    Benton City     WA 99320
---------------------------------------------------------------------------
```

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001544288

Tart, Susan                        Unknown
5936 Brighton Place
New Orleans        LA 70131
---

001599695

Tarver, Lance H.                   Unknown
101 N. Anita Street
LaFayette          LA 70501
---

001495513

Tarver, Vaughn E.                  Unknown
1706 Stone Ridge Road
Austin             TX 78746
---

001596446

Tasaka, Angela                     Unknown
81800 Victoria
Indio              CA 92201
---

001595455

Tasaka, Margaret A.                Unknown
81-690 De Oro
Indio              CA 92201
---

001539683

Tasker, Donald                     Unknown
2932 Tasker Lane
Salina             KS 67401
---

001511112

Tasker, Roxanne                    Unknown
1228 N. Saturn
Clearwater         FL 34615
---

001488168

Tasker, Sandy                      Unknown
10410 Ballentine
Overland Pk        KS 66214
---

001582877

Tassone, Jim                       Unknown
3267 Bee Caves Rd. #107-263
Austin             TX 78746
---

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE
                         Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                   Total Amt
        Mailing Address/ Zip Code             of Claim


        000119471


        Tate, Alfego W.                       Unknown
        9706 Broadley Drive
        Sugar Land        TX 77478
-----------------------------------------------------------------------
        000130599


        Tate, Leonard J.                      Unknown
        20617 Prairie Rd.
        Sedro-Woolley     WA 98284
-----------------------------------------------------------------------
        001525685


        Tate, Neena G.                        Unknown
        7299 Eastern Ave.
        Germantown        TN 38138
-----------------------------------------------------------------------
        001463971


        Tate, Pamela L.                       Unknown
        703 Gale Road
        Pearisburg        VA 24134
-----------------------------------------------------------------------
        001601633


        Tate, Thelma J.                       Unknown
        3039 Carrick Drive
        Germantown        TN 38138
-----------------------------------------------------------------------
        001545661


        Tatum, Jeanine R.                     Unknown
        5209 Old Cornelia Hwy.
        Lula              GA 30554
-----------------------------------------------------------------------
        001593440


        Taylor James R                        Unknown
        1048 Gardner Rd
        Burlington        WA 98233
-----------------------------------------------------------------------
        001581307


        Taylor, Barry & Kim                   Unknown
        Rt 4 Box 171-B
        Farmerville       LA 71241
-----------------------------------------------------------------------
        000116875


        Taylor, Betty H.                      Unknown
        P.O. Box 547
        Ardmore           TN 38449
-----------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001569972

Taylor, Billy W.                        Unknown
3721 Columbia 85 S.
Emerson          AR 71740
------------------------------------------------------------------------------------

000136256

Taylor, Carol A.                        Unknown
3525 Charing Cross Road
Greensboro        NC 27455
------------------------------------------------------------------------------------

001541480

Taylor, Carol L                         Unknown
1165 State Hwy North 79
Wichita Falls     TX 76301
------------------------------------------------------------------------------------

001568586

Taylor, Charles D.                      Unknown
536 Triplet Rd.
Haynesville       LA 71038
------------------------------------------------------------------------------------

001583459

Taylor, Claudia L.                      Unknown
7314 Danashire Ave.
Dallas            TX 75231
------------------------------------------------------------------------------------

001599903

Taylor, Colleen                         Unknown
1505 Baker Hts Road
Mt. Vernon        WA 98273
------------------------------------------------------------------------------------

001472566

Taylor, Curtis W.                       Unknown
8305 Springvalley Drive
Cincin            OH 45236
------------------------------------------------------------------------------------

001517979

Taylor, Diane P.                        Unknown
2087 Burford Road
Lebanon           TN 37087
------------------------------------------------------------------------------------

001547433

Taylor, Donald N.                       Unknown
71 Zinnia Dr.
Covington         LA 70438
------------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


000161870


Taylor, Donna                           Unknown
191 E. Montmorency
Quincy           WA 98848
```
--------------------------------------------------------------------------------
```
000161848


Taylor, Eldred                          Unknown
2452 Spencer'S Way
Stone Mountain   GA 30087
```
--------------------------------------------------------------------------------
```
001548216


Taylor, Freda B.                        Unknown
3820 Mc Connell Rd. Lot 58
Greensboro       NC 27404
```
--------------------------------------------------------------------------------
```
000154272


Taylor, Hazel G.                        Unknown
1009 Antioch Road
Easley           SC 29640
```
--------------------------------------------------------------------------------
```
000119424


Taylor, Henderson K.                    Unknown
6060 Oak Bay Drive
Houston          TX 77091
```
--------------------------------------------------------------------------------
```
000122491


Taylor, Jeffrey L.                      Unknown
422 Knotingham
Irving           TX 75061
```
--------------------------------------------------------------------------------
```
001603653


Taylor, Judy G.                         Unknown
6314 Mary Ellen Ave.
Van Nuys         CA 91401
```
--------------------------------------------------------------------------------
```
000156204


Taylor, Keith M.                        Unknown
1416 Brewster Road
Ruston           LA 71270
```
--------------------------------------------------------------------------------
```
001571493


Taylor, Kim R.                          Unknown
327 Rushing Road
Jonesboro        LA 71251
```
--------------------------------------------------------------------------------

                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001519319


        Taylor, Larry G.                        Unknown
        3204 Flintridge Dr.
        Arlington        TX 76017
------------------------------------------------------------------------

        001592499


        Taylor, Lawrence J.                     Unknown
        3864 35th Street Apt. 18
        San Diego        CA 92104
------------------------------------------------------------------------

        001507105


        Taylor, Lea M.                          Unknown
        717 Magnolia Avenue, Apt A
        Burlington       WA 98233
------------------------------------------------------------------------

        001558686


        Taylor, Lisa A.                         Unknown
        1481 E. Stratford Dr
        Hayden Lake      ID 83835
------------------------------------------------------------------------

        001574966


        Taylor, Lisa M.                         Unknown
        10739 Meadowbrook
        Forney           TX 75126
------------------------------------------------------------------------

        001573756


        Taylor, Lynette                         Unknown
        440 Pond Path
        Setauket         NY 11733
------------------------------------------------------------------------

        001461255


        Taylor, Margaret J                      Unknown
        347 Dover Street
        Slidell          LA 70458
------------------------------------------------------------------------

        001520892


        Taylor, Marguerite C.                   Unknown
        216 East 14th Street
        Edgard           LA 70049
------------------------------------------------------------------------

        001605026


        Taylor, Martha W.                       Unknown
        2150 Church Creek Drive
        Charleston       SC 29414
------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
|---|---|
| Mailing Address/ Zip Code | of Claim |

001581720

Taylor, Melanie H.                        Unknown
2104 N. Mission Circle
Friendswood       TX 77546
--------------------------------------------------------------------------

001505384

Taylor, Melissa M.                        Unknown
11440 Osage St Nw
Coon Rapids       MN 55433
--------------------------------------------------------------------------

001479243

Taylor, Rowland Gene                      Unknown
2632 Elissa Dr.
Charleston        SC 29414
--------------------------------------------------------------------------

001610230

Taylor, Sean T.                           Unknown
9825 5Th Ave
Inglewood         CA 90305
--------------------------------------------------------------------------

001545580

Taylor, Suzanne H.                        Unknown
5413 Pressler
Corpus Christi    TX 78413
--------------------------------------------------------------------------

001555224

Taylor, Tamara                            Unknown
1314 Cannes
Carollton         TX 75006
--------------------------------------------------------------------------

001503835

Taylor, Thomas J                          Unknown
723 Union Square Rd
Sedro Woolley     WA 98284
--------------------------------------------------------------------------

001571398

Taylor, Tia M.                            Unknown
311 Bradord Farms Dr.
Madison           AL 35758
--------------------------------------------------------------------------

001589496

Taylor, Trish C.                          Unknown
213 Adam Circle
Ruston            LA 71270
--------------------------------------------------------------------------

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001595911 | |
| Taylor, Vincent<br>3618 E. 13Th St.<br>Vancouver       WA 98661 | Unknown |
| 001476760 | |
| Taylor, Woody M.<br>304 Rockwood Dr.<br>Wichita Falls    TX 76301 | Unknown |
| 001516137 | |
| Teague, Linda M.<br>16780 Village Dr.<br>Belton         MO 64012 | Unknown |
| 001570419 | |
| Teague, Shawn H.<br>3953 North Clarey<br>Eugene         OR 97402 | Unknown |
| 001568528 | |
| Teague, Travis<br>886 AUBURN Road<br>Dacula         GA 30019 | Unknown |
| 001469761 | |
| Team Concepts, Inc./Ray Rossi<br>2965 Adam Keeling Rd<br>Virginia Beach    VA 23452 | Unknown |
| 001518074 | |
| Teel, Karen L.<br>14727 Cobre Valley Dr.<br>Houston        TX 77062 | Unknown |
| 001488110 | |
| Templeman, Steven W.<br>212 West Briarbrook Lane<br>Carl Junction    MO 64834 | Unknown |
| 001535353 | |
| Templeton Jr., Robert James<br>P.O. Box 893<br>Benton City    WA 99320 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page: 1420

                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000153883


        Templeton, Richard E.                  Unknown
        11053 Fm 3326
        Hawley          TX 79525
---------------------------------------------------------------------------------
        001600484


        Tenkley, Kyle E.                       Unknown
        3520 Cedarville Rd.
        Bellingham      WA 98226
---------------------------------------------------------------------------------
        001472296


        Tennyhill, Barbara                     Unknown
        1019 S. Evergreen Dr.
        Moses Lake      WA 98837
---------------------------------------------------------------------------------
        001555821


        Teran, Patrick M.                      Unknown
        78850 Aurora Way
        La Quinta       CA 92253
---------------------------------------------------------------------------------
        001560458


        Terch, Reid J.                         Unknown
        489 Old Oak Apt. 11
        Bourbonnais     IL 60914
---------------------------------------------------------------------------------
        001529303


        Teringo, Frances S.                    Unknown
        829 East Scenic Drive
        Paschristian    MS 39571
---------------------------------------------------------------------------------
        001540925


        Terrell, Bridgette V.                  Unknown
        6852 Southknoll Ave
        Millington      TN 38053
---------------------------------------------------------------------------------
        000121291


        Terrell, Glenda L.                     Unknown
        712 Redbird Dr
        Irving          TX 75061
---------------------------------------------------------------------------------
        001528561


        Terrell, Tambra L.                     Unknown
        1829 BARRETT  Glen Drive
        Pearland        TX 77581
---------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001598817 | |
| Terri G. Horton<br>1021 Woodlawn Dr.<br>Corpus Christi      TX 78412 | Unknown |
| 001549242 | |
| Terry III, Joseph E.<br>3424 Jamestown Drive<br>Flowermound      TX 75028 | Unknown |
| 001598692 | |
| Terry L. Crawford<br>430 Turkeytown Rd<br>West Newton      PA 15089 | Unknown |
| 001598300 | |
| Terry, Alicia<br>3339 Esters #2077<br>Irving      TX 75062 | Unknown |
| 001515451 | |
| Terry, Janelle<br>4207 Wildflower Pond<br>Acworth      GA 30101 | Unknown |
| 001581305 | |
| Terry, Marilyn R.<br>114 Nw 131 Hwy<br>Holden      MO 64040 | Unknown |
| 001498115 | |
| Terry, PHIL & KAY<br>2405 Twin Oaks Drive<br>Harrisonville      MO 64701 | Unknown |
| 001523745 | |
| Terry, Sandra L.<br>113 Boulder Pt. Dr<br>Hardy      VA 24101 | Unknown |
| 001586489 | |
| Terry, Stephens  W<br>18519 E 7Th St N<br>Independence      MO 64056 | Unknown |

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE          Page: 1422

Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim

001583724

Terry, Teresa L.                        Unknown
806 N.E. 8th Street
Coupeville        WA 98239
----------------------------------------------------------------------
001616534

Tesfamariam, Abraham J.                 Unknown
8518 14Th Ave. S.W.
Seattle           WA 98188
----------------------------------------------------------------------
001568640

Tessmer, Christie A                     Unknown
719 S Highland
Joplin            MO 64801
----------------------------------------------------------------------
001582321

Tessmer, Kathleen J.                    Unknown
14083 Newt Dr.
Neosho            MO 64850
----------------------------------------------------------------------
001588701

Thacker, Ann M.                         Unknown
200 Broadway
Roaring Springs   TX 79256
----------------------------------------------------------------------
001583613

Thalen, Herb                            Unknown
8929 East Lowell Larimer Rd
Snohomish         WA 98296
----------------------------------------------------------------------
001583522

Thames, Kimberly L.                     Unknown
Rt. 1 Box 21
Grayson           LA 71435
----------------------------------------------------------------------
000121602

Tharp, Clifford R.                      Unknown
H C R 68 Box 1483-10
Vian              OK 74962
----------------------------------------------------------------------
001515162

Tharp, Walter B.                        Unknown
504-D Jordan Lane
Huntsville        AL 35805
----------------------------------------------------------------------

JCH7CLAIM2 98/12/07                     INTERNATIONAL HERITAGE      Page 5423

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|

001606509

Thayer Sr., Robert C.                  Unknown
2463 Saddlebrook Rd.
Macungie        PA 18062
----------------------------------------------------------------------

001570662

Thayer, Donlu D.                       Unknown
2746 North 550 East
Provo           UT 84604
----------------------------------------------------------------------

000163127

The Art Resource Inc                   Unknown
1451 N W 112 Terrace
Pembroke Pines   FL 33026
----------------------------------------------------------------------

001460818

The Best Years Inc.                    Unknown
P.O. Box 3670
Breckenridge     CO 80424
----------------------------------------------------------------------

000118613

The Crown Group                        Unknown
8223 East Elm
Benton          AR 72015
----------------------------------------------------------------------

001553414

The Fountainhead Group                 Unknown
2828 Greenbriar #4205
Houston         TX 77098
----------------------------------------------------------------------

001555802

The Muhich Business Trust              Unknown
404 North Shore Dr.
Mahomet         IL 61853
----------------------------------------------------------------------

001486775

The Proforus Group, Ltd                Unknown
3815 W. Montague Ave
Charleston      SC 29418
----------------------------------------------------------------------

001562331

The Woltman Family Trust               Unknown
5277 Olive Ranch Rd.
Granite Bay     CA 95746
----------------------------------------------------------------------

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001530325 | |
| Thedford, Keith H.<br>1630 Hardeman<br>Mesquite      TX 75150 | Unknown |
| 001598882 | |
| Thelma J. Gilbert<br>#4 Pinewood<br>Clarksville    AR 72830 | Unknown |
| 001542999 | |
| Theobald, Shirley N.<br>5614 Brooke Ridge Dr.<br>Dunwoody     GA 30350 | Unknown |
| 001540796 | |
| Theriot, Loretta A.<br>P.O. Box 239<br>Creole       LA 70632 | Unknown |
| 001578922 | |
| Thibodeaux Jr., Roanld L.<br>360 Laurie Lynn<br>Baton Rouge  LA 70819 | Unknown |
| 001518353 | |
| Thibodeaux, Patrick J.<br>129 Public Road<br>Rayne        LA 70578 | Unknown |
| 001591038 | |
| Thibodeaux, Patrick Seth<br>360 Laurie Lynn<br>Baton Rouge  LA 70819 | Unknown |
| 001576836 | |
| Thiel, Gary G.<br>216 Westover Dr<br>Hattiesburg  MS 39402 | Unknown |
| 001608063 | |
| Thiry, Atti J.<br>2727 Ruggs Lk Rd.<br>Everett      WA 98208 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001598519 | |
| Thomas M. Clemons<br>2780 W. McCormick Road<br>Amarillo          TX 79118 | Unknown |
| 001601241 | |
| Thomas, Ada M.<br>478-38th St.<br>Springfield       OR 97478 | Unknown |
| 000141147 | |
| Thomas, Alvin<br>3913 Braddock Road<br>High Point        NC 27265 | Unknown |
| 001604269 | |
| Thomas, Assad J.<br>17814 Saratoga Trail<br>Strongsville      OH 44136 | Unknown |
| 001525113 | |
| Thomas, Carmen J.<br>Rt. 2 Box 2035<br>Seymour           MO 65746 | Unknown |
| 000107590 | |
| Thomas, Carolyn J.<br>1002 Grayland St.<br>Greensboro        NC 27408 | Unknown |
| 001544140 | |
| Thomas, Charlene R.<br>2510 Deerlake<br>Las Vegas         NV 89134 | Unknown |
| 001603260 | |
| Thomas, Clover<br>2291 Tapanzee, Ln<br>Lawrenceville     GA 30044 | Unknown |
| 001604802 | |
| Thomas, Cynthia A.<br>416 Planters Row Dr.<br>Mauldin           SC 29662 | Unknown |

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001556211 | |
| Thomas, Danny<br>Po Box 68<br>Nocona          TX 76255 | Unknown |
| 000150286 | |
| Thomas, David<br>2707 Meadow Hills Ct.<br>Richland        WA 99352 | Unknown |
| 000123117 | |
| Thomas, Deborah L.<br>5410 E. Hwy 287<br>Midlothian       TX 76065 | Unknown |
| 001473487 | |
| Thomas, Donna B.<br>3605 Morningside Dr.<br>Plano          TX 75093 | Unknown |
| 001468121 | |
| Thomas, Eleanor H.<br>1600 31st St. West<br>Birmingham       AL 35208 | Unknown |
| 000112863 | |
| Thomas, Evelyn L.<br>169 Rogers Street<br>Blairsville      GA 30512 | Unknown |
| 001578019 | |
| Thomas, Gayle S.<br>2509 Montery Dr<br>Marietta         GA 30068 | Unknown |
| 001606717 | |
| Thomas, Grant R.<br>Po Box 785<br>Maple Valley      WA 98038 | Unknown |
| 001593912 | |
| Thomas, Jeffrey W.<br>1110 Black Locust Dr.<br>Pflugerville      TX 78660 | Unknown |

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim

001499181

Thomas, Keith L.                       Unknown
29400 South Garden Meadow Ln
Garden City        MO 64747
-----------------------------------------------------------------------

001603232

Thomas, Lisa K.*                       Unknown
358 Chambers Rd. Lot 133
Horseheads         NY 14845
-----------------------------------------------------------------------

001532086

Thomas, Nancy K.                       Unknown
2141 S.W. Davis Drive
Topeka             KS 66614
-----------------------------------------------------------------------

001559691

Thomas, Patti B.                       Unknown
120 Plantation Place
Florence           AL 35633
-----------------------------------------------------------------------

001592226

Thomas, Phyllis G.                     Unknown
407 Redds Branch Rd.
Aiken              SC 29801
-----------------------------------------------------------------------

001579526

Thomas, Shelley J.                     Unknown
1275 Pine Grove Rd.
Roswell            GA 30075
-----------------------------------------------------------------------

000117402

Thomas, Sherry                         Unknown
1871 Martha Lane
Arab               AL 35016
-----------------------------------------------------------------------

001557645

Thomas, Sonya W.                       Unknown
1409 W 113th St.
Los Angeles        CA 90047
-----------------------------------------------------------------------

001597052

Thomas, Susan J.                       Unknown
7101 Chase Oaksa Blvd Apt 526
Plano              TX 75025
-----------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001515354 | |
| Thomas, Tammy L<br>604 Kent<br>Midland          TX 79701 | Unknown |
| 000119415 | |
| Thomas, Terri Spear<br>3118 Valcour Aime<br>Baton Rouge      LA 70820 | Unknown |
| 000113443 | |
| Thomas, Terry K.<br>196 Thomas Wilson Rd.<br>Roopville        GA 30170 | Unknown |
| 001519567 | |
| Thomas, Zachary R.<br>2500 Pearl Street<br>Austin           TX 78705 | Unknown |
| 001579543 | |
| Thomaselli, Rich J.<br>Pob 312<br>Follansbee       WV 26037 | Unknown |
| 001554839 | |
| Thomason, Carl D.<br>P.O. Box 305<br>Reform           AL 35481 | Unknown |
| 001534188 | |
| Thompson, Alan<br>6198 John Orr Drive<br>Cumming          GA 30040 | Unknown |
| 000121378 | |
| Thompson, Barbara Kathy<br>12005 Wildwood Lane<br>Frisco           TX 75035 | Unknown |
| 001470803 | |
| Thompson, Bernadine D<br>5642 S. Cameron Road<br>Freeland         WA 98249 | Unknown |

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE       Page 1429
                    Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001615673


Thompson, Billy                        Unknown
166 Miracle Hills
Springville        AL 35146
--------------------------------------------------------------------------

001559524


Thompson, Bonnie F.                    Unknown
80 Canary Rd.
Union Grove        AL 35175
--------------------------------------------------------------------------

000152647


Thompson, Carol F                      Unknown
5505 E Evergreen Blvd #222
Vancouver          WA 98661
--------------------------------------------------------------------------

001527776


Thompson, Carolyn P.                   Unknown
119 Briarwood Drive
West Monroe        LA 71291
--------------------------------------------------------------------------

001605169


Thompson, Charles                      Unknown
136 N Crestview Terrace
Big Fork           MT 59911
--------------------------------------------------------------------------

001520059


Thompson, Danny                        Unknown
505 West Oak  B-3
Cache              OK 73527
--------------------------------------------------------------------------

001530135


Thompson, David L.                     Unknown
3379 E. Garfield Rd.
New Spring Field   OH 44443
--------------------------------------------------------------------------

001516113


Thompson, Debbie R.                    Unknown
1050 Pecan Ln.
Lumberton          TX 77657
--------------------------------------------------------------------------

001602408


Thompson, Donnie                       Unknown
10103 Kerrwood
Houston            TX 77080
--------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page : 2430
                    Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001535533

Thompson, Doris A.                     Unknown
Route 2 Box 7 Hwy 36 North
Brazoria          TX 77422
-----------------------------------------------------------------------------

001555083

Thompson, Edith Marie                  Unknown
90 Mockingbird Road
Arab              AL 35016
-----------------------------------------------------------------------------

001528044

Thompson, Genevieve                    Unknown
1 Main St
West Glacer       MT 59936
-----------------------------------------------------------------------------

001529036

Thompson, Gerald Sr. Or Carol          Unknown
339 Lakeside Dr.
Sedro-Woolley     WA 98284
-----------------------------------------------------------------------------

001600511

Thompson, Gina D.                      Unknown
1138 W. 10th Ave. E-105
Kennewick         WA 99336
-----------------------------------------------------------------------------

001531191

Thompson, Jack                         Unknown
2207 Cheshire Lane
Houston           TX 77018
-----------------------------------------------------------------------------

001591185

Thompson, Jacqueline                   Unknown
1200 S. Sharon
Kennewick         WA 99337
-----------------------------------------------------------------------------

001513605

Thompson, Jesse C.                     Unknown
82002 S. Fk Walla Walla Riv Rd
Milton-Freewater  OR 97862
-----------------------------------------------------------------------------

001592682

Thompson, John P.                      Unknown
4407 S.W. Gridley Road
Osborn            MO 64474
-----------------------------------------------------------------------------

```
    Creditors Names and                    Total Amt
    Mailing Address/ Zip Code              of Claim

    001571673

    Thompson, Kevin                        Unknown
    6257 John Orr Dr.
    Cumming          GA 30040
------------------------------------------------------------------------
    001467390

    Thompson, Kristina I.                  Unknown
    509 Delaware #402
    Kansas City      MO 64105
------------------------------------------------------------------------
    001596879

    Thompson, Larry E.                     Unknown
    1574 Coburg Rd. #427
    Eugene           OR 97401
------------------------------------------------------------------------
    001555788

    Thompson, Mark D.                      Unknown
    2905 Franklin Drive
    Shawnee          OK 74801
------------------------------------------------------------------------
    000161154

    Thompson, Mark H.                      Unknown
    11214 Emuness Rd.
    Jacksonville     FL 32218
------------------------------------------------------------------------
    001560290

    Thompson, Nina M.                      Unknown
    4580 US 1 South
    Lyons            GA 30436
------------------------------------------------------------------------
    001597896

    Thompson, Rendy J.                     Unknown
    1610 West "B" Street
    Joplin           MO 64801
------------------------------------------------------------------------
    000131292

    Thompson, Robert E.                    Unknown
    124 Prospect Street
    Rangely          CO 81648
------------------------------------------------------------------------
    001457138

    Thompson, Rose M.                      Unknown
    3565 Hwy. 12E Box 11
    E. Helena        MT 59635
------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE
                            Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000142020


        Thompson, Ruth A.                      Unknown
        Rt.1 Box 200 Old Parksville Rd
        Ocoee            TN 37361
------------------------------------------------------------------------------------

        001539697


        Thompson, Sandra K.                    Unknown
        Pob 113-101 Lincoln Lane
        Somers           MT 59932
------------------------------------------------------------------------------------

        001473667


        Thompson, Sharron K.                   Unknown
        809 So. Sheridan Cir
        Olathe           KS 66061
------------------------------------------------------------------------------------

        001535046


        Thompson, Sherle R.                    Unknown
        9809 Smith Morgan Road
        Soddy Daisy      TN 37379
------------------------------------------------------------------------------------

        001523346


        Thompson, Susan E.                     Unknown
        135 Ramona Dr.
        Leesville        LA 71446
------------------------------------------------------------------------------------

        001574222


        Thompson, Thomas                       Unknown
        534 South 3Rd W.
        Missoula         MT 59801
------------------------------------------------------------------------------------

        001603151


        Thompson, Tim P.                       Unknown
        90 Mockingbird Road
        Arab             AL 35016
------------------------------------------------------------------------------------

        001493537


        Thompson, Virginia C.                  Unknown
        124 Farkas Lane
        Las Vegas        NV 89128
------------------------------------------------------------------------------------

        001558248


        Thompson, Wayne E.                     Unknown
        3405 Millwater Crossing
        Dacula           GA 30019
------------------------------------------------------------------------------------
```

```
Creditors Names and                   Total Amt
Mailing Address/ Zip Code             of Claim


001601332


Thoms, Randy J.                       Unknown
79156 Quael Lp Rd.
Cottage Grove      OR 97424
------------------------------------------------------------------------------

001474330


Thomson, Lynn E                       Unknown
803 Saddle Hill
Marietta          GA 30068
------------------------------------------------------------------------------

001582444


Thon, Timothy                         Unknown
3720 D'Linda
Bellingham        WA 98226
------------------------------------------------------------------------------

001587087


Thorington, Blaine                    Unknown
510 Lillie Lane
Toppenish         WA 98948
------------------------------------------------------------------------------

001578759


Thorn, Curt                           Unknown
20 Perth
Glasgow           MT 59230
------------------------------------------------------------------------------

001537247


Thorn, Gary D.                        Unknown
18099 Eagle Peak Drive
Lindale           TX 75771
------------------------------------------------------------------------------

001458635


Thorne, Paul E                        Unknown
6709 Comanche Trail
Austin            TX 78732
------------------------------------------------------------------------------

000161149


Thornley, Donald M *                  Unknown
123 Mill Street
Baldwin           FL 32234
------------------------------------------------------------------------------

001597900


Thornton Teresa M                     Unknown
4340 Pinewalk Drive
Alpharetta        GA 30022
------------------------------------------------------------------------------
```

```
        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001552927


        Thornton, Darrell                       Unknown
        5130-B Costoryz
        Corpus Christi      TX 78415
--------------------------------------------------------------------------------
        001603391


        Thornton, Susan Y                       Unknown
        1416 Pleasant St
        Springfield         OR 97477
--------------------------------------------------------------------------------
        000141580


        Thornton, Wilbur E.                     Unknown
        2308 Golfcrest
        Pearland            TX 77581
--------------------------------------------------------------------------------
        001529821


        Thorp, Terry & Barb                     Unknown
        1528-A Barrett Rd.
        Mount Vernon        WA 98273
--------------------------------------------------------------------------------
        001570623


        Thorpe, Mark A.                         Unknown
        4849 Argenta Road
        Dillon              MT 59725
--------------------------------------------------------------------------------
        000125936


        Thorpe, Steven L.                       Unknown
        2209 Ryan Ridge
        Grapevine           TX 76051
--------------------------------------------------------------------------------
        001544397


        Thorstensen, Leslie A.                  Unknown
        595 Jackson St.
        Midvale             UT 84047
--------------------------------------------------------------------------------
        001504330


        Thrasher, David R.                      Unknown
        3285 Bankhead Avenue
        Montgomery          AL 36106
--------------------------------------------------------------------------------
        001526986


        Thrasher, Sandra F.                     Unknown
        757 Hwy 98E #14-131
        Destin              FL 32541
--------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE         Page 1435
                      Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000117560


        Thrasher, Thomas N.                    Unknown
        1705 Sandra Street S.W.
        Decatur          AL 35601
--------------------------------------------------------------------------------
        001512488


        Threlkeld, Larry M.                    Unknown
        206 Caropine Drive
        Surfside Beach      SC 29575
--------------------------------------------------------------------------------
        001549446


        Throckmorton, Marshall D.              Unknown
        133 Breezewood Road
        Collinsville      VA 24078
--------------------------------------------------------------------------------
        001534901


        Thur, Rick G.                          Unknown
        1306 N.E. Briarcliff Cr.
        Lawton           OK 73507
--------------------------------------------------------------------------------
        001526001


        Thurman,  Margaret T.                  Unknown
        405 South 11Th Street
        Monmouth         IL 61462
--------------------------------------------------------------------------------
        001541061


        Thurmond, Beverly J.                   Unknown
        1913 Timber Creek
        Pearland         TX 77581
--------------------------------------------------------------------------------
        001492641


        Thurmond, Judy C.                      Unknown
        288 Jeff Webb Rd.
        Ripley           TN 38063
--------------------------------------------------------------------------------
        000127529


        Thyfault, Delila J.                    Unknown
        785 W. 4Th
        Colby            KS 67701
--------------------------------------------------------------------------------
        001564385


        Tian, Jie                              Unknown
        42-45 Kissena Blvd Apt 2-L
        Flushing         NY 11355
--------------------------------------------------------------------------------

INTERNATIONAL HERITAGE                Page 1436
                    Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code            of Claim


        001590377


        Tian, Wenzhi                         Unknown
        40-05 201St St.#1R
        Bayside          NY 11361
-----------------------------------------------------------------------

        001515990
        .
        .
        Tian, Yuhong                         Unknown
        30 Jones Valley Circle
        Baltimore        MD 21209
-----------------------------------------------------------------------

        001518214


        Tian, Zai J.                         Unknown
        5711 8Th Ave #17
        Brooklyn         NY 11220
-----------------------------------------------------------------------

        001506691


        Tian, Zhen                           Unknown
        1111 Army Navy Drive Apt 808
        Arlington        VA 22202
-----------------------------------------------------------------------

        001546892


        Tibb, Jack L.                        Unknown
        4018 Sunhill Court
        Woodstock        GA 30189
-----------------------------------------------------------------------

        001562769


        Tibbett, Ann                         Unknown
        P.O. Box 58
        Waring           TX 78074
-----------------------------------------------------------------------

        001607713


        Ticen, Tyler                         Unknown
        3051 Lake Co. Highway
        Calistoga        CA 94515
-----------------------------------------------------------------------

        001600505


        Tideman, Terri L.                    Unknown
        451 Upper East River Road
        Thermopolis      WY 82443
-----------------------------------------------------------------------

        001608864


        Tidemann Donna M                     Unknown
        533 Trailwood Circle
        Windsor          CO 80550
-----------------------------------------------------------------------
```

INTERNATIONAL HERITAGE                Page: 1437
                        Unsecured Creditors -- Sales Representatives

         Creditors Names and                    Total Amt
         Mailing Address/ Zip Code               of Claim


         001474746


         Tidwell, Johnny L.                      Unknown
         2917 Abby Lane
         Wichita Falls      TX 76308
-------------------------------------------------------------------------------
         001528099


         Tidwell, Loretta D.                     Unknown
         552 County Rd. 20 East
         Marbury            AL 36051
-------------------------------------------------------------------------------
         001528108


         Tidwell, Mike                           Unknown
         552 Co. Rd. 20 East
         Marbury            AL 36051
-------------------------------------------------------------------------------
         001591225


         Tiegs, Aaron M.                         Unknown
         1200 S. Sharon
         Kennewick          WA 99337
-------------------------------------------------------------------------------
         000129885


         Tiegs, Gregory D.                       Unknown
         1200 South Sharron
         Kennewick          WA 99337
-------------------------------------------------------------------------------
         001601389


         Tiegs, Lori L                           Unknown
         2215 2nd STREET S.
         Nampa              ID 83651
-------------------------------------------------------------------------------
         001476276


         Tiegs, Margie A                         Unknown
         2502 1st ST
         Tillamook          OR 97141
-------------------------------------------------------------------------------
         001606837


         Tiegs, Michael A.                       Unknown
         1000 S. Highway 395 #A-124
         Hermiston          OR 97838
-------------------------------------------------------------------------------
         000130798


         Tiegs, Nicole A.                        Unknown
         1200 S. Sharon
         Kennewick          WA 99337
-------------------------------------------------------------------------------

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001597326 | |
| Tiegs, Renee A.<br>1200 S. Sharon<br>Kennewick      WA 99337 | Unknown |
| 001568548 | |
| Tierney, G. Joel<br>6 So. Park Ave. Apt #C15<br>Helena      MT 59601 | Unknown |
| 001599718 | |
| Tietsort, Peggy L<br>28 Mt. Adams Rd<br>Trout Lake      WA 98650 | Unknown |
| 001606827 | |
| Tietz, Victoria<br>1000 S. Highway 395 #A-124<br>Hermiston      OR 97838 | Unknown |
| 001567949 | |
| Tigerland Grocery & Truckstop<br>1108 Hwy 12 East<br>Dequincy      LA 70633 | Unknown |
| 001531021 | |
| Tighe, Cynthia B.<br>44 Paddlecreek Ave.<br>Charleston      SC 29412 | Unknown |
| 001576697 | |
| Tillemans, Vickie E.<br>218 S Water<br>Derby      KS 67037 | Unknown |
| 000104267 | |
| Tiller, Billie H.<br>9949 Dyer Street Ste A<br>El Paso      TX 79924 | Unknown |
| 001578625 | |
| Tiller, Jennifer A.<br>2335 Campmitchell Road<br>Grayson      GA 30221 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

000116442

| Tilley, James H. | Unknown |
| 985 Thompson Springs Road S.E. | |
| Cleveland      TN 37323 | |

---

000116816

| Tillman, David L. | Unknown |
| 191 Calvert Rd. | |
| Lacey's Spring    AL 35754 | |

---

001534404

| Tillman, Kathy G. | Unknown |
| Po Box 1593 | |
| Kennesaw      GA 30144 | |

---

001584555

| Tillman, Lisa K. | Unknown |
| 104 Northridge #4 | |
| Lampasas      TX 76550 | |

---

001534962

| Tillman, Quenna | Unknown |
| 2707 9th Street | |
| Wichita      TX 76301 | |

---

001515881

| Tillman, Steven L. | Unknown |
| 2308 Barnsley Court | |
| Winston-Salem    NC 27106 | |

---

001497817

| Tillotson, Richard D. | Unknown |
| 3407 W. 3700 N. | |
| Moore      ID 83255 | |

---

001466043

| Tillotson, Robert H. | Unknown |
| 425 No. 600 W. | |
| Orem      UT 84057 | |

---

001563419

| Tilton, Aundrea D. | Unknown |
| 6965 Noon Rd. | |
| Everson      WA 98247 | |

---

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001591488


Tilton, Brandi R                        Unknown
1148 Paradise Rd
Ferndale         WA 98248
------------------------------------------------------------------------

001569951


Tilton, Fred C.                         Unknown
Po Box 1893
Ferndale         WA 98248
------------------------------------------------------------------------

001557790


Tilton, James E.                        Unknown
6965 Noon Rd.
Everson          WA 98247
------------------------------------------------------------------------

001567354


Tilton, Nicholas G.                     Unknown
6965 Noon Rd.
Everson          WA 98247
------------------------------------------------------------------------

000150245


Timmerman, Donna M                      Unknown
1525 Janie St
Billings         MT 59105
------------------------------------------------------------------------

001553868


Tinnin, Brenda G.                       Unknown
8120 N. Hickory Apt. 13-042
Kansas City      MO 64118
------------------------------------------------------------------------

001579850


Tinort, Esther M.                       Unknown
4290 Pleasant Valley Rd.
Greensboro       NC 27406
------------------------------------------------------------------------

000158225


Tippin, Katherine A.                    Unknown
1608 Meadowbrook
Ponca City       OK 74604
------------------------------------------------------------------------

001525220


Tippitt, Michael E.                     Unknown
4109 N. Texas Ave.
Bryan            TX 77803
------------------------------------------------------------------------
```

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001602760


        Tipton, Clenna E.                       Unknown
        1300 Sandy Shore Dr
        Lenoir City       TN 37772
--------------------------------------------------------------------------------
        000124004


        Tipton, Eric S.                         Unknown
        215 Pisk Avenue
        Brownwood         TX 76801
--------------------------------------------------------------------------------
        000147206


        Tipton, Pat                             Unknown
        524 Crest Ridge
        Rockwall          TX 75087
--------------------------------------------------------------------------------
        000124001


        Tipton, Raymond N                       Unknown
        4406 Westridge
        Brownwood         TX 76801
--------------------------------------------------------------------------------
        000124710


        Tipton, Sandra J.                       Unknown
        215 Pisk Avenue
        Brownwood         TX 76801
--------------------------------------------------------------------------------
        000103500


        Tirone, Jill M.                         Unknown
        9640-A Boca Gardens Parkway
        Boca Raton        FL 33496
--------------------------------------------------------------------------------
        001486456


        Titus, Jean A.                          Unknown
        106 Randolph
        Virgil            KS 66870
--------------------------------------------------------------------------------
        001562819


        Tjoelker, Scott A.                      Unknown
        7401 Guide Meridian
        Lynden            WA 98264
--------------------------------------------------------------------------------
        001538067


        To, Phillip D.                          Unknown
        8715 Mestmore Rd. #2
        San Diego         CA 92126
--------------------------------------------------------------------------------
```

        Creditors Names and                   Total Amt
        Mailing Address/ Zip Code             of Claim


        001532511


        To, Tony                              Unknown
        2805 Washington Ave.
        El Monte        CA 91733
--------------------------------------------------------------------
        001488423


        Tobias, Francisco P.                  Unknown
        E. 13804 16th Ave.
        Spokane         WA 99216
--------------------------------------------------------------------
        001571827


        Tobin-D-Tobin-Vaughn-Bara-J-          Unknown
        5560 Twp Rd 14
        Mt. Gilead      OH 43338
--------------------------------------------------------------------
        001614705


        Todd, David O.                        Unknown
        34802 11Th Ave Sw
        Federal Way     WA 98023
--------------------------------------------------------------------
        000159233


        Todd, Linda O.                        Unknown
        Rt.1 Box 677E
        Leesburg, Cherokee  AL 35983
--------------------------------------------------------------------
        001480604


        Todd, Patti M                         Unknown
        310 Magnolia Drive
        Metairie        LA 70005
--------------------------------------------------------------------
        001559589


        Todd, Sean G                          Unknown
        5064 Roswell Rd.
        Atlanta         GA 30342
--------------------------------------------------------------------
        001475162


        Tofighi, Pejman                       Unknown
        4933 Garden Grove Ave
        Tarzana         CA 91356
--------------------------------------------------------------------
        001458308


        Toh, Siew S.                          Unknown
        135-17 38Th Rd. #1B
        Flushing        NY 11354
--------------------------------------------------------------------

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE        Page 1743

Unsecured Creditors -- Sales Representatives

```
Creditors Names and              Total Amt
Mailing Address/ Zip Code        of Claim


001600329


Tohl, Peggy E.                   Unknown
230 Bluebird Lane
Tillamook        OR 97141
-------------------------------------------------------------
001556673


Tokura, Robin M.                 Unknown
10342 12Th Ave Nw
Seattle          WA 98177
-------------------------------------------------------------
001599279


Toland, Leah D.                  Unknown
1050 Huddleston St., #121
Arkadelphia      AR 71923
-------------------------------------------------------------
001556648


Tolander, Rodney E.             Unknown
2201 South Thompson Bld. C
Springdale       AR 72764
-------------------------------------------------------------
001587217


Tolentino, Aibert E.            Unknown
2014 Meadowview Dr.
Garland          TX 75043
-------------------------------------------------------------
001495260


Tolf, Don E.                    Unknown
20344 Columbia St. N.E.
Suquamish        WA 98392
-------------------------------------------------------------
001467071


Tolf, Jamie D.                  Unknown
11051 View Ridge Drive
Burlington       WA 98233
-------------------------------------------------------------
001469813


Tolf, Randal D.                 Unknown
16675 Augusta Lane
Burlington       WA 98233
-------------------------------------------------------------
001471088


Tolf, Roland D.                 Unknown
2331 West Parkway Dr.
Mount Vernon     WA 98273
-------------------------------------------------------------
```

| Creditors Names and Mailing Address/ Zip Code | | Total Amt of Claim |
| --- | --- | --- |
| 001595582 | | |
| Toliver, Charles W. 11259 Langdon Houston | TX 77072 | Unknown |
| 001555993 | | |
| Toliver, Micah 422 Worcester Way Richardson | TX 75080 | Unknown |
| 001509224 | | |
| Tollefson, Gerald L. 4223 Rosegate Spring | TX 77373 | Unknown |
| 001459089 | | |
| Tollefson, Marilyn J 11215 W. 109 Street Overland Park | KS 66210 | Unknown |
| 001508188 | | |
| Tollett, Billie M. 409 Srr 20 Rogers | NM 88132 | Unknown |
| 001514276 | | |
| Tollett, Dennis W. 1391 N.M. Hwy. 235 Portales | NM 88130 | Unknown |
| 001581611 | | |
| Tolley, Kevin L. 11492 Pepper Reno | NV 89506 | Unknown |
| 000152575 | | |
| Tomaszewski, John 43 Wagner St. Trenton | NJ 08610 | Unknown |
| 001500772 | | |
| Tomlinson, Jackie O. 7336 La Cosa Dallas | TX 75248 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

000112235

| Tomlinson, Leland F. | Unknown |
| 418 Edisto Ave | |
| Columbia      SC 29205 | |

------------------------------------------------------------------------

001598524

| Tommie J. Seaton | Unknown |
| 1833 Wycoff St | |
| Pineville      LA 71360 | |

------------------------------------------------------------------------

001499000

| Tompkins, Kay W. | Unknown |
| 1014 Union St. | |
| Brunswick      GA 31520 | |

------------------------------------------------------------------------

001606803

| Toney, Meghan M | Unknown |
| 408 S 1st | |
| Selah      WA 98942 | |

------------------------------------------------------------------------

001569853

| Tong, Qiang | Unknown |
| 1742 Santa Ysabela Drive | |
| Rowland Heights      CA 91748 | |

------------------------------------------------------------------------

001579020

| Tonheim, Kim A. | Unknown |
| 9414 Thomle Rd. | |
| Stanwood      WA 98292 | |

------------------------------------------------------------------------

001579034

| Tonheim/Lund Shannon L. | Unknown |
| 28527 Old Pacific Hwy. | |
| Stanwood      WA 98292 | |

------------------------------------------------------------------------

001598759

| Tony J. Tollenaar | Unknown |
| 7035 B St | |
| Springfield      OR 97478 | |

------------------------------------------------------------------------

001606519

| Toole, Melissa A. | Unknown |
| 1107 4Th Ave. | |
| Dodge City      KS 67801 | |

------------------------------------------------------------------------

```
        Creditors Names and                          Total Amt
        Mailing Address/ Zip Code                    of Claim


        001602528


        Tooley, Sam W.                               Unknown
        3514 Orchard St. S.E.
        Auburn          WA 98092
-----------------------------------------------------------------------------------

        001600876


        Tooley, Samuel                               Unknown
        3514 Orchard Street S.E.
        Auburn          WA 98092
-----------------------------------------------------------------------------------

        000140972


        Topie, Louise A                              Unknown
        4820 Belle River Road
        Attica          MI 48412
-----------------------------------------------------------------------------------

        001590283


        Torgerson, Douglas B.                        Unknown
        2127 North Old Butte Hwy
        Hamer           ID 83425
-----------------------------------------------------------------------------------

        001583410


        Torgerson, Ken A.                            Unknown
        2127 North Old Butte Hwy
        Hamer           ID 83425
-----------------------------------------------------------------------------------

        001504698


        Torgerson, Kristy M.                         Unknown
        9 Sagebrush
        Colstripp       MT 59323
-----------------------------------------------------------------------------------

        001575404


        Torgerson, Michael H.                        Unknown
        2127 N Old Butte Hwy
        Hamer           ID 83425
-----------------------------------------------------------------------------------

        001590557


        Torgerson, Rodney T.                         Unknown
        2358 East 2650 North
        Hamer           ID 83425
-----------------------------------------------------------------------------------

        000123669


        Tormos, Eric A.                              Unknown
        2205 Stonebrook
        Carrollton      TX 75007
-----------------------------------------------------------------------------------
```

INTERNATIONAL HERITAGE         Page: 1447
                            Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                   Total Amt
        Mailing Address/ Zip Code             of Claim


        001597209


        Torres, Andrew                        Unknown
        4621 Crockett
        Midland          TX 79703
-------------------------------------------------------------------------------
        001548477


        Torres, Anna Marie G.                 Unknown
        154 Mary Helen
        San Antonio      TX 78222
-------------------------------------------------------------------------------
        001546900


        Torres, Barbara B.                    Unknown
        102 Linkside Ct.
        Woodstock        GA 30189
-------------------------------------------------------------------------------
        001489021


        Torres, Esmeralda                     Unknown
        RR 6 Box 396
        Harlingen        TX 78552
-------------------------------------------------------------------------------
        001603189


        Torres, Isela R                       Unknown
        1208 5Th Street
        Levelland        TX 79336
-------------------------------------------------------------------------------
        001560700


        Torres, John S.                       Unknown
        14314 Dake Lane Apt. 303
        Tampa            FL 33602
-------------------------------------------------------------------------------
        001604222


        Torres, Robert                        Unknown
        1206 Meadow Dr.
        Midland          TX 79703
-------------------------------------------------------------------------------
        000110493


        Torri Jr., Thomas J.                  Unknown
        4803 Wetherill Drive
        Columbia         SC 29209
-------------------------------------------------------------------------------
        001476392


        Tortolini, Peter                      Unknown
        1240 Treefern Drive
        Virginia Beach   VA 23451
-------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page: 1448
                        Unsecured Creditors -- Sales Representatives

Creditors Names and                         Total Amt
Mailing Address/ Zip Code                   of Claim


001524729


Tosado, David A.                            Unknown
338 Westmoreland Ct.
Seymour            TN 37865
----------------------------------------------------------------------------
001525492


Totten, Christine L.                        Unknown
312 South 2Nd
Monmouth           IL 61462
----------------------------------------------------------------------------
000146203


Touchon, Frances J.                         Unknown
101 Donash Circle
Madison            AL 35758
----------------------------------------------------------------------------
001579667


Touhey, Elaine H.                           Unknown
1625 S E 10Th Ave #308
Ft Lauderdale      FL 33316
----------------------------------------------------------------------------
001537172


Touliatos, Rebecca F.                       Unknown
3447 Conly Road
Hoover             AL 35226
----------------------------------------------------------------------------
000135202


Toups, Brenda P.                            Unknown
528 Welwyn Way
Alexandria         LA 71303
----------------------------------------------------------------------------
001470319


Toups, James T                             Unknown
528 Welwyn Way
Alexandria         LA 71303
----------------------------------------------------------------------------
001581285


Toups, Jr. Paul L.                          Unknown
4332 Rhoda Drive
Baton Rouge        LA 70816
----------------------------------------------------------------------------
001588738


Tousignant Gerald E                         Unknown
5146 Northridge
St Anne            IL 60964
----------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001593136

Tower, William P.                    Unknown
Rt. 4 Box 145 Riverview
Robstown        TX 78380

---

001553984

Towner, Lauren G.                    Unknown
1004 Park Ave
Carrollton       TX 75006

---

001589554

Townes, Regina M                     Unknown
208 Wedgewood Circle
Carl            MO 64834

---

001511604

Townsend, Cassandra L.               Unknown
203 Catilever Ct.
Summerville      SC 29483

---

001569936

Townsend, Cory J.                    Unknown
11956 Sage Drive
Baton Rouge      LA 70818

---

001596403

Townsend, Sheryl A.                  Unknown
200 Clemans View Road
Selah            WA 98942

---

001576147

Townsend, Thomas H.                  Unknown
709 East Westchester Drive
Charleston       SC 29414

---

001579356

Townsend, Thomas S.                  Unknown
2131 Ft. Pemberton Dr.
Charleston       SC 29412

---

001558809

Towse, Lyn E                         Unknown
2507 Hwy 20
Sedro-Woolley    WA 98284

---

JCH7CLAIM2 98/12/07                     INTERNATIONAL HERITAGE           Page: 1450

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

000132889

Tracey, Elizabeth A.                    Unknown
102 S.E. 13 Place
Cape Coral      FL 33990
------------------------------------------------------------------------

001495869

Tracy and Angie Jolly                   Unknown
550 Rednose Rock Drive
Tallassee       AL 36078
------------------------------------------------------------------------

001464336

Tracy, Bill                             Unknown
108 Sharonview St
Ft Mill         SC 29715
------------------------------------------------------------------------

001603604

Tracy, Patricia A.                      Unknown
438 Brown Ave
Moses Lake      WA 98837
------------------------------------------------------------------------

001609556

Trahan, Kaya N.                         Unknown
3101 Lake Street
Lake Charles    LA 70601
------------------------------------------------------------------------

001502087

Trahan, Lee M.                          Unknown
907 Jacqueline
New Iberia      LA 70563
------------------------------------------------------------------------

001578853

Trahan, Lolita L.*                      Unknown
6103-B Wigmore Lane
Alexandria      VA 22315
------------------------------------------------------------------------

001575905

Trahan, Stephen J.                      Unknown
330 Cenac ST.
Houma           LA 70364
------------------------------------------------------------------------

001613323

Trainham, Mae G.                        Unknown
2032 Hillcrest
McKinney        TX 75070
------------------------------------------------------------------------

JCH7CLAIM2 98/12/07               INTERNATIONAL HERITAGE            Page 1451
                           Unsecured Creditors -- Sales Representatives

```
       Creditors Names and                 Total Amt
       Mailing Address/ Zip Code           of Claim


       001538695


       Trampf, Robert P.                    Unknown
       317 Ripon Road
        Berlin          WI 54923
-------------------------------------------------------------------------------
       001607806


       Tran Hung                            Unknown
       58-02 Lawerence St Flushing
       New York         NY 11355
-------------------------------------------------------------------------------
       001524663


       Tran, Ninh                           Unknown
       1417 S Holgate St #A 15 Ave
       Seattle          WA 98144
-------------------------------------------------------------------------------
       001520090


       Trankel, James B.                    Unknown
       1805 Joslyn #81
       Helena           MT 59601
-------------------------------------------------------------------------------
       001527144


       Trankel, James W.                    Unknown
       401 S. Fee J.
       Helena           MT 59601
-------------------------------------------------------------------------------
       000114617


       Traster, Marlene F.                  Unknown
       9924 Alcan St.
       El Paso          TX 79924
-------------------------------------------------------------------------------
       001542394


       Travel Associates                    Unknown
       1112 Euclid Avenue
       Cleveland        OH 44115
-------------------------------------------------------------------------------
       000139408


       Traver, Victoria H.                  Unknown
       1808 Stokes Lane
       Nashville        TN 37215
-------------------------------------------------------------------------------
       001598625


       Travis L. Payton                     Unknown
       1072 Country Club Cr.
       Minden           LA 71055
-------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001614713

Travis, Jody L.                         Unknown
3010 Whirlwind
Pearland          TX 77581
--------------------------------------------------------------------------------

001568244

Travis, Roberta L.                      Unknown
5000 N W Kendall Dr.
Topeka            KS 66618
--------------------------------------------------------------------------------

001579872

Travis, William R.                      Unknown
600 S. Graves
Mckinney          TX 75069
--------------------------------------------------------------------------------

001611842

Traylor, Michelle M.                    Unknown
8513 W Hood Avenue
Kennewick         WA 99336
--------------------------------------------------------------------------------

001565941

Treadwell, Ginhee R.                    Unknown
10969 Wellworth Avenue
Los Angeles       CA 90024
--------------------------------------------------------------------------------

001556967

Treadwell, Inhee P.                     Unknown
5600 140th Pl. S.E.
Bellevue          WA 98006
--------------------------------------------------------------------------------

001521615

Treadwell, Thomas A.*                   Unknown
312 Hickory Knoll
Birmingham        AL 35226
--------------------------------------------------------------------------------

001483364

Treat, Sherrill L                       Unknown
PO Box 1047
Mahomet           IL 61853
--------------------------------------------------------------------------------

001553564

Treat, Tiffany L.                       Unknown
402 E Franklin St
Mahomet           IL 61853
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE                Page: 1453

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001499049 | |
| Trello, Valerie M. 2435 Jakin Way Suwanee      GA 30174 | Unknown |
| 001567413 | |
| Tremblay, Conrad M. 17427 Osprey Rd Arlington      WA 98223 | Unknown |
| 000119990 | |
| Treme, Sandra J. 920 Overton St De Quincy      LA 70633 | Unknown |
| 001576114 | |
| Trend-Setters Int'L Inc. 9316 C Otter Creek Dr. Charlotte      NC 28277 | Unknown |
| 001580752 | |
| Trent, Alison R. 502 Belmont Georgetown      TX 78626 | Unknown |
| 001546421 | |
| Trepel, Angela 2679 Coney Island Avenue Brooklyn      NY 11235 | Unknown |
| 001565363 | |
| Tres Bonne Enterprises P. O. Box 2139 Friday Harbor      WA 98250 | Unknown |
| 001599156 | |
| Tressler, Todd R. 686 Martha Fayetteville      AR 72703 | Unknown |
| 001579127 | |
| Tretinik, Renee E. 5903 E. 58th St. Kansas City      MO 64129 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page 1454

                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        000115596


        Trevillian, Al J.                       Unknown
        2604 Hiking Trail
        Raleigh          NC 27615
--------------------------------------------------------------------------------
        000104718


        Trevillian, Robert W.                   Unknown
        12002 Cartgate Lane
        Charlotte        NC 28273
--------------------------------------------------------------------------------
        001585466


        Trevino Monica M.                       Unknown
        118 gastel circle apt 9
        edinburg         TX 78539
--------------------------------------------------------------------------------
        000122526


        Trevino, Belinda                        Unknown
        2674 Carrington Lane
        Grand Prairie    TX 75052
--------------------------------------------------------------------------------
        000122324


        Trevino, Diana                          Unknown
        2924 Oakridge Dr.
        Bedford          TX 76021
--------------------------------------------------------------------------------
        001568328


        Trevino, Elizabeth M.                   Unknown
        305 Hibiscus
        San Benito       TX 78586
--------------------------------------------------------------------------------
        001516561


        Trevino, Ernest M.                      Unknown
        2946 Riverbend
        Corpus Christi   TX 78415
--------------------------------------------------------------------------------
        001484150


        Trevino, Santiago A.                    Unknown
        243 Palm Blvd
        Brownsville      TX 78520
--------------------------------------------------------------------------------
        001591746


        Tri, Linda L                            Unknown
        107 South Davies Road
        Lake Stevens     WA 98258
--------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim

001481351

Triangle Associates                       Unknown
420 E. Plaza Dr.
Mooresville      NC 28115
-----------------------------------------------------------------------------

001585263

Tribou, Michele M.                        Unknown
18 Fairview Ct.
Auburn           ME 04210
-----------------------------------------------------------------------------

001605716

Trichel, Patricia                         Unknown
2061 Hwy 71
Montgomery       LA 71454
-----------------------------------------------------------------------------

001605774

Trihub, Sabrina A.                        Unknown
990 34Th Ave Se
Albany           OR 97321
-----------------------------------------------------------------------------

001579593

Trimble, Jim                              Unknown
331 Gilpin
Houston          TX 77034
-----------------------------------------------------------------------------

001586261

Trina's Bargain Boutique                  Unknown
P. O. Box 7084
Monroe           LA 71211
-----------------------------------------------------------------------------

000132744

Trinity Foundation                        Unknown
4411 Bee Ridge Rd. #338
Sarasota         FL 34233
-----------------------------------------------------------------------------

000143896

Trinity Trust                             Unknown
1579 U.S. 19 South Ste. A
Leeburg          GA 31763
-----------------------------------------------------------------------------

001597564

Tripp, Larry                              Unknown
285 Grover Court
Sun Valley       NV 89433
-----------------------------------------------------------------------------

                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001465053


        Troeh, Arnold N.                       Unknown
        P.O.Box 1600
        La Conner      WA 98257
--------------------------------------------------------------------------------

        001476311


        Tronco, Anthony J.                     Unknown
        3415 Keenan Drive
        Columbia       SC 29201
--------------------------------------------------------------------------------

        001470023


        Tronco, J. Micheal                     Unknown
        6911-1 N. Trenholm Rd.
        Columbia       SC 29206
--------------------------------------------------------------------------------

        001474227


        Tronco, James M. Jr.                   Unknown
        4728 Shalimar Drive
        Columbia       SC 29206
--------------------------------------------------------------------------------

        001559302


        Tronco, Mildred A.                     Unknown
        4406 Briarfield Rd
        Columbia       SC 29206
--------------------------------------------------------------------------------

        001508669


        Tronco, Teresa                         Unknown
        3415 Keenan Dr.
        Columbia       SC 29201
--------------------------------------------------------------------------------

        001606899


        Troquille, Wanda L.                    Unknown
        2341 Gish Lane
        Tyler          TX 75701
--------------------------------------------------------------------------------

        000155424


        Trosclair, Jaynell S                   Unknown
        1024 Ray Drive
        Breaux Bridge  LA 70517
--------------------------------------------------------------------------------

        001604002


        Trosclair, Reggie                      Unknown
        105 Caneview Drive
        Broussard      LA 70518
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001588930


Trotman, Ericka                         Unknown
510 White Star Ave
W. Hempstead      NY 11552
-------------------------------------------------------------------------------

000116026


Trott, Jeffrey D.                       Unknown
11000 Thornton Drive
Knoxville         TN 37922
-------------------------------------------------------------------------------

001462651


Trott, Wanda E.                         Unknown
5907 Edmondson Road
Knoxville         TN 37918
-------------------------------------------------------------------------------

001571022


Trotter, David                          Unknown
1928 Hwy. 23 West
Edgefield         SC 29824
-------------------------------------------------------------------------------

001549688


Trotter, Lisa Ann                       Unknown
11136 Jennifer Circle
Forney            TX 75126
-------------------------------------------------------------------------------

001586782


Trout, Elizabeth                        Unknown
2936 Old Orchard
Garland           TX 75041
-------------------------------------------------------------------------------

001605132


Trout, Terri L.                         Unknown
74800 Sheryl Ave. #2-1
Palm Desert       CA 92260
-------------------------------------------------------------------------------

001599227


Troyer, Beth                            Unknown
05639 County Road #19
Stryker           OH 43557
-------------------------------------------------------------------------------

001577429


Troyer, Gareth L.                       Unknown
1932 Gateway
San Diego         CA 92105
-------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001590584

Troyer, Lloyd Jay                    Unknown
640 Bristol Ave.
Middlebury       IN 46540
-----------------------------------------------------------------------

001549805

True, Bryan                          Unknown
110 Pond Dr.
Lawrenceburg     TN 38464
-----------------------------------------------------------------------

000102627

Truehart, Paul A.                    Unknown
909 Dulles Drive
Lafayette        LA 70506
-----------------------------------------------------------------------

001507446

Truelove, Bill                       Unknown
7837 Lola Circle
Navarre          FL 32566
-----------------------------------------------------------------------

001468839

Truitt, Andrew R.                    Unknown
2009 Ardath Ave.
Wichita FALLS    TX 76301
-----------------------------------------------------------------------

001571336

Truitt, Jim H.                       Unknown
146 Bayside Cr. Cb.
Malakoff         TX 75148
-----------------------------------------------------------------------

001571341

Truitt, Ricky                        Unknown
9098 State Hwy 198
Mabank           TX 75147
-----------------------------------------------------------------------

001584637

Trujillo, Joseph C                   Unknown
Post Office Box 33
San Ysidro       NM 87053
-----------------------------------------------------------------------

001574616

Trujillo, Lavonne R.                 Unknown
1804 Camino Del Valle Sw
Albuquerque      NM 87105
-----------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


000110216


Truluck, John M.                        Unknown
121 Carolina Ave.
Lake City        SC 29560
-----------------------------------------------------------------------
000108905


Truluck, Richard M.                     Unknown
109 2nd Ave. N.
Lake City        SC 29560
-----------------------------------------------------------------------
001596381


Truly Jr., Carl A.                      Unknown
5310 Hwy 95
Bullhead City    AZ 86426
-----------------------------------------------------------------------
001590511


Truly, Carl W.                          Unknown
1136 Rachel Circle
Escandido        CA 92026
-----------------------------------------------------------------------
001590741


Truly, Nathan L.                        Unknown
1136 Rachel Circle
Escandido        CA 92026
-----------------------------------------------------------------------
001570090


Trumble, Connie L.                      Unknown
735 Talcott CT.
Sedro Woolley    WA 98284
-----------------------------------------------------------------------
001554531


Trumbly, Heath A.                       Unknown
6013 Woodvale Rd.
Helena           AL 35080
-----------------------------------------------------------------------
001566113


Truskowski, Dawn L.                     Unknown
9020-11 Mile Road
Rockford         MI 49341
-----------------------------------------------------------------------
001589842


Trust, Victoria                         Unknown
Po Box 815
Freeland         WA 98249
-----------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                         Total Amt
        Mailing Address/ Zip Code                   of Claim

        001534625

        Tryon, Dawn M.                              Unknown
        2506 S. Washington
        Wichita          KS 67216
----------------------------------------------------------------------------
        000141157

        Tsai, Jeffrey Cn                            Unknown
        5 Turtle Bay Pl.
        San Mateo        CA 94402
----------------------------------------------------------------------------
        001553561

        Tsai, Vivian Xu                             Unknown
        1367 Sparrow Road
        Carlsbad         CA 92009
----------------------------------------------------------------------------
        001608231

        Tse, Shwe Ngor (Alice)                      Unknown
        25370 North Gold Ridge
        Castro Valley    CA 94552
----------------------------------------------------------------------------
        001560956

        Tsui, Kwan                                  Unknown
        795 Middle Dr. Woodruff Pl
        Indianapolis     IN 46201
----------------------------------------------------------------------------
        001542102

        Tuazon, Carmen M.                           Unknown
        2536 Shilshone Circle
        San Jose         CA 95121
----------------------------------------------------------------------------
        001595567

        Tuchin, Mike                                Unknown
        6401 Diehl, Road #1002
        Houston          TX 77092
----------------------------------------------------------------------------
        001537882

        Tuck, Deborah T.                            Unknown
        14977 Meadow Road West
        Lenoir City      TN 37772
----------------------------------------------------------------------------
        000109411

        Tuck, Kay C.                                Unknown
        304 Cedar Springs Road
        Bradley          SC 29819
----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim

000102676

Tuck, Timothy V.                         Unknown
204 Sequoyah Circle
Morganton        NC 28655
----------------------------------------------------------------------

001552789

Tucker Enterprises Inc                   Unknown
400 Arbor Creek Overlook
Rosewell         GA 30076
----------------------------------------------------------------------

001523020

Tucker, Bennett                          Unknown
109 Hillside Trail
Gadsden          AL 35901
----------------------------------------------------------------------

000107684

Tucker, Dan E                            Unknown
5636 Pine Drive
Raleigh          NC 27606
----------------------------------------------------------------------

001577917

Tucker, Jo E.                            Unknown
2352 S. Winona Ct.
Denver           CO 80219
----------------------------------------------------------------------

001581308

Tucker, Kevin                            Unknown
66 Martha Drive
Monroe           LA 71203
----------------------------------------------------------------------

000130336

Tucker, Kirk R.                          Unknown
3015 Harlee Drive
Farmers Branch   TX 75234
----------------------------------------------------------------------

001576999

Tucker, Mark W.                          Unknown
4921 Cypress Ave.
Wichita Falls    TX 76310
----------------------------------------------------------------------

001495541

Tucker, Tammy M.                         Unknown
RR 02 Box 135A
Belington        WV 26250
----------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001595602

Tucker, Thomas B.
2903 Riata Lane
Houston          TX 77043                    Unknown
--------------------------------------------------------------------------------

001607792

Tucker, Wesley A
227 Scenic View Dr
Murphy          NC 28906                     Unknown
--------------------------------------------------------------------------------

001556057

Tuhey, Ann J.
7063 West Lone Oak
Springfield      MO 65803                    Unknown
--------------------------------------------------------------------------------

001583015

Tuhey, Hazel
2451 W. Landers Rd
Nixa            MO 65714                     Unknown
--------------------------------------------------------------------------------

001604567

Tulis, Patricia A.
18704 Redstone Cr.
Dallas          TX 75252                     Unknown
--------------------------------------------------------------------------------

000159419

Tully, Donald L.
5768 Richburg Cv.
Memphis         TN 38135                     Unknown
--------------------------------------------------------------------------------

000159479

Tully, Michael P.
1077 Kernstown Cove
Collierville    TN 38017                     Unknown
--------------------------------------------------------------------------------

001548303

Tumangkeng, Lina E.
2465 Sherwood Lane
San Bernardino   CA 92408                    Unknown
--------------------------------------------------------------------------------

001524901

Tung, Hai-Ping
827 Garfield Street
San Francisco    CA 94132                    Unknown
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07              INTERNATIONAL HERRITAGE        Of 1675
                                                               Page 1563

                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001476903


        Tung, Mei Yu                           Unknown
        54-64 Rutgers Street #2A
        Newyork           NY 10002
--------------------------------------------------------------------------------
        001459920


        Tuomikoski, Mary Vee                   Unknown
        3053 Van Vac Road
        Ely               MN 557318432
--------------------------------------------------------------------------------
        001575534


        Turbiville, Tom B                      Unknown
        1808 Beaver Pond Court
        Bryan             TX 77807
--------------------------------------------------------------------------------
        001509244


        Turk, Carla M.                         Unknown
        1643 Brewington
        Billings          MT 59105
--------------------------------------------------------------------------------
        001515965


        Turley, Shirlee E.                     Unknown
        18211 Muir Circle
        Dallas            TX 75287
--------------------------------------------------------------------------------
        000105907


        Turnbow, Kenneth D.                    Unknown
        3600 Swan Lane
        Pensacola         FL 32504
--------------------------------------------------------------------------------
        001568689


        Turnbull, David N.                     Unknown
        11285 Hadley
        Overland Park     KS 66210
--------------------------------------------------------------------------------
        001533653


        Turnbull, Gary F.                      Unknown
        4024 Platt St.
        Kenner            LA 70065
--------------------------------------------------------------------------------
        001571837


        Turner III, John W.                    Unknown
        5019 Cagle Mill Rd.
        Lula              GA 30554
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE              Page 1764

Unsecured Creditors -- Sales Representatives


Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001596610

.

Turner Leigh N                          Unknown
3701 San Mateo Ne  Ste H
Albuquerque       NM 87110
--------------------------------------------------------------------------------

000152345


Turner, Donna D.                        Unknown
181 Pecan Lane
Barnwell          SC 29812
--------------------------------------------------------------------------------

001550141


Turner, Jimmy W.                        Unknown
1118 Noble Street
Anniston          AL 36201
--------------------------------------------------------------------------------

001549891


Turner, Joanne E.                       Unknown
194 Villa Dr.
McMINNVILLE       TN 37110
--------------------------------------------------------------------------------

001459046


Turner, Karen M                         Unknown
712 Springfield Road
Williston         SC 29853
--------------------------------------------------------------------------------

001575550


Turner, Kathy B.                        Unknown
9155 Prestwick Dr.
Duluth            GA 30097
--------------------------------------------------------------------------------

001603012


Turner, Kenny A.                        Unknown
Rt. 3, Box 36
Montgomery        TX 77356
--------------------------------------------------------------------------------

001581458


Turner, Marlene B.                      Unknown
1104 Smithfield Place
Hanahan           SC 29406
--------------------------------------------------------------------------------

000150140


Turner, Martha T.                       Unknown
10 Little Comfort Rd.
Savannah          GA 31411
--------------------------------------------------------------------------------

```
JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE      Page: 1465
                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001522522


        Turner, Phillip T.                      Unknown
        1358 Dulock  Lane
        Houston          TX 77055
--------------------------------------------------------------------------
        001483514


        Turner, Rebecca W.                      Unknown
        200 Ridge Medical Plaza
        Edgefield        SC 29824
--------------------------------------------------------------------------
        001537548


        Turner, Sandra P                        Unknown
        2104 Victoria Court
        League City      TX 77573
--------------------------------------------------------------------------
        001610016


        Turner, Sherrill                        Unknown
        1125 North Blvd
        N. Charleston    SC 29405
--------------------------------------------------------------------------
        001609687


        Turner, Susan                           Unknown
        3 Andrea Lane
        Greenville       SC 29615
--------------------------------------------------------------------------
        001548971


        Turosky, Andrea L.                      Unknown
        99 1/2 Hamilton Ave.
        Farrell          PA 16125
--------------------------------------------------------------------------
        001596950


        Turrel, Priscilla A.                    Unknown
        5301 W 55Th St
        Roeland Park     KS 66205
--------------------------------------------------------------------------
        000160097


        Tursini, Christopher*                   Unknown
        264 Altamonte Bay Club Cir
        Altamonte Springs  FL 32701
--------------------------------------------------------------------------
        001568858


        Tuttle, Judy L.                         Unknown
        12504 40Th Ave. Se.
        Everett          WA 98208
--------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

000112865

Tweedell, Rita M.                    Unknown
1350 Clotfelter Road
Bogart          GA 30622
-----------------------------------------------------------------

001582507

Tweit, Donna M.                      Unknown
2821 Mckenzie Ave
Bellingham       WA 98225
-----------------------------------------------------------------

001579300

Tweit, Doug                          Unknown
1436 Greenville Drive
Bellingham       WA 98226
-----------------------------------------------------------------

001582503

Tweit, Vern                          Unknown
1220 Puget Street
Bellingham       WA 98226
-----------------------------------------------------------------

001569552

Tweten, Paul A.                      Unknown
North Rt Hc 67
Nashua           MT 59248
-----------------------------------------------------------------

001600953

Twiggs, James G.                     Unknown
13437 Cozy Corners Rd.
Siloam Springs   AR 72761
-----------------------------------------------------------------

001588204

Twitchell, Irene                     Unknown
204 W. 100 S.
Delta            UT 84624
-----------------------------------------------------------------

000107186

Twitty, Phyllis                      Unknown
1897 Boone Hall Dr.
Charleston       SC 29407
-----------------------------------------------------------------

001596791

Twyman-Williams, Yvonne              Unknown
1132 Michael Court
Lithonia         GA 30058
-----------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 1467

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001605816 | |
| Tye, Marsha A.<br>3405 93-Rd St.<br>Lubbock          TX 79423 | Unknown |
| 001575636 | |
| Tyfault, Mike R.<br>1305 W. 4th Ave. #209<br>Kennewick        WA 99336 | Unknown |
| 001608322 | |
| Tyler, Brienne N.<br>1605 Hutchinson<br>Mesquite        TX 75150 | Unknown |
| 001538177 | |
| Tyler, Cheryl M.<br>0991 Rose Haven Drive<br>Southside        AL  35907 | Unknown |
| 001585807 | |
| Tyler, Gina Y.<br>4321 Hollyridge<br>Corpus CHRISTI    TX 78413 | Unknown |
| 000129535 | |
| Tyler, Nancy J.<br>1262 Blvd. Ave.<br>Havre            MT 59501 | Unknown |
| 001560277 | |
| Tyler, Normand M.<br>217 E. 21St<br>Pittsburg        KS 66762 | Unknown |
| 000144131 | |
| Tyus, Heidi E.<br>10510 Channel Drive<br>Dallas          TX 75229 | Unknown |
| 001608658 | |
| U.S. Rong Sheng Int. Inc.<br>91-29 48 Ave<br>Elmhurst        NY 11373 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001571743

Udom, Francis                        Unknown
103 Westwood Dr. Apt 264
Lafayette        LA 70506
------------------------------------------------------------------------------

001484652

Udy, Guy L.                          Unknown
6855 O'Donavan Rd.
Creston          CA 93432
------------------------------------------------------------------------------

001550957

Uhas, Billie A.                      Unknown
20263 North 52 Drive
Glendale         AZ 85308
------------------------------------------------------------------------------

001540563

Uhl, Chasity L.                      Unknown
28141 M Rd.
Wetmore          KS 66550
------------------------------------------------------------------------------

001544376

Ulmer, Peggy G.                      Unknown
1954 Wafer Rd.
Ruston           LA 71270
------------------------------------------------------------------------------

001598338

Ummei, Dean L.                       Unknown
101 Main Street
Brownell         KS 67521
------------------------------------------------------------------------------

001542038

Underwood, Anita C.                  Unknown
164 West Limestone Road
Hazel Green      AL 35750
------------------------------------------------------------------------------

000135356

Underwood, Bart                      Unknown
314 Jamilia Court
Mesquite         TX 75150
------------------------------------------------------------------------------

000115341

Underwood, Brian O.                  Unknown
1314 Shiloh Blvd.
Zion             IL 60099
------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE              Page: 1469

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001584115 | |
| Underwood, Larry<br>144 Penwood Loop<br>Covington          LA 70433 | Unknown |
| 001515457 | |
| Underwood, Lynn R.<br>8 Willow Ct<br>Thomasville        NC 27360 | Unknown |
| 001594722 | |
| Underwood, Patrice M.<br>1124 Minnesota Street<br>Shakopee           MN 55379 | Unknown |
| 001602061 | |
| Underwood, William L.<br>2902 Golden Meadow Drive<br>Garland            TX 75044 | Unknown |
| 000130491 | |
| Undsderfer, Larry A.<br>9022 Old Olympic Hwy.<br>Sequim             WA 98382 | Unknown |
| 000130912 | |
| Undsderfer, Robert L.<br>1021 N. 38th St<br>Renton             WA 98056 | Unknown |
| 001598815 | |
| Ung Cheng Kha<br>800 North Broadway # C<br>Los Angeles        CA 90012 | Unknown |
| 001600194 | |
| Ung, S. Paul<br>456 Solano Ave #1<br>Los Angeles        CA 90012 | Unknown |
| 001605764 | |
| Ung, Steven<br>818 N Broadway #102-B<br>Los Angeles        CA 90012 | Unknown |

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001599606


        Ung, Vun Our                          Unknown
        1001 W Figueroa Ter 312
        Los Angeles      CA 90012
--------------------------------------------------------------------------------

        000131066


        Universal Marketing Consult.          Unknown
        S. 168 Coedr D'Alene St.Apt
        Spokane          WA 99204
--------------------------------------------------------------------------------

        001599388


        Unruh, Jodie                          Unknown
        601 Country Club Road #110
        Eugene           OR 97401
--------------------------------------------------------------------------------

        001511076


        Unruh, John D.                        Unknown
        3412 Caton Place
        Enid             OK 73701
--------------------------------------------------------------------------------

        000119914


        Upah, Rose Taylor                     Unknown
        4824 Sea Pines Dr.
        Dallas           TX 75287
--------------------------------------------------------------------------------

        001590185


        Upchurch, Mark R                      Unknown
        418 Ashton Lane
        New Castle       DE 19720
--------------------------------------------------------------------------------

        001532672


        Upchurch, Phillip R                   Unknown
        655 Mountainview Drive
        Wilsonville      AL 35186
--------------------------------------------------------------------------------

        001602591


        Updyke, Billie L.                     Unknown
        12147 Midlake Drive
        Dallas           TX 75218
--------------------------------------------------------------------------------

        001576551


        Updyke, Leah D.                       Unknown
        3913 Amy
        Garland          TX 75043
--------------------------------------------------------------------------------
```

```
Creditors Names and                   Total Amt
Mailing Address/ Zip Code             of Claim


001598935


Upton Lawrence T                      Unknown
3909 Cedar Terr
Homosassa         FL 34447
-----------------------------------------------------------------------
001593183


Upton, Thomas E.                      Unknown
2021 NW 13 Ave
Crystal River     FL 34428
-----------------------------------------------------------------------
001573487


Urban, Daniel C.                      Unknown
296 Twiss
Topeka            KS 66616
-----------------------------------------------------------------------
000158047


Urbanczyk,  Glynna  Suzette           Unknown
2232 Brenda Lane
Abilene           TX 79606
-----------------------------------------------------------------------
001528277


Urbani, Sydne G.                      Unknown
9383 Cayuse Trail
Bozeman           MT 59715
-----------------------------------------------------------------------
001594986


Urdahl, Rick                          Unknown
105 6Th
Cheney            WA 99004
-----------------------------------------------------------------------
001559610


Uriarte, Raymond J.                   Unknown
11438 Lowell
Overland Park     KS 66210
-----------------------------------------------------------------------
001515120


Urie, Betty J.                        Unknown
4392 Northwest Dr.
Bellingham        WA 98226
-----------------------------------------------------------------------
001565030


Uselton, Ronnie B.                    Unknown
1208-G/ Highway 51 South
Decatur           TX 76234
-----------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE        Page: 1472
                        Unsecured Creditors -- Sales Representatives

        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001552264


        Usery, Eileen T.                     Unknown
        1703 Ole Carriage Dr.
        Athens          AL 35613
--------------------------------------------------------------------------------
        001507218


        V-Kats                               Unknown
        7956-B Jefferson Place
        Baton Rouge     LA 70809
--------------------------------------------------------------------------------
        001575150


        Vahdat, Diann M.                     Unknown
        541 Silverthorne Circle
        Douglasville    GA 30134
--------------------------------------------------------------------------------
        001588789


        Vailes, Lonnie E.                    Unknown
        5046 Lindale
        Wichita Falls   TX 76310
--------------------------------------------------------------------------------
        001591512


        Vailes, Paul                         Unknown
        1709 Cimarron
        Wichita Falls   TX 76305
--------------------------------------------------------------------------------
        001571904


        Vaira, Jack D.                       Unknown
        419 S. Ellery AV.
        Fairview        MT 59221
--------------------------------------------------------------------------------
        000124586


        Valdez, Ruben                        Unknown
        111 East Ocean, Ste. B
        Los Fresnos     TX 78566
--------------------------------------------------------------------------------
        001458796


        Valenti, Carolyn Jeanette            Unknown
        400 SW Jefferson St
        Lee's Summit    MO 64063
--------------------------------------------------------------------------------
        001602957


        Valentine Jr, Charles E.             Unknown
        2506 Norris Lane
        Knoxville       TN 37924
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE          Page 1573

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001595490


Valentine Wanda S                      Unknown
10086 Rd A Se
Othello          WA 99344
--------------------------------------------------------------------------------
001480276


Valigora, Darlene I.                   Unknown
1306 Harbor Livvage Dr.
Corpus Christi    TX 78412
--------------------------------------------------------------------------------
001495804


Vallee, Marc A.                        Unknown
201 South Ione Street
Kennewick         WA 99337
--------------------------------------------------------------------------------
001572490


Valls Jr., John                        Unknown
2354 Leonid Rd
Jacksonville      FL 32218
--------------------------------------------------------------------------------
001604577


Valmores, Michael A.                   Unknown
2544 Timberleaf
Carrollton        TX 75006
--------------------------------------------------------------------------------
001473946


Van Arsdale, Patricia L                Unknown
P.O. Box 226
Smithville        MO 64089
--------------------------------------------------------------------------------
001474109


Van Arsdale, Scott Lon                 Unknown
Po Box 226
Smithville        MO 64089
--------------------------------------------------------------------------------
001607076


Van De Wouw, Monica A.                 Unknown
537.5 Avenue A
Redondo Beach     CA 90277
--------------------------------------------------------------------------------
001503914


Van Dyke, Louise                       Unknown
114 Milbrook Circle
Taylors           SC 29687
--------------------------------------------------------------------------------
```

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000152598 | |
| Van Etten, Stanley L<br>1480 NC 704 Hwy. West<br>Lawsonville        NC 27022 | Unknown |
| 001461365 | |
| Van Horn, Bertha M.<br>#2 Oldham Dr.<br>Bella Vista       AR 72714 | Unknown |
| 001510249 | |
| Van Houten, Charlene<br>5301 Still Brooke Ave N.W.<br>Albuquerque      NM 87120 | Unknown |
| 001561033 | |
| Van Huis, Douglas J.<br>11089 Blair St.<br>Holland         MI 49424 | Unknown |
| 001551766 | |
| Van Huis, Lori D.<br>7239 Lupine<br>Jenison          MI 49428 | Unknown |
| 000130761 | |
| Van Komen, Julie L.<br>110 W. 6th Ave. #399<br>Ellensburg      WA 98926 | Unknown |
| 001597531 | |
| Van Winkle, Kenneth<br>7805 Rio Vista Dr<br>Big River       CA 92242 | Unknown |
| 001458027 | |
| VanHorne, Travis J.<br>14523 E 6Th<br>Spokane         WA 99216 | Unknown |
| 001568428 | |
| VanZandt, Donald E.<br>225306-E Donelson Road<br>Kennewick       WA 99337 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE              Page 1475

Unsecured Creditors -- Sales Representatives

```
         Creditors Names and                    Total Amt
         Mailing Address/ Zip Code               of Claim


         001516135


         Vanacore, Betty J.                      Unknown
         RR5 Box 89A
         Auburn          NY 13021
-------------------------------------------------------------------------------
         001586740


         Vanbuskirk, Jason W.                    Unknown
         7782 Lasalle Ave. #5
         Baton Rouge     LA 70806
-------------------------------------------------------------------------------
         001584463


         Vance, Cynthia F.                       Unknown
         865 Linday Lane #6
         Bpizbpmmaos     IL 60914
-------------------------------------------------------------------------------
         001551090


         Vance, Inez C.                          Unknown
         625 Allen Street
         Duncan          OK 73533
-------------------------------------------------------------------------------
         001609848


         Vancil, Gerald I.                       Unknown
         3503 E 9Th
         Spokane         WA 99202
-------------------------------------------------------------------------------
         001609647


         Vancil, Pam                             Unknown
         13369 Bahnfyre
         St. Louis       MO 63128
-------------------------------------------------------------------------------
         000148884


         Vancil, Rod A.                          Unknown
         138 Sunset Plc
         Sequim          WA 98382
-------------------------------------------------------------------------------
         001587771


         Vandeberg, James L. & Mileen            Unknown
         7 Memory Ln.
         Billings        MT 59101
-------------------------------------------------------------------------------
         001529270


         Vanden Bosch, Debra K.                  Unknown
         15424 111Th Ave. N.E.
         Arlington       WA 98223
-------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

Creditors Names and                          Total Amt
Mailing Address/ Zip Code                     of Claim

000146818

Vandenberg, Gerald L.                         Unknown
16925 Landing Lane
Spring Lake        MI 49456
--------------------------------------------------------------------------
001565648

Vanderhech, Harl W.                           Unknown
1111 Spent Wing Drive
Ssan Antonio       TX 78213
--------------------------------------------------------------------------
001536187

Vanderjagt, Lynelle                           Unknown
4440 Last Straw Dr.
Helena             MT 59602
--------------------------------------------------------------------------
001529317

Vandersar, Cathy                              Unknown
28947 South Skagit Hwy.
Sedro-Woolley      WA 98284
--------------------------------------------------------------------------
001585912

Vanderveen, David H.                          Unknown
4807 Raintree St. Cir East
Bradenton          FL 34203
--------------------------------------------------------------------------
001507384

Vandever, Richard D.                          Unknown
8178 Halsey
Lenexa             KS 66215
--------------------------------------------------------------------------
001577845

Vandyk, Kyle J.                               Unknown
9807 Benson Rd.
Lynden             WA 98264
--------------------------------------------------------------------------
001573779

Vandyk-K Holsteins Kent                       Unknown
9807 Benson Road
Lynden             WA 98264
--------------------------------------------------------------------------
001565096

Vanhootegem, Holly P.                         Unknown
3314 Ivywood Ct
Decatur            IL 62522
--------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE         Page 1477
                         Unsecured Creditors -- Sales Representatives

          Creditors Names and                    Total Amt
          Mailing Address/ Zip Code               of Claim


          000140028


          Vanmeter, Charlotte K.                  Unknown
          2019 Lombardy Ave.
          Nashville          TN 37215
-------------------------------------------------------------------------

          001531921


          Vannoy, Gordon F.                       Unknown
          4641 Wilde Lake Blvd.
          Pensacola          FL 32526
-------------------------------------------------------------------------

          001559157


          Vannoy, James L.                        Unknown
          8391 Klondike
          Pensacola          FL 32526
-------------------------------------------------------------------------

          001557749


          Vannoy, Jeffrey C.                       Unknown
          3540 Chastain Way;
          Pensacola          FL 32504
-------------------------------------------------------------------------

          001583719


          Vanorden, Carl S.                        Unknown
          1310 Grand
          Emporia            KS 66801
-------------------------------------------------------------------------

          001578463


          Vanterainen, Erika L.                    Unknown
          5921 N E 2nd Terrace
          Ft. Lauderdale     FL 33334
-------------------------------------------------------------------------

          001519026


          Vanvliet, Steve                          Unknown
          800 S. Huntington
          Kennewick          WA 99336
-------------------------------------------------------------------------

          001593813


          Varel, Nicholas M.                       Unknown
          4419 West Way
          Dallas             TX 75205
-------------------------------------------------------------------------

          000157310


          Vargas, John S.                          Unknown
          914 South 22Nd Court A
          Mount Vernon       WA 98273
-------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001578580


Vargo, Danny J.                          Unknown
223 Lincoln Drive
Bossier City       LA 71111
--------------------------------------------------------------------------------

001601131


Varland, Camille K.                      Unknown
13907 Montfort #2038
Dallas             TX 75240
--------------------------------------------------------------------------------

001566723


Varn, M. Herbert                         Unknown
25 Sweetbriar Rd.
Greenville         SC 29615
--------------------------------------------------------------------------------

001589824


Vascil, John Or Betsy                    Unknown
12405 Alexandria
Frisco             TX 75035
--------------------------------------------------------------------------------

001477829


Vasquez, Carlos L.                       Unknown
7601 Terry Dr.
N. Richland Hills  TX 76180
--------------------------------------------------------------------------------

001548941


Vasquez, Joe L.                          Unknown
10310 Live Oak Avenue
Arcadia            CA 91007
--------------------------------------------------------------------------------

001556839


Vaughn, Barry K.                         Unknown
5550 Spring Valley Rd #D31
Dallas             TX 75240
--------------------------------------------------------------------------------

001591971


Vaughn, Charles M.                       Unknown
411 Witt Road
Little Elm         TX 75068
--------------------------------------------------------------------------------

000107902


Vaughn, David E.                         Unknown
Rt.#1 Box 140
Lilesville         NC 28091
--------------------------------------------------------------------------------

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

000148843

Vaughn, Deborah K.                          Unknown
5041 Eastridge Drive
Wichita Falls      TX 76302

------------------------------------------------------------------------

001499607

Vaughn, Rebecca A                           Unknown
10410 Ballentine
Overland Park      KS 66214

------------------------------------------------------------------------

001608470

Vaught Robin                                Unknown
P.O. Box 507
Columbia           LA 71418

------------------------------------------------------------------------

001562978

Vaught, Sieglinde G                         Unknown
201 East Cherokee Dr
Harker Heights     TX 76548

------------------------------------------------------------------------

001557388

Vawter Jr., Charles R.                      Unknown
108 Stoneridge Dr.
Sylacauga          AL 35150

------------------------------------------------------------------------

001516215

Vawter, Laneil M.                           Unknown
11506 Sagecountry
Houston            TX 77089

------------------------------------------------------------------------

001590799

Vazquez, Benito                             Unknown
3467 N. Mt.View Dr.
San Diego          CA 92116

------------------------------------------------------------------------

001461366

Veal, Margaret H.                           Unknown
2010 Magnolia St. S.E.
Decatur            AL 35601

------------------------------------------------------------------------

001523000

Vecchio, Sandra A.                          Unknown
1711 Terrace
Mission            TX 78572

------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 1480
                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001548523


        Veerkamp, Leslie D.                      Unknown
        1563 Hwy. 124 W.
        Urania              LA 71480
-----------------------------------------------------------------------------------

        001541543


        Vega, Olga                               Unknown
        2106 Mustang Ln
        Rosharon            TX 77583
-----------------------------------------------------------------------------------

        001478240


        Velch, Laura                             Unknown
        7577 Peony Lane
        Maple Grove         MN 55311
-----------------------------------------------------------------------------------

        001596972


        Velez, Frank                             Unknown
        5810 Demilo
        Houston             TX 77092
-----------------------------------------------------------------------------------

        001609737


        Velez, Wilfredo                          Unknown
        4175 Woodlake Ct.
        Virginia Beach      VA 23452
-----------------------------------------------------------------------------------

        001589361


        Veller, Dave D.                          Unknown
        15303 Otsego Pk.
        Weston              OH 43569
-----------------------------------------------------------------------------------

        001590990


        Venturella, Aleen                        Unknown
        10046 Knox Drive
        Overland Park       KS 66212
-----------------------------------------------------------------------------------

        001507022


        Verbois, David R.                        Unknown
        190 Davis Lake
        Winthrop            WA 98862
-----------------------------------------------------------------------------------

        001491779


        Verdugo, Gilbert A.                      Unknown
        2122 Whyte Park Avenue
        Walnut Creek        CA 94595
-----------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE              Page: 1481
                          Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001583312 | |
| Vergara, Gloria P.<br>11004 Temperance St.<br>Huntsville    AL 35803 | Unknown |
| 001535186 | |
| Vermeulen, Dorothy Mae<br>P.O. Box 181055<br>Corpus Christi    TX 78480 | Unknown |
| 001512255 | |
| Vermillion, Phyllis J.<br>1957 East Frontier Lane<br>Olathe    KS 66062 | Unknown |
| 001567272 | |
| Vernon, Ellis Jr.<br>921 North Eucalyptus #9<br>Inglewood    CA 90302 | Unknown |
| 001563847 | |
| Veroulis, Angelo N.<br>32 Cloverview Dr.<br>Helena    MT 59601 | Unknown |
| 001509205 | |
| Verrette, Harry H.<br>2704 Southwest Dr.<br>New Iberia    LA 70560 | Unknown |
| 001575190 | |
| Versteegh, Thomas W.<br>2914 Beltline Rd. #412<br>Garland    TX 75044 | Unknown |
| 001538285 | |
| Veteto, Barbara J.<br>1111 W. 19Th Street<br>Kennewick    WA 99337 | Unknown |
| 001556197 | |
| Vey, Mildred M.<br>R.R. 5 Box 197<br>Staunton    VA 24401 | Unknown |

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001485460


        Vice, Kelly J.                          Unknown
        255 Bluebird Lane
        Tillamook        OR 97141
-----------------------------------------------------------------------------

        001538459


        Vice, Rebecca                           Unknown
        51 Grandview Dr.
        Altoona          AL 35952
-----------------------------------------------------------------------------

        001584679


        Vickers, Juanita D.                     Unknown
        2405 Pinebluff
        Dallas           TX 75228
-----------------------------------------------------------------------------

        001477748


        Vidos, Elida                            Unknown
        717 Desota Drive
        Desoto           TX 75115
-----------------------------------------------------------------------------

        001568383


        Vien, Trudy K.                          Unknown
        237 Glen Circle
        River Falls      WI 54022
-----------------------------------------------------------------------------

        001542171


        Viens, Teresa                           Unknown
        1422 N. 82nd St.
        Kansas City      KS 66112
-----------------------------------------------------------------------------

        001455990


        Vierow, Daniel G                        Unknown
        106 Agewood Dr
        Simpsonville     SC 29680
-----------------------------------------------------------------------------

        001608192


        Vigon, Carlos A.G.                      Unknown
        P.O. Box 2828
        Palm Desert      CA 92261
-----------------------------------------------------------------------------

        001551922


        Viliunas, Robert M.                     Unknown
        272 Strada Fortuna
        Palm Desert      CA 92260
-----------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                  INTERNATIONAL HERITAGE          Page: 1483

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001564178 | |
| Villa, Carla M.<br>814 Southeast Circle N.W.<br>Albuquerque      NM 87104 | Unknown |
| 001554662 | |
| Villa, Shirley E.<br>515 Maple Street SE<br>Albuquerque      NM 87106 | Unknown |
| 001604382 | |
| Villalta, Darlene<br>1537 Linden St<br>Killen       AL 35645 | Unknown |
| 001574867 | |
| Villarreal, Beverly A.<br>1642 Middlesbrough Lane<br>Missouri City      TX 77459 | Unknown |
| 001475760 | |
| Villarreal, Diane M.<br>2523 Fountain View<br>New Caney      TX 77357 | Unknown |
| 001575633 | |
| Villaruz, Darwin C.<br>17179 Matinal Road<br>San Diego      CA 92127 | Unknown |
| 001574344 | |
| Villaruz, Rosendo Jr. C.<br>17179 Matinal Rd.<br>San Diego      CA 92127 | Unknown |
| 001563311 | |
| Vince, Tyson F.<br>15443 Four Oaks<br>Pride       LA 70770 | Unknown |
| 000125789 | |
| Vincent, Aubrey L.<br>215 Fisk Ave.<br>Brownwood      TX 76801 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE            Page: 1784

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
|---|---|
| Mailing Address/ Zip Code | of Claim |

000121977

| Vincent, Crystal D. | Unknown |
|---|---|
| 521 Woodward #205 | |
| Austin       TX 78704 | |

-------------------------------------------------------------------------------

001553779

| Vincent, Hongyan X. | Unknown |
|---|---|
| 4262 Yupon Rioge | |
| Houston       TX 77072 | |

-------------------------------------------------------------------------------

001466439

| Vine, Marsha K. | Unknown |
|---|---|
| 2302 Gold Drive | |
| Madison       WI 53711 | |

-------------------------------------------------------------------------------

001588360

| Vinson, Rachel R. | Unknown |
|---|---|
| 3007 Virginia | |
| Joplin       MO 64804 | |

-------------------------------------------------------------------------------

001598544

| Virginia L. Shipp | Unknown |
|---|---|
| 8108 75 Street N.E. | |
| Marysville       WA 98270 | |

-------------------------------------------------------------------------------

001510991

| Viscogliosi, Angela | Unknown |
|---|---|
| 31 Lenox Avenue | |
| Pleasantville       NY 10570 | |

-------------------------------------------------------------------------------

001571368

| Vislocky, Olga | Unknown |
|---|---|
| 9209 Seminole Blvd. #119 | |
| Seminole       FL 33772 | |

-------------------------------------------------------------------------------

001552759

| Visser, Eric D. | Unknown |
|---|---|
| 914 South 19Th Street | |
| Mt. Vernon       WA 98274 | |

-------------------------------------------------------------------------------

001571382

| Visser, Gaylen D. | Unknown |
|---|---|
| 7553 Hannegan Rd. | |
| Lynden       WA 98264 | |

-------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                  INTERNATIONAL HERITAGE                Page: 1485
                          Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001571579

Visser, Kristi K.                         Unknown
7553 Hannegan Rd,
Lynden              WA 98264
------------------------------------------------------------------------

001565601

Visser, Randy C.                          Unknown
1103 Waugh Rd.
Mount Vernon        WA 98273
------------------------------------------------------------------------

001558615

Vitela, Elva                              Unknown
4700 Polo Parkway #144
Midland             TX 79705
------------------------------------------------------------------------

001609764

Vittum, Eloise K.                         Unknown
Po Box 288
Hinsdale            NH 03451
------------------------------------------------------------------------

001590636

Vivian, Margaret A.                       Unknown
911 Greenwood Ave.
Gillette            WY 82716
------------------------------------------------------------------------

001581312

Vix, Ronald P.                            Unknown
617 Maplewood Drive
Covington           LA 70433
------------------------------------------------------------------------

001582946

Vlach, Stanley J.                         Unknown
1201 N. Arrowhead Circle
Urbana              IL 61802
------------------------------------------------------------------------

001599331

Vliet, Marie                              Unknown
2303 Rainbowview
Urbana              IL 61802
------------------------------------------------------------------------

001548998

Vlock, Jr. Raymond D.                     Unknown
207 E. Wilson Ave.
Girard              OH 44420
------------------------------------------------------------------------

```
      Creditors Names and                Total Amt
      Mailing Address/ Zip Code          of Claim


      001579243


      Vogel, Mechelle S.                 Unknown
      4519 146th PLACE S.W.
      Lynnwood        WA 98037
-------------------------------------------------------------------------------
      001596316


      Vogel, Philip S.                   Unknown
      905 N. Sergeant Avenue
      Joplin          MO 64801
-------------------------------------------------------------------------------
      001608138


      Vogt, Bruce                        Unknown
      P. O. Box 747
      Hayes           VA 23072
-------------------------------------------------------------------------------
      001543886


      Vogt, Guy R.                       Unknown
      1740 Jeannie Ln.
      Hurst           TX 76054
-------------------------------------------------------------------------------
      001544162


      Voldberg, Andrew O.                Unknown
      Po Box 5575
      Wenatchee       WA 98807
-------------------------------------------------------------------------------
      000123824


      Volk, John S.                      Unknown
      2806 Dyer Street
      Dallas          TX 75205
-------------------------------------------------------------------------------
      000104585


      Vollmer, Natella                   Unknown
      2213 S.E. 19Th Ave
      Cape Coral      FL 33990
-------------------------------------------------------------------------------
      001577388


      Volt USA Inc.                      Unknown
      1673 S.W. 176Th St.
      Seattle         WA 98166
-------------------------------------------------------------------------------
      001498661


      Von Duyke Enterprises, Inc.        Unknown
      C/O Marlene Von Duyke
      Marietta        GA 30068
-------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001471172

| Von Fange, Curtis A.<br>1584 W Dawson Smith Rd.<br>Madison       IN 47250 | Unknown |

000105945

| VonCannon, Wanda S.<br>639 Friendlly Acres<br>Asheboro      NC 27203 | Unknown |

001466981

| VonFange, Arthur W.<br>72876 Cr 29<br>Syracuse      IN 46567 | Unknown |

001540575

| Vondersaar, Barbara J.<br>4024 Dollar Cir.<br>Suwanee      GA 30024 | Unknown |

000147958

| Vondruska, Michael W.<br>143 Pershing St.<br>Bensenville      IL 60106 | Unknown |

001476461

| Vong, Angela Yuling<br>6250 Kings Lynn<br>Vancouver      BC V5S4T9 | Unknown |

001556033

| Vonier, Tony M.<br>5280 E 14Th<br>Joplin       MO 64801 | Unknown |

001574613

| Vos, Lucas J.<br>1721 Van Dyk Rd.<br>Everson      WA 98247 | Unknown |

001518310

| Vos, Sandi<br>Rt. 1, Box 197<br>Johnson      TX 786369711 | Unknown |

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                   Total Amt
Mailing Address/ Zip Code             of Claim


001593348


Vosen, Mike S                         Unknown
609 Skyview Drive
Nashville       TN 37206
-----------------------------------------------------------------------------------------

000151355


Votsmier, Therese A.                  Unknown
6125 Cocos Dr.
Fort Myers      FL 33908
-----------------------------------------------------------------------------------------

001573728


Vulcano, Brent                        Unknown
145 Mozart
Cardiff By The Sea  CA 92007
-----------------------------------------------------------------------------------------

001605124


Wachtel, Harry                        Unknown
1 Joya Dr
Palm Desert     CA 92260
-----------------------------------------------------------------------------------------

001496692


Wachtel, Martin W.                    Unknown
1109 Len St.
Bossier         LA 71111
-----------------------------------------------------------------------------------------

001592445


Waddill, Donald R                     Unknown
2004 Oakwood Court
Arlington       TX 76012
-----------------------------------------------------------------------------------------

001560647


Wade Enterprises Of Fwb, Inc.         Unknown
79 Waynell Circle
Ft. Walton Beach   FL 32548
-----------------------------------------------------------------------------------------

001562075


Wade III, Conrad Devereaux            Unknown
3550 Lakehealth Drive
Cumming         GA 30041
-----------------------------------------------------------------------------------------

000122691


Wade, Bevelry A.                      Unknown
3040 Pierce Avenue
El Paso         TX 79930
-----------------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001455855

Wade, Brad
528 Addison St.
New Boston          TX 75570          Unknown

---

000107209

Wade, Charles D.
4711 Mill Point Rd
Greensboro          NC 27406          Unknown

---

001457204

Wade, Danny R.
Rt.3 Box 110
Collins          MS 39428          Unknown

---

001590519

Wade, Frank L.
903 W. Lincoln St. A9
Pontiack          IL 61764          Unknown

---

001483268

Wade, Gail K.
120 Harrison Ridge Rd.
Duncan          SC 29334          Unknown

---

001544443

Wade, Patricia A.
2039 Suenic Street
Sedro Woolley          WA 98284          Unknown

---

001542315

Wadinski, Mark P.
1524 Hemlock Circle
Oak Harbor          WA 98277          Unknown

---

000116262

Wadley, Frances H.
2052 Brentwood Drive
Milan          TN 38358          Unknown

---

001533017

Wadley, Wendy L
2304 26Th Ave
Northport          AL 35476          Unknown

---

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE        Page 1490

Unsecured Creditors -- Sales Representatives

Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim

001544904

Wadrose, Tricia l                        Unknown
1023 Negley Street
Farrell          PA 16121
-----------------------------------------------------------------------------
000114428

Waechter, Sandra K.                      Unknown
3183 Islington Court
Reynoldsburg      OH 43068
-----------------------------------------------------------------------------
001516531

Waelde, Mark R.                          Unknown
36 Liana Place
Aliso Viejo      CA 92656
-----------------------------------------------------------------------------
001563999

Wager,  Robert M.                        Unknown
6021 W. Hwy 377
Tolar            TX 76476
-----------------------------------------------------------------------------
001590198

Waggoner Vicki                           Unknown
410 S Pearl
Joplin           MO 64801
-----------------------------------------------------------------------------
001572303

Wagner, Charles A.                       Unknown
1686 Grandview PLACE
Ferndale         WA 98248
-----------------------------------------------------------------------------
001549550

Wagner, David B.                         Unknown
1989 Cypress Lake Rd.
Statesboro       GA 30458
-----------------------------------------------------------------------------
001556385

Wagner, Jeanne B.                        Unknown
11221 N.E. Glisan Apt. #4
Portland         OR 97220
-----------------------------------------------------------------------------
000149872

Wagner, Karin                            Unknown
484 East Yale Loop
Irvine           CA 92614
-----------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page 1491

Unsecured Creditors -- Sales Representatives

Creditors Names and                         Total Amt
Mailing Address/ Zip Code                    of Claim

001493845

Wagner, Kimberly                             Unknown
3285 E. Flamingo #104
Las Vegas          NV 89121
--------------------------------------------------------------------------------
001574184

Wagner, Leslie L.                            Unknown
11420 Kerr Rd
Zachary            LA 70791
--------------------------------------------------------------------------------
001471616

Wagner, Lynn L.                              Unknown
4001-1G River Point Place
High Point         NC 27265
--------------------------------------------------------------------------------
001518622

Wagner, Todd M.                              Unknown
3519 Wildwood Ridge Dr.
Kingwood           TX 77339
--------------------------------------------------------------------------------
001549873

Wagnon, Barbara                              Unknown
401 Williams Avenue
Rainbow City       AL 35906
--------------------------------------------------------------------------------
001592654

Wagoner Brandy                               Unknown
1409 Northfield Blud
Warrensburg        MO 64093
--------------------------------------------------------------------------------
000118977

Wainwright, Fay                              Unknown
496 Dogwood Harbor Road
Jonesboro          LA 71251
--------------------------------------------------------------------------------
000116601

Wainwright, Helen                            Unknown
198 Shawdowbrook Lane
Huntsville         AL 35811
--------------------------------------------------------------------------------
000130508

Waite, Debbie J.                             Unknown
P.O. Box 354
Clear Lake         WA 98235
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page 1592

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001588943


Waits, Tenonya                          Unknown
2162 Locust Box 1204
Arcadia        LA 71001
-------------------------------------------------------------------------
001565357


Wakamatsu, Lincoln A.                   Unknown
1271 27Th Street
Ogden          UT 84403
-------------------------------------------------------------------------
001476490


Wake, Laura G.                          Unknown
3 Harbor Lane
Kemah          TX 77565
-------------------------------------------------------------------------
001463196


Walburn, Cindy B.                       Unknown
918 S.W. 33 Ter.
Cape Coral     FL 33914
-------------------------------------------------------------------------
001551968


Wald Enterprises                        Unknown
7961 9Th St. Ct. N.
Oakdale        MN 55128
-------------------------------------------------------------------------
001552753


Wald, Frank R.                          Unknown
1422 Granada Road
Oakdale        MN 55128
-------------------------------------------------------------------------
001571474


Waldman, Dick                           Unknown
430 Buena Road
Buena          WA 98921
-------------------------------------------------------------------------
000157660


Waldner, Larry F.                       Unknown
Rt 2 Box 475
Dickinson      TX 77539
-------------------------------------------------------------------------
000160935


Waldron, Linda S                        Unknown
2160 North Adams Central Av
Juniata        NE 68955
-------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


Creditors Names and                    Total Amt
Mailing Address/ Zip Code               of Claim


001615672


Waldrop, Joy G                          Unknown
5908 Horns Vally  Rd
Talladega         AL 35160
--------------------------------------------------------------------------------

001549491


Waldschmidt, Elmer C.                   Unknown
547 Dymond Rd.
Libertyville      IL 60048
--------------------------------------------------------------------------------

001596607


Walker Cynthia L                        Unknown
3701 San Mateo Ne  #H
Albuquerque       NM 87110
--------------------------------------------------------------------------------

001553133


Walker, Allesandra L.                   Unknown
2655 Leta Mae Ln.
Dallas            TX 75234
--------------------------------------------------------------------------------

001565625


Walker, Barbara J.                      Unknown
5066 Hwy 11 South
Attalla           AL 35954
--------------------------------------------------------------------------------

001588284


Walker, Brian W.                        Unknown
1121 Countryside Dr.
Webb City         MO 64870
--------------------------------------------------------------------------------

001540695


Walker, Carol D                         Unknown
288 NE 104th Street
Miami Shores      FL 33138
--------------------------------------------------------------------------------

000154740


Walker, Charles E                       Unknown
5343 W. Ohio
Chicago           IL 60644
--------------------------------------------------------------------------------

001586338


Walker, Debra J.                        Unknown
235 White Oak Ln.
Harrisburg        IL 62946
--------------------------------------------------------------------------------

                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001505623


        Walker, Donna K.                     Unknown
        Hc60 Box 644
        Jena           LA 71342
--------------------------------------------------------------------------------
        001569395


        Walker, George R                     Unknown
        170 West 200 South -A
        Provo          UT 84601
--------------------------------------------------------------------------------
        001586506


        Walker, Jane                         Unknown
        2300 5 Ave., Apt. 6-C
        New York       NY 10037
--------------------------------------------------------------------------------
        001493340


        Walker, Janet F.                     Unknown
        214 S. 15th Street
        Burlington     KS 66839
--------------------------------------------------------------------------------
        001544378


        Walker, Jason                        Unknown
        1408 Davis Blvd.
        Ruston         LA 71270
--------------------------------------------------------------------------------
        001593231


        Walker, Joan A.                      Unknown
        1309 Rimrock Road
        Billings       MT 59102
--------------------------------------------------------------------------------
        001554479


        Walker, John G.                      Unknown
        3622 Mary Lane
        Escondido      CA 92025
--------------------------------------------------------------------------------
        001513844


        Walker, Joyce F.                     Unknown
        12511 E. 27Th Place
        Tulsa          OK 74129
--------------------------------------------------------------------------------
        001559930


        Walker, Karen D.                     Unknown
        2518 Lot 19 Old Humbel Mill Rd
        Asheboro       NC 27203
--------------------------------------------------------------------------------

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001569960


Walker, Lee, B.                          Unknown
Rt 2 Box 26
Bernice          LA 71222
-----------------------------------------------------------------------------
000149679
:

Walker, Marie E.                         Unknown
7171 Harding Street
Hollywood        FL 33024
-----------------------------------------------------------------------------
001536026


Walker, Monty                            Unknown
Rt 2 Box 41-3
Bernice          LA 71222
-----------------------------------------------------------------------------
001461296


Walker, Patt F.                          Unknown
8467 Apple Glen
Rogers           AR 72756
-----------------------------------------------------------------------------
001504539


Walker, Rachel                           Unknown
2950 East North St 100 E
Greenville        SC 29615
-----------------------------------------------------------------------------
001571590


Walker, Randal                           Unknown
Rt 2 Box 150A
Bernice          LA 71222
-----------------------------------------------------------------------------
000158720


Walker, Rhonda                           Unknown
832 W Union
Jacksboro        TX 76458
-----------------------------------------------------------------------------
000157223


Walker, Robert A.                        Unknown
2449 Sylvan Shores Drive
Charleston       SC 29414
-----------------------------------------------------------------------------
001510955


Walker, Teresa D.                        Unknown
563 Village Green
Coppell          TX 75019
-----------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07            INTERNATIONAL HERITAGE

Unsecured Creditors -- Sales Representatives

Creditors Names and                 Total Amt
Mailing Address/ Zip Code            of Claim


001528997

Walker, Terry A.                     Unknown
2620 NW 46th Street
Topeka          KS 66618
----------------------------------------------------------------------
001495276

Walker, Tori L.                      Unknown
13911 205th Ave. N.E.
Woodinville      WA 98072
----------------------------------------------------------------------
001563097

Walker, William D.                   Unknown
2815 Nw Milford Place
Blue Springs     MO 64015
----------------------------------------------------------------------
001613619

Wall Sr, Henry C                     Unknown
P.O. Box 2067
Martinsville     VA 24113
----------------------------------------------------------------------
001548960

Wall, Jon M.                         Unknown
1616 North Chippewa Drive
Chandler         AZ 85224
----------------------------------------------------------------------
001482489

Wall, Loretta Y.                     Unknown
1601 Shady Lane
Shreveport       LA 71118
----------------------------------------------------------------------
000119484

Wall, Virginia L.                    Unknown
4984 Hwy 501
Winnfield        LA 71483
----------------------------------------------------------------------
001473934

Walla, Amber C.                      Unknown
541 N. Morse
Liberty          MO 64068
----------------------------------------------------------------------
001570650

Wallace, Cherie E.                   Unknown
Rt. 8 Box 282
Joplin           MO 64804
----------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001607208


Wallace, Cheryl  M.                     Unknown
1980 Floyd Hampton Rd
Crowley          TX 76036
----------------------------------------------------------------------------------

001514900


Wallace, Karin J.                       Unknown
6194 Poplar Bluff Circle
Norcross         GA 30092
----------------------------------------------------------------------------------

001521591


Wallace, Linda F.                       Unknown
362 Louisiana St.
Joyce            LA 71440
----------------------------------------------------------------------------------

001590443


Wallace, Malisa L.                      Unknown
25764 174Th Pl S.E.
Kent             WA 98042
----------------------------------------------------------------------------------

001506553


Wallace, Patsy R.                       Unknown
613 North Road
Baytown          TX 77521
----------------------------------------------------------------------------------

001586432


Wallace, Scott/Rena                     Unknown
3051 Redjou Lane
Stevensville     MT 59870
----------------------------------------------------------------------------------

001587168


Wallace, Shirlie L                      Unknown
408 East 5th Street
Bishop           TX 78343
----------------------------------------------------------------------------------

000125050


Wallace, Sondra                         Unknown
107 Windmill Ridge
Rockwall         TX 75032
----------------------------------------------------------------------------------

001506779


Wallace, Sybil D.                       Unknown
653 Loridans Dr.
Atlanta          GA 30342
----------------------------------------------------------------------------------

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code           of Claim


        001515404


        Wallant, Catherine E.              Unknown
        53 Breer Street
        Brockton        MA 02401
-------------------------------------------------------------------------
        001605996


        Wallberg, Phillip O                Unknown
        41651 Corporate Way
        Palm Desert     CA 92260
-------------------------------------------------------------------------
        001514506


        Wallen, Tye V                      Unknown
        1326 W Paradise
        Nixa            MO 65714
-------------------------------------------------------------------------
        000125968


        Waller, David B.                   Unknown
        2234 Maple
        Billings        MT 59102
-------------------------------------------------------------------------
        001533605


        Waller, Eddie D.                   Unknown
        605 Pawnee Court
        Albany          GA 31707
-------------------------------------------------------------------------
        001509798


        Waller, Eddie W.                   Unknown
        315 9Th Ave.
        Manchester      GA 31816
-------------------------------------------------------------------------
        001560220


        Waller, Jack R.                    Unknown
        1202 Spruce Drive
        Richardson      TX 75080
-------------------------------------------------------------------------
        001576679


        Waller, Jesse W.                   Unknown
        2933 N. 56th Street
        Lincoln         NE 68504
-------------------------------------------------------------------------
        001477797


        Waller, Paul R                     Unknown
        2234 Maple
        Billings        MT 59102
-------------------------------------------------------------------------
```

                         Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001606312


        Waller, Ross T                          Unknown
        5410 Oakwood Dr
        Eldorado          AR 71730
-------------------------------------------------------------------------------
        001496743


        Waller, Stephanie L                     Unknown
        5785 Harborside Drive
        Tampa             FL 33615
-------------------------------------------------------------------------------
        000146208


        Waller, Virgie L.                       Unknown
        12167 O'Brady Place
        El Paso           TX 79934
-------------------------------------------------------------------------------
        001589178


        Wallett, Roy O.                         Unknown
        700 Frontier
        Gillette          WY 82718
-------------------------------------------------------------------------------
        001464404


        Walls, Ervin W.                         Unknown
        6012 Laci Ln.
        Wichita Falls     TX 76310
-------------------------------------------------------------------------------
        001602479


        Walls, Rickey L                         Unknown
        7335 Cobblecreek Dr
        Matthews          NC 28105
-------------------------------------------------------------------------------
        001468965


        Walls, Venice                           Unknown
        100 Ridgecreek Rd.
        Thomaston         GA 30286
-------------------------------------------------------------------------------
        001517355


        Walrod, John H.                         Unknown
        15 Cleveland Aveune Suite 4
        Martinsville      VA 24112
-------------------------------------------------------------------------------
        001509335


        Walsh, Catherine C.                     Unknown
        804 Lee Drive
        Bedford           TX 76022
-------------------------------------------------------------------------------

        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001558973


        Walsh, John G.                           Unknown
        256 Ewell Lane
        Chesapeake       VA 23322
---------------------------------------------------------------------------------

        001509331


        Walsh, Patricia                          Unknown
        1141 Boston Blvd.
        Bedford          TX 76022
---------------------------------------------------------------------------------

        001597517


        Walsh, Tracy S.                          Unknown
        31850 San Luis Rey apt#56
        Cathedral City    CA 92234
---------------------------------------------------------------------------------

        001608889


        Walter Nita K                            Unknown
        P.O. Box 161
        Cheyenne WELLS    CO 80810
---------------------------------------------------------------------------------

        001530504


        Walter, Dana M.                          Unknown
        4410 Harbinger Dr.
        Mesquite         TX 75150
---------------------------------------------------------------------------------

        001587400


        Walter, Donna J                          Unknown
        305 Lindy Lane
        Laurel           MT 59044
---------------------------------------------------------------------------------

        001528781


        Walters,  James Todd                     Unknown
        5710 Riley Terrace Rd.
        Atlanta          GA 30327
---------------------------------------------------------------------------------

        001587078


        Walters, Alanna                          Unknown
        6305 Hwy 559
        Columbia         LA 71418
---------------------------------------------------------------------------------

        001546808


        Walters, Carol J.                        Unknown
        72 Peppermill Pt.
        Valley           NE 68064
---------------------------------------------------------------------------------

                       Unsecured Creditors -- Sales Representatives


        Creditors Names and                        Total Amt
        Mailing Address/ Zip Code                  of Claim


        001595888


        Walters, Meredith W.                       Unknown
        5260 Crossbow Circle S.W.#8C
        Roanoke          VA 24014
----------------------------------------------------------------------------
        001583630


        Walters, Ryon B.                           Unknown
        20 Central Avenue #13
        Quincy           CA 95971
----------------------------------------------------------------------------
        001537328


        Walterscheid, Marjorie F.                  Unknown
        932 West Live Oak Box 690
        Jacksboro        TX 76458
----------------------------------------------------------------------------
        001593521


        Walterscheid, Raina M                      Unknown
        932 West Liveoak  Box 690
        Jacksboro        TX 76458
----------------------------------------------------------------------------
        001540778


        Waltman, Cheryl                            Unknown
        9021 W. Whitton
        Phoenix          AZ 85037
----------------------------------------------------------------------------
        001538915


        Walton, Denise A.                          Unknown
        9096 Fricke St.
        Bay St. Louis    MS 39520
----------------------------------------------------------------------------
        000160625


        Walton, Hazel M.                           Unknown
        1131 Shaws Fork Rd.
        Aiken            SC 29801
----------------------------------------------------------------------------
        001455717


        Walton, James R                            Unknown
        1126 Shaws Fork Road
        Alken            SC 29801
----------------------------------------------------------------------------
        001488623


        Walton, Jennifer B.*                       Unknown
        23935 W. 111Th Street
        Olathe           KS 66061
----------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                     INTERNATIONAL HERITAGE           Page: 1502
                        Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001603319


        Walton, Jessica L.                      Unknown
        13514 Firebrick
        Houston          TX 77041
---------------------------------------------------------------------------

        001531614


        Walzer, Suzanne                         Unknown
        4500 S. Ocean Blvd #409
        Palm Beach       FL 33480
---------------------------------------------------------------------------

        000143480


        Wampler, Crystal S                      Unknown
        2769 W. Camino Alto
        Springfield      MO 65810
---------------------------------------------------------------------------

        000135640


        Wampler, Wayne L                        Unknown
        2769 W. Camino Alto
        Springfield      MO 65810
---------------------------------------------------------------------------

        001584689


        Wan, Hui-Tung                           Unknown
        288 Cayuga Place
        Fremont          CA 94539
---------------------------------------------------------------------------

        001543189


        Wanamaker, Timothy L.                   Unknown
        3973 Bailey Rd.
        Clinton          WA 98236
---------------------------------------------------------------------------

        001580612


        Wang, Binbing                           Unknown
        4304 Buchanan Drive
        Plano            TX 75024
---------------------------------------------------------------------------

        001579290


        Wang, Chao Ying                         Unknown
        137 -45 B Jeranium Ave.
        Flushing N.Y.    NY 11355
---------------------------------------------------------------------------

        000161194


        Wang, Ching K.                          Unknown
        1300 N.E. 191 Street #311
        Miami            FL 33179
---------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001515659


Wang, Danwei                             Unknown
147-37 Roosevelt Ave. Apt 3H
Flushing          NY 11354
------------------------------------------------------------------------
001569886


Wang, Eva Yiwen                          Unknown
928 West Huntington Drive #1
Arcadia           CA 91007
------------------------------------------------------------------------
001587549


Wang, Gong-Yi                            Unknown
2197 S. Parisway Apt.#301
Aurora            CO 80014
------------------------------------------------------------------------
001461674


Wang, Hai-Xia                            Unknown
147-20 35 Avenue # 5A
Flushing          NY 11358
------------------------------------------------------------------------
001459384


Wang, Helen                              Unknown
831 37Th Ave.
San Francisco     CA 94121
------------------------------------------------------------------------
001574447


Wang, Hong Xia                           Unknown
133-18 2 Fl. Avery Ave.
Flushing          NY 11355
------------------------------------------------------------------------
001583448


Wang, Huan                               Unknown
1685 Norman St Apt 1R
Ridgewood         NY 11385
------------------------------------------------------------------------
001589029


Wang, Jamie                              Unknown
10050 E Harvard Ave Apt A509
Denver            CO 80231
------------------------------------------------------------------------
001571225


Wang, Jiayin                             Unknown
7254 Crown W.
Houston           TX 77072
------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE          Page: 1504
                        Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001573034


        Wang, Jing-Yun                          Unknown
        5900 Ranchester #1004
        Houston           TX 77036
--------------------------------------------------------------------------------
        001590516


        Wang, Jinrong                           Unknown
        314 52nd St.
        Brooklyn N.Y.     NY 11220
--------------------------------------------------------------------------------
        000163400


        Wang, Jun                               Unknown
        Parkview Apts. 914-C
        Collingswood      NJ 08107
--------------------------------------------------------------------------------
        001458550


        Wang, Lewei                             Unknown
        308-C Parkview Apts.
        Oaklyn            NJ 08107
--------------------------------------------------------------------------------
        001549628


        Wang, Lu                                Unknown
        750 N. Shoreling Blvd. Apt 100
        Mountain View     CA 94043
--------------------------------------------------------------------------------
        000136789


        Wang, Nancy                             Unknown
        71-21 70St. Glendle
        Queens            NY 11385
--------------------------------------------------------------------------------
        001571324


        Wang, Qin-Sheng                         Unknown
        7254 Crown West
        Houston           TX 77072
--------------------------------------------------------------------------------
        001543392


        Wang, Rui-Hong                          Unknown
        4611 La Mirada ave.
        Los Angeles       CA 90029
--------------------------------------------------------------------------------
        001524913


        Wang, Shao Li                           Unknown
        180 Littleton Road #112
        Parsippany        NJ 07054
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001583407 | |
| Wang, Tao<br>19 Plantation Street #2<br>Worcester          MA 01604 | Unknown |
| 000130366 | |
| Wang, Tianxin<br>402-B Lawton Ave<br>Cliffside Park     NJ 07010 | Unknown |
| 001570615 | |
| Wang, Wei<br>89-05  87  St. Woodhaven<br>New York          NY 11421 | Unknown |
| 001566776 | |
| Wang, Weimin<br>6381 N.E. Radford Dr.<br>Seattle          WA 98115 | Unknown |
| 001566020 | |
| Wang, Wendy<br>6910 Bellaire Blvd.#9<br>Houston          TX 77074 | Unknown |
| 001528359 | |
| Wang, XiTao<br>10402 Barrett's Delight Dr<br>Cockeysville     MD 21030 | Unknown |
| 001541556 | |
| Wang, Xiao<br>37-14 Parsons Blvd. Apt. 6E<br>Flushing         NY 11354 | Unknown |
| 001564954 | |
| Wang, Xiao Dong<br>21 Quincy STREET<br>Somerville       MA 02143 | Unknown |
| 001603492 | |
| Wang, Yafan<br>7900 Cambridge #7-2D<br>Houston          TX 77054 | Unknown |

JCH7CLAIM2 98/12/07                   INTERNATIONAL HERITAGE         Page: 1506

                   Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001517961


        Wang, Yan                               Unknown
        8906 Marshall St #D
        Rosemead          CA 91770
-------------------------------------------------------------------------------
        001554636


        Wang, Yan Jun                           Unknown
        2237 W. Taylor St. 3R
        Chicago           IL 60612
-------------------------------------------------------------------------------
        001520617


        Wang, Yashu                             Unknown
        10256 Montwood Dr.
        El Paso           TX 79925
-------------------------------------------------------------------------------
        001568484


        Wang, Yongli                            Unknown
        4144 Greystoneway #602
        Sugarland         TX 77479
-------------------------------------------------------------------------------
        001521625


        Wangler, Susan K.                       Unknown
        1733 E. 2Nd Ave
        Mesa              AZ 85204
-------------------------------------------------------------------------------
        000155957


        Wann, Susan L.                          Unknown
        13 Mountain View Terrace
        Fairfield Glade   TN 38558
-------------------------------------------------------------------------------
        001612572


        Waraich Kulbir S                        Unknown
        10917 Se 257Th St #W203
        Kent              WA 98031
-------------------------------------------------------------------------------
        001459916


        Warburton, Darla K                      Unknown
        2631 Quincannon Lane
        Houston           TX 77043
-------------------------------------------------------------------------------
        001532325


        Ward, Allison A.                        Unknown
        3740 Preakness Lane
        Suwanee           GA 30174
-------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001601005 | |
| Ward, Florida M.<br>7329 Laurie Dr.<br>Ft Worth     TX 76112 | Unknown |
| 001558243 | |
| Ward, Gaye E.<br>5725 69th St.<br>Lubbock     TX 79424 | Unknown |
| 001574561 | |
| Ward, Gregory J.<br>6380 Dove Dr.<br>Loganville     GA 30052 | Unknown |
| 000163459 | |
| Ward, Hinton<br>7531 Knoll Dr. N.<br>Jacksonville     FL 32221 | Unknown |
| 001552508 | |
| Ward, Jacob T.<br>513 Walkers Ridge Ct.<br>Woodstock     GA 30189 | Unknown |
| 001482710 | |
| Ward, James R<br>1316 Glyndon Drive<br>Plano     TX 75023 | Unknown |
| 001507471 | |
| Ward, John R.<br>7921 Aaron Circle<br>Plano     TX 75025 | Unknown |
| 001551885 | |
| Ward, Jr. William C.<br>2007 Pinehill Dr. E.<br>Pearland     TX 77581 | Unknown |
| 001577816 | |
| Ward, Kevin L.<br>4506 W Pioneer 86<br>Irving     TX 75061 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE         Page: 1508

                    Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000154818


        Ward, Mary A.                          Unknown
        22 Sherwood Ct.
        C'Burg          AL 35044
--------------------------------------------------------------------------------
        001485171


        Ward, Robert L                         Unknown
        1309 Raleigh Street
        Lavaca          AR 72941
--------------------------------------------------------------------------------
        001488428


        Ward, Robin D.                         Unknown
        1802 Canal Drive
        Moncks Corner    SC 29461
--------------------------------------------------------------------------------
        001507666


        Ward, Sr. James O.                     Unknown
        311 Jones Bluff Rd.
        Londesboro       AL 36752
--------------------------------------------------------------------------------
        000139663


        Ward, Tina T.                          Unknown
        206 Timberlane
        Jacksboro        TX 76458
--------------------------------------------------------------------------------
        000112375


        Ward-Riddle, Barbara A.                Unknown
        851 W. Cedar Dr.
        Hamilton         GA 31811
--------------------------------------------------------------------------------
        001567880


        Wardell, Tiffany M.                    Unknown
        107 High Park Way
        Missoula         MT 59803
--------------------------------------------------------------------------------
        001580087


        Warden, Bobby G.                       Unknown
        720 Kentland Dr.
        Neosho           MO 64850
--------------------------------------------------------------------------------
        001524438


        Warden, David R.                       Unknown
        8211 Indiana Ave. Ste C
        Lubbock          TX 79423
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001571914

Ware, Dorothy B                    Unknown
815 Olive Street
Carthage          MO 64836

------------------------------------------------------------------------

001532999

Ware, Kevin S.                     Unknown
4820 Wendi Rd
Joplin            MO 64804

------------------------------------------------------------------------

001533000

Ware, Kimberly A.                  Unknown
4820 Wendi Rd
Joplin            MO 64804

------------------------------------------------------------------------

001593591

Ware, Merle D.                     Unknown
1959 E 13Th Street
Carthage          MO 64836

------------------------------------------------------------------------

001532998

Ware, Stanton K.                   Unknown
3625 Wellborn # 501
Bryan             TX 77801

------------------------------------------------------------------------

001574256

Ware, Stoney J.                    Unknown
194 Sauve Road
River Ridge       LA 70123

------------------------------------------------------------------------

000148256

Ware, Yvonne L.                    Unknown
5 Clarendon Ln.
Austin            TX 78746

------------------------------------------------------------------------

000140123

Wargo, David J.                    Unknown
18524 Huron River Drive
New Boston        MI 48164

------------------------------------------------------------------------

000140052

Wargo, Lynda I.                    Unknown
31445 Sikon
New Baltimore     MI 48047

------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

Creditors Names and                        Total Amt
Mailing Address/ Zip Code                  of Claim

001570750

Warner, Leon                               Unknown
74742 Tallassee Hwy
Wetumpka          AL 36092
--------------------------------------------------------------------------------

001576113

Warner, Mark A.                            Unknown
1038 Pine St. Apt. #42
Arkadelphia       AR 71923
--------------------------------------------------------------------------------

001548125

Warner, Scott                              Unknown
3201 Austell Rd.
Marietta          GA 30008
--------------------------------------------------------------------------------

001521532

Warnes, Marilyn W.                         Unknown
622 Nehalem Ln.
La Conner         WA 98257
--------------------------------------------------------------------------------

001540979

Warren Enterprises Group Inc.              Unknown
36181 East Lake Rd
Palm Harbor       FL 34685
--------------------------------------------------------------------------------

001589649

Warren Josh K                              Unknown
2988 Bradford Cl
Palm Harbor       FL 34685
--------------------------------------------------------------------------------

001529777

Warren, Alline F.                          Unknown
4011 Kentshire Ln
Dallas            TX 75287
--------------------------------------------------------------------------------

001540687

Warren, Anna C.                            Unknown
3217 Knobdale Rd.
Nashville         TN 37214
--------------------------------------------------------------------------------

000154945

Warren, Dustin S.                          Unknown
3691 Mayfair Dr.
Tuscaloosa        AL 35404
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE           Page: 1511
                          Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001524427

Warren, Harriett A.                        Unknown
3217 Knobdale Rd.
Nashville          TN 37214
------------------------------------------------------------------------------------------

001480082

Warren, Jane                               Unknown
4407 Malaura Drive
Joplin             MO 64804
------------------------------------------------------------------------------------------

001471653

Warren, Joan C.                            Unknown
34 Woods Bridge Road
Jesup              GA 31545
------------------------------------------------------------------------------------------

001541226

Warren, Lu                                 Unknown
4415 Webelos Court
Friendswood        TX 77546
------------------------------------------------------------------------------------------

001588542

Warren, Lurlynn L                          Unknown
614 E.300 N
Kaysville          UT 84037
------------------------------------------------------------------------------------------

001557964

Warren, Naomi                              Unknown
P.O. Box 272
Anchor Point       AK 99556
------------------------------------------------------------------------------------------

001557890

Warren, Stephen *                          Unknown
1321 6Th St Nw
Birmingham         AL 35215
------------------------------------------------------------------------------------------

000107960

Warren, Vicki E.                           Unknown
6713 Carriage Crossing Drive
Pleasant Garden    NC 27313
------------------------------------------------------------------------------------------

001586852

Warrick, Linda J.                          Unknown
4 Parker Drive
Ozark              AL 36360
------------------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001553822


        Warrington, Calvin C                    Unknown
        620 Higgins Ave
        Deerlodge        MT 59722
------------------------------------------------------------------------------
        001526437


        Wartenbee, Carol                         Unknown
        26214 Ridge Rd.
        Excelsior        MO 64024
------------------------------------------------------------------------------
        000161682


        Washington, Anthony X                    Unknown
        2331 Pauline Drive #3
        San Jose         CA 95124
------------------------------------------------------------------------------
        001538878


        Washington, Avis D.                      Unknown
        6413 Bastrop Ct.
        Plano            TX 75023
------------------------------------------------------------------------------
        001474075


        Washington, Freddie                      Unknown
        632 Smoketree Way
        Sunnyvale        CA 94086
------------------------------------------------------------------------------
        001523952


        Washington, Willie                       Unknown
        7400 Ne 97Th Terrace
        Oklahoma City    OK 73151
------------------------------------------------------------------------------
        000127871


        Wasinger, Kay A.                         Unknown
        819 Antonino Road
        Hays             KS 67601
------------------------------------------------------------------------------
        000127063


        Wasinger, Kelly A.                       Unknown
        14715 W. 123rd Terrace
        Olathe           KS 66062
------------------------------------------------------------------------------
        001583852


        Wasinger, Tom L.                         Unknown
        1608 W. 27
        Hays             KS 67601
------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

Creditors Names and                          Total Amt
Mailing Address/ Zip Code                     of Claim

001584182

Wassenaar, Nancy J.                           Unknown
102 Emerson Road
Everson          WA 98247
--------------------------------------------------------------------

001576665

Wassenberg, Matthew R.                        Unknown
540 S. 45th St.
Lincoln          NE 68510
--------------------------------------------------------------------

001578672

Wasserburger, Karen K.                        Unknown
817 Glacier Dr.
Gillette         WY 82718
--------------------------------------------------------------------

001596964

Waterman, Richard B.                          Unknown
256 Dunleith Drive
Destrehan        LA 70047
--------------------------------------------------------------------

001510928

Waters, Bryan A.                              Unknown
7335 Click
Beaumont         TX 77708
--------------------------------------------------------------------

001496102

Waters, Charles H.                            Unknown
740 Bert Kouns Ind. Loop
Shreveport       LA 71118
--------------------------------------------------------------------

000129250

Waters, Kathryn L.                            Unknown
HC52 Box 1023
Froid            MT 59226
--------------------------------------------------------------------

000161220

Waters, Michael J.                            Unknown
201 High Meadows #143
Lafayette        LA 70507
--------------------------------------------------------------------

001602189

Waters, Philip G.                             Unknown
9656 Wexford Rd.
Jacksonville     FL 32257
--------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001588991 | |
| Wathen, Wilma L 2500 Eldorado Blacktop Road Equality         IL 62934 | Unknown |
| 001591071 | |
| Watkins, Daniel G. 5054 Samishway Bellingham      WA 98226 | Unknown |
| 001553881 | |
| Watkins, Daniel R. 2352 St. Francis Dallas         TX 75228 | Unknown |
| 001531776 | |
| Watkins, Danny L. 200 W Douglas Sheffield       AL 35660 | Unknown |
| 001535932 | |
| Watkins, David R. 4540 Barnett Rd. Apt. 203 Wichita Falls    TX 76310 | Unknown |
| 001523437 | |
| Watkins, Donna 212 Ala Hwy. 204 Wellington      AL 36279 | Unknown |
| 001483873 | |
| Watkins, Jacqueline M. 1825 Garden Grove Lane Missoula        MT 59804 | Unknown |
| 000147100 | |
| Watkins, Jody J. 1920 Bushville Hwy. Arnaudville     LA 70512 | Unknown |
| 001597166 | |
| Watkins, Lois M. 915 Old Samish Rd. Bellingham      WA 98226 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001549846

Watkins, Michael
1740 Swint Rd.
Griffin          GA 30224            Unknown

---

001552021

Watkins, Ryan D.
7506 Ladybug St.
Austin           TX 78744            Unknown

---

001461141

Watkins, William C.
101 South College St
Auburn           AL 36830            Unknown

---

001599438

Watkinson, Christy Richard
Lighthouse Road
Owls Head         ME 04854           Unknown

---

001464491

Watkinson, Lloyd
1802 Hillvue St.
Burlington        WA 98273           Unknown

---

001586424

Watson, Arthur L
611 Spring Breeze
League City       TX 77573           Unknown

---

001473619

Watson, Carla C.
309 kenton's way
franklin          TN 37067           Unknown

---

001520101

Watson, Charlene
P.O. Box 1025
Victor            MT 59875           Unknown

---

001588311

Watson, Claudette
330 Old Landing
Covington         LA 70433           Unknown

---

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE                Page 1516
                              Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim

        001557322

        Watson, Gary W                          Unknown
        8436 Belle Haven Rd
        Roanoke         VA 24019
---------------------------------------------------------------------------------

        001567933

        Watson, Terri L                         Unknown
        4544 Charlemagne
        Plano           TX 75093
---------------------------------------------------------------------------------

        000118711

        Watson, Tom E.                          Unknown
        10321 Se 160Th
        Oklahoma City   OK 73165
---------------------------------------------------------------------------------

        001583689

        Watt, Carolyn                           Unknown
        112 Wyatt Rd.
        Piedmont        SC 29673
---------------------------------------------------------------------------------

        001573771

        Watters, Jennifer L                     Unknown
        6306 Ne 196Th Street
        Seattle         WA 98115
---------------------------------------------------------------------------------

        000117440

        Watterson, Susan J.                     Unknown
        2007 Lancaster Road
        Birmingham      AL 35209
---------------------------------------------------------------------------------

        001596092

        Watts, Frances V.                       Unknown
        3112 Heritage Green Drive
        Pearland        TX 77581
---------------------------------------------------------------------------------

        001611796

        Watts, Pamela M.                        Unknown
        1501 W. Rose #58
        Walla Walla     WA 99362
---------------------------------------------------------------------------------

        000119948

        Watts, Pat K.                           Unknown
        14604 Bailey Dr.
        Baton Rouge     LA 70816
---------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001590317

| Watts, Rose A. | Unknown |
| 361 Pilgrim Cr. Road | |
| Noxon        MT 59853 | |
--------------------------------------------------------------------------

001554068

| Watts, Stacy D. | Unknown |
| 1114 W. Republic | |
| Salina       KS 67401 | |
--------------------------------------------------------------------------

001466072

| Watty, Elina C. | Unknown |
| 6410 Gwinnett Lane | |
| Bowie        MD 20720 | |
--------------------------------------------------------------------------

001604894

| Wauchope, Robert | Unknown |
| 8220 N. 51St Drive | |
| Glendale     AZ 85302 | |
--------------------------------------------------------------------------

001573115

| Waudby, Don H. | Unknown |
| 5818 Preston View #1092 | |
| Dallas       TX 75240 | |
--------------------------------------------------------------------------

001609357

| Waura, Kathleen A. | Unknown |
| 1800 Fernwood Lane | |
| Algonuin     IL 60102 | |
--------------------------------------------------------------------------

001513192

| Way, Becky C | Unknown |
| 9500 Westgate Suite 102 | |
| OKLAHOMA City    OK 73162 | |
--------------------------------------------------------------------------

001562281

| Way, Diane Y. | Unknown |
| 86 Riverview Place | |
| Manchester   NH 03104 | |
--------------------------------------------------------------------------

001574735

| Wayman, Lorita R. | Unknown |
| 2421 Adams Ave | |
| Everett      WA 98203 | |
--------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE         Page 1518
                         Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001576137


        Wayman, Trent A.                        Unknown
        2421 Adams Avenue
        Everett          WA 98203
--------------------------------------------------------------------------------
        001577221


        Wayman, Trina R.                        Unknown
        9323 244Th Sw #S204
        Edmonds          WA 98020
--------------------------------------------------------------------------------
        001587742


        Wayte, William C.                       Unknown
        3410 Millwater Crossing
        Dacula           GA 30019
--------------------------------------------------------------------------------
        001561258


        Weaber,  George H.                      Unknown
        7570 Highway 12 W.
        Helena           MT 59601
--------------------------------------------------------------------------------
        001561259


        Weaber, Thomas G.                       Unknown
        7570 Highway 12 W.
        Helena           MT 59601
--------------------------------------------------------------------------------
        001596951


        Weakley, Mary Ann                       Unknown
        4518 Pratt Ln.
        Franklin         TN 37064
--------------------------------------------------------------------------------
        001559850


        Weatherby, Bruce A.                     Unknown
        506 N 6Th St.
        Mt Vernon        WA 98273
--------------------------------------------------------------------------------
        001496863


        Weatherford, Leslie B.                  Unknown
        2307 Triway Lane
        Houston          TX 77043
--------------------------------------------------------------------------------
        001557883


        Weatherly, Chad F.                      Unknown
        2504 Country Club Apt. 20
        Arkadelphia      AR 71923
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


000107543


Weatherly, Jack F.                     Unknown
4604-C Mercury Dr
Greensboro        NC 27410
--------------------------------------------------------------------------

001558959


Weatherman, Fred W.                    Unknown
Rt. 2 Box 719A
Independence      VA 24348
--------------------------------------------------------------------------

001599346


Weathers, Jeff                         Unknown
600 Carriage Lane
Jacksonville      OR 97530
--------------------------------------------------------------------------

001608189


Weathers, Lori                         Unknown
1000 South Highway 395 #A-124
Hermiston         OR 97838
--------------------------------------------------------------------------

001597300


Weaver, Jr Robert T.                   Unknown
501 Lake Jarasu Drive
Va Beach          VA 23454
--------------------------------------------------------------------------

001510091


Webb, Alan M.                          Unknown
232 Loring St.
Spartanburg       SC 29302
--------------------------------------------------------------------------

001575285


Webb, Andrea S.                        Unknown
535 Lake Medlock Dr.
Alpharetta        GA 30022
--------------------------------------------------------------------------

001599677


Webb, Danny                            Unknown
3118 Leanne Street
Rowlett           TX 75088
--------------------------------------------------------------------------

000121331


Webb, John S.                          Unknown
11426 Reeder
Overland Park     KS 66210
--------------------------------------------------------------------------

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001577090

Webb, Mary D.                          Unknown
12421 S.W. 85th Ave., Road
Miami          FL 33156
--------------------------------------------------------------------------------
001570552

Webb, Pam                              Unknown
201 Mill Road
Jefferson      GA 30549
--------------------------------------------------------------------------------
000125429

Webb, Sylva L.                         Unknown
10117 Burwell Road
Nokesville     VA 20181
--------------------------------------------------------------------------------
001611707

Webb, Tanner L.                        Unknown
904 Birch
Richland       WA 99352
--------------------------------------------------------------------------------
001476125

Weber, Kathy L.                        Unknown
437 E. Seminole
Springfield    MO 65807
--------------------------------------------------------------------------------
000124082

Weber, Michael R                       Unknown
8405 Americas Cup
Rowlett        TX 75088
--------------------------------------------------------------------------------
001537563

Webster, Clara J.                      Unknown
144 Justice Road
Oliver Springs TN 37840
--------------------------------------------------------------------------------
001494011

Webster, Sharon D.                     Unknown
Po Box 513
New Boston     TX 75570
--------------------------------------------------------------------------------
001493316

Webster, Susan U.                      Unknown
322 Tiger Lilly Court
Marietta       GA 30067
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001521542


        Weden II, John E.                       Unknown
        2940 Grandview Road
        Ferndele        WA 98248
----------------------------------------------------------------------------

        001473178


        Wedin, Jean P.                          Unknown
        Post Office Box 753
        Laconner        WA 98257
----------------------------------------------------------------------------

        001580141


        Weed, Alisha R.                         Unknown
        Po Box 1366
        Freeland        WA 98279
----------------------------------------------------------------------------

        001502575


        Weed, Patti R.                          Unknown
        257 Sunnyside Drive
        Libbey          MT 59923
----------------------------------------------------------------------------

        001542544


        Weeden, Cindy L.                        Unknown
        42258 Edward Circle
        Columbiana      OH 44408
----------------------------------------------------------------------------

        001540900


        Weeden, Melinda S                       Unknown
        6852 South Knoll Ave
        Millington      TN 38053
----------------------------------------------------------------------------

        001603804


        Weekes, Reg W                           Unknown
        18200 Vantage Hwy
        Ellensburg      WA 98926
----------------------------------------------------------------------------

        001604996


        Weeks, A. Cheryl                        Unknown
        1807 Azalea Drive
        Cedar Park      TX 78613
----------------------------------------------------------------------------

        001524849


        Weeks, Ashleigh M.                      Unknown
        135 Richland Court
        Gallatin        TN 37066
----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001556945


Weeks, David E.                        Unknown
363 Delynn Drive
Hazel Green       AL 35750
-------------------------------------------------------------------------------

001562128


Weeks, Samuel C.                       Unknown
4733 Shadowood Pkwy.
Atlanta           GA 30339
-------------------------------------------------------------------------------

000151225


Weemhoff, N. David                     Unknown
6327 Mista Dr.
Allendale         MI 49401
-------------------------------------------------------------------------------

000151169


Weemhoff, Neal                         Unknown
2030 N. Cross Creek Dr. Se
Grand Rapids      MI 49508
-------------------------------------------------------------------------------

001519564


Weemhoff, Ryan N.                      Unknown
6327 Mista Dr.
Allendale         MI 49401
-------------------------------------------------------------------------------

000115659


Weemhoff, Sharon L.                    Unknown
3421 Senora Ave.
Grand Rapids      MI 49508
-------------------------------------------------------------------------------

001535964


Weems, Jimmie E.                       Unknown
3800 Barberry Drive  Apt. E-4
Laurel            MS 39440
-------------------------------------------------------------------------------

000125160


Wegner, Mervin A.                      Unknown
4407 Lynn Avenue
Tampa             FL 33603
-------------------------------------------------------------------------------

001512371


Wegrzynowicz, Leszek J.                Unknown
3318 Walworth Ave
Cincinnati        OH 45226
-------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE              Page: 1523
                              Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001503347


        Wehrwein, H. James                      Unknown
        Route 1 Box 54A
        Valparaiso        NE 68065
---------------------------------------------------------------------------------

        001595036


        Wei, Qiang Li                           Unknown
        56 Mott St Suite #1
        New York          NY 10013
---------------------------------------------------------------------------------

        001569200


        Wei, Xiuxia                             Unknown
        14 Buswell Street #316
        Boston            MA 02215
---------------------------------------------------------------------------------

        001587465


        Weichold, Alex K.                       Unknown
        845 Douhet Dr. Unit #5
        Barksdale         LA 71110
---------------------------------------------------------------------------------

        000154711


        Weidkamp, Audrey L.                     Unknown
        716 Old Hwy. 99 N.
        Burlington        WA 98233
---------------------------------------------------------------------------------

        001579328


        Weigum, Ron A.                          Unknown
        2315 West Crescent Drive
        Missoula          MT 59803
---------------------------------------------------------------------------------

        001602820


        Weil, Stephanie                         Unknown
        33-230 Barcelona Dr.
        Thousand Palms    CA 92276
---------------------------------------------------------------------------------

        001469661


        Weimer, Mark A.                         Unknown
        2235 Alpine Ave.
        Greeley           CO 80631
---------------------------------------------------------------------------------

        001574204


        Weinel, Sharon W.                       Unknown
        379 N. Main St.
        Canandaigua       NY 14424
---------------------------------------------------------------------------------

                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001595808


        Weinhold Jr., Bernard F.                Unknown
        4415 Ridgemont Dr
        Wichita Falls      TX 76309
-------------------------------------------------------------------------
        001471403


        Weinischke, Matt R.                      Unknown
        1156 Bookcliff Ave. 10
        Grand Junction     CO 81501
-------------------------------------------------------------------------
        001544063


        Weinkauf, Jodi R.                        Unknown
        6341 S W Marlboro Road
        Auburn             KS 66402
-------------------------------------------------------------------------
        001562613


        Weir, Janice M.                          Unknown
        145 Ginger Dale Dr.
        Glen Carbon        IL 62034
-------------------------------------------------------------------------
        001556669


        Weir, Josh R.                            Unknown
        497 E. Pole Rd.
        Lynden             WA 98264
-------------------------------------------------------------------------
        001595333


        Weisbrich, John N.                       Unknown
        1719 Broadview Dr.
        Billings           MT 59105
-------------------------------------------------------------------------
        001571128


        Weisenburger, Mark*                      Unknown
        4785 W. Vista Dr.
        Highland           UT 84003
-------------------------------------------------------------------------
        001541012


        Weisleder, Carolyn                       Unknown
        1117 N. Saturn Ave
        Clearwater         FL 33755
-------------------------------------------------------------------------
        001550073


        Weiss, Bette I.                          Unknown
        2500 douglas rd #85
        friday harbor      WA 98250
-------------------------------------------------------------------------

Creditors Names and                     Total Amt
Mailing Address/ Zip Code               of Claim


001561897


Welch, Mike W.                          Unknown
4454 Country Lane
Joplin          MO 64801
-------------------------------------------------------------------------------

001583636


Welch, Robert A.                        Unknown
5371 Vista Larga Cr.
Reno            NV 89523
-------------------------------------------------------------------------------

001581090


Welch, Robert M.                        Unknown
5371 Vista Larga Cr.
Reno            NV 89523
-------------------------------------------------------------------------------

001529510


Weldon, Myrtle M.                       Unknown
3427 Kelly Road
Troy            AL 36079
-------------------------------------------------------------------------------

001607786


Weldy Margeret R                        Unknown
11474 Thorn Rd
Jasper          MO 64755
-------------------------------------------------------------------------------

001512354


Weldy, Marni                            Unknown
1720 Hillcrest Drive
Carthage        MO 64836
-------------------------------------------------------------------------------

001574502


Wellman, Brian M.                       Unknown
8343 Bishopville Rd.
Hornell         NY 14843
-------------------------------------------------------------------------------

001548978


Wells, Amy M.                           Unknown
950 Hwy. 89
Chino Valley    AZ 86323
-------------------------------------------------------------------------------

001518140


Wells, Brian G.                         Unknown
313 Oakdale St.
Martinsville    VA 24112
-------------------------------------------------------------------------------

```
JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE        Page: 1526
                           Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000159138


        Wells, Connie Sue                       Unknown
        9109 Denver St.
        Rowlett          TX 75088
--------------------------------------------------------------------------------
        001598197


        Wells, Joseph D                         Unknown
        24 Dolphin Dr
        Treasune Island   FL 33706
--------------------------------------------------------------------------------
        001566106


        Wells, M. Alice                         Unknown
        8668 Lakeshore Dr.
        Ozawkie          KS 66070
--------------------------------------------------------------------------------
        000161296


        Wells, Patti A.                         Unknown
        4004 Glenwood Drive
        Brownwood        TX 76801
--------------------------------------------------------------------------------
        001563179


        Wells, Ray                              Unknown
        1214 Holly
        Richardson       TX 75080
--------------------------------------------------------------------------------
        000160073


        Wells, Sally J.                         Unknown
        P.O. Box 282
        Johnson City     TX 78636
--------------------------------------------------------------------------------
        001464634


        Wells, Tami J.                          Unknown
        10634 Tancred
        Northglen        CO 80234
--------------------------------------------------------------------------------
        001579408


        Wells, Wanda M.*                        Unknown
        1413 W Palomino St.
        Chandler         AZ 85224
--------------------------------------------------------------------------------
        000156512


        Wells, William Brad                     Unknown
        Po Box 357
        Brownwood        TX 76804
--------------------------------------------------------------------------------
```

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001510568


        Wempren, Allen P.                       Unknown
        9850 Richmond Ave. #4203
        Houston            TX 77042
-------------------------------------------------------------------------------
        001552708


        Wendlandt Beth L.                       Unknown
        16568  San  Juan  ct
        Victorville        CA 92392
-------------------------------------------------------------------------------
        001561526


        Wendlandt, Eric E.                      Unknown
        4749 Fremont
        Bellingham         WA 98226
-------------------------------------------------------------------------------
        001561178


        Wendlandt, Shannon L.                   Unknown
        4749 Fremont
        Bellingham         WA 98226
-------------------------------------------------------------------------------
        001580459


        Wentworth, Richard G                    Unknown
        338 Crestview Drive
        Twin Falls         ID 83301
-------------------------------------------------------------------------------
        001566045


        Wentzel, Michael D.                     Unknown
        1120 N Fig St.
        Escondido          CA 92026
-------------------------------------------------------------------------------
        001613788


        Wentzell, William P.                    Unknown
        204 A. Field Road
        Clinton Corners    NY 12514
-------------------------------------------------------------------------------
        001611873


        Werlau, Robert T.                       Unknown
        531 S. 38th Ave Apt 74
        West Richland      WA 99353
-------------------------------------------------------------------------------
        000114422


        Werner, Fred O.                         Unknown
        3481 Creed Ave.
        Hubbard            OH 44425
-------------------------------------------------------------------------------
```

```
      Creditors Names and                 Total Amt
      Mailing Address/ Zip Code           of Claim


      001507358


      Werner, Janine L.                    Unknown
      4000 Spring Cove Drove
      Duluth           GA 30097
----------------------------------------------------------------------
      001605735


      Wert, Andy                           Unknown
      3036 Clarence Court
      Chico            CA 95973
----------------------------------------------------------------------
      001525686


      Wertz, Diane K.                      Unknown
      2683 Pastoral Ct
      Corona           CA 91719
----------------------------------------------------------------------
      000121617


      Wesbrook, Carmaleta F.               Unknown
      1908 Cedar
      Ponca City       OK 74604
----------------------------------------------------------------------
      000160667


      West, Alisha A.                      Unknown
      392 Puddin Ridge Rd.
      Moyock           NC 27958
----------------------------------------------------------------------
      000158637


      West, Brenda J.                      Unknown
      252 Northwest
      Moyock           NC 27958
----------------------------------------------------------------------
      001578616


      West, Clint G.                       Unknown
      1143 West Jones Street
      Stephenville     TX 76401
----------------------------------------------------------------------
      001565956


      West, Dawn                           Unknown
      11621 S O Worthington Ct.
      Sandy            UT 84092
----------------------------------------------------------------------
      000156073


      West, Eddie                          Unknown
      175 Frank Mast Rd.
      Banner Elk       NC 28604
----------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


Creditors Names and                          Total Amt
Mailing Address/ Zip Code                     of Claim


000158642


West, George L.                              Unknown
125-B Northwest Backwoods Rd
Moyock          NC 27958
--------------------------------------------------------------------------------

001538418


West, Glenda M.                             Unknown
P.O. Box 4367
Monroe          LA 71211
--------------------------------------------------------------------------------

000138515


West, Gregory L                            Unknown
554 Rocky Road
Sylcauga        AL 35151
--------------------------------------------------------------------------------

000158802


West, Henry L.                             Unknown
9609 N.W. 7Th Cr. #4-16
Plantation      FL 33324
--------------------------------------------------------------------------------

001549172


West, John                                 Unknown
14501 Monfort Apt. 1432
Dallas          TX 75240
--------------------------------------------------------------------------------

001576962


West, Michael R.                           Unknown
2801 O.W. Curry Apt 411
Killeen         TX 76542
--------------------------------------------------------------------------------

001523977


West, Randy                                Unknown
704 S. Winfree
Dayton          TX 77535
--------------------------------------------------------------------------------

001556734


West, Steven Or Marcia                     Unknown
5966 Cinnamon Oaks
Corpus          TX 78414
--------------------------------------------------------------------------------

001599344


West, Sylvia Ann                           Unknown
16307 Buena Tierra
San Antonio     TX 78232
--------------------------------------------------------------------------------

```
       Creditors Names and                  Total Amt
       Mailing Address/ Zip Code            of Claim


       001596932


       West, Tammy M.                       Unknown
       Rt 1 Box 54B
       Taft            TX 78390
-------------------------------------------------------------------------------
       001461887


       West, Timothy                        Unknown
       707 Ludwig St.
       Farmerville     LA 71241
-------------------------------------------------------------------------------
       001584687


       Westbrooks, Calvin D.                Unknown
       HC 76, Box 562  Hwy. 3071
       Olla            LA 71465
-------------------------------------------------------------------------------
       001586546


       Westbrooks, Richard L.               Unknown
       Hc 76 Box 561 Hwy 3071
       Olla            LA 71465
-------------------------------------------------------------------------------
       001608197


       Westcott, Lloyd M                    Unknown
       2812 Colonial Circle
       Mckinney        TX 75070
-------------------------------------------------------------------------------
       001575368


       Wester, Nancy T.                     Unknown
       25414 Herring Creek Drive
       South Riding    VA 20152
-------------------------------------------------------------------------------
       000141179


       Wester, Rebecca S.                   Unknown
       5201 Hunter Lane
       Phenix City     AL 36867
-------------------------------------------------------------------------------
       001570283


       Western, Mary Lou                    Unknown
       4405 S. 4000 W.
       Delta           UT 84624
-------------------------------------------------------------------------------
       001544151


       Western, Samuel A.                   Unknown
       4337 Wander Lane
       Salt Lake City  UT 84124
-------------------------------------------------------------------------------
```

                         Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        000125673


        Westlake, Vicki V.                      Unknown
        14512 Mission Rd.
        Leawood         KS 66224
--------------------------------------------------------------------------------
        001599411


        Westmoreland, Dustin S.                 Unknown
        1261 Winterwood Road
        Columbia        SC 29203
--------------------------------------------------------------------------------
        001512762


        Westmoreland, Sandra K.                 Unknown
        7718 Fairway
        Waco            TX 76712
--------------------------------------------------------------------------------
        001503240


        Westover, Wade D.                       Unknown
        2444 W. Frontier  CIR
        Riverton        UT 84065
--------------------------------------------------------------------------------
        001590067


        Westphalen Darlene                      Unknown
        15310 California St
        Omaha           NE 68154
--------------------------------------------------------------------------------
        000154086


        Wetzel, Linda K.                        Unknown
        2024 Clark Ave
        Billings        MT 59102
--------------------------------------------------------------------------------
        000128987


        Wetzel, Shawn M.                        Unknown
        1803 North 8th St
        Coeur d' alane   ID 83814
--------------------------------------------------------------------------------
        001522670


        Weyman, Cheri                           Unknown
        4906 Harvest Hill
        Dallas          TX 75224
--------------------------------------------------------------------------------
        001542304


        Whalen, Fran                            Unknown
        5510 Raintree Trail
        Ft. Pierce      FL 34982
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001546038

Whalen, Tara M.                          Unknown
5510 Raintree Tr
Ft. Pierce        FL 34982

---

001503353

Whaley, James L.                         Unknown
2237 Montgomery Hwy.
Dothan            AL 36303

---

001582906

Whaley, Jane P.                          Unknown
1126 Matlock Rd.
Athens            TN 37371

---

001461132

Whaley, Pat                              Unknown
723 Albion
Columbia          SC 29205

---

000115545

Whatley, Rehana                          Unknown
381 Gillespie Rd
Madison           AL 35758

---

001577419

Wheatley, Troy D.                        Unknown
13066 Billy Lane
Pocatello         ID 83202

---

001603317

Wheeler, Brian K.                        Unknown
4512 West Norhgate Drive
Irving            TX 75062

---

001569057

Wheeler, Charles Frank                   Unknown
1150 Harper Springs Rd.
Sylacauga         AL 35150

---

001603478

Wheeler, James M                         Unknown
2492 Red Spruce Dr Se
Port Orchard      WA 98366

---

                    Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001538871


        Wheeler, Joyce                       Unknown
        7838 Cragg Rd.
        Alto            GA 30510
-------------------------------------------------------------------------

        001569300


        Wheeler, Mark                        Unknown
        2620 Janice Circle
        Birmingham      AL 35235
-------------------------------------------------------------------------

        001508274


        Wheeler, Mark L                      Unknown
        5031 Edgecliff
        Wichita Falls   TX 76302
-------------------------------------------------------------------------

        000160397


        Wheeler, Susan C.                    Unknown
        108 Neal Street
        Saluda          SC 29138
-------------------------------------------------------------------------

        001587799


        Whelan Jr., Edward J.                Unknown
        1860 Walt Whitman Rd.
        Melville        NY 11747
-------------------------------------------------------------------------

        001583795


        Whelan, Edward                       Unknown
        63 Saw Mill Road
        Cold Spring     NY 11724
-------------------------------------------------------------------------

        001584252


        Whetzel, Sharon L.                   Unknown
        1427 Ryan Lane
        Royal Palm Beach  FL 33411
-------------------------------------------------------------------------

        001601284


        Whicker, Hodd                        Unknown
        1006 SW E Ave
        Lawton          OK 73501
-------------------------------------------------------------------------

        000156590


        Whiddon, Mandie L.                   Unknown
        1404 Thayer Dr.
        Phenix City     AL 36867
-------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001608370 | |
| . | |
| Whisler, Marjorie A.<br>2135 S. Main<br>Carthage      MO 64836 | Unknown |
| 001562149 | |
| Whisman, Vicki K.<br>315 Ne 353Rd Ave<br>Wasougal      WA 98671 | Unknown |
| 001563072 | |
| Whitaker, Pat H.<br>85 Acres Ct.<br>Lynchburg      VA 24502 | Unknown |
| 001611861 | |
| Whitby, Carol J<br>62 W Juniper Dr<br>Mesa      WA 99343 | Unknown |
| 001584733 | |
| Whitcher, Laurie A.<br>976 S. Rowe Road<br>Camano Island      WA 98292 | Unknown |
| 001472178 | |
| White, Allen<br>109 Turtle Creek Rd.<br>Ruston      LA 71270 | Unknown |
| 001508911 | |
| White, B.J.<br>5907 Twin Coves<br>Dallas      TX 75248 | Unknown |
| 001571582 | |
| White, C. E.<br>800 Hook Ct.<br>College Station      TX 77845 | Unknown |
| 001580598 | |
| White, Calvin L.<br>8655 Parkway<br>Redding      CA 96002 | Unknown |

Unsecured Creditors -- Sales Representatives

Creditors Names and                 Total Amt
Mailing Address/ Zip Code            of Claim

001539307

White, Corey L.                      Unknown
241 Hillcrest Drive
Neosho          MO 64855
------------------------------------------------------------------
001604282

White, Corinne                       Unknown
220 Ave "G"
Snohomish       WA 98290
------------------------------------------------------------------
001556533

White, Craig                         Unknown
601 Ashwood Ct.
Woodstock       GA 30189
------------------------------------------------------------------
001529891

White, Daniel P.                     Unknown
433 Norran Dr.
Rochester       NY 14609
------------------------------------------------------------------
001552445

White, Darlene S.                    Unknown
691 Union St #10
East Bridgewater   MA 02333
------------------------------------------------------------------
001543001

White, David A.                      Unknown
6255 Lakeview Dr.
Buford          GA 30518
------------------------------------------------------------------
001607932

White, Dianne C.                     Unknown
1719 Church Street
Nashville       TN 37203
------------------------------------------------------------------
001523316

White, Dorothy L.                    Unknown
108 Lottie Lane
Firendswood     TX 77546
------------------------------------------------------------------
001545663

White, Evelyn P.                     Unknown
265 Woodcastle Drive
Florence        AL 35630
------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                   Total Amt
Mailing Address/ Zip Code             of Claim


000154593


White, Gary A.                        Unknown
423 Elm St.
Windsor        CO 80550
-----------------------------------------------------------------------------
001583985


White, Jack M.                        Unknown
8514 Pine Falls
Houston        TX 77095
-----------------------------------------------------------------------------
001569664


White, Jewell J                       Unknown
910 Wynn Lake Rd
Alto           GA 30510
-----------------------------------------------------------------------------
001525340

.
White, Jillian                        Unknown
1957 Kingfisher Drive
Redmond        OR 97756
-----------------------------------------------------------------------------
001486890


White, John                           Unknown
901 Hensley Hgts
Man            WV 25635
-----------------------------------------------------------------------------
001513884


White, John R.                        Unknown
533 New County Line Road
Sylacauga      AL 35151
-----------------------------------------------------------------------------
000162622


White, Johnny R.                      Unknown
2430 Wentworth Oaks Ct.
League City    TX 77573
-----------------------------------------------------------------------------
001507801


White, Julie M.                       Unknown
8309 Mullen
Lenexa         KS 66215
-----------------------------------------------------------------------------
001558687


White, Justin J.                      Unknown
2016 N. 35Th Pl.
Mt. Vernon     WA 98273
-----------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07             INTERNATIONAL HERITAGE       Page 1537
                       Unsecured Creditors -- Sales Representatives

```
    Creditors Names and                Total Amt
    Mailing Address/ Zip Code           of Claim


    000138248


    White, Kevin L.                     Unknown
    P.O. Box 217
    Sycamore        AL 35149
--------------------------------------------------------------------------

    001472383

    .

    White, Linda L.                     Unknown
    152 Shadow Rd.
    Ruston          LA 71270
--------------------------------------------------------------------------

    001517300


    White, Lisa H.                      Unknown
    2011 Great Hills Dr.
    Huntsville      AL 35811
--------------------------------------------------------------------------

    001550182


    White, Lyle A.                      Unknown
    5931 East Voltaire
    Scottsdale      AZ 85254
--------------------------------------------------------------------------

    001599209


    White, Marcia B.                    Unknown
    5058 London Road
    Montgomery      AL 36109
--------------------------------------------------------------------------

    000116725


    White, Maurice B.                   Unknown
    103 Happy Circle
    Huntsville      AL 35811
--------------------------------------------------------------------------

    001476460


    White, Mitzi D.                     Unknown
    P.O. Box 311 Logan Wv
    Davin           WV 25617
--------------------------------------------------------------------------

    001583668


    White, Neil                         Unknown
    302 Shannon Ave
    Smithfield      MO 64089
--------------------------------------------------------------------------

    001593246


    White, Pamela B                     Unknown
    8130 San Fernando Way
    Dallas          TX 75218
--------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page 1538
                            Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001590331


        White, Pamela S.                         Unknown
        1285 Brookside Dr.
        Joplin           MO 64804
--------------------------------------------------------------------------------
        001486574


        White, Pat                               Unknown
        16317 S. Hiram Avenue
        Oregon City      OR 97045
--------------------------------------------------------------------------------
        000114109


        White, Patricia J.                       Unknown
        1132 Josephine Ct.
        Sebring          FL 33872
--------------------------------------------------------------------------------
        001576410


        White, Randal R.                         Unknown
        5170 Annie Ruth St
        Milton           FL 32570
--------------------------------------------------------------------------------
        001523723


        White, Rick G.                           Unknown
        2016 N. 35Th Pl
        Mount Vernon     WA 98273
--------------------------------------------------------------------------------
        001558722


        White, Rikki J.                          Unknown
        2016 N. 35Th Pl.
        Mt. Vernon       WA 98273
--------------------------------------------------------------------------------
        001538304


        White, Rock T.                           Unknown
        P O Box 12
        Coupeville       WA 98239
--------------------------------------------------------------------------------
        000152002


        White, Sally                             Unknown
        490 Ashland Dr.
        Hermitage        PA 16148
--------------------------------------------------------------------------------
        001550217


        White, Sheila J.                         Unknown
        410 Prospect Apt. G6
        East Orange      NJ 07017
--------------------------------------------------------------------------------

```
Creditors Names and              Total Amt
Mailing Address/ Zip Code        of Claim


001563990


White, Sylvia                    Unknown
704 N. Morris
McKinney          TX 75069
----------------------------------------------------------------------
001515739


White, Tammy R.                  Unknown
21306 Golden Dove Drive
Spring            TX 77388
----------------------------------------------------------------------
001480298


White, Thomas                    Unknown
14141 Champions Drive #2
Houston           TX 77069
----------------------------------------------------------------------
001560601


White, Thomas M.                 Unknown
10 S. Yellowstone #13
Bozeman           MT 59718
----------------------------------------------------------------------
001565558


White, Tommie L                  Unknown
P.O. Box 252
Dequincy          LA 70633
----------------------------------------------------------------------
001510253


White, Valerie M.                Unknown
530 1st AVE BOX 86
Harlem            MT 59526
----------------------------------------------------------------------
001464154


White, Vicki P                   Unknown
2087 Lakeridge Terrace
Lawrenceville     GA 30243
----------------------------------------------------------------------
001601087


White, Ward C.                   Unknown
1458 County Rd. 130
Hutto             TX 78634
----------------------------------------------------------------------
001547771


White-Hughes, Sharon             Unknown
5716 1/2 San Vicente
Los Angeles       CA 90019
----------------------------------------------------------------------
```

INTERNATIONAL HERITAGE
                 Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001582125


        Whited, Ben E.                          Unknown
        200 Scott Paper Road
        Sedro Woolley      WA 98284
--------------------------------------------------------------------------------
        001602283


        Whited, Catherine L                     Unknown
        5050 Columbus S.E. #62
        Albany          OR 97321
--------------------------------------------------------------------------------
        001562510


        Whited, Heather H.                      Unknown
        1737 Shantz Ln.
        Sedro Woolley      WA 98284
--------------------------------------------------------------------------------
        001501854


        Whited, Joel                            Unknown
        11916 Northeast 48Th Circle
        Vancouver          WA 98682
--------------------------------------------------------------------------------
        001508456


        Whitehead, Gerald                       Unknown
        106 Mustang Trail
        Moyock          NC 27958
--------------------------------------------------------------------------------
        001572565


        Whitehead, Michael A.                   Unknown
        11067 7Th Ave S E
        Everett          WA 98208
--------------------------------------------------------------------------------
        001474309


        Whiteley, Thomas R.                     Unknown
        1923 Sunset Plaza Drive
        Los Angeles      CA 90069
--------------------------------------------------------------------------------
        001531036


        Whitelock, Pamela                       Unknown
        725 Brandeis Avenue
        Panama City      FL 32405
--------------------------------------------------------------------------------
        000161954


        Whiten, Linda G.                        Unknown
        1881 St. Julian Dr.
        Charleston       SC 29407
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE            Page: 1541
                            Unsecured Creditors -- Sales Representatives


        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code                of Claim


        001501690


        Whitener, Bea T.                         Unknown
        Route #1 Hwy 704
        Sandy Ridge          NC 27046
--------------------------------------------------------------------------------
        001495682


        Whitfield, Dennis E.                     Unknown
        3950 Fort Worth Ave.
        Alexandria           VA 22304
--------------------------------------------------------------------------------
        001600736


        Whitford, Dwight E.                      Unknown
        9910 Rippling Fields Dr.
        Houston              TX 77064
--------------------------------------------------------------------------------
        001525064


        Whitley, Andrew Keith                    Unknown
        2929 Lakeland Dr.
        Nashville            TN 37214
--------------------------------------------------------------------------------
        001527385


        Whitley, Erika                           Unknown
        3908 Lauraleigh
        Friendswood          TX 77546
--------------------------------------------------------------------------------
        000116581


        Whitley, Peggy & Bob                     Unknown
        1933 Tree Top Lane
        Birmingham           AL 35216
--------------------------------------------------------------------------------
        000104957


        Whitley, Thomas S.                       Unknown
        24007 Bear Creek Church Rd.
        New London           NC 28127
--------------------------------------------------------------------------------
        001519169


        Whitlow, Claude B.                       Unknown
        3159 Daniels Creek Rd.
        Collinsville         VA 24078
--------------------------------------------------------------------------------
        001514957


        Whitlow, John W.                         Unknown
        856 Turner Ashby Rd.
        Martinsville         VA 24112
--------------------------------------------------------------------------------

        Creditors Names and                        Total Amt
        Mailing Address/ Zip Code                  of Claim


        001613637


        Whitlow, Vicki B                           Unknown
        P.O. Box 2067
        Martinsville      VA 24113
--------------------------------------------------------------------------------

        000115348


        Whitlowe, Diana M.                         Unknown
        1409 Buxton Drive
        Desoto            TX 75115
--------------------------------------------------------------------------------

        001582409


        Whitman, Koreen L.                         Unknown
        2958 Buckfield Drive
        N. Charleston     SC 29406
--------------------------------------------------------------------------------

        000120356


        Whitman, Sandra L.                         Unknown
        124 North Pine St.
        Choudrant         LA 71227
--------------------------------------------------------------------------------

        001471431


        Whitney, Anne C.                           Unknown
        P.O. Box 2530
        Homer             AK 99603
--------------------------------------------------------------------------------

        001522893


        Whitney, Darrell C.                        Unknown
        1005 E. Illinois St.
        Bellingham        WA 98226
--------------------------------------------------------------------------------

        000129824


        Whittaker, Carie L.                        Unknown
        4497 Mud Creek Rd.
        Buhl              ID 83316
--------------------------------------------------------------------------------

        000142605


        Whittaker, Paul J.                         Unknown
        961 E. 140 N.
        Springville       UT 84663
--------------------------------------------------------------------------------

        000130347


        Whittaker, Robert K.                       Unknown
        4497 Mud Creek Road
        Buhl              ID 83316
--------------------------------------------------------------------------------

Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001536066


Whitten, Billy G.                        Unknown
7023 Coral Springs
San Antonio       TX 78250
--------------------------------------------------------------------------

001539714


Whitten, Kristie L.                      Unknown
7023 Coral Springs
San Antonio       TX 78250
--------------------------------------------------------------------------

001515901


Whittier Jr., Dewey B.                   Unknown
1225 Owens Lane
Dandridge         TN 37725
--------------------------------------------------------------------------

001455690


Whittington, John C.                     Unknown
1206 Crawford
Friendswood       TX 77546
--------------------------------------------------------------------------

001595946


Whittle, Mary H.                         Unknown
2660 Dowdy Ferry Rd
Dallas            TX 75217
--------------------------------------------------------------------------

001582082


Whitton, David A                         Unknown
7930 Prince Charles Court
Reno              NV 89503
--------------------------------------------------------------------------

001582093


Whitton, Jonathan T                      Unknown
1930 Prince Charles Court
Reno              NV 89503
--------------------------------------------------------------------------

001596145


Whitworth, George A.                     Unknown
9083 South Crystal Springs Rd
Mccammon          ID 83250
--------------------------------------------------------------------------

001587374


Whitworth, Morgan V.                     Unknown
4000 W Center St
Provo             UT 84601
--------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


Creditors Names and                          Total Amt
Mailing Address/ Zip Code                    of Claim


001579646


Wibbens, Allan                               Unknown
1045 Old Samish Road
Bellingham        WA 98226
--------------------------------------------------------------------------------
001503325


Wichmann, Lee W.                             Unknown
4370 S.W. 108 Ave
Miami             FL 33165
--------------------------------------------------------------------------------
001558708


Wichmann-Mcdowell, Cher                      Unknown
353 Summerset Lane N.E.
Atlanta           GA 30328
--------------------------------------------------------------------------------
001584870


Wick, Geneva A.                              Unknown
966 E. 69th Vista #7
Lynden            WA 98264
--------------------------------------------------------------------------------
001590560


Wicker Randy J                               Unknown
4609 Oak Valley Drive
Arlington         TX 76016
--------------------------------------------------------------------------------
001509755
.

Wickham, Leroy                               Unknown
20251 Silversage St.
Bend              OR 97702
--------------------------------------------------------------------------------
001577464


Wickline, Charles R.                         Unknown
P.O. Box 97
Tigerville        SC 29688
--------------------------------------------------------------------------------
000151743


Wicks, Christopher A.                        Unknown
3600 Arvilla Lane
Lake Charles      LA 70605
--------------------------------------------------------------------------------
001458424


Wicks, Eugene J                              Unknown
3600 Arvilla Lane
Lake Charles      LA 70605
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                  Total Amt
Mailing Address/ Zip Code            of Claim


000153309


Wicks, Michael J                     Unknown
2500 Tyler Street
Lake Charles       LA 70605
------------------------------------------------------------------------

001512176


Widmier, Robert G.                   Unknown
4750 E. 3154 N.
Muntaugh           ID 83344
------------------------------------------------------------------------

000118552


Wiebold, Dana                        Unknown
1517 Nettleton Drive
Desoto             TX 75115
------------------------------------------------------------------------

001508345


Wiedemann, Cynthia G.                Unknown
8718 Canyon Drive
Dallas             TX 75209
------------------------------------------------------------------------

001517152


Wiedemann, Harden H.                 Unknown
10015 W Technology Blvd  #137
Dallas             TX 75220
------------------------------------------------------------------------

001574675


Wiegand, Gary S.                     Unknown
3902 Seneca Dr.
Mt. Vernon         WA 98273
------------------------------------------------------------------------

001614709


Wielzen, Bernadette I.               Unknown
703 Se 47Th Street Apt#3
Cape Coral         FL 33904
------------------------------------------------------------------------

000146405


Wier, Sara                           Unknown
5151 Boiling Springs Rd.
Barnwell           SC 29812
------------------------------------------------------------------------

001584159


Wiertzema, James S.                  Unknown
214 Marietta
Denton             TX 76201
------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives


Creditors Names and                    Total Amt
Mailing Address/ Zip Code               of Claim


000152811


Wiesendanger, Lori A.                   Unknown
2012 Harold
Salina          KS 67401
----------------------------------------------------------------
001595727


Wiesinger, Cheryl L.                    Unknown
12818 Fox Arrow Ln.
Houston         TX 77041
----------------------------------------------------------------
001514356


Wiethorn, Lisa M.                       Unknown
28865 Woodspring Circle
Portola Hills    CA 92679
----------------------------------------------------------------
001578687


Wiggers, Debby M.                       Unknown
10 Fairway Lane
Vaughn          MT 59487
----------------------------------------------------------------
001526884


Wiggins, De De                          Unknown
Route 1 Box 127-B
Henrietta       TX 76365
----------------------------------------------------------------
000117270


Wiggins, George R.                      Unknown
150 Holmes Drive
Carrolton       GA 30117
----------------------------------------------------------------
001548790


Wiggins, Jeff D.                        Unknown
4 Lytlleton
Charleston      SC 29407
----------------------------------------------------------------
001585794


Wiggins, Michael D. *                   Unknown
319 N. Florida
Joplin          MO 64801
----------------------------------------------------------------
001580011


Wiggins, Robert C.                      Unknown
3775 Canterbury Lane #138
Bellingham      WA 98225
----------------------------------------------------------------

                            Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim


        001600288


        Wiker, Sven S.                           Unknown
        1271 Taylor-Cut-Off Road
        Sequim          WA 98382
----------------------------------------------------------------------------

        000158862


        Wikle, Violetta A.                       Unknown
        108 South 5th
        Sabetha         KS 66534
----------------------------------------------------------------------------

        001568783


        Wikum, Pamela J.                         Unknown
        5175 South Mountain Ash Lane
        Langley         WA 98260
----------------------------------------------------------------------------

        000158360


        Wilander, Georgia E.                     Unknown
        101 Pine Terrace Dr.
        W. Monroe       LA 71291
----------------------------------------------------------------------------

        001549204


        Wilbanks, Brenda C.                      Unknown
        104 Seminole Dr.
        Palestine       TX 75801
----------------------------------------------------------------------------

        001567049


        Wilbanks, Rhonda D.                      Unknown
        195 Maury Lane
        Florence        AL 35634
----------------------------------------------------------------------------

        001482629


        Wilber, Kenneth G.                       Unknown
        4180 Foster Rd
        Addison         NY 14801
----------------------------------------------------------------------------

        001568748


        Wilbur, Kathleen A.                      Unknown
        31931 68th Avenue N.W.
        Stanwood        WA 98292
----------------------------------------------------------------------------

        001549600


        Wilburn, Becky                           Unknown
        45 Hawthorne Dr.
        Lawrenceburg    TN 38464
----------------------------------------------------------------------------

INTERNATIONAL HERITAGE        Page: 1348

                    Unsecured Creditors -- Sales Representatives


       Creditors Names and                      Total Amt
       Mailing Address/ Zip Code                of Claim


       001579750


       Wilcox, David L                          Unknown
       3598 W 3700 N
       Darlington       ID 83255
-----------------------------------------------------------------------------

       001603214


       Wilcox, Dixie                            Unknown
       81 1/2 South Gamble Street
       Shelby           OH 44875
-----------------------------------------------------------------------------

       001541865


       Wilcoxen, Roger M.                       Unknown
       514 W. Maple Grove Rd.
       Camano Isl.      WA 98292
-----------------------------------------------------------------------------

       001598550


       Wilda J. Abbe                            Unknown
       5032 Thompson
       The Colony       TX 75056
-----------------------------------------------------------------------------

       001474533


       Wilde, David K.                          Unknown
       1482 S.W. 18 Terrace
       Fort Lauderdale  FL 33312
-----------------------------------------------------------------------------

       001485760


       Wilde, II John J                         Unknown
       501 N. Ocean Blvd.
       Pompano Beach    FL 33065
-----------------------------------------------------------------------------

       001485221


       Wilde, Patricia J.*                      Unknown
       1482 S.W. 18Th Terr.
       Fort Lauderdale  FL 33312
-----------------------------------------------------------------------------

       001544161


       Wilder, Michael R.                       Unknown
       1839 Lilly Road East
       Jacksonville     FL 32207
-----------------------------------------------------------------------------

       001575381


       Wilder, Steven T.                        Unknown
       2565 Regency Dr., East
       Tucker           GA 30084
-----------------------------------------------------------------------------

JCH7CLAIM2 98/12/07            INTERNATIONAL HERITAGE            Page 1549
                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001603357


        Wildes, Tracy G.                        Unknown
        6701 Longbrook Road
        Columbia          SC 29204
------------------------------------------------------------------------------
        001482306


        Wilds, Richard F.                       Unknown
        P.O. Box 556
        Wildsville        LA 71377
------------------------------------------------------------------------------
        001603191


        Wileman, Kenneth C.                     Unknown
        5308 33Rd St Se
        Auburn            WA 98092
------------------------------------------------------------------------------
        001538392


        Wilemon, Ann M.                         Unknown
        609 Jefferson St.
        Houston           MS 38851
------------------------------------------------------------------------------
        000146861


        Wiley, Cynthia M.                       Unknown
        2720 Crepe Myrtle Drive
        Flower Mound      TX 75028
------------------------------------------------------------------------------
        001524797


        Wiley, Lois A.                          Unknown
        6945 Gillis Road
        Victor            NY 14564
------------------------------------------------------------------------------
        001581503


        Wiley, Mary P.*                         Unknown
        3 Shady Ln
        Morristown        NJ 07960
------------------------------------------------------------------------------
        001548617


        Wiley, Pamela E.                        Unknown
        5797 Giles Road
        Lithonia          GA 30058
------------------------------------------------------------------------------
        001498275


        Wiley, Patricia R.                      Unknown
        6945 GILLIS Rd.
        Victor            NY 14564
------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

Creditors Names and                          Total Amt
Mailing Address/ Zip Code                     of Claim


001530941


Wiley, Robert A.                              Unknown
93 Sunset Trail
Fairport          NY 14450
-----------------------------------------------------------------------------

000146812


Wiley, Sandra K.                             Unknown
2720 Crepe Myrtle Dr
Flower Mound      TX 75028
-----------------------------------------------------------------------------

001474551


Wiley, Todd K.                               Unknown
2337 Hwy 139 #27
Monroe            LA 71203
-----------------------------------------------------------------------------

001545659


Wiley, Velma E.                              Unknown
7997 Mud Creek Road
Alto              GA 30510
-----------------------------------------------------------------------------

001534540


Wilfong, Nancy C.                            Unknown
3382 30th STREET
Grandville        MI 49418
-----------------------------------------------------------------------------

001498999


Wilfong, Tom R.                              Unknown
314 East Shumway Road
Camano Island     WA 98292
-----------------------------------------------------------------------------

001531823


Wilgus, Bonnie M.                            Unknown
2880 Moss Oak Lane
Charleston        SC 29414
-----------------------------------------------------------------------------

001483432


Wilhoit, Robert                              Unknown
1313 Neely Drive
Asheboro          NC 27203
-----------------------------------------------------------------------------

001556392


Wilk, Debby                                  Unknown
5695 Ashbriar Ave.
Memphis           TN 38120
-----------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE
                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001548932


        Wilke, Daniel D.                        Unknown
        1145 E. 2nd Place
        Mesa            AZ 85203
-------------------------------------------------------------------------

        000129688


        Wilke, Jaqueline A.                     Unknown
        2nd St. East
        Dodson          MT 59524
-------------------------------------------------------------------------

        000128689


        Wilke, Patricia A.                      Unknown
        P.O. Box 127
        Dodson          MT 59524
-------------------------------------------------------------------------

        001590624


        Wilkerson, Brad E.                      Unknown
        4265 Roy Rd.
        Shreveport      LA 71107
-------------------------------------------------------------------------

        001564738


        Wilkerson, Chris L.                     Unknown
        918 West Arch
        Nevada          MO 64772
-------------------------------------------------------------------------

        001479917


        Wilkerson, Jeff L.                      Unknown
        1006 29Th Avenue
        Cordele Crisp   GA 31015
-------------------------------------------------------------------------

        000120511


        Wilkerson, Vester H.                    Unknown
        484 Hwy 504
        Natchitoches    LA 71457
-------------------------------------------------------------------------

        001592378


        Wilkins, John A.                        Unknown
        21414 30th AVE. S
        Sea Tac         WA 98198
-------------------------------------------------------------------------

        001580542


        Wilkins, Paul B.                        Unknown
        1019 US Hwy 165
        Columbia        LA 71418
-------------------------------------------------------------------------

                              Unsecured Creditors -- Sales Representatives


          Creditors Names and                    Total Amt
          Mailing Address/ Zip Code              of Claim


          001568632


          Wilkins, Stephen B.                     Unknown
          154 Par Lane
          Carl Junction      MO 64834
-------------------------------------------------------------------------------

          000108762


          Wilkins, Talmadge D.                    Unknown
          601 East Main St.
          Union             SC 29379
-------------------------------------------------------------------------------

          001481889


          Wilkinson Enterprises Inc.              Unknown
          32822 8th Place S.W.
          Federal Way       WA 98023
-------------------------------------------------------------------------------

          001553700


          Wilkinson, Betty L.                     Unknown
          P.O. Box 266
          Nocona            TX 76255
-------------------------------------------------------------------------------

          001570781


          Wilkinson, Bobby J                      Unknown
          6433 West Gate
          N Richland Hills   TX 76180
-------------------------------------------------------------------------------

          001601919


          Wilkinson, Jacqueline J.                Unknown
          Rt. 2, Box 324
          Bluefield         VA 24605
-------------------------------------------------------------------------------

          001608705


          Wilkinson, Karen S.                     Unknown
          15405 Des Moines Memorial Dr
          Burien            WA 98148
-------------------------------------------------------------------------------

          000105507


          Wilkinson, Kenneth W.                   Unknown
          P.O. Box 1147
          Concord           NC 28026
-------------------------------------------------------------------------------

          001552208


          Wilkinson, Robert J.                    Unknown
          3656 Winding Way Road
          Roanoke           VA 24018
-------------------------------------------------------------------------------

                       Unsecured Creditors -- Sales Representatives


        Creditors Names and                Total Amt
        Mailing Address/ Zip Code          of Claim


        001596978


        Wilks, Tyrone V.                   Unknown
        1450 N 1St Ave #9
        Melrose Park      IL 60160
----------------------------------------------------------------------------------
        001598369


        Will Gray and Associates           Unknown
        9630 Eden Prairie Rd.
        Eden Prairie      MN 55347
----------------------------------------------------------------------------------
        001552441


        Will, Terry S.                     Unknown
        74301 Larson Rd.
        Rainier          OR 97048
----------------------------------------------------------------------------------
        000129327


        Willard Family Trust               Unknown
        3465 Beaverhead St.
        Bozeman           MT 59718
----------------------------------------------------------------------------------
        000128465


        Willard, Angela A.                 Unknown
        3465 Beaverhead St.
        Bozeman           MT 59715
----------------------------------------------------------------------------------
        001557189


        Willet, Adam Douglas *             Unknown
        10748 Landsbury Ave.
        Baton Rouge       LA 70809
----------------------------------------------------------------------------------
        001589428


        Willet, George A.                  Unknown
        2115 34Th St
        Bellingham        WA 98226
----------------------------------------------------------------------------------
        001578136


        Willet, R. Stephen                 Unknown
        1410 Fountain View #104
        Houston           TX 77057
----------------------------------------------------------------------------------
        001486736


        Willett II, Cleve A.               Unknown
        10748 Landsburg Ave.
        Baton Rouge       LA 70809
----------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE           Page 1554
                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001478784


        Willett, Beth & Frank                  Unknown
        5633 Summer Lake Drive
        Baton Rouge       LA 70817
-----------------------------------------------------------------------------

        001557188


        Willett, III Cleve A.                  Unknown
        10748 Landsbury Ave.
        Baton Rouge       LA 70809
-----------------------------------------------------------------------------

        000126979


        Willett, Justin M.                     Unknown
        4804 W. 121St Street
        Overland Park     KS 66209
-----------------------------------------------------------------------------

        001584023


        Willett, Nan Or Richard                Unknown
        2102 Stonebridge Rd
        Dothan            AL 36301
-----------------------------------------------------------------------------

        000128233


        Willett, Vickie S.                     Unknown
        4741 W 138th Terrace
        Leawood           KS 66224
-----------------------------------------------------------------------------

        001583687


        Willett, Wesley                        Unknown
        15103 N.W. 72nd St.
        Parkville         MO 64152
-----------------------------------------------------------------------------

        001598431


        William J. Keesling                    Unknown
        723 Beckley Ct.
        Lexington         SC 29072
-----------------------------------------------------------------------------

        001589144


        Williams Aaron                         Unknown
        92 Slate Creek Dr Apt6
        Cheektowaga       NY 14227
-----------------------------------------------------------------------------

        001554268


        Williams Alan D                        Unknown
        117 N. 8th Street
        Mount Vernon      WA 98273
-----------------------------------------------------------------------------

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code           of Claim


        000108663


        Williams III, Lloyd B.              Unknown
        P.O. Box 2025
        Summerville        SC 29484
------------------------------------------------------------------------------
        001560732


        Williams Jr., James A.              Unknown
        404 Country Club Ln.
        Galax              VA 24333
------------------------------------------------------------------------------
        001578691


        Williams Limited Partnership        Unknown
        3550 Lawrenceville Suwanee Rd
        Stone Mountain     GA 30087
------------------------------------------------------------------------------
        000107634


        Williams Sr., Steve L.              Unknown
        P.O. Box 1887
        Jamestown          NC 27282
------------------------------------------------------------------------------
        001583820


        Williams, Allen B.                  Unknown
        1941 Meadowstone Ln.
        Knoxville          TN 37938
------------------------------------------------------------------------------
        001479572


        Williams, Arnold D.                 Unknown
        10213 Ashmont Dr
        Frisco             TX 75034
------------------------------------------------------------------------------
        001574070


        Williams, Brenda J                  Unknown
        2527 Kingsridge
        Dallas             TX 75287
------------------------------------------------------------------------------
        001588656


        Williams, Carla J.                  Unknown
        830 Newell Ave
        Bellingham         WA 98225
------------------------------------------------------------------------------
        001607229


        Williams, Charles D.                Unknown
        P.O. Box 579
        Redwater           TX 75573
------------------------------------------------------------------------------
```

                 Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                Total Amt
        Mailing Address/ Zip Code          of Claim


        001522994


        Williams, Charles E.               Unknown
        2110 Old Jackson Rd.
        Locust Grove      GA 30248
--------------------------------------------------------------------------------
        001607161


        Williams, Cleatis                  Unknown
        7621 Del Rio Drive
        Corpus Christi    TX 78413
--------------------------------------------------------------------------------
        001560426


        Williams, David A.                 Unknown
        65 Glenn Rd. Suite#4 - 111
        Garner            NC 27529
--------------------------------------------------------------------------------
        000104967


        Williams, David L.                 Unknown
        5308 Monte Vista Drive
        Greensboro        NC 27407
--------------------------------------------------------------------------------
        001572015


        Williams, Debby                    Unknown
        2 East Old Feild Dr.
        Huffman           TX 77336
--------------------------------------------------------------------------------
        001548322


        Williams, Denise S.                Unknown
        606 Oglethorpe Drive
        Atlanta           GA 30319
--------------------------------------------------------------------------------
        000141003


        Williams, Donna C.                 Unknown
        3491 Buckhead Loop apt 1114
        Atlanta           GA 30326
--------------------------------------------------------------------------------
        001545986


        Williams, Drew H.                  Unknown
        412 Overlook Dr.
        Midlothian        TX 76065
--------------------------------------------------------------------------------
        001568712


        Williams, Elgin W.                 Unknown
        464 University
        Corpus Christi    TX 78412
--------------------------------------------------------------------------------
```

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim

000153068

Williams, Esther C.                    Unknown
1902 Wannamaker Dr.
Barnwell         SC 29812
-----------------------------------------------------------------------------
001605378

Williams, Gavin H                     Unknown
562 E Mendochino
Altadena         CA 91001
-----------------------------------------------------------------------------
001543824

Williams, Gerald K.                   Unknown
6806 Antioch Apt 229
Merrian          KS 66204
-----------------------------------------------------------------------------
001542990

Williams, Gordon L.                   Unknown
26267 85th lane
Branford         FL 32008
-----------------------------------------------------------------------------
001602587

Williams, Hiram J.                    Unknown
8211 Redlands Street Apt. 1
Playa Del Rey    CA 90293
-----------------------------------------------------------------------------
001583204

Williams, Jacque M.                   Unknown
2340 Cascade Dr.
Gillette         WY 82718
-----------------------------------------------------------------------------
000104184

Williams, James E.                    Unknown
106 Waterford Lane
Greer            SC 29650
-----------------------------------------------------------------------------
001555335

Williams, James M.                    Unknown
1061 East Main Street
Rainsville       AL  35986
-----------------------------------------------------------------------------
001537455

Williams, James R.                    Unknown
220 Goldenrod Drive
Seymour          TN 37865
-----------------------------------------------------------------------------
```

```
    Creditors Names and                 Total Amt
    Mailing Address/ Zip Code            of Claim


    001564472


    Williams, James Sams                 Unknown
    P.O. Box 965
    La Conner        WA 98257
------------------------------------------------------------------------------
    000119021


    Williams, Janet S.                   Unknown
    18739 Riverbend Road
    French Settlement   LA 70733
------------------------------------------------------------------------------
    001591223


    Williams, Jay E                      Unknown
    3124 W.McKINNEY
    Phoenix          AZ 85009
------------------------------------------------------------------------------
    001581822


    Williams, Jeanette H.                Unknown
    3787 Old Middleburg Rd. #1
    Jacksonville     FL 32210
------------------------------------------------------------------------------
    000148015


    Williams, Jennifer F                 Unknown
    203 Prestwick Rd
    Myrtle Bch       SC 29575
------------------------------------------------------------------------------
    001537218


    Williams, Jerry R.                   Unknown
    117 Bayou Bend
    League City      TX 77573
------------------------------------------------------------------------------
    001594953


    Williams, Jerry W.                   Unknown
    3109 Vicksburg Street
    Corpus Christi   TX 78410
------------------------------------------------------------------------------
    001582448


    Williams, Joe S.                     Unknown
    6301 Highway 16
    Montevalio       AL 35115
------------------------------------------------------------------------------
    001601823

    Williams, Johnny B.                  Unknown
    1418 Crestmark Blvd
    Lithia Springs   GA 30122
------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE        Page 1559

Unsecured Creditors -- Sales Representatives

Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


000163128

Williams, Judy L.                       Unknown
48 Highway 437
Toston         MT 59643
--------------------------------------------------------------------------------
001597755

Williams, Julian L                      Unknown
341 Nw 4Th St
Reserve        LA 70084
--------------------------------------------------------------------------------
001544748

Williams, Karen M.                      Unknown
7252 Mansions, K-1
Corpus Christi   TX 78414
--------------------------------------------------------------------------------
001570213

Williams, Kelly J.                      Unknown
9411 Beverly Hill
Houston        TX 77063
--------------------------------------------------------------------------------
001583238

Williams, Kenneth F                     Unknown
612 Bailey
Dumas          TX 79029
--------------------------------------------------------------------------------
001455837

Williams, Kimberly D                    Unknown
195 North Harbor Dr. #4606
Chicago        IL 60601
--------------------------------------------------------------------------------
001590951

Williams, Letty D.                      Unknown
146 Ervin Lane
Madison        AL 35756
--------------------------------------------------------------------------------
001534329

Williams, Magdalena                     Unknown
5018 Lethaby
Corpus Christi   TX 78413
--------------------------------------------------------------------------------
000103578

Williams, Martin E.                     Unknown
24588 Strand Drive
Albemarle      NC 28001
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                     INTERNATIONAL HERITAGE        Page 1560

                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001602531


        Williams, Mary E.                       Unknown
        109 Gail St.
        Jacksonville      FL 32220
---------------------------------------------------------------------------------
        000157482


        Williams, Mary K.                       Unknown
        3640 N.W. Briarcliff Rd.
        Kansas City       MO 64116
---------------------------------------------------------------------------------
        001535707


        Williams, Maureen                       Unknown
        1359 35th Avenue
        San Francisco     CA 94122
---------------------------------------------------------------------------------
        001597073


        Williams, Meredyth E.                   Unknown
        49 Northtown Drive #23C
        Jackson           MS 39211
---------------------------------------------------------------------------------
        001539951


        Williams, Michael E.                    Unknown
        PO Box 185
        Notasulga         AL 36866
---------------------------------------------------------------------------------
        001608502


        Williams, Mike  D.                      Unknown
        11837 Sw 3Rd Street
        Yukon             OK 73099
---------------------------------------------------------------------------------
        001577864


        Williams, Myra                          Unknown
        2341 Pelham Rd South
        Jacksonville      AL 36265
---------------------------------------------------------------------------------
        001479412


        Williams, Myrna G.                      Unknown
        138H Durwood Drive
        Knoxville         TN 37922
---------------------------------------------------------------------------------
        001550525


        Williams, Narisa                        Unknown
        10075 Hillside Road
        Alta Loma         CA 91737
---------------------------------------------------------------------------------

```
        Creditors Names and                Total Amt
        Mailing Address/ Zip Code          of Claim


        001482861


        Williams, P. Bailey                Unknown
        3355 Business Circle
        North Charleston    SC 29418
--------------------------------------------------------------------------------

        000144468


        Williams, Paula R.                 Unknown
        P.O. Box 303
        New Boston          TX 75570
--------------------------------------------------------------------------------

        000112724


        Williams, Peggy C.                 Unknown
        743 Deerwood Drive
        Stockbridge         GA 30281
--------------------------------------------------------------------------------

        001552099


        Williams, Reba P.                  Unknown
        76 Horseshoe Bend Rd.
        Leoma               TN 38468
--------------------------------------------------------------------------------

        001550853


        Williams, Richard M.               Unknown
        29108 S. Masterson
        Cleveland           MO 64734
--------------------------------------------------------------------------------

        000150482


        Williams, Rick C.                  Unknown
        201 Aristotle Drive
        Lafayette           LA 70508
--------------------------------------------------------------------------------

        001548597


        Williams, Robb                     Unknown
        P. O. Box 11567
        Jacksonville        FL 322391567
--------------------------------------------------------------------------------

        000157987


        Williams, Roger D.                 Unknown
        Rt. 3 Box 443
        Pilot Mountain      NC 27041
--------------------------------------------------------------------------------

        001576635


        Williams, Sandra K.                Unknown
        1047 Seven Springs Circle
        Marietta            GA 30068
--------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE        Page. 1562

                      Unsecured Creditors -- Sales Representatives


        Creditors Names and                        Total Amt
        Mailing Address/ Zip Code                  of Claim


        001590881


        Williams, Sandra M.                         Unknown
        4391 Tupelo
        Slidell          LA 70461
--------------------------------------------------------------------------------
        001602954


        Williams, Sheri-Lee                         Unknown
        2697 Lummi Shore Dr
        Bellingham       WA 98226
--------------------------------------------------------------------------------
        001522425


        Williams, Steve                             Unknown
        325 Geri Street, PO Box 528
        Lawrenceburg     TN 38464
--------------------------------------------------------------------------------
        001522444


        Williams, Steve E. Jr.                      Unknown
        28 Kylewood Drive
        Lawrenceburg     TN 38464
--------------------------------------------------------------------------------
        001604995


        Williams, Tammie                            Unknown
        314 Rainbow Dr.
        Pineville        LA 71360
--------------------------------------------------------------------------------
        001596135


        Williams, Tammy                             Unknown
        825 S 1100 E
        Orem             UT 84097
--------------------------------------------------------------------------------
        001537597


        Williams, Tammy T.                          Unknown
        209 Windmill Ridge Dr.
        Rockwall         TX 75087
--------------------------------------------------------------------------------
        001574473


        Williams, Thomas                            Unknown
        7011 Sunny Hill Drive
        Mechanicsville   VA 23111
--------------------------------------------------------------------------------
        001476205


        Williams, Thomas Y.                         Unknown
        215 East Bay Street Suite 300
        Charleston       SC 29401
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                   Total Amt
Mailing Address/ Zip Code             of Claim


001603288


Williams, Tommie Gene                 Unknown
1103 Ireland
Wichita Falls      TX 76303
----------------------------------------------------------------------------

001559921


Williams, Verly M.                    Unknown
314 W. Hutchinson Ave.
Crowley            LA 70526
----------------------------------------------------------------------------

000132620


Williams, Vernon Ann                  Unknown
2099 Bethesda Road
Crystal Springs    MS 39059
----------------------------------------------------------------------------

001507783


Williams, W. A.                       Unknown
225 San Antonia Ave.
Many               LA 71449
----------------------------------------------------------------------------

001505969


Williams, Wallace G.                  Unknown
321 Javelina
Waco               TX 76712
----------------------------------------------------------------------------

001569109


Williams, Wendy D.                    Unknown
1804 Norwood Lane
Arlington          TX 76013
----------------------------------------------------------------------------

001530442


Williams, Wiley L.                    Unknown
4522 Willow Ln
Dallas             TX 75244
----------------------------------------------------------------------------

000160478


Williamsen, Darcy Y                   Unknown
318 Cape Fear Loop
Emerald Isle       NC 28594
----------------------------------------------------------------------------

001548594


Williamson, Carol                     Unknown
5797 Giles Road.
Lithonia           GA 30058
----------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


001578724


Williamson, Craig                        Unknown
422 E Fairview
Carthage          MO 64836
--------------------------------------------------------------------------------

001568172


Williamson, James B.                     Unknown
105 South Obrien #116
Tampa             FL 33609
--------------------------------------------------------------------------------

001511628


Williamson, Kathy                        Unknown
1532 Windy Wood Road
Pelion            SC 29123
--------------------------------------------------------------------------------

001574635


Williamson, Ken                          Unknown
77 Trace Rd.
Wetumpka          AL 36092
--------------------------------------------------------------------------------

001541985


Williford, Gary M.                       Unknown
1529 Gardenia Drive
Houston           TX 77018
--------------------------------------------------------------------------------

001584588


Williford, Lazalia E.                    Unknown
1950 Palm City Rd. 6103
Stuart            FL 34994
--------------------------------------------------------------------------------

000106328


Williford, William A.                    Unknown
3736 Crystal Creek Dr.
Knightdale        NC 27545
--------------------------------------------------------------------------------

001456436


Willingham, Dolores M                    Unknown
603 Old Rocky Ridge Lane
Birmingham        AL 35216
--------------------------------------------------------------------------------

000119952


Willis Jr., Daniel X.                    Unknown
17427 Lake Wisteria Avenue
Baton Rouge       LA 70817
--------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE          Page 1565
                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001520326


        Willis Jr., Richard                     Unknown
        17808 Villa Way Dr.
        Spring          TX 77379
-------------------------------------------------------------------------------
        001598647


        Willis M. Elkins                        Unknown
        146 Caney Branch Rd.
        Chapmanville     WV 25508
-------------------------------------------------------------------------------
        001508618


        Willis, Christopher L.                  Unknown
        610 Goodyear
        Irving          TX 75062
-------------------------------------------------------------------------------
        001577248


        Willis, Claudia A.                      Unknown
        746 Ramada
        Houston         TX 77062
-------------------------------------------------------------------------------
        001562260


        Willis, Denise A.                       Unknown
        23 S. Hoback Street
        Helena          MT 59601
-------------------------------------------------------------------------------
        001526691


        Willis, Leonette T.                     Unknown
        3350 O'Berry Rd.
        Kissimmee       FL 34746
-------------------------------------------------------------------------------
        000153123


        Willis, Micah D.                        Unknown
        1440 N. Hwy. 93
        Scott           LA 70583
-------------------------------------------------------------------------------
        001483697


        Willis, Randell M.                      Unknown
        1440 N. Hwy 93
        Lafayette       LA 70583
-------------------------------------------------------------------------------
        001485582


        Willman, Mildred                        Unknown
        11304 Dessau Rd.
        Austin          TX 78754
-------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE                    Page: 1566

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001599754


Willms, Peggy S.                       Unknown
558 Peachwood
Grand Junction     CO 81504
--------------------------------------------------------------------------------
001575906


Willoughby, Wallace G.                 Unknown
35047 George Rd.
Marked Tree        AR 72365
--------------------------------------------------------------------------------
001500496


Wills, Don K.                          Unknown
6615 South Cultus Bay Road
Clinton            WA 98236
--------------------------------------------------------------------------------
001539680


Wills, Kathy                           Unknown
7312 Tomlinson St.
Dallas             TX 75248
--------------------------------------------------------------------------------
001545844


Wills, Randy C.                        Unknown
1522 Allen Dr.
Cedar Hill         TX 75104
--------------------------------------------------------------------------------
001598430


Wilma Zavona                           Unknown
240 Lexington Place
Sevierville        TN 37862
--------------------------------------------------------------------------------
001591819


Wilmot Iris L                          Unknown
214 East Walnut
Ravenwood          MO 64479
--------------------------------------------------------------------------------
001531482


Wilshusen, Joanne                      Unknown
326 Glenmore
Corpus Christi     TX 78412
--------------------------------------------------------------------------------
000162676


Wilson Jr., William J.                 Unknown
4132 Lone Wolf Lane
Shepherd           MT 59079
--------------------------------------------------------------------------------
```

                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001547479
        .

        Wilson, Ava A.                          Unknown
        2010 Oak View Dr.
        Sevierville       TN 37876
------------------------------------------------------------------------------------
        001581941

        Wilson, Berna B.                        Unknown
        Po Box 238
        Concrete          WA 98237
------------------------------------------------------------------------------------
        000115355

        Wilson, Clance J.                       Unknown
        Rt. 1 Silverspoon Ave
        Granville         IL 61326
------------------------------------------------------------------------------------
        001519353

        Wilson, Cory L.                         Unknown
        7626 MS Hwy. 584
        Osyka             MS 39657
------------------------------------------------------------------------------------
        001575741

        Wilson, Coy D.                          Unknown
        100 E. 67Th
        Kansas City       MO 64113
------------------------------------------------------------------------------------
        001565748

        Wilson, Dale A.                         Unknown
        P.O. Box 306
        Snohomish         WA 98290
------------------------------------------------------------------------------------
        001515531

        Wilson, Diane G.                        Unknown
        4425 Caledonia Way
        Los Angeles       CA 90065
------------------------------------------------------------------------------------
        001607541

        Wilson, Diane R                         Unknown
        Rt 1 Silverspoon Rd
        Granville         IL 61326
------------------------------------------------------------------------------------
        001561066

        Wilson, Donald G.                       Unknown
        178 Cr 4358
        Decatur           TX 76234
------------------------------------------------------------------------------------

```
JCH7CLAIM2 98/12/07              INTERNATIONAL HERITAGE      Page: 1568
                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001462322


        Wilson, Dorothy C                    Unknown
        1002 Gardenia Drive
        Tallahassee       FL 32312
--------------------------------------------------------------------------------
        001495619


        Wilson, Edna                         Unknown
        202 Rockford Road
        Sylacauga         AL 35150
--------------------------------------------------------------------------------
        001573423


        Wilson, Jan E.                       Unknown
        110 E. 9th ST, SUITE B365
        Los Angeles       CA 90079
--------------------------------------------------------------------------------
        001590731


        Wilson, Jeffery P.                   Unknown
        P.O. Box 4765
        Missoula          MT 59806
--------------------------------------------------------------------------------
        001527711


        Wilson, Jennifer D.                  Unknown
        6603 B. Deatonhill
        Austin            TX 78745
--------------------------------------------------------------------------------
        001590880


        Wilson, Joyce C.                     Unknown
        1913 Antwerp Avenue
        Plano             TX 75025
--------------------------------------------------------------------------------
        001570433


        Wilson, Katheryne L.                 Unknown
        P.O. Box 68
        Flowery Branch    GA 30542
--------------------------------------------------------------------------------
        001535174


        Wilson, Kathleen M.                  Unknown
        2819 S. Wollenweber Rd.
        New Palestine     IN 46163
--------------------------------------------------------------------------------
        001466603


        Wilson, Kayla D.                     Unknown
        Rr. 3, Box 203
        Clinton           IL 61727
--------------------------------------------------------------------------------
```

```
        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code            of Claim


        001607561


        Wilson, Keisha  N.                   Unknown
        182 Brookhaven Dr.
        Marietta        GA 30066
------------------------------------------------------------------------------
        000140320


        Wilson, Lee                          Unknown
        3362 Mountainbrook Ave.
        North Charleston   SC 29420
------------------------------------------------------------------------------
        000146531


        Wilson, Linda E                      Unknown
        704 E Cambridge Springfield
        Springfield     MO 65807
------------------------------------------------------------------------------
        000138480


        Wilson, Lisa G.                      Unknown
        5502-B Caldwell Mill Road
        Birmingham      AL 35242
------------------------------------------------------------------------------
        001520581


        Wilson, Lynn N.                      Unknown
        2721 Southfork Drive
        Knoxville       TN 37921
------------------------------------------------------------------------------
        000146585


        Wilson, Maragret A.                  Unknown
        1751 28th St.
        Wyoming         MI 49509
------------------------------------------------------------------------------
        001568301


        Wilson, Margie I.                    Unknown
        3500 Lakeview
        Irving          TX 75061
------------------------------------------------------------------------------
        000121426


        Wilson, Marilyn M.                   Unknown
        6008 Buffridge Trail
        Dallas          TX 75252
------------------------------------------------------------------------------
        001500803


        Wilson, Michael D.                   Unknown
        3901 Helmsford Drive
        Arlington       TX 76016
------------------------------------------------------------------------------
```

                           Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                 of Claim


        001603002


        Wilson, Michelle E                        Unknown
        10628 N Wallace
        Kansas City        MO 64157
--------------------------------------------------------------------------------
        001495620


        Wilson, Misty D                           Unknown
        202 Rockford Road
        Sylacauga          AL 35150
--------------------------------------------------------------------------------
        000115120


        Wilson, Pam C.                            Unknown
        11700 S.W. Burnett Lane
        Beaverton          OR 97008
--------------------------------------------------------------------------------
        001595630


        Wilson, Patricia A.                       Unknown
        8614 Twisting Vine
        Houston            TX 77040
--------------------------------------------------------------------------------
        001542607


        Wilson, Sammy                             Unknown
        14447 Mandarin Rd.
        Jacksonville       FL 32223
--------------------------------------------------------------------------------
        001516292


        Wilson, Sandy A.                          Unknown
        27424 W. 199Th
        Gardner            KS 66030
--------------------------------------------------------------------------------
        001464724


        Wilson, Scharmel B                        Unknown
        10224 Charterhouse
        Little Rock        AR 72227
--------------------------------------------------------------------------------
        001584178


        Wilson, Stephen R.                        Unknown
        435 Pacific
        Osawatomie         KS 66064
--------------------------------------------------------------------------------
        001560411


        Wilson, Tom                               Unknown
        2800 Longmire Dr. #20
        College Station    TX 77845
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


Creditors Names and                          Total Amt
Mailing Address/ Zip Code                     of Claim


001552548


Wilson, Tracie                               Unknown
295 Cox Circle
Canton          GA 30114
------------------------------------------------------------------------------

001569013


Wilson, Vanessa B.                           Unknown
5169 Artesian Spring Drive
Flowery Branch    GA 30542
------------------------------------------------------------------------------

001552504


Wilson, W. Todd                              Unknown
24 E. 53rd. Terrace
Kansas City      MO 64112
------------------------------------------------------------------------------

000159459


Wilson, William P.                           Unknown
4132 Lonewolf Lane
Shepherd         MT 59079
------------------------------------------------------------------------------

001539404


Wilson, William W                            Unknown
780 E Highland View Drive
Boise            ID 83702
------------------------------------------------------------------------------

001567148


Wilson, Wolfe T.                             Unknown
16924 Weaver Lane S.W.
Rochester        WA 98579
------------------------------------------------------------------------------

001586515


Wiltbank, Devin J.                           Unknown
2825 Indian Hill Circle NO.
Provo            UT 84604
------------------------------------------------------------------------------

001588733


Wiltse, Robert D.                            Unknown
325-19th Ave., W.
Gooding          ID 83330
------------------------------------------------------------------------------

000117857


Wimberly, Tracey A.                          Unknown
421 Jackson St. S.E.
Decatur          AL 35601
------------------------------------------------------------------------------

```
        Creditors Names and                 Total Amt
        Mailing Address/ Zip Code            of Claim


        001535176


        Wimmer, Paul J.                      Unknown
        Hcr 68 Box 226
        Woodstock      VT 05091
------------------------------------------------------------------------------------
        001522922


        Wimmer, Robert C. & Janet U.         Unknown
        4027 Rachel Dr.
        Roanoke        VA 24019
------------------------------------------------------------------------------------
        001584480


        Winans, Robbie L.                    Unknown
        4540 Hitching Post Ln.
        Plano          TX 75024
------------------------------------------------------------------------------------
        001575553


        Winddancer Holdings                  Unknown
        24 Oak Lane
        Flagler Beach  FL 32136
------------------------------------------------------------------------------------
        001616079


        Wine, Gerald W.                      Unknown
        P.O. Box 349
        Lynden         WA 98264
------------------------------------------------------------------------------------
        001558237


        Wine, Robert L.                      Unknown
        4805 Spearman Drive
        College Station TX 77845
------------------------------------------------------------------------------------
        001591828


        Winfrey, Donald S.                   Unknown
        15088 Bayou Bluff Rd
        Bastrop        LA 71220
------------------------------------------------------------------------------------
        001600620


        Wingate, Cheryl                      Unknown
        PO Box 30202
        Bellingham     WA 98228
------------------------------------------------------------------------------------
        001528005


        Wingate, Fay H.                      Unknown
        5359 Blacksburg Rd.
        Catawba        VA 24070
------------------------------------------------------------------------------------
```

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

000133502

Wingate, Wayne                          Unknown
Rt. 4, Box 7570 Murrhee Rd.
Hilliard        FL 32046

---

000114738

Wining, Dennis-Vicki J.                 Unknown
347 Pearl St.
Leetonia        OH 44431

---

001592559

Winner, Kevin D.                        Unknown
633 Westminster
Hermitage       PA 16148

---

001576788

Winstead, Linda G.                      Unknown
Rt. 2 Box 140 (373 Hendrix Rd)
Kelly           LA 71441

---

000115933

Winstead, Sheila H                      Unknown
1827 Sierra Ave
Springfield     OH 45503

---

001589670

Winters, Elodie J.                      Unknown
565 S. Mason Rd. #357
Katy            TX 77450

---

001608694

Wirkman, Shawn M.                       Unknown
343 Milwaukee Blvd South
Algona          WA 98031

---

000148543

Wirt, Bonnie L.*                        Unknown
901 Sw Raintree Drive
Lee'S Summit    MO 64082

---

001459461

Wirt, Violet V                          Unknown
901 Sw Raintree Drive
Lee'S Summit    MO 64082

---

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001572742

Wirth, Michael A.                          Unknown
1639 Prospect Street Apt. 2
Lincoln          NE 68502
------------------------------------------------------------------------

001565221

Wise, Rodney G.                            Unknown
8345 White Haven Dr.
N. Chas          SC 29420
------------------------------------------------------------------------

001596868

Wiser, Delmar B.                           Unknown
1000 S. Highway 395 #A-124
Hermiston        OR 97838
------------------------------------------------------------------------

001600984

Wisner, Brandon L                          Unknown
3002 Clinton Way
Yakima           WA 98902
------------------------------------------------------------------------

000145538

Wispy Willow Leasing Fund                  Unknown
714 Fernlef Ave
Corona Del Mar   CA 92625
------------------------------------------------------------------------

001566784

Wissing, Randy R.                          Unknown
4720 Newton St.
Lincoln          NE 68506
------------------------------------------------------------------------

000114411

Witherby, Lois A.                          Unknown
2114 Crescent Drive
Graham           NC 27253
------------------------------------------------------------------------

000139667

Withers, Bruce                             Unknown
Route 3 Box 133B
Jacksboro        TX 76458
------------------------------------------------------------------------

001577172

Witman, Glenda M. Or                       Unknown
840 Cliff Drive #12
Protland         TX 78374
------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

000130204

Witt, Art A.                          Unknown
P.O. Box 111
Sedro-Woolley      WA 98284
-----------------------------------------------------------------------

001571926

Witt, Joel M.                         Unknown
C/O Rr 7 Box 410
Mt. Pleasant       PA 15666
-----------------------------------------------------------------------

001571856

Witt, Mark S.                         Unknown
Rd 7 Box 410
Mt.Pleasant        PA 15666
-----------------------------------------------------------------------

001583431

Witt, Mikael V.                       Unknown
309 Wagon Trail
Palestine          TX 75801
-----------------------------------------------------------------------

001599408

Witt, Torrey D.                       Unknown
Rd# 1 Box 156
Markeysburg        PA 15459
-----------------------------------------------------------------------

001583845

Wittlake, Mary L.                     Unknown
2740 Hwy 2 West
Kalispell          MT 59901
-----------------------------------------------------------------------

000159628

Wittman, Robin M                      Unknown
1104 Battery Creek Road
Beaufort           SC 29902
-----------------------------------------------------------------------

001487398

Wlodyka, Faye T.                      Unknown
205-3 Academy Place
Mooresville        NC 28115
-----------------------------------------------------------------------

001597206

Wnag, Rong Juan                       Unknown
333 Gellert Blvd
Daly City          CA 94015
-----------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE
                           Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim

        001541331

        Wodtke, Ellen C.                        Unknown
        6325 1St St. Sw
        Vero Beach        FL 32968
--------------------------------------------------------------------------------

        001578274

        Woessner, Arnold                        Unknown
        1205 Wicklow
        Garland           TX 75044
--------------------------------------------------------------------------------

        001569274

        Wohanka, Linda Joyce                    Unknown
        3 Harbour Way
        Monmouth          NJ 07750
--------------------------------------------------------------------------------

        001607872

        Wohlford, Mark E                        Unknown
        4431 Cottage Way
        Sacramento        CA 95864
--------------------------------------------------------------------------------

        000151879

        Wohlhart, Sheva                         Unknown
        535 Laurette Ct
        Schaumburg        IL 60193
--------------------------------------------------------------------------------

        000144946

        Wohslchlaeger, Steven D.                Unknown
        1951 O'Grady
        Conroe            TX 77304
--------------------------------------------------------------------------------

        001465243

        Woitena, Michael M.                     Unknown
        15638 Pebble Lake Drive
        Houston           TX 77095
--------------------------------------------------------------------------------

        001573090

        Wojcik, Robin A.                        Unknown
        118 Center St.
        Hightstown        NJ 08520
--------------------------------------------------------------------------------

        001496486

        Wojtalik, Katherine                     Unknown
        432 3Rd Ave #9
        Harve             MT 59501
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/12                    INTERNATIONAL HERITAGE          Page 1577

Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001604241


        Wolcott Krista L                       Unknown
        31500 1St Avenue South #27-303
        Federal Way      WA 98003
--------------------------------------------------------------------------------
        001601116


        Wolcott, Marilyn                       Unknown
        31500 1St Ave. S., # 27-303
        Federal Way      WA 98003
--------------------------------------------------------------------------------
        001607857


        Wolcott, Michael J                     Unknown
        3819 130th Ln SE #B-17
        Bellevue         WA 98006
--------------------------------------------------------------------------------
        001596851


        Woleben, Dennis M.                     Unknown
        2903 Sunbird Drive
        Houston          TX 77084
--------------------------------------------------------------------------------
        000127887


        Wolf, Dean F.                          Unknown
        Rt 1
        Grinnell         KS 67738
--------------------------------------------------------------------------------
        001563441


        Wolf, Greg                             Unknown
        303 Lark Lane
        Euless           TX 76039
--------------------------------------------------------------------------------
        001605117


        Wolf, Leah M                           Unknown
        621 54Th S.W.
        Everett          WA 98203
--------------------------------------------------------------------------------
        001545469


        Wolf, Susan A.                         Unknown
        7730 Little Aston Wy.
        Duluth           GA 30097
--------------------------------------------------------------------------------
        001582033


        Wolfe, Brady J                         Unknown
        8227 Santa Fe Drive No 3
        Overland Park    KS 66204
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07             INTERNATIOnAL HERITAGE       Page: 1578

                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001601925


        Wolfe, Shawn *                          Unknown
        18208 W. Fremont
        Buckeye          AZ 85326
-----------------------------------------------------------------------------
        001568553


        Wolfe, Terry L.                         Unknown
        215 Westridge Dr.
        Bozeman          MT 59715
-----------------------------------------------------------------------------
        001498282


        Wolfley, Jeanne M.                      Unknown
        739 East Coventry Lane
        Alpine           UT 84004
-----------------------------------------------------------------------------
        001583117


        Wollenman, Richard T.                   Unknown
        7231 Mimosa Lane
        Dallas           TX 75230
-----------------------------------------------------------------------------
        001549356


        Wolmarans, Dr. Henry Hill               Unknown
        15594 Riparian Rd.
        Poway            CA 92064
-----------------------------------------------------------------------------
        001487088


        Wolski, Barbara E.                      Unknown
        504 North Park Lane
        Alpharetta       GA 30004
-----------------------------------------------------------------------------
        001609456


        Wolter, Joh M                           Unknown
        2277 Winrock #314
        Houston          TX 77057
-----------------------------------------------------------------------------
        000153369


        Womack, Edmund J                        Unknown
        6442 Private Rd 704
        Hawley           TX 79525
-----------------------------------------------------------------------------
        001526686


        Womack, J. Randal                       Unknown
        3677 Lakeridge Circle
        Troutville       VA 24175
-----------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE
                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                  Total Amt
        Mailing Address/ Zip Code             of Claim


        001531224


        Womack, James R.                      Unknown
        3677 Lakeridge Circle
        Troutville        VA 24175
-----------------------------------------------------------------------------

        001485921


        Womack, Sr. R. Douglas                Unknown
        309 Roselawn Blvd.
        Lafayette        LA 70503
-----------------------------------------------------------------------------

        001568360


        Won, Ping Jong                        Unknown
        163-24 Northern Blvd
        Flushing          NY 11358
-----------------------------------------------------------------------------

        001574004


        Wong, Susan                           Unknown
        9 Thayer Street Apt. F12
        New York          NY 10040
-----------------------------------------------------------------------------

        001605194


        Wood II, William J.                   Unknown
        201 E. Chapman Ave Apt. 53A
        Placentia         CA 92870
-----------------------------------------------------------------------------

        001567102


        Wood, Connie                          Unknown
        Rt 1 Box 60
        Newcastle         TX 76372
-----------------------------------------------------------------------------

        001574698


        Wood, Don W.                          Unknown
        1001 Woodlawn
        Walla Walla       WA 99362
-----------------------------------------------------------------------------

        001512351


        Wood, Gail E.                         Unknown
        3311 Countryside Dr
        Mchenry           IL 60050
-----------------------------------------------------------------------------

        001515460


        Wood, James M                         Unknown
        2985 Cataldi Drive
        San Jose          CA 95132
-----------------------------------------------------------------------------

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim

        001529295

        Wood, John C.                          Unknown
        712 Windtree Dr.
        Weaver          AL 36277
--------------------------------------------------------------------------------
        001455808

        Wood, Julius C.                        Unknown
        302 Pine Ridge Road
        Edgefield       SC 29824
--------------------------------------------------------------------------------
        001603750


        Wood, Marvin T.                        Unknown
        69 C Sicilly Dr
        Ft Bragg        NC 28307
--------------------------------------------------------------------------------
        001555102

        Wood, Robert                           Unknown
        5839  Sandhurst Apt B.
        Dallas          TX 75206
--------------------------------------------------------------------------------
        001458509

        Wood, Sally E.                         Unknown
        142 Ball Park Road
        St. Helena      SC 29920
--------------------------------------------------------------------------------
        000139619

        Wood, Sylvia F.                        Unknown
        1001 Woodlawn
        Wallawalla      WA 99362
--------------------------------------------------------------------------------
        001583766

        Woodall, Heidi M.                      Unknown
        46317 Becky Dr.
        Hammond         LA 70401
--------------------------------------------------------------------------------
        001538946

        Woodall, Martha C.                     Unknown
        107 Bayberry Hills
        McDonough       GA 30253
--------------------------------------------------------------------------------
        001583505

        Woodall, Michael                       Unknown
        114 Vatican Sq.
        Carencro        LA 70520
--------------------------------------------------------------------------------

                     Unsecured Creditors -- Sales Representatives


        Creditors Names and                      Total Amt
        Mailing Address/ Zip Code                of Claim

        001603669


        Woodall, Norma T.                         Unknown
        Rt. 3 Box 255B
        Downsville       LA 71234
------------------------------------------------------------------------------
        001579222


        Woodard, Faye                             Unknown
        9696 Walnut Stsreet #807
        Dallas           TX 75243
------------------------------------------------------------------------------
        000138894


        Woodard, Iva                              Unknown
        2304 Belmont Pl
        Garden City      KS 67846
------------------------------------------------------------------------------
        000123569


        Woodard, Shirley J.                       Unknown
        14611 Zenith
        Houston          TX 77045
------------------------------------------------------------------------------
        001592259


        Woodard, Suzanne M.                       Unknown
        2224 W. 186Th Street
        Westfield        IN 46074
------------------------------------------------------------------------------
        001499633


        Wooden, Richard L.                        Unknown
        2275 14 Mile Rd. Ne
        Sparta           MI 49345
------------------------------------------------------------------------------
        001613274


        Woodfin, Tony M.                          Unknown
        1704 West Limestone Road
        Hazel GreeN      AL 35750
------------------------------------------------------------------------------
        001588394


        Woodley, Kellve                           Unknown
        115 Vatican S9
        Carencro         LA 70520
------------------------------------------------------------------------------
        000157164


        Woods, Brenda    .                        Unknown
        8005 Carolyn
        Santa Fe         TX 77517
------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001574617

Woods, Dolores                          Unknown
12297 N.W. 2Nd Place
Coral Springs        FL 33071

-------------------------------------------------------------------------------

001600220

Woods, Jean                             Unknown
418 S.  Fieldspan Road
Scott               LA 70583

-------------------------------------------------------------------------------

001563826

Woods, Kent                             Unknown
Route 4 Box 115
Rogersville          AL 35652

-------------------------------------------------------------------------------

001560899

Woods, Pamela K.                        Unknown
15150 Wildvine
Dallas               TX 75248

-------------------------------------------------------------------------------

000161957

Woods, Quana S.                         Unknown
142 East Broadway
Clifton Heights      PA 19018

-------------------------------------------------------------------------------

001604835

Woods, Roddy E.                         Unknown
654 Harrison Ferry Road
Banberry             TN 37890

-------------------------------------------------------------------------------

001586064

Woods, Valerie N.                       Unknown
3501 Rocky Ridge Rd.
Oxford               AL 36203

-------------------------------------------------------------------------------

001567941

Woodside, Carolyn J                     Unknown
2518 Swan Mill Rd
Morrison             TN 37357

-------------------------------------------------------------------------------

001530532

Woodson, Catherine L.                   Unknown
802 Alwyn Blvd.
Ladson               SC 29456

-------------------------------------------------------------------------------

                          Unsecured Creditors -- Sales Representatives


        Creditors Names and                     Total Amt
        Mailing Address/ Zip Code               of Claim


        001608388


        Woodward, Ronnie G.                      Unknown
        Rt. 2 Box 73 F
        Sallisaw          OK 74955
--------------------------------------------------------------------------------
        001482624


        Woodward, Samantha E.                    Unknown
        7404 Driftwood Ave.
        Savannah          GA 31406
--------------------------------------------------------------------------------
        000157078


        Woodworth, Bill F.                       Unknown
        1303 West 35Th Street
        Kearney           NE 68959
--------------------------------------------------------------------------------
        001551091


        Woodworth, James K.                      Unknown
        2510 Powerhorn
        Post Falls        ID 83854
--------------------------------------------------------------------------------
        001583011


        Woodworth, Meredith E                    Unknown
        5211 Meaders Ln
        Dallas            TX 75229
--------------------------------------------------------------------------------
        001581559


        Woody, Bettye E                          Unknown
        11207 Candlelight Lane
        Dallas            TX 75229
--------------------------------------------------------------------------------
        001606654


        Woody, Charles W.                        Unknown
        42433 May Pen Rd.
        Bermuda Dunes     CA 92201
--------------------------------------------------------------------------------
        001486916


        Woody, Patricia K.                       Unknown
        2020 Poly Drive
        Billings          MT 59102
--------------------------------------------------------------------------------
        001466270


        Woolard, Cindy K                         Unknown
        Box 2203
        Mckinney          TX 75069
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives


Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001509158


Woolbert, Arthur L.                    Unknown
27733 Meridian Avenue
Arlington        WA 98223
------------------------------------------------------------------------

001503982


Wooldridge, Sherrie A.                 Unknown
1227 Bayhill Drive
Burlington       WA 98233
------------------------------------------------------------------------

001613585


Woolsey K. Perry                       Unknown
1341 8 N Alpine Cove
Alpine           UT 84004
------------------------------------------------------------------------

001570089


Woolsey, Linda                         Unknown
212 West D
Wymore           NE 68466
------------------------------------------------------------------------

001563958


Woolsey, Stephanie A.                  Unknown
4000 South 56th #388C
Lincoln          NE 68506
------------------------------------------------------------------------

001568655


Woolsey-Windell, Sheryl A              Unknown
Rt 1 Box 1733
Sarcoxie         MO 64862
------------------------------------------------------------------------

001584589


Wooster, Allan R.                      Unknown
1170 Trail Dr.
Eugene           OR 97404
------------------------------------------------------------------------

001556024


Wootton, Betty                         Unknown
4796 Jamerson Forest Cir.
Marietta         GA 30066
------------------------------------------------------------------------

001540423


Wootton, Michael & Shari               Unknown
4010 Sunhill Court
Woodstock        GA 30189
------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                    Total Amt
Mailing Address/ Zip Code              of Claim


001585380


Workman, Mary E.                       Unknown
5504 Rutledge Dr.
Greensboro        NC 27455
--------------------------------------------------------------------------

001560408


Workman, Thomas L.                     Unknown
1737 S. Field Ct.
Lakewood          CO 80232
--------------------------------------------------------------------------

001481593


Worley, Glenda P.                      Unknown
814 Bedgood Rd.
Arabi             GA 31712
--------------------------------------------------------------------------

001554657


Worley, Kirk                           Unknown
1416 Vassar N.E. Ste.B
Albuquerque       NM 87106
--------------------------------------------------------------------------

001503050


Worley, Pauline G.                     Unknown
320 South Nebraska Ave.
Minden            NE 68959
--------------------------------------------------------------------------

001531808


Worley, Rebecca J.                     Unknown
168 Juniper Trail
Monroe            MI 48161
--------------------------------------------------------------------------

001584269


Worley, Robert                         Unknown
1073 Muller Rd.
Arabi             GA 31712
--------------------------------------------------------------------------

001614436


Worman, Linda L.                       Unknown
8150 Poco Rd.
Colorado Springs  CO 80908
--------------------------------------------------------------------------

000141773


Worsham, Paul F                        Unknown
10903 Deborah Drive
Potomac           MD 20854
--------------------------------------------------------------------------
```

                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                        Total Amt
        Mailing Address/ Zip Code                  of Claim


        001560405


        Worthington, Linda J.                      Unknown
        603 Ashwood Ct.
        Woodstock          GA 30189
--------------------------------------------------------------------------------
        001486646


        Worthington, William L.                    Unknown
        285573 Hwy 101
        Quilcene           WA 98376
--------------------------------------------------------------------------------
        000125604


        Worthley, Michael D.                       Unknown
        27105 South Freedom Rd.
        Harrisonville      MO 64701
--------------------------------------------------------------------------------
        000125490


        Worthley, Sandra K.                        Unknown
        27000 S. East Outer Rd.
        Harrisonville      MO 64701
--------------------------------------------------------------------------------
        001600133


        Wosk, Monica                               Unknown
        1560 NW 94 Terr
        Pembroke Pines     FL 33024
--------------------------------------------------------------------------------
        001471977


        Wouters, Judy M.                           Unknown
        4631 Reforestation Road
        Green Bay          WI 54313
--------------------------------------------------------------------------------
        000105538


        Wrenn, Sidney A.                           Unknown
        4911 Edinborough Rd.
        Greensboro         NC 27406
--------------------------------------------------------------------------------
        001472491


        Wright Jr., David M.                       Unknown
        715 F.M. 1959
        Houston            TX 77034
--------------------------------------------------------------------------------
        000116152


        Wright Jr., James R                        Unknown
        1769  Great Oaks Cove
        Germantown         TN 38138
--------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07            INTERNATIONAL HERITAGE         Page: 1587

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001535647

Wright Sr., David M.                    Unknown
1907 N Fisher Court
Pasadena          TX 77502
------------------------------------------------------------------------
000154368

Wright Sr., Gregory A.                  Unknown
304 N.E. Crescent
Lees Summit        MO 64086
------------------------------------------------------------------------
001608389

Wright, Andrea D.                       Unknown
2413 Constitution Drive
Raleigh            NC 27615
------------------------------------------------------------------------
001596502

Wright, Bob                             Unknown
2 Sunnyside Drive Ste. 7C
Yonkers            NY 10705
------------------------------------------------------------------------
001582552

Wright, Bonnie R                        Unknown
5225 Ridge Dr N E
Tacoma             WA 98422
------------------------------------------------------------------------
000127437

Wright, Buffie A.                       Unknown
307 Coates
Fort Scott         KS 66701
------------------------------------------------------------------------
001577351

Wright, Daniel J.*                      Unknown
858 Wilson Dr.
New Orleands       LA 70119
------------------------------------------------------------------------
001585804

Wright, David Lee                       Unknown
239 East Bower Lane
Camano Island      WA 98292
------------------------------------------------------------------------
001562009

Wright, David S.                        Unknown
343 Kenbrook Dr.
Galax              VA 24333
------------------------------------------------------------------------

INTERNATIONAL HERITAGE
Page: 1588
Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000107515 | |
| Wright, Franklin M.<br>305 Omar Court<br>Gilbert          SC 29054 | Unknown |
| 001596822 | |
| Wright, Holly<br>1809 Stone Brook Lane<br>Birmingham       AL 35242 | Unknown |
| 001531199 | |
| Wright, Joe<br>70 Crepe Myrtle<br>Eclectic         AL 36024 | Unknown |
| 000143159 | |
| Wright, Linda<br>1008 Pearson<br>Mckinney         TX 75069 | Unknown |
| 001500468 | |
| Wright, Mark H.<br>P. O. Box 322<br>Kimberling City    MO 65686 | Unknown |
| 001475246 | |
| Wright, Patty G<br>4 Blueberry Avenue<br>Saco             ME 04072 | Unknown |
| 000154330 | |
| Wright, Paul D<br>723 County Road 45 E<br>Virginia Dale     CO 80536 | Unknown |
| 001582250 | |
| Wright, Peter E.<br>Rr1 Box 38C<br>Tyrone           OK 73951 | Unknown |
| 001483142 | |
| Wright, Scott T<br>1053 Garland Duncan Rd<br>Chadbourn        NC 28431 | Unknown |

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE          Page 7589

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001548023 | |
| Wright, Shirley T<br>131 Empire Circle<br>Greenwood    SC 29646 | Unknown |
| 001514262 | |
| Wright, Troy A.<br>P.O. Box 344<br>Manor    TX 78653 | Unknown |
| 001515417 | |
| Wright, Victoria M.<br>1615 Girvan Ridge Dr.<br>Duluth    GA 30097 | Unknown |
| 001509621 | |
| Wrinkle, Linda M.<br>82002 S Fork W W River Rd<br>Milton-Freewater    OR 97862 | Unknown |
| 001455862 | |
| Wroten, Chester<br>3205 Caroline Dr<br>Bossier    LA 71112 | Unknown |
| 001579148 | |
| Wroten, Michelle D.<br>7956 A South Hendrick<br>Baton Rouge    LA 70817 | Unknown |
| 001532723 | |
| Wu, Gui Lou<br>97-33 42nd Avenue<br>Corona    NY 11368 | Unknown |
| 001609551 | |
| Wu, Hai Yan<br>379 Grant Ave<br>Brooklyn    NY 11208 | Unknown |
| 001609373 | |
| Wu, Jia Hong<br>133-27 Sanford Ave<br>New York    NY 11355 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001476252 | |
| Wu, Jian Zhong<br>2100 Summer Wind Dr.<br>Marietta          GA 30060 | Unknown |
| 001555031 | |
| Wu, Jie-Yan<br>5518 8Th Ave. 3Fl<br>Brooklyn          NY 11220 | Unknown |
| 001610142 | |
| Wu, Qiong Li<br>577 Watchogue Rd Apt. Q<br>Staten Island          NY 10314 | Unknown |
| 001518177 | |
| Wu, Rong Hui<br>1937 East 15Th Street<br>Brooklyn          NY 11229 | Unknown |
| 000135526 | |
| Wu, Sidong<br>46-63 162 Street<br>Flushing          NY 11358 | Unknown |
| 001574460 | |
| Wu, Wan Gong<br>827 S. 8Th St.<br>Alhambra          CA 91801 | Unknown |
| 001608995 | |
| Wu, Wan Wan<br>9879 South Spring Hill Dr<br>High Lands Ranch          CO 80126 | Unknown |
| 000158209 | |
| Wu, Wesley Wh<br>5324 118 Av 2/F<br>Brooklyn          NY 11204 | Unknown |
| 001590587 | |
| Wu, Yun<br>7900 Cambridge #21-1C<br>Houston          TX 77054 | Unknown |

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE            Page: 1591
                    Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001605073 | |
| Wu, Zhigang<br>1611 Laurel Ave. Apt. #607<br>Knoxville      TN 37916 | Unknown |
| 001527060 | |
| Wujan, Sheu H.<br>340 Danbury Lane<br>East Brunswick      NJ 08816 | Unknown |
| 001468449 | |
| Wulf, Rachael D.<br>3925 Gladstone Blvd.<br>Kansas City      MO 64123 | Unknown |
| 001521762 | |
| Wulf, Shirley E.<br>2032 Kinderton Manor Dr.<br>Duluth      GA 30097 | Unknown |
| 001581956 | |
| Wurtz, David E.<br>4120 S.W. Twilight Dr., #119<br>Topeka      KS 66604 | Unknown |
| 001572682 | |
| Wyatt, Frank K.<br>2447 Sandell Dr.<br>Dunwoody      GA 30338 | Unknown |
| 001481072 | |
| Wyble, Melissa A.<br>220 Greenbriar Blvd. Apt A-3<br>Covington      LA 70433 | Unknown |
| 001593817 | |
| Wycoff, Craig W.<br>5430 L.B.J. Freeway Suite 1600<br>Dallas      TX 75240 | Unknown |
| 001526668 | |
| Wycoff, Suzann<br>P.O. Box 129<br>Hamilton      MI 49419 | Unknown |

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001551745

Wyma, Tina L.                              Unknown
409 E. 40Th St.
Holland           MI 49423
------------------------------------------------------------------------------

001582247

Wyman, Fran L.                             Unknown
933 Harrison Rd.
Sedro Woolley     WA 98284
------------------------------------------------------------------------------

001599501

Wyman, Ian J.                              Unknown
9490 12th ave nw
westhope          ND 58793
------------------------------------------------------------------------------

001577971

Wymore, Mark D.                            Unknown
8002 Bell Rd.
Lenexa            KS 66219
------------------------------------------------------------------------------

001574699

Wyndham Group, Inc.                        Unknown
4101 Texas Ave. Suite B
Bryan             TX 77802
------------------------------------------------------------------------------

001519944

Wynne, Todd G.                             Unknown
2141 Burnstead Drive Apt#2-A
Billings          MT 59101
------------------------------------------------------------------------------

001467786

Wyzard, Julie K                            Unknown
28 Pasadena
Olathe            KS 66061
------------------------------------------------------------------------------

001519114

Xi, Liwei                                  Unknown
201 N Monterey St. Apt 1
Alhambra          CA 91801
------------------------------------------------------------------------------

001523399

Xi, Wei                                    Unknown
61-12  156th 3 FL
Flushing          NY 11367
------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001519549 | |
| Xiang, Siling<br>4808 Ertter Drive<br>Rockville       MD 20852 | Unknown |
| 001560849 | |
| Xiao, Guan Rong<br>2706 Budau Ave.<br>Los Angeles     CA 90032 | Unknown |
| 001571300 | |
| Xie, Jason<br>354 Orizaba Ave.<br>San Francisco    CA 94132 | Unknown |
| 001608739 | |
| Xie, Zhuo Yun<br>628 Cedar Lane Apt #9<br>Knoxville      TN 37912 | Unknown |
| 001531511 | |
| Xu, Cui H.<br>420 64 Street #57<br>Brooklyn       NY 11220 | Unknown |
| 001553859 | |
| Xu, Guang-Yi<br>3920 Mystic Valley Pkwy #114<br>Medford        MA 02155 | Unknown |
| 001567407 | |
| Xu, Huijiao<br>290 Crescent Street<br>Brooklyn       NY 11208 | Unknown |
| 001595989 | |
| Xu, Jiandong<br>259 Warren Ave.<br>Buffalo        NY 14217 | Unknown |
| 001579168 | |
| Xu, Li-Juan<br>41-09 149 St. 3F<br>Flushing       NY 11355 | Unknown |

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001572993 | |
| Xu, Linda<br>401 S. Bender Ave #804<br>Humble          TX 77338 | Unknown |
| 001571318 | |
| Xu, Ling Co.<br>22 Seminole Ave.<br>San Francisco    CA 94112 | Unknown |
| 001540409 | |
| Xu, Qian<br>#20 Casey Court<br>Baltimore       MD 21228 | Unknown |
| 001570455 | |
| Xu, Qiong<br>11403 Chimney Rock<br>Houston         TX 77035 | Unknown |
| 001516778 | |
| Xu, Weihong<br>13-10 33rd AVE. 1ST FLR.<br>Long Island City   NY 11106 | Unknown |
| 001508990 | |
| Xu, Xinwei<br>43-30 57th STREET<br>Woodside        NY 11377 | Unknown |
| 001522179 | |
| Xu, Yisheng<br>1831 S. 8Th St.<br>Philadelphia     PA 19148 | Unknown |
| 000145796 | |
| Xue, Hu Ru<br>38-48 Rutger Street APT.17F<br>New York        NY 10002 | Unknown |
| 000155739 | |
| Xue, Mei<br>1633 Center Avenue<br>Fort Lee        NJ 07024 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE
                          Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        000147251


        Xue, Sheng Feng                         Unknown
        38-48 Rutgers Street Apt 17F
        New York        NY 10002
------------------------------------------------------------------------------

        000143926


        Xue, Yan                                Unknown
        38-48 Rutger St Apt #17F
        New York        NY 10002
------------------------------------------------------------------------------

        001587852


        Yadgard, Joseph                         Unknown
        254 Congers Rd.
        New City        NY 10956
------------------------------------------------------------------------------

        001581065


        Yager, Beth L.                          Unknown
        5100 Berde Valley Apt 115
        Dallas          TX 75240
------------------------------------------------------------------------------

        001586713


        Yagle, Reginald A                       Unknown
        1700 Schofield Lane #2
        Farmington      NM 87401
------------------------------------------------------------------------------

        000122490


        Yale, Terri A.                          Unknown
        3102 Harvard
        Irving          TX 75062
------------------------------------------------------------------------------

        001513260


        Yan's Traditional Health Corp*          Unknown
        373 Eldert Lane
        Brooklyn        NY 11208
------------------------------------------------------------------------------

        001591958


        Yan, Hui                                Unknown
        216 Donnybrook Lane #D
        Towson          MD 21286
------------------------------------------------------------------------------

        001568642


        Yancey, Richard T.                      Unknown
        2406 Duquesne Rd.
        Joplin          MO 64804
------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 1596

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000122204 | |
| Yancy, Robert E.<br>14505 Sunrose<br>Farmers Branch    TX 75234 | Unknown |
| 001590395 | |
| Yang Xin<br>57-02 136Th Street<br>Flushing    NY 11355 | Unknown |
| 001609407 | |
| Yang, Biao<br>41-28 Main St.suite 16<br>Flushing    NY 11355 | Unknown |
| 001597011 | |
| Yang, Hong Xia<br>1330 Belhaven Rd.<br>San Marino    CA 91108 | Unknown |
| 000150087 | |
| Yang, Hsiao Wen<br>15021 Good Meadow Ct.<br>Gaithersburg    MD 20878 | Unknown |
| 000145896 | |
| Yang, Jian Zhong<br>67-17 167 St.<br>Flushing    NY 11365 | Unknown |
| 001581560 | |
| Yang, K.C.<br>21416 Marigold Ave.<br>Torrance    CA 90502 | Unknown |
| 001554664 | |
| Yang, Li<br>87-15 Britton Ave. Apt #32<br>Elmhurst    NY 11373 | Unknown |
| 001574568 | |
| Yang, Lin<br>205 Weed Ave.<br>Stamford    CT 06902 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001497675 | |
| Yang, Ming S.<br>1163 Panorama Dr<br>Arcadia          CA 91007 | Unknown |
| 001526532 | |
| Yang, Ms. Jinghan<br>35-42 93 Street<br>Jackson Heights      NY 11372 | Unknown |
| 001484861 | |
| Yang, Rong<br>1241 Amsterdam Avenue<br>New York          NY 10027 | Unknown |
| 001561989 | |
| Yang, Sherry<br>556 New Highway Apt 2A<br>Hauppauge          NY 11788 | Unknown |
| 000161066 | |
| Yang, Shu-Yi<br>7 Stonecutter Court<br>North Potomac      MD 20878 | Unknown |
| 001590700 | |
| Yang, Shu-Yun<br>216 Donnybrook #D<br>Towson          MD 21286 | Unknown |
| 001500162 | |
| Yang, Songmei<br>716 N First Ave.<br>Arcadia          CA 91006 | Unknown |
| 001554639 | |
| Yang, Xiao Ju<br>114-A Dumbarton Rd.<br>Baltimore          MD 21212 | Unknown |
| 001569202 | |
| Yang, Yinke<br>270 Babcock Street  #16-F<br>Boston          MA 02215 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001575752

Yang, Yong Li                               Unknown
13705 Franklin Ave #10
Flushing          NY 11355
----------------------------------------------------------------------

001589591

Yapp, Kay M.                                Unknown
3579 Lawrence Rd.
Orange Park        FL 32065
----------------------------------------------------------------------

001534914

Yarbro, George                              Unknown
#4 Hyde Park Court
Wichita Falls      TX 76309
----------------------------------------------------------------------

001531771

Yarbrough, Betty L.                         Unknown
121 1St St
Russellville       AL 35653
----------------------------------------------------------------------

000125058

Yarbrough, Douglas R.                       Unknown
7245 F.M. 429
Kaufman            TX 75142
----------------------------------------------------------------------

000123961

Yarbrough, Karran A.                        Unknown
7245 Fm. 429
Kaufman            TX 75142
----------------------------------------------------------------------

000122435

Yarbrough, Keith *                          Unknown

                   TX
----------------------------------------------------------------------

001464889

Yarnell, LouAnn                             Unknown
209 S.E. Mulberry
Topeka             KS 66609
----------------------------------------------------------------------

000139580

Yarnell, Lucas A.                           Unknown
209 SE Mulberry
Topeka             KS 66609
----------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page 1,599

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001588822

Yates Jr., Hal N.                      Unknown
1620 Windy Oaks Dr., W.
Jacksonville       FL 32225
--------------------------------------------------------------------------------

001529664

Yates, Chris R.                        Unknown
4235 Ashington Drive
Birmingham        AL 35242
--------------------------------------------------------------------------------

001610320

Yates, Mark A                          Unknown
2127 N.Harrison St
Arlington         VA 22205
--------------------------------------------------------------------------------

001492993

Yau, David                             Unknown
217-23 56th Avenue
Bayside Hills      NY 11364
--------------------------------------------------------------------------------

000145906

Ye, Dequan                             Unknown
826 Colmbus Ave 10 C
New York          NY 10025
--------------------------------------------------------------------------------

001528057

Ye, Li-Xin                             Unknown
61-41 159 St.
Flushing          NY 11365
--------------------------------------------------------------------------------

000151453

Ye, Lin                                Unknown
4504 Calibre Creek Pkwy.
Roswell           GA 30076
--------------------------------------------------------------------------------

001579193

Yeats, Vicki M.                        Unknown
4508 Lakeridge Drive East
Sumner            WA 98390
--------------------------------------------------------------------------------

000141156

Yeh, Jay Ta                            Unknown
1231 Swordfish Street
Foster City       CA 94404
--------------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim


000149222


Yeh, Sandy S.                            Unknown
1728 N Ladera Vista Drive
Fullerton        CA 92621
-------------------------------------------------------------------------

001571892


Yeoman, Paul                             Unknown
1603 Poplar St.
Kenova           WV 25530
-------------------------------------------------------------------------

001531523


Yetter, Crystal M.                       Unknown
1320 Charlie Russell Dr.
Helena           MT 59601
-------------------------------------------------------------------------

001481855


Yeung, Blk Ying                          Unknown
2719 Ave. Y
Brooklyn         NY 11235
-------------------------------------------------------------------------

001540370


Yeung, Siuling                           Unknown
43-16 Byrd Street
Flushing         NY 11355
-------------------------------------------------------------------------

001484857


Yeung, Stanley                           Unknown
2180 5Th Avenue
New York         NY 10037
-------------------------------------------------------------------------

001578304


Yin, Lei                                 Unknown
83 Sundridge Drive
Amherst          NY 14228
-------------------------------------------------------------------------

001572049


Ying, Yi-Hua                             Unknown
41-37 Forley St.
Elmhurst         NY 11373
-------------------------------------------------------------------------

001495542


Yingling, Glenda                         Unknown
P O Box 84082
Lexington        SC 29073
-------------------------------------------------------------------------
```

INTERNATIONAL HERITAGE

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001500249 | |
| Yip, Sheu Hong<br>864 Bay Ridge Ave<br>Brooklyn       NY 11220 | Unknown |
| 001560501 | |
| Yiu, Kingwah<br>67-113 Clydz St.<br>Forest Hills     NY 11375 | Unknown |
| 000149142 | |
| Yoblonski, Deborah H.<br>27940 Hughes<br>St. Clair Shores   MI 48081 | Unknown |
| 001490386 | |
| Yocum, Johnny L.<br>1121 Trailwood Drive<br>Hurst          TX 76053 | Unknown |
| 000114576 | |
| Yoder, Diana L.<br>931 Ruskin Drive<br>Reynoldsburg     OH 43068 | Unknown |
| 001572007 | |
| Yoho, Charles L.<br>215 West Prairie<br>Girard          KS 66743 | Unknown |
| 001524508 | |
| Yonts, Sheri R.<br>4600 Harbor Rd.<br>Wichita Falls     TX 76310 | Unknown |
| 001604808 | |
| Yoon, Joan<br>6 Four Oaks Road<br>Bedminster       NJ 07921 | Unknown |
| 001608597 | |
| Yoon, Kiwon<br>2468 Hammett Avenue<br>Fort Lee         NJ 07024 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001545807 | |
| York, Janet S<br>404 Redbud Dr<br>Forney          TX 75126 | Unknown |
| 001614203 | |
| Yost, David L.<br>P.O. Box 1824<br>Rouge River     OR 97537 | Unknown |
| 001614205 | |
| Yost, Jay<br>P.O. Box 1824<br>Rogue River     OR 97537 | Unknown |
| 001596011 | |
| Yost, Paul J<br>6198 Siper Rd<br>Everson        WA 98247 | Unknown |
| 000162689 | |
| Youmans, Robert D<br>37 Runnung Fox Road<br>Columbia       SC 29223 | Unknown |
| 001489901 | |
| Young Sr., John  G.<br>5589 Lime Rd.<br>West Palm Beach    FL 33413 | Unknown |
| 000122277 | |
| Young, Allison S.<br>5909 Fairchild Ct.<br>Plano          TX 75093 | Unknown |
| 001468585 | |
| Young, Becky R.<br>4155 Goodfellow<br>Dallas         TX 75229 | Unknown |
| 001590883 | |
| Young, Belinda P.<br>282 North Willow Dr.<br>Bossier City   LA 71111 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 000130803 | |
| Young, Clair L.<br>1305 W. Fourth #209<br>Kennewick      WA 99336 | Unknown |
| 001509668 | |
| Young, Clayton G.<br>240 E. Clarendon<br>Gladstone      OR 97027 | Unknown |
| 000123932 | |
| Young, Clell And Armilda<br>421 Summit Dr.<br>Richardson      TX 75081 | Unknown |
| 001469231 | |
| Young, Debra S.<br>58065 Plaquemine Street<br>Plaquemine      LA 70764 | Unknown |
| 001564482 | |
| Young, Denise M.<br>4077 N. 1600E<br>Buhl      ID 83316 | Unknown |
| 001601777 | |
| Young, Donald<br>2553 W. Landers Rd<br>Nixa      MO 65714 | Unknown |
| 001598933 | |
| Young, Etta T.<br>103 Pawnee Dr.<br>Georgetown      SC 29440 | Unknown |
| 001512716 | |
| Young, G. Hunter<br>Po Box 6904<br>Corpus Christi      TX 784666904 | Unknown |
| 001584026 | |
| Young, Herbert "Larry"<br>5000 Commonwealth<br>College Station      TX 77845 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001581563 | |
| Young, Hur Fook<br>58-28 84th Street<br>Elmhurst        NY 11373 | Unknown |
| 001470051 | |
| Young, Jenean S.<br>4305 Crescent<br>Granbury        TX 76049 | Unknown |
| 001557651 | |
| Young, John<br>1007 Moyer St.<br>Cheney        WA 99004 | Unknown |
| 001531865 | |
| Young, Leslie E.<br>Hwy. 28 Mile Post #97<br>Leadore        ID 83464 | Unknown |
| 001582634 | |
| Young, Lois M.<br>651 strange rd. 62E<br>Taylors        SC 29687 | Unknown |
| 001522789 | |
| Young, LouAnn L.<br>623 Hildred<br>Conroe        TX 77303 | Unknown |
| 001512635 | |
| Young, Maggie J.<br>4028 Weber Road<br>Corpus Christi        TX 78411 | Unknown |
| 001561218 | |
| Young, Maria L.<br>21590 Brittany Lane<br>Frenchtown        MT 59834 | Unknown |
| 001603212 | |
| Young, Martha L.<br>3640 W Co Rd 300 N<br>Richland        IN 47634 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 000128910 | |
| Young, Mary Lou<br>Box 208<br>Malta          MT 59538 | Unknown |
| 001580756 | |
| Young, Michael<br>11309 W. 129Th Terrace<br>Overland Park     KS 66213 | Unknown |
| 000132283 | |
| Young, Michael E.<br>5451 S. Salida Street<br>Aurora          CO 80015 | Unknown |
| 001596309 | |
| Young, Michael T.<br>509 Poplar<br>Peculiar         MO 64078 | Unknown |
| 001594695 | |
| Young, Rodney D.<br>441 Parade<br>Corpus Christi    TX 78412 | Unknown |
| 001512708 | |
| Young, Ronald<br>Po Box 6904<br>Corpus Christi    TX 784666904 | Unknown |
| 000145755 | |
| Youngblood, Opal E.<br>1317 Johnnie Ave<br>Graham          TX 76450 | Unknown |
| 001502700 | |
| Yount, Shirley A<br>1215 Autumn Hills<br>Reno          NV 89511 | Unknown |
| 001475416 | |
| Younts, Kemberly<br>3914 Casa Rosa<br>Martinez         GA 30907 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 1606

                              Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001551186 | |
| Youse, Carol A.<br>1230 Wilkes Crest Dr.<br>Dacula          GA 30019 | Unknown |
| 001504918 | |
| Yow, Donna K<br>12130 W 97Th #204<br>Lenexa          KS 66215 | Unknown |
| 001575715 | |
| Ypma, Jim D.<br>1174 Billings Ct., Apt. 2-B<br>Grand Rapids     MI 49508 | Unknown |
| 001547475 | |
| Yu    Julian<br>136 Bowery 2Nd Floor ,#824<br>New York          NY 10013 | Unknown |
| 001535245 | |
| Yu, Adam G.<br>1750 W. 10Th<br>Brooklyn          NY 11223 | Unknown |
| 001605071 | |
| Yu, Borong<br>1523 W. Clinch Ave. Apt. 3<br>Knoxville          TN 37916 | Unknown |
| 000157377 | |
| Yu, Chuang L<br>33-48 Farrington Street<br>Flushing          NY 11354 | Unknown |
| 000161829 | |
| Yu, Eugene<br>43-23 Elbertson St. 3FL<br>Elmhurst          NY 11373 | Unknown |
| 001548048 | |
| Yu, Gui-Ju<br>61-20 Grand Central Pkwy.<br>Forest Hill     NY 11375 | Unknown |

Unsecured Creditors -- Sales Representatives

```
    Creditors Names and                  Total Amt
    Mailing Address/ Zip Code            of Claim


    001568489


    Yu, Guo-Yue                          Unknown
    6401 Ranchester Dr., #182
    Houston          TX 77036
-------------------------------------------------------------------------------
    001484514


    Yu, Jerry                            Unknown
    1030 Hooper Dr.
    W. Covina        CA 91791
-------------------------------------------------------------------------------
    001526519


    Yu, Lijuan                           Unknown
    140-21 31rd Apt #2F
    Flushing         NY 11354
-------------------------------------------------------------------------------
    001609160


    Yu, Meau-Yun                         Unknown
    1016 Sunset Blvd
    Arcadia          CA 91007
-------------------------------------------------------------------------------
    001562632


    Yu, Mei Ying                         Unknown
    706 Langton
    Katy             TX 77450
-------------------------------------------------------------------------------
    001590124


    Yu, Su Huan                          Unknown
    615 N. Hendricks St.
    Montebello       CA 90640
-------------------------------------------------------------------------------
    001494727


    Yu, Zhentang                         Unknown
    639 W. Longden Ave.
    Arcadia          CA 91007
-------------------------------------------------------------------------------
    001558571


    Yuan, Gui Ying                       Unknown
    92-05 Whitney Ave.
    Elmhurst         NY 11373
-------------------------------------------------------------------------------
    001568998


    Yuan, Lili                           Unknown
    40-28 74Th Street
    Elmhurst         NY 11373
-------------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE        Page 1508

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|

001571401

| Yukica, John | Unknown |
| 7336 Williamswood Dr | |
| Dallas          TX 75252 | |

--------------------------------------------------------------------

001553933

| Yunis, Zia | Unknown |
| 381 Gillespie Road | |
| Madison          AL 35758 | |

--------------------------------------------------------------------

000146216

| Z&Z International, Inc. | Unknown |
| 3405 O'Malley Ct. | |
| Plano          TX 75023 | |

--------------------------------------------------------------------

001604549

| ZAKOWICZ, Lois | Unknown |
| 418 Highland Rd. | |
| Pottstown          PA 19464 | |

--------------------------------------------------------------------

000145221

| ZMJ Enterprises, Inc. | Unknown |
| Po Box 487 | |
| Dover          NH 03821 | |

--------------------------------------------------------------------

000154270

| Zaal, Ronald D. | Unknown |
| 6318 Beith Ct. | |
| Charlotte          NC 28269 | |

--------------------------------------------------------------------

001559327

| Zabelle, Kelly | Unknown |
| 3227 193rd Place SE | |
| Bothell          WA 98012 | |

--------------------------------------------------------------------

001458201

| Zabielski, Julian A. | Unknown |
| P.O. Box 373 | |
| Jacksboro          TX 76458 | |

--------------------------------------------------------------------

001513629

| Zabielski, Stephen B. | Unknown |
| 423 Howard Rd. | |
| Rochester          NY 14606 | |

--------------------------------------------------------------------

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE          Page: 1609
                      Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001500484

| Zabolothney, Kathy S. | Unknown |
| 8995 Grouse | |
| Missoula      MT 59802 | |

---

000107286

| Zachary, Gary L. | Unknown |
| 5908 Hyde Park Drive | |
| High Point      NC 27263 | |

---

001478978

| Zachary, Sarah G. | Unknown |
| 9367 Dewey Avenue | |
| Omaha      NE 68114 | |

---

001605305

| Zaerr, Jeremy L. | Unknown |
| 8703 North Mattox Rd. Apt. 145 | |
| Kansas City      MO 64154 | |

---

001575657

| Zafra, Robert M. | Unknown |
| 4245 Orchard St. | |
| Montclair      CA 91763 | |

---

001599614

| Zagone, Pam C. | Unknown |
| 346 Easy Living Lane | |
| Downsville      LA 71234 | |

---

001490991

| Zahradnik, Benjamin | Unknown |
| 1462 2nd AVE. APT 5N | |
| Nyc      NY 10021 | |

---

001583241

| Zaldivar, Loria A | Unknown |
| 9179 Highway 159 | |
| Shongaloo      LA 71072 | |

---

001566681

| Zaman, Tariq | Unknown |
| 4408 S.E Woodstock | |
| Portland      OR 97206 | |

---

JCH7CLAIM2 98/12/07                INTERNATIONAL HERITAGE

Unsecured Creditors -- Sales Representatives

Creditors Names and                      Total Amt
Mailing Address/ Zip Code                of Claim

001603304

Zamora, Darlene S.                        Unknown
7822 Rio Grande Blvd N.W.
Albuquerque        NM 87107
--------------------------------------------------------------------------

001612137

Zamora, Sandra                            Unknown
9081 Affirmed Lane
Boca Raton         FL 33496
--------------------------------------------------------------------------

001512902

Zamora, Theresa A.                        Unknown
13001 E. 48th Ave
Denver             CO 80239
--------------------------------------------------------------------------

001582307

Zamora-Gorman, Susan                      Unknown
315 Serenity Ct. S.E.
Albuquerque        NM 87123
--------------------------------------------------------------------------

001501981

Zamzow    Brooks                          Unknown
300 Lenora   St   Ste B-360
Seattle            WA 98121
--------------------------------------------------------------------------

001567179

Zapata, Annabelle                         Unknown
416 Alexander Ave.
Kingsville         TX 78363
--------------------------------------------------------------------------

001614721

Zapata, Mary E.                           Unknown
P.O. Box 18232
Salem              OR 97305
--------------------------------------------------------------------------

001543794

Zarcaro, Rosanne                          Unknown
1702 Briarmoor Court
Houston            TX 77062
--------------------------------------------------------------------------

001577443

Zaruba, Joe                               Unknown
4709 Riverview Trail
Corpus Christi     TX 78410
--------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE              Page: 1611

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|

001592404

Zautner, Todd M.                          Unknown
12610 Devils Hole Rd.
Bowling Green      OH 43402

---

001527413

Zayas, Felix S.                           Unknown
217 Neely Road
Hewitt             TX 76643

---

001605876

Zehmer, Gina                              Unknown
6584 Sundown Trail
Frisco Co.         TX 75034

---

001521442

Zeigler, David L.                         Unknown
5818 Holly Trace Rd.
Anniston           AL 36206

---

001608385

Zeko, Kelly                               Unknown
5815 Sentinel Drive
Raleigh            NC 27609

---

001590547

Zelawski Nancy A                          Unknown
1002 Alameda Dr
Carrollton         TX 75007

---

001604575

Zeman, Denise S.                          Unknown
41 East 225Th Street
Euclid             OH 44123

---

001561667

Zemp, Kymberlee S.                        Unknown
10600 E. Franklin Road
Norman             OK 73071

---

001468086

Zettler, Dianne G                         Unknown
396 Sandhurst Drive
Richmond Hill      GA 31324

---

                      Unsecured Creditors -- Sales Representatives

        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code               of Claim


        001595823


        Zeyer, Jane                             Unknown
        7481 Murphy Rd.
        Melba           ID 83641
--------------------------------------------------------------------------
        001521782
        .

        Zgonc, Robert  L.                       Unknown
        1965 Musket Court
        Stone Mountain   GA 30087
--------------------------------------------------------------------------
        000161221


        Zhai, Liping                            Unknown
        3001 Edwin Avenue
        Fort Lee        NJ 07024
--------------------------------------------------------------------------
        001587249


        Zhai, Xiao Qin                          Unknown
        42-02 Forley St
        Elmhurst        NY 11373
--------------------------------------------------------------------------
        001581095


        Zhai, Yunhua                            Unknown
        867 Willowbrook Rd.
        Staten Island    NY 10314
--------------------------------------------------------------------------
        001612879


        Zhang Zhigang                           Unknown
        3114 Elmore Ave.
        Chattanooga     TN 37415
--------------------------------------------------------------------------
        001519014


        Zhang, Aiping                           Unknown
        201 N. Monterey St. Apt#1
        Alhambra        CA 91801
--------------------------------------------------------------------------
        001609699


        Zhang, Dong Hui                         Unknown
        6257 S. Jamaica Ct.
        Englewood       CO 80111
--------------------------------------------------------------------------
        001572018


        Zhang, Fang                             Unknown
        158-17 Sanford Ave., Apt. 3-C
        Flushing        NY 11358
--------------------------------------------------------------------------

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001561757 | |
| Zhang, Ge<br>144-50 38 Ave. 1 D<br>Flushing          NY 11354 | Unknown |
| 001594805 | |
| Zhang, Haiyu<br>5900 Ranchester Dr #608<br>Houston          TX 77036 | Unknown |
| 001557324 | |
| Zhang, Hong Jun<br>91-16 86 St<br>Woodhaven         NY 11421 | Unknown |
| 000151197 | |
| Zhang, Jenny<br>Parkview Apts. 914-C<br>Collingswood      NJ 08107 | Unknown |
| 001548727 | |
| Zhang, Jianxi<br>186 Seabreeze Cir.<br>Kissimmee        FL 34743 | Unknown |
| 001535873 | |
| Zhang, Jin Song<br>191 Henry St. Apt. 5<br>New York         NY 10002 | Unknown |
| 001569884 | |
| Zhang, Luping<br>1013 West Malibu Drive<br>Tempe            AZ 85282 | Unknown |
| 000141285 | |
| Zhang, Nan<br>85-13 88th Avenue<br>Woodhaven         NY 11421 | Unknown |
| 001608345 | |
| Zhang, Ping<br>9726 Woolley St.<br>Temple City       CA 91780 | Unknown |

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE          Page: 1614
                    Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001608016 | |
| Zhang, Qilan<br>94-28 57 Ave<br>Elmhurst          NY 11373 | Unknown |
| 001554754 | |
| Zhang, Shi Bin<br>9275 Richmond Ave. Ste. 168<br>Houston          TX 77063 | Unknown |
| 000154655 | |
| Zhang, Shuren<br>617 Village Drive<br>Edison          NJ 08817 | Unknown |
| 001577951 | |
| Zhang, Wei<br>3672 S. Mobile Way<br>Aurora          CO 80013 | Unknown |
| 001527191 | |
| Zhang, Wenyue<br>333 South Arroyo Dr. Apt#F<br>San Gabriel          CA 91776 | Unknown |
| 000147080 | |
| Zhang, Wuchuang<br>7214 18 Ave<br>Brooklyn          NY 11204 | Unknown |
| 001507647 | |
| Zhang, Xi<br>2116 Soque river Dr.<br>Duluth          GA 30097 | Unknown |
| 001581278 | |
| Zhang, Xiao Min<br>97-33 42 Ave 1 Fl<br>Corona          NY 11368 | Unknown |
| 001584158 | |
| Zhang, Xiao Ying<br>2427 W. Main Street # 12<br>Alhambra          CA 91801 | Unknown |

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001607165 | |
| Zhang, Xue<br>7900 Cambridge #141H<br>Houston      TX 77054 | Unknown |
| 001577095 | |
| Zhang, Yan-Qin<br>56 Mott St. Apt 16<br>New York      NY 10013 | Unknown |
| 001589077 | |
| Zhang, Yu Feng<br>11015 Horde Street<br>Silver Spring      MD 20902 | Unknown |
| 001551104 | |
| Zhang, Yu Lan<br>41-25 Kissena Blvd. Apt. 3Aa<br>Flushing      NY 11355 | Unknown |
| 001514129 | |
| Zhang, Zheng<br>201 N. Monterey St. Apt 1<br>Alhambra      CA 91801 | Unknown |
| 001514933 | |
| Zhao, Clarissa Y.<br>1050 Arthur Ave.<br>San Leandro      CA 94577 | Unknown |
| 001583937 | |
| Zhao, Ellen Y.L.<br>8589 Sandspoint<br>Houston      TX 77036 | Unknown |
| 001527343 | |
| Zhao, Kun<br>201 N. Monterey St. Apt 1<br>Alhambra      CA 91801 | Unknown |
| 001581179 | |
| Zhao, Lin<br>48 Oak Court  Apt #3<br>Snyder      NY 14226 | Unknown |

Unsecured Creditors -- Sales Representatives

| Creditors Names and Mailing Address/ Zip Code | Total Amt of Claim |
|---|---|
| 001567913 | |
| Zhao, Pei Qiong 14-19 76 Street 2Nd Floor Brooklyn NY 11228 | Unknown |
| 001487973 | |
| Zhao, Qinjian 506 Vestry Dr. Ambler PA 19002 | Unknown |
| 001574822 | |
| Zhao, Shen 1108 Highway 35 Ocean TWP. NJ 07712 | Unknown |
| 001559935 | |
| Zhao, Sheng 40-27 Warren St. Elmhurst NY 11373 | Unknown |
| 001612385 | |
| Zhao, Yanping 654-52 St 3 Fl Brooklyn NY 11220 | Unknown |
| 001578437 | |
| Zhao, YiMin 1765 W. 6th St. Brooklyn NY 11223 | Unknown |
| 001551878 | |
| Zhao, Zhong Guo 8 Fuller St. #2 Waltham MA 02154 | Unknown |
| 001476744 | |
| Zheng, Ai Ying 52 East Broadway #301 New York NY 10002 | Unknown |
| 001613403 | |
| Zheng, Chun Wen 801 Teaberry Lane #E Knoxville TN 37919 | Unknown |

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Page: 1617

Unsecured Creditors -- Sales Representatives

| Creditors Names and<br>Mailing Address/ Zip Code | Total Amt<br>of Claim |
|---|---|
| 001521291 | |
| Zheng, De Jiang<br>127 Eldridge St. Apt. #33<br>New York          NY 10002 | Unknown |
| 001539586 | |
| Zheng, Fumei<br>32-07 150St.<br>Flushing          NY 11354 | Unknown |
| 001550596 | |
| Zheng, Pin Ji<br>74-09 45Ave.<br>Elmhurst          NY 11373 | Unknown |
| 001569824 | |
| Zheng, Ren S.<br>20 Catherine Slip Apt. #2H<br>New York          NY 10038 | Unknown |
| 001610899 | |
| Zheng, Tian Zhi<br>86-12 94 St<br>Woodhaven          NY 11421 | Unknown |
| 000136662 | |
| Zheng, Xiaoling<br>33-34 163 rd. ST.<br>Flushing          NY 11358 | Unknown |
| 001518398 | |
| Zheng, Ying<br>103 G Windy Falls Way<br>Cockeysville          MD 21030 | Unknown |
| 001572580 | |
| Zheng, Ying Chai<br>4141 41St Apt 2L<br>Sunnyside          NY 11104 | Unknown |
| 001556601 | |
| Zheng, Zhong Xiang<br>195 Henry St. Apt. #6<br>New York          NY 10002 | Unknown |

Unsecured Creditors -- Sales Representatives

```
Creditors Names and                Total Amt
Mailing Address/ Zip Code          of Claim


001604014


Zheng-Fredericks, Yuqi             Unknown
238 Vernon Vally ROAD
Northport        NY 11768
------------------------------------------------------------------------

001599635


Zhong, Deng & Ma Bing              Unknown
1611 laurel Ave. Apt.#1101
Knoxville        TN 37916
------------------------------------------------------------------------

001570625


Zhong, Libing Kathie               Unknown
108-25 46 Ave
Corona           NY 11368
------------------------------------------------------------------------

001576189


Zhong, Wei                         Unknown
108-25 46 Ave
Corona           NY 11368
------------------------------------------------------------------------

001494578


Zhou, Bin                          Unknown
19317 Hottinger Circle
Germantown       MD 20874
------------------------------------------------------------------------

001562651


Zhou, Feng                         Unknown
601 E 18Th St #207
Brooklyn         NY 11226
------------------------------------------------------------------------

001575494


Zhou, Frank                        Unknown
4857 E Carnegle Street
Los Angeles      CA 90032
------------------------------------------------------------------------

001539994


Zhou, Jia                          Unknown
105 William Floyd Parkway
Shirley          NY 11967
------------------------------------------------------------------------

001574551


Zhou, Jing                         Unknown
134-30 Franklin Ave. Apt. 3B
Flushing         NY 11355
------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07          INTERNATIONAL HERITAGE          Page 1619

Unsecured Creditors -- Sales Representatives

| Creditors Names and | Total Amt |
| Mailing Address/ Zip Code | of Claim |

001543179

Zhou, Li                                    Unknown
710 Halstead Court
Huntsville          AL 35803
------------------------------------------------------------------------------------

001563971

Zhou, Min Fang                              Unknown
8636 90 St.
Woodhaven           NY 11421
------------------------------------------------------------------------------------

001518687

Zhou, Yansheng                              Unknown
9247 Longfellow Place
Apopka              FL 32703
------------------------------------------------------------------------------------

001474397

Zhou, Ying                                  Unknown
929 Mill Grove Drive
Norristown          PA 19403
------------------------------------------------------------------------------------

001604558

Zhou, Zi Jue                                Unknown
164-19 76 Ave
Fresh Neapows       NY 11366
------------------------------------------------------------------------------------

001597792

Zhu, Fang                                   Unknown
4156 Corsair Ave
Kissimmee           FL 34741
------------------------------------------------------------------------------------

001545814

Zhu, Hong                                   Unknown
1835 S. Del Mar Ave. #205
San Gabriel         CA 91776
------------------------------------------------------------------------------------

001551841

Zhu, Hui W.                                 Unknown
100 W. Squantum St.Apt.#201
N. Quincy           MA 02171
------------------------------------------------------------------------------------

001500026

Zhu, Jun                                    Unknown
4537 Portico Place
Encino              CA 91316
------------------------------------------------------------------------------------

                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                        Total Amt
        Mailing Address/ Zip Code                  of Claim


        001579162


        Zhu, Li                                    Unknown
        42-66 Parsons Blvd
        Flushing         NY 11355
-----------------------------------------------------------------------------
        001503590


        Zhuge, Qingqing                            Unknown
        122-09 26Th Ave
        Flushing         NY 11354
-----------------------------------------------------------------------------
        001554547


        Ziegler, Gretchen M.                       Unknown
        7415 Wentwood
        Dallas           TX 75225
-----------------------------------------------------------------------------
        001521709


        Ziegler, Larry                             Unknown
        8205 W. 152Nd Terr.
        Overland         KS 66223
-----------------------------------------------------------------------------
        001586821


        Zieske, Joseph D.                          Unknown
        2745 Wise Lane
        Billings         MT 59101
-----------------------------------------------------------------------------
        000155583


        Zigray, Suzy M.                            Unknown
        9778 Weld County Road #80
        Fort Collins     CO 80524
-----------------------------------------------------------------------------
        001580577


        Zilm, John J.                              Unknown
        280 Wimbledon Dr. #9
        Branson          MO 65616
-----------------------------------------------------------------------------
        001530226


        Zimmer, Diane R.                           Unknown
        49 Chateau Latour
        Kenner           LA 70065
-----------------------------------------------------------------------------
        001516706


        Zimmer, Dorothy M.                         Unknown
        137 East Johnson
        Wolf Point       MT 59201
-----------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                 INTERNATIONAL HERITAGE           Page 1621

Unsecured Creditors -- Sales Representatives

```
         Creditors Names and                Total Amt
         Mailing Address/ Zip Code           of Claim


         001570825


         Zimmerman, Edward J.                Unknown
         6955 S. W. 148 Lane
         Broward          FL 33331
------------------------------------------------------------------------------
         001539751


         Zimmerman, Katherine A.             Unknown
         6000 South Cook Road
         Owoso            MI 48867
------------------------------------------------------------------------------
         000138162


         Zimmerman, Larry                    Unknown
         451 Thomas Mill Rd. #6
         Winnfield        LA 71483
------------------------------------------------------------------------------
         001612121


         Zimmerman, Larry L.                 Unknown
         7612 Defiance Pike
         Wayne            OH 43466
------------------------------------------------------------------------------
         000139594


         Zimmerman, Tim                      Unknown
         113 Faith Dr.
         Winnfield        LA 71483
------------------------------------------------------------------------------
         001464184


         Zink, Scott W.                      Unknown
         8834 W 124th ST. #93
         Overland Park    KS 66213
------------------------------------------------------------------------------
         000129276


         Ziolkowski, Etoile I.               Unknown
         Route 1 Box 1615
         Lewistown        MT 59457
------------------------------------------------------------------------------
         001582083


         Zipprian, Rocky L.                  Unknown
         615 Moonshine Hill
         Humble           TX 77338
------------------------------------------------------------------------------
         001585680


         Zirkle, Cara L.                     Unknown
         R R 1, Box 17
         Harveyville      KS 66431
------------------------------------------------------------------------------
```

                              Unsecured Creditors -- Sales Representatives

```
        Creditors Names and                    Total Amt
        Mailing Address/ Zip Code              of Claim


        001606958


        Zirkle, Toni J.                        Unknown
        5314 SE 51 Street
        Portland        OR 97206
-------------------------------------------------------------------------------
        001608685


        Zittlau, Terry S.                      Unknown
        811 112th SW G-204
        Everett         WA 98204
-------------------------------------------------------------------------------
        001528060


        Zoch, Craig A.                         Unknown
        417 Coral Lilly Dr.
        League City     TX 77573
-------------------------------------------------------------------------------
        001521220


        Zoe Comm.                              Unknown
        P.O. Box 515
        Hollywood       SC 29449
-------------------------------------------------------------------------------
        001549561


        Zollinger, Bret L.                     Unknown
        5332 Fishhatchery Rd.
        Mackay          ID 83251
-------------------------------------------------------------------------------
        000123505


        Zolton, Chris M.                       Unknown
        1014-C Carolyn Ct.
        Humble          TX 77338
-------------------------------------------------------------------------------
        001581903


        Zortz, Bryan L.                        Unknown
        706 South Washington
        Weir            KS 66781
-------------------------------------------------------------------------------
        001562006


        Zortz, Darylene G.                     Unknown
        207 W. 20Th
        Pittsburg       KS 66762
-------------------------------------------------------------------------------
        001583996


        Zortz, Shirley L.                      Unknown
        207 West Lincoln
        Frontenac       KS 66763
-------------------------------------------------------------------------------
```

INTERNATIONAL HERITAGE
Unsecured Creditors -- Sales Representatives

```
Creditors Names and                 Total Amt
Mailing Address/ Zip Code           of Claim


001550494


Zou, Qian                            Unknown
34-27 74Th Street Apt. 5-D
Jackson Heights     NY 11372
------------------------------------------------------------------------

001558821


Zou, Zhen Zhong                      Unknown
60 Henry Street 11 F
New York            NY 10002
------------------------------------------------------------------------

001576048


Zou, Zhou                            Unknown
2211 Hacienda Blvd #201
Hacienda            CA 91745
------------------------------------------------------------------------

001538056


Zovi, Jaime E.                       Unknown
2524 Rising Legend Way
Las Vegas           NV 89106
------------------------------------------------------------------------

001594672


Zuck, Allen                          Unknown
604 B St
Scobey              MT 59263
------------------------------------------------------------------------

001603273


Zuckerman, Mark                      Unknown
79 Fieldstone Lane
Valley Stream       NY 11581
------------------------------------------------------------------------

001476085


Zukovsky, Richard                    Unknown
210 Gault Way
Sparks              NV 89431
------------------------------------------------------------------------

000102948


Zuljani, Dario                       Unknown
1529 S.E. 15Th Terrace
Cape Coral          FL 33990
------------------------------------------------------------------------

001595878


Zunker, Ronald P.                    Unknown
11307 Harvest Dale Ave.
Houston             TX 77065
------------------------------------------------------------------------
```

JCH7CLAIM2 98/12/07                     INTERNATIONAL HERITAGE              Page 1624

                        Unsecured Creditors -- Sales Representatives


        Creditors Names and                           Total Amt
        Mailing Address/ Zip Code                     of Claim


        001596527


        Zuo, Sheng Yu                                 Unknown
        369 East Andrix St.
        Monterey Park        CA 91755
---------------------------------------------------------------------------------
        000103182


        Zuo, Yan                                      Unknown
        141-25 E4 north blvd.
        Flushing             NY 11354
---------------------------------------------------------------------------------
        001503328


        Zwahr, Kenneth L.                             Unknown
        14802 County Rd. #210
        Danbury              TX 77534
---------------------------------------------------------------------------------
        001579189


        Zylstra, Brian D                              Unknown
        8431 Berthusen Rd
        Lynden               WA 98264
---------------------------------------------------------------------------------
        001571427


        Zylstra, Thomas K.                            Unknown
        405 9Th St.
        Lynden               WA 98264
---------------------------------------------------------------------------------
        001571425


        Zylstra, Timothy L.                           Unknown
        615 E. Front St.
        Lynden               WA 98264
---------------------------------------------------------------------------------
        001597036


        baker, leslie                                 Unknown
        17200 westgrave apt. 223
        dallas               TX 75248
---------------------------------------------------------------------------------
        000149659


        de Ybarrondo-Gall, Michelle                   Unknown
        211 Lido
        Lakeway              TX 78734
---------------------------------------------------------------------------------
        000161258


        gougler, alan                                 Unknown
        2174 Lee Road 401 Lee
        Opelika              AL 36804
---------------------------------------------------------------------------------

JCH7CLAIM2 98/12/07                    INTERNATIONAL HERITAGE          Of 1675

                    Unsecured Creditors -- Sales Representatives


        Creditors Names and                       Total Amt
        Mailing Address/ Zip Code                 of Claim


        001597030


        jellerson, kevin d.                       Unknown
        14200 midway suite 106
        dallas            TX 75244
---------------------------------------------------------------------------


* End of Report: INTERNATIONAL HERITAGE *