In re: **International Heritage, Inc.**  Case No. **98-02675-5-ATS**
**56-1921093**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**FILED DEC 17 1998**
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| **See Schedule G Attachment** | |

Schedule G - Page 1 of 1