# United States Bankruptcy Court
## Eastern District of North Carolina

In re: **International Heritage, Inc.**
**56-1921093**

Case No. 98-02675-5-AT
Chapter **7**

F I L E D

DEC 1 7 1998

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

## List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **See Exhibit I Attachment** | | | |

## EXHIBIT I

On March 6, 1998, the Debtor entered into a share for share exchange with Kara International, Inc. ("Kara"), a publicly held company.  Kara was a shell corporation which was not doing business at the time of the exchange.  Each outstanding share of the Debtor was exchanged for three shares of Kara.  A total of 7,379,493 shares (97.73%) of the Debtor were exchanged for 22,138,479 shares of Kara.  Kara changed its name to International Heritage, Incorporated.  The parties listed below did not participate in the share for share exchange.

## List of Equity Security Holders

| Registered Name of Holder Of Security Last Known Address or Place of Business | Class of Security | Number of Shares | Kind of Interest Registered |
|---|---|---|---|
| John H. Giles Attn: W.R. Crothers 3410 Antioch Church Road Matthews, NC 23105 | Common Stock | 750 | Direct |
| Houston Allen Little 36457 Carter Road New London, NC 23127 | Common Stock | 750 | Direct |
| Benny G & Martha N. Morgan 932 Brintonial Way Winston-Salem, NC 27104 | Common Stock | 750 | Direct |
| Bobby Dean Sidden 225 Collins Road China Grove, NC 28023 | Common Stock | 7,500 | Direct |
| Lawrence & Dorothy Smith 1123 N.W. 107th Terrace Gainsville, FL 32606 | Common Stock | 3,750 | Direct |
| Gregg M. Strauss 110 Rabbit Run Road Sewell, NJ | Common Stock | 750 | Direct |