**FILED**

**DEC 17 1998**

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

## SCHEDULE G

| Parties | Date | Nature |
|---|---|---|
| Business Telecom, Inc.<br>4300 Six Forks Road<br>Suite 500<br>Raleigh, NC 27609 | 3/10/97 | Contract for private line services and for business long distance. The term of this contract was thirty-six (36) months beginning 2/13/97. Debtor believes this contract has been terminated. |
| | 9/4/98 | Contract for private line services and for business long distance. The term of this contract was thirty-six (36) months beginning 8/19/98. Debtor believes this contract has been terminated. |
| Business Telecom, Inc.<br>4300 Six Forks Road<br>Suite 500<br>Raleigh, NC 27609<br>&<br>International Communications Corporation<br>2626 Glenwood Avenue<br>Raleigh, NC 27608 | 4/7/97 | Contract for ICC, or International Heritage, Inc. as its agent, to market telecommunication services on a commission basis. The term of this contract was twelve (12) months from the date of execution. Debtor believes this contract has been terminated. |
| COECO<br>2525 Atlantic Avenue<br>Raleigh, NC 27604 | 3/27/97 | Lease agreement for various office equipment. The term of this lease was sixty-three (63) months. Coeco filed a financing statement securing their interest in the equipment. However, counsel has reviewed the lease and it is a true lease. |
| Connecticut General Insurance Co.<br>Chattanooga, TN 37402 | 11/15/97 | Insurance plan established for two (2) out of state employees. This plan was provided by Healthsource. Premiums were paid through 10/98. Policy # 01-241860-001. |
| Consolidated Employee Benefit Advisors, Inc.<br>421 Congress Street<br>Suite 350<br>Charlotte, NC 28209 | 9/11/97 | Contract for insurance brokerage and consultation. |

| Party | Date | Description |
|---|---|---|
| E.B. Harvey & Co.<br>6191 Bonny Oaks Drive<br>Chattanooga, TN 37416<br>&<br>A&A Jewelers, LTD<br>1405 Morningside Avenue<br>Scarborough, Ontario M1B 3J1 | 11/15/95 | Contract for the purchase of jewelry and jewelry-related products and collectibles. This is a requirements contract which terminates only upon certain events. This contract may or may not have been executed. |
| EOS Financial Services<br>P.O. Box 1839<br>Raleigh, NC 27602 | 8/9/95<br>11/27/95 | Lease agreement for various office equipment. EOS filed financing statements to secure their interest in the equipment. However, counsel has reviewed the financing statements which refer to the equipment leases. Therefore, counsel believes the property is leased. |
| Grubb & Ellis/Vector<br>Vector Properties, LLC<br>2626 Glenwood Avenue<br>Suite 265<br>Raleigh, NC 27608 | 10/22/98 | Contract for listing services for 2626 Glenwood Avenue, Raleigh, NC 27608, and for listing agent's efforts to find a lessee. |
| Healthsource<br>701 Corporate Center Drive<br>Raleigh, NC 27607 | 11/15/97 | Group medical insurance carrier. Policy was renewed for the period of 11/1/98 to 10/31/99. The premiums were paid up to 11/98. Policy # 775CH. |
| Hoskins, Michael<br>205 Zachary Way<br>Garner, NC 27529 | 7/20/98 | Employment agreement. Term of employment was to be for one (1) year. |
| IBT<br>Airborne Express<br>P.O. Box 91001<br>Seattle, WA 98111 | 10/15/97 | Contract concerning airborne freight accounts. The term of this contract was for two (2) years commencing on 10/15/97. |
| Jefferson Pilot<br>8801 JM Keynes Drive<br>Suite 410<br>Charlotte, NC 28262 | 11/15/97 | Group Dental insurance carrier. Policy was renewed on 12/1/98. Policy # 72230; Client # 08567. |
| Lanier<br>1055 Westlakes Dr.<br>Berwyn, PA 19312 | 9/25/97 | Office equipment lease. The term of this lease was for thirty-nine (39) months. |

| | | |
|---|---|---|
| Master Lease<br>1055 Westlakes Dr.<br>Berwyn, PA 19312 | 8/14/95 | Office equipment lease. The term of this lease was for thirty-nine (39) months. |
| Mayflower Holdings, Inc.<br>2626 Glenwood Avenue<br>Suite 100<br>Raleigh, NC 27608 | 5/1/97 | Unconditional personal guaranty for $500,000 in working capital on behalf of 20/21 Software. The guarantors were Earl C. McKinzie, Jr., Jack W. Peterson, Joseph V. Ford and Douglas J. Panelly. This guaranty remained in effect until written notice from the lender was actually received by the guarantors. |
| Modern Health Strategies, Inc.<br>218 South 200 West<br>P.O. Box 617<br>Farmington, UT 84025 | 1/23/98<br>(Date indicated by signature) | Contract for the purchase of nutritional supplements, and etc., for sale and distribution. The term of this contract is twelve (12) to eighteen (18) months from the date of execution. |
| Pat Summerall Productions<br>331 Melrose<br>Suite 100<br>Richardson, TX 75080-4409 | 10/17/98<br>(Approximate date of execution) | Contract for the production of marketing videos. This contract was not paid. |
| Pitney Bowes Credit Corporation<br>5505 Creedmoor Rd.<br>Suite 305<br>Raleigh, NC 27612 | unknown | Office equipment lease. The term of this lease was fifty-one (51) months. |
| Sabates, Feliciano S.<br>17217 Player's Ridge Drive<br>Huntersville, NC 28078<br><br>on behalf of<br>Robert McCleave<br>5708 Lawrence Orr Road<br>Charlotte, NC 28212 | 6/20/97 | Contract for a limited trademark license. The term of this contract was for one (1) year from 1/1/97. It is uncertain whether this contract has renewed. |
| Speer Virtual Media, LTD<br>3201 Dickerson Pike<br>Nashville, TN 37207 | 8/6/98 | Contract for International Heritage, Inc. or its agents to market telecommunication services on a commission basis. The term of this contract is two (2) years from the date of execution. |

| | | |
|---|---|---|
| Thomas Commercial, Inc.<br>3100 Smoketree Court<br>Suite 905<br>Raleigh, NC 27604 | 2/19/97 | Contract for exclusive right to represent International Heritage, Inc. in the purchase or lease of real property. The term of this agreement is one (1) year from date of execution subject to automatic renewal. |
| TIG Insurance Company<br>444 Market Street<br>San Francisco, CA 94111 | Unknown | Directors and officers insurance carrier. |
| Tyra International, Inc.<br>9424 Eton Avenue<br>Suite J<br>Chatsworth, CA 91311 | 6/25/98 | Contract for the purchase of skin care produts for sale and distribution. The term of this contract is eighteen (18) months from the date of execution. This contract has not been terminated. |
| UNUM Life Insurance Co.<br>2211 Congress Street<br>Portland, ME 04122 | 11/15/97 | Group term life, accidental death and dismemberment, short term and long term disability insurance carrier. Premiums were paid through 10/98. Policy # 0149801. |
| Van Etten, Stanley<br>10504 Tredwood Dr.<br>Raleigh, NC 27615 | 12/11/95 | Mr. Van Etten's employment agreement. The term of this agreement was for three (3) years commencing 6/1/95. |
| Vertex, Inc.<br>1041 Cassatt Rd.<br>Berwyn, PA 19312 | 1/28/97 | Contract for end-user licenses for various software programs. The term of this contract was one (1) year. |
| Vir-Tec Teleservices, Inc.<br>906 12 Avenue SW<br>Calgary, Alberta T2R 1K7 | 9/16/98 | Contract for long-distance and 800, telemarketing services. The term of this contract is one (1) year from the date of execution. |
| Win Capital Corporation<br>26 Ludlam Avenue<br>Bayville, NY 11709 | 8/1/97 | Contract for investment banking consultant services. The term of this contract was twenty-four (24) months from the date of execution. |
| | 11/11/97 | This contract operated as an amendment to a contract dated |

|  |  |  |
|---|---|---|
|  |  | 7/14/97 and the 8/1/97 contract. The term of this contract expires 7/99. This contract is known to be in default. |
| 20/21 Software, Inc.<br>1815 South State Street<br>Suite 4500<br>Orem, UT 84058 | 5/1/97 | Contract for license to operate computer software designed for multi-level marketing companies. This contract remained effective until terminated. |

In addition to the above mentioned contracts, numerous confidentiality agreements have been signed by employees of the Debtor. The Debtor Extended retention agreements with numerous attorneys.