**FILED**

**DEC 18 1998**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | |
|---|---|
| IN RE: )<br>INTERNATIONAL HERITAGE, INC. )<br>)<br>Debtor. )<br>_____) | CHAPTER 7<br>CASE NO. 98-02675-5-ATS |

## MOTION TO SHORTEN NOTICE PERIOD AND LIMIT PARTIES TO RECEIVE NOTICE

Now comes Holmes Harden, trustee in the above-captioned case ("Trustee"), and moves the Court as follows:

1. Simultaneously herewith the Trustee is filing a Motion to Reject Lease requesting rejection of the written lease between SPP Real Estate (Carolina Place), Inc. ("Landlord") and Debtor, as further described in the Motion to Reject Lease.

2. The Trustee understands from Landlord that a new tenant is prepared to enter into a lease for the premises formerly occupied by Debtor effective as of January 1, 1999.

3. Thus, for good cause, the Trustee respectfully requests the Court to expedite the Motion to Reject Lease and shorten the notice period to reply to the Motion to Reject Lease.

4. In addition, the Trustee respectfully requests the Court to limit the parties to whom notice of the Motion to Reject Lease must be given under Bankruptcy Rule 6006(c) to the parties to the lease, Landlord and Debtor, and the Bankruptcy Administrator.

SHMM:167470

WHEREFORE, the Trustee moves the Court:

1.  To expedite the Motion to Reject Lease and shorten the notice period to reply to said Motion to three (3) days; and

2.  To limit the parties to whom notice of the Motion to Reject Lease must be given to the parties to the lease, Landlord and Debtor, and to the Bankruptcy Administrator.

This the 18th day of December, 1998.

_____
Holmes Harden
Trustee
State Bar No. 9835
Maupin Taylor & Ellis
3200 Beechleaf Court
P.O. Draw 19764
Raleigh, North Carolina 27619-9764
Telephone 981-4000

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, Chapter 7 Trustee, do hereby certify that the foregoing **Motion to Shorten Notice Period and Limit Parties to Receive Notice** was served upon all parties of record by transmitting a copy via facsimile transmission and by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the 18th day of December, 1998.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _____
Holmes P. Harden
N.C. State Bar No. 9835
3200 Beechleaf Court, Suite 500
Post Office Drawer 19764
Raleigh, North Carolina 27619-9764
Telephone: 919/981-4000
Facsimile: 919/981-4300

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039
Fax: 919-856-4692

Managing Agent                    (VIA MAIL ONLY)
International Heritage, Inc.
2626 Glenwood Avenue
Raleigh, NC 27608

Terri Gardner
Smith Debnam Hibbert & Pahl
P. O. Drawer 26268
Raleigh, North Carolina 27611
Fax: 919-250-2100

RAL/177762/1

Chuck Anderson
Smith Helms Mulliss & Moore
P. O. Box 27525
Raleigh, NC 27611
Fax: 919-755-8800

Norrell Services, Inc.
700 Blue Ridge Road
Raleigh, NC 27606
Fax: 919-829-5740

RAL/177762/1