UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**FILED**

DEC 22 1998

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| Debtor. | ) | |

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN of the MOTION TO REJECT LEASE filed by Holmes P. Harden, Trustee, simultaneously herewith seeking authority to reject a nonresidential real estate lease at 2626 Glenwood Avenue, Suite 520, Raleigh, North Carolina, which constitutes a portion of the premises formerly occupied by the debtor at its Carolina Place headquarters in Raleigh.

FURTHER NOTICE IS HEREBY GIVEN that a hearing will be conducted on the Motion and any response thereto at 11:00 a.m. January 4, 1999 in Room 209, 300 Fayetteville Street Mall, Century Station Post Office Building, Raleigh, North Carolina.

This the 22nd day of December, 1998.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _____
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

RAL/177882/1

## CERTIFICATE OF SERVICE

    I, Holmes P. Harden, do hereby certify that the foregoing Notice of Motion to Reject Lease was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, and by public notice via 888-895-8385 and www.nceb.uscourts.gov. on the 22nd day of December, 1998.

MAUPIN TAYLOR & ELLIS, P.A.

BY: /s/ Holmes P. Harden
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
1800 Parkwood Boulevard,
Suite 412
Wilson, North Carolina 27894

Managing Agent
International Heritage, Inc.
2626 Glenwood Avenue
Raleigh, NC 27608

Terri Gardner
Smith Debnam Hibbert & Pahl
P. O. Drawer 26268
Raleigh, North Carolina 27611
Fax: 919-250-2100

Chuck Anderson
Smith Helms Mulliss & Moore
P. O. Box 27525
Raleigh, NC 27611
Fax: 919-755-8800

Norrell Services, Inc.
700 Blue Ridge Road
Raleigh, NC 27606
Fax: 919-829-5740

RAL/178028/1