**FILED**

**DEC 22 1998**

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| Debtor. | ) | |

### ORDER GRANTING MOTION TO SHORTEN NOTICE PERIOD AND LIMIT PARTIES TO RECEIVE NOTICE

Upon Motion of Holmes Harden, trustee in the above-captioned case ("Trustee"), filed December 18, 1998, seeking approval to shorten the notice period to reply to Trustee's Motion to Reject Lease and to limit the parties to whom notice of the Motion to Reject Lease must be given, it appears to the Court that notice should be altered as follows:

NOW, THEREFORE, IT IS ORDERED THAT a hearing will be conducted on the Motion to Reject Lease at 11:00 a.m. January 4, 1999 in Room 209, 300 Fayetteville Street Mall, Century Station Post Office Building, Raleigh, North Carolina. Notice of hearing on the Motion to Reject Lease shall be given to creditors by posting on the Court's web page at www.nceb.uscourts.gov, by recordation by the Trustee on the Trustee's 888 number at 888-895-8385, and by announcement by the Trustee at the 341 meeting scheduled for December 30, 1998.

This the 22nd day of December, 1998.

_A. Thomas Small_
United States Bankruptcy Judge

RAL/177882/1

cc: Harden to serve 12/22/98 8AM

**Date:** 12/23/98
**Sender:** ~LFSfax
**To:** Anne Moell
**Priority:** Normal
**Subject:** Fax Request Result

Lotus Fax Server
Fax Sent - Confirmation

| | |
|---|---|
| Received by LFS at: | 12/22/98 03:08:46 PM |
| Processing Time: | 16 Hour(s)   44 Minute(s)   0 Second(s) |
| Transmission Start Time: | 12/23/98 07:35:30 AM |
| Transmission End Time: | 12/23/98 07:52:46 AM |
| Number of pages: | 3 |
| Successfully faxed to: | Harden Holmes FAX#1010333#,9199814300 dy |
| LFS Request ID: | 25370 |