FILED

UNITED STATES BANKRUPTCY COURT
RALEIGH DIVISION
EASTERN DISTRICT OF NORTH CAROLINA

DEC 30 1998
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | |
|---|---|
| IN RE: | ) Case No. 98-02675-5-ATS |
| | ) |
| INTERNATIONAL HERITAGE, INC., | ) |
| | ) |
| Debtor. | ) |

### AMENDED APPLICATION OF TRUSTEE TO EMPLOY ACCOUNTANT

Holmes P. Harden, trustee in the above-referenced case, respectfully represents:

1. He is the duly qualified and acting trustee in the above-captioned case.

2. To perform his duties as trustee, your applicant requires the services of an accountant to review the financial records of the debtor and to prepare 1998 W-2 forms for the employees of the debtor and debtor's income tax returns for 1998. Trustee amends his original application filed December 18, 1998 to clarify that he requests the services of an accountant to prepare a thorough preference analysis.

3. Your applicant proposes to employ Adams Consulting Group, P.A., to perform said services.

4. Your applicant has selected Adams Consulting Group, P.A., for the reason that it is experienced in matters of this character and is well qualified to perform the work required of it in this case.

5. Adams Consulting Group, P.A., to the best of your applicant's knowledge, has no other connection with the debtor, creditors, or any other party in interest, or their respective attorneys and accountants.

RAL/176421/1


25
Copy ret'd 12/30/98 Am

30

6. Adams Consulting Group, P.A. are disinterested persons and represent no interest adverse to trustee or the estate in the matters upon which they are to be engaged, and their employment would be in the best interest of the estate.

7. Said accountants are willing to accept said employment and perform said duty for the fee of $110.00 for partners, $90.00 for CPA's and $40.00-$65.00 for paraprofessionals per hour.

WHEREFORE, applicant prays that he be authorized to employ Adams Consulting Group, P.A., as accountants to perform the services set forth herein under the terms and conditions contained in this Application.

Dated: Dec 29, 1998

*[signature]*
Holmes P. Harden, Trustee
N. C. State Bar No. 9835
P. O. Drawer 19764
Raleigh, NC  27619
Telephone:  919/981-4000

RAL/176421/1

## CERTIFICATE OF SERVICE

  I, Holmes P. Harden, Trustee for International Heritage, Inc., do hereby certify that the Application of Trustee to Employ Accountant, hereto attached, was served upon the parties listed below by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the 29 day of December, 1998.

By: _/s/ Holmes P. Harden_
Holmes P. Harden
Trustee for International Heritage, Inc.
N. C. State Bar No. 9835
P. O. Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3758
Wilson, North Carolina 27895

Craig Adams
Adams Consulting Group, P.A.
3622 Haworth Drive
Raleigh, NC 27609