**FILED**
**JAN 4 1999**
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: )
INTERNATIONAL HERITAGE, INC. ) CHAPTER 7
) CASE NO. 98-02675-5-ATS
Debtor. )
)
_____)

### ORDER GRANTING MOTION TO REJECT LEASE

Upon Motion of Holmes Harden, trustee in the above-captioned case ("Trustee"), filed December 18, 1998 seeking approval to reject a certain unexpired Lease between SPP Real Estate (Carolina Place), Inc. and Debtor concerning approximately 3,160 rentable square feet of premises, Suite 520, in the office building known as Carolina Place, located at 2626 Glenwood Avenue, Raleigh, North Carolina, no objection having been filed to said Motion within the notice period, and it appearing to the Court that the Trustee is entitled to reject the Lease as requested in the aforesaid Motion:

NOW, THEREFORE, IT IS ORDERED THAT the Motion is hereby granted, the Trustee's rejection of said Lease is hereby approved pursuant to Bankruptcy Code Section 365(a), and the Trustee shall be permitted to reject the Lease.

This the 4th day of January, 1999.

_____
United States Bankruptcy Judge

167151

cc: Debtor, BA, TC, BA, Anderson, Rowell 1/4/98 AM