**FILED**

JAN 06 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| INTERNATIONAL HERITAGE, INC., | ) |
| | ) CASE NO.: 98-02675-5-ATS |
| Address: | ) |
| | ) |
| 2626 Glenwood Ave., #200 | ) |
| Raleigh, NC 27608 | ) |
| | ) |
| ID#: 56-1921093 | ) |
| | ) |
| Debtor. | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

NOW COMES Shawna Y. Staton, of Jordan, Price, Wall, Gray, Jones & Carlton, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, and hereby enters an appearance in the above-captioned proceeding on behalf of Printing Plus, Inc. and requests that a copy of all notices to creditors and other parties-in-interest be served upon her as the attorney for such interested party.

This the 6th day of January, 1999.

Jordan, Price, Wall, Gray, Jones & Carlton

*Shawna Y. Staton*
Shawna Y. Staton
Attorney for Printing Plus, Inc.
State Bar No. 16512
Post Office Box 2021
Raleigh, NC 27602-2021
(919) 828-2501



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| INTERNATIONAL HERITAGE, INC., | ) |
| | ) CASE NO.: 98-02675-5-ATS |
| Address: | ) |
| 2626 Glenwood Ave., #200 | ) |
| Raleigh, NC 27608 | ) |
| ID#: 56-1921093 | ) |
| | ) |
| Debtor. | ) |

CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served a copy of the foregoing Notice of Appearance by depositing a copy of the same in the United States Mail, postage prepaid, in envelopes addressed to the following:

Holmes P. Harden, Esq.
Maupin, Taylor & Ellis, P.A.
3200 Beechleaf Ct., Suite 500
P.O. Drawer 19764
Raleigh, NC 27619-9764
*Bankruptcy Trustee*

Terri L. Gardner
Smith Debman Narron & Myers, LLP
4700 New Bern Avenue
P.O. Box 26268
Raleigh, NC 27611-6268
*Attorney for Debtor*

Marjorie K. Lynch
Bankruptcy Administrator
P.O. Box 3758
Wilson, NC 27894-3758
*Bankruptcy Administrator*

This 6th day of January, 1999.

By: /s/ Sunday E. Parker
Sunday E. Parker