UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

**FILED**

JAN 0 6 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:                                  )
INTERNATIONAL HERITAGE, INC.,           )
                                        )   CASE NO.: 98-02675-5-ATS
Address:                                )
2626 Glenwood Ave., #200                )
Raleigh, NC 27608                       )
ID#: 56-1921093                         )
        Debtor.                         )

## APPLICATION FOR POST-PETITION RENT
## 11 U.S.C. SECTIONS 503 AND 506

NOW COMES Printing Plus, Inc. by and through counsel and submits this application for post-petition rent as an administrative claim pursuant to 11 U.S.C. § 503 and an alternative claim under 11 U.S.C. Section 506.

IN SUPPORT OF ITS APPLICATION, Printing Plus, Inc. shows the following unto the court:

1. Printing Plus, Inc. is a creditor in the above-referenced matter.

2. This bankruptcy was filed on or about November 25, 1998. Prior to the bankruptcy filing, Printing Plus, Inc. allowed the debtor to store its products in its warehouse. Said products are still located in the Printing Plus warehouse.

3. Rent continues to accrue on the storage space at the rate of $4,246.25 per month.

4. Upon information and belief, the Trustee intends to sell the products for the benefit of the estate.

5. The storage provided by Printing Plus, Inc. has been and is beneficial and necessary to preserve and protect the assets of the Bankruptcy Estate.

WHEREFORE, Printing Plus, Inc. prays the court to enter an order allowing it to recover post-petition rents pursuant to 11 U.S.C. § 503 or, in the alternative, pursuant to 11 U.S.C. § 506.

Respectfully submitted, this the 6th day of January, 1999.

JORDAN PRICE WALL GRAY, JONES & CARLTON
    Attorneys for Printing Plus, Inc.

    By: *Shawna Y. Staton*
    Shawna Y. Staton
    State Bar No. 16512
    P.O. Box 2021
    Raleigh, NC 27602
    (919) 828-2501

34

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| INTERNATIONAL HERITAGE, INC., | ) |
| | ) CASE NO.: 98-02675-5-ATS |
| Address: | ) |
| 2626 Glenwood Ave., #200 | ) |
| Raleigh, NC 27608 | ) |
| ID#: 56-1921093 | ) |
| | ) |
| Debtor. | ) |

NOTICE

TO:   THE DEBTOR, ATTORNEY FOR THE DEBTOR, TRUSTEE AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN of the Application for Allowance of Post-Petition Rent as an Administrative Claim filed simultaneously herewith by Printing Plus, Inc. in the above captioned case; and

FURTHER NOTICE IS HEREBY GIVEN that this application may be allowed provided no response and request for a hearing is made by the debtor, trustee or other parties in interest in writing to the Clerk of this Court within twenty (20) days from the date of this notice; and

FURTHER NOTICE IS HEREBY GIVEN that if a response and a request for a hearing is filed by the debtor, trustee, or other parties in interest named herein in writing within the time indicated, a hearing will be conducted on the motion and response thereto at a date, time and place to be later set by this Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the motion and response thereto ex parte without further notice.

DATE OF NOTICE:   1-6-99

JORDAN PRICE WALL GRAY JONES & CARLTON, P.L.L.C.
Attorneys for Printing Plus

By: *Shawna Y Staton*
Shawna Y. Staton
State Bar No. 16512
P.O. Box 2021
Raleigh, NC 27602
(919) 828-2501

52024.100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CASE NO.: 98-02675-5-ATS |
| Address: ) | |
| 2626 Glenwood Ave., #200 ) | |
| Raleigh, NC 27608 ) | |
| ID#: 56-1921093 ) | |
| ) | |
| Debtor. ) | |

CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served a copy of the foregoing Application for Allowance of Post-Petition Rent as an Administrative Claim, Notice, and (proposed) Order by depositing a copy of the same in the United States Mail, postage prepaid, in envelopes addressed to the following:

Holmes P. Harden, Esq.
Maupin, Taylor & Ellis, P.A.
3200 Beechleaf Ct., Suite 500
P.O. Drawer 19764
Raleigh, NC 27619-9764
*Bankruptcy Trustee*

Terri L. Gardner
Smith Debman Narron & Myers, LLP
4700 New Bern Avenue
P.O. Box 26268
Raleigh, NC 27611-6268
*Attorney for Debtor*

Marjorie K. Lynch
Bankruptcy Administrator
P.O. Box 3758
Wilson, NC 27894-3758
*Bankruptcy Administrator*

This 6th day of January, 1999.

By: /s/ Sunday E. Parker
Sunday E. Parker