FILED

JAN 8 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:  

INTERNATIONAL HERITAGE, INC.

DEBTOR

CASE NO. 98-02675-5-ATS

TAX I.D. NO. 56-1921093

CHAPTER 7

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

NOW COME Louis P. Rochkind and Kathryn N. Koonce, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, and hereby enter an appearance in the above-captioned proceeding on behalf of Chittenden Bank and request, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, that a copy of all notices to creditors and other parties in interest be served upon each of them as the attorneys for such interested party.

This the 7th day of January, 1999.

JAFFE, RAITT, HEUER & WEISS,
A Professional Corporation

By: *Louis P. Rochkind by K. Koonce with permission*

Louis P. Rochkind
MI State Bar Number P24121
Counsel to Chittenden Bank
One Woodward Avenue,, Suite 2400
Detroit, Michigan 48226
Telephone: (313) 961-8380
Facsimile: (313) 961-8358

RALEIGH/017980-002/172397v.01

copy rec'd 1/8/99 PM

35

POYNER & SPRUILL, L.L.P.

By: _____
Kathryn N. Koonce
NC State Bar Number 19193
Local Counsel to Chittenden Bank
Post Office Box 10096
Raleigh, North Carolina 27605-0096
Telephone: (919) 783-6400
Facsimile: (919) 783-1075

## CERTIFICATE OF SERVICE

I, Kathryn N. Koonce of Poyner & Spruill, L.L.P., hereby certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 7th day of January, 1999, I served a copy of the foregoing Entry of Appearance and Request for Notices on:

>International Heritage, Inc.
>ATTN: Officer or Managing Agent
>2626 Glenwood Avenue, Number 200
>Raleigh, North Carolina 27605-0096
>
>Terri L. Gardner, Esq.
>Post Office Box 26268
>Raleigh, North Carolina 27611-6268
>
>Holmes P. Harden, Esq.
>Chapter 7 Trustee
>Post Office Box 17169
>Raleigh, North Carolina 27619
>
>Marjorie K. Lynch, Esq.
>Bankruptcy Administrator
>Post Office Box 3758
>Wilson, North Carolina 27895-3758

by depositing the same in the United States mail, first class, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

This the 7th day of January, 1999.

>POYNER & SPRUILL, L.L.P.
>
>By: _/s/ Kathryn N. Koonce_
>Kathryn N. Koonce
>NC State Bar Number 19193
>Local Counsel to Chittenden Bank
>Post Office Box 10096
>Raleigh, North Carolina 27605-0096
>Telephone: (919) 783-6400
>Facsimile: (919) 783-1075

RALEIGH/017980-002/172397v.01