FILED

JAN -8 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
RALEIGH DIVISION
EASTERN DISTRICT OF NORTH CAROLINA

IN RE: ) Case No. 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
)
Debtor. )

### ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

The Court having considered the application of trustee for authority to employ Adams Consulting Group, P.A., as accountants to review the financial records of the debtor, - prepare 1998 W-2 forms for the employees of the debtor and 1998 tax returns of debtor, and to prepare a preference analysis, for a fee of $110.00 for partners, $90.00 for CPA's and $40.00-$65.00 for paraprofessionals per hour, and it appearing that it is qualified to perform said services and that its employment is in the best interest of the estate, it is

ORDERED that trustee be, and he hereby is, authorized to employ Adams Consulting Group, P.A., to prepare W-2 forms for the employees of debtor and 1998 tax returns of debtor, and that compensation to Adams Consulting Group, P.A., shall be in an amount to be approved by the Court but not to exceed $110.00 for partners, $90.00 for CPA's and $40.00-$65.00 for paraprofessionals per hour for work performed.

Dated: JAN -8 1999

A. Thomas Small
United States Bankruptcy Judge

30 cc: BAT Harden to serve 1/8/99 Am

37

**NO OBJECTION**

UNITED STATES BANKRUPTCY COURT
RALEIGH DIVISION
EASTERN DISTRICT OF NORTH CAROLINA

1/8/99
NO OBJECTION

| | |
|---|---|
| IN RE: ) | Case No. 98-02675-5-ATS |
| ) | |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | |
| Debtor. ) | |

RECEIVED
DEC 3 0 1998
BANKRUPTCY
ADMINISTRATOR, EDN

## AMENDED APPLICATION OF TRUSTEE TO EMPLOY ACCOUNTANT

Holmes P. Harden, trustee in the above-referenced case, respectfully represents:

1. He is the duly qualified and acting trustee in the above-captioned case.

2. To perform his duties as trustee, your applicant requires the services of an accountant to review the financial records of the debtor and to prepare 1998 W-2 forms for the employees of the debtor and debtor's income tax returns for 1998. Trustee amends his original application filed December 18, 1998 to clarify that he requests the services of an accountant to prepare a thorough preference analysis.

3. Your applicant proposes to employ Adams Consulting Group, P.A., to perform said services.

4. Your applicant has selected Adams Consulting Group, P.A., for the reason that it is experienced in matters of this character and is well qualified to perform the work required of it in this case.

5. Adams Consulting Group, P.A., to the best of your applicant's knowledge, has no other connection with the debtor, creditors, or any other party in interest, or their respective attorneys and accountants.