UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION



FILED

JAN 11 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| Debtor. | ) | |

## MOTION FOR AUTHORITY
## TO CANCEL INSURANCE

Now comes Holmes P. Harden, Trustee in the above-captioned case, and moves that

Court authorize cancellation of a Director and Officer Liability Insurance Policy issued by TIG

Insurance Company, 444 Market Street, San Francisco, California 94111. Trustee is informed

and believes that the refundable premium on the policy may be as high as $40,000, that the estate

derives no benefit from maintaining the policy in effect, and that the policy should be cancelled.

WHEREFORE, Trustee requests that the Court authorize cancellation for the aforesaid

policy.

Respectfully submitted this _7_ day of January, 1999.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _Holmes P. Harden_

Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000
Chapter 7 Trustee

RAL/177882/1

copy ret'd 1/11/99 Am

38

CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing **Motion for Authority to Cancel Insurance** was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, and by public notice via 888-895-8385 and 919-981-4033 and by posting on court's web page www.nceb.uscourts.gov. on the 2-0 day of January, 1999.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _____
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Managing Agent
International Heritage, Inc.
2626 Glenwood Avenue
Raleigh, NC 27608

Terri I. Gardner
Smith Debnam Narron & Myers, L.L.P.
P. O. Box 26268
Raleigh, NC 27611-6268

Robert L. Chalmers
2800 Skymark Avenue, Suite 33
Mississauga, Ontario
CAN L4W5A6

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Larry Smith
2435 E. North Street
Greenville, SC 29615

Stanley H. Van Etten
10504 Tredwood Drive
Raleigh, NC 27608

Anna M. Washburn
145 Chirstopher Drive
Clayton, NC 27520

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

SEE ATTACHED MAIL MATRIX
AND E MAIL LIST

**Mail Envelope Information**

**Subject:**

Internationa l Heritage

**Creation Date:** 1/5/99 9:18am

**From:** Jenny Johnson

**Created By:** MAUPIN TAYLOR ELLIS & ADAMS.MTEA:JJOHNSON

**Recipients**
**Action**
**Date & Time**
Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  ARCooper
  BNLHATH
  BREIDYIII
  DFITZPA400
  Hbeckbari
  lindastime
  lpartr1072
  MLGeller
  NBECK8750
  sprklmagc
  timm00re
  timmoore
  timsamel

Post Office internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  shan

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
    digger

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
    DickLynne Ferency
    theboock

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
    cordw

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
    aqualite
    englishs

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
    hlee

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
    mtheisen

```
Post Office internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  chasseyray

Post Office internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  griffith

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  wynellh

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  JYANG4

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  thodges

Post Office internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  kaylorj

Post Office Internet
Transferred
01/05/99 10:18am
```

```
No More Status
01/05/99 10:18am
   mooreem

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
   sdostrom
   yuanjun1

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
   docchiro

Post Office internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
   lrochkind

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
   pak

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
   backpain

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
```

Stanley H. Van Etten
10504 Tredwood Drive
Raleigh, NC 27613

Managing Agent
UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich

Donald H. Garber
Boxley Bolten & Garber
P. O. Drawer 1429
Raleigh, NC 27602


Charles Anderson
Smith Helms Mulliss & Moore
P. O. Box 27525
Raleigh, NC 27611

Marianne Kelley
 142419 133 Ave.
Edmonton, Alberta
CANADA T5A5A5

Robert L. Chalmers
2800 Skymark Ave., Ste. 33
Mississauga, Ontario
CAN L4W5A6


Claude Savage
106 Benbow Land
Charlotte, NC 28214

Larry Smith
2435 E. North Street
Greenville, SC 29615

Anna M. Washburn
145 Christopher Drive
Clayton, NC 27520

mccarthy

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  dlatray

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  pondman

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  hornsjr

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  RIZMOE

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  willy

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  baum

Post Office Internet

```
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
   fabb

Post Office internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
   kkandola

Post Office internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
   tcrow

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
   gMAHALKO

Post Office internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
   bwood

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
   edeem
   nonfemett

Post Office Internet
Transferred
01/05/99 10:18am
```

No More Status
01/05/99 10:18am
   mak

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
   mwarhurst

**Domain.Post Office**
**Delivered**
**Route**
   Internet


   internet


   Internet


   Internet

Terri I. Gardner
Smith Debnam Narron & Myers, L.L.P.
P. O. Box 26268
Raleigh, NC 27611-6268

Managing Agent
International Heritage, Inc.
2626 Glenwood Avenue
Raleigh, NC 27608

Brent E. Wood
Wood & Francis, PLLC
P. O. Box 164
Raleigh, NC 27602

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
1000 Cambridge Square, Suite C
Alpharetta, GA 30004

James Russell Tucker
Bush, Hauder & Adkerson, P.C.
500 N. Akard Street, Suite 2100
Dallas, TX 75201

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Dorothy H. Miller
102 Triangle Circle
Lafayette, LA 70508

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Stacey Ostrom
3010 E. Nasa Road 1 #1302
Seabrook, TX 77586

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Karl A. King
465 Sudden Valley
Bellingham, WA 98226

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039
Jane E. Chassey

1514 Azalea Drive
Saint Louis, Missouri 63119

485 Broad River Blvd.
Beaufort, SC 29906

Managing Agent
Advances Equities
P. O. Box 1042
Winnfield, LA 71483

Carolyn E. John

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL -9490 Vaduz

Gary D. McDowell
1138 Ascott Valley Dr.
Duluth, GA 30097

J. C. Faulhaber
923 South 4th
LaConner, WA 98257

Jean Wedin
P. O. Box 1600
LaConner, WA 98257

Managing Agent
Jewels by Evonne
1879 Buford Hwy.
Suite 7
Buford, GA 30518

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Managing Agent
Mayflower Capital, LLC
2626 Glenwood Ave., Suite 100
Raleigh, NC 27608

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen

Managing Agent
Schweizerische Hypotheke
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                        )
                                              )        CHAPTER 7
INTERNATIONAL HERITAGE, INC.                  )        CASE NO. 98-02675-5-ATS
                                              )
            Debtor.                           )

NOTICE OF MOTION

NOTICE IS HEREBY GIVEN of the MOTION FOR AUTHORITY TO CANCEL
INSURANCE filed by Holmes P. Harden, Trustee, simultaneously herewith.

FURTHER NOTICE IS HEREBY GIVEN that a hearing will be conducted on the
Motion and any response thereto at 2:00 p.m., February 2, 1999 in Room 209, 300 Fayetteville
Street Mall, Century Station Post Office Building, Raleigh, North Carolina.

This the 7 day of January, 1999.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _____

Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

RAL/177882/1

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing **Notice of Motion to Cancel Insurance** was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, and by public notice via 888-895-8385 and 919-981-4033 and by posting on court's web page www.nceb.uscourts.gov. on the ͵2 ͵ͱ—day of January, 1999.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _Holmes P. Harden_

Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Managing Agent
International Heritage, Inc.
2626 Glenwood Avenue
Raleigh, NC 27608

Terri Gardner
Smith Debnam Narron & Myers
P. O. Drawer 26268
Raleigh, North Carolina 27611

Robert L. Chalmers
2800 Skymark Avenue, Suite 33
Mississauga, Ontario
CAN L4W5A6

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Larry Smith
2435 E. North Street
Greenville, SC 29615

Stanley H. Van Etten
10504 Tredwood Drive
Raleigh, NC 27608

Anna M. Washburn
145 Chirstopher Drive
Clayton, NC 27520

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

SEE ATTACHED MAIL MATRIX
AND E_MAIL LIST

RAL/177882/1

**Mail Envelope Information**

**Subject:**
                    Intern
                    ationa
                    l
                    Herita
                    ge
**Creation Date:**  1/5/99
9:18am
**From:**           Jenny
Johnson

**Created By:**     MAUPIN
TAYLOR ELLIS &
ADAMS.MTEA:JJOHNSON

**Recipients**
**Action**
**Date & Time**
Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
   ARCooper
   BNLHATH
   BREIDYIII
   DFITZPA400
   Hbeckbari
   lindastime
   lpartr1072
   MLGeller
   NBECK8750
   sprklmagc
   timm00re
   timmoore
   timsamel

Post Office internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
   shan

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  digger

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  DickLynne Ferency
  theboock

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  cordw

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  aqualite
  englishs

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  hlee

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  mtheisen

```
Post Office internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  chasseyray

Post Office internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  griffith

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  wynellh

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  JYANG4

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  thodges

Post Office internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  kaylorj

Post Office Internet
Transferred
01/05/99 10:18am
```

No More Status
01/05/99 10:18am
   mooreem

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
   sdostrom
   yuanjunl

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
   docchiro

Post Office internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
   lrochkind

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
   pak

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
   backpain

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am

mccarthy

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  dlatray

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  pondman

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  hornsjr

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  RIZMOE

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  willy

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  baum

Post Office Internet

```
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  fabb

Post Office internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  kkandola

Post Office internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  tcrow

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  gMAHALKO

Post Office internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  bwood

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
  edeem
  nonfemett

Post Office Internet
Transferred
01/05/99 10:18am
```

No More Status
01/05/99 10:18am
   mak

Post Office Internet
Transferred
01/05/99 10:18am
No More Status
01/05/99 10:18am
   mwarhurst

**Domain.Post Office**
**Delivered**
**Route**
 Internet

internet

Internet

Internet

Terri I. Gardner
Smith Debnam Narron & Myers, L.L.P.
P. O. Box 26268
Raleigh, NC 27611-6268

Managing Agent
International Heritage, Inc.
2626 Glenwood Avenue
Raleigh, NC 27608

rent E. Wood
Wood & Francis, PLLC
P. O. Box 164
Raleigh, NC 27602

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
1000 Cambridge Square, Suite C
Alpharetta, GA 30004

James Russell Tucker
Bush, Hauder & Adkerson, P.C.
500 N. Akard Street, Suite 2100
Dallas, TX 75201

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Dorothy H. Miller
102 Triangle Circle
Lafayette, LA 70508

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Stacey Ostrom
3010 E. Nasa Road 1 #1302
Seabrook, TX 77586

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Karl A. King
465 Sudden Valley
Bellingham, WA 98226

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039
Jane E. Chassey

1514 Azalea Drive
Saint Louis, Missouri 63119


Carolyn E. John

485 Broad River Blvd.
Beaufort, SC 29906

Managing Agent
Advances Equities
P. O. Box 1042
Winnfield, LA 71483

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL -9490 Vaduz

Gary D. McDowell
1138 Ascott Valley Dr.
Duluth, GA 30097

J. C. Faulhaber
923 South 4th
LaConner, WA 98257

Jean Wedin
P. O. Box 1600
LaConner, WA 98257

Managing Agent
Jewels by Evonne
1879 Buford Hwy.
Suite 7
Buford, GA 30518

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Managing Agent
Mayflower Capital, LLC
2626 Glenwood Ave., Suite 100
Raleigh, NC 27608

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen

Managing Agent
Schweizerische Hypotheke
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich

Stanley H. Van Etten
10504 Tredwood Drive
Raleigh, NC 27613

UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich

Ronald H. Garber
Boxley Bolten & Garber
P. O. Drawer 1429
Raleigh, NC 27602

Charles Anderson
Smith Helms Mulliss & Moore
P. O. Box 27525
Raleigh, NC 27611

Marianne Kelley
142419 133 Ave.
Edmonton, Alberta
CANADA T5A5A5

Robert L. Chalmers
2800 Skymark Ave., Ste. 33
Mississauga, Ontario
CAN L4W5A6

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Larry Smith
2435 E. North Street
Greenville, SC 29615

Anna M. Washburn
145 Christopher Drive
Clayton, NC 27520