FILED

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

JAN 11 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | |
|---|---|
| IN RE:<br>INTERNATIONAL HERITAGE, INC.<br><br>Address:<br>2626 Glenwood Avenue, #200<br>Raleigh, NC 27608<br><br>TAX ID# 56-1921093<br><br>Debtor. | ) CASE NO.: 98-02675-5-ATS<br>)<br>)<br>)<br>) CHAPTER 7<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS

Now comes Holmes P. Harden, trustee in the above-captioned case, and moves for the entry of an order pursuant to 11 U.S.C. Section 363 allowing the sale free and clear of liens of personal property of debtor by public or private sale. In support of said motion, trustee respectfully shows the court the following:

1.    This matter is a core proceeding pursuant to 28 U.S.C. Section 157, and the court has jurisdiction pursuant to 28 U.S.C. Sections 151, 157 and 1334.

2.    The properties to be sold by said trustee are situate in Wake County, Raleigh, North Carolina and are particularly described as follows:

All of the personal property of debtor, both tangible and intangible.

3.    Said personal property may be subject to the following liens:

| Name and Address of Lienholder | Type of Lien |
|---|---|
| Jewels by Evonne, Inc.<br>1879 Buford Hwy., Suite 7<br>Buford, GA 30518 | UCC-1 #098004273 filed 5/28/98, Wake Co. Registry. UCC-1 #19980029755 filed 5/28/98   NC Sec. of State. |

RAL/179289/1

copy ret'd 1/11/99 9am                    copy                    40

| | |
|---|---|
| Stanley H. VanEtten<br>10504 Tredwood Drive<br>Raleigh, NC 27613 | UCC-1 #98004144 filed 5/27/98, Wake Co. Registry.  UCC-1 #19980029036 filed 5/27/98, NC Sec. of State. |
| Mayflower Capital, LLC<br>2626 Glenwood Avenue, Suite 100<br>Raleigh, NC 27608 | UCC-1 #98008343 filed 10/15/98, Wake Co. Registry.<br>UCC-1 #19980045152 filed 7/14/98 NC Sec. of State. |
| J. C. Faulhaber<br>923 South 4th<br>LaConner, WA 98257 | UCC-1 #98008342 filed 10/15/98, Wake Co. Registry. |
| Pamela Johnson<br>18488 Best Road<br>Mount Vernon, WA 98273 | UCC-1 #98008341 filed 10/15/98, Wake Co. Registry. |
| Jean Wedin<br>P. O. Box 1600<br>LaConner, WA 98257 | UCC-1 #98008340 filed 10/15/98, Wake Co. Registry. |
| Lois Coonc<br>P. O. Box 699<br>LaConner, WA 98257 | UCC-1 #98008339 filed 10/15/98, Wake Co. Registry. |
| Gary D. McDowell<br>1138 Ascott Valley Drive<br>Duluth, GA 30097 | UCC-1 #98008338 filed 10/15/98, Wake Co. Registry. |
| Advanced Equities<br>P. O. Box 1042<br>Winnfield, LA 71483 | UCC-1 #98008337 filed 10/15/98, Wake Co. Registry. |
| Schweizer Verband der Raiffessebanken, St. Gallen<br>Vadianstrasse 17<br>CH-9000 St. Gallen | UCC-1 #98006852 filed 8/24/98, Wake Co. Registry.  UCC-1 #19980059485 filed 8/24/98 NC Sec. of State. |
| Schweizerische Hypotheken Handelsbank, Zurich<br>Bahnhofstrasse/Schutzengasse<br>CH-8023 Zurich | UCC-1 #98006851 filed 8/24/98, Wake Co. Registry.  UCC-1 #19980059484 filed 8/24/98  NC Sec. of State. |

RAL/179289/1

| | |
|---|---|
| UBS, Zuerich<br>Direktion<br>Gahnhofstrasse 45, Postfach<br>CH-8021 Zurich | UCC-1 #98006847 filed 8/24/98, Wake Co. Registry.  UCC-1 #19980059480 filed NC Sec. of State. |
| Coeco<br>2525 Atlantic Avenue<br>Raleigh, NC 27604<br><br>Business Credit Leasing, Assignee<br>115 West College Drive<br>Marshall, MN 56258 | UCC-1 #13463965 filed 6/4/96, NC Sec. Of State. |
| Coeco<br>2525 Atlantic Avenue<br>Raleigh, NC 27604<br><br>Business Credit Leasing, Assignee<br>115 West College Drive<br>Marshall, MN 56258 | UCC-1 # 1346396 filed 6/4/96, NC Sec. Of State. |
| EOS Financial Services<br>P. O. Box 1839<br>Raleigh, NC 27602<br><br>Business Credit Leasing, Assignee<br>115 West College Drive<br>Marshall, MN 56258 | UCC-1 #1255059 filed 8/18/95, NC Sec. Of State. |
| EOS Financial Services<br>P. O. Box 1839<br>Raleigh, NC 27602<br><br>Business Credit Leasing, Assignee<br>115 West College Drive<br>Marshall, MN 56258 | UCC-1 # 1450793 filed 4/15/97, NC Sec. Of State. |
| Centrum Bank, AG Vaduz<br>Heiligkreux 8, Postfoch 1168<br>FL-9490 Vaduz | UCC-1 #19980059479 filed 8/24/98, NC Sec. of State. |
| Emil Schatz, St Gallen<br>Oberhofstettenstrasse 67C<br>CH-9012,  Saint Gallen | UCC-1 #19980059481 filed 8/24/98, NC Sec. of State. |

RAL/179289/1

| Accurata Treuhand und Revisions AG Vaduz Abundt 36 FL-9490, Vaduz | UCC-1 #19980059482 filed 8/24/98, NC Sec. of State. |
|---|---|
| Mareco Treuhand Anstalt Schlossweg 24 FL-9496, Balzers | UCC-1 # 19980059483 filed 8/24/98, NC Sec. of State. |
| UBS AG, Zurich Direktion Bahnhofstrasse 45 Postfach CH-8021, Zurich | UCC-1 #19980059486 field 8/24/98, NC Sec. of State. |

4.      Subject to court approval, trustee has the authority to sell said property free and clear of liens, with liens attaching to proceeds in order of priority, pursuant to 11 U.S.C. Section 363 if none of the lienholders object.

WHEREFORE, trustee moves the court to enter an order authorizing the sale of said properties free and clear of liens at public auction or private sale.

DATED: __1/8/99__

MAUPIN TAYLOR ELLIS & ADAMS, P.A.

BY: _____
Holmes P. Harden
Attorneys for Trustee
3200 Beechleaf Court
Post Office Drawer 19764
Raleigh, North Carolina  27619-9764
Telephone:  (919) 981-4000

RAL/179289/1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          )   CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.                    )
                                                )
                                                )
Address:                                        )   CHAPTER 7
2626 Glenwood Avenue, #200                      )
Raleigh, NC 27608                               )
                                                )
TAX ID# 56-1921093                              )
                                                )
        Debtor.                                 )

## NOTICE OF MOTION TO SELL
## PROPERTY FREE AND CLEAR OF LIENS

TO:  THE DEBTORS, ATTORNEY FOR THE DEBTORS, AND OTHER PARTIES
     IN INTEREST

        NOTICE IS HEREBY GIVEN of the Trustee's Motion to Sell Property Free and Clear of
Liens, by which Trustee seeks authority to liquidate all of the tangible and intangible personal
property of debtor free of liens, filed simultaneously herewith by Holmes P. Harden, Trustee;
and

        FURTHER NOTICE IS HEREBY GIVEN that this motion may be allowed provided no
response and request for a hearing is made by the Debtors or other party in interest in writing to
the Clerk of this Court within twenty (20) days from the date of this notice; and

        FURTHER NOTICE IS HEREBY GIVEN that if a response and a request for a hearing
is filed by the Debtors or other party in interest named herein in writing within the time
indicated, a hearing will be conducted on the motion and response thereto at a date, time and
place to be later set by this Court and all interested parties will be notified accordingly.  If no
request for a hearing is timely filed, the Court may rule on the motion and response thereto ex
parte without further notice.

        DATE OF NOTICE:  _1 | 8 | 9 9_____

                                        By: _____
                                        Holmes P. Harden, Trustee
                                        N. C. State Bar No. 9835
                                        P. O. Drawer 19764
                                        Raleigh, NC   27619
                                        Telephone:  919/981-4000
                                        Facsimile:  919/981-4300

I, Holmes P. Harden, of Post Office Drawer 19764, Raleigh, North Carolina, 27619, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 8th day of January, 1999, I served copies of the foregoing motion and notice of motion on:

Marjorie K. Lynch
Bankruptcy Administrator
U. S. Bankruptcy Court
Post Office Box 3039
Raleigh, North Carolina 27602

Managing Agent
Jewels by Evonne, Inc.
1879 Buford Hwy., Suite 7
Buford, GA 30518

Stanley H. VanEtten
10504 Tredwood Drive
Raleigh, NC 27613

Managing Agent
Mayflower Capital, LLC
2626 Glenwood Avenue, Suite 100
Raleigh, NC 27608

J. C. Faulhaber
923 South 4th
LaConner, WA 98257

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

Jean Wedin
P. O. Box 1600
LaConner, WA 98257

RAL/179289/1

Lois Coonc
P. O. Box 699
LaConner, WA 98257


Gary D. McDowell
1138 Ascott Valley Drive
Duluth, GA 30097

Managing Agent
Advanced Equities
P. O. Box 1042
Winnfield, LA 71483

Managing Agent
Schweizer Verband der Raiffessebanken, St.
Gallen
Vadianstrasse 17
CH-9000 St. Gallen

Managing Agent
Schweizerische Hypotheken Handelsbank,
Zurich
Bahnhofstrasse/Schutzengasse
CH-8023 Zurich

Managing Agent
UBS, Zuerich
Direktion
Gahnhofstrasse 45, Postfach
CH-8021 Zurich

Managing Agent
Coeco
2525 Atlantic Avenue
Raleigh, NC 27604

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN 56258

RAL/179289/1

Managing Agent
EOS Financial Services
P. O. Box 1839
Raleigh, NC 27602

Managing Agent
Centrum Bank AGVaduz
Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz

Managing Agent
Emil Schatz, St Gallen
Oberhofstettenstrasse 67C
CH-9012, Saint Gallen

Managing Agent
Accurata Treuhand und Revisions AG Vaduz
Abundt 36
 FL-9490 Vaduz

 Managing Agent
 Mareco Treuhand Anstalt
 Schlossweg 24
FL-9496  Balzers

 Managing Agent
 UBS AG, Zurich Direktion
 Bahnhofstrasse 45
 Postfach
CH-8021 Zurich

Terri Gardner
Attorney for Debtor
Smith Debnam Narron and Myers
P. O. Drawer 26268
Raleigh, North Carolina 27611

Brent E. Wood
Wood & Francis, PLLC
P. O. Box 164
Raleigh, NC 27602

by First Class Mail.

RAL/179289/1

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __1 / 8 / 99__                          _____
                                                      Holmes P. Harden

RAL/179289/1