UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION



IN RE: ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
) Chapter 7
)
Debtor. )

JAN 11 1999
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

## § 341 MEETING MINUTES

1. Pursuant to 11 U.S.C. § 341, a meeting of creditors, after notice, was held in the above case on December 30, 1998. Present at the meeting were the parties as set out below. The presiding officer made an electronic sound recording of the meeting of creditors. The recording has been forwarded to the Office of the Bankruptcy Administrator for retention.

2. During the examination the debtor(s) stated that:

    __n/a__    The debtor(s) continue to reside at the address shown in the bankruptcy petition.

    _____    The debtor(s) new address is:

    _____    The joint debtor's new address is:

DATED: January 4, 1998

_____
Presiding Officer

Appearances:

| Yes | No | |
|---|---|---|
| XX | | Stanley VanEtten, President and CEO |
| XX | | Terri Gardner, Attorney for Debtor |
| XX | | Brent Wood, Attorney for Stanley Van Etten |

Creditors:
(List each present)    Shawna Statton for Printers Plus and Jeff Majuski
Lloyd Gavin for L. C. Gilbert
Catherine Koonce for Chittenbank

cc: Bankruptcy Administrator

RAL/29156/1    *Tapes sent to BA to be transcribed 1/4/99