```
           U.S. Bankruptcy Court for the Eastern District of North Carolina
               U.S. BANKRUPTCY COURT, PO BOX 1441, RALEIGH, NC 27602-1441
In Re a Petition for Relief under chapter  7 of Title 11, U.S. Code, filed by or
           against the below-named Debtor(s) on November 25, 1998:
   DEBTOR:    INTERNATIONAL HERITAGE, INC. of 2626 GLENWOOD AVE., #200,
              RALEIGH NC 27608,  SSAN: NA           TAX ID: 56-1921093
```

F I L E D

CASE NO. 98-02675-5-ATS

JAN 19 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

ORDER AND NOTICE
BY THE COURT

NOTICE OF TELEPHONE CONFERENCE

NOTICE IS HEREBY GIVEN that a telephone conference will be conducted involving
the following parties at the indicated telephone numbers:

A. Thomas Small, Bankruptcy Judge - (919)856-4604
Terri L. Gardner   919/250-2000
Holmes P. Harden   919/981-4000
Marjorie Lynch     252/237-6854

as indicated below:

          DATE:   January 25, 1999
          TIME:   10:30 A.M.

to discuss and act upon the following matters:

Application by Trustee for Authority to Employ and Appoint Attorney filed
January 4, 1999 and response thereto filed by Bankruptcy Administrator on
January 9, 1999.

NOTICE IS FURTHER GIVEN THAT Holmes P. Harden will initiate the telephone
conference.  The cost of the call will be the responsibility of the initiating
party.  The operator shall be instructed to call the Judge last.

DATED:  JAN 13 1999

                                              PEGGY B. DEANS
                                              CLERK OF COURT



**U.S. Bankruptcy Court for the Eastern District of North Carolina**
U.S. BANKRUPTCY COURT, PO BOX 1441, RALEIGH, NC 27602-1441

In Re a *Petition for Relief under chapter 7 of Title 11, U.S. Code*, filed by or against the below-named Debtor(s) on November 25, 1998:
DEBTOR:    **INTERNATIONAL HERITAGE, INC.** of 2626 GLENWOOD AVE., #200, RALEIGH NC 27608,    SSAN: NA           TAX ID: 56-1921093

CASE NO. 98-02675-5-**ATS**

**ORDER AND NOTICE
BY THE COURT**

CERTIFICATE OF MAILING

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that a copy of the attached document was mailed in a postage prepaid envelope addressed to the following at their respective addresses, by placing said envelope in the regular mail in Raleigh, NC, on this date.

DATED:    JAN 13 1999

_____
DEPUTY CLERK


INTERNATIONAL HERITAGE, INC.
2626 GLENWOOD AVE., #200
RALEIGH, NC 27608


,

Terri L. Gardner
P. O. Box 26268
Raleigh,  NC 27611-6268

Holmes P. Harden
P.O. Box 17169
Raleigh,  NC 27619

Marjorie Lynch
Bankruptcy Administrator