UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. | ) | |
| | ) | |
| Address: | ) | CHAPTER 7 |
| 2626 Glenwood Avenue, #200 | ) | |
| Raleigh, NC 27608 | ) | |
| | ) | |
| TAX ID# 56-1921093 | ) | |
| | ) | |
| Debtor. | ) | |

FILED
JAN 15 1999
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

## NOTICE OF PROPOSED PUBLIC SALE
## AND NOTICE OF COMPENSATION OF AUCTIONEER

TO:   All Creditors of International Heritage, Inc. and other interested parties

Holmes P. Harden, trustee for the above-referenced debtor, hereby gives notice of the public auction sale of assorted books, skin care products, vitamins, crystal vases, crystal bowls, cash registers, computers, security surveillance equipment and miscellaneous office furniture of the above-referenced debtor. Said sale will take place on Saturday, February 6, 1999, at 10:00 a.m. at 1249 Wicker Drive, Raleigh, North Carolina.

Simultaneously with the filing of this Notice, the trustee has employed Charles Williams as auctioneer, whose compensation shall be fixed at a rate of 15% of the gross proceeds.

An objection to the proposed public sale and/or compensation of auctioneer may be filed with the Clerk, United States Bankruptcy Court, Post Office Box 1441, Raleigh, North Carolina 27602, with a copy served on the trustee whose name appears at the bottom of this notice, within fifteen (15) days of the date of the mailing of this notice. A hearing on any objections to this notice of proposed public sale and/or compensation will be held on February 3, 1999, at 9:00 a.m. at the United States Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina. Any party requesting a hearing shall appear at said hearing in support of such request or he may be assessed with costs.

DATE OF MAILING: January 13, 1999

MAUPIN TAYLOR & ELLIS, P.A.

By: /s/ Holmes Harden
Holmes P. Harden
State Bar No. 9835
Trustee for Debtor
P. O. Drawer 19764
Raleigh, North Carolina  27619

I, Holmes P. Harden, do hereby certify that the foregoing Notice of Proposed Public Sale and Compensation of Auctioneer was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, and by public notice via 888-895-8385 and 919-981-4033 and by posting on court's web page www.nceb.uscourts.gov. on the 13th day of January, 1999.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _____
Holmes P. Harden
State Bar No. 9835
Trustee for Debtor
P. O. Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
Post Office Box 3039
Raleigh, North Carolina 27602

Charles Williams
P. O. Box 646
Clayton, NC 27520

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

All creditors on the attached mailing list and e-mail list

2

Terri I. Gardner
Smith Debnam Narron & Myers, L.L.P.
P. O. Box 26268
Raleigh, NC 27611-6268

Managing Agent
International Heritage, Inc.
2626 Glenwood Avenue
Raleigh, NC 27608

Brent F. Wood
Wood & Francis, PLLC
P. O. Box 164
Raleigh, NC 27602

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
1000 Cambridge Square, Suite C
Alpharetta, GA 30004

James Russell Tucker
Bush, Hauder & Adkerson, P.C.
500 N. Akard Street, Suite 2100
Dallas, TX 75201

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Dorothy H. Miller
102 Triangle Circle
Lafayette, LA 70508

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Stacey Ostrom
3010 E. Nasa Road 1 #1302
Seabrook, TX 77586

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Karl A. King
465 Sudden Valley
Bellingham, WA 98226

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Jane E. Chassey
1514 Azalea Drive
Saint Louis, Missouri 63119

Carolyn E. John
485 Broad River Blvd.
Beaufort, SC 29906

Managing Agent
Advances Equities
P. O. Box 1042
Winnfield, LA 71483

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL -9490 Vaduz

Gary D. McDowell
1138 Ascott Valley Dr.
Duluth, GA 30097

J. C. Faulhaber
923 South 4th
LaConner, WA 98257

Jean Wedin
P. O. Box 1600
LaConner, WA 98257

Managing Agent
Jewels by Evonne
1879 Buford Hwy.
Suite 7
Buford, GA 30518

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Managing Agent
Mayflower Capital, LLC
2626 Glenwood Ave., Suite 100
Raleigh, NC 27608

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen

Managing Agent
Schweizerische Hypotheke
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich

| | | |
|---|---|---|
| Stanley H. Van Etten<br>10504 Tredwood Drive<br>Raleigh, NC 27613 | Managing Agent<br>BS, Zuerich<br>Direktion<br>Bahnhofstrasse 45<br>Postfach<br>CH-8021 Zurich | Hal O. Garber<br>Boxley Bolten & Garber<br>P. O. Drawer 1429<br>Raleigh, NC 27602 |
| Charles Anderson<br>Smith Helms Mulliss & Moore<br>P. O. Box 27525<br>Raleigh, NC 27611 | Marianne Kelley<br>142419 133 Ave.<br>Edmonton, Alberta<br>CANADA T5A5A5 | Robert L. Chalmers<br>2800 Skymark Ave., Ste. 33<br>Mississauga, Ontario<br>CAN L4W5A6 |
| Claude Savage<br>106 Benbow Land<br>Charlotte, NC 28214 | Larry Smith<br>2435 E. North Street<br>Greenville, SC 29615 | Anna M. Washburn<br>145 Christopher Drive<br>Clayton, NC 27520 |
| Shawna Y. Staton<br>Jordan, Price, Wall, Gray,<br>  Jones & Carlton<br>P. O. Box 2021<br>Raleigh, NC 27602-2021 | Henry W. Nozko, Jr., President<br>ACSTAR Insurance Company<br>P. O. Box 2350<br>New Britain, CT 06050-2350 | Henry W. Nozko, Jr., President<br>United Coastal Insurance Company<br>P. O. Box 2350<br>New Britain, CT 06050-2350 |

International Heritage
E-mail addresses for noticing purposes

yuanjunl@hotmail.com
beent@texoma.net
Cotner@wizzard.net
x2-song@worldnet.att.net
hual@airmail.net
mayfi23@ipa.net
Buddha623@aol.com
pgorman@vantagepointcapital.com
lwardcc2@aol.com
ridelga@pacbell.net
sstephe489@aol.com
mlafontaine@abbot-simses.com
wrightr@mindspring.com
TJWR21156@aol.com
rabbit@rockisland.com
cheryll.COSTANIINO@edmail.com
jasbircheema@amropictures.com
72320.316@compuserve.com
stann@colby.IXKS.com
lov.comptable@sympatico.ca
Cwin888@aol.com
myc888@webtv.net
virgilh@colby.ixks.com
gjack312@Intrstar.net
hdfrey@telusplanet.net
DLWARREN@BellSouth.net
michael_bhagat@hotmail.com
GBYRDJR@aol.com
rliston@spartanburg4.org
ghromero@aol.com
mommabeans@hotbot.com
joanchan@rocketmail.com
ZGU@atlantis.com
edeem@worldnet.att.net
DFITZPA400@aol.com
theboock@compuserve.com
pondman@memes.com
docchiro@ISLC.net
RIZMOE@NWRain.com
thodges@gateway.net
hlee@directv.com

RAL/180355/1

fabb@telusplanet.net
cordw@deltapineseed.com
NBECK87570@aol.com
JYANG4@FORD.COM
mccarthy@mccarthyconsultant.com
BNLHATH@aol.com
nonfemett@worldnet.att.net
digger@bcsupernet.com
BREIDYIII@aol.com
Lindastime@aol.com
pak@jcnl.com
hornsjr@mindspring.com
lpartr1072@aol.com
leadership.possibilities.mak@worldnet.att.net
aqualite@digisys.net
TIMSAMUEL@aol.com
mtheisen@efn.org
MLGeller@aol.com
willy@qni.com
englishs@digisys.net
gmahalko@vvm.com
timmoore@aol.com
mooreem@harpo.tnstate.edu
sprklmagc@aol.com
backpain@keynet.net
Hbeckbari@aol.com
mwarhurst@yahoo.com
js.baum@srs.gov
wynellh@flash.net
dlatray@mcn.net
bwood@woodfran.com
tcrow@uab-admin.vpad.uab.edu
DickLynne Ferency@compuserve.com
kaylorj@hal-pc.org
CHASSEYRAY@email.msn.com
jim.griffith@erols.com
xiaokui.shan@bakernet.com
xshan@aol.com
kkandola@theresidences.com
lrochkind@jafferaitt.com
sdostrom@hotmail.com
michaelhopkins@mailcity.com