**FILED**

**JAN 15 1999**

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: § CASE NO. 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., §
    *Debtor* § CHAPTER 11

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance on her behalf as an unsecured creditor and parties-in-interest in the above-numbered and styled bankruptcy case. The undersigned further requests that notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instructions filed in the above-referenced and styled bankruptcy case and any other matter in which notice is required pursuant to 11 U.S.C. §1109(b) and Bankruptcy Rules 2002(a), (b), 3017(a) and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the referenced unsecured creditor at the address set forth below.

Date: 1/5/99

Respectfully submitted,

*[signature]*

**MARLA LEE SIWIERKA**
2943 Colony Drive
Sugar Land, Texas 77479
(713) 265-6557

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon the entities listed below by placing same in the United States Mail, first class, postage fully prepaid, on even date.

| Debtor | Attorney for Debtor | Chapter 7 Trustee |
|---|---|---|
| International Heritage, Inc. | Terri L. Gardner | Holmes P. Hayden |
| 2626 Glenwood Avenue, Suite 200 | Post Office Box 26268 | Post Office Box 17169 |
| Raleigh, North Carolina 27608 | Raleigh, North Carolina 27611-6268 | Raleigh, North Carolina 27619-7169 |

*[signature]*

**MARLA LEE SIWIERKA**