

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

JAN 19 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| Debtor. | ) | |

## AMENDED CERTIFICATE OF SERVICE

I, Holmes P. Harden, Trustee in the above-captioned case, do hereby certify that the attached Notice of Proposed Public Sale and Notice of Compensation of Auctioneer was served upon each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the 18th day of January, 1999.

MAUPIN TAYLOR & ELLIS, P.A.

BY: /s/ Holmes P. Harden

Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:

Managing Agent
Coeco
2525 Atlantic Avenue
Raleigh, NC 27604

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN 56258

RAL/177882/1

45

Copy sent 1/19/99 am

46

Managing Agent
EOS Financial Services
P. O. Box 1839
Raleigh, NC 27602

Managing Agent
Centrum Bank AGVaduz
Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz

Managing Agent
Emil Schatz, St Gallen
Oberhofstettenstrasse 67C
CH-9012, Saint Gallen

Managing Agent
Accurata Treuhand und Revisions AG Vaduz
Abundt 36
FL-9490 Vaduz

Managing Agent
Mareco Treuhand Anstalt
Schlossweg 24
FL-9496 Balzers

Managing Agent
UBS AG, Zurich Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich

RAL/177882/1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE:<br>INTERNATIONAL HERITAGE, INC.<br><br>Address:<br>2626 Glenwood Avenue, #200<br>Raleigh, NC 27608<br><br>TAX ID# 56-1921093<br><br>Debtor. | )  CASE NO.: 98-02675-5-ATS<br>)<br>)<br>)<br>)  CHAPTER 7<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FILED**
JAN 15 1999
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

## NOTICE OF PROPOSED PUBLIC SALE
## AND NOTICE OF COMPENSATION OF AUCTIONEER

TO:   All Creditors of International Heritage, Inc. and other interested parties

Holmes P. Harden, trustee for the above-referenced debtor, hereby gives notice of the public auction sale of assorted books, skin care products, vitamins, crystal vases, crystal bowls, cash registers, computers, security surveillance equipment and miscellaneous office furniture of the above-referenced debtor. Said sale will take place on Saturday, February 6, 1999, at 10:00 a.m. at 1249 Wicker Drive, Raleigh, North Carolina.

Simultaneously with the filing of this Notice, the trustee has employed Charles Williams as auctioneer, whose compensation shall be fixed at a rate of 15% of the gross proceeds.

An objection to the proposed public sale and/or compensation of auctioneer may be filed with the Clerk, United States Bankruptcy Court, Post Office Box 1441, Raleigh, North Carolina 27602, with a copy served on the trustee whose name appears at the bottom of this notice, within fifteen (15) days of the date of the mailing of this notice. A hearing on any objections to this notice of proposed public sale and/or compensation will be held on February 3, 1999, at 9:00 a.m. at the United States Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina. Any party requesting a hearing shall appear at said hearing in support of such request or he may be assessed with costs.

DATE OF MAILING: January 13, 1999

MAUPIN TAYLOR & ELLIS, P.A.

By: _/s/ Holmes P. Harden_
Holmes P. Harden
State Bar No. 9835
Trustee for Debtor
P. O. Drawer 19764
Raleigh, North Carolina  27619