# FILED

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

JAN 19 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN THE MATTER OF | ) | CASE NO. 98-02675-5-ATS |
| -OF- | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CHAPTER 7 |
| (TAX ID #56-1921093), | ) | |
| Debtor | ) | |
| | ) | |

## AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS AND SCHEDULES

NOW COMES International Heritage, Inc., (the "Debtor"), by and through counsel of record, and amends the Statement of Financial Affairs and Schedules.  In support of this amendment, the Debtor shows as follows:

1.    On November 25, 1998, the Debtor filed for relief under chapter 7 of the Bankruptcy Code.

2.    The Statement of Financial Affairs and Schedules were filed on December 16, 1998.

3.    The delay in producing the Amendment was a result of the Debtor's inability to have access to sufficient personnel to produce the information in a more timely manner.

4.    The following are amendments to the Statement of Financial Affairs and Schedules:

**STATEMENT OF FINANCIAL AFFAIRS**

Amendment to Question 3b:

Stan Van Etten made a $5.0 million loan to the Debtor, said loan evidenced by a note dated May 13, 1998.  The $5.0 million was provided to the United States District Court for the Northern District of Georgia as a bond in an action brought by the SEC.  The action is described elsewhere in the Statement of Financial Affairs.

In July, 1998, a conventional bond was obtained from ACSTAR Insurance Company and United Coastal Insurance Company.  A total of $3,650,000 was transferred to these bonding companies from the District Court.  Of this total, $3,500,000 was security for the bonding companies, and $150,000 was paid as a bond fee.

cc: Trustee 1/20/99 Am

2 pdf

48

The records of the Debtor reflect that the Debtor received from the District Court, $1,350,000, plus $47,483.59 in interest which had accrued on the $5,000,000 while in the hands of the District Court. The Debtor's records reflect that $1,500,000 was then paid upon the Van Etten note. Mr. Van Etten exercised stock options held by him and contributed the $1,500,000 to the Debtor to pay operating expenses and obligations. Therefore, the funds went into the company as additional capital.

Mr. Van Etten was paid $234,341.57 on July 10, 1998, which included $47,483.59, the interest returned by the District Court. This check also included $175,000 which the Board of Directors determined should be paid to Mr. Van Etten as a 3.5% bond placement fee - or a fee paid as consideration for Mr. Van Etten providing the $5 million bond for the Debtor. The Board (other than Van Etten who was asked to leave the meeting) determined in a May, 1998 board meeting that this fee should be paid. The balance included in the check was expense reimbursement to Mr. Van Etten.

Therefore, a total of $1,547,483.59 was paid upon the promissory note dated May 13, 1998. Under Question 13 of the Statement of Financial Affairs, the Debtor reflects credits of $532,109.31 upon the note effectuated by Mr. Van Etten.

See the attached Exhibits 3b which indicates the dates and amounts of payments to other parties who were creditors. The listing of Mayflower Holdings, Inc., Mayflower Capital, L.L.C. and Mayflower Aviation, L.L.C. is done for full disclosure. These parties are not "insiders."

Amendment to Question 10:

The following are addresses not previously included in the response to Question 10.

Herbert Towning
EPP - Establissment Pour Le Placement
128 Mount Street
London W1Y 5HA
United Kingdom
011-44-171-491-8886 business
011-44-171-491-8862 fax

173 Buchanan Drive
Aspen, CO  81611
970-925-8591

Houston, TX
713-522-9171

Brent Wood
300 Champions Way
Cary, NC 27513
919-462-1999

Edmundo Colorado
2135 Pilgrim Bend Dr.
Friendswood, TX 77546
281-992-9596,  713-658-3179

Nick Danisi
9420 Dominion Blvd
Raleigh, NC 27613
919-847-2236

Chantey Jordan
415 September Lane
Willow Springs, NC 27592
919-639-4178

Tim Otto                              Carol Sumrell
2408 Eddystone Rd.                    9817 Rockledge Dr.
Raleigh, NC 27621                     Raleigh, NC 27613
919-782-8137                          919-518-0813

Amendment to Question 13:

Stanley Van Etten    - **11/12/98**  $190,261.87
                     - **11/12/98**  $251,293.52 **(date corrections)**

The "setoffs" shown were actually transfers of property to the
parties shown for "credit" against amounts owed to the parties by
the Debtor.

Amendment to Question 21:

See attached Exhibit 21.   This Exhibit reflects corrections to
Stanley H. Van Etten's payroll figures.   The amounts originally
listed in the Statement of Financial Affairs do not accurately
reflect Mr. Van Etten's salary.   Mr. Van Etten's salary was based
on a percentage of commissions paid out on a monthly and weekly
basis to Sales Representatives, as per his employment agreement.
The amounts listed in the original Statement of Financial Affairs,
Exhibit 21a for Stan Van Etten, represent the amount that was paid
out in gross commissions to sales representatives.   Mr. Van Etten's
salary was actually a percentage of those figures.   Exhibit 21
contains the actual figures and dates which reflect when and how
much Mr. Van Etten was paid.

Exhibit 21 also contains an "Accounting of $25,000." This summary
includes a listing of $26,377.08 in expenses disbursed from Mr. Van
Etten's checking account    A $25,000 certificate of deposit was
cashed and deposited in Van Etten's account for the purpose of
paying corporate expenses.   The expenses are listed.

     5.    The following are amendments to the Schedules:

**SCHEDULE B- ASSETS**

3.   Security deposits with public utilities, telephone companies,
landlords, and others.   See Exhibit B-3 for addresses of parties
possibly holding funds.

15.   Accounts Receivables.

Accounts Receivables for Sales Representatives

The corrected total is $2,776,406.48.

The Debtor has obtained more detailed information regarding certain
receivables.   A total of $618,967.94 was listed due from "Sales
Representatives" in the Schedule originally filed with the court.

The corrected total is \$2,277,131.00 due from all IHI Sales Representative who have unpaid balances in their accounts within the 20/21 system from the inception of the Debtor (1995) to the present. There are over 77,000 Sales Representatives with accumulated outstanding balances. These unpaid balances could exist for one or many of the following reasons or for other reasons: (1) an unpaid \$50 yearly technology fee, (2) charges for IDCC phone usage, (3) charges for reports on individual accounts requested through the Rep Service Department or (4) underpayments or errors on paperwork for product purchases usually less than \$10, which were applied to accounts rather than canceling or non-processing of orders.

However, if the trustee wishes to pursue collection, it is unlikely that the entire amount can be collected for various reasons. First, invoices were never generated and sent to individuals regarding the balance due. Although, "account recaps" (similar to statements) showing balances due were sent to representatives along with weekly commission checks, only a small percentage of representatives received regular checks. Therefore, it is possible that many representatives were never sent an "account recap" and were not aware of the amount owed. It is highly improbable that these individuals will pay the trustee for old balances.

With regard to the \$50 technology fee, the Debtor decided to add this fee in 1995 as an annual charge for the continual upgrade and improvement of the Debtor's "state-of-the-art" technology equipment. This was not uncommon for a start-up, technology-based business. Therefore, a \$50 charge was debited to each representative's account in 1995 for the 1996 operating year and at year-end 1996 for the 1997 operating year. This charge was discontinued for the following years.

A 260 page list of names, address, and total balances will be provided to the trustee. The list does not indicate the nature of the balance due. This information can be obtained, but such detail will require extensive effort to obtain.

Accounts Receivables from Employees. Exhibit B-15 is attached hereto for review. This exhibit reflects receivables due as of December 31, 1997. This is the last reconciliation that was performed. The Debtor will provide the chapter 7 trustee with information to supplement this list and indicate 1998 transactions which were not reconciled prior to the chapter 7 filing.

Other Accounts Receivables. See attached Exhibit B-15. This attachment includes the best summary of information the Debtor can produce regarding this issue. Due to the fact that the accounting personnel were relieved of their positions and the nature of the accounting software, it would be difficult, if not impossible, to reconstruct these numbers.

**AMENDMENT TO SCHEDULES H - CODEBTORS**

The following should be added:

Name and Address of Co-Debtor:      Name and Address of Creditor:
Claude Savage                       TIG Insurance Company
106 Benbow Lane                     444 Market Street
Charlotte, North Carolina  28214    San Francisco, CA 94111

Larry Smith
2435 East North Street
Greenville, South Carolina 29615

Stanley H. Van Etten
10504 Tredwood Drive
Raleigh, North Carolina  27615

WHEREFORE, the Debtor respectfully submits these amendments to the Statement of Financial Affairs and Schedules.

This the 19th day of January, 1999.

SMITH DEBNAM NARRON & MYERS, L.L.P.

By: _Terri R. Gardner_____
    Terri L. Gardner
    State Bar No. 9809
    4700 New Bern Ave., P.O. Box 26268
    Raleigh, North Carolina 27611-6268
    (919) 250-2000
    Attorneys for International
    Heritage, Inc.

I, declare under penalty that I have read the answers contained in the foregoing Amendment to Statement of Financial Affairs and Schedules and any attachment thereto and that they are true and correct to the best of my knowledge, information and belief.

Date: _1/18/99_                 Signature: _____
                                           Stanley H. Van Etten
                                           President and CEO

EXHIBIT 3b

**Mayflower Holdings, Inc.**

| DATE OF PAYMENT | AMOUNT | CHECK # | DESCRIPTION |
|---|---|---|---|
| 12/10/97 | $ 103,850.00 | 16514 | Payment on Invoice |
| 12/11/97 | $ 75,575.00 | 16542 | Short term note repayment + interest |
| 12/15/97 | $ 50,000.00 | 16645 | Short term note repayment (J. Smith) |
| 2/20/98 | $ 137,500.00 | 18713 | Payment on Invoice - Book purchase |
| 3/10/98 | $ 137,500.00 | 19420 | Payment on Invoice - Book purchase |
| 4/15/98 | $ 21,401.00 | 19870 | Payment on Invoice - Book purchase |
| 5/11/98 | $ 27.50 | 21384 | Expense Reimbursement (UPS fee) |
| 5/19/98 | $ 20,000.00 | 22247 | Accounting Error* |
| 5/20/98 | $ 10,000.00 | 22467 | Accounting Error* |
| 7/27/98 | $ 22,997.74 | 1733 | Expense Reimbursement Chris Reid Moving Cost |

| PAID | $ 578,851.24 | | |
|---|---|---|---|
| **UNPAID** | $ 974.90 | | Transfer Dodge Title Fee |

*NOTE: On 7/22/98 Mayflower Holdings gave IHI a check #1011 in the amount of $30,000 to reimburse money paid by IHI in error to Mayflower Holdings.

**Mayflower Capital, LLC**

| DATE OF PAYMENT | AMOUNT | CHECK # | DESCRIPTION |
|---|---|---|---|
| 6/16/98 | $ 50,000.00 | | loan payment |
| 7/10/98 | $ 19,413.28 | | loan payment |
| 7/10/98 | $ 865,852.04 | 1266 | Payment on Note 06/16/98 - UCC filed |
| | | | $750,000 (Principal) |
| | | | $10,000 (Bridge Loan Fee) |
| | | | $100,000 (Investor Conversion Fee, which was paid to Herbert Towning) |
| | | | $5852.04 (Accrued Interest) |
| 7/31/98 | $ 500,000.00 | | loan payment |
| 10/1/98 | $ 200,000.00 | | Payment on Note 10/1/98 - UCC filed |
| 10/2/98 | $ 50,000.00 | | Payment on Note 7/10/98 - UCC filed |
| 11/5/98 | $ 125,000.00 | | Payment on Note 11/04/98 |
| 11/24/98 | $ 20,819.78 | | Payment on Note 11/20/98 (See also, payments from Wood & Francis Account) |
| 11/25/98 | $ 45,000.00 | | Payment on Note 11/20/98 (See also, payments from Wood & Francis Account) |
| **PAID** | **$ 1,806,671.82** | | |
| | $ 100,000.0000 | | Note 10/14/98 - UCC filed |
| | $ 450,000.00 | | Note 7/10/98 - UCC filed |
| | $ 9,368.30 | | Note 11/20/98 |
| **UNPAID** | **$ 559,368.30** | | |

**Mayflower Aviation, LLC**

| DATE OF PAYMENT | AMOUNT | CHECK # | DESCRIPTION |
|---|---|---|---|
| 1/13/98 | $ 30,168.05 | 17578 | Payment on Invoices 57,59,60,62,65,71,73,74,80-92 Aircraft Usage |
| 2/9/98 | $ 3,125.00 | 18295 | Payment on Invoices 99,100,101,102 Aircraft Usage |
| 4/15/98 | $ 30,457.36 | 19869 | Payment on Invoices 112,113,114,110,105,108,109,115 Aircraft Usag |
| 5/26/98 | $ 3,330.00 | 22713 | Payment on Invoices |
| 7/9/98 | $ 32,516.24 | 1196 | Payarent on Invoices 117,119,122,123,124,127,120,121,116 Aircraft |
| 9/1/98 | $ 19,790.03 | 2727 | Payment on Invoices 128,130,129,131,132,133 Aircraft Usage |
| 9/10/98 | $ 14,002.50 | 2995 | Payment on Invoices 134,135,136,137 Aircraft Usage |
| 9/11/98 | $ 175,000.00 | 3078 | Repayment of short term note |
| 10/7/98 | $ 1,054.79 | 3864 | Payment on Invoices |
| **PAID** | **$ 309,443.97** | | |
| **UNPAID** | **$ -** | | |

# Jewels by Evonne

| DATE OF PAYMENT | CHECK AMOUNT | CHECK # | DESCRIPTION |
|---|---|---|---|
| 12/10/97 | $ 200,000.00 | 13598 | Payments on Invoices |
| 12/17/97 | $ 100,000.00 | 14405 | Payments on Invoices |
| 12/19/97 | $ 100,000.00 | 15112 | Payments on Invoices |
| 1/21/98 | $ 50,000.00 | 15452 | Payments on Invoices |
| 1/26/98 | $ 50,186.15 | 15670 | Payments on Invoices |
| 2/10/98 | $ 50,830.66 | 16125 | Payments on Invoices |
| 2/6/98 | $ 100,000.00 | 16126 | Payments on Invoices |
| 2/11/98 | $ 50,000.00 | 16419 | Payments on Invoices |
| 2/18/98 | $ 49,759.30 | 16599 | Payments on Invoices |
| 2/24/98 | $ 49,835.44 | 17110 | Payments on Invoices |
| 3/10/98 | $ 97,878.53 | 17949 | Payments on Invoices |
| 4/10/98 | $ 50,000.00 | 19150 | Payments on Invoices |
| 4/15/98 | $ 50,000.00 | 19151 | Payments on Invoices |
| 4/20/98 | $ 50,000.00 | 19154 | Payments on Invoices |
| 5/13/98 | $ 50,000.00 | 20634 | Payments on Invoices |
| 7/6/98 | $ 50,000.00 | 22923 | Payments on Invoices |
| 7/23/98 | $ 25,000.00 | 23590 | Payments on Invoices |
| 7/23/98 | $ 104.00 | 1650 | Payments on Invoices |
| 7/31/98 | $ 25,000.00 | 23729 | Payments on Invoices |
| 8/11/98 | $ 25,000.00 | 24135 | Payments on Invoices |
| 8/12/98 | $ 324.00 | 2313 | Payments on Invoices |
| 9/11/98 | $ 25,000.00 | 25015 | Payments on Invoices |
| 9/11/98 | $ 826.00 | 3299 | Payments on Invoices |
| 9/21/98 | $ 50,000.00 | 25658 | Payments on Invoices |
| 10/5/98 | | | |
| 10/16/98 | $ 223.00 | 4126 | Payments on Invoices |

| | | |
|---|---|---|
| **PAID** | **$ 1,173,490.08** | |
| . | $ 9,859.59 | Invoice - misc items |
| | $ 1,448.75 | Invoice - shipping charges |

Question 3 Amendment

| | | |
|---|---|---|
| $ | 109.75 | Invoice - shipping charges |
| $ | 31,071.00 | Invoice - misc items |
| $ | 17,235.72 | Invoice - misc items |
| $ | 27,699.00 | Invoice - misc items |
| $ | 37,519.16 | Invoice - misc items |
| $ | 14,565.18 | Invoice - misc items |
| $ | 25,535.06 | Invoice - misc items |
| $ | 49,234.84 | Invoice - misc items |
| $ | 2,490.75 | Invoice - misc items |
| $ | 602.50 | Invoice - shipping charges |
| $ | 19,559.18 | Invoice - shipping charges |
| $ | 19,280.80 | Invoice - misc items |
| $ | 26,006.66 | Invoice - merchandise |
| $ | 15,097.74 | Invoice - merchandise |
| $ | 427.48 | Invoice - merchandise |
| $ | 2,991.52 | Invoice - shipping charges |
| $ | 36,966.60 | Invoice - shipping charges |
| $ | 16,115.14 | Invoice - merchandise |
| | | Invoice - merchandise |

**UNPAID**  $ **353,816.42**

*Note:  Additional invoices may be outstanding that were not entered into the accounting software.

2

EXHIBIT 21

## Stanley H. Van Etten - Payroll

| DATE OF PAYMENT | GROSS AMOUNT | NET CHECK AMOUNT | CHECK # | DESCRIPTION |
|---|---|---|---|---|
| 11/26/97 | $ 40,988.76 | $ 21,129.71 | 1103 | Week 45 |
| 12/9/97 | $ 37,134.58 | $ 19,142.88 | 1077 | Week 46 |
| 12/11/97 | $ 37,248.57 | $ 19,201.64 | 1108 | Week 47 |
| 12/19/97 | $ 22,469.66 | $ 11,583.11 | 1120 | Week 48 |
| 12/29/97 | $ 27,409.25 | $ 14,129.47 | | Week 49 |
| 1/7/98 | $ 22,289.85 | $ 10,108.45 | 1124 | Week 50 |
| 1/8/98 | $ 22,045.82 | $ 9,997.78 | 1129 | Week 51 |
| 1/13/98 | $ 12,380.46 | $ 5,614.54 | 1130 | Week 52 |
| 1/20/98 | $ 21,176.18 | $ 10,191.93 | 1132 | Week 1 |
| 1/27/98 | $ 18,120.81 | $ 8,091.28 | 1137 | Week 2 |
| 2/4/98 | $ 23,467.42 | $ 12,097.45 | 1139 | Week 3 |
| 2/11/98 | $ 30,691.00 | $ 15,821.21 | 1145 | Week 4 |
| 2/18/98 | $ 34,192.58 | $ 17,626.28 | 1146 | Week 5 |
| 2/24/98 | $ 40,317.90 | $ 19,533.88 | 1152 | Week 6 |
| 3/4/98 | $ 42,224.16 | $ 21,766.56 | 1157 | Week 7 |
| 4/9/98 | $ 41,104.06 | $ 21,189.15 | 1173 | Week 8 |
| 4/14/98 | $ 43,205.01 | $ 22,272.19 | 1174 | Week 9 |
| 4/14/98 | $ 50,351.97 | $ 25,956.44 | 1175 | Week 10 |
| 4/24/98 | $ 46,836.45 | $ 22,998.33 | 1184 | Week 11 |
| 4/30/98 | $ 54,685.55 | $ 28,190.40 | 1185 | Week 12 estimate |
| 5/15/98 | | $ 21,037.89 | 21990 | Flex Level March 98 |
| 5/22/98 | $ 17,916.56 | $ 9,235.99 | 1202 | Week 12 actual |
| 5/22/98 | $ 74,489.17 | $ 38,399.17 | 1203 | Week 13 |
| 6/3/98 | $ 13,608.41 | $ 7,015.14 | 1205 | Week 14 |
| 6/3/98 | $ 11,316.75 | $ 5,883.79 | 1206 | Week 15 |
| 6/3/98 | $ 6,097.44 | $ 3,143.23 | 1207 | Week 16 |
| 6/3/98 | $ 11,094.51 | $ 5,719.22 | 1208 | Week 17 |
| 6/3/98 | $ 14,423.93 | $ 7,453.53 | 1209 | Week 18 |
| 6/3/98 | $ 12,624.85 | $ 6,508.11 | 1210 | Week 19 |
| 6/3/98 | $ 26,061.88 | $ 13,369.44 | 1214 | Week 20 |
| 6/22/98 | $ 12,976.21 | $ 6,689.24 | 1222 | Week 21 |
| 7/24/98 | $ 76,451.71 | $ 39,410.65 | 1654 | BOT Week 22 and Week 23-30 (Salary 8,173.08 Gross *8) |

Question 3 Amendment

1

Question 3 Amendment

## SAL PAID

| Date | Amount | Paid | Check # | Description |
|---|---|---|---|---|
| 8/12/98 | $ 21,767.31 | $ 11,221.05 | 2340 | BOT Week 23 and 24 |
| 8/19/98 | $ 13,319.84 | $ 13,319.84 | 9723 | Salary for week 31, 32, 33 |
| 9/4/98 | $ 33,148.42 | $ 17,088.02 | 2641 | BOT Week 25 and 26 |
| 9/25/98 | $ 12,898.71 | $ 7,554.40 | 3424 | Week 27 |
| 9/25/98 | $ 9,326.63 | $ 4,807.88 | 3425 | BOT Week 28 |
| 10/1/98 | $ 6,070.75 | $ 3,129.47 | 3637 | BOT Week 36 |
| 10/5/98 | $ 4,954.07 | $ 2,553.83 | 3763 | BOT Week 37 |
| 10/20/98 | | $ 3,292.75 | 4137 | Week 38 |
| 11/11/98 | | $ 9,135.22 | 10806 | Payroll 10/24-11/9 BB&T |
| 9/30/98 | | $ 38,427.53 | 10235 | Payroll 9/12-9/25 |
| 10/14/98 | | $ 13,319.84 | 10404 | Payroll 9/26-10/9 |
| **SAL PAID** | **$1,033,567.35** | **$ 624,357.91** | | |

## ADD'L PAID

| Amount | Check # | Description |
|---|---|---|
| $ 1,755.80 | 1130 | Deduction for BMW Lease |
| $ 1,250.00 | 1137 | Deduction for Loan to J. Trendel |
| $ 1,755.80 | 1139 | Deduction for BMW Lease |
| $ 1,250.00 | 1152 | Deduction for BMW Lease |
| $ 1,145.86 | 1184 | Deduction for Product Order |
| $ 50.00 | 1214 | Deduction for Overpayment on check 1206 |
| $ 1,755.80 | 1157 | Deduction for BMW Lease |
| $ 2,919.19 | 1174 | Deduction for BMW Lease & Tax |
| $ 1,755.80 | 1214 | Deduction for BMW Lease |
| $ 1,755.80 | 1664 | Deduction for BMW Lease |
| $ 1,755.80 | 2340 | Deduction for BMW Lease |
| $ 1,755.80 | 3424 | Deduction for BMW Lease |
| $ 1,755.80 | 3763 | Deduction for BMW Lease |
| **$ 20,661.45** | | |

Payments for BMW were de-ducted from Mr. Van Etten's payroll checks.

| | Amount | Paid |
|---|---|---|
| **TOTAL PAID** | **$1,033,567.35** | **$ 645,019.36** |

| Amount | Description |
|---|---|
| $ 116,909.00 | Weeks 29,30,31,32,33,34,35,39,40,41 (checks held, Exhibit 3b-A) |
| $ 16,346.16 | Weeks 42,43 (comm. not calculated, based on $425K annual) |
| $ 32,692.32 | Salary 10/25 - 11/25, based on $425K annual |
| $ 32,692.32 | Vacation, 4 weeks |

| | Amount | Paid |
|---|---|---|
| **TOT UNPAID** | **$ 198,639.80** | **$ -** |

Stanley H. Van Etten-Expenses/Other

| DATE OF PAYMENT | CHECK AMOUNT | CHECK # | DESCRIPTION |
|---|---|---|---|
| 3/11/98 | $ 37,500.00 | 31198 | Author Royalties |
| 4/23/98 | $ 6,273.44 | 20373 | Expense Reimbursements |
| 4/30/98 | $ 1,693.32 | 20717 | Expense Reimbursements (April) |
| 5/5/98 | $ 5,000.00 | 20867 | Travel Advance |
| 5/5/98 | $ 21,000.00 | 1186 | Expense Reimbursement (Montana Expense) |
| 5/5/98 | $ 1,693.32 | | Expense Reimbursement |
| 5/18/98 | $ 7,500.00 | 22002 | Travel Advance |
| 6/15/98 | $ 250.00 | 23853 | Board Meeting Compensation |
| 6/18/98 | $ 2,278.70 | 23930 | Expense Reimbursement (Laptop Computer) |
| 8/4/98 | $ 1,230.18 | 1895 | Expense Reimbursement |
| 9/14/98 | $ 988.24 | | Reimbursement from IHI for travel expenses |
| 9/11/98 | $ 4,488.24 | 3072 | Expense Reimbursement |
| 10/17/98 | $ 4,000.00 | 14392 | Expense Reimbursement (Rodeo prize) |
| 11/2/98 | $ 25,000.00 | bank check | Received from IHI First Union account to cover IHI expenses (IHI had no bank account remaining, expenses were paid through Stan's personal checking account, see attached Exhibit 3b-A) |

| | | | |
|---|---|---|---|
| **PAID** | **$ 93,895.44** | | |
| **UNPAID** | **Unknown** | | |

Also, expenses totalling $11,857.98 were reimbursed to Mr. Van Etten as part of check #1265 totalling $234,341.57.

Question 3 Amendment

## ACCOUNTING OF $25,000 (Deposited 11/2/98 - Stan's NationsBank Account)

| DATE OF PAYMENT | AMOUNT | CHECK # | DESCRIPTION |
|---|---|---|---|
| 11/2/98 | $ 5,000.00 | Cash | Technology Staff Payroll Issues |
| 11/2/98 | $ 3,000.00 | Cash | Expense advance applied to Stan's credit card for trip to Europe |
| 11/2/98 | $ 2,000.00 | Cash | Expense advance |
| 11/2/98 | $ 1,159.18 | 10799 | Check to Mike Russo - Exp. Reimbursement trip to Ed Harvey |
| 11/2/98 | $ 1,707.40 | 10798 | Check to Travel Experts - D. McIntyre trip to Europe (Stan used frequent flyer miles) |
| 11/5/98 | $ 1,300.00 | 10802 | Check for Cash - pay moving labor |
| 11/8/98 | $ 300.00 | Cash | Pay moving labor |
| 11/10/98 | $ 420.00 | Cash | Pay moving labor |
| 11/10/98 | $ 150.00 | credit card | Pay for American Airlines frequent flyer charge - Stan's trip to Los Angeles - Tyra |
| 11/9/98 | $ 1,200.00 | 10803 | Check for Cash - pay moving labor |
| 11/11/98 | $ 390.00 | Cash | Pay moving labor |
| 11/10/98 | $ 7,000.00 | 10804 | Check to Smith Debnam Narron retainer |
| 11/12/98 | $ 100.00 | 10805 | Check to Raleigh Chamber of Commerce Member List - advertise for warehouse sale |
| 11/13/98 | $ 125.00 | 10806 | Check to Highwoods Answering Service - blast fax to advertise warehouse sale |
| 11/13/98 | $ 102.00 | credit card | Pay for Triangle Business Journal Ad - advertise for warehouse sale |
| 11/2/98 | $ 1,176.00 | credit card | Pay for N&O Ad - advertise for warehouse sale |
| 11/13/98 | $ 1,000.00 | 10807 | Check for Cash - change for sale, $20 Office Max supplies, $498 pay moving labor |
| 11/15/98 | $ 48.00 | Cash | $50 lunch for employees
Pay RDU parking fees - trip to Los Angeles - Tyra |
| 11/17/98 | $ 199.50 | credit card | Pay for N&O Ad - sell additional computers from warehouse |
| **TOTAL** | **$ 26,377.08** | | |

*NOTE: Detailed receipts are available. Additional expense reimbursements due to Stan will be listed on his creditors' claim.

1

INTERNATIONAL HERITAGE, INC.

3426

| PAYEE/NETTEN | Stanley H. Van Etten | WEEK 29/98 | 025389 | 9/25/98 | $5,592.75 | $5,592.75 | $5,592.75 | $0.00 | $0.00 | $0.00 | $5,592.75 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 034930 | | | | | | | | | | | |

INTERNATIONAL HERITAGE, INC.
2626 GLENWOOD AVE., SUITE 200
RALEIGH, NC 27608   TAX ID #56-1921093
(919) 571-4646   FAX (919) 571-4620

THE FACE OF THIS DOCUMENT HAS A GREEN CHECK BACKGROUND ON WHITE PAPER AND MICRO PRINTING

FIRST UNION NATIONAL BANK
RALEIGH, NC 27608
66-1040/531

3426

Five Thousand Five Hundred Ninety Two Dollars And 75 Cents

DATE
9/25/98

AMOUNT
$5,592.75

$5,592.75

INTERNATIONAL HERITAGE, INC.

AUTHORIZED SIGNATURE

ORDER
Stanley H. Van Etten

⑈003426⑈ ⑇053110400⑇ 2000001295389⑈

INTERNATIONAL HERITAGE, INC.

3427

| PRVANETTEN | Stanley H. Van Etten | | | | | |
|---|---|---|---|---|---|---|
| 034932 | WEEK 30/98 | 025390 | 9/25/98 | | | |
| | | | 9/25/98 | $4,840.03 | $0.00 | $4,840.03 |
| | | | $4,840.03 | $4,840.03 | $0.00 | $4,840.03 |
| | | | | $0.00 | $0.00 | |

INTERNATIONAL HERITAGE, INC.
2626 GLENWOOD AVE., SUITE 200
RALEIGH, NC 27608   TAX ID #56-1921093
(919) 571-4646   FAX (919) 571-4620

THE FACE OF THIS DOCUMENT HAS A COLORED CHECK BACKGROUND ON WHITE PAPER AND MICRO PRINTING

FIRST UNION NATIONAL BANK
RALEIGH, NC 27608
66-1040/531

3427

PAY
TO THE
ORDER
OF:

Stanley H. Van Etten

Four Thousand Eight Hundred Forty Dollars And 03 Cents

| DATE | AMOUNT |
|---|---|
| 9/25/98 | $4,840.03 |

INTERNATIONAL HERITAGE, INC.

AUTHORIZED SIGNATURE

⑈003427⑈ ⑆053110400⑆ ⑈0000012953⑈

INTERNATIONAL HERITAGE, INC.

3428

| PRVANETTEN | Stanley H. Van Etten | 025391 | 9/25/98 |
| 034934 | WEEK 31/98 | 9/25/98 | |

| $10,723.29 | $10,723.29 | $10,723.29 | $0.00 | $0.00 | $10,723.29 |

INTERNATIONAL HERITAGE, INC.
2626 GLENWOOD AVE., SUITE 200
RALEIGH, NC 27608   TAX ID #56-1921093
(919) 571-4646   FAX (919) 571-4620

3428

THE FACE OF THIS DOCUMENT HAS A COLORED CHECK BACKGROUND ON WHITE PAPER AND MICRO PRINTING

Ten Thousand Seven Hundred Twenty Three Dollars And 29 Cents

FIRST UNION NATIONAL BANK
RALEIGH, NC 27608
66-1040/531

| | DATE | AMOUNT |
| PAY
TO THE
ORDER
OF: | 9/25/98 | $10,723.29 |

Stanley H. Van Etten

INTERNATIONAL HERITAGE, INC.

AUTHORIZED SIGNATURE

⑆003428⑆ ⑆053110401⑆ 20000012953⑆

INTERNATIONAL HERITAGE, INC.

3429

| PRVANETTEN | Stanley H. Van Etten | | 9/25/98 | | | |
|---|---|---|---|---|---|---|
| 034936 | WEEK 32/98 | 025392 | 9/25/98 | | | |
| | | | | $6,692.65 | $6,692.65 | $6,692.65 |
| | | | | $6,692.65 | $6,692.65 | $0.00 |
| | | | | $0.00 | $0.00 | $0.00 |
| | | | | $6,692.65 | $6,692.65 | $6,692.65 |

INTERNATIONAL HERITAGE, INC.

2626 GLENWOOD AVE. SUITE 200
RALEIGH, NC 27608   TAX ID #56-1921093
(919) 571-4646   FAX (919) 571-4620

3429

FIRST UNION NATIONAL BANK
RALEIGH, NC 27608
66-1040/531

Six Thousand Six Hundred Ninety Two Dollars And 65 Cents

| DATE | AMOUNT |
|---|---|
| 9/25/98 | $6,692.65 |

PAY
TO THE
ORDER
OF:

Stanley H. Van Etten

INTERNATIONAL HERITAGE, INC.

AUTHORIZED SIGNATURE

THE FACE OF THIS DOCUMENT HAS A GREEN CHECK BACKGROUND ON WHITE PAPER AND MICRO PRINTING

⑆1ᴧ53429⑆ ⑆000000⑈ 1⑆0531040100⑈ ⑆1295391⑈

INTERNATIONAL HERITAGE, INC.

3430

| PRVANETTEN | Stanley H. Van Etten | 034/938 | WEEK 33/98 | 025393 | 9/25/98 |
|---|---|---|---|---|---|

| | | $4,572.34 | $4,572.34 | $0.00 | $0.00 | $4,572.34 |
|---|---|---|---|---|---|---|
| | | $4,572.34 | $4,572.34 | $0.00 | $0.00 | $4,572.34 |



THE FACE OF THIS DOCUMENT HAS A GREEN CHECK BACKGROUND ON WHITE PAPER AND MICRO PRINTING

INTERNATIONAL HERITAGE, INC.
2626 GLENWOOD AVE., SUITE 200
RALEIGH, NC 27608   TAX ID #56-1921093
(919) 571-4646   FAX (919) 571-4620

Four Thousand Five Hundred Seventy Two Dollars And 34 Cents

FIRST UNION NATIONAL BANK
RALEIGH, NC 27608
66-1040/531

DATE
9/25/98

AMOUNT
$4,572.34

3430

INTERNATIONAL HERITAGE, INC.

AUTHORIZED SIGNATURE

ORDER
HE
Stanley H. Van Etten

"003430" 1:053110400: 0000001 29 5394"

INTERNATIONAL HERITAGE, INC.

INTERNATIONAL HERITAGE, INC.

3431

| PRVANETTEN | | | | | | |
|---|---|---|---|---|---|---|
| 034939 | Stanley H. Van Etten | WEEK 34/98 | 025394 | 9/25/98 | | |
| | | | | | $6,656.68 | $6,655.68 | $6,656.68 | $0.00 | $0.00 | $6,656.68 |

INTERNATIONAL HERITAGE, INC.
2826 GLENWOOD AVE., SUITE 200
RALEIGH, NC 27608  TAX ID #56-1921093
(919) 571-4646  FAX (919) 571-4620

THE FACE OF THIS DOCUMENT HAS A GREEN CHECK BACKGROUND ON WHITE PAPER AND MICRO PT. TRUE BLUE

FIRST UNION NATIONAL BANK
RALEIGH, NC 27608
66-1040/531

3431

Six Thousand Six Hundred Fifty Six Dollars And 68 Cents

| DATE | AMOUNT |
|---|---|
| 9/25/98 | $6,656.68 |

PAY
TO THE
ORDER
OF:

Stanley H. Van Etten

INTERNATIONAL HERITAGE, INC.

AUTHORIZED SIGNATURE

⑾003431⑾ ⑇053110400⑇ 200000129539⑾

INTERNATIONAL HERITAGE, INC.

| PRVANEITEN | Stanley H. Van Etten | 023595 | 9/25/98 | | | |
|---|---|---|---|---|---|---|
| 054941 | WEEK 35/98 | 9/25/98 | $8,783.62 | $8,783.62 | $0.00 | $8,783.62 |

3432

$8,783.62   $8,783.62   $0.00   $0.00   $8,783.62

**THE FACE OF THIS DOCUMENT HAS A GREEN CHECK BACKGROUND ON WHITE PAPER AND MICRO-PRINTING**

INTERNATIONAL HERITAGE, INC.
2626 GLENWOOD AVE. SUITE 200
RALEIGH NC 27608   TAX ID #56-1921093
(919) 571-4646   FAX (919) 571-4620

FIRST UNION NATIONAL BANK
RALEIGH NC 27608
66-1040/531

3432

Eight Thousand Seven Hundred Eighty Three Dollars And 62 Cents

| DATE | AMOUNT |
|---|---|
| 9/25/98 | $8,783.62 |

PAY
TO THE
ORDER
OF:

Stanley H. Van Etten

INTERNATIONAL HERITAGE, INC.

AUTHORIZED SIGNATURE

⑈003432⑈ ⑆053104040⑆ 200000⑈ 29539⑈

INTERNATIONAL HERITAGE, INC.

4153

| PAYMENT NO. | | | | | |
|---|---|---|---|---|---|
| PRVANETTEN | Stanley H. Van Etten | | | | |
| 036115 | WEEK 39/98 | 026196 | 10/20/98 | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | $2,657.00 | $2,657.00 | $0.00 | $0.00 | $2,657.00 |
| | | | | $2,657.00 | $2,657.00 | $0.00 | $0.00 | $2,657.00 |



INTERNATIONAL HERITAGE, INC.
2626 GLENWOOD AVE., SUITE 200
RALEIGH, NC 27608  TAX ID #56-1921093
(919) 571-4646   FAX (919) 571-4620

4153

Two Thousand Six Hundred Fifty Seven Dollars And 00 Cents

FIRST UNION NATIONAL BANK
RALEIGH, NC 27608
66-1040/631

PAY
TO THE
ORDER
OF:
Stanley H. Van Etten

DATE
10/20/98

AMOUNT
$2,657.00

INTERNATIONAL HERITAGE, INC.

AUTHORIZED SIGNATURE

⑈004153⑈ ⑈053⑆104002⑆ 20000001295391⑈

THE FACE OF THIS DOCUMENT HAS A GREEN CHECK BACKGROUND ON WHITE PAPER AND MICRO PRINTING

## EXHIBIT B3

| Deposits | Amount |
|---|---|

1.  Coeco Office Systems                        3,281.76
    2525 Atlantic Ave.
    Raleigh, NC 27658
    821-4050
    (for office equipment)
    see attached document #1

2.  Oklahoma Sales Tax Application        500.00
    Oklahoma Tax Commission
    2501 Lincoln Blvd
    Oklahoma City, OK 73194
    (405)521-4252
    (for bond)
    see attached document #2

3.  Spectrum Properties                       11,093.83
    4000 Westchase Blvd
    Suite 140
    Raleigh, NC 27607
    832-1140
    832-0768
    (security deposit)
    see attached document #3

4.  Block & Associates Reality                2,900.00
    805 Spring Forest Road
    Suite 1600
    Raleigh, NC 27609
    850-0501
    (security deposit-C.Reid's house rental)
    see attached document #4

5.  SFBC One Associates                      24,665.40
    c/o Capital Associates
    1100 Crescent Green
    Suite 115
    Cary, NC 27511
    467-6997
    (security deposit)

6.  Skytel                                         200.00
    PO Box 3887
    Jackson, MS 39207
    1-800-759-8737
    (deposit for pagers)

see attached document #5

7.  WorldCom Technologies          7,100.00
    PO Box 905236
    Charlotte, NC 28290
    878-4664
    (security deposit)
    see attached document #6

8.  Ritz Carlton
    Accounting error, improperly coded

9.  Mountaineer Archery          115,000.00
    4340 Terrace Ave #3A
    Huntington, WV 25705
    304-525-9222
    1-800-472-3861
    304-525-9242
    (product deposit)
    see attached document #7

10. PSNC                              55.00
    PO Box 70504
    Charlotte, NC 28272
    833-6641
    (deposit for gas utility for Spring Forest office)
    see attached document #8

EXHIBIT B15

EMPLOYEE RECEIVABLES AS OF 12/31/97

| Name | Amount |
|------|--------|
| J. Brothers | 1,425.00 |
| Mike Decker | 171.28 |
| Stan Van Etten* | 29,293.50 |
| Jeff Hooks | 406.92 |
| Gary Williams | 75.00 |
| Rich Cicha | 263.02 |
| Anna Washburn | 53.95 |
| Stephanie Harris | 3,631.06 |
| Karen Kearney | 480.36 |
| Larry Mays | 75.86 |
| Dawn McIntyre | 2,097.80 |
| Bernetta Smith | 333.25 |
| Mary Barton Eilers | 45.00 |
| Chris Reid | 43.37 |
| Victor Palmer | 99.93 |
| Kevin Jones** | 1,485.41 |
| Bob Chalmers | 1,150.00 |
| Shelly Sanders | 122.72 |
| Fred Jones | 230.70 |
| Gerald Laws | 9.25 |
| Derek Stryker | 8,500.00 |
| Cari Snyder | 11.58 |
| Carola Smith | 445.00 |
| Total | $50,449.95 |

*Stan Van Etten's payable is an offset to the royalties due him - any personal purchase/visa personal purchases are to be offset against any monies owed him for book royalties.

**Kevin Jones - amount of purchase is to be applied as a credit to any amount due from CompuAcct in Jan 98.

# EXHIBIT B15
## OTHER RECEIVABLES

Account Analysis
Other Receivables - Account #1250.000
1998

| DATE | Cobra Payments | Cobra Destro | Aetna DuratMartin | Aetna Levy Smith | Aetna Church Spragg | Aetna Barry Kauri | Aetna Annma Nemms | Fleta Derrick Rogers | Mayflower Reid | Misc | Miss Jarrett Page | Kickoff Barnes Rayas | Kisha's | Aetna Burgess & Banks | Parbag Pira | EJM Schwad Van Etten | Harry Von Etten | Dee Butters | Paul Thomas | Mountaineer Anchor | Enterprise Funds | BTI | Mayflower Bond | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BB BO1 | | | 558.40 | 1,473.00 | 4,216.30 | 960.00 | 431.00 | 145.00 | 21,189.04 | 27.50 | 268.25 | 131.98 | 7,793.32 | 3,882.00 | | 283.25 | 218.10 | 3,431.00 | 841.00 | 15,000.00 | 63,000.00 | 66,000.00 | 205,578.24 | | 530,349.04 |
| 5/05/98 | | | | | | | | | | | | | | | | | | | | | | 202,205.37 | | 202,205.37 |
| 5/05/98 | | | | | | | | | | | | | | | | | | | | | | (178,216.33) | | (178,216.33) |
| 5/05/98 | | | | | | | | | | | | | | | | | | | | | | 43,086.62 | | 43,086.62 |
| 5/05/98 | | | | | | | | | | | | | | | | | | | | | | (108,361.82) | | (108,361.82) |
| 7/98 | | | | | | | | | | | | | | | | | | | | | | (202,205.37) | | (202,205.37) |
| 7/10/98 | (140.64) Jones | | | | | | | | | | | | | | | | | | | | | | | (18,413.23) |
| 7/03/98 | (18.04) Jones | | | | | | | | | | | | | | | | | | | | | | | (44.64) |
| 7/03/98 | | | | | | | | | | | | | | | | | | | | | | | | (18.04) |
| 7/03/98 | | | | | | | | | | | | | | | | | | | | | (36,000.00) | | | (36,000.00) |
| 7/01/98 | | | | | | | | | | | | | | | | | | | | | 30,000.00 | | | 30,000.00 |
| 8/1/98 | (45.12) Jones | | | | | | | | | | | | | | | | | | | | | 48,778.92 | | 48,778.92 |
| 8/18/98 | (94.96) Oakeata | | | | | | | | | | | | | | | | | | | | | | | (44.12) |
| 8/27/98 | (1,321.92) Garrison | | | | | | | | | | | | | | | | | | | | | | | (96.96) |
| | | | | | | | | | | | | | | | | | | | | | | | | (1,321.92) |
| | (1,920.68) | | 558.40 | 1,473.00 | 4,216.30 | 960.00 | 431.00 | 145.00 | 6,510.32 | 27.50 | 103.58 | (131.98) | 7,793.32 | 3,882.00 | | | 3,431.00 | 841.00 | 15,000.00 | 63,000.00 | 98,000.00 | 91,665.54 | | 295,290.38 |

Commission due from PTI     +48,000.00
Commission due from Healthsource     + 1,023.00

Total   =   $344,316.38

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN THE MATTER OF )    CASE NO. 98-02675-5-ATS
   -OF- )
INTERNATIONAL HERITAGE, INC. )    CHAPTER 7
(TAX ID #56-1921093), )
      Debtor )
_____ )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that
(s)he is over eighteen (18) years of age, and the

**AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS AND SCHEDULES**

was this day served upon the below named persons, parties and/or
counsel by mailing, postage prepaid, first class mail; a copy of
such instruments to such persons, parties and/or counsel at the
address shown below:

Bankruptcy Administrator          Stanley H. Van Etten
P.O. Drawer 3039                  Mayflower Capital, L.L.C.
Century Station                   2626 Glenwood Avenue
Raleigh, NC 27602-3039            Raleigh, NC 27608

Brent Wood, Esq.
Wood & Francis, P.L.L.C.
P.O. Box 164
Raleigh, NC 27602

and by hand delivery to:

Holmes P. Harden, Esq.
Chapter 7 Trustee
Post Office Drawer 19764
Raleigh, NC 27619

This the 19th day of January, 1999.

Terri L. Gardner
NC State Bar No. 9809
SMITH DEBNAM NARRON & MYERS, L.L.P.
4700 New Bern Avenue
P.O. Box 26268
Raleigh, NC 27611-2628
(919) 250-2109