UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**FILED**
JAN 19 1999
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE: )
) CHAPTER 7
INTERNATIONAL HERITAGE, INC. ) CASE NO. 98-02675-5-ATS
)
Debtor )

AMENDED
NOTICE OF SPECIAL APPEARANCE AND
NOTICE OF APPEARANCE BY ASSOCIATED LOCAL COUNSEL

PLEASE TAKE NOTICE that the undersigned, pursuant to Local Rule 2.06 and 9010-1, make a special appearance as out-of-state counsel and associated local counsel, respectively, as counsel for L.C. Gilbert, Jr., plaintiff, and those similarly situated against International Heritage, Inc., Stanley Van Etten, Claude W. Savage and Larry G. Smith in the United States District Court for the Eastern District of North Carolina, 5:98-CV-834-BR(3).

This 19th day of January, 1999.

SPECIAL
COUNSEL:
          Lloyd W. Gathings, II
          Gathings & Associates
          Post Office Box 10545
          Birmingham, Alabama 35202
          Telephone: (205) 803-3006
          Facsimile: (205) 803-3029

SPECIAL
COUNSEL:
          Robert W. Shores
          Gathings & Associates
          Post Office Box 10545
          Birmingham, Alabama 35202
          Telephone: (205) 803-3006
          Facsimile: (205) 803-3029

cc: Trustee 1/20/99 Am

|  |  |
|---|---|
| ASSOCIATED<br>LOCAL<br>COUNSEL: | /s/ Ronald H. Garber<br>Ronald H. Garber<br>Boxley, Bolton & Garber, LLP<br>Post Office Drawer 1429<br>Raleigh, North Carolina 27602<br>Telephone: (919) 832-3915<br>Facsimile: (919) 832-3918 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| Debtor | ) | |

CERTIFICATE OF SERVICE

I, Ronald H. Garber, of Post Office Drawer 1429, Raleigh, North Carolina 27602, certify:

That I am and at all times hereinafter mentioned was more than eighteen (18) years of age;

That on the 19th day of January, 1999, I served copies of the Amended Notice of Special Appearance and Notice of Appearance by Associated Local Counsel by regular mail on all persons as listed on the Master IHI Service List in this case, a copy of which is attached hereto.

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON January 19, 1999

_____
Ronald H. Garber

Terri I. Gardner
Smith Debnam Narron & Myers, L.L.P.
P.O. Box 26268
Raleigh, NC 27611-6268

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
1000 Cambridge Square, Suite C
Alpharetta, GA 30004

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Karl A. King
465 Sudden Valley
Bellingham, WA 98226

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

Carolyn E. John
485 Broad River Blvd.
Beaufort, SC 29906

Gary D. McDowell
1138 Ascott Valley Dr.
Duluth, GA 30097

Managing Agent
Jewels by Evonne
1879 Buford Hwy, Suite 7
Buford, GA 3518

Pamela Johnson
18448 Best Road
Mount Vernon, WA 98273

Managing Agent
International Heritage, Inc.
2626 Glenwood Avenue
Raleigh, NC 27608

James Russell Tucker
Bush, Hauder & Adkerson, P.C.
500 N. Akard Street, Suite 2100
Dallas, TX 75201

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Stacey Ostrom
3010 E. Nasa Road 1 #1302
Seabrook, TX 77586

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Managing Agent
Advanced Equities
P. O. Box 1042
Winnfield, LA 71483

J. C. Faulhaber
923 South 4th
LaConner, WA 98257

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen

Brent E. Wood
Wood & Francis, PLLC
P. O. Box 164
Raleigh, NC 27602

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Dorothy H. Miller
102 Triangle Circle
Lafayette, LA 70508

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Jane E. Chassey
1514 Azalea Drive
Saint Louis, Missouri 63119

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL-9490 Vaduz

Jean Wedin
P. O. Box 1600
LaConner, WA 98257

Managing Agent
Mayflower Capital, LLC
2626 Glenwood Ave., Suite 100
Raleigh, NC 27608

Managing Agent
Schweizerische Hypotheken
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich

Stanley H. Van Etten
10504 Tredwood Drive
Raleigh, NC  27613

Charles Anderson
Smith Helms Mulliss & Moore
P. O. Box 27525
Raleigh, NC  27611

Claude Savage
106 Benbow Lane
Charlotte, NC  28214

Shawna Y. Staton
Jordan, Price, Wall, Gray,
  Jones & Carlton
P. O. Box 2021
Raleigh, NC  27602-2021

Managing Agent
Coeco
2525 Atlantic Avenue
Raleigh, NC  27604

Managing Agent
Centrum Bank AGVaduz
Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz

Managing Agent
Mareco Treuhand Anstalt
Schlossweg 24
FL-9496 Balzers

Managing Agent
UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich

Marianne Kelley
142419 133 Ave.
Edmonton, Alberta
CANADA  T5A5A5

Larry Smith
2435 E. North Street
Greenville, SC  29615

Henry W. Nozko, Jr., President
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT  06050-2350

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN  56258

Managing Agent
Emil Schatz, St Gallen
Oberhofstettenstrasse 67C
CH-9012, Saint Gallen

Managing Agent
UBS AG, Zurich Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich

Ronald H. Garber
Boxley, Bolton & Garber,
L.L.P.
P. O. Drawer 1429
Raleigh, NC  27602

Robert L. Chalmers
2800 Skymark Ave., Ste. 33
Mississauga, Ontario
CAN L4W5A6

Anna M. Washburn
145 Christopher Drive
Clayton, NC  27520

Henry W. Nozko, Jr., President
United Coastal Insurance
Company
P. O. Box 2350
New Britain, CT  06050-2350

Managing Agent
EOS Financial Services
P. O. Box 1839
Raleigh, NC  27602

Managing Agent
Arrurata Treuhand und
Revisions AG Vaduz
Abundt 36
FL-9490 Vaduz

Holmes P. Harden, Trustee
Maupin Taylor & Ellis, P.A.
P. O. Drawer 19764
Raleigh, NC  27619-9764