**FILED**

**JAN 21 1999**

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                    CASE NO. 98-02675-5-ATS
                                          CHAPTER 7
International Heritage, Inc.

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Sherwin P. Robin P.C., Post Office Box 9541, Savannah, Georgia 31412-9541, is counsel of record herein for Michael Dobbs, and on behalf of said creditor, hereby requests receipt of all notices to parties-in-interest herein.

Respectfully submitted,

_____
SHERWIN P. ROBIN
GA Bar No. 609875

SHERWIN P. ROBIN P.C.
P.O. Box 9541
Savannah, Georgia 31412-9541
(912) 236-9271

99-00002-0

Copy ret'd 1/21/99 AM

52