FILED

JAN 22 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. ) | CASE NO. 98-02675-5-ATS |
| ) | |
| ) | |
| Debtor. ) | |

## ORDER TO CONTINUE

Trustee's Motion to Continue Hearing having come on for the consideration of the undersigned,

IT IS HEREBY ORDERED that the hearing on the Application for Post-Petition Rent - 11 USC Sections 503 and 506 filed by Printing Plus, Inc. and Response Thereto filed by Trustee scheduled for hearing at 10:00 on February 17, 1999 be continued until _March 3, 1999, 9:00 a.m._

This the 22nd day of January, 1999.

_A. Thomas Small_
Bankruptcy Court Judge

RAL/177882/1

53  cc: (E) Harden to serve 1/22/99 pm                                                     55

**Date:** 1/22/99
**Sender:** ~LFSfax
**To:** Anne Moell
**Priority:** Normal
**Subject:** Fax Request Result

Lotus Fax Server
Fax Sent - Confirmation

| | |
|---|---|
| Received by LFS at: | 01/22/99 11:59:47 AM |
| Processing Time: | 23 Minute(s)   53 Second(s) |
| Transmission Start Time: | 01/22/99 12:18:50 PM |
| Transmission End Time: | 01/22/99 12:23:40 PM |
| Number of pages: | 3 |
| Successfully faxed to: | Harden Holmes  FAX#1010333#,9199814300 dy |
| LFS Request ID: | 26818 |