FILED

JAN 22 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                     )
                                           )     CHAPTER 7
INTERNATIONAL HERITAGE, INC.               )     CASE NO. 98-02675-5-ATS
                                           )
INTERNATIONAL HERITAGE,                    )
INCORPORATED,                              )
                                           )     CHAPTER 7
                                           )     CASE NO. 98-02674-5-ATS
            Debtors.                       )

## EX PARTE
## MOTION TO EXTEND TIME TO
## ASSUME OR REJECT EXECUTORY CONTRACT

NOW COMES Holmes P. Harden, Trustee, in the above-captioned case, and alleges:

1. Holmes P. Harden is the duly qualified and acting trustee herein.

2. An order for relief in the above-captioned cases was entered on November 25, 1998.

3. One or both of the debtors is party to a Director and Officer's Policy ("the policy") with TIG Insurance Company.

4. Trustee is informed and believes and therefore alleges that the policy is paid up for one year. Trustee has filed a motion with this Court requesting authority to cancel the policy in order to obtain a premium refund, but the decision whether to cancel the policy or leave it in place has not been made.

5. The policy contains the right to purchase "tail coverage" for matters occurring during the policy period which might give rise to claims made after the policy period. According to Paragraph IX of the policy, the right to extend the reporting period is exercisable upon payment of an additional premium.

6. According to 11 U.S.C. § 365(d), executory contracts are deemed rejected by operation of law unless the Court extends the time within which the Trustee may assume or reject same. The time within which the Trustee may assume or reject in these cases expires on January 24, 1999.

7. Trustee does not contend or admit that the policy is executory, but Trustee believes it prudent to preserve the estate's rights to purchase tail coverage pending a determination whether to cancel the policy and apply for a refund.

RAL/177882/1

WHEREFORE, Trustee prays that this Court makes its order extending the time within which he may assume or reject any executory contract existing between either or both of the Debtors and TIG Insurance Company for an additional sixty (60) days.

Respectfully submitted this 22nd day of January, 1999.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _____
Holmes P. Harden, Trustee
3200 Beechleaf Court, Suite 500
Post Office Drawer 19764
Raleigh, North Carolina   27619-9764
Telephone:   919/981-4000
Facsimile:   919/981-4300

RAL/177882/1

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing or attached document was served upon all parties of record by mailing a copy thereof to them at the addresses indicated below with the proper postage attached and deposited into an official depository under the exclusive care and custody of the United States Postal Service in Raleigh, North Carolina, on the 22nd day of January, 1999.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _[signature]_
Holmes P. Harden, Trustee
3200 Beechleaf Court, Suite 500
Post Office Drawer 19764
Raleigh, North Carolina  27619-9764
Telephone:  919/981-4000
Facsimile:  919/981-4300

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039
Via Fax: 856-4692

Terri Gardner
Smith Debnam Narron & Myers, L.L.P.
P. O. Box 26268
Raleigh, NC 27611-6268
Via Fax: 250-2100

Brent E. Wood
Wood & Francis, P.L.L.C.
P. O. Box 164
Raleigh, NC 27601
Via Fax: 828-0804

Managing Agent
TIG Insurance Company
444 Market Street
San Francisco, CA 94111

Managing Agent
R. W. Corbin Insurance Agency
6512 Six Forks Road, Suite 102B
Raleigh, NC 27615

RAL/177882/1