

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

JAN 25 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| INTERNATIONAL HERITAGE, | ) | |
| INCORPORATED, | ) | CHAPTER 7 |
| | ) | CASE NO. 98-02674-5-ATS |
| Debtors. | ) | |

## ORDER EXTENDING TIME TO
## ASSUME OR REJECT EXECUTORY CONTRACTS

The Trustee having filed his Motion to Extend Time to Assume or Reject Executory Contracts which may exist between either or both of the Debtors and 20/21. Interactive LLC and/or Vertex, Inc. and good cause appearing therefor, it is

ORDERED that the time within which the Trustee in this case may assume or reject any and all executory contracts of either or both of the Debtors with 20/21 Interactive LLC and/or Vertex, Inc. be and the same hereby is extended to sixty (60) days from and after the date of this order.

Dated:_____JAN 25 1999_____

A. Thomas Small

United States Bankruptcy Judge

RAL/177882/1
Cc: Hardin to serve 1/25/99 Am