FILED

JAN 28 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: )
INTERNATIONAL HERITAGE, INC. ) CASE NO.: 98-02675-5-ATS
)
)
Address: )
2626 Glenwood Avenue, #200 ) CHAPTER 7
Raleigh, NC 27608 )
)
TAX ID# 56-1921093 )
)
Debtor. )
)

## APPLICATION BY TRUSTEE FOR AUTHORITY TO EMPLOY AND APPOINT ATTORNEY SPECIALLY

The application of Holmes P. Harden respectfully represents:

1. Your applicant was appointed Trustee of the estate of International Heritage, Inc., the above-named debtor, and is qualified and is now acting as such Trustee.

2. It is necessary to employ counsel to perform the legal services for your applicant which will be required in the administration of the estate, as enumerated in (5) below.

3. Your applicant wishes to employ Nicholls and Crampton, P.A., as attorneys duly admitted to practice in this Court.

4. Your applicant has selected Nicholls and Crampton, P.A. for the reason that your applicant believes that they are well-qualified to represent him in this proceeding.

5. The professional services said Nicholls and Crampton, P.A. to render are:

Litigate §547 and §548 claims and claims for contribution.

RAL/179007/1

6. Your applicant desires to employ Nicholls and Crampton, P.A. on an hourly basis of $145.00 for work performed.

7. Nicholls and Crampton, P.A., to the best of your applicant's knowledge, have no connections with the debtor, creditors, or any other party in interest, or their respective attorneys and accountants except as set forth in his declaration attached.

8. Nicholls and Crampton, P.A. are disinterested persons and represent no interest adverse to the Trustee or the estate in the matters upon which they are to be engaged for your applicant, and their employment would be in the best interest of this estate.

WHEREFORE, your applicant prays that he be authorized to employ and appoint said Nicholls and Crampton, P.A. as his attorneys and that he have such other and further relief as is just.

This 27th day of January, 1999.

Holmes P. Harden
Trustee

## AFFIDAVIT OF DISINTERESTEDNESS

STATE OF NORTH CAROLINA
COUNTY OF WAKE

Greg Crampton and Stephani Humrickhouse of Nicholls and Crampton, P.A. ("N&C"), being first duly sworn, aver and say that:

1. They are attorneys duly licensed to practice law in the State of North Carolina and in this Court

2. They practice law in a professional corporation under the firm name Nicholls and Crampton, P.A. (N&C), located at 4300 Six Forks Road, Raleigh, North Carolina  27609.

3. Neither Stephani Humrickhouse, Gregory Crampton nor N&C have any business connections with International Heritage, Inc. (the "Debtor"), its creditors, or any other party in interest, or their respective attorneys or accountants.

4. Neither Stephani Humrickhouse, Gregory Crampton nor N&C represent or hold any adverse interest to the Debtor or the estate in the matters upon which they are to be engaged except as may be disclosed above.

_____
Stephani Humrickhouse

Sworn to and subscribed before me
this 25 day of January, 1998.

_____
NOTARY PUBLIC
My Commission expires: 1-18-2000

_____
Gregory Crampton

Sworn to and subscribed before me
this 25 day of January, 1998.

_____
NOTARY PUBLIC
My Commission expires: 1-18-2000

RAL/122844/1

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, Trustee for International Heritage, Inc., do hereby certify that the Application By Trustee for Authority to Employ and Appoint Attorney Specially, hereto attached, was served upon the parties listed below by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the 27th day of January, 1999.

By: /s/ Holmes P. Harden
Holmes P. Harden
Trustee for Debtor
N. C. State Bar No. 9835
P. O. Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, North Carolina 27602

Gregory B. Crampton
Stephani Humrickhouse
Nicholls & Crampton, P. A.
P. O. Box 18237
Raleigh, North Carolina 27619

RAL/122844/1