**SO ORDERED.**

**SIGNED this 21 day of March, 2016.**

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                                                                          CASE NO.:

Curtis Colwell, III                                                                          09-07757-8-DMW
Rebecca Hogan Colwell

           **DEBTORS**                                                                         **CHAPTER 13**

### O R D E R

      The matter before the court is the motion to release funds filed by Curtis Colwell, III and Rebecca Hogan Colwell on March 3, 2016.  The motion requests the release of funds in the amount of $3,848.44.  The funds available for this creditor are $3,361.22.  Accordingly, the court finds that the amount of $3,361.22 constituting unclaimed funds is declared due to Curtis Colwell, III and Rebecca Hogan Colwell, 157 Fountain Springs Road, Holly Springs, NC 27540 by reasons stated in the motion filed in this case.  Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimants.

                                   "End of Document"