United States Bankruptcy Court
Eastern District of North Carolina

In re:
Curtis Colwell
Rebecca Hogan Colwell
    Debtors

Case No. 09-07757-DMW
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0417-8        User: harris_do        Page 1 of 1        Date Rcvd: Mar 21, 2016
                         Form ID: pdf014    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2016.
db/jdb       +Curtis Colwell, III,   Rebecca Hogan Colwell,   157 Fountain Springs Road,
          Holly Springs, NC 27540-8312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2016                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2016 at the address(es) listed below:
         Anna B. Osterhout   on behalf of Creditor   Progress Energy Carolinas, Inc.
          aosterhout@smithlaw.com,   kbarden@smithlaw.com
         John F. Logan    lweidenhamer@ralch13.com,   casefiles@ralch13.com,skeighley@ralch13.com
         Kristin Decker Ogburn   on behalf of Creditor   Poipu Resort Partners, L.P.
          kogburn@horacktalley.com
         P. Wayne Robbins   on behalf of Creditor Margaret   Hogan pwrobbins@rmrattorneys.com,
          kbernier@rmrattorneys.com
         William E. Brewer, Jr.   on behalf of Joint Debtor Rebecca Hogan Colwell
          dleggett@williambrewer.com,   thebrewerlawfirm@gmail.com;kjordan@williambrewer.com
         William E. Brewer, Jr.   on behalf of Debtor Curtis  Colwell, III dleggett@williambrewer.com,
          thebrewerlawfirm@gmail.com;kjordan@williambrewer.com
                                                                         TOTAL: 6

**SO ORDERED.**

**SIGNED this 21 day of March, 2016.**

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

**IN RE:**                                              **CASE NO.:**

Curtis Colwell, III                                     09-07757-8-DMW
Rebecca Hogan Colwell

  **DEBTORS**                                           **CHAPTER 13**

### O R D E R

      The matter before the court is the motion to release funds filed by Curtis Colwell, III and Rebecca Hogan Colwell on March 3, 2016.  The motion requests the release of funds in the amount of $3,848.44.  The funds available for this creditor are $3,361.22.  Accordingly, the court finds that the amount of $3,361.22 constituting unclaimed funds is declared due to Curtis Colwell, III and Rebecca Hogan Colwell, 157 Fountain Springs Road, Holly Springs, NC 27540 by reasons stated in the motion filed in this case.  Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimants.

"End of Document"