To Whom it May Concern:

FILED
APR 18 2016
STEPHANIE J. EDMONDSON, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

Case # : 09-07757-8-DMW

Our address has changed -
205 Doves Haven Dr
Apex, NC 27539

Please have our unclaimed funds check sent to that address. The old one is no longer valid.

Please call with any questions

Thankyou,
  Curtis and Rebecca Colwell

919 586 5187

FILED

APR 18 2016

STEPHANIE J. EDMONDSON, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

To whom it may concern,

Case # : 09-07157-8-DMW

205 Doves Haven Dr
Apex, NC 27539

Please have our unclaimed funds
check sent to that address.
The old one is no longer valid.

With any questions

Thanks,

Curtis and Rebecca Colwell

919 586 5137