**SO ORDERED.**

**SIGNED this 18 day of April, 2016.**

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: |
| Curtis Colwell, III<br>Rebecca Hogan Colwell | 09-07757-8-DMW |
| **DEBTORS** | **CHAPTER 13** |

### AMENDED ORDER

      The matter before the court is the motion to release funds filed by Curtis Colwell, III and Rebecca Hogan Colwell on March 3, 2016. The motion requests the release of funds in the amount of $3,848.44. The funds available for this creditor are $3,361.22. Accordingly, the court finds that the amount of $3,361.22 constituting unclaimed funds is declared due to Curtis Colwell, III and Rebecca Hogan Colwell, 205 Doves Haven Drive, Apex, NC 27539 by reasons stated in the motion filed in this case. Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimants.

"End of Document"