```
                           United States Bankruptcy Court
                           Eastern District of North Carolina
In re:                                                              Case No. 09-07757-DMW
Curtis Colwell                                                      Chapter 13
Rebecca Hogan Colwell
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0417-8          User: harris_do          Page 1 of 1          Date Rcvd: Apr 18, 2016
                              Form ID: pdf014          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2016.
db/jdb        +Curtis Colwell, III,   Rebecca Hogan Colwell,   205 Doves Haven Dr.,   Apex, NC 27539-5196

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2016 at the address(es) listed below:
              Anna B. Osterhout    on behalf of Creditor    Progress Energy Carolinas, Inc.
               aosterhout@smithlaw.com,   kbarden@smithlaw.com
              John F. Logan    lweidenhamer@ralch13.com,   casefiles@ralch13.com,skeighley@ralch13.com
              Kristin Decker Ogburn    on behalf of Creditor    Poipu Resort Partners, L.P.
               kogburn@horacktalley.com
              P. Wayne Robbins    on behalf of Creditor Margaret   Hogan pwrobbins@rmrattorneys.com,
               kbernier@rmrattorneys.com
              William E. Brewer, Jr.    on behalf of Joint Debtor Rebecca Hogan Colwell
               dleggett@williambrewer.com,   thebrewerlawfirm@gmail.com;kjordan@williambrewer.com
              William E. Brewer, Jr.    on behalf of Debtor Curtis   Colwell, III dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com;kjordan@williambrewer.com
                                                                                             TOTAL: 6

**SO ORDERED.**

**SIGNED this 18 day of April, 2016.**

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.:** |
| Curtis Colwell, III | 09-07757-8-DMW |
| Rebecca Hogan Colwell | |
| **DEBTORS** | **CHAPTER 13** |

### AMENDED ORDER

    The matter before the court is the motion to release funds filed by Curtis Colwell, III and Rebecca Hogan Colwell on March 3, 2016.  The motion requests the release of funds in the amount of $3,848.44.  The funds available for this creditor are $3,361.22.  Accordingly, the court finds that the amount of $3,361.22 constituting unclaimed funds is declared due to Curtis Colwell, III and Rebecca Hogan Colwell, 205 Doves Haven Drive, Apex, NC 27539 by reasons stated in the motion filed in this case.  Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimants.

"End of Document"