# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE: International Heritage, Inc.

**FILED**

FEB 2 1999

PEGGY B. DEANS, CLERK
U. S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

CASE NUMBER: 98-2675-5-ATS

## COURT MINUTES WITHDRAWING DOCUMENT

Document withdrawn: Motion For Authority To Cancel Insurance

Party withdrawing document: Holmes Harden

Location of the verbal withdrawal of the document:

Tape #: 2      Counter #: 964

Date of Hearing: 2/2/99      Time of Hearing: 2:00

Court Location of the Hearing: Raleigh, NC

Presiding Judge: A. Thomas Small

Date: FEB 0 2 1999

_Christi A Castellon_
COURTROOM DEPUTY