

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

FEB 3 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. ) | |
| ) | |
| ) | |
| Address: ) | CHAPTER 7 |
| 2626 Glenwood Avenue, #200 ) | |
| Raleigh, NC 27608 ) | |
| ) | |
| TAX ID# 56-1921093 ) | |
| ) | |
| Debtor. ) | |

### ORDER AUTHORIZING SALE OF PROPERTY FREE AND CLEAR OF LIENS

This matter comes on to be heard upon the Motion to Sell Property Free and Clear of Liens dated January 8, 1999, by Holmes P. Harden, Trustee in the above case. The court finds and concludes as follows:

1. This matter is a core proceeding pursuant to 28 U.S.C. Section 157, and the court has jurisdiction pursuant to 28 U.S.C. Sections 151, 157 and 1334.

2. The personal property to be sold by said trustee is all the personal property of debtor, tangible and intangible.

3. Said property may be subject to the following liens:

| Name and Address of Lienholder | Type of Lien |
|---|---|
| Jewels by Evonne, Inc.<br>1879 Buford Hwy., Suite 7<br>Buford, GA 30518 | UCC-1 #098004273 filed 5/28/98, Wake Co. Registry.  UCC-1 #19980029755 filed 5/28/98   NC Sec. of State. |
| Stanley H. VanEtten<br>10504 Tredwood Drive<br>Raleigh, NC 27613 | UCC-1 #98004144 filed 5/27/98, Wake Co. Registry.  UCC-1 #19980029036 filed 5/27/98, NC Sec. of State. |

RAL/179567/1

UOP CC BA + Harden to serve 2/3/99 Am

72

| | |
|---|---|
| Mayflower Capital, LLC<br>2626 Glenwood Avenue, Suite 100<br>Raleigh, NC 27608 | UCC-1 #98008343 filed 10/15/98, Wake Co. Registry.<br>UCC-1 #19980045152 filed 7/14/98 NC Sec. of State. |
| J. C. Faulhaber<br>923 South 4th<br>LaConner, WA 98257 | UCC-1 #98008342 filed 10/15/98, Wake Co. Registry. |
| Pamela Johnson<br>18488 Best Road<br>Mount Vernon, WA 98273 | UCC-1 #98008341 filed 10/15/98, Wake Co. Registry. |
| Jean Wedin<br>P. O. Box 1600<br>LaConner, WA 98257 | UCC-1 #98008340 filed 10/15/98, Wake Co. Registry. |
| Lois Coonc<br>P. O. Box 699<br>LaConner, WA 98257 | UCC-1 #98008339 filed 10/15/98, Wake Co. Registry. |
| Gary D. McDowell<br>1138 Ascott Valley Drive<br>Duluth, GA 30097 | UCC-1 #98008338 filed 10/15/98, Wake Co. Registry. |
| Advanced Equities<br>P. O. Box 1042<br>Winnfield, LA 71483 | UCC-1 #98008337 filed 10/15/98, Wake Co. Registry. |
| Schweizer Verband der Raiffessebanken, St. Gallen<br>Vadianstrasse 17<br>CH-9000 St. Gallen | UCC-1 #98006852 filed 8/24/98, Wake Co. Registry.  UCC-1 #19980059485filed 8/24/98 NC Sec. of State. |
| Schweizerische Hypotheken Handelsbank, Zurich<br>Bahnhofstrasse/Schutzengasse<br>CH-8023 Zurich | UCC-1 #98006851 filed 8/24/98, Wake Co. Registry.  UCC-1 #19980059484 filed 8/24/98  NC Sec. of State. |
| UBS, Zuerich<br>Direktion<br>Gahnhofstrasse 45, Postfach<br>CH-8021 Zurich | UCC-1 #98006847 filed 8/24/98, Wake Co. Registry.  UCC-1 #19980059480 filed NC Sec. of State. |

RAL/179567/1

| | |
|---|---|
| Coeco<br>2525 Atlantic Avenue<br>Raleigh, NC 27604<br><br>Business Credit Leasing, Assignee<br>115 West College Drive<br>Marshall, MN 56258 | UCC-1 #13463965 filed 6/4/96, NC Sec. Of State. |
| Coeco<br>2525 Atlantic Avenue<br>Raleigh, NC 27604<br><br>Business Credit Leasing, Assignee<br>115 West College Drive<br>Marshall, MN 56258 | UCC-1 # 1346396 filed 6/4/96, NC Sec. Of State. |
| EOS Financial Services<br>P. O. Box 1839<br>Raleigh, NC 27602<br><br>Business Credit Leasing, Assignee<br>115 West College Drive<br>Marshall, MN 56258 | UCC-1 #1255059 filed 8/18/95, NC Sec. Of State. |
| EOS Financial Services<br>P. O. Box 1839<br>Raleigh, NC 27602<br><br>Business Credit Leasing, Assignee<br>115 West College Drive<br>Marshall, MN 56258 | UCC-1 # 1450793 filed 4/15/97, NC Sec. Of State. |
| Centrum Bank, AG Vaduz<br>Heiligkreux 8, Postfoch 1168<br>FL-9490 Vaduz | UCC-1 #19980059479 filed 8/24/98, NC Sec. of State. |
| Emil Schatz, St Gallen<br>Oberhofstettenstrasse 67C<br>CH-9012, Saint Gallen | UCC-1 #19980059481 filed 8/24/98, NC Sec. of State. |
| Accurata Treuhand und Revisions AG Vaduz<br>Abundt 36<br>FL-9490, Vaduz | UCC-1 #19980059482 filed 8/24/98, NC Sec. of State. |

RAL/179567/1

| Mareco Treuhand Anstalt<br>Schlossweg 24<br>FL-9496, Balzers | UCC-1 # 19980059483 filed 8/24/98, NC Sec. of State. |
| --- | --- |
| UBS AG, Zurich Direktion<br>Bahnhofstrasse 45<br>Postfach<br>CH-8021, Zurich | UCC-1 #19980059486 field 8/24/98, NC Sec. of State. |

4. Each of the above-named parties has been duly served with notice of the motion to sell free and clear of liens; no response to such motion has been filed by said parties and the sale of the properties free of liens is authorized by 11 U.S.C. § 363; now therefore

**IT IS ORDERED, ADJUDGED AND DECREED** that Holmes P. Harden, Trustee, sell the personal property of debtor, both tangible and intangible, free and clear of the liens described herein at public or private sale.

**IT IS FURTHER ORDERED** that the liens named herein shall transfer to the proceeds of such sale and attach thereto, subject to the orders of distribution that may be entered by the court, and

**IT IS FURTHER ORDERED** that the proceeds of sale shall be subject to the payment of reasonable, necessary costs and expenses of preserving, or disposing of, the property described herein to the extent of any benefit to the holder of an allowed secured claim as described herein subject to approval by the court, and

**IT IS FURTHER ORDERED** that the actual sale or sales of the property shall be subject to all provisions of the Bankruptcy Code and the Bankruptcy Rules with respect to notice and hearing.

Dated: FEB - 3 1999

*C. Thomas Small*
UNITED STATES BANKRUPTCY JUDGE

RAL/179567/1