FILED
FEB 08 1999
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE:<br>INTERNATIONAL HERITAGE, INC.<br><br>Address:<br>2626 Glenwood Avenue, #200<br>Raleigh, NC 27608<br><br>TAX ID# 56-1921093<br><br>Debtor. | CASE NO.: 98-02675-5-ATS<br><br><br>CHAPTER 7 |

### APPLICATION BY TRUSTEE FOR AUTHORITY TO EMPLOY AND APPOINT ATTORNEY SPECIALLY

The application of Holmes P. Harden respectfully represents:

1. Your applicant was appointed Trustee of the estate of International Heritage, Inc., the above-named debtor, and is qualified and is now acting as such Trustee.

2. It is necessary to employ an attorney to perform the legal services for your applicant which will be required in the administration of the estate, as enumerated in (5) below.

3. Your applicant wishes to employ William P. Janvier, an attorney duly admitted to practice in this Court.

4. Your applicant has selected William P. Janvier for the reason that your applicant believes that he is well-qualified to represent him in this proceeding.

5. The professional services said William P. Janvier is to render are:

    litigation regarding the claims against Chittenden Bank, Electronic Card Services, Ed Harvey, EBH Distributors, Humboldt Bank, First

RAL/182827/1

Data/Unified Merchant Service, Nationsbank, Nova Information Systems, First Union National Bank, Big Planet, New World Junction and SouthTrust Bank of N.C., and to opine as to the legal strength of the causes of action set forth in B(20) of the debtor's schedules as amended (save and except nos. 5 and 8 of B(20) as amended) and to litigate such claims if requested to do so by Trustee.

6. Your applicant desires to employ William P. Janvier on an hourly basis of $110.00 for work performed.

7. William P. Janvier, to the best of your applicant's knowledge, has no connections with the debtors, creditors, or any other party in interest, or their respective attorneys and accountants except as set forth in his declaration attached.

8. William P. Janvier is a disinterested person and represents no interest adverse to the Trustee or the estate in the matters upon which he is to be engaged for your applicant, and his employment would be in the best interest of this estate.

WHEREFORE, your applicant prays that he be authorized to employ and appoint said William P. Janvier as his attorney and that he have such other and further relief as is just.

This 8th day of February, 1999.

/s/ Holmes P. Harden
Holmes P. Harden
Trustee

RAL/122844/1

## AFFIDAVIT OF DISINTERESTEDNESS

STATE OF NORTH CAROLINA

COUNTY OF WAKE

William P. Janvier of Merritt, Wooten & Janvier, P.A. ("MW&J"), being first duly sworn, avers and says that:

1. He is an attorney duly licensed to practice law in the State of North Carolina and in this Court.

2. He practices law in a professional corporation under the firm name Merritt, Wooten & Janvier, P.A. (M&J), located at 434 Fayetteville Street Mall, Suite 2010, Raleigh, North Carolina 27601.

3. Neither William P. Janvier nor MW&J has any known business connections with International Heritage, Inc. (the "Debtor"), its creditors, or any other party in interest, or its respective attorneys or accountants, except that William P. Janvier and MW&J regularly represent NationsBank, N.A.

4. Neither William P. Janvier nor MW&J represent or holds any adverse interest to the Debtor or the estate in the matters upon which they are to be engaged except as disclosed above.

WILLIAM P. JANVIER

Sworn to and subscribed before me the 8 day of February, 1999.

NOTARY PUBLIC

My Commission Expires: 2-14-2000

12860

CERTIFICATE OF SERVICE

    I, Rebecca A. Bue, do hereby certify that the Application By Trustee for Authority to Employ and Appoint Attorney, hereto attached, was served upon the parties listed below by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina on the 8th day of February, 1999.

                                                                              Rebecca A. Bue, Legal Assistant  
                                                                             Merritt, Wooten & Janiver, P.A.  
                                                                             P.O. Box 3007  
                                                                             Raleigh, NC 27602-3007  
                                                                             (919) 834-9160

Served:

Marjorie K. Lynch  
Bankruptcy Administrator  
P.O. Box 3709  
Raleigh, NC 27602

Holmes P. Harden  
Trustee for Debtor  
P.O. Box 19764  
Raleigh, NC 27619