UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

FEB 8 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:                                )         CHAPTER 7
                                      )
INTERNATIONAL HERITAGE, INC.          )         CASE NO. 98-02675-5-ATS
                                      )
Address:                              )
2626 Glenwood Avenue, #200            )
Raleigh, NC 27608                     )
                                      )
TAX ID#56-1921093                     )
                                      )
    Debtor.                           )

## ORDER

This matter coming on for hearing before the undersigned Bankruptcy Judge upon the Emergency, Ex Parte Motion of Holmes P. Harden, Trustee (the "Trustee") for a restraining order, an order freezing bank accounts, and an order requiring the turnover of bank records, and it appearing to the Court that an entity other than the Trustee may be marketing an asset of the estate without authorization and for other good cause as shown in the Trustee's Motion, and that irreparable harm may be done to the estate if the relief requested is not immediately granted, it is hereby ORDERED as follows:

1. New World Junction, and its officers and agents, shall immediately cease advertising for sale any list of former International Heritage, Inc. representatives;

2. Bank of America shall immediately turn over to Holmes P. Harden, Trustee, all information regarding the individuals opening bank accounts in the name of New World Junction and the identity and location of New World Junction's officers and agents, or, alternatively, shall appear before this Court on Friday, February 12, 1999, at noon, at the United States Bankruptcy Court for the Eastern District of North Carolina, located at 300 Fayetteville Street Mall, Century Station, Raleigh, NC 27601 and show cause why such information has not been and should not be provided; and

3. A hearing will be held on Thursday, February 18, 1999, at 9:00 a.m. at United States Bankruptcy Court for the Eastern District of North Carolina, located at 300 Fayetteville Street Mall, Century Station, Raleigh, NC 27601, and New World Junction shall appear at said hearing to show cause why the complained of marketing of the list of former International Heritage, Inc. representatives is not a violation of the automatic stay.

DATED: FEB -8 1999

United States Bankruptcy Judge

12832

cc: Janvier to serve 2/8/99 Am