UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE:<br>INTERNATIONAL HERITAGE, INC.<br><br>Address:<br>2626 Glenwood Avenue, #200<br>Raleigh, NC 27608<br><br>TAX ID# 56-1921093<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 98-02675-5-ATS<br><br>**FILED**<br><br>CHAPTER 7    FEB 9 1999<br><br>PEGGY B. DEANS, CLERK<br>U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF N.C. |

## ORDER AUTHORIZING APPOINTMENT OF ATTORNEY SPECIALLY

Upon the application of Holmes P. Harden, Trustee of the estate of International Heritage, Inc., the above-named debtor, stating the necessity of employment of an attorney to perform services on behalf of Trustee and praying for authority to employ and appoint William P. Janvier to represent him on an hourly basis for work performed, and it being the court's belief that William P. Janvier is well-qualified to represent Trustee in this proceeding in litigation regarding the claims against Chittenden Bank, Electronic Card Services, Ed Harvey, EBH Distributors, Humboldt Bank, First Data/Unified Merchant Service, Nationsbank, Nova Information Systems, First Union National Bank, Big Planet, New World Junction and SouthTrust Bank of N.C., and to opine as to the legal strength of the causes of action set forth in B(20) of the debtor's schedules as amended (save and except nos. 5 and 8 of B(20) as amended) and to litigate such claims if requested to do so by Trustee.

It further appearing that William P. Janvier is an attorney duly admitted to practice in this Court, and the Court being satisfied that William P. Janvier has no connections with the debtor, creditors, or any other party in interest, or their respective attorneys and accountants, and represents no interest adverse to said Trustee or the estate of the debtor in the matters upon

RAL/122844/1

cc: BA + Harden to serve 2/9/99 Am

which he is to he engaged, that this employment is *necessary* and would be *in the best interests* of the estate; and for good cause shown.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Holmes P. Harden, as said Trustee, be and hereby is authorized to *employ and* appoint William P. Janvier as his attorney on an hourly basis of $110.00 for work performed subject to court approval.

Dated:    FEB - 9 1999

*A. Thomas Small*
Bankruptcy Judge