UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE:<br>INTERNATIONAL HERITAGE, INC.<br><br>Address:<br>2626 Glenwood Avenue, #200<br>Raleigh, NC 27608<br><br>TAX ID# 56-1921093<br><br>Debtor. | ) CASE NO.: 98-02675-5-ATS<br>)<br>)<br>)<br>) CHAPTER 7    FILED<br>)<br>)<br>)     FEB 9 1999<br>)<br>) PEGGY B. DEANS, CLERK<br>) U.S. BANKRUPTCY COURT<br>) EASTERN DISTRICT OF N.C.<br>) |

## ORDER AUTHORIZING APPOINTMENT OF ATTORNEY SPECIALLY

Upon the application of Holmes P. Harden, Trustee of the estate of International Heritage, Inc., the above-named debtor, stating the necessity of employment of counsel to perform services on behalf of Trustee and praying for authority to employ and appoint Lewis and Roberts, PLLC to represent him on a contingency basis for work performed, and it being the court's belief that Lewis and Roberts, PLLC is well-qualified to represent Trustee in this proceeding to litigate claims by and against Executive Risk Speciality Insurance Company, and to opine on the legal merits of estate claims against TIG Insurance Company, 20/21 Software, Inc., 20/21 .Interactive LLC and Vertex, Inc. and to litigate such claims, and it appearing that no notice of hearing on said application should be given, and no adverse interest having been represented, and it further appearing that Lewis and Roberts, PLLC are attorneys duly admitted to practice in this Court, and the Court being satisfied that Lewis and Roberts, PLLC has no connections with the debtor, creditors, or any other party in interest, or their respective attorneys and accountants, and represents no interest adverse to said Trustee or the estate of the debtor in the matters upon which it is to be

73 cc: Mr+ Harden to serve 2/9/99 AM

engaged, that this employment is necessary and would be in the best interests of the estate; and for good cause shown.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Holmes P. Harden, Trustee, be and hereby is authorized to employ and appoint Lewis and Roberts, PLLC as his attorneys specially to represent him in the aforesaid matters on a contingency basis of 25% of each recovery for the estate unless appellate work beyond the United States District Court is required, in which case the fee will be 33%.

Dated: **FEB - 9 1999**

_____
Bankruptcy Judge

RAL/122844/1




NO OBJECTION
2/8/99

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE:<br>INTERNATIONAL HERITAGE, INC.<br><br>Address:<br>2626 Glenwood Avenue, #200<br>Raleigh, NC 27608<br><br>TAX ID# 56-1921093<br><br>Debtor. | CASE NO.: 98-02675-5-ATS<br><br>**RECEIVED**<br>CHAPTER 7<br>FEB 0 5 1999<br>BANKRUPTCY<br>ADMINISTRATOR, EDNC |

## APPLICATION BY TRUSTEE FOR AUTHORITY TO EMPLOY AND APPOINT ATTORNEY SPECIALLY

The application of Holmes P. Harden respectfully represents:

1. Your applicant was appointed Trustee of the estate of International Heritage, Inc., the above-named debtor, and is qualified and is now acting as such Trustee.

2. It is necessary to employ counsel to perform the legal services for your applicant which will be required in the administration of the estate, as enumerated in (5) below.

3. Your applicant wishes to employ Lewis and Roberts, PLLC, as attorneys duly admitted to practice in this Court.

4. Your applicant has selected Lewis and Roberts, PLLC for the reason that its attorneys are experienced practitioners of insurance and commercial litigation and that your applicant believes that they are well-qualified to represent him in this proceeding.

5. The professional services Lewis and Roberts, PLLC is to render are:

RAL/182696/1