FILED

FEB 10 1999

PEGGY B. MEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

INTERNATIONAL HERITAGE, INC.,   )   CASE NO'S: 98-02675-5-ATS
                                )              98-02674-5-ATS
            Debtor              )
                                    CHAPTER 7


NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney hereby gives notice of appearance for the creditor Acstar Insurance Company, in the above-captioned case and requests that a copy of all notices be mailed, or E-mailed, to him and that the following address be included on the mailing matrix:

> Michael P. Flanagan
> Ward and Smith, P.A.
> Attorneys at Law
> Post Office Box 8088
> Greenville, North Carolina  27835-8088
>
> mpf@wardandsmith.com

This the 8th day of February, 1999.

_____
Michael P. Flanagan
N.C. State Bar I.D. No.: 001461
For the firm of
Ward and Smith, P.A.
120 West Fire Tower Road
Post Office Box 8088
Greenville, North Carolina  27835-8088
Telephone: (919) 355-3030
Attorneys for Acstar Insurance Company

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICES by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail at Greenville, North Carolina, addressed to the following persons at the following addresses which are the last addresses known to me:

>Ms. Terri L. Gardner
>Attorney at Law
>Post Office Drawer 26268
>Raleigh, NC  27611-6268
>
>Mr. Holmes P. Harden
>Trustee
>Post Office Box 17169
>Raleigh, NC  27619
>
>Ms. Marjorie K. Lynch
>Bankruptcy Administrator
>Post Office Box 3039
>Raleigh, NC  27602

This the ____ day of February, 1999.

_____
Michael P. Flanagan

990138-0001
GVLMAIN\197253.1

2