FEB 11 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF<br>-OF-<br>INTERNATIONAL HERITAGE, INC.<br>(TAX ID #56-1921093) | ) )<br>) )<br>) )<br>) ) | CASE NO. 98-02675-5-ATS<br><br>CHAPTER 7 |
| INTERNATIONAL HERITAGE,<br>INCORPORATED<br>(TAX ID #87-0421191)<br><br>Debtors | )<br>) )<br>) )<br>) )<br>) )<br>) | CASE NO. 98-02674-5-ATS<br><br>CHAPTER 7 |

RESPONSE TO APPLICATION OF TRUSTEE TO
ENTER INTO STIPULATION AND CONSENT TO
FINAL JUDGMENT OF PERMANENT INJUNCTION

COME NOW the above-named debtors, by and through counsel of record, and hereby respond to the Application of Trustee to Enter Into Stipulation and Consent to Final Judgment of Permanent Injunction ("Application") filed by Holmes P. Harden, Trustee, for the debtors, as follows:

1. The debtors filed for relief on November 25, 1998 and Holmes P. Harden was appointed Trustee.

2. With regard to the Application, the Trustee states in paragraph 2 that "The payment bond inures to the benefit of the Commission and is not property of either bankruptcy estate." While the debtors do not disagree that the **bond** is not property of the bankruptcy estates, ACSTAR Insurance Company is holding $3,500,000 of funds of International Heritage, Inc. as security for the bond. These funds are property of the estate in that, according to the bond, they would revert to said debtor's estate if the Securities and Exchange Commission failed to obtain a judgment for damages or other monetary relief against the debtors.

3. The Trustee indicates that as part of the settlement, he agrees to waive the attorney-client privilege as to prepetition advice the debtors received from their attorneys. The debtor engaged numerous attorneys to assist in its various legal affairs. While the debtor understands and acknowledges that the Trustee is entitled to waive the attorney-client privilege to review any and all documents and discover information regarding communications between the debtors and their counsel, the debtor objects to the Trustee exposing debtors' counsel to any and all requests for privileged information from the Securities and Exchange Commission. The debtors recognize that the Trustee is seeking to recover a substantial sum though the bond in order to pay creditors, but the debtors do not believe that their attorneys and other defendants should be left totally exposed in the process.

WHEREFORE, the debtors respectfully request that the court consider this response prior to ruling on the Trustee's motion.

RESPECTFULLY submitted, this the 8th day of February, 1999.

*Terri L. Gardner*
Terri L. Gardner
NC State Bar No. 9809
of SMITH DEBNAM NARRON & MYERS, L.L.P.
Post Office Box 26268
Raleigh, North Carolina 27611-6268
Telephone: (919) 250-2000

ihi.18

```
              UNITED STATES BANKRUPTCY COURT
              EASTERN DISTRICT OF NORTH CAROLINA
                      RALEIGH DIVISION
```

| | | |
|---|---|---|
| IN THE MATTER OF | ) | CASE NO. 98-02675-5-ATS |
| -OF- | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CHAPTER 7 |
| (TAX ID #56-1921093) | ) | |
| | ) | |
| INTERNATIONAL HERITAGE, | ) | |
| INCORPORATED | ) | |
| (TAX ID #87-0421191) | ) | |
| | ) | |
| Debtors | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that she is over eighteen (18) years of age and the

Response To Application Of Trustee To Enter Into Stipulation And Consent To Final Judgment Of Permanent Injunction

was this day served upon the below named persons, parties and/or counsel by mailing, postage prepaid, first class mail, a copy of such instruments to such persons, parties and/or counsel at the address shown below:

Ms. Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Century Station
Raleigh, NC 27602-3039

Mr. Holmes P. Harden
Maupin Taylor & Ellis, P.A.
P. O. Drawer 19764
Raleigh, NC 27619

Mr. William P. Hicks
U.S. Security & Exchange Commission
Atlanta District Office
Suite 1000
3475 Lenox Rd.
Atlanta, GA 30326

Mr. Brent E. Wood
Attorney at Law
P. O. Box 164
Raleigh, NC 27602

Mr. Stan Van Etten
Mayflower Capital, LLC
2626 Glenwood Ave., Suite 100
Raleigh, NC 27608

Dated: 2/8/99

*Terri L. Gardner*
Terri L. Gardner
NC State Bar No. 9809
SMITH DEBNAM NARRON & MYERS, L.L.P.
P. O. Box 26268
Raleigh, NC 27611-6268
Telephone: (919)250-2000