**F I L E D**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

FEB 1 1 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| Address: | ) | |
| 2626 Glenwood Avenue, #200 | ) | |
| Raleigh, NC 27608 | ) | |
| | ) | CERTIFICATE OF SERVICE |
| TAX ID#56-1921093 | ) | |
| | ) | |
| Debtor. | ) | |

The undersigned does hereby certify that a copy of the *Order* granting the Trustee's Emergency Ex Parte Motion For Restraining Order, The Freezing Of Bank Accounts, And The Turnover of Bank Records Motion For Extension Of Time was served upon the parties listed below via facsimile and by placing a copy of said Order in the custody and care of the U.S. Postal Service, First Class Mail, in envelopes, postage prepaid and addressed as shown below:

Mrs. Marjorie K. Lynch
Bankruptcy Administrator
P.O. Box 3758
Wilson, NC 27895-3758
Fax: (252) 237-6721

Holmes P. Harden, Trustee
Maupin, Taylor & Ellis, P.A.
Highwoods Tower One, Suite 500
3200 Beechleaf Court
Raleigh, NC 27604
Fax: (919) 981-4300

Terri Gardner
P.O. Box 26268
Raleigh, NC 27611-6268
Fax: (919) 250-2100

New World Junction
P.O. Box 1473
San Bruno, CA 94066
Fax: (650) 869-6147

Bank of America
955 El Camino Real
South San Francisco, CA 94080
Fax: (650) 742-5045

This the 11th day of February, 1999.

Rebecca A. Bue, Legal Assistant
Merritt, Wooten & Janvier, P.A.
Post Office Box 3007
Raleigh, North Carolina 27602-3007
(919) 834-9160