UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| Address: | ) | |
| 2626 Glenwood Avenue, #200 | ) | FILED |
| Raleigh, NC 27608 | ) | |
| | ) | FEB 11 1999 |
| TAX ID#56-1921093 | ) | |
| | ) | PEGGY B. DEANS, CLERK |
| Debtor. | ) | U.S. BANKRUPTCY COURT |
| | | EASTERN DISTRICT OF N.C. |

## ORDER

This matter coming on for hearing before the undersigned Bankruptcy Judge upon the Motion of Holmes P. Harden, Trustee (the "Trustee") to modify this Court's Order of February 8, 1999 requiring New World Junction to cease advertising for sale certain property of the estate and requiring Bank of America to provide the Trustee with certain information regarding New World Junction, and it appearing to the Court that certain provisions of its Order of February 8, 1999 are no longer necessary for the protection of the estate, and for other good cause as shown in the Trustee's Motion, it is hereby ORDERED as follows:

1.    New World Junction, and its officers and agents, shall not advertise for sale any list of former International Heritage, Inc. representatives; and

2.    All other provisions of this Court's Order of February 8, 1999 regarding New World Junction and Bank of America are rescinded.

DATED:    FEB 11 1999

United States Bankruptcy Judge

12903