

FEB 16 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. ) | |
| ) | |
| Address: ) | CHAPTER 7 |
| 2626 Glenwood Avenue, #200 ) | |
| Raleigh, NC 27608 ) | |
| ) | |
| TAX ID# 56-1921093 ) | |
| ) | |
| Debtor. ) | |

## APPLICATION BY TRUSTEE FOR AUTHORITY TO EMPLOY AND APPOINT ATTORNEY SPECIALLY

The application of Holmes P. Harden respectfully represents:

1. Your applicant was appointed Trustee of the estate of International Heritage, Inc., the above-named debtor, and is qualified and is now acting as such Trustee.

2. It is necessary to employ an attorney to perform the legal services for your applicant which will be required in the administration of the estate, as enumerated in (5) below.

3. Your applicant wishes to employ Jean Boyles, an attorney duly admitted to practice in this Court.

4. Your applicant has selected Jean Boyles for the reason that your applicant believes that she is well-qualified to represent him in this proceeding.

5. The professional services Jean Boyles is to render are:

RAL/182832/1

litigation regarding the collection of security deposits, bonds and accounts receivable described in B(3) and B(15) of the debtor's schedules as amended exclusive of claims against credit card merchants and banks.

6. Your applicant desires to employ Jean Boyles on an hourly basis of $145.00 for work performed.

7. Jean Boyles, to the best of your applicant's knowledge, has no connections with the debtors, creditors, or any other party in interest, or their respective attorneys and accountants except as set forth in his declaration attached.

8. Jean Boyles is a disinterested person and represents no interest adverse to the Trustee or the estate in the matters upon which she is to be engaged for your applicant, and his employment would be in the best interest of this estate.

WHEREFORE, your applicant prays that he be authorized to employ and appoint said Jean Boyles as his attorney and that he have such other and further relief as is just.

This _____ day of February, 1999.

_____
Holmes P. Harden
Trustee

RAL/122844/1

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, Trustee for International Heritage, Inc., do hereby certify that the Application By Trustee for Authority to Employ and Appoint Attorney, hereto attached, was served upon the parties listed below by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the 12th day of February, 1999.

By: /s/ Holmes P. Harden
Holmes P. Harden
Trustee for Debtor
N. C. State Bar No. 9835
P. O. Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3709
Raleigh, North Carolina 27602

Jean Boyles
P. O. Box 10506
4086 Barrett Drive
Raleigh, NC 27605

RAL/122844/1

## AFFIDAVIT OF DISINTERESTEDNESS

STATE OF NORTH CAROLINA
COUNTY OF WAKE

Jean Boyles, being first duly sworn, avers and says that:

1. She is an attorney duly licensed to practice law in the State of North Carolina and in this Court

2. She practices law in a professional corporation located at 4086 Barrett Drive, Raleigh, North Carolina 27609.

3. Jean Boyles has no business connections with International Heritage, Inc. (the "Debtor"), its creditors, or any other party in interest, or its respective attorneys or accountants.

4. Jean Boyles does not represent or hold any adverse interest to the Debtor or the estate in the matters upon which she is to be engaged except as disclosed above.

_____
Jean Boyles

Sworn to and subscribed before me
this 12th day of February, 1999.

_____
NOTARY PUBLIC

My Commission expires: 01-29-02



RAL/122844/1