

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

FEB 16 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:  ]
INTERNATIONAL HERITAGE, INC.  ]
  ]  CASE NO. 98-02675
  ]  CHAPTER 7
DEBTOR.  ]

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE

The Commissioner of Revenue for the State of Tennessee, a creditor and/or party-in-interest in the above-styled case, hereby gives notice of her appearance in this case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

> Vickie Corbitt, #11429
> Attorney for Commissioner of Revenue
> Legal Services
> P.O. Box 198065
> Nashville, Tennessee 37219-8065
> (615) 741-2348 / FAX (615) 532-7346

The Tennessee Commissioner of Revenue requests that she be served through her said counsel with copies of all notices issued by the Clerk of the Court and all other pleadings and notices to parties-in-interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including all adversary proceedings, in accordance with Bankruptcy Rule 2002.

Respectfully submitted,

*Vickie Corbitt* (signature)

Vickie Corbitt, BPR #11429
Attorney for Commissioner of Revenue
Legal Services
P.O. Box 198065
Nashville, Tennessee 37219-8065
(615) 741-2348

c:  Terri L. Gardner

c: Harden (no extra copy 2/16/99)

88