

FILED

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

FEB 17 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:                                )
                                      )        CHAPTER 7
INTERNATIONAL HERITAGE, INC.          )        CASE NO. 98-02675-5-ATS
                                      )
                Debtors.              )

RESPONSE TO SUPPLEMENTAL APPLICATION
FOR ALLOWANCE OF POST-PETITION RENT
AND REQUEST FOR HEARING

Now comes Trustee, Holmes P. Harden, and requests a hearing on the Supplemental Application for Post-petition Rent of Printing Plus, Inc. dated February 12, 1999.

This the 15th day of February, 1999.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _____
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

RAL/177882/1

copy ret'd 2/17/99 Am

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing RESPONSE TO SUPPLEMENTAL APPLICATION FOR ALLOWANCE OF POST-PETITION RENT AND REQUEST FOR HEARING was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the 15th day of February, 1999.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _Holmes Harden_

Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Shawna Y. Staton
Jordan, Price, Wall, Gray & Jones, LLP
P. O. Box 2021
Raleigh, NC 27602-2021

RAL/177882/1