**FILED**
**FEB 17 1999**
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. | |
| | |
| Address: | CHAPTER 7 |
| 2626 Glenwood Avenue, #200 | |
| Raleigh, NC 27608 | |
| | |
| TAX ID# 56-1921093 | |
| | |
| Debtor. | |

## NOTICE OF PROPOSED PRIVATE SALE

TO:   All Creditors of International Heritage, Inc., and other interested parties

Holmes P. Harden, Trustee for the above-referenced debtor, hereby gives notice of the proposed private sale of the representative database of the above-referenced debtor to Direct Nutrition and to Symmetry Corporation for the amount of $3,000.00 each or $6,000.00. The aforesaid property is not listed in the debtor's schedules. The proposed purchasers are not insiders as defined by 11 U.S.C. 101(31).

An objection to this proposed private sale may be filed with the Clerk, United States Bankruptcy Court, Post Office Box 1441, Raleigh, North Carolina 27602, with a copy served on the trustee whose name appears at the bottom of this notice, within fifteen (15) days of the date of the mailing of this notice. A hearing on any objections to this notice of proposed private sale will be held on March 9, 1999, at 9:00 a.m. at the United States Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina. Any party requesting a hearing shall appear at said hearing in support of such request or he may be assessed with costs.

Date of mailing: February 17, 1999

MAUPIN TAYLOR & ELLIS, P.A.

BY: /s/ Holmes P. Harden
Holmes P. Harden
State Bar No. 9835
Trustee for Debtor
3200 Beechleaf Court
Post Office Drawer 19764
Raleigh, North Carolina 27619-9764
Telephone: (919) 981-4000

RAL/183734/1

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing **Notice of Proposed Public Sale** was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, and by public notice via 888-895-8385 and 919-981-4033 and by posting on court's web page www.nceb.uscourts.gov. on the 17th day of February, 1999.

MAUPIN TAYLOR & ELLIS, P.A.

BY: /s/ Holmes P. Harden
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

See Attached Mail Matrix and E-Mail List

RAL/179511/1

## MAUPIN TAYLOR & ELLIS, P.A.
ATTORNEYS AT LAW
HIGHWOODS TOWER ONE, SUITE 500
3200 BEECHLEAF COURT
RALEIGH, NORTH CAROLINA 27604-1064

TELEPHONE (919) 981-4000

MAILING ADDRESS
POST OFFICE DRAWER 19764
RALEIGH, NORTH CAROLINA 27619-9764
TELEFAX (919) 981-4300

DURHAM/RESEARCH TRIANGLE PARK OFFICE
411 ANDREWS ROAD, SUITE 150
DURHAM, NORTH CAROLINA 27705
TELEPHONE (919) 382-0188

# FACSIMILE TRANSMISSION

CONFIDENTIAL [ ]                    RUSH [ ]

TO: *Chittenden Bank*
*c/o Louis P. Rochkind*
*Jaffe, Raitt, Heuer & Weiss*
*One Woodward Avenue, Suite 2400*
*Detroit, MI 48226*

FROM: *Holmes P. Harden*
MAUPIN TAYLOR & ELLIS, P.A.
POST OFFICE DRAWER 19764
RALEIGH, NORTH CAROLINA 27619-9764
**DIRECT DIAL #:** *919-981-4011*

CITY:

DATE: February 16, 1999

FACSIMILE #: _313-961-8358_

OUR FILE NUMBER: _BANK7A-206_

TOTAL NUMBER OF PAGES, INCLUDING COVER SHEET:

The material transmitted and communicated herein ("communication") is intended only for the use of the individual or entity to which it is addressed, and may contain information that constitutes work product, or is subject to attorney-client privilege, or is confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

*MESSAGE:*

Original to follow by mail?  _X_ Yes  ___ No

We are transmitting from Group III equipment.

Facsimile #: 919/981-4300                    Help #: 919/981-4063

Terri I. Gardner
Smith Debnam Narron & Myers, L.L.P.
P. O. Box 26268
Raleigh, NC 27611-6268

Managing Agent
International Heritage, Inc.
2626 Glenwood Avenue
Raleigh, NC 27608

Brent E. Wood
Wood & Francis, PLLC
P. O. Box 164
Raleigh, NC 27602

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
1000 Cambridge Square, Suite C
Alpharetta, GA 30004

James Russell Tucker
Bush, Hauder & Adkerson, P.C.
500 N. Akard Street, Suite 2100
Dallas, TX 75201

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Dorothy H. Miller
102 Triangle Circle
Lafayette, LA 70508

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Stacey Ostrom
3010 E. Nasa Road 1 #1302
Seabrook, TX 77586

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Karl A. King
465 Sudden Valley
Bellingham, WA 98226

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039
Jane E. Chassey

1514 Azalea Drive
Saint Louis, Missouri 63119


Carolyn E. John

485 Broad River Blvd.
Beaufort, SC 29906

Managing Agent
Advanced Equities
P. O. Box 1042
Winnfield, LA 71483

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL -9490 Vaduz

Gary D. McDowell
1138 Ascott Valley Dr.
Duluth, GA 30097

Jean Wedin
P. O. Box 1600
LaConner, WA 98257

Managing Agent
Jewels by Evonne
1879 Buford Hwy.
Suite 7
Buford, GA 30518

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Managing Agent
Mayflower Capital, LLC
2626 Glenwood Ave., Suite 100
Raleigh, NC 27608

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen

Managing Agent
Schweizerische Hypotheken
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich

Stanley H. Van Etten
10504 Tredwood Drive
Raleigh, NC 27613

Managing Agent
UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich

Ronald H. Garber
Boxley Bolton & Garber
P. O. Drawer 1429
Raleigh, NC 27602

Charles Anderson
Smith Helms Mulliss & Moore
P. O. Box 27525
Raleigh, NC 27611

Marianne Kelley
142419 133 Ave.
Edmonton, Alberta
CANADA T5A5A5
Robert L. Chalmers

2800 Skymark Ave., Ste. 33
Mississauga, Ontario
CAN L4W5A6

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Larry Smith
2435 E. North Street
Greenville, SC 29615

Anna M. Washburn
145 Christopher Drive
Clayton, NC 27520

Shawna Y. Staton
Jordan, Price, Wall, Gray,
 Jones & Carlton
P. O. Box 2021
Raleigh, NC 27602-2021

Henry W. Nozko, Jr., President
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Henry W. Nozko, Jr., President
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350
Managing Agent

Coeco
2525 Atlantic Avenue
Raleigh, NC 27604

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN 56258
Managing Agent

EDS Financial Services
4800 Six Forks Road
Raleigh, NC 27609
Managing Agent
Centrum Bank AG Vaduz

Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz

Managing Agent
Emil Schatz, St Gallen
Oberhofstettenstrasse 67C
CH-9012, Saint Gallen

Managing Agent
Accurata Treuhand und Revisions AG Vaduz
Abundt 36
FL-9490 Vaduz

Managing Agent
Mareco Treuhand Anstalt
Schlossweg 24
FL-9496 Balzers

Managing Agent
UBS AG, Zurich Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich

Lloyd W. Gathings, II
Gathings & Associates
P. O. Box 10545
Birmingham, AL 35202

Robert W. Shores
Gathings & Associates
P. O. Box 10545
Birmingham, AL 35202

Mr. Herbert Towning
EPP
10 Gartenstrasse
Zurich, Switzerland
8022

Managing Agent
TransAmerica-TIG Insurance
650 California St. 2nd Floor
San Francisco, CA 94108-2702

Sherwin P. Robin
P. O. Box 9541
Savannah, GA 31412-9541

Tony Copeland
BTI
4300 Six Forks Road, Suite 500
Raleigh, NC 27609

Achievers Unlimited, Inc.
Attn: Nutritional Products
West Tower, 9th Floor
777 S. Flagler Drive
West Palm Beach, FL  33401

Princess House
Attn: Decorative Accessories
470 Myles Standish Blvd.
Taunton, MA  02780

Providence House, LLC
Attn: Childcare Products
229 North Church Street
Suite 400
Charlotte, NC  28202

PRP Wine International, Inc.
Attn: Wine
1701 A Howard Street
Elk Gove Village, IL  60007

RACHAEL International
Attn: Skincare, Healthcare Products
1706 East Semoran Blvd.
Suite 114
Apopka, FL  32703

Regal Ware, Inc.
Attn: Cookware, Cutlery
1675 Reigle Drive
Kewaskum, WI  53040

Reliv International, Inc.
Attn: Nutritional/Personal Care Products
P. O. Box 405
Chesterfield, MO  63006-0405

Rena-Ware Distributors, Inc.
Attn: Cookware
P. O. Box 97050
Redmond, WA  98073-9750

Rexair, Inc.
Attn: Homecare Products
3221 W. Big Beaver Road
Suite 200
Troy, MI  48084

Rexall Showcase International
Attn: Nutritional Products
853 Broken Sound Parkway, NW
Boca Raton, FL  33487-3694

Rich Plan Corporation
Attn: Food/Beverage Products
P. O. Box 224
Utica, NY  13503

The Right Solution
Attn; Nutritional Products
500 East Cheyenne Avenue
North Las Vegas, NV  89030

RMC Group, Inc.
Attn: Skincare/Nutritional Products
2969 Interstate Street
Charlotte, NC  28208

Saladmaster, Inc. (Regal Ware, Inc.)
Attn: Cookware
912-113th Street
Arlington, TX  76011-5407

Seaborne, Inc.
Attn: Nutritional Products
6200 Windward Parkway
Alpharetta, GA  30005

The Secrist Company
Attn: Doll Accessories
1519 Badour Road
Midland, MI  48640

Shaklee Corporation
Attn: Nutritional Products
Shaklee Terraces
444 Market Street
San Francisco, CA  94111

ShapeRite
Attn: Nutritional Products
9850 South 300 West
Sandy, UT  84070

Society Corporation
Attn: Cookware
1515 West Kilgore Avenue
Muncie, IN  47304

The Southwestern Company
Attn: Books, Educational Materials
P. O. Box 305140
Nashville, TN  37230-5140

Specialty Products Network
Attn: Food/Beverage Products
641 East Judd Street
Woodstock, IL  60098

Sportron International, Inc.
Attn: Nutritional Products
2901 Summit Avenue
Suite 300
Plano, TX  75074

Stampin' Up
Attn: Stamps
1245 East Brickyard
Suite 450
Salt Lake City, UT  84106

The Story Teller
Attn: Educational Materials
308 East 800 South
P. O. Box 921
Salem, UT  84653

Success Motivation Institute
Attn: Time Management Programs
1600 Lake Air Drive
Waco, TX  76710

Sunrider International
Attn: Nutritional Products
1625 Abalone Avenue
Torrance, CA  90501

Supra Life International
Attn: Nutritional Products
9820 Willow Creek Road
Suite 490
San Diego, CA  92131

Symmetry Corporation
Attn: Nutritional Products/Weight Managment
420 South Hillview Drive
Milpitas, CA  95035

Table Charm Corporation
Attn: Cookware/Tableware
248 Steelcase Road East
Markham, Ontario L3R 1G2
Canada

TARRAH
Attn: Skincare Products
1501 Northpoint Parkway
Suite 100
West Palm Beach, FL  33407

Tomorrow's Treasuers, Inc.
Attn: Photography
488 Glassboro Road
Woodbury Heights, NJ 08097

TOTALink International Group
Attn: Skincare, Nutritional Products
333 Wilson Avenue, Suite 300
North York, Ontario M3H IT2
Canada

Totally Tropical Interiors, Ltd.
Attn: Decorative Accessories
4310-12th Street, NE
Calgary, Alberta T2E 6K9
Canada

TPN, Inc., The Peoples Network
Attn: Self-improvement Program
P. O. Box 111817
2045 Chenault Drive
Carrollton, TX 75011-1817

Tupperware Corporation
Attn: Housewares
P. O. Box 2353
Orlando, FL 32802-2353

Unique Solutions, Inc.
Attn: Nutritional Products
31320 Via Colinas
Suite 108
Westlake Village, CA 91362

United Consumers Club, Inc.
Attn: Group Buying Services
8450 South Broadway
Merrillville, IN 46410

U.S. Safety & Engineering Corporation
Attn: Security Systems
2365 El Camino Avenue
Sacramento, CA 95821

USANA, Inc.
Attn: Nutritional Products
3838 West Parkway Blvd.
West Valley City, UT 84120

Usborne Books at Home
Attn: Books
10302 East 55 Place
Tulsa, OK 74146

Vantel Pearls in the Oyster
Attn: Jewelry
132 Central Street
Foxboro, MA 02035

Vita Craft Corporation
Attn: Cookware, Tableware
11100 West 58 Street
P. O. Box 3129
Shawnee, KS 66203

Viva America Marketing Corporation
Attn: Nutritional Products
1239 Victoria Street
Costa Mesa, CA 92627

Vorwerk USA Company, L.P.
Attn: Appliances
926 Great Pond Drive
Suite 1001
Altamonte Springs, FL 32714

Watkins Incorporated
Attn: Nutritional Products
150 Liberty Street
Winona, MN 55987-0570

Weekenders USA, Inc.
Attn: Clothing
1011 Woodlands Parkway
Vernon Hills, IL 60061-3181

The West Bend Company
Attn: Cookware
400 Washington Street
West Bend, WI 53095

Wicker Plus, Ltd.
Attn: Decorative Accessories
N112 W 14600 Mequon Road
Germantown, WI 53022

Wilton At Home
Attn: Kitchenware
2240 West 75th Street
Woodridge, IL 60517

The Workshops of Gerald E. Henn
Attn: Decorative Accessories
1001 Country Way
Warren, OH 44481

World Books, Inc.
Attn: Educational Materials
525 West Monroe Street
20th Floor
Chicago, IL 60661

Youngevity, Inc.
Attn: Nutritional Products
4951 Airport Parkway
Suite 500
Dallas, TX 75248

Kelly's Kids, Inc.
Attn: Children's clothes
P. O. Box 1367
Natchez, MS 39121

Kids Only Clothing Club, Inc.
Attn; Clothing
5775-11th Street, SE
Calgary, Alberta T2H1M7
Canada

The Kirby Company
Attn: Vacuum Cleaners
1920 West 114 Street
Cleveland, OH 44102-2391

Kitchen Fair (Regal Ware, Inc.)
Attn: House and Kitchenware
912 113th Street
Arlington, TX 76011

Kizure Products Company, Inc.
Attn: Haircare
1950 North Central Avenue
Compton, CA 90222

Lady Remington Jewelry
Attn: Jewelry
818 Thorndale Avenue
Bensenville, IL 60106

Learning Wonders
Attn: Educational Materials
39620 Entrepreneur Lane
Palm Desert, CA 92211

LifeLink LLC
Attn: Nutritional Products
P. O. Box 1867
Idaho Falls, ID 8343-1867

| | | |
|---|---|---|
| LifeScience Technologies, Ltd.<br>Attn: Nutritional and Personal Care Products<br>6990 Lake Ellenor Drive<br>Orlando, FL 32809 | The Longaberger Company<br>Attn: Decorative Accessories<br>1500 East Main Street<br>P. O. Box 3400<br>Newark, OH 43058-3400 | Longevity Network, Ltd.<br>Attn: Nutritional and Skincare Products<br>15 Cactus Garden Drive<br>Henderson, NV 89014 |
| Mannatech, Inc.<br>Attn: Nutritional Products<br>600 South Royal Lane<br>Suite 200<br>Coppell, TX 75019 | Marie-Chantal, Inc.<br>Attn: Jewelry<br>123 Marlborough Road<br>Scarborough, NY 10510 | Market America, Inc.<br>Attn: Personal Care Products<br>7605 Business Park Drive<br>Greensboro, NC 27409 |
| Mary Kay, Inc.<br>Attn: Skincare<br>16251 Dallas Parkway<br>Dallas, TX 75248 | Masterguard Corporation<br>Attn: Fire Alarms<br>1726 West Crosby Road<br>Suite 114<br>Carrollton, TX 75006 | Maxxis 2000, Inc.<br>Attn: Long Distance<br>1901 Montreal Road<br>Suite 110<br>Tucker, GA 30084 |
| Melaleuca, Inc.<br>Attn: Nutritional Products<br>3910 South Yellowstone Hwy.<br>Idaho Falls, ID 83402 | Multiples at Home<br>Attn: Clothing<br>1431 Regal Row<br>Dallas, TX 75247 | Muscle Dynamics Fitness Network, Inc.<br>Attn: Weight Management<br>20100 Hamilton Avenue<br>Torrance, CA 90502 |
| Natural Connections, Inc.<br>Attn: Nutritional Products<br>301 West Harford Street<br>Milford, PA 18337 | Natural World<br>Attn: Skincare Products<br>6929 East Greenway Parkway<br>Suite 100<br>Scottsdale, AZ 85254 | Nature's Own<br>Attn: Skincare Products<br>400 Long Beach Blvd.<br>Stratford, CT 06497 |
| Nature's Sunshine Products, Inc.<br>Attn: Skincare and Healthcare Products<br>75 East 1700 South<br>P. O. Box 19005<br>Provo, UT 84605-9005 | Nest Entertainment<br>Attn: Tapes and Videos<br>6100 Colwell Blvd.<br>Irving, TX 75039 | Network America, Inc.<br>Attn: Group Buying Service<br>3011 Gateway Drive<br>Suite 300<br>Irving, TX 75063 |
| New Image International, Inc.<br>Attn: Weight Management Products<br>P. O. Box 1038<br>Georgetown, KY 40324 | Newone Cosmetics Corporation<br>Attn: Skincare and Healthcare Products<br>4525 Wilshire Blvd.<br>Suite 140<br>Los Angeles, CA 90010 | Nikken, Inc.<br>Attn: Nutritional Products<br>15363 Barranca Parkway<br>Irvine, CA 92714 |
| NSA<br>Attn: Nutritional Products<br>4260 East Raines Road<br>Memphis, TN 38118 | Nu Skin Enterprises<br>Attn: Skincare and Healthcare Products<br>75 West Center Street<br>Provo, UT 84601 | AdvoCare International<br>Attn: Weight Management Products, Skincare<br>11431 Ferrell Avenue<br>Suite b<br>Dallas, TX 75244 |
| NuCare International, LLC<br>Attn: Skincare and Nutritional Products<br>4444 Classen Blvd.<br>Oklahoma City, OK 73118 | Nutrition for Life International, Inc.<br>Attn: Nutritional Products<br>9101 Jameel<br>Suite 180<br>Houston, TX 77040 | Oriflame U.S.A.<br>Attn: Skincare and Nutritional Products<br>8300 West Flagler Street<br>Suite 210<br>Miami, FL 33144-2096 |
| Oxyfresh Worldwide, Inc.<br>Attn: Healthcare Products<br>East 12928 Indiana Avenue<br>P. O. Box 3723<br>Spokane, WA 99220 | The Pampered Chef, Ltd.<br>Attn: Kitchenware and Cookware<br>350 South Rohlwing Road<br>Addison, IL 60101-3079 | Pangea, Ltd.<br>Attn: Skincare and Nutritional Products<br>995-D Mansell Road<br>Roswell, GA 30076 |

PartyLife Gifts, Inc.
Attn: Candle Accessories
P. O. box 976
Plymouth, MA 02362-0976

Petra Fashions, Inc.
Attn: Lingerie
35 Cherry Hill Park
Danvers, MA 01923

Pola U.S.A. Inc.
Attn: Skincare Products
251 East Victoria Street
Carson, CA 90746

Premier Designs, Inc.
Attn: Jewelry
1551 Corporate Drive
Irving, TX 75038-2431

Primerica Financial Services
Attn: Financial/Investment Services
3120 Breckenridge Boulevard
Duluth, GA 31099-0001

Princess House, Inc.
Attn: Decorative Accessories
470 Myles Standish Blvd.
Taunton, MA 02780

AMC Corporation
Cookware, Multi-Cooking Systems
595 Summer Street
Stamford, CT 06901

American Communications Network, Inc.
Attn: Long Distance, Prepaid Calling, Paging
100 West Big Beaver Road
Suite 400
Troy, MI 48084

Amway Corporation
Homecare Products, Nutritional, Personal Care Products
7575 Fulton Street East
Ada, MI 49355-0001

Arts Finds International, Inc.
Attn: Art
1810 S. Lynhurst Drive
Suite A
Indianapolis, IN 46241

Artistic Impressions, Inc.
Attn: Party Plan
240 Cortland Avenue
Loombard, IL 60148

Assured Nutrition Plus
Attn: Nutritional and Weight Management
4279 Crumrine Road
Greenville, OH 45331

Avon Products, Inc.
Attn: Cosmetics, Skincare, Nutritional Products
1345 Avenue of the Americas
New York, NY 10105-0196

BeautiControl Cosmetics, Inc.
Attn; Skincare & Nutritional Products
2121 Midway
Carrollton, TX 75006

Body Wise International, Inc.
Attn: Nutritional Products
6350 palomar Oaks court
Carlsbad, CA 92009

Carico International, Inc.
Attn: Cookware, Tableware, Nutritional & Skincare
2851 Cypress Creek Road
Ft. Lauderdale, FL 33309

Charmelle
Attn: Jewelry
101 Townsend
Suite 303
San Francisco, CA 94107

Colesce Couture, Inc.
Attn: Lingerie/Sleepware
9004 Ambassador Row
Dallas, TX 75247

Color Me Beautiful
Attn: Skincare, Cosmetics
14000 Thunderbolt place
Suite e
Chantilly, VA 22021

Conklin Company, Inc.
Attn: Personal Care Products
551 Valley Park Drive
P. O. Box 155
Shakopee, MN 55379

Cookin' the American Way
Attn: Cookware
11901 Grandview Road
Grandview, MO 64030

The country Peddlers & Company of America, Inc.
Attn; Decorative Accessories
5625 West 115th Street
Alsip, IL 60482

Creative Memories
Attn; Photo Albums
3001 Clearwater Road
P. O. Box 1839
St. Cloud, MN 56302-1839

CUTCO/Vector Corporation
Attn: Cutlery
1116 East State Street
P. O. Box 1228
Olean, NY 14760-1228

Direct Nutrition, Inc.
Attn: Nutritional Products, Skincare
10610 metric Drive
Suite 121 & 122
Dallas, TX 75243

Discovery Toys, Inc.
Attn: Educational Materials/Videos
6400 Brisa Street
Livermore, CA 94550

DK Family Learning
Attn: Books, Videos
7800 Southland Boulevard
Suite 200
Orlando, FL 32809

Doncaster
Attn; Fashion Accessories
581 Rock Road
Box 1159
Rutherfordton, NC 28139

DS-MAX U.S.A., Inc.
Attn: Books, Business Products
15 Chrysler Street
Irvine, CA 92718

Dudley Products, Inc.
Attn: Skincare, Haircare
1080 Old Greensboro Road
Kernersville, NC 27284-3222

Eagle Distributing Company, Inc.
Attn: Fire Alarms/Extinguishers
7635 Main Street
P. O. Box 410
Fishers, NY  14453

Electrolux Corporation
Attn: Houseware Products
2300 Windy Ridge Parkway
Suite 900
Atlanta, GA  30339

Enrich International
Attn: Skincare, Health/Fitness Products
748 North 1340 West
Orem, UT  84057

ENVION International
Attn: Nutritional Products
472 Amherst Street
Nashua, NH  03063-1204

Enviro-Tech International
Attn:  Personal Care Products
3930 Ali Baba Lane
Las Vegas, NV  89118-5555

Equinox International
Attn;  Nutritional Products, Skincare
10190 Covington Cross Drive
Las Vegas, NV  89134

Essentially Yours Industries Corp.
201-8322 130th Street
Surrey, BC  V3W 8J9
Canada

Excel Communications, Inc.
Attn:  Long Distance Service
8750 North Central Expressway
Suite 2000
Dallas, TX  75231

ForYou, Inc.
Attn: Skincare
4235 Main Street
P. O. Box 1216
Loris, SC  29569

FreeLife International
Attn:  Nutritional Products, Skincare
333 Quarry Road
Milford, CT  06460

Gift Shows by Personal Creations
Attn;  Personalize gifts
145 Tower Drive
Burr Ridge, IL  60521-5779

Golden Neo-Life Diamite International
Attn;  Skincare, Nutritional Products, Weight Management
3500 Gateway Boulevard
Fremont, CA  94537-5012

Golden Pride International
Attn:  Skincare, Weight Managment, Nutritional Products
P. O. Box 21109
West Palm Beach, FL  33416-1109

Herbalife International
Attn;  Weight Management, Nutritional Products
P. O. Box 80210
Los Angeles, CA  90080-0210

Highlights for Children, Inc.
Attn;  Educational Material
2300 West Fifth Avenue
P. O. Box 269
Columbus, OH  43216

Home & Garden Party, Inc.
Attn: Pottery, Art
2615 East End Blvd. South
P. O. Box 2069
Marshall, TX  75671

Home Interiors & Gifts, Inc.
Attn:  Decorative Accessories
4550 Spring Valley Road
Dallas, TX  75244-3705

The Homemaker's Idea Company
Wicker World Enterprises
Attn: Decorative Accessories
1420 Thorndale
Elk Grove Village, IL  60007

House of Lloyd, Inc.
Attn; Decorative Accessories
11901 Grandview Road
Grandview, MO  64030

Hsin Ten Enterprise USA, Inc.
Attn:  Healthcare Products
2000 Shames Drive
Westbury, NY  11590

Hy Cite Corporation
Attn:  Cookware, Water Treatment Systems
333 Holtzman Road
Madison, WI  53713-2109

Integris International, Inc.
Attn:  Nutritional Products
8312 Sterling
Irving, TX  75063

Integrity at Home, Inc.
Attn;  Books and Videos
1000 Cody Road
Mobile, AL  36695

Intelligent Nutrients
Attn;  Nutritional Products
321 Lincoln Stree, NE
Minneapolis, MN  55413

Interior Design Nutritionals
Division of Nu Skin International
Attn:  Skincare Products
75 West Center Street
Provo, UT  84601

Interstate Engineering
Attn;  Vacuum Cleaners
522 E. Vermont Avenue
Anaheim, CA  92805-5698

Jafra Cosmetics International, Inc.
Attn: Skincare
2451 Townsgate Road
Westlake Village, CA  91361

Jeunique International, Inc.
Attn: Skincare, Nutritional Products
19501 E. Walnut Drive
P. O. Box 1950
City of Industry, CA  91749

International Heritage
E-mail addresses for noticing purposes

yuanjunl@hotmail.com
beent@texoma.net
Cotner@wizzard.net
x2-song@worldnet.att.net
hual@airmail.net
mayfi23@ipa.net
Buddha623@aol.com
pgorman@vantagepointcapital.com
lwardcc2@aol.com
ridelga@pacbell.net
sstephe489@aol.com
mlafontaine@abbot-simses.com
wrightr@mindspring.com
TJWR21156@aol.com
rabbit@rockisland.com
cheryll.COSTANTINO@edmail.com
jasbircheema@amropictures.com
72320.316@compuserve.com
stann@colby.IXKS.com
lov.comptable@sympatico.ca
Cwin888@aol.com
myc888@webtv.net
virgilh@colby.ixks.com
gjack312@Intrstar.net
hdfrey@telusplanet.net
DLWARREN@BellSouth.net
michael_bhagat@hotmail.com
GBYRDJR@aol.com
rliston@spartanburg4.org
ghromero@aol.com
mommabeans@hotbot.com
joanchan@rocketmail.com
ZGU@atlantis.com
edeem@worldnet.att.net
DFITZPA400@aol.com
theboock@compuserve.com
pondman@memes.com
docchiro@ISLC.net
RIZMOE@NWRain.com
thodges@gateway.net
hlee@directv.com

fabb@telusplanet.net
cordw@deltapineseed.com
NBECK87570@aol.com
JYANG4@FORD.COM
mccarthy@mccarthyconsultant.com
BNLHATH@aol.com
nonfemett@worldnet.att.net
digger@bcsupernet.com
BREIDYIII@aol.com
Lindastime@aol.com
pak@jcnl.com
hornsjr@mindspring.com
lpartr1072@aol.com
leadership.possibilities.mak@worldnet.att.net
aqualite@digisys.net
TIMSAMUEL@aol.com
mtheisen@efn.org
MLGeller@aol.com
willy@qni.com
englishs@digisys.net
gmahalko@vvm.com
timmoore@aol.com
mooreem@harpo.tnstate.edu
sprklmagc@aol.com
backpain@keynet.net
Hbeckbari@aol.com
mwarhurst@yahoo.com
js.baum@srs.gov
wynellh@flash.net
dlatray@mcn.net
bwood@woodfran.com
tcrow@uab-admin.vpad.uab.edu
DickLynne Ferency@compuserve.com
kaylorj@hal-pc.org
CHASSEYRAY@email.msn.com
jim.griffith@erols.com
xiaokui.shan@bakernet.com
xshan@aol.com
kkandola@theresidences.com
lrochkind@jafferaitt.com
sdostrom@hotmail.com
michaelhopkins@mailcity.com
ellesw@aol.com
sport@gvi.net

class45@concentric.net
options-galore@yahoo.com
dadabca@netcom.ca
bchap01@aol.com
ceissngr@midrivers.com
doubled@snowcrest.com
glassgs@cadvision.com
mbrown8967@aol.com
nfl300@aol.com
diemert@northerntel.net
cgrumer@manatt.com
shouli.yang@stjude.org
RJWNLAW@aol.com
sds98@eatel.net
jwmaloy@aol.com
kanelos@mindspring.com
blairc@iname.com
Larry_Fletcher@bc.sympatico.ca
JNRRICH@Intur.net
aadrezin@Epix.net
zuyeu@wam.umd.edu
ellinger@ghg.net
websters@ls.net
liliyu@hotmail.com
dlmcguire@yahoo.com
jamesng@aol.com
ikedonn@colby.ixks.com
dbertelsen@mocc.com
Ssnowflake@aol.com
rays@c-zone.net
Larry_Hewlett@bc.sympatico.ca
kimball.peed@bigfoot.com
tammyr@falcon.ukans.cc.edu
VTPALMER27@yahoo.com
crandall@rock-springs.dowell.slb.com
gedler@bellsouth.net
sue_stephen@bc.sympatico.ca
Nicklin98@aol.com
r_brown@email.msn.com
andrelee@earthlink.net
BrAnDin420@aol.com
hou@mail.med.upenn.edu
barrettcarter@mindspring.com
calinb@earthlink.net