UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. ) | |
| ) | |
| ) | |
| ) | |
| Address: ) | CHAPTER 7 |
| 2626 Glenwood Avenue, #200 ) | |
| Raleigh, NC 27608 ) | |
| ) | |
| TAX ID# 56-1921093 ) | |
| ) | |
| Debtor. ) | |

**FILED**

**FEB 18 1999**

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

## ORDER AUTHORIZING APPOINTMENT OF ATTORNEY SPECIALLY

Upon the application of Holmes P. Harden, Trustee of the estate of International Heritage, Inc., the above-named debtor, stating the necessity of employment of an attorney to perform services on behalf of Trustee and praying for authority to employ and appoint Jean Boyles to represent him on an hourly basis for work performed, and it being the court's belief that Jean Boyles is well-qualified to represent Trustee in this proceeding in litigation regarding the collection of security deposits, bonds and accounts receivable described in B(3) and B(15) of the debtor's schedules as amended exclusive of claims against credit card merchants and banks; and

It further appearing that Jean Boyles is an attorney duly admitted to practice in this Court, and the Court being satisfied that Jean Boyles has no connections with the debtor, creditors, or any other party in interest, or their respective attorneys and accountants, and represents no interest adverse to said Trustee or the estate of the debtor in the matters upon which she is to be engaged, that this employment is necessary and would be in the best interests of the estate; and for good cause shown.

RAL/122844/1

Holmes P. Harden, as said Trustee, be and hereby is authorized to employ and appoint Jean Boyles as his attorney on an hourly basis of $145.00 for work performed.

Dated: FEB 18 1999

*A. Thomas Small*
Bankruptcy Judge

RAL/122844/1