FILED

FEB 18 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          CASE NO.

INTERNATIONAL HERITAGE, INC.,                   98-02675-5-ATS

    DEBTOR

## ORDER CONTINUING INJUNCTION

On February 8, 1999, the court entered an order restraining New World Junction from advertising for sale any list of any former International Heritage, Inc. representatives. A hearing was held in Raleigh, North Carolina on February 18, 1999, to determine whether New World Junction should be determined to be in violation of the automatic stay.

Special counsel for the trustee stated at the hearing that New World Junction has withdrawn the advertisement and that it will provide to the trustee an affidavit stating that it has not sold any list of former International Heritage, Inc. representatives. The court finds that no sanctions are warranted against New World Junction, but New World Junction is **RESTRAINED** from advertising for sale any list of former International Heritage, Inc. representatives until further order of this court.

**SO ORDERED.**

DATED:   FEB 18 1999

                                        A. Thomas Small
                                        Bankruptcy Judge

cc: Debtor, PA, Tei, Janvier, IoA, New World, ATS, JLC 2/18/99 Am