UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. | ) | |
| | ) | |
| | ) | |
| Address: | ) | CHAPTER 7 |
| 2626 Glenwood Avenue, #200 | ) | |
| Raleigh, NC 27608 | ) | |
| | ) | |
| TAX ID# 56-1921093 | ) | |
| | ) | |
| Debtor. | ) | |

FILED
FEB 19 1999
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

## ORDER AUTHORIZING APPOINTMENT OF ATTORNEY SPECIALLY

Upon the application of Holmes P. Harden, Trustee of the estate of International Heritage, Inc., the above-named debtor, stating the necessity of employment of an attorney to perform services on behalf of Trustee and praying for authority to employ and appoint Brent Wood and Wood & Francis, P.L.L.C. to protect the estate's interests in the matter of International Heritage, Inc. vs. Dobbins, et als, case #97 CVS 7577, pending in Wake County Superior Court, and it being the court's belief that Brent Wood and Wood & Francis, P.L.L.C. are well-qualified to represent Trustee in this proceeding.

It further appearing that Brent Wood is an attorney duly admitted to practice in this Court, and the Court being satisfied that Brent Wood and Wood & Francis, P.L.L.C. have represented the debtor and Stan VanEtten as disclosed in the affidavit, and represent no interest adverse to said Trustee or the estate of the debtor in the matters upon which they are to be engaged, that this employment is necessary and would be in the best interests of the estate; and for good cause shown.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Holmes P. Harden, as said Trustee, be and hereby is authorized to employ and appoint Brent

RAL/122844/1

Wood and Wood & Francis, P.L.L.C. as his attorneys on an hourly basis of $145.00 for work performed, subject to court approval.

Dated:     FEB 19 1999

*A. Thomas Small*
Bankruptcy Judge