**FILED**
FEB 23 1999
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE                                          )
                                               )
INTERNATIONAL HERITAGE, INC.,                  ) Case No. 98-02675-5-ATS
                                               ) Chapter 7
                                               )
          Debtor(s).                           )

### ENTRY OF APPEARANCE AND REQUEST FOR
### PLEADINGS, NOTICES AND DOCUMENTS

Comes now the Missouri Department of Revenue and enters its appearance as a creditor of the captioned Debtor(s). This creditor requests service of all pleadings, notices and documents for which a request is required by the Bankruptcy Code and Rules.

All pleadings, notices and documents should be served at the following address: <u>Missouri Department of Revenue, Bankruptcy Unit, Attn: Brian S. Kuhlmann, P.O. Box 475, Jefferson City, MO  65105-0475.</u>

This pleading constitutes a written and specific request for the disclosure statement and plan.

Jeremiah W. (Jay) Nixon, Attorney General
State of Missouri

By: /s/ Brian S. Kuhlmann
Brian S. Kuhlmann, Mo. Bar # 46691
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475
(573) 751-5531   FAX (573) 751-7232
Attorney for Department of Revenue.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed, postage paid, on February 18, 1999 to:

Holmes P. Harden, Trustee
PO Box 17169
Raleigh, NC  27619

Terri L. Gardner, Esq.
PO Box 26268
Raleigh, NC  27611-6268

/s/ Brian S. Kuhlmann
Brian S. Kuhlmann

C/
Copy rec'd 2/23/99 Am

97