U.S. Bankruptcy Court for the Eastern District of North Carolina
U.S. BANKRUPTCY COURT, PO BOX 1441, RALEIGH, NC 27602-1441

In Re a *Petition for Relief under chapter 7 of Title 11, U.S. Code*, filed by or against the below-named Debtor(s) on November 25, 1998:
DEBTOR:    INTERNATIONAL HERITAGE, INC. of 2626 GLENWOOD AVE., #200, RALEIGH NC 27608,   SSAN: NA          TAX ID: 56-1921093



CASE NO. 98-02675-5-ATS

ORDER AND NOTICE
BY THE COURT

FEB 23 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing in said cause will be held:

DATE:   March 31, 1999
TIME:   10:00 A.M.
PLACE:
UNITED STATES BANKRUPTCY COURT
U.S. COURTHOUSE & P.O. BLDG., ROOM 208, 300 FAYETTEVILLE ST. MALL, RALEIGH, NC

to consider and act on the following matters:

Application of Trustee to Enter into Stipulation and Consent to Final Judgment of Permanent Injunction filed January 15, 1999; Supplemental Certificate of Service filed January 29, 1999 and Objections therto filed by Acstar Insurance on February 1, 1999 and February 10, 1999; Objection filed by L.C. Gilbert on February 2, 1999; Objection filed by S. Van Etten on February 2, 1999, Objection filed by Chittenden Bank on February 2, 1999 and Objection filed by Debtor on February 11, 1999.

and to transact all other business as may properly come before the court.

DATED:       FEB 23 1999


                              PEGGY B. DEANS
                              CLERK OF COURT

U.S. Bankruptcy Court for the Eastern District of North Carolina
U.S. BANKRUPTCY COURT, PO BOX 1441, RALEIGH, NC 27602-1441

In Re a *Petition for Relief under chapter 7 of Title 11, U.S. Code*, filed by or against the below-named Debtor(s) on November 25, 1998:

DEBTOR:    **INTERNATIONAL HERITAGE, INC.** of 2626 GLENWOOD AVE., #200, RALEIGH NC 27608,    SSAN: NA         TAX ID: 56-1921093

CASE NO. 98-02675-5-ATS

ORDER AND NOTICE
BY THE COURT

CERTIFICATE OF MAILING

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that a copy of the attached document was mailed in a postage prepaid envelope addressed to the following at their respective addresses, by placing said envelope in the regular mail in Raleigh, NC, on this date.

DATED:   FEB 23 1999

_____
DEPUTY CLERK


INTERNATIONAL HERITAGE, INC.
2626 GLENWOOD AVE., #200
RALEIGH, NC 27608


,

Terri L. Gardner
P. O. Box 26268
Raleigh,  NC 27611-6268

Holmes P. Harden
P.O. Box 17169
Raleigh,  NC 27619

Paul A. Fanning
Post Office Box 8088
Greenville, NC  27835-8088

N. Hunter Wyche, Jr.
Post Office Box 12347
Raleigh, NC  27605

Brent Wood
Post Office Box 164
Raleigh, NC  27602

Louis P. Rochking  
One Woodward Ave.  
Suite 2400  
Detroit, MI  48226

Kathryn N. Koonce  
Post Office Box 10096  
Raleigh, NC  27605-0096

Ronald H. Garber  
Post Office Drawer 1429  
Raleigh, NC  27602

Lloyd W. Gathings  
Robert W. Shores  
Post Office Box  10545  
Birmingham, AL  35202-0545