UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) CASE NO. 98-02675-5-ATS |
| | ) |
| Debtors. | ) |

RESPONSE TO MOTION FOR RELIEF FROM STAY
AND REQUEST FOR HEARING

Now comes Holmes P. Harden, Trustee in the above-captioned case, and requests a hearing on the Motion for Relief from Automatic Stay filed February 23, 1999 by L. C. Gilbert.

Respectfully submitted this 24th day of February, 1999.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _____
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

RAL/177882/1

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing RESPONSE TO MOTION FOR RELIEF FROM STAY AND REQUEST FOR HEARING was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina on the 24th day of February, 1999.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _____
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Lloyd W. Gathings, II
Robert W. Shores
Gathings & Associates
P. O. Box 10545
Birmingham, AL

Ronald H. Garber
Boxley Bolton & Garber, LLP
Post Office Drawer 1429
Raleigh, NC 27602

RAL/177882/1