Patrick H. Tyler
Texas Bar #20359150
Assistant Attorney General
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Tel.: (512) 463-2173
Fax: (512) 482-8341

FILED

FEB 26 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| INTERNATIONAL HERITAGE, INC., § | CASE NO. 98-02675-6-ATS |
| § | |
| DEBTOR § | CHAPTER 7 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICE AND PLEADINGS

The Texas Comptroller of Public Accounts ("Comptroller") hereby gives notice of its appearance in the case by and through the undersigned counsel:

Patrick H. Tyler
Assistant Attorney General of Texas
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548

Pursuant to Bankruptcy Rule 9010, Comptroller respectfully requests through its counsel that it be served with copies of all notices issued by the clerk of the court and all other pleadings and notices to parties in interest filed by Debtors, Trustee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

LINDA S. EADS
Deputy Attorney General for Litigation

ORIGINAL

*Copy ret'd 2/26/99 AM*

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

_____
PATRICK H. TYLER
Assistant Attorney General of Texas
Texas State Bar No. 20359150
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548
tel: (512) 463-2173
fax: (512) 482-8341

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was served on the following persons by first class mail, postage prepaid, on this the 23 day of February, 1999.

International Heritage, Inc.
2626 Glenwood Avenue, #200
Raleigh, North Carolina 27608

Terri L. Gardner
Smith, Debnam, Hibbert & Pahl
P.O. Box 26268
Raleigh, North Carolina 27611-6268

Holmes P. Harden
P.O. Box 17169
Raleigh, North Carolina 27619

_____
Patrick H. Tyler