**U.S. Bankruptcy Court for the Eastern District of North Carolina**
U.S. BANKRUPTCY COURT, PO BOX 1441, RALEIGH, NC 27602-1441
In Re a *Petition for Relief under chapter  7 of Title 11, U.S. Code*, filed by o
against the below-named Debtor(s) on November 25, 1998:
DEBTOR:   **INTERNATIONAL HERITAGE, INC. of 2626 GLENWOOD AVE., #200,**
RALEIGH NC 27608,   SSAN: NA          TAX ID: 56-1921093


FILED   CASE NO. **98-02675-5-ATS**

FEB 26 1999                      ORDER AND NOTICE
                                    BY THE COURT
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.J.


NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST


NOTICE IS HEREBY GIVEN that a hearing in said cause will be held:


DATE:  March 24, 1999
TIME:  09:30 A.M.
PLACE:
UNITED STATES BANKRUPTCY COURT
U.S. COURTHOUSE & P.O. BLDG., ROOM 208, 300 FAYETTEVILLE ST. MALL, RALEIGH, NC

to consider and act on the following matters:

Motion for Relief from Stay filed by L.C. Gilbert on February 23, 1999 and
response thereto filed by Trustee on February 25, 1999.

and to transact all other business as may properly come before the court.

DATED:     FEB 26 1999




                          PEGGY B. DEANS
                          CLERK OF COURT

ag

**U.S. Bankruptcy Court for the Eastern District of North Carolina**
U.S. BANKRUPTCY COURT, PO BOX 1441, RALEIGH, NC 27602-1441
In Re a *Petition for Relief under chapter 7 of Title 11, U.S. Code*, filed by or
against the below-named Debtor(s) on November 25, 1998:
DEBTOR:   **INTERNATIONAL HERITAGE, INC. of 2626 GLENWOOD AVE., #200,**
RALEIGH NC 27608,   SSAN: NA          TAX ID: 56-1921093

CASE NO. **98-02675-5-ATS**

**ORDER AND NOTICE
BY THE COURT**

CERTIFICATE OF MAILING

I am a regularly appointed and qualified deputy clerk in the office of the
clerk, in and for said court and district, and I hereby certify that a copy of
the attached document was mailed in a postage prepaid envelope addressed to the
following at their respective addresses, by placing said envelope in the regular
mail in Raleigh, NC, on this date.

DATED:   FEB 26 1999

*Anne R Mell*
DEPUTY CLERK

INTERNATIONAL HERITAGE, INC.
2626 GLENWOOD AVE., #200
RALEIGH, NC 27608


'

Terri L. Gardner
P. O. Box 26268
Raleigh, NC 27611-6268

Holmes P. Harden
P.O. Box 17169
Raleigh, NC 27619

Lloyd W. Gathings, II
Robert W. Shores
Post Office Box 10545
Raleigh, NC 35202-0545

Ronald H. Garber
Post Office Box 1429
Raleigh, NC 27602