UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: INTERNATIONAL HERITAGE INC



CHAPTER 7

CASE NO. 98-~~02674~~-ATS  02675

DEBTOR

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned has been designated as attorney for the Department of Revenue and Taxation in the above-referenced proceeding, and pursuant to 11 U.S.C. Section 1109(b) and Rule 2002 of the Bankruptcy Rules, the undersigned requests that all Notices given or required to be served in this case be given to and served upon the following:

>JANET CRADEUR
>P. O. Box 66658
>Baton Rouge, Louisiana  70896
>Telephone (504)925-7858

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. Section 1109(b), the foregoing request includes the notices and papers referred to in Rules 2002, 3017(a) and 9010(b) of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, hearings, disclousure statements, memoranda or briefs in support of the foregoing and any other documents brought before the Court with respect to these proceedings.

Respectfully submitted,

~~Emily W. Toler~~ /Attorney, Shone P. Baker
State of Louisiana
Department of Revenie

### CERTIFICATE OF SERVICE

I do hereby certify that on the 23rd day of February, 1999, a copy of the above and foregoing was served upon

TERRI L GARDNER
P O Box 26268
RALEIGH NC  27611-6268

by mailing same via U. S. mail, postage pre-paid, first class and properly addressed as shown above.

Janet Cradeur

This document was erroneously filed in the Wilson division and accounts for the delay between the date the document is file stamped and the date it is entered on the docket. This is a Raleigh case and future filings should be in the Raleigh Office.

Cc: Harden + copy ve'd 3/3/99 PM

102A