UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                           CASE NO.: 98-02675-5-ATS
**INTERNATIONAL HERITAGE, INC.**
    Debtor                                     CHAPTER 7        FILED

MAR 4 1999

**OBJECTION TO TRUSTEE'S PRIVATE SALE OF**   PEGGY B. DEANS, CLERK
**REPRESENTATIVE DATABASE**                  U.S. BANKRUPTCY COURT
                                                                                                         EASTERN DISTRICT OF N.C.

    **NOW COMES** Jafra Cosmetics, Inc. by and through its local counsel, and objects to the Trustee's proposed sale of Representative Database for $6,000.00. Jafra Cosmetics International has reason to believe that the Representative Database is more valuable, and hereby offers $9,000.00 in conjunction with the filing of this objection.

    Local Counsel is informed that a hearing is presently scheduled on the Trustee's Sale for Tuesday, March 9, 1999. The undersigned has a conflict in that he is presently involved in litigation in a presently pending Chapter 11 in the Middle District, Greensboro Division, at that same date and time.

    **Wherefore**, Jafra Cosmetics International prays that the Trustee's Motion For Private Sale of Representative Database at $6,000.00 be denied; that the hearing presently scheduled for Tuesday, March 9, 1999 be continued for approximately ten (10) days to a date to be later set by the Court, and for other relief that the Court may deem just and proper.

                            RICHARD D. SPARKMAN & ASSOCIATES, P.A.

                          BY: _____
                              Richard D. Sparkman, Attorney For
                              Jafra Cosmetics International
                              State Bar No. 6857
                              P. O. Drawer C
                              Angier, NC 27501
                              Telephone: (919) 639-6181

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                    CASE NO: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.

   DEBTOR

CERTIFICATE OF SERVICE

   I, Joyce H. Jones, of P. O. Drawer C, Angier, N:. C., 27501, certify:

   That I am, and at all time hereinafter mentioned was, more than eighteen (18) years of age:

   That on the 2nd day of March, 1999, I served a copy of the Objection To The Trustee's Private Sale of Representative Database to the parties in interest as indicated below:

Bankruptcy Administrator
Attn: Marjorie K. Lynch, Esq.
P. O. Box 3039
Raleigh, NC   27602-3039

Jafra Cosmetics International
Attn: Daniel J. Burke
2451 Townsgate Road
Westlake Village, CA   91361

Holmes P. Harden
Chapter 7 Trustee
P. O. Drawer 19764
Raleigh, NC 27619

   by depositing copies hereof in a preaddressed envelope with sufficient postage thereon in a post office of official depository under the exclusive care and custody of the United States Postal Service.

   I certify under penalty of perjury that the foregoing is correct.

Executed on: March 2, 1999

                              Richard D. Sparkman & Associates, P. A.

                              BY: _____
                                  Joyce H. Jones
                                  Legal Assistant
                                  P. O. Drawer C
                                  Angier, North Carolina 27501
                                  Telephone: 919/639-6181