F I L E D

MAR - 4 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NORTH CAROLINA

In re International Heritage Inc.
        Debtor

Case No. 98-02675-5-ATS

Chapter 7

Notice of Appearance and Request for All Notices, Plans and
Disclosure Statements

    Paul Faison S. Winborne hereby enters its appearance and the law firm of Law Office of Paul Faison S. Winborne, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for **Laura Rose** with regard to all matters and proceedings in the above-captioned case, showing counsel's name, office address and telephone number as follows:

    Paul Faison S. Winborne
    300/200 Parham Street, Suite F
    P.O. Box 1547
    Raleigh, N.C. 27601
    (919)-755-1994

    Paul Faison S. Winborne, pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(i), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to counsel by due service upon its undersigned attorneys:

    Paul Faison S. Winborne, pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

    Respectfully submitted, this the ____4____ day of ___March___, 1999.

                              _/s/ Paul Winborne_
                              Paul Faison S. Winborne
                              300/200 Parham Street, Suite F
                              P.O. Box 1547
                              Raleigh, N.C. 27601

C/

cc: Hayden 3/4/99 AM

10

(919)-755-1994

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

In RE: International Heritage Inc.    ) Case Number: 98-02675-5-ATS
                                      )
Debtor                                )    Chapter 7
                                      )

CERTIFICATE OF SERVICE

I, Paul Faison S. Winborne, hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen years of age;

That on this day I served a copy of the foregoing attached pleading or instrument upon all parties or their counsel as denominated by the pleadings of record.

\_\_\_\_ 1. Hand-Delivering a copy to each party or their attorney of record; or

\_X\_ 2. Depositing a copy of the pleading or instrument in the United States Mail, postage paid, and addressed as disclosed by the pleadings of record on the following:

Holmes P. Harden, Trustee
P.O. Box 17169
Raleigh NC 27619

Terri Gardner, Attorney for Debtor
SMITH, DEBNAM, NARRON & MYERS
P.O. Box 26268
Raleigh NC 27611

Bankruptcy Administrator
P.O. Box 3039
Raleigh NC 27602

I certify under penalty of perjury that the foregoing is true and correct.

This the \_\_4\_\_ day of \_\_\_March\_\_\_, 1999.

The Law Office Of

Paul Faison S. Winborne
300/200 Parham St., Suite F
Executive Suites, City Market
P.O. Box 1547
Raleigh, N.C. 27602
(919)-755-1994