

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NORTH CAROLINA

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

In re **International Heritage, Inc**,
                    Debtor

Case No. 98-02675-5-ATS

Chapter 7

Notice of Appearance and Request for All Notices, Plans and
Disclosure Statements

Paul Faison S. Winborne hereby enters its appearance and the law firm of Law Office of
Paul Faison S. Winborne, pursuant to Fed R Bankr P 9010, hereby enters their appearance as
attorneys for **Zamar Professional Audio/ a Subsidiary of Zamar Group Companies, Ltd.**,
with regard to all matters and proceedings in the above-captioned case, showing counsel's name,
office address and telephone number as follows:

Paul Faison S. Winborne
300/200 Parham Street, Suite F
P.O. Box 1547
Raleigh, N.C.  27602
(919)-755-1994

Paul Faison S. Winborne, pursuant to Fed R Bankr P 2002, hereby requests that all
notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P
2002(i), that, but for this Request, would be provided only to committees appointed pursuant to
the Bankruptcy Code or their authorized agents, be given to counsel by due service upon its
undersigned attorneys:

Paul Faison S. Winborne, pursuant to Fed R Bankr P 3017(a), further requests that all
plans and disclosure statements filed herein by any party be duly served upon it and its
undersigned attorneys.

Respectfully submitted, this the ____7____ day of ___March___,
1999.

Paul Faison S. Winborne
300/200 Parham Street, Suite F
P.O. Box 1547

C/

C: Hardin  3/4/99 Am

108

Raleigh, N.C.  27602
(919)-755-1994

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

In RE:International Heritage Inc. )Case Number: 98-02675-5-ATS
          )
Debtor       )  Chapter 7
          )

CERTIFICATE OF SERVICE

   I, Paul Faison S. Winborne, hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen years of age;

   That on this day I served a copy of the foregoing attached pleading or instrument upon all parties or their counsel as denominated by the pleadings of record.

    \_\_\_\_1. Hand-Delivering a copy to each party or their attorney of record; or

   \_X\_2. Depositing a copy of the pleading or instrument in the United States Mail, postage paid, and addressed as disclosed by the pleadings of record on the following:

Holmes P. Harden, Trustee    Terri Gardner, Attorney for Debtor
P.O. Box 17169        SMITH, DEBNAM, NARRON & MYERS
Raleigh NC 27619       P.O. Box 26268
             Raleigh NC 27611

Bankruptcy Administrator
P.O. Box 3039
Raleigh NC 27602

I certify under penalty of perjury that the foregoing is true and correct.

   This the \_\_\_4\_\_ day of _____, 1999.

           The Law Office Of

           Paul Faison S. Winborne
           300/200 Parham St., Suite F
           Executive Suites, City Market
           P.O. Box 1547
           Raleigh, N.C. 27602
           (919)-755-1994