IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

MAR 8 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| INTERNATIONAL HERITAGE, INC., | § | Chapter 7 |
| | § | |
| | § | Case No. 98-02675-5-ATS |
| Debtor. | § | |

## NOTICE OF APPEARANCE

TO: Clerk, United States Bankruptcy Court

PLEASE TAKE NOTICE that James K. Austin and ELLIS, PAINTER, RATTERREE & BART LLP, have been retained by Mark M. Herrin, the holder of an unsecured claim in the above-styled case, and hereby appear in the above-captioned case as attorneys for said holder and, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, request that copies of all papers and of all notices of the matters arising herein be duly served on the undersigned at the address hereinunder noted.

The 3rd day of March, 1999.

_____
James K. Austin
State Bar No. 028806

ELLIS, PAINTER, RATTERREE & BART, LLP
Post Office Box 9946
Savannah, Georgia 31412-9946
(912) 233-9700

{27851.1} 004281-000001