FILED

MAR 8 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN THE MATTER OF              )   CASE NO. 98-02675-5-ATS
      -OF-                    )
INTERNATIONAL HERITAGE, INC.  )   CHAPTER 7
(TAX ID #56-1921093),         )
        Debtor                )
_____)

### CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that (s)he is over eighteen (18) years of age, and the

**NOTICE OF CHAPTER 7 BANKRUPTCY CASE, MEETING OF CREDITORS, & DEADLINES; PROOF OF CLAIM FORM; NOTICE OF CASE MANAGEMENT PROCEDURE**

was this day served upon the below named persons, parties and/or counsel by mailing, postage prepaid, first class mail; a copy of such instruments to such persons, parties and/or counsel at the address shown below:

        Ashley B. McClain, Esq.
        Matthews, Carlton, Stein,
        Shiels, Pearce, Dunn & Knott, L.L.P.
        8131 LBJ Freeway, Suit 700
        Dallas, TX  75251

        Eric Swann
        44 Swann Street
        P.O. Box 471
        Parrish, AL 35580

        Patricia Kellett
        Kellett and Kellett, P.A.
        Post Office Box 680715
        Fort Payne, AL 35968-0715

This the 4th day of March, 1999.

        SMITH DEBNAM NARRON & MYERS, L.L.P.

        By: *Terri L. Gardner*
        Terri L. Gardner
        State Bar No. 9809
        4700 New Bern Ave., P.O. Box 26268
        Raleigh, North Carolina 27611-6268
        (919) 250-2000

copy rec'd 3/8/99 Am

110