IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

**FILED**

MAR 1 2 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | |
|---|---|
| IN RE: | § |
| | § |
| INTERNATIONAL HERITAGE, INC., | § Chapter 7 |
| | § |
| | § Case No. 98-02675-5-ATS |
| Debtor. | § |

## CERTIFICATE OF SERVICE

This is to certify that on the 10th day of March, 1999, I served a true and correct copy of the foregoing Notice of Appearance filed on behalf of Mark M. Herrin by causing same to be placed in the United States Mail, postage prepaid, addressed to:

Holmes P. Harden
Bankruptcy Trustee
P. O. Box 17169
Raleigh, NC 27619

Terri L. Gardner
Attorney for Debtor
Smith, Debnam, Hibbert & Pahl
P. O. Box 26268
Raleigh, NC 27611-6268

This 10th day of March, 1999.

_____
James K. Austin
State Bar No. 028806

ELLIS, PAINTER, RATTERREE & BART, LLP
Post Office Box 9946
Savannah, Georgia 31412-9946
(912) 233-9700

{28469.1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| INTERNATIONAL HERITAGE, INC., | § | Chapter 7 |
| | § | |
| | § | Case No. 98-02675-5-ATS |
| Debtor. | § | |

## NOTICE OF APPEARANCE

TO: Clerk, United States Bankruptcy Court

PLEASE TAKE NOTICE that James K. Austin and ELLIS, PAINTER, RATTERREE & BART LLP, have been retained by Mark M. Herrin, the holder of an unsecured claim in the above-styled case, and hereby appear in the above-captioned case as attorneys for said holder and, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, request that copies of all papers and of all notices of the matters arising herein be duly served on the undersigned at the address hereinunder noted.

The 3rd day of March, 1999.

_____
James K. Austin
State Bar No. 028806

ELLIS, PAINTER, RATTERREE & BART, LLP
Post Office Box 9946
Savannah, Georgia 31412-9946
(912) 233-9700

{27851.1}   004281-000001