UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| Address: | ) | |
| 2626 Glenwood Avenue, #200 | ) | FILED |
| Raleigh, NC 27608 | ) | MAR 12 1999 |
| | ) | PEGGY B. DEANS |
| TAX ID#56-1921093 | ) | U.S. BANKRUPTCY CLERK |
| | ) | EASTERN DISTRICT COURT OF N.C. |
| Debtor. | ) | |

## MOTION TO CONTINUE HEARING ON MOTION OF CHITTENDEN BANK FOR ORDER RELEASING RESERVE ACCOUNT, DETERMINATION OF THE APPLICABILITY OF THE AUTOMATIC STAY, OR RELIEF FROM THE AUTOMATIC STAY

NOW COMES HOLMES P. HARDEN, Trustee, through counsel, and moves this Court for an order continuing the hearing on the motion of Chittenden Bank for Order Releasing Reserve Account, Determination of the Applicability of the Automatic Stay, or Relief from the Automatic Stay, (the "Motion"). In support of this Motion, the Trustee states as follows:

1. The movant is the Chapter 7 Trustee in this case.

2. The Motion is currently for hearing on March 16, 1999.

3. The Trustee has requested, but not received, documents from Chittenden Bank supporting their Motion and the alleged charge backs described therein.

4. The issues raised by the Motion are complex, and undersigned special counsel has conducted significant research into the issues involved.

5. The undersigned special counsel expects to be lead counsel in a jury trial in Wake County District Court on March 16, 1999.

6. Chittenden Bank has consented to this continuance.

WHEREFORE, the Trustee respectfully requests that the hearing on the Motion be continued to a later date to be set by this court, and that the automatic stay remain in effect until such hearing.

This 12th day of March 1999.

MERRITT, WOOTEN & JANVIER, P.A.

*[signature]*

William P. Janvier
Attorney for Trustee
N.C.S.B. No. 21136
P.O. Box 3007
Raleigh, NC 27602
Telephone: (919) 834-9160

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing *Motion To Continue Hearing on Motion of Chittenden Bank For Order Releasing Reserve Account, Determination of the Applicability of the Automatic Stay, or Relief From the Automatic Stay* has been served upon each of the parties listed below by placing copies of the same in the United States mail, postage prepaid, this 12th day of March, 1999.

Holmes P. Harden, Trustee
Maupin, Taylor & Ellis, P.A.
Highwoods Tower One, Suite 500
3200 Beechleaf Court
Raleigh, North Carolina 27604

Majorie K. Lynch
United States Bankruptcy Administrator
P.O. Box 3758
Wilson, NC 27895-3758

Terri Gardner
P.O. Box 26268
Raleigh, NC 27611-6268

Katheryn Koonce
P.O. Box 10096
Raleigh, 27605-0096

William P. Janvier, N.C.S.B. No. 21136

13370