**FILED**

**MAR 15 1999**

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| Address: | ) | |
| 2626 Glenwood Avenue, #200 | ) | |
| Raleigh, NC 27608 | ) | |
| | ) | |
| TAX ID#56-1921093 | ) | |
| | ) | |
| Debtor. | ) | |

## ORDER

THIS matter coming before the Court on the Motion of HOLMES P. HARDEN, Trustee, for an order continuing the hearing on the motion of Chittenden Bank for Order Releasing Reserve Account, Determination of the Applicability of the Automatic Stay, or Relief from the Automatic Stay, and for good cause shown, it is hereby ORDERED that the hearing currently set for March 16, 1999 in this matter is continued until a date to be set by this Court.

DATED: **MAR 15 1999**

_____
U.S. BANKRUPTCY JUDGE

116 cc: Janvier to serve 3/15/99 am