UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )    CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.                        )
                                                    )
                                                    )
Address:                                            )    CHAPTER 7
2626 Glenwood Avenue, #200                          )
Raleigh, NC 27608                                   )
                                                    )
TAX ID# 56-1921093                                  )
                                                    )
        Debtor.                                     )

**FILED**

MAR 17 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

## REPORT OF SALE

The undersigned Trustee, having conducted a public auction of certain property of the above-named debtor, makes the following report of sale:

     1.    Certain personal property of the debtor was sold at public auction on the 6th day of February, 1999, for the sum of Twenty-One Thousand Six Hundred Ninety-One and 50/100 ($21,691.50). The property sold constitutes all of the known tangible assets of the debtor except a computer, six copy machines and some miscellaneous personal property which has come into Trustee's possession since the sale.

     2.    In the opinion of the undersigned Trustee, the amount received for the debtor's property at said sale was fair and reasonable.

DATED: 3/15/99

_Holmes P. Harden_
Holmes P. Harden
Trustee in Bankruptcy

RAL/188527/1

copy ret'd 3/17/99 Am

51 pg

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, Trustee for International Heritage, Inc., do hereby certify that the Report of Sale, hereto attached, was served upon the parties listed below by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the *15*th day of March, 1999.

By: _____
Holmes P. Harden
Trustee for International Heritage, Inc.
N. C. State Bar No. 9835
3200 Beechleaf Court
Post Office Drawer 19764
Raleigh, North Carolina  27619
Telephone:  (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
Post Office Box 3039
Raleigh, North Carolina  27602

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              CHAPTER 7
INTERNATIONAL HERITAGE, INC.

                                                    CASE NO. 98-02675-5-ATS

      Debtor.

AFFIDAVIT OF AUCTIONEER

STATE OF NORTH CAROLINA
COUNTY OF WAKE

      I, Charles Williams, hereby make solemn oath that:

      1.     I am an auctioneer duly licensed to practice in the State of North Carolina, and am in good standing with the North Carolina Auctioneers Commission in conformance with North Carolina General Statute Section. 85B-3 and 4.

      2.     I maintain an office for the purpose of conducting business as an auctioneer at Hwy 70, Clayton, North Carolina 27520.

      3.     I do not hold or represent an interest adverse to the above-referenced Chapter 7 estate, and am a disinterested person as to this Chapter 7 case within the meaning of 11 U.S.C. Section 327. I have no connection with the above named Debtor, any creditors of the Debtor, or any other parties in interest herein, or their respective attorneys or auctioneers.

      4.     I acknowledge and agree that I will not allow the sale of any asset sold at public auction to any relative or insider of mine or to any persons employed by me to conduct the public auction or otherwise assisting me in the conduct of the auction sales, or their relatives. I acknowledge and agree that I will not allow or charge any buyer's premium in connection with the auction sales to be conducted by me.

      5.     I acknowledge and accept the terms, conditions, and responsibilities of the Auctioneer and agree to be bound by the same.

                                  Charles Williams
                                  Auctioneer

Sworn to and subscribed
before me this 13 day of
January, 1999.

Notary Public
My Commission Expires: 1/18/2000

JENNIFER D. JOHNSON
NOTARY PUBLIC
JOHNSTON COUNTY, N.C.
My Commission Expires 1-18-2000

# WILLIAMS & ASSOCIATES

**WILLIAMS & ASSOCIATES**

**11440 HIGHWAY WEST**
553-2185 (Phone)
553-5804 (FAX)

P.O. BOX 646

**WILLIAMS AUCTION CO.**

**CLAYTON NC 27520**
**CHARLES L. WILLIAMS**
**REALTOR-AUCTIONEER**

## AUCTION EXPENSES & COMMISSIONS

**Debtor:** INTERNATIONAL HERITAGE INC.
CASE NO. 98-02675-5-ATS

**Trustee:** Holmes P. Harden

### EXPENSES

ALL EXPENSES INCLUDED IN THE COMMISSION RATE    $
$
$

| | | |
|---|---|---|
| Signage | (_____ Signs) | $ |
| LAH Printing | (_____ Leaflets) | $ |
| Postage | | $ |

### LABOR

Set Up and Tagging    $
$
$
$

Conducting    $
$
$
$

### COMMISSIONS

$21,691.50 @ 15%                                   $ 3,253.73

**Total Expenses & Commissions**                  $  3,253.73

## AUCTION Wed., Feb. 3 10:00AM
## CYBERZAC'S CAFE Greenville, NC
115 Red Banks Road at South Park Shopping Center

Newly purchased restaurant, computer and office equipment

**Snooker Table - much more**

● Laureti Espresso Machine & Grinder ● Upright freezer & Refrigerator ● Ice Maker ● Meat Slicers ● Amana System ● 30" Flattop w/4' x 48" Gas Chargrill ● Deli 200 Pentium Computer ● 80 Gallon Gas Hot Water Heater ● 2 Oil Filter Systems ● Safe With Drip Slot ● 28 Stock Chairs ● 14 Bar Stools ●
Call Auction Co. for flyer

**All restaurant equipment Absolute**
Terms: 10% Buyer's Premium, Cash, Credit Card or Certified Check Knowing Sale

Clark Auction 919-734-5020 NCAL 397

---

## ABSOLUTE AUCTION
Feed Mill Complex And Industrial Property
Former "Rocky River Mills" and "Cargill Feed Mill" Facility

Tues., Feb. 9 - 11AM
Norwood, N.C. - Stanly County

Sale Site: 2 miles South of Norwood on U.S. Hwy 52

**TRACT 1- VACANT:**
7.6 Acres of Industrial Property. Highway & Rail Frontage

**TRACT 2 - FEED MILL SITE:**
4.2 Acres Fronting Hwy. 52 & Railroad. Area is fenced.

Main Building: 12,500 Sq. Ft. Warehouse, loading dock w/roll up door, Concrete Floor. All steel construction Storage Room, Office Area, Milling Room, Boiler Room

**TRACT 3 VACANT:**
3 Acres Industrial Property Highway & Rail Frontage

Plus - Feed Mill Equipment
To Be Offered Separately & With The Real Estate

IRON HORSE AUCTION COMPANY, INC.
PO BOX 1267 • AIRPORT ROAD
ROCKINGHAM, NC 28380
(800) 997-2248
NCAL 3936         E-MAIL: horse@infoave.net
WEB:http://www.ironhorseauction.com

---

## BANKRUPTCY AUCTION
SATURDAY, FEB. 6 AT 10:00 A.M.

INTERNATIONAL HERITAGE, INC.
Bankruptcy Case No. 98-02675-5-ATS

LOCATION OF SALE: 1249 Wicker Dr., Raleigh — Wicker Dr. is located off Atlantic Avenue and about 1 Block south of Hodges Street.

**Sale Will Be Held Rain or Shine**
**Inside Large Warehouse**

Bookcases                        P75 Computer System
Laterfile Cabinets               Large Amount of Travel
Bevis 48" x 60" Panels              Mugs
600± Cases Hand Cream            Golf Divot Tools
ADIX 450 Telephone System        Golf Bag Tags
Misc Office Supplies             50± Various Style Chairs
Leather Luggage Tags             Various Type Tables
PGA Repair Tools                 20 ± Cash Registers
120 Various Style Desks          6 HP Computer System
38 Workstation Pedestals         Several Printers
Storage Cabinets                 Large Amount Golf Towels
40 cases Daily Advantage         Divot Repair Tools
Vitamins                         Glassware

Plus an Assortment of Other Miscellaneous Items
Too Numerous to List

VIEWING: 1 Hour Prior to Sale

TERMS OF SALE: (1) All Sales are Cash and are sold "As Is" "Where Is" with no warranties or guarantees. (2) All Items must be moved on day of sale. (3) This list may be added to or deleted from. (4) ALL SALES FINAL.

SPECIAL NOTE: A 1987 Chevy P/U from the Vernon Lee Braswell Estate (deceased) will be offered for sale at 12 noon at the same location. Vehicle has less than 10,000 miles and is like new with fleetside body, 4WD, ext. cab, Shortbed, custom paint and loaded.

**AUCTION BY:**
## WILLIAMS AUCTION COMPANY
CHARLES L. WILLIAMS    919/553-5804    HOLMES P HARDEN
AUCTIONEER           919/989-9111       TRUSTEE
Post Office Box 646    NCAL 617    P. O.DRAWER 19764
11448 US 70 West       NCAL 2023   RALEIGH, NC 27619-9764
Clayton  NC 27520

Tract #1 — / 7± Acres with 1.5 cleared  170' road frontage on Mobley's Bridge Road.

Tract #2 — 50.1 ± Acres/ All cleared/ 1350 road frontage on Mobley's Bridge Road.

Tract #3 — 58.9 — Acres/ All cleared. 1215' road frontage on Mobley's Bridge Road.

Tract #4 — 80.8 ± Acres with 64 cleared. 1085' road frontage on Mobley's Bridge Road.

Tract #5 — 67.4 ± Acres with 9 cleared  870' road frontage on Mobley's Bridge Road. Timber Value 40,000.

Tract #6 — 143.1 ± Acres with 15.6 cleared. 30' easement to Mobley's Bridge Road. Timber Value 20,000

Tract #7 — 26.9 ± Acres with 3.4 cleared. 1785' road frontage on Mobley's Bridge Road.

Farm Senal #2712
Tobacco and Peanut Allotments will be sold separately.
1999 Tobacco Pounds — 23,908 — Sold in 4 equal increments
1998 Peanut Pounds — 24,658

Excellent development property
Joins Lake Knob and has over 6400' of road frontage.
Eastern Pines Community water

**For more information call the Auction Co. at**
443-6040, 813-0895 or 813-4995.

Terms: 10% down with balance in 30 days
Confirmation day of sale with no waiting periods
Announcements made day of sale take precedence over any printed matter


J. W. TUGWELL

252-443-6040                                252-813-0895
                                           252-813-4995

"Buy Well, Sell Well, With Tugwell"
NCAL #863 — NCRB #44867

## FARM EQUIPMENT
at Public Auction
Sat. Feb. 6, 1999 — 10:00 AM
Rain or Shine

Directions: From Fuquay-Varina, NC: Take Hwy 42 East 1.5 Miles, Turn Left on Konnebec Rd  (SR 2754) Go 8 Mile Sale on Left.

The Estate of Lynwood Carroll, (deceased) is offering the following well maintained equipment to be sold at public auction.

**TRACTORS AND HARVESTERS**
John Deere 7500 MFWD Duals, Cab & Air
Quad Range
John Deere 4755 MFWD, Duals, Cab & Air
Quad Range
John Deere 4455, Duals Cab & Air
John Deere 2640
John Deere 2630 w/Canopy
John Deere 1520
Case 1070
Farmall H w/Weogen Rig
John Deere 4435 Combine w/15 Ft. Grain Head & 444 Corn Header, 4 Row
John Deere 4420 Combine w/13 Ft. Grain Head & 444 Corn Header, 4 Row
Bobcat w/Bucket
(2) Roanoke Top Harvesters  2 Row w/De-Vaulters & Tipping Heads
Powell Hi-Boy Sprayer w/4 Row Toppers

**TRUCKS AND TRAILERS**
1984 GMC 7000, 16 Ft. Dump Grain Racks
1974 Chev C65 10 Wheeler 22 Ft.. Dump, Grain Racks
1972 Chev C50 14 Ft. Dump Grain Racks
1970 Ford F600, 14 Ft. Dump Grain Racks
1968 Ford F600, 14 ft. Dump Grain Racks
1961 Int. 2 Ton, 16 Ft. Flatbed
1970 Mack M8500 Bulk Feed Body Tandem Axles
1967 Ford F250 1 Ton Flatbed
1976 Jeep CJ7
1976 Jeep CJ5
1974 Jeep CJ5
1952 Willis Jeep
1971 Chev  17 Ft. Bed w/Hog Rails

Many More Miscellaneous Items To Be Sold

60' x 14' Equipment Trailer Tandem Axle
8' x 15' Steel Trailer Tandem Axle
(2) Greenhouse Plant Trailers
5' x 10' Steel Livestock Trailer
6/6' x 14' Steel Livestock Trailer
8' x 22' Tri-Axle Trailer Grain Racks
10 ft Roanoke Box Trailers

**EQUIPMENT**
Irritance Irrigation Reel  1100 Ft. 4" Pipe
Sacger 8700L  2300 Gal. Liquid Manure Spreader
John Deere 630 Disk, 56 Blades
John Deere 425 Disk  28 Blades Offset
King Disk, 23 Blades
John Deere 110 Disk, 32 Blades
John Deere 225 Disk  32 Blades Offset
John Deere 8300 Grain Drill, 18 Drops
John Deere 4 Row Max Emerge 2 No Till Air Planter w/Hopper  KMC Part Hoppers, Lift Assist Wheels &
Sprayer
6000 Gal. Nitrogen Tank & Pump
2 Row Bedder w/Fumigating Rig
John Deere 338 Hay Baler
John Deere Hay Rake
(2) Side Hay Loaders
(2) 120 Bushel Grain Trailers
Generator 12 KW Diesel
Artsway 450 Feed Mill w/Scales
Artsway 470 Feed Mill w/Scales
6" x 30' Grain Auger w/Motor on Wheels
Hutchinson 6" x 4" Grain Auger on Wheels  PTO

**Hay Elevator**
(2) 5 Yd  Georgia Rigs
Hutchinson 6' x 51  Grain Auger on Wheels. PTO
Moland 4 Row Top Planter w/Fert. Hoppers Carousal for Greenhouse Plants
KMC 4 Row Ripper Bedder w/KMC Hoppers & Fumigating Rig
KMC 4 Row Cult  w/KMC Hoppers
Ford 14  3 Row Bottom Plow
(2) John Deere 16' 4 Plow Bottom Plow
John Deere 18' 3 Plow Bottom Plow
King 11 Tine Chisel Plow
1300 Gal  Plastic Water Tank
Horstine 6 Ft  Rotary Cutter
John Bost 300 Gal  Nitrogen Rig
1000 Gal  Aluminum Tank
65 Gal  Sprayer, 3 Pt  Hitch
Pittsburg 2 row Cult  w/Cole Hoppers
KMC 2 Row Cult  w/KMC Hoppers
Several 4,000 Lbs. To 16 000 Lbs. Grain Bins
500 Gal  Nitrogen Rig on Wheels
Hog Equipment from Farrowing to Finish
Several Stainless Steel Feeders
Cement Flooring
Hog Scales
Several Dump Tanks & Controls
Feed Carts
Lots of Panels
Farrowing Crates
(2) 1500 Bushel Portable Grain Bins
Several Barrels & Racks for John Deere
Approx 1000 Ft  3  In  Pipe & Fittings
#40 Sprinklers
Misc. Shop Tools

**Not Responsible For Accidents**

OWNER RESERVES THE RIGHT TO ACCEPT OR REJECT ANY AND ALL BIDS.
TERMS: Cash or Approved Check  • (any item can be added or deleted)
INSPECTION ON FRIDAY, FEB. 5th

Contact Day (919) 772-7413 or Night (919) 894-3702

## Don Clifton Auction
2040 Stoneybrook Road
Angier North Carolina 27501 NCAL 1627

NFO
1-31-99
$ 735 00

Case 98-02675-5-DMW Doc 6 Filed 04/17/99 Entered 08/17/99 00:00:00 Page 6 of 51

## PUBLIC AUCTION

**SATURDAY, FEBRUARY 6 AT 12 NOON**

Location of Sale: 1249 Wicker Drive, Raleigh. Wicker Drive is located off Atlantic Avenue about 1 block southeast of Hodges Street.

From the Estate of Vernon Lee Braswell (Deceased) in Princeton, N.C.

1977 Chevrolet Pickup – 4 WD, fleetside body, extended cab, short bed, custom paint and is loaded! Less than 10,000 miles and is like new!

Auction By:

**WILLIAMS AUCTION COMPANY**

Charles L. Williams, Auctioneer    P.O. Box 646, 11448 US 70 West
NCAL 617, NCAL 2023    Clayton, NC 27520
(919) 553-5804    (919) 989-9111

---

# BANKRUPTCY AUCTION

**SATURDAY, FEB. 6 AT 10:00 A.M.**

## INTERNATIONAL HERITAGE, INC.
Bankruptcy Case No 98-02675-5-ATS

LOCATION OF SALE  1249 Wicker Dr. Raleigh – Wicker Dr. is located off Atlantic Avenue and about 1 Block south of Hodges Street.

### Sale Will Be Held Rain or Shine Inside Large Warehouse

| | | |
|---|---|---|
| Bookcases | 120 Various Style Desks | 50± Various Style Chairs |
| Lateral File Cabinets | 38 Workstation Pedestals | Various Type Tables |
| Bevel 48"x60" Panels | Storage Cabinets | 20+ Cash Registers |
| 600± Cases Hand Cream | 40 Cases Daily Advantage Vitamins | 6 HP Computer System |
| ADIX 450 Telephone System | P75 Computer System | Several Printers |
| Misc. Office Supplies | Large Amount Of Travel Mugs | Large Amount Golf Towels |
| Leather Luggage Tags | Golf Divot Tools | Divot Repair Tools |
| PGA Repair Tools | Golf Bag Tags | Glassware |
| Plus an Assortment of Other Miscellaneous Items Too Numerous to List | | |

VIEWING:  1 Hour Prior to Sale

**TERMS OF SALE:** (1) All Sales are Cash and are sold "As Is" "Where Is" with no warranties or guarantees. (2) All items must be moved on day of sale. (3) This list may be added to or deleted from. (4) ALL SALES FINAL.

12 Noon  SPECIAL NOTE  12 Noon
A 1997 Chev. pickup from the Vernon Lee Braswell Estate (deceased) will be offered for sale at 12 Noon at this same location. This vehicle has less than 10,000 miles and is like new. It has a Fleetside body, 4 wheel drive, extended cab, short bed, custom paint and is loaded.

AUCTION BY:

**WILLIAMS REALTY- WILLIAMS AUCTION CO.**

Charles L. Williams, Auctioneer    919/553-5804    Holmes P. Harden
Post Office Box 646    919/989-9111    Trustee
11448 US 70W    NCAL 617    Post Office Drawer 19764
CLAYTON, NC 27520    NCAL 2023    Raleigh, NC 27619-9764
Complete Auction Service

---

# BANKRUPTCY AUCTION

## SATURDAY, FEB. 6 AT 10:00 A.M.

### INTERNATIONAL HERITAGE, INC.
#### Bankruptcy Case No.   98-02675-5-ATS

**LOCATION OF SALE**   1249 Wicker Dr. Raleigh — Wicker Dr. is located off Atlantic Avenue and about 1 Block south of Hodges Street.

### Sale Will Be Held *Rain or Shine* Inside Large Warehouse

| | | |
|---|---|---|
| Bookcases | 120 Various Style Desks | 50± Various Style Chairs |
| Laterfile Cabinets | 38 Workstation Pedestals | Various Type Tables |
| Bevis 48" x 60" Panels | Storage Cabinets | 20+ Cash Registers |
| 600± Cases Hand Cream | 40 Cases Daily Advantage Vitamins | 6 HP Computer System |
| ADIX 450 Telephone System | P75 Computer System | Several Printers |
| Misc. Office Supplies | Large Amount of Travel Mugs | Large Amount Golf Towels |
| Leather Luggage Tags | Golf Divot Tools | Divot Repair Tools |
| PGA Repair Tools | Golf Bag Tags | Glassware |

Plus an Assortment of Other Miscellaneous Items Too Numerous to List

**VIEWING:**   1 Hour Prior to Sale

**TERMS OF SALE:**   (1) All Sales are Cash and are sold "As Is" "Where Is" with no warranties or guarantees.  (2) All items must be moved on day of sale.  (3) This list may be added to or deleted from.  (4)  ALL SALES FINAL.

### 12 Noon     SPECIAL NOTE     12 Noon

A 1997 Chev. Pickup from the Vernon Lee Braswell Estate (deceased) will be offered for sale at 12 Noon at this same location.  This vehicle has less than 10,000 miles and is like new.  It has a Fleetside body, 4 wheel drive, extended cab, short bed, custom paint  and is loaded!

AUCTION BY:

# WILLIAMS AUCTION COMPANY

**CHARLES L. WILLIAMS, AUCTIONEER**
Post Office Box 646
11448 US 70 West
Clayton  NC  27520

919/553-5804
919/989-9111
NCAL 617
NCAL 2023

**HOLMES P. HARDEN**
**TRUSTEE**
Post Office Drawer 19764
Raleigh,  NC  27619-9764

**Complete Auction Services**

# BANKRUPTCY AUCTION

# SATURDAY, FEB. 6 AT 10:00 A.M.

## INTERNATIONAL HERITAGE, INC.
### Bankruptcy Case No.   98-02675-5-ATS

**LOCATION OF SALE**   1249 Wicker Dr. Raleigh – Wicker Dr. is located off Atlantic Avenue and about 1 Block south of Hodges Street.

**Sale Will Be Held *Rain or Shine* Inside Large Warehouse**

| | | |
|---|---|---|
| Bookcases | 120 Various Style Desks | 50± Various Style Chairs |
| Laterfile Cabinets | 38 Workstation Pedestals | Various Type Tables |
| Bevis 48" x 60" Panels | Storage Cabinets | 20+ Cash Registers |
| 600± Cases Hand Cream | 40 Cases Daily Advantage Vitamins | 6 HP Computer System |
| ADIX 450 Telephone System | P75 Computer System | Several Printers |
| Misc. Office Supplies | Large Amount of Travel Mugs | Large Amount Golf Towels |
| Leather Luggage Tags | Golf Divot Tools | Divot Repair Tools |
| PGA Repair Tools | Golf Bag Tags | Glassware |
| Plus an Assortment of Other Miscellaneous Items Too Numerous to List | | |

**VIEWING:**   1 Hour Prior to Sale

**TERMS OF SALE:**  (1) All Sales are Cash and are sold "As Is" "Where Is" with no warranties or guarantees.  (2) All items must be moved on day of sale.  (3) This list may be added to or deleted from.  (4)  ALL SALES FINAL.

### AUCTION BY:

# WILLIAMS AUCTION COMPANY

| | | |
|---|---|---|
| CHARLES L. WILLIAMS, AUCTIONEER | 919/553-5804 | HOLMES P. HARDEN |
| Post Office Box 646 | 919/989-9111 | TRUSTEE |
| 11448 US 70 West | NCAL 617 | Post Office Drawer 19764 |
| Clayton  NC  27520 | NCAL 2023 | Raleigh, NC  27619-9764 |

**Complete Auction Services**

**1**

**Buyer's Name Or Number** _____

**Item or Lot Number** 101 2 Drawer File Cab

____ @ $____ = $ 5.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**2**

**Buyer's Name Or Number** 6

**Item or Lot Number** 102 2 Drawer File

3 @ $ 5.00 = $ 15.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**3**

**Buyer's Name Or Number** 1

**Item or Lot Number** 102 2 Drawer File

3 @ $ 5.00 = $ 15.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**4**

**Buyer's Name Or Number** 6

**Item or Lot Number** 102 2 Drawer (30)

____ @ $____ = $ 40.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**5**

**Buyer's Name Or Number** 6

**Item or Lot Number** 103 Cabinet 3 Drawer

____ @ $____ = $ 7.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**6**

**Buyer's Name Or Number** 11

**Item or Lot Number** 104 Cabinet

____ @ $____ = $ 7.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**7**

**Buyer's Name Or Number** _____

**Item or Lot Number** 105 Cabinet

____ @ $____ = $ 4.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**8**

**Buyer's Name Or Number** 7

**Item or Lot Number** 108 Lateral File

____ @ $____ = $ 20.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**9**

**Buyer's Name Or Number** 30

**Item or Lot Number** 106 Computer DK

____ @ $____ = $ 5.

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**10**

**Buyer's Name Or Number** 11

**Item or Lot Number** 107 Comp. Dk

____ @ $____ = $ 6.

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**11**

**Buyer's Name Or Number** 53

**Item or Lot Number** 110 Work St Desk

6 @ $ 8.00 = $ 48.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**12**

**Buyer's Name Or Number** 6

**Item or Lot Number** 112 Desk X

24 @ $ 7.00 = $ 168.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.

SALE NO. OR DATE 3-16-99  PAGE NO. 1  PAGE TOTAL $ 340.00  SALE TOTAL $ 340.00

● Reorder Form CT Missouri Auction School 1-800-835-1955

**Buyer's Name Or Number**

Item or Lot Number: 109 Blk File Cabinet

_____ @ $_____ = $ 12.50

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** — 41    2

Item or Lot Number: 163 200 Cases Vitamins

20 @ $1.00 = $ 20.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** — 1    3

Item or Lot Number: 113 Plywood

_____ @ $_____ = $ 3.50

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** — 12    4

Item or Lot Number: 114 Desks

6 @ $13 = $ 78.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** — 53    5

Item or Lot Number: 10 Desks (114)

12 @ $12.00 = $ 124.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** — 27    6

Item or Lot Number: 111 1 Piece Wk Stat.

_____ @ $20.00 = $ 20.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number**    7

Item or Lot Number: 115 Wk Stat.

1 @ $22.50 = $ 22.50

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** — 27    8

Item or Lot Number: 116 Wk Station

1 @ $22.50 = $ 22.50

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** — 57    9

Item or Lot Number: 117 Gen. Comp. Dk

_____ @ $_____ = $ 57.50

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** — 46    10

Item or Lot Number: 118 Gen. Comp. Dk

_____ @ $_____ = $ 30

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** — 12    11

Item or Lot Number: 119 Gen Comp. Dk

_____ @ $_____ = $ 15

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** — Gen Comp Dk  34    12

Item or Lot Number: 120 Gen Comp Dk

_____ @ $_____ = $ 37.50

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.

SALE NO. _____ PAGE 2 PAGE TOTAL $ 402.00  SALE TOTAL $ 838.00
OR DATE 2-6-99  NO _____ TOTAL

● Reorder Form CT Missouri Auction School 1-800-835-1955

**Buyer's Name Or Number**

**Item or Lot Number** 121 Gen. Comp. Dk

_____ @ $_____ = $ 32.50

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 2

**Item or Lot Number** 122 Gen. Comp. Dk

_____ @ $_____ = $ 32.50

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 48    3

**Item or Lot Number** 123 Gen. Comp. Dk.

_____ @ $_____ = $ 63.50

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 57    4

**Item or Lot Number** 124 Comp. Dk Gen.

_____ @ $_____ = $ 70.⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 54    5

**Item or Lot Number** 125 Gen. Comp Dk

_____ @ $_____ = $ 55.⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 40    6

**Item or Lot Number** 126 Gen. Comp. Dk

_____ @ $_____ = $ 45.⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number**

**Item or Lot Number** 298. Capsule

_____ @ $_____ = $ 1.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 57    8

**Item or Lot Number** 246. Glass 2 pieces

_____ @ $_____ = $ 55⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 29    9

**Item or Lot Number** 245 Nut Collection 6 Box.

_____ @ $_____ = $ 8.⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 46    10

**Item or Lot Number** 127 Desk Green. Comp

_____ @ $_____ = $ 55⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 10    11

**Item or Lot Number** 128. Desk Green Comp.

_____ @ $_____ = $ 55⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number**    12

**Item or Lot Number** 129. Green Just Desk Bottom.

_____ @ $_____ = $ 13.50

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.

SALE NO. OR DATE _____ PAGE NO. 3 PAGE TOTAL $ 454⁰⁰ SALE TOTAL $ 1368⁰⁰

● Reorder Form CT Missouri Auction School 1-800-835-1955

**1**
Buyer's Name
Or Number
Item or
Lot Number  244. Not Coll 4 Box

_____ @ $_____ = $ 11.⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**2**
Buyer's Name
Or Number  41
Item or
Lot Number  130 Phone System.

_____ @ $_____ = $ 6500.⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
✱ Reorder Form CT Missouri Auction School 1-800-835-1955

**3**
Buyer's Name
Or Number  46
Item or
Lot Number  90 Desk Conf Table.

_____ @ $_____ = $ 30.⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**④**
Buyer's Name
Or Number  53
Item or
Lot Number  89 Credenza 86 2 Desk

_____ @ $_____ = $ 10.
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**⑤**
Buyer's Name
Or Number  53
Item or
Lot Number  87 Credenza

_____ @ $_____ = $ 20.⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**⑥**
Buyer's Name
Or Number  19
Item or
Lot Number  91 Desk

_____ @ $_____ = $ 1.⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**7**
Buyer's Name
Or Number
Item or
Lot Number  85 Folding Table.

_____ @ $_____ = $ 12.50
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**8**
Buyer's Name
Or Number  38
Item or
Lot Number  243 Hand Cream.

_____ @ $_____ = $ 15.⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**9**
Buyer's Name
Or Number  29
Item or
Lot Number  242 Casette Tapes 241 VHS 2 Box
Tapes.

_____ @ $ 131 Chk + Misc = $ 5.⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**10**
Buyer's Name
Or Number  4
Item or
Lot Number  133 Key Boards

_____ @ $_____ = $ 5.⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**11**
Buyer's Name
Or Number  10
Item or
Lot Number  132 Fire Ext. + Vid.

_____ @ $_____ = $ 7.50
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**12**
Buyer's Name
Or Number  39
Item or
Lot Number  162 2 Term + 1 Monitor

_____ @ $_____ = $ 110.⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

SALE NO.
OR DATE _____    PAGE NO. ④  PAGE TOTAL $ 6737.⁰⁰  SALE TOTAL $ 8013.⁰⁰

**1**

Buyer's Name Or Number

Item or Lot Number: 529 Vitamins

_____ @ $ _____ = $ 150 °°

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
• Reorder Form CT Missouri Auction School 1-800-835-1955

---

**2**

Buyer's Name Or Number: 39

Item or Lot Number: 528 Phone Card Systems

_____ @ $ _____ = $ 4 °°

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
• Reorder Form CT Missouri Auction School 1-800-835-1955

---

**3**

Buyer's Name Or Number: 39

Item or Lot Number: 525 4 Boxes

_____ @ $ _____ = $ 4 °°

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
• Reorder Form CT Missouri Auction School 1-800-835-1955

---

**4**

Buyer's Name Or Number: 54

Item or Lot Number: 523 Wood Table

_____ @ $ _____ = $ 15 °°

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
• Reorder Form CT Missouri Auction School 1-800-835-1955

---

**5**

Buyer's Name Or Number: 39

Item or Lot Number: 527 Comp Stuff

_____ @ $ _____ = $ 35 °°

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
• Reorder Form CT Missouri Auction School 1-800-835-1955

---

**6**

Buyer's Name Or Number: 10

Item or Lot Number: 522 Trash Cans

_____ @ $ _____ = $ 5 °°

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
• Reorder Form CT Missouri Auction School 1-800-835-1955

---

**8**

Buyer's Name Or Number: 10

Item or Lot Number: 520 Trash Cans

_____ @ $ _____ = $ 6 .

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
• Reorder Form CT Missouri Auction School 1-800-835-1955

---

**8**

Buyer's Name Or Number: 10

Item or Lot Number: 521 Trash Cans

_____ @ $ _____ = $ 6 .

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
• Reorder Form CT Missouri Auction School 1-800-835-1955

---

**9**

Buyer's Name Or Number: 1

Item or Lot Number: 161 Power Strips

_____ @ $ _____ = $ 20

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
• Reorder Form CT Missouri Auction School 1-800-835-1955

---

**10**

Buyer's Name Or Number: 49

Item or Lot Number: 519 Notebk Comp.

_____ @ $ _____ = $ 525 °°

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
• Reorder Form CT Missouri Auction School 1-800-835-1955

---

**11**

Buyer's Name Or Number: 13

Item or Lot Number: 519 Mis Order Dr Propaganda

_____ @ $ _____ = $ 3 .

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
• Reorder Form CT Missouri Auction School 1-800-835-1955

---

**12**

Buyer's Name Or Number: 36

Item or Lot Number: 36 Credit Card Machine

_____ @ $ _____ = $ 15 .

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.

SALE NO. OR DATE _____ PAGE NO. 5 — PAGE TOTAL $ 786 — SALE TOTAL $ 8795 °°

• Reorder Form CT Missouri Auction School 1-800-835-1955

**1**

Buyer's Name Or Number: _____

Item or Lot Number: 135 Cred. Card Mach.

_____ @ $_____ = $ 35⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**8**

Buyer's Name Or Number: _____

Item or Lot Number: 139 Metal Rks.

_____ @ $_____ = $ ___ 9.⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**2**

Buyer's Name Or Number: 55

Item or Lot Number: 516 Cred Cd. Machine

_____ @ $_____ = $ 35⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**8**

Buyer's Name Or Number: 18

Item or Lot Number: 249 (10 Box Skin)

_____ @ $_____ = $ 20⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**3**

Buyer's Name Or Number: 36

Item or Lot Number: 137 Cred Cd. Machine

_____ @ $_____ = $ 20⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**9**

Buyer's Name Or Number: 18

Item or Lot Number: 140 Gren. Desk

_____ @ $_____ = $ 65⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**4**

Buyer's Name Or Number: 13

Item or Lot Number: 515 Cred Cd. Machine

_____ @ $_____ = $ 20⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**10**

Buyer's Name Or Number: 13

Item or Lot Number: 250 (Vit + Lotion Samp)

_____ @ $_____ = $ 9.⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**5**

Buyer's Name Or Number: 46

Item or Lot Number: 164 Cred. Cd. Mach.

_____ @ $_____ = $ 30

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**11**

Buyer's Name Or Number: 45

Item or Lot Number: 251 (Vit + Samp)

_____ @ $_____ = $ 8.⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**6**

Buyer's Name Or Number: 36

Item or Lot Number: 177 (4 Box Paper Roll)

_____ @ $_____ = $ 15

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**12**

Buyer's Name Or Number: 57

Item or Lot Number: 141 Gen Desk

_____ @ $_____ = $ 75⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.

SALE NO. OR DATE: 2699   PAGE NO. 6   PAGE TOTAL $ 331⁰⁰   SALE TOTAL $ 9126⁰⁰

● Reorder Form CT Missouri Auction School 1-900-835-1955

Seller's Copy

7

**1**
Buyer's Name
Or Number
Item or
Lot Number   259 Lead Chrystal
_____ @ $_____ = $ 70
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**8**
Buyer's Name
Or Number   149 Vitamins
Item or
Lot Number
3 @ $ 300 = $ 6.00
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**2**
Buyer's Name
Or Number   15
Item or
Lot Number   260 Lead Glass
_____ @ $_____ = $ 25
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**8**
Buyer's Name
Or Number   6
Item or
Lot Number   149 Vitamins (pamph) 9 Box
_____ @ $_____ = $ 5.
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**3**
Buyer's Name
Or Number   46
Item or
Lot Number   261 Glass
_____ @ $_____ = $ 70
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**9**
Buyer's Name
Or Number   38
Item or
Lot Number   150 Gren Dk
_____ @ $_____ = $ 65.
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**4**
Buyer's Name
Or Number   16
Item or
Lot Number   262 Glass.
_____ @ $_____ = $ 80
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**10**
Buyer's Name
Or Number   38
Item or
Lot Number   151 Gren Dk
_____ @ $_____ = $ 65
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**5**
Buyer's Name
Or Number   52
Item or
Lot Number   147 Gren. Dk.
_____ @ $_____ = $ 80
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**11**
Buyer's Name
Or Number   46
Item or
Lot Number   152 Gren Dest
_____ @ $_____ = $ 25
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**6**
Buyer's Name
Or Number   10
Item or
Lot Number   148 Hutch.
_____ @ $_____ = $ 5.00
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**12**
Buyer's Name
Or Number   53
Item or
Lot Number   153 (2 Desks)
_____ @ $_____ = $ 1.
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
SALE NO. 26-99  PAGE 7  PAGE TOTAL $ 607  SALE TOTAL $ 9733.00
● Reorder Form CT Missouri Auction School 1-800-835-1955

**Buyer's Name Or Number**

**Item or Lot Number** 252 (Samples) Lotion

___ @ $ ___ = $ 13.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 46    2

**Item or Lot Number** DM 142 Desk Green.

___ @ $ ___ = $ 60

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 10    3

**Item or Lot Number** 254 Samples

___ @ $ ___ = $ 5.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 18    4

**Item or Lot Number** 253 Samples

___ @ $ ___ = $ 8

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 46    5

**Item or Lot Number** 143 Gen. DK.

___ @ $ ___ = $ 60.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 10    6

**Item or Lot Number** 255 Samples.

___ @ $ ___ = $ 5.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number**

**Item or Lot Number** 256 Samples.

___ @ $ ___ = $ 11.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 46    8

**Item or Lot Number** 144. Green DK

___ @ $ ___ = $ 55

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 16    9

**Item or Lot Number** 257 Bowl + Vase Glass

___ @ $ ___ = $ 20.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 38    10

**Item or Lot Number** 145 Green Desk

___ @ $ ___ = $ 40.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 16    11

**Item or Lot Number** 258 Lead. Chey.

___ @ $ ___ = $ 70.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 57    12

**Item or Lot Number** 146 Grn Desk

___ @ $ ___ = $ 75

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.

SALE NO. OR DATE 26-99    PAGE NO. 8 PAGE TOTAL $ 400    SALE TOTAL $ 10,155.00

● Reorder Form CT Missouri Auction School 1-800-835-1955

Seller:

**1**

Buyer's Name Or Number _____

Item or Lot Number _154 Comp. Dk_____

_____ @ $_____ = $ 6.___

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**2**

Buyer's Name Or Number _____ 18

Item or Lot Number _155 Desk_____

_____ @ $_____ = $ 5.___

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**3**

Buyer's Name Or Number _____ 10

Item or Lot Number _156 Comp. Table._____

_____ @ $_____ = $ 10.___

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**4**

Buyer's Name Or Number _____ 53

Item or Lot Number _157. Comp. Dk_____

_____ @ $_____ = $ 10.___

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**5**

Buyer's Name Or Number _____ 53

Item or Lot Number _158 Table_____

_____ @ $_____ = $ 2.___

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**6**

Buyer's Name Or Number _____ 54

Item or Lot Number _159 Comp. Desk_____

_____ @ $_____ = $ 5.___

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
Reorder Form CT Missouri Auction School 1-800-835-1955

**7**

Buyer's Name Or Number _____

Item or Lot Number _160 3 pieces_____

_____ @ $_____ = $ 4.___

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**8**

Buyer's Name Or Number _____ 15

Item or Lot Number _165 Jewelry_____

_____ @ $_____ = $ 125.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**9**

Buyer's Name Or Number _____ 14

Item or Lot Number _166 Pallet cleanout Vat._____

_____ @ $_____ = $ 5.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**10**

Buyer's Name Or Number _____ 46

Item or Lot Number _167 Desk + Arm_____

_____ @ $_____ = $ 300.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**11**

Buyer's Name Or Number _____ 15

Item or Lot Number _176 Prints_____

_____ @ $_____ = $ 20.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**12**

Buyer's Name Or Number _____ 9

Item or Lot Number _168 Office Rug_____

_____ @ $_____ = $ 3.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

SALE NO. OR DATE _____  PAGE NO. _9_  PAGE TOTAL $ 377.00  SALE TOTAL $ 10,502.00

Seller's Copy

7

**Buyer's Name Or Number**

**Item or Lot Number** 169 office items

____ @ $_____ = $ /

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number**

**Item or Lot Number** 175 (95 Window) Software

____ @ $_____ = $ 325

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

2

**Buyer's Name Or Number** 13

**Item or Lot Number** 170 office items

____ @ $_____ = $ 8.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

8

**Buyer's Name Or Number** 58

**Item or Lot Number** 188 Cash Register

____ @ $_____ = $ 30

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

3

**Buyer's Name Or Number** 32

**Item or Lot Number** 171 office Mousse pads etc

____ @ $_____ = $ 12.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

9

**Buyer's Name Or Number** 6

**Item or Lot Number** 178

____ @ $_____ = $ 30.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

4

**Buyer's Name Or Number** 53

**Item or Lot Number** 172 office items binder

____ @ $_____ = $ 3.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

10

**Buyer's Name Or Number** 6

**Item or Lot Number** 179 Cash Reg

____ @ $_____ = $ 30

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

5

**Buyer's Name Or Number** 53

**Item or Lot Number** 173 office items

____ @ $_____ = $ 2.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

11

**Buyer's Name Or Number** 55

**Item or Lot Number** 183 Cash Register

____ @ $_____ = $ 30

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

6

**Buyer's Name Or Number** 59

**Item or Lot Number** 174 Cab. Scissors

____ @ $_____ = $ 30

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

12

**Buyer's Name Or Number** 36

**Item or Lot Number** 184 Royal

____ @ $_____ = $ 30.

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.

SALE NO. OR DATE ____  PAGE NO. 10  PAGE TOTAL $ ____  SALE TOTAL $ 11,083

● Reorder Form CT Missouri Auction School 1-800-835-1955

| Buyer's Name Or Number | | | 1 |
|---|---|---|---|
| Item or Lot Number | 180 Royal Reg. | | |
| @ $ | = $ 30.00 | | |

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

| Buyer's Name Or Number | | 29 | 7 |
|---|---|---|---|
| Item or Lot Number | 198 CASIO Reg 265 | | |
| @ $ | = $ 35 | | |

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

| Buyer's Name Or Number | | 29 | 2 |
|---|---|---|---|
| Item or Lot Number | 185 Royal Register | | |
| @ $ | = $ 35 | | |

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

| Buyer's Name Or Number | | 27 | 8 |
|---|---|---|---|
| Item or Lot Number | 208 Table Comp. | | |
| @ $ | = $ 10.00 | | |

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

| Buyer's Name Or Number | | 22 | 3 |
|---|---|---|---|
| Item or Lot Number | 186 Royal | | |
| @ $ | = $ 35.00 | | |

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

| Buyer's Name Or Number | | 55 | 9 |
|---|---|---|---|
| Item or Lot Number | 190 Royal #21 | | |
| @ $ | = $ 25 | | |

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

| Buyer's Name Or Number | | 10 | 4 |
|---|---|---|---|
| Item or Lot Number | 181 Royal | | |
| @ $ | = $ 35.00 | | |

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

| Buyer's Name Or Number | | 55 | 10 |
|---|---|---|---|
| Item or Lot Number | 191 Royal 480 (24) | | |
| @ $ | = $ 35 | | |

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

| Buyer's Name Or Number | | 36 | 5 |
|---|---|---|---|
| Item or Lot Number | 182 Royal | | |
| @ $ | = $ 35.00 | | |

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

| Buyer's Name Or Number | | 10 | 11 |
|---|---|---|---|
| Item or Lot Number | 192 Royal 480 | | |
| @ $ | = $ 25.00 | | |

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

| Buyer's Name Or Number | | 13 | 6 |
|---|---|---|---|
| Item or Lot Number | 189 CASIO | | |
| @ $ | = $ 45.00 | | |

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

| Buyer's Name Or Number | | 57 | 12 |
|---|---|---|---|
| Item or Lot Number | 193 Royal | | |
| @ $ | = $ 40 | | |

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

SALE NO. 2699 PAGE 11 PAGE TOTAL $ 375 SALE TOTAL $ 11485.00
OR DATE NO. 11

Seller's Copy

| | |
|---|---|
| **Buyer's Name Or Number** | 1 |
| **Item or Lot Number** 194 Royal 480 | |
| _____ @ $_____ = $ 40.00 | |
| **REMARKS:** | |
| This receipt verifies payment and delivery of the above. Sold as is, where is. All sales final. Thank you. | |
| ● Reorder Form CT Missouri Auction School 1-800-835-1955 | |

| | |
|---|---|
| **Buyer's Name Or Number** | 8 |
| **Item or Lot Number** 279 Samsung Comp. | |
| _____ @ $_____ = $ 45.00 | |
| **REMARKS:** | |
| This receipt verifies payment and delivery of the above. Sold as is, where is. All sales final. Thank you. | |
| ● Reorder Form CT Missouri Auction School 1-800-835-1955 | |

| | |
|---|---|
| **Buyer's Name Or Number** 33 | 2 |
| **Item or Lot Number** 195 Royal 480 | |
| _____ @ $_____ = $ 35.00 | |
| **REMARKS:** | |
| This receipt verifies payment and delivery of the above. Sold as is, where is. All sales final. Thank you. | |
| ● Reorder Form CT Missouri Auction School 1-800-835-1955 | |

| | |
|---|---|
| **Buyer's Name Or Number** 1 | 8 |
| **Item or Lot Number** 278 Table Monkey a | |
| _____ @ $_____ = $ 5.00 | |
| **REMARKS:** | |
| This receipt verifies payment and delivery of the above. Sold as is, where is. All sales final. Thank you. | |
| ● Reorder Form CT Missouri Auction School 1-800-835-1955 | |

| | |
|---|---|
| **Buyer's Name Or Number** 13 | 3 |
| **Item or Lot Number** 187 Casio | |
| _____ @ $_____ = $ 40 | |
| **REMARKS:** | |
| This receipt verifies payment and delivery of the above. Sold as is, where is. All sales final. Thank you. | |
| ● Reorder Form CT Missouri Auction School 1-800-835-1955 | |

| | |
|---|---|
| **Buyer's Name Or Number** 14 | 9 |
| **Item or Lot Number** 284 Recorder | |
| _____ @ $_____ = $ 5 | |
| **REMARKS:** | |
| This receipt verifies payment and delivery of the above. Sold as is, where is. All sales final. Thank you. | |
| ● Reorder Form CT Missouri Auction School 1-800-835-1955 | |

| | |
|---|---|
| **Buyer's Name Or Number** 10 | 4 |
| **Item or Lot Number** 209 Table | |
| _____ @ $_____ = $ 10.00 | |
| **REMARKS:** | |
| This receipt verifies payment and delivery of the above. Sold as is, where is. All sales final. Thank you. | |
| ● Reorder Form CT Missouri Auction School 1-800-835-1955 | |

| | |
|---|---|
| **Buyer's Name Or Number** 33 | 10 |
| **Item or Lot Number** 277 Samsung (3 pie) | |
| _____ @ $_____ = $ 85. | |
| **REMARKS:** | |
| This receipt verifies payment and delivery of the above. Sold as is, where is. All sales final. Thank you. | |
| ● Reorder Form CT Missouri Auction School 1-800-835-1955 | |

| | |
|---|---|
| **Buyer's Name Or Number** 15 | 5 |
| **Item or Lot Number** 510 Briefcase | |
| _____ @ $_____ = $ 30.00 | |
| **REMARKS:** | |
| This receipt verifies payment and delivery of the above. Sold as is, where is. All sales final. Thank you. | |
| ● Reorder Form CT Missouri Auction School 1-800-835-1955 | |

| | |
|---|---|
| **Buyer's Name Or Number** 4 | 11 |
| **Item or Lot Number** 276 (Monitor 2) | |
| _____ @ $_____ = $ 5 | |
| **REMARKS:** | |
| This receipt verifies payment and delivery of the above. Sold as is, where is. All sales final. Thank you. | |
| ● Reorder Form CT Missouri Auction School 1-800-835-1955 | |

| | |
|---|---|
| **Buyer's Name Or Number** 39 | 6 |
| **Item or Lot Number** 280 Samsung Comp 4 items | |
| _____ @ $_____ = $ 225.00 | |
| **REMARKS:** | |
| This receipt verifies payment and delivery of the above. Sold as is, where is. All sales final. Thank you. | |
| ● Reorder Form CT Missouri Auction School 1-800-835-1955 | |

| | |
|---|---|
| **Buyer's Name Or Number** 27 | 12 |
| **Item or Lot Number** 275 Table | |
| _____ @ $_____ = $ 5.00 | |
| **REMARKS:** | |
| This receipt verifies payment and delivery of the above. Sold as is, where is. All sales final. Thank you. | |
| SALE NO. OR DATE 2-6-99  PAGE NO. 12  PAGE TOTAL $ 530.  SALE TOTAL $ 11,988.00 | |
| ● Reorder Form CT Missouri Auction School 1-800-835-1955 | |

**1**

Buyer's Name Or Number: _____

Item or Lot Number: 530 Pictures

_____ @ $_____ = $ 5⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**7**

Buyer's Name Or Number: 58

Item or Lot Number: 271/3 Monitors

_____ @ $_____ = $_____
5⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**2**

Buyer's Name Or Number: 27

Item or Lot Number: 518 Jet Print

_____ @ $_____ = $ 30⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**8**

Buyer's Name Or Number: 46

Item or Lot Number: 270 Table

_____ @ $_____ = $ 10⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**3**

Buyer's Name Or Number: B & L   53

Item or Lot Number: 999 Packard Bell

_____ @ $_____ = $ 120⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**9**

Buyer's Name Or Number: 1

Item or Lot Number: 272 Table

_____ @ $_____ = $ 5

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**4**

Buyer's Name Or Number: 32

Item or Lot Number: 273 Monkey (3 pieces)

_____ @ $_____ = $ 80⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**10**

Buyer's Name Or Number: 12

Item or Lot Number: 281 Comp. 3 pieces

_____ @ $_____ = $ 70⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**5**

Buyer's Name Or Number: 18

Item or Lot Number: 274 (3 pc. Comp)

_____ @ $_____ = $ 100⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**11**

Buyer's Name Or Number: 32

Item or Lot Number: 282 @ 4 Pc Comp.

_____ @ $_____ = $ 130⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**6**

Buyer's Name Or Number: 47

Item or Lot Number: 998 Sharp Copy Mach

_____ @ $_____ = $ 275⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Form CT Missouri Auction School 1-800-835-1955

---

**12**

Buyer's Name Or Number: 27

Item or Lot Number: 283 Table

_____ @ $_____ = $ 10⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.

SALE NO. OR DATE: 2-6-99   PAGE NO. 13   PAGE TOTAL $ 900   SALE TOTAL $ 12888

● Reorder Form CT Missouri Auction School 1-800-835-1955

**1**

Buyer's Name Or Number ___ 1 ___
Item or Lot Number ___ 532 Shredder ___
___ @ $ ___ = $ 170⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**7**

Buyer's Name Or Number ___ 38 ___
Item or Lot Number ___ 304 LaserJet Hewlett Packer ___
___ @ $ ___ = $ 50⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**2**

Buyer's Name Or Number ___ 9 ___
Item or Lot Number ___ 293 Brothers Type ___
___ @ $ ___ = $ 25⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**8**

Buyer's Name Or Number ___ 33 ___
Item or Lot Number ___ 303 Brother Fax Machine ___
___ @ $ ___ = $ 25⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**3**

Buyer's Name Or Number ___ 27 ___
Item or Lot Number ___ 294 Br. Typewriter ___
___ @ $ ___ = $ 15⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**9**

Buyer's Name Or Number ___ 10 ___
Item or Lot Number ___ 302 Fax Machine ___
___ @ $ ___ = $ 15 ___
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**4**

Buyer's Name Or Number ___ 46 ___
Item or Lot Number ___ 291 Table ___
___ @ $ ___ = $ 10 ___
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**10**

Buyer's Name Or Number ___ 39 ___
Item or Lot Number ___ 295 (3 Dr. PC) ___
___ @ $ ___ = $ 105. ___
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**5**

Buyer's Name Or Number ___ 46 ___
Item or Lot Number ___ 292 Table ___
___ @ $ ___ = $ 10⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**11**

Buyer's Name Or Number ___ 5 ___
Item or Lot Number ___ 296 (3 pic PC) ___
___ @ $ ___ = $ 110 ___
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**6**

Buyer's Name Or Number ___ 46 ___
Item or Lot Number ___ 305 Label Writer ___
___ @ $ ___ = $ 25⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**12**

Buyer's Name Or Number ___ 32 ___
Item or Lot Number ___ 299. (3 pic PC) ___
___ @ $ ___ = $ 130 ___
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.

SALE NO. OR DATE 3-16-99    PAGE NO. 11    PAGE TOTAL 690    SALE TOTAL $ 13,578⁰⁰

● Reorder Form CT Missouri Auction School 1-800-835-1955

**Buyer's Name Or Number**

**Item or Lot Number** 286  3 Monitors

_____ @ $_____ = $ 80

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 37 [2]

**Item or Lot Number** 285  Table

_____ @ $_____ = $ 10

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 13 [3]

**Item or Lot Number** 306 Comp (3 pieces)

_____ @ $_____ = $ 110

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 32 [4]

**Item or Lot Number** 307. (2 piece Comp)

_____ @ $_____ = $ 1.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 53 [5]

**Item or Lot Number** 5/7 Keybds.

_____ @ $_____ = $ 20

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 46 [6]

**Item or Lot Number** 308  Table

_____ @ $_____ = $ 15

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Item or Lot Number** 288  (4 Monitors)

_____ @ $_____ = $ 20

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 53 [8]

**Item or Lot Number** 309. (3 monitors)

_____ @ $_____ = $ 140

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 46 [9]

**Item or Lot Number** 310  Table.

_____ @ $_____ = $ 10

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 13 [10]

**Item or Lot Number** 287  Table.

_____ @ $_____ = $ 5.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 4 [11]

**Item or Lot Number** 290  4 montor

_____ @ $_____ = $ 100

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 3 [12]

**Item or Lot Number** 289  Table.

_____ @ $_____ = $ 10

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.

SALE NO. OR DATE 2699   PAGE NO. 15   PAGE TOTAL $ 581   SALE TOTAL $ 1410⁹

● Reorder Form CT Missouri Auction School 1-800-835-1955

**1**

Buyer's Name Or Number:

Item or Lot Number: 297 Desk

_____ @ $_____ = $ 750

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**2**

Buyer's Name Or Number: 6

Item or Lot Number: 298 Desk

_____ @ $_____ = $ 10

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**3**

Buyer's Name Or Number: 39

Item or Lot Number: 300 (3 pc PC)

_____ @ $_____ = $ 100

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**4**

Buyer's Name Or Number: 39

Item or Lot Number: 301 (3 pc)

_____ @ $_____ = $ 130

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**5**

Buyer's Name Or Number: 9

Item or Lot Number: 514 (5 Box Toner)

_____ @ $_____ = $ 15

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**6**

Buyer's Name Or Number: 27

Item or Lot Number: 513 (3 Box Toner)

_____ @ $_____ = $ 10

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**7**

Buyer's Name Or Number:

Item or Lot Number: 512 (4 Box Changers)

_____ @ $_____ = $ 30

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**8**

Buyer's Name Or Number: 36

Item or Lot Number: 196 Royal

_____ @ $_____ = $ 25

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**9**

Buyer's Name Or Number: 36

Item or Lot Number: 205 Royal (480)

_____ @ $_____ = $ 27

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**10**

Buyer's Name Or Number: 36

Item or Lot Number: 197 Royal (480)

_____ @ $_____ = $ 27.50

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**11**

Buyer's Name Or Number: 36

Item or Lot Number: 199 Royal (480)

_____ @ $_____ = $ 27.50

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**12**

Buyer's Name Or Number: 55

Item or Lot Number: 206 Casio (365)

_____ @ $_____ = $ 35

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.

SALE NO. OR DATE 26.99   PAGE NO. 16   PAGE TOTAL $ 425   SALE TOTAL $ 454.00

● Reorder Form CT Missouri Auction School 1-800-835-1955

**1**

Buyer's Name Or Number _____
Item or Lot Number  200  Royal
_____ @ $_____ = $ 30⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**7**

Buyer's Name Or Number _____
Item or Lot Number  201 A Roy (480)
_____ @ $_____ = $ 135⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**2**

Buyer's Name Or Number  1
Item or Lot Number  210  Table
_____ @ $_____ = $ 7.50
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**8**

Buyer's Name Or Number  10
Item or Lot Number  202 Royal 4/80
_____ @ $_____ = $ 30⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**3**

Buyer's Name Or Number  10
Item or Lot Number  207  (480 Royal)
_____ @ $_____ = $ 30⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**9**

Buyer's Name Or Number  52
Item or Lot Number  204  Royal (480)
_____ @ $_____ = $ 30
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**4**

Buyer's Name Or Number  55
Item or Lot Number  203 Casio (260)
_____ @ $_____ = $ 22.50
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**10**

Buyer's Name Or Number  63
Item or Lot Number  212. 2 Lamps.
_____ @ $_____ = $ 17.50
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**5**

Buyer's Name Or Number  55
Item or Lot Number  201  Royal
_____ @ $_____ = $ 27.50
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**11**

Buyer's Name Or Number  6
Item or Lot Number  267. Nutritional (63a)
_____ @ $_____ = $ 8⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**6**

Buyer's Name Or Number  55
Item or Lot Number  211  Table
_____ @ $_____ = $ 10⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**12**

Buyer's Name Or Number  3
Item or Lot Number  266 (6 Nutrit (all)
_____ @ $_____ = $ 8
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
SALE NO. OR DATE  21699   PAGE NO. 17  PAGE TOTAL $ 226 -   SALE TOTAL $ 14,810⁰⁰
● Reorder Form CT Missouri Auction School 1-800-835-1955

**1**

Buyer's Name
Or Number

Item or
Lot Number  265 Skin Care (9Box)

_____ @ $_____ = $_____

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**2**

Buyer's Name
Or Number  18

Item or
Lot Number  264 Skin (9 Box)

_____ @ $_____ = $ 15⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**3**

Buyer's Name
Or Number  18

Item or
Lot Number  263. Skin

_____ @ $_____ = $ 15⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**4**

Buyer's Name
Or Number  27

Item or
Lot Number  214 Table.

_____ @ $_____ = $ 22⁵⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**5**

Buyer's Name
Or Number  13

Item or
Lot Number  269 Coffee.

_____ @ $_____ = $ 13⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**6**

Buyer's Name
Or Number  29

Item or
Lot Number  268 Skin Care

_____ @ $_____ = $ 10⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**7**

Buyer's Name
Or Number

Item or
Lot Number  213 Paint

_____ @ $_____ = $ 30

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**8**

Buyer's Name
Or Number  15

Item or
Lot Number  215 Fan.

_____ @ $_____ = $ 5⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**9**

Buyer's Name
Or Number  41

Item or
Lot Number  216 Cassette Tape
          217
218  @ $_____ = $ 2   2 Box

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**10**

Buyer's Name
Or Number  6

Item or
Lot Number  219 Vitamins

_____ @ $_____ = $ 5

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**11**

Buyer's Name
Or Number  27

Item or
Lot Number  220 Desk

_____ @ $_____ = $ 15

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**12**

Buyer's Name
Or Number  5

Item or
Lot Number  220 A Box Cables.
          + Binders 5.⁰⁰

_____ @ $_____ = $_____

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.

SALE NO. 2699   PAGE 16   SALE
OR DATE        NO. 10  PAGE TOTAL $ 148⁵⁰   SALE TOTAL $ 1405850
● Reorder Form CT Missouri Auction School 1-800-835-1955

**Buyer's Name Or Number:** 1

**Item or Lot Number:** 222 Petitions

18 @ $ 18⁰⁰ = $ _____

x the $18⁰⁰

**REMARKS:** 1.00

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number:** 30 — 2

**Item or Lot Number:** 223 Shelving

_____ @ $ _____ = $ 1250

**REMARKS:**

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number:** 6 — 3

**Item or Lot Number:** 224 3 Boxes Trays

_____ @ $ _____ = $ 11

**REMARKS:**

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number:** 18 — 4

**Item or Lot Number:** 226 A (2 Chairs)

_____ @ $ _____ = $ 35

**REMARKS:**

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number:** 27 — 5

**Item or Lot Number:** 226 B 2 Chairs

_____ @ $ _____ = $ 45

**REMARKS:**

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number:** 66 — 6

**Item or Lot Number:** 227 (2 Chairs)

_____ @ $ _____ = $ 65

**REMARKS:**

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number:** — 7

**Item or Lot Number:** 230 (2 Chair)

_____ @ $ _____ = $ 55

**REMARKS:**

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number:** 54 — 8

**Item or Lot Number:** 228 A (1 Chair) Gren.

_____ @ $ _____ = $ 15⁰⁰

**REMARKS:**

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number:** 12 — 9

**Item or Lot Number:** 229 A (2 Blk(n)

_____ @ $ _____ = $ 80

**REMARKS:**

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number:** 27 — 10

**Item or Lot Number:** 228 (1 Chair)

_____ @ $ _____ = $ 30

**REMARKS:**

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number:** 27 — 11

**Item or Lot Number:** 234 (2 Chairs) Blue

_____ @ $ _____ = $ 85

**REMARKS:**

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number:** — 12

**Item or Lot Number:** _____

_____ @ $ _____ = $ _____

**REMARKS:**

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.

SALE NO. OR DATE _____   PAGE NO. _____   PAGE TOTAL $ 1415⁰   SALE TOTAL $ 15400⁰⁰

● Reorder Form CT Missouri Auction School 1-800-835-1955

**1**

Buyer's Name Or Number: _____

Item or Lot Number: ~~200~~ ~~2 C~~ Chairs

_____ @ $_____ = $ 60.

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**8**

Buyer's Name Or Number: _____

Item or Lot Number: 232 (3 Chairs)

_____ @ $_____ = $ 40.

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**2**

Buyer's Name Or Number: 27

Item or Lot Number: 235  2 Chairs.

_____ @ $_____ = $ 80

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**8**

Buyer's Name Or Number: 13

Item or Lot Number: 240 ~~2000~~ + Chair

_____ @ $_____ = $ 25

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**3**

Buyer's Name Or Number: 15

Item or Lot Number: 235 A. 1 Chair

_____ @ $_____ = $ 5

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**9**

Buyer's Name Or Number: 15  10

Item or Lot Number: 240 A. Mix

_____ @ $_____ = $ 1

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**4**

Buyer's Name Or Number: 3

Item or Lot Number: 231 (2 Chairs)

_____ @ $_____ = $ 50

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**10**

Buyer's Name Or Number: _____

Item or Lot Number: Slicer

_____ @ $_____ = $ NO SALE

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**5**

Buyer's Name Or Number: 9

Item or Lot Number: 238  File Cab.

_____ @ $_____ = $ 32.50

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**11**

Buyer's Name Or Number: _____

Item or Lot Number: Hobart Mixer

_____ @ $_____ = $ NO SALE

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**6**

Buyer's Name Or Number: 10  17

Item or Lot Number: 237  1 Chair

_____ @ $_____ = $ DW 25

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**12**

Buyer's Name Or Number: 17

Item or Lot Number: Pans.

1 @ $ 10. = $ 10.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

SALE NO. OR DATE: 2697   PAGE NO. 28   PAGE TOTAL $ 30850   SALE TOTAL $ 15578 50

Seller's Copy

**1**

Buyer's Name Or Number

Item or Lot Number: Pans

____ @ $ 7.50 = $ 7.50

REMARKS:

This receipt verifies payment and delivery of the above. Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**7**

Buyer's Name Or Number

Item or Lot Number: 392  1Chair

____ @ $ ____ = $ 20

REMARKS:

This receipt verifies payment and delivery of the above. Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**2**

Buyer's Name Or Number: 2

Item or Lot Number: Pan

____ @ $ 7.50 = $ 7.50

REMARKS:

This receipt verifies payment and delivery of the above. Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**8**

Buyer's Name Or Number: 47

Item or Lot Number: 393  1Chair

____ @ $ ____ = $ 20

REMARKS:

This receipt verifies payment and delivery of the above. Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**3**

Buyer's Name Or Number: 2

Item or Lot Number: Pan

____ @ $ 7.50 = $ 7.50

REMARKS:

This receipt verifies payment and delivery of the above. Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**9**

Buyer's Name Or Number: 15

Item or Lot Number: 396  1Chair

____ @ $ ____ = $ 5

REMARKS:

This receipt verifies payment and delivery of the above. Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**4**

Buyer's Name Or Number: 51

Item or Lot Number: Pan

____ @ $ 10.00 = $ 10.00

REMARKS:

This receipt verifies payment and delivery of the above. Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**10**

Buyer's Name Or Number: 47

Item or Lot Number: 395 (2Chairs)

____ @ $ ____ = $ 20

REMARKS:

This receipt verifies payment and delivery of the above. Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**5**

Buyer's Name Or Number: 51

Item or Lot Number: Pan

____ @ $ 10.00 = $ 10.00

REMARKS:

This receipt verifies payment and delivery of the above. Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**11**

Buyer's Name Or Number: 25

Item or Lot Number: 395A (1Chair)

____ @ $ ____ = $ 20

REMARKS:

This receipt verifies payment and delivery of the above. Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**6**

Buyer's Name Or Number

Item or Lot Number: 300A Palets2

____ @ $ ____ = $ NO SALE

REMARKS:

This receipt verifies payment and delivery of the above. Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**12**

Buyer's Name Or Number: 65

Item or Lot Number: 229 (2Chairs)

____ @ $ ____ = $ 20

REMARKS:

This receipt verifies payment and delivery of the above. Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

SALE NO. OR DATE | PAGE NO. 21 | PAGE TOTAL $ 127.50 | SALE TOTAL $ 5966

**Buyer's Name Or Number** 1

**Item or Lot Number** 369 Office Supply

_____ @ $_____ = $ 5.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 8

**Item or Lot Number** 367 Skin Care

_____ @ $_____ = $ 11.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** G    2

**Item or Lot Number** 397 Copy paper

_____ @ $_____ = $ 2.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 6    8

**Item or Lot Number** 366 Office Supply

_____ @ $_____ = $ 1.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 6    3

**Item or Lot Number** 402 Tie pins

_____ @ $_____ = $ 5.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 6    9

**Item or Lot Number** 365 Office Supply

_____ @ $_____ = $ 1.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 29    4

**Item or Lot Number** 410 Cash Boxes

_____ @ $_____ = $ 70.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 12    10

**Item or Lot Number** 364 diverse 18pc

_____ @ $_____ = $ 20.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 29    5

**Item or Lot Number** 409 Tickets

_____ @ $_____ = $ 6.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 1    11

**Item or Lot Number** 363 diverse 7pc

_____ @ $_____ = $ 110.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 6    6

**Item or Lot Number** 368 Skin Care

_____ @ $_____ = $ 5.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 29    12

**Item or Lot Number** 362 Mug

_____ @ $_____ = $ 14.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.

SALE NO. OR DATE _____  PAGE NO. _____  PAGE TOTAL $ 250  SALE TOTAL $ 6,050
● Reorder Form CT Missouri Auction School 1-800-835-1955

**1**

Buyer's Name Or Number

Item or Lot Number  339  1 Chair

_____ @ $ _____ = $ 50⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**2**

Buyer's Name Or Number  69

Item or Lot Number  391 (Paint) Notebook Misc

_____ @ $ _____ = $ 5.

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**3**

Buyer's Name Or Number  6

Item or Lot Number  390 Jewelry

_____ @ $ _____ = $ 5.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**4**

Buyer's Name Or Number  6

Item or Lot Number  378  Palette, Etc

_____ @ $ _____ = $ 5.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**5**

Buyer's Name Or Number  6

Item or Lot Number  377  Palette Skincare

_____ @ $ _____ = $ 5 ⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**6**

Buyer's Name Or Number  6

Item or Lot Number  376  palette

_____ @ $ _____ = $ 5 ⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**7**

Buyer's Name Or Number

Item or Lot Number  375  skincare  file

_____ @ $ _____ = $ 5 ⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**8**

Buyer's Name Or Number  18

Item or Lot Number  373  Tray

_____ @ $ _____ = $ 1.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**9**

Buyer's Name Or Number  41

Item or Lot Number  374  Epson

_____ @ $ _____ = $ 15 ⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**10**

Buyer's Name Or Number  18

Item or Lot Number  3972  Big Tray

_____ @ $ _____ = $ 2 ⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**11**

Buyer's Name Or Number  44

Item or Lot Number  371  office binders

_____ @ $ _____ = $ 5 ⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**12**

Buyer's Name Or Number  3

Item or Lot Number  370  note Books

_____ @ $ _____ = $ 11 ⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.

SALE NO. OR DATE  2-69  PAGE NO.  PAGE TOTAL $  119⁰  SALE TOTAL $  6335⁰⁰

● Reorder Form CT Missouri Auction School 1-800-835-1955

**1**

Buyer's Name Or Number

Item or Lot Number _361 Mugs_

_____ @ $_____ = $ 45.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**2**

Buyer's Name Or Number _9_

Item or Lot Number _360 file Cabinet_

_____ @ $_____ = $ 22.50

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**3**

Buyer's Name Or Number _41_

Item or Lot Number _358 ~~____~~ Golf_

_____ @ $_____ = $ 5.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**4**

Buyer's Name Or Number _41_

Item or Lot Number _356 Tie Pins_

_____ @ $_____ = $ 5.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**5**

Buyer's Name Or Number _41_

Item or Lot Number _357 Golf_

_____ @ $_____ = $ 12.50

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**6**

Buyer's Name Or Number _15_

Item or Lot Number _359 Golf_

_____ @ $_____ = $ 22.50

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**7**

Buyer's Name Or Number

Item or Lot Number _354 Skin Care_

_____ @ $_____ = $ 7.50

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**8**

Buyer's Name Or Number _66_

Item or Lot Number _382 Security Sys_

_____ @ $_____ = $ 8.75

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**9**

Buyer's Name Or Number _18_

Item or Lot Number _382A Table_

_____ @ $_____ = $ 6.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**10**

Buyer's Name Or Number _6_

Item or Lot Number _398 Pilot Skin Care_

_____ @ $_____ = $ 7.50

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**11**

Buyer's Name Or Number

Item or Lot Number _399 9 Box Forms_

_____ @ $_____ = $____

REMARKS: _No Sale_

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**12**

Buyer's Name Or Number _89_

Item or Lot Number _400 Mugs_

_____ @ $_____ = $ 35.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.

SALE NO. OR DATE _____   PAGE NO. _32_   PAGE TOTAL $ 1038.50   SALE TOTAL $ 17373.50

● Reorder Form CT Missouri Auction School 1-800-835-1955

**Seller's Copy**

---

**Buyer's Name Or Number**

**Item or Lot Number** 383 Mugs

_____ @ $_____ = $ 40⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 49

**Item or Lot Number** 384 Paper Pins Binders

_____ @ $_____ = $ 55

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 18

**Item or Lot Number** 385 Luggs Tags

_____ @ $_____ = $ 20⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 49

**Item or Lot Number** 386 Jewelry

_____ @ $_____ = $ 10⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 49

**Item or Lot Number** 387 Pins Jewelry

_____ @ $_____ = $ 15⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 49

**Item or Lot Number** 388 Tags

_____ @ $_____ = $ 45⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 49

**Item or Lot Number** 401 Tie Pins

_____ @ $_____ = $ 10⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 49

**Item or Lot Number** 389 Tie Pins

_____ @ $_____ = $ 5⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 12

**Item or Lot Number** 403 Room Dividers

_____ @ $_____ = $ 110

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 54

**Item or Lot Number** 404 OF

_____ @ $_____ = $ 1.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 6

**Item or Lot Number** 405 Cream

_____ @ $_____ = $ 5⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 6

**Item or Lot Number** 406 Office Stuff

_____ @ $_____ = $ 3⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.

SALE NO. OR DATE 2190    PAGE NO. 25    PAGE TOTAL $ 319⁰⁰    SALE TOTAL $ 16010⁵⁰

● Reorder Form CT Missouri Auction School 1-800-835-1955

**Buyer's Name Or Number**

**Item or Lot Number** 407 Receipt Tape

_____ @ $_____ = $ 3.

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 6    2

**Item or Lot Number** 408 Plastic Brass Beads 11.00

_____ @ $_____ = $

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 18    3

**Item or Lot Number** 411 Copy Paper

_____ @ $_____ = $ 17 50

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 69    4

**Item or Lot Number** 412 Staples Rubber Bands

_____ @ $_____ = $ 22 50

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 6    5

**Item or Lot Number** 413 Skin Care

_____ @ $_____ = $ 5.

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 18    6

**Item or Lot Number** 414 Misc.

_____ @ $_____ = $ 10 00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number**

**Item or Lot Number** 415 Skin Care

_____ @ $_____ = $ 152

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 41    8

**Item or Lot Number** 416 Skin Care

_____ @ $_____ = $ 100.

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 41    9

**Item or Lot Number** 417 Skin Care

_____ @ $_____ = $ 140

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 41    10

**Item or Lot Number** 418 Skin Care

_____ @ $_____ = $ 300.

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 18    11

**Item or Lot Number** 419 Skin Care

_____ @ $_____ = $ 50

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 15    12

**Item or Lot Number** 421 Skin Care

_____ @ $_____ = $ 5

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.

SALE NO. OR DATE 2-99   PAGE NO. 34   PAGE TOTAL $ 6815   SALE TOTAL $ 18374.00

● Reorder Form CT Missouri Auction School 1-800-835-1955

**Seller's Copy**

**Buyer's Name Or Number** 1

**Item or Lot Number** 422 Skin

_____ @ $_____ = $ 5.

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 9

**Item or Lot Number** 420 Rack

_____ @ $_____ = $ 9.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 6  3

**Item or Lot Number** 423 Cassette Tapes

_____ @ $_____ = $ 5.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 4

**Item or Lot Number** 424 Cassettes

_____ @ $_____ = $ NO SALE

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 6  5

**Item or Lot Number** 425 Skin Care

_____ @ $_____ = $ 10.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 6  6

**Item or Lot Number** 426 Skin Care

_____ @ $_____ = $ 10.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 6  8

**Item or Lot Number** 427

_____ @ $_____ = $ 10.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 6  8

**Item or Lot Number** 428

_____ @ $_____ = $ 10.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 6  9

**Item or Lot Number** 437 Skin Care Vit

_____ @ $_____ = $ 20.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 6  10

**Item or Lot Number** 438 Vit

_____ @ $_____ = $ 20.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 6  11

**Item or Lot Number** 439 Vitamins

_____ @ $_____ = $ 10.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 6  12

**Item or Lot Number** 440 Vit

_____ @ $_____ = $ 10.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

SALE NO. OR DATE 21.99   PAGE NO. 30   PAGE TOTAL $ 119.00   SALE TOTAL $ 18493.00

Seller's Copy

7

**Buyer's Name Or Number**

**Item or Lot Number** 441

_____ @ $_____ = $ 10.⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 18

**Item or Lot Number** 442 Skin Care

_____ @ $_____ = $ 40.⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

2

---

**Buyer's Name Or Number** 6

**Item or Lot Number** Cassettes 443

_____ @ $_____ = $ 5.⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

3

---

**Buyer's Name Or Number** 6

**Item or Lot Number** 444 Skin

_____ @ $_____ = $ 5.⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

4

---

**Buyer's Name Or Number** 41

**Item or Lot Number** 445 Nutex.

_____ @ $_____ = $ 30.⁰⁰

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

5

---

**Buyer's Name Or Number**

**Item or Lot Number** 446 Elders

_____ @ $_____ = $_____

REMARKS: No Sale

6

---

7

**Buyer's Name Or Number**

**Item or Lot Number** 447 File Cab

_____ @ $_____ = $ 45

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**Buyer's Name Or Number** 18

**Item or Lot Number** 448 Skin Care

_____ @ $_____ = $ 60.⁰⁰

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

8

---

**Buyer's Name Or Number** 41

**Item or Lot Number** 449 Nut. Collection

_____ @ $_____ = $ 25.⁰⁰

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

9

---

**Buyer's Name Or Number** 58

**Item or Lot Number** 450 Sciss Misc.

_____ @ $_____ = $_____

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

10

---

**Buyer's Name Or Number** 18

**Item or Lot Number** 452 Mess

_____ @ $_____ = $_____

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

11

---

**Buyer's Name Or Number** 41

**Item or Lot Number** 453 Weight Management

_____ @ $_____ = $ 25

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.

SALE NO. OR DATE 2-1-99   PAGE NO. 26 TOTAL $ 3689   SALE TOTAL $ 18861

● Reorder Form CT Missouri Auction School 1-800-835-1955

12

Seller's Copy

7

**Buyer's Name Or Number**

**Item or Lot Number** 454 mxs t misc notebk

@ $ = $ 6.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

2

**Buyer's Name Or Number** 10

**Item or Lot Number** 455 Tab / Hutch

@ $ = $ 1.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

3

**Buyer's Name Or Number** 49.

**Item or Lot Number** 456. Tie Pins

@ $ = $ 8.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

4

**Buyer's Name Or Number** 46

**Item or Lot Number** 457 Golf S ???

@ $ = $ 52.50

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

5

**Buyer's Name Or Number** 49

**Item or Lot Number** 458 Tie Pins

@ $ = $ 5.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

6

**Buyer's Name Or Number** 53

**Item or Lot Number** 458 A Pom Durden

@ $ = $ 20.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

Seller's Copy

**Buyer's Name Or Number**

**Item or Lot Number** 459 File Cab 3D

@ $ = $ 12.50

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

8

**Buyer's Name Or Number** 69

**Item or Lot Number** 460 Gff Mss

@ $ = $ 5.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

9

**Buyer's Name Or Number** 69

**Item or Lot Number** 461 Gff Mss

@ $ = $ 5.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

10

**Buyer's Name Or Number** 59

**Item or Lot Number** 462 Gff Mss

@ $ = $ 6.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

11

**Buyer's Name Or Number** 18

**Item or Lot Number** 463 Nut. Supp.

@ $ = $ 15.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

12

**Buyer's Name Or Number** 6

**Item or Lot Number** 464 Binders

@ $ = $ 1.

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.

SALE NO. OR DATE 2.99 PAGE NO. 37 PAGE TOTAL $ 211 SALE TOTAL $ 19,079.00

● Reorder Form CT Missouri Auction School 1-800-835-1955

**1**

Buyer's Name Or Number: _17_

Item or Lot Number: 316 Creedonza

_____ @ $_____ = $ 60.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**2**

Buyer's Name Or Number: _46_

Item or Lot Number: 316A Credenza

_____ @ $_____ = $ 3.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**3**

Buyer's Name Or Number: _64_

Item or Lot Number: 323 Desk & Return

_____ @ $_____ = $ 25.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**4**

Buyer's Name Or Number: _47_

Item or Lot Number: 533 Picture

_____ @ $_____ = $ 90.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**5**

Buyer's Name Or Number: _27_

Item or Lot Number: 322 Desk

_____ @ $_____ = $ 90.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**6**

Buyer's Name Or Number: _14_

Item or Lot Number: 324 Desk & return

_____ @ $_____ = $ 30.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**7**

Buyer's Name Or Number: _____

Item or Lot Number: 321 Bookshelf

_____ @ $_____ = $ 15.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**8**

Buyer's Name Or Number: _627_

Item or Lot Number: 325 Desk & return

_____ @ $_____ = $ 55.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**9**

Buyer's Name Or Number: _10_

Item or Lot Number: 320 Printer Stand

_____ @ $_____ = $ 5.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**10**

Buyer's Name Or Number: _47_

Item or Lot Number: 319 Desk & return

_____ @ $_____ = $ 40.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**11**

Buyer's Name Or Number: _58_

Item or Lot Number: 328 Desk & return

_____ @ $_____ = $ 20.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**12**

Buyer's Name Or Number: _5_

Item or Lot Number: 329 Desk & return

_____ @ $_____ = $ 70.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.

SALE NO. OR DATE: 2-699   PAGE NO.: 38   PAGE TOTAL $ 503   SALE TOTAL $ 19575.00

● Reorder Form CT Missouri Auction School 1-800-835-1955

Seller's Copy

**1**

Buyer's Name Or Number
Item or Lot Number: 329 A  Golf Clubs
_____ @ $_____ = $ 12.50
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**7**

Buyer's Name Or Number: 32
Item or Lot Number: 331 Desk & Return
_____ @ $_____ = $ 22.50
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**2**

Buyer's Name Or Number: 15
Item or Lot Number: 329 B  Golf Clubs
_____ @ $_____ = $ 7.50
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**8**

Buyer's Name Or Number: 27
Item or Lot Number: 335 Desk & return
_____ @ $_____ = $ 20.00
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**3**

Buyer's Name Or Number: 15
Item or Lot Number: 329 C  Golf Clubs
_____ @ $_____ = $ 22.50
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**9**

Buyer's Name Or Number: 53
Item or Lot Number: 332 Desk & return
_____ @ $_____ = $ 35.
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**4**

Buyer's Name Or Number: 27
Item or Lot Number: 337 Desk & Return
_____ @ $_____ = $ 50.00
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**10**

Buyer's Name Or Number: 46.
Item or Lot Number: 333 Desk & Return.
_____ @ $_____ = $ 45.
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**5**

Buyer's Name Or Number: 47
Item or Lot Number: 330 Desk & Return
_____ @ $_____ = $ 50.00
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**11**

Buyer's Name Or Number: 47
Item or Lot Number: 334 Desk & Return
_____ @ $_____ = $ 50.00
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**6**

Buyer's Name Or Number: 27
Item or Lot Number: 336 Desk & Return
_____ @ $_____ = $ 20.00
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**12**

Buyer's Name Or Number: 8
Item or Lot Number: 333A  4 Panels.
_____ @ $_____ = $ 1.00
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.

SALE NO. OR DATE: 3699   PAGE NO. 39   PAGE TOTAL $ 365   SALE TOTAL $ 1990.

● Reorder Form CT Missouri Auction School 1-800-835-1955

**1**

Buyer's Name Or Number

Item or Lot Number: 353 File Interal

_____ @ $_____ = $ 75

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**2**

Buyer's Name Or Number: 6

Item or Lot Number: 353 A Phone Christ Mix
353 B 2 Palets. 5.

_____ @ $_____ = $ 

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**3**

Buyer's Name Or Number: 6

Item or Lot Number: 466 Skin Care

_____ @ $_____ = $ 5.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**4**

Buyer's Name Or Number: 6

Item or Lot Number: 505 Binders 2 Palette

_____ @ $_____ = $ 5.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**5**

Buyer's Name Or Number: 41

Item or Lot Number: 467 Nutri Combo

_____ @ $_____ = $ 25

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**6**

Buyer's Name Or Number: 41

Item or Lot Number: 468 Nut

_____ @ $_____ = $ 25

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**7**

Buyer's Name Or Number

Item or Lot Number: 503 2 Pal. Skin

_____ @ $_____ = $ 5.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**8**

Buyer's Name Or Number: 6

Item or Lot Number: 503 Skin Care

_____ @ $_____ = $ 5.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**9**

Buyer's Name Or Number: 41

Item or Lot Number: 469 Nut. Combo

_____ @ $_____ = $ 25

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**10**

Buyer's Name Or Number: 41

Item or Lot Number: 470 Vit Supp.

_____ @ $_____ = $ 35.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**11**

Buyer's Name Or Number: 6

Item or Lot Number: 502 2 Pal.

_____ @ $_____ = $ 5.00

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**12**

Buyer's Name Or Number: 41

Item or Lot Number: 471 Vitamins

_____ @ $_____ = $ 30

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.

SALE NO. OR DATE _____  PAGE NO. 33  PAGE TOTAL $ 245  SALE TOTAL $ 21,015

● Reorder Form CT Missouri Auction School 1-800-835-1955

**Seller's Copy**

7

**1**

Buyer's Name
Or Number _____
Item or
Lot Number  381  File Cab.
_____ @ $_____ = $ 110 ⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

Buyer's Name
Or Number _____
Item or
Lot Number  318  Mon + Fax
_____ @ $_____ = $ 75
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**2**

Buyer's Name
Or Number _____ 27
Item or
Lot Number  380  Mac Rack
_____ @ $_____ = $ 500
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**8**

Buyer's Name
Or Number _____ 32
Item or
Lot Number  311  Fax Mach.
_____ @ $_____ = $ 325.
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**3**

Buyer's Name
Or Number _____ 23
Item or
Lot Number  379  Trophy Case.
_____ @ $_____ = $ 3.
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**9**

Buyer's Name
Or Number _____ 47
Item or
Lot Number  312  Sharp Fax
_____ @ $_____ = $ 75 ⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**4**

Buyer's Name
Or Number _____ 12
Item or
Lot Number  327  File Cab
_____ @ $_____ = $ 100 ⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**10**

Buyer's Name
Or Number _____ 53
Item or
Lot Number  313  Fax
_____ @ $_____ = $ 45 ⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**5**

Buyer's Name
Or Number _____ 54
Item or
Lot Number  317  Desk
_____ @ $_____ = $ 1 ⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**11**

Buyer's Name
Or Number _____ 18
Item or
Lot Number  314  Fax Loner
_____ @ $_____ = $ 65
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**6**

Buyer's Name
Or Number _____ 54
Item or
Lot Number  326  Desk
_____ @ $_____ = $ 1 ⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**12**

Buyer's Name
Or Number _____ 46
Item or
Lot Number  315  Lateral File
_____ @ $_____ = $ 65 ⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

SALE NO.       PAGE       PAGE
OR DATE 2-19 99   NO. 3   TOTAL $  869 ⁻   SALE
                                          TOTAL $ 26770 ⁰⁰
● Reorder Form CT Missouri Auction School 1-800-835-1955

**1**
Buyer's Name Or Number: 53
Item or Lot Number: 341 Chest
_____ @ $ _____ = $ 30⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**2**
Buyer's Name Or Number: 54
Item or Lot Number: 342 Desk & Return
_____ @ $ _____ = $ 35⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**3**
Buyer's Name Or Number: 27
Item or Lot Number: 343 Desk
_____ @ $ _____ = $ 10⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**4**
Buyer's Name Or Number: 27
Item or Lot Number: 340 Desk & Return
_____ @ $ _____ = $ 40⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**5**
Buyer's Name Or Number: 27
Item or Lot Number: 345 Desk & Return
_____ @ $ _____ = $ 50⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**6**
Buyer's Name Or Number: 53
Item or Lot Number: 339 Desk & Ret
_____ @ $ _____ = $ 10⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**7**
Buyer's Name Or Number: 53
Item or Lot Number: 92 Met Desk & Ret
_____ @ $ _____ = $ 35⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**8**
Buyer's Name Or Number: 46
Item or Lot Number: 338 Desk & Ret
_____ @ $ _____ = $ 40⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**9**
Buyer's Name Or Number: 27
Item or Lot Number: 346 Return Desk
_____ @ $ _____ = $ 50⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**10**
Buyer's Name Or Number: 68
Item or Lot Number: 347 Desk & Return
_____ @ $ _____ = $ 60⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**11**
Buyer's Name Or Number: 66
Item or Lot Number: 348 Desk (4pcs)
_____ @ $ _____ = $ 10
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**(12)**
Buyer's Name Or Number: 66
Item or Lot Number: 93 Desk 2pcs
_____ @ $ _____ = $ 5⁰⁰
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

SALE NO. OR DATE _____   PAGE NO. 32   PAGE TOTAL $ 435⁰⁰   SALE TOTAL $ 21450⁰⁰

**Seller's Copy**

| 1 | |
|---|---|
| Buyer's Name Or Number | |
| Item or Lot Number | 350 Desk/Set |
| ___ @ $___ = $ 100 | |
| REMARKS: | |

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

| 2 | |
|---|---|
| Buyer's Name Or Number | 66 |
| Item or Lot Number | 94 Sins. Chr. |
| ___ @ $___ = $ 5∞ | |
| REMARKS: | |

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

| 3 | |
|---|---|
| Buyer's Name Or Number | 66 |
| Item or Lot Number | 95  2 Pieces |
| ___ @ $___ = $ 5∞ | |
| REMARKS: | |

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

| 4 | |
|---|---|
| Buyer's Name Or Number | 27 |
| Item or Lot Number | 351 Credenza + Chr. |
| ___ @ $___ = $ 160 | |
| REMARKS: | |

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

| 5 | |
|---|---|
| Buyer's Name Or Number | 66 |
| Item or Lot Number | 352  2 Pieces Desk |
| ___ @ $___ = $ 80 | |
| REMARKS: | |

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

| 6 | |
|---|---|
| Buyer's Name Or Number | 59 |
| Item or Lot Number | 359 Credit Cd Verf |
| ___ @ $___ = $ 55 | |
| REMARKS: | |

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

| 7 | |
|---|---|
| Buyer's Name Or Number | 59 |
| Item or Lot Number | 358 Credit Verf |
| ___ @ $___ = $ 50∞ | |
| REMARKS: | |

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

| 8 | |
|---|---|
| Buyer's Name Or Number | 5-9 |
| Item or Lot Number | 507 Credit Cd Ver. |
| ___ @ $___ = $ 75 | |
| REMARKS: | |

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

| 9 | |
|---|---|
| Buyer's Name Or Number | 58  59 |
| Item or Lot Number | 506 Credit Card |
| ___ @ $___ = $ 105 | |
| REMARKS: | |

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

| 10 | |
|---|---|
| Buyer's Name Or Number | 66 |
| Item or Lot Number | 96 Desk |
| ___ @ $___ = $ 10 | |
| REMARKS: | |

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

| 11 | |
|---|---|
| Buyer's Name Or Number | 66 |
| Item or Lot Number | 506 A Table |
| ___ @ $___ = $ 5∞ | |
| REMARKS: | |

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

| 12 | |
|---|---|
| Buyer's Name Or Number | 18 |
| Item or Lot Number | 97 Cabinet |
| ___ @ $___ = $ 5∞ | |
| REMARKS: | |

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

SALE NO. OR DATE ___  PAGE NO. 36  PAGE TOTAL $ 1615  SALE TOTAL $ 22005

Seller's Copy

**1**
Buyer's Name
Or Number
Item or
Lot Number ___494 Paper Binder___
_____ @ $_____ = $___1⁵⁰___
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**2**
Buyer's Name
Or Number ___6___
Item or
Lot Number ___478 Mood & Mem___
_____ @ $_____ = $___10⁰⁰___
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**3**
Buyer's Name
Or Number ___6___
Item or
Lot Number ___493 Skin Ca___
_____ @ $_____ = $___5⁰___
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**4**
Buyer's Name
Or Number ___5___
Item or
Lot Number ___479 Vitamins___
_____ @ $_____ = $___9²⁰___
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**5**
Buyer's Name
Or Number ___6___
Item or
Lot Number ___480 Pills___
_____ @ $_____ = $_____
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**6**
Buyer's Name
Or Number ___6___
Item or
Lot Number ___492 Skin Care___
_____ @ $_____ = $_____
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**7**
Buyer's Name
Or Number
Item or
Lot Number ___491___
_____ @ $_____ = $___5⁰⁰___
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**8**
Buyer's Name
Or Number ___6___
Item or
Lot Number ___490___
_____ @ $_____ = $___5⁰___
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**9**
Buyer's Name
Or Number ___6___
Item or
Lot Number ___489___
_____ @ $_____ = $___5⁰___
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**10**
Buyer's Name
Or Number ___6___
Item or
Lot Number ___488___
_____ @ $_____ = $_____
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**11**
Buyer's Name
Or Number ___6___
Item or
Lot Number ___487___
_____ @ $_____ = $___5⁰⁰___
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**12**
Buyer's Name
Or Number ___1___
Item or
Lot Number ___482___
_____ @ $_____ = $___5⁰⁰___
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.

SALE NO. _____ PAGE 2 PAGE
OR DATE _____ NO. ___ TOTAL $ 65⁰⁰ TOTAL $ 2230⁰⁰
● Reorder Form CT Missouri Auction School 1-800-835-1955

Seller's Copy

**1**

Buyer's Name Or Number

Item or Lot Number: 501 Skin Care

_____ @ $_____ = $_____

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**2**

Buyer's Name Or Number: 3

Item or Lot Number: (500) 2 ct Desks

_____ @ $499 = $ Steinet

REMARKS: 20.

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**3**

Buyer's Name Or Number: 41

Item or Lot Number: 472 Nut Supp.

_____ @ $_____ = $ 35

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**4**

Buyer's Name Or Number: 6

Item or Lot Number: 473 Vit. Supple.

_____ @ $_____ = $ 15

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**5**

Buyer's Name Or Number: 6

Item or Lot Number: 498 Skin Care Smpl

_____ @ $_____ = $ 5

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**6**

Buyer's Name Or Number: 6

Item or Lot Number: 497 Skin

_____ @ $_____ = $ 5

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**7**

Buyer's Name Or Number

Item or Lot Number: 496 Samples Skin

_____ @ $_____ = $_____

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**8**

Buyer's Name Or Number: 10

Item or Lot Number: 474 Office

_____ @ $_____ = $ 1.

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**9**

Buyer's Name Or Number: 6

Item or Lot Number: 475 Ultra Food

_____ @ $_____ = $ 5.

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**10**

Buyer's Name Or Number: 6

Item or Lot Number: 2 Pal. 495 Notebks

_____ @ $_____ = $ 5.

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**11**

Buyer's Name Or Number: 6

Item or Lot Number: 476 Energy & Wt Cont

_____ @ $_____ = $ 35

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**12**

Buyer's Name Or Number: 58

Item or Lot Number: 477 2 Shelves

_____ @ $_____ = $ 5.

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

SALE NO. OR DATE _____   PAGE NO. 22   PAGE TOTAL $ 125.00   SALE TOTAL $ 22,265.00

Seller's Copy
13-14-105

**1**

Buyer's Name
Or Number
Item or
Lot Number  483

_____ @ $_____ = $ 5__

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
• Reorder Form CT Missouri Auction School 1-800-835-1955

**7**

Buyer's Name
Or Number
Item or
Lot Number  435 Skin

_____ @ $_____ = $ 5__

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
• Reorder Form CT Missouri Auction School 1-800-835-1955

**2**

Buyer's Name
Or Number                6
Item or
Lot Number  484

_____ @ $_____ = $ 5__

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
• Reorder Form CT Missouri Auction School 1-800-835-1955

**8**

Buyer's Name
Or Number                6
Item or
Lot Number  434 Bass

_____ @ $_____ = $ 5__

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
• Reorder Form CT Missouri Auction School 1-800-835-1955

**3**

Buyer's Name
Or Number
Item or
Lot Number  485

_____ @ $_____ = $ 5__

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
• Reorder Form CT Missouri Auction School 1-800-835-1955

**9**

Buyer's Name
Or Number                6
Item or
Lot Number  433 Skin Care

_____ @ $_____ = $ 5__

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
• Reorder Form CT Missouri Auction School 1-800-835-1955

**4**

Buyer's Name
Or Number                6
Item or
Lot Number  487 Books

_____ @ $_____ = $ 1__

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
• Reorder Form CT Missouri Auction School 1-800-835-1955

**10**

Buyer's Name
Or Number                6
Item or
Lot Number  429 Shop Bg

_____ @ $_____ = $ 5__

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
• Reorder Form CT Missouri Auction School 1-800-835-1955

**5**

Buyer's Name
Or Number                6
Item or
Lot Number  486

_____ @ $_____ = $ 5__

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
• Reorder Form CT Missouri Auction School 1-800-835-1955

**11**

Buyer's Name
Or Number                41
Item or
Lot Number  431 (2 Dish Cases)
                432

_____ @ $_____ = $ 100__

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
• Reorder Form CT Missouri Auction School 1-800-835-1955

**6**

Buyer's Name
Or Number                6
Item or
Lot Number  487

_____ @ $_____ = $ 5__

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
• Reorder Form CT Missouri Auction School 1-800-835-1955

**12**

Buyer's Name
Or Number
Item or
Lot Number  436

_____ @ $_____ = $ 5__

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
• Reorder Form CT Missouri Auction School 1-800-835-1955

SALE NO.
OR DATE _____   PAGE NO. 26  PAGE TOTAL $ 155 00   SALE TOTAL $ 30420 00

# BUYER REGISTRATION

SALE FOR _____    DATE _____    PAGE NO. _____

| Buyer's Number | Buyer's Name and Company | Street Number | City, State and Zip | Phone | Other |
|---|---|---|---|---|---|
| 1 | Benj Creel | 12233 NC. 39 | Zebulon, N.C. 27597 | 269-8622 | 860009 |
| *2 | Gra Major Barfoot | 204 2604 137 | Dunn, N.C. 28334-0000 | 892-1313 | 78 8484 |
| 3 | Allison Flint | 248 Spring de St | Holly Springs 552-8288 | 552-8288 | 844-6300 |
| 4 | Andrew ___ | 1538 Bryl Bluebell | Apex N.C. | 862-0332 | |
| 5 | Michael David Heelan | 3321 Ward Rd | Raleigh N.C. 21502-6007 | 872-4468 | 3071/238 |
| 6 | David John Eveny | P.O. Box 16 104 | Apex, N.C. 21502-1525 | 829-1143 | 332/759 |
| 7 | Doug Maylston Altmore Dr | 20200102 Quabuck | Rogers, UC. 21501-0231 | 639-49973 | /38/15-90 |
| 8 | Kevin Sharrand Barrett | 822 Sunset Dr | Raleigh N.C. 21603 | 836-8428 | 257 2-235 |
| 9 | Donald Sherwood Barrett | 11013 Tamworth Tr | Raleigh, N.C. 27603 | 834-4465 | |
| 10 | Charlotte ___ | 73 Dark ___ | Raleigh N.C. 27603 | 848-1919 | 625-4459 |
| 11 | Bill Bou Cont | 900 Dacon Bou | Durham N.C. 27613 | 848-2740 | 294 9528 |
| 12 | Robert Spencer Earnhardt Jr. | 1413 Church Hill Dr | Wake Forest N.C. 27587 | 554-0027 | 610 414 |
| 13 | Ali Akhter Khan | 7600 Oak Point | Raleigh N.C. 27608 | 878-5058 | 381 3975 |
| | | | | 911-6811 | 123036 |

# BUYER REGISTRATION

SALE FOR _____     DATE _____     PAGE NO. _____

| Buyer's Number | Buyer's Name and Company | Street Number | City, State and Zip | Phone | Other |
|---|---|---|---|---|---|
| 11 | Michael James Russo | 807 Stanford Dr. | Raleigh N.C. | 845-4834 | 781-9472 |
| 12 | William Elms | 5015 Salem Ridge Holly Spring N.C. | 27609 | 557-5508 | 667-3937 |
| 15 | William Raymond Russell II | 9021 Pine Bark Ln | Clayton N.C. 27520 | 550-9180 | 854-6026 |
| 16 | Roger Gray | | | | |
| 16 | Bill Gray Louise Jr | 5150 Village West Augusta GA. | 21520 | 601-0184 | 257 253900 |
| 17 | Russo Sylvia Douco | | | | |
| 18 | Thomas Carroll Holsberg Jr. | 1437 Brook Haven | Raleigh 30907 | 231-9944 | |
| 18 | Chad Dunn | 355 Collectrice | Raleigh 27604 | 829-9324 | 404 0557 |
| 19 | Charles Fitzgerald Thomas | 7503 Swift Bndl. | Raleigh 27610 | 829238 | 829238 |
| 20 | Alonzo Allen Woodard | 6609 Regindale Dr. | Dallas Tex. MO 27646 | 301-345-5 | W-363-260-051-145 |
| 21 | Russo D. W. | 912 McClean Pl. | Raleigh 27612 | 841-1704 | 2731 2779 |
| 22 | Frank Rose Water | 1304 Mid Glacier | Raleigh 27609 | 782-2520 | 330 383 32 |
| 23 | James Michael Pardoe | 2433 Boothe | Raleigh 27604 | 834-7624 | 541 0104 |
| 24 | Mary Lou Smith | 357 Bonnett | Raleigh 27604 | | 541 0104 |
| 25 | Sandra Dutlouty | 407 Guylesburg | Durham 27703 | 956-9039 | 815 3856 |
| 26 | Barbara Wright Clifton | | | 596-0497 | 2848/80 |

BUYER REGISTRATION—Form No. BR-69.  $2.00 per pad, 10 pads at $1.50 each, 20 or more at $1.25 each.
Reorder from MISSOURI AUCTION SCHOOL  ■  1600 Genesee  ■  Kansas City, MO 64102  ■  Phone 816-421-7117

# BUYER REGISTRATION

SALE FOR _____   DATE 2-6-99   PAGE NO. 3

| Buyer's Number | Buyer's Name and Company | Street Number | City, State and Zip | Phone | Other |
|---|---|---|---|---|---|
| 27 | Robert Lee Heaberg / Tower Solutions | 3412 Greensplag Ln | E. Monio 27526-8492 | 387-1414 | 755 1104 |
| 28 | Heath Rubek Parison | 505 W. Parrish Dr | Benson 27504 | 894-5761 | 1474598 |
| 29 | Chester Lee Little | 4133 Lake Wilson Rd | Wilson 27896-8944 | 237-1041 | 2437546 |
| 30 | Frank Brooks Bain II | 228 Lynnhell Ln | Garner 27530-9553 | 662-2185 | 2461899 6 |
| 31 | Levi Cory Ball | 4 M:1ls Why | Youngsville 27596-8659 | 478-0044 | 100/36057 |
| 32 | Clade Moon | Raleigh Possum Track Rd | Raleigh 27604-9315 | 847-5983 | 2627850 |
| 33 | Ricky Thomas Charles | Rt 4 Box 201 A | Angier 27501 | 639-4906 | 4963393 |
| 34 | Jeffery Paul Jones | 1706 Alton St. | Angier 27501 | 639.6921 | 8158544 |
| 35 | Bobby Ross Holloman | Rt. 5 Box 345 | Youngsville 27596 | 556-9080 | 241,940 |
| 36 | Williams Jerry Batts | 2833 Bethorshire Ct | Raleigh 27604-3923 | 832-1131 | 2266963 |
| 37 | Ernest Joseph Faulk | 4545 Oakleaf Rd | Sanford 27330 | 774-1819 | 2239331 |
| 38 | Edith M Godwin | Po Box 64 | Clayton 27528 | 553-2678 | |
| 39 | Charles Edward Cooney | 1000 Bayfield Dr | Raleigh 27606 | 851-3419 | 363784 |

BUYER REGISTRATION—Form No. BR-69   $2.00 per pad, 10 pads at $1.50 each, 20 or more at $1.25 each.
Reorder from MISSOURI AUCTION SCHOOL ■ 1600 Genessee ■ Kansas City, MO 64102 ■ Phone 816-421-7117

# BUYER REGISTRATION

SALE FOR _____    DATE 2-6-99    PAGE NO. 4

| Buyer's Number | Buyer's Name and Company | Street Number | City, State and Zip | Phone | Other |
|---|---|---|---|---|---|
| 40 | James Doyle Gilchrist | 104 Buttercup Ct | Goner 27529-0000 | 550-2141 | 6438262 |
| 41 | Stanley Howland Vanatten | 10504 Treedwood Dr | Raleigh 27616-1159 | 981-7993 | 8235279 |
| 42 | William Dick Royal Jr | 108 SE 41st St | Oak Island 28465- | 5534 910 842-7224 | 329 1174 |
| 43 | Robert Lloyd Venters | 4650 Old Hwy | New Hill NC 27562- | 96 11 3892-0608 | 8380910 |
| 44 | William Thomas Phillips Jr. | 325 Latimer Rd | Raleigh 27609 | 896-9658 | 1949356 |
| 45 | Carlton Grayson Phillips | 316 Howland Ave | Cary 27513 | 80 388-1700 | 5737233 |
| 46 | James William Bly | 613 Mason Pl | Raleigh 27609-5649 | 571-1102 | 45-16291 |
| 47 | Michael A. Deans | 14800 Pembridge Ln | Raleigh 27614-7321 | 848-2001 | 4418918 |
| 48 | Gary Mark Eldridge | 7238 Main St | Wendell Dunn 28366-7720 | 901/594-1496 | 3622367 |
| 49 | Brent Earl West | 5026 Royal Vernock Dr | Raleigh 27604 | 462-1499 | 8703850 |
| 50 | Joseph John Creek | 1945 Richardson Rd | Zebulon 27597-80020 | 269-4884 | 3795183 |
| 51 | David Dean Albinger | RR 1 Box 351 | Dunn 28334 | 892-2308 | 1975629 |
| 52 | Arnold Lewis Jr. | 480 Zachary Way | Garner 27529 | 550-3751 | 2609225 |

BUYER REGISTRATION—Form No. BR-69 $2.00 per pad, 10 pads at $1.50 each, 20 or more at $1.25 each.<br>Reorder from MISSOURI AUCTION SCHOOL ■ 1600 Genesee ■ Kansas City, MO 64102 ■ Phone 816-421-7117

| # | Name | Address/Town State/Zip | Phone No. (Area Code if Not 919) | Driver License No. | Signature Required |
|---|------|------------------------|----------------------------------|--------------------|--------------------|
| 53 | Anul Eugene Jackson | Wake Forest 27587-6445 2519 Palmer Ct | 919 554 9373 | 1771605 | |
| 54 | John Franklin Boykin | 4705 Johnson Pond Rd Apex NC 27502-8685 | 919 662-8359 | 490014664 | |
| 55 | Albert Lambeck | 162 Dorchester Ct Cary 27513-3031 | 916-782-7602 | 920040 | |
| 56 | James Edward Moore | 3014 Sherry Dr Raleigh 27604 | 919-856-9039 | 8003247 | |
| 57 | Jeffrey Joseph Majenski | 111 Drysdale Ct Cary 27511 | 919-878-6789 | 2454434 | |
| 58 | E. Eric Majenski | 511 N. Raleigh St Angier 27501-9121 | 919-639-6881 | 215404172 | |
| 59 | Walter Blake | 818 Versailles Drive Cary 27511 | 467-9513 | 2779935 | |
| 60 | James McNeill | 401 E. Millbrook Rd Raleigh 27609 | 919-783-5991 | 17161230 | |
| 61 | Leslie Austin | PO Box 993 3210 Woodside Dr Garner 27529-0993 | 553-0799 | 3080086 | |
| 62 | Jean Winborne Thornton | 1319 Canterbury Rd Raleigh 27608-1901 | 919/783-6964 | 20011007 | |
| 63 | Cheryl Yvonne Beasley | 4328 US 301 Hwy South Wilson 27893 | 252 399 0061 | 1940499 | |
| 64 | Robert Lowell Gardner | 8809 Franklin Heights Rd Raleigh 27587-8131 | 854-4665 | 1158022 | |
| 65 | Tony Daniel Phillip | 608 Solon Drive Raleigh 27610-2452 | 831-5487 | 4724107 | |
| 66 | Kris R. LeFaivre | 8408 Taymouth Ct Raleigh 27613 | 98 05 07 | 2382018 | Tony D. Watson |
| 67 | Robert Lawson | 2820 Van Dyke Ave Raleigh 27607-7080 | 98 05 07 | | |
| 68 | Donna Register Mosellev, Jr. | 8905 Mansfield Drive Raleigh 27613-1039 | 833-272-7 | 8420469 | |
| 69 | Forrest Representative Sam Ellis | 2513 Auburn-Knightdale Rd Raleigh 27610 | 813-0923 | 3503351 | |
| 70 | Dolores Annette Moore | 1713 Falls Church Rd Raleigh 27609-3548 | 772-6434 790-1993 | 3467945 10019085 | |