U.S. Bankruptcy Court for the Eastern District of North Carolina
U.S. BANKRUPTCY COURT, PO BOX 1441, RALEIGH, NC 27602-1441

In Re a *Petition for Relief under chapter* 7 *of Title 11, U.S. Code*, filed by or against the below-named Debtor(s) on November 25, 1998:
DEBTOR:  **INTERNATIONAL HERITAGE, INC.** of 2626 GLENWOOD AVE., #200, RALEIGH NC 27608,  SSAN: NA          TAX ID: 56-1921093

CASE NO. 98-02675-5-ATS

FILED
MAR 17 1999
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

ORDER AND NOTICE
BY THE COURT

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing in said cause will be held:

DATE:  March 31, 1999
TIME:  10:00 A.M.
PLACE:
UNITED STATES BANKRUPTCY COURT
U.S. COURTHOUSE & P.O. BLDG., ROOM 208, 300 FAYETTEVILLE ST. MALL, RALEIGH, NC

to consider and act on the following matters:

Motion for Order Releasing Reserve Account, Determination of the Applicability of the Automatic Stay, or for Relief from the Automatic Stay filed by Chittenden Bank on February 18, 1999 and response thereto filed by Trustee on March 3, 1999.

**\*\*CONTINUED FROM MARCH 16, 1999\*\***

and to transact all other business as may properly come before the court.

DATED:
MAR 17 1999

PEGGY B. DEANS
CLERK OF COURT

U.S. Bankruptcy Court for the Eastern District of North Carolina
U.S. BANKRUPTCY COURT, PO BOX 1441, RALEIGH, NC 27602-1441

In Re a *Petition for Relief under chapter 7 of Title 11, U.S. Code*, filed by or against the below-named Debtor(s) on November 25, 1998:
DEBTOR:   **INTERNATIONAL HERITAGE, INC.** of 2626 GLENWOOD AVE., #200, RALEIGH NC 27608,   SSAN: NA           TAX ID: 56-1921093

CASE NO. **98-02675-5-ATS**

ORDER AND NOTICE
BY THE COURT

CERTIFICATE OF MAILING

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that a copy of the attached document was mailed in a postage prepaid envelope addressed to the following at their respective addresses, by placing said envelope in the regular mail in Raleigh, NC, on this date.

DATED:

MAR 17 1999

_____
DEPUTY CLERK

INTERNATIONAL HERITAGE, INC.
2626 GLENWOOD AVE., #200
RALEIGH, NC 27608

,

Terri L. Gardner
P. O. Box 26268
Raleigh,  NC 27611-6268

Holmes P. Harden
P.O. Box 17169
Raleigh,  NC 27619

Louis P. Rochking
One Woodward Ave.
Suite 2400
Detroit, MI  48226

Kathryn N. Koonce
Post Office Box 10096
Raleigh, NC  27605-0096

William P. Janvier
Post Office Box 3007
Raleigh, NC  27602-3007