**FILED**
**MAR 22 1999**
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE: )
INTERNATIONAL HERITAGE, INC. ) CASE NO.: 98-02675-5-ATS
) CHAPTER 7
Debtor. )

## ORDER

THIS CAUSE, coming on for hearing upon the motion of Stanley H. Van Etten to continue the hearing on the motion for relief from automatic stay filed by L. C. Gilbert, which hearing is currently scheduled for March 24, 1999;

AND IT APPEARING TO THE COURT that the Trustee and counsel for L. C. Gilbert have consented to a continuance of said hearing, and good cause otherwise exists to grant said motion;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the motion to continue the hearing on the motion of L. C. Gilbert seeking relief from the automatic stay is ALLOWED, and the hearing on said motion shall be rescheduled for April 15, 1999 at 10:30 a.m., USBC, 300 Fayetteville Street Mall, Room 208, Raleigh, NC.

This the 22nd day of March, 1999.

The Honorable A. Thomas Small
Bankruptcy Judge

cc: Wood to serve 3/22/99 Am