FILED

MAR 22 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. | ) | |
| | ) | |
| INTERNATIONAL HERITAGE, INCORPORATED, | ) | CASE NO.: 98-02674-5-ATS |
| | ) | |
| | ) | |
| Debtors. | ) | |

## MOTION TO CONTINUE HEARING

Now comes Holmes P. Harden, Trustee in the above captioned cases, and moves that the court continue hearing on Trustee's January 15, 1999 Application of Trustee to Enter into Stipulation and Consent to Final Judgment for Permanent Injunction for at least thirty days.

In support of this motion, Trustee shows the court that Actstar Insurance Company ("Acstar"), issuer of the surety bond which is the subject of the proposed settlement described in Trustee's Application, is discussing with Trustee and the Securities and Exchange Commission a consentual resolution of Acstar's objection to the proposed settlement. Counsel for Acstar has requested that Trustee seek a thirty day continuance to permit more time to seek agreement between Acstar and the SEC, and counsel for the SEC consents to such a continuance. Trustee is also engaged in discussions about a resolution of Mr. Van Etten's objection to the Application which would include a concomitant settlement of the estate's §§ 547 and 548 claims against Mr. Van Etten. The parties require more time to negotiate.

WHEREFORE, Trustee prays that the court remove his Application to Enter into Stipulation and Consent to Final Judgment of Permanent Injunction from its March 30 calendar and that the Application be rescheduled for hearing after April 30, 1999.

RAL/189208/1

Respectfully submitted, this 22rd day of March, 1999.

                      MAUPIN TAYLOR & ELLIS, P.A.

                      BY: /s/ Holmes P. Harden
                      Holmes P. Harden
                      3200 Beechleaf Court, Suite 500
                      Post Office Drawer 19764
                      Raleigh, North Carolina 27619-9764
                      Telephone: (919) 981-4000

RAL/189208/1

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing or attached document was served upon all parties of record by mailing a copy thereof to their counsel of record at the addresses indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service in Raleigh, North Carolina, on the 22nd day of March, 1999.

MAUPIN TAYLOR & ELLIS, P.A.

BY: /s/ Holmes P. Harden
Holmes P. Harden
3200 Beechleaf Court, Suite 500
Post Office Drawer 19764
Raleigh, North Carolina 27619-9764
Telephone: (919) 981-4000

SERVED BY FAX:

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039
Fax: 856-4692

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Fax: 313-961-8358

N. Hunter Wyche, Jr.
Wyche & Story, RLLP
P. O. Drawer 1389
Raleigh, NC 27602
Fax: 821-7703

Lloyd W. Gathings, II
Robert W. Shores
Gathings & Associates
P. O. Box 10545
Birmingham, AL 35202-0545
Fax: 205-803-3029

Ronald H. Garber
Boxley, Bolton & Garber, LLP
P. O. Drawer 1429
Raleigh, NC 27602
Fax: 832-3918

Kathryn N. Koonce
P. O. Box 10096
Raleigh, N C 27605-0096
Fax: 783-1075

RAL/189208/1

Terri L. Gardner
Smith Debnam Narron & Myers, L.L.P.
P. O. Box 26268
Raleigh, NC 27611-6268
Fax: 250-2100

Michael Flanagan
Ward & Smith, P.A.
P. O. Box 8088
Greenville, NC 27835-8088
Fax: 252-756-3689

William P. Hicks
Securities and Exchange Commission
3475 Lenox Road, NE, Suite 1000
Atlanta, GA 30326-1232
Fax:  404-842-7666

Brent E. Wood
Wood & Francis, P.L.L.C.
P. O. Box 164
Raleigh, NC 27601
Via Fax: 828-0804

RAL/189208/1