UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

FILED
MAR 24 1999
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| INTERNATIONAL HERITAGE, | ) | |
| INCORPORATED, | ) | CHAPTER 7 |
| | ) | CASE NO. 98-02674-5-ATS |
| Debtors. | ) | |

## ORDER FURTHER EXTENDING TIME TO ASSUME OR REJECT EXECUTORY CONTRACT

The Trustee having filed his Motion to Extend Time to Assume or Reject Executory Contract between either or both of the Debtors and TIG Insurance Company and good cause appearing therefor, it is

ORDERED that the time within which the Trustee in this case may assume or reject any and all executory contracts of either or both of the Debtors with TIG Insurance Company be and the same hereby is extended to sixty (60) days from and after the date of this order.

Dated: MAR 24 1999

_____
United States Bankruptcy Judge

RAL/177882/1