UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

FILED
MAR 25 1999
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. | ) | |
| | ) | |
| INTERNATIONAL HERITAGE, INCORPORATED, | ) | CASE NO.: 98-02674-5-ATS |
| | ) | |
| Debtors. | ) | |

### ORDER CONTINUING HEARING

FOR CAUSE SHOWN, the hearing on Trustee's January 15, 1999 Application of Trustee to Enter into Stipulation and Consent to Final Judgment for Permanent Injunction shall be continued from March 31, 1999 to May 5, 1999 at 10:00 a.m., 300 Fayetteville Street Mall, Room 208, Raleigh, NC.

MAR 25 1999

_____
United Sates Bankruptcy Court Judge

RAL/189616/1

cc: Harden to serve 3/25/99 AM

128

**Date:** 3/25/99
**Sender:** ~LFSfax
**To:** Anne Moell
**Priority:** Normal
**Subject:** Fax Request Result

Lotus Fax Server
Fax Sent - Confirmation

| | |
|---|---|
| Received by LFS at: | 03/25/99 08:46:09 AM |
| Processing Time: | 7 Minute(s) 53 Second(s) |
| Transmission Start Time: | 03/25/99 08:52:05 AM |
| Transmission End Time: | 03/25/99 08:54:02 AM |
| Number of pages: | 4 |
| Successfully faxed to: | Harden Holmes FAX#1010333#,9199814300 dy |
| LFS Request ID: | 30570 |