UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN THE MATTER OF          )
   -OF-                   )    CASE NO. 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC. )
(TAX ID #56-1921093),     )    CHAPTER 7
         Debtor           )
_____)

FILED
MAR 29 1999
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

### AMENDMENT TO SCHEDULES

NOW COMES International Heritage, Inc., (the "Debtor"), by and through counsel of record, and amends the Schedule of Liabilities. In support of this amendment, the Debtor shows as follows:

1. On November 25, 1998, the Debtor filed for relief under chapter 7 of the Bankruptcy Code.

2. The Statement of Financial Affairs and Schedules were filed on December 16, 1998.

3. The Debtor filed an Amendment to the Statement of Financial Affairs and Schedule of Assets and Liabilities on January 19, 1999.

4. The following is a further amendment to the Schedule of Liabilities:

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

GTE South                                $3,217.92
P.O. Box 31122
Tampa, FL 33631-3122

Re: Steve Autery/GTE South
Account No.: 141010027676615605

Gardner + Hayden 3/2/99 Am

130

WHEREFORE, the Debtor respectfully submits these amendments to the Schedules.

This the 10th day of March, 1999.

                      SMITH DEBNAM NARRON & MYERS, L.L.P.

                      By: *Terri L. Gardner*
                           Terri L. Gardner
                           State Bar No. 9809
                           4700 New Bern Ave., P.O. Box 26268
                           Raleigh, NC 27611-6268
                           (919) 250-2000
                           Attorneys for International Heritage, Inc.

I, declare under penalty that I have read the answers contained in the foregoing Amendment to Schedules and that they are true and correct to the best of my knowledge, information and belief.

Date: 3/16/99                  Signature: *Stanley H. Van Etten*
                                                   Stanley H. Van Etten
                                                   President and CEO

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN THE MATTER OF ) CASE NO. 98-02675-5-ATS
    -OF- )
INTERNATIONAL HERITAGE, INC. ) CHAPTER 7
(TAX ID #56-1921093), )
    Debtor )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that (s)he is over eighteen (18) years of age, and the

**AMENDMENT TO SCHEDULES**

was this day served upon the below named persons, parties and/or counsel by mailing, postage prepaid, first class mail; a copy of such instruments to such persons, parties and/or counsel at the address shown below:

Bankruptcy Administrator
P.O. Drawer 3039
Century Station
Raleigh, NC  27602-3039

Brent Wood, Esq.
Wood & Francis, P.L.L.C.
P.O. Box 164
Raleigh, NC  27602

Steve Autery
819 Green Street
Durham, NC 27701-1635

Stanley H. Van Etten
Mayflower Capital, L.L.C.
2626 Glenwood Avenue
Raleigh, NC  27608

Holmes P. Harden, Esq.
Chapter 7 Trustee
Post Office Drawer 19764
Raleigh, NC  27619

This the 25th day of March, 1999.

SMITH DEBNAM NARRON & MYERS, L.L.P.

By: _/s/ Terri L. Gardner_
(Terri L. Gardner
State Bar No. 9809
4700 New Bern Ave., P.O. Box 26268
Raleigh, North Carolina 27611-6268
(919) 250-2000
Attorneys for International Heritage, Inc.