```
                                                    FILED
              UNITED STATES BANKRUPTCY COURT
              EASTERN DISTRICT OF NORTH CAROLINA   MAR 29 1999
                      RALEIGH DIVISION
                                                 PEGGY B. DEANS, CLERK
                                                 U.S. BANKRUPTCY COURT
IN RE:                          )                EASTERN DISTRICT OF N.C.
                                )
                                )   CHAPTER 7
INTERNATIONAL HERITAGE, INC.    )   CASE NO.  98-02675-5-ATS
                                )
         Debtor.                )
_____)
```

## AMENDED CERTIFICATE OF SERVICE

I, Joseph N. Callaway, Attorney for Respondent in this action, hereby certify that on the 26 day of March, 1999, I served the document to which this certificate is attached:

**NOTICE OF MOTION AND RESPONSE TO TRUSTEE'S MOTION FOR ORDER**

by depositing a copy thereof postpaid in a post office of official depository under the exclusive care and custody of the United States Postal Service, in a wrapper, addressed to each of the following parties of interest in this action at the following last known addresses:

```
Lin Deola
Reynolds, Motl & Sherwood
401 N. Last Chance Gulch
Helena, MT  59601

Brent Wood
Wood & Francis, PLLC
P.O. Box 164
Raleigh, NC  27602

Robert Brunton
Kutak Rock
225 Peachtree Street, NE
Suite 2100
Atlanta, GA  30303-1768

David R. Paoli
Paoli Law Office
P.O. Box 8131
Missoula, MT  58807
```

```
                        Joseph N. Callaway
                        State Bar No. 010821
                        BATTLE, WINSLOW, SCOTT & WILEY, P.A.
                        Attorneys for Respondent
                        P. O. Box 7100
                        Rocky Mount, NC  27804-0100
                        (252)937-2200
```

129
no envelope 3/29/99 Am

131