**FILED**

**MAR 30 1999**

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                    )
                                          )    CHAPTER 7
INTERNATIONAL HERITAGE, INC.  )    CASE NO. 98-02675-5-ATS
                                          )
                                          )
                                          )
                                          )
                                          )
          Debtors.                 )

### ORDER APPROVING PRIVATE SALE
### TO SYMMETRY CORPORATION

This matter comes on for the consideration of the undersigned upon the Notice of Proposed Private Sale filed February 17, 1999 by Holmes P. Harden, Trustee, in the above-captioned case, and the objection thereto of Jafra Cosmetics International dated March 2, 1999.

Trustee proposed a private sale of the representative database of the above-referenced debtor to Direct Nutrition and Symmetry Corporation for $6,000. Jafra Cosmetics International objected and offered $9,000 for the database. A hearing was conducted on March 24, 1999, at which time the Court authorized the Trustee to solicit further bids from Jafra Cosmetics International and from Symmetry Corporation.

Trustee solicited further bids and received an offer of $15,000 from Symmetry Corporation, which is the highest and best offer received from any party. Said price is a reasonable price for the representative database.

WHEREFORE, the Court approves a sale of the representative database to Symmetry Corporation for the price of $15,000, said amount to be paid to Trustee immediately upon entry of this order.

This the 30th day of March, 1999.

_____
United States Bankruptcy Court Judge

RAL/177882/1

U.S. Bankruptcy Court for the Eastern District of North Carolina
U.S. BANKRUPTCY COURT, PO BOX 1441, RALEIGH, NC 27602-1441

In Re a *Petition for Relief under chapter 7 of Title 11, U.S. Code*, filed by or against the below-named Debtor(s) on November 25, 1998:

DEBTOR:   **INTERNATIONAL HERITAGE, INC.** of 2626 GLENWOOD AVE., #200, RALEIGH NC 27608,   SSAN: NA   TAX ID: 56-1921093

CASE NO. 98-02675-5-ATS

ORDER AND NOTICE
BY THE COURT

CERTIFICATE OF MAILING

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that a copy of the attached document was mailed in a postage prepaid envelope addressed to the following at their respective addresses, by placing said envelope in the regular mail in Raleigh, NC, on this date.

DATED:   MAR 30 1999

_____
DEPUTY CLERK

INTERNATIONAL HERITAGE, INC.
2626 GLENWOOD AVE., #200
RALEIGH, NC 27608


Terri L. Gardner
P. O. Box 26268
Raleigh,  NC 27611-6268

Holmes P. Harden
P.O. Box 17169
Raleigh,  NC 27619

Richard D. Sparkman
Post Office Drawer C
Angier, NC  27501