FILED
MAR 31 1999
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                      CASE NO. 98-02765-5-ATS

INTERNATIONAL HERITAGE, INC.                 TAX I.D. NO. 56-1921093

DEBTOR                                                    CHAPTER 7

### CONSENT ORDER FOR CONTINUANCE OF HEARING

THIS MATTER comes before the Court upon the consent, stipulation, and agreement of Chittenden Bank ("Chittenden") and Holmes P. Harden ("Trustee"), trustee in bankruptcy for the above-referenced matter, based upon which the Court makes the following findings of fact and conclusions of law:

1. This matter is a core proceeding pursuant to 28 U.S.C. §157, and the Court has jurisdiction pursuant to 28 U.S.C.§§151, 157, and 1334. The Court has the authority to hear this matter pursuant to the General Order of Reference entered on August 3, 1984 by the United States District Court for the Eastern District of North Carolina.

2. The Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on November 25, 1998, and the Trustee was appointed to administer the estate pursuant to 11 U.S.C. §704.

3. On February 18, 1999, Chittenden filed a Motion for Order Releasing Reserve Account, Determination of the Applicability of the Automatic Stay, or for Relief from the Automatic Stay, and on March 3, 1999, the Trustee filed a Response thereto. The Court scheduled a hearing on the Motion and Response for Tuesday, March 16, 1999 at the Bankruptcy

RALEIGH/017980-002/182081 v.01

cc: Janvier + Leonce 3/31/99 Am

133

Court in Raleigh, North Carolina ("Hearing"), and the Hearing was subsequently continued to Wednesday March 31, 1999 at the Bankruptcy Court in Raleigh.

4. Chittenden and the Trustee are currently in the process of exchanging information relating to this matter and, therefore, agree to a further continuance of the Hearing; now therefore,

IT IS ORDERED, ADJUDGED, AND DECREED that the Hearing be, and hereby is, continued for a period of one (1) month at date, time, and place to be set by this Court.

DATED: _____MAR 3 1 1999_____

_____
United States Bankruptcy Judge

WE CONSENT:

POYNER & SPRUILL, L.L.P.

By: _____
Kathryn N. Koonce
NC State Bar Number 19193
Local Counsel for Chittendend Bank
Post Office Box 10096
Raleigh, North Carolina  27605-0096
Telephone:  (919) 783-6400

MERRITT, WOOTEN & JANVIER, P.A.

By: _____
William P. Janvier
NC State Bar Number 21136
Attorneys for Trustee
Post Office Box 3007
Raleigh, North Carolina  27602-3007
Telephone:  (919) 834-9160

RALEIGH/017980-002/182081 v.01