IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

INTERNATIONAL HERITAGE, INC.

Debtor.

Case No.

98-02675-5-ATS
CHAPTER 7

**NOTICE OF APPEARANCE ON BEHALF OF**
**BUSINESS TELECOM, LLC**

NOW COMES Meredith P. Ezzell of the firm of Wyrick, Robbins, Yates & Ponton L.L.P., and enters this appearance on behalf of herself and her firm as counsel in this bankruptcy case for Business Telecom, Inc. Please mail or send by email all notices and other documents required to be served upon creditors to the undersigned at the following address:

> Meredith P. Ezzell
> Wyrick Robbins Yates & Ponton LLP
> P. O. Drawer 17803
> Raleigh, NC 27619
> email: mezzell@wyrick.com

This the 30th day of March, 1999.

WYRICK, ROBBINS, YATES & PONTON L.L.P.

BY: /s/ Meredith P. Ezzell
Meredith P. Ezzell
North Carolina State Bar No. 23094
Post Office Drawer 17803
Raleigh, North Carolina 27619
Telephone: (919) 781-4000

**ATTORNEYS FOR BUSINESS TELECOM, INC.**

PLDG-4465-152-125436-01

CERTIFICATE OF SERVICE

I, Meredith P. Ezzell, of Wyrick, Robbins, Yates & Ponton L.L.P., hereby certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 30th day of March, 1999, I served copies of the foregoing Entry of Appearance, via U.S. first class mail, postage pre-paid, addressed as follows:

> Holmes P. Harden
> Chapter 7 Trustee
> P.O. Box 17169
> Raleigh, NC 27619
>
> Marjorie K. Lynch
> Bankruptcy Administrator
> P.O. Box 3758
> Wilson, NC 27894

I hereby certify under penalty of perjury that the foregoing is true and correct.

*/s/ Meredith P. Ezzell*
Meredith P. Ezzell