UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**FILED**

APR 2 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:                                    )
                                          )   CHAPTER 7
INTERNATIONAL HERITAGE, INC.              )   CASE NO. 98-02675-5-ATS
                                          )
        Debtor.                           )

ORDER AUTHORIZING PAYMENT
OF POSTPETITION RENT
PURSUANT TO 11 U.S.C. § 506(c)

THIS MATTER comes before the Court upon the Supplemental Application for Post-Petition Rent 11 U.S.C. Section 503 and 506 of Printing Plus, Inc. ("Movant") for the period November 25, 1998 through February 6, 1999.

IT APPEARING TO THE COURT that the monthly rental charge is $4,246.25;

AND IT FURTHER APPEARING that Movant's premises were used for the storage and sale by auction of certain personal property of the debtor upon which one or more secured creditors assert a lien and that the use and occupancy of the premises was necessary to preserve and dispose of said personal property for the benefit of those creditors with liens on the personal property;

AND IT FURTHER APPEARING that Movant's Supplemental Application was properly served upon the debtor's secured creditors and that no objection was filed by any secured creditor;

AND IT FURTHER APPEARING TO THE COURT that the Trustee and Movant have negotiated a settlement of Movant's claim for $6,500.00 to be paid by Trustee to Movant pursuant to 11 U.S.C. § 506(c) and that $6,500.00 is reasonable rent for the period November 25, 1998 to February 6, 1999;

IT IS THEREFORE ORDERED that post-petition rent is ALLOWED in the amount of $6,500.00 .

Dated: APR - 2 1999

_____
United States Bankruptcy Court Judge

RAL/177882/1

cc: Staton to serve 4/2/99 Am

136

WE CONSENT:

MAUPIN TAYLOR & ELLIS, P.A.

BY: */s/ Holmes P. Harden*
Holmes P. Harden
Trustee
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000


*/s/ Shawna Y. Staton*
Shawna Staton
Attorney for Printing Plus, Inc.
Jordan Price Wall Gray & Jones
P. O. Box 2021
Raleigh, North Carolina 27602-2021

RAL/177882/1