FILED

APR 6 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| INTERNATIONAL HERITAGE, INC. ) | CASE NO.: 98-02675-5-ATS |
| ) | |
| ) | |
| Address: ) | CHAPTER 7 |
| 2626 Glenwood Avenue, #200 ) | |
| Raleigh, NC 27608 ) | |
| ) | |
| Debtor. ) | |

## ORDER ALLOWING 2004 EXAMINATION

This matter came on to be heard before the undersigned Bankruptcy Judge upon the Motion for 2004 Examination filed by Nicholls & Crampton, P. A., Special Counsel for the Chapter 7 Trustee, for the entry an order authorizing and directing the examination of Stanley H. Van Etten pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, and for good cause shown, it is hereby ORDERED:

1. The Motion for 2004 Examination be and hereby is allowed.

2. Stanley H. Van Etten shall appear at the offices of Nicholls & Crampton, P. A., 4300 Six Forks Road, Suite 700, Raleigh, North Carolina on April 19, 1999 at 10:00 o'clock a.m. for the purpose of being examined under oath by Special Counsel to the chapter 7 Trustee pursuant to the provisions of the Bankruptcy Rule 2004, said examination to continue from day to day until concluded.

3. Stanley H. Van Etten shall produce, at the above designated time and place, those documents described on the attached Exhibit "A", incorporated herein by reference, and permit Special Counsel for the chapter 7 Trustee to examine and make copies of said documents, pursuant to the provisions of Rule 2004 of the Federal Rules of Bankruptcy Procedure.

Dated: APR - 6 1999

_____
United States Bankruptcy Judge

139 cc: Crampton to serve 4/6/99 Am

139

# EXHIBIT A

1. Any and all employment agreements between Stanley H. Van Etten and the Debtor, as well as any documents, correspondence, or memoranda evidencing any compensation agreement between the Debtor and Stanley H. Van Etten;

2. Any and all documents, correspondence, or memoranda relating to compensation received by Stanley H. Van Etten from the Debtor;

3. All documents, correspondence, or memoranda relating to any monetary transfers made from the Debtor: to Stanley H. Van Etten; to any family member of Stanley H. Van Etten; or to any entity in which Stanley H. Van Etten holds an interest of 10% or more;

4. All documents, correspondence, or memoranda relating to any transfers of property, other than money, made from the Debtor: to Stanley H. Van Etten; to any family member of Stanley H. Van Etten; or to any entity in which Stanley H. Van Etten holds an interest of 10% or more;

5. All documents, correspondence, or memoranda relating to the Debtor's Board of Director's alleged agreement to pay Stanley H. Van Etten a "bond procurement fee";

6. All documents, correspondence, or memoranda relating to any loans made by Stanley H. Van Etten to the Debtor and all documents, correspondence, or memoranda evidencing or relating to a security interest in favor of Stanley H. Van Etten in the Debtor's property.