**FILED**

APR 07 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO.: 98-02675-5-ATS |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INCORPORATED, | ) ) | CASE NO. 98-02674-4-ATS |
| | ) | CHAPTER 7 |
| Debtor. | ) | |

## RESPONSE TO THE MOTION TO LIFT STAY FILED BY THE STATE AUDITOR AND COMMISSIONER OF SECURITIES FOR THE STATE OF MONTANA

NOW COMES Stanley H. Van Etten, a former officer and director of the Debtors and a secured creditor of the Debtors, and in response to the motion to lift stay of the State Auditor and Commissioner of Securities of the State of Montana, objects to said motion, requests a hearing on said motion, and incorporates by reference his response to the motion of the Chapter 7 Trustee seeking an order in support of the applicability of the automatic stay to the State Auditor and Commissioner of Securities of the State of Montana filed on March 19, 1999.

This the 7th day of April, 1999.

WOOD & FRANCIS, PLLC

Brent E. Wood
Attorney for Stanley H. Van Etten
State Bar No. 16898
Two Hannover Square
434 Fayetteville Street Mall, Suite 2300
Post Office Box 164
Raleigh, North Carolina 27602
(919) 828-0801

## CERTIFICATE OF SERVICE

I, Brent E. Wood, attorney for Stanley H. Van Etten, certify that I served the foregoing document on the 7th day April, 1999, upon the following parties, and in the manner below specified, by placing a copy thereof for each such party(ies) in a separate envelope bearing sufficient postage and depositing the same in the United States mail at Raleigh, North Carolina and/or by facsimile:

Holmes P. Harden, Esq.
Maupin, Taylor & Ellis, P.A.
3200 Beechleaf Ct., Suite 500
P. O. Drawer 19764
Raleigh, NC 27619-9764

Terri L. Gardner
Smith Debman Narron & Myers
4700 New Bern Avenue
P. O. Box 26268
Raleigh, NC 27611-6268

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3758
Wilson, NC 27894-3758

Lin Deola
Reynolds, Motl & Sherwood, PLLP
401 N. Last Chance Gulch
Helena, MT 59601

Elizabeth O'Halloran
State Auditor's Office
P. O. Box 4006
Helena, MT 59604-4006

Robert Brunton
Kutak Rock
225 Peachtree Street, NE, Suite 2100
Atlanta, GA 30303-1768

David R. Paoli
Paoli Law Office
P. O. Box 8131
Missoula, MT 58807

Joseph N. Callaway
Battle Winslow Scott & Wiley, P.A.
P. O. Box 7100
Rocky Mount, NC 27804-0100

This the 7th day of April, 1999.

WOOD & FRANCIS, PLLC

Brent E. Wood
Two Hannover Square
424 Fayetteville Street Mall, Suite 2300
Post Office Box 164
Raleigh, North Carolina 27602
Telephone: (919) 828-0801

f:\wp\ihi-bk.RespMotLiftStay.doc

2