FILED

APR 15 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: )
 )   CHAPTER 7
INTERNATIONAL HERITAGE, )
INC. )   CHAPTER 7
 )   CASE NO. 98-02675-5-ATS
          Debtor. )

### RESPONSE TO MOTION FOR RELIEF FROM STAY
### OF THE STATE AUDITOR AND THE COMMISSIONER
### OF SECURITIES OF THE STATE OF MONTANA
### AND REQUEST FOR HEARING

Now comes Trustee, Holmes P. Harden, and objects to the Motion for Relief From Stay filed by the State Auditor and the Commissioner of Securities of the State of Montana in conjunction with its March 29, 1999 Response to Trustee's Motion for Order. Trustee asserts that the automatic stay should remain in effect as to the State Auditor and the Commissioner of Securities of the State of Montana for the reasons set forth in Trustee's Motion for Order dated March 11, 1999 and requests a hearing.

This the 14 day of April, 1999.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _____
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

RAL/191677/1

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing RESPONSE TO MOTION FOR RELIEF FROM STAY OF THE STATE AUDITOR AND THE COMMISSIONER OF SECURITIES OF THE STATE OF MONTANA AND REQUEST FOR HEARING was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the ___ day of April, 1999.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _____
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

International Heritage, Inc.
Attn: Manager/Agent
2626 Glenwood Ave., #200
Raleigh, NC 27608

Joseph N. Callaway
Battle, Winslow, Scott & Wiley, P.A.
P. O. Box 7100
Rocky Mount, NC 27804-0100

Brent Wood
Wood and Francis, PLLC
P. O. Box 164
Raleigh, NC 27602

Terri L. Gardner
Smith Debnam Narron & Myers, L.L.P.
P. O. Box 26268
Raleigh, NC 27611-6268

Robert Brunton
Kutak Rock
225 Peachtree Street, NE
Suite 2100
Atlanta, GA 30303-1768

David R. Paoli
Paoli Law Office
P. O. Box 8131
Missoula, MT 58807

Lin Deola
Reynolds, Motl & Sherwood, PLLP
401 N. Last Chance Gulch
Helena, MT 59601

RAL/191677/1