

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA,
RALEIGH DIVISION

APR 19 1999
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN THE MATTER OF International Heritage, Incorporated Debtors

CASE NO 98-02675-5-ATS

## MOTION FOR ADMISSION PRO HAC VICE

Comes now the undersigned and gives notice unto this Honorable Court of his request to be admitted pro hac vice (assuming such is necessary) in order to file and/or otherwise prosecute claims of debtors by the names of Jack B. Hinton (SSN 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), Henry L. Balkcom, IV (SSN 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), Jack B. Hinton, Jr. (SSN 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), Ulric S. Ward, III (SSN 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), Henry B. Hinton (SSN 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), J. Stinson Slawson (SSN 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) and Dana H. Smith (SSN 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) (hereinafter "creditors"). As grounds therefore, the undersigned states as follows:

1.  That he is a practicing attorney duly licensed in the Sate of Alabama and by the District of Columbia since 1990 and 1991 respectively.

2.  That no restriction has ever been placed or is in the process of being placed on the license of the undersigned in either of the jurisdictions within which he practices.

3.  The undersigned is likewise duly licensed to practice in the Federal Courts of Alabama and in the United States Bankruptcy Court for the Southern District of Alabama.

4.  The undersigned is glad to provide any additional and/or further information that the court deems necessary. However, the undersigned does not expect to

be anything more than the conduit of information between the creditors listed herein and the court.

WHERETOFORE PREMISES CONSIDERED, the undersigned Jack B. Hinton, Jr. respectfully requests that this Honorable Court allow his participation in the above styled matter for the sole purposes expressed herein.

Respectfully submitted,

_____
Jack B. Hinton, Jr.

OF COUNSEL:
Gidiere, Hinton & Herndon
60 Commerce Street
Suite 904
Montgomery, AL 36104
Tel: (334) 834-9950

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was served on the following by placing a copy of same in the United States mail, postage prepaid and properly addressed this /__ day of April, 1999:

Holmes P. Harden
P.O. Box 17169
Raleigh, NC 27619

Terri L. Gardner
Smith, Debnam, Hibbert & Pahl
P.O. Box 26268
Raleigh, NC 27611-6268

_____
Jack B. Hinton, Jr.