F I L E D

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

APR 19 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | |
|---|---|
| IN RE: ) | |
| INTERNATIONAL HERITAGE, INC. ) | CASE NO.: 98-02675-5-ATS |
| ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, ) | |
| INCORPORATED, ) | CASE NO. 98-02674-4-ATS |
| ) | CHAPTER 7 |
| Debtor. ) | |

**MOTION TO CONTINUE HEARINGS**

NOW COMES Stanley H. Van Etten (hereinafter "Mr. Van Etten"), by and through counsel, and moves to continue the hearings scheduled for April 21, 1999, on (1) the Trustee's Motion for Order to Stay Pending Litigation in the State of Montana filed March 11, 1999 and response thereto filed by Stanley H. Van Etten on March 19, 1999, and (2) the Response to Trustee's Motion for Order and Motion for Relief from Stay filed by State of Montana on March 29, 1999 and response thereto filed by Stanley H. Van Etten on April 7, 1999. In support of this motion, Mr. Van Etten states as follows:

1. On November 25, 1998, the Debtors International Heritage, Inc. and International Heritage, Incorporated (hereinafter "Debtors") sought protection under the Bankruptcy Code.

2. On March 11, 1999, the Bankruptcy Trustee for the Debtors filed a Motion for an Order Staying Certain Litigation Currently Pending Between the Montana State Auditor, the Debtors and Others.

3. On March 19, 1999, Mr. Van Etten filed a Response of Stanley H. Van Etten to Trustee's Motion for an Order Staying Certain Litigation Currently Pending Between the Montana State Auditor, the Debtors and Others.

4. On March 25, 1999, the Montana State Auditor filed a Response to Trustee's Motion for Order which contained a Motion to Lift Stay therein.

5.   Currently, each of the above-referenced motions are scheduled for hearing before the Bankruptcy Court on April 21, 1999.

6.   On April 19, 1999, the undersigned began a trial in the Superior Court of Beaufort County, North Carolina in a case styled as follows: *David Wilson Jennings and Penny Wheeler Jennings v. Arts Council of Wilson, Inc.*, Beaufort County File No.: 98 CVS 238. The undersigned and counsel for the Defendants in the Beaufort County action are of the opinion that the trial of this matter will take the entire week, and possibly part of next week. As a result, and unless the Beaufort County action settles, the undersigned will be unavailable for a hearing on the above-described motions pending before the Bankruptcy Court for hearing on April 21, 1999. No other counsel for Mr. Van Etten has sufficient knowledge to argue the position of Mr. Van Etten at the hearing scheduled on April 21, 1999, before the Bankruptcy Court.

WHEREFORE, Mr. Van Etten, by and through counsel, prays that this Court enter an order continuing the hearing on (1) the Trustee's Motion for Order to Stay Pending Litigation in the State of Montana filed March 11, 1999 and response thereto filed by Stanley H. Van Etten on March 19, 1999, and (2) the Response to Trustee's Motion for Order and Motion for Relief from Stay filed by State of Montana on March 29, 1999 and response thereto filed by Stanley H. Van Etten on April 7, 1999, currently scheduled for April 21, 1999, and grant such other and further relief as the Court deems appropriate.

This the 19th day of April, 1999.

WOOD & FRANCIS, PLLC

Brent E. Wood by CTF

Brent E. Wood
Attorney for Stanley H. Van Etten
State Bar No. 16898
Post Office Box 164
Raleigh, North Carolina 27602
(919) 828-0801

2

## CERTIFICATE OF SERVICE

I, Brent E. Wood, attorney for Stanley H. Van Etten, certify that I served the foregoing document on the 19th day April, 1999, upon the following parties, and in the manner below specified, by placing a copy thereof for each such party(ies) in a separate envelope bearing sufficient postage and depositing the same in the United States mail at Raleigh, North Carolina and/or by facsimile:

Holmes P. Harden, Esq.
Maupin, Taylor & Ellis, P.A.
3200 Beechleaf Ct., Suite 500
P. O. Drawer 19764
Raleigh, NC 27619-9764

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3758
Wilson, NC 27894-3758

Lin Deola
Reynolds, Motl & Sherwood, PLLP
401 N. Last Chance Gulch
Helena, MT 59601

Elizabeth O'Halloran
State Auditor's Office
P. O. Box 4006
Helena, MT 59604-4006

Robert Brunton
Kutak Rock
225 Peachtree Street, NE, Suite 2100
Atlanta, GA 30303-1768

David R. Paoli
Paoli Law Office
P. O. Box 8131
Missoula, MT 58807

Terri L. Gardner
Smith Debman Narron & Myers
4700 New Bern Avenue
P. O. Box 26268
Raleigh, NC 27611-6268

Joseph N. Callaway
Battle, Winslow, Scott & Wiley, P.A.
P. O. Box 7100
Rocky Mount, NC 27804-0100

This the 19th day of April, 1999.

WOOD & FRANCIS, PLLC

*/s/ Brent E. Wood by CJF*

Brent E. Wood
Two Hannover Square
424 Fayetteville Street Mall, Suite 2300
Post Office Box 164
Raleigh, North Carolina 27602
Telephone: (919) 828-0801

f:\wp\ihi-bk.Mot2ContinueHearing.doc