FILED

APR 19 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| INTERNATIONAL HERITAGE, INC. ) | CASE NO.: 98-02675-5-ATS |
| ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, ) | |
| INCORPORATED, ) | CASE NO. 98-02674-4-ATS |
| ) | CHAPTER 7 |
| Debtor. ) | |

## ORDER CONTINUING HEARING

THIS CAUSE coming on pursuant to the Motion to Continue Hearings on (1) the Trustee's Motion for Order to Stay Pending Litigation in the State of Montana filed March 11, 1999 and response thereto filed by Stanley H. Van Etten on March 19, 1999, and (2) the Response to Trustee's Motion for Order and Motion for Relief from Stay filed by State of Montana on March 29, 1999 and response thereto filed by Stanley H. Van Etten on April 7, 1999, scheduled for April 21, 1999, before the undersigned Bankruptcy Judge.

AND IT APPEARING TO THE COURT that good cause exists to continue the hearing on (1) the Trustee's Motion for Order to Stay Pending Litigation in the State of Montana filed March 11, 1999 and response thereto filed by Stanley H. Van Etten on March 19, 1999, and (2) the Response to Trustee's Motion for Order and Motion for Relief from Stay filed by State of Montana on March 29, 1999 and response thereto filed by Stanley H. Van Etten on April 7, 1999;

IT IS THEREFORE ORDERED that the motion to continue the hearings on (1) the Trustee's Motion for Order to Stay Pending Litigation in the State of Montana filed March 11, 1999 and response thereto filed by Stanley H. Van Etten on March 19, 1999, and (2) the Response to Trustee's Motion for Order and Motion for Relief from Stay filed by State of Montana on March 29, 1999 and response thereto filed by Stanley H. Van Etten on April 7,

1999, is ALLOWED, and the hearing on said motion shall be rescheduled for May 5th, 1999, at 10:00 am USBC, 300 Fayetteville Street Mall, Room 208, Raleigh, NC.

This the 19th day of April, 1999.

_____
The Honorable A. Thomas Small
Bankruptcy Judge