UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS | |
| INTERNATIONAL HERITAGE, INC. ) | | |
| ) | | |
| ) | | |
| Address: ) | CHAPTER 7 | **FILED** |
| 2626 Glenwood Avenue, #200 ) | | |
| Raleigh, NC 27608 ) | | APR 29 1999 |
| ) | | |
| TAX ID# 56-1921093 ) | | PEGGY B. DEANS, CLERK |
| ) | | U.S. BANKRUPTCY COURT |
| Debtor. ) | | EASTERN DISTRICT OF N.C. |

### NOTICE OF PROPOSED PUBLIC SALE
### AND NOTICE OF COMPENSATION OF AUCTIONEER

TO:   All Creditors of International Heritage, Inc. and other interested parties

   Holmes P. Harden, trustee for the above-referenced debtor, hereby gives notice of the public auction sale of four copiers, assorted books, skin care products, vitamins, crystal vases, crystal bowls, golf towels, and a briefcase of the above-referenced debtor. Said sale will take place on Wednesday, May 26, 1999, at 10:00 a.m. at 2513 Burlington Mills Road, Wake Forest, North Carolina 27619.

   Simultaneously with the filing of this Notice, the trustee has employed Charles Williams as auctioneer, whose compensation shall be fixed at a rate of 15% of the gross proceeds.

   An objection to the proposed public sale and/or compensation of auctioneer may be filed with the Clerk, United States Bankruptcy Court, Post Office Box 1441, Raleigh, North Carolina 27602, with a copy served on the trustee whose name appears at the bottom of this notice, within fifteen (15) days of the date of the mailing of this notice. A hearing on any objections to this notice of proposed public sale and/or compensation will be held on May 20, 1999, at 9:30 a.m. at the United States Courthouse at 1760 Parkwood Boulevard, Courtroom 101, Wilson, North Carolina. Any party requesting a hearing shall appear at said hearing in support of such request or he may be assessed with costs.

   DATE OF MAILING: April 29, 1999

                                MAUPIN TAYLOR & ELLIS, P.A.

                                By: /s/ Holmes P. Harden
                                Holmes P. Harden
                                State Bar No. 9835
                                Trustee for Debtor
                                P. O. Drawer 19764
                                Raleigh, North Carolina 27619

RAL/194010/1

I, Holmes P. Harden, do hereby certify that the foregoing Notice of Proposed Public Sale and Compensation of Auctioneer was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, and by public notice via 888-895-8385 and 919-981-4033 and by posting on court's web page www.nceb.uscourts.gov. on the 29th day of April, 1999.

        MAUPIN TAYLOR & ELLIS, P.A.

        BY: *[signature]*
        Holmes P. Harden
        State Bar No. 9835
        Trustee for Debtor
        P. O. Drawer 19764
        Raleigh, North Carolina 27619
        Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
Post Office Box 3039
Raleigh, North Carolina 27602

Charles Williams
P. O. Box 646
Clayton, NC 27520

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

All creditors on the attached mailing list and e-mail list

2

Terri I. Gardner
Smith Debnam Narron & Myers, L.L.P.
P. O. Box 26268
Raleigh, NC 27611-6268

Managing Agent
International Heritage, Inc.
2626 Glenwood Avenue
Raleigh, NC 27608

Brent D. Wood
Wood & Francis, PLLC
P. O. Box 164
Raleigh, NC 27602

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
1000 Cambridge Square, Suite C
Alpharetta, GA 30004

James Russell Tucker
Bush, Hauder & Adkerson, P.C.
500 N. Akard Street, Suite 2100
Dallas, TX 75201

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Dorothy H. Miller
102 Triangle Circle
Lafayette, LA 70508

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Stacey Ostrom
3010 E. Nasa Road 1 #1302
Seabrook, TX 77586

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Karl A. King
465 Sudden Valley
Bellingham, WA 98226

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Jane E. Chassey
1514 Azalea Drive
Saint Louis, Missouri 63119

Carolyn E. John
485 Broad River Blvd.
Beaufort, SC 29906

Managing Agent
Advanced Equities
P. O. Box 1042
Winnfield, LA 71483

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL -9490 Vaduz

Gary D. McDowell
1138 Ascott Valley Dr.
Duluth, GA 30097

Jean Wedin
P. O. Box 1600
LaConner, WA 98257

Managing Agent
Jewels by Evonne
1879 Buford Hwy.
Suite 7
Buford, GA 30518

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Managing Agent
Mayflower Capital, LLC
2626 Glenwood Ave., Suite 100
Raleigh, NC 27608

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen

Managing Agent
Schweizerische Hypotheken
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich

Stanley H. Van Etten
10504 Tredwood Drive
Raleigh, NC 27613

Managing Agent
UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich

Ronald H. Garber
Boxley Bolton & Garber
P. O. Drawer 1429
Raleigh, NC 27602

Charles Anderson
Smith Helms Mulliss & Moore
P. O. Box 27525
Raleigh, NC 27611

Marianne Kelley
142419 133 Ave.
Edmonton, Alberta
CANADA T5A5A5

Robert L. Chalmers
2800 Skymark Ave., Ste. 33
Mississauga, Ontario
CAN L4W5A6

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Larry Smith
2435 E. North Street
Greenville, SC 29615

Anna M. Washburn
145 Christopher Drive
Clayton, NC 27520

Shawna Y. Staton
Jordan, Price, Wall, Gray,
 Jones & Carlton
P. O. Box 2021
Raleigh, NC 27602-2021

Henry W. Nozko, Jr., President
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Henry W. Nozko, Jr., President
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Managing Agent
Coeco
2525 Atlantic Avenue
Raleigh, NC 27604

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN 56258

Managing Agent
EDS Financial Services
4800 Six Forks Road
Raleigh, NC 27609

Managing Agent
Centrum Bank AGVaduz
Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz

Managing Agent
Emil Schatz, St Gallen
Oberhofstettenstrasse 67C
CH-9012, Saint Gallen

Managing Agent
Accurata Treuhand und Revisions AG Vaduz
Abundt 36
FL-9490 Vaduz

Managing Agent
Mareco Treuhand Anstalt
Schlossweg 24
FL-9496 Balzers

Managing Agent
UBS AG, Zurich Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich

Lloyd W. Gathings, II
Gathings & Associates
P. O. Box 10545
Birmingham, AL 35202

Robert W. Shores
Gathings & Associates
P. O. Box 10545
Birmingham, AL 35202

Mr. Herbert Towning
EPP
10 Gartenstrasse
Zurich, Switzerland
8022

Managing Agent
TransAmerica-TIG Insurance
650 California St. 2nd Floor
San Francisco, CA 94108-2702

Sherwin P. Robin
P. O. Box 9541
Savannah, GA 31412-9541

Tony Copeland
BTI
4300 Six Forks Road, Suite 500
Raleigh, NC 27609

Michael P. Flanagan
Ward and Smith, P.A.
P. O. Box 8088
Greenville, NC 27835-8088

Vickie Corbitt, #11429
Attorney for Commissioner of Revenue
Legal Services
P. O. Box 198065
Nashville, TN 37219-8065

Jean Boyles
P. O. Box 10506
Raleigh, NC 27605

James A. Roberts, III
Lewis & Roberts, PLLC
P. O. Box 17529
Raleigh, NC 27619-7529

Stephani W. Humrickhouse, Esq.
Nicholls & Crampton
4300 Six Forks Road, Suite 700
Raleigh, NC 27609

Paul Faison S. Winborne
300/200 Parham Street, Suite F
P. O. Box 1547
Raleigh, NC 27602

Patrick H.
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

Janet Cradeur
P. O. Box 66658
Baton Rouge, LA 70896

Missouri Department of Revenue
Attn: Brian S. Kuhlmann
P. O. Box 475
Jefferson City, MO 65105-0475

James K. Austin
Ellis Painter Ratterree & Bart LLP
P. O. Box 9946
Savannah, GA 31412-9946

Meredith P. Ezzell
Wyrick Robbins Yates & Ponton LLP
P. O. Drawer 17803
Raleigh, NC 27619

International Heritage
E-mail addresses for noticing purposes

yuanjunl@hotmail.com
beent@texoma.net
Cotner@wizzard.net
x2-song@worldnet.att.net
hual@airmail.net
mayfi23@ipa.net
Buddha623@aol.com
pgorman@vantagepointcapital.com
lwardcc2@aol.com
ridelga@pacbell.net
sstephe489@aol.com
mlafontaine@abbot-simses.com
wrightr@mindspring.com
TJWR21156@aol.com
rabbit@rockisland.com
cheryll.COSTANIINO@edmail.com
jasbircheema@amropictures.com
72320.316@compuserve.com
stann@colby.IXKS.com
lov.comptable@sympatico.ca
Cwin888@aol.com
myc888@webtv.net
virgilh@colby.ixks.com
gjack312@Intrstar.net
hdfrey@telusplanet.net
DLWARREN@BellSouth.net
michael_bhagat@hotmail.com
GBYRDJR@aol.com
rliston@spartanburg4.org
ghromero@aol.com
mommabeans@hotbot.com
joanchan@rocketmail.com
ZGU@atlantis.com
edeem@worldnet.att.net
DFITZPA400@aol.com
theboock@compuserve.com
pondman@memes.com
docchiro@ISLC.net
RIZMOE@NWRain.com
thodges@gateway.net
hlee@directv.com

fabb@telusplanet.net
cordw@deltapineseed.com
NBECK87570@aol.com
JYANG4@FORD.COM
mccarthy@mccarthyconsultant.com
BNLHATH@aol.com
nonfemett@worldnet.att.net
digger@bcsupernet.com
BREIDYIII@aol.com
Lindastime@aol.com
pak@jcnl.com
hornsjr@mindspring.com
lpartr1072@aol.com
leadership.possibilities.mak@worldnet.att.net
aqualite@digisys.net
TIMSAMUEL@aol.com
mtheisen@efn.org
MLGeller@aol.com
willy@qni.com
englishs@digisys.net
gmahalko@vvm.com
timmoore@aol.com
mooreem@harpo.tnstate.edu
sprklmagc@aol.com
backpain@keynet.net
Hbeckbari@aol.com
mwarhurst@yahoo.com
js.baum@srs.gov
wynellh@flash.net
dlatray@mcn.net
bwood@woodfran.com
tcrow@uab-admin.vpad.uab.edu
DickLynne Ferency@compuserve.com
kaylorj@hal-pc.org
CHASSEYRAY@email.msn.com
jim.griffith@erols.com
xiaokui.shan@bakernet.com
xshan@aol.com
kkandola@theresidences.com
lrochkind@jafferaitt.com
sdostrom@hotmail.com
michaelhopkins@mailcity.com
ellesw@aol.com
sport@gvi.net

class45@concentric.net
options-galore@yahoo.com
dadabca@netcom.ca
bchap01@aol.com
ceissngr@midrivers.com
doubled@snowcrest.com
glassgs@cadvision.com
mbrown8967@aol.com
nfl300@aol.com
diemert@northerntel.net
cgrumer@manatt.com
shouli.yang@stjude.org
RJWNLAW@aol.com
sds98@eatel.net
jwmaloy@aol.com
kanelos@mindspring.com
blairc@iname.com
Larry_Fletcher@bc.sympatico.ca
JNRRICH@Intur.net
aadrezin@Epix.net
zuyeu@wam.umd.edu
ellinger@ghg.net
websters@ls.net
liliyu@hotmail.com
dlmcguire@yahoo.com
jamesng@aol.com
ikedonn@colby.ixks.com
dbertelsen@mocc.com
Ssnowflake@aol.com
rays@c-zone.net
Larry_Hewlett@bc.sympatico.ca
kimball.peed@bigfoot.com
tammyr@falcon.ukans.cc.edu
VTPALMER27@yahoo.com
crandall@rock-springs.dowell.slb.com
gedler@bellsouth.net
sue_stephen@bc.sympatico.ca
Nicklin98@aol.com
r_brown@email.msn.com
andrelee@earthlink.net
BrAnDin420@aol.com
hou@mail.med.upenn.edu
barrettcarter@mindspring.com
calinb@earthlink.net

RAL/180355/1

BSID@CTC.NET
dsbarron@bellsouth.net
jamcgrath@yahoo.com
bbaum89@aol.com
dhilch@pacificcoast.net
bjsaw@ttc-cmc.net
smsutom@aol.com
lynn@dot.state.al.us
liuwd@earthlink.net
pingnas@ica.net
Hanna@tir.com
SteveG7574@aol.com
buddunn@quantumworld.com
Rahmati@ibm.net
docnielsen@webtv.net
mjandcarlincc@juno.com
emlabeau@gateway.net
loking@wixmail.com
Jholt@Clemson.edu
jsmusa@mindspring.com
Mainland@ticnet.com
cce3@juno.com
mcnamer@bigsky.net
Remodelyou@aol.com
mwa@wnonline.net
lesterabs@mindspring.com
shanson@kearney.net
vickylanglois@atlasta.net
an667@hwcn.org
rconant@telusplanet.net
yu241703@yorku.ca
Michael Genge@bc.sympatico.ca
lihengelle@aol.com
TJDeavers@aol.com
PDQ2CU@aol.com
BrAnDin420@aol.com
hou@mail.med.upenn.edu
calinb@earthlink.net
MSB7158@bellsouth.net
hsmiley@san.rr.com
abmk@home.com

RAL/180355/1

CTBallard@aol.com
beth_pattillo@shmm.org
beatty@home.msen.com
RJNele@aol.com
swede@dmea.net
kmaxeyjr@bayou.com
Wesglynn@aol.com
calinb@earthlink.net
johnsons@pacifier.com
ambc@rhweb.com
jwarren@wyche.com
dongming.zhao@jci.com
pkloosterman@juno.com
Dsalido@webtv.net
JEEPETTE99@aol.com
pingnas@ica.net

RAL/180355/1