IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**FILED**

MAY 5 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | |
| Tax ID 56-1921093 | ) | Case No.: 98-02675-5-ATS |
| | ) | (Chapter 7) |
| INTERNATIONAL HERITAGE | ) | Case No.: 98-02674-5-ATS |
| INCORPORATED, | ) | (Chapter 7) |
| Debtors | ) | |

### EX PARTE MOTION FOR ORDER ALLOWING COUNSEL TO WITHDRAW

NOW COMES N. Hunter Wyche, Jr. and makes this Motion to withdraw as counsel to Mr. Stanley Van Etten; and in support of this Motion shows unto the Court the following:

1. That Mr. Wyche's firm has merged with the firm representing the debtors in this matter. The firm representing the debtors sought permission to withdraw, but this honorable Court declined to allow the withdrawal.

2. That Mr. Wyche's withdrawal under these circumstances is appropriate and regular counsel to Mr. Van Etten has been informed and offered the consent of Mr. Van Etten.

3. That Mr. Wyche has spoken with the Bankruptcy Administrator and the trustee, both of whom have consented to and have no objection to Mr. Wyche's withdrawal.

4. That it is of paramount importance that no rights of Mr. Van Etten be prejudiced until he has had a reasonable amount of time to employ substitute bankruptcy counsel if necessary.

WHEREFORE Mr. Wyche Moves that his withdrawal be approved by this honorable Court and for such other and further relief as is appropriate.

This the 3rd day of May, 1999.

*[signature]*
N. Hunter Wyche, Jr.
NC State Bar #9533
Smith Debnam Narron
Wyche Story & Myers, LLC
PO Drawer 1389
Raleigh, NC 27602

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of May, 1999, a copy of the foregoing Motion was mailed via first class mail, postage prepaid to Brent Wood, Esquire, PO Box 164, Raleigh, North Carolina, 27602; Holmes P. Hardin, Esquire, PO Box 19764, Raleigh, North Carolina, 27619; and to Marjorie K. Lynch, Bankruptcy Administrator, PO Box 3758, Wilson, North Carolina, 27895.

*[signature]*
N. Hunter Wyche, Jr.