IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

FILED
MAY 6 1999
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:

INTERNATIONAL HERITAGE, INC.,        )
                                     )
Tax ID 56-1921093                    )    Case No.: 98-02675-5-ATS
                                     )           (Chapter 7)
INTERNATIONAL HERITAGE               )    Case No.: 98-02674-5-ATS
INCORPORATED,                        )           (Chapter 7)
         Debtors                     )

*EX PARTE* ORDER ALLOWING COUNSEL TO MR. VAN ETTEN TO WITHDRAW

THIS MATTER came on to be considered by this Court upon Motion by N. Hunter Wyche, Jr. to withdraw as counsel to Mr. Stanley Van Etten; and

IT APPEARING TO THE COURT that Mr. Wyche's firm has merged with the firm representing the debtors in this matter; and,

IT FURTHER APPEARING that Mr. Wyche's withdrawal under these circumstances is appropriate and regular counsel to Mr. Van Etten has been informed and offered the consent of Mr. Van Etten.

IT IS THEREFORE ORDERED that Mr. Wyche's Motion should be and is hereby allowed and he is hereby deemed withdrawn as counsel.

Dated:    MAY - 6 1999

_____
UNITED STATES BANKRUPTCY JUDGE

cc: Wyche to serve 5/6/99 Am