**FILED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

MAY 6 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:
International Heritage, Inc.

CASE NO.:
98-02675-5-ATS

Debtor(s)

ORDER GRANTING MOTION FOR ADMISSION
TO PRACTICE PRO HAC VICE

On this 19th day of April, 1999, came to be heard the Motion of Jack B. Hinton, Jr., Attorney associated with the law firm of Gidiere, Hinton & Herndon, to practice before this Court Pro Hac Vice, and the Court having considered the Motion is of the opinion that such Motion should be granted, it is:

Therefore, ORDERED, ADJUDGED, AND DECREED that Jack B. Hinton, Jr., Attorney associated with the law firm of Gidiere, Hinton & Herndon, is admitted pro hac vice to practice before the United States District Court for the Eastern District of North Carolina and the Bankruptcy Court for the Eastern District of North Carolina.

DATED: MAY - 6 1999

_____
UNITED STATES BANKRUPTCY JUDGE

mb cc: Hinton, Gardner, Harden, BA 5/6/99 An

162