U.S. Bankruptcy Court for the Eastern District of North Carolina
U.S. BANKRUPTCY COURT, PO BOX 1441, RALEIGH, NC 27602-1441

In Re a *Petition for Relief under chapter 7 of Title 11, U.S. Code*, filed by or against the below-named Debtor(s) on November 25, 1998:
DEBTOR: INTERNATIONAL HERITAGE, INC. of 2626 GLENWOOD AVE., #200, RALEIGH NC 27608, SSAN: NA    TAX ID: 56-1921093

**FILED**

CASE NO. 98-02675-5-ATS

MAY 6 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

ORDER AND NOTICE
BY THE COURT

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing in said cause will be held:

DATE: June 15, 1999
TIME: 01:00 P.M.
PLACE:
UNITED STATES BANKRUPTCY COURT
U.S. COURTHOUSE & P.O. BLDG., ROOM 208, 300 FAYETTEVILLE ST. MALL, RALEIGH, NC

to consider and act on the following matters:

1. Trustee's Motion for Order to Stay Pending Litigation in the State of Montana filed March 12, 1999 and response thereto filed by S. Van Etten on March 19, 1999.

2. Response to Trustee's Motion for Order and Motion for Relief from Stay filed by State of Montana on April 1, 1999 and response thereto filed by S. Van Etten on April 8, 1999.

**CONTINUED FROM APRIL 21, 1999**

and to transact all other business as may properly come before the court.

DATED:    MAY - 6 1999

PEGGY B. DEANS
CLERK OF COURT

U.S. Bankruptcy Court for the Eastern District of North Carolina
U.S. BANKRUPTCY COURT, PO BOX 1441, RALEIGH, NC 27602-1441

In Re a *Petition for Relief under chapter 7 of Title 11, U.S. Code*, filed by or against the below-named Debtor(s) on November 25, 1998:

DEBTOR:   INTERNATIONAL HERITAGE, INC. of 2626 GLENWOOD AVE., #200,
          RALEIGH NC 27608,   SSAN: NA            TAX ID: 56-1921093

CASE NO. 98-02675-5-ATS

**ORDER AND NOTICE
BY THE COURT**

CERTIFICATE OF MAILING

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that a copy of the attached document was mailed in a postage prepaid envelope addressed to the following at their respective addresses, by placing said envelope in the regular mail in Raleigh, NC, on this date.

DATED:

MAY - 6 1999

*Annie K Moell*
DEPUTY CLERK


INTERNATIONAL HERITAGE, INC.
2626 GLENWOOD AVE., #200
RALEIGH, NC 27608


,

Terri L. Gardner
P. O. Box 26268
Raleigh, NC 27611-6268

Holmes P. Harden
P.O. Box 17169
Raleigh, NC 27619

Brent E. Wood
Post Office Box 164
Raleigh, NC 27602

Joseph N. Callaway
Post Office Box 7100
Rocky Mount, NC 27804

BA