UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

| | | |
|---|---|---|
| INTERNATIONAL HERITAGE, INC., | ) ) ) | CASE NO. 98-02675-5-ATS<br>CHAPTER 7 |
| INTERNATIONAL HERITAGE, INCORPORATED,<br>Debtors | ) ) ) | CASE NO. 98-02674-5-ATS<br>CHAPTER 7 |

**FILED**
**WILSON**

MAY 28 1999

AMENDED NOTICE OF MOTION
AND
CERTIFICATE OF SERVICE

PEGGY B. DEANS, CLERK
U. S. BANKRUPTCY COURT
EASTERN DISTRICT OF N. C.

NOTICE IS HEREBY GIVEN of the Motion for Order Allowing Acstar to Intervene in Non-Bankruptcy Litigation filed on May 24, 1999 by the attorney for Acstar in the above-captioned case; and,

FURTHER NOTICE IS HEREBY GIVEN that this Motion may be allowed provided that no response and request for a hearing is made by the Debtors or other party in interest in writing to the Clerk of this Court on or before June 11, 1999; and,

FURTHER NOTICE IS HEREBY GIVEN that if a response and a request for hearing is filed by the Debtors or other party in interest named herein in writing within the time indicated, a hearing will be conducted on the Motion and response thereto at a date, time and place to be later set by this court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the Motion and response thereto _ex parte_ without further notice.

[The above address should be used for the delay between the date the document is file stamped and the date it is entered on the docket. This is a Raleigh case and future filings should be in the Raleigh Office.]

166
Copy rec'd 6/2/99 Am

168 A

This the 27th day of May, 1999.

          *Paul A. F_____*

Paul A. Fanning
N.C. State Bar I.D. No.: 25477
For the firm of
Ward and Smith, P.A.
120 West Fire Tower Road
Post Office Box 8088
Greenville, North Carolina  27835-8088
Telephone: (252) 355-3030
Attorneys for Acstar Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing MOTION FOR ORDER ALLOWING ACSTAR TO INTERVENE IN NON-BANKRUPTCY LITIGATION by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail at Greenville, North Carolina, addressed to the following persons at the following addresses which are the last addresses known to me:

    Holmes P. Harden
    Maupin, Taylor & Ellis, P.A.
    Post Office Drawer 19764
    Raleigh, NC 27619

    Terri L. Gardner
    Smith, Debnam, Narron & Myers, LLP
    Post Office Box 26268
    Raleigh, NC 27611

    Marjorie K. Lynch
    Bankruptcy Administrator
    Post Office Box 3039
    Raleigh, NC 27602

    Brent E. Woods
    Post Office Box 164
    Raleigh, NC 27602

    Louis P. Richkind
    Counsel to Chittenden Bank
    One Woodward Ave., Suite 2400
    Detroit, MI 48226

Kathryn N. Koonce
Poyner & Spruill, LLP
Post Office box 10096
Raleigh, NC 27605

N. Hunter Wyche, Jr.
Wyche & Story, RLLP
Post Office Drawer 1389
Raleigh, NC 27602

Lloyd W. Gathings, II
Robert W. Shore
Gathings & Associates
Post Office Box 10545
Birmingham, AL 35202

Ronald H. Garber
Boxley, Bolton & Garber, LLP
Post Office Drawer 1429
Raleigh, NC 27602

Lloyd T. Whitaker, President
Newleaf Corporation
2814 New Spring Road, Suite 330
Atlanta, GA 30339

Joel B. Piassick
Kilpatrick & Stockton, LLP
Suite 2800
1100 Peachtree Street, N.E.
Atlanta, GA 30309

William P. Hicks
U.S. Securities and Exchange Commission
Atlanta District Office
Suite 1000
3475 Lenox Road
Atlanta, GA 30326

This the 27th day of May, 1999.

_____
Paul A. Fanning

GVLMAIN\205199.1