

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| INTERNATIONAL HERITAGE, | ) | |
| INCORPORATED, | ) | CHAPTER 7 |
| | ) | CASE NO. 98-02674-5-ATS |
| Debtors. | ) | |

## ORDER FURTHER EXTENDING TIME TO ASSUME OR REJECT EXECUTORY CONTRACT

The Trustee having filed his Motion to Extend Time to Assume or Reject Executory Contract between either or both of the Debtors and TIG Insurance Company and good cause appearing therefor, it is

ORDERED that the time within which the Trustee in this case may assume or reject any and all executory contracts of either or both of the Debtors with TIG Insurance Company be and the same hereby is extended up to and including July 22, 1999.

Dated: JUN - 1 1999

_____
United States Bankruptcy Judge

RAL/177882/1

164 cc: Harden to serve 6/1/99 am                                           169

**Date:** 06/01/1999
**Sender:** ~LFSfax
**To:**     Anne Moell
**Priority:** Normal
**Subject:** Fax Request Result

```
Lotus Fax Server
Fax Sent - Confirmation

Received by LFS at:        06/01/99 11:25:31 AM
Processing Time:           12 Minute(s)  21 Second(s)
Transmission Start Time:   06/01/99 11:33:34 AM
Transmission End Time:     06/01/99 11:37:52 AM
Number of pages:           4
Successfully faxed to:     Harden Holmes FAX#1010333#,9199814300 dy
LFS Request ID:            10054
```