U.S. Bankruptcy Court for the Eastern District of North Carolina
U.S. BANKRUPTCY COURT, PO BOX 1441, RALEIGH, NC 27602-1441

In Re a *Petition for Relief under chapter* 7 *of Title 11, U.S. Code*, filed by or against the below-named Debtor(s) on November 25, 1998:
DEBTOR:   **INTERNATIONAL HERITAGE, INC.** of 2626 GLENWOOD AVE., #200, RALEIGH NC 27608,  SSAN: NA          TAX ID: 56-1921093

**FILED**        CASE NO. 98-02675-5-ATS

JUN 9 1999
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

ORDER AND NOTICE
BY THE COURT

CERTIFICATE OF TELEPHONIC NOTICE

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that the following individual(s) were given telephone notice on June 9, 1999, at the telephone number(s) listed below:

Paul A. Fanning              252/355-3030
Kathryn N. Koonce            919/783-6400
Ronald Garber (JoAnn)        919/832-3915
Jackie Clare                 919/755-0475
William Hicks                404/842-7675

that a hearing will be held on

DATE:   June 15, 1999
TIME:   01:00 P.M.

PLACE:
UNITED STATES BANKRUPTCY COURT
U.S. COURTHOUSE & P.O. BLDG., ROOM 208, 300 FAYETTEVILLE ST. MALL, RALEIGH, NC

to consider and act on the following matters:

Status Conference regarding Motion for Order Allowing Acstar to Intervene in Non-Bankrutpcy Litigation and Trustee's Application to Enter Into Stipulation and Consent to Final Judgment of Permanent Injunction.

DATED:    JUN - 9 1999

_____
DEPUTY CLERK