UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                           )    CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.    )

Address:                     )    CHAPTER 7
2626 Glenwood Avenue, #200     )
Raleigh, NC 27608            )

TAX ID# 56-1921093           )

Debtor.                   )

**FILED**

**JUN 11 1999**

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

## REPORT OF SALE

The undersigned Trustee, having conducted a public auction of certain property of the above-named debtor, makes the following report of sale:

       1.      The remainder of the tangible assets of the debtor were sold at public auction on the 26th day of May, 1999, for the sum of Nine Hundred Fifty-One and 81/100 ($951.81).

       2.      In the opinion of the undersigned Trustee, the amount received for the debtor's property at said sale was fair and reasonable.

       3.      Trustee has paid Charles Williams auctioneer fees in the amount of $147.77 representing 15% of the gross proceeds as previously agreed upon.

DATED:   _6/10/99_

Holmes P. Harden
Trustee in Bankruptcy

175

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, Trustee for International Heritage, Inc., do hereby certify that the Report of Sale, hereto attached, was served upon the parties listed below by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the _10_ day of June, 1999.

By: _____

Holmes P. Harden
Trustee for Debtor
N. C. State Bar No. 9835
3200 Beechleaf Court
Post Office Drawer 19764
Raleigh, North Carolina  27619
Telephone:  (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
Post Office Box 3039-Century Station
Raleigh, North Carolina 27602-3039

# FINAL SETTLEMENT

Date: <u>June 1, 1999</u>

Owner: <u>International Heritage Inc.</u>

Address: _____

Date of Sale: <u>May 26, 1999</u>          Location: <u>2513 Burlington Mills Rd.</u>

Auctioneers: <u>Jeff Williams, Marc Jones</u>     Clerk: <u>C. Williams</u>

Cashier: <u>L. A. Hocutt</u>     Other: <u>Tammy Williams</u>

**· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·**

| PROCEEDS OF SALE: | Cash | $943.50 |
|---|---|---|
| | Checks | |

Other: <u>Taxes on $138.50 @ 6%</u>          $    8.31

        TOTAL PROCEEDS OF SALE                    $951.81

LESS SELLER'S SALE EXPENSE:

    Auctioneer's Fee    (15%)          $142.77

    Other Seller's Expenses Advanced by Auctioneer:
        N/A

14 I

| | |
|---|---|
| 500 | — Box of mini Golf towels |
| 4.99 | 12 boxes Skin Care Cream |
| 498 | Crystal Glass bowl |
| 497 | 4 " Vase |
| 496 | leather note book |
| 495 | 4 brief case |
| 494 | 3 boxes of Vitamins |
| 493 | Box of mini Cream, book, tapes |
| 492 | Crystal bowl |
| 491 | Crystal Vase |
| 490 | Lanier 6745 |
| 489 | Lanier 7320 |
| 487 | Sharp SD 3062 |
| 486 | Sharp SF-2022 |
| 485 | Sharp SF 7370 |
| 484 | Sharp SD ~~SD~~ 3062 |

**1**

Buyer's Name Or Number _____ 10
Item or Lot Number __500__ Golf Towels
_____ @ $_____ = $ 17.50
REMARKS:
T

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**2**

Buyer's Name Or Number _____ 31
Item or Lot Number __494__ 3 box Vitamin
_____ @ $_____ = $ 20.00
REMARKS:
T

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**3**

Buyer's Name Or Number _____ 66
Item or Lot Number __499__ Skin Care
__12__ @ $_1.00_ = $ 12.00
REMARKS:
T

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**4**

Buyer's Name Or Number _____ 66
Item or Lot Number __493__ Box Misc Cream
_____ @ $_____ = $ 5.00
REMARKS:
T

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**5**

Buyer's Name Or Number _____ 40
Item or Lot Number __497__ Crystal Vase
_____ @ $_____ = $ 10.00
REMARKS:
T

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**6**

Buyer's Name Or Number _____ 40
Item or Lot Number __498__ Crystal bowl
_____ @ $_____ = $ 12.00
REMARKS:
T

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**7**

Buyer's Name Or Number _____
Item or Lot Number __496__ legal leather binder
_____ @ $_____ = $ 10.00
REMARKS:
T

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**8**

Buyer's Name Or Number _____
Item or Lot Number __495__ leather
_____ @ $_7_ = $ 30.00
REMARKS:
T

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**9**

Buyer's Name Or Number _____ 40
Item or Lot Number __492__ Crystal bowl
_____ @ $_____ = $ 12.00
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**10**

Buyer's Name Or Number _____ 40
Item or Lot Number __491__ Crystal
_____ @ $_____ = $ 10.00
REMARKS:
T

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**11**

Buyer's Name Or Number _____
Item or Lot Number _____
_____ @ $_____ = $_____
REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

**12**

Buyer's Name Or Number _____
Item or Lot Number _____
_____ @ $_____ = $_____
REMARKS:

This receipt verifies payment and delivery of the above. Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

SALE NO. OR DATE _____ PAGE NO. _____ PAGE TOTAL $ _____ SALE TOTAL $ 130.50

**1**

Buyer's Name Or Number

Item or Lot Number  490  Lanier Copier C745

@ $ _____ = $ 110.00

REMARKS:

IHI

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**2**

Buyer's Name Or Number  65

Item or Lot Number  489  Lanier 7320

@ $ _____ = $ 45.00

REMARKS:

IHI

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**3**

Buyer's Name Or Number  66

Item or Lot Number  487  Sharp SD 2062

@ $ _____ = $ 30.00

REMARKS:

IHI

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**4**

Buyer's Name Or Number  63

Item or Lot Number  486  Sharp SF 2022

@ $ _____ = $ 140.00

REMARKS:

IHI

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**5**

Buyer's Name Or Number  96

Item or Lot Number  485  Sharp SF 7370

@ $ _____ = $ 300.00

REMARKS:

IHI

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**6**

Buyer's Name Or Number  42

Item or Lot Number  484  Sharp SD 3062

@ $ _____ = $ 140.00

REMARKS:

IHI

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**7**

Buyer's Name Or Number

Item or Lot Number  Henry Bevis Mail Mach

@ $ _____ = $ _____

REMARKS:

IHI

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**8**

Buyer's Name Or Number

Item or Lot Number

@ $ _____ = $ _____

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**9**

Buyer's Name Or Number

Item or Lot Number

@ $ _____ = $ _____

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**10**

Buyer's Name Or Number

Item or Lot Number

@ $ _____ = $ _____

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**11**

Buyer's Name Or Number

Item or Lot Number

@ $ _____ = $ _____

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

---

**12**

Buyer's Name Or Number

Item or Lot Number

@ $ _____ = $ _____

REMARKS:

This receipt verifies payment and delivery of the above.
Sold as is, where is. All sales final. Thank you.
● Reorder Form CT Missouri Auction School 1-800-835-1955

SALE NO. OR DATE _____   PAGE NO. _____   PAGE TOTAL $ 300   SALE TOTAL $ 943.50

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                            )     CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.    )
                                 )
                                 )
Address:                       )     CHAPTER 7
2626 Glenwood Avenue, #200     )
Raleigh, NC 27608             )
                                 )
TAX ID# 56-1921093          )
                                 )
     Debtor.                     )

## AFFIDAVIT OF PROPOSED AUCTIONEER

STATE OF NORTH CAROLINA
COUNTY OF JOHNSTON

I, Charles Williams, hereby make solemn oath that:

1.      I am an auctioneer duly licensed to practice in the State of North Carolina, and am in good standing with the North Carolina Auctioneers Commission in conformance with North Carolina General Statute Section. 85B-3 and 4.

2.      I maintain an office for the purpose of conducting business as an auctioneer at 420 Highway 70 West, Clayton, North Carolina 27520.

3.      I do not hold or represent an interest adverse to the above-referenced Chapter 7 estate, and am a disinterested person as to this Chapter 7 case within the meaning of 11 U.S.C. Section 327. I have no connection with the above named Debtor, any creditors of the Debtor, or any other parties in interest herein, or their respective attorneys or auctioneers.

4.      I acknowledge and agree that I will not allow the sale of any asset sold at public auction to any relative or insider of mine or to any persons employed by me to conduct the public auction or otherwise assisting me in the conduct of the auction sales, or their relatives. I acknowledge and agree that I will not allow or charge any buyer's premium in connection with the auction sales to be conducted by me.

5.      I acknowledge and accept the terms, conditions, and responsibilities of the Auctioneer set out in the Trustee's Application to Employ Auctioneer and agree to be bound by the same.

                                   *Charles L. Williams*
                                   Charles L. Williams
                                   Auctioneer

Sworn to and subscribed
before me this 38th day of
*April* , 1999.

*Jennifer D. Johnson*
Notary Public

                          **JENNIFER D. JOHNSON**
                            NOTARY PUBLIC
                       JOHNSTON COUNTY, N.C.
                       My Commission Expires 1-18-2000

My Commission Expires: 1-18-2000

RAL/191422/1