FILED

JUN 21 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF<br>-OF-<br>INTERNATIONAL HERITAGE, INC.<br>(TAX ID #56-1921093) | ) ) ) ) ) | CASE NO. 98-02675-5-ATS<br><br>CHAPTER 7 |
| INTERNATIONAL HERITAGE,<br>INCORPORATED<br>(TAX ID #87-0421191) | ) ) ) ) ) | CASE NO. 98-02674-5-ATS<br><br>CHAPTER 7 |
| Debtors | ) ) | |

### WITHDRAWAL OF RESPONSE TO APPLICATION OF TRUSTEE TO ENTER INTO STIPULATION AND CONSENT TO FINAL JUDGMENT OF PERMANENT INJUNCTION

COME NOW the above-named debtors, by and through counsel of record, and hereby withdraw their response filed on February 11, 1999 to the Application of Trustee to Enter into Stipulation and Consent to Final Judgment of Permanent Injunction.

This the 18th day of June, 1999.

*Terri L. Gardner* (signature)
Terri L. Gardner
NC State Bar No. 9809
of SMITH DEBNAM NARRON & MYERS, L.L.P.
Post Office Box 26268
Raleigh, North Carolina 27611-6268
Telephone: (919) 250-2000

copy ret'd 6/21/99 Am

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN THE MATTER OF<br>-OF-<br>INTERNATIONAL HERITAGE, INC.<br>(TAX ID #56-1921093) | CASE NO. 98-02675-5-ATS<br><br>CHAPTER 7 |
| INTERNATIONAL HERITAGE,<br>INCORPORATED<br>(TAX ID #87-0421191) | CASE NO. 98-02674-5-ATS<br><br>CHAPTER 7 |
| Debtors | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that she is over eighteen (18) years of age and the

Withdrawal of Response To Application Of Trustee To Enter Into Stipulation And Consent To Final Judgment Of Permanent Injunction

was this day served upon the below named persons, parties and/or counsel by mailing, postage prepaid, first class mail, a copy of such instruments to such persons, parties and/or counsel at the address shown below:

Bankruptcy Administrator
P. O. Box 3039
Century Station
Raleigh, NC 27602-3039

Mr. Holmes P. Harden
Maupin Taylor & Ellis, P.A.
P. O. Drawer 19764
Raleigh, NC 27619

Mr. William P. Hicks
U.S. Security & Exchange Commission
Atlanta District Office
Suite 1000
3475 Lenox Rd.
Atlanta, GA 30326

Mr. Brent E. Wood
Attorney at Law
P. O. Box 164
Raleigh, NC 27602

Mr. Stan Van Etten
Mayflower Capital, LLC
2626 Glenwood Ave., Suite 100
Raleigh, NC 27608

Dated: 6/18/99

*Terri L. Gardner* (signature)
Terri L. Gardner
NC State Bar No. 9809
SMITH DEBNAM NARRON
WYCHE STORY & MYERS, L.L.P.
P. O. Box 26268
Raleigh, NC 27611
(919) 250-2000