# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 98-02675-5-ATS  Judge: ATS
Case Name: INTERNATIONAL HERITAGE INC.
For Period Ending: 06/30/99

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Date Filed (f) or Converted (c): 11/25/98 (f)
341(a) Meeting Date: 12/30/98
Claims Bar Date: 03/30/99

Page: 1

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Accounts Receivable | 0.00 | Unknown | | 12,019.61 | Unknown | | |
| 2. Funds in Bank Account | Unknown | Unknown | | 26,059.96 | Unknown | | |
| 3. Refunds-Income Tax (u) | 0.00 | Unknown | | 237.49 | Unknown | | |
| 4. Payment on Judgment for Embezzlement | 0.00 | 3,086.68 | | 2,786.68 | 300.00 | | |
| 5. Refunds-Other (u) | 0.00 | Unknown | | 1,585.91 | Unknown | | |
| 6. Golf logo (u) | 0.00 | Unknown | | 500.00 | FA | | |
| 7. Merchant Bankcard refunds (u) | 0.00 | Unknown | | 955.93 | Unknown | | |
| 8. Auction Proceeds | 0.00 | Unknown | | 22,635.00 | Unknown | | |
| 9. Sale of database list (u) | 0.00 | Unknown | | 15,000.00 | FA | | |
| 10. Cash Bonds 98CV011169 | 0.00 | 2,500.00 | | 2,500.00 | FA | | |
| 11. Post-Petition Interest Deposits (u) | 0.00 | N/A | | 397.24 | Unknown | | |
| TOTALS (Excluding Unknown Values) | $0.00 | $5,586.68 | | $84,677.82 | $300.00 | | |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1/8/99 - Order Authorizing Employment of Accountant, Craig Adams
1/15/99 - Notice of Proposed Sale and Notice of Compensation of Auctioneer
1/22/99 - Order Authorizing Employment of Holmes P. Harden as Attorney
1/28/99 - Order Authorizing Appointment of Attorney Stephani Humrickhouse of Nicholls and Crampton
2/9/99 - Order Authorizing Appointment of Attorney James Roberts of Lewis & Roberts
2/9/99 - Order Authorizing Appointment of Attorney Janvier
2/18/99 - Order Authorizing Appointment of Attorney Jean Boyles
2/17/99 - Notice of Proposed Private Sale
3/17/99 - Report of Sale

FILED
JUL 28 1999
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

Page: 2

FORM 1

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:     98-02675-5-ATS   Judge: ATS
Case Name:   INTERNATIONAL HERITAGE INC.

Trustee Name:                              HOLMES P. HARDEN, TRUSTEE
Date Filed (f) or Converted (c):           11/25/98 (f)
341(a) Meeting Date:                       12/30/98
Claims Bar Date:                           03/30/99

3/18/99 - Harden v. Executive Risk Insurance

3/30/99 Order Approving Private Sale to Symmetry Group of database for $9,000.

4/6/99- Order Allowing 2004 Exam of Stanley Van Etten on 4/19/99 at 10:00 am.

4/29/99 Notice of Proposed Public Sale and Compensation of Auctioneer for remaining assets not sold at 1st public auction.

6/11/99 Report of Sale

6/22/99 Application of Trustee for Authority to Enter into Settlement Agreement with SEC. (approved)

6/23/99 Application of Trustee for Authority to Enter into Settlement Agreement with Van Etten (approved)

7/1/99 Harden v. Gilbert - Motion for 11 USC§105 Injunction

RE PROP# 1---Funds from Brent Wood's special account. Mr. Wood said funds were from credit card processes and a small liquidation of assets on Wicker Drive.

RE PROP# 2---Centura Bank CD Acct. #0219785949 to close

Initial Projected Date of Final Report (TFR): 12/30/01         Current Projected Date of Final Report (TFR): 12/30/01

_____ Date: 07/27/99
HOLMES P. HARDEN, TRUSTEE

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 98-02675-5-ATS | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | NATIONSBANK, N.A. |
| Taxpayer ID No: | 87-0421191 | | Account Number: | 3753846518  Money Market - Interest Bearing |
| For Period Ending: | 06/30/99 | | Blanket Bond (per case limit): $ 200,000.00 | |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 12/02/98 | 1 | Wood & Francis, PLLC | ACCOUNTS RECEIVABLE | 11,000.00 | | | | | 11,000.00 |
| 12/08/98 | 2 | Centura Bank | Funds in Bank Account | 22,247.88 | | | | | 33,247.88 |
| 12/11/98 | 001001 | Jennifer Doherty 827 Genford Ct. Raleigh, NC 27609 | COST OF SERVICE Preparation of schedules and 1099's | | | 2,520.00 | | | 30,727.88 |
| 12/11/98 | 001002 | Alex Ravenscraft | COST OF SERVICE Preparation of schedules and 1099's | | | 2,187.50 | | | 28,540.38 |
| * 12/15/98 | | Kevin Wiseman Farmers Bank & Trust 1612 Main St. Great Bend, Kansas 67530 | ACCOUNTS RECEIVABLE | 196.25 | | | | | 28,736.63 |
| 12/15/98 | 1 | Kristina Sunness 14936 Valerio St. Van Nuys, CA 91405 | ACCOUNTS RECEIVABLE | 13.00 | | | | | 28,749.63 |
| 12/15/98 | 1 | Kristina Sunness 14936 Valerio St. Van Nuys, CA 91405 | ACCOUNTS RECEIVABLE | 12.55 | | | | | 28,762.18 |
| 12/15/98 | 1 | Judy Farmer 5212 Saint Joe Rd. Finley, KY 42736 | ACCOUNTS RECEIVABLE | 36.36 | | | | | 28,798.54 |
| 12/15/98 | 1 | M. Patrick Murphy 26 Parrell Ave. Foothill Ranch, CA 92610-1908 | ACCOUNTS RECEIVABLE | 13.55 | | | | | 28,812.09 |
| 12/15/98 | 1 | Unum Life Insurance of America 2211 Congress St. Portland, Maine 04122 | ACCOUNTS RECEIVABLE | 15.37 | | | | | 28,827.46 |
| 12/15/98 | 1 | Kristina Sunness 14936 Valerio St. Van Nuys, CA 91405 | ACCOUNTS RECEIVABLE | 12.50 | | | | | 28,839.96 |
| * 12/16/98 | | JB Oxford Company 9665 Wilshire Boulevard, 3rd Floor Beverly Hills, CA 90212 | ACCOUNTS RECEIVABLE | 2,127.98 | | | | | 30,967.94 |
| 12/16/98 | 1 | Hongcai Zheng | ACCOUNTS RECEIVABLE | 31.00 | | | | | 30,998.94 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-ATS | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | NATIONSBANK, N.A. |
| Taxpayer ID No: | 87-0421191 | | Account Number: | 3753846518  Money Market - Interest Bearing |
| For Period Ending: | 06/30/99 | | Blanket Bond (per case limit): $ 200,000.00 | |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 12/16/98 | | 3830 Gray Rock Drive Ellicott City, MD 21042 | | | | | | | |
| 12/16/98 | 1 | Pauline Eppink 1530 5th Street, Apt. 312 Santa Monica, CA 90401 | ACCOUNTS RECEIVABLE | 14.60 | | | | | 31,013.54 |
| 12/16/98 | 3 | Internal Revenue Service | Refunds-Income Tax | 237.49 | | | | | 31,251.03 |
| 12/18/98 | 001003 | Alex Ravenscraft | COST OF SERVICE Alex Ravenscraft | | | 1,712.50 | | | 29,538.53 |
| 12/28/98 | 1 | Sharon Comeaux | ACCOUNTS RECEIVABLE | 413.00 | | | | | 29,951.53 |
| 12/28/98 | 001004 | Alex Ravenscraft | COST OF SERVICE Payroll from 12/21/98 through 12/23/98 total of 18.5 hours @ $50 per hour. | | | 925.00 | | | 29,026.53 |
| 12/31/98 | | NATIONSBANK | INTEREST REC'D FROM BANK | | 36.59 | | | | 29,063.12 |
| 01/04/99 | | Transfer to Acct #375384652 1 | Bank Funds Transfer | | | | | -301.62 | 28,761.50 |
| 01/04/99 | | Transfer to Acct #375384652 1 | Bank Funds Transfer | | | | | -522.55 | 28,238.95 |
| * 01/08/99 | | Kevin Wiseman Farmers Bank & Trust 1612 Main St. Great Bend, Kansas 67530 | VOID | -196.25 | | | | | 28,042.70 |
| * 01/08/99 | | JB Oxford Company 9665 Wilshire Boulevard, 3rd Floor Beverly Hills, CA 90212 | VOID | -2,127.98 | | | | | 25,914.72 |
| 01/08/99 | | Transfer to Acct #375384652 1 | Bank Funds Transfer | | | | | -2,512.50 | 23,402.22 |
| 01/11/99 | | Transfer to Acct #375384652 1 | Bank Funds Transfer | | | | | -2,730.00 | 20,672.22 |
| 01/18/99 | | Transfer to Acct #375384652 1 | Bank Funds Transfer | | | | | -608.25 | 20,063.97 |
| 01/21/99 | | Transfer to Acct #375384652 1 | Bank Funds Transfer | | | | | -1,763.96 | 18,300.01 |
| 01/22/99 | 4 | Ada M. Powell P. O. Box 69/325 Poor Road Scotland Neck, NC 27874 | Payment on Judgment | 200.00 | | | | | 18,500.01 |
| 01/22/99 | 4 | Ada M. Powell | Payment on Judgment | 200.00 | | | | | 18,700.01 |
| 01/22/99 | 2 | Wood & Francis Trust Account | Funds in Bank Account | 1,291.69 | | | | | 19,991.70 |
| 01/22/99 | 2 | Wood & Francis Trust Account | Funds in Bank Account | 2,520.39 | | | | | 22,512.09 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 98-02675-5-ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | 87-0421191 |
| For Period Ending: | 06/30/99 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | NATIONSBANK, N.A. |
| Account Number: | 3753846518 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 200,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 01/22/99 | 4 | Jeffrey C. Cloyd | Payment on Judgment | 200.00 | | | | | 22,712.09 |
| 01/22/99 | 4 | Ethel Whitaker | Payment on Judgment | 200.00 | | | | | 22,912.09 |
| 01/22/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -95.07 | 22,817. |
| 01/22/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -1,899.00 | 20,91 |
| 01/28/99 | 5 | Delta Airlines Passenger Refunds P. O. Box 20537 Atlanta, GA 30320-2537 | REFUND | 886.88 | | | | | 21,804.90 |
| 01/28/99 | 5 | West Group 610 Opperman Drive St. Paul, MN 55164-0526 | REFUND | 498.47 | | | | | 22,303.37 |
| 01/28/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -191.00 | 22,112.37 |
| 01/28/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -5,026.26 | 17,086. |
| 01/29/99 | 11 | NATIONSBANK | INTEREST REC'D FROM BANK | | 41.90 | | | | 17,128.01 |
| 02/05/99 | 5 | Delta Airlines | REFUND | 144.50 | | | | | 17,272.51 |
| 02/05/99 | 6 | Dynamic Essentials, Inc. 8500 North Stemmons Freeway, Suite 4085 Dallas, Texas 75247 | Proceeds from sale of personal property | 500.00 | | | | | 17,772.51 |
| 02/05/99 | 7 | Centura Bank | REFUND Merchant Bankcard | 955.93 | | | | | 18,728.44 |
| 02/05/99 | 001005 | Mike Russo | COST OF SERVICE Mike Russo Setting up computer | | | 400.00 | | | 18,3 |
| 02/05/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -603.50 | 17,724.94 |
| 02/15/99 | 9 | Symmetry Corporation 420 S. Hillview Drive Milpitas, CA 95035 | Deposit on purchase | 3,000.00 | | | | | 20,724.94 |
| * 02/15/99 | | R. V. Delarios Direct Nutrition | Deposit on purchase | 2,500.00 | | | | | 23,224.94 |
| 02/15/99 | 001006 | InfoStor P. O. Box 18230 Raleigh, NC 27619-8238 | InfoStor InfoStor | | | 20.00 | | | 23,204.94 |
| 02/15/99 | 001007 | Safeguard Business Systems, Inc. P. O. Box 1749 | 1099 envelopes 3800 1099 envelopes- | | | 365.97 | | | 22,838.97 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 98-02675-5-ATS | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | NATIONSBANK, N.A. |
| Taxpayer ID No: | 87-0421191 | | Account Number: | 3753846518  Money Market - Interest Bearing |
| For Period Ending: | 06/30/99 | | Blanket Bond (per case limit): $ 200,000.00 | |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 02/15/99 | | Fort Washington, PA 19034 | Invoice #01035412 | | | | | | 21,950.72 |
| 02/17/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -888.25 | 21,827. |
| 02/17/99 | | Stop payment | Stop Payment | | | | -122.97 | | 21,185. |
| 02/17/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -641.43 | 21,024.82 |
| 02/18/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -161.50 | 21,024.82 |
| * 02/25/99 | | R. V. Delarios, Ltd | Proceeds from sale of personal property | 500.00 | | | | | 21,524.82 |
| 02/25/99 | 4 | Jeffrey C. Cloyd 145 West Port Drive Columbia, SC 29223 | Payment on Judgment | 300.00 | | | | | 21,824.82 |
| 02/25/99 | 4 | Ada M. Powell P. O. Box 69/325 Poor Road Scotland Neck, NC 27874 | Payment on Judgment | 200.00 | | | | | 22,024.82 |
| 02/25/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -60.66 | 21,964.16 |
| 02/25/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -165.75 | 21,798.41 |
| 02/25/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -325.00 | 21,473.41 |
| 02/25/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -925.94 | 20,547.47 |
| 02/26/99 | 11 | NATIONSBANK | INTEREST REC'D FROM BANK | | 34.18 | | | | 20,581.65 |
| 02/26/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -1,921.25 | 18,660.40 |
| 03/02/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -2,290.75 | 16,3 |
| 03/16/99 | 4 | Wood & Francis Trust Account | Payment on Judgment Collection from embezzlement case | 353.00 | | | | | 16,722.65 |
| 03/22/99 | 001008 | R. V. Delarios Direct Nutrition, Inc. 10610 Metric Drive Suite 121 & 122 Dallas, TX 75243 | REFUND Refund on purchase of data base list Refund for purchase of database list. They did not wish to increase their bid and therefore we are returning their money to them. | | | 3,000.00 | | | 13,722.65 |
| 03/25/99 | 4 | Wood & Francis | Payment on Judgment Final payment for embezzlement of Ada Powell | 533.68 | | | | | 14,256.33 |
| 03/25/99 | 4 | Jeffrey C. Cloyd | Payment on Judgment | 300.00 | | | | | 14,556.33 |
| 03/25/99 | 5 | Great Tribune Box 5468 Great Falls, MT 59403 | REFUND | 56.06 | | | | | 14,612.39 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

| Case No: | 98-02675-5-ATS | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | NATIONSBANK, N.A. |
| Taxpayer ID No: | 87-0421191 | | Account Number: | 3753846518  Money Market - Interest Bearing |
| For Period Ending: | 06/30/99 | | Blanket Bond (per case limit): | $ 200,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 03/25/99 | 001009 | Business Communications, Inc. 7903 Thorndike Road Greensboro, NC 27409 | Telephone service Fees for installation of telephone service | | | 115.00 | | | 14,497.39 |
| 03/25/99 | 001010 | Caribiner International 1990 Defoor Avenue Atlanta, GA 30318 | COST OF SERVICE Taping of 341 meeting | | | 1,443.82 | | | 13,053.57 |
| 03/25/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | 12,000.00 | | | | | 12,165.32 |
| 03/26/99 | 9 | Symmetry Corp | purchase of database | | | | | -888.25 | 24,165.32 |
| 03/31/99 | 11 | NATIONSBANK | INTEREST REC'D FROM BANK | | 35.73 | | | | 24,201.05 |
| 04/05/99 | | InfoStor | STORAGE UNIT RENTAL Invoice Nos. 146158, 146161, 146165, 146964, 146967, 146971 | | | 516.98 | | | 23,684.07 |
| 04/05/99 | 001012 | AT&T | Telephone Service Acct. No. 020 713 6257 001  $163.04 Acct. No. 056 390-8195 001  $10.72 | | | 173.76 | | | 23,510.31 |
| 04/05/99 | 001013 | BellSouth | Telephone Service Acct. No. 919 790-0128 010 0363  $60.66 Acct. No. 919 876-2161 450 0364  $144.01 Acct. No. 14004559  $.11 | | | 204.78 | | | 23,305.53 |
| 04/05/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -100.00 | 23,205.53 |
| 04/06/99 | 1 | American Media International 2609 Tucker St. Ext. Burlington, NC 27215 | ACCOUNTS RECEIVABLE | 457.68 | | | | | 23,663.21 |
| * 04/07/99 | | R. V. Delarios Direct Nutrition | VOID Check #1008 written for $3,000.00 to refund Mr. Delarios for his deposit on purchase of database. | -2,500.00 | | | | | 21,163.21 |
| * 04/07/99 | | R. V. Delarios, Ltd | VOID Check #1008 reimbursed R. V. Delarios for his deposit on the purchase of database. | -500.00 | | | | | 20,663.21 |
| 04/12/99 | 10 | Clerk of Superior Court | Payment on Judgment | 2,500.00 | | | | | 23,163.21 |
| 04/12/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -6,500.00 | 16,663.21 |
| 04/21/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -521.44 | 16,141.77 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | NATIONSBANK, N.A. |
| Taxpayer ID No: | 87-0421191 | Account Number: | 3753846518 Money Market - Interest Bearing |
| For Period Ending: | 06/30/99 | Blanket Bond (per case limit): $ 200,000.00 | |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 04/30/99 | | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 42.65 | | | | 16,184.42 |
| 04/30/99 | 11 | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -166.28 | 16,018.14 |
| 05/06/99 | 4 | Jeffrey C. Cloyd | Payment on Judgment | 300.00 | | | | | 16,318 |
| 05/25/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -44.38 | 16,273 |
| 05/25/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -61.07 | 16,212.69 |
| 05/25/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -1,506.27 | 14,706.42 |
| 05/28/99 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 36.41 | | | | 14,742.83 |
| 06/10/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -659.02 | 14,083.81 |
| 06/15/99 | | Jeffrey C. Cloyd 145 Westport Drive Columbia, SC 29223 | Payment on Judgment on embezzlement | 300.00 | | | | | 14,383.81 |
| 06/28/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -1,100.69 | 13,283 |
| 06/30/99 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 37.26 | | | | 13,320.38 |

| Account 3753846518 | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- |
| | 43 Deposits | 61,945.58 | 13 Checks | 13,585.31 | |
| | 7 Interest Postings | 264.72 | 1 Adjustments Out | 122.97 | |
| | Subtotal | $ 62,210.30 | 30 Transfers Out | 35,181.64 | |
| | 0 Adjustments In | 0.00 | Total | | $ 48,889.92 |
| | 0 Transfers In | 0.00 | | | |
| | Total | $ 62,210.30 | | | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 7

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: 87-0421191
For Period Ending: 06/30/99

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753846521  Checking - Non Interest

Blanket Bond (per case limit): $ 200,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 01/04/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 301.62 | 301.62 |
| 01/04/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 522.55 | 824.?? |
| 01/04/99 | 001001 | Beth Rogers | Temporary Service 29.25 hours @ $8.50 | | | 248.63 | | | 575.?? |
| 01/04/99 | 001002 | Alan Johnson | Temporary Service 28.50 hours @ $8.50 Expenses reimbursement Mileage $24.70 Parking $2.00 Postage due $4.97 | | | 273.92 | | | 301.62 |
| 01/04/99 | 001003 | BellSouth P. O. Box 70807 Charlotte, NC 28272-0807 | COST OF SERVICE (919) 790-0128 | | | 301.62 | | | 0.00 |
| 01/08/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 2,512.50 | 2,512.50 |
| 01/08/99 | 001004 | Alex Ravenscraft | COST OF SERVICE 12/8/98 through 1/8/99  50.25 hours @ $50.00 | | | 2,512.50 | | | 0.00 |
| 01/11/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 2,730.00 | 2,730.00 |
| 01/11/99 | 001005 | Jennifer Doherty 827 Genford Court Raleigh, NC 27609 | COST OF SERVICE 1/4/99-1/8/99 45.50 hours @ $60.00 per hour | | | 2,730.00 | | | 0.00 |
| 01/18/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 608.25 | 608.25 |
| 01/18/99 | 001006 | Ben Rose | COST OF SERVICE | | | 187.00 | | | 421.25 |
| 01/18/99 | 001007 | Alan Johnson | COST OF SERVICE | | | 421.25 | | | 0.00 |
| 01/21/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 1,763.96 | 1,763.96 |
| * 01/21/99 | 001008 | InfoStor | COST OF SERVICE InfoStor | | | 1,283.96 | | | 480.00 |
| 01/21/99 | 001009 | Ken Hirsch 400 Davie Road, Apt. 63 Carrboro, NC 27510 | COST OF SERVICE 8 hours @ $60.00 per hour | | | 480.00 | | | 0.00 |
| 01/22/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 95.07 | 95.07 |
| 01/22/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 1,899.00 | 1,994.07 |
| * 01/22/99 | 001008 | InfoStor | VOID | | | -1,283.96 | | | 3,278.03 |

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 8

| Case No: | 98-02675-5-ATS | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | NATIONSBANK, N.A. |
| Taxpayer ID No: | 87-0421191 | | Account Number: | 3753846521 Checking - Non Interest |
| For Period Ending: | 06/30/99 | | Blanket Bond (per case limit): $ 200,000.00 | |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 01/22/99 | 001010 | InfoStor<br>P. O. Box 18238<br>Raleigh, NC 27619-8238 | | | | 529.03 | | | 2,749.00 |
| 01/22/99 | 001011 | Alex Ravenscraft | 17 hours @ $50.00<br>Alex Ravenscraft | | | 850.00 | | | 1,899 |
| 01/22/99 | 001012 | Mike Russo | COST OF SERVICE<br>Moving computer and installation | | | 1,899.00 | | | 0.00 |
| 01/28/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 191.00 | 191.00 |
| 01/28/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 5,026.26 | 5,217.26 |
| 01/28/99 | 001013 | Jennifer Doherty<br>827 Genford Court<br>Raleigh, NC 27609 | COST OF SERVICE<br>64 hours @ $60 per hour<br>1/17/99 through 1/23/99<br>Working on 1099's and reports | | | 3,840.00 | | | 1,377.26 |
| 01/28/99 | 001014 | Alan Johnson | COST OF SERVICE<br>25 hours @ $8.50 per hour<br>working on 1099's | | | 212.50 | | | 1,164.76 |
| 01/28/99 | 001015 | Ben Rose | COST OF SERVICE<br>27 hours @ $8.50<br>Working on 1099's | | | 229.50 | | | 935.26 |
| 01/28/99 | 001016 | Beth Rogers | COST OF SERVICE<br>29 hours @ $8.50<br>Working on 1099's | | | 246.50 | | | 688.76 |
| 01/28/99 | 001017 | Don Johnson | COST OF SERVICE<br>18 hours @ $8.50<br>Working on 1099's | | | 153.00 | | | 535.76 |
| 01/28/99 | 001018 | Bell South<br>P. O. Box 70807<br>Charlotte, NC 28272-0807 | COST OF SERVICE<br>Telephone bill | | | 60.73 | | | 475.03 |
| 01/28/99 | 001019 | AT&T<br>P. O. box 78522<br>Phoenix, AZ 85062-8522 | COST OF SERVICE<br>Telephone bill | | | 475.03 | | | 0.00 |
| 02/05/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 603.50 | 603.50 |
| 02/05/99 | 001020 | Beth Rogers | COST OF SERVICE<br>25 hours @ $8.50 | | | 212.50 | | | 391.00 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 9

| Case No: | 98-02675-5-ATS | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | NATIONSBANK, N.A. |
| Taxpayer ID No: | 87-0421191 | | Account Number: | 3753846521 Checking - Non Interest |
| For Period Ending: | 06/30/99 | | Blanket Bond (per case limit): | $ 200,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 02/05/99 | 001021 | Ben Rose | COST OF SERVICE 18 hours @ $8.50 Working on 1099's and matrix | | | 153.00 | | | 238.00 |
| 02/05/99 | 001022 | Alan Johnson | COST OF SERVICE 18 hours @ $8.50 Working on 1099's and matrix | | | 153.00 | | | |
| 02/05/99 | 001023 | Don Johnson | COST OF SERVICE 10 hours @ $8.50 Working on 1099's | | | 85.00 | | | 0.00 |
| 02/15/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 888.25 | 888.25 |
| 02/15/99 | 001024 | Beth Rogers | Temporary Service 33.50 hours @ $8.50 Work on mailing matrix and returned mail | | | 284.75 | | | 603.50 |
| 02/15/99 | 001025 | Ben Rose | Temporary Service 13 hours @ $8.50 Worked on returned mail | | | 110.50 | | | 493.00 |
| 02/15/99 | 001026 | Blake Johnson | Temporary Service 34 hours @ $8.50 Worked on alphabetizing returned mail for mark off on mailing matrix | | | 289.00 | | | 204.00 |
| 02/15/99 | 001027 | Matthew Johnson | Temporary Service 24 hours @ $8.50 Worked on alphabetizing returned mail for mailing matrix mark off | | | 204.00 | | | |
| 02/17/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 641.43 | 641.43 |
| 02/17/99 | 001028 | AT&T P. O. Box 78225 Phoenix, AZ  85062-8225 | Charges for 888 number | | | 8.61 | | | 632.82 |
| 02/17/99 | 001029 | Highwoods Service, Inc. 3100 Smoketree Court, Suite 600 Raleigh, NC  27604 | Electrical work for computer Invoice #29902 | | | 341.00 | | | 291.82 |
| 02/17/99 | 001030 | InfoStor P. O. Box 18238 Raleigh, NC  27619-8238 | STORAGE UNIT RENTAL Invoice #145374 | | | 291.82 | | | 0.00 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 10

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: 87-0421191
For Period Ending: 06/30/99

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753846521  Checking - Non Interest

Blanket Bond (per case limit): $ 200,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 02/18/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 161.50 | 161.50 |
| 02/18/99 | 001031 | Jamie Rabb | Temporary Service 19 hours @ $8.50 | | | 161.50 | | | 0.00 |
| 02/25/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 60.66 | 60.66 |
| 02/25/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 165.75 | 226.41 |
| 02/25/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 325.00 | 551.41 |
| 02/25/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 925.94 | 1,477.35 |
| 02/25/99 | 001032 | Alan Johnson | Temporary Service 10 hours @ $8.50 working on creditor matrix marking off | | | 88.50 | | | 1,388.85 |
| 02/25/99 | 001033 | Ben Rose | Temporary Service 10 hours @ $8.50 working on creditor matrix | | | 88.50 | | | 1,300.35 |
| 02/25/99 | 001034 | Beth Rogers | Temporary Service 24 hours @ $8.50 working on creditor matrix | | | 204.00 | | | 1,096.35 |
| 02/25/99 | 001035 | Blake Johnson | Temporary Service 23 hours @ $8.50 working on creditor matrix | | | 195.50 | | | 900.85 |
| 02/25/99 | 001036 | Matthew Johnson | Temporary Service 22 hours @ 48.50 working on creditor matrix | | | 187.00 | | | 713 |
| 02/25/99 | 001037 | InfoStor | STORAGE UNIT RENTAL InfoStor | | | 21.00 | | | 692.85 |
| 02/25/99 | 001038 | AT&T P. O. Box 78522 Phoenix, AZ 85062-8522 | COST OF SERVICE Long Distance Charges | | | 141.44 | | | 551.41 |
| 02/25/99 | 001039 | BellSouth | COST OF SERVICE | | | 60.66 | | | 490.75 |
| 02/25/99 | 001040 | Alex Ravenscraft | COST OF SERVICE 6.50 hours @ $50.00 per hour 1/22/99-2/5/99 | | | 325.00 | | | 165.75 |
| 02/25/99 | 001041 | Jamie Rabb | Temporary Service 19.5 hours @ $8.50 | | | 165.75 | | | 0.00 |

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 11

| Case No: | 98-02675-5-ATS |
| --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | 87-0421191 |
| For Period Ending: | 06/30/99 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- |
| Bank Name: | NATIONSBANK, N.A. |
| Account Number: | 3753846521  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 200,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 02/26/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 1,921.25 | 1,921.25 |
| 02/26/99 | 001042 | Mike Russo | Purchase of Y2K from 20/21 | | | 1,850.00 | | | 71.25 |
| 02/26/99 | 001043 | Amy Duncan | Temporary Service 7.50 hours @ $9.50 typing labels for returned mail | | | 71.25 | | | 0.00 |
| 03/02/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 2,290.75 | 2,290.75 |
| 03/02/99 | 001044 | Jennifer Doherty 827 Genford Ct. Raleigh, NC 27609 | Temporary Service 5 hours @ $60.00 | | | 300.00 | | | 1,990.75 |
| 03/02/99 | 001045 | PayChex 4625 Creekstone Drive Suite 130 Durham, NC 27703 | Preparation of W-2's for employees | | | 784.50 | | | 1,206.25 |
| 03/02/99 | 001046 | CompuNet Technologies, Inc. P. O. Box 5822 Cary, NC 27512 | Invoice # 119 Employed by Craig Adams to assist with consulting re Great Plains | | | 1,206.25 | | | 0.00 |
| 03/25/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 888.25 | 888.25 |
| 03/25/99 | 001047 | Matthew Johnson | COST OF SERVICE 24 hours @ 8.50 | | | 204.00 | | | 684.25 |
| 03/25/99 | 001048 | Blake Johnson | COST OF SERVICE 13.5 hours @ 8.50 | | | 114.75 | | | 569.50 |
| 03/25/99 | 001049 | Alan Johnson | COST OF SERVICE 13 hours @ 8.50 | | | 110.50 | | | 459.00 |
| 03/25/99 | 001050 | Ben Rose | COST OF SERVICE 13 hours @ 8.50 | | | 110.50 | | | 348.50 |
| 03/25/99 | 001051 | Beth Rogers | COST OF SERVICE 41 hours @ 8.50 | | | 348.50 | | | 0.00 |
| 04/05/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 100.00 | 100.00 |
| 04/05/99 | 001052 | Triangle Communications Group, Inc. 4011 Atlantic Avenue Raleigh, NC 27604 | Cleaning after auction | | | 100.00 | | | 0.00 |
| 04/12/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 6,500.00 | 6,500.00 |
| 04/12/99 | 001053 | Printing Plus, Inc. | Rent | | | 6,500.00 | | | 0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 12

| Case No: | 98-02675-5-ATS |
|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | 87-0421191 |
| For Period Ending: | 06/30/99 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|
| Bank Name: | NATIONSBANK, N.A. |
| Account Number: | 3753846521  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 200,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 04/21/99 | | c/o Shawna Slaton Jordan Price Wall Gray & Jones P. O. Box 2021 Raleigh, NC 27602-2021 | Rent for Storage of assets Administrative Rent pursuant to court order dated April 2, 1999 | | | | | | 521.44 |
| 04/21/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 521.44 | 21.44 |
| 04/21/99 | 001054 | Mike Russo 827 Genford Court Raleigh, NC 27609 | COST OF SERVICE Invoice No. 17 | | | 500.00 | | | |
| 04/21/99 | 001055 | AT&T | Telephone Service | | | 10.72 | | | 10.72 |
| 04/30/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 166.28 | 177.00 |
| 04/30/99 | 001056 | Ben Rose | Temporary Service 10 hours @ $8.50 | | | 88.50 | | | 88.50 |
| 04/30/99 | 001057 | Alan Johnson | Temporary Service 10 hours @ $8.50 | | | 88.50 | | | 0.00 |
| 05/25/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 44.38 | 44.38 |
| 05/25/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 61.07 | 105.45 |
| 05/25/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 1,506.27 | 1,611.72 |
| 05/25/99 | 001058 | InfoStor | STORAGE UNIT RENTAL | | | 21.00 | | | 1,590.72 |
| 05/25/99 | 001059 | AT&T | Telephone Service Invoice #0207136257001, 0563908195001, 056661268900l | | | 160.69 | | | 1,43 |
| 05/25/99 | 001060 | Marnie P. Currin & Associates 203 E. Industry Drive Suite C Oxford, NC 27565 | Court Reporting Service | | | 1,204.00 | | | 226.03 |
| 05/25/99 | 001061 | BellSouth | Telephone Service Acct. 919790-01280100363, 919876-21614500364 | | | 226.03 | | | 0.00 |
| 06/10/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 659.02 | 659.02 |
| * 06/10/99 | 001062 | AT&T | Telephone Service | | | 163.04 | | | 495.98 |
| * 06/10/99 | 001062 | AT&T | VOID This bill was paid and receivedby AT&T on 5/29/99 per AT&T representative. | | | -163.04 | | | 659.02 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 13

| Case No: | 98-02675-5-ATS | | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | | | Bank Name: | NATIONSBANK, N.A. |
| Taxpayer ID No: | 87-0421191 | | | Account Number: | 3753846521 Checking - Non Interest |
| For Period Ending: | 06/30/99 | | | Blanket Bond (per case limit): | $ 200,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 06/10/99 | 001063 | InfoStor<br>3010 Industrial Drive<br>P. O. Box 18238<br>Raleigh, NC 27619-8238 | STORAGE UNIT RENTAL<br>Invoice # 148589 $21.00/5/31, #148592 $217.49<br>5/31, #148596 $20.00 5/31, #147788 $20.00 4/30,<br>#147784 $217.49 4/30 | | | 495.98 | | | 163.04 |
| 06/25/99 | 001064 | AT&T<br>P. O. box 9001309<br>Louisville, KY 40290-1309 | Telephone Service<br>Acct. No. 0207136257001 $24.65<br>Acct. No. 0563908195001 $10.72 | | | 35.37 | | | 127.67 |
| 06/25/99 | 001065 | BellSouth<br>P. O. Box 70807<br>Charlotte, NC 28272-0807 | Telephone Service<br>919 790-0128 010 0363 | | | 61.70 | | | 65.97 |
| 06/28/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 1,100.69 | 1,166.66 |
| 06/28/99 | 001066 | Jacqueline R. Clare<br>1011 Vance Street<br>Raleigh, NC 27608 | Mediators fee<br>1/4 Mediator fee | | | 1,166.66 | | | 0.00 |

Account  3753846521

| | | |
|---|---|---|
| Balance Forward | | 0.00 |
| 0 Deposits | | 0.00 |
| 0 Interest Postings | | 0.00 |
| Subtotal | $ | 0.00 |
| 0 Adjustments In | | 0.00 |
| 30 Transfers In | | 35,181.64 |
| Total | $ | 35,181.64 |

| | | |
|---|---|---|
| 68 Checks | | 35,181.64 |
| 0 Adjustments Out | | 0.00 |
| 0 Transfers Out | | 0.00 |
| Total | $ | 35,181.64 |

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: 87-0421191
For Period Ending: 06/30/99

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753846534  Money Market - Interest Bearing

Blanket Bond (per case limit): $ 200,000.00
Separate Bond (if applicable):

Page: 14

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 02/12/99 | 8 | Williams Auction Co. Trust Account P. O. Box 646 Clayton, NC 27520 | Auction Proceeds | 21,691.50 | | | | | 21,691.50 |
| 02/12/99 | 001001 | Charles Williams Williams Auction Co. P. O. Box 646 Clayton, NC 27520 | Fees and Expenses-Auctioneer | | | 3,253.73 | | | 18,437.77 |
| 02/26/99 | 11 | NATIONSBANK | INTEREST REC'D FROM BANK | | 13.08 | | | | 18,450.85 |
| 03/31/99 | 11 | NATIONSBANK | INTEREST REC'D FROM BANK | | 41.75 | | | | 18,492.60 |
| 04/30/99 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 38.04 | | | | 18,530.64 |
| 05/28/99 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 35.57 | | | | 18,566.21 |
| 06/08/99 | 8 | Williams Auction Co. | Auction Proceeds Total auction proceeds were $951.81. Charles wrote a check for sales tax out of his account in the amount of $8.31. Charles wrote Mr. Harden a check in the amount of $943.50. | 943.50 | | | | | 19,509.71 |
| 06/10/99 | 001002 | Charles Williams P. O. Box 646 Clayton, NC 27520 | Payment of auctioneer 15% of $981.51 auction proceeds Sale conducted with Ashley's. | | | 147.77 | | | 19,361.94 |
| 06/30/99 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 40.67 | | | | 19,402.61 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: 87-0421191
For Period Ending: 06/30/99

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753846534 Money Market - Interest Bearing

Blanket Bond (per case limit): $ 200,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |

**Account 3753846534**

| | | |
|---|---|---|
| Balance Forward | 0.00 | |
| 2 Deposits | 22,635.00 | 2 Checks | 3,401.50 |
| 5 Interest Postings | 169.11 | 0 Adjustments Out | 0.00 |
| | | 0 Transfers Out | 0.00 |
| Subtotal | $ 22,804.11 | Total | $ 3,401.50 |
| 0 Adjustments In | 0.00 | | |
| 0 Transfers In | 0.00 | | |
| Total | $ 22,804.11 | | |

**Report Totals**

| | | |
|---|---|---|
| Balance Forward | 0.00 | |
| 45 Deposits | 84,580.58 | 83 Checks | 52,168.45 |
| 12 Interest Postings | 433.83 | 1 Adjustments Out | 122.97 |
| | | 30 Transfers Out | 35,181.64 |
| Subtotal | $ 85,014.41 | Total | $ 87,473.06 |
| 0 Adjustments In | 0.00 | | |
| 30 Transfers In | 35,181.64 | | |
| Total | $ 120,196.05 | Net Total Balance | $ 32,722.99 |