UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

FILED

8 2 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:

INTERNATIONAL HERITAGE, INC.,   Case No. 98-02675-5-ATS

Debtors.

### CONSENT ORDER REGARDING CHITTENDEN'S MOTION FOR ORDER AUTHORIZING RELEASE OF RESERVE ACCOUNT

This matter coming before the Court on the Motion of Chittenden Bank for Order Authorizing Release of Reserve Account, Determination of the Applicability of the Automatic Stay and Other Relief, and the Trustee having filed his Response In Opposition to Chittenden's Motion and a hearing having been held on May 5, 1999, and the parties having consented to entry of this Consent Order, and in order to resolve Chittenden's Motion the parties having agreed that Chittenden Bank has a properly perfected security interest in the reserve account in its possession to secure any indebtedness of the debtor arising out of charge backs and fees where credit card holders have submitted written disputes of the Debtor's credit card charges;

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

Upon submitting to the Trustee written correspondence from customers of International Heritage, Inc., disputing credit card charges processed through Chittenden Bank and not previously charged against its reserve account in the amount of $96,000, Chittenden may access its reserve account in the amount of $96,000 and apply it to reduce the Debtor's indebtedness arising out of the charge backs and fees.

Dated: AUG - 2 1999

_____
United States Bankruptcy Judge

93 cc: Koonce to serve 8/2/99 Am

184

AGREED AS TO FORM AND CONTENT:

        POYNER & SPRUILL, L.L.P.

        By: *[signature]*
        Kathryn N. Koonce
        Local Counsel to Chittenden Bank
        3600 Glenwood Avenue
        P.O. Box 10096
        Raleigh, NC 27605-0096
        Pho: (919) 783-6400
        Fax: (919) 783-1075

        MERRITT, WOOTEN & JANVIER, P.A.

        By: *[signature]*
        William P. Janvier, N.C.S.B. No. 21136
        Counsel to the Trustee
        434 Fayetteville Street Mall, Suite 2010
        P.O. Box 3007
        Raleigh, NC 27602-3007

        JAFFE, RAITT, HEUER & WEISS,
        a Professional Corporation

        By: *[signature] Jane Quasarano by KNK*
        Louis P. Rochkind (P24121)
        Jane Derse Quasarano (P45514)
        Counsel to Chittenden Bank
        One Woodward Ave., Suite 2400
        Detroit, Michigan 48226
        Pho: (313) 961-8380
        Fax: (313) 961-8358

14303