

FILED

SEP 9 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

| | | |
|---|---|---|
| INTERNATIONAL HERITAGE, INC. | ) ) ) | CASE NO. 98-02675-5-ATS<br>CHAPTER 7 |
| INTERNATIONAL HERITAGE INCORPORATED,<br>            Debtors | ) ) ) ) | CASE NO. 98-02674-5-ATS<br>CHAPTER 7 |

SUPPLEMENT TO OBJECTION OF ACSTAR INSURANCE COMPANY
TO APPLICATION OF TRUSTEE FOR AUTHORITY
TO ENTER INTO SETTLEMENT AGREEMENT

NOW COMES Acstar Insurance Company ("ACSTAR"), by and through its undersigned counsel, and files this supplement to the Objection of ACSTAR to the Application of the Trustee for Authority to Enter into Settlement Agreement filed on August 27, 1999, and hereby supplements its Objection as follows:

23. The Application of the Trustee filed on August 9, 1999 states: "The Settlement Agreement is contingent upon the Court granting a Motion for 11 U.S.C. § 105 Injunction filed by Trustee in the Adversary Proceeding No. S-99-00043-5-AP, extending the Automatic Stay to all Co-Defendants in the underlying actions enumerate therein." This provision as stated impermissibly establishes an injunction against ACSTAR for the benefit of certain named officers and directors of International Heritage Inc. and International Heritage Incorporated ("IHI"). The result is that ACSTAR will not be able to pursue any claims it may have against the officers and directors of IHI, including but not limited to Stanley H. Van Etten, Claude W. Savage, and Larry G. Smith.

24. The wrongful and illegal actions of IHI, by and through its officers and directors, contributed to and caused the subsequent liabilities of IHI in connection with the SEC litigation.

25. As a result of the Payment Bond procured by the officers and directors of IHI for the benefit of IHI, ACSTAR was forced to pay $4.1 million to settle the SEC litigation.

26. The Bankruptcy Court does not have jurisdiction to grant the relief sought therein.

27. The Application seeks to discharge ERSIC of any further liability in connection with the insurance policy. This impermissibly precludes ACSTAR from filing any claims against the insurance policy in connection with the payment made by ACSTAR in connection with the Payment Bond in the SEC litigation.

28. The insurance policy proceeds are not property of the Estate. Therefore, the Bankruptcy Court does not have jurisdiction to grant the Trustee authority to enter into a Settlement Agreement with ERSIC.

Respectfully submitted, this the 8th day of September, 1999.

*Paul A. F_____*
Paul A. Fanning
N.C. State Bar I.D. No.: 025477

*Paul A. F_____* for
Michael P. Flanagan
N.C. State Bar I.D. No.: 001461
For the firm of
Ward and Smith, P.A.
120 West Fire Tower Road
Post Office Box 8088
Greenville, North Carolina 27835-8088
Telephone: (252) 355-3030
Facsimile: (252) 756-3689
Attorneys for Acstar Insurance Company

2

CERTIFICATE OF SERVICE

    I hereby certify that I have this day served a copy of the foregoing SUPPLEMENT TO OBJECTION OF ACSTAR INSURANCE COMPANY TO APPLICATION OF TRUSTEE FOR AUTHORITY TO ENTER INTO SETTLEMENT AGREEMENT by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail at Greenville, North Carolina, addressed to the following persons at the following addresses which are the last addresses known to me:

Holmes P. Harden
Maupin, Taylor & Ellis, P.A.
Post Office Drawer 19764
Raleigh, NC 27619

Terri L. Gardner
Smith, Debnam, Narron & Myers, LLP
Post Office Box 26268
Raleigh, NC 27611

Marjorie K. Lynch
Bankruptcy Administrator
Post Office Box 3039
Raleigh, NC 27602

Brent E. Woods
Post Office Box 164
Raleigh, NC 27602

Louis P. Richkind
Counsel to Chittenden Bank
One Woodward Ave., Suite 2400
Detroit, MI 48226

Kathryn N. Koonce
Poyner & Spruill, LLP
Post Office box 10096
Raleigh, NC 27605

N. Hunter Wyche, Jr.
Wyche & Story, RLLP
Post Office Drawer 1389
Raleigh, NC 27602

3

Lloyd W. Gathings, II
Robert W. Shore
Gathings & Associates
Post Office Box 10545
Birmingham, AL 35202

Ronald H. Garber
Boxley, Bolton & Garber, LLP
Post Office Drawer 1429
Raleigh, NC 27602

Lloyd T. Whitaker, President
Newleaf Corporation
2814 New Spring Road, Suite 330
Atlanta, GA 30339

Joel B. Piassick
Kilpatrick & Stockton, LLP
Suite 2800
1100 Peachtree Street, N.E.
Atlanta, GA 30309

William P. Hicks
U.S. Securities and Exchange Commission
Atlanta District Office
Suite 1000
3475 Lenox Road
Atlanta, GA 30326

This the 8th day of September, 1999.

*Paul A. F_____*
Paul A. Fanning
N.C. State Bar I.D. No.:    025477
For the firm of
Ward and Smith, P.A.
120 West Fire Tower Road
Post Office Box 8088
Greenville, North Carolina    27835-8088
Telephone:    (252) 355-3030
Facsimile:    (252) 756-3689
Attorneys for Acstar Insurance Company

990138-0001-001
GVLMAIN\212612.1

4