

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

FILED
SEP 10 1999
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | |
|---|---|
| *In re* | CHAPTER 7 |
| *INTERNATIONAL HERITAGE INCORPORATED,* | CASE NUMBER 98-02674-5-ATS |
| and | |
| *INTERNATIONAL HERITAGE INC.,* | CASE NUMBER 98-02675-5-ATS |
| *Debtors.* | |

## AMENDED CERTIFICATE OF SERVICE

I, Susan R. Sherrill, do hereby certify that a copy of the MEMORANDUM OF UNITED STATES SECURITIES AND EXCHANGE COMMISSION IN OPPOSITION TO THE APPLICATION OF TRUSTEE FOR AUTHORITY TO ENTER INTO SETTLEMENT, dated September 7, 1999, was served on the 8th day of September, 1999, by first class mail, postage prepaid, to all interested parties listed on Exhibit "A" attached hereto. I further certify that on the 9th day of September, 1999, the MEMORANDUM OF UNITED STATES SECURITIES AND EXCHANGE COMMISSION IN OPPOSITION TO THE APPLICATION OF TRUSTEE FOR AUTHORITY TO ENTER INTO SETTLEMENT, dated September 7, 1999, was served on Marjorie K. Lynch, Bankruptcy Administrator, and N. Hunter Wyche, Jr., Esquire, by first class mail, postage prepaid, at the corrected addresses set forth on Exhibit "B" attached hereto.

/s/ Susan R. Sherrill
SUSAN R. SHERRILL
Senior Bankruptcy Counsel
North Carolina Bar No. 9462

U.S. SECURITIES AND EXCHANGE COMMISSION
Atlanta District Office
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA 30326-1232
Telephone:    (404) 842-7626

1

# Exhibit "A"

Holmes P. Harden, Esquire
Maupin Taylor & Ellis, P.A.
Post Office Drawer 19764
Raleigh, North Carolina  27619

Terri L. Gardner, Esquire
Smith Debnam Narron & Myers, L.L.P.
Post Office Box 26268
Raleigh, North Carolina  27611

Marjorie K. Lynch
Bankruptcy Administrator
U.S. Bankruptcy Court
P.O. Box 3079
Raleigh, North Carolina 27601-3039

Michael P. Flanagan, Esquire
Ward and Smith, P.A.
120 West Fire Tower Road
Post Office Box 8088
Greenville, North Carolina  27835-8088

Brent E. Wood, Esquire
P.O. Box 164
Raleigh, North Carolina  27602

Louis P. Richkind, Esquire
Counsel to Chittenden Bank
One Woodward Avenue, Suite 2400
Detroit, Michigan  48226

Kathryn N. Koonce, Esquire
Poyner & Spruill, LLP
P.O. Box 10096
Raleigh, North Carolina  27605-0096

Robert H. Frazer, Esquire
ACSTAR Insurance Company
233 Main Street
P.O. Box 2350
New Britain, Connecticut  06050-2350

N. Hunter Wyche, Jr., Esquire
Wyche & Story, RLLP
P.O. Drawer 1389
Raleigh, North Carolina  27602

Lloyd W. Gathings, II, Esquire
Robert W. Shore, Esquire
Gathings & Associates
P.O. Box 10545
Birmingham, Alabama  35202-0545

Ronald H. Garber, Esquire
Boxley, Bolton & Garber, LLP
Post Office Drawer 1429
Raleigh, North Carolina  27602

Lloyd T. Whitaker, President
Newleaf Corporation
2814 New Spring Road, Suite 330
Atlanta, Georgia  30339

Joel B. Piassick, Esquire
Kilpatrick & Stockton LLP
Suite 2800
1100 Peachtree Street, N.E.
Atlanta, Georgia  30309

1

## Exhibit "B"

Marjorie K. Lynch
Bankruptcy Administrator
U.S. Bankruptcy Court
P.O. Box 3039
Raleigh, North Carolina 27602-3039

N. Hunter Wyche, Jr., Esquire
Wyche & Story, RLLP
P.O. Drawer 26268
Raleigh, North Carolina 27611