**FILED**

SEP 27 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTERNATIONAL HERITAGE, INC. ) | CASE NO. 98-02675-5-ATS |
| ) | CHAPTER 7 |
| ) | |
| ) | |
| Debtor. ) | |

### FIRST INTERIM APPLICATION FOR PAYMENT OF ACCOUNTANT'S FEES AND EXPENSES

NOW COMES Holmes P. Harden, Trustee in the above-referenced case, and applies to the Court for authority to pay Adams Consulting Group interim accountant's fees and expenses in the amount of Twenty-Seven Thousand Four Hundred Thirty-Eight and 59/100 ($27,438.59) representing compensation in the amount of $26,898.50 and reimbursement of necessary expenses in the amount of $540.09 for services rendered from December 1, 1998 through September 20, 1999. A copy of the accountant's bill is attached to this Application. In the opinion of the Trustee, such interim accountant's fees and expense reimbursement are reasonable and just.

Respectfully submitted, this 27th day of September, 1999.

Holmes P. Harden
Trustee for Debtor
N. C. State Bar No. 9835
3200 Beechleaf Court
Post Office Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

RAL/171285/1

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, Trustee for International Heritage, Inc., do hereby certify that the First Interim Application for Payment of Accountant's Fees and Expenses, hereto attached, was served upon the parties listed below by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the 27th day of September, 1999.

By: _____
Holmes P. Harden
Trustee for Debtor
N. C. State Bar No. 9835
3200 Beechleaf Court
Post Office Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
Post Office Box 3039-Century Station
Raleigh, North Carolina 27602-3039

Craig Adams
Adams Consulting Group, P.A.
3622 Haworth Drive
Raleigh, NC 27609

Terri Gardner
Attorney for Debtor
Smith Debnam Narron & Myers, LLP
P. O. Drawer 1389
Raleigh, NC 27602

RAL/171285/1

**Adams Consulting Group, P.A.**
Certified Public Accountants and
Business Development Advisors

3622 Haworth Drive
Raleigh, NC 27609
tel 919.781.3581
fax 919.881.0611

Date: Sep. 21, 1999
Client ID: 1396
Invoice #: 36657

International Heritage, Inc
c/o Mr. Holmes Harden, Trustee
P O Drawer 19764
Raleigh, NC 27619

**Payment:** __Check  __Mastercard  __Visa   __/__/__ Expiration Date
**Enter amount being paid:** $_____

_____        _____
Card Number                                                   Cardholder's Signature

**NET DUE UPON RECEIPT**---DETACH TOP PORTION AND MAIL WITH PAYMENT

International Heritage, Inc
Client ID: 1396
Date: Sep. 21, 1999
Invoice #: 36657

For professional services rendered for bankruptcy estate
for the period of 12/01/98 through 9/20/99

See billing worksheet attached

Total current charges                                    $   27,438.59

Previous balance                                                  0.00
                                                         _____

                    Please pay this amount              $   27,438.59
                                                         =============

===============================================================
**NET DUE UPON RECEIPT**
If paying by check, please make your check payable to:
Adams Consulting Group, P.A.

Accounts with unpaid balances over 30 days old will be charged
finance charges of 18%, per annum.

If you have any questions about your bill, please contact us.
We will be happy to assist you.  Thank you for your business.

Adams Consulting Group, P.A. • Certified Public Accountants and Business Development Advisors
3622 Haworth Drive • Raleigh, NC 27609 • tel 919.781.3581 • fax 919.881.0611

```
9/21/99  1:35 pm                              Cumulative Work In Process                        Page    1
TB System Date:  9/21/99                      Adams Consulting Group, P.A.
                                                    Raleigh, NC 27609
```

Client: 1396  International Heritage, Inc                                         Client FYE: 12/31
Resp. Partner:  52 Holmes Harden

Work Performed (Work Code, Desc, Billing Code)

| Employee Name | Emp | Ref. Num. | Date | Rate | Hrs/Itms | Amount | Totals | Description |
|---|---|---|---|---|---|---|---|---|
| 10/01/93 Work In Process Balance | | | | | | | 0.00 | |
| **4372 Bankruptcy - Holmes Harden (1055)** | | | | | | | | |
| Jessie Chang | 32 | 289409 | 12/01/98 | 90.00 | 3.80 | 342.00 | | Meeting with bankruptcy trustee, debtor's representative, and attorney for the debtor at debtor's premises. |
| Jeannine Molek | 37 | 289458 | 12/01/98 | 90.00 | 4.00 | 360.00 | | Meeting with Holmes Harden, Brent Wood & Terri Gardner regarding International Heritage Inc. |
| Jessie Chang | 32 | 289663 | 12/02/98 | 90.00 | 4.70 | 423.00 | | Travel to debtor's premises and meet with debtor's accounting personnel and special counsel to obtain financial information and documentation necessary for filing tax returns, review prior year financial statement necessary for preparation of corporate tax returns. |
| Craig Adams | 1 | 290204 | 12/04/98 | 110.00 | 5.10 | 561.00 | | Begin review of records received thus far--primarily prior 3 years tax returns and prior three years audited financial statements and disclosures. Begin list of potential insider activities as a result of review of documents |
| Craig Adams | 1 | 290205 | 12/04/98 | 110.00 | 2.80 | 308.00 | | Telephone conference with trustee regarding status of case and records to secure/ Go to debtors location to gather records and assure records still needed by atty for debtor are secure. |
| Jessie Chang | 32 | 290203 | 12/04/98 | 90.00 | 0.80 | 72.00 | | Review additional document forwarded from the trustee necessary for preparation of corporate income tax returns. |
| Craig Adams | 1 | 290202 | 12/05/98 | 110.00 | 6.60 | 726.00 | | Continue review of records received thus far primarily prior three years tax returns and prior three years financial statements with disclosures and identify numerous potential insider transactions |
| Craig Adams | 1 | 290422 | 12/07/98 | 110.00 | 2.20 | 242.00 | | Meet with Jennifer Dougherty, computer consultant and Alex Ravenscraft, prior accountanting staff person of IHI working for the estate to get a progress report and assurance of preservantion of documents. Update word files as a result of meeting |
| Craig Adams | 1 | 290581 | 12/08/98 | 110.00 | 1.20 | 132.00 | | Preparation of unfiled income tax returns |
| Craig Adams | 1 | 290582 | 12/08/98 | 110.00 | 0.80 | 88.00 | | Review and answer questions regarding 1099 preparation for the 17000 plus Sales Reps |

9/21/99  1:35 pm  
TB System Date:  9/21/99

Cumulative Work In Process  
Adams Consulting Group, P.A.  
Raleigh, NC 27609

Page   2

Client: 1396   International Heritage, Inc  
Resp. Partner:  52 Holmes Harden

Client FYE: 12/31

Work Performed (Work Code, Desc, Billing Code)

| Employee Name | Emp | Ref. Num. | Date | Rate | Hrs/Itms | Amount | Totals | Description |
|---|---|---|---|---|---|---|---|---|
| 4372 Bankruptcy - Holmes Harden (1055) (Cont.) | | | | | | | | |
| Craig Adams | 1 | 290583 | 12/08/98 | 110.00 | 0.60 | 66.00 | | Telephone conferences with Alex Ravenscraft regarding status of accessing Great Plains information on main system. Telephone conference with Jenninfer Dougherty regarding getting 1099 information formatted properly |
| Parrish Cindy | 42 | 290580 | 12/08/98 | 65.00 | 0.60 | 39.00 | | Research on electronic/magnetic media reporting specifically relating to the transmitter control code. |
| Craig Adams | 1 | 291620 | 12/10/98 | 110.00 | 2.30 | 253.00 | | Conference in Eilers, Jones and Brown office, CPAs for International Heritage. Review prior year workpapers and get copies of workpapers needed to complete income tax returns and to aid trustee. |
| Craig Adams | 1 | 291621 | 12/10/98 | 110.00 | 2.20 | 242.00 | | Preparation of Federal and NC income tax returns--complex |
| Craig Adams | 1 | 291622 | 12/10/98 | 110.00 | 0.30 | 33.00 | | Teleconference with trustee and trustee legal assistant regarding meeting with prior accountant and with Jennifer Doherty and Alex Ravenscraft. |
| Craig Adams | 1 | 291623 | 12/10/98 | 110.00 | 0.30 | 33.00 | | Conference at Mayflower Holding with Jennifer Doherty and Alex Ravenscraft to determine status of information requested. |
| Craig Adams | 1 | 291852 | 12/11/98 | 110.00 | 0.70 | 77.00 | | Meet at Mayflower Holding with Alex and Stephon to get complete back ups for the entire systems |
| Jeannine Molek | 37 | 291850 | 12/11/98 | 90.00 | 0.10 | 9.00 | | Determine status of 1099 preparation and year end W-2 preparation. |
| Craig Adams | 1 | 291851 | 12/12/98 | 110.00 | 3.80 | 418.00 | | Continue to analyze and organize information received thus far to prepare 1998 income tax returns including review of nexus issue with other states |
| Craig Adams | 1 | 291933 | 12/14/98 | 110.00 | 0.80 | 88.00 | | Conference with Alex and new computer person to again attempt to get complete back up of system |
| Craig Adams | 1 | 291934 | 12/14/98 | 110.00 | 0.80 | 88.00 | | Preparation of Forms 1099 |
| Jessie Chang | 32 | 291932 | 12/14/98 | 90.00 | 0.30 | 27.00 | | Review information provided by trustee to determine tax return filing for the parent company International Heritage, Incorporated. |
| Craig Adams | 1 | 293860 | 12/15/98 | 110.00 | 0.90 | 99.00 | | Various telephone conferences with trustee and my office (from Wilmington) to coordinate information technology specialist present at International Heritage, Inc. |

Cumulative Work In Process
Adams Consulting Group, P.A.
Raleigh, NC 27609

Client: 1396   International Heritage, Inc  
Resp. Partner:  52 Holmes Harden

Client FYE: 12/31

Work Performed (Work Code, Desc, Billing Code)

| Employee Name | Emp | Ref. Num. | Date | Rate | Hrs/Itms | Amount | Totals | Description |
|---|---|---|---|---|---|---|---|---|
| 4372 Bankruptcy - Holmes Harden (1055) (Cont.) | | | | | | | | |
| Jessie Chang | 32 | 292876 | 12/15/98 | 90.00 | 2.10 | 189.00 | | Telephone correspondence with NC Employment Security Commission, Paychex's Andy Wilson, and Alex Ravenscraft regarding filing of 1998 third & fourth quarter payroll reports, travel to debtor's premise to obtain third quarter payroll reports. |
| Yenne Sam | 45 | 292875 | 12/15/98 | 125.00 | 1.80 | 225.00 | | Help with computer backup to secure information |
| Jessie Chang | 32 | 294091 | 12/16/98 | 90.00 | 0.20 | 18.00 | | Telephone Paychex and NC Employment Security Commission regarding 3rd quarter wage detail information. |
| Yenne Sam | 45 | 294090 | 12/16/98 | 125.00 | 0.80 | 100.00 | | Obtaining information from computer systems and securing the data. |
| Jessie Chang | 32 | 294332 | 12/17/98 | 90.00 | 2.50 | 225.00 | | Review documentation from trustee to abstract information necessary to prepare debtor's parent corporation's corporate income tax return, prepare correspondence with NC Employment Security Commission regarding third quarter wage report. |
| Yenne Sam | 45 | 294330 | 12/17/98 | 125.00 | 1.50 | 187.50 | | Moving of computers and data backup |
| Yenne Sam | 45 | 294331 | 12/17/98 | 125.00 | 1.00 | 125.00 | | Additional work on computer backup and getting Great Plains up and going |
| Jessie Chang | 32 | 294692 | 12/18/98 | 90.00 | 0.80 | 72.00 | | Prepare correspondence to IRS and NCDR regarding 1998 third quarter form 941 and NC-5Q. |
| Craig Adams | 1 | 294690 | 12/19/98 | 110.00 | 1.60 | 176.00 | | Review 3rd quarter wage information to identify potential fraudulent transfers |
| Craig Adams | 1 | 294691 | 12/19/98 | 110.00 | 1.20 | 132.00 | | Review and sign reports and correspondence to attach to 3rd quarter payroll reports including 505(b) attachment |
| Craig Adams | 1 | 294875 | 12/21/98 | 110.00 | 1.70 | 187.00 | | Review copies of workpapers requested from accounting firm as compared to request list. Note items of concern to discuss with trustee |
| Craig Adams | 1 | 294876 | 12/21/98 | 110.00 | 1.30 | 143.00 | | Review correspondence related to safeguarding of data on the K-220 system and on the NT network between the trustee, Van Etten and Brent Wood. Follow up with progress on delivering back ups in accordance with correspondence |
| Yenne Sam | 45 | 294877 | 12/21/98 | 125.00 | 0.50 | 62.50 | | Retrieval of backup of Great Plains data |
| Kelly M. Carter | 17 | 295013 | 12/22/98 | 90.00 | 0.30 | 27.00 | | review info recvd from ttee |
| Yenne Sam | 45 | 295014 | 12/22/98 | 125.00 | 0.60 | 75.00 | | additional work to get Great Plains up and going |
| Craig Adams | 1 | 295495 | 12/28/98 | 110.00 | 2.20 | 242.00 | | Preparation of federal and state income tax returns |

```
9/21/99  1:35 pm                        Cumulative WIP In Process                              Page    4
TB System Date:  9/21/99               Adams Consulting Group, P.A.
                                           Raleigh, NC 27609


Client: 1396  International Heritage, Inc                                       Client FYE: 12/31
Resp. Partner:  52 Holmes Harden


Work Performed (Work Code, Desc, Billing Code)
     Employee Name       Emp Ref. Num.    Date     Rate   Hrs/Itms   Amount    Totals         Description
4372 Bankruptcy - Holmes Harden (1055) (Cont.)
     Craig Adams          1   295496 12/28/98   110.00     5.80      638.00          Review statment of financial affairs
                                                                                     and schedules in preparation for
                                                                                     conference with trustee to identify
                                                                                     areas of concern in schedules as well
                                                                                     as other documents reviewed
     Craig Adams          1   295508 12/29/98   110.00     5.50      605.00          Continue review of schedules in
                                                                                     preparation for conference with trustee
                                                                                     to identify areas of concern to inquire
                                                                                     about at 341 meeting
     Craig Adams          1   295509 12/29/98   110.00     1.80      198.00          Conference with trustee to discuss
                                                                                     areas of concern identified in
                                                                                     reviewing debtors documents to inquire
                                                                                     about at 341 meeting
     Craig Adams          1   295657 12/30/98   110.00     0.60       66.00          Conference with Alex regarding status
                                                                                     of GP software info and status of 1099s
     Jessie Chang        32   296357  1/05/99    90.00     2.40      216.00          Prepare correspondences with taxing
                                                                                     authorities of Virginia, Louisiana,
                                                                                     North Carolina, IRS, and Nebraska in
                                                                                     response to tax notices.
     Craig Adams          1   296591  1/06/99   110.00     0.30       33.00          Telephone conference with Jennifer
                                                                                     Doherty regarding status of 1099s
     Craig Adams          1   296913  1/07/99   110.00     0.50       55.00          View documents at warehouse. Retrieve
                                                                                     blank 1099 forms
     Craig Adams          1   296914  1/07/99   110.00     2.30      253.00          Aid in preparation of 1099s
                                                                                     (approximately 7000 to be issued)
     Kelly M. Carter     17   296917  1/07/99    90.00     0.50       45.00          review and sign letters to various tax
                                                                                     authorities
     Jessie Chang        32   296915  1/07/99    90.00     4.60      414.00          Telephone conversation with Alex
                                                                                     Ravenscraft regarding his questions on
                                                                                     Form 1099 filing, research filing
                                                                                     requirement for payment to Canadian
                                                                                     payees, conference with Alex
                                                                                     Ravenscraft regarding retrieving data
                                                                                     from GreatPlain accounting program and
                                                                                     info needed for filing Form 1099,
                                                                                     conference with Jennifer regarding
                                                                                     status of 1099 info for the reps,
                                                                                     review and inventory two boxes of
                                                                                     documentation received from the
                                                                                     trustee's office necessary for tax
                                                                                     return preparation.
     Williams Gretchen   47   296916  1/07/99    35.00     0.60       21.00          Preparation of documents to begin tax
                                                                                     return
     Williams Gretchen   47   296923  1/07/99    35.00     0.60       21.00          Continue preparation of documents to
                                                                                     begin tax return
     Craig Adams          1   297119  1/08/99   110.00     0.40       44.00          tele conference with Holmes regarding
                                                                                     problems with program printing 1099s
                                                                                     and possible solutions
```

```
9/21/99  1:35 pm                        Cumulative Work In Process                                    Page    5
TB System Date:  9/21/99                Adams Consulting Group, P.A.
                                        Raleigh, NC 27609


Client: 1396  International Heritage, Inc                                              Client FYE: 12/31
Resp. Partner:  52 Holmes Harden


Work Performed (Work Code, Desc, Billing Code)
      Employee Name       Emp Ref. Num.   Date     Rate    Hrs/Itms   Amount    Totals        Description
4372 Bankruptcy - Holmes Harden (1055) (Cont.)
      Jessie Chang         32  297120  1/08/99    90.00     0.50      45.00               Request copy of 2nd quarter payroll
                                                                                           report necessary to determine any
                                                                                           unusual prepetition payment, telephone
                                                                                           conversation with Alex Ravenscraft and
                                                                                           Jennifer regarding status of 1099
                                                                                           information and status of information
                                                                                           the trustee requested.
      Kelly M. Carter      17  300153  1/13/99    95.00     0.30      28.50               review info recvd from ttee
      Craig Adams           1  299825  1/14/99   120.00     0.40      48.00               Telephone conference with trustee to
                                                                                           discuss, status of w-2s and 1099s; and
                                                                                           preference issues
      Jessie Chang         32  299826  1/14/99    95.00     6.60     627.00               Working with Great Plains consultants
                                                                                           to get accounting programs to work in
                                                                                           order to retrieve financial information
                                                                                           necessary to prepare tax returns,
                                                                                           review W-2s and other year end payroll
                                                                                           reports prepared by Paychex before
                                                                                           sending to tax authorities.
      Craig Adams           1  300111  1/15/99   120.00     1.30     156.00               Preference and insider analysis
      Craig Adams           1  300112  1/15/99   120.00     1.10     132.00               Preparation of 1099s (more than 7,000.
      Craig Adams           1  300113  1/16/99   120.00     3.30     396.00               Preference analysis--review information
                                                                                           we have determine additional
                                                                                           information needed
      Jessie Chang         32  300396  1/18/99    95.00     0.40      38.00               Meeting with Alex Ravenscraft and go
                                                                                           over list of payees potentially subject
                                                                                           to 1099 reporting requirement for 1998
                                                                                           and discuss the nature of payments
                                                                                           necessary for compliance with 1998
                                                                                           information return filing.
      Jessie Chang         32  300540  1/19/99    95.00     0.10       9.50               Telephone Jennifer regarding
                                                                                           feasibility of using magnetic media
                                                                                           reporting for those recipients that are
                                                                                           not sales rep.
      Kelly M. Carter      17  300707  1/20/99    95.00     0.40      38.00               begin work on extensions
      Jessie Chang         32  300708  1/20/99    95.00     4.30     408.50               Telephone discussion with Jennifer
                                                                                           Doherty regarding additional 1099
                                                                                           recipients to be added to magnetic
                                                                                           media reporting, telephone trustee's
                                                                                           office regarding the logistic of
                                                                                           getting 1099s enveloped and mailed,
                                                                                           continue review of W-2's and other year
                                                                                           end payroll reports prepared by Paychex
                                                                                           and incorporate employees change of
                                                                                           address notice and mail W-2 to
                                                                                           employees.
      Jeannine Molek       37  300711  1/20/99    95.00     0.60      57.00               Review 1099 filing requirements.
                                                                                           Determine what vendor to use for the
                                                                                           purchase of 1099 envelopes.
      Craig Adams           1  301072  1/21/99   120.00     0.90     108.00               Review log of documents and determine
                                                                                           what needs to be moved to more secure
                                                                                           location
```

Cumulative Work In Process
Adams Consulting Group, P.A.
Raleigh, NC 27609

Client: 1396  International Heritage, Inc                                    Client FYE: 12/31
Resp. Partner: 52 Holmes Harden

Work Performed (Work Code, Desc, Billing Code)

| Employee Name | Emp | Ref. Num. | Date | Rate | Hrs/Itms | Amount | Totals | Description |
|---|---|---|---|---|---|---|---|---|
| 4372 Bankruptcy - Holmes Harden (1055) (Cont.) | | | | | | | | |
| Kelly M. Carter | 17 | 301071 | 1/21/99 | 95.00 | 0.10 | 9.50 | | determine if returns are due and extensions needed yet |
| Jessie Chang | 32 | 301070 | 1/21/99 | 95.00 | 3.40 | 323.00 | | Determine the number of 1099 envelops needed, costs, shipping method and costs, and ordered from Safeguard, resolve the issue regarding issuing 1099 to Porshe winner and bonus to former VPs, prepare letter to debtor's attorney Terri Gardner to clarify above information. |
| Craig Adams | 1 | 301225 | 1/22/99 | 120.00 | 0.60 | 72.00 | | Meet with Alex Ravenscraft to help secure all preference and insider documets. |
| Craig Adams | 1 | 301226 | 1/22/99 | 120.00 | 0.40 | 48.00 | | Contact computer consultant to get computer system moved |
| Craig Adams | 1 | 301227 | 1/22/99 | 120.00 | 1.30 | 156.00 | | Preparation of 1998 1099s for other than sales representatives |
| Craig Adams | 1 | 301228 | 1/22/99 | 120.00 | 0.40 | 48.00 | | Telephone conference with Terry Gardner regarding 1099 information needed to complete |
| Jessie Chang | 32 | 301224 | 1/22/99 | 95.00 | 0.60 | 57.00 | | Conference with Alex Ravenscraft regarding searching and securing 12 months bank statement, cancelled checks and invoices necessary for preference analysis, Alex discussed that former employees raised question that W-2 amount may be in error. |
| Jeannine Molek | 37 | 301229 | 1/22/99 | 90.00 | 0.20 | 18.00 | | Call from Ms. Dougherty regarding 1099's. |
| Craig Adams | 1 | 302055 | 1/25/99 | 120.00 | 2.20 | 264.00 | | Aid in preparation of 1099s |
| Jessie Chang | 32 | 302057 | 1/25/99 | 95.00 | 2.70 | 256.50 | | Preparation of 1998 Form 1099s for post-petition disbursements for bankruptcy trustee in progress, including getting recipients' ss# and address, follow up on pending questions for Form 1099 filing for pre-petition non-sales representative recipients. |
| Jessie Chang | 32 | 302056 | 1/27/99 | 95.00 | 0.40 | 38.00 | | Provide Jennier Doherty the rest of 1099 recipient information necessary to prepare Form 1099, inform ex-employee about using Form 4852 in case of W-2 incorrect. |
| Kelly M. Carter | 17 | 302190 | 1/28/99 | 95.00 | 0.30 | 28.50 | | respond to IRS notice |
| Jessie Chang | 32 | 302338 | 1/29/99 | 95.00 | 1.30 | 123.50 | | Preparation of transmittal letters to IRS Memphis Center, IRS Special Procedure at Greensboro, and NC Employment Security Commission to file 1998 4th quarter Form 941, 1998 form 940-EZ, and NC form NCUI-101. |

```
9/21/99  1:35 pm                          Cumulative WIP In Process                              Page    7
TB System Date:  9/21/99                  Adams Consulting Group, P.A.
                                              Raleigh, NC 27609


Client: 1396  International Heritage, Inc                                                 Client FYE: 12/31
Resp. Partner:  52 Holmes Harden


Work Performed (Work Code, Desc, Billing Code)
     Employee Name       Emp Ref. Num.   Date    Rate   Hrs/Itms   Amount      Totals           Description
4372 Bankruptcy - Holmes Harden (1055) (Cont.)
     Jeannine Molek      37  302339   1/29/99   90.00     1.50     135.00              Preparation of year end 1099's and
                                                                                       transmittal letters. Set up client
                                                                                       information in Creative Solutions.
     Craig Adams          1  302337   1/30/99  120.00     1.40     168.00              Review and sign 4th quarter 1998 forms
                                                                                       941,940 and NCUI 101 and attach 505(b)
                                                                                       correspondence
     Jeannine Molek      37  302495   2/01/99   90.00     0.20      18.00              Check on status of 1099's and mail
     Craig Adams          1  302861   2/03/99  120.00     0.60      72.00              Inquiry from NY sales tax assessor's
                                                                                       office regarding sales tax reports/
                                                                                       Respond to inquiry from trustee
                                                                                       regarding potential refunds listed in
                                                                                       schedules
     Jessie Chang        32  302862   2/03/99   95.00     1.00      95.00              Telephone conference with Ms. Laura
                                                                                       Liberio of New York State Department of
                                                                                       Tax & Finance regarding sales tax
                                                                                       liability inquiry, review Statement of
                                                                                       Financial Affairs and other tax
                                                                                       documentation regarding infomation
                                                                                       needed by the State of New York,
                                                                                       telephone conference with Alex
                                                                                       Ravenscraft regarding the validity of
                                                                                       the amount of overpayment to IRS of
                                                                                       $60,000 per Summary of Schedules and of
                                                                                       $26,697 per Paychex-prepared 4th
                                                                                       quarter 941 per request of the trustee
                                                                                       concerning potential refunds available.
     Jessie Chang        32  303267   2/04/99   95.00     0.20      19.00              Ex-employee Annitte Davis called
                                                                                       regarding not getting a W-2 since she
                                                                                       had a change of address, copy and mail
                                                                                       one to her.
     Jessie Chang        32  303951   2/09/99   95.00     0.30      28.50              Prepare cover letter to IRS for filing
                                                                                       post-petition 1998 Form 1096/1099.
     Kelly M. Carter     17  304374   2/11/99   95.00     0.20      19.00              letter to ttee regarding info needed
     Wilson Sharon      100  304373   2/11/99   40.00     0.30      12.00              Tax authorities correspondence
     Craig Adams          1  305961   2/18/99  120.00     0.70      84.00              Review numerous correspondence from
                                                                                       taxing authorities
     Jeannine Molek      37  306782   2/24/99   95.00     0.10       9.50              Work on tax extension.
     Jeannine Molek      37  306783   2/24/99   95.00     0.20      19.00              Try to determine if secured claims will
                                                                                       be repiad. (for Mayflower Capital,
                                                                                       LLC).
     Craig Adams          1  308354   3/03/99  120.00     2.20     264.00              Per request from trustee and trustee
                                                                                       council begin review Great Plains
                                                                                       reports for insider acitivity
     Wilson Sharon      100  308353   3/03/99   40.00     0.30      12.00              Generate requested reports from Great
                                                                                       Plains for review.
     Craig Adams          1  309332   3/05/99  120.00     2.60     312.00              Begin review of voluminous reports
                                                                                       generated by Great Plains software to
                                                                                       aid trustee in identifying insider
                                                                                       activity
     Yenne Sam           45  309333   3/05/99  110.00     5.20     572.00              Review of insider activity in Great
                                                                                       Plains data per trustee request.
```

```
9/21/99  1:35 pm                          Cumulative Work In Process                                Page    8
TB System Date:  9/21/99                  Adams Consulting Group, P.A.
                                                Raleigh, NC 27609


Client: 1396  International Heritage, Inc                                                  Client FYE: 12/31
Resp. Partner:  52 Holmes Harden


Work Performed (Work Code, Desc, Billing Code)
      Employee Name       Emp Ref. Num.   Date     Rate    Hrs/Itms   Amount      Totals           Description
4372 Bankruptcy - Holmes Harden (1055) (Cont.)
      Craig Adams           1   309633  3/08/99   120.00     1.10     132.00              Review amended Statement of Financial
                                                                                          Affairs and Schedules in preparation of
                                                                                          providing information to trustee
                                                                                          regarding insider information

      Craig Adams           1   309634  3/08/99   120.00     2.10     252.00              Pull numerous reports for trustee and
                                                                                          trustee council from Great Plains
                                                                                          Software to aid in insider activity
                                                                                          analysis

      Craig Adams           1   310199  3/09/99   120.00     3.30     396.00              Continue to pull reports requested by
                                                                                          trustee from Great Plains software to
                                                                                          aid insider analysis

      Wilson Sharon       100   310200  3/09/99    40.00     1.80      72.00              Print reports for CA from Great Plains
      Jeannine Molek       37   311748  3/12/99    95.00     0.60      57.00              Set up client in Prosystem and prepare
                                                                                          federal and state extensions (for the
                                                                                          NC company).

      Jeannine Molek       37   311749  3/12/99    95.00     0.60      57.00              Set up company in Prosystem for Nevada
                                                                                          corporation and prepare federal and
                                                                                          state extensions.

      Jeannine Molek       37   312129  3/15/99    95.00     0.40      38.00              RE-RUN EXTENSIONS.
      Craig Adams           1   312655  3/17/99   120.00     0.20      24.00              Review correspondence from Texas
                                                                                          Comptroller related to their estimated
                                                                                          claim of $275,000. Discuss with trustee

      Jessie Chang         32   317135  3/26/99    95.00     0.20      19.00              Assist with ex-employee Shelly
                                                                                          Sanders's telephone request to get a
                                                                                          copy of her W-2 (we mailed her twice
                                                                                          and she said she still did not receive
                                                                                          it)

      Wilson Sharon       100   325693  4/14/99    40.00     0.10       4.00              Fax W-2 to Shelly Sanders per her
                                                                                          request
      Wilson Sharon       100   327849  4/20/99    40.00     2.30      92.00              Review and prioritize voluminous
                                                                                          notices for various types of taxes for
                                                                                          Alabama, Arizona, Arkansas, Colorado,
                                                                                          Georgia, Iowa, Kansas, Kentucky,
                                                                                          Louisiana, Maine, Maryland, Minnesota,
                                                                                          Mississippi, New York, North Carolina,
                                                                                          Pennsylvania, Rhode Island, Tennessee,
                                                                                          Utah, Vermont, Wisconsin, Wyoming
      Jessie Chang         32   328401  4/21/99    95.00     0.10       9.50              Assist NC Emp. Security Commission's
                                                                                          Mr. Nelson telephone inquiry regarding
                                                                                          payroll records for Edward P. Carey.
      Wilson Sharon       100   328402  4/21/99    40.00     2.00      80.00              Review and prioritize voluminous
                                                                                          notices for various types of taxes for
                                                                                          AL, AR, AK, Canada, CO, CT, DC, FL, GA,
                                                                                          HA, IO, IL, IN, KS, KY, LA, MA, MD, MS,
                                                                                          Nebraska, Nevada, NY, NC, PA, NC, RI,
                                                                                          SC, TN, TX, UT, VT, VA, WV, WS, WY
      Jessie Chang         32   329122  4/22/99    95.00     2.40     228.00              Review check register records in Great
                                                                                          Plains and telephone conference with
                                                                                          Alex Ravenscraft to determine who wrote
                                                                                          the 5-million-dollar check for bond
                                                                                          during 4/98 through 6/98.
```

Cumulative Work In Process
Adams Consulting Group, P.A.
Raleigh, NC 27609

Client: 1396  International Heritage, Inc                                                Client FYE: 12/31
Resp. Partner:  52 Holmes Harden

Work Performed (Work Code, Desc, Billing Code)

| Employee Name | Emp | Ref. Num. | Date | Rate | Hrs/Itms | Amount | Totals | Description |
|---|---|---|---|---|---|---|---|---|
| 4372 Bankruptcy - Holmes Harden (1055) (Cont.) | | | | | | | | |
| Craig Adams | 1 | 329121 | 4/23/99 | 120.00 | 1.10 | 132.00 | | Review activity in general ledger per request to determine if bond was paid by IHI |
| Jessie Chang | 32 | 329501 | 4/23/99 | 95.00 | 6.80 | 646.00 | | Retrieve and review General ledger details in Great Plains to trace any records of 5-million-dollar for bonding; review and prioritize volumnous tax notices from IRS and various states. |
| Jeannine Molek | 37 | 329123 | 4/23/99 | 95.00 | 0.40 | 38.00 | | GET AN OVERVIEW OF GREAT PLAINS ACCOUNTING, IN ORDER TO BE ABLE TO PRINT REPORTS AS NEEDED. |
| Jessie Chang | 32 | 329967 | 4/26/99 | 95.00 | 3.40 | 323.00 | | Telephone conference with Ms. Priscilla Smith at the IRS Raleigh Office regarding various tax notices regarding Form 941 for 6/30/98, 9/30/98, 12/31/98, Form 940 for 1998, IRS Summon issued to Southtrust Bank that got mailed back by SouthTrust, research and fax to Ms. Priscilla various items requested by her, including a list of IHI's officers/directors, copies of 941 and 940, banking information related to payroll; Respond to IRS notice Form 4598 dated 2/16/99 regarding former employee Cheryl Jones not receving W-2. |
| Craig Adams | 1 | 330249 | 4/27/99 | 120.00 | 0.70 | 84.00 | | Review of general ledger activity for numerous bank accounts looking for transaction(s) to indicate whether bond was paid from IHI |
| Craig Adams | 1 | 330250 | 4/27/99 | 120.00 | 0.60 | 72.00 | | Review correspondence from state of Texas regarding various months unfiled sales tax reports. Discuss with trustee correspondence from Texas regarding unfiled sales tax reports. |
| Jessie Chang | 32 | 330251 | 4/27/99 | 95.00 | 1.00 | 95.00 | | Prepare letter responding to IRS notice dated 4/12/99 regarding 1998 Form 940 liabilities, review tax notices from Alabama and prepare letter reponding to Alabama Sales/Use tax returns delinquent notices. |
| Craig Adams | 1 | 330544 | 4/28/99 | 120.00 | 0.20 | 24.00 | | Correspondence to IRS and State of Alabama |
| Craig Adams | 1 | 330545 | 4/28/99 | 120.00 | 1.20 | 144.00 | | Review and respond to notices from Internal Revenue Service, State of SC regarding tax returns unfiled, Wyoming regarding sales tax deliquency payment, Michigan regarding sales tax due, Idaho regarding withholding notice, Vermont regarding sales and use tax due. |

```
9/21/99  1:35 pm                           Cumulative Work In Process                              Page   10
TB System Date:  9/21/99                  Adams Consulting Group, P.A.
                                               Raleigh, NC 27609


Client: 1396  International Heritage, Inc                                              Client FYE: 12/31
Resp. Partner:  52 Holmes Harden


Work Performed (Work Code, Desc, Billing Code)
     Employee Name       Emp  Ref. Num.    Date     Rate    Hrs/Itms   Amount     Totals        Description
4372 Bankruptcy - Holmes Harden (1055) (Cont.)
     Craig Adams           1    330627   4/29/99   120.00     0.30      36.00             Correspondence with P Tyler regarding
                                                                                          Texas unfiled sales tax reports
     Wilson Sharon       100    330859   4/29/99    40.00     0.20       8.00             Prepare outgoing mail
     Craig Adams           1    330772   5/03/99   120.00     0.20      24.00             Tele conference with Joan Fleming of
                                                                                          the FBI
     Craig Adams           1    331219   5/06/99   120.00     2.80     336.00             Prepare for conference with Joan
                                                                                          Fleming and Garry Mlot of the Federal
                                                                                          Bureau of Investigation and the
                                                                                          Department of Justice. Conference here
                                                                                          with them (actual conference 1.9 hours)
                                                                                          They asked that Jessie and I both
                                                                                          attend conference.
     Jessie Chang         32    331240   5/06/99    95.00     0.60      57.00             Review and assemble copies of document
                                                                                          requested by FBI, telephone conference
                                                                                          with Alex Ravenscraft regarding getting
                                                                                          info from storage to do preference
                                                                                          analysis.
     Jessie Chang         32    331241   5/06/99    95.00     2.00     190.00             Conference with Ms. Joan Fleming of FBI
                                                                                          and Mr. Garry Mlot of US Attorney's
                                                                                          office
     Wilson Sharon       100    331288   5/06/99    40.00     1.80      72.00             Organize and assemble documents
                                                                                          requested by Joan Fleming of the FBI
     Jessie Chang         32    333640   5/12/99    95.00     1.80     171.00             Written response to IRS Notice Form
                                                                                          4598 regarding Gary Raser's W-2,
                                                                                          continue reviewing and prioritzing tax
                                                                                          notices from various States.
     Craig Adams           1    333740   5/13/99   120.00     0.20      24.00             Respond to IRS inquiry regarding
                                                                                          incorrect wage information on a W-2
                                                                                          prepared by Paychex
     Craig Adams           1    334051   5/17/99   120.00     0.10      12.00             Review correspondence from Mr. Van
                                                                                          Etten to State of Connecticut regarding
                                                                                          sales tax assessment
     Kelly M. Carter      17    334064   5/17/99    95.00     0.40      38.00             resolve issue with employee's w-2
     Kelly M. Carter      17    338014   6/01/99    95.00     1.00      95.00             review tax notices from various states
                                                                                          to determine response, if any
     Grimshaw B. Susan   105    338565   6/02/99    55.00     4.40     242.00             Correspondence to various taxing
                                                                                          authorities regarding delinquent tax
                                                                                          notices
     Grimshaw B. Susan   105    338954   6/03/99    55.00     0.40      22.00             Correspondence to various taxing
                                                                                          authorities regarding delinquent tax
                                                                                          notices
     Grimshaw B. Susan   105    339289   6/04/99    55.00     1.40      77.00             Correspondence to various taxing
                                                                                          authorites regarding delinquent tax
                                                                                          notices
     Kelly M. Carter      17    339499   6/07/99    95.00     2.50     237.50             assist with tax notices responses;
                                                                                          review and sign responses
     Grimshaw B. Susan   105    339565   6/07/99    55.00     0.80      44.00             Correspondence to various taxing
                                                                                          authorities regarding delinquent tax
                                                                                          notices
     Kelly M. Carter      17    340012   6/08/99    95.00     0.10       9.50             update ttee on status of work in
                                                                                          process
```

```
9/21/99  1:35 pm                          Cumulative Work In Process                              Page    11
TB System Date:  9/21/99                  Adams Consulting Group, P.A.
                                               Raleigh, NC 27609
```

Client: 1396  International Heritage, Inc                                                Client FYE: 12/31
Resp. Partner:  52 Holmes Harden

Work Performed (Work Code, Desc, Billing Code)

| Employee Name | Emp | Ref. Num. | Date | Rate | Hrs/Itms | Amount | Totals | Description |
|---|---|---|---|---|---|---|---|---|
| 4372 Bankruptcy - Holmes Harden (1055) (Cont.) | | | | | | | | |
| Kelly M. Carter | 17 | 340569 | 6/09/99 | 95.00 | 0.20 | 19.00 | | respond to former employee re:1998 W-2 |
| Kelly M. Carter | 17 | 341691 | 6/17/99 | 95.00 | 0.50 | 47.50 | | respond to notice re: 1099 discrepancy |
| Gabrielson Roxanne | 43 | 341798 | 6/21/99 | 95.00 | 0.50 | 47.50 | | conversation w/Linda Smith at The Employment Securities Commission regarding a former employee Edward Carey - faxed earnings sheet as prepared by PayCheck |
| Gabrielson Roxanne | 43 | 342002 | 6/22/99 | 95.00 | 0.40 | 38.00 | | review accounting tasks that need to be completed |
| Kelly M. Carter | 17 | 342783 | 6/24/99 | 95.00 | 0.10 | 9.50 | | assistance with preparation of tax returns |
| Gabrielson Roxanne | 43 | 343509 | 7/01/99 | 95.00 | 0.30 | 28.50 | | call from/to Brenda Carter at the Mississippi Tax Commission re: trustee attorney address |
| Gabrielson Roxanne | 43 | 343723 | 7/02/99 | 95.00 | 0.50 | 47.50 | | call from North Carolina Employers Security Commission regarding unemployment filings from former employees |
| Gabrielson Roxanne | 43 | 344676 | 7/09/99 | 95.00 | 0.40 | 38.00 | | Call from Mississippi Tax Commission regarding tax return filings |
| Grimshaw B. Susan | 105 | 350612 | 8/02/99 | 55.00 | 0.20 | 11.00 | | Research to determine filing requirements for W-2s, 1099 and 941 due on 1/31/99 |
| Craig Adams | 1 | 351285 | 8/05/99 | 120.00 | 0.20 | 24.00 | | Review correspondence from trustee to Brent Wood |
| Gabrielson Roxanne | 43 | 351541 | 8/06/99 | 95.00 | 0.50 | 47.50 | | review work needed to be completed for 1998 |
| Craig Adams | 1 | 353889 | 8/17/99 | 120.00 | 0.30 | 36.00 | | Review trustees 6-30-99 report |
| Gabrielson Roxanne | 43 | 354720 | 8/18/99 | 95.00 | 1.50 | 142.50 | | begin work for 1998 tax returns |
| Craig Adams | 1 | 356555 | 9/02/99 | 120.00 | 4.80 | 576.00 | | Preparation of 1998 tax return (complex) including telephone conversations with trustee and prior accountant to get additional information. Review voluminous trial balance and determine most efficient way to complete |
| Donna McNeal | 4 | 356564 | 9/02/99 | 65.00 | 0.20 | 13.00 | | Review information to determine additional information--call to trustee regarding same. |
| Jeannine Molek | 37 | 356586 | 9/02/99 | 95.00 | 0.20 | 19.00 | | Run reports in Great Plains to aid in the preparation of the tax returns. |
| Gabrielson Roxanne | 43 | 356596 | 9/02/99 | 95.00 | 6.30 | 598.50 | | retrieve information from Great Plains; begin adjusting journal entries and postings necessary to complete 1998 corporate tax return |
| Williams Gretchen | 47 | 356609 | 9/02/99 | 35.00 | 1.50 | 52.50 | | pick up some disketts and tried to load to prosystems |
| Craig Adams | 1 | 356660 | 9/03/99 | 120.00 | 0.20 | 24.00 | | Preparation of 12-31-98 tax return |
| Craig Adams | 1 | 356661 | 9/03/99 | 120.00 | 0.10 | 12.00 | | Tele with Gary Malot regarding request for information |

```
9/21/99  1:35 pm                          Cumulative Work In Process                              Page   12
TB System Date:  9/21/99                  Adams Consulting Group, P.A.
                                               Raleigh, NC 27609
```

Client: 1396  International Heritage, Inc                                               Client FYE: 12/31
Resp. Partner:  52 Holmes Harden

Work Performed (Work Code, Desc, Billing Code)

| Employee Name | Emp Ref. Num. | Date | Rate | Hrs/Itms | Amount | Totals | Description |
|---|---|---|---|---|---|---|---|
| 4372 Bankruptcy - Holmes Harden (1055) (Cont.) | | | | | | | |
| April Gillespie | 5   356674 | 9/03/99 | 95.00 | 0.50 | 47.50 | | Determine items to be disclosed on tax return-depreciation and atty transactions not available to us. |
| Gabrielson Roxanne | 43  356686 | 9/03/99 | 95.00 | 7.80 | 741.00 | | Prepare adjusting journal entries necessary to prepare the corporate tax return; Locate depreciation for 1998; locate Brent Wood Trust income and expenses needed to complete 1998 corporate tax return. |
| Craig Adams | 1   356774 | 9/07/99 | 120.00 | 3.90 | 468.00 | | Code and summarize receipts and disbursements from Brent Woods trust accounts activities that he maintained for IHI and incorporate into tax return |
| Craig Adams | 1   356775 | 9/07/99 | 120.00 | 0.30 | 36.00 | | tele conference with trustee regarding Kara corporation and the concern over id # on the bankruptcy filing |
| Gabrielson Roxanne | 43  356781 | 9/07/99 | 95.00 | 6.00 | 570.00 | | begin preparation of adjusting journal entries necessary to prepare the corporate tax return for 1998 |
| Gabrielson Roxanne | 43  357076 | 9/08/99 | 95.00 | 5.90 | 560.50 | | finish the preparation of adjusting journal entries; reconcile trial balance and begin the preparation of the 1998 corporate tax return |
| Craig Adams | 1   357283 | 9/09/99 | 120.00 | 1.60 | 192.00 | | Begin set up of schedules to do the preference analysis |
| Gabrielson Roxanne | 43  357307 | 9/09/99 | 95.00 | 7.70 | 731.50 | | Continue preparation of 1998 corporate tax return |
| Yenne Sam | 45  357313 | 9/09/99 | 110.00 | 0.90 | 99.00 | | Recontruct voluminous records to determine if preference analysis of benefit to estate |
| Gabrielson Roxanne | 43  357435 | 9/10/99 | 95.00 | 4.50 | 427.50 | | review tax return and complete schedules and attachments for 1998 corporate tax return |
| Craig Adams | 1   358091 | 9/13/99 | 120.00 | 2.80 | 336.00 | | Partner review and sign 1998 federal and NC corporate income tax returns and attached 505(b) correspondence |
| April Gillespie | 5   358099 | 9/13/99 | 95.00 | 3.80 | 361.00 | | review 1998 tax returns, revise 8275 stm, correct 1998 tax returns. |
| Gabrielson Roxanne | 43  358115 | 9/13/99 | 95.00 | 2.50 | 237.50 | | continue preparation of coporate tax return for 1998 |
| Williams Gretchen | 47  358137 | 9/13/99 | 35.00 | 1.10 | 38.50 | | preparation documents for taxing authories related to 98 tax returns including 505(b) corrspondence |
| Williams Gretchen | 47  358142 | 9/13/99 | 35.00 | 1.20 | 42.00 | | preparation documents for taxing authories related to 98 tax returns including 505(b) correspondence |
| Gabrielson Roxanne | 43  358430 | 9/14/99 | 95.00 | 1.20 | 114.00 | | review processed out corporation returns for Inc and Incorporated for accuracy |
| Craig Adams | 1   358917 | 9/17/99 | 120.00 | 1.20 | 144.00 | | Preparation of invoice |

```
9/21/99  1:35 pm                              Cumulative Work In Process                              Page   13
TB System Date:  9/21/99                      Adams Consulting Group, P.A.
                                                    Raleigh, NC 27609


Client: 1396  International Heritage, Inc                                                  Client FYE: 12/31
Resp. Partner:  52 Holmes Harden


Work Performed (Work Code, Desc, Billing Code)
    Employee Name        Emp  Ref. Num.   Date     Rate    Hrs/Itms   Amount     Totals            Description
4372 Bankruptcy - Holmes Harden (1055) (Cont.)
   Yenne Sam              45   358940   9/17/99   110.00     2.20     242.00                printed monthly financial statments and
                                                                                            started preference analysis

   Craig Adams             1   358979   9/20/99   120.00     0.60      72.00                Retrieve financial information for Gary
                                                                                            Mallot at US attorney office

Subtotal for work code 4372                                 271.00               26,898.50

BANKEXP2 Bankruptcy expenses - Harden (BANKEXP)
   NAA                    30   291571  12/04/98     1.20     1.00       1.20                Postage
   NAA                    30   294720  12/11/98     0.32     1.00       0.32                Postage
   NAA                    30   294766  12/21/98     0.20     9.00       1.80                copies
   NAA                    30   295022  12/21/98     4.22     1.00       4.22                Postage
   NAA                    30   295033  12/23/98     0.20    52.00      10.40                Copies
   NAA                    30   299896   1/15/99     0.20    14.00       2.80                copies
   NAA                    30   300586   1/20/99    94.38     1.00      94.38                postage for W2's
   NAA                    30   301526   1/27/99     0.20     6.00       1.20                copies
   NAA                    30   302618   2/01/99    17.43     1.00      17.43                certified postage
   NAA                    30   302648   2/02/99     0.20    18.00       3.60                copies
   NAA                    30   303531   2/05/99     0.20    10.00       2.00                copies
   NAA                    30   304616   2/11/99     2.98     1.00       2.98                postage
   NAA                    30   304614   2/15/99     0.20     6.00       1.20                copies
   NAA                    30   309220   3/08/99     0.20    50.00      10.00                copies
   NAA                    30   309224   3/08/99     0.55     1.00       0.55                NY Sales Tax - Postage
   NAA                    30   310129   3/09/99     0.20     3.00       0.60                copies
   NAA                    30   312005   3/15/99     0.20     2.00       0.40                copies
   NAA                    30   320003   4/01/99     0.20     1.00       0.20                copies
   NAA                    30   330045   4/27/99     1.21     1.00       1.21                postage
   NAA                    30   330300   4/28/99     0.20    13.00       2.60                copies
   Williams Gretchen      47   330668   4/30/99     0.20     7.00       1.40                copies
   Williams Gretchen      47   330846   5/03/99     0.20     7.00       1.40                copies
   Williams Gretchen      47   331282   5/06/99     0.20    33.00       6.60                copies
   Williams Gretchen      47   334124   5/17/99     0.20     1.00       0.20                copies
   Sullivan Wonza        103   340111   6/03/99     0.20    44.00       8.80                copies
   Sullivan Wonza        103   340092   6/08/99     0.20    11.00       2.20                copies
   Sullivan Wonza        103   356699   9/03/99     0.20     2.00       0.40                copies
   Williams Gretchen      47   358138   9/13/99     0.20   215.00      43.00                copies
   Williams Gretchen      47   358139   9/13/99   135.00     1.00     135.00                computer charge (Internation Heritage
                                                                                            Incorporated)
   Williams Gretchen      47   358140   9/13/99   135.00     1.00     135.00                computer charge (Internation Heritage,
                                                                                            Inc.)
   Williams Gretchen      47   358141   9/13/99     0.20   235.00      47.00                copies

Subtotal for work code BANKEXP2                             749.00                  540.09

Ending Work In Process Balance                                                   27,438.59
```