

**FILED**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

SEP 27 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:                                )
                                      )
INTERNATIONAL HERITAGE, INC.          )    CASE NO. 98-02675-5-ATS
                                      )    CHAPTER 7
    Debtor.                           )

### FIRST INTERIM FEE APPLICATION
### FOR COMPENSATION OF ATTORNEY FOR TRUSTEE
### AND REIMBURSEMENT OF EXPENSES

Now comes Jean Winborne Boyles, attorney for trustee for the above-referenced Debtor, and respectfully shows the Court:

1. The Debtor filed a Bankruptcy Petition under Chapter 7 on November 25, 1998.

2. An Order was duly entered approving employment of Jean Winborne Boyles as attorney for trustee on February 18, 1999.

3. All services for which compensation is requested were performed for an on behalf of said trustee. This attorney has received no prior compensation in connection with legal services provided this bankruptcy estate and has received no prior reimbursement of out of pocket expenses.

4. No payments have been guaranteed or promised to anyone and this applicant has not shared and no agreement exists for this applicant to share any part of any compensation with any other persons.

5. The total time expended of the undersigned and the law firm in this bankruptcy case consisted of approximately 10.8 hours as set out below and justified and fully explained in Exhibit A attached hereto and incorporated herein by reference.

| ATTORNEY | RATE | HOURS | FEE AMOUNT |
| --- | --- | --- | --- |
| Jean W. Boyles | $145.00 | 10.8 | $1,566.00 |
| Paralegal | $60.00 | -0- | $-0- |
| Expenses | | | $7.90 |
| Total | | | $1,573.90 |

The total amount of compensation being sought is $1,573.90 which is at the rate of $145.00 per hour for attorney time and $60.00 per hour for paralegal time. The applicant also requests reimbursement for reasonable and necessary expenses incurred in the amount of $7.90. The services rendered and expenses incurred are itemized on the attached Exhibit A.

WHEREFORE, your movant respectfully requests the Court to allow her an allowance in this case in the amount of $1,566.00 as attorney for trustee, together with the additional sum of $7.90 for reimbursement of expenses incurred in connection with this case.

This the 27th day of September, 1999.

Jean Winborne Boyles
Attorney for Trustee
N.C. State Bar No. 5516
4086 Barrett Drive
Raleigh, NC 27609
P.O. Box 10506
Raleigh, NC 27605-0506
919-881-9299

EXHIBIT A

## TIME SHEET - INTERNATIONAL HERITAGE, INC.

| Date | Description | Hours |
|---|---|---|
| 2/22/99 | Review Petition and Schedules of IHI and attendant documents; Try to focus on cost of collection of 9,400 letters and costs for accounts receivable of undefined receivables; Review issues of Fair Debt Collection Act to determine if this is a consumer debt or is it excluded; Determine basic problem is cost effectiveness of collection of claims without substantial proof of validity of claim | 1.6 hrs |
| 2/23/99 | Call to Holmes Harden; Talk to Anna Washburn; Call to Terri Gardner; Try to deal with issues of ways to deal with receivables and background information concerning them; Go back and review B15 and B3 in attempt to determine how to approach; Talk to Gardner again | 2.5 hrs |
| 2/24/99 | Letter to Terri Gardner concerning issues and materials and documents needed for collection efforts; Begin to call various collection agencies | .9 hrs |
| 3/5/99 | Letter from Holmes Harden about turnover of bond not listed; Review letter and turnover issues | .4 hrs |
| 3/8/99 | Receive documents and long letter from Terri Gardner in response to my letter; Begin review | .5 hrs |
| 3/8/99 | Review documents and memo from Holmes Harden concerning $2,500 bond IHI posted in Superior Court in Wake County; Review, look to turnover issues of 543 and letter to John Kennedy, Clerk of Court | .9 hrs |
| 3/9/99 | Talk to John Kennedy in person concerning bond and letter and request for sending other documents- says will comply | .6 hrs |
| 3/10/99 | Review memo Holmes Harden concerning Swiss Bank; Call to Holmes Harden concerning various issues in general and how to approach said issues | .3 hrs |

| Date | Description | Hours |
|---|---|---|
| 3/11/99 | Memo from Holmes Harden concerning IHI and Kilpatrick Stockton receiver issues and that of monitor; Begin reviewing | .2 hrs |
| 3/12/99 | Meet with Holmes Harden to discuss various issues | .5 hrs |
| 3/15/99 | Continue to review Petree Stockton file and issues of receiver and outline issues | .4 hrs |
| 3/17/99 | Review Petree Stockton issues again; Send letter to Jeutter | 1.2 hrs |
| 3/24/99 | Talk to John Kennedy again who says he will pay check even though received letter in interim that says he will not | .2 hrs |
| 4/6/99 | Receive check from John Kennedy for $2,500 and forward to Holmes Harden 6/9 letter and internal memo to Holmes Harden concerning Kilpatrick Stockton issues and how to proceed | .5 hrs |
| 6/9/99 | Letter to Holmes Harden about pending issues | .1 hrs |
| | TOTAL HOURS | 10.8 hrs |

10.8 hrs @ $145.00/hr = $1,566.00

Expenses

| | | |
|---|---|---|
| | Copy costs (47 @ .05) | $2.35 |
| | Postage | $1.60 |
| | Parking | $ .75 |
| | Phone | $3.20 |
| | TOTAL EXPENSES | $7.90 |

**TOTAL DUE**       $1,573.90

Jean Winborne Boyles