IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

FILED
SEP 30 1999
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | |
|---|---|
| IN RE: | ) |
| | ) |
| INTERNATIONAL HERITAGE, INC. | ) CASE NO. 98-02675-5-ATS |
| | ) CHAPTER 7 |
| | ) |
| | ) |
| Debtor. | ) |

## CERTIFICATE OF SERVICE

I, Jenny D. Johnson, do hereby certify that the **Applications for Interim Compensation for Services of Attorneys Holmes P. Harden, Merritt Wooten and Janvier, Nicholls and Crampton, Jean W. Boyles and Accountant for Trustee ,Adams Consulting Group, and Counsel for Debtor, Terri L. Gardner of Smith Debnam Narron & Myers, for Interim Trustee's Commission for Holmes P. Harden,** was served upon the following party by mailing a copy thereof to such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the 27th day of September, 1999.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _/s/ Jenny D. Johnson_
Jenny D. Johnson, Paralegal

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602