**FILED**

**OCT 6 1999**

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| INTERNATIONAL HERITAGE, INC., | ) | CASE NO.: 98-02675-5-ATS |
| Debtor | ) | and |
| | ) | 98-02674-5-ATS |
| | ) | |
| | ) | |
| | ) | CHAPTER 7 |

### WITHDRAWAL OF MOTION FOR ORDER ALLOWING ACSTAR TO INTERVENE IN NON-BANKRUPTCY LITIGATION

Acstar Insurance Company, a duly scheduled creditor, by and through its undersigned attorney hereby withdraws the Motion for Order Allowing Acstar to Intervene in Non-Bankruptcy Litigation filed herein on May 24, 1999.

This the 5th day of October, 1999.

_____
Paul A. Fanning
N.C. State Bar I.D. No.:  25477
For the firm of
Ward and Smith, P.A.
120 West Fire Tower Road
Post Office Box 8088
Greenville, North Carolina  27835-8088
Telephone: (252) 355-3030
Attorneys for Acstar Insurance Company

Copy ret'd 10/6/99 AM

CERTIFICATE OF SERVICE

The undersigned, of 120 West Fire Tower Road, Post Office Box 8088, Greenville, North Carolina 27835-8088 certifies:

That I am, and at all time hereinafter mentioned was more than eighteen (18) years of age;

That on the date set forth below I served copies of the foregoing WITHDRAWAL OF MOTION on:

> Holmes P. Harden
> Maupin, Taylor & Ellis, P.A.
> Post Office Drawer 19764
> Raleigh, NC 27619
>
> Terri L. Gardner
> Smith, Debnam, Narron & Myers, LLP
> Post Office Box 26268
> Raleigh, NC 27611
>
> Marjorie K. Lynch
> Bankruptcy Administrator
> Post Office Box 3039
> Raleigh, NC 27602
>
> Brent E. Woods
> Post Office Box 164
> Raleigh, NC 27602
>
> Louis P. Richkind
> Counsel to Chittenden Bank
> One Woodward Ave., Suite 2400
> Detroit, MI 48226
>
> Kathryn N. Koonce
> Poyner & Spruill, LLP
> Post Office box 10096
> Raleigh, NC 27605
>
> N. Hunter Wyche, Jr.
> Wyche & Story, RLLP
> Post Office Drawer 1389
> Raleigh, NC 27602
>
> Lloyd W. Gathings, II
> Robert W. Shore
> Gathings & Associates
> Post Office Box 10545
> Birmingham, AL 35202

2

Ronald H. Garber
Boxley, Bolton & Garber, LLP
Post Office Drawer 1429
Raleigh, NC 27602

Lloyd T. Whitaker, President
Newleaf Corporation
2814 New Spring Road, Suite 330
Atlanta, GA 30339

Joel B. Piassick
Kilpatrick & Stockton, LLP
Suite 2800
1100 Peachtree Street, N.E.
Atlanta, GA 30309

William P. Hicks
U.S. Securities and Exchange Commission
Atlanta District Office
Suite 1000
3475 Lenox Road
Atlanta, GA 30326

by first class mail at their last known addresses.

    I certify under penalty of perjury that the foregoing is true and correct.

    This the **5th** day of October, 1999.

_____
Paul A. Fanning

990138-0001
GVLMAIN\214220.1

3