**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: 87-0421191
For Period Ending: 10/07/99

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753846518 Money Market - Interest Bearing
Blanket Bond (per case limit): $ 200,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To/Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| 12/02/98 | 1 | Wood & Francis, L.L.C | ACCOUNTS RECEIVABLE | 11,000.00 | | | | | 11,000.00 |
| 12/08/98 | 2 | Centura Bank | Funds in Bank Account | 22,247.88 | | | | | 33,247.88 |
| 11/98 | 001001 | Jennifer Doherty 827 Genford Ct. Raleigh, NC 27609 | COST OF SERVICE Preparation of schedules and 1099's | | | 2,520.00 | | | 30,727.88 |
| 12/11/98 | 001002 | Alex Ravenscraft | COST OF SERVICE Preparation of schedules and 1099's | | | 2,187.50 | | | 28,540.38 |
| 12/15/98 | 1 | Kevin Wiseman Farmers Bank & Trust 1612 Main St. Great Bend, Kansas 67530 | ACCOUNTS RECEIVABLE | 196.25 | | | | | 28,736.63 |
| 12/15/98 | 1 | Kristina Sunness 14936 Valerio St. Van Nuys, CA 91405 | ACCOUNTS RECEIVABLE | 13.00 | | | | | 28,749.63 |
| 12/15/98 | 1 | Kristina Sunness 14936 Valerio St. Van Nuys, CA 91405 | ACCOUNTS RECEIVABLE | 12.55 | | | | | 28,762.18 |
| 12/15/98 | 1 | Judy Farmer 5212 Saint Joe Rd. Finley, KY 42736 | ACCOUNTS RECEIVABLE | 36.36 | | | | | 28,798.54 |
| 12/15/98 | 1 | M. Patrick Murphy 26 Parrell Ave. Foothill Ranch, CA 92610-1908 | ACCOUNTS RECEIVABLE | 13.55 | | | | | 28,812.09 |
| 12/15/98 | 1 | Unum Life Insurance of America 2211 Congress St. Portland, Maine 04122 | ACCOUNTS RECEIVABLE | 15.37 | | | | | 28,827.46 |
| 12/15/98 | 1 | Kristina Sunness 14936 Valerio St. Van Nuys, CA 91405 | ACCOUNTS RECEIVABLE | 12.50 | | | | | 28,839.96 |
| 12/16/98 | 1 | JB Oxford Company 9665 Wilshire Boulevard, 3rd Floor Beverly Hills, CA 90212 | ACCOUNTS RECEIVABLE | 2,127.98 | | | | | 30,967.94 |
| 12/16/98 | 1 | Hongcai Zheng 3830 Gray Rock Drive | ACCOUNTS RECEIVABLE | 31.00 | | | | | 30,998.94 |

FILED
OCT 12 1999
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

Page: 1

no extra copy 10/18/99 Am

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No.: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | NATIONSBANK, N.A. |
| Taxpayer ID No: | 87-0421191 | Account Number: | 3753846518 Money Market - Interest Bearing |
| For Period Ending: | 10/07/99 | Blanket Bond (per case limit): | $ 200,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 12/16/98 | 1 | Pauline Eppink<br>1530 5th Street, Apt. 312<br>Santa Monica, CA 90401<br>Ellicott City, MD 21042 | ACCOUNTS RECEIVABLE | 14.60 | | | | | 31,013.54 |
| 12/16/98 | 1 | Internal Revenue Service | Refunds-Income Tax | 237.49 | | | | | 31,251.03 |
| 12/18/98 | 001003 | Alex Ravenscraft | COST OF SERVICE<br>Alex Ravenscraft | | | 1,712.50 | | | 29,538.53 |
| 12/28/98 | 1 | Sharon Comeaux | ACCOUNTS RECEIVABLE | 413.00 | | | | | 29,951.53 |
| 12/28/98 | 001004 | Alex Ravenscraft | COST OF SERVICE<br>Payroll from 12/21/98 through 12/23/98 total of 18.5 hours @ $50 per hour. | | | 925.00 | | | 29,026.53 |
| 12/31/98 | | NATIONSBANK | INTEREST RECD FROM BANK | | 36.59 | | | | 29,063.12 |
| 01/04/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -301.62 | 28,761.50 |
| 01/04/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -522.55 | 28,238.95 |
| 01/08/99 | | Kevin Wiseman<br>1612 Main St.<br>Farmers Bank & Trust<br>Great Bend, Kansas 67530 | VOID | -196.25 | | | | | 28,042.70 |
| 01/08/99 | | JB Oxford Company<br>9665 Wilshire Boulevard, 3rd Floor<br>Beverly Hills, CA 90212 | VOID | -2,127.98 | | | | | 25,914.72 |
| 01/08/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -2,512.50 | 23,402.22 |
| 01/11/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -2,730.00 | 20,672.22 |
| 01/18/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -608.25 | 20,063.97 |
| 01/21/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -1,763.96 | 18,300.01 |
| 01/22/99 | 4 | Ada M. Powell<br>P. O. Box 69/325 Poor Road<br>Scotland Neck, NC 27874 | Payment on Judgment | | | 200.00 | | | 18,500.01 |
| 01/22/99 | 4 | Ada M. Powell | Payment on Judgment | | | 200.00 | | | 18,700.01 |
| 01/22/99 | 2 | Wood & Francis<br>Trust Account | Funds in Bank Account | | | 1,291.69 | | | 19,991.70 |
| 01/22/99 | 2 | Wood & Francis Trust Account | Funds in Bank Account | | | 2,520.39 | | | 22,512.09 |
| 01/22/99 | 4 | Jeffrey C. Cloyd | Payment on Judgment | | | 200.00 | | | 22,712.09 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS  
Case Name: INTERNATIONAL HERITAGE INC.  
Taxpayer ID No: 87-0421191  
For Period Ending: 10/07/99  

Trustee Name: HOLMES P. HARDEN, TRUSTEE  
Bank Name: NATIONSBANK, N.A.  
Account Number: 3753846518 Money Market - Interest Bearing  
Blanket Bond (per case limit): $ 200,000.00  
Separate Bond (if applicable):  

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| 01/22/99 | 4 | Ethel Whitaker | Payment on Judgment | 200.00 | | | | | 22,912.09 |
| 01/22/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -95.07 | 22,817.02 |
| /22/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -1,899.00 | 20,918.02 |
| 01/28/99 | 5 | Delta Airlines<br>Passenger Refunds<br>P. O. Box 20537<br>Atlanta, GA 30320-2537 | REFUND | 886.88 | | | | | 21,804.90 |
| 01/28/99 | 5 | West Group<br>610 Opperman Drive<br>St. Paul, MN 55164-0526 | REFUND | 498.47 | | | | | 22,303.37 |
| 01/28/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -191.00 | 22,112.37 |
| 01/28/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -5,026.26 | 17,086.11 |
| 01/29/99 | 11 | NATIONSBANK | INTEREST REC'D FROM BANK | | 41.90 | | | | 17,128.01 |
| 02/05/99 | 5 | Delta Airlines | REFUND | 144.50 | | | | | 17,272.51 |
| 02/05/99 | 6 | Dynamic Essentials, Inc.<br>8500 North Stemmons Freeway, Suite 4085<br>Dallas, Texas 75247 | Proceeds from sale of personal property | 500.00 | | | | | 17,772.51 |
| 02/05/99 | 7 | Centura Bank | REFUND Merchant Bankcard | 955.93 | | | | | 18,728.44 |
| 02/05/99 | 001005 | Mike Russo | COST OF SERVICE<br>Mike Russo<br>Setting up computer | | | 400.00 | | | 18,328.44 |
| 02/05/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -603.50 | 17,724.94 |
| 02/15/99 | 9 | Symmetry Corporation<br>420 S. Hillview Drive<br>Milpitas, CA 95035 | Deposit on purchase | 3,000.00 | | | | | 20,724.94 |
| 02/15/99 | | R. V. Delarios<br>Direct Nutrition | Deposit on purchase | 2,500.00 | | | | | 23,224.94 |
| 02/15/99 | 001006 | InfoStor<br>P. O. Box 18230<br>Raleigh, NC 27619-8238 | InfoStor | | | 20.00 | | | 23,204.94 |
| 02/15/99 | 001007 | Safeguard Business Systems, Inc.<br>P. O. Box 1749<br>Fort Washington, PA 19034 | 1099 envelopes<br>3800 1099 envelopes-<br>Invoice #01035541 | | | 365.97 | | | 22,838.97 |

Page: 3

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 98-02675-5-ATS | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | NATIONSBANK, N.A. |
| Taxpayer ID No: | 87-0421191 | | Account Number: | 3753846518 Money Market - Interest Bearing |
| For Period Ending: | 10/07/99 | | Blanket Bond (per case limit): $ 200,000.00 | |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 02/15/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -888.25 | 21,950.72 |
| 02/17/99 | | Stop payment | Stop Payment | | | | | | 21,827.75 |
| /17/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | -122.97 | -641.43 | 21,186.32 |
| 02/18/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -161.50 | 21,024.82 |
| 02/25/99 | * | R. V. Delario, Ltd | Proceeds from sale of personal property | 500.00 | | | | | 21,524.82 |
| 02/25/99 | 4 | Jeffrey C. Cloyd<br>145 West Port Drive<br>Columbia, SC 29223 | Payment on Judgment | 300.00 | | | | | 21,824.82 |
| 02/25/99 | 4 | Ada M. Powell<br>P. O. Box 69/325 Poor Road<br>Scotland Neck, NC 27874 | Payment on Judgment | 200.00 | | | | | 22,024.82 |
| 02/25/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -60.66 | 21,964.16 |
| 02/25/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -165.75 | 21,798.41 |
| 02/25/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -325.00 | 21,473.41 |
| 02/25/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -925.94 | 20,547.47 |
| 02/26/99 | 11 | NATIONSBANK | INTEREST REC'D FROM BANK | | 34.18 | | | | 20,581.65 |
| 02/26/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -1,921.25 | 18,660.40 |
| 3/02/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -2,290.75 | 16,369.65 |
| 3/16/99 | 4 | Wood & Francis<br>Trust Account | Collection from embezzlement case | 353.00 | | | | | 16,722.65 |
| 03/22/99 | 001008 | R. V. Delario<br>Direct Nutrition, Inc.<br>10610 Metric Drive<br>Suite 121 & 122<br>Dallas, TX 75243 | REFUND<br>Refund on purchase of data base list<br>Refund for purchase of database list. They did not wish to increase their bid and therefore we are returning their money to them. | | | 3,000.00 | | | 13,722.65 |
| 03/25/99 | 4 | Wood & Francis | Payment on Judgment<br>Final payment for embezzlement of Ada Powell | 533.68 | | | | | 14,256.33 |
| 03/25/99 | 4 | Jeffrey C. Cloyd | Payment on Judgment | 300.00 | | | | | 14,556.33 |
| 03/25/99 | 5 | Great Tribune<br>Box 5468<br>Great Falls, MT 59403 | REFUND | 56.06 | | | | | 14,612.39 |
| 03/25/99 | 001009 | Business Communications, Inc. | Telephone service | | | 115.00 | | | 14,497.39 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: 87-0421191
For Period Ending: 10/07/99

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753846518 Money Market - Interest Bearing
Blanket Bond (per case limit): $ 200,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| 03/25/99 | 001010 | Caribiner International 1990 Defoor Avenue Atlanta, GA 30318 | Fees for installation of telephone service Taping of 341 meeting COST OF SERVICE | | | 1,443.82 | | | 13,053.57 |
| 03/26/99 | 9 | Symmetry Corp | Bank Funds Transfer purchase of database | | | | | -888.25 | 12,165.32 |
| 03/31/99 | 11 | NATIONSBANK | Transfer to Acct #3753846521 INTEREST REC'D FROM BANK | 12,000.00 | | | | | 24,165.32 |
| 04/05/99 | 001011 | InfoStor | STORAGE UNIT RENTAL Invoice Nos. 146158, 146161, 146165, 146964, 146967, 146971 | | 35.73 | 516.98 | | | 24,201.05 23,684.07 |
| 04/05/99 | 001012 | AT&T | Telephone Service Acct. No. 020 713 6257 001  $163.04 Acct. No. 056 390-8195 001  $ 10.72 | | | 173.76 | | | 23,510.31 |
| 04/05/99 | 001013 | BellSouth | Telephone Service Acct. No. 919 790-0128 010 0363 $60.66 Acct. No. 919 876-2161 450 0364 $144.01 Acct. No. 14004559 $.11 | | | 204.78 | | | 23,305.53 |
| 04/05/99 | 1 | Transfer to Acct #3753846521 | Bank Funds Transfer ACCOUNTS RECEIVABLE | | | | | -100.00 | 23,205.53 |
| 4/06/99 | | American Media International 2609 Tucker St. Ext. Burlington, NC 27215 | | 457.68 | | | | | 23,663.21 |
| 04/07/99 | | R. V. Delarios Direct Nutrition | VOID Check #1008 written for $3,000.00 to refund Mr. Delarios for his deposit on purchase of database. | -2,500.00 | | | | | 21,163.21 |
| 04/07/99 | | R. V. Delarios, Ltd | VOID Check #1008 reimbursed R. V. Delarios for his deposit on the purchase of database. | -500.00 | | | | | 20,663.21 |
| 04/12/99 | 10 | Clerk of Superior Court | Payment on Judgment | 2,500.00 | | | | | 23,163.21 |
| 04/12/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -6,500.00 | 16,663.21 |
| 04/21/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -521.44 | 16,141.77 |
| 04/30/99 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 42.65 | | | | 16,184.42 |
| 04/30/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -166.28 | 16,018.14 |

Page: 5

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-ATS | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | NATIONSBANK, N.A. |
| Taxpayer ID No: | 87-0421191 | | Account Number: | 3753846518 Money Market - Interest Bearing |
| For Period Ending: | 10/07/99 | | Blanket Bond (per case limit): | $ 200,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 05/06/99 | 4 | Jeffrey C. Cloyd | Payment on Judgment | 300.00 | | | | | 16,318.14 |
| 05/25/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -44.38 | 16,273.76 |
| 05/25/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -61.07 | 16,212.69 |
| 05/25/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -1,506.27 | 14,706.42 |
| 05/28/99 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 36.41 | | | | 14,742.83 |
| 06/10/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -659.02 | 14,083.81 |
| 06/15/99 | | Jeffrey C. Cloyd 145 Westport Drive Columbia, SC 29223 | Payment on Judgment on embezzlement | 300.00 | | | | | 14,383.81 |
| 06/28/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -1,100.69 | 13,283.12 |
| 06/30/99 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 37.26 | | | | 13,320.38 |
| 07/08/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -317.44 | 13,002.94 |
| 07/14/99 | 4 | Jeffrey C. Cloyd | ACCOUNTS RECEIVABLE | 300.00 | | | | | 13,302.94 |
| 07/14/99 | 5 | Jefferson Pilot Insurance | REFUND Check from Jefferson Pilot is 224.22 and $2.00 cash received in mail | 226.22 | | | | | 13,529.16 |
| 07/23/99 | 4 | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -99.08 | 13,430.08 |
| 07/27/99 | 4 | Jeffrey Cloyd | Settlement-other Lawsuit settlement | 300.00 | | | | | 13,730.08 |
| 7/30/99 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 31.49 | | | | 13,761.57 |
| 08/18/99 | 4 | Jeffrey Cloyd | Payment on Judgment | 300.00 | | | | | 14,061.57 |
| 08/18/99 | 12 | US Postal Service | Postage refund | 6,762.46 | | | | | 20,824.03 |
| 08/18/99 | 12 | US Postal Service | Postage refund Postage meter refund | 529.69 | | | | | 21,353.72 |
| 08/18/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -374.55 | 20,979.17 |
| 08/31/99 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 38.07 | | | | 21,017.24 |
| 09/01/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -363.16 | 20,654.08 |
| 09/08/99 | 2 | Brent Wood Trust | debtor's bank account balance $500 was held back in Brent Wood's trust account to cover any unauthorized transactions for IH | 500.00 | | | | | 21,154.08 |
| 09/17/99 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -58.70 | 21,095.38 |
| 09/30/99 | 4 | Jeffrey Cloyd | Settlement-other | 300.00 | | | | | 21,395.38 |

Page: 6

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: 87-0421191
For Period Ending: 10/07/99

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753846518 Money Market - Interest Bearing
Blanket Bond (per case limit): $ 200,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| 09/30/99 | | | Lawsuit settlement | | | | | | |
| /30/99 | | | INTEREST REC'D FROM BANK | | 46.22 | | | | 21,441.60 |
| 11 | | NATIONSBANK, N.A. | Bank Funds Transfer | | | | | -91.34 | 21,350.26 |
| | | Transfer to Acct #3753846521 | | | | | | | |

Account 3753846518

| | Balance Forward | 0.00 | | 13 Checks | 13,585.31 |
|---|---|---|---|---|---|
| 51 | Deposits | 71,163.95 | 1 | Adjustments Out | 122.97 |
| 10 | Interest Postings | 380.50 | 36 | Transfers Out | 36,485.91 |
| | Subtotal | $ 71,544.45 | | Total | $ 50,194.19 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 71,544.45 | | | |

Page: 7

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: 87-0421191
For Period Ending: 10/07/99

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753846521  Checking - Non Interest
Blanket Bond (per case limit): $ 200,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 01/04/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 301.62 | 301.62 |
| 01/04/99 | 001001 | Beth Rogers | Bank Funds Transfer Temporary Service 29.25 hours @ $8.50 | | | 248.63 | | 522.55 | 824.17 |
| '04/99 | | | | | | | | | 575.54 |
| 01/04/99 | 001002 | Alan Johnson | Temporary Service 28.50 hours @ $8.50 Expenses reimbursement Mileage $24.70 Parking $2.00 Postage due $4.97 | | | 273.92 | | | 301.62 |
| 01/04/99 | 001003 | BellSouth P. O. Box 70807 Charlotte, NC 28272-0807 | COST OF SERVICE (919) 790-0128 | | | 301.62 | | | 0.00 |
| 01/08/99 | 001004 | Alex Ravenscraft | Bank Funds Transfer COST OF SERVICE 12/8/98 through 1/8/99 50.25 hours @ $50.00 | | | 2,512.50 | | 2,512.50 | 2,512.50 |
| 01/08/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | | 0.00 |
| 01/11/99 | 001005 | Jennifer Doherty 827 Genford Court Raleigh, NC 27609 | COST OF SERVICE 1/4/99-1/8/99 45.50 hours @ $60.00 per hour | | | 2,730.00 | | 2,730.00 | 2,730.00 |
| 1/18/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | | 0.00 |
| 01/18/99 | 001006 | Ben Rose | COST OF SERVICE | | | 187.00 | | 608.25 | 608.25 |
| 01/18/99 | 001007 | Alan Johnson | COST OF SERVICE | | | 421.25 | | | 421.25 |
| 01/21/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | | 0.00 |
| 01/21/99 | 001008 | InfoStor | COST OF SERVICE InfoStor | | | 1,283.96 | | 1,763.96 | 1,763.96 |
| 01/21/99 | 001009 | Ken Hirsch 400 Davie Road, Apt. 63 Carrboro, NC 27510 | COST OF SERVICE 8 hours @ $60.00 per hour | | | 480.00 | | | 480.00 |
| 01/22/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 95.07 | 95.07 |
| 01/22/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 1,899.00 | 1,994.07 |
| 01/22/99 | 001008 | InfoStor | VOID | | | -1,283.96 | | | 3,278.03 |
| 01/22/99 | 001010 | InfoStor | | | | 529.03 | | | 2,749.00 |

Page: 8

Page: 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: 87-0421191
For Period Ending: 10/07/99

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753846521 Checking - Non Interest
Blanket Bond (per case limit): $ 200,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 1/22/99 | 001011 | Alex Ravenscraft<br>P. O. Box 18238<br>Raleigh, NC 27619-8238 | 17 hours @ $50.00<br>Alex Ravenscraft<br>COST OF SERVICE | | | 850.00 | | | 1,899.00 |
| 01/22/99 | 001012 | Mike Russo | Moving computer and installation<br>COST OF SERVICE | | | 1,899.00 | | | 0.00 |
| 01/28/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 191.00 | 191.00 |
| 01/28/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 5,026.26 | 5,217.26 |
| 01/28/99 | 001013 | Jennifer Doherty<br>827 Genford Court<br>Raleigh, NC 27609 | 64 hours @ $60 per hour<br>1/17/99 through 1/23/99<br>Working on 1099's and reports<br>COST OF SERVICE | | | 3,840.00 | | | 1,377.26 |
| 01/28/99 | 001014 | Alan Johnson | 25 hours @ $8.50 per hour<br>working on 1099's<br>COST OF SERVICE | | | 212.50 | | | 1,164.76 |
| 01/28/99 | 001015 | Ben Rose | 27 hours @ $8.50<br>Working on 1099's<br>COST OF SERVICE | | | 229.50 | | | 935.26 |
| 01/28/99 | 001016 | Beth Rogers | 29 hours @ $8.50<br>Working on 1099's<br>COST OF SERVICE | | | 246.50 | | | 688.76 |
| 01/28/99 | 001017 | Don Johnson | 18 hours @ $8.50<br>Working on 1099's<br>COST OF SERVICE | | | 153.00 | | | 535.76 |
| 01/28/99 | 001018 | Bell South<br>P. O. Box 70807<br>Charlotte, NC 28272-0807 | Telephone bill<br>COST OF SERVICE | | | 60.73 | | | 475.03 |
| 01/28/99 | 001019 | AT&T<br>P. O. box 78522<br>Phoenix, AZ 85062-8522 | Telephone bill<br>COST OF SERVICE | | | 475.03 | | | 0.00 |
| 02/05/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 603.50 | 603.50 |
| 02/05/99 | 001020 | Bell Rogers | COST OF SERVICE | | | 212.50 | | | 391.00 |
| 02/05/99 | 001021 | Ben Rose | COST OF SERVICE | | | 153.00 | | | 238.00 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 10

| Case No: | 98-02675-5-ATS | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | NATIONSBANK, N.A. |
| Taxpayer ID No: | 87-0421191 | | Account Number: | 3753846521 Checking - Non Interest |
| For Period Ending: | 10/07/99 | | Blanket Bond (per case limit): $ 200,000.00 | |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| '05/99 | 001022 | Alan Johnson | 18 hours @ $8.50 Working on 1099's and matrix | | | 153.00 | | | 85.00 |
| 02/05/99 | 001023 | Don Johnson | COST OF SERVICE 18 hours @ $8.50 Working on 1099's and matrix 10 hours @ $8.50 Working on 1099's COST OF SERVICE | | | 85.00 | | | 0.00 |
| 02/15/99 | 001024 | Beth Rogers | Bank Funds Transfer Temporary Service 33.50 hours @ $8.50 Work on mailing matrix and returned mail | | | 284.75 | | | 603.50 |
| 02/15/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 888.25 | 888.25 |
| 02/15/99 | 001025 | Ben Rose | Temporary Service 13 hours @ $8.50 Worked on returned mail | | | 110.50 | | | 493.00 |
| 02/15/99 | 001026 | Blake Johnson | Temporary Service 34 hours @ $8.50 Worked on alphabetizing returned mail for mark off on mailing matrix | | | 289.00 | | | 204.00 |
| 02/15/99 | 001027 | Matthew Johnson | Temporary Service 24 hours @ $8.50 Worked on alphabetizing returned mail for mailing matrix mark off | | | 204.00 | | | 0.00 |
| 02/17/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 641.43 | 641.43 |
| 02/17/99 | 001028 | AT&T P. O. Box 78225 Phoenix, AZ 85062-8225 | Charges for 888 number | | | 8.61 | | | 632.82 |
| 02/17/99 | 001029 | Highwoods Service, Inc. 3100 Smoketree Court, Suite 600 Raleigh, NC 27604 | Electrical work for computer Invoice #29902 | | | 341.00 | | | 291.82 |
| 02/17/99 | 001030 | InfoStor P. O. Box 18238 Raleigh, NC 27619-8238 | STORAGE UNIT RENTAL Invoice #145374 | | | 291.82 | | | 0.00 |
| 02/18/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 161.50 | 161.50 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 98-02675-5-ATS | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | NATIONSBANK, N.A. |
| Taxpayer ID No: | 87-0421191 | | Account Number: | 3753846521 Checking - Non Interest |
| For Period Ending: | 10/07/99 | | Blanket Bond (per case limit): $ 200,000.00 | |
| | | | Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| 02/18/99 | 001031 | Jamie Rabb | Temporary Service 19 hours @ $8.50 | | | 161.50 | | | 0.00 |
| 02/25/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 60.66 | 60.66 |
| 02/25/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 165.75 | 226.41 |
| 02/25/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 325.00 | 551.41 |
| 02/25/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 925.94 | 1,477.35 |
| 02/25/99 | 001032 | Alan Johnson | Temporary Service 10 hours @ $8.50 working on creditor matrix | | | 88.50 | | | 1,388.85 |
| 02/25/99 | 001033 | Ben Rose | Temporary Service 10 hours @ $8.50 working on creditor matrix marking off | | | 88.50 | | | 1,300.35 |
| 02/25/99 | 001034 | Beth Rogers | Temporary Service 24 hours @ $8.50 working on creditor matrix | | | 204.00 | | | 1,096.35 |
| 02/25/99 | 001035 | Blake Johnson | Temporary Service 23 hours @ $8.50 working on creditor matrix | | | 195.50 | | | 900.85 |
| 02/25/99 | 001036 | Matthew Johnson | Temporary Service 22 hours @ 48.50 working on creditor matrix | | | 187.00 | | | 713.85 |
| 02/25/99 | 001037 | InfoStor | STORAGE UNIT RENTAL InfoStor | | | 21.00 | | | 692.85 |
| 02/25/99 | 001038 | AT&T P. O. Box 78522 Phoenix, AZ 85062-8522 | COST OF SERVICE Long Distance Charges | | | 141.44 | | | 551.41 |
| 02/25/99 | 001039 | BellSouth | COST OF SERVICE | | | 60.66 | | | 490.75 |
| 02/25/99 | 001040 | Alex Ravenscraft | COST OF SERVICE 6.50 hours @ $50.00 per hour 1/22/99-2/5/99 | | | 325.00 | | | 165.75 |
| 02/25/99 | 001041 | Jamie Rabb | Temporary Service 19.5 hours @ $8.50 | | | 165.75 | | | 0.00 |
| 02/26/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 1,921.25 | 1,921.25 |

Page: 11

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  98-02675-5-ATS  
Case Name:  INTERNATIONAL HERITAGE INC.  
Taxpayer ID No:  87-0421191  
For Period Ending:  10/07/99  

Trustee Name:  HOLMES P. HARDEN, TRUSTEE  
Bank Name:  NATIONSBANK, N.A.  
Account Number:  3753846521 Checking - Non Interest  
Blanket Bond (per case limit):  $ 200,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 02/26/99 | 001042 | Mike Russo | Purchase of Y2K from 20/21 | | | 1,850.00 | | | 71.25 |
| 02/26/99 | 001043 | Amy Duncan | Temporary Service 7.50 hours @ $9.50 typing labels for returned mail | | | 71.25 | | | 0.00 |
| 03/02/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 2,290.75 | 2,290.75 |
| 03/02/99 | 001044 | Jennifer Doherty 827 Genford Ct. Raleigh, NC 27609 | Temporary Service 5 hours @ $60.00 | | | 300.00 | | | 1,990.75 |
| 03/02/99 | 001045 | PayChex 4625 Creekstone Drive Suite 130 Durham, NC 27703 | Preparation of W-2's for employees | | | 784.50 | | | 1,206.25 |
| 03/02/99 | 001046 | CompuNet Technologies, Inc. P. O. Box 5822 Cary, NC 27512 | Invoice # 119 Employed by Craig Adams to assist with consulting re Great Plains | | | 1,206.25 | | | 0.00 |
| 03/25/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 888.25 | 888.25 |
| 03/25/99 | 001047 | Matthew Johnson | COST OF SERVICE 24 hours @ 8.50 | | | 204.00 | | | 684.25 |
| 03/25/99 | 001048 | Blake Johnson | COST OF SERVICE 13.5 hours @ 8.50 | | | 114.75 | | | 569.50 |
| 03/25/99 | 001049 | Alan Johnson | COST OF SERVICE 13 hours @ 8.50 | | | 110.50 | | | 459.00 |
| 03/25/99 | 001050 | Ben Rose | COST OF SERVICE 13 hours @ 8.50 | | | 110.50 | | | 348.50 |
| 03/25/99 | 001051 | Beth Rogers | COST OF SERVICE 41 hours @ 8.50 | | | 348.50 | | | 0.00 |
| 04/05/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 100.00 | 100.00 |
| 04/05/99 | 001052 | Triangle Communications Group, Inc. 4011 Atlantic Avenue Raleigh, NC 27604 | Cleaning after auction | | | 100.00 | | | 0.00 |
| 04/12/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 6,500.00 | 6,500.00 |
| 04/12/99 | 001053 | Printing Plus, Inc. c/o Shawna Staton | Rent Rent for Storage of assets | | | 6,500.00 | | | 0.00 |

Page: 12

Page: 13

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS  
Case Name: INTERNATIONAL HERITAGE INC.  
Taxpayer ID No: 87-0421191  
For Period Ending: 10/07/99  

Trustee Name: HOLMES P. HARDEN, TRUSTEE  
Bank Name: NATIONSBANK, N.A.  
Account Number: 3753846521 Checking - Non Interest  
Blanket Bond (per case limit): $ 200,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 04/21/99 | | Jordan Price Wall Gray & Jones P. O. Box 2021 Raleigh, NC 27602-2021 | Administrative Rent pursuant to court order dated April 2, 1999 | | | | | | |
| 04/21/99 | 001054 | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 521.44 | 521.44 |
| 04/21/99 | | Mike Russo 827 Genford Court Raleigh, NC 27609 | COST OF SERVICE Invoice No. 17 Meeting regarding CC Processors, Repair disk array, Repair internal modem | | | 500.00 | | | 21.44 |
| 04/30/99 | 001055 | AT&T | Telephone Service | | | 10.72 | | | 10.72 |
| 04/30/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 166.28 | 177.00 |
| 04/30/99 | 001056 | Ben Rose | Temporary Service 10 hours @ $8.50 | | | 88.50 | | | 88.50 |
| 04/30/99 | 001057 | Alan Johnson | Temporary Service 10 hours @ $8.50 | | | 88.50 | | | 0.00 |
| 05/25/99 | 001058 | InfoStor | STORAGE UNIT RENTAL | | | | | 1,506.27 | 1,611.72 |
| 05/25/99 | 001059 | AT&T | Telephone Service Invoice #02071362570 01, 056390819500 1, 056661268900 1 | | | 160.69 | | | 1,590.72 |
| 05/25/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | | 1,430.03 |
| 05/25/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | 21.00 | | | |
| 05/25/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | 88.50 | | 61.07 | 105.45 |
| 05/25/99 | 001060 | Mamie P. Currin & Associates 203 E. Industry Drive Suite C Oxford, NC 27565 | Court Reporting Service | | | 1,204.00 | | 44.38 | 44.38 |
| 05/25/99 | 001061 | BellSouth | Telephone Service Acct. 919790-0128010 0363, 919876-2161 4500364 | | | 226.03 | | | 226.03 |
| 06/10/99 | 001062 | AT&T | Telephone Service | | | 163.04 | | | 0.00 |
| 06/10/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 659.02 | 659.02 |
| 06/10/99 | 001062 | AT&T | VOID This bill was paid and received by AT&T on 5/29/99 per AT&T representative. | | | -163.04 | | | 495.98 |
| 06/10/99 | 001063 | InfoStor | STORAGE UNIT RENTAL | | | 495.98 | | | 163.04 |

Page: 14

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: 87-0421191
For Period Ending: 10/07/99

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753846521 Checking - Non Interest
Blanket Bond (per case limit): $ 200,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 06/25/99 | 001064 | AT&T<br>P. O. Box 18238<br>Raleigh, NC 27619-8238 | Invoice # 148589 $21.00/5/31, #148592 $217.49<br>5/31, #148596 $20.00 5/31, #147788 $20.00 4/30,<br>#147784 $217.49 4/30<br>Telephone Service | | | 35.37 | | | 127.67 |
| 06/25/99 | 001065 | AT&T<br>P. O. box 9001309<br>Louisville, KY 40290-1309 | Telephone Service<br>Acct. No. 02071362570001 $24.65 | | | 61.70 | | | 65.97 |
| 06/28/99 | | BellSouth<br>P. O. Box 70807<br>Charlotte, NC 28272-0807 | Telephone Service<br>Acct. No. 056390819500l $10.72<br>919 790-0128 010 0363 | | | | | | |
| 06/28/99 | 001066 | Transfer from Acct #3753846518 | Bank Funds Transfer | | | 1,166.66 | | | 1,166.66 |
| 06/28/99 | | Jacqueline R. Clare<br>1011 Vance Street<br>Raleigh, NC 27608 | Mediators fee<br>1/4 Mediator fee | | | | | | 0.00 |
| 07/08/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 317.44 | 317.44 |
| 07/08/99 | 001067 | AT&T | Telephone Service | | | 10.72 | | | 306.72 |
| 07/08/99 | 001068 | BellSouth | Telephone Service | | | 48.23 | | | 258.49 |
| 07/08/99 | 001069 | Infostor | STORAGE UNIT RENTAL | | | 258.49 | | | 0.00 |
| 07/23/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 99.08 | 99.08 |
| 07/23/99 | 001070 | AT&T<br>P. O. Box 9001309<br>Louisville, KY 40290-1309 | Telephone Service<br>Acct # 020 713 6257 001 | | | 39.57 | | | 59.51 |
| 07/23/99 | 001071 | BellSouth<br>P. O. Box 70807<br>Charlotte, NC 28272-0807 | Telephone Service<br>Acct # 056 390-8195 001<br>919 790-0128 010 0363 | | | 59.51 | | | 0.00 |
| 08/18/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 374.55 | 374.55 |
| 08/18/99 | 001072 | AT&T | Telephone Service<br>056-661-2689 001/ $21.71<br>056-390-8195 001/$.35 | | | 22.06 | | | 352.49 |
| 08/18/99 | 001073 | InfoStor | STORAGE UNIT RENTAL<br>Invoice #150223 | | | 258.49 | | | 94.00 |
| 08/18/99 | 001074 | BellSouth | Telephone Service<br>919 876-2161 450 0364 | | | 94.00 | | | 0.00 |
| 09/01/99 | | Transfer from Acct #3753846518 | Bank Funds Transfer | | | | | 363.16 | 363.16 |

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | NATIONSBANK, N.A. |
| Taxpayer ID No: | 87-0421191 | Account Number: | 3753846521 Checking - Non Interest |
| For Period Ending: | 10/07/99 | Blanket Bond (per case limit): | $ 200,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 09/01/99 | 001075 | AT&T | Telephone Service Acct. # 056 661-2689 001 $22.06 Acct # 020 713 6257 001 $22.61 | | | 44.67 | | | 318.49 |
| 09/01/99 | 001076 | BellSouth | Telephone Service 919 790-0128 010 0363 | | | 60.00 | | | 258.49 |
| 09/01/99 | 001077 | InfoStor | STORAGE UNIT RENTAL Invoice #151049 | | | 258.49 | | | 0.00 |
| 09/17/99 | | | Transfer from Acct #3753846518 Bank Funds Transfer | | | | | 58.70 | 58.70 |
| 09/17/99 | 001078 | AT&T | Telephone Service Acct. #056 661-2689 001 | | | 11.42 | | | 47.28 |
| 09/17/99 | 001079 | BellSouth | Telephone Service Acct # 919 876-2161 450 0364 | | | 47.28 | | | 0.00 |
| 09/30/99 | | | Transfer from Acct #3753846518 Bank Funds Transfer | | | | | 91.34 | 91.34 |
| 09/30/99 | 001080 | AT&T | Telephone Service 020713625700l $20.19 056390-8195001 $11.07 | | | 31.26 | | | 60.08 |
| 09/30/99 | 001081 | BellSouth | Telephone Service 919 790-0128 010 0363 | | | 60.08 | | | 0.00 |

```
Account  3753846521          Balance Forward       0.00
                          0  Deposits              0.00
                          0  Interest Postings     0.00
                                                 _____
                             Subtotal         $    0.00
                          0  Adjustments In       0.00
                         36  Transfers In     36,485.91
                                                 _____
                             Total            $ 36,485.91
```

```
                             83  Checks        36,485.91
                              0  Adjustments Out    0.00
                              0  Transfers Out      0.00
                                                 _____
                                 Total       $ 36,485.91
```

Page: 16

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | NATIONSBANK, N.A. |
| | | Account Number: | 3755846534 Money Market - Interest Bearing |
| Taxpayer ID No: | 87-0421191 | Blanket Bond (per case limit): $ 200,000.00 | |
| For Period Ending: | 10/07/99 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 02/12/99 | 8 | Williams Auction Co. Trust Account P. O. Box 646 Clayton, NC 27520 | Auction Proceeds | 21,691.50 | | | | | 21,691.50 |
| 02/12/99 | 001001 | Charles Williams Williams Auction Co. P. O. Box 646 Clayton, NC 27520 | Fees and Expenses-Auctioneer | | | 3,253.73 | | | 18,437.77 |
| 02/26/99 | 11 | NATIONSBANK | INTEREST REC'D FROM BANK | | 13.08 | | | | 18,450.85 |
| 03/31/99 | 11 | NATIONSBANK | INTEREST REC'D FROM BANK | | 41.75 | | | | 18,492.60 |
| 04/30/99 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 38.04 | | | | 18,530.64 |
| 05/28/99 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 35.57 | | | | 18,566.21 |
| 06/08/99 | 8 | Williams Auction Co. | Auction Proceeds Total auction proceeds were $951.81. Charles wrote a check for sales tax out of his account in the amount of $8.31. Charles wrote Mr. Harden a check in the amount of $943.50. | 943.50 | | | | | 19,509.71 |
| 06/10/99 | 001002 | Charles Williams P. O. Box 646 Clayton, NC 27520 | Payment of auctioneer 15% of $981.51 auction proceeds Sale conducted with Ashley's. | | | 147.77 | | | 19,361.94 |
| 06/30/99 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 40.67 | | | | 19,402.61 |
| 07/30/99 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 37.51 | | | | 19,440.12 |
| 08/31/99 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 40.09 | | | | 19,480.21 |
| 09/30/99 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 37.66 | | | | 19,517.87 |

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: 87-0421191
For Period Ending: 10/07/99

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753846534 Money Market - Interest Bearing
Blanket Bond (per case limit): $ 200,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |

Account 3753846534

| | | |
|---|---|---|
| Balance Forward | 0.00 | |
| 2 Deposits | 22,635.00 | 2 Checks | 3,401.50 |
| 8 Interest Postings | 284.37 | 0 Adjustments Out | 0.00 |
| | | 0 Transfers Out | 0.00 |
| Subtotal | $ 22,919.37 | Total | $ 3,401.50 |
| 0 Adjustments In | 0.00 | | |
| 0 Transfers In | 0.00 | | |
| Total | $ 22,919.37 | | |

Report Totals

| | | | |
|---|---|---|---|
| Balance Forward | 0.00 | | |
| 53 Deposits | 93,798.95 | 98 Checks | 53,472.72 |
| 18 Interest Postings | 664.87 | 1 Adjustments Out | 122.97 |
| | | 36 Transfers Out | 36,485.91 |
| Subtotal | $ 94,463.82 | Total | $ 90,081.60 |
| 0 Adjustments In | 0.00 | | |
| 36 Transfers In | 36,485.91 | | |
| Total | $ 130,949.73 | Net Total Balance | $ 40,868.13 |

Page: 17