UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**FILED**
**OCT 13 1999**
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

In Re:

International Heritage, Inc.         Case No.: 98-02675-5-ATS

Debtor

### Consent Statement Regarding First Application by Chapter 7 Trustee for Interim Allowance of Commission and Reimbursement of Expenses

The Bankruptcy Administrator, Marjorie K. Lynch, and the Trustee, Holmes P. Harden, hereby agree to the following regarding the First Application by Chapter 7 Trustee for Interim Allowance of Commission and Reimbursement of Expenses in the above case:

The allowance of interim commission as Trustee in the amount of $5,919.07 which amount represents a total reduction of $169.07.

The allowance of expenses as Trustee in the amount of $11,628.39 which amount represents a total reduction of $55.97 for local mileage.

Dated this ____ day of October, 1999

By: _____
Marjorie K. Lynch
Bankruptcy Administrator

By: _____
Holmes P. Harden
Trustee

Copy ret'd 10/13/99 AM