**FILED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

OCT 25

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## ORDER ALLOWING PAYMENT OF
## INTERIM ACCOUNTANT'S FEES AND EXPENSES

THIS MATTER coming before the Court upon application of Holmes P. Harden, Trustee in the above-referenced case, for authority to pay Adams Consulting Group interim accountant's fees in the amount of Twenty-Seven Thousand Four Hundred Thirty-Eight and 59/100 ($27,438.59) representing compensation of fees in the amount of $26,898.50 and reimbursement of expenses in the amount of $540.09 for services rendered from December 1, 1998 through September 1, 1999 as set out in the attached statement, and it appearing to the Court that such fees and expenses are reasonable and necessary, and good cause exists for the allowance of such application,

IT IS THEREFORE ORDERED, adjudged and decreed that Holmes P. Harden, Trustee, be and hereby is authorized to pay Adams Consulting Group the amount of $27,438.59 as accountant's fees and expenses.

DATED: OCT 25 1999

_____
Judge

Recorded in Fee Book 10/25/99

RAL/171285/1

cc: Att Harden 10/25/99 Am

ADAMS
CONSULTING
GROUP, P.A.
Certified Public Accountants and
Business Development Advisors

tel 919.781.3581
fax 919.881.0611

Date: Sep. 21, 1999
Client ID:     1396
Invoice #:    36657

International Heritage, Inc
c/o Mr. Holmes Harden, Trustee
P O Drawer 19764
Raleigh, NC 27619

**Payment:** __Check __Mastercard __Visa    __/__/__ Expiration Date
**Enter amount being paid: $_____**

_____    _____
Card Number                           Cardholder's Signature

**NET DUE UPON RECEIPT---DETACH TOP PORTION AND MAIL WITH PAYMENT**

International Heritage, Inc
Client ID:  1396
Date:  Sep. 21, 1999
Invoice #:     36657

For professional services rendered for bankruptcy estate
for the period of 12/01/98 through 9/20/99

See billing worksheet attached

Total current charges                                    $   27,438.59

Previous balance                                                  0.00
                                                         _____

                        Please pay this amount    $   27,438.59
                                                  ==============

============================================================
**NET DUE UPON RECEIPT**
If paying by check, please make your check payable to:
Adams Consulting Group, P.A.

Accounts with unpaid balances over 30 days old will be charged
finance charges of 18%, per annum.

If you have any questions about your bill, please contact us.
We will be happy to assist you.  Thank you for your business.

Adams Consulting Group, P.A.  •  Certified Public Accountants and Business Development Advisors
3622 Haworth Drive  •  Raleigh, NC 27609  •  tel 919.781.3581  •  fax 919.881.0611

```
9/21/99  1:35 pm                          Cumulative Work In Process                          Page    1
TB System Date:  9/21/99                  Adams Consulting Group, P.A.
                                          Raleigh, NC 27609


Client: 1396  International Heritage, Inc                                        Client FYE: 12/31
Resp. Partner:  52 Holmes Harden
```

Work Performed (Work Code, Desc, Billing Code)

| Employee Name | Emp Ref. Num. | Date | Rate | Hrs/Itms | Amount | Totals | Description |
|---|---|---|---|---|---|---|---|
| 10/01/93 Work In Process Balance | | | | | | 0.00 | |
| **4372 Bankruptcy - Holmes Harden (1055)** | | | | | | | |
| Jessie Chang | 32  289409 | 12/01/98 | 90.00 | 3.80 | 342.00 | | Meeting with bankruptcy trustee, debtor's representative, and attorney for the debtor at debtor's premises. |
| Jeannine Molek | 37  289458 | 12/01/98 | 90.00 | 4.00 | 360.00 | | Meeting with Holmes Harden, Brent Wood & Terri Gardner regarding International Heritage Inc. |
| Jessie Chang | 32  289663 | 12/02/98 | 90.00 | 4.70 | 423.00 | | Travel to debtor's premises and meet with debtor's accounting personnel and special counsel to obtain financial information and documentation necessary for filing tax returns, review prior year financial statement necessary for preparation of corporate tax returns. |
| Craig Adams | 1  290204 | 12/04/98 | 110.00 | 5.10 | 561.00 | | Begin review of records received thus far--primarily prior 3 years tax returns and prior three years audited financial statements and disclosures. Begin list of potential insider activities as a result of review of documents |
| Craig Adams | 1  290205 | 12/04/98 | 110.00 | 2.80 | 308.00 | | Telephone conference with trustee regarding status of case and records to secure/ Go to debtors location to gather records and assure records still needed by atty for debtor are secure. |
| Jessie Chang | 32  290203 | 12/04/98 | 90.00 | 0.80 | 72.00 | | Review additional document forwarded from the trustee necessary for preparation of corporate income tax returns. |
| Craig Adams | 1  290202 | 12/05/98 | 110.00 | 6.60 | 726.00 | | Continue review of records received thus far primarily prior three years tax returns and prior three years financial statements with disclosures and identify numerous potential insider transactions |
| Craig Adams | 1  290422 | 12/07/98 | 110.00 | 2.20 | 242.00 | | Meet with Jennifer Dougherty, computer consultant and Alex Ravenscraft, prior accountanting staff person of IHI working for the estate to get a progress report and assurance of preservantion of documents. Update word files as a result of meeting |
| Craig Adams | 1  290581 | 12/08/98 | 110.00 | 1.20 | 132.00 | | Preparation of unfiled income tax returns |
| Craig Adams | 1  290582 | 12/08/98 | 110.00 | 0.80 | 88.00 | | Review and answer questions regarding 1099 preparation for the 17000 plus Sales Reps |

```
9/21/99  1:35 pm                          Cumulative Work In Process                              Page    2
TB System Date:  9/21/99                   Adams Consulting Group, P.A.
                                                Raleigh, NC 27609
```

Client: 1396  International Heritage, Inc                                                Client FYE: 12/31
Resp. Partner:  52 Holmes Harden

Work Performed (Work Code, Desc, Billing Code)

| Employee Name | Emp Ref. Num. | Date | Rate | Hrs/Itms | Amount | Totals | Description |
|---|---|---|---|---|---|---|---|
| 4372 Bankruptcy - Holmes Harden (1055) (Cont.) | | | | | | | |
| Craig Adams | 1 | 290583 12/08/98 | 110.00 | 0.60 | 66.00 | | Telephone conferences with Alex Ravenscraft regarding status of accessing Great Plains information on main system. Telephone conference with Jenninfer Dougherty regarding getting 1099 information formatted properly |
| Parrish Cindy | 42 | 290580 12/08/98 | 65.00 | 0.60 | 39.00 | | Research on electronic/magnetic media reporting specifically relating to the transmitter control code. |
| Craig Adams | 1 | 291620 12/10/98 | 110.00 | 2.30 | 253.00 | | Conference in Eilers, Jones and Brown office, CPAs for International Heritage. Review prior year workpapers and get copies of workpapers needed to complete income tax returns and to aid trustee. |
| Craig Adams | 1 | 291621 12/10/98 | 110.00 | 2.20 | 242.00 | | Preparation of Federal and NC income tax returns--complex |
| Craig Adams | 1 | 291622 12/10/98 | 110.00 | 0.30 | 33.00 | | Teleconference with trustee and trustee legal assistant regarding meeting with prior accountant and with Jennifer Doherty and Alex Ravenscraft. |
| Craig Adams | 1 | 291623 12/10/98 | 110.00 | 0.30 | 33.00 | | Conference at Mayflower Holding with Jennifer Doherty and Alex Ravenscraft to determine status of information requested. |
| Craig Adams | 1 | 291852 12/11/98 | 110.00 | 0.70 | 77.00 | | Meet at Mayflower Holding with Alex and Stephon to get complete back ups for the entire systems |
| Jeannine Molek | 37 | 291850 12/11/98 | 90.00 | 0.10 | 9.00 | | Determine status of 1099 preparation and year end W-2 preparation. |
| Craig Adams | 1 | 291851 12/12/98 | 110.00 | 3.80 | 418.00 | | Continue to analyze and organize information received thus far to prepare 1998 income tax returns including review of nexus issue with other states |
| Craig Adams | 1 | 291933 12/14/98 | 110.00 | 0.80 | 88.00 | | Conference with Alex and new computer person to again attempt to get complete back up of system |
| Craig Adams | 1 | 291934 12/14/98 | 110.00 | 0.80 | 88.00 | | Preparation of Forms 1099 |
| Jessie Chang | 32 | 291932 12/14/98 | 90.00 | 0.30 | 27.00 | | Review information provided by trustee to determine tax return filing for the parent company International Heritage, Incorporated. |
| Craig Adams | 1 | 293860 12/15/98 | 110.00 | 0.90 | 99.00 | | Various telephone conferences with trustee and my office (from Wilmington) to coordinate information technology specialist present at International Heritage, Inc. |

```
9/21/99  1:35 pm                      Cumulative Work In Process                              Page   3
TB System Date:  9/21/99              Adams Consulting Group, P.A.
                                           Raleigh, NC 27609
```

Client: 1396  International Heritage, Inc                                        Client FYE: 12/31
Resp. Partner:  52 Holmes Harden

Work Performed (Work Code, Desc, Billing Code)

| Employee Name | Emp | Ref. Num. | Date | Rate | Hrs/Itms | Amount | Totals | Description |
|---|---|---|---|---|---|---|---|---|
| 4372 Bankruptcy - Holmes Harden (1055) (Cont.) | | | | | | | | |
| Jessie Chang | 32 | 292876 | 12/15/98 | 90.00 | 2.10 | 189.00 | | Telephone correspondence with NC Employment Security Commission, Paychex's Andy Wilson, and Alex Ravenscraft regarding filing of 1998 third & fourth quarter payroll reports, travel to debtor's premise to obtain third quarter payroll reports. |
| Yenne Sam | 45 | 292875 | 12/15/98 | 125.00 | 1.80 | 225.00 | --- | Help with computer backup to secure information |
| Jessie Chang | 32 | 294091 | 12/16/98 | 90.00 | 0.20 | 18.00 | | Telephone Paychex and NC Employment Security Commission regarding 3rd quarter wage detail information. |
| Yenne Sam | 45 | 294090 | 12/16/98 | 125.00 | 0.80 | 100.00 | | Obtaining information from computer systems and securing the data. |
| Jessie Chang | 32 | 294332 | 12/17/98 | 90.00 | 2.50 | 225.00 | | Review documentation from trustee to abstract information necessary to prepare debtor's parent corporation's corporate income tax return, prepare correspondence with NC Employment Security Commission regarding third quarter wage report. |
| Yenne Sam | 45 | 294330 | 12/17/98 | 125.00 | 1.50 | 187.50 | | Moving of computers and data backup |
| Yenne Sam | 45 | 294331 | 12/17/98 | 125.00 | 1.00 | 125.00 | | Additional work on computer backup and getting Great Plains up and going |
| Jessie Chang | 32 | 294692 | 12/18/98 | 90.00 | 0.80 | 72.00 | | Prepare correspondence to IRS and NCDR regarding 1998 third quarter form 941 and NC-5Q. |
| Craig Adams | 1 | 294690 | 12/19/98 | 110.00 | 1.60 | 176.00 | | Review 3rd quarter wage information to identify potential fraudulent transfers |
| Craig Adams | 1 | 294691 | 12/19/98 | 110.00 | 1.20 | 132.00 | | Review and sign reports and correspondence to attach to 3rd quarter payroll reports including 505(b) attachment |
| Craig Adams | 1 | 294875 | 12/21/98 | 110.00 | 1.70 | 187.00 | | Review copies of workpapers requested from accounting firm as compared to request list. Note items of concern to discuss with trustee |
| Craig Adams | 1 | 294876 | 12/21/98 | 110.00 | 1.30 | 143.00 | | Review correspondence related to safeguarding of data on the K-220 system and on the NT network between the trustee, Van Etten and Brent Wood. Follow up with progress on delivering back ups in accordance with correspondence |
| Yenne Sam | 45 | 294877 | 12/21/98 | 125.00 | 0.50 | 62.50 | | Retrieval of backup of Great Plains data |
| Kelly M. Carter | 17 | 295013 | 12/22/98 | 90.00 | 0.30 | 27.00 | | review info recvd from ttee |
| Yenne Sam | 45 | 295014 | 12/22/98 | 125.00 | 0.60 | 75.00 | | additional work to get Great Plains up and going |
| Craig Adams | 1 | 295495 | 12/28/98 | 110.00 | 2.20 | 242.00 | | Preparation of federal and state income tax returns |

Case 98-02675-5-DMW   Doc 217   Filed 10/25/99   Entered 10/25/99 00:00:00   Page 6 of 15

9/21/99  1:35 pm                                                                                              Page    4
TB System Date:  9/21/99                    Cumulative Work In Process
                                            Adams Consulting Group, P.A.
                                              Raleigh, NC 27609

Client: 1396  International Heritage, Inc                                                        Client FYE: 12/31
Resp. Partner:  52 Holmes Harden

Work Performed (Work Code, Desc, Billing Code)

| Employee Name | Emp | Ref. Num. | Date | Rate | Hrs/Itms | Amount | Totals | Description |
|---|---|---|---|---|---|---|---|---|
| 4372 Bankruptcy - Holmes Harden (1055) (Cont.) | | | | | | | | |
| Craig Adams | 1 | 295496 | 12/28/98 | 110.00 | 5.80 | 638.00 | | Review statment of financial affairs and schedules in preparation for conference with trustee to identify areas of concern in schedules as well as other documents reviewed |
| Craig Adams | 1 | 295508 | 12/29/98 | 110.00 | 5.50 | 605.00 | | Continue review of schedules in preparation for conference with trustee to identify areas of concern to inquire about at 341 meeting |
| Craig Adams | 1 | 295509 | 12/29/98 | 110.00 | 1.80 | 198.00 | | Conference with trustee to discuss areas of concern identified in reviewing debtors documents to inquire about at 341 meeting |
| Craig Adams | 1 | 295657 | 12/30/98 | 110.00 | 0.60 | 66.00 | | Conference with Alex regarding status of GP software info and status of 1099s |
| Jessie Chang | 32 | 296357 | 1/05/99 | 90.00 | 2.40 | 216.00 | | Prepare correspondences with taxing authorities of Virginia, Louisiana, North Carolina, IRS, and Nebraska in response to tax notices. |
| Craig Adams | 1 | 296591 | 1/06/99 | 110.00 | 0.30 | 33.00 | | Telephone conference with Jennifer Doherty regarding status of 1099s |
| Craig Adams | 1 | 296913 | 1/07/99 | 110.00 | 0.50 | 55.00 | | View documents at warehouse. Retrieve blank 1099 forms |
| Craig Adams | 1 | 296914 | 1/07/99 | 110.00 | 2.30 | 253.00 | | Aid in preparation of 1099s (approximately 7000 to be issued) |
| Kelly M. Carter | 17 | 296917 | 1/07/99 | 90.00 | 0.50 | 45.00 | | review and sign letters to various tax authorities |
| Jessie Chang | 32 | 296915 | 1/07/99 | 90.00 | 4.60 | 414.00 | | Telephone conversation with Alex Ravenscraft regarding his questions on Form 1099 filing, research filing requirement for payment to Canadian payees, conference with Alex Ravenscraft regarding retrieving data from GreatPlain accounting program and info needed for filing Form 1099, conference with Jennifer regarding status of 1099 info for the reps, review and inventory two boxes of documentation received from the trustee's office necessary for tax return preparation. |
| Williams Gretchen | 47 | 296916 | 1/07/99 | 35.00 | 0.60 | 21.00 | | Preparation of documents to begin tax return |
| Williams Gretchen | 47 | 296923 | 1/07/99 | 35.00 | 0.60 | 21.00 | | Continue preparation of documents to begin tax return |
| Craig Adams | 1 | 297119 | 1/08/99 | 110.00 | 0.40 | 44.00 | | tele conference with Holmes regarding problems with program printing 1099s and possible solutions |

```
9/21/99  1:35 pm                           Cumulative Work In Process                                Page   6
TB System Date:  9/21/99                   Adams Consulting Group, P.A.
                                                  Raleigh, NC 27609
```

Client: 1396  International Heritage, Inc                                                    Client FYE: 12/31
Resp. Partner: 52 Holmes Harden

Work Performed (Work Code, Desc, Billing Code)

| Employee Name | Emp Ref. Num. | Date | Rate | Hrs/Itms | Amount | Totals | Description |
|---|---|---|---|---|---|---|---|
| 4372 Bankruptcy - Holmes Harden (1055) (Cont.) | | | | | | | |
| Kelly M. Carter | 17  301071 | 1/21/99 | 95.00 | 0.10 | 9.50 | | determine if returns are due and extensions needed yet |
| Jessie Chang | 32  301070 | 1/21/99 | 95.00 | 3.40 | 323.00 | | Determine the number of 1099 envelops needed, costs, shipping method and costs, and ordered from Safeguard, resolve the issue regarding issuing 1099 to Porshe winner and bonus to former VPs, prepare letter to debtor's attorney Terri Gardner to clarify above information. |
| Craig Adams | 1  301225 | 1/22/99 | 120.00 | 0.60 | 72.00 | | Meet with Alex Ravenscraft to help secure all preference and insider documets. |
| Craig Adams | 1  301226 | 1/22/99 | 120.00 | 0.40 | 48.00 | | Contact computer consultant to get computer system moved |
| Craig Adams | 1  301227 | 1/22/99 | 120.00 | 1.30 | 156.00 | | Preparation of 1998 1099s for other than sales representatives |
| Craig Adams | 1  301228 | 1/22/99 | 120.00 | 0.40 | 48.00 | | Telephone conference with Terry Gardner regarding 1099 information needed to complete |
| Jessie Chang | 32  301224 | 1/22/99 | 95.00 | 0.60 | 57.00 | | Conference with Alex Ravenscraft regarding searching and securing 12 months bank statement, cancelled checks and invoices necessary for preference analysis, Alex discussed that former employees raised question that W-2 amount may be in error. |
| Jeannine Molek | 37  301229 | 1/22/99 | 90.00 | 0.20 | 18.00 | | Call from Ms. Dougherty regarding 1099's. |
| Craig Adams | 1  302055 | 1/25/99 | 120.00 | 2.20 | 264.00 | | Aid in preparation of 1099s |
| Jessie Chang | 32  302057 | 1/25/99 | 95.00 | 2.70 | 256.50 | | Preparation of 1998 Form 1099s for post-petition disbursements for bankruptcy trustee in progress, including getting recipients' ss# and address, follow up on pending questions for Form 1099 filing for pre-petition non-sales representative recipients. |
| Jessie Chang | 32  302056 | 1/27/99 | 95.00 | 0.40 | 38.00 | | Provide Jennier Doherty the rest of 1099 recipient information necessary to prepare Form 1099, inform ex-employee about using Form 4852 in case of W-2 incorrect. |
| Kelly M. Carter | 17  302190 | 1/28/99 | 95.00 | 0.30 | 28.50 | | respond to IRS notice |
| Jessie Chang | 32  302338 | 1/29/99 | 95.00 | 1.30 | 123.50 | | Preparation of transmittal letters to IRS Memphis Center, IRS Special Procedure at Greensboro, and NC Employment Security Commission to file 1998 4th quarter Form 941, 1998 form 940-EZ, and NC form NCUI-101. |

```
9/21/99  1:35 pm                              Cumulative Work In Process                              Page    7
TB System Date:  9/21/99                      Adams Consulting Group, P.A.
                                              Raleigh, NC 27609
```

Client: 1396  International Heritage, Inc                                                    Client FYE: 12/31
Resp. Partner: 52 Holmes Harden

Work Performed (Work Code, Desc, Billing Code)

| Employee Name | Emp | Ref. Num. | Date | Rate | Hrs/Itms | Amount | Totals | Description |
|---|---|---|---|---|---|---|---|---|
| 4372 Bankruptcy - Holmes Harden (1055) (Cont.) | | | | | | | | |
| Jeannine Molek | 37 | 302339 | 1/29/99 | 90.00 | 1.50 | 135.00 | | Preparation of year end 1099's and transmittal letters. Set up client information in Creative Solutions. |
| Craig Adams | 1 | 302337 | 1/30/99 | 120.00 | 1.40 | 168.00 | | Review and sign 4th quarter 1998 forms 941,940 and NCUI 101 and attach 505(b) correspondence |
| Jeannine Molek | 37 | 302495 | 2/01/99 | 90.00 | 0.20 | 18.00 | | Check on status of 1099's and mail |
| Craig Adams | 1 | 302861 | 2/03/99 | 120.00 | 0.60 | 72.00 | | Inquiry from NY sales tax assessor's office regarding sales tax reports/ Respond to inquiry from trustee regarding potential refunds listed in schedules |
| Jessie Chang | 32 | 302862 | 2/03/99 | 95.00 | 1.00 | 95.00 | | Telephone conference with Ms. Laura Liberio of New York State Department of Tax & Finance regarding sales tax liability inquiry, review Statement of Financial Affairs and other tax documentation regarding infomation needed by the State of New York, telephone conference with Alex Ravenscraft regarding the validity of the amount of overpayment to IRS of $60,000 per Summary of Schedules and of $26,697 per Paychex-prepared 4th quarter 941 per request of the trustee concerning potential refunds available. |
| Jessie Chang | 32 | 303267 | 2/04/99 | 95.00 | 0.20 | 19.00 | | Ex-employee Annitte Davis called regarding not getting a W-2 since she had a change of address, copy and mail one to her. |
| Jessie Chang | 32 | 303951 | 2/09/99 | 95.00 | 0.30 | 28.50 | | Prepare cover letter to IRS for filing post-petition 1998 Form 1096/1099. |
| Kelly M. Carter | 17 | 304374 | 2/11/99 | 95.00 | 0.20 | 19.00 | | letter to ttee regarding info needed |
| Wilson Sharon | 100 | 304373 | 2/11/99 | 40.00 | 0.30 | 12.00 | | Tax authorities correspondence |
| Craig Adams | 1 | 305961 | 2/18/99 | 120.00 | 0.70 | 84.00 | | Review numerous correspondence from taxing authorities |
| Jeannine Molek | 37 | 306782 | 2/24/99 | 95.00 | 0.10 | 9.50 | | Work on tax extension. |
| Jeannine Molek | 37 | 306783 | 2/24/99 | 95.00 | 0.20 | 19.00 | | Try to determine if secured claims will be repaid. (for Mayflower Capital, LLC). |
| Craig Adams | 1 | 308354 | 3/03/99 | 120.00 | 2.20 | 264.00 | | Per request from trustee and trustee council begin review Great Plains reports for insider acitivity |
| Wilson Sharon | 100 | 308353 | 3/03/99 | 40.00 | 0.30 | 12.00 | | Generate requested reports from Great Plains for review. |
| Craig Adams | 1 | 309332 | 3/05/99 | 120.00 | 2.60 | 312.00 | | Begin review of voluminous reports generated by Great Plains software to aid trustee in identifying insider activity |
| Yenne Sam | 45 | 309333 | 3/05/99 | 110.00 | 5.20 | 572.00 | | Review of insider activity in Great Plains data per trustee request. |

9/21/99  1:35 pm  
TB System Date: 9/21/99

Cumulative Work In Process  
Adams Consulting Group, P.A.  
Raleigh, NC 27609

Page      8

Client: 1396  International Heritage, Inc  
Resp. Partner: 52  Holmes Harden

Client FYE: 12/31

Work Performed (Work Code, Desc, Billing Code)

| Employee Name | Emp Ref. Num. | Date | Rate | Hrs/Itms | Amount | Totals | Description |
|---|---|---|---|---|---|---|---|
| 4372 Bankruptcy - Holmes Harden (1055) (Cont.) | | | | | | | |
| Craig Adams | 1   309633 | 3/08/99 | 120.00 | 1.10 | 132.00 | | Review amended Statement of Financial Affairs and Schedules in preparation of providing information to trustee regarding insider information |
| Craig Adams | 1   309634 | 3/08/99 | 120.00 | 2.10 | 252.00 | | Pull numerous reports for trustee and trustee council from Great Plains Software to aid in insider activity analysis |
| Craig Adams | 1   310199 | 3/09/99 | 120.00 | 3.30 | 396.00 | | Continue to pull reports requested by trustee from Great Plains software to aid insider analysis |
| Wilson Sharon | 100   310200 | 3/09/99 | 40.00 | 1.80 | 72.00 | | Print reports for CA from Great Plains |
| Jeannine Molek | 37   311748 | 3/12/99 | 95.00 | 0.60 | 57.00 | | Set up client in Prosystem and prepare federal and state extensions (for the NC company). |
| Jeannine Molek | 37   311749 | 3/12/99 | 95.00 | 0.60 | 57.00 | | Set up company in Prosystem for Nevada corporation and prepare federal and state extensions. |
| Jeannine Molek | 37   312129 | 3/15/99 | 95.00 | 0.40 | 38.00 | | RE-RUN EXTENSIONS. |
| Craig Adams | 1   312655 | 3/17/99 | 120.00 | 0.20 | 24.00 | | Review correspondence from Texas Comptroller related to their estimated claim of $275,000. Discuss with trustee |
| Jessie Chang | 32   317135 | 3/26/99 | 95.00 | 0.20 | 19.00 | | Assist with ex-employee Shelly Sanders's telephone request to get a copy of her W-2 (we mailed her twice and she said she still did not receive it) |
| Wilson Sharon | 100   325693 | 4/14/99 | 40.00 | 0.10 | 4.00 | | Fax W-2 to Shelly Sanders per her request |
| Wilson Sharon | 100   327849 | 4/20/99 | 40.00 | 2.30 | 92.00 | | Review and prioritize voluminous notices for various types of taxes for Alabama, Arizona, Arkansas, Colorado, Georgia, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Minnesota, Mississippi, New York, North Carolina, Pennsylvania, Rhode Island, Tennessee, Utah, Vermont, Wisconsin, Wyoming |
| Jessie Chang | 32   328401 | 4/21/99 | 95.00 | 0.10 | 9.50 | | Assist NC Emp. Security Commission's Mr. Nelson telephone inquiry regarding payroll records for Edward P. Carey. |
| Wilson Sharon | 100   328402 | 4/21/99 | 40.00 | 2.00 | 80.00 | | Review and prioritize voluminous notices for various types of taxes for AL, AR, AK, Canada, CO, CT, DC, FL, GA, HA, IO, IL, IN, KS, KY, LA, MA, MD, MS, Nebraska, Nevada, NY, NC, PA, NC, RI, SC, TN, TX, UT, VT, VA, WV, WS, WY |
| Jessie Chang | 32   329122 | 4/22/99 | 95.00 | 2.40 | 228.00 | | Review check register records in Great Plains and telephone conference with Alex Ravenscraft to determine who wrote the 5-million-dollar check for bond during 4/98 through 6/98. |

9/21/99  1:35 pm                               Cumulative Work In Process                                      Page    9
TB System Date: 9/21/99                         Adams Consulting Group, P.A.
                                                    Raleigh, NC 27609

Client: 1396  International Heritage, Inc                                                               Client FYE: 12/31
Resp. Partner: 52 Holmes Harden

Work Performed (Work Code, Desc, Billing Code)

| Employee Name | Emp Ref. Num. | Date | Rate | Hrs/Itms | Amount | Totals | Description |
|---|---|---|---|---|---|---|---|
| 4372 Bankruptcy - Holmes Harden (1055) (Cont.) | | | | | | | |
| Craig Adams | 1  329121 | 4/23/99 | 120.00 | 1.10 | 132.00 | | Review activity in general ledger per request to determine if bond was paid by IHI |
| Jessie Chang | 32  329501 | 4/23/99 | 95.00 | 6.80 | 646.00 | | Retrieve and review General ledger details in Great Plains to trace any records of 5-million-dollar for bonding; review and prioritize volumnous tax notices from IRS and various states. |
| Jeannine Molek | 37  329123 | 4/23/99 | 95.00 | 0.40 | 38.00 | | GET AN OVERVIEW OF GREAT PLAINS ACCOUNTING, IN ORDER TO BE ABLE TO PRINT REPORTS AS NEEDED. |
| Jessie Chang | 32  329967 | 4/26/99 | 95.00 | 3.40 | 323.00 | | Telephone conference with Ms. Priscilla Smith at the IRS Raleigh Office regarding various tax notices regarding Form 941 for 6/30/98, 9/30/98, 12/31/98, Form 940 for 1998, IRS Summon issued to Southtrust Bank that got mailed back by SouthTrust, research and fax to Ms. Priscilla various items requested by her, including a list of IHI's officers/directors, copies of 941 and 940, banking information related to payroll; Respond to IRS notice Form 4598 dated 2/16/99 regarding former employee Cheryl Jones not receving W-2. |
| Craig Adams | 1  330249 | 4/27/99 | 120.00 | 0.70 | 84.00 | | Review of general ledger activity for numerous bank accounts looking for transaction(s) to indicate whether bond was paid from IHI |
| Craig Adams | 1  330250 | 4/27/99 | 120.00 | 0.60 | 72.00 | | Review correspondence from state of Texas regarding various months unfiled sales tax reports. Discuss with trustee correspondence from Texas regarding unfiled sales tax reports. |
| Jessie Chang | 32  330251 | 4/27/99 | 95.00 | 1.00 | 95.00 | | Prepare letter responding to IRS notice dated 4/12/99 regarding 1998 Form 940 liabilities, review tax notices from Alabama and prepare letter reponding to Alabama Sales/Use tax returns delinquent notices. |
| Craig Adams | 1  330544 | 4/28/99 | 120.00 | 0.20 | 24.00 | | Correspondence to IRS and State of Alabama |
| Craig Adams | 1  330545 | 4/28/99 | 120.00 | 1.20 | 144.00 | | Review and respond to notices from Internal Revenue Service, State of SC regarding tax returns unfiled, Wyoming regarding sales tax deliquency payment, Michigan regarding sales tax due, Idaho regarding withholding notice, Vermont regarding sales and use tax due. |

```
9/21/99  1:35 pm                              Cumulative Work In Process                            Page   10
TB System Date: 9/21/99                        Adams Consulting Group, P.A.
                                                   Raleigh, NC 27609
```

Client: 1396  International Heritage, Inc                                                Client FYE: 12/31
Resp. Partner:  52 Holmes Harden

Work Performed (Work Code, Desc, Billing Code)

| Employee Name | Emp Ref. Num. | Date | Rate | Hrs/Itms | Amount | Totals | Description |
|---|---|---|---|---|---|---|---|
| 4372 Bankruptcy - Holmes Harden (1055) (Cont.) | | | | | | | |
| Craig Adams | 1  330627 | 4/29/99 | 120.00 | 0.30 | 36.00 | | Correspondence with P Tyler regarding Texas unfiled sales tax reports |
| Wilson Sharon | 100  330859 | 4/29/99 | 40.00 | 0.20 | 8.00 | | Prepare outgoing mail |
| Craig Adams | 1  330772 | 5/03/99 | 120.00 | 0.20 | 24.00 | | Tele conference with Joan Fleming of the FBI |
| Craig Adams | 1  331219 | 5/06/99 | 120.00 | 2.80 | 336.00 | | Prepare for conference with Joan Fleming and Garry Mlot of the Federal Bureau of Investigation and the Department of Justice. Conference here with them (actual conference 1.9 hours) They asked that Jessie and I both attend conference. |
| Jessie Chang | 32  331240 | 5/06/99 | 95.00 | 0.60 | 57.00 | | Review and assemble copies of document requested by FBI, telephone conference with Alex Ravenscraft regarding getting info from storage to do preference analysis. |
| Jessie Chang | 32  331241 | 5/06/99 | 95.00 | 2.00 | 190.00 | | Conference with Ms. Joan Fleming of FBI and Mr. Garry Mlot of US Attorney's office |
| Wilson Sharon | 100  331288 | 5/06/99 | 40.00 | 1.80 | 72.00 | | Organize and assemble documents requested by Joan Fleming of the FBI |
| Jessie Chang | 32  333640 | 5/12/99 | 95.00 | 1.80 | 171.00 | | Written response to IRS Notice Form 4598 regarding Gary Raser's W-2, continue reviewing and prioritzing tax notices from various States. |
| Craig Adams | 1  333740 | 5/13/99 | 120.00 | 0.20 | 24.00 | | Respond to IRS inquiry regarding incorrect wage information on a W-2 prepared by Paychex |
| Craig Adams | 1  334051 | 5/17/99 | 120.00 | 0.10 | 12.00 | | Review correspondence from Mr. Van Etten to State of Connecticut regarding sales tax assessment |
| Kelly M. Carter | 17  334064 | 5/17/99 | 95.00 | 0.40 | 38.00 | | resolve issue with employee's w-2 |
| Kelly M. Carter | 17  338014 | 6/01/99 | 95.00 | 1.00 | 95.00 | | review tax notices from various states to determine response, if any |
| Grimshaw B. Susan | 105  338565 | 6/02/99 | 55.00 | 4.40 | 242.00 | | Correspondence to various taxing authorities regarding delinquent tax notices |
| Grimshaw B. Susan | 105  338954 | 6/03/99 | 55.00 | 0.40 | 22.00 | | Correspondence to various taxing authorities regarding delinquent tax notices |
| Grimshaw B. Susan | 105  339289 | 6/04/99 | 55.00 | 1.40 | 77.00 | | Correspondence to various taxing authorites regarding delinquent tax notices |
| Kelly M. Carter | 17  339499 | 6/07/99 | 95.00 | 2.50 | 237.50 | | assist with tax notices responses; review and sign responses |
| Grimshaw B. Susan | 105  339565 | 6/07/99 | 55.00 | 0.80 | 44.00 | | Correspondence to various taxing authorities regarding delinquent tax notices |
| Kelly M. Carter | 17  340012 | 6/08/99 | 95.00 | 0.10 | 9.50 | | update ttee on status of work in process |

Client: 1396 International Heritage, Inc                                                                      Client FYE: 12/31
Resp. Partner: 52 Holmes Harden

Work Performed (Work Code, Desc, Billing Code)

| Employee Name | Emp Ref. Num. | Date | Rate | Hrs/Itms | Amount | Totals | Description |
|---|---|---|---|---|---|---|---|
| 4372 Bankruptcy - Holmes Harden (1055) (Cont.) | | | | | | | |
| Kelly M. Carter | 17  340569 | 6/09/99 | 95.00 | 0.20 | 19.00 | | respond to former employee re:1998 W-2 |
| Kelly M. Carter | 17  341691 | 6/17/99 | 95.00 | 0.50 | 47.50 | | respond to notice re: 1099 discrepancy |
| Gabrielson Roxanne | 43  341798 | 6/21/99 | 95.00 | 0.50 | 47.50 | | conversation w/Linda Smith at The Employment Securities Commission regarding a former employee Edward Carey - faxed earnings sheet as prepared by PayCheck |
| Gabrielson Roxanne | 43  342002 | 6/22/99 | 95.00 | 0.40 | 38.00 | | review accounting tasks that need to be completed |
| Kelly M. Carter | 17  342783 | 6/24/99 | 95.00 | 0.10 | 9.50 | | assistance with preparation of tax returns |
| Gabrielson Roxanne | 43  343509 | 7/01/99 | 95.00 | 0.30 | 28.50 | | call from/to Brenda Carter at the Mississippi Tax Commission re: trustee attorney address |
| Gabrielson Roxanne | 43  343723 | 7/02/99 | 95.00 | 0.50 | 47.50 | | call from North Carolina Employers Security Commission regarding unemployment filings from former employees |
| Gabrielson Roxanne | 43  344676 | 7/09/99 | 95.00 | 0.40 | 38.00 | | Call from Mississippi Tax Commission regarding tax return filings |
| Grimshaw B. Susan | 105  350612 | 8/02/99 | 55.00 | 0.20 | 11.00 | | Research to determine filing requirements for W-2s, 1099 and 941 due on 1/31/99 |
| Craig Adams | 1  351285 | 8/05/99 | 120.00 | 0.20 | 24.00 | | Review correspondence from trustee to Brent Wood |
| Gabrielson Roxanne | 43  351541 | 8/06/99 | 95.00 | 0.50 | 47.50 | | review work needed to be completed for 1998 |
| Craig Adams | 1  353889 | 8/17/99 | 120.00 | 0.30 | 36.00 | | Review trustees 6-30-99 report |
| Gabrielson Roxanne | 43  354720 | 8/18/99 | 95.00 | 1.50 | 142.50 | | begin work for 1998 tax returns |
| Craig Adams | 1  356555 | 9/02/99 | 120.00 | 4.80 | 576.00 | | Preparation of 1998 tax return (complex) including telephone conversations with trustee and prior accountant to get additional information. Review voluminous trial balance and determine most efficient way to complete |
| Donna McNeal | 4  356564 | 9/02/99 | 65.00 | 0.20 | 13.00 | | Review information to determine additional information--call to trustee regarding same. |
| Jeannine Molek | 37  356586 | 9/02/99 | 95.00 | 0.20 | 19.00 | | Run reports in Great Plains to aid in the preparation of the tax returns. |
| Gabrielson Roxanne | 43  356596 | 9/02/99 | 95.00 | 6.30 | 598.50 | | retrieve information from Great Plains; begin adjusting journal entries and postings necessary to complete 1998 corporate tax return |
| Williams Gretchen | 47  356609 | 9/02/99 | 35.00 | 1.50 | 52.50 | | pick up some disketts and tried to load to prosystems |
| Craig Adams | 1  356660 | 9/03/99 | 120.00 | 0.20 | 24.00 | | Preparation of 12-31-98 tax return |
| Craig Adams | 1  356661 | 9/03/99 | 120.00 | 0.10 | 12.00 | | Tele with Gary Malot regarding request for information |

```
9/21/99  1:35 pm                                                                                    Page    12
TB System Date:  9/21/99                    Cumulative Work In Process
                                           Adams Consulting Group, P.A.
                                              Raleigh, NC 27609
```

Client: 1396  International Heritage, Inc                                              Client FYE: 12/31
Resp. Partner: 52 Holmes Harden

Work Performed (Work Code, Desc, Billing Code)

| Employee Name | Emp Ref. Num. | Date | Rate | Hrs/Itms | Amount | Totals | Description |
|---|---|---|---|---|---|---|---|
| 4372 Bankruptcy - Holmes Harden (1055) (Cont.) | | | | | | | |
| April Gillespie | 5  356674 | 9/03/99 | 95.00 | 0.50 | 47.50 | | Determine items to be disclosed on tax return-depreciation and atty transactions not available to us. |
| Gabrielson Roxanne | 43  356686 | 9/03/99 | 95.00 | 7.80 | 741.00 | | Prepare adjusting journal entries necessary to prepare the corporate tax return; Locate depreciation for 1998; locate Brent Wood Trust income and expenses needed to complete 1998 corporate tax return. |
| Craig Adams | 1  356774 | 9/07/99 | 120.00 | 3.90 | 468.00 | | Code and summarize receipts and disbursements from Brent Woods trust accounts activities that he maintained for IHI and incorporate into tax return |
| Craig Adams | 1  356775 | 9/07/99 | 120.00 | 0.30 | 36.00 | | tele conference with trustee regarding Kara corporation and the concern over id # on the bankruptcy filing |
| Gabrielson Roxanne | 43  356781 | 9/07/99 | 95.00 | 6.00 | 570.00 | | begin preparation of adjusting journal entries necessary to prepare the corporate tax return for 1998 |
| Gabrielson Roxanne | 43  357076 | 9/08/99 | 95.00 | 5.90 | 560.50 | | finish the preparation of adjusting journal entries; reconcile trial balance and begin the preparation of the 1998 corporate tax return |
| Craig Adams | 1  357283 | 9/09/99 | 120.00 | 1.60 | 192.00 | | Begin set up of schedules to do the preference analysis |
| Gabrielson Roxanne | 43  357307 | 9/09/99 | 95.00 | 7.70 | 731.50 | | Continue preparation of 1998 corporate tax return |
| Yenne Sam | 45  357313 | 9/09/99 | 110.00 | 0.90 | 99.00 | | Reconstruct voluminous records to determine if preference analysis of benefit to estate |
| Gabrielson Roxanne | 43  357435 | 9/10/99 | 95.00 | 4.50 | 427.50 | | review tax return and complete schedules and attachments for 1998 corporate tax return |
| Craig Adams | 1  358091 | 9/13/99 | 120.00 | 2.80 | 336.00 | | Partner review and sign 1998 federal and NC corporate income tax returns and attached 505(b) correspondence |
| April Gillespie | 5  358099 | 9/13/99 | 95.00 | 3.80 | 361.00 | | review 1998 tax returns, revise 8275 stm, correct 1998 tax returns. |
| Gabrielson Roxanne | 43  358115 | 9/13/99 | 95.00 | 2.50 | 237.50 | | continue preparation of coporate tax return for 1998 |
| Williams Gretchen | 47  358137 | 9/13/99 | 35.00 | 1.10 | 38.50 | | preparation documents for taxing authories related to 98 tax returns including 505(b) corrspondence |
| Williams Gretchen | 47  358142 | 9/13/99 | 35.00 | 1.20 | 42.00 | | preparation documents for taxing authories related to 98 tax returns including 505(b) correspondence |
| Gabrielson Roxanne | 43  358430 | 9/14/99 | 95.00 | 1.20 | 114.00 | | review processed out corporation returns for Inc and Incorporated for accuracy |
| Craig Adams | 1  358917 | 9/17/99 | 120.00 | 1.20 | 144.00 | | Preparation of invoice |

Client: 1396 International Heritage, Inc                                                                                               Client FYE: 12/31
Resp. Partner: 52 Holmes Harden

Work Performed (Work Code, Desc, Billing Code)

| Employee Name | Emp Ref. Num. | | Date | Rate | Hrs/Itms | Amount | Totals | Description |
|---|---|---|---|---|---|---|---|---|
| 4372 Bankruptcy - Holmes Harden (1055) (Cont.) | | | | | | | | |
| Yenne Sam | 45 | 358940 | 9/17/99 | 110.00 | 2.20 | 242.00 | | printed monthly financial statments and started preference analysis |
| Craig Adams | 1 | 358979 | 9/20/99 | 120.00 | 0.60 | 72.00 | | Retrieve financial information for Gary Mallot at US attorney office |
| Subtotal for work code 4372 | | | | | 271.00 | | 26,898.50 | |
| BANKEXP2 Bankruptcy expenses - Harden (BANKEXP) | | | | | | | | |
| NAA | 30 | 291571 | 12/04/98 | 1.20 | 1.00 | 1.20 | | Postage |
| NAA | 30 | 294720 | 12/11/98 | 0.32 | 1.00 | 0.32 | | Postage |
| NAA | 30 | 294766 | 12/21/98 | 0.20 | 9.00 | 1.80 | | copies |
| NAA | 30 | 295022 | 12/21/98 | 4.22 | 1.00 | 4.22 | | Postage |
| NAA | 30 | 295033 | 12/23/98 | 0.20 | 52.00 | 10.40 | | Copies |
| NAA | 30 | 299896 | 1/15/99 | 0.20 | 14.00 | 2.80 | | copies |
| NAA | 30 | 300586 | 1/20/99 | 94.38 | 1.00 | 94.38 | | postage for W2's |
| NAA | 30 | 301526 | 1/27/99 | 0.20 | 6.00 | 1.20 | | copies |
| NAA | 30 | 302618 | 2/01/99 | 17.43 | 1.00 | 17.43 | | certified postage |
| NAA | 30 | 302648 | 2/02/99 | 0.20 | 18.00 | 3.60 | | copies |
| NAA | 30 | 303531 | 2/05/99 | 0.20 | 10.00 | 2.00 | | copies |
| NAA | 30 | 304616 | 2/11/99 | 2.98 | 1.00 | 2.98 | | postage |
| NAA | 30 | 304614 | 2/15/99 | 0.20 | 6.00 | 1.20 | | copies |
| NAA | 30 | 309220 | 3/08/99 | 0.20 | 50.00 | 10.00 | | copies |
| NAA | 30 | 309224 | 3/08/99 | 0.55 | 1.00 | 0.55 | | NY Sales Tax - Postage |
| NAA | 30 | 310129 | 3/09/99 | 0.20 | 3.00 | 0.60 | | copies |
| NAA | 30 | 312005 | 3/15/99 | 0.20 | 2.00 | 0.40 | | copies |
| NAA | 30 | 320003 | 4/01/99 | 0.20 | 1.00 | 0.20 | | copies |
| NAA | 30 | 330045 | 4/27/99 | 1.21 | 1.00 | 1.21 | | postage |
| NAA | 30 | 330300 | 4/28/99 | 0.20 | 13.00 | 2.60 | | copies |
| Williams Gretchen | 47 | 330668 | 4/30/99 | 0.20 | 7.00 | 1.40 | | copies |
| Williams Gretchen | 47 | 330846 | 5/03/99 | 0.20 | 7.00 | 1.40 | | copies |
| Williams Gretchen | 47 | 331282 | 5/06/99 | 0.20 | 33.00 | 6.60 | | copies |
| Williams Gretchen | 47 | 334124 | 5/17/99 | 0.20 | 1.00 | 0.20 | | copies |
| Sullivan Wonza | 103 | 340111 | 6/03/99 | 0.20 | 44.00 | 8.80 | | copies |
| Sullivan Wonza | 103 | 340092 | 6/08/99 | 0.20 | 11.00 | 2.20 | | copies |
| Sullivan Wonza | 103 | 356699 | 9/03/99 | 0.20 | 2.00 | 0.40 | | copies |
| Williams Gretchen | 47 | 358138 | 9/13/99 | 0.20 | 215.00 | 43.00 | | copies |
| Williams Gretchen | 47 | 358139 | 9/13/99 | 135.00 | 1.00 | 135.00 | | computer charge (Internation Heritage Incorporated) |
| Williams Gretchen | 47 | 358140 | 9/13/99 | 135.00 | 1.00 | 135.00 | | computer charge (Internation Heritage, Inc.) |
| Williams Gretchen | 47 | 358141 | 9/13/99 | 0.20 | 235.00 | 47.00 | | copies |
| Subtotal for work code BANKEXP2 | | | | | 749.00 | | 540.09 | |
| Ending Work In Process Balance | | | | | | | 27,438.59 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: )
)
INTERNATIONAL HERITAGE, INC. ) CASE NO. 98-02675-5-ATS
) CHAPTER 7
)
)
Debtor. )

## FIRST INTERIM APPLICATION FOR PAYMENT OF ACCOUNTANT'S FEES AND EXPENSES

NOW COMES Holmes P. Harden, Trustee in the above-referenced case, and applies to the Court for authority to pay Adams Consulting Group interim accountant's fees and expenses in the amount of Twenty-Seven Thousand Four Hundred Thirty-Eight and 59/100 ($27,438.59) representing compensation in the amount of $26,898.50 and reimbursement of necessary expenses in the amount of $540.09 for services rendered from December 1, 1998 through September 20, 1999. A copy of the accountant's bill is attached to this Application. In the opinion of the Trustee, such interim accountant's fees and expense reimbursement are reasonable and just.

Respectfully submitted, this 27th day of September 1999.

Holmes P. Harden
Trustee for Debtor
N. C. State Bar No. 9835
3200 Beechleaf Court
Post Office Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

RAL/171283/1