U.S. Bankruptcy Court for the Eastern District of North Carolina
U.S. BANKRUPTCY COURT, PO BOX 1441, RALEIGH, NC 27602-1441

In Re a *Petition for Relief under chapter 7 of Title 11, U.S. Code*, filed by or against the below-named Debtor(s) on November 25, 1998:
DEBTOR:   INTERNATIONAL HERITAGE, INC. of 2626 GLENWOOD AVE., #200, RALEIGH NC 27608,   SSAN: NA        TAX ID: 56-1921093

FILED    CASE NO. 98-02675-5-ATS

OCT 25 1999                      ORDER AND NOTICE
                                 BY THE COURT
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

NOTICE OF TELEPHONE CONFERENCE

NOTICE IS HEREBY GIVEN that a telephone conference will be conducted involving the following parties at the indicated telephone numbers:

A. Thomas Small, Bankruptcy Judge - (919)856-4604
Holmes P. Harden                    919/981-4000
Marjorie Lynch                      252/237-6854

as indicated below:

    DATE:  November 1, 1999
    TIME:  10:30 A.M.

to discuss and act upon the following matters:

1. First Application by Ch. 7 Trustee for Interim Allowance of Commission and Reimbursement of Expenses filed September 27, 1999.

2. First Application for Interim Compensation for Services Rendered by Attorney for Trustee filed September 27, 1999.

NOTICE IS FURTHER GIVEN THAT Holmes P. Harden will initiate the telephone conference. The cost of the call will be the responsibility of the initiating party. The operator shall be instructed to call the Judge last.

DATED:    OCT 25 1999

                                        PEGGY B. DEANS
                                        CLERK OF COURT



U.S. Bankruptcy Court for the Eastern District of North Carolina
U.S. BANKRUPTCY COURT, PO BOX 1441, RALEIGH, NC 27602-1441

In Re a *Petition for Relief under chapter 7 of Title 11, U.S. Code*, filed by or against the below-named Debtor(s) on November 25, 1998:
DEBTOR:   INTERNATIONAL HERITAGE, INC. of 2626 GLENWOOD AVE., #200, RALEIGH NC 27608,   SSAN: NA          TAX ID: 56-1921093

CASE NO. **98-02675-5-ATS**

**ORDER AND NOTICE
BY THE COURT**

CERTIFICATE OF MAILING

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that a copy of the attached document was mailed in a postage prepaid envelope addressed to the following at their respective addresses, by placing said envelope in the regular mail in Raleigh, NC, on this date.

DATED:  OCT 25 1999

_____
DEPUTY CLERK

INTERNATIONAL HERITAGE, INC.
2626 GLENWOOD AVE., #200
RALEIGH, NC 27608

,

Terri L. Gardner
PO Drawer 1389
Raleigh, NC 27602

Holmes P. Harden
P.O. Box 17169
Raleigh, NC 27619

Marjorie Lynch
Bankruptcy Administrator