**FILED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

NOV 1 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

### Order Allowing Interim Fees

This matter comes on for consideration upon the Attorney for Trustee's First Application for Interim Compensation from November 30, 1998 through September 22, 1999 and Reimbursement of Expenses from November 30, 1998 through August 31, 1999 and Trustee's First Application for Interim Commission and Reimbursement of Expenses from November 30, 1998 through August 31, 1999, and Notice mailed to creditors in this case and the court having considered the factors affecting the interim compensation requested, it is ordered that the following interim fees and expenses be, and they hereby are allowed:

_____ Trustee

| | |
|---|---|
| Attorney for Trustee interim fees | $70,567.75 |
| Attorney for Trustee interim expenses | $    219.23 |
| Trustee Interim Commission | $  5,919.07 |
| Trustee's Interim Expenses | 11,628.39 |

SO ORDERED.

Dated: NOV 0 1 1999

_____
United States Bankruptcy Judge

RAL/63097/1
Recorded In Fee Book 11/1/99 am

U.S. Bankruptcy Court for the Eastern District of North Carolina
U.S. BANKRUPTCY COURT, PO BOX 1441, RALEIGH, NC 27602-1441

In Re a *Petition for Relief under chapter 7 of Title 11, U.S. Code*, filed by or against the below-named Debtor(s) on November 25, 1998:

DEBTOR:   **INTERNATIONAL HERITAGE, INC.** of 2626 GLENWOOD AVE., #200, RALEIGH NC 27608,   SSAN: NA          TAX ID: 56-1921093

CASE NO. **98-02675-5-ATS**

ORDER AND NOTICE
BY THE COURT

CERTIFICATE OF MAILING

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that a copy of the attached document was mailed in a postage prepaid envelope addressed to the following at their respective addresses, by placing said envelope in the regular mail in Raleigh, NC, on this date.

DATED:    NOV 0 1 1999

_____
DEPUTY CLERK

INTERNATIONAL HERITAGE, INC.
2626 GLENWOOD AVE., #200
RALEIGH, NC 27608

,

Terri L. Gardner
PO Drawer 1389
Raleigh, NC 27602

Holmes P. Harden
P.O. Box 17169
Raleigh, NC 27619

Marjorie Lynch
Bankruptcy Administrator