## SETTLEMENT AGREEMENT

FILED

NOV 2 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

This Settlement Agreement entered into this ____ day of June, 1999, by and among Holmes P. Harden, Chapter 7 Trustee of International Heritage, Inc. and International Heritage, Incorporated ("Harden"), Stanley H. Van Etten ("Van Etten"), Mayflower Holdings, Inc., Mayflower Venture Capital, LLC, Mayflower Aviation, LLC, Mayflower Capital, LLC, and Mayflower Hunt Club (the "Mayflower Companies");

Whereas, Van Etten and some of the Mayflower Companies have asserted certain claims in the International Heritage, Inc. and International Heritage, Incorporated bankruptcy cases pending in the United States Bankruptcy Court for the Eastern District of North Carolina;

Whereas, Harden believes that certain claims may exist against Van Etten and the Mayflower Companies, including but not limited to avoidance actions;

Whereas, Van Etten and the Mayflower Companies deny that any claims exist against them and for the benefit of Harden;

Whereas, Harden, Van Etten and the Mayflower Companies desire to resolve any and all claims among them, without admitting or denying any liability;

Now therefore, in exchange for valuable consideration, including the mutual covenants contained herein, and without admitting or denying any liability, the parties agree as follows:

1.  Harden shall release Van Etten and the Mayflower Companies from any and all claims and causes of action accrued through the date of this Settlement Agreement;

2.  Van Etten and the Mayflower Companies will waive any and all claims against International Heritage, Inc., International Heritage, Incorporated (the "Debtors"), property of the Debtors, Holmes P. Harden, Trustee and their agents, attorneys, successors or assigns relating to the Debtors accrued through the date of this Settlement Agreement, including, but not limited to claims of contribution or indemnification; provided, however, that Van Etten shall retain the right to assert claims against the insurance proceeds from TIG and Executive Risk and Harden shall retain the right to object to such claims;

3.  Van Etten and the Mayflower Companies shall assign their rights and interests in the bond posted in the action filed by the Securities and Exchange Commission in the United States District Court for the Northern District of Georgia, and the bond collateral, including any bond reversion interests to Harden;

4.  Van Etten shall transfer all unencumbered and currently owned shares of common stock and options of International Heritage, Incorporated, a Nevada Corporation, including but not limited to 361,022 shares of stock and 5,541,800 options, to Harden;

5.  Van Etten and the Mayflower Companies shall enter into a Consent Judgment or Consent Judgments in an adversary proceeding(s) to be brought by Harden to avoid any and all security interests in the Debtors' assets;

6. Van Etten shall verify a final set of Statement of Financial Condition, including Exhibits, prepared pursuant to the request of the Securities and Exchange Commission and submit the same to Harden;

7. Van Etten will agree to cooperate with the Trustee in the administration of the Debtors' estates, including but not limited to giving testimony, attending hearings, mediations or other judicial proceedings; if requested by Van Etten or his counsel, the Trustee shall issue a subpoena requiring Van Etten's attendance, testimony, etc.; Van Etten agrees that service of said subpoena on his counsel Brent E. Wood, via telecopier, shall constitute good service, and if requested, Wood shall execute an acceptance of service for same;

8. Van Etten shall assign any and all rights he or any company with which he is affiliated has or may have against BTI relating to the marketing of BTI long distance calling cards;

9. Van Etten and the Mayflower Companies shall verify that the only inventory, equipment, furniture or fixtures he or they may have in their possession, which was transferred to them by the Debtors by way of set off prior to the Debtors' petition date is the property contained within the list attached as Exhibit A; Harden reserves the right to seek the recovery of any property: (a) transferred to Van Etten and/or the Mayflower Companies by the Debtors by way of set-off prior to the Debtors' petition date and (b) not disclosed within Exhibit A;

10. Van Etten shall cooperate with Harden or his counsel in preparing for avoidance actions against third parties including, but not limited to the giving of testimony regarding the solvency/insolvency of the Debtors; Van Etten or his counsel may request that his attendance or testimony be produced by subpoena; Van Etten's counsel, Brent E. Wood, will accept, and has authority to accept, service of such subpoena;

11. Van Etten shall withdraw his objection to the Trustee's Application to Enter into Stipulation and Consent to Final Judgment of Permanent Injunction; however, Van Etten will not withdraw his objection to the Trustee's waiver of the Debtors' attorney-client privilege; Furthermore, Van Etten will not waive his attorney-client privilege; Van Etten will waive argument relating to his objection to the Trustee's waiver of the attorney-client privilege; and

12. This agreement is contingent upon a corresponding settlement between Van Etten and the Securities and Exchange Commission and a settlement between the Securities and Exchange Commission and the Debtors which have been approved by both the Bankruptcy Court and the Securities and Exchange Commission.

_____
Mayflower Holdings, Inc., by
Stanley H. Van Etten, authorized agent

_____
Holmes P. Harden
Chapter 7 Trustee for
International Heritage, Inc. and
International Heritage, Incorporated

_____
Mayflower Venture Capital, LLC, by
Stanley H. Van Etten, authorized agent

_____
Mayflower Aviation, LLC, by
Stanley H. Van Etten, authorized agent

_____
Mayflower Capital, LLC, by
Stanley H. Van Etten, authorized agent

_____
Mayflower Hunt Club, by
Stanley H. Van Etten, authorized agent

_____
Brent E. Wood
Attorney for Stanley H. Van Etten

_____
Stanley H. Van Etten

f:\wp\ihi-bk.settlement1.doc

3

Stan Van Etten
Asset Purchase
(Mayflower)

**Furniture**

| Qty | Description | Cost | Extended Cost |
|---|---|---|---|
| 1 | 2 Drawer Mahogany Standard File | $170.00 | $ 170.00 |
| 1 | Wooden Plant Stand | $ 20.00 | $ 20.00 |
| 4 | Potted Natural Plants | $ 15.00 | $ 60.00 |
| 1 | Silk Plant | $ 15.00 | $ 15.00 |
| 1 | Mahogany End table | $ 95.00 | $ 95.00 |
| 1 | Mahogany Coffee Table | $100.00 | $ 100.00 |
| 1 | 32" Mahogany Cabinet | $125.00 | $ 125.00 |
| 4 | Desk Lamps | $ 40.00 | $ 160.00 |
| 1 | 5 Shelf Wooden Bookcase | $150.00 | $ 150.00 |
| 1 | 3-Shelf Wooden Bookcase | $100.00 | $ 100.00 |
| 3 | Wooden Bookshelves with Cabinets | $175.00 | $ 525.00 |
| 6 | 2 Drawer Mahogany Lateral File | $185.00 | $ 1,110.00 |
| 1 | Bulletin Board | $ 5.00 | $ 5.00 |
| 6 | Framed Prints | $ 30.00 | $ 180.00 |
| 1 | Printer Stand | $ 25.00 | $ 25.00 |
| 1 | Table Lamp | $ 5.00 | $ 5.00 |
| 8 | Wooden Blinds | $ 80.00 | $ 640.00 |
| 2 | 52" Metal 4 Drawer Lateral File Cabinets | $200.00 | $ 400.00 |

| | | | |
|---|---|---|---|
| | SUBTOTAL | | $ 3,885.00 |
| | TOTAL (ALL CATEGORIES) | | $ 3,885.00 |
| | | | $ 21,676.50 |
| | | | $ 183.00 |
| | | | $ 325.00 |
| | | | $ 26,069.50 |


EXHIBIT A

| DEBTOR(S) (LAST NAME FIRST) AND ADDRESS(ES) | PARTY REQUESTING INFORMATION OR COPIES | FILED 8390 |
|---|---|---|
| International Heritage, Inc.<br>2626 Glenwood Ave., Ste. 200<br>Raleigh, NC 27608 | James T. Johnson<br>1305 Navaho Drive<br>PO Box 17529<br>Raleigh, NC 27619-17529 | 1999 OCT 18 AM 11: 24<br>FOR FILING OFFICER |

**X (1) INFORMATION REQUEST:** Filing Officer please furnish certificate showing whether there is on file as of the date and hour stated therein, any effective Financing Statement, or any Statement of Assignment thereof, naming the above debtor, give the date and hour of filing of each such statement and the names and addresses of each party named therein. The undersigned party further agrees to pay to the Filing Officer, upon receipt of the above certificate, the statutory fee for each Financing Statement and each Statement of Assignment reported on the certificate.

ELAINE F. MARSHALL
SECRETARY OF STATE
NORTH CAROLINA  10/15/99
(SIGNATURE OF REQUESTING PARTY)   (DATE)

| FILE NO. | DATE AND HOUR OF FILING | NAME AND ADDRESS OF SECURED PARTY |
|---|---|---|
| | **PRINT OUT ATTACHED**<br>**14 PAGE/S** | ACSTAR INSURANCE CO.<br>233 Main Street<br>New Britain, CT 06050-2350 |

The undersigned Filing Officer hereby certifies that the above listing is a record of all presently effective Financing Statements and Statements of Assignment which name the above debtor, and which are on file in my office as of _____, 19___ at ____ M.

Additional fee required $ _____ Dated this _____ day of _____, A.D. 19___
(SIGNATURE OF FILING OFFICER)

☐ (2) a ☐ COPY REQUEST: Filing Officer please furnish exact copies of all presently effective Financing Statements and Statements of Assignments Naming the above debtor, which are on file with your office. Upon receipt of these copies, the undersigned party agrees to pay to the Filing Officer the statutory fee for such copies.
 b ☐ SPECIFIC COPY REQUEST: Filing Officer please furnish exact copies of the Financing Statements listed below.

(SIGNATURE OF REQUESTING PARTY)   (DATE)

| FILE NO. | DATE AND HOUR OF FILING | NAME AND ADDRESS OF SECURED PARTY |
|---|---|---|
| | | |
| | | |
| | | |

The undersigned Filing Officer hereby certifies that the attached _____ sheets are true and exact copies of all presently effective Financing Statements and Statement of Assignment which name the above debtor and which are on file in my office as of _____, 19___ at ____ M.
Dated this _____ day of _____, A.D. 19___
Additional fee required $ _____
(SIGNATURE OF FILING OFFICER)

Standard Form Approved by Secretary of State of North Carolina
UCC-11
**(1) TO BE RETURNED WITH INFORMATION OR COPIES**



**Debtor**   Commercial
     Name: INTERNATIONAL HERITAGE INC                         Country: US

Address1: 2626 GLENWOOD AVE          Address2: SUITE 200
     City: RALEIGH          State: NC     Zip: 27608-     County:

**Filing Id:** 199859480     **Filing Date:**   08/24/1998 04:02 PM   **Expiration Date:** 08/24/2003 12:00 A

**Secured Party(s)**

1.     Name: UBS ZUERICH
       Name2:
       Address1: BAHNHOFSTRASSE 45
       Address2: POSTFACH CH 4021
            City: ZURICH          State: XX     Zip: XXXXX-     Country: XX
       Secured Party                              Commercial

**Debtor**
Commercial
Name: INTERNATIONAL HERITAGE INC

| | |
|---|---|
| Address1: 2626 GLENWOOD AVE | Address2: #200 |
| City: RALEIGH    State: NC | Zip: 27608-    County: |

**Filing Id:** 199876182    **Filing Date:** 10/15/1998 10:00 AM    **Expiration Date:** 10/15/2003 12:00 A

**Secured Party(s)**

1.   Name: LOIS COONC
     Name2:
     Address1: PO BOX 699
     Address2:
         City: LACONNER        State: WA    Zip: 98257-        Country: US
     Secured Party                                Personal

**Debtor**
*Commercial*
Name: INTERNATIONAL HERITAGE INC

| | | | | |
|---|---|---|---|---|
| Address1: 2626 GLENWOOD AVE | | | Address2: #200 | |
| City: RALEIGH | State: NC | Zip: 27608- | County: | Country: US |

**Filing Id:** 199876184    **Filing Date:** 10/15/1998 10:00 AM    **Expiration Date:** 10/15/2003 12:00 A

**Secured Party(s)**

1. Name: J C FAULHABER
   Name2:
   Address1: 925 SOUTH 4TH
   Address2:
   City: LACONNER    State: WA    Zip: 98257-    Country: US
   Secured Party    Personal

**Debtor** *Commercial*

Name: INTERNATIONAL HERITAGE INC

Address1: 2626 GLENWOOD AVE                Address2: SUITE 200

City: RALEIGH            State: NC    Zip: 27608-        County:        Country: US

**Filing Id:** 199876185    **Filing Date:**    10/15/1998 10:00 AM    **Expiration Date:** 10/15/2003 12:00 A

**Secured Party(s)**

1.    Name: MAYFLOWER CAPITAL LLC
      Name2:
      Address1: 2626 GLENWOOD AVE
      Address2: SUITE 100
          City: RALEIGH        State: NC    Zip: 27608-        Country: US
      Secured Party                    Commercial

Commercial   Country: US

Name: INTERNATIONAL HERITAGE INC

Address1: 2626 GLENWOOD AVE          Address2: #200

City: RALEIGH          State: NC          Zip: 27608-          County:

**Filing Id:** 199876183     **Filing Date:** 10/15/1998 10:00 AM   **Expiration Date:** 10/15/2003 12:00 A

**Secured Party(s)**

1.  Name: JEAN WEDIN
    Name2:

    Address1: PO BOX 1600
    Address2:

    City: LACONNER          State: WA          Zip: 98257-          Country: US
    Secured Party                                    Personal

**Debtor** *Commercial*
Country: US
Name: INTERNATIONAL HERITAGE INC

Address1: 2626 GLENWOOD AVE          Address2: #200
City: RALEIGH          State: NC          Zip: 27608-          County:

**Filing Id:** 199876181     **Filing Date:** 10/15/1998 10:00 AM     **Expiration Date:** 10/15/2003 12:00 A

### Secured Party(s)

1.  Name: PAMELA JOHNSON
    Name2:
    Address1: 18488 BEST ROAD
    Address2:
    City: MOUNT VERNON          State: WA          Zip: 98273-          Country: US
    Secured Party                                                Personal

Commercial                                          Country: US
Name: INTERNATIONAL HERITAGE INC

Address1: 2626 GLENWOOD AVE          Address2: STE 200
City: RALEIGH          State: NC          Zip: 27608-          County:

| Filing Id: 1346396 | Filing Date: 06/04/1996 08:00 AM | Expiration Date: 06/04/2001 12:00 A |

**Secured Party(s)**

1.   Name: COECO
     Name2:
     Address1: 2525 ATLANTIC AVENUE
     Address2:
           City: RALEIGH          State: NC          Zip: 27604-          Country: US
     Secured Party          Full                                 Commercial

2.   Name: BUSINESS CREDIT LEASING
     Name2:
     Address1: 115 W COLLEGE DR
     Address2:
           City: MARSHALL          State: MN          Zip: 56258-          Country: US
     Assignee          Partial                                 Commercial

| Filing Id: 1450793 | Filing Date: 04/15/1997 09:30 AM | Expiration Date: 04/15/2002 12:00 A |

**Secured Party(s)**

1.   Name: COECO
     Name2:
     Address1: 2525 ATLANTIC AVENUE
     Address2:
           City: RALEIGH          State: NC          Zip: 27604-          Country: US
     Secured Party          Full                                 Commercial

2.   Name: BUSINESS CREDIT LEASING
     Name2:
     Address1: 115 WEST COLLEGE DRIVE
     Address2:
           City: MARSHALL          State: MN          Zip: 56258-          Country: US
     Assignee          Partial                                 Commercial

| Filing Id: 199829036 | Filing Date: 05/27/1998 11:57 AM | Expiration Date: 05/27/2003 12:00 A |

**Secured Party(s)**

1.   Name: STANLEY H VAN ETTEN
     Name2:
     Address1: 10504 TREDWOOD DR
     Address2:
           City: RALEIGH          State: NC          Zip: 27613-          Country: US
     Secured Party                                            Personal

**Debtor** *Commercial*

Name: INTERNATIONAL HERITAGE INC

Address1: 2626 GLENWOOD AVE        Address2: STE 200
City: RALEIGH        State: NC        Zip: 27608-        Country: US        County:

**Filing Id:** 199829755        Filing Date: 05/28/1998 03:38 PM        Expiration Date: 05/28/2003 12:00 A

**Secured Party(s)**
1.  Name: JEWELS BY EVONNE INC
    Name2:
    Address1: 1879 BUFORD HWY
    Address2: SUITE 7
    City: BUFORD        State: GA        Zip: 30518-        Country: US
    Secured Party                        Commercial

**Filing Id:** 199845152        Filing Date: 07/14/1998 04:09 PM        Expiration Date: 07/14/2003 12:00 A

**Secured Party(s)**
1.  Name: MAYFLOWER CAPITAL LLC
    Name2:
    Address1: 2626 GLENWOOD AVENUE
    Address2: SUITE 100
    City: RALEIGH        State: NC        Zip: 27608-        Country: US
    Secured Party                        Commercial

10/20/99

| Amendment Filing Id | Filing Date | Page Count | Status | Filing Id Applied | Amendment Type |
|---|---|---|---|---|---|
| 199878418 | 10/21/98 12:00 AM | 0 | Verified | 199845152 | Termination |

**Filing Id:** 199859479        Filing Date: 08/24/1998 04:01 PM        Expiration Date: 08/24/2003 12:00 A

**Secured Party(s)**
1.  Name: CENTRUM BANK AG
    Name2: VADUZ
    Address1: POSTFOCH 1168
    Address2:
    City: HEILIGKREUZ 8        State: XX        Zip: XXXXX-        Country: XX
    Secured Party                        Commercial

**Filing Id:** 199859481        Filing Date: 08/24/1998 04:02 PM        Expiration Date: 08/24/2003 12:00 A

**Secured Party(s)**
1.  Name: EMIL SCHATZ ST GALLEN
    Name2:
    Address1: OBERHOFSTETTENSTRASSE 67C
    Address2:
    City: SAINT GALLEN        State: XX        Zip: CH  -9012        Country: XX
    Secured Party                        Commercial

10/20/99

| Amendment Filing Id | Filing Date | Page Count | Status | Filing Id Applied | Amendment Type |
|---|---|---|---|---|---|
| 199879423 | 10/26/98 12:00 AM | 0 | Verified | 199859481 | Termination |

Debtor Commercial Country: US
Name: INTERNATIONAL HERITAGE INC

Address1: 2626 GLENWOOD AVE          Address2: STE 200
City: RALEIGH          State: NC          Zip: 27608-          County:

**Filing Id:** 199859482    **Filing Date:** 08/24/1998 04:03 PM    **Expiration Date:** 08/24/2003 12:00 A

**Secured Party(s)**

1. Name: ACCURATE TREUHAND UND REVISIONS AG VADUZ
   Name2:
   Address1: ABUNDT 36
   Address2:
   City: VADUZ          State: XX          Zip: FL -9490          Country: XX
   Secured Party                              Commercial

10/20/99

| Amendment Filing Id | Filing Date | Page Count | Status | Filing Id Applied | Amendment Type |
|---|---|---|---|---|---|
| 199879425 | 10/26/98 12:00 AM | 0 | Verified | 199859482 | Termination |

**Filing Id:** 199859483    **Filing Date:** 08/24/1998 04:04 PM    **Expiration Date:** 08/24/2003 12:00 A

**Secured Party(s)**

1. Name: MARECO TREUHAND ANSTALT
   Name2:
   Address1: SCHLOSSWEG 24
   Address2:
   City: BALZERS          State: XX          Zip: FL -9496          Country: XX
   Secured Party                              Commercial

10/20/99

| Amendment Filing Id | Filing Date | Page Count | Status | Filing Id Applied | Amendment Type |
|---|---|---|---|---|---|
| 199879424 | 10/26/98 12:00 AM | 0 | Verified | 199859483 | Termination |

**Filing Id:** 199859484    **Filing Date:** 08/24/1998 04:05 PM    **Expiration Date:** 08/24/2003 12:00 A

**Secured Party(s)**

1. Name: SCHWEIZERISCHE HYPOTHEKEN UND
   Name2: HANDELSBANK ZURICH
   Address1: BAHNHOFSTRASSE SCHUTZENGASSE 4
   Address2:
   City: ZURICH          State: XX          Zip: CH -8023          Country: XX
   Secured Party                              Commercial

**Filing Id:** 199859485    **Filing Date:** 08/24/1998 04:07 PM    **Expiration Date:** 08/24/2003 12:00 A

**Secured Party(s)**

1. Name: SCHWEIZER VERBAND DER RAIFFEISENBANKEN
   Name2: ST GALLEN
   Address1: VADIANSTRASSE 17
   Address2:
   City: ST GALLEN          State: XX          Zip: CH -9000          Country: XX
   Secured Party                              Commercial

**Debtor** *Commercial*
Country: US
Name: INTERNATIONAL HERITAGE INC

Address1: 2626 GLENWOOD AVE          Address2: STE 200
City: RALEIGH          State: NC          Zip: 27608-          County:

**Filing Id:** 199859486    **Filing Date:** 08/24/1998 04:07 PM    **Expiration Date:** 08/24/2003 12:00 A

### Secured Party(s)

1.     Name: UBS AG ZURICH DIREKTION
   Name2: BAHNHOFSTRASSE 45
   Address1: POSTFACH
   Address2:
   City: ZURICH          State: XX          Zip: CH  -8021          Country: XX
   Secured Party                                    Commercial

10/20/99

| Amendment Filing Id | Filing Date | Page Count | Status | Filing Id Applied | Amendment Type |
|---|---|---|---|---|---|
| 199879422 | 10/26/98 12:00 AM | 0 | Verified | 199859486 | Termination |

Debtor Commercial

Name: INTERNATIONAL HERITAGE INC

Address1: 2626 GLENWOOD AVE #200     Address2:
City: RALEIGH     State: NC     Zip: 27608-     County:     Country: US

**Filing Id:** 199876180     Filing Date:     10/15/1998 03:42 PM     Expiration Date: 10/15/2003 12:00 A

**Secured Party(s)**

1. Name: GARY D MCDOWELL
   Name2:
   Address1: 1138 ASCOTT VALLEY DR
   Address2:
   City: DULUTH     State: GA     Zip: 30097-     Country: US
   Secured Party     Personal

Debtor Commercial

Name: INTERNATIONAL HERITAGE INC

Address1: 2626 GLENWOOD AVE #200           Address2:
City: RALEIGH           State: NC           Zip: 27608-           County:           Country: US

**Filing Id:** 199876179       **Filing Date:** 10/15/1998 03:41 PM       **Expiration Date:** 10/15/2003 12:00 A

**Secured Party(s)**

1. Name: ADVANCED EQUITIES
   Name2:
   Address1: PO BOX 1042
   Address2:
   City: WINNFIELD           State: LA           Zip: 71483-           Country: US
   Secured Party                                              Commercial

**Debtor** Commercial    Country: US

Name: INTERNATIONAL HERITAGE INC

Address1: 2626 GLENWOOD AVENUE    Address2:

City: RALEIGH    State: NC    Zip: 27608-    County:

**Filing Id:** 1286307    Filing Date:    11/30/1995 08:00 AM    Expiration Date: 11/30/2000 12:00 A

**Secured Party(s)**

1. Name: EOS FINANCIAL SERVICES
   Name2:
   Address1: 2525 ATLANTIC AVENUE
   Address2:
   City: RALEIGH    State: NC    Zip: 27604-    Country: US
   Secured Party    Full    Commercial

2. Name: BUSINESS CREDIT LEASING
   Name2:
   Address1: 115 W COLLEGE DRIVE
   Address2:
   City: MARSHALL    State: MN    Zip: 56258-    Country: US
   Assignee    Partial    Commercial

| | |
|---|---|
| Debtor Commercial | |
| Name: INTERNATIONAL HERITAGE INCORPORATED | |
| Address1: 2626 GLENWOOD AVENUE | Address2: SUITE 120 |
| City: RALEIGH    State: NC    Zip: 27608- | County: |

| | | | |
|---|---|---|---|
| **Filing Id:** 1255059 | Filing Date: 08/18/1995 08:00 AM | Expiration Date: 08/18/2000 12:00 A | |

**Secured Party(s)**

1. Name: EOS FINANCIAL SERVICES
   Name2:
   Address1: PO BOX 1839
   Address2:
   City: RALEIGH    State: NC    Zip: 27602-    Country: US
   Secured Party    Full    Commercial

2. Name: BUSINESS CREDIT LEASING
   Name2:
   Address1: 115 WEST COLLEGE DRIVE
   Address2:
   City: MARSHALL    State: MN    Zip: 56258-    Country: US
   Assignee    Partial    Commercial

The undersigned filing officer her certifies that the above listing is a record of all presently effective financing statements and statements of assignment which name the above debtors (s) and which are filed and indexed in my office as of July 03, 1967 through (Latest Indexed Date) at 5:00 p. m.  Presently effective financing statements of assignment filed but not indexed on or after 10/18/1999 at 5:00 p.m are not included within this record, pursuant to G.S. 25-9-407 (2). My acceptance for filing and custody of these documents in no way confirms, denies, or implies validity, legal effect, or enforceability of the attached documents.  The Department of the North Carolina Secretary of State and the undersigned filing officer assumes no responsibility for the accuracy of the contents of this record.

        Elaine F. Marshall
        North Carolina Department of the
        Secretary of State

DATE: 10/20/99    By: E. Blue
        Research Officer

10/20/99