**FILED**

**AMENDED CERTIFICATE OF SERVICE**

NOV 03 1999

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

I, James T. Johnson, Post Office Box 17529, Raleigh, North Carolina 27619-7529, certify:

That I am, and all times hereinafter mentioned was, more than eighteen (18) years of age:

That on the 3rd day of November, 1999, I served copies of the foregoing objection to claims and notice of objection on the creditors named therein and, if known, their counsel of record, at the following addresses:

Marjorie K. Lynch
Bankruptcy Administrator
United States Bankruptcy Court
300 Fayetteville Street Mall
Post Office Box 3039
Raleigh, North Carolina 27602-3039

Michael P. Flanagan
Ward and Smith, P.A.
120 West Fire Tower Road
Post Office Box 8088
Greenville, North Carolina 27835-8088
Attorneys for ACSTAR

LEWIS & ROBERTS, P.L.L.C.

BY: _____
James T. Johnson
State Bar No.: 19087
Post Office Box 17529
Raleigh, North Carolina 27619-7529
Telephone: (919) 981-0191

00061907.WPD