U.S. Bankruptcy Court for the Eastern District of North Carolina
U.S. BANKRUPTCY COURT, PO BOX 1441, RALEIGH, NC 27602-1441

In Re a *Petition for Relief under chapter 7 of Title 11, U.S. Code*, filed by or against the below-named Debtor(s) on November 25, 1998:
DEBTOR:   **INTERNATIONAL HERITAGE, INC.** of **2626 GLENWOOD AVE., #200, RALEIGH NC 27608**, SSAN: NA          TAX ID: 56-1921093

CASE NO. 98-02675-5-ATS

FILED
NOV 4 1999
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

ORDER AND NOTICE
BY THE COURT

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing in said cause will be held:

DATE:  December 2, 1999
TIME:  09:00 A.M.
PLACE:
UNITED STATES BANKRUPTCY COURT
U.S. COURTHOUSE & P.O. BLDG., ROOM 208, 300 FAYETTEVILLE ST. MALL, RALEIGH, NC

to consider and act on the following matters:

Trustee's Verified Objection to Acstar's Amended Proof of Claim filed November 2, 1999.

and to transact all other business as may properly come before the court.

DATED:
NOV 0 4 1999

PEGGY B. DEANS
CLERK OF COURT



U.S. Bankruptcy Court for the Eastern District of North Carolina
U.S. BANKRUPTCY COURT, PO BOX 1441, RALEIGH, NC 27602-1441

In Re a *Petition for Relief under chapter 7 of Title 11, U.S. Code*, filed by or against the below-named Debtor(s) on November 25, 1998:
DEBTOR:   INTERNATIONAL HERITAGE, INC. of 2626 GLENWOOD AVE., #200, RALEIGH NC 27608,   SSAN: NA       TAX ID: 56-1921093

CASE NO. 98-02675-5-ATS

ORDER AND NOTICE
BY THE COURT

CERTIFICATE OF MAILING

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that a copy of the attached document was mailed in a postage prepaid envelope addressed to the following at their respective addresses, by placing said envelope in the regular mail in Raleigh, NC, on this date.

DATED:     NOV 0 4 1999         _____
                                         DEPUTY CLERK

INTERNATIONAL HERITAGE, INC.
2626 GLENWOOD AVE., #200
RALEIGH, NC 27608

,

Terri L. Gardner
PO Drawer 1389
Raleigh, NC  27602

Holmes P. Harden
P.O. Box 17169
Raleigh, NC  27619

Marjorie K. Lynch
Bankruptcy Administrator

James A. Roberts
James T. Johnson
Post Office Box 17529
Raleigh, NC  27619-7529

Michael P. Flanagan
Post Office Box 8088
Greenville, NC  27835-8088