FILED
NOV 22 [1999]
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

In re:  )
              )   NO. 98-02675-5-ATS
International Heritage, Inc.,  )
              )   **REQUEST FOR SPECIAL NOTICE**
              Debtor,  )
              )

TO: THE DEBTOR, CLERK OF THE COURT and CHAPTER 7 TRUSTEE:

You are hereby given notice that by order of the Bankruptcy Court for the Western District of Washington at Seattle, Virginia Andrews Burdette has been appointed Trustee on behalf of the bankruptcy estate of Jeffrey and Shelly Langness, creditors herein.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the undersigned counsel at the address indicated below.

DATED this ___ day of November, 1999.

Virginia Andrews Burdette
Trustee, WSBA17921

Request for Special Notice

ANDREWS • BURDETTE
PO Box 47
Mukilteo, WA 98275
Telephone: (425) 787-9082
Facsimile: (425) 745-1420

copy re'd 11/22/99 Am

# UNITED STATES BANKRUPTCY COURT
### Western District of Washington

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines, Notice of Ex Parte Motion to Dismiss if Debtor Fails to Appear at the Sec. 341 Meeting, and Notice of Appointment of Trustee

**A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 06/17/99.**

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the Bankruptcy Clerk's Office at the address listed below.

NOTE: The staff of the Bankruptcy Clerk's Office cannot give legal advice.

### See Reverse Side For Important Explanations & Notices

Debtor(s) (name(s) and address):
Jeffery G Langness
fdba Mortgage Exchange Investments Inc
Primewest Development

20067 Gina Marie Ln
Burlington, WA 98233

Shelly K Langness

| Case Number: | Social Security/Taxpayer ID Nos.: |
|---|---|
| 99 - 07213 | 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 |
| | 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 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| David E Vis | Virginia A Burdette |
| 805 Dupont St #1 | PO Box 47 |
| Bellingham, WA 98225-3197 | Mukilteo, WA 98275 |
| Telephone number: 360-733-5150 | Telephone number: |

### Meeting of Creditors:

Date: July 27, 1999     Time: 09:30 am     Location: Bellingham Federal Bldg
104 W Magnolia
2nd Floor Courtroom
Bellingham, WA 98225

### Deadlines:

Papers must be *received* by the Bankruptcy Clerk's Office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
**09/27/99**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays (prohibits) certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

**DO NOT FILE A PROOF OF CLAIM UNLESS YOU RECEIVE A NOTICE TO DO SO.**

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| 315 Park Place Bldg | Clerk of the Bankruptcy Court: Mark L Hatcher |
| 1200 6th Ave | |
| Seattle, WA 98101 | This Case has been Assigned to Judge: Samuel J Steiner |
| Telephone number: 206-553-7545 | |
| Hours Open: Monday - Friday 8:30 AM - 4:30 PM | Date: 06/25/99 |

Document No.: 4-1