

EXHIBIT D

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

INTERNATIONAL HERITAGE,      )      CASE NO. 98-02675-5-ATS
INC.                         )           CHAPTER 7
                             )
INTERNATIONAL HERITAGE       )      CASE NO. 98-02674-5-ATS
INCORPORATED,                )           CHAPTER 7
          Debtors            )

## AFFIDAVIT

Robert H. Frazer, being duly sworn, deposes and says that:

1. I am Vice-President of and General Counsel to ACSTAR Insurance Company ("ACSTAR") and as such am authorized by law to make this Affidavit.

2. I have read the matters stated below, and the matters stated below are true of my own knowledge except those matters stated upon information and belief, and, as to those, I believe them to be true.

3. I am familiar with the books and records of ACSTAR as they relate to the matters described below.

4. Subsequent to an Order dated July 1, 1998 from the United States District Court for the Northern District of Georgia, Atlanta Division, Three Million Five Hundred Thousand and No/100 Dollars ($3,500,000.00) was transferred to ACSTAR from the Clerk of Court for the United States District Court for the Northern District of Georgia, Atlanta Division as collateral for a surety bond issued by ACSTAR on behalf of International Heritage, Inc. and International Heritage Incorporated, a Nevada Corporation (collectively "IHI"). The Three Million Five Hundred Thousand and No/100 Dollars ($3,500,000.00) will be referred to herein as the "INVESTED FUNDS."

5. The INVESTED FUNDS were invested as follows:

| Purchase Date | Purchased Investment | Cost | Percentage Yield to Maturity | Maturity Date |
|---|---|---|---|---|
| 7/31/98 | Winnebago | $119,248.00 | 4.000% | 02/02/02 |
| 7/15/98 | Putnam | $325,605.00 | 4.000% | 04/01/02 |
| 7/10/98 | Maricopa Co. | $335,499.00 | 4.000% | 07/01/02 |
| 7/28/98 | Parkland | $1,104,730.00 | 3.850% | 09/01/01 |
| 7/30/98 | State Pub. Sch. | $275,451.00 | 4.000% | 04/01/02 |
| 7/15/98 | Wissahickon | $500,450.00 | 4.050% | 05/15/01 |
| 7/14/98 | Fort Worth | $548,060.00 | 3.750% | 04/01/00 |
| 7/29/98 | Missouri Assoc. | $290,957.00 | 4.001% | 04/01/02 |
|  |  | $3,500,000.00 | 3.900% |  |

A true and perfect photocopy of the purchase Confirmation statements received by ACSTAR from Salomon Smith Barney which correspond to the INVESTED FUNDS is attached hereto and incorporated herein by reference as "Exhibit A."

6. On information and belief, ACSTAR has liquidated Putnam and Maricopa bonds on October 21, 1999 to pay $600,000 settlement, attorney fees and costs, will liquidate State Pub Sch. and Wissahickon bonds in 90 days to pay $750,000 settlement, attorney fees and costs, will liquidate in 180 days Fort Worth and Missouri Assoc. bonds to pay $750,000 settlement, attorney fees and costs and will in 270 days liquidated Winnebago and Parkland bonds to pay portion of $2,000,000 settlement.

7. ACSTAR agrees it will not assert investment expenses as an offset to the income earned on the invested funds.

2

8. Affiant says nothing further.

This the 21 day of Oct., 1999.

_____
Robert H. Frazer

Sworn to and subscribed before me,

this 21ST day of October, 1999.

_____
Natalie P. Sihpol
Notary Public

My Commission Expires:

NATALIE P. SIHPOL
NOTARY PUBLIC
990138-0001-001
MY COMMISSION EXPIRES SEP. 30, 2003

| Purchase Date | Investment | Cost | % Yield |
|---|---|---:|---:|
| 7/31/98 | Winnebago | 119,248 | 4.000% |
| 7/15/98 | Putnam | 325,605 | 4.000% |
| 7/10/98 | Maricopa Co. | 335,499 | 4.000% |
| 7/28/98 | Parkland | 1,104,730 | 3.850% |
| 7/30/98 | State Pub. Sch. | 275,451 | 4.000% |
| 7/15/98 | Wissahickon | 500,450 | 4.050% |
| 7/14/98 | Fort Worth | 548,060 | 3.750% |
| 7/29/98 | Missouri Assoc. | 290,957 | 4.001% |
| | | 3,500,000 | 3.900% |

"EXHIBIT A"

Your Broker/Dealer is                                                                                                                   Confirmation

SMITH BARNEY INC
LONG WHARF MARITIME
545 LONG WHARF DR
NEW HAVEN, CT 06511

A Member of *Travelers Group*

Account Number:        577-07179-1-5-028
Financial Consultant:  VINCENT CRUDO, PATRICK DUFF
                       203-772-3970

Page 1 of 1

ACSTAR INSURANCE CO                    #1,389
ATTN: HENRY NOZKO JR.
PO BOX 2350
NEW BRITAIN CT 06050-2350

| | |
|---|---:|
| Summary For Settlement Date | 07/31/98 |
| Total Purchases | $ 1,181,587.00 |
| Net Amount | $ 1,181,587.00 Debit |

u Bought 1,100,000 at a price of 104.692

NNEBAGO & BOONE CNTYS ILL
H DIST NO 205 SER-C UT FGIC
G DD12/15/92
M    4.000
4500% FA-01 DUE 02/01/2002
E CORP/MUNI BONDS NOTE BELOW

de Date: 07/29/98          CUSIP#:    974535-FK-7       Solicited Order
rket: Over-The-Counter     Security#: 3168019           Cash Acct.
                                                        Ref #: 37630

| | |
|---|---:|
| Gross Amount | $ 1,151,612.00 |
| Accrued Bond Int. | 29,975.00 |
| Amount | $ 1,181,587.00 |
| Settlement Date | 07/31/98 |

TRANSFER & MAIL

acted as your agent in this transaction.

rp/Muni Bonds
nds can be called prior to maturity which may reduce yield. Ordinary call information is above. Other call features may exist. Bond prices
ctuate reflecting market interest rates and the issuer's credit status.

*[Handwritten: New Investment set up File]*

*[Handwritten: Added invest ment list in invest SCHD]*

omon Smith Barney, is a service mark of Smith Barney Inc.
th Barney Inc. and Salomon Brothers Inc are affiliated but separately registered broker/dealers under common control of Salomon Smith Barney
dings Inc. Salomon Brothers Inc and Salomon Smith Barney Holdings Inc. have been licensed to use the Salomon Smith Barney service mark.
reminder, payment for securities purchased or delivery of securities sold must be deposited with us by the Settlement Date.
reverse for further details. Keep this document for your records. Thank you for doing business with us.
07/29/98    SD-001999-L

SMITH BARNEY INC  
LONG WHARF MARITIME  
545 LONG WHARF DR  
NEW HAVEN, CT 06511
Case 98-02675-5-DMW   Doc 235   Filed 11/29/99   Entered 11/29/99 00:00:00   Page 6 of 15

Page 1 of 1

A Member of TravelersGroup

Account Number: 517-07179-1-5-028  
Financial Consultant: VINCENT CRUDO, PATRICK DUFF  
203-772-3970

ACSTAR INSURANCE CO   #1,363  
ATTN: HENRY NOZKO JR.  
PO BOX 2350  
NEW BRITAIN CT 06050-2350

Summary For Settlement Date   07/15/98  
Total Purchases   $ 331,238.33  
Net Amount   $ 331,238.33 Debit

u Bought 300,000 at a price of 108.535  
ITNAM CO TENN G/O MBIA-REG-  
T DTD 12/1/93 F/C 4/1/94  
M   4.000  
5000% AO-01 DUE 04/01/2002  
E CORP/MUNI BONDS NOTE BELOW

ide Date: 07/10/98   CUSIP#: 746673-PR-7   Solicited Order  
rket: Over-The-Counter   Security#: 3757536   Cash Acct.  
Ref #: 38163

Gross Amount   $ 325,605.00  
Accrued Bond Int.   5,633.33  
Amount   $ 331,238.33  
Settlement Date   07/15/98

TRANSFER & MAIL

 acted as principal in this transaction.

*[handwritten: 7/12/98 Natalie Re: new investment file]*

rp/Muni Bonds  
nds can be called prior to maturity which may reduce yield. Ordinary call information is above. Other call features may exist. Bond prices  
:tuate reflecting market interest rates and the issuer's credit status.

*[handwritten: Added list invest SCH D]*

mon Smith Barney, is a service mark of Smith Barney Inc.  
th Barney Inc. and Salomon Brothers Inc are affiliated but separately registered broker/dealers under common control of Salomon Smith Barney  
lings Inc. Salomon Brothers Inc and Salomon Smith Barney Holdings Inc. have been licensed to use the Salomon Smith Barney service mark.  
reminder, payment for securities purchased or delivery of securities sold must be deposited with us by the Settlement Date  
reverse for further details. Keep this document for your records. Thank you for doing business with us.   07/10/98   SO-001765-L

SMITH BARNEY INC
LONG WHARF MARITIME
545 LONG WHARF DR
NEW HAVEN, CT 06511

Account Number: 577-07179-1-5-028
Financial Consultant: VINCENT CRUDO, PATRICK DUFF
203-772-3970

A Member of TravelersGroup

Page 1 of 1

ACSTAR INSURANCE CO         #1,943
ATTN: HENRY NOZKO JR.
PO BOX 2350
NEW BRITAIN CT 06050-2350

| | |
|---|---|
| Summary For Settlement Date | 07/10/98 |
| Total Purchases | $ 336,042.75 |
| Net Amount | $ 336,042.75 Debit |

Bought 300,000 at a price of 111.833
(COPA CO AZ SCH DIST NO 014)
IGHTON REF FGIC UNLTD TAX
DTD 12/1/91
4.000
00% JJ-01 DUE 07/01/2002
CORP/MUNI BONDS NOTE BELOW

Date: 07/07/98
et: Over-The-Counter

CUSIP#: 567099-CL-8
Security#: 3524783

*Natalie*
*New Invest*
*7/13/98*

Solicited Order
Cash Acct.
Ref #: 31565

| | |
|---|---|
| Gross Amount | $ 335,499.00 |
| Accrued Bond Int. | 543.75 |
| Amount | $ 336,042.75 |
| Settlement Date | 07/10/98 |

HOLD SECURITIES

acted as your agent in this transaction.

/Muni Bonds
ds can be called prior to maturity which may reduce yield. Ordinary call information is above. Other call features may exist. Bond prices
ate reflecting market interest rates and the issuer's credit status.

*Added -
invest list
SCHD*

ion Smith Barney, is a service mark of Smith Barney Inc.
Barney Inc. and Salomon Brothers Inc are affiliated but separately registered broker/dealers under common control of Salomon Smith Barney
ngs Inc. Salomon Brothers Inc and Salomon Smith Barney Holdings Inc. have been licensed to use the Salomon Smith Barney service mark.
eminder, payment for securities purchased or delivery of securities sold must be deposited with us by the Settlement Date.
averse for further details. Keep this document for your records. Thank you for doing business with us.    07/07/98    SD-002473-L

Your Broker/Dealer is  
SMITH BARNEY INC  
LONG WHARF MARITIME  
545 LONG WHARF DR  
NEW HAVEN, CT 06511

Confirmation

SALOMON SMITH BARNEY  
A Member of TravelersGroup

Account Number: 577-07179-1-5-028  
Financial Consultant: VINCENT CRUDO, PATRICK DUFF  
203-772-3970

Page 1 of 1

ACSTAR INSURANCE CO           #1,743  
ATTN: HENRY NOZKO JR.  
PO BOX 2350  
NEW BRITAIN CT 06050-2350

Summary For Settlement Date   07/28/98  
Total Purchases              $ 1,119,030.00  
Net Amount                   $ 1,119,030.00  Debit

Bought 1,100,000 at a price of 100.43

RKLAND PA SCH DIST  
IC INSD UNLTD TAX REG  
D 4/1/98 F/C 9/1/98  
M  3.850  
000% MS-01 DUE 09/01/2001  
E CORP/MUNI BONDS NOTE BELOW

*[handwritten: Noellie / New investment / Plese set up / new investment / File]*

Gross Amount           $ 1,104,730.00  
Accrued Bond Int.            14,300.00  
Amount                 $ 1,119,030.00  
Settlement Date            07/28/98

de Date: 07/15/98    CUSIP#: 701383-GK-1    Solicited Order  
rket: Over-The-Counter    Security#: 3526376    Cash Acct.        TRANSFER & MAIL  
                                              Ref #: 38056

acted as your agent in this transaction.

rp/Muni Bonds  
ids can be called prior to maturity which may reduce yield. Ordinary call information is above. Other call features may exist. Bond prices  
tuate reflecting market interest rates and the issuer's credit status.

*[handwritten: Added invest list SCHD]*

mon Smith Barney, is a service mark of Smith Barney Inc.  
h Barney Inc. and Salomon Brothers Inc are affiliated but separately registered broker/dealers under common control of Salomon Smith Barney  
ings Inc. Salomon Brothers Inc and Salomon Smith Barney Holdings Inc. have been licensed to use the Salomon Smith Barney service mark.  
reminder, payment for securities purchased or delivery of securities sold must be deposited with us by the Settlement Date

**Confirmation** — SALOMON SMITH BARNEY

Your Broker/Dealer is
SMITH BARNEY INC
LONG WHARF MARITIME
545 LONG WHARF DR
NEW HAVEN, CT 06511

Account Number: 577-07179-1-5-028
Financial Consultant: VINCENT CRUDO, PATRICK DUFF
203-772-3970

A Member of *TravelersGroup*

Page 1 of 1

ACSTAR INSURANCE CO   #1.498
ATTN: HENRY NOZKO JR.
PO BOX 2350
NEW BRITAIN CT 06050-2350

| Summary For Settlement Date | 07/30/98 |
|---|---|
| Total Purchases | $ 275,915.06 |
| Net Amount | $ 275,915.06 Debit |

Bought 275,000 at a price of 100.164

ATE PUB SCH BLD AU PA CLGE
NORTHAMPTON CO AREA-M AMBAC
G OID DD 7/15/98 F/C 10/1/98
IGINAL ISSUE DISCOUNT
YLD  4.100%/99.826 PRICE
4.000
500% AO-01 DUE 04/01/2002
CORP/MUNI BONDS NOTE BELOW

de Date: 07/21/98
ket: Underwriting

CUSIP#: 857320-ST-3
Security#: 3526180

Solicited Order
Cash Acct.
Ref #: 106302

PROSPECTUS UNDER SEPARATE COVER

| Gross Amount | $ 275,451.00 |
|---|---|
| Accrued Bond Int. | 464.06 |
| Amount | $ 275,915.06 |
| Settlement Date | 07/30/98 |

TRANSFER & MAIL

acted as your agent in this transaction.

p/Muni Bonds
ids can be called prior to maturity which may reduce yield. Ordinary call information is above. Other call features may exist. Bond prices
tuate reflecting market interest rates and the issuer's credit status.

*[Handwritten: "For Set up" New Investment File CTO — Added investment list SCHD]*

mon Smith Barney, is a service mark of Smith Barney Inc.
h Barney Inc. and Salomon Brothers Inc are affiliated but separately registered broker/dealers under common control of Salomon Smith Barney
ings Inc. Salomon Brothers Inc and Salomon Smith Barney Holdings Inc. have been licensed to use the Salomon Smith Barney service mark.
reminder, payment for securities purchased or delivery of securities sold must be deposited with us by the Settlement Date.

-001863-L

Your Broker/Dealer is

**SMITH BARNEY INC**
LONG WHARF MARITIME
545 LONG WHARF DR
NEW HAVEN, CT 06511

Confirmation

Account Number:
Financial Consultant:

577-07179-1-5-028
VINCENT CRUDO, PATRICK DUFF
203-772-3970

**SALOMON SMITH BARNEY**
A Member of *TravelersGroup*J

Page 1 of 1

ACSTAR INSURANCE CO            #1,858
ATTN: HENRY NOZKO JR.
PO BOX 2350
NEW BRITAIN CT 06050-2350

Summary For Settlement Date    00/00/00
Net Amount                     $ .00  Credit

u Bought 500,000 at a price of 100

ISSAHICKON S/D MONTGOMERY PA
EN OBLIG REG
TD 7/15/98 F/C 11/15/98
.0500% MN-15 DUE 05/15/2001
HEN, AS & IF ISSUED
EE CORP/MUNI BONDS NOTE BELOW

ade Date: 06/23/98
arket: Underwriting

CUSIP#:   977354-MY-2
Security#: 3508722

Solicited Order
Cash Acct.
Ref #: 78832

PROSPECTUS UNDER SEPARATE COVER

Amount             $ .00
Settlement Date    00/00/00

HOLD SECURITIES

e acted as principal in this transaction..

orp/Muni Bonds
onds can be called prior to maturity which may reduce yield. Ordinary call information is above. Other call features may exist. Bond prices
ictuate reflecting market interest rates and the issuer's credit status.

[Handwritten annotations:]
Closed 7/15 - pay for 8/3.
500,450 - all principal
100.09

7/12/99
Natalie
New Investment File

Added -
invest list
SCHD

alomon Smith Barney, is a service mark of Smith Barney Inc.
nith Barney Inc. and Salomon Brothers Inc are affiliated but separately registered broker/dealers under common control of Salomon Smith Barney
oldings Inc. Salomon Brothers Inc and Salomon Smith Barney Holdings Inc. have been licensed to use the Salomon Smith Barney service mark.
a reminder, payment for securities purchased or delivery of securities sold must be deposited with us by the Settlement Date

01832-L   **Confirmation**   **SALOMON SMITH BARNEY**

our Broker/Dealer is:

SMITH BARNEY INC
LONG WHARF MARITIME
45 LONG WHARF DR
NEW HAVEN, CT 06511

Account Number: 577-07179-1-5-028
Financial Consultant: VINCENT CRUDO, PATRICK DUFF
203-772-3970

A Member of TravelersGroup

Page 1 of 1

ACSTAR INSURANCE CO   #1,438
ATTN: HENRY NOZKO JR.
PO BOX 2350
NEW BRITAIN CT 06050-2350

| | |
|---|---|
| Summary For Settlement Date | 07/14/98 |
| Total Purchases | $ 561,793.33 |
| Net Amount | $ 561,793.33 Debit |

Bought 500,000 at a price of 109.612
T WORTH TEX GENL IMP
TAX-F/REG-DTD 4/1/84
4/1/85-ESCROWED TO MTY
3.750
100% AO-01 DUE 04/01/2000
CORP/MUNI BONDS NOTE BELOW

Trade Date: 07/09/98
Market: Over-The-Counter

CUSIP#: 349424-P8-8
Security#: 3241008

Solicited Order
Cash Acct.
Ref #: 38580

TRANSFER & MAIL

| | |
|---|---|
| Gross Amount | $ 548,060.00 |
| Accrued Bond Int. | 13,733.33 |
| Amount | $ 561,793.33 |
| Settlement Date | 07/14/98 |

*[handwritten: New Portfolio 7/13/98 Investment]*

acted as your agent in this transaction.

Corp/Muni Bonds
Bonds can be called prior to maturity which may reduce yield. Ordinary call information is above. Other call features may exist. Bond prices fluctuate reflecting market interest rates and the issuer's credit status.

*[handwritten: Added to invest list S'ch'd D]*

Salomon Smith Barney, is a service mark of Smith Barney Inc.
Smith Barney Inc. and Salomon Brothers Inc are affiliated but separately registered broker/dealers under common control of Salomon Smith Barney Holdings Inc. Salomon Brothers Inc and Salomon Smith Barney Holdings Inc. have been licensed to use the Salomon Smith Barney service mark.
...payment for securities purchased or delivery of securities sold must be deposited with us by the Settlement Date.

SMITH BARNEY INC
LONG WHARF MARITIME
545 LONG WHARF DR
NEW HAVEN, CT 06511

Account Number: 57707179-1-5-028
Financial Consultant: VINCENT CRUDO, PATRICK _FF
203-772-3970

Page 1 of 1

ACSTAR INSURANCE CO    #97
ATTN: HENRY NOZKO JR.
PO BOX 2350
NEW BRITAIN CT 06050-2350

| | |
|---|---|
| Summary For Settlement Date | 07/29/98 |
| Total Purchases | $ 290,957.00 |
| Net Amount | $ 290,957.00 Debit |

Bought 290,000 at a price of 100.33

SOURI ASSOC RUR ED LSE COPS
-NTH ST FRANCOIS R-I SCH
A-B/Q-RG-DD7/29/98F/C4/1/99
1   4.001
000% AO-01 DUE 04/01/2002
CORP/MUNI BONDS NOTE BELOW

Je Date: 07/20/98    CUSIP#: 605890-S7-8    Solicited Order
ket: Underwriting    Security#: 3532876    Cash Acct.
                                            Ref #: 3874

PROSPECTUS UNDER SEPARATE COVER

| | |
|---|---|
| Gross Amount | $ 290,957.00 |
| Amount | $ 290,957.00 |
| Settlement Date | 07/29/98 |

TRANSFER & MAIL

acted as your agent in this transaction.

p/Muni Bonds
ds can be called prior to maturity which may reduce yield. Ordinary call information is above. Other call features may exist. Bond prices
:uate reflecting market interest rates and the issuer's credit status.

*[Handwritten note: Natalie / New Investment / Plea set up File / JMS / Added invest list / SCH D]*

mon Smith Barney, is a service mark of Smith Barney Inc.
th Barney Inc. and Salomon Brothers Inc are affiliated but separately registered broker/dealers under common control of Salomon Smith Barney
lings Inc. Salomon Brothers Inc and Salomon Smith Barney Holdings Inc. have been licensed to use the Salomon Smith Barney service mark.
reminder, payment for securities purchased or delivery of securities sold must be deposited with us by the Settlement Date.
reverse for further details. Keep this document for your records. Thank you for doing business with us.

07/20/98    YD-000098-L


EXHIBIT E

Now come the parties in the above matter, SEC, ACSTAR and the Chapter 7 Trustee and agree as follows:

1) ACSTAR will pay the sum of $4.1 million to the SEC in full settlement of its obligations under the Bond and will agree to the entry of a Consent Judgment in the District Court case consistent with the payment terms set out below:

    a) $600,000 to be paid within 30 days of the entry of the Consent Judgment by the District Court (assuming that Bankruptcy Court and Commission approval have been previously obtained)
    b) $750,000 90 days thereafter;
    c) $750,000 90 days thereafter;
    d) with the balance of $2,000,000 paid 90 days thereafter.

b) ACSTAR shall have an allowed claim in the defrauded investor priority class as set forth in the proposed distribution previously submitted by the Trustee in the amount of $300,000; and shall have an allowed general

unsecured claim in the Debtors estates in the amount of $300,000

6/2/99

AcstAR
by: PTray
and [illegible signature]
attorney

John [illegible signature]
Trustee

6/2/9?

Upon final approval of the Custer - I H I - SEC dispute, Custer & related companies will execute a general release in favor of Holmes Harden for any alleged wrongdoing (denied of course) relating to his seeking approval of attempting to settle the SEC litigation.

[signature]
atty