```
                                                FILED
                                              JAN 0 7 2000
                                          PEGGY B. DEANS, CLERK
                                          U.S. BANKRUPTCY COURT
              UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF NC
          FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                         RALEIGH DIVISION
```

IN RE:

| | | |
|---|---|---|
| INTERNATIONAL HERITAGE, INC., | ) ) ) | CASE NO. 98-02675-5-ATS<br>CHAPTER 7 |
| INTERNATIONAL HERITAGE, INCORPORATED,<br>Debtors | ) ) ) ) | CASE NO. 98-02674-5-ATS<br>CHAPTER 7 |

## NOTICE OF APPEAL

Notice is hereby given that Acstar Insurance Company, a creditor of the captioned Debtors, appeals to the United States District Court for the Eastern District of North Carolina under 28 U.S.C. § 158(a) from the Order Allowing Objection to Claim of United States Bankruptcy Judge A. Thomas Small in the captioned Chapter 7 bankruptcy cases dated January 3, 2000.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

```
                    Holmes P. Harden
                    Chapter 7 Trustee
                    Maupin, Taylor & Ellis, P.A.
                    Post Office Drawer 19764
                    Raleigh, North Carolina  27619
                    (919)981-4000

                    Terri L. Gardner
                    Attorney for the Debtor
                    Smith, Debnam, Narron & Myers, LLP
                    Post Office Box 26268
                    Raleigh, North Carolina  27611
                    (919)250-2000

                    Marjorie K. Lynch
                    Bankruptcy Administrator
                    Post Office Box 3039
                    Raleigh, North Carolina  27602
                    (919)856-4886
```

WARD AND SMITH, P.A., ATTORNEYS AT LAW

James T. Johnson
James A. Roberts, III
Attorney for the Chapter 7 Trustee
Lewis & Roberts, PLLC
Post Office Box 17529
Raleigh, North Carolina  27619
(919) 981-0191

This the 6th day of January, 2000.

_____
Paul A. Fanning
N.C. State Bar I.D. No.:  025477

_____
Michael P. Flanagan (signed Paul A. F. for)
N.C. State Bar I.D. No.:  001461
For the firm of
Ward and Smith, P.A.
120 West Fire Tower Road
Post Office Box 8088
Greenville, North Carolina  27835-8088
Telephone:  (252) 355-3030
Facsimile:  (252) 756-3689
Attorneys for ACSTAR Insurance Company

990138-0001-001
GVLMAIN\220669.1

2