UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**FILED**
JAN 12 2000
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | |
|---|---|
| HOLMES P. HARDEN, TRUSTEE IN BANKRUPTCY FOR INTERNATIONAL HERITAGE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EXECUTIVE RISK SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No.: CASE NO.: 98-02675-5-ATS <br> ) <br> ) CHAPTER 7 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Executive Risk Indemnity, Inc. hereby withdraws with prejudice the Proof of Claim which it submitted on or about February 18, 1999 in this proceeding.

Executive Risk Indemnity, Inc.

By: _Louise Van Oyel_ (signature)
Manager, Claims

#6677
227587 v1
cc: Harden 1/12/00 Am

208