IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DIVISION
RALEIGH DIVISION

| | | |
|---|---|---|
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| INTERNATIONAL HERITAGE, INCORPORATED, | ) ) | CASE NO. 98-02674-5-ATS |
| | ) | Chapter 7 |
| Debtor. | ) ) | |

**FILED**

MAR 28 2000

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

**MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT**

The undersigned trustee in bankruptcy in the above-captioned case respectfully moves the Court pursuant to Bankruptcy Rules 6004 and 9019 for an order approving a waiver of the attorney client and work product privileges with respect to pre-bankruptcy communications between the debtors and their legal counsel in exchange for which the Office of the United States Attorney for the Eastern District of North Carolina will agree not to recommend or seek the imposition of any criminal penalties, fines or forfeitures against the debtor corporations, and to recommend and use its best efforts to insure that any restitution imposed in any criminal proceedings against any individuals and/or entities affiliated or otherwise associated with one or both debtors will be distributed to the creditors of International Heritage, Inc.

Trustee is of the opinion that waiving the aforesaid privileges is in the best interest of the expeditious administration of the estates because it will minimize the need for the estates to participate in a defense of any criminal prosecution by the United States Attorney and may result in the generation of funds with which to pay claims in the International Heritage, Inc. case.

WHEREFORE, trustee prays that the Court enter an order allowing the undersigned to waive the attorney client and work product privileges according to the terms set forth above.

243945

Respectfully submitted this 28th day of March, 2000.

                           MAUPIN TAYLOR & ELLIS, P.A.

                           BY: _____
                           Holmes P. Harden, Trustee
                           3200 Beechleaf Court, Suite 500
                           Post Office Drawer 19764
                           Raleigh, North Carolina 27619-9764
                           Telephone:  919/981-4000
                           Facsimile: 919/981-4300

243945

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTERNATIONAL HERITAGE, INC. ) | CASE NO. 98-02675-5-ATS |
| ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, ) | CASE NO. 98-02674-5-ATS |
| INCORPORATED ) | |
| ) | |
| Debtor. ) | |

### NOTICE OF MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT AND CERTIFICATE OF SERVICE

TO: ALL CREDITORS OF INTERNATIONAL HERITAGE, INC. AND INTERNATIONAL HERITAGE INCORPORATED AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN of the Motion for Approval of Compromise and Settlement filed simultaneously herewith by Holmes P. Harden, Attorney for Trustee.

An objection to the motion should be filed with the Clerk, U. S. Bankruptcy Court, Post Office Box 1441, Raleigh, North Carolina 27602 with a copy served on the trustee whose name appears at the bottom of this Notice within fifteen (15) days of the date of this Notice. No hearing will be conducted on said objection unless the Court, in its discretion, deems a hearing necessary, or unless a hearing is requested by the party filing such request. Any party requesting a hearing shall appear at said hearing in support of such request or he may be assessed with costs.

DATE OF NOTICE: 3/28/00

Holmes P. Harden, Trustee
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, North Carolina 27619

244248

## CERTIFICATE OF SERVICE

     I, Holmes P. Harden, do hereby certify that the foregoing **Notice of Motion and Motion for Approval of Compromise and Settlement** was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the 26th day of March, 2000.

                                 MAUPIN TAYLOR & ELLIS, P.A.

                                 BY: _____
                                 Holmes P. Harden
                                 N. C. State Bar No. 9835
                                 Post Office Drawer 19764
                                 Raleigh, NC 27619
                                 Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

See Attached Mail Matrix and E-Mail List

RAL/179511/1

Terri I. Gardner
Smith Debnam Narron & Myers, L.L.P.
P. O. Box 26268
Raleigh, NC 27611-6268

Managing Agent
International Heritage, Inc.
2626 Glenwood Avenue
Raleigh, NC 27608

Brent E. Wood
Wood & Francis, PLLC
P. O. Box 164
Raleigh, NC 27602

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
1000 Cambridge Square, Suite C
Alpharetta, GA 30004

James Russell Tucker
Bush, Hauder & Adkerson, P.C.
500 N. Akard Street, Suite 2100
Dallas, TX 75201

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Dorothy H. Miller
102 Triangle Circle
Lafayette, LA 70508

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Stacey Ostrom
3010 E. Nasa Road 1 #1302
Seabrook, TX 77586

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Karl A. King
465 Sudden Valley
Bellingham, WA 98226

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Jane E. Chassey
1514 Azalea Drive
Saint Louis, Missouri 63119

Carolyn E. John
485 Broad River Blvd.
Beaufort, SC 29906

Managing Agent
Advanced Equities
P. O. Box 1042
Winnfield, LA 71483

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL -9490 Vaduz  LIECHTENSTEIN

Gary D. McDowell
1138 Ascott Valley Dr.
Duluth, GA 30097

Jean Wedin
P. O. Box 1600
LaConner, WA 98257

Managing Agent
Jewels by Evonne
1879 Buford Hwy., Suite 7
Buford, GA 30518

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Managing Agent
Mayflower Capital, LLC
2626 Glenwood Ave., Suite 100
Raleigh, NC 27608

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

RAL/179511/1

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen   SWITZERLAND

Managing Agent
UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich   SWITZERLAND

Managing Agent
Schweizerische Hypotheken
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich   SWITZERLAND

Charles Anderson
Smith Helms Mulliss & Moore
P. O. Box 27525
Raleigh, NC 27611

Stanley H. Van Etten
10504 Tredwood Drive
Raleigh, NC 27613

Marianne Kelley
142419 133 Ave.
Edmonton, Alberta
CANADA T5A5A5

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Larry Smith
2435 E. North Street
Greenville, SC 29615

Anna M. Washburn
145 Christopher Drive
Clayton, NC 27520

Shawna Y. Staton
Jordan, Price, Wall, Gray,
  Jones & Carlton
P. O. Box 2021
Raleigh, NC 27602-2021

Henry W. Nozko, Jr., President
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Henry W. Nozko, Jr., President
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Managing Agent
Coeco
2525 Atlantic Avenue
Raleigh, NC 27604

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN 56258

Managing Agent
EDS Financial Services
4800 Six Forks Road
Raleigh, NC 27609

Managing Agent
Centrum Bank AG Vaduz
Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz   LIECHTENSTEIN

Managing Agent
Emil Schatz, St Gallen
Oberhofstettenstrasse 67C
CH-9012, Saint Gallen   SWITZERLAND

Managing Agent
Accurata Treuhand und Revisions AG Vaduz
Abundt 36
FL-9490 Vaduz   LIECHTENSTEIN

Managing Agent
Mareco Treuhand Anstalt
Schlossweg 24
FL-9496 Balzers   LIECHTENSTEIN

Managing Agent
UBS AG, Zurich Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich   SWITZERLAND

Lloyd W. Gathings, II
Gathings & Associates
P. O. Box 10545
Birmingham, AL 35202

Robert W. Shores
Gathings & Associates
P. O. Box 10545
Birmingham, AL 35202

Mr. Herbert Towning
EPP
10 Gartenstrasse
Zurich, Switzerland
8022

Managing Agent
TransAmerica-TIG Insurance
650 California St. 2nd Floor
San Francisco, CA 94108-2702

Sherwin P. Robin
P. O. Box 9541
Savannah, GA 31412-9541

Tony Copeland
BTI
4300 Six Forks Road, Suite 500
Raleigh, NC 27609

RAL/179511/1

| | | |
|---|---|---|
| Michael P. Flanagan<br>Ward and Smith, P.A.<br>P. O. Box 8088<br>Greenville, NC 27835-8088 | Vickie Corbitt, #11429<br>Attorney for Commissioner of Revenue<br>Legal Services<br>P. O. Box 198065<br>Nashville, TN 37219-8065 | Jean Boyles<br>P. O. Box 10506<br>Raleigh, NC 27605 |
| James A. Roberts, III<br>Lewis & Roberts, PLLC<br>P. O. Box 17529<br>Raleigh, NC 27619-7529 | Stephani W. Humrickhouse, Esq.<br>Nicholls & Crampton<br>4300 Six Forks Road, Suite 700<br>Raleigh, NC 27609 | Paul Faison S. Winborne<br>300/200 Parham Street, Suite F<br>P. O. Box 1547<br>Raleigh, NC 27602 |
| Patrick H. Tyler<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX 78711-2548 | Janet Cradeur<br>P. O. Box 66658<br>Baton Rouge, LA 70896 | Missouri Department of Revenue<br>Attn: Brian S. Kuhlmann<br>P. O. Box 475<br>Jefferson City, MO 65105-0475 |
| James K. Austin<br>Ellis Painter Ratterree & Bart LLP<br>P. O. Box 9946<br>Savannah, GA 31412-9946 | Meredith P. Ezzell<br>Wyrick Robbins Yates & Ponton LLP<br>P. O. Drawer 17803<br>Raleigh, NC 27619 | Marcia McGair Ippolito<br>R.I. Division of Taxation<br>One Capitol Hill<br>Providence, RI 02908-5800 |
| J. Anthony Penry<br>Smith,Helms, Mulliss & Moore<br>2800 Two Hanover Square<br>Raleigh, NC 27601 | William Woodward Webb<br>Broughton, Wilkins, Webb & Sugg, P.A.<br>P. O. Box 2387<br>Raleigh, NC 27602 | Walter Calton<br>312 East Broad Street<br>Eufaula, AL 36072 |
| Keith M. Jensen<br>Law Office of Keith M. Jensen<br>514 East Beklnap<br>Fort Worth, TX 76102 | Joseph N. Calloway, Esq.<br>Battle, Winslow, Scott & Wiley, P.A.<br>P. O. Box 7100<br>Rocky Mount, NC 27804-0100 | L. C. Gilbert, Jr.<br>74 Hilltop Lane<br>Alpine, AL 35014 |
| Randall L. Greene<br>Rt. 1, Box 155<br>Randlett, OK 73562 | Andrew Clark<br>1901 Wilmer Avenue<br>Anniston, AL 36201 | Jackson Wayne Murphy<br>Rt. 6, Box 154<br>Troy, AL 36081 |
| James H. Thomas<br>101 Robin Drive<br>Troy, AL 36081 | Craig T. Liebendorfer<br>7315 Hundley Blvd.<br>Dallas, TX 75231-4722 | Denise Marsh<br>709 Summit Ridge<br>Lewisville, TX 75067 |
| Felix Glen Ortega<br>9460 Dale Glade<br>Dallas, TX 75217 | Lupe Ortega<br>9460 Dale Glad<br>Dallas, TX 75217 | Sharon A. Meckenstock<br>1640 West 34th St., N.<br>Wichita, KS 67204 |

Dan H. Meckenstock
Custodian FBO Jean Carol Meckenstock
9685 Mohawk Trail
Cascade, CO 80809-1525

Wilbur E. Meckenstock
9685 Mohawk Trail
Cascade, CO 80809-1525

State Auditor's Office
Montana Securities Department
Mitchell Building, Room 270
State Capital Complex
Helen, MT 59620

William Swinney
3365 Silver Palm Drive
Jacksonville, FL 32250

Marshall Reddy
P. O. Box 806
Ponte Verde Beach, FL 32004

Henry W. Noziko, Jr.
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Gerald A. Jeutter
Kilpatrick Stockton, LLP
P. O. Box 300004
Raleigh, NC 27622

Henry W. Noziko, Jr.
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Michael K. Wolensky
Robert G. Brunton
David J. Gellen
Kutak Rock
225 Peachtree St., NE, Suite 2100
Atlanta, GA 30303-1731

Donnie Kenneth Broderway
215 Sherwood Avenue
Troy, AL 36081

Gary V. Dixon
Ross Dixon & Bell, LLP
601 Pennsylvania Ave. NW
North Boulevard
Washington, DC 20004-2688

Ronald H. Garber
Boxley Bolton & Garber
P. O. Drawer 1429
Raleigh, NC 27602

Virginia Andrews Burdette
P. O. Box 47
Mukilteo, WA 98275

Scott L. Wilkinson
Assistant U.S. Attorney
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Joseph B. Cheshire V
Cheshire Parker Schneider Wells & Bryan
P. O. Box 1029
Raleigh, NC 27602

RAL/179511/1