**FILED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

APR 10

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO.: 98-02675-5-ATS |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, | ) | |
| INCORPORATED, | ) | CASE NO. 98-02674-4-ATS |
| | ) | CHAPTER 7 |
| Debtor. | ) | |

### OBJECTION TO AND REQUEST FOR HEARING ON
### MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT

NOW COMES Claude William Savage, by and his undersigned counsel and in response to the Trustee's Motion for Approval of Compromise and Settlement filed March 28, 2000 ("Motion") objects to said Motion, and requests a hearing on said Motion in accordance with the notice of the Trustee and the Federal Rules of Bankruptcy Procedure.

Respectfully submitted this the 7th day of April, 2000.

NARRON, O'HALE AND
WHITTINGTON, P.A.

BY: _____
John P. O'Hale
Attorney for Claude William Savage
N.C. State Bar No. 6794
P.O. Box 1567
Smithfield, NC 27577
(919) 934-6021

no extra copy 4/10/00 4m

## CERTIFICATE OF SERVICE

I, John P. O'Hale, attorney for Claude William Savage, certify that I served the foregoing document on the 7th day April, 2000, upon the following parties, and in the manner below specified, by placing a copy thereof for each such party(ies) in a separate envelope bearing sufficient postage and depositing the same in the United States mail at Smithfield, North Carolina and/or by facsimile:

Holmes P. Harden, Esq.
Maupin, Taylor & Ellis, P.A.
3200 Beechleaf Ct., Suite 500
P. O. Drawer 19764
Raleigh, NC 27619-9764

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3758
Wilson, NC 27894-3758

Terri L. Gardner
Smith, Debnam, Narron & Myers
4700 New Bern Avenue
P. O. Box 26268
Raleigh, NC 27611-6268

This the 7th day of April, 2000.

NARRON, O'HALE AND
WHITTINGTON, P.A.

BY: _____
John P. O'Hale
Attorney for Claude William Savage
N.C. State Bar No. 6794
P.O. Box 1567
Smithfield, NC 27577
(919) 934-6021