IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

**FILED**
APR 10 2000
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO.: 98-02675-5-ATS |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, | ) | |
| INCORPORATED, | ) | CASE NO. 98-02674-4-ATS |
| | ) | CHAPTER 7 |
| Debtor. | ) | |

## OBJECTION TO AND REQUEST FOR HEARING ON
## MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT

NOW COMES John David Brothers, by and through counsel, and in response to the Trustee's Motion for Approval of Compromise and Settlement filed March 28, 2000 ("Motion") objects to said Motion, and requests a hearing on said Motion in accordance with the notice of the Trustee and the Federal Rules of Bankruptcy Procedure.

Respectfully submitted this the 10th day of April, 2000.

McMILLAN, SMITH & PLYLER

*/s/ Smith*
_____
Stephen T. Smith
Attorney for John David Brothers
State Bar No. 5841
Post Office Box 150
Raleigh, North Carolina 27602
(919) 821-5124

## CERTIFICATE OF SERVICE

I, Stephen T. Smith, attorney for John David Brothers, certify that I served the foregoing document on the 10th day April, 2000, upon the following parties, and in the manner below specified, by placing a copy thereof for each such party(ies) in a separate envelope bearing sufficient postage and depositing the same in the United States mail at Raleigh, North Carolina and/or by facsimile:

Holmes P. Harden, Esq.
Maupin, Taylor & Ellis, P.A.
3200 Beechleaf Ct., Suite 500
P. O. Drawer 19764
Raleigh, NC  27619-9764

Terri L. Gardner
Smith Debman Narron & Myers
4700 New Bern Avenue
P. O. Box 26268
Raleigh, NC  27611-6268

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3758
Wilson, NC  27894-3758

This the 10th day of April, 2000.

McMILLAN, SMITH & PLYLER

*/s/ Stephen T. Smith/*
Stephen T. Smith
Attorney for John David Brothers
State Bar No. 5841
Post Office Box 150
Raleigh, North Carolina  27602
(919) 821-5124