**FILED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

APR 11 2000

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO.: 98-02675-5-ATS |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, | ) | |
| INCORPORATED, | ) | CASE NO. 98-02674-4-ATS |
| | ) | CHAPTER 7 |
| Debtor. | ) | |

## OBJECTION TO AND REQUEST FOR HEARING ON
## MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT

Georgina Mollick comes, by and through undersigned counsel, and, in response to the Trustee's Motion for Approval of Compromise and Settlement filed 28 March 2000 ("Motion") objects to the Motion, and requests a hearing on the Motion in accordance with the notice of the Trustee and the Federal Rules of Bankruptcy Procedure.

Respectfully submitted this the 11th day of April, 2000.

CHESHIRE, PARKER, SCHNEIDER,
WELLS & BRYAN

Joseph B. Cheshire, V
N.C. State Bar # 5543
133 Fayetteville Street Mall
P. O. Box 1029
Raleigh, NC 27602
(919) 833-3114 (TEL)
(919) 832-0739 (FAX)

John Keating Wiles
N.C. State Bar # 22379
133 Fayetteville Street Mall
P. O. Box 1029
Raleigh, NC 27602
(919) 833-3114 (TEL)
(919) 832-0739 (FAX)

## CERTIFICATE OF SERVICE

This is to certify and a true and correct copy of the above and foregoing **OBJECTION TO AND REQUEST FOR HEARING ON MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT** has been served by depositing it in postage paid envelopes sent via U.S. Mail to the following:

Holmes P. Harden, Esq.
Maupin, Taylor & Ellis, P.A.
3200 Beechleaf Ct., Suite 500
P. O. Drawer 19764
Raleigh, NC 27619-9764

Terri L. Gardner
Smith Debman Narron & Myers
4700 New Bern Avenue
P. O. Box 26268
Raleigh, NC 27611-6268

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3758
Wilson, NC 27894-3758

This the 11th day of April, 2000.

John Keating Wiles
CHESHIRE, PARKER, SCHNEIDER,
WELLS & BRYAN
133 Fayetteville Street Mall
P. O. Box 1029
Raleigh, North Carolina 27602
(919) 833-3114