IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

FILED
APR 12 2000
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | |
|---|---|
| IN RE: ) | |
| INTERNATIONAL HERITAGE, INC. ) | CASE NO.: 98-02675-5-ATS |
| ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, ) | |
| INCORPORATED, ) | CASE NO. 98-02674-4-ATS |
| ) | CHAPTER 7 |
| Debtor. ) | |

### OBJECTION TO AND REQUEST FOR HEARING ON
### MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT

NOW COMES Larry Smith in a Limited Appearance, by and through counsel, and in response to the Trustee's Motion for Approval of Compromise and Settlement filed March 28, 2000 ("Motion"), objects to said Motion, and requests a hearing on said Motion in accordance with the notice of the Trustee and the Federal Rules of Bankruptcy Procedure.

Respectfully submitted this the 12th day of April, 2000.

WOOD & FRANCIS, PLLC

Brent E. Wood
Attorney for Larry Smith in a Limited Appearance
State Bar No. 16898
Two Hannover Square
434 Fayetteville Street Mall, Suite 2300
Post Office Box 164
Raleigh, North Carolina 27602
(919) 828-0801

## CERTIFICATE OF SERVICE

I, Brent E. Wood, attorney for Stanley H. Van Etten, certify that I served the foregoing document on the 12th day April, 2000, upon the following parties, and in the manner below specified, by placing a copy thereof for each such party(ies) in a separate envelope bearing sufficient postage and depositing the same in the United States mail at Raleigh, North Carolina and/or by facsimile:

Holmes P. Harden, Esq.
Maupin, Taylor & Ellis, P.A.
3200 Beechleaf Ct., Suite 500
P. O. Drawer 19764
Raleigh, NC  27619-9764

Terri L. Gardner
Smith Debman Narron & Myers
4700 New Bern Avenue
P. O. Box 26268
Raleigh, NC  27611-6268

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3758
Wilson, NC  27894-3758

This the 12th day of April, 2000.

WOOD & FRANCIS, PLLC

Brent E. Wood
Attorney for Larry Smith in a Limited Appearance
Two Hannover Square
424 Fayetteville Street Mall, Suite 2300
Post Office Box 164
Raleigh, North Carolina  27602
Telephone:  (919) 828-0801

f:\wp\ihi-bk.ObjToCompromiseLS.doc