U.S. Bankruptcy Court for the Eastern District of North Carolina
CLERK, U.S. BANKRUPTCY COURT
POST OFFICE BOX 1441
RALEIGH, N.C. 27602-1441

In Re a *Petition for Relief under Chapter 7 of Title 11, U.S. Code*, filed by or against the below-named Debtor on November 25, 1998:
DEBTOR: INTERNATIONAL HERITAGE, INC. of 2626 GLENWOOD AVE., #200, RALEIGH, NC 27608; SSN: N/A, EIN: 56-1921093

CASE NO. 98-02675-5-ATS

ORDER AND NOTICE
BY THE COURT

**FILED**

20 APR 2000

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing in said cause will be held:

DATE: May 31, 2000
TIME: 11:00 A.M.
PLACE:
UNITED STATES BANKRUPTCY COURT
U.S. COURTHOUSE & P.O. BLDG., ROOM 208, 300 FAYETTEVILLE ST. MALL, RALEIGH, NC

to consider and act on the following matters:

Trustee's Motion Approval of Compromise and Settlement filed March 28, 2000 and objections thereto filed by Stanley H. Van Etten on April 7, 2000; Wood & Francis, PLLC on April 7, 2000; Claude William Savage on April 10, 2000; John David Brothers on April 10, 2000; Dee Anne Brothers on April 10, 2000; Georgina Mollick on April 11, 2000 and Larry Smith on April 12, 2000.

and to transact all other business as may properly come before the court.

DATED:    20 APR 2000

PEGGY B. DEANS
CLERK OF COURT

U.S. Bankruptcy Court for the Eastern District of North Carolina
CLERK, U.S. BANKRUPTCY COURT
POST OFFICE BOX 1441
RALEIGH, N.C. 27602-1441

In Re a *Petition for Relief under Chapter 7 of Title 11, U.S. Code*, filed by or against the below-named Debtor on November 25, 1998:
DEBTOR: INTERNATIONAL HERITAGE, INC. of 2626 GLENWOOD AVE., #200, RALEIGH, NC 27608; SSN: N/A, EIN: 56-1921093

CASE NO. **98-02675-5-ATS**

**ORDER AND NOTICE
BY THE COURT**

CERTIFICATE OF MAILING

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that a copy of the attached document was mailed in a postage prepaid envelope addressed to the following at their respective addresses, by placing said envelope in the regular mail in Raleigh, NC, on this date.

DATED:

**20 APR 2000**

_____
DEPUTY CLERK


INTERNATIONAL HERITAGE, INC.
2626 GLENWOOD AVE., #200
RALEIGH, NC 27608


,

Terri L. Gardner
PO Drawer 1389
Raleigh, NC 27602

Holmes P. Harden
P.O. Box 17169
Raleigh, NC 27619

Bankruptcy Administrator

Brent E. Wood
Post Office Box 164
Raleigh, NC  27602

Joseph B. Chesire V
John Keating Wiles
Post Office Box 1029
Raleigh, NC  27602

Stephen T. Smith
Post Office Box 150

Raleigh, NC  27602

John P. O'Hale
Post Office Box 1567
Smithfield, NC  27577