FILED

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

MAY 9 2000

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

In re: )   Case No. 98-02675-5-ATS
 )
INTERNATIONAL HERITAGE, INC., )
 )
 )
 )
Debtor. )

ORDER APPROVING EMPLOYMENT OF POORMAN-DOUGLAS CORPORATION

The court having considered the foregoing Application of the trustee for authority to employ Poorman-Douglas Corporation to provide bankruptcy services as set forth in the trustee's Application, and it appearing that Poorman-Douglas Corporation is a disinterested person and the employment is in the best interests of the estate, it is

ORDERED that the trustee be, and he hereby is authorized to employ Poorman-Douglas Corporation to provide bankruptcy support services set forth in the trustee's Application, said employment to be upon the terms and conditions set forth therein; and it is further

ORDERED that the court may allow compensation different from the compensation provided in the trustee's Application if such terms and conditions prove to have been improvident in light of developments unanticipatable at the time of the fixing of such terms and conditions.

Dated: __09 MAY 2000__

A. Thomas Small
United States Bankruptcy Judge

246861

cc: Brad Hardin to serve 5/9/00 Am