IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                          )
INTERNATIONAL HERITAGE, INC.                    )       CASE NO.: 98-02675-5-ATS
                                                )       CHAPTER 7
INTERNATIONAL HERITAGE,                         )
INCORPORATED,                                   )
                                                )       CASE NO. 98-02674-4-ATS
                                                )       CHAPTER 7
        Debtor.                                 )

## OBJECTION TO APPLICATION OF TRUSTEE FOR AUTHORITY
## TO ENTER INTO SETTLEMENT AGREEMENT

NOW COMES Stanley H. Van Etten, by and through counsel and in response to the

Application of Trustee for Authority to Enter into Settlement Agreement filed May 18, 2000

("Application"), objects to said Application, and requests a hearing on said Application in

accordance with the notice of the Trustee and the Federal Rules of Bankruptcy Procedure.

Respectfully submitted this the 30th day of May, 2000.

WOOD & FRANCIS, PLLC

Brent E. Wood
Attorney for Stanley H. Van Etten
State Bar No. 16898
Two Hannover Square
434 Fayetteville Street Mall, Suite 2300
Post Office Box 164
Raleigh, North Carolina  27602
(919) 828-0801

## CERTIFICATE OF SERVICE

I, Brent E. Wood, attorney for Stanley H. Van Etten, certify that I served the foregoing document on the 30th day May, 2000, upon the following parties, and in the manner below specified, by placing a copy thereof for each such party(ies) in a separate envelope bearing sufficient postage and depositing the same in the United States mail at Raleigh, North Carolina and/or by facsimile:

Holmes P. Harden, Esq.
Maupin, Taylor & Ellis, P.A.
3200 Beechleaf Ct., Suite 500
P. O. Drawer 19764
Raleigh, NC  27619-9764

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3758
Wilson, NC  27894-3758

Terri L. Gardner
Smith Debman Narron & Myers
4700 New Bern Avenue
P. O. Box 26268
Raleigh, NC  27611-6268

This the 30th day of May, 2000.

WOOD & FRANCIS, PLLC

Brent E. Wood
Two Hannover Square
424 Fayetteville Street Mall, Suite 2300
Post Office Box 164
Raleigh, North Carolina  27602
Telephone:  (919) 828-0801

f:\wp\ihi-bk.ObjToApplicationSVE.doc