IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

FILED
JUN 19 2000
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INCORPORATED, | ) | CASE NO. 98-02674-5-ATS |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEAL

NOW COME Stanley H. Van Etten and Wood & Francis, PLLC, and appeal under 28 U.S.C 158 from the Order Allowing Motion for Approval of Compromise and Settlement entered in the above-captioned proceedings on the 7th day of June, 2000.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party(ies) | Attorney(ies) |
|---|---|
| Stanley H. Van Etten | Brent E. Wood<br>Wood & Francis, PLLC<br>P.O. Box 164<br>Raleigh, North Carolina 27602<br>Telephone: (919) 828-0801 |
| Stanley H. Van Etten | Wade Smith<br>Melissa Hill<br>Tharrington Smith<br>209 Fayetteville Street Mall<br>Raleigh, North Carolina 27601<br>Telephone: (919) 821-4711 |
| Wood & Francis, PLLC | Brent E. Wood<br>Wood & Francis, PLLC<br>P.O. Box 164<br>Raleigh, North Carolina 27602<br>Telephone: (919) 828-0801 |

| | |
|---|---|
| International Heritage, Inc.<br>International Heritage Incorporated | Holmes Harden<br>Maupin Taylor & Ellis<br>P. O. Box 17169<br>Raleigh, NC 27619<br>Telephone: (919) 981-4000 |
| United States Attorney | Scott Wilkinson<br>Assistant United States Attorney<br>Suite 800 Federal Building<br>Raleigh, North Carolina 27601-1461<br>Telephone: (919) 856-4099 |
| Claude Savage | John "Jack" O'Hale<br>Attorney at Law<br>102 S. 3rd Street<br>Smithfield, North Carolina 27577-0454<br>Telephone: (919) 934-6021 |
| John Brothers<br>Dee Brothers | Steven T. Smith<br>McMillan Smith & Plyler<br>P. O. Box 150<br>Raleigh, North Carolina 27602-0150<br>Telephone: (919) 821-5124 |
| Larry Smith | Brent E. Wood<br>Wood & Francis, PLLC<br>(limited appearance only)<br>P.O. Box 164<br>Raleigh, North Carolina 27602<br>Telephone: (919) 828-0801 |
| Georgina Mollick | Joseph Cheshire, V<br>Cheshire, Parker, Schneider, Wells & Bryan<br>P. O. Box 1029<br>Raleigh, NC 27602<br>Telephone: (919) 833-3114 |

Respectfully submitted this the 19th day of June, 2000.

           WOOD & FRANCIS, PLLC

           *Brent E. Wood by JL Hunt*
           Brent E. Wood
           N.C. State Bar No. 16898
           Two Hannover Square
           424 Fayetteville Street, Suite 2300
           Post Office Box 164
           Raleigh, North Carolina 27602
           Telephone: (919) 828-0801

## CERTIFICATE OF SERVICE

I, Brent E. Wood, attorney for Wood & Francis, PLLC, certify that I served the foregoing document on the 19th day April, 2000, upon the following parties, and in the manner below specified, by placing a copy thereof for each such party(ies) in a separate envelope bearing sufficient postage and depositing the same in the United States mail at Raleigh, North Carolina and/or by facsimile:

Wade Smith
Melissa Hill
Tharrington Smith
209 Fayetteville Street Mall
Raleigh, North Carolina 27601

Holmes Harden
Maupin Taylor & Ellis
P. O. Box 17169
Raleigh, NC 27619

Scott Wilkinson
Assistant United States Attorney
Suite 800 Federal Building
Raleigh, North Carolina 27601-1461

John "Jack" O'Hale
Attorney at Law
102 S. 3rd Street
Smithfield, North Carolina 27577-0454

Steven T. Smith
McMillan Smith & Plyler
P. O. Box 150
Raleigh, North Carolina 27602-0150

Joseph Cheshire, V
Cheshire, Parker, Schneider, Wells & Bryan
P. O. Box 1029
Raleigh, NC 27602

Terri L. Gardner
Smith Debman Narron & Myers
4700 New Bern Avenue
P. O. Box 26268
Raleigh, NC 27611-6268

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3758
Wilson, NC 27894-3758

This the 19th day of April, 2000.

WOOD & FRANCIS, PLLC

John S. Austin, Esq.
Brent E. Wood, Esq.
Post Office Box 164
Raleigh, North Carolina 27602
Telephone: (919) 828-0801

F:\wp\ihi-bk.noticeofappeal.doc

4