**FILED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

JUN 19 2000

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INCORPORATED, | ) ) | CASE NO. 98-02674-5-ATS CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

## MOTION FOR STAY OF ORDER

NOW COME John Brothers and Dee Brothers and pursuant to Rule 8005 of the Bankruptcy Rules, move for a stay of the Order Allowing Motion for Approval of Compromise and Settlement entered in the above-captioned proceedings on the 7th day of June, 2000, pending the appeal noticed simultaneously with this Motion.

Respectfully submitted this the 19th day of June, 2000.

McMILLAN, SMITH & PLYLER

_____
Stephen T. Smith
N.C. State Bar No. 5841
205 W. Martin Street
Post Office Box 150
Raleigh, North Carolina 27602
Telephone: (919) 821-5124



## CERTIFICATE OF SERVICE

I, Stephen T. Smith, attorney for John Brothers and Dee Brothers, certify that I served the foregoing document on the 19th day June, 2000, upon the following parties, and in the manner below specified, by placing a copy thereof for each such party(ies) in a separate envelope bearing sufficient postage and depositing the same in the United States mail at Raleigh, North Carolina and/or by facsimile:

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3758
Wilson, NC 27894-3758

Terri L. Gardner
Smith Debman Narron & Myers
4700 New Bern Avenue
P. O. Box 26268
Raleigh, NC 27611-6268

Wade Smith
Melissa Hill
Tharrington Smith
209 Fayetteville Street Mall
Raleigh, North Carolina 27601

Holmes Harden
Maupin Taylor & Ellis
P. O. Box 17169
Raleigh, NC 27619

Scott Wilkinson
Assistant United States Attorney
Suite 800 Federal Building
Raleigh, North Carolina 27601-1461

John "Jack" O'Hale
Attorney at Law
102 S. 3rd Street
Smithfield, North Carolina 27577-0454

Brent E. Wood
Wood & Francis, PLLC
P. O. Box 164
Raleigh, NC 27602

Joseph Cheshire, V
Cheshire, Parker, Schneider, Wells & Bryan
P. O. Box 1029
Raleigh, NC 27602

This the 19th day of June, 2000.

McMILLAN, SMITH & PLYLER

_____
Stephen T. Smith
N.C. State Bar No. 5841
205 W. Martin Street
Post Office Box 150
Raleigh, North Carolina 27602
Telephone: (919) 821-5124