**FILED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA JUN 19 2000
RALEIGH DIVISION

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTERNATIONAL HERITAGE, INC. ) | CASE NO. 98-02675-5-ATS |
| ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, ) | CASE NO. 98-02674-5-ATS |
| INCORPORATED, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

### MOTION FOR STAY OF ORDER

Georgina Mollick comes, by and through undersigned counsel and pursuant to Rule 8005 of the Bankruptcy Rules, and moves for a stay of the Order Allowing Motion for Approval of Compromise and Settlement entered in the above-captioned proceedings on the 7th day of June, 2000, pending the appeal noticed simultaneously with this Motion.

Respectfully submitted this the 19th day of June, 2000.

CHESHIRE, PARKER, SCHNEIDER,
WELLS & BRYAN

Joseph B. Cheshire, V
N.C. State Bar # 5543
133 Fayetteville Street Mall
P. O. Box 1029
Raleigh, NC 27602
(919) 833-3114 (TEL)
(919) 832-0739 (FAX)

*[signature]*
John Keating Wiles
N.C. State Bar # 22379
133 Fayetteville Street Mall
P. O. Box 1029
Raleigh, NC 27602
(919) 833-3114 (TEL)
(919) 832-0739 (FAX)

## CERTIFICATE OF SERVICE

This is to certify and a true and correct copy of the above and foregoing

**MOTION FOR STAY OF ORDER** has been duly served on counsel for by depositing

in a postage paid envelope to the following:

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3758
Wilson, NC 27894-3758

Terri L. Gardner
Smith Debman Narron & Myers
4700 New Bern Avenue
P. O. Box 26268
Raleigh, NC 27611-6268

Wade Smith
Melissa Hill
Tharrington Smith
209 Fayetteville Street Mall
Raleigh, North Carolina 27601

Holmes Harden
Maupin Taylor & Ellis
P. O. Box 17169
Raleigh, NC 27619

Scott Wilkinson
Assistant United States Attorney
Suite 800 Federal Building
Raleigh, North Carolina 27601-1461

John "Jack" O'Hale
Attorney at Law
102 S. 3rd Street
Smithfield, North Carolina 27577-0454

Steven T. Smith
McMillan Smith & Plyler
P. O. Box 150
Raleigh, North Carolina 27602-0150

Brent E. Wood
Wood & Francis, PLLC
P. O. Box 164
Raleigh, NC 27602

This the 19th day of June, 2000.

*[signature]*
John Keating Wiles
CHESHIRE, PARKER,
SCHNEIDER, WELLS & BRYAN
133 Fayetteville Street Mall
P. O. Box 1029
Raleigh, North Carolina 27602
(919) 833-3114