IN THE UNITED STATES BANKRUPTCY COURT **FILED**
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION                                   JUN 19 2000

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTERNATIONAL HERITAGE, INC. ) | CASE NO. 98-02675-5-ATS |
| ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, ) | CASE NO. 98-02674-5-ATS |
| INCORPORATED, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

## NOTICE OF APPEAL

Georgina Mollick comes, by and through undersigned counsel and pursuant to 28 U.S.C 158, and appeals from the Order Allowing Motion for Approval of Compromise and Settlement entered in the above-captioned proceedings on the 7th day of June, 2000.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party(ies) | Attorney(ies) |
|---|---|
| Stanley H. Van Etten | Brent E. Wood<br>Wood & Francis, PLLC<br>P.O. Box 164<br>Raleigh, North Carolina 27602<br>Telephone: (919) 828-0801 |
| Stanley H. Van Etten | Wade Smith<br>Melissa Hill<br>Tharrington Smith<br>209 Fayetteville Street Mall<br>Raleigh, North Carolina 27601<br>Telephone: (919) 821-4711 |
| Wood & Francis, PLLC | Brent E. Wood<br>Wood & Francis, PLLC<br>P.O. Box 164<br>Raleigh, North Carolina 27602<br>Telephone: (919) 828-0801 |

| | |
|---|---|
| International Heritage, Inc.<br>International Heritage Incorporated | Holmes Harden<br>Maupin Taylor & Ellis<br>P. O. Box 17169<br>Raleigh, NC 27619<br>Telephone: (919) 981-4000 |
| United States Attorney | Scott Wilkinson<br>Assistant United States Attorney<br>Suite 800 Federal Building<br>Raleigh, North Carolina 27601-1461<br>Telephone: (919) 856-4099 |
| Claude Savage | John "Jack" O'Hale<br>Attorney at Law<br>102 S. 3rd Street<br>Smithfield, North Carolina 27577-0454<br>Telephone: (919) 934-6021 |
| John Brothers<br>Dee Brothers | Steven T. Smith<br>McMillan Smith & Plyler<br>P. O. Box 150<br>Raleigh, North Carolina 27602-0150<br>Telephone: (919) 821-5124 |
| Larry Smith | Brent E. Wood<br>Wood & Francis, PLLC<br>(limited appearance only)<br>P.O. Box 164<br>Raleigh, North Carolina 27602<br>Telephone: (919) 828-0801 |
| Georgina Mollick | Joseph Cheshire, V<br>Cheshire, Parker, Schneider, Wells & Bryan<br>P. O. Box 1029<br>Raleigh, NC 27602<br>Telephone: (919) 833-3114 |

Respectfully submitted this the 19th day of June, 2000.

          CHESHIRE, PARKER, SCHNEIDER,
                 WELLS & BRYAN

*/s/ Joseph B. Cheshire, V*

Joseph B. Cheshire, V
N.C. State Bar # 5543
133 Fayetteville Street Mall
P. O. Box 1029
Raleigh, NC 27602
(919) 833-3114 (TEL)
(919) 832-0739 (FAX)

*/s/ John Keating Wiles*

John Keating Wiles
N.C. State Bar # 22379
133 Fayetteville Street Mall
P. O. Box 1029
Raleigh, NC 27602
(919) 833-3114 (TEL)
(919) 832-0739 (FAX)

3

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the above and foregoing **NOTICE OF APPEAL** was served upon the following parties by depositing in a postage paid envelope to the following parties:

Wade Smith
Melissa Hill
Tharrington Smith
209 Fayetteville Street Mall
Raleigh, North Carolina  27601

Holmes Harden
Maupin Taylor & Ellis
P. O. Box 17169
Raleigh, NC  27619

Scott Wilkinson
Assistant United States Attorney
Suite 800 Federal Building
Raleigh, North Carolina 27601-1461

John "Jack" O'Hale
Attorney at Law
102 S. 3rd Street
Smithfield, North Carolina  27577-0454

Steven T. Smith
McMillan Smith & Plyler
P. O. Box 150
Raleigh, North Carolina  27602-0150

Brent E. Wood
Wood & Francis, PLLC
P. O. Box 164
Raleigh, NC  27602

Terri L. Gardner
Smith Debman Narron & Myers
4700 New Bern Avenue
P. O. Box 26268
Raleigh, NC  27611-6268

4

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3758
Wilson, NC 27894-3758

This the 14th day of June, 2000.

                                           John Keating Wiles
                                         CHESHIRE, PARKER, SCHNEIDER,
                                         WELLS & BRYAN
                                         133 Fayetteville Street Mall
                                         P. O. Box 1029
                                         Raleigh, North Carolina 27602
                                         (919) 833-3114