IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**FILED**
JUN 20 2000
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | |
|---|---|
| IN RE: | ) |
| | ) |
| INTERNATIONAL HERITAGE, INC. | ) CASE NO. 98-02675-5-ATS |
| | ) CHAPTER 7 |
| INTERNATIONAL HERITAGE, | ) CASE NO. 98-02674-5-ATS |
| INCORPORATED, | ) CHAPTER 7 |
| | ) |
| Debtor. | ) |

**NOTICE OF APPEAL**

NOW COMES Claude Savage and appeals under 28 U.S.C 158 from the Order Allowing Motion for Approval of Compromise and Settlement entered in the above-captioned proceedings on the 7th day of June, 2000.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Party(ies)                          Attorney(ies)

Stanley H. Van Etten                Brent E. Wood
                                    Wood & Francis, PLLC
                                    P.O. Box 164
                                    Raleigh, North Carolina  27602
                                    Telephone:  (919) 828-0801

Stanley H. Van Etten                Wade Smith
                                    Melissa Hill
                                    Tharrington Smith
                                    209 Fayetteville Street Mall
                                    Raleigh, North Carolina  27601
                                    Telephone:  (919) 821-4711

Wood & Francis, PLLC                Brent E. Wood
                                    Wood & Francis, PLLC
                                    P.O. Box 164
                                    Raleigh, North Carolina  27602
                                    Telephone:  (919) 828-0801

cc: Debtor, BA, Tee, BA, Wood, Smith, Cheshire, O'Hale  6/20/00 AM

| | |
|---|---|
| International Heritage, Inc.<br>International Heritage Incorporated | Holmes Harden<br>Maupin Taylor & Ellis<br>P. O. Box 17169<br>Raleigh, NC 27619<br>Telephone: (919) 981-4000 |
| United States Attorney | Scott Wilkinson<br>Assistant United States Attorney<br>Suite 800 Federal Building<br>Raleigh, North Carolina 27601-1461<br>Telephone: (919) 856-4099 |
| Claude Savage | John "Jack" O'Hale<br>Attorney at Law<br>102 S. 3rd Street<br>Smithfield, North Carolina 27577-0454<br>Telephone: (919) 934-6021 |
| John Brothers<br>Dee Brothers | Stephen T. Smith<br>McMillan Smith & Plyler<br>P. O. Box 150<br>Raleigh, North Carolina 27602-0150<br>Telephone: (919) 821-5124 |
| Larry Smith | Brent E. Wood<br>Wood & Francis, PLLC<br>(limited appearance only)<br>P.O. Box 164<br>Raleigh, North Carolina 27602<br>Telephone: (919) 828-0801 |
| Georgina Mollick | Joseph Cheshire, V<br>Cheshire, Parker, Schneider, Wells & Bryan<br>P. O. Box 1029<br>Raleigh, NC 27602<br>Telephone: (919) 833-3114 |