U.S. Bankruptcy Court for the Eastern District of North Carolina

CLERK, U.S. BANKRUPTCY COURT
POST OFFICE BOX 1441
RALEIGH, N.C. 27602-1441

In Re a *Petition for Relief under Chapter 7 of Title 11, U.S. Code*, filed by or against the below-named Debtor on November 25, 1998:
DEBTOR: INTERNATIONAL HERITAGE, INC. of C/O MAYFLOWER CAPITAL, LLC, 2626 GLENWOOD AVENUE, SUITE 100, RALEIGH, NC 27608; SSN: N/A, EIN: 56-1921093

CASE NO. 98-02675-5-ATS

## ORDER AND NOTICE BY THE COURT

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing in said cause will be held:

DATE: July 19, 2000
TIME: 09:00 A.M.
PLACE:
UNITED STATES BANKRUPTCY COURT
U.S. COURTHOUSE & P.O. BLDG., ROOM 208, 300 FAYETTEVILLE ST. MALL, RALEIGH, NC

to consider and act on the following matters:

First Interim Application for Compensation for Services Rendered by Attorney Specially filed by Lewis & Roberts, PLLC on May 31, 2000 and Objection thereto filed by Acstar Insurance Company on June 16, 2000.

and to transact all other business as may properly come before the court.

DATED:

PEGGY B. DEANS
CLERK OF COURT

U.S. Bankruptcy Court for the Eastern District of North Carolina

<u>CLERK, U.S. BANKRUPTCY COURT</u>
<u>POST OFFICE BOX 1441</u>
<u>RALEIGH, N.C. 27602-1441</u>

In Re a *Petition for Relief under Chapter 7 of Title 11, U.S. Code*, filed by or against the below-named Debtor on November 25, 1998:
DEBTOR: INTERNATIONAL HERITAGE, INC. of C/O MAYFLOWER CAPITAL, LLC, 2626 GLENWOOD AVENUE, SUITE 100, RALEIGH, NC 27608; SSN: N/A, EIN: 56-1921093
CASE NO. **98-02675-5-ATS**

**ORDER AND NOTICE**
**BY THE COURT**

CERTIFICATE OF MAILING

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that a copy of the attached document was mailed in a postage prepaid envelope addressed to the following at their respective addresses, by placing said envelope in the regular mail in Raleigh, NC, on this date.

DATED:   **28 JUN 2000**          *Annur Moell*
                                    DEPUTY CLERK


INTERNATIONAL HERITAGE, INC.
C/O MAYFLOWER CAPITAL, LLC
RALEIGH, NC 27608


Terri L. Gardner
PO Drawer 1389
Raleigh, NC 27602

Holmes P. Harden
P.O. Box 17169
Raleigh, NC 27619

Bankruptcy Administrator

James A. Roberts, III
Post Office Box 17529
Raleigh, NC  27619-7529

Paul A. Fanning
Post Office Box 8088
Greenville, NC  27835-8088