IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**F I L E D**
JUN 29 2000
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTERNATIONAL HERITAGE, INC. ) | CASE NO. 98-02675-5-ATS |
| ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, ) | CASE NO. 98-02674-5-ATS |
| INCORPORATED, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

## DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL AND STATEMENT OF ISSUES

NOW COMES Stanley H. Van Etten and Wood & Francis, PLLC, and pursuant to Rule 8006 of the Bankruptcy Rules, provide the following Designation of Items to be included in the Record on Appeal and Statement of Issues:

### Designation of Items to be Included in Record of Appeal

1. Trustee's Motion for Approval of Compromise and Settlement;

2. Order Allowing Motion for Approval of Compromise and Settlement;

3. Memorandum of Law in Opposition to Trustee's Motion for Approval of Compromise and Settlement; and

4. Transcript of Hearing of May 31, 2000, before the Honorable A. Thomas Small.

### STATEMENT OF ISSUES

1. Whether the Bankruptcy Court erred by entering the Order Allowing Motion for Approval of Compromise and Settlement and allowing the Trustee to waive the Debtors' attorney-client privilege?

2. Whether the Bankruptcy Court violated the Fifth and/or Sixth Amendments of the United States Constitution by entering the Order Allowing Motion for Approval of Compromise and Settlement and allowing the Trustee to waive the Debtors' attorney-client privilege?

Respectfully submitted this the 29th day of June, 2000.

WOOD & FRANCIS, PLLC

*Brent E. Wood* by A.E.F.
Brent E. Wood
N.C. State Bar No. 16898
Two Hannover Square
424 Fayetteville Street, Suite 2300
Post Office Box 164
Raleigh, North Carolina 27602
Telephone: (919) 828-0801