IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**FILED**
JUN 29 2000
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:                                )
                                      )
INTERNATIONAL HERITAGE, INC.          )   CASE NO. 98-02675-5-ATS
                                      )   CHAPTER 7
INTERNATIONAL HERITAGE,               )   CASE NO. 98-02674-5-ATS
INCORPORATED,                         )   CHAPTER 7
                                      )
         Debtor.                      )

## DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL AND STATEMENT OF ISSUES

NOW COME John Brothers and Dee Brothers, and pursuant to Rule 8006 of the Bankruptcy Rules, provide the following Designation of Items to be included in the Record on Appeal and Statement of Issues:

### Designation of Items to be Included in Record of Appeal

1. Trustee's Motion for Approval of Compromise and Settlement;

2. Order Allowing Motion for Approval of Compromise and Settlement;

3. Memorandum of Law in Opposition to Trustee's Motion for Approval of Compromise and Settlement; and

4. Transcript of Hearing of May 31, 2000, before the Honorable A. Thomas Small.

### STATEMENT OF ISSUES

1. Whether the Bankruptcy Court erred by entering the Order Allowing Motion for Approval of Compromise and Settlement and allowing the Trustee to waive the Debtors' attorney-client privilege?

2.  Whether the Bankruptcy Court violated the Fifth and/or Sixth Amendments of the United States Constitution by entering the Order Allowing Motion for Approval of Compromise and Settlement and allowing the Trustee to waive the Debtors' attorney-client privilege?

This the 29th day of June, 2000.

McMILLAN, SMITH & PLYLER

*[signature]*

Stephen T. Smith
N.C. State Bar No. 5841
205 W. Martin Street
Post Office Box 150
Raleigh, North Carolina 27602
Telephone: (919) 821-5124
Counsel for John Brothers and Dee Brothers

### CERTIFICATE OF SERVICE

I, Stephen T. Smith, attorney for John Brothers and Dee Brothers, certify that I served the foregoing document on the 29th day June, 2000, upon the following parties, and in the manner below specified, by placing a copy thereof for each such party(ies) in a separate envelope bearing sufficient postage and depositing the same in the United States mail at Raleigh, North Carolina and/or by facsimile:

Wade Smith
Melissa Hill
Tharrington Smith
209 Fayetteville Street Mall
Raleigh, North Carolina 27601

Holmes Harden
Maupin Taylor & Ellis
P. O. Box 17169
Raleigh, NC 27619

2

Scott Wilkinson
Assistant United States Attorney
Suite 800 Federal Building
Raleigh, North Carolina 27601-1461

John "Jack" O'Hale
Attorney at Law
102 S. 3rd Street
Smithfield, North Carolina 27577-0454

Brent E. Wood
Wood & Francis
Post Office Box 164
Raleigh, North Carolina 27602

Joseph Cheshire, V
Cheshire, Parker, Schneider, Wells & Bryan
P. O. Box 1029
Raleigh, NC 27602

Terri L. Gardner
Smith Debman Narron & Myers
4700 New Bern Avenue
P. O. Box 26268
Raleigh, NC 27611-6268

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3758
Wilson, NC 27894-3758

This the 29th day of June, 2000.

_____
Stephen T. Smith
N.C. State Bar No. 5841
205 W. Martin Street
Post Office Box 150
Raleigh, North Carolina 27602
Telephone: (919) 821-5124
Counsel for John Brothers and Dee Brothers

3