IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**FILED**

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTERNATIONAL HERITAGE, INC. ) | CASE NO. 98-02675-5-ATS |
| ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, ) | CASE NO. 98-02674-5-ATS |
| INCORPORATED, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

## DESIGNATION OF ITEMS TO BE INCLUDED
## IN RECORD ON APPEAL AND STATEMENT OF ISSUES

NOW COMES Claude Savage, and pursuant to Rule 8006 of the Bankruptcy Rules, provide the following Designation of Items to be included in the Record on Appeal and Statement of Issues:

### Designation of Items to be Included in Record of Appeal

1. Trustee's Motion for Approval of Compromise and Settlement;

2. Order Allowing Motion for Approval of Compromise and Settlement;

3. Memorandum of Law in Opposition to Trustee's Motion for Approval of Compromise and Settlement; and

4. Transcript of Hearing of May 31, 2000, before the Honorable A. Thomas Small.

### STATEMENT OF ISSUES

1. Whether the Bankruptcy Court erred by entering the Order Allowing Motion for Approval of Compromise and Settlement and allowing the Trustee to waive the Debtors' attorney-client privilege?

2.  Whether the Bankruptcy Court violated the Fifth and/or Sixth Amendments of the United States Constitution by entering the Order Allowing Motion for Approval of Compromise and Settlement and allowing the Trustee to waive the Debtors' attorney-client privilege?

This the 30th day of June, 2000.

NARRON, O'HALE AND
WHITTINGTON, P.A.

_[signature]_

John P. O'Hale
Attorney for Defendant
N.C. State Bar No. 6794
P.O. Box 1567
Smithfield, NC 27577
(919) 934-6021

### CERTIFICATE OF SERVICE

I, John P. O'Hale, attorney for Claude Savage, certify that I served the foregoing document on the 30th day of June, 2000, upon the following parties, and in the manner below specified, by placing a copy thereof for each such party(ies) in a separate envelope bearing sufficient postage and depositing the same in the United States mail at Raleigh, North Carolina and/or by facsimile:

Wade Smith
Melissa Hill
Tharrington Smith
209 Fayetteville Street Mall
Raleigh, North Carolina 27601

Holmes Harden
Maupin Taylor & Ellis
P.O. Box 17169
Raleigh, NC 27619

Scott Wilkinson
Assistant United States Attorney
Suite 800 Federal Building
Raleigh, North Carolina 27601-1461

Stephen T. Smith
205 W. Martin Street
Post Office Box 150
Raleigh, NC 27602

Brent E. Wood
Wood & Francis
Post Office Box 164
Raleigh, North Carolina 27602

Joseph Cheshire, V
Cheshire, Parker, Schneider, Wells & Bryan
P.O. Box 1029
Raleigh, NC 27602

Terri L. Gardner
Smith Debnam Narron & Myers
4700 New Bern Avenue
P.O. Box 26268
Raleigh, NC 27611-6268

Marjorie K. Lynch
Bankruptcy Administrator
P.O. Box 3758
Wilson, NC 27894-3758

    This the 30th day of June, 2000.

                                          John P. O'Hale
                                          Attorney for Defendant
                                          N.C. State Bar No.6794
                                          P.O. Box 1567
                                          Smithfield, NC 27577
                                          (919) 934-6021