**FILED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

JUL 5 2000

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, | ) | CASE NO. 98-02674-5-ATS |
| INCORPORATED, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

### DESIGNATION OF ITEMS TO BE INCLUDED
### IN RECORD ON APPEAL AND STATEMENT OF ISSUES

NOW COMES Georgina Mollick, and pursuant to Rule 8006 of the Bankruptcy Rules, provide the following Designation of Items to be included in the Record on Appeal and Statement of Issues:

#### Designation of Items to be Included in Record of Appeal

1. Trustee's Motion for Approval of Compromise and Settlement;

2. Order Allowing Motion for Approval of Compromise and Settlement;

3. Memorandum of Law in Opposition to Trustee's Motion for Approval of Compromise and Settlement; and

4. Transcript of Hearing of May 31, 2000, before the Honorable A. Thomas Small.

#### STATEMENT OF ISSUES

1. Whether the Bankruptcy Court erred by entering the Order Allowing Motion for Approval of Compromise and Settlement and allowing the Trustee to waive the Debtors' attorney-client privilege?

2. Whether the Bankruptcy Court violated the Fifth and/or Sixth Amendments of the United States Constitution by entering the Order Allowing Motion

for Approval of Compromise and Settlement and allowing the Trustee to waive the Debtors' attorney-client privilege?

Respectfully submitted this the 30th day of June, 2000.

>
> CHESHIRE, PARKER, SCHNEIDER, WELLS & BRYAN
>
> *Joseph B. Cheshire V by Keat W------*
> Joseph B. Cheshire, V
> N.C. State Bar # 5543
> 133 Fayetteville Street Mall
> P. O. Box 1029
> Raleigh, NC 27602
> (919) 833-3114 (TEL)
> (919) 832-0739 (FAX)
>
> *John Keating W------*
> John Keating Wiles
> N.C. State Bar # 22379
> 133 Fayetteville Street Mall
> P. O. Box 1029
> Raleigh, NC 27602
> (919) 833-3114 (TEL)
> (919) 832-0739 (FAX)

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the above and foregoing **DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL AND STATEMENT OF ISSUES** ~~NOTICE OF APPEAL~~ was served upon the following parties by depositing in a postage paid envelope to the following parties:

Wade Smith
Melissa Hill
Tharrington Smith
209 Fayetteville Street Mall
Raleigh, North Carolina 27601

Holmes Harden
Maupin Taylor & Ellis
P. O. Box 17169
Raleigh, NC 27619

Scott Wilkinson
Assistant United States Attorney
Suite 800 Federal Building
Raleigh, North Carolina 27601-1461

John "Jack" O'Hale
Attorney at Law
102 S. 3rd Street
Smithfield, North Carolina 27577-0454

Steven T. Smith
McMillan Smith & Plyler
P. O. Box 150
Raleigh, North Carolina 27602-0150

Brent E. Wood
Wood & Francis, PLLC
P. O. Box 164
Raleigh, NC 27602

Terri L. Gardner
Smith Debman Narron & Myers
4700 New Bern Avenue
P. O. Box 26268
Raleigh, NC 27611-6268

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3758
Wilson, NC 27894-3758

This the 30th day of June, 2000.

John Keating Wiles
CHESHIRE, PARKER,
SCHNEIDER, WELLS & BRYAN
133 Fayetteville Street Mall
P. O. Box 1029
Raleigh, North Carolina 27602
(919) 833-3114