**F I L E D**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA JUL 10 2000
RALEIGH DIVISION

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:                                        )
                                              )
INTERNATIONAL HERITAGE, INC.                  )    CASE NO. 98-02675-5-ATS
                                              )    CHAPTER 7
INTERNATIONAL HERITAGE,                       )    CASE NO. 98-02674-5-ATS
INCORPORATED,                                 )    CHAPTER 7
                                              )
          Debtor.                             )

### MOTION FOR ORDER: (1) MODIFYING ORDER DENYING MOTIONS FOR STAYS PENDING APPEALS AND ORDER DIRECTING APPELLANTS TO IDENTIFY DOCUMENTS; AND (2) STAYING ORDER ALLOWING MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT PURSUANT TO RULE 8005 OF THE BANKRUPTCY RULES

NOW COME Stanley H. Van Etten and Wood & Francis, PLLC, and move the United States District Court for the Eastern District of North Carolina, pursuant to Rule 8005 of the Federal Rules of Bankruptcy Procedure, for an order modifying the Order Denying Motions for Stays Pending Appeals and Order Directing Appellants to Identify Documents entered by the Honorable A. Thomas Small, Bankruptcy Judge, on June 28, 2000. In addition and alternatively, Stanley H. Van Etten and Wood & Francis, PLLC, pursuant to Rule 8005 of the Federal Rules of Bankruptcy Procedure, move the United States District Court for the Eastern District of North Carolina for an order staying the Order Allowing Motion for Approval of Compromise and Settlement entered by the Honorable A. Thomas Small, Bankruptcy Judge, on June 7, 2000.

In support of these motions, Stanley H. Van Etten and Wood & Francis, PLLC incorporate by reference a Memorandum of Law in support of their Motion for Order: (1) Modifying Order Denying Motions for Stays Pending Appeals and Order Directing Appellants to Identify Documents; and (2) Staying Order Allowing Motion for Approval of Compromise and

261

266

Settlement Pursuant to Rule 8005 of the Bankruptcy Rules, filed simultaneously with this motion.

Pursuant to the Order Denying Motions for Stays Pending Appeals and Order Directing Appellants to Identify Documents entered by the Honorable A. Thomas Small, Bankruptcy Judge, on June 28, 2000, this motion is being submitted by Stanley H. Van Etten and Wood & Francis, PLLC to the United States District Court for the Eastern District of North Carolina in accordance with Rule 8005 of the Federal Rules of Bankruptcy Procedure.

Respectfully submitted this the 10th day of July, 2000.

WOOD & FRANCIS, PLLC

Brent E. Wood
N.C. State Bar No. 16898
Two Hannover Square
424 Fayetteville Street, Suite 2300
Post Office Box 164
Raleigh, North Carolina 27602
Telephone: (919) 828-0801

2

## CERTIFICATE OF SERVICE

I, Brent E. Wood, attorney for Wood & Francis, PLLC, certify that I served the foregoing document on the 10th day July, 2000, upon the following parties, and in the manner below specified, by placing a copy thereof for each such party(ies) in a separate envelope bearing sufficient postage and depositing the same in the United States mail at Raleigh, North Carolina and/or by facsimile:

Wade Smith
Melissa Hill
Tharrington Smith
209 Fayetteville Street Mall
Raleigh, North Carolina  27601

Holmes Harden
Maupin Taylor & Ellis
P. O. Box 17169
Raleigh, NC  27619

Scott Wilkinson
Assistant United States Attorney
Suite 800 Federal Building
Raleigh, North Carolina 27601-1461

John "Jack" O'Hale
Attorney at Law
102 S. 3rd Street
Smithfield, North Carolina  27577-0454

Stephen T. Smith
McMillan Smith & Plyler
P. O. Box 150
Raleigh, North Carolina  27602-0150

Joseph Cheshire, V
Cheshire, Parker, Schneider, Wells & Bryan
P. O. Box 1029
Raleigh, NC  27602

Terri L. Gardner
Smith Debman Narron & Myers
4700 New Bern Avenue
P. O. Box 26268
Raleigh, NC  27611-6268

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3758
Wilson, NC  27894-3758

This the 10th day of July, 2000.

WOOD & FRANCIS, PLLC

Brent E. Wood, Esq.
Post Office Box 164
Raleigh, North Carolina 27602
Telephone:  (919) 828-0801

f:\wp\ihi-bk.MotionToModify.doc

3