- 11-9-95 correspondence from JAB to SVE w/ attachments **(A/CP)**
- 6-22-95 correspondence from JAB to SVE **(A/CP)**
- 6-1-95 memorandum from Babener & Associates to SVE regarding MLM legal issues w/ attachments **(A/CP)**
- 7-10-96 facsimile transmission from JAB to JB **(A/CP)**
- 3-29-96 correspondence from SVE to JAB **(A/CP)**
- 9-3-96 correspondence from JAB to GMM w/ attachment **(A/CP)**
- 7-11-96 correspondence from Mitchell A. Goldstein to JB **(A/CP)**
- 6-3-96 correspondence from JAB to SVE **(A/CP)**
- 8-15-96 correspondence from SVE to JAB w/ attachments **(A/CP)**
- 11-5-96 correspondence from JAB to JB **(A/CP)**
- 1-27-97 draft correspondence from JB to FDB & JAB **(A/CP)**
- 5-22-97 correspondence from JAB to BEW **(A/CP)**
- 1-25-96 facsimile correspondence from JAB to SVE **(A/CP)**
- 3-26-97 correspondence from JAB to FDB **(A/CP)**
- 4-15-97 correspondence from Mitchell A. Goldstein to CR **(A/CP)**
- 9-10-97 correspondence from JAB to SVE **(A/CP)**
- 2-18-98 correspondence from JAB to SVE **(A/CP)**
- 4-2-98 correspondence from JB to Mitchell Goldstein **(A/CP)**

**FILED**

**JUN 10 2000**

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

- Montana

  - 4-15-98 facsimile correspondence from CR to BEW and FDB **(A/CP)**
  - 9-30-98 correspondence from BEW to CR w/ attachment **(A/CP)**

- Regulatory

  - 10-9-97 correspondence from JAB to CR w/ attachment **(A/CP)**
  - 11-24-97 facsimile correspondence from CR to JAB **(A/CP)**
  - 11-24-97 facsimile correspondence from JAB to SVE, JB & CR **(A/CP)**
  - 10-28-97 correspondence from CR to JAB cc'd SVE, JB, BEW, FDB & Pete Scanlon **(A/CP)**
  - 10-27-97 facsimile transmission from CR to BEW cc'd SVE, JB, GMM & Pete Scanlon **(A/CP)**
  - 2-26-98 facsimile transmission from JAB to CR, SVE & JB **(A/CP)**
  - 11-24-97 correspondence from JAB to CR **(A/CP)**
  - 1-13-98 correspondence from BEW to FDB & CR **(A/CP)**
  - 4-16-98 facsimile transmission from CR to JB & Pete Scanlon **(A/CP)**
  - 8-21-98 correspondence from CR to FDB **(A/CP)**
  - 9-1-98 correspondence from CR to FDB **(A/CP)**

- Ragsdale, Liggett

  - 9-6-95 memorandum from GMM to SVE cc'd DH, Gary Johnson, John Brothers and Sheila Stansill **(A/CP)**
  - Handwritten note from GMM regarding meeting on 12-12 presumably 1995 **(WP)**
  - 2-13-96 correspondence from GMM to SVE **(A/CP)**
  - 2-15-96 facsimile correspondence from GMM to SVE **(A/CP)**

- 3-27-96 correspondence from GMM to SVE & Clark Jones **(A/CP)**

- Wyrick Robbins

  - 4-2-98 correspondence from JB to FDB **(A/CP)**
  - 4-27-98 facsimile correspondence from Rob Hukezalie to FDB **(A/CP)**
  - 10-11-96 correspondence from FDB to SVE w/ attachment **(A/CP)**
  - 1-27-97 draft correspondence from JB to JAB and FDB **(WP)**
  - 6-3-96 correspondence from SVE to FDB **(A/CP)**
  - 6-3-96 correspondence from SVE to FDB **(A/CP)**

- Wood & Francis, PLLC

  - 7-29-98 correspondence from BEW to GMM labeled attorney-client privileged **(A/CP)**
  - 4-2-98 correspondence from JB to BEW **(A/CP)**
  - 4-15-98 correspondence from BEW to JB **(A/CP)**
  - 2-24-98 correspondence from BEW to GMM **(A/CP)**
  - 1-21-98 memorandum from BEW to SVE, JB, CR & Pete Scanlon cc'd CTF re: Direct Sellers Association Multi-level marketing seminar on 15 January 1998 **(A/CP)**
  - 11-10-97 correspondence from BEW to SVE **(A/CP)**
  - 6-16-97 correspondence from BEW to DA **(A/CP)**
  - 9-24-97 correspondence from BEW to SVE **(A/CP)**
  - 9-19-97 correspondence from SVE to BEW **(A/CP)**
  - 9-11-97 correspondence from BEW to JB **(A/CP)**
  - 8-21-97 correspondence from BEW to JB **(A/CP)**
  - 9-3-97 correspondence from AS to BEW **(A/CP)**
  - 8-4-97 correspondence from BEW to JB **(A/CP)**
  - 2-10-97 correspondence from AS to GMM **(A/CP)**
  - 1-20-97 draft correspondence from AS to GMM **(WP)**
  - 1-14-97 facsimile transmission from GMM to Patti Kolenick, Ted Levine, Aram Kostiglian, Davin Brown & Pam Patrick, Steve Bayern, Barry Hawk, RSH, Steve Wolosky cc'd SVE, Jeff Hooks, Clark Jones, Dawn McIntyre, Jeff Trendle, JB (item on file is copy of transmission for JB) **(A/CP)**
  - 1-8-97 correspondence from GMM to AS **(A/CP)**
  - 1-17-97 facsimile transmission from AS/JB to GMM **(A/CP)**
  - 1-16-97 facsimile transmission from AS to GMM **(A/CP)**

- North Carolina

  - 8-19-98 facsimile transmission from BEW to JB **(A/CP)**
  - 7-13-98 facsimile transmission from BEW to CR **(A/CP)**
  - 6-2-98 correspondence from BEW to CR **(A/CP)**
  - 2-20-97 correspondence from CR to BEW **(A/CP)**
  - 1-15-97 correspondence from CR to BEW **(A/CP)**
  - 10-27-97 facsimile transmission from CR to BEW **(A/CP)**
  - 10-15-97 correspondence from CR to BEW w/ attachments **(A/CP)**
  - 10-9-97 correspondence from BEW to CR **(A/CP)**

- 8-8-97 correspondence from BEW to Christine Lanning of the North Carolina Attorney General's office re: International Heritage, Inc. **(A/CP)**
- 8-20-97 correspondence from BEW to SVE, JB, CR **(A/CP)**

- First Data

  - 5-18-98 correspondence from BEW to SVE **(A/CP)**
  - 5-18-98 correspondence from BEW to GMM **(A/CP)**
  - 2-24-98 correspondence from BEW to SVE **(A/CP)**
  - 8-8-97 correspondence from BEW to SVE **(A/CP)**
  - 7-14-97 correspondence from CR to BEW w/ attachments **(A/CP)**
  - 6-19-97 correspondence from BEW to JB **(A/CP)**
  - 6-10-97 correspondence from BEW to SVE **(A/CP)**
  - 5-12-97 memorandum from DH to BEW cc'd SVE & JB **(A/CP)**
  - 5-8-97 facsimile correspondence from BEW to JB **(A/CP)**
  - 4-29-97 correspondence from BEW to SVE **(A/CP)**

- SEC Atlanta – May 9, 1997

  - 2-10-98 correspondence from CR to FDB **(A/CP)**
  - 12-12-97 correspondence from BEW to RB **(A/CP)**
  - 9-5-97 facsimile transmission from DA to CR **(A/CP)**
  - 9-4-97 draft document entitled Further Description of International Heritage's Compensation Plan sent via facsimile from Wyrick Robbins **(WP)**
  - 7-11-97 correspondence from CR to FDB **(A/CP)**
  - 7-8-97 correspondence from JAB to CR w/ attachment **(A/CP)**
  - 6-12-97 correspondence from GMM to FDB w/ attachment **(A/CP)**
  - 6-17-97 correspondence from DA to JAB **(A/CP)**
  - 7-30-97 facsimile transmission from CR to DA **(A/CP)**
  - 7-29-97 correspondence from DA to CR **(A/CP)**
  - 7-29-97 facsimile transmission from DA to CR **(A/CP)**
  - 5-23-97 correspondence from GMM to RSH, Steven Wolosky & FDB **(A/CP)**
  - 6-16-97 correspondence from DA to DA **(A/CP)**
  - 6-3-97 JB copy of facsimile transmission from GMM to RSH, Steve Wolosky, FDB, SVE & JB **(A/CP)**
  - 5-30-97 facsimile transmission from DA to SVE, CR & GMM **(A/CP)**
  - 3-21-97 correspondence from SVE to GMM **(A/CP)**
  - 4-16-97 copy of correspondence from GMM to Rebecca Bohland of the Securities and Exchange Commission bearing note from SVE to JB and GMM w/ responding notes from GMM **(A/CP)**

- SEC v. IHI  March 1998

  - 6-3-98 correspondence from BEW to Gerald Juetter, Jr. & Joel Piassick both of Kilpatrick Stockton w/ attachments **(A/CP)**
  - 4-1-98 correspondence from GMM to BEW cc'd JB & Richard Corbin of RW Corbin Insurance Agency **(A/CP)**
  - 7-2-98 correspondence from BEW to RB **(A/CP)**

- 10-2-98 correspondence from GMM to BEW **(A/CP)**
- 9-14-98 correspondence from BEW to RB **(A/CP)**
- 5-1-98 correspondence from RB to JB w/ attachment **(A/CP)**
- 5-18-98 correspondence from BEW to RB **(A/CP)**
- 6-12-97 correspondence from GMM to FDB w/ attachment **(A/CP)**
- 4-10-98 correspondence from BEW to RB **(A/CP)**
- 3-17-98 three pages of handwritten notes of attorney meeting **(WP)**
- 4-2-98 correspondence from BEW to RB **(A/CP)**
- 3-20-98 facsimile transmission from Joan Bond of Wood & Francis to JB **(A/CP)**
- 7-27-98 correspondence from BEW to Rob Hukezalie **(A/CP)**
- 7-23-98 correspondence from BEW to JB **(A/CP)**
- 5-28-98 correspondence from BEW to David Gellan, Michael Wolosky **(A/CP)**
- 5-28-98 correspondence from BEW to Rob Hukezalie w/ attachments **(A/CP)**
- 7-29-98 correspondence from BEW to RB **(A/CP)**
- 8-10-98 facsimile correspondence from BEW to RB **(A/CP)**
- 8-6-98 correspondence from BEW to RB **(A/CP)**
- 9-22-98 facsimile correspondence from BEW to RB **(A/CP)**

- Class Action Correspondence

  - 5-28-98 correspondence from BEW to BML & MV of Dechert Price & Rhoades w/ attachments **(A/CP)**
  - 9-28-98 correspondence from BEW to Rob Hukezalie **(A/CP)**
  - 9-16-98 correspondence from BEW to GMM **(A/CP)**
  - 9-29-98 facsimile correspondence from BEW to Susan Halpern **(A/CP)**
  - 8-24-98 correspondence from BEW to MV w/ attachment **(A/CP)**
  - 7-28-98 correspondence from BEW to GMM **(A/CP)**
  - 7-1-98 correspondence from BEW to SVE, JB, Sabrina Wei, Jimmy Knowles, Barry Ackle, Claude Savage, Larry Smith w/ attachment **(A/CP)**
  - 7-2-98 facsimile correspondence from BEW to GMM w/ attachment **(A/CP)**
  - 5-28-98 correspondence from GMM to Douglas Lang **(A/CP)**
  - 6-10-98 correspondence from GMM to BML w/ attachment **(A/CP)**
  - 8-31-98 correspondence from BEW to GMM **(A/CP)**
  - 7-7-98 correspondence from GMM to BEW **(A/CP)**
  - 4-7-98 correspondence from GMM to BEW w/ attachments **(A/CP)**
  - 4-3-98 correspondence from GMM to BEW **(A/CP)**
  - 4-16-98 correspondence from GMM to RB **(A/CP)**
  - 5-15-98 correspondence from GMM to BML **(A/CP)**
  - 5-22-98 correspondence from BEW to Douglas Lang **(A/CP)**
  - 5-18-98 correspondence from BEW to Theodore Sonde and BML with attachment **(A/CP)**
  - 5-18-98 facsimile correspondence from BEW to Rob Hukezalie with attachment **(A/CP)**
  - 4-14-98 correspondence from BEW to Doug Atkins **(A/CP)**
  - 4-14-98 correspondence from BEW to Theodore Sonde **(A/CP)**
  - 4-15-98 facsimile correspondence from BEW to John Missing **(A/CP)**
  - 4-17-98 correspondence from BEW to Doug Lang with attachment **(A/CP)**
  - 4-27-98 facsimile correspondence from BEW to BML **(A/CP)**
  - 5-6-98 correspondence from BEW to BML **(A/CP)**

- 4-13-98 correspondence from GMM to LS & CS **(A/CP)**
- 4-3-98 correspondence from GMM to BEW **(A/CP)**
- 4-7-98 correspondence from GMM to BEW **(A/CP)**

- D&O Insurance

  - 6-12-97 correspondence from GMM to DH **(A/CP)**
  - 9-11-97 correspondence from GMM to Chris Mango, Executive Risk re: International Heritage, Inc. Directors & Officers liability insurance policy **(A/CP)**
  - 8-24-98 correspondence from Lisa Burns of Ross Dixon & Masback, LLP to BEW with attachment **(A/CP)**
  - 8-28-98 correspondence from BEW to Lisa Burns **(A/CP)**
  - 8-4-97 correspondence from BEW to JB with attachment **(A/CP)**
  - 9-9-97 correspondence from BEW to JB **(A/CP)**
  - 8-7-97 correspondence from BEW to JB with attachment **(A/CP)**
  - 12-3-97 correspondence from BEW to JB with attachment **(A/CP)**
  - 1-13-98 correspondence from Julie Bell to JB with attachment **(A/CP)**
  - 11-6-97 facsimile transmission from BEW to Scott Morrison of Erie Insurance re: International Heritage, Inc. Claim number 91-27514 **(A/CP)**
  - 2-16-98 correspondence from Julie Bell to JB with attachment **(A/CP)**
  - 2-24-98 correspondence from JB with attachment **(A/CP)**
  - 9-22-98 correspondence from Julie Bell to JB **(A/CP)**
  - 9-24-98 correspondence from Julie Bell to JB **(A/CP)**

- Miscellaneous Documents

  - 7-10-98 letter and brochure from JAB to JB & SVE **(A/CP)**

- Jeffrey A. Babener

  - 3-26-97 correspondence from JAB to FDB **(A/CP)**
  - 3-26-97 facsimile transmission from JAB to SVE, JB **(A/CP)**
  - 2-12-97 correspondence from JB to Mitch Goldstein **(A/CP)**
  - 7-22-96 correspondence from Mitch Goldstein to JB **(A/CP)**
  - 3-8-96 correspondence from JAB to SVE and JB **(A/CP)**
  - 3-8-96 correspondence from JAB to SVE and JB **(A/CP)**
  - 3-12-96 facsimile transmission from JAB to SVE **(A/CP)**
  - 2-20-96 correspondence from JAB to SVE **(A/CP)**
  - 1-8-96 correspondence from JAB to SVE **(A/CP)**
  - 8-3-95 correspondence from JAB to SVE **(A/CP)**
  - 11-8-95 correspondence from JAB to FDB **(A/CP)**
  - 12-13-95 correspondence from JAB to JB **(A/CP)**
  - 11-1-95 facsimile correspondence from JAB to SVE **(A/CP)**
  - 10-10-95 facsimile correspondence from Mitch Goldstein to DA **(A/CP)**
  - 10-27-95 correspondence from SVE to JAB with attachment **(A/CP)**
  - 6-22-95 facsimile correspondence from JAB to SVE **(A/CP)**
  - 6-23-95 facsimile transmission of 6-16-95 JAB letter to SVE transmitted to all founders of IHI **(A/CP)**

- 5-30-95 facsimile correspondence from Vivica (?) Wright of Babener & Associates to DH with attachment **(A/CP)**
- 6-8-95 correspondence from FDB to JAB **(A/CP)**
- 6-2-95 facsimile transmission from JAB to SVE with attachment **(A/CP)**
- 5-30-95 correspondence from FDB to JAB **(A/CP)**
- 5-24-95 correspondence from JAB to SVE **(A/CP)**
- Multi-level distribution statute registration questionnaire sent to JAB and prepared by SVE **(A/CP)**
- 10-11-95 correspondence from JAB to Ms. Priscilla Duncan of the Attorney General's office, Consumer Divisions, Union Street, Montgomery, Alabama re: International Heritage, Inc. **(A/CP)**

## BOX 96W342I 069

- 4-23-97 facsimile transmission from GMM to RSH and SVE **(A/CP)**

- Miscellaneous Documents

  - 5-16-97 memorandum from GMM to management of IHI **(A/CP)**
  - 11-11-96 memorandum from GMM to SVE, Davin Brown, RSH, Steve Wolosky, Steve Bayrn, Patrick Kolenick, Ted Levine, Paul Farber, Aram Kostoglian re: Amendment No. 2 to Form S-1 – International Heritage, Inc. **(A/CP)**
  - Draft of Securities and Exchange Commission Amendment No. 2 to Form S-1 Registration Statement for International Heritage, Inc. **(WP)**
  - 12-3-96 correspondence from GMM to AW with attachment **(A/CP)**
  - 1-13-96 draft of Securities and Exchange Commission Amendment No. 2 to Form S-1 Registration Statement for International Heritage, Inc. with numerous edits and revisions from GMM **(WP)**
  - 1-21-97 facsimile transmission from Clark Jones to GMM **(A/CP)**
  - 1-16-97 facsimile transmission from Clark Jones to GMM **(A/CP)**
  - 1-9-96 memorandum from Clark Jones to GMM cc'd SVE **(A/CP)**
  - 12-20-96 facsimile transmission from Clark Jones to GMM **(A/CP)**
  - 1-20-97 IHI 95 monthly printout of reps earning per date with handwritten notes **(A/CP)**
  - 11-17-96 memorandum from Jeff Trendle to GMM cc'd SVE **(A/CP)**
  - 1-20-97 memorandum from Jeff Trendle to GMM **(A/CP)**
  - 11-17 memorandum from Jeff Trendle to GMM **(A/CP)**
  - 1-17-97 draft letter to Becky Bohland, Securities and Exchange Commission from GMM **(WP)**
  - 1-26-97 memorandum from GMM to SVE **(A/CP)**
  - 1-30-97 draft letter to Becky Bohland from GMM **(WP)**
  - 7-2-96 draft Securities and Exchange Commission Form S-1 Registration Statement for International Heritage, Inc. **(WP)**

## BOX 96W342I 070

- Miscellaneous Documents

  - Reg D Noteholders list with handwritten notes from GMM **(WP)**

- 10-6-98 facsimile cover sheet from Julia Langham to GMM bearing 2 post-its with handwritten notes from GMM **(A/CP)**
- 9-9-98 handwritten notes of GMM **(WP)**
- 6-22-98 draft letter from GMM to Andy Garlaza of Lewco Securities Corp. **(WP)**
- GMM copy of email transmission to Linda Halsteadt from GMM **(A/CP)**
- 5-27-98 memorandum from Linda Halsteadt to GMM **(A/CP)**
- 4-27-98 handwritten notes of GMM **(WP)**
- 4-14-98 facsimile correspondence from GMM to RB, RSH & BEW **(A/CP)**
- 4-13-98 facsimile transmission from GMM to RSH & BEW with attachment **(A/CP)**
- 4-6-98 facsimile transmission from Steve Wolosky to GMM & Albert Barbera **(A/CP)**
- 4-3-98 facsimile correspondence from Steve Wolosky to GMM & Albert Barbera **(A/CP)**
- 4-8-98 handwritten notes of GMM **(WP)**
- draft conversion confirmation **(WP)**
- 4-3-98 draft letter with handwritten notes of GMM **(WP)**
- draft letter to Win Capital Corp w/ handwritten notes of GMM **(WP)**
- draft conversion confirmation with handwritten notes and edits from GMM **(WP)**
- 4-3-98 facsimile transmission from GMM to Steve Wolosky **(A/CP)**
- 4-2-98 handwritten notes of GMM **(WP)**
- 3-31-98 handwritten notes of GMM **(WP)**
- 3-31-98 facsimile transmission from GMM to RSH, LWB **(A/CP)**
- 7-17-97 conversion of 10% convertible notes Regulation D Private Placement Offering handwritten by GMM **(WP)**
- 4-6 handwritten notes of GMM **(WP)**

### BOX 96W342I 071

- Miscellaneous Documents

  - Memorandum from Paul Greenburg to all attorneys marked confidential and protected under the work-product doctrine and privileged under the attorney-client privilege **(A/CP)**
  - Handwritten notes attached to hearing transcript accompanied by legal research **(WP)**
  - 3-24-98 correspondence from Mitchell Goldstein to Kutak Rock attn: Davin Brown **(A/CP)**

- LTR from HRT re: Conversion of Debentures/Affidavit

  - Handwritten notes of GMM undated **(WP)**

- 19 March 1998 Order

  - 3-18-98 handwritten notes of GMM **(WP)**
  - 3-18-98 IHI financial information request bearing handwritten notes and comments of GMM **(WP)**
  - 3-18-98 facsimile transmission from GMM to RB with attachment **(A/CP)**

- SEC v. IHI        Research

- 6-12-98 online research entitled Securities and Exchange Commission from Kevin Grimes to CR cc'd GMM, BEW, Pete Scanlon & JB **(WP)**

- Bond        SEC v. IHI

  - 6-29-98 facsimile correspondence from Madison Bullard of Wyrick Robbins to GMM **(A/CP)**
  - 6-30-98 correspondence from Madison Bullard to GMM with attachment **(A/CP)**
  - 6-29 handwritten notes of GMM **(WP)**
  - 6-29-98 correspondence from GMM to Brian Herndon, Esq., Herbert Towning, Matthew Bullard **(A/CP)**
  - First page of Amendment to Stock Pledge and Escrow Agreement with yellow post-it of handwritten notes from GMM attached **(WP)**
  - 4-2-98 facsimile transmission from BEW to SVE **(A/CP)**
  - 4-1-98 facsimile transmission from GMM to Leonard Burningham **(A/CP)**
  - Handwritten notes of GMM **(WP)**
  - 3-31-98 page of handwritten notes with yellow post-it of GMM notes attached **(WP)**
  - 4-1-98 handwritten notes of GMM **(WP)**
  - 3-31-98 facsimile correspondence from BEW to GMM **(A/CP)**
  - note from GMM to BEW with attachment **(WP)**
  - 3-31-98 draft cash bond in lieu of surety pursuant to the Court's Order of March document with extensive handwritten notes of GMM **(WP)**
  - 3-31-98 draft indemnity bond document with extensive handwritten notes of GMM **(WP)**
  - 3-31-98 facsimile transmission from BEW to SVE and GMM **(A/CP)**
  - 3-31-98 handwritten notes of GMM **(WP)**
  - 3-30-98 handwritten notes of GMM **(WP)**

- SEC v. IHI        Depositions

  - 9-22-98 facsimile correspondence from BEW to RB **(A/CP)**
  - 9-22-98 correspondence from BEW to LS & CS **(A/CP)**
  - 7-29-98 facsimile correspondence from BEW to RB with attachment **(A/CP)**
  - 8-10-98 facsimile correspondence to AEF **(A/CP)**
  - 8-12-98 facsimile transmission from GMM to AEF **(A/CP)**
  - 7-29-98 facsimile transmission from GMM to AEF & BEW with attachment **(A/CP)**
  - 7-29-98 GMM copy of email transmission from Linda Halsteadt to GMM with attachment **(A/CP)**
  - 7-14-98 handwritten notes of GMM w/ 7-13-98 facsimile transmission from BEW to GMM attached **(WP)**

- SEC v. IHI        Whitaker, Lloyd

  - 8-28-98 memorandum from CR to BEW cc'd GMM & Rob Hukezalie **(A/CP)**
  - 8-28-98 memorandum from GMM to BEW, CR & Rob Hukezalie **(A/CP)**
  - 6-16-98 memorandum from GMM to VPs IHI **(A/CP)**

- SEC v. IHI        Settlement Proposals

- 7-29-98 facsimile transmission from RB to GMM

- General Documents

  - 10-6-98 handwritten notes of GMM **(WP)**
  - 9-30-98 memorandum from Paul Greenburg to BEW cc'd CR **(A/CP)**
  - 10-6-98 GMM copy of email transmission from GMM to Kevin Jones **(A/CP)**
  - handwritten notes of GMM **(A/CP)**
  - 8-10-98 facsimile transmission from BEW to RB **(A/CP)**
  - 10-22-98 correspondence to BEW and RB from GMM with attachment **(A/CP)**
  - 10-21-98 correspondence from CR to RB with attachment **(A/CP)**
  - 10-23-98 correspondence from GMM to RB **(A/CP)**
  - 10-13-98 GMM copy of email transmission from Kevin Jones to GMM **(A/CP)**
  - 10-1-98 correspondence from GMM to AEF **(A/CP)**
  - 9-29-98 correspondence from BEW to GMM **(A/CP)**
  - 10-2-98 correspondence from GMM to BEW **(A/CP)**
  - 9-29-98 facsimile correspondence from BEW to Paul Greenburg **(A/CP)**
  - 9-29-98 memorandum from GMM to CR & Tim Otto **(A/CP)**
  - 9-18-98 facsimile transmission from GMM to RB **(A/CP)**
  - 9-11-98 correspondence from GMM to RSH **(A/CP)**
  - 8-3-98 correspondence from GMM to BEW with attachment **(A/CP)**
  - 7-31-98 correspondence from GMM to BEW with attachment **(A/CP)**
  - 7-29-98 facsimile transmission from BEW to SVE **(A/CP)**
  - 7-29-98 correspondence from BEW to GMM **(A/CP)**
  - 7-29-98 correspondence from BEW to GMM **(A/CP)**
  - 7-24-98 facsimile transmission from GMM to BEW **(A/CP)**
  - 7-27-98 correspondence from BEW to Rob Hukezalie **(A/CP)**
  - 7-9-98 correspondence from GMM to James Wardrick of Kutak Rock **(A/CP)**
  - 7-1-98 facsimile correspondence from BEW to RB **(A/CP)**
  - 7-2-98 facsimile correspondence from BEW to RB **(A/CP)**
  - 6-30-98 facsimile correspondence from GMM to BEW **(A/CP)**
  - 6-2-98 facsimile correspondence from RB to BEW, SVE & FDB **(A/CP)**
  - 6-2-98 correspondence from RB to SVE with attachment **(A/CP)**
  - 6-9-98 correspondence from GMM to James Wardrick **(A/CP)**
  - 4-2-98 correspondence from GMM to RSH **(A/CP)**
  - 4-2-98 correspondence from GMM to BEW **(A/CP)**
  - 4-1-98 correspondence from GMM to BEW **(A/CP)**
  - 4-1-98 correspondence from GMM to RSH **(A/CP)**
  - 5-1-98 facsimile transmission from GMM to BEW **(A/CP)**
  - 4-30-98 facsimile transmission from GMM to RB **(A/CP)**
  - 4-22-98 facsimile transmission from Kutak Rock to RB & GMM **(A/CP)**
  - 4-27-98 facsimile correspondence from GMM to RSH **(A/CP)**
  - 3-31-98 correspondence from James Wardrick to GMM **(A/CP)**
  - 8-14-98 correspondence from David Crumpton and Lloyd Whitaker to Rob Hukezalie and CR w/ handwritten notes of CR and GMM **(A/CP)**
  - GMM copy of email transmission to Mike Russo with attachment **(A/CP)**

### BOX 96W342I 072

- Miscellaneous Documents

  - 12-17-97 IHI memorandum from CR to Kevin Jones, Dawn McIntyre, AS with attachment from the SEC to FDB **(A/CP)**
  - 7-22-97 agenda for executive management meeting attached to 7-21-97 IHI memorandum from CR to all employees **(A/CP)**
  - 6-30-97 draft of memorandum from CR to all employees **(WP)**
  - 9-21-97 IHI board meeting agenda with minutes from 8-17-98 board meeting attached. Both bearing handwritten notes of GMM **(A/CP)**
  - 6-15-98 IHI memorandum from GMM to Board of Directors **(A/CP)**
  - 5-18-98 correspondence from BEW to SVE **(A/CP)**
  - 6-11-98 facsimile transmission from GMM to AS **(A/CP)**
  - 4-8-97 memorandum from GMM to SVE **(A/CP)**
  - 4-9-97 memorandum from CR to SVE cc'd JB **(A/CP)**
  - 4-2-97 correspondence from GMM to FDB **(A/CP)**
  - 4-9-97 memorandum from CR to SVE cc'd JB **(A/CP)**
  - 4-14-97 memorandum from Babener & Associates to IHI **(A/CP)**
  - 4-11-97 memorandum from JB to SVE cc'd Board of Directors regarding summary of compliance and regulatory issues **(A/CP)**
  - 4-8-97 memorandum from GMM to SVE **(A/CP)**
  - 10-4-96 memorandum from GMM to SVE **(A/CP)**
  - 8-22-97 memorandum from CR to SVE **(A/CP)**
  - 4-8-97 memorandum from GMM to SVE **(A/CP)**
  - 4-22-97 memorandum from GMM to Steve Wolosky, Al Barbera, Steve Bayrn and Patti Kolenick **(A/CP)**
  - 8-21-97 facsimile correspondence from GMM to AS **(A/CP)**
  - 4-29-97 correspondence from GMM to RSH with attachment **(A/CP)**

### BOX 96W342I 073

- Miscellaneous Documents

  - 3-9-98 facsimile correspondence from LWB to GMM, RSH, SVE **(A/CP)**
  - 4-6-98 correspondence from GMM to LWB **(A/CP)**
  - 3-9 facsimile transmission from GMM to LWB **(A/CP)**
  - 3-9-98 facsimile correspondence from LWB to GMM **(A/CP)**
  - 3-6-98 facsimile transmission from GMM to LWB **(A/CP)**
  - 3-9-98 facsimile transmission from GMM to LWB **(A/CP)**
  - 3-5-98 facsimile correspondence from LWB to IHI cc'd RSH & David Nemelka **(A/CP)**
  - 3-6-98 draft of SEC form 8-K current report for IHI with handwritten notes from GMM **(WP)**

- 8-K to Robert Brunton March 9, 1998

  - 3-9-98 correspondence from GMM to RB with substantial attachments **(A/CP)**

- Miscellaneous documents

  - 5-18-98 facsimile correspondence from LWB to GMM **(A/CP)**
  - 5-18-98 facsimile correspondence from GMM to LWB **(A/CP)**
  - 5-18-98 facsimile correspondence from LWB to GMM **(A/CP)**
  - 5-15-98 facsimile correspondence from GMM to Shelly / Brandon @ 801-355-7126 **(A/CP)**
  - 5-12-98 facsimile correspondence from LWB to GMM **(A/CP)**
  - Print out of section 7.04 of the SEC Accounting and Reporting Manual with handwritten notes of GMM attached and a note to GMM from Pam **(WP)**

- 8K March 16, 1998 filed April 10, 1998 updating SEC v. IHI; Receivership

  - 4-13-98 correspondence from GMM to RB, BEW, RSH, FDB with attachment **(A/CP)**
  - 4-10-98 facsimile correspondence from LWB to GMM **(A/CP)**
  - 4-9-98 facsimile correspondence from GMM to LWB cc'd BEW **(A/CP)**
  - 4-8-98 facsimile correspondence from GMM to RB **(A/CP)**
  - 4-7-98 facsimile correspondence from LWB to GMM **(A/CP)**
  - 4-7-98 facsimile correspondence from GMM to Shelly @ 919-571-4620 **(A/CP)**
  - 4-7-98 facsimile correspondence from GMM to LWB **(A/CP)**
  - 4-6 facsimile correspondence from GMM to 919-350-6232 **(A/CP)**
  - 4-6-98 facsimile correspondence from Kutak Rock to GMM **(A/CP)**
  - 3-16-98 draft of Securities and Exchange Commission Form 8-K Current Report bearing handwritten notes of GMM **(WP)**
  - 4-6 facsimile correspondence from GMM to RSH, BEW, LWB, SVE & Michael Wolosky **(A/CP)**
  - 3-16-98 draft of Securities and Exchange Commission Form 8-K Current Report with handwritten notes of GMM **(WP)**
  - 4-6-98 facsimile correspondence from GMM to Cheryl and Shelly of LWB's office **(A/CP)**
  - 4-6-98 facsimile correspondence from LWB to GMM **(A/CP)**
  - 4-6-98 facsimile correspondence from GMM to LWB, RSH, BEW, RB & JB **(A/CP)**
  - 3-30-98 handwritten notes of GMM **(WP)**
  - 4-9-98 facsimile correspondence from LWB to GMM cc'd BEW **(A/CP)**

- 8-KA #1   March 6, 1998: Filed May 21, 1998  Merger New 12-31 Financials

  - 7-21-98 memorandum from Edgar Postmaster to SEC Filer attached to 7-12-98 facsimile correspondence from GMM to BEW and RB **(A/CP)**
  - 5-26-98 IHI memorandum from GMM to VPs with attachment **(A/CP)**
  - 3-10-98 facsimile correspondence from GMM to SVE **(A/CP)**
  - 3-9-98 facsimile correspondence from SVE to LWB **(A/CP)**
  - 5-21-98 facsimile correspondence from GMM to LWB **(A/CP)**
  - 5-20-98 IHI memo from GMM to executive management **(A/CP)**
  - 5-18-98 facsimile correspondence from GMM to LWB **(A/CP)**
  - Preliminary draft of document labeled International Heritage, Inc. Raleigh North Carolina Consolidated Financial Statement and Supplemental Information Period Ended December 31, 1997, 1996 and 1995 with handwritten notes included **(WP)**

- Handwritten notes of GMM **(WP)**

- Miscellaneous documents

  - 8-6-98 facsimile correspondence from LWB to GMM **(A/CP)**
  - 8-4-98 facsimile correspondence from GMM to BEW **(A/CP)**

- 8-K Filing March 16, 1998

  - 11-2-98 correspondence from GMM to Shelly Goff of LWBs office **(A/CP)**
  - 11-3-98 correspondence from GMM to Shelly Goff **(A/CP)**
  - 4-11-98 facsimile correspondence from LWB to GMM **(A/CP)**
  - 10-5-98 facsimile correspondence from LWB to GMM with handwritten notes of GMM attached **(A/CP)**
  - 10-2-98 correspondence from GMM to Brandon T. Burningham, Esq. **(A/CP)**
  - 9-20-98 facsimile correspondence from GMM to BEW and RB **(A/CP)**
  - 9-22-98 IHI memorandum from GMM to Board of Directors, VPs and Executive VPs **(A/CP)**
  - 9-21-98 facsimile correspondence of 9-21-98 notification of acceptance of form type 8-K from Edgar Postmaster to SEC filer sent by LWB **(A/CP)**

- 8-K dated August 6, 1998 - Filed September 21, 1998

  - 9-16-98 correspondence from GMM to Brandon T. Burningham **(A/CP)**
  - 9-22-98 IHI memorandum from GMM to Board of Directors, VPs and Executive VPs **(A/CP)**
  - 9-21-98 facsimile of 9-21-98 acceptance notice from Edgar Postmaster **(A/CP)**
  - 8-6-98 Edgar transmission to Brandon T. Burningham **(WP)**
  - 9-14-98 facsimile correspondence from GMM to BEW & RB **(A/CP)**

- Miscellaneous Documents

  - 9-22-98 IHI memorandum from GMM to Board of Directors, VPs, Executive VPs with attachment **(A/CP)**
  - 9-21-98 facsimile correspondence from LWB to GMM **(A/CP)**
  - 7-12-98 facsimile correspondence from GMM to BEW, RB **(A/CP)**
  - 7-13-98 facsimile correspondence from GMM to RB **(A/CP)**
  - 7-14-98 facsimile correspondence from RB to GMM **(A/CP)**
  - 7-12-98 facsimile correspondence from LWB to GMM **(A/CP)**
  - GMM copy of email transmission from GMM to Shelly @ BurninghamLaw.com **(A/CP)**
  - 7-15-98 facsimile correspondence from GMM to Shelly Goff **(A/CP)**
  - 7-15-98 correspondence from GMM to Shelly Goff **(A/CP)**
  - 5-4-98 facsimile correspondence from GMM to RSH, BEW, LWB cc'd SVE & CR **(A/CP)**
  - 5-5-98 facsimile correspondence from BEW to GMM **(A/CP)**
  - 5-5-98 facsimile correspondence from SVE to Marks Lane and GMM with numerous handwritten notes from GMM **(A/CP)**
  - 5-6-98 facsimile correspondence from GMM to RSH & RB **(A/CP)**

- 5-7-98 facsimile correspondence from RB to GMM **(A/CP)**
- 5-5-98 facsimile correspondence from BEW to GMM **(A/CP)**
- 5-8-98 facsimile correspondence from Brandon T. Burningham to GMM **(A/CP)**
- 5-8-98 GMM copy of email transmission from GMM to Executive Management and AS **(A/CP)**
- 5-6-98 facsimile correspondence from GMM to RSH and RB **(A/CP)**
- 5-7-98 correspondence from GMM to LWB **(A/CP)**

## BOX 96W342I 074

- IHI Voice Mail Check-ins

  - 9-11-97; 8-20-97; 8-18-97; 7-28-97; 7-16-97; 6-23-97; 7-3-97; 7-4-97; 6-5-97; 6-2-97; 5-29-97; 5-27-97; 5-23-97; 5-22-97; 5-14-97; 5-21-97; 5-20-97; 5-13-97; 5-4-97; 5-3-97; 5-2-97; 4-23-97; 4-22-97; 4-29-97; 5-1-97 handwritten notes of GMM **(WP)**
  - Miscellaneous handwritten notes of GMM **(WP)**

- Virginia Securities Commission

  - 9-1-98 correspondence from CR to FDB **(A/CP)**
  - 8-28-98 correspondence from GMM to FDB **(A/CP)**
  - 8-21-98 correspondence from CR to FDB **(A/CP)**

- Vrescky Arbitration

  - 5-28-98 facsimile correspondence from GMM to SVE **(A/CP)**
  - 5-27-98 handwritten notes of GMM **(WP)**
  - Undated facsimile correspondence from AW at Mayflower Capital, LLC to RB **(A/CP)**

- Video Production Agreement Pat Summerall Productions

  - 10-14-97; 10-15-98 handwritten notes of GMM **(WP)**

- Win Capital Consulting Agreement

  - 11-5-97 IHI memorandum from GMM to Accounting Department **(A/CP)**

- Win Capital Termination and Release

  - Miscellaneous handwritten notes of GMM on yellow post-it **(WP)**
  - 11-11-97 facsimile correspondence from RSH to SVE **(A/CP)**
  - 11-10-97 facsimile correspondence from RSH to SVE **(A/CP)**
  - 11-5-97 facsimile correspondence from GMM to RSH **(A/CP)**
  - 10-30-97 facsimile correspondence from GMM to RSH bearing handwritten notes of GMM **(A/CP)**
  - Miscellaneous page of handwritten notes of GMM **(WP)**
  - 10-15-97 facsimile correspondence from GMM to Erwin Shustak **(A/CP)**

- 10-15-97 facsimile memorandum from GMM to Albert Barbera, Steven Bayrn, RSH, Patrick Kolenick, SVE, JB, Mark Burgess, Eric Banas and Steve Wolosky **(A/CP)**
- 10-14-97 facsimile memorandum from GMM to Albert Barbera, Steven Bayrn, RSH, Patrick Kolenick, SVE, JB, Mark Burgess, Eric Banas and Steve Wolosky w/ handwritten notes of GMM **(A/CP)**
- 10-15-97 facsimile memorandum revised from GMM to Albert Barbera, Steven Bayrn, RSH, Patrick Kolenick, SVE, JB, Mark Burgess, Eric Banas and Steve Wolosky **(A/CP)**
- Miscellaneous page of handwritten notes of GMM **(WP)**

- Wood & Francis, PLLC

  - 6-9-98 correspondence from GMM to BEW **(A/CP)**
  - 6-9-98 internal record by GMM regarding IHI legal fees with attachment **(A/CP)**
  - 2-12-98 correspondence from BEW to GMM **(A/CP)**
  - 2-11-98 facsimile correspondence from BEW to GMM **(A/CP)**
  - 5-11-98 internal document from GMM regarding IHI legal fees **(A/CP)**
  - 4-13-98 internal document from GMM regarding IHI legal fees **(A/CP)**
  - 3-5-98 correspondence from BEW to GMM **(A/CP)**
  - 2-25-97 correspondence from CR to BEW **(A/CP)**
  - 11-24-97 correspondence from GMM to Fuad A. Rudjev **(A/CP)**
  - 11-24-97 correspondence from GMM to BEW **(A/CP)**

- Wyrick Robbins Billing

  - 7-22-98; 6-29-98; 5-27-98; 4-3-98 internal documents from GMM concerning IHI legal fees **(A/CP)**
  - 2-24-98 IHI memorandum from GMM to Jeff Trendle **(A/CP)**
  - 2-24-98 correspondence from GMM to FDB **(A/CP)**

- Miscellaneous Documents

  - 1-23-98 correspondence from GMM to Laura Reinert, legal assistant at Latour & Associates, P.A. **(A/CP)**
  - 1-21-98 IHI memorandum from GMM to Alex Ravenscraft cc'd Jeff Trendle **(A/CP)**

- Kara International Inc.

  - 10-27-97 correspondence from GMM to RSH **(A/CP)**
  - Several drafts of agreement and plan of reorganization **(WP)**
  - Miscellaneous handwritten notes of GMM **(WP)**
  - 8-21-97 draft of letter from McKinley Capital to SVE **(WP)**
  - 12-17-97 handwritten notes of GMM with attachment **(WP)**
  - 12-8-97 handwritten notes of GMM with miscellaneous agenda attached **(WP)**
  - 10-1-97 facsimile correspondence from LWB to RSH, GMM, David Nemelka, Blomberg Financial Markets, Reuters, and DOW Wire Service **(A/CP)**
  - 10-1-97 facsimile correspondence from Steve Wolosky to RSH & GMM **(A/CP)**
  - 10-1-97 facsimile correspondence from GMM to Steve Wolosky **(A/CP)**
  - 9-30-97 facsimile correspondence from LWB to AW **(A/CP)**

- 9-30-97 facsimile correspondence from LWB to RSH & GMM **(A/CP)**
- 9-16-97 memorandum from Keith Mackey to GMM **(A/CP)**
- Handwritten notes of GMM **(WP)**
- 9-11-97 facsimile correspondence from GMM to AS **(A/CP)**
- 9-8-97; 8-27-97; 9-9-97; 8-28-97; 8-27-97; 8-5-97; 7-22-97; handwritten notes of GMM **(WP)**
- 7-16-97 correspondence from GMM to RSH **(A/CP)**

- Kara – IHI Attorney notes

  - 7-8-97; 2-13-98; 12-29-97; 2-5-98; 2-4-98; 2-4-98; 1-23-98; 12-8-97 (with miscellaneous agenda attached); 3-10-98; 2-27-98; 2-17-98; 2-23-98; 2-12-98; 2-11-98; 2-12-98; 2-10-98; 2-9-98; 2-6-98; 2-5-98; handwritten notes of GMM **(WP)**
  - 2-5-98 facsimile correspondence from GMM to RSH cc'd BEW **(A/CP)**
  - 2-5-98 facsimile correspondence from GMM to Tom Kimble **(A/CP)**
  - 2-3-98 facsimile correspondence from GMM to Herbert Towning **(A/CP)**
  - 1-30-98 facsimile correspondence from GMM to David Nemelka, Sr., David Nemelka, Jr., Gary McAdam & RSH cc'd SVE, JB, Mark Burgess & Eric Banas with yellow post-its attached **(A/CP)**
  - 9-16-97 correspondence from David Nemelka to SVE with attachment and 9-16-97 handwritten notes of GMM attached **(WP)**
  - handwritten listing of Blue Sky filing fees and copy **(WP)**
  - Handwritten notes entitled Blue Sky – Kara – notes on yellow post-its **(WP)**
  - Miscellaneous pages of handwritten notes of GMM **(WP)**

- Miscellaneous Documents

  - 9-22-97 correspondence from GMM to LWB with numerous and substantial attachments **(A/CP)**

## BOX 96W342I 075

- Interwest Transfer Share-for-Share Exchange

  - 4-14-98 handwritten notes of GMM **(WP)**

- Form S-1 Registration Statements

  - 11-12-96 handwritten notes of GMM **(WP)**

## BOX 96W342I 076

- International Heritage, Inc. Director/Officer Questionnaire

  - 4-2-97 correspondence from Mary Lyle, legal assistant to DA, to GMM with attachment **(A/CP)**
  - 11-16-96 memorandum from GMM to IHI Board of Directors **(A/CP)**

- 7-1-96 correspondence from GMM to SVE, Barry Ackle, JB, Jimmy Knowles, CS, LS & Sabrina Wei **(A/CP)**

- D&O Board/Officer Questionnaire

  - 6-10-97 memorandum from GMM to BEW **(A/CP)**
  - 6-10-97 memorandum from GMM to BEW w/ handwritten notes of BEW **(A/CP)**
  - 5-6-97 facsimile correspondence from BEW to DH **(A/CP)**

- Intent to Run 1998 Board of Directors

  - 2-2-98 correspondence from RSH to SVE **(A/CP)**
  - 1-27-98 facsimile correspondence from GMM to Barry Ackle, John Hemmer, Jimmy Knowles, Harry Mains, Derrick L. Rogers, O. Kenneth Rudd, III and CS re: intent to run for 1998 Board of Directors **(A/CP)**

- IHI Directors and Officers Liability Insurance

  - 9-14-98 correspondence from BEW to GMM **(A/CP)**
  - 6-16-98 facsimile correspondence from GMM to BEW **(A/CP)**
  - 6-2-98 facsimile correspondence from GMM to Alan Woodlief **(A/CP)**
  - 5-5-98 facsimile correspondence from BEW to GMM **(A/CP)**
  - 5-5-98 facsimile correspondence from BEW to GMM **(A/CP)**
  - GMM copy of email transmission sent to CR, Derrick Stryker, DH **(A/CP)**
  - 1-27-98 IHI memorandum from GMM to CR and Jeff Trendle **(A/CP)**
  - 6-24-97 facsimile correspondence from GMM to DH, SVE & JB **(A/CP)**
  - 6-12-97 correspondence from GMM to DH **(A/CP)**
  - 6-12-97 correspondence from GMM to DH w/ handwritten notes of BEW **(A/CP)**
  - 5-6-97 facsimile correspondence from BEW to DH with attachment **(A/CP)**
  - 5-6-97 facsimile correspondence from BEW to DH **(A/CP)**
  - 5-5-97 facsimile correspondence from DH to BEW **(A/CP)**

- International Heritage 1996 Stock Option Plan

  - GMM copy of email transmission sent to AS **(A/CP)**
  - 10-17-96 handwritten notes of GMM **(WP)**
  - 12-16-96 facsimile correspondence from Angie Cox to AW **(A/CP)**

- 1997 Board of Directors Option

  - 8-27-97 correspondence from GMM to LS **(A/CP)**
  - 8-27-97 correspondence from GMM to LS **(A/CP)**
  - 9-19-97 correspondence from Linda Halsteadt to Angie Stewart **(A/CP)**
  - 8-27-97 correspondence from GMM to RSH **(A/CP)**
  - 8-27-97 correspondence from GMM to CS **(A/CP)**
  - 8-27-97 correspondence from GMM to RSH with attachment **(A/CP)**

- Securities Issuer Question          International Heritage, Inc.

51

- 2-25-97 correspondence from GMM to RSH **(A/CP)**

- Claude W. Savage Issues -- Disclosure

  - 2-20-97; 2-10-97; 2-19-97 handwritten notes of GMM **(WP)**
  - 2-28-97 correspondence from Robert Norris, Esq. to GMM **(A/CP)**
  - 2-28-97 facsimile correspondence from Robert Norris to GMM **(A/CP)**
  - 2-19-97 correspondence from Robert Norris to GMM **(A/CP)**
  - 2-19-97 facsimile correspondence from Robert Norris to GMM **(A/CP)**
  - 2-5-97 correspondence from Robert Norris to GMM with 1-29 handwritten notes of GMM attached **(A/CP)**

- Directors Network

  - Miscellaneous notes of GMM **(WP)**
  - 2-28-97 handwritten note from DH to GMM **(WP)**
  - literature from the Directors Network

## BOX 96W342I 077

- Regulation D Private Placement 6th Closing

  - 11-3-97 correspondence from GMM to KMS with numerous attachments **(A/CP)**
  - 11-4-97 correspondence from GMM to KMS with numerous attachments **(A/CP)**
  - 11-20-97 correspondence from GMM to KMS **(A/CP)**
  - 11-3-97 draft document re: International Heritage, Inc. 10% convertible note **(WP)**
  - Document entitled Authorization Continental Stock Transfer and Trust Company signed by SVE but no other signature **(WP)**
  - 11-3-97 facsimile correspondence from KMS to GMM and Albert Barbera **(A/CP)**

- Reg D Correspondence

  - 12-10-97 facsimile correspondence from KMS to GMM **(A/CP)**
  - 10-30-97 correspondence from GMM to RSH **(A/CP)**
  - 11-3-97 facsimile correspondence from KMS to GMM and Albert Barbera **(A/CP)**
  - 11-7-97 facsimile correspondence from KMS to GMM **(A/CP)**
  - 11-6-97 facsimile correspondence from Celina Wilson to GMM **(A/CP)**
  - 11-5-97 facsimile correspondence from KMS to Francine West, Maria Zuppone, Albert Barbera & GMM **(A/CP)**
  - 11-5-97 facsimile correspondence from KMS to GMM **(A/CP)**
  - 11-5-97 correspondence from GMM to KMS **(A/CP)**
  - 11-4-97 facsimile correspondence from KMS to GMM **(A/CP)**
  - 11-4-97 facsimile correspondence from KMS to Francine West, Maria Zuppone, Albert Barbera & GMM **(A/CP)**
  - 11-3-97 facsimile correspondence from BEW to GMM **(A/CP)**
  - 11-3-97 facsimile correspondence from BEW to GMM **(A/CP)**
  - 11-3-97 facsimile correspondence from GMM to KMS **(A/CP)**

- 12-12-97 correspondence from GMM to KMS **(A/CP)**

- August 1, 1997 Closing Documents

  - 8-18-97 correspondence from GMM to JB **(A/CP)**
  - 8-12-97 memorandum from KMS to GMM cc'd to Albert Barbera **(A/CP)**
  - 8-4-97 correspondence from GMM to KMS **(A/CP)**
  - 8-4-97 facsimile correspondence from KMS to GMM with post-it notes attached **(A/CP)**
  - 8-4-97 facsimile correspondence from GMM to KMS **(A/CP)**
  - 8-1-97 facsimile correspondence from GMM to JB **(A/CP)**
  - 7-24-97 facsimile correspondence from GMM to RSH and Steven Wolosky **(A/CP)**
  - 7-31-97 facsimile correspondence from KMS to GMM **(A/CP)**
  - 7-22-97 facsimile correspondence from GMM to RSH, Steve Wolosky & SVE **(A/CP)**

- August 7, 1997 Second Closing

  - 8-7-97 correspondence from GMM to KMS **(A/CP)**
  - 8-12-97 facsimile correspondence from GMM to AW **(A/CP)**
  - 8-12-97 facsimile correspondence from KMS to GMM **(A/CP)**
  - 8-11-97 correspondence from GMM to KMS **(A/CP)**
  - 8-11-97 facsimile correspondence from GMM to KMS **(A/CP)**
  - 8-11-97 facsimile correspondence from KMS to GMM **(A/CP)**
  - 8-8-97 facsimile correspondence from KMS to Francine West, GMM and Albert Barbera **(A/CP)**
  - 8-7-97 facsimile correspondence from GMM to KMS (note not all pages attached) **(A/CP)**

- IHI Third Closing August 29, 1997

  - 8-29-97 correspondence from Linda Halsteadt to KMS cc'd SVE, JB, AS, RSH, Steve Wolosky **(A/CP)**
  - 8-29-97 facsimile correspondence from KMS to GMM **(A/CP)**
  - 8-29-97 facsimile correspondence from GMM to KMS **(A/CP)**
  - 8-29-97 facsimile correspondence from GMM to KMS **(A/CP)**
  - 8-28-97 facsimile correspondence from KMS to Francine West, Maria Zuppone, GMM & Albert Barbera **(A/CP)**
  - 8-28-97 facsimile correspondence from KMS to GMM w/ yellow post-it note from GMM attached **(A/CP)**
  - 8-28-97 facsimile correspondence from KMS to Francine West, Maria Zuppone, GMM & Albert Barbera **(A/CP)**

- IHI Fourth Closing – Private Placement September 29, 1997

  - 9-29-97 correspondence from GMM to KMS **(A/CP)**
  - 10-7-97 correspondence from Linda Halsteadt to KMS **(A/CP)**
  - 10-3-97 correspondence from Linda Halsteadt to KMS **(A/CP)**
  - 10-7-97 correspondence from Linda Halsteadt KMS **(A/CP)**
  - 9-30-97 correspondence from GMM to KMS **(A/CP)**

- 9-30-97 facsimile correspondence from KMS to Maria Cordello, Francine West, GMM & Albert Barbera **(A/CP)**
- 9-30-97 facsimile correspondence from Angie Stewart to GMM **(A/CP)**
- 9-30-97 facsimile correspondence from GMM to AS **(A/CP)**
- 9-30-97 facsimile correspondence from KMS to GMM **(A/CP)**

- October 22, 1997 Fifth Closing Documents

  - 10-21-97 facsimile correspondence from Linda Halsteadt to GMM (most pages missing) **(A/CP)**
  - Handwritten notes of GMM **(WP)**
  - 10-21-97 facsimile correspondence from GMM to KMS **(WP)**

## BOX 96W342I 078

- 5-6-96 Board meeting and June 1996 Board Meeting

  - 5-30-96 facsimile correspondence from GMM to AS with handwritten notes from GMM **(A/CP)**
  - 6-13-96 facsimile correspondence from GMM to AS **(A/CP)**
  - 7-22-96 facsimile correspondence from GMM to AS **(A/CP)**
  - 5-23-96 memorandum from GMM to SVE **(A/CP)**

- August 1996 Board Meeting

  - 8-15-96 facsimile correspondence from GMM to AS

- 12-16-96 Board of Directors Meeting

  - 12-9-96 facsimile correspondence from AS to GMM **(A/CP)**
  - 1-6-97 facsimile correspondence from GMM to AS **(A/CP)**
  - 12-16-96 draft of Board of Directors meeting International Heritage, Inc. Minutes with numerous handwritten notes and edits from GMM faxed from GMM to AS **(WP)**

- International Heritage, Inc. 1997 Annual Shareholders Meeting (1/97)

  - 12-30-96 memorandum from GMM to SVE **(A/CP)**

- IHI Board Consent Action Dated January 1997

  - 1-7-97 facsimile correspondence from GMM to AS with handwritten notes of GMM attached **(A/CP)**
  - 1-22-97 draft minutes of action without formal meeting of the Board of Directors International Heritage, Inc. sent from GMM to AS with handwritten notes and edits from GMM **(WP)**

- IHI 3-15-97 Board of Directors Meeting

- Miscellaneous Notes from GMM **(WP)**
- 2-17-97 note from GMM **(WP)**
- 2-10-97 correspondence from AS to GMM with attachment **(A/CP)**
- 2-19-97 facsimile correspondence from AW to GMM **(A/CP)**
- 2-19-97 facsimile correspondence from GMM to SVE **(ACP)**
- 2-19-97 facsimile correspondence from SVE to GMM **(A/CP)**
- 2-18-97 facsimile correspondence from GMM to SVE **(A/CP)**
- 2-4-97 facsimile correspondence from RSH to GMM **(A/CP)**
- 2-4-97 facsimile correspondence from GMM to RSH **(A/CP)**

- 4-15-97 Board Meeting

  - 4-23-97 handwritten notes of GMM re: telephonic meeting between members of the IHI Board **(WP)**
  - 4-14-97 draft Board of Directors International Heritage, Inc. document sent from GMM to AS with numerous handwritten edits from GMM **(WP)**
  - 6-6-97 draft International Heritage, Inc. 1996 Stock Option Plan Administration Committee Meeting Minutes sent by facsimile from GMM to AS with handwritten notes and edits from GMM **(WP)**
  - 4-8-97 memorandum from GMM to SVE **(A/CP)**
  - 4-9-97 IHI memorandum from CR to SVE cc'd JB **(A/CP)**
  - 4-14-97 memorandum from Babener & Associates to International Heritage, Inc. **(A/CP)**
  - 4-8-97 memorandum from GMM to SVE **(A/CP)**
  - 4-8-97 memorandum from GMM to DH, Clark Jones, Mike Russo, JB, Dawn McIntyre, Stephanie Harris, re: April 15, 1997 Board of Directors Meeting **(A/CP)**
  - 3-15-97 draft Board of Directors meeting International Heritage, Inc. document sent via facsimile from AS to GMM bearing original notations from GMM and edits with handwritten inserts attached **(A/CP)**
  - 3-31-97 facsimile correspondence from GMM to SVE **(A/CP)**
  - 2-17-97 facsimile correspondence from GMM to AS with GMM notes attached **(A/CP)**
  - 4-8-97 memorandum from GMM to SVE **(A/CP)**

- 1997 Annual Shareholders Meeting Proxy – IHI

  - Miscellaneous notes from GMM **(WP)**
  - 2-10-97 facsimile correspondence from AS to GMM **(A/CP)**

- Miscellaneous Documents

  - 5-22-97 facsimile correspondence from GMM to AS **(A/CP)**

## BOX 96W342I 079

- 6-26-97 Board of Directors Meeting

  - 8-20-97 facsimile correspondence from GMM to AS **(A/CP)**
  - 6-17-97 facsimile correspondence from GMM to AS **(A/CP)**
  - 6-26 handwritten notes of GMM **(WP)**

- IHI Board of Directors Meeting October 18, 1997

  - 11-6-97 facsimile transmission from Delina Wilson to GMM **(A/CP)**
  - GMM copy of email transmission regarding 11-7-97 Board of Directors conference call **(A/CP)**
  - 11-4-97 facsimile correspondence from GMM to FDB **(A/CP)**
  - 10-28-97 GMM copy of email transmission sent from AW to GMM **(A/CP)**
  - 10-13-97 GMM copy of email transmission from AS to GMM **(A/CP)**

- Board Meeting December 17, 1997

  - 12-17-97 draft of Board of Directors meeting International Heritage, Inc. with handwritten notes from GMM and handwritten inserts from GMM **(WP)**
  - 12-17-97 agenda for meeting on same date **(WP)**
  - 12-8-97; 12-26-97 handwritten notes of GMM **(WP)**

- 1997 Year End Reconcillation

  - Combination distributor printout and shareholder listing with handwritten notes from
  - GMM **(WP)**
  - Shareholder printout with handwritten notes of GMM **(WP)**
  - 2-3-98 GMM copy of email transmission from Linda Halsteadt to GMM **(A/CP)**
  - 1-30-98 GMM copy of email transmission from Linda Halsteadt to GMM **(A/CP)**
  - 1-30-98 handwritten notes of GMM **(WP)**
  - 2-6-98 GMM copy of email transmission from Sonya Chipping to AS, cc'd GMM, Chante Jordan, Cheryl Dileo and Susan Beasley **(A/CP)**
  - List entitled Optionees Missing Documents with handwritten notes from GMM **(WP)**
  - 1997 Shareholder/Option holder list with handwritten notes from GMM **(WP)**
  - Miscellaneous handwritten notes of GMM **(WP)**
  - 12-15-97 through 12-19-97 shareholder/optionholder list with handwritten notes of GMM **(WP)**
  - 12-18-97 Employee Stockholder list with handwritten notes from GMM and handwritten edits from GMM **(WP)**
  - Miscellaneous handwritten notes from GMM **(WP)**
  - 12-8-97 handwritten notes of GMM **(WP)**

- 1998 Proxy Drafting Annual Shareholders Meeting

  - 2-28-98 facsimile correspondence from GMM to RSH **(A/CP)**
  - 2-2-98 AW copy of email transmission from GMM to Executive Management bearing 2-11-98 handwritten notes of SVE to GMM **(WP)**
  - 2-2-98 GMM copy of email transmission from AW to GMM with handwritten notes attached **(A/CP)**
  - 2-2-98 Derrick Stryker copy of email transmission from GMM with note from Derrick Stryker to GMM **(A/CP)**
  - 2-3-98 GMM copy of email transmission from Mike Russo to GMM **(A/CP)**
  - 2-2-98 GMM copy of email transmission from DH to GMM **(A/CP)**

- 2-2-98 GMM copy of email transmission from Marks Lang to GMM **(A/CP)**
- 2-2-98 GMM copy of email transmission from Jeff Hooks to GMM **(A/CP)**
- 2-2-98 GMM copy of email transmission from Kevin Jones to GMM **(A/CP)**
- 2-4-98 GMM copy of email transmission from Pete Scanlon to GMM **(A/CP)**
- 2-4-98 GMM copy of email transmission from CR to GMM **(A/CP)**
- 2-5-98 GMM copy of email transmission from Susan Beasley to GMM **(A/CP)**
- 2-2-98 GMM copy of email transmission from GMM to Executive Management **(A/CP)**
- 2-2-98 GMM copy of email transmission from GMM to Executive Management **(A/CP)**
- 1-28-98 GMM copy of email transmission from GMM to Executive Management **(A/CP)**

- August 25, 1997 IHI Board of Directors Meeting

  - 8-22-97 IHI memorandum from CR to SVE cc'd JB with attachment **(A/CP)**

- Board of Directors Conference Call 10 February 1998

  - 2-2-98 facsimile correspondence from RSH to SVE cc'd JB, GMM & AS **(A/CP)**

- Board of Directors Meeting June 15, 1998

  - 6-15-98 IHI memorandum from GMM to Board of Directors **(A/CP)**

- Board of Directors Meeting 17 August 1998

  - 8-4-98 handwritten notes of GMM **(WP)**

- Board of Directors Meeting 10-24-98

  - 7-9-98; 7-17-98; 7-16-98; 9-10-97 handwritten notes of GMM **(WP)**
  - miscellaneous handwritten notes of GMM **(WP)**

- 1998 Shareholders Report

  - 1-29-98 IHI memorandum from GMM to Marks Lang **(A/CP)**
  - 1-29-98 facsimile correspondence from GMM to Marks Lang **(A/CP)**

- Board of Directors Seminar

  - 4-17-97 correspondence from GMM to JAB **(A/CP)**
  - 4-17-97 correspondence from GMM to Larry Robbins, Esq. **(A/CP)**
  - 4-17-97 correspondence from GMM to DA **(A/CP)**
  - 4-17-97 correspondence from GMM to FDB **(A/CP)**
  - 4-17-97 correspondence from GMM to Don Reynolds **(A/CP)**
  - 3-26-97 correspondence from JAB to GMM **(A/CP)**
  - 4-10-97 facsimile correspondence from GMM to SVE **(A/CP)**
  - 4-2-97 correspondence from GMM to FDB **(A/CP)**
  - 3-26-97 facsimile correspondence from JAB to GMM **(A/CP)**
  - Miscellaneous handwritten notes of GMM **(WP)**

57

- Directors and Officers Questionnaires 1998

  - 5-15-98 handwritten notes of GMM **(WP)**

- TIG Insurance D&O Policy

  - 7-24-98 GMM copy of email transmission from CR to GMM cc'd John Robert **(A/CP)**
  - 7-27-98 IHI memorandum from GMM to Rob Hukezalie, CR, and John Robert **(A/CP)**
  - 7-27-98 IHI memorandum from GMM to Rob Hukezalie, CR & John Robert w/ handwritten notes of 10-14-98 IHI memorandum from GMM to Board of Directors and executive management **(A/CP)**
  - Miscellaneous handwritten list of directors and officers for International Heritage, Incorporated (appears to be handwriting of GMM) **(WP)**
  - Draft application for directors and officers liability insurance bearing handwritten notes from GMM **(WP)**

## BOX 96W342I 080

- IHI Regulation D Offering August 1997 File #1

  - 6-25-97 facsimile correspondence from GMM to JB **(A/CP)**
  - 7-28-97 correspondence from GMM to KMS **(A/CP)**
  - 6-25-97 draft International Heritage, Inc. Confidential Term Sheet with handwritten notes of GMM **(WP)**
  - 6-19-97 correspondence from GMM to RSH and Steve Wolosky **(A/CP)**
  - 6-20-97 draft Cross/Z International Inc. Confidential Term Sheet with handwritten edits of GMM **(WP)**
  - Draft Uniamious Written Consent of the Board of Directors with substantial and numerous handwritten notes and edits from GMM **(WP)**
  - Draft Subscription Agreement and Investment Representation with handwritten notes and edits from GMM **(WP)**
  - Draft 10% Convertible Debenture Due 1999 numerous handwritten notes and edits from GMM **(WP)**
  - Draft Accredited and Investor Questionnaire with numerous handwritten notes and edits from GMM **(WP)**
  - 6-19-97 correspondence from GMM to RSH and Steve Wolosky with attachment **(A/CP)**
  - 6-18-97 facsimile correspondence from GMM to AS **(A/CP)**
  - Draft Securities and Exchange Commission Amendment No. 3 to Forms S-1 Registration Statement with handwritten notes, edits and insertions from GMM **(WP)**

- IHI Regulation D Offering August 1997 File 2

  - 7-15-97 draft International Heritage, Inc. Confidential Term Sheet with handwritten notes and edits from GMM **(WP)**
  - 9-18-97 IHI memorandum from CR to all IHI employees transmitted again from GMM to JB and CR with handwritten notes and edits from GMM **(A/CP) (WP)**
  - 9-11-97 facsimile correspondence from GMM to SVE and JB **(A/CP)**

- 9-10-97 facsimile correspondence from Steve Wolosky to GMM **(A/CP)**
- 9-10-97 facsimile correspondence from GMM to Steve Wolosky **(A/CP)**
- 9-9-97 facsimile correspondence from GMM to RSH **(A/CP)**
- 9-8-97 facsimile correspondence from Steve Wolosky to RSH & GMM **(A/CP)**
- 8-1-97 facsimile correspondence from GMM to JB **(A/CP)**
- 7-22-97 draft International Heritage, Inc. Private Placement Check List bearing handwritten notes and edits from GMM **(WP)**
- 7-22-97 facsimile correspondence from Steve Wolosky to GMM **(A/CP)**
- 7-22-97 facsimile correspondence from Steve Wolosky to GMM **(A/CP)**
- 7-21-97 facsimile correspondence from KMS to GMM **(A/CP)**
- 7-18-97 facsimile correspondence from Albert Barbera to GMM **(A/CP)**
- 7-16-97 facsimile correspondence from GMM to KMS **(A/CP)**
- 8-6-97 facsimile correspondence from GMM to Eugene Stroz **(A/CP)**
- 7-16-97 facsimile correspondence from GMM to Steve Wolosky **(A/CP)**
- 7-16-97 facsimile correspondence from GMM to Steve Wolosky 63 pages **(A/CP)**
- 7-15-97 draft International Heritage, Inc. Confidential Term Sheet bearing handwritten notes and edits from GMM **(WP)**
- 7-14-97 draft International Heritage, Inc. Confidential Term Sheet bearing handwritten notes and edits from GMM **(WP)**
- 7-14-97 draft International Heritage, Inc. Confidential Term Sheet bearing handwritten notes and edits from GMM **(WP)**
- 6-30-97 correspondence from GMM to Steve Wolosky, cc'd RSH and SVE with attachment bearing handwritten notes and inserts from GMM **(A/CP)**

- International Heritage, Inc. Reg D-506 Offering Escrow Agreement

  - 10-31-97; 10-16-97; 10-15-97 handwritten notes of GMM **(WP)**
  - 7-7-97 correspondence from GMM to SVE **(A/CP)**
  - 7-7-97 correspondence from GMM to SVE **(A/CP)**
  - 7-7-97 facsimile correspondence from GMM to SVE **(A/CP)**
  - 7-7-97 facsimile correspondence from GMM to SVE **(A/CP)**
  - 7-7-97 facsimile correspondence from KMS to GMM **(A/CP)**
  - 7-3-97 facsimile correspondence from KMS to GMM **(A/CP)**

- International Heritage, Inc. Reg. D-506 Offering Attorney Notes

  - 11-4-97; 9-29-97; 9-26-97; 9-12-97; 9-9-97; 9-11-97; 8-18-97; 9-10-97; 8-22-97; 8-19-95; 8-8-97; 7-31-97; 7-24; 7-21-97; 7-18-97; 7-17-97; 7-7-97; 7-9-97; 7-9-97; 7-2-97; 7-1-97; 6-30-97; 6-25-97; 6-19-97; 6-12; handwritten notes of GMM **(WP)**
  - 6-25 correspondence from GMM to JB with handwritten notes of GMM attached **(A/CP)**
  - Miscellaneous handwritten notes of GMM **(WP)**

- International Heritage, Inc. Reg D-506 Escrow Agreement

  - 8-25-97 facsimile correspondence from KMS to GMM **(A/CP)**
  - 8-25-97 facsimile correspondence from GMM to AS **(A/CP)**
  - 7-17-97 facsimile correspondence from GMM to Steve Wolosky, JB and Albert Barbera **(A/CP)**

- 7-17-97 facsimile correspondence from GMM to Steve Wolosky, JB & Al Barbera **(A/CP)**
- 7-15-97 correspondence from GMM to JB **(A/CP)**
- 7-15-97 facsimile correspondence from KMS to GMM **(A/CP)**
- 7-11-97 facsimile correspondence from GMM to Steve Wolosky **(A/CP)**
- 7-9-97 facsimile correspondence from Steve Wolosky to Al Barbera & GMM **(A/CP)**
- Draft Escrow Agreement with handwritten notes and edits from GMM **(WP)**

- Consulting Agreement

  - 7-22-97 facsimile correspondence from GMM to SVE and JB **(A/CP)**
  - 8-1-97 facsimile correspondence from GMM to SVE and JB **(A/CP)**
  - 8-1-97 facsimile correspondence from Jeff Spindler to GMM, Al Barbera & Steve Bayrn **(A/CP)**
  - 7-31-97 facsimile correspondence from KMS to GMM and Al Barbera **(A/CP)**
  - 3-7-97 facsimile correspondence from GMM to Steve Wolosky, JB & RSH **(A/CP)**

- Term Sheet Addendum

  - 9-12-97 correspondence from GMM to Steve Wolosky, Al Barbera, RSH **(A/CP)**
  - 9-11-97 facsimile correspondence from GMM to RSH, Steve Wolosky & JB **(A/CP)**
  - 9-12-97 facsimile correspondence from GMM to Steve Wolosky **(A/CP)**
  - 9-12-97 handwritten notes of GMM **(WP)**
  - 9-12-97 facsimile correspondence from GMM to JB **(A/CP)**
  - 9-10-97 facsimile correspondence from GMM to RSH & Steve Wolosky **(A/CP)**
  - 9-10-97 facsimile correspondence from GMM to RSH **(A/CP)**
  - 9-12-97 facsimile correspondence from GMM to SVE, JB **(A/CP)**
  - 9-12-97 facsimile correspondence from Steve Wolosky to GMM and Al Barbera **(A/CP)**

## BOX 96W342I 082

- Reg S Subscription Agreement

  - 5-5-98 correspondence from GMM to Maria Luggo – OSG Department of Brown, Brothers, Harriman & Co. regarding cancellation of conversion request with attachment and yellow post-it with GMM handwritten notes attached **(WP) (A/CP)**

- Miscellaneous Documents

  - 11-3-97 facsimile correspondence from GMM to RSH **(A/CP)**
  - Draft of International Heritage, Inc. Issuer and Etablissement Pour le Placement Prive Trustee Indenture bearing handwritten notes of GMM **(WP)**

- Reg S Attorney Notes – Research

  - Miscellaneous handwritten notes of GMM **(WP)**
  - 2-17-98; 2-5-98; 2-28-98; 1-29-98; 1-21-98; handwritten notes of GMM **(WP)**

- 10-16-97 draft document entitled International Heritage, Inc. Consolidated Financial Statement for the period ended September 30, 1997 with handwritten notes **(WP)**
- Draft income printout – 1 page **(WP)**
- 11-12-97 memorandum from Jeff Trendle to GMM with attachment **(WP)**
- 11-11-97 copy of email transmission from Sonya Chipping to GMM, Susan Beasley, Darlene Bergeron re: employee information for Reg S Prospectus **(A/CP)**
- 10-27-97 facsimile correspondence from RSH to GMM **(A/CP)**
- Legal research regarding 1933 Act Rules 701 **(WP)**

- Reg S – Warrant

  - 10-29-97 facsimile correspondence from RSH to GMM **(A/CP)**
  - 10-29-97 facsimile correspondence from GMM to RSH **(A/CP)**
  - 10-29-97 draft Reg S Warrant for common stock purchase warrant with handwritten notes and edits **(WP)**
  - Miscellaneous document with yellow post-it of handwritten notes attached **(WP)**

- Reg S – Debenture

  - 10-28-97 facsimile correspondence from RSH to SVE & GMM **(A/CP)**

- Reg S – Warrant Exercise

  - 9-15-98 handwritten notes of GMM **(WP)**

- Reg S – Private Placement

  - 11-14-97 draft of International Heritage, Inc. Confidential Private Placement Memorandum with handwritten notes and edits of GMM **(A/CP)**
  - 11-12-97 draft of International Heritage, Inc. Confidential Private Placement Memorandum with handwritten notes and edits and inserts from GMM **(A/CP)**
  - Draft International Heritage, Inc. Confidential Private Placement Memorandum with handwritten notes and edits from GMM **(A/CP)**
  - 11-21-97 copy of draft International Heritage, Inc. Confidential Private Placement Memorandum **(A/CP)**
  - Draft miscellaneous document with handwritten notes of GMM **(A/CP)**
  - Draft of miscellaneous document with handwritten notes of GMM **(A/CP)**
  - Draft of International Heritage, Inc. Subscription Agreement with handwritten notes of GMM **(A/CP)**
  - Draft of International Heritage, Inc. Confidential Term Sheet and miscellaneous pages of same bearing handwritten notes of GMM **(A/CP)**
  - Draft document entitled Risk Factors **(A/CP)**
  - Draft International Heritage, Inc. Issuer and Etablissement Pour le Placement Prive Trustee with two minor handwritten edits from GMM **(A/CP)**
  - Draft International Heritage, Inc. Issuer and Etablissement Pour le Placement Prive Trustee with handwritten notes of GMM **(A/CP)**
  - Draft International Heritage, Inc. Issuer and Etablissement Pour le Placement Prive Trustee bearing handwritten notes and edits of GMM **(A/CP)**

- Draft International Heritage, Inc. Issuer and Etablissement Pour le Placement Prive Trustee bearing handwritten notes and edits and inserts from GMM **(A/CP)**

- Reg S Private Placement

  - 11-14-97 draft International Heritage, Inc. Confidential Private Placement Memorandum bearing handwritten notes and edits of GMM **(WP)**
  - 11-12-97 draft International Heritage, Inc. Confidential Private Placement memorandum bearing handwritten notes, edits and inserts of GMM **(WP)**
  - Draft International Heritage, Inc. Confidential Private Placement memorandum bearing handwritten notes, edits and inserts of GMM **(WP)**
  - 11-12-97 draft International Heritage, Inc. Confidential Private Placement memorandum stamped draft **(WP)**
  - Miscellaneous document without title bearing handwritten notes of GMM **(WP)**
  - Draft Private Placement Memo bearing numerous handwritten notes and edits from GMM **(WP)**
  - Draft Subscription Agreement bearing handwritten notes from GMM **(WP)**
  - Draft International Heritage, Inc. Confidential Term Sheet bearing handwritten notes and edits from GMM **(WP)**
  - Document entitled Risk Factors **(WP)**
  - Draft International Heritage, Inc. Issuer and Etablissement Pour le Placement Prive Trustee bearing handwritten corrections from GMM **(WP)**
  - Draft International Heritage, Inc. Issuer and Etablissement Pour le Placement Prive Trustee bearing handwritten notes, edits and corrections of GMM **(WP)**
  - Draft Indenture Reg S International Heritage, Inc. Issuer bearing handwritten notes and edits from GMM **(WP)**
  - Draft International Heritage, Inc. Issuer Indenture Reg S with handwritten notes and edits of GMM **(WP)**

### BOX 96W342I 083

- Dr. Bai-Compliance Issue – IHI

  - 2-17-97 handwritten note from GMM **(WP)**
  - 2-14-97 draft of letter to Dr. Tiejun Bai bearing extensive handwritten notes and edits from GMM **(WP)**
  - 2-17-97 facsimile correspondence from GMM to SVE **(A/CP)**
  - Miscellaneous handwritten note of GMM **(A/CP)**

- Richard Guerard – Compliance Issue

  - 5-9-97 handwritten note of GMM **(A/CP)**
  - 5-9-97 facsimile correspondence from GMM to Richard Guerard **(A/CP)**
  - 5-9-97 facsimile correspondence from GMM to Jeff Hooks **(A/CP)**
  - 5-12-97 handwritten notes of GMM **(WP)**
  - 5-21-97 handwritten notes of GMM **(WP)**

- William T. (Bill) Jones – Compliance Issue – IHI

- Miscellaneous phone message for GMM **(WP)**
- 3-7-97 facsimile correspondence from GMM to JB **(A/CP)**
- Miscellaneous handwritten note of GMM **(WP)**
- 2-5-97 handwritten notes of GMM **(WP)**
- 2-5-97 facsimile correspondence from JB to GMM **(A/CP)**

- Compliance Matters

  - 8-14-96 facsimile correspondence from GMM to SVE.  Attached to this are:
    - 7-29-96 memorandum marked privileged and confidential from Arthur Delane to SVE **(A/CP)**
    - 7-29-96 memorandum regarding background from Arthur Delane to SVE **(A/CP)**
    - 11-7-96 facsimile correspondence from AS to GMM **(A/CP)**
    - 10-17-96 facsimile correspondence from AS to GMM **(A/CP)**
    - 6-10-96 handwritten notes of GMM **(WP)**
    - 6-10-96 facsimile correspondence from AS to GMM **(A/CP)**
    - 7-16-96 facsimile correspondence from AS to GMM **(A/CP)**
    - 3-3-98 IHI memorandum from GMM to CR **(A/CP)**
    - 1-30-98 IHI memorandum from GMM to Marks Lane **(A/CP)**
    - 12-10-97 GMM copy of email transmission from CR to GMM with handwritten note of GMM attached **(A/CP)**
    - 9-12-97 handwritten notes of GMM **(WP)**
    - 8-28-97 facsimile correspondence from GMM to CR with handwritten note of GMM attached **(A/CP)**
    - 9-22-97 facsimile correspondence from Tim Otto to GMM **(A/CP)**
    - 8-28-97 facsimile correspondence from Tim Otto to GMM **(A/CP)**
    - 8-15-97 facsimile correspondence from Bob McAllister to GMM **(A/CP)**
    - 5-29-97 facsimile correspondence from GMM to CR **(A/CP)**
    - 5-28-97 handwritten notes of GMM attached to above **(A/CP)**
    - 5-14-97 facsimile correspondence from GMM to AS **(A/CP)**
    - 5-13-97 correspondence from AS to GMM **(A/CP)**
    - 4-24-97 facsimile correspondence from GMM to AS, JB and Pete Scanlon **(A/CP)**
    - 4-24-97 handwritten notes of GMM **(WP)**
    - 2-25-97 facsimile correspondence from Bob McAllister to GMM **(A/CP)**
    - 1-31-97 facsimile correspondence from AS to GMM **(A/CP)**

- Roache, Edward Jr. and Sr. IHI Compliance Issue

  - 7-7-97; 5-6-97; 6-23-97; 8-7-97; 8-19-97; 8-22-97 handwritten notes of GMM **(WP)**
  - 2-25-97 correspondence from James Holiday to GMM **(A/CP)**
  - 3-4-8 Linda Halsteadt copy of email transmission from Linda Halsteadt to GMM **(A/CP)**
  - 2-2-98 GMM copy of email transmission from Linda Halsteadt to GMM **(A/CP)**
  - 12-23-97 correspondence from James Holiday to GMM **(A/CP)**
  - 1-16-98 IHI memorandum from Shannon Zeko to CR and GMM **(A/CP)**
  - 1-23-98 handwritten notes of GMM **(WP)**
  - 1-14-98 GMM copy of email transmission from CR to GMM **(A/CP)**
  - 10-28-97 facsimile correspondence from GMM to James Holiday **(A/CP)**

- 10-1-97 correspondence from James Holiday to GMM with note to CR from GMM attached **(A/CP)**
- 10-31-97 correspondence from GMM to James Holiday **(A/CP)**
- 10-16-97 correspondence from BEW to GMM **(A/CP)**
- 10-13-97 correspondence from GMM to James Holiday **(A/CP)**
- 9-26-97 facsimile correspondence from GMM to James Holiday **(A/CP)**
- 9-26-97 facsimile correspondence from James Holiday to GMM **(A/CP)**
- 8-28-97 correspondence from GMM to Holiday **(A/CP)**
- 8-21-97 facsimile correspondence from Margie to GMM **(A/CP)**
- 8-19-97 facsimile correspondence from Margie (IHI employee) to GMM **(A/CP)**
- 8-18-97 handwritten notes of GMM **(A/CP)**
- 8-19-97 facsimile correspondence from Margie to GMM **(A/CP)**
- 8-14-97 facsimile correspondence from Margie to GMM **(A/CP)**
- 8-13-96 facsimile correspondence from Margie to GMM **(A/CP)**
- 8-13-97 handwritten notes of GMM **(WP)**
- 8-8-97 facsimile correspondence from Margie to GMM **(A/CP)**
- 8-8-97 facsimile correspondence from Margie to GMM **(A/CP)**
- 8-8-97 facsimile correspondence from GMM to CR **(A/CP)**
- 8-7-97 facsimile correspondence from Margie to GMM **(A/CP)**
- 8-7-97 facsimile correspondence from Margie to GMM **(A/CP)**
- 8-6-97 facsimile correspondence from Margie Downy of Compliance to GMM **(A/CP)**
- 8-6-97 facsimile correspondence from Margie Downy to BEW with handwritten notes of GMM attached **(A/CP)**
- 7-21-97 correspondence from GMM to Edward Roache Jr. **(A/CP)**
- 7-3-97 facsimile correspondence from GMM to Pete Scanlon and CR **(A/CP)**
- 5-12-98 correspondence from GMM to Holiday **(A/CP)**

- IHI Compensation Plan

  - 10-24-97 handwritten notes of GMM **(WP)**

- Edward Roache Termination

  - 8-6-97 IHI memorandum from Margie Downy to GMM **(A/CP)**

- IHI Corporate General

  - 2-27-98 IHI memorandum from GMM to Dawn McIntyre **(A/CP)**
  - 11-5-97 IHI memorandum from GMM to JB **(A/CP)**
  - 10-7-97 correspondence from GMM to RSH with attachment **(A/CP)**
  - 8-21-97 correspondence from BEW to JB, cc'd SVE, CTF, CR and Keith Mackey **(A/CP)**
  - 8-21-97 correspondence from BEW to JB, cc'd SVE, CTF, CR and Keith Mackey **(A/CP)**
  - 8-21-97 correspondence from BEW to JB **(A/CP)**
  - 8-18-97 facsimile correspondence from Pete Scanlon to GMM with handwritten notes on the front **(A/CP)**
  - 8-12-97 facsimile correspondence from FDB to BEW **(A/CP)**

- 8-13-97 facsimile correspondence from FDB to BEW **(A/CP)**
- 7-29-97 handwritten notes of GMM **(WP)**
- 8-12-97; 8-15-97; 8-28-97; 8-26-97; 3-17-97; handwritten notes of BEW **(WP)**

- International Heritage, Inc. Corporate General Attorney Notes

  - Handwritten note on yellow post-it from GMM **(WP)**
  - Handwritten note from SVE 10-29-97 **(WP)**
  - Handwritten notes from GMM **(WP)**
  - 7-23-97; 5-14-97; 2-7-97; 10-7-96; 8-28-96; 10-2-96; 8-6-96; 8-13-96; 8-6-96; 7-16-97; 5-19-96; 5-8-96; 4-14-96; 4-4-96; 3-27-96; 3-22-96; 3-21-96; 3-21-96; 3-11-96; 3-8-96; 3-6-96; 2-16-96; 2-96; 2-7-96; 1-18-96; 1-16-96; 1-9-95; 12-27-95; 12-18-95; 12-13-95; 12-8-95; 12-5-95; 12-5-95; 12-4-95; 11-30-95; 11-22-95; 11-20-95; 11-14-95; 11-7-95; 11-3-95; 11-3-95; 10-26-95; 10-26-95; 10-24-95; 10-17-95; 10-12-95; 9-27-95; 9-26-95; 9-25-95; 9-13-95; 9-20-95; 9-20-95; 9-12-95; 9-7-95; 9-5-95; 9-1-95; 8-27-95; 8-22-95; 7-25-95; 7-31-95; 7-25-95; 7-18-95; 7-8-95; 6-29-95; 6-26-95; 6-19-95; 6-27-95; 6-23-95; 6-23-95; 6-13-95; 5-31-95; 5-16-95; 5-12-95; 5-10-95; 5-9-95; 4-29-95; handwritten notes of GMM **(WP)**
  - Internal client sheet for Wood & Francis **(WP)**
  - 5-8-96 facsimile correspondence from AS to GMM **(A/CP)**
  - 4-19-96 handwritten note taken from message left by FDB **(A/CP)**
  - Miscellaneous handwritten notes of GMM **(WP)**
  - 12-11-95 facsimile correspondence from GMM to Crystal **(A/CP)**
  - 10-19-95 note from Sally Oberman **(A/CP)**
  - 7-31-95 meeting agenda with notations from GMM **(WP)**
  - Draft additional disclosure statement International Heritage, Inc. bearing handwritten notes and edits from GMM as well as an insert attached **(WP)**
  - 6-7-95 draft letter re: International Heritage initial capital investment loan **(WP)**
  - 5-5-95 facsimile correspondence from GMM to SVE **(A/CP)**
  - Copy of Martindale Hubble Law Directory **(WP)**

- IHI Corporate General IHI of Canada Inc.

  - 9-11-97 facsimile correspondence from GMM to AS **(A/CP)**
  - Miscellaneous handwritten notes of GMM **(WP)**
  - 10-7-96 correspondence from GMM to Paul H. Bachand, Esq. **(A/CP)**
  - 8-26-96 correspondence from Paul Bachand to GMM **(A/CP)**
  - 7-4-96 facsimile correspondence from GMM to Paul Bachand **(A/CP)**
  - 7-3-96 correspondence from Paul Bachand to SVE cc'd GMM **(A/CP)**
  - 6-27-96 facsimile correspondence from Clark Jones to GMM **(A/CP)**
  - 2-6-96 file copy of correspondence from GMM to Paul Bachand **(A/CP)**

- International Heritage, Inc. Corporate General / Agreement Between E. B. Harvey and IHI and A&A Jewelers and IHI Canada

  - 10-10-95 correspondence from GMM to Dawn McIntyre **(A/CP)**
  - 11-15-95 correspondence from GMM to Dawn McIntyre **(A/CP)**

- Draft EB Harvey & Company and International Heritage, Inc. Agreement with handwritten notes and edits of GMM **(WP)**
- 8-25-95 facsimile correspondence from Dawn McIntyre to GMM **(A/CP)**
- Matthew Bender & Co., Inc., Form 4.41 research **(WP)**
- 9-10-95 draft of E.B. Harvey & Co. and International Heritage, Inc. agreement **(WP)**
- draft agreement by and between E.B. Harvey & Co. and International Heritage, Inc. and A&A Jewelers and International Heritage of Canada Inc. with handwritten edits and a note to GMM and handwritten notes from GMM **(WP)**
- draft agreement by and between E.B. Harvey & Co. and International Heritage, Inc. and A&A Jewelers and International Heritage of Canada Inc. with handwritten notes and edits from GMM **(WP)**

- International Heritage, Inc. Corporate General – Special Edition Publishing Agreement

  - Draft agreement by and between SVE, Stanley L. Van Etten and IHI with handwritten notes and edits from GMM and insert from GMM **(WP)**
  - Draft agreement by and between SVE and Stanley L. Van Etten and IHI with handwritten notes and edits by GMM **(WP)**
  - 9-13-95 correspondence from GMM to SVE and Stanley L. Van Etten with enclosure **(A/CP)**
  - 9-12-95 facsimile correspondence from GMM to SVE **(A/CP)**
  - 9-5-95 facsimile correspondence from GMM to SVE **(A/CP)**

- International Heritage Corporate General Agreement – IHI and Number 503682 BC Ltd.

  - 9-12-95 handwritten notes of GMM **(WP)**
  - 10-3-95 correspondence from GMM to Felix Li and Rhyon Caldwell both of International Heritage of Canada Inc. with attachment **(A/CP)**
  - 9-18-95 facsimile correspondence from GMM to Sheila for forwarding to SVE **(A/CP)**
  - 9-14-95 facsimile correspondence from GMM to Felix Li **(A/CP)**
  - 10-3-95 file copy of draft agreement by and between International Heritage, Inc., International Heritage of Canada, Inc. and Number 503682 BC Ltd. **(WP)**
  - 9-18-95 draft of agreement by and between International Heritage, Inc., International Heritage of Canada, Inc. and Number 503682 BC, Ltd. with handwritten notes and edits from GMM **(WP)**
  - draft agreement by and between International Heritage, Inc. and Lee Management Group with 9-11-95 facsimile confirmation from GMM to Felix Lei and Sabrina Wei **(WP)**
  - 9-11-95 draft memorandum of understanding by and between International Heritage, Inc. and Lee Management Group with handwritten notes and edits **(WP)**
  - 9-10-95 draft memorandum of understanding by and between International Heritage, Inc. and Lee management Group with handwritten notes and edits from GMM **(WP)**

- Agreement IHI and Wei Group

  - 9-22-95 draft agreement by and between International Heritage, Inc., International Heritage of Canada, Inc. and Sabrina Wei, Paradise Investment Ltd., Eternal Flame and Simply Irresitable with handwritten notes and edits from GMM **(WP)**

- 9-10-95 draft of a memoradum of understanding by and between International Heritage, Inc., and Sabrina Wei, Paradise Investment Ltd., Eternal Flame and Simply Irresitable with 9-11-95 fax confirmation from GMM to Sabrina Wei **(WP)**
- Miscellaneous handwritten notes of GMM **(WP)**
- Phone message to GMM from receptionist desk **(WP)**
- 9-6-95 handwritten notes of GMM **(WP)**
- 9-22-95 facsimile correspondence from GMM to SVE **(A/CP)**
- 9-12-95 facsimile correspondence from Sabrina Wei to GMM **(A/CP)**
- 8-30-95 handwritten notes from GMM attached to 9-1-95 draft memo of understanding **(WP)**
- 9-4-95 handwritten notes of GMM **(WP)**
- 8-30-95 handwritten notes of GMM **(WP)**

### BOX 96W342I 084

- 7-1-98 IHI memorandum from Ashley Markum to GMM **(A/CP)**

### BOX 96W342I 085

- Documents from Blank Folder

    - 6-2-98 correspondence from RB to SVE cc'd Michael Wolosky, David Gellan, BEW & Ted Sonde with attachment **(A/CP)**
    - 7-28-98 facsimile correspondence from BEW to JB and SVE **(A/CP)**
    - 7-27-98 facsimile correspondence from BEW to BML **(A/CP)**
    - 7-22-98 correspondence from GMM to Susan Halpern **(A/CP)**

- Bridge Loans – European Investors – June/July 1998

    - 8-18-98 IHI memorandum from GMM to Linda Halsteadt with attachment **(A/CP)**
    - 9-2-98 handwritten notes of GMM **(WP)**

### BOX 96W342I 086

- NC Department of Revenue Sales Tax Audit

    - 10-30-98 correspondence from GMM to Charles Mercer Jr., Esq. **(A/CP)**
    - 10-30-98 IHI memorandum from GMM to Rob Hukezalie and Debbie Blevens **(A/CP)**
    - 10-27-98 facsimile correspondence from Charles Mercer to GMM marked confidential privileged communication attorney-work product **(A/CP)**
    - 10-27-98 facsimile correspondence from Charles Mercer to GMM **(A/CP)**
    - 10-9-98 correspondence from GMM to Charles Mercer with attachment **(A/CP)**
    - 10-7-98 facsimile correspondence from GMM to Charles Mercer **(A/CP)**
    - 10-5-98 handwritten notes of GMM **(WP)**
    - 10-2-98 facsimile correspondence from BEW to Charles Mercer **(A/CP)**
    - 10-6-98 GMM copy of email transmission from GMM to Rob Hukezalie and Debbie Blevens **(A/CP)**
    - 10-2-98 facsimile correspondence from BEW to GMM **(A/CP)**

- 9-29-98 correspondence from BEW to Charles Mercer **(A/CP)**
- 9-29-98 correspondence from to W.C. Shelton, Adminstrative Officer at North Carolina Department of Revenue **(A/CP)**
- 9-15-98 memorandum from Rob Hukezalie to BEW cc'd John Brothers, GMM, Debbie Blevens, Dan Haig with attachment **(A/CP)**
- 9-10-98 copy of letter from W.C. Shelton to EJBM with handwritten note from Rob Hukezalie to GMM attached **(A/CP)**
- 9-14-98 facsimile correspondence from BEW to GMM **(A/CP)**
- 8-24-98 handwritten notes of GMM **(WP)**
- 8-28-98 handwritten notes of GMM **(WP)**

- North and South Dakota

  - 5-11-98 IHI memorandum from CR to SVE and JB cc'd Pete Scanlon, FDB, GMM re: North Dakota and South Dakota **(A/CP)**

- Oklahoma Securities

  - 12-3-97 IHI memorandum from GMM to CR **(A/CP)**
  - 12-1-97 GMM copy of email transmission from CR to GMM, Jeff Trendle, Stephanie Harris cc'd Pete Scanlon re: Oklahoma **(A/CP)**

- PAB Non-Compete

  - 12-18-97 IHI memorandum from GMM to CR, Jeff Hooks, Ken Rudd, Mary Breen **(A/CP)**
  - 12-18-97 IHI memorandum from GMM to CR, Jeff Hooks, Ken Rudd & Mary Breen with attachment **(A/CP)**
  - 10-14-97 IHI memorandum from GMM to CR, Jeff Hooks, Ken Rudd & Mary Breen with attachment **(A/CP)**
  - 8-19-97 facsimile correspondence from GMM to Mary Breen **(A/CP)**
  - Miscellaneous handwritten notes of GMM **(WP)**
  - 5-9-97 facsimile correspondence from GMM to Ken Rudd **(A/CP)**
  - Draft document entitled President's Advisory Board Covenant Not to Compete with handwritten notes of GMM **(WP)**
  - Handwritten draft of document entitled President's Advisory Board Covenant not to Compete written by GMM **(WP)**
  - 3-26-97 facsimile correspondence from Ken Rudd to GMM **(A/CP)**

- Practical Holdings Limited

  - 8-19-98 facsimile correspondence from GMM to Barry Ackle **(A/CP)**
  - Miscellaneous handwritten notes of GMM **(A/CP)**
  - 8-14-98 facsimile correspondence from RSH to GMM **(A/CP)**

- Press Releases

  - 4-20-98 facsimile correspondence from Marks Lane for GMM to RSH **(A/CP)**

- 4-21-98 handwritten notes of GMM **(WP)**

- Press Release 22 July 1998 Correction of Inaccurate Inform reported in the Raleigh News & Observer

  - 7-22-98 facsimile correspondence from RB to SVE & GMM **(A/CP)**
  - 7-22-98 facsimile correspondence from RB to SVE, GMM & BEW **(A/CP)**
  - 7-22-98 facsimile correspondence from GMM to RB **(A/CP)**
  - 7-22-98 facsimile correspondence from GMM to RB **(A/CP)**
  - 7-22-98 draft document entitled Immediate Press Release with handwritten notes **(WP)**
  - 7-22-98 handwritten notes of GMM **(WP)**

- Promotions

  - 10-19-98 IHI memo from GMM to Ken Rudd and Mary Breen **(A/CP)**
  - 9-25-98 IHI memo from GMM to Mary Breen and Ken Rudd **(A/CP)**

- Research Magazine

  - 7-16-98 memorandum from Marks Lane to GMM **(WP)**

- Freddie Rick

  - 8-18-98 handwritten notes of GMM **(WP)**
  - Miscellaneous handwritten notes of GMM **(WP)**
  - 3-10-98 facsimile correspondence from CR to Paul Greenburg **(A/CP)**
  - 2-24-98 handwritten notes of GMM **(WP)**
  - 2-23-98 handwritten notes of GMM **(WP)**
  - 2-23-98 handwritten notes of GMM **(WP)**

- Elena Rush Garnishments

  - 11-11-97 GMM copy of email transmission from Elena Rush to GMM **(A/CP)**
  - 11-11-97 2:02 p.m. GMM copy of email transmission from Elena Rush to GMM **(A/CP)**
  - 10-27-97 copy of order of withholding from earnings with handwritten notes of GMM attached **(WP)**
  - 11-5-97 facsimile correspondence from John Austin to GMM **(A/CP)**
  - 12-3-97 GMM copy of email transmission from Alex Ravenscraft to GMM cc'd Jeff Trendle **(A/CP)**

- Scruggs v. Howell & IHI

  - 2-17-98 facsimile correspondence from CR to BEW cc'd GMM **(A/CP)**
  - 2-17-98 facsimile correspondence from CR to BEW cc'd GMM **(A/CP)**

- Kenneth Self Garnishment 12-5-97

- 12-15-97 GMM copy of email transmission from Alex Ravenscraft to GMM cc'd Jeff Trendel **(A/CP)**

- Shustak, Jalil & Heller Billing Statements

  - 8-19-98; 7-8-98; 5-27-98; 4-3-98 internal document from GMM regarding legal fees **(WP)**
  - 11-4-97 handwritten notes of GMM with attachment **(WP)**

- Serote & Permutt

  - 5-4-98 facsimile correspondence from BEW to Rob Hukezalie **(A/CP)**

- SmartTech Inc. General Internet Hosting Agreement

  - Draft General Internet Hosting Agreement with handwritten notes from GMM **(WP)**

- Miscellaneous Documents

  - 9-10-98 IHI memorandum from GMM to Susan Beasley & Mike Russo with attachment **(A/CP)**
  - 8-11-98 handwritten notes of GMM **(WP)**
  - Draft document entitled Texas Work Force Commisison with handwritten entries and handwritten notes and edits from GMM **(WP)**

- Lobbying

  - 9-11-98 GMM copy of email transmission from GMM to BEW cc'd Elaine Tarkington **(A/CP)**

- Lost Claim Letters

  - 3-27-97 facsimile correspondence from GMM to Dawn McIntyre **(A/CP)**
  - 3-24-97 IHI memorandum from Ashley Markum to GMM, Dawn McIntyre **(A/CP)**
  - 3-21-97 facsimile correspondence from GMM to Dawn McIntyre **(A/CP)**
  - 3-19-97 handwritten notes of GMM **(WP)**
  - 3-18-97 facsimile correspondence from Dawn McIntyre to GMM **(A/CP)**

- Lui, Dorcus Indemnity Agreement

  - 10-6-98 copy of indemnity agreement between Dorcus Lui and IHI signed by SVE and GMM but not Docrus Lui **(WP)**
  - 10-6-98 draft indemnity agreement **(WP)**
  - Draft generic indemnity agreement **(WP)**
  - 9-2-98 memo from Margie Downy to Compliance re: Dorcus Lui with handwritten notes from Margie to GMM **(A/CP)**
  - 9-9-98 GMM copy of email transmission from CR to Pete Scanlon, GMM, Rob Hukezalie, cc'd JB, AS, Dawn McIntyre **(A/CP)**