IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**FILED**
JUL 11 2000
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTERNATIONAL HERITAGE, INC. ) | CASE NO. 98-02675-5-ATS |
| ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, ) | CASE NO. 98-02674-5-ATS |
| INCORPORATED, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

## MOTION FOR LEAVE TO JOIN MOTION FILED BY
## STANLEY H. VAN ETTEN AND WOOD AND FRANCIS, PLLC

NOW COMES Georgina Mollick, arising out of her unique and puzzling professional situation as former outside and later in-house counsel to International Heritage, Inc., and International Heritage, Incorporated, and, out of an abundance of caution, moves the United States District Court for the Eastern District of North Carolina, for leave to join the Motion for Order: (1) Modifying Order Denying Motions for Stays Pending Appeals and Order Directing Appellants to Identify Documents; and (2) Staying Order Allowing Motion for Approval of Compromise and Settlement Pursuant to Rule 8005 of the Bankruptcy Rrules filed by Stanley H. Van Etten and Wood and Francis, PLLC.

Respectfully submitted this the 10th day of July, 2000.

                CHESHIRE, PARKER,
                   SCHNEIDER, WELLS &
                BRYAN

Joseph B. Cheshire, V
N.C. State Bar # 5543
133 Fayetteville Street Mall
P. O. Box 1029
Raleigh, NC 27602
(919) 833-3114 (TEL)
(919) 832-0739 (FAX)

John Keating Wiles
N.C. State Bar # 22379
133 Fayetteville Street Mall
P. O. Box 1029
Raleigh, NC 27602
(919) 833-3114 (TEL)
(919) 832-0739 (FAX)

## CERTIFICATE OF SERVICE

This is to certify and a true and correct copy of the above and foregoing **MOTION FOR LEAVE TO JOIN MOTION FILED BY STANLEY H. VAN ETTEN AND WOOD AND FRANCIS, PLLC** has been duly served on counsel for by depositing in a postage paid envelope to the following:

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3758
Wilson, NC  27894-3758

Terri L. Gardner
Smith Debman Narron & Myers
4700 New Bern Avenue
P. O. Box 26268
Raleigh, NC  27611-6268

Wade Smith
Melissa Hill
Tharrington Smith
209 Fayetteville Street Mall
Raleigh, North Carolina  27601

Holmes Harden
Maupin Taylor & Ellis
P. O. Box 17169
Raleigh, NC  27619

Scott Wilkinson
Assistant United States Attorney
Suite 800 Federal Building
Raleigh, North Carolina  27601-1461

John "Jack" O'Hale
Attorney at Law
102 S. 3rd Street
Smithfield, North Carolina  27577-0454

Steven T. Smith
McMillan Smith & Plyler
P. O. Box 150
Raleigh, North Carolina  27602-0150

Brent E. Wood
Wood & Francis, PLLC
P. O. Box 164
Raleigh, NC 27602

This the 10th day of July, 2000.

*John Keating Wiles*
John Keating Wiles
CHESHIRE, PARKER,
SCHNEIDER, WELLS & BRYAN
133 Fayetteville Street Mall
P. O. Box 1029
Raleigh, North Carolina 27602
(919) 833-3114