**FILED**

JUL 12 2000

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| INTERNATIONAL HERITAGE, | ) | |
| INCORPORATED, | ) | CHAPTER 7 |
| | ) | CASE NO. 98-02674-5-ATS |
| Debtors. | ) | |

## CONSENT ORDER
## CONTINUING HEARING

For cause shown, and upon the consent of the parties, it is hereby ORDERED ADJUDGED AND DECREED that the hearing on the Application for Approval of Fees and Expenses of the law firm of Lewis & Roberts scheduled for 9:00 a.m. on July 19 be and hereby is continued.  The clerk shall recalendar the hearing on a date no later than August 31, 2000.

1 2 JUL 2000

_____
United States Bankruptcy Judge

WE CONSENT:

_____
Holmes P. Harden, Trustee
MAUPIN TAYLOR & ELLIS, P.A.
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

_____
Paul A. Fanning
WARD & SMITH
Attorneys for Acstar Insurance Company
P. O. Box 2091
Raleigh, NC 27602-2091

RAL/179511/1

260  CC: Harden to Serve  7/13/00 Am                                    274