U.S. Bankruptcy Court for the Eastern District of North Carolina
<u>CLERK, U.S. BANKRUPTCY COURT
POST OFFICE BOX 1441
RALEIGH, N.C. 27602-1441</u>

In Re a *Petition for Relief under Chapter 7 of Title 11, U.S. Code*, filed by or against the below-named Debtor on November 25, 1998:
DEBTOR: INTERNATIONAL HERITAGE, INC. of C/O TERRI L. GARDNER, POST OFFICE DRAWER 1389, RALEIGH, NC 27602; SSN: N/A, EIN: 56-1921093

CASE NO. 98-02675-5-ATS

ORDER AND NOTICE
BY THE COURT

**FILED**
JUL 13 2000
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing in said cause will be held:

DATE: August 23, 2000
TIME: 10:30 A.M.
PLACE:
UNITED STATES BANKRUPTCY COURT
U.S. COURTHOUSE & P.O. BLDG., ROOM 208, 300 FAYETTEVILLE ST. MALL, RALEIGH, NC

to consider and act on the following matters:

First Interim Application for Compensation for Services Rendered by Attorney Specially filed by Lewis & Roberts, PLLC on May 31, 2000 and Objection thereto filed by Acstar Insurance Company on June 16, 2000.

**CONTINUED FROM JULY 19, 2000**

and to transact all other business as may properly come before the court.

DATED:
13 JUL 2000

PEGGY B. DEANS
CLERK OF COURT

```
          U.S. Bankruptcy Court for the Eastern District of North Carolina
                          CLERK, U.S. BANKRUPTCY COURT
                              POST OFFICE BOX 1441
                             RALEIGH, N.C. 27602-1441
```

In Re a *Petition for Relief under Chapter 7 of Title 11, U.S. Code*, filed by or against the below-named Debtor on November 25, 1998:
DEBTOR: INTERNATIONAL HERITAGE, INC. of C/O TERRI L. GARDNER, POST OFFICE DRAWER 1389, RALEIGH, NC 27602; SSN: N/A, EIN: 56-1921093

CASE NO. **98-02675-5-ATS**

**ORDER AND NOTICE
BY THE COURT**

CERTIFICATE OF MAILING

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that a copy of the attached document was mailed in a postage prepaid envelope addressed to the following at their respective addresses, by placing said envelope in the regular mail in Raleigh, NC, on this date.

DATED:        13 JUL 2000                    _Annie R Moell_
                                              DEPUTY CLERK


INTERNATIONAL HERITAGE, INC.
C/O TERRI L. GARDNER
RALEIGH, NC 27602


,

Terri L. Gardner
PO Drawer 1389
Raleigh, NC 27602

Holmes P. Harden
P.O. Box 17169
Raleigh, NC 27619

James A. Roberts, III
Post Office Box 17529
Raleigh, NC  27619-7529

Paul A. Fanning
Post Office Box 8088
Greenville, NC  27835-8088

Marjorie K. Lynch
Bankruptcy Administrator