**FILED**

**SEP - 7 2000**

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| INTERNATIONAL HERITAGE, INC. | ) CASE NO. 98-02675-5-ATS |
| | ) CHAPTER 7 |
| INTERNATIONAL HERITAGE, | ) CASE NO. 98-02674-5-ATS |
| INCORPORATED, | ) CHAPTER 7 |
| | ) |
| Debtor. | ) |
| | ) EDNC FILE NO: 5:00-MC-23 |

## NOTICE OF DISMISSAL OF APPEAL

NOW COME Stanley H. Van Etten (hereinafter "Mr. Van Etten") and Wood & Francis, PLLC (hereinafter "W&F), and provide notice of the dismissal of their appeals filed in the above-captioned proceedings on June 19, 2000.

This the 6th day of September, 2000.

WOOD & FRANCIS, PLLC

_____
Brent E. Wood
N.C. State Bar No. 16898
Two Hannover Square
424 Fayetteville Street, Suite 2300
Post Office Box 164
Raleigh, North Carolina 27602
Telephone: (919) 828-0801

## CERTIFICATE OF SERVICE

I, Brent E. Wood, attorney for Wood & Francis, PLLC, certify that I served the foregoing document on the 6th day September, 2000, upon the following parties, and in the manner below specified, by placing a copy thereof for each such party(ies) in a separate envelope bearing sufficient postage and depositing the same in the United States mail at Raleigh, North Carolina and/or by facsimile:

Wade Smith
Melissa Hill
Tharrington Smith
209 Fayetteville Street Mall
Raleigh, North Carolina 27601

Scott Wilkinson
Assistant United States Attorney
Suite 800 Federal Building
Raleigh, North Carolina 27601-1461

Stephen T. Smith
McMillan Smith & Plyler
P. O. Box 150
Raleigh, North Carolina 27602-0150

Terri L. Gardner
Smith Debman Narron & Myers
4700 New Bern Avenue
P. O. Box 26268
Raleigh, NC 27611-6268

Holmes Harden
Maupin Taylor & Ellis
P. O. Box 17169
Raleigh, NC 27619

John "Jack" O'Hale
Attorney at Law
102 S. 3rd Street
Smithfield, North Carolina 27577-0454

Joseph Cheshire, V
Cheshire, Parker, Schneider, Wells & Bryan
P. O. Box 1029
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3758
Wilson, NC 27894-3758

This the 6th day of September, 2000.

WOOD & FRANCIS, PLLC

Brent E. Wood, Esq.
Post Office Box 164
Raleigh, North Carolina 27602
Telephone: (919) 828-0801

f:\wp\ihi-bk.DismissalOfAppeal.doc

2