IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**FILED**
SEP - 8 2000
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | |
|---|---|
| IN RE: | ) |
| | ) |
| INTERNATIONAL HERITAGE, INC. | ) CASE NO. 98-02675-5-ATS |
| | ) CHAPTER 7 |
| INTERNATIONAL HERITAGE, | ) CASE NO. 98-02674-5-ATS |
| INCORPORATED, | ) CHAPTER 7 |
| | ) |
| Debtor. | ) |

### NOTICE OF DISMISSAL OF APPEAL

Georgina Mollick comes, by and through undersigned counsel, and gives notice of the dismissal of her appeal filed in the above captioned proceedings on 19 June 2000.

Respectfully submitted this the 7th day of September, 2000.

CHESHIRE, PARKER, SCHNEIDER,
WELLS & BRYAN

Joseph B. Cheshire, V
N.C. State Bar # 5543
133 Fayetteville Street Mall
P. O. Box 1029
Raleigh, NC 27602
(919) 833-3114 (TEL)
(919) 832-0739 (FAX)

John Keating Wiles
N.C. State Bar # 22379
133 Fayetteville Street Mall
P. O. Box 1029
Raleigh, NC 27602
(919) 833-3114 (TEL)
(919) 832-0739 (FAX)

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the above and foregoing **NOTICE OF DISMISSAL OF APPEAL** was served upon the following parties by depositing in a postage paid envelope to the following parties:

Wade Smith
Melissa Hill
Tharrington Smith
209 Fayetteville Street Mall
Raleigh, NC 27601

Steven T. Smith
McMillan Smith & Plyler
P. O. Box 150
Raleigh, NC 27602-0150

Holmes Harden
Maupin Taylor & Ellis
P. O. Box 17169
Raleigh, NC 27619

Brent E. Wood
Wood & Francis, PLLC
P. O. Box 164
Raleigh, NC 27602

Scott Wilkinson
Assistant United States Attorney
Suite 800 Federal Building
Raleigh, NC 27601-1461

Terri L. Gardner
Smith Debman Narron & Myers
4700 New Bern Avenue
P. O. Box 26268
Raleigh, NC 27611-6268

John "Jack" O'Hale
Attorney at Law
102 S. 3rd Street
Smithfield, NC 27577-0454

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3758
Wilson, NC 27894-3758

This the 7th day of September, 2000.

John Keating Wiles
CHESHIRE, PARKER, SCHNEIDER,
WELLS & BRYAN
133 Fayetteville Street Mall
P. O. Box 1029
Raleigh, North Carolina 27602
(919) 833-3114