FILED

SEP 13 2000

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTERNATIONAL HERITAGE, INC. ) | CASE NO. 98-02675-5-ATS |
| ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, ) | CASE NO. 98-02674-5-ATS |
| INCORPORATED, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

### NOTICE OF DISMISSAL OF APPEAL

John Brothers and Dee Brothers come, by and through undersigned counsel, and give notice of the dismissal of their appeal filed in the above-captioned proceedings on June 19, 2000.

Respectfully submitted this the 13th day of September, 2000.

McMILLAN, SMITH & PLYLER

/s/ Smith
Stephen T. Smith
N.C. State Bar No. 5841
205 W. Martin Street
P. O. Box 150
Raleigh, NC 27602
Telephone: (919) 821-5124
Counsel for John Brothers and Dee Brothers

## CERTIFICATE OF SERVICE

I, Stephen T. Smith, attorney for John Brothers and Dee Brothers, certify that I served the foregoing document on the 13th day September, 2000, upon the following parties, and in the manner below specified, by placing a copy thereof for each such party(ies) in a separate envelope bearing sufficient postage and depositing the same in the United States mail at Raleigh, North Carolina and/or by facsimile:

Wade Smith
Melissa Hill
Tharrington Smith
209 Fayetteville Street Mall
Raleigh, North Carolina  27601

Holmes Harden
Maupin Taylor & Ellis
P. O. Box 17169
Raleigh, NC  27619

Scott Wilkinson
Assistant United States Attorney
Suite 800 Federal Building
Raleigh, North Carolina 27601-1461

John "Jack" O'Hale
Attorney at Law
102 S. 3rd Street
Smithfield, North Carolina  27577-0454

Brent E. Wood
Wood & Fracis, PLLC
P. O. Box 164
Raleigh, NC  27602

Joseph Cheshire, V
Cheshire, Parker, Schneider, Wells & Bryan
P. O. Box 1029
Raleigh, NC  27602

2

Terri L. Gardner
Smith Debman Narron & Myers
4700 New Bern Avenue
P. O. Box 26268
Raleigh, NC 27611-6268

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3758
Wilson, NC 27894-3758

This the 13th day of September, 2000.

McMILLAN, SMITH & PLYLER

*/s/ Stephen T. Smith*
Stephen T. Smith
N.C. State Bar No. 5841
205 W. Martin Street
P. O. Box 150
Raleigh, NC 27602
Telephone: (919) 821-5124
Counsel for John Brothers and Dee Brothers