

# United States District Court
## Eastern District of North Carolina

ACSTAR INSURANCE COMPANY,
Petitioner,

v.   **Judgment in a Civil Case**

HOLMES P. HARDEN, Chapter 7 Trustee
for the Bankruptcy Estate of
INTERNATIONAL HERITAGE, INC., and
INTERNATIONAL HERITAGE INCORPORATED,
Respondent.

5:00-CV-379-BR
5:98-02674-ATS

**X Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that .... upon full consideration of all materials submitted and a *de novo* review of the conclusions of the Bankruptcy Court, the Order of 3 January 2000 allowing the trustee's objection to the amended proof of claim is AFFIRMED.

THE ABOVE JUDGMENT WAS FILED AND ENTERED TODAY, 18 SEPTEMBER 2000 AND A COPY MAILED TO:

Michael P. Flanagan, P.O. Box 8088, Greenville, N.C. 27835-8088
James T. Johnson, 1305 Navaho Drive, Suite 400, Raleigh, N.C. 27609-7482

| September 18, 2000 | David W. Daniel |
|---|---|
| Date | Clerk |
| Raleigh, North Carolina | W. S. Cannon |
| | (by) Deputy Clerk |

Br. Cv. Ob. 21 Pg. 37

I certify the foregoing to be a true and correct copy of the original.
David W. Daniel, Clerk
United States District Court
Eastern District of North Carolina
By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 5:00-CV-379-BR

FILED
SEP 1 2000
DAVID W. DANIEL, CLERK
U.S. DISTRICT COURT
E DIST. NO. CAR.

| | |
|---|---|
| ACSTAR INSURANCE COMPANY,<br>    Petitioner<br><br>v.<br><br>HOLMES P. HARDEN, Chapter 7 Trustee,<br>for the Bankruptcy Estate of<br>INTERNATIONAL HERITAGE, INC. and<br>INTERNATIONAL HERITAGE<br>INCORPORATED,<br>    Respondent | ORDER |

This matter is before the court on appeal from an order of the Bankruptcy Court dated 3 January 2000. In that order, Judge Small allowed an objection by the trustee to an amended proof of claim filed by ACSTAR. The parties have fully briefed the issues and the matter is ripe for decision.

The Bankruptcy Court made no findings of fact and this matter is, therefore, before the court for a *de novo* review of the conclusions reached.

Upon full consideration of all materials submitted and a *de novo* review of the conclusions of the Bankruptcy Court, the Order of 3 January 2000 allowing the trustee's objection to the amended proof of claim is AFFIRMED.

This 15 September 2000.

I certify the foregoing to be a true and correct copy of the original.
David W. Daniel, Clerk
United States District Court
Eastern District of North Carolina
By_____
   Deputy Clerk

W. Earl Britt
Senior U.S. District Judge