IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

FILED
SEP 20 2000
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, | ) | CASE NO. 98-02674-5-ATS |
| INCORPORATED, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

### NOTICE OF DISMISSAL OF APPEAL

COMES NOW Claude Savage, by and through his undersigned counsel, and gives notice of the dismissal of his appeal filed in the above-captioned proceedings on June 19, 2000.

Respectfully submitted this the 18 day of September, 2000.

NARRON, O'HALE AND
WHITTINGTON, P.A.

_____
John P. O'Hale
Attorney for Defendant
N.C. State Bar No. 6794
P.O. Box 1567
Smithfield, NC 27577
Telephone: (919) 934-6021

## CERTIFICATE OF SERVICE

I, John P. O'Hale, attorney for Claude Savage, certify that I served the foregoing document on the \_\_\_ day of September, 2000, upon the following parties, and in the manner below specified, by placing a copy thereof for each such party(ies) in a separate envelope bearing sufficient postage and depositing the same in the United States mail at Smithfield, North Carolina and/or by facsimile:

Wade Smith
Melissa Hill
Tharrington Smith
209 Fayetteville Street Mall
Raleigh, North Carolina 27601

Holmes Harden
Maupin Taylor & Ellis
P.O. Box 17169
Raleigh, North Carolina 27619

Scott Wilkinson
Assistant United States Attorney
Suite 800 Federal Building
Raleigh, North Carolina 27601-1461

Stephen T. Smith
McMillan, Smith & Plyler
P.O. Box 150
Raleigh, North Carolina 27602

Brent E. Wood
Wood & Francis, PLLC
P.O. Box 164
Raleigh, North Carolina 27602

Joseph Cheshire, V
Cheshire, Parker, Schneider, Wells & Bryan
P.O. Box 1029
Raleigh, North Carolina 27602

Terry L. Gardner
Smith Debman Narron & Myers
4700 New Bern Avenue
P.O. Box 26268
Raleigh, North Carolina 27611-6268

Marjorie K. Lynch
Bankruptcy Administrator
P.O. Box 3758
Wilson, North Carolina 27894-3758

This the 18 day of September, 2000.

NARRON, O'HALE AND
WHITTINGTON, P.A.

John P. O'Hale
Attorney for Defendant
N.C. State Bar No. 6794
P.O. Box 1567
Smithfield, NC 27577
Telephone: (919) 934-6021