IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

FILED
SEP 21 2000
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

### APPLICATION FOR COMPENSATION FOR SERVICES RENDERED BY POORMAN-DOUGLAS CORPORATION, INC. AND REIMBURSEMENT OF EXPENSES

NOW COMES Holmes P. Harden, Trustee in the above-referenced case, and applies to the Court for authority to pay Poorman-Douglas Corporation, Inc. fees in the amount of Three Thousand Nine Hundred Twelve and 50/100 ($3,912.50) from May 3, 2000 through June 14, 2000 and expenses incurred in the amount of $115.85 from June 21, 2000 through July 20, 2000.

Debtor filed a voluntary petition in Chapter 7 bankruptcy on November 25, 1998. An order approving the employment of Poorman-Douglas Corporation, Inc. to check claims and draft objections for the Trustee was entered on May 9, 2000 at a rate not to exceed $125.00 per hour.

Trustee paid Poorman-Douglas Corporation, Inc. an advance payment in the amount of $10,000.00 to be applied to the final billing pursuant to their contract. Trustee must apply to the court for approval of all fees on all invoices he receives from Pooman-Douglas Corporation, Inc.

A copy of the Poorman-Douglas Corporation, Inc. bill and biographical information is attached to this Application. In the opinion of the Trustee, such fees are

258934

reasonable and just.

        Respectfully submitted, this 21st day of September, 2000.

                                      */s/ Holmes P. Harden*
                                      Holmes P. Harden
                                      Trustee for Debtors
                                      N. C. State Bar No. 9835
                                      3200 Beechleaf Court
                                      Post Office Drawer 19764
                                      Raleigh, North Carolina  27619
                                      Telephone:  (919) 981-4000

258934

INTERNATIONAL HERITAGE
INVOICE #109686

| Date | Time | Name | Comments | Billing Rate | Total |
|---|---|---|---|---|---|
| 5/3/00 | 1.5 | Alice Whitfield | Phone call with Trustee/claim review/instructions for staff | $125.00 | $187.50 |
| 5/16/00 | 2 | Alice Whitfield | Claim receipt preparation/verification of objection application interface | $125.00 | $250.00 |
| 5/19/00 | 0.5 | Alice Whitfield | Meeting with PD Tech re: claim image retrieval | $125.00 | $62.50 |
| 5/24/00 | 1.5 | Alice Whitfield | Claim review procedures | $125.00 | $187.50 |
| 6/12/00 | 5 | Marc Moore | System setup/data/meetings | $125.00 | $625.00 |
| 6/13/00 | 3 | Marc Moore | System setup/data/meetings | $125.00 | $375.00 |
| 6/15/00 | 3 | Marc Moore | System setup/data/meetings | $125.00 | $375.00 |
| 6/8/00 | 0.5 | Karen Wagner | Meetings with Terry re: receipt of data file from Court | $125.00 | $62.50 |
| 6/12/00 | 0.5 | Karen Wagner | Meeting with Marc Moore re: receipt of data file from court/conversion | $125.00 | $62.50 |
| 6/12/00 | 4.5 | Karen Wagner | Preliminary review and annotation of claims docket | $125.00 | $562.50 |
| 6/13/00 | 7.5 | Karen Wagner | Preliminary review and annotation of claims docket-continuation | $125.00 | $937.50 |
| 6/14/00 | 1.8 | Karen Wagner | Preliminary review and annotation of claims docket-continuation/met with Marc Moore and Greg Duskin re: status of claims reconciliation and annotations | $125.00 | $225.00 |
| | 31.3 | | | | $3,912.50 |

## Employees of Poorman-Douglas

**Alice Whitfield**

Ms Whitfield is Manager of the Consulting Executive Group consisting of five on-site consultants. The Consulting Group is responsible for support throughout the entire case. The duties include consulting and coordination between the Court, the Debtor, all counsel and Poorman-Douglas. In addition, the Consulting Executive is responsible for assisting the Account Manager during crucial periods of case administration, for example, case installation, balloting, vote tabulation, disbursements and affidavit preparation for the courts. Ms Whitfield has been employed by Poorman-Douglas since 1990. She attended Old Dominion University majoring in business.

**Marc Moore**

Marc Moore has been a Systems Analyst/Consulting Executive since 1995. He is responsible for custom programming requests and special reports as well as data design and manipulation. He attended DeVry and holds a degree in Electronic Engineering.

**Karen Wagner**

Ms Wagner is a Consulting Executive employed by Poorman-Douglas since March 2000. Her responsibilities include on-site debtor support, coordination between the Debtor, Counsel, other professionals and Poorman-Douglas. Her past experience includes positions as Trustee Administrator in the Central District of California as well as consulting for Chapter 11 filings in California and New York. Ms Wagner also served for 5 years as a Bankruptcy/Reorganization legal assistant for an international law firm. She holds a B.A. degree from U.C.L.A., a J.D. from the University of West Los Angeles School of Law and is currently enrolled in the U.C.L.A. Extension Certification in Accounting program.

# Poorman-Douglas Corporation

10300 Southwest Allen Boulevard
Beaverton, OR 97005
Telephone (503) 350-5800



COPY

| Invoice # | 109686 |
|---|---|

| Customer # 2440 | Date: 06/24/00 | Please Remit To: |
|---|---|---|
| International Heritage, Inc.<br>C/O Holmes P. Harden, Trustee<br>3200 Beachleaf, Suite 500<br>Raleigh, NC 27604-1064 | | POORMAN-DOUGLAS CORPORATION<br>P.O. BOX 2919<br>PORTLAND, OREGON 97208-2919<br>ATTN: ACCOUNTS RECEIVABLE |

| Billing Period : 5/21/00 To 6/20/00 | Page: 1 |
|---|---|

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| International Heritage<br>Bankruptcy Processing | | | |
| Account Executive<br>(K. Wagner - 14.8; A. Whitfield (May -June) - 5.5; M. Moore - 11) | 31.3 | 125.0000 | 3,912.50 |

|  |  |
|---|---|
| Taxable Charges | 0.00 |
| Sales Tax | 0.00 |
| **TOTAL:** | 3,912.50 |

Customer Copy

**PLEASE PAY FROM THIS INVOICE - TERMS NET 10 DAYS**

# Poorman-Douglas Corporation

10300 Southwest Allen Boulevard
Beaverton, OR 97005
Telephone (503) 350-5800



Invoice #   110216

Customer #  2440                     Date:  07/24/00            Please Remit To:

International Heritage, Inc.
C/O Holmes P. Harden, Trustee
P.O. Box 19764
Raleigh, NC  27619

POORMAN-DOUGLAS CORPORATION
P.O. BOX 2919
PORTLAND, OREGON 97208-2919
ATTN:  ACCOUNTS RECEIVABLE

Billing Period: 6/21/00 To 7/20/00                                    Page:  1

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| Delivery Charges | 82 | 1.0000 | 82.00 |
| Phone Charges - (K. Wagner) | 33.85 | 1.0000 | 33.85 |

Taxable Charges    0.00
Sales Tax          0.00

**TOTAL:**   115.85

Customer Copy

PLEASE PAY FROM THIS INVOICE - TERMS NET 10 DAYS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**FILED**

SEP 21 2000

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:                              )
                                    )
INTERNATIONAL HERITAGE, INC.        )   CASE NO. 98-02675-5-ATS
                                    )   CHAPTER 7
                                    )
                                    )
                                    )
        Debtor.                     )

### NOTICE OF APPLICATION FOR COMPENSATION FOR SERVICES RENDERED BY POORMAN-DOUGLAS CORPORATION, INC. AND REIMBURSEMENT OF EXPENSES AND CERTIFICATE OF SERVICE

TO: ALL CREDITORS OF INTERNATIONAL HERITAGE, INC. AND OTHER PARTIES IN INTEREST

   NOTICE IS HEREBY GIVEN of the First Application for Compensation for Services Rendered by Poorman-Douglas Corporation, Inc. in the amount of $3,912.50 and reimbursement of expenses in the amount of $115.85, filed simultaneously herewith by Holmes P. Harden, Trustee.

   An objection to the fees requested should be filed with the Clerk, U. S. Bankruptcy Court, Post Office Box 1441, Raleigh, North Carolina 27602 with a copy served on the trustee whose name appears at the bottom of this Notice within twenty (20) days of the date of this Notice. No hearing will be conducted on said objection unless the Court, in its discretion, deems a hearing necessary, or unless a hearing is requested by the party filing such request. Any party requesting a hearing shall appear at said hearing in support of such request or he may be assessed with costs.

DATE OF NOTICE: 9/21/00

Holmes P. Harden, Trustee
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, North Carolina 27619

258937

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing Application for Payment of Services Rendered by Poorman-Douglas Corporation, Inc. was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the 21st day of ~~August~~ September, 2000.

MAUPIN TAYLOR & ELLIS, P.A.

BY: /s/ Holmes P. Harden
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:
Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Patty Evans
Poorman-Douglas Corporation, Inc.
10300 SW Allen Blvd.
Beaverton, OR 97006

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

See Attached Mail Matrix and E-Mail List

RAL/179511/1

## MAUPIN TAYLOR & ELLIS, P.A.
ATTORNEYS AT LAW
HIGHWOODS TOWER ONE, SUITE 500
3200 BEECHLEAF COURT
RALEIGH, NORTH CAROLINA  27604-1064

TELEPHONE (919) 981-4000

MAILING ADDRESS
POST OFFICE DRAWER 19764
RALEIGH, NORTH CAROLINA  27619-9764
TELEFAX (919) 981-4300
ÄÄÄÄÄ

DURHAM/RESEARCH TRIANGLE PARK OFFICE
411 ANDREWS ROAD, SUITE 150
DURHAM, NORTH CAROLINA  27705
TELEPHONE (919) 382-0188
ÄÄÄÄÄ

# FACSIMILE TRANSMISSION

CONFIDENTIAL [ ]          RUSH [ ]

TO: *Chittenden Bank*
*c/o Louis P. Rochkind*
*Jaffe, Raitt, Heuer & Weiss*
*One Woodward Avenue, Suite 2400*
*Detroit, MI 48226*

FROM: *Holmes P. Harden*
MAUPIN TAYLOR & ELLIS, P.A.
POST OFFICE DRAWER 19764
RALEIGH, NORTH CAROLINA  27619-9764
**DIRECT DIAL #:** *919-981-4011*

CITY:

DATE: August , 2000

FACSIMILE #: ~~313-961-8358~~          OUR FILE NUMBER: ~~BANK7A-206~~

TOTAL NUMBER OF PAGES, INCLUDING COVER SHEET:

The material transmitted and communicated herein ("communication") is intended only for the use of the individual or entity to which it is addressed, and may contain information that constitutes work product, or is subject to attorney-client privilege, or is confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

*MESSAGE:*

Original to follow by mail?  X  Yes   ___ No

We are transmitting from Group III equipment.

Facsimile #: 919/981-4300                          Help #: 919/981-4063

RAL/179511/1

Terri I. Gardner
Smith Debnam Narron & Myers, L.L.P.
P. O. Box 26268
Raleigh, NC 27611-6268

Managing Agent
International Heritage, Inc.
c/o Mayflower Capital LLC
2626 Glenwood Avenue, Suite 100
Raleigh, NC 27608

Brent E. Wood
Wood & Francis, PLLC
P. O. Box 164
Raleigh, NC 27602

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
1000 Cambridge Square, Suite C
Alpharetta, GA 30004

James Russell Tucker
Bush, Hauder & Adkerson, P.C.
500 N. Akard Street, Suite 2100
Dallas, TX 75201

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Dorothy H. Miller
102 Triangle Circle
Lafayette, LA 70508

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Stacey Ostrom
3010 E. Nasa Road 1 #1302
Seabrook, TX 77586

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Karl A. King
465 Sudden Valley
Bellingham, WA 98226

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Jane E. Chassey
1514 Azalea Drive
Saint Louis, Missouri 63119

Carolyn E. John
485 Broad River Blvd.
Beaufort, SC 29906

Managing Agent
Advanced Equities
P. O. Box 1042
Winnfield, LA 71483

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL -9490 Vaduz   LIECHTENS

Gary D. McDowell
1138 Ascott Valley Dr.
Duluth, GA 30097

Jean Wedin
P. O. Box 1600
LaConner, WA 98257

Managing Agent
Jewels by Evonne
1879 Buford Hwy., Suite 7
Buford, GA 30518

RAL/179511/1

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Managing Agent
Mayflower Capital, LLC
2626 Glenwood Ave., Suite 100
Raleigh, NC 27608

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen    SWITZERLAND

Managing Agent
Schweizerische Hypotheken
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich    SWITZERLAND

Stanley H. Van Etten
10504 Tredwood Drive
Raleigh, NC 27613

Managing Agent
UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich    SWITZERLAND

Charles Anderson
Smith Helms Mulliss & Moore
P. O. Box 27525
Raleigh, NC 27611

Marianne Kelley
142419 133 Ave.
Edmonton, Alberta
CANADA T5A5A5

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Larry Smith
2435 E. North Street
Greenville, SC 29615

Anna M. Washburn
145 Christopher Drive
Clayton, NC 27520

Shawna Y. Staton
Jordan, Price, Wall, Gray,
  Jones & Carlton
P. O. Box 2021
Raleigh, NC 27602-2021

Henry W. Nozko, Jr., Preside
ACSTAR Insurance Compan
P. O. Box 2350
New Britain, CT 06050-2350

Henry W. Nozko, Jr., President
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Managing Agent
Coeco
2525 Atlantic Avenue
Raleigh, NC 27604

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN 56258

Managing Agent
EDS Financial Services
4800 Six Forks Road
Raleigh, NC 27609

Managing Agent
Centrum Bank AGVaduz
Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz    LIECHTENSTEIN

Managing Agent
Emil Schatz, St Gallen
Oberhofstettenstrasse 67C
CH-9012, Saint Gallen    SW

Managing Agent
Accurata Treuhand und Revisions AG Vaduz
Abundt 36
 FL-9490 Vaduz    LIECHTENSTEIN

Managing Agent
Mareco Treuhand Anstalt
Schlossweg 24
FL-9496 Balzers    LIECHTENSTEIN

Managing Agent
UBS AG, Zurich Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich    SWITZERL

RAL/179511/1

Lloyd W. Gathings, II
Gathings & Associates
P. O. Box 10545
Birmingham, AL 35202

Robert W. Shores
Gathings & Associates
P. O. Box 10545
Birmingham, AL 35202

Mr. Herbert Towning
EPP
10 Gartenstrasse
Zurich, Switzerland
8022

Managing Agent
TransAmerica-TIG Insurance
650 California St. 2nd Floor
San Francisco, CA 94108-2702

Sherwin P. Robin
P. O. Box 9541
Savannah, GA 31412-9541

Tony Copeland
BTI
4300 Six Forks Road, Suite 5
Raleigh, NC 27609

RAL/179511/1

Michael P. Flanagan
Ward and Smith, P.A.
P. O. Box 8088
Greenville, NC 27835-8088

Vickie Corbitt,
Attorney for Commissioner of Revenue
Tennessee Dept. of Revenue - Legal
312 8th Ave. N. #27 Fl.
Nashville, TN 37243-0001

Jean Boyles
P. O. Box 10506
Raleigh, NC 27605

James A. Roberts, III
Lewis & Roberts, PLLC
P. O. Box 17529
Raleigh, NC 27619-7529

Stephani W. Humrickhouse, Esq.
Nicholls & Crampton
4300 Six Forks Road, Suite 700
Raleigh, NC  27609

Paul Faison S. Winborne
300/200 Parham Street, Suite
P. O. Box 1547
Raleigh, NC 27602

Patrick H. Tyler
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

Janet Cradeur
P. O. Box 66658
Baton Rouge, LA 70896

Missouri Department of Rev
Attn: Brian S. Kuhlmann
P. O. Box 475
Jefferson City, MO 65105-04

James K. Austin
Ellis Painter Ratterree & Bart LLP
P. O. Box 9946
Savannah, GA 31412-9946

Meredith P. Ezzell
Wyrick Robbins Yates & Ponton LLP
P. O. Drawer 17803
Raleigh, NC 27619

Marcia McGair Ippolito
R.I. Division of Taxation
One Capitol Hill
Providence, RI 02908-5800

J. Anthony Penry
Smith,Helms, Mulliss & Moore
2800 Two Hanover Square
Raleigh, NC 27601

William Woodward Webb
Broughton, Wilkins, Webb & Sugg, P.A.
P. O. Box 2387
Raleigh, NC 27602

Walter Calton
312 East Broad Street
Eufaula, AL 36072

Keith M. Jensen
Law Office of Keith M. Jensen
514 East Beklnap
Fort Worth, TX 76102

Joseph N. Calloway, Esq.
Battle, Winslow, Scott & Wiley, P.A.
P. O.  Box 7100
Rocky Mount, NC 27804-0100

L. C. Gilbert, Jr.
74 Hilltop Lane
Alpine, AL 35014

Randall L. Greene
Rt. 1, Box 155
Randlett, OK 73562

Andrew Clark
1901 Wilmer Avenue
Anniston, AL 36201

Jackson Wayne Murphy
Rt. 6, Box 154
Troy, AL 36081

James H. Thomas
101 Robin Drive
Troy, AL 36081

Craig T. Liebendorfer
7315 Hundley Blvd.
Dallas, TX 75231-4722

Denise Marsh
709 Summit Ridge
Lewisville, TX 75067

RAL/179511/1

Sharon A. Meckenstock
1640 West 34th St., N.
Wichita, KS 67204

Dan H. Meckenstock
Custodian FBO Jean Carol Meckenstock
9685 Mohawk Trail
Cascade, CO 80809-1525

Wilbur E. Meckenstock
9685 Mohawk Trail
Cascade, CO 80809-1525

State Auditor's Office
Montana Securities Departm
Mitchell Building, Room 270
State Capital Complex
Helen, MT 59620

William Swinney
3365 Silver Palm Drive
Jacksonville, FL 32250

Marshall Reddy
P. O. Box 806
Ponte Verde Beach, FL 32004

Henry W. Noziko, Jr.
United Coastal Insurance Co
P. O. Box 2350
New Britain, CT 06050-2350

Gerald A. Jeutter
Kilpatrick Stockton, LLP
P. O. Box 300004
Raleigh, NC 27622

Henry W. Noziko, Jr.
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Michael K. Wolensky
Robert G. Brunton
David J. Gellen
Kutak Rock
225 Peachtree St., NE, Suite 2100
Atlanta, GA 30303-1731

Gary V. Dixon
Ross Dixon & Bell, LLP
601 Pennsylvania Ave. NW
North Boulevard
Washington, DC 20004-2688

Ronald H. Garber
Boxley Bolton & Garber
P. O. Drawer 1429
Raleigh, NC 27602

Virginia Andrews Burdette
P. O. Box 47
Mukilteo, WA 98275

Scott L. Wilkinson
Assistant U.S. Attorney
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Joseph B. Cheshire V
Cheshire Parker Schneider W
P. O. Box 1029
Raleigh, NC 27602

Managing Agent
International Heritage, Incorporated
c/o Mayflower Capital LLC
2626 Glenwood Avenue, Suite 100
Raleigh, NC 27608

RAL/179511/1