UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**FILED**
SEP 2 1 2000
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE: )
)
INTERNATIONAL HERITAGE, INC. )     CASE NO. 98-02675-5-ATS
)     CHAPTER 7
Debtor. )

## SECOND INTERIM FEE APPLICATION
## FOR COMPENSATION OF ATTORNEY FOR TRUSTEE
## AND REIMBURSEMENT OF EXPENSES

Now comes Jean Winborne Boyles, attorney for trustee for the above-referenced Debtor, and respectfully shows the Court:

1. The Debtor filed a Bankruptcy Petition under Chapter 7 on November 25, 1998.

2. An Order was duly entered approving employment of Jean Winborne Boyles as attorney for trustee on February 18, 1999.

3. All services for which compensation is requested were performed for an on behalf of said trustee. This attorney has received prior compensation in connection with legal services provided this bankruptcy estate and has received prior reimbursement of out of pocket expenses as provided for in the First Interim Fee Order but has received no prior compensation in connection with the legal services and reimbursements as requested in this Fee Application.

4. No payments have been guaranteed or promised to anyone and this applicant has not shared and no agreement exists for this applicant to share any part of any compensation with any other persons.

5. The total time expended of the undersigned and the law firm in this bankruptcy case consisted of approximately 16.9 hours as set out below and justified and fully explained in Exhibit A attached hereto and incorporated herein by reference.

| ATTORNEY | RATE | HOURS | FEE AMOUNT |
|---|---|---|---|
| Jean W. Boyles | $145.00 | 16.9 | $2,450.50 |
| Paralegal | $60.00 | 1.3 | $78.00 |
| Expenses | | | $46.38 |
| Total | | | $2,574.88 |

290

The total amount of compensation being sought is $2,528.50 which is at the rate of $145.00 per hour for attorney time and $60.00 per hour for paralegal time. The applicant also requests reimbursement for reasonable and necessary expenses incurred in the amount of $46.38. The services rendered and expenses incurred are itemized on the attached Exhibit A.

WHEREFORE, your movant respectfully requests the Court to allow her an allowance in this case in the amount of $2,528.50 as attorney for trustee, together with the additional sum of $46.38 for reimbursement of expenses incurred in connection with this case.

This the 21st day of September, 2000.

Jean Winborne Boyles
Attorney for Trustee
N.C. State Bar No. 5516
4086 Barrett Drive
Raleigh, NC 27609
P.O. Box 10506
Raleigh, NC 27605-0506
919-881-9299

## EXHIBIT A

## TIME SHEET - INTERNATIONAL HERITAGE, INC.

| Date | Description | Hours |
|---|---|---|
| 12/3//99 | Call to Jenny Johnson and look up claims information | .1 hrs |
| 12/6/99 | Meet with Jenny Johnson and coordinate issues concerning claims for need more information than are able to collect on list of 10,000 names, need background; Review code as to disallowance of claim; setoff issues against estate and reference information we need to have; question about contributions to legal schemes | 2.1 hrs |
| 3/30/00 | Call to Holmes Harden about meeting and going forward | .2 hrs |
| 4/4/00 | Go over entire file for status and see what issues are; Call to Jenny Johnson concerning client roster in order to make recommendations accordingly | 1.3 hrs |
| 4/6/00 | Meet with Holmes Harden, go over issues of B3 and B15 of collection, discuss ways to proceed, review line items, begin letter to Terri Gardner, review Petition to look for documentation of receivables role in connection; Talk to Holmes Harden twice; Start reviewing other receivables; Discuss issues of taking depositions, going forward and is it worth it | 2.5 hrs |
| 4/12/00 | Receive letter from Holmes Harden with documentation; First review in attempt to reconcile and draft letter concerning collection issues | 2.8 hrs |
| 4/13/00 | Setup file for B3 and letters; Put information together | .4 hrs |
| 4/25/00 | Sort various deposit issues and seek documentation; Send out letters for collection; Setup individuals files and organization of how to proceed; Attached documentation to all letters | 3.8 hrs |
| 4/28/00 | Call from Amy McEntee in-house for Capital Associates who tells to contact and write them accordingly | .2 hrs |
| 5/11/00 | Receive Mountain Archery letter back; Call to information in attempt to locate Mountain Archery in that it is a claim over 100m; Make several calls | .3 hrs |

| Date | Description | Hours |
|---|---|---|
| 5/30/00 | Receive letter from PSNC indicating that refund was paid 11/19/98, reconcile with file and close | .2 hrs |
| 6/5/00 | Letter from Oklahoma requesting Tax ID Number; Call Holmes' office and return form signed requesting refund | .2 hrs |
| 6/15/00 | Receive email from Oklahoma indicating wrong ID Number; Call again; Correct and email correct information | .2 hrs |
| 7/12/00 | Letter from Wyrick Robbins concerning $24,000 of SFBC One; Review in whole; Study and write letter to Cathy Rudisill at Smith Helms Mulliss | .7 hrs |
| 7/17/00 | Receive fax from Cathy Rudisill | .1 hrs |
| 7/20/00 | Letter from Cathy Rudisill indicating Holmes Harden in letter of 1/5/99 had approved application of security deposit to amount due pre-petition in that lease was terminated pre-petition; Review file | .2 hrs |
| 7/24/00 | Fax to Cathy Rudisill letter requesting copy of 1/5/99 letter to Charles Anderson and date for which funds were applied in order to check out preference issues | .2 hrs |
| 7/27/00 | Receive Oklahoma funds, close file and send to Holmes Harden | .2 hrs |
| 8/30/00 | Letter to Rudisill in reference to HH letter; Follow-up certified letters (7) to depositories that have not heard from; Search and find other addresses in preparation to file adversaries | 1.2 hrs |
| | **TOTAL HOURS** | 16.9 hrs |

16. 9 hrs @ $145.00/hr = $2,450.50

Paralegal Time:

| Date | Description | Hours |
|---|---|---|
| 5/24/00 | Search Secretary of State and calls to West Virginia in attempt to locate Mountaineer Archery | .6 hrs |

| | | | |
|---|---|---|---|
| 8/30/00 | Preparation of certified mail and mailing at Post Office | | .7 hrs |
| | | TOTAL HOURS | 1.3 hrs |

1.3 hrs @ $60.00/hr = $78.00

Expenses:

| | | |
|---|---|---|
| 8/29/00 | Cost of certified mail (7 letters @$3.20/ea) | $22.40 |
| | Postage | $8.58 |
| | Copy costs (154 @ $.10) | $15.40 |
| | TOTAL EXPENSES | $46.38 |

|  |  |
|---|---|
| **TOTAL DUE** | **$2,574.88** |

*[signature]*
Jean Winborne Boyles