IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**F I L E D**

SEP 2 1 2000

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:                              )
                                    )
INTERNATIONAL HERITAGE, INC.        )        CASE NO. 98-02675-5-ATS
                                    )              CHAPTER 7
                                    )
                                    )
Debtor.                             )

## SECOND INTERIM APPLICATION FOR PAYMENT OF ACCOUNTANT'S FEES AND EXPENSES

NOW COMES Holmes P. Harden, Trustee in the above-referenced case, and applies to the Court for authority to pay Adams Consulting Group accountant's fees and expenses in the amount of Ten Thousand One Hundred Four and 08/100 ($10,104.08) representing compensation in the amount of $9,353.50, and reimbursement of necessary expenses in the amount of $750.58 for services rendered from September 21, 1999 through August 25, 2000.

Debtor filed a voluntary petition in Chapter 7 bankruptcy on November 25, 1998. An order approving the employment of Adams Consulting Group was entered on January 8, 1999 at a rate not to exceed $110.00 per hour.

A copy of the accountant's bill and biographical information is attached to this Application. In the opinion of the Trustee, such accountant's fee and expense reimbursement is reasonable and just.

Respectfully submitted, this 21st day of September, 2000.

Holmes P. Harden
Trustee for Debtor

RAL/171285/1

N. C. State Bar No. 9835
3200 Beechleaf Court
Post Office Drawer 19764
Raleigh, North Carolina  27619
Telephone:  (919) 981-4000

<u>CERTIFICATE OF SERVICE</u>

I, Holmes P. Harden, Trustee for International Heritage, Inc., do hereby certify that the Second Interim Application for Payment of Accountant's Fees and Expenses, hereto attached, was served upon the parties listed below by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the 21st day of September, 2000.

By: _____
Holmes P. Harden
Trustee for Debtor
N. C. State Bar No. 9835
3200 Beechleaf Court
Post Office Drawer 19764
Raleigh, North Carolina  27619
Telephone:  (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
Post Office Box 3039-Century Station
Raleigh, North Carolina 27602-3039

Craig Adams
Adams Consulting Group, P.A.
3622 Haworth Drive
Raleigh, NC 27609

RAL/171285/1

# ADAMS
# CONSULTING
**G R O U P   P A**

Certified Public Accountants and
Business Development Advisors

Raleigh, NC 27609
tel 919.781.3581
fax 919.881.0611

|  |  |  |
|---|---|---|
| **Invoice Date:** | August 30, 2000 |
| **Invoice Number:** | 00100994 |
| **Client Number:** | 9002  007 |

International Heritage, Inc
c/o Mr. Holmes Harden, Trustee
P O Drawer 19764
Raleigh, NC  27619

---

*For professional services rendered:*

Professional services form 9/21/99 through 8/25/00

Includes preparation of 1999 Federal and State income tax returns, as well as preparing 90 day
preference and insider schedules for trustee. The amounts paid to Intelligent Technologies are
for technical help in accessing and exporting Great Plains data into Excel preference schedules.

See detail attached

|  |  |
|---|---|
| **Total Invoice Amount** | $  10,104.08 |
| **Beginning Balance** | 0.00 |
| Current Activity: | |
| Billings | 10,104.08 |
| **Net Due** | **$   10,104.08** |

---

## NET DUE UPON RECEIPT

**Payment:** ___Check ___Mastercard ___Visa    Expiration Date ___/___/_____    Amount $_____

_____        _____
Card Number                                         Cardholder's Signature

Accounts with unpaid balances over 30 days old will be charged finance charges of 18%, per annum. If you have any questions about your bill,
please contact us. We will be happy to assist you. Thank you for your business.
Adams Consulting Group, P.A. • Certified Public Accountants and Business Development Advisors
3622 Haworth Drive • Raleigh, NC 27609 • tel 919.781.3581 • fax 919.881.0611

INTERNATIONAL HERITAGE, INC.

| Emp ID | Employee Name | Date | Rate | Hrs/Itms | Amount | Description |
|--------|---------------|------|------|----------|--------|-------------|
| 032 | Jessie Chang | 05/18/99 | $ 95.00 | 1.00 | $ 95.00 | Telephone Cindy Beatty of NC Employment Security regarding IHI's ex-employee Edward Carey's first quarter 1998 payroll information, review Great Plain's record for this purposes, fax Employee's earnings records to Ms. Beatty. |
| 045 | Sam Yenne | 09/21/99 | $ 110.00 | 1.90 | $ 209.00 | printing of monthly financial statements and attempting to get data for preference analysis |
| 001 | Craig Adams | 09/22/99 | $ 120.00 | 1.40 | $ 168.00 | Prepare invoice |
| 045 | Sam Yenne | 09/22/99 | $ 110.00 | 0.60 | $ 66.00 | Review of voluminous records to aid trustee in preference analysis |
| 045 | Sam Yenne | 09/23/99 | $ 110.00 | 0.90 | $ 99.00 | Review of voluminous records to aid trustee in preference analysis |
| 045 | Sam Yenne | 09/23/99 | $ 110.00 | 2.50 | $ 275.00 | Review of voluminous records to aid trustee in preference analysis |
| 045 | Sam Yenne | 09/23/99 | $ 110.00 | 1.50 | $ 165.00 | Review of voluminous records to aid trustee in preference analysis |
| 105 | Susan Grimshaw | 09/23/99 | $ 55.00 | 0.50 | $ 27.50 | Assist with review of voluminous records to aid trustee in preference analysis |
| 001 | Craig Adams | 09/24/99 | $ 120.00 | 0.80 | $ 96.00 | Retrieve from Great Plains software financial statements by month for period 11-1-96 to 12-31-98 as requested by Gary Mallot, US attorney |
| 105 | Susan Grimshaw | 09/24/99 | $ 55.00 | 1.70 | $ 93.50 | Assist with review of voluminous records to aid trustee in preference analysis |
| 001 | Craig Adams | 09/27/99 | $ 120.00 | 0.20 | $ 24.00 | Assist with review of voluminous records to aid trustee in preference analysis |
| 045 | Sam Yenne | 09/27/99 | $ 110.00 | 4.30 | $ 473.00 | Review of voluminous records to aid trustee in preference analysis |
| 004 | Donna McNeal | 09/28/99 | $ 65.00 | 0.30 | $ 19.50 | Determine W-2 requirements |
| 045 | Sam Yenne | 09/29/99 | $ 110.00 | 1.80 | $ 198.00 | Review of voluminous records to aid trustee in preference analysis |
| 045 | Sam Yenne | 09/30/99 | $ 110.00 | 2.40 | $ 264.00 | Review of voluminous records to aid trustee in preference analysis |
| 045 | Sam Yenne | 10/04/99 | $ 110.00 | 5.40 | $ 594.00 | Review of voluminous records to aid trustee in preference analysis |
| 001 | Craig Adams | 10/05/99 | $ 120.00 | 0.60 | $ 72.00 | Conference here with Garry Mlot and Joan Fleming - - FBI |
| 004 | Donna McNeal | 10/05/99 | $ 65.00 | 0.20 | $ 13.00 | Correspondence to Joan Fleming, FBI regarding computer access |
| 045 | Sam Yenne | 10/05/99 | $ 110.00 | 1.20 | $ 132.00 | meeting w/ Joan Flemming and Gary Mlot concerning IHI accounting data. and followup phone calls to Alisa Jernigan and Keith Bryson. |
| 045 | Sam Yenne | 10/05/99 | $ 110.00 | 3.90 | $ 429.00 | preference analysis. Reviewed statement of financial affairs as |

INTERNATIONAL HERITAGE, INC.

| Emp ID | Employee Name | Date | Rate | Hrs/Itms | Amount | Description |
|--------|---------------|------|------|----------|--------|-------------|
| | | | | | | compared to data obtained from original source documents. Amounts paid to Jewels by Evonne and Mayflower Capital in the statement of financial affairs amendment is significantly more than the amount showing on the check register pulled from Great Plains data. |
| 045 | Sam Yenne | 10/07/99 | $ 110.00 | 1.40 | $ 154.00 | rerun check register with different filters for preference analysis |
| 001 | Craig Adams | 10/11/99 | $ 120.00 | 1.20 | $ 144.00 | Review preliminary vendor listing of insider preferences pulled from Great Plains software |
| 045 | Sam Yenne | 10/11/99 | $ 110.00 | 0.40 | $ 44.00 | phone call to Alisa Jernigan attempting to find information in Great Plains for preference analysis. |
| 001 | Craig Adams | 10/12/99 | $ 120.00 | 4.20 | $ 504.00 | Review reports generated by Great Plains for detailed insider activity. Compare to reports provided in Statement of Financial Affairs. Note discrepancies and try to resolve. Discuss with trustee's council. |
| 045 | Sam Yenne | 10/12/99 | $ 110.00 | 0.40 | $ 44.00 | Review of available records to determine if preference analysis of benefit to estate |
| 001 | Craig Adams | 10/18/99 | $ 120.00 | 0.60 | $ 72.00 | Preparation of insider transfer schedules |
| 001 | Craig Adams | 10/18/99 | $ 120.00 | 0.20 | $ 24.00 | Telephone conference with S. Humrickhouse regarding format for insider transfers |
| 043 | Roxane Gabrielson | 10/27/99 | $ 95.00 | 0.30 | $ 28.50 | call to Clea Ponder at florida Dept of Rev to provide case # date of Cpter 7 and trustee name & phone # |
| 045 | Sam Yenne | 10/28/99 | $ 110.00 | 1.50 | $ 165.00 | Preference of preference analysis report to aid trustee |
| 045 | Sam Yenne | 10/28/99 | $ 110.00 | 1.40 | $ 154.00 | Preference of preference analysis report to aid trustee |
| 104 | Cindy Mandel | 11/23/99 | $ 55.00 | 0.10 | $ 5.50 | Preparation of 1999 W-2s |
| 105 | Susan Grimshaw | 11/30/99 | $ 55.00 | 0.30 | $ 16.50 | research to determine necessity of preparing W-2s for 1999, e-mail to Jenny Johnson and discussion with Donna |
| 001 | Craig Adams | 12/13/99 | $ 120.00 | 1.20 | $ 144.00 | Review correspondence from Brent Wood regarding a $342,237,64 tax claim from the state of Texas. Review Plaintiff's First Amended Petition |
| 042 | Cindy Parrish | 12/14/99 | $ 75.00 | 1.40 | $ 105.00 | Review letter from attorney regarding sales tax due |
| 032 | Jessie Chang | 12/15/99 | $ 95.00 | 0.60 | $ 57.00 | Review accounting records in Great Plains to determine Texas sales tax liability pertaining to Texas Law suit brought against Stan Van Etten |
| 042 | Cindy Parrish | 12/15/99 | $ 75.00 | 0.90 | $ 67.50 | Research sales tax payable claim; office |

INTERNATIONAL HERITAGE, INC.

| Emp ID | Employee Name | Date | Rate | Hrs/Itms | Amount | Description |
|--------|---------------|------|------|----------|--------|-------------|
| | | | | | | conference with Jessie regarding same. |
| 001 | Craig Adams | 12/17/99 | $ 120.00 | 0.60 | $ 72.00 | Telephone conference with trustee regarding Texas $375,000 sales tax claim- It's priority to the estate and whether it is primarily a Van Etten claim.  Follow up call with Brent Wood , council for Van Etten |
| 001 | Craig Adams | 01/07/00 | $ 125.00 | 1.10 | $ 137.50 | Preparation of 1099s including research of requirement for incorporated attorneys receiving 1099s |
| 104 | Cindy Mandel | 01/20/00 | $ 60.00 | 1.50 | $ 90.00 | Preparation of 1099s. |
| 047 | Gretchen Williams | 01/24/00 | $ 45.00 | 0.80 | $ 36.00 | Assist with 1099 preparation |
| 045 | Sam Yenne | 01/31/00 | $ 75.00 | 0.50 | $ 37.50 | reviewed 1099's |
| 001 | Craig Adams | 02/02/00 | $ 125.00 | 1.10 | $ 137.50 | Partner review and correct 1099s for 1999 |
| 004 | Donna McNeal | 02/02/00 | $ 65.00 | 0.50 | $ 32.50 | Answer questions regarding 1099s and return calls to recipients. |
| 004 | Donna McNeal | 02/02/00 | $ 65.00 | 0.30 | $ 19.50 | Review 1099s |
| 104 | Cindy Mandel | 02/02/00 | $ 60.00 | 0.80 | $ 48.00 | Prepare 1099s. |
| 004 | Donna McNeal | 02/04/00 | $ 65.00 | 0.20 | $ 13.00 | Review 1099s |
| 104 | Cindy Mandel | 02/04/00 | $ 60.00 | 0.90 | $ 54.00 | Prepare 1099s. |
| 045 | Sam Yenne | 02/07/00 | $ 125.00 | 0.40 | $ 50.00 | review of 1099s and 1096 |
| 047 | Gretchen Williams | 02/07/00 | $ 45.00 | 0.10 | $ 4.50 | added missing information to 1096 |
| 104 | Cindy Mandel | 02/07/00 | $ 60.00 | 0.10 | $ 6.00 | 1099 preparation. |
| 047 | Gretchen Williams | 02/10/00 | $ 45.00 | 0.30 | $ 13.50 | assist with 1099 preparation |
| 045 | Sam Yenne | 02/24/00 | $ 125.00 | 0.50 | $ 62.50 | phone call from IHI 1099 vendor requesting information concerning their 1099 |
| 100 | Sharon Wilson | 02/28/00 | $ 45.00 | 0.20 | $ 9.00 | Prepare extension |
| 004 | Donna McNeal | 03/10/00 | $ 65.00 | 0.10 | $ 6.50 | Review extension |
| 004 | Donna McNeal | 05/12/00 | $ 65.00 | 0.30 | $ 19.50 | Review file to begin preparation of return |
| 001 | Craig Adams | 07/18/00 | $ 125.00 | 3.90 | $ 487.50 | Continue to work on preference analysis |
| 025 | Richele Spruill | 07/18/00 | $ 50.00 | 0.20 | $ 10.00 | Assist with preference analysis |
| 001 | Craig Adams | 07/24/00 | $ 125.00 | 0.90 | $ 112.50 | Continue work on preference analysis including telephone conference with Gary Mlot of attorney generals office |
| 001 | Craig Adams | 07/25/00 | $ 125.00 | 2.40 | $ 300.00 | Preference and insider analysis |
| 001 | Craig Adams | 07/26/00 | $ 125.00 | 0.70 | $ 87.50 | Conference with Stephanie Humrickhouse council for trustee to review status of preference and insider schedules |
| 001 | Craig Adams | 07/26/00 | $ 125.00 | 3.50 | $ 437.50 | Preparation of preference and insider schedules |
| 001 | Craig Adams | 07/26/00 | $ 125.00 | 0.40 | $ 50.00 | Telephone conference with Joan Fleming (FBI) to discuss records she has that we we need access to. |
| 001 | Craig Adams | 07/27/00 | $ 125.00 | 1.80 | $ 225.00 | Meet with Gary Mlot to review records in their possession |
| 001 | Craig Adams | 07/27/00 | $ 125.00 | 0.80 | $ 100.00 | Continue preference analysis |
| 004 | Donna McNeal | 08/01/00 | $ 65.00 | 0.30 | $ 19.50 | Review 7/27/00 trustee report |
| 001 | Craig Adams | 08/02/00 | $ 125.00 | 1.10 | $ 137.50 | Preference analysis including meeting with Great Plains software experts to organize information to aid S Humrickhouse with preference correspondence |
| 100 | Sharon Wilson | 08/02/00 | $ 45.00 | 1.50 | $ 67.50 | Work with Intelligent Tech. re: problems |

INTERNATIONAL HERITAGE, INC.

| Emp ID | Employee Name | Date | Rate | Hrs/Itms | Amount | Description |
|---|---|---|---|---|---|---|
| | | | | | | w/ Great Plains Software necessary to continue printing information for preference analysis |
| 032 | Jessie Chang | 08/02/00 | $ 100.00 | 0.40 | $ 40.00 | Preparation of 12/31/1999 corporation income tax returns |
| 100 | Sharon Wilson | 08/07/00 | $ 45.00 | 0.60 | $ 27.00 | Preparation of spreadsheet for Craig to assist with preference analysis |
| 100 | Sharon Wilson | 08/09/00 | $ 45.00 | 1.20 | $ 54.00 | Continue work on spreadsheet for Craig to assist with preference analysis |
| 100 | Sharon Wilson | 08/10/00 | $ 45.00 | 1.90 | $ 85.50 | Continue work on spreadsheet for Craig to assist with preference analysis |
| 100 | Sharon Wilson | 08/10/00 | $ 45.00 | 4.60 | $ 207.00 | Continue work on spreadsheet for Craig to assist with preference analysis |
| 100 | Sharon Wilson | 08/14/00 | $ 45.00 | 2.50 | $ 112.50 | Continue work on spreadsheet for Craig to assist with preference analysis |
| 001 | Craig Adams | 08/15/00 | $ 125.00 | 0.40 | $ 50.00 | Merge of addresses into spreadsheet of vendors to provide preference list with addresses for trustee |
| 100 | Sharon Wilson | 08/17/00 | $ 45.00 | 2.60 | $ 117.00 | Continue work on spreadsheet for Craig to assist with preference analysis |
| 100 | Sharon Wilson | 08/21/00 | $ 45.00 | 2.20 | $ 99.00 | Continue work on spreadsheet for Craig to assist with preference analysis |
| 100 | Sharon Wilson | 08/21/00 | $ 45.00 | 3.10 | $ 139.50 | Continue work on spreadsheet for Craig to assist with preference analysis |
| 100 | Sharon Wilson | 08/22/00 | $ 45.00 | 5.20 | $ 234.00 | Continue work on spreadsheet for Craig to assist with preference analysis |
| 100 | Sharon Wilson | 08/23/00 | $ 45.00 | 1.00 | $ 45.00 | Continue work on spreadsheet for Craig to assist with preference analysis |
| 100 | Sharon Wilson | 08/23/00 | $ 45.00 | 0.40 | $ 18.00 | Complete work on spreadsheet for Craig to assist with preference analysis |
| Subtotal work | | | | 103.10 | $ 9,353.50 | |
| | | | | | | |
| 999 | General Administrative | 09/29/99 | $ 1.00 | 37.20 | $ 37.20 | payment to Intelligent Tech to assist with Great Plains software |
| 999 | General Administrative | 09/29/99 | $ 1.00 | 6.00 | $ 6.00 | copies |
| 999 | General Administrative | 07/28/00 | $ 1.00 | 70.00 | $ 70.00 | payment to Intelligent Tech to assist with Great Plains software |
| 999 | General Administrative | 10/27/99 | $ 1.00 | 35.00 | $ 35.00 | payment to Intelligent Tech to assist with Great Plains software |
| 999 | General Administrative | 03/06/00 | $ 1.00 | 254.88 | $ 254.88 | payment to Intelligent Tech to assist with Great Plains software |
| 999 | General Administrative | 08/14/00 | $ 1.00 | 210.00 | $ 210.00 | payment to Intelligent Tech to assist with Great Plains software |
| 999 | General Administrative | 08/24/00 | $ 1.00 | 137.50 | $ 137.50 | payment to Intelligent Tech to assist with Great Plains software |
| Subtotal expenses | | | | | $ 750.58 | |
| | | | | | | |
| Total | | | | | $ 10,104.08 | |