**FILED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

OCT 23

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

### Order Allowing Interim Fees

This matter comes on for consideration upon the Trustee's Second Interim Application for Commission and Reimbursement of Expenses from September 1, 1999 through August 31, 2000, and Notice mailed to creditors in this case and the court having considered the factors affecting the interim compensation requested, it is ordered that the following interim fees and expenses be, and they hereby are allowed:

_, Trustee_

Trustee's Interim Commission                    $32,719.94
Trustee's Interim Expenses                      $ 1,291.21

SO ORDERED.

Dated: _____ 2 3 OCT 2000

_United States Bankruptcy Judge_

ihi2ndorder

RAL/63097/1

Recorded in Fee Book 10/23/00 Am

C: Mr Harden to Serve 10/23/00 Am

293

NO OBJECTION
10|6|00

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

SEP 2 1 2000

BANKRUPTCY
ADMINISTRATOR, EDNC

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## SECOND APPLICATION BY CHAPTER 7 TRUSTEE
## FOR INTERIM ALLOWANCE OF COMMISSION AND
## REIMBURSEMENT OF EXPENSES

NOW COMES, Holmes P. Harden ("Applicant") and files this Second Interim application for Compensation and Reimbursement of Expenses to Chapter 7 Trustee and, in support thereof, shows the following:

1.    This Court has jurisdiction of this application pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. §§ 327 and 329.

2.    On November 25, 1998 a petition for relief under Chapter 7 of the Bankruptcy Code was filed by International Heritage, Inc. (the "Debtor"). On November 25, 1998 this Court entered an Order appointing Holmes P. Harden as Trustee of the Debtor ("Trustee").

3.    Applicant has complied with all provisions of the Bankruptcy Code, the Bankruptcy Rules, and other laws, regulations and administrative orders dealing with the duties of a trustee, has discharged his duties in a prompt and efficient manner and has otherwise complied with all other duties of a Chapter 7 trustee as set forth in the Bankruptcy Code.