**FILED**



PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: )
)
INTERNATIONAL HERITAGE, INC. ) CASE NO. 98-02675-5-ATS
) CHAPTER 7
)
)
Debtor. )

### ORDER ALLOWING PAYMENT OF
### POORMAN-DOUGLAS CORPORATION, INC. FEES

THIS MATTER coming before the Court upon application of Holmes P. Harden, Trustee in the above-referenced case, for authority to pay Pooman-Douglas Corporation, Inc. fees in the amount of Three Thousand Nine Hundred Twelve and 50/100($3,912.50) from May 3, 2000 through June 21, 2000 and reimbursement of expenses in the amount of $115.85 from June 21, 2000 through July 20, 2000 as set out in the attached statement, and it appearing to the Court that such fees are reasonable and necessary, and good cause exists for the allowance of such application,

IT IS THEREFORE ORDERED, adjudged and decreed that Holmes P. Harden, Trustee, be and hereby is authorized to pay Poorman-Douglas Corporation, Inc. the amount of $4,028.35.

**23 OCT 2000**

DATED: _____

_____
Judge

258934

Recorded in Fee Book_____

cc: Mr. Harden to serve 10/23/00 Am

*No Objection 10/2/00*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**RECEIVED**
**SEP 2 1 2000**
**BANKRUPTCY ADMINISTRATOR, EDNC**

IN RE:                                          )
                                                )
INTERNATIONAL HERITAGE, INC.                    )    CASE NO. 98-02675-5-ATS
                                                )    CHAPTER 7
                                                )
                                                )
                                                )
    Debtor.                                     )
                                                )

### APPLICATION FOR COMPENSATION FOR SERVICES RENDERED BY POORMAN-DOUGLAS CORPORATION, INC. AND REIMBURSEMENT OF EXPENSES

NOW COMES Holmes P. Harden, Trustee in the above-referenced case, and applies to the Court for authority to pay Poorman-Douglas Corporation, Inc. fees in the amount of Three Thousand Nine Hundred Twelve and 50/100 ($3,912.50) from May 3, 2000 through June 14, 2000 and expenses incurred in the amount of $115.85 from June 21, 2000 through July 20, 2000.

Debtor filed a voluntary petition in Chapter 7 bankruptcy on November 25, 1998. An order approving the employment of Poorman-Douglas Corporation, Inc. to check claims and draft objections for the Trustee was entered on May 9, 2000 at a rate not to exceed $125.00 per hour.

Trustee paid Poorman-Douglas Corporation, Inc. an advance payment in the amount of $10,000.00 to be applied to the final billing pursuant to their contract. Trustee must apply to the court for approval of all fees on all invoices he receives from Poorman-Douglas Corporation, Inc.

A copy of the Poorman-Douglas Corporation, Inc. bill and biographical information is attached to this Application. In the opinion of the Trustee, such fees are

258934

*MKL - Are you OK w/ this? JBS*
*fax: Clerk 10-4-00*