**FILED**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

 23 2000

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| INTERNATIONAL HERITAGE, | ) | CHAPTER 7 |
| INCORPORATED, | ) | CASE NO. 98-02674-5-ATS |
| | ) | |
| Debtors. | ) | |

### ORDER ALLOWING INTERIM SPECIAL ATTORNEY
### FOR TRUSTEE FEES AND EXPENSES

This matter came on to be heard upon Application of Nicholls & Crampton, P.A. for allowance of interim Special Attorney for Trustee fees in the amount of $2,972.50 and reimbursement of expenses in the amount of $186.10 (the "Application"), and it appearing that no objections to the Application were filed, that the Application should be allowed as an Interim Application with fees and expenses allowed in full, that valuable services have been rendered to the Trustee, that the fees and expenses requested are reasonable, and for good cause shown, it is

ORDERED that the Application be allowed in full as an Interim Application, and that Nicholls & Crampton, P.A. be awarded interim fees in the amount of $2,972.50 and reimbursement of expenses in the amount of $186.10.

DATED: **2 3 OCT 2000**

_____
United States Bankruptcy Judge

I:\Client\CHP7TR\InternationalHeritage\attyfeeapp.ord.002.wpd

Recorded in Fee Book 10/23/00 Am

269 CC: M+ Humrickhouse to serve 10/23/00 Am           295

NO objection 10/23/00

RECEIVED
SEP 21 2000
BANKRUPTCY ADMINISTRATOR, EDNC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          )
                                                )    CHAPTER 7
INTERNATIONAL HERITAGE, INC.                    )    CASE NO. 98-02675-5-ATS
                                                )
INTERNATIONAL HERITAGE,                         )    CHAPTER 7
INCORPORATED,                                   )    CASE NO. 98-02674-5-ATS
                                                )
              Debtors.                          )

### INTERIM APPLICATION FOR SPECIAL ATTORNEY
### FOR TRUSTEE FEE AND EXPENSE REIMBURSEMENT

The undersigned Stephani W. Humrickhouse of Nicholls & Crampton, P.A. ("Applicant") applies to the Court for the entry of an Order approving and authorizing interim Special Attorney for Trustee's fees for the period September 9, 1999, to August 23, 2000, in the amount of $2,972.50, and expense reimbursement in the amount of $186.10. In support of said Interim Application, Applicant respectfully shows the Court the following:

1.  Applicant has acted as Special Attorney for the Trustee since employed and appointed by Order dated January 28, 1999. The services rendered by Applicant and members of its firm have been substantial and Applicant believes that allowance of a fee in full at this time is appropriate and necessary. Members of the firm have rendered valuable services regarding the evaluation of avoidance actions and negotiation of settlement of certain litigation.

2.  A Summary of Services Rendered which indicates the name of the attorney or paralegal, the hours spent, the hourly rate and total compensation requested is attached as Exhibit A. Attached as Exhibit B is a breakdown by hours and description of the services rendered in connection with this Application. Services rendered were reasonable and necessary in the proper representation of the Debtor. Said Exhibit B reflects an itemization of expenses incurred on behalf of the Debtor by category totals.

3.  The Trustee's agreement to pay the fees at the rates set out herein are substantiated in its Application by Trustee for Authority to Employ and Appoint Attorney Specially dated January 27, 1999. Stephani W. Humrickhouse has rendered professional services of not less than 20.50 hours and that for such professional services Trustee agreed to pay the rate of $145.00 per hour.

fax: Clerk 10-4-00  855-4260