**FILED**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**OCT 23**

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:                                          )
                                                )
INTERNATIONAL HERITAGE, INC.      )          CASE NO. 98-02675-5-ATS
                                                )          CHAPTER 7
        Debtor.                              )

## ORDER ALLOWING FEES

This matter comes on for consideration upon the Second Interim Fee Application for Compensation of Attorney for Trustee and Reimbursement of Expenses and Notice mailed to creditors in this case and the Court having considered the factors affecting the compensation requested, it is ordered that the following fees and expenses be, and they hereby are allowed:

_____, Trustee

| | |
|---|---|
| Attorney for Trustee Fees | $2,450.50 |
| Attorney for Trustee Paralegal Time | $78.00 |
| Attorney for Trustee Expenses | $46.38 |

SO ORDERED.

Dated:\_\_\_\_23 OCT 2000\_\_\_\_

_____
United States Bankruptcy Judge

Recorded in Fee Book 10/23/00 Am

cc: BA + Boyles to serve 10/23/00 Am

946

UNITED STATES BANKRUPTCY COURT **RECEIVED**
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION                                    SEP 2 1 2000

IN RE:                                        )                   BANKRUPTCY
                                              )              ADMINISTRATOR, EDNC
INTERNATIONAL HERITAGE, INC.                  )         CASE NO. 98-02675-5-ATS
                                              )              CHAPTER 7.
        Debtor.                               )

### SECOND INTERIM FEE APPLICATION
### FOR COMPENSATION OF ATTORNEY FOR TRUSTEE **NO OBJECTION**
### AND REIMBURSEMENT OF EXPENSES

        Now comes Jean Winborne Boyles, attorney for trustee for the above-referenced Debtor, and respectfully shows the Court:

        1. The Debtor filed a Bankruptcy Petition under Chapter 7 on November 25, 1998.

        2. An Order was duly entered approving employment of Jean Winborne Boyles as attorney for trustee on February 18, 1999.

        3. All services for which compensation is requested were performed for an on behalf of said trustee. This attorney has received prior compensation in connection with legal services provided this bankruptcy estate and has received prior reimbursement of out of pocket expenses as provided for in the First Interim Fee Order but has received no prior compensation in connection with the legal services and reimbursements as requested in this Fee Application.

        4. No payments have been guaranteed or promised to anyone and this applicant has not shared and no agreement exists for this applicant to share any part of any compensation with any other persons.

        5. The total time expended of the undersigned and the law firm in this bankruptcy case consisted of approximately 16.9 hours as set out below and justified and fully explained in Exhibit A attached hereto and incorporated herein by reference.

| ATTORNEY | RATE | HOURS | FEE AMOUNT |
|---|---|---|---|
| Jean W. Boyles | $145.00 | 16.9 | $2,450.50 |
| Paralegal | $60.00 | 1.3 | $78.00 |
| Expenses | | | $46.38 |
| Total | | | $2,574.88 |

Fax: Clerk 10/6/00