FILED

23 2000

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTERNATIONAL HERITAGE, INC. ) | CASE NO. 98-02675-5-ATS |
| ) | CHAPTER 7 |
| ) | |
| ) | |
| Debtor. ) | |

### ORDER ALLOWING PAYMENT OF
### ACCOUNTANT'S SECOND INTERIM FEES AND EXPENSES

THIS MATTER coming before the Court upon the second interim application of Holmes P. Harden, Trustee in the above-referenced case, for authority to pay Adams Consulting Group accountant's fees in the amount of Ten Thousand One Hundred Four and 08/100 ($10,104.08) representing compensation of fees in the amount of $9,353.50, and reimbursement of expenses in the amount of $750.58 from September 21, 1999 through August 25, 2000, as set out in the attached statement, and it appearing to the Court that such fees and expenses are reasonable and necessary, and good cause exists for the allowance of such application,

IT IS THEREFORE ORDERED, adjudged and decreed that Holmes P. Harden, Trustee, be and hereby is authorized to pay Adams Consulting Group the amount of $10,104.08 as accountant's fees and expenses.

DATED: __23 OCT 2000__

_____
Judge

RAL/171285/1

Recorded in Fee Book __10/23/00 Am__

cc: Att Harden to serve 10/23/00 Am

No objection 10/6/00

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

RECEIVED
SEP 2 1 2000
BANKRUPTCY ADMINISTRATOR, EDNC

| | |
|---|---|
| IN RE: | ) |
| | ) |
| INTERNATIONAL HERITAGE, INC. | ) CASE NO. 98-02675-5-ATS |
| | ) CHAPTER 7 |
| | ) |
| | ) |
| Debtor. | ) |

### SECOND INTERIM APPLICATION FOR PAYMENT OF ACCOUNTANT'S FEES AND EXPENSES

NOW COMES Holmes P. Harden, Trustee in the above-referenced case, and applies to the Court for authority to pay Adams Consulting Group accountant's fees and expenses in the amount of Ten Thousand One Hundred Four and 08/100 ($10,104.08) representing compensation in the amount of $9,353.50, and reimbursement of necessary expenses in the amount of $750.58 for services rendered from September 21, 1999 through August 25, 2000.

Debtor filed a voluntary petition in Chapter 7 bankruptcy on November 25, 1998. An order approving the employment of Adams Consulting Group was entered on January 8, 1999 at a rate not to exceed $110.00 per hour.

where?

A copy of the accountant's bill and biographical information is attached to this Application. In the opinion of the Trustee, such accountant's fee and expense reimbursement is reasonable and just.

Respectfully submitted, this 21st day of September, 2000.

Holmes P. Harden
Trustee for Debtor

RAL/171285/1

fax: clerk 10-4-00