**FILED**



OCT 26 2000

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

**United States Bankruptcy Court**
**Eastern District of North Carolina**
**Raleigh Division**

| | | |
|---|---|---|
| In Re: | ) | Case No.: 98-02675-5-ATS |
| | ) | |
| **INTERNATIONAL HERITAGE, INC.** | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## CONSENT ORDER

The Bankruptcy Administrator, Marjorie K. Lynch, and Holmes P. Harden, attorney for Trustee ("Harden") in the above-captioned case, hereby agree to the following regarding the Second Application for Interim Compensation for Services Rendered through which Harden sought allowance of compensation in the amount of $21,975.25, and reimbursement of expenses in the amount of $24.50.

1. Allowance of compensation in the amount of **$20,674.75**. This reflects a reduction of $1300.50 for trustee time billed as attorney time.

2. Allowance of reimbursement of expenses in the amount of **$24.50**. There is no reduction for reimbursement of expenses.

SO ORDERED.

Date: **26 OCT 2000**

_____
U.S. Bankruptcy Judge

WE CONSENT:

_____
Marjorie K. Lynch
Bankruptcy Administrator
Post Office Box 3039
Raleigh, NC 27602

_____
Holmes P. Harden
Attorney for Trustee
Post Office Drawer 19764
Raleigh, NC 27619

Recorded in Fee Book 10/26/00 AM