**FILED**

**OCT 2 6 2000**

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NUMBER:** |
| INTERNATIONAL HERITAGE, INC. | 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INCORPORATED | 98-02674-5-ATS |
| **DEBTOR** | |

## ORDER DISMISSING APPEAL

The matter before the court is the notice of appeal filed on June 19, 2000, by Stanley H. Van Etten and Wood & Francis, PLLC, from the court's order entered on June 7, 2000.

The court finds that Stanley H. Van Etten and Wood & Francis, PLLC, appellants in this matter, filed a notice of withdrawal of appeal on September 7, 2000. The notice of appeal should be dismissed pursuant to Rule 8001(c)(1) of the Federal Rules of Bankruptcy Procedure.

Accordingly, the notice of appeal from the court's order filed June 19, 2000, is **DISMISSED**.

SO ORDERED.

DATED:

_A. Thomas Small_
U. S. BANKRUPTCY JUDGE

RE:  International Heritage, Inc.
     International Heritage, Incorporated

Case No:   98-02675-5-ATS
           98-02674-5-ATS

## CERTIFICATE OF SERVICE

I am a regularly appointed and qualified deputy clerk in the Office of the Clerk, in and for said Court and District, and I hereby certify that a copy of the attached document was mailed in a postage prepaid envelope addressed to the following at their respective addresses, by placing said envelope in the regular mail in Raleigh, North Carolina on **10-26-00**.

_____
DEPUTY CLERK

Joseph B. Cheshire, V
John Keating Wiles
Attorneys at Law
PO Box 1029
Raleigh, NC 27602

Wade Smith
Melissa Hill
Tharrington Smith
Attorneys at Law
209 Fayetteville Street Mall
Raleigh, NC 27601

Holmes P. Harden
Attorney at Law
PO Box 17169
Raleigh, NC 27619

Scott Wilkinson
Assistant United States Attorney
Suite 800, Federal Building
Raleigh, NC 27601-1461

John (Jack) O'Hale
Attorney at Law
102 S. 3rd Street
Smithfield, NC 27577-0454

Steven T. Smith  
McMillan Smith & Plyler  
PO Box 150  
Raleigh, NC 27602-0150

Brent E. Wood  
Wood & Francis, PLLC  
PO Box 164  
Raleigh, NC 27602

Terri L. Gardner  
Smith Debnam Narron & Myers  
PO Box 26268  
Raleigh, NC 27611-6268

Bankruptcy Administrator