UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA – RALEIGH DIVISION

In Re:

INTERNATIONAL HERITAGE, INC.    Case No.: 98-02675-5 ATS

Debtor

**FILED**
DEC 12 2000
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Daniel E. Brick, Esq., on behalf of Niagara Frontier Travel Services, Inc., d/b/a NFT Travel, appears in the above proceeding, and pursuant to Bankruptcy Rule 2002, requests that his name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

> Daniel E. Brick, Esq.
> Brick, Brick and Elmer, P.C.
> 91 Tremont Street
> P.O. Box 604
> North Tonawanda, NY 14120-0604

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

DATED: December 11, 2000

Daniel Evans Brick
Brick, Brick and Elmer, P.C.
91 Tremont Street, P.O. Box 604
North Tonawanda, New York 14120-0604
Telephone: (716) 693-2335

BRICK, BRICK AND
ELMER, P.C.
Attorneys at Law
91 Tremont Street
P.O. Box 604
North Tonawanda,
New York 14120-0604
(716) 693-2335

copy vetrd 12/13/00 Am

306