UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

FILED

DEC 2 8 2000

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:                                              )
                                                    )     CHAPTER 7
INTERNATIONAL HERITAGE, INC.                        )     CASE NO. 98-02675-5-ATS
                                                    )
INTERNATIONAL HERITAGE,                             )     CHAPTER 7
INCORPORATED,                                       )     CASE NO. 98-02674-5-ATS
                                                    )
        Debtors.                                    )

### ORDER ALLOWING INTERIM SPECIAL ATTORNEY FOR TRUSTEE FEES AND EXPENSES

This matter came on to be heard upon Application of Nicholls & Crampton, P.A. for allowance of interim Special Attorney for Trustee fees in the amount of $42,247.00 and reimbursement of expenses in the amount of $1,198.46 (the "Application"), and it appearing that no objections to the Application were filed, that the Application should be allowed as an Interim Application with fees and expenses allowed in full, that valuable services have been rendered to the Trustee, that the fees and expenses requested are reasonable, and for good cause shown, it is

ORDERED that the Application be allowed in full as an Interim Application, and that Nicholls & Crampton, P.A. be awarded interim fees in the amount of $42,247.00 and reimbursement of expenses in the amount of $1,198.46.

DATED: DEC 2 8 2000

_____
United States Bankruptcy Judge

O:\CHP7TR\InternationalHeritage\attyfeeapp.ord.003.wpd

Recorded in Fee Book 12/28/00 AM

304 cc: Humrickhouse, Harden, BA  12/28/00 AM                                    307