James Burshtyn
Assistant Attorney General
Bankruptcy & Collection Division
P. O. Box 12548
Austin, TX 78711-2548
(512)463-2173
Fax: (512) 482-8341
ATTORNEY FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

**FILED**
**WILSON**

JAN 2 2001

PEGGY B. DEANS, CLERK
U. S. BANKRUPTCY COURT
EASTERN DISTRICT OF N. C.

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WILSON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| INTERNATIONAL HERITAGE, INC., | § | CASE NO. 98-2675-5-ATS |
| | § | |
| DEBTOR. | § | CHAPTER 7 |

### NOTICE OF CHANGE OF APPEARANCE IN LEAD COUNSEL
### FOR THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS AND
### REQUEST FOR NOTICE AND REQUEST TO BE ADDED TO MAILING MATRIX

Please take notice that the Texas Comptroller of Public Accounts ("Comptroller")

creditor and party-in-interest in the above referenced case, hereby gives Notice of Change in the

Appearance of its Lead Counsel from PATRICK H. TYLER to the undersigned:

James Burshtyn
Assistant Attorney General
Office of the Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78712548

Pursuant to § 1109(b) and Bankruptcy Rule 9010, the Comptroller through its said counsel

request that it be served with copies of all notices, papers, and other documents issued by the Clerk

of the Court and all other pleadings and notices to parties-in-interest filed by the Debtor, any

Creditors' Committee, or any other interested parties in this case, including plans, disclosure

statements, and/or schedules, notices or any application, complaint, demand, hearing, motion,

*This document was erroneously filed in the Wilson Division and accounts for the delay between the date [illegible] and the date the amended [illegible]. This is a Raleigh case and the filings should be in the Raleigh Office.*

Copy rec'd 1/4/01 AM

308

petition, settlement, pleading or request whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex, or otherwise, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

JEFFREY S. BOYD
Deputy Attorney General for Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

JAMES BURSHTYN
Assistant Attorney General
State Bar No. 03472400
Bankruptcy & Collections Division

P. O. Box 12548
Austin, Texas 78711-2548
(512) 475-4863
Fax No.: (512) 482-8341

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was sent first class mail, postage prepaid to the following parties on this 27 day of December, 2000:

International Heritage
2626 Glenwood Avenue, #200
Raleigh, North Carolina 27608

Terri L. Gardner
Smith Debnam, Hibbert & Pahl
P.O. Box 26268
Raleigh, North Carolina 27611-6268

Holmes P. Harden
P.O. Box 17169
Raleigh, North Carolina 27619

_____
JAMES BURSHTYN