Page: 28

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: 87-0421191
For Period Ending: 12/31/00

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753846835  Checking - Non Interest

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 5,500,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| C1 12/28/00 | | Transfer from Acct #3753846819 | Bank Funds Transfer | | | | | 43,445.46 | 43,576.21 |
| 12/28/00 | 001032 | NICHOLLS & CRAMPTON 4300 SIX FORKS ROAD, SUITE 700 RALEIGH, NC 27609 | Fees-Attorney for Trustee | | | 43,445.46 | | | 130.75 |
| C 12/29/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 5.92 | | | | 136.67 |

Account 3753846835

| | | | | |
|---|---|---|---|---|
| Balance Forward | 0.00 | | 32 Checks | 686,650.60 |
| 0 Deposits | 0.00 | | 0 Adjustments Out | 0.00 |
| 11 Interest Postings | 193.54 | | 0 Transfers Out | 0.00 |
| Subtotal $ | 193.54 | | Total $ | 686,650.60 |
| 0 Adjustments In | 0.00 | | | |
| 15 Transfers In | 686,593.73 | | | |
| Total $ | 686,787.27 | | | |

* Reversed
t Funds Transfer
C Bank Cleared

**FILED**

JAN 2 2 2001

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

Ver: 5.01c

LFORM2XT

309A

Page: 29

Case No:  98-02675-5-ATS
Case Name:  INTERNATIONAL HERITAGE INC.

Taxpayer ID No:  87-0421191
For Period Ending:  12/31/00

Trustee Name:  HOLMES P. HARDEN, TRUSTEE
Bank Name:  NATIONSBANK, N.A.
Account Number:  3753846848  Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable):  $ 5,500,000.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | | | 0.00 |
| C 11/1/1999 | 14 | U S Treasury District Court, Atlanta Georgia | Settlement with SEC | 600,000.00 | | | | | 600,000.00 |
| C 11/16/99 | | Transfer to Acct #3753846819 | Bank Funds Transfer | | | | | -118,687.96 | 481,312.04 |
| C 11/17/99 | | Transfer to Acct #3753846518 | Bank Funds Transfer | | | | | -51,243.81 | 430,068.23 |
| C 11/29/99 | | Transfer to Acct #3753846835 | Bank Funds Transfer | | | | | -452.48 | 429,615.75 |
| C 11/30/99 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 418.77 | | | | 430,034.52 |
| C 11/30/99 | 001001 | U. S. Bankruptcy Court | Filing Fee Filing fee for judgment | | | 40.00 | | | 429,994.52 |
| *C 12/02/99 | 001002 | InfoStor 3010 Industrial Drive P. O. Box 18236 Raleigh, NC 27619-8238 | STORAGE UNIT RENTAL Invoice #002045 | | | 254.36 | | | 429,740.16 |
| C 12/10/99 | 14 | U.S. Court N. District of GA | Settlement-other | 50,000.00 | | | | | 479,740.16 |
| C 12/16/99 | 001003 | Lloyd T. Whitaker | Monitor fees Per order entered 12/14/99 | | | 10,886.69 | | | 468,853.47 |
| C 12/16/99 | 001004 | Kilpatrick Stockton | Attorney for Monitor fees Per order entered 12/14/99 | | | 5,393.66 | | | 463,459.81 |
| C 12/31/99 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 914.23 | | | | 464,374.04 |
| C 01/03/00 | 001005 | BellSouth | Telephone Service 919 790-0128 010 0363 | | | 60.03 | | | 464,314.01 |
| C 01/03/00 | 001006 | AT&T | Telephone Service 020 713 6257 001 | | | 15.51 | | | 464,298.50 |
| C 01/31/00 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 926.77 | | | | 465,225.27 |
| C 01/31/00 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -351.06 | 464,874.21 |
| C 02/02/00 | 001007 | Hewlett-Packard Company M/S 5518 8000 Foothills Blvd. Roseville, CA 95747-6588 | Y2K Compliance Invoice 7256173 | | | 5,800.00 | | | 459,074.21 |
| C 02/03/00 | 14 | United States Treasury U.S. District Court Atlanta, GA | SETTLEMENT - OTHER From Securities and Exchange Commission | 750,000.00 | | | | | 1,209,074.21 |

Ver: 5.01c

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 30

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: 874421191
For Period Ending: 12/31/00

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753846848  Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $  5,500,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| C 02/23/00 | 001008 | AT&T | Telephone Service 056309819S001 $12.08 010713625700I $15.41 | | | 27.49 | | | 1,209,046.72 |
| C 02/23/00 | 001009 | InfoStor | STORAGE UNIT RENTAL Invoice # 003732 | | | 556.67 | | | 1,208,490. |
| C1 02/24/00 | | Transfer to Acct #3753846835 | Bank Funds Transfer | | | | | -787.00 | 1,207,703.05 |
| C 02/29/00 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 1,967.02 | | | | 1,209,670.07 |
| C1 03/13/00 | | Transfer to Acct #3753846835 | Bank Funds Transfer | | | | | -579.35 | 1,209,090.72 |
| C 03/29/00 | 11 | Transfer to Acct #3753846835 | Bank Funds Transfer | | | | | -144.84 | 1,208,945.88 |
| C 03/31/00 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 2,409.90 | | | | 1,211,355.78 |
| C 04/18/00 | 001010 | AT&T | Telephone Service Acct. # 056 390-8195 001 | | | 12.08 | | | 1,211,343.70 |
| C 04/18/00 | 001011 | InfoStor | STORAGE UNIT RENTAL Invoice # 005472 | | | 254.36 | | | 1,211,089.34 |
| C 04/28/00 | 11 | NATIONSBANK, N.A. | INTERUST REC'D FROM BANK | | 2,180.05 | | | | 1,213,269.39 |
| C 05/01/00 | 14 | United States Treasury U. S. District Court Atlanta, GA | Settlement with SEC | 750,000.00 | | | | | 1,963,269.39 |
| C1 05/10/00 | | Transfer to Acct #3753846835 | Bank Funds Transfer | | | | | -327.17 | 1,962,942.22 |
| C 05/31/00 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 3,922.99 | | | | 1,966,865.21 |
| C 06/08/00 | 14 | United States Treasury | Settlement with SEC | 25,000.00 | | | | | 1,991,865.21 |
| C1 06/08/00 | | Transfer from Acct #3753846819 | Bank Funds Transfer/SEC Funds | | | | | 25,000.00 | 2,016,865.21 |
| C 06/30/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 3,860.12 | | | | 2,020,725.33 |
| · · C 07/10/00 | 001002 | InfoStor 3010 Industrial Drive P. O. Box 18236 Raleigh, NC  27619-8236 | VOID STOP PAY ADD SUCCESSFUL | | | -254.36 | | | 2,020,979.69 |
| C 07/31/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 4,026.51 | | | | 2,025,006.20 |
| C 08/03/00 | 14 | United States Treasury | SEC settlement | 200,000.00 | | | | | 2,225,006.20 |
| C 08/31/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 4,355.82 | | | | 2,229,362.02 |
| C 09/21/00 | | | US TREASURY DEPOSIT ERROR | | | | 1,800,000.00 | | 4,029,362.02 |
| C 09/22/00 | 14 | UNITED STATES TREASURY | Settlement with SEC | 25,000.00 | | | | | 4,054,362.02 |

LFORM2XT

Ver: 5.01c

Page: 31

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:      98-02675-5-ATS
Case Name:    INTERNATIONAL HERITAGE INC.

Taxpayer ID No:    87-0421191
For Period Ending:   12/31/00

Trustee Name:    HOLMES P. HARDEN, TRUSTEE
Bank Name:       NATIONSBANK, N.A.
Account Number:   3753846848   Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable):   $ 5,500,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| C 09/29/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 6,356.84 | | | | 4,060,718.82 |
| C 10/31/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 8,351.64 | | | | 4,069,070.50 |
| C 11/30/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 7,845.26 | | | | 4,076,91... |
| C 12/29/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 7,598.13 | | | | 4,084,513.3... |

Account 3753846848

|  |  |  |
|---|---|---|
| Balance Forward | 0.00 | |
| 7   Deposits | 2,400,000.00 | |
| 14  Interest Postings | 55,134.05 | |
| Subtotal | $ 2,455,134.05 | |
| 1   Adjustments In | 1,800,000.00 | |
| 1   Transfers In | 25,000.00 | |
| Total | $ 4,280,134.05 | |

| | | |
|---|---|---|
| 12  Checks | 23,046.49 | |
| 0   Adjustments Out | 0.00 | |
| 8   Transfers Out | 172,573.67 | |
| Total | $ | 195,620.16 |

* Reversed
t Funds Transfer
C Bank Cleared

LFORM2XT

Ver: 5.01c

**FORM 2**

**Page:** 32

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 98-02075-5-ATS
**Case Name:** INTERNATIONAL HERITAGE INC.

**Taxpayer ID No:** 87-0421191
**For Period Ending:** 12/31/00

**Trustee Name:** HOLMES P. HARDEN, TRUSTEE
**Bank Name:** NATIONSBANK, N.A.
**Account Number:** 3753847313   Money Market - Interest Bearing

**Blanket Bond (per case limit):**
**Separate Bond (if applicable):**   $ 5,500,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| C 10/16/00 | 15 | BARBENER & ASSOCIATES ATTORNEY AT LAW 121 S.W. MORRISON ST., SUITE 1020 PORTLAND, OR 97204 | PREFERENCE SETTLEMENT | 5,000.00 | | | | | 5,000.00 |
| C 10/16/00 | 15 | FITZ & FLOYD 501 CORPORATE DRIVE LEWISVILLE, TX 75057 | PREFERENCE SETTLEMENT | 544.69 | | | | | 5,544.69 |
| C 10/16/00 | 15 | CAVINS INC. P. O. BOX 31848 RALEIGH, NC 27622-1848 | PREFERENCE SETTLEMENT | 611.80 | | | | | 6,156.49 |
| C 10/16/00 | 15 | THE GREATER RALEIGH CHAMBER OF COMMERCE P. O. BOX 2978 RALEIGH, NC 27602-2978 | PREFERENCE SETTLEMENT | 380.00 | | | | | 6,536.49 |
| C 10/16/00 | 15 | PBM GRAPHICS, INC. P. O. BOX 13603 RESEARCH TRIANGLE PARK, NC 27709-3603 | | 5,000.00 | | | | | 11,536.49 |
| C 10/16/00 | 15 | CUSTOM ENGRAVING & TROPHY, INC. 612 N. PERSON STREET RALEIGH, NC 27604 | PREFERENCE SETTLEMENT | 401.06 | | | | | 11,937.55 |
| C 10/16/00 | 15 | JAMES GREENE PRODUCTS 2321 YELLOW BANKS RD. NORTH WILKESBORO, NC 28659 | PREFERENCE SETTLEMENT | 741.96 | | | | | 12,679.51 |
| C 10/25/00 | 15 | WSW INC, D/B/A CAPITOL COFFEE SYSTEMS 1000 INVESTMENT BOULEVARD APEX, NC 27502 | PREFERENCE SETTLEMENT | 380.69 | | | | | 13,060.20 |
| C 10/25/00 | 15 | HAROLD W. AND MARY ANN WEAKLEY 4518 PRATT LANE FRANKLIN, TN 37064 | PREFERENCE SETTLEMENT | 109.07 | | | | | 13,169.27 |
| C 10/25/00 | 15 | PR NEWSWIRE P. O. BOX 5897 NEW YORK NY 10087-5897 | PREFERENCE SETTLEMENT | 2,895.00 | | | | | 16,064.27 |

LFORM2XT

Ver: 5.01c

Page: 33

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: 874921191
For Period Ending: 12/31/00

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753847313  Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable):  $  5,500,000.00

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| C 10/25/00 | 15 | BOGARS INC. 3680 W. BEVERLY BLVD. LOS ANGELES, CA 90004 | PREFERENCE SETTLEMENT | 5,822.51 | | | | | 21,886.78 |
| C 10/31/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 12.77 | | | | 21,899 |
| C 11/01/00 | 15 | CITY OF RALEIGH PARKS & REC | PREFERENCE SETTLEMENT | 450.00 | | | | | 22,349.55 |
| C 11/01/00 | 15 | THE HAMMOCK SOURCE P. O. BOX 1602 GREENVILLE, NC 27835 | PREFERENCE SETTLEMENT | 6,514.85 | | | | | 28,864.40 |
| C 11/07/00 | 15 | DIRECT SELLING ASSOCIATION GENERAL ACOUNT 1275 PENNSYLVANIA AVENUE, NW SUITE 800 WASHINGTON DC 20004 | PREFERENCE SETTLEMENT | 1,225.00 | | | | | 30,089.40 |
| C 11/07/00 | 15 | GREAT PLAINS 1701 SW 38TH ST. FARGO, ND 48104 | PREFERENCE SETTLEMENT | 550.00 | | | | | 30,639.40 |
| C 11/07/00 | 15 | PUBLIC SERVICE COMPANY 400 COX ROAD P.O. BOX 1398 GASTONIA, NC 28053-1398 | PREFERENCE SETTLEMENT | 75.88 | | | | | 30,715.28 |
| C 11/14/00 | 15 | LITHO INDUSTRIES, INC. P. O. BOX 14106 DURHAM, NC 27709 | PREFERENCE SETTLEMENT | 21,250.00 | | | | | 51,9 |
| C 11/14/00 | 15 | ALLIED VAN LINES 215 W. DIEHL ROAD NAPERVILLE, IL 60563 | PREFERENCE SETTLEMENT | 1,556.00 | | | | | 53,521.28 |
| C 11/14/00 | 15 | AOC (ACCOUNTANTS ON CALL) | PREFERENCE SETTLEMENT | 200.00 | | | | | 53,721.28 |
| C 11/27/00 | 15 | NICHOLLS & CRAMPTON PA ADMINISTRATIVE TRUST ACCOUNT 4300 SIX FORKS ROAD, SUITE 700 RALEIGH, NC 27609 | PREFERENCE SETTLEMENT FUNDS FOR BULOVA SETTLEMENT, CASE NO. SH-12075-1. JOSEPH M. VANN ATTORNEY FOR BULOVA GRATCH JACOBS & BROZMAN, P.C. 950 THIRD AVENUE NEW YORK, NEW YORK 10022-2705 | 7,000.00 | | | | | 60,721.28 |

LFORM2XT

Ver: 5.01c

FORM 2

Page: 34

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | 87-0421191 |
| For Period Ending: | 12/31/00 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | NATIONSBANK, N.A. |
| Account Number: | 3753847313  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 5,500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| C 11/27/00 | 15 | BATTLE WINSLOW SCOTT & WILEY P.A. TRUST ACCOUNT P. O. BOX 7100 ROCKY MOUNT, NC 27804-0100 | PREFERENCE SETTLEMENT SETTLEMENT PROCEEDS FOR ATCOM | 1,000.00 | | | | | 61,721.22 |
| C 11/27/00 | 15 | IMPERIAL HOTEL GROUP, INC. SHERATON IMPERIAL P. O. BOX 13099 RTP, NC 27709 | PREFERENCE SETTLEMENT | 5,000.00 | | | | | 66,721.28 |
| C 11/27/00 | 15 | AMERICAN MANAGEMENT ASSOC. INTERNATIONAL. TRUDEAU ROAD, P. O. BOX 430 SARANAC LAKE, NY 12983 DISBURSEMENT ACCOUNT | PREFERENCE SETTLEMENT | 1,004.00 | | | | | 67,725.28 |
| C 11/30/00 | 11 | NATIONSBANK, N.A. | Interest Rate  2.350 | | 57.45 | | | | 67,782.73 |
| C 12/06/00 | 15 | LYON FINANCIAL SERVICES, INC. 115 WEST COLLEGE DR. MARSHALL, MN 56258 | Collection COLLECTION OF SECURITY DEPOSIT BY JEAN BOYLES. | 4,263.06 | | | | | 72,045.79 |
| C 12/27/00 | 15 | FORRESTER SMITH, INC. 213 HOBBS STREET TAMPA, FL 33619 | PREFERENCE SETTLEMENT | 7,500.00 | | | | | 79,545.79 |
| C 12/27/00 | 15 | INFOSTOR, INC. P. O. BOX 18238 RALEIGH, NC 27609 | PREFERENCE SETTLEMENT | 1,000.00 | | | | | 80,5 |
| C 12/27/00 | 15 | WWF PAPER CORP. 2 BALA PLAZA BALA CYNWYD, PA 19004 | PREFERENCE SETTLEMENT | 18,750.00 | | | | | 99,295.79 |
| C 12/27/00 | 15 | ALLEN HARRIS SHAW 3626 N. HALL #617 DALLAS, TX 75219 | PREFERENCE SETTLEMENT MARSH V. INTL HERITAGE BANKRUPTCY | 1,157.66 | | | | | 100,453.45 |
| C 12/27/00 | 15 | SHUSTAK JALIL & HELLER ATTORNEYS AT LAW 545 MADION AVENUE 15TH FLOOR NEW YORK, NY 10022 | PREFERENCE SETTLEMENT | 1,375.00 | | | | | 101,828.45 |
| C 12/27/00 | 15 | BEDFORD FREIGHT LINES, INC. 511 N. LA CIENEGA BLVD, SUITE 208 | PREFERENCE SETTLEMENT | 4,362.66 | | | | | 106,191.11 |

1.FORM2XT

Ver: 5.01c

Page: 35

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 98-02675-5-ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |

| Taxpayer ID No: | 87-0421191 |
| For Period Ending: | 12/31/00 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | NATIONSBANK, N.A. |
| Account Number: | 3753847313  Money Market - Interest Bearing |

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 5,500,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| C 12/27/00 | 15 | GES EXPOSITION SERVICES CORPORATE PAYABLES P. O. BOX 98790 LAS VEGAS, NV 89193-8790 | PREFERENCE SETTLEMENT | 1,184.33 | | | | | 107,375.44 |
| C 12/29/00 | 11 | NATIONSBANK, N.A. | Interest Rate  2.350 | | 94.63 | | | | 107,470.07 |

Account 3753847313

|  | Balance Forward | 0.00 |
| 31 | Deposits | 107,305.22 |
| 3 | Interest Postings | 164.85 |
|  | Subtotal | $ 107,470.07 |
| 0 | Adjustments In | 0.00 |
| 0 | Transfers In | 0.00 |
|  | Total | $ 107,470.07 |

| 0 | Checks | 0.00 |
| 0 | Adjustments Out | 0.00 |
| 0 | Transfers Out | 0.00 |
|  | Total | $ 0.00 |

Report Totals

|  | Balance Forward | 0.00 |
| 100 | Deposits | 4,416,204.17 |
| 91 | Interest Postings | 104,139.35 |
|  | Subtotal | $ 4,520,343.52 |
| 1 | Adjustments In | 1,800,000.00 |
| 71 | Transfers In | 937,005.25 |
|  | Total | $ 7,257,348.77 |

| 183 | Checks | 833,194.59 |
| 1 | Adjustments Out | 122.97 |
| 71 | Transfers Out | 937,005.25 |
|  | Total | $ 1,770,322.81 |
|  | Net Total Balance | $ 5,487,025.96 |

* Reversed
t Funds Transfer
C Bank Cleared

LFORM2XT

Ver: 5.01c

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Case No:    9802674-5-ATS    Judge: ATS

Case Name:    INTERNATIONAL HERITAGE, INCORPORATE

Trustee Name:    HOLMES P. HARDEN, TRUSTEE

Date Filed (f) or Converted (c):    11/25/98 (f)

341(a) Meeting Date:    12/30/98

For Period Ending:  12/31/00

Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| No Assets To Report | | | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                $0.00                $0.00                                    $0.00                $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /          Current Projected Date of Final Report (TFR):  / /

_____ Date: 01/10/01

HOLMES P. HARDEN, TRUSTEE

Ver: 5.01c

LFORM1EX

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Case No:          9802674-5-ATS
Case Name:        INTERNATIONAL HERITAGE, INCORPORATE

Taxpayer ID No:
For Period Ending:  12/31/00

Trustee Name:     HOLMES P. HARDEN, TRUSTEE
Bank Name:
Account Number:

Blanket Bond (per case limit):  $ 200,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|----|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| | | | NO BANK ACCOUNTS | | | | | | 0.00 |

Account  NO BANK ACCTS

| | |
|---|---|
| Balance Forward | 0.00 |
| 0  Deposits | 0.00 |
| 0  Interest Postings | 0.00 |
| Subtotal | $ 0.00 |
| 0  Adjustments In | 0.00 |
| 0  Transfers In | 0.00 |
| Total | $ 0.00 |

| | |
|---|---|
| 0  Checks | 0.00 |
| 0  Adjustments Out | 0.00 |
| 0  Transfers Out | 0.00 |
| Total | $ 0.00 |

* Reversed
t Funds Transfer
C Bank Cleared

LFORM2XT

Ver: 5.01c