UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**F I L E D**

MAR - 9 2001

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

|  |  |  |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. | ) | |
| | ) | |
| INTERNATIONAL HERITAGE, | ) | CHAPTER 7 |
| INCORPORATED, | ) | CASE NO. 98-02674-5-ATS |
| | ) | |
| Debtors. | ) | |

## INTERIM APPLICATION FOR SPECIAL ATTORNEY
## FOR TRUSTEE FEE AND EXPENSE REIMBURSEMENT

The undersigned Stephani W. Humrickhouse of Nicholls & Crampton, P.A. ("Applicant") applies to the Court for the entry of an Order approving and authorizing interim Special Attorney for Trustee's fees for the period November 28, 2000, to February 28, 2001, in the amount of $25,902.00, and expense reimbursement in the amount of $1,248.97. In support of said Interim Application, Applicant respectfully shows the Court the following:

1.    Applicant has acted as Special Attorney for the Trustee since employed and appointed by Order dated January 28, 1999. The services rendered by Applicant and members of its firm have been substantial and Applicant believes that allowance of a fee in full at this time is appropriate and necessary. Additionally, in light of the substantial commitment of time and resources by the Applicant and her firm during this period evaluating the ninety-two (92) avoidance actions initiated, evaluating settlement offers and setting up and implementing a system for the administration of these avoidance actions. Applicant requests that the Court consider this Application at this time notwithstanding the fact that the previous fee application was filed less than 120 days ago on November 27, 2000.

2.    Fees in the amount of $45,219.50 and expenses in the amount of $1,384.56 have been applied for by the Applicant and approved by the Court prior to this Application.

3.    To date, the Applicant has delivered the sum of $67,712.51 to the Trustee for preferences collected prior to the initiation of adversary proceedings. The Applicant has also settled approximately 30 adversary proceedings pending court approval for an additional sum of $164,671.64. Monies are collected by the Applicant and delivered to the Trustee to hold in trust pending Court approval. Default has been entered in approximately 16 adversary proceedings. Approximately 46 adversary proceedings remain to be administered.

4.    A Summary of Services Rendered which indicates the name of the attorney or paralegal, the hours spent, the hourly rate and total compensation requested is attached as Exhibit A. Attached as Exhibit B is a breakdown by hours and description of the services rendered in connection with this Application. Services rendered were reasonable and necessary in the proper representation of the Trustee. Said Exhibit B reflects an itemization of expenses incurred on behalf of the Trustee by category totals. A separate statement has been created for each adversary proceeding in which time has been entered so that settlement offers can be evaluated more efficiently.

5.    The Trustee's agreement to pay the fees at the rates set out herein are substantiated in its Application by Trustee for Authority to Employ and Appoint Attorney Specially dated January 27, 1999. Stephani W. Humrickhouse has rendered professional services of not less than 96 hours and that for such professional services Trustee agreed to pay the rate of $165.00 per hour. Phyllis W. Hill has rendered paralegal services of not less than 54.80 hours and that for such paralegal services Applicant is regularly paid at the rate of $65.00 per hour. Sandra T. Waller has rendered paralegal services of not less than 1.30 hours and that for such paralegal services Applicant is regularly paid at the rate of $65.00. Mary J. Baird has rendered paralegal services of not less than 98.70 hours and that for such paralegal services Applicant is regularly paid at the rate of $65.00.

6.    Stephani W. Humrickhouse is a Partner with Nicholls & Crampton, P.A. She is a Board Certified Specialist in Bankruptcy Law by the North Carolina State Bar Board of Legal Specialization, is a former member of the Bankruptcy Council of the North Carolina Bar Association, previously served as Chairman of its Continuing Legal Education Committee, is a Certified Bankruptcy Specialist by the American Bankruptcy Certification Board and is an experienced Chapter 11 bankruptcy practitioner. Humrickhouse was admitted to the bar in 1980. Humrickhouse regularly charges and has been paid as her ordinary rate $210.00 per hour. However, based on Court guidelines for the representation of the Trustee, she has only charged $165.00 per hour during the time period covered by this Application in this case.

7.    Phyllis W. Hill is a Paralegal with Nicholls & Crampton, P.A. She attended the University of Tennessee in Knoxville, TN majoring in Business Administration and received her paralegal/legal assistant degree from UT. She has been a paralegal since 1977 with seven years experience in Tax, Estate Planning, Trust and Estate Administration in Knoxville, TN, eight years experience in Civil Litigation with Hunton & Williams in Raleigh, NC and has been with Nicholls & Crampton since February, 1993, concentrating in Bankruptcy.

8.    Sandra T. Waller is a Paralegal with Nicholls & Crampton, P.A. She attended Florida State University, Tallahassee, FL and received her paralegal/legal assistant training at Lively Vocational/Technical School, Tallahassee, FL. She has been a paralegal since 1982 with experience in Personal Injury, Medical Malpractice and Litigation. She has been employed at Nicholls & Crampton since January, 1998, concentrating in Bankruptcy.

2

9.     Mary Jane Baird is a Paralegal with Nicholls & Crampton, P.A.  She has been a paralegal for 24 years with experience in Medical Malpractice and Insurance Defense.  She was last employed with the law firm of Maloof, Lebowitz, Conahan and Oleske in Chatham, New Jersey for 17 years.  She has been employed with Nicholls & Crampton since December, 2000, concentrating in Bankruptcy.

10.     Copying charges are recorded by client identification number, pursuant to a control counting device connected to Applicant's copying machine.  The copying charges are read by Applicant's Office Administrator twice monthly, at mid and end month, and entered into the Accounting Package on those "read" dates. Applicant does not have the ability to further break down the dates such copying charges were incurred other than as expressed above

11.     Postage charges for are entered cumulatively at month's end.

12.     Copies are charged at 20¢ per page, and fax transmissions are charged at $1.00 per page for out-going transmissions, with no charge for incoming faxes.  Deliveries are charged at the rate of $7.50.  Mileage reimbursement was made at the rate of 31¢ per mile.

13.     The best interests of Trustee, the Debtor, and the Estates will be served by the allowance of this Application in full.

WHEREFORE, Applicant respectfully requests the Court for the entry of an Order allowing and authorizing Special Attorney for Trustee fees in the amount of $25,902.00, and expense reimbursement in the amount of $1,248.97.

This the _6th_ day of March, 2001.

Stephani W. Humrickhouse
State Bar No. 9528
Attorney for Trustee
Nicholls & Crampton, P.A.
Post Office Box 18237
Raleigh, NC  27619
Telephone:  919/781-1311

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| INTERNATIONAL HERITAGE, | ) | CHAPTER 7 |
| INCORPORATED, | ) | CASE NO. 98-02674-5-ATS |
| | ) | |
| Debtors. | ) | |

## SUMMARY OF SERVICES RENDERED
Nicholls & Crampton, P.A.

From November 28, 2000 through February 28, 2001, the undersigned person/firm has performed professional services for this estate in the capacity of attorney for the Trustee during the Chapter 7 case. Attached hereto is an itemization of time expended and expenses incurred in the performance of these professional services.

| NAME | TITLE | HOURS SPENT | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Stephani W. Humrickhouse | Partner | 96.00 | $165.00 | $15,840.00 |
| Phyllis W. Hill | Paralegal | 54.80 | $ 65.00 | $ 3,562.00 |
| Sandra T. Waller | Paralegal | 1.30 | $ 65.00 | $     84.50 |
| Mary J. Baird | Paralegal | 98.70 | $ 65.00 | $ 6,415.50 |

TOTAL FEES            $25,902.00

TOTAL EXPENSES $ 1,248.97

TOTAL AMOUNT REQUESTED   $27,150.97

O:\CHP7TR\InternationalHeritage\attyfee.sum.004.wpd

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice   34593

03/06/01

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                NC 27604

Client Id. 00-12075
Matter Id. 000-000-001 SH/G - International Heritage, Inc - Chapter 7

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered: including
but not limited to

| | | | |
|---|---|---|---|
| 11/28/00 | HUM | Various general creditor calls | .50 |
| 11/29/00 | HUM | Prepare fee application | 1.00 |
| 11/29/00 | PL9 | AP status follow-up. | .50 |
| 11/30/00 | HUM | Letter to Protection One | .30 |
| 11/30/00 | P20 | Deliver Special Attorney Fee App. to Holmes Harden | .30 |
| 12/04/00 | HUM | Update files re: extensions, summonses | .30 |
| 12/06/00 | HUM | Call to Jim Clary re: Calco settlement | .20 |
| 12/12/00 | PL9 | Work on AP status tracking spreadsheet. | 4.00 |
| 12/12/00 | HUM | Letter to Larry Robbins re: BTI statute of limitations | .30 |
| 12/15/00 | HUM | Conf. with Brent Wood re: status | .30 |
| 12/16/00 | HUM | Response to BA inquiries | .40 |
| 12/18/00 | HUM | Call to Larry Robbins re: BTI SOL | .20 |
| 12/19/00 | HUM | Various confs. with Robbins re: BTI tolling agreement, letters re: | .80 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

| | |
|---|---|
| Invoice | 34593 |
| Page | 2 |

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-001 SH/G - International Heritage, Inc - Chapter 7

Return Upper Portion With Payment

| Date | Staff | Description | Amount |
|---|---|---|---|
| | | same | |
| 12/20/00 | HUM | Review status of contracts, transmit status letter to Holmes (1.8); Letter to Boyles re: AP status (.3) | 2.10 |
| 12/28/00 | HUM | Prepare for and attend fee app. hearing | .80 |
| 12/29/00 | HUM | Extended conf. with Holmes Harden re: Section 548 Claim against Brent Wood (.4); Review status of AP's, update files (1.3) | 1.70 |
| 12/30/00 | HUM | Review AP's for possible default candidates and create default procedure | .80 |
| 01/01/01 | P33 | Review of all files in their entirety for preparation and filing of Extensions of Time, Voluntary Dismissals, Authority to Compromise and Defaults | 2.50 |
| 01/04/01 | P33 | Continuation of review of files in their entirety re: Extensions, Authority to Compromise, Voluntary Dismissals, Defaults to be entered, Answers filed | 1.50 |
| 01/04/01 | HUM | Draft statement regarding intent to compromise and statement regarding informal extensions | .80 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34593
Page           3

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-001 SH/G - International Heritage, Inc - Chapter 7    Amount Paid:

Return Upper Portion With Payment

| Date | | Description | Amount |
|---|---|---|---|
| 01/06/01 | HUM | Review and finalize statements regarding compromise | .80 |
| 01/08/01 | HUM | Review status of defaults, extensions and pretrials | 1.20 |
| 01/11/01 | PL9 | Prepare adversary proceeding case chart for tracking details, summons issued, service, answers, settlement status and pre-trial matters for all ninety-one cases filed. | 4.50 |
| 01/13/01 | HUM | Letter to Larry Robbins re: status of limitations re: BTI | .30 |
| 01/15/01 | HUM | Review status of compromises, defaults, service of summons, determine necessity of reissuance of summonses | 1.30 |
| 01/15/01 | PL9 | Continue working on adversary proceeding case chart. | 1.50 |
| 01/16/01 | HUM | Work on tolling agreement with BTI, letter to Holmes re: BTI | .40 |
| 01/18/01 | HUM | Check status of defaults, extensions, compromises | 1.20 |
| 01/18/01 | PL9 | Re: Freddie Rick adversary proceeding, search for service address. | .80 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

| | |
|---|---|
| Invoice | 34593 |
| Page | 4 |

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-001 SH/G - International Heritage, Inc - Chapter 7

Return Upper Portion With Payment

| Date | Code | Description | Amount |
|---|---|---|---|
| 01/18/01 | PL9 | Work on adversary proceeding case chart. | 1.00 |
| 01/19/01 | P20 | Docket and Set up Pretrial Conf. Calls with BTI Long Distance Operator | .30 |
| 01/19/01 | HUM | Review status of defaults, compromises, and extensions | .50 |
| 01/22/01 | P33 | Drafting, finalization and filing of Notice of Voluntary Dismissal. | .30 |
| 01/22/01 | PL9 | Worrk on draft of Motion to Compromise and Settle Adversary Proceedings, draft of motion for entry of default and default judgments, continue work on AP case status chart. | 4.00 |
| 01/27/01 | HUM | Transmit tolling agreement to Robbins re: BTI | .20 |
| 01/30/01 | P20 | Set up Pretrial Conf. Calls with BTI Operator | .10 |
| 01/31/01 | PL9 | Work on adversary proceeding case status chart. | 1.00 |
| 02/02/01 | HUM | Conf. with Holmes re: possible distribution to unsecured creditors | .20 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

|  | | Invoice | 34593 |
| --- | --- | --- | --- |
|  | | Page | 5 |

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-001 SH/G - International Heritage, Inc - Chapter 7

Return Upper Portion With Payment

| Date | Atty | Description | Amount |
| --- | --- | --- | --- |
| 02/05/01 | HUM | Review default forms | .50 |
| 02/07/01 | HUM | Review pretrial orders and extensions | 1.30 |
| 02/12/01 | HUM | Review memo from Hukazalie and deliver to Harden (.4); Review files for training pool complaints (.3) | .70 |
| 02/13/01 | HUM | Review forms of motions to compromise, check status of settled claims, review files for training pool claims, letter to Court re: similar training pool claims, prepare compromise notices and orders | 3.60 |
| 02/14/01 | HUM | Prepare proposed order form for compromise | .60 |
| 02/20/01 | PL9 | Status review of advesary proceeding files and search for new addresses for re-issuance of summons, work on case summary chart. | 2.00 |
| 02/20/01 | HUM | Review status of cases and deadlines | .50 |
| 02/21/01 | HUM | Letter to clerk re: trial dates | .20 |
| 02/23/01 | HUM | Docketing and reviewing discovery | .50 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

03/06/01

Federal ID #
56-1201204
Invoice      34593
Page            6

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-001 SH/G - International Heritage, Inc - Chapter 7

Amount Paid:

Return Upper Portion With Payment

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | deadlines, trial dates, etc. |  |  |
| 02/26/01 | HUM | Reivew status of reports, pretrials, orders | .50 |  |
| 02/28/01 | HUM | Conf. with Harden re: status of cases, 548 causes of action and Van Etten settlement | .40 |  |

| | | |
|---|---|---|
| Fees Billed | $ | 5,770.50 |

Disbursements
--------------

| | | |
|---|---|---|
| Computer Research | $ | 30.00 |
| Delivery Charge | $ | 240.00 |
| Postage | $ | 79.98 |
| Travel | $ | 5.67 |
| Fax | $ | 72.00 |
| Copies | $ | 248.00 |
| Telephone Charges | $ | 174.00 |

| | | |
|---|---|---|
| Total Disbursements | $ | 849.65 |
| Total Current Bill | $ | 6,620.15 |
| Balance Due | $ | 6,620.15 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34593
Page        7

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-001 SH/G - International Heritage, Inc - Chapter 7
                                                                        Amount Paid:

Return Upper Portion With Payment

### Fee Summary

S W Humrickhouse worked 25.40 hours at $165 an hour.
Paralegal PWH worked 19.30 hours at $ 65 an hour.
S T Waller worked .70 hours at $ 65 an hour.
M J Baird-Paralegal worked 4.30 hours at $ 65 an hour

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34594

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-002 SWH - Intn'l Heritage,Inc / ACT Elec., Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 01/15/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/09/01 | PL9 | Draft Motion and Affidavit for Entry of Default, Entry of Default, Motion for Default Judgment and Default Judgment. | 1.50 |
| 02/09/01 | HUM | Review and sign default papers | .20 |

Fees Billed                         $      156.50

Disbursements
--------------
Copies                     $    3.60

Total Disbursements    $      3.60
                       --------------
Total Current Bill     $    160.10
                       --------------
Balance Due            $    160.10
                       ==============

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
Paralegal PWH worked 1.50 hours at $ 65 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

Invoice   34595

03/06/01

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-003 SWH - Intn'l Heritage,Inc. / Golf-Tech.Holding,Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/19/01 | PL9 | Draft Motion and Affidavit for Entry of Default and Entry of Default. | .70 |
| 02/20/01 | HUM | Finalize default papers | .30 |

Fees Billed                    $      121.00

Disbursements
--------------
Copies                              $      1.40

Total Disbursements      $       1.40

Total Current Bill        $     122.40

Balance Due               $     122.40
==============

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
Paralegal PWH worked .70 hours at $ 65 an hour.
S W Humrickhouse worked .30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

Invoice   34596

03/06/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-004 SWH - Intn'lHeritageInc / USOff.Prod/CarolinaDist

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 12/06/00 | HUM | Conf. with Waqas Durrane re: extension | .30 |
| 01/08/01 | HUM | Conf. with Waqas Durrani re: settlement | .20 |
| 01/09/01 | P33 | Preparation and Filing of Statement/Extension of Time, correspondence to Court | .50 |
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/30/01 | P33 | Drafting, finalization and filing of Statement/Intent to Move to Compromise. | .30 |
| 02/27/01 | PL9 | Letter to defendant with proof of claim, letter to Trustee with settlement check. | .50 |

Fees Billed                         $    193.00

Disbursements
--------------
Delivery Charge              $      7.50

Copies                       $      2.80

Postage                      $       .68

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

03/06/01

Federal ID #
56-1201204

Invoice    34596
Page         2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-004 SWH - Intn'lHeritageInc / USOff.Prod ACanaPinaDist

Return Upper Portion With Payment

| | | |
|---|---|---|
| Total Disbursements | $ | 10.98 |
| Total Current Bill | $ | 203.98 |
| Balance Due | $ | 203.98 |

Fee Summary

S W Humrickhouse worked .50 hours at $165 an hour.
M J Baird-Paralegal worked 1.20 hours at $ 65 an hour
Paralegal PWH worked .50 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    34597

03/06/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-005 SWH - Intn'lHeritageInc / Forrester-Smith, Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 11/30/00 | HUM | Call from creditor re: settlement | .30 |
| 01/05/01 | P33 | Preparation/Drafting of Statement regarding Intent for Authority to Compromise | .50 |
| 01/08/01 | P33 | Finalization and Filing of Statement regarding Intent for Authority to Compromise | .50 |
| 02/12/01 | P33 | Preparation and filing of Motion to Compromise and Settle Adversary Proceeding. | .50 |
| 02/14/01 | P33 | Preparation and filing of Order Approving Compromise and Settlement of Adversary Proceeding. | .50 |

```
                                              --------------
                Fees Billed              $      179.50
```

Disbursements
--------------

Postage                              $       .34

Copies                               $      1.20

```
                                              --------------
        Total Disbursements          $       1.54
                                              --------------
        Total Current Bill           $     181.04
```

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With.

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice   34597
Page         2

TO Holmes P. Harden
    c/o Maupin, Taylor & Ellis, PA
    3200 Beechleaf Ct. POB 19764
    Raleigh              NC 27604

Client Id.  00-12075
Matter Id.  000-000-005 SWH - Intn'lHeritageInc / Forrester-Smith Inc   Amount Paid

Return Upper Portion With Payment

Balance Due                       $     181.04

Fee Summary

S W Humrickhouse worked .30 hours at $165 an hour.
M J Baird-Paralegal worked 2.00 hours at $ 65 an hour

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID =
56-1201204

03/06/01

Invoice   34598

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-006 SWH - Intn'lHeritageInc / Toner Solutions Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | | Description | Amount |
|---|---|---|---|
| 12/15/00 | HUM | Review letter from counsel | .30 |
| 12/18/00 | HUM | Conf. with Clerk re: extension | .20 |
| 01/05/01 | HUM | Review Sparkman letter re: ordinary course defense | .30 |
| 01/06/01 | HUM | Review answer (.3); Letter to Richard Sparkman re: check (.6) | .90 |
| 01/11/01 | HUM | Review pretrial order | .10 |
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/19/01 | HUM | Letter to Sparkman re: settlement | .20 |
| 02/12/01 | P33 | Preparation and filing of Motion to Compromise and Settle Adversary Proceeding. | .50 |
| 02/13/01 | PL9 | Draft Motion for Authority to Compromise, letter to defendant with proof of claim. | .80 |
| 02/14/01 | P33 | Preparation and filing of Order Approving Compromise and Settlement of Adversary Proceeding. | .50 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34598
Page       2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh           NC 27604

Client Id. 00-12075
Matter Id. 000-000-006 SWH - Intn'lHeritageInc / Toner Solutions Plus

Return Upper Portion With Payment

|  |  |  |
|---|---|---|
| Fees Billed | $ | 473.00 |

**Disbursements**

| Postage | $ | 1.01 |
|---|---|---|
| Fax | $ | 6.00 |
| Copies | $ | 2.00 |
| Total Disbursements | $ | 9.01 |
| Total Current Bill | $ | 482.01 |
| Balance Due | $ | 482.01 |

**Fee Summary**

S W Humrickhouse worked 2.00 hours at $165 an hour.
M J Baird-Paralegal worked 1.40 hours at $ 65 an hour
Paralegal PWH worked .80 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    34599

03/06/01

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-007 Swh - Intn'lHeritageInc. "FYI" Worldwide, Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/19/01 | PL9 | Draft Motion and Affidavit for Entry of Default and Entry of Default. | .70 |
| 02/19/01 | PL9 | Draft Motion and Affidavit for Entry of Default and Entry of Default. | .70 |
| 02/20/01 | HUM | Finalize default papers | .30 |

Fees Billed                    $    166.50

Disbursements
-------------
Copies                                  $    1.40

Total Disbursements      $      1.40

Total Current Bill       $    167.90

Balance Due              $    167.90
                         ============

### Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
Paralegal PWH worked 1.40 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34599
Page          2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-007 Swh - Intn'lHeritageInc. "FYI" WorldwideInc.

Return Upper Portion With Payment

S W Humrickhouse worked .30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34600

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-008 SWH - Intn'lHeritageInc / EGW Pers. Services, Inc

Amount Paid: _____

---

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/06/01 | PL9 | Prepare new summons to be re-issued. | .40 |
| 02/08/01 | PL9 | Reserve summons & complaint. | .30 |

Fees Billed                              $      71.50

Disbursements
-------------
Postage                      $      .34

Copies                       $     2.00

Total Disbursements    $      2.34

Total Current Bill     $     73.84

Balance Due            $     73.84
                       ==============

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
Paralegal PWH worked .70 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

Invoice   34601

03/06/01

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-009 SWH - Intn'lHeritageInc / Harrah's Operating Co

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/26/01 | HUM | Meet with Angell re: settlement | .50 |
| 02/02/01 | HUM | Call to Angell, evaluate settlement offer | .30 |
| 02/23/01 | PL9 | Prepare Statement Regarding Intent to More for Authority to Compromise, letter to defendant with proof of claim, deposit funds in trust account. | .70 |

Fees Billed                          $    203.50

**Disbursements**
-------------
Postage                        $      .68

Copies                         $     4.25

Total Disbursements       $      4.93

Total Current Bill        $    208.43

Balance Due               $    208.43
                          =============

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

| | |
|---|---|
| Invoice | 34601 |
| Page | 2 |

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-009 SWH - Intn'lHeritageInc / Harrah's Operating Co

*Return Upper Portion With Payment*

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
S W Humrickhouse worked .80 hours at $165 an hour.
Paralegal PWH worked .70 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34602

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-010 SWH - Int'lHeritageInc / John Gocke, Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/19/01 | PL9 | Draft Motion and Affidavit for Entry of Default and Entry of Default. | .70 |
| 02/20/01 | HUM | Finalize default papers | .30 |

Fees Billed                              $    121.00

Disbursements
-------------
Copies                          $    1.40

Total Disbursements        $        1.40

Total Current Bill         $      122.40

Balance Due                $      122.40
==============

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
Paralegal PWH worked .70 hours at $ 65 an hour.
S W Humrickhouse worked .30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

—— In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice   34603

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh        NC 27604

Client Id. 00-12075
Matter Id. 000-000-011 SWH - Int'lHeritageInc / Travel Experts, Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 01/04/01 | HUM | Conf. with David Boone re: settlement | .40 |
| 01/17/01 | P33 | Complete review of file, reorganization of file, running of docket check list.' | .40 |
| 01/19/01 | HUM | Letter to David Boone re: settlement | .30 |
| 01/22/01 | P33 | Drafting/Preparation of Joint Preconference Report | .50 |
| 01/25/01 | P33 | Preparation and finalization of Joint Preconference Report. | .50 |
| 01/30/01 | P33 | Drafting, finalization and filing of Statement/Authority to Move to Compromise. | .30 |
| 02/27/01 | PL9 | Letter to defendant with proof of claim, letter to Trustee with settlement check. | .50 |

Fees Billed                     $   258.50

Disbursements
--------------

Postage                 $    1.70

Copies                  $    2.40

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34603
Page    2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-011 SWH - Int'lHeritageInc / Travel Expenses Paid

Amount Paid: _____

Return Upper Portion With Payment

| | | |
|---|---|---|
| Total Disbursements | $ | 4.10 |
| Total Current Bill | $ | 262.60 |
| Balance Due | $ | 262.60 |

Fee Summary

S W Humrickhouse worked .70 hours at $165 an hour.
M J Baird-Paralegal worked 1.70 hours at $ 65 an hour
Paralegal PWH worked .50 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

Invoice   34604

03/06/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-012 SWH - Intn'lHeritageInc / TanneryEntInc/Infostor

Amount Paid: _____

---

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 01/05/01 | P33 | Drafting/Preparation of Statement regarding Intent for Authority to Compromise | .50 |
| 01/08/01 | P33 | Finalization and Filing of Statement regarding Intent for Authority to Compromise | .50 |
| 02/08/01 | PL9 | Letter to defendant with proof of claim. | .40 |
| 02/12/01 | P33 | Preparation and filing of Motion to Compromise and Settle Adversary Proceeding. | .50 |
| 02/14/01 | P33 | Preparation and filing of Order Approving Compromise and Settlement of Adversary Proceeding. | .50 |

Fees Billed                    $    156.00

Disbursements
-------------
Postage                          $      .34

Copies                           $     1.20

Total Disbursements        $      1.54

Total Current Bill         $    157.54

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

03/06/01

Federal ID #
56-1201204

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Invoice      34604
Page             2

Client Id. 00-12075
Matter Id. 000-000-012 SWH - Intn'lHeritageInc / TanneryEntInvestor    Amount Paid

Return Upper Portion With Payment

Balance Due              $      157.54
                         ============

Fee Summary

M J Baird-Paralegal worked 2.00 hours at $ 65 an hour
Paralegal PWH worked .40 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID =
56-1201204

Invoice    34606

03/06/01

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-013 SWH - Intn'lHeritageInc / Image Assoc Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 12/11/00 | HUM | Call to Jim Sprouse re: defenses | .20 |
| 01/05/01 | HUM | Conf. with Jim Sprouse re: settlement | .30 |
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/22/01 | P33 | Drafting/Prepartion of Joint Preconference Report | .50 |
| 01/26/01 | HUM | Call to Jimmy Sprouse re: defenses | .40 |
| 01/30/01 | P33 | Drafting/Preparation of Joint Preconference Report | .50 |
| 01/30/01 | P33 | Finalization and forwarding of Joint Preconference Report. | .50 |
| 01/31/01 | HUM | Finalize pretrial report | .30 |
| 02/12/01 | HUM | Review documents from Defendant | .30 |
| 02/13/01 | HUM | Call to Ted Reynolds re: available defenses | .20 |
| 02/14/01 | HUM | Review letter from Sprouse with attachments re: settlement | .20 |
| 02/22/01 | HUM | Conf. with Ted Reynolds re: | .30 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

03/06/01

Federal ID #
56-1201204
Invoice   34606
Page         2

```
TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh          NC 27604
```

Client Id. 00-12075
Matter Id. 000-000-013 SWH - Intn'lHeritageInc / Image Asso  Amount Paid: _____

Return Upper Portion With Payment

possible new value defense

| | | | |
|---|---|---|---|
| 02/26/01 | HUM | Conf. with Sprouse re: pretrial conf. | .20 |

| | |
|---|---|
| Fees Billed | $   519.50 |
| Total Current Bill | $   519.50 |
| Balance Due | $   519.50 |

Fee Summary

S W Humrickhouse worked 2.40 hours at $165 an hour.
M J Baird-Paralegal worked 1.90 hours at $ 65 an hour

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    34607

03/06/01

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                 NC 27604

Client Id. 00-12075
Matter Id. 000-000-014 SWH - Intn'lHeritageInc / New Orleans Tours Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 12/14/00 | HUM | Review scheduling order | .30 |
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/18/01 | PL9 | Work on draft of Joint Pre-Conference Report. | 1.00 |
| 01/19/01 | HUM | Prepare pretrial report and transmit to opposing counsel | .50 |
| 01/29/01 | P20 | Call to attorney for New Orleans re: Joint Pretrial Report | .10 |
| 01/31/01 | HUM | Finalize pretrial report | .30 |

Fees Billed                      $      279.00

Disbursements
--------------
Copies                                  $      4.80
Delivery Charge                         $      7.50

Total Disbursements      $       12.30
--------------
Total Current Bill       $      291.30
--------------
Balance Due              $      291.30
==============

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

03/06/01

Federal ID #
56-1201204

Invoice    34607
Page        2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-014 SWH - Intn'lHeritageInc / New Orleans Tours Inc

Amount Paid:

Return Upper Portion With Payment

### Fee Summary

S W Humrickhouse worked 1.10 hours at $165 an hour.
M J Baird-Paralegal worked .40 hours at $ 65 an hour.
Paralegal PWH worked 1.00 hours at $ 65 an hour.
S T Waller worked .10 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### A T T O R N E Y S  A T  L A W

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

03/06/01

Federal ID #
56-1201204

Invoice    34608

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-015 SWH - Intn'lHeritageInc / WWFPaperCorp/WWF NY Dire

Amount Paid:

For legal services rendered; including but not limited to

Return Upper Portion With Payment

| Date | Code | Description | Amount |
|---|---|---|---|
| 11/29/00 | HUM | Conf. with creditor attorney re: settlement, Letter to creditor | .40 |
| 01/05/01 | P33 | Drafting/Preparation of Statement regarding Intent for Authority to Compromise | .50 |
| 01/08/01 | P33 | Finalization and Filing of Statment regarding Intent for Authority to Compromise | .50 |
| 02/08/01 | PL9 | Letter to defendant with proof of claim. | .40 |
| 02/12/01 | P33 | Preparation and filing of Motion to Compromise and Settle Adversary Proceeding. | .50 |
| 02/14/01 | P33 | Preparation and filing of Order Approving Compromise and Settlement of Adversary Proceeding. | .50 |

Fees Billed                                    $    222.00

Disbursements
--------------
Fax                                         $     3.00

Postage                                     $      .34

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34608
Page         2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-015 SWH - Intn'lHeritageInc / WWFPaperCompWHPartY Dire

Return Upper Portion With Payment

| Copies | $ | 1.20 |
|---|---|---|
| Total Disbursements | $ | 4.54 |
| Total Current Bill | $ | 226.54 |
| Balance Due | $ | 226.54 |

**Fee Summary**

S W Humrickhouse worked .40 hours at $165 an hour.
M J Baird-Paralegal worked 2.00 hours at $ 65 an hour
Paralegal PWH worked .40 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).