In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34609

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id.  00-12075
Matter Id.  000-000-016 SWH - Intn'lHeritageInc / ShustakJalil&Heller PC

Amount Paid: _____

---

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| | | | |
|---|---|---|---:|
| 11/13/00 | HUM | Call from E. Shustak re: supporting documentation | .30 |
| 11/27/00 | HUM | Call to E. Shustak re: settlement proposal | .30 |
| 12/04/00 | HUM | Settlement conf. with Shustak | .30 |
| 12/06/00 | HUM | Conf. with Shustak re: settlement | .30 |
| 01/05/01 | P33 | Preparation/Drafting of Statement regarding Intent for Authority to Compromise | .50 |
| 01/08/01 | P33 | Finalization and Filing of Statment regarding Intent for Authority to Compromise | .50 |
| 02/08/01 | PL9 | Letter to defendant with proof of claim. | .40 |
| 02/12/01 | P33 | Preparation and filing of Motion to Compromise and Settle Adversary Proceeding. | .50 |
| 02/14/01 | P33 | Preparation and filing of Order Approving Compromise and Settlement of Adversary Proceeding. | .50 |

Fees Billed                    $    354.00

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

329A

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID =
56-1201204

03/06/01

Invoice    34609
Page          2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-016 SWH - Intn'lHeritageInc / ShustakJalAh&HePier PC

Return Upper Portion With Payment

Disbursements
- - - - - - - - - - - - -

Postage                                    $        .34

Copies                                  ·  $      1.20

Total Disbursements     $        1.54
~ - - - - - - - - - - - - -
Total Current Bill      $      355.54
- - - - - - - - - - - - -
Balance Due             $      355.54
============

Fee Summary

S W Humrickhouse worked 1.20 hours at $165 an hour.
M J Baird-Paralegal worked 2.00 hours at $ 65 an hour
Paralegal PWH worked .40 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

03/06/01

Federal ID =
56-1201204
Invoice   34610

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                NC 27604

Client Id. 00-12075
Matter Id. 000-000-017 SWH - Intn'lHeritageInc / FrankMastoloni&SonsInc

Amount Paid: _____

---

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/06/01 | PL9 | Prepare new summons to be re-issued. | .40 |
| 02/08/01 | PL9 | Reserve summons & complaint. | .30 |
| 02/27/01 | HUM | Call to Mr. Mastoloni re: ordinary course defense | .40 |

Fees Billed                      $     137.50

**Disbursements**

Postage                  $      .34

Copies                   $     2.00

Total Disbursements      $       2.34

Total Current Bill       $     139.84

Balance Due              $     139.84

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
Paralegal PWH worked .70 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34610
Page        2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-017 SWH - Intn'lHeritageInc / FrankMastoAnni&FoodsInc

Return Upper Portion With Payment

S W Humrickhouse worked .40 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204
Invoice   34611

03/06/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-018 SWH - Intn'lHeritageInc - Quality Bldrs Inc of Ral

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 01/17/01 | P33 | Complete review of file, reorganization of file, running of docket check list. | .40 |
| 01/26/01 | HUM | Meet with Angell re: settlement | .40 |
| 02/08/01 | PL9 | Prepare Statement Regarding Intent to Move for Authority to Compromise for filing, serve same. | .50 |
| 02/08/01 | PL9 | Letter to defendant with proof of claim. | .40 |
| 02/12/01 | P33 | Preparation and filing of Motion to Compromise and Settle Adversary Proceeding. | .50 |
| 02/14/01 | P33 | Preparation and filing of Order Approving Compromise and Settlement of Adversary Proceeding. | .50 |
| 02/19/01 | P20 | Draft letter to Holmes Harden transmitting check (funds from Quality Builders) | .10 |

Fees Billed                    $    222.00

Disbursements

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34611
Page         2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-018 SWH - Intn'lHeritageInc - Quality Bl Amount of Ral

Return Upper Portion With Payment

---

| | | |
|---|---|---|
| Postage | $ | 1.91 |
| Copies | $ | 2.80 |
| Total Disbursements | $ | 4.71 |
| Total Current Bill | $ | 226.71 |
| Balance Due | $ | 226.71 |

### Fee Summary

M J Baird-Paralegal worked 1.40 hours at $ 65 an hour
S W Humrickhouse worked .40 hours at $165 an hour.
Paralegal PWH worked .90 hours at $ 65 an hour.
S T Waller worked .10 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34612

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-019 SWH - Intn'l Heriatage Inc - Connexus, LTD

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 01/16/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/16/01 | PL9 | Draft Motion and Affidavit for Entry of Default and Entry of Default. | .70 |
| 02/16/01 | HUM | Review default papers. | .20 |

Fees Billed                     $     104.50

Disbursements
--------------
Copies                                    $    1.40

Total Disbursements         $       1.40
                                  --------------
Total Current Bill          $     105.90
                                  --------------
Balance Due                 $     105.90
                                  =============

### Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
Paralegal PWH worked .70 hours at $ 65 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34613

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-020 SWH - Intn'lHeritageInc - NiagaraFrontierTravelSer

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/25/01 | HUM | Review order re: pro hac vice | .10 |
| 01/27/01 | PL9 | Work on draft of joint pre-conference report. | .80 |
| 01/29/01 | HUM | Finalize pretrial report | .30 |
| 02/09/01 | P33 | Filing of Joint Pre-Conference Report. | .50 |
| 02/09/01 | HUM | Finalize pretrial report | .20 |
| 02/10/01 | HUM | Prepare for pretrial conference | .30 |
| 02/12/01 | HUM | Pretrial conference | .20 |
| 02/22/01 | HUM | Motion to modify pretrial order | .20 |
| 02/27/01 | P33 | Preparation and filing of Motion to Modify Pre-Trial Order. | .50 |
| 02/27/01 | HUM | Review disc. requests, call to Jeutter re: same | .30 |

Fees Billed                     $    407.00

Disbursements

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34613
Page        2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-020 SWH - Intn'lHeritageInc - NiagaraFrontierTravelSer

Amount Pha

Return Upper Portion With Payment

| | | |
|---|---|---|
| -------------- | | |
| Postage | $ | .55 |
| Fax | $ | 4.00 |
| Delivery Charge | $ | 7.50 |
| Copies | $ | 10.40 |
| Total Disbursements | $ | 22.45 |
| Total Current Bill | $ | 429.45 |
| Balance Due | $ | 429.45 |

Fee Summary

M J Baird-Paralegal worked 1.40 hours at $ 65 an hour
S W Humrickhouse worked 1.60 hours at $165 an hour.
Paralegal PWH worked .80 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With ___

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice   34614

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-021 SWH - Intn'lHeritageInc - Printing Plus, Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|------|
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/22/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/30/01 | P33 | Finalization and forwarding of Joint Preconference Report. | .50 |
| 01/31/01 | HUM | Finalize pretrial report | .30 |
| 02/09/01 | HUM | Modify pretrial report | .20 |
| 02/13/01 | PL9 | File Pre-Conference Report. | .30 |

Fees Billed                    $     186.50

Disbursements
--------------
Copies                    $      3.40

Postage                   $       .55

Total Disbursements    $       3.95

Total Current Bill     $     190.45

Balance Due            $     190.45
                       =============

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34614
Page          2

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-021 SWH - Intn'lHeritageInc - Printing Plus Inc.

Return Upper Portion With Payment

### Fee Summary

M J Baird-Paralegal worked 1.30 hours at $ 65 an hour
S W Humrickhouse worked .50 hours at $165 an hour.
Paralegal PWH worked .30 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34615

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-022 SWH - Intn'lHeritageInc - Blessing Abound, Inc.

Amount Paid: _____

---

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 01/15/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/16/01 | PL9 | Draft Motion and Affidavit for Entry of Default and Entry of Default. | .70 |
| 02/16/01 | HUM | Review default papers. | .20 |

Fees Billed                    $    104.50

Disbursements
-------------
Copies                              $    1.40

Total Disbursements    $      1.40
                       -------------
Total Current Bill     $    105.90
                       -------------
Balance Due            $    105.90
                       =============

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
Paralegal PWH worked .70 hours at $ 65 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34616

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-023 SWH - Intn'lHeritageInc - Pizzazz Team, Inc.

Amount Paid: _____

---

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|------|
| 12/04/00 | HUM | Call to Steve Castle re: claim | .20 |
| 12/30/00 | HUM | Letter to counsel re: settlement | .30 |
| 01/09/01 | P33 | Preparation and Filing of Statement/Extension of Time, correspondence to Court | .50 |
| 01/10/01 | HUM | Conf. re: settlement with Castle | .30 |
| 01/11/01 | P33 | Preparation and Filing of Statement regarding Intent to Move for Authority to Compromise | .50 |
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/12/01 | P33 | Preparation and filing of Motion to Compromise and Settle Adversary Proceeding. | .50 |
| 02/14/01 | P33 | Preparation and filing of Order Approving Compromise and Settlement of Adversary Proceeding. | .50 |

Fees Billed                    $      288.00

Disbursements

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34616
Page          2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-023 SWH - Intn'lHeritageInc - Pizzazz Team  Amount Paid: _____

Return Upper Portion With Payment

-------------

| | | |
|---|---|---|
| Postage | $ | .68 |
| Copies | $ | 4.80 |
| Delivery Charge | $ | 7.50 |
| Total Disbursements | $ | 12.98 |
| Total Current Bill | $ | 300.98 |
| Balance Due | $ | 300.98 |

Fee Summary

S W Humrickhouse worked .80 hours at $165 an hour.
M J Baird-Paralegal worked 2.40 hours at $ 65 an hour

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

03/06/01

Federal ID #
56-1201204
Invoice    34617

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-024 SWH - Intn'lHeritageInc - Wood&Francis,PLLC/BEWood

Amount Paid: _____

---

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | | | | |
|---|---|---|---|---|
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 | |

|  |  |
|---|---|
| Fees Billed | $   26.00 |
| Total Current Bill | $   26.00 |
| Balance Due | $   26.00 |

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With   ___ .

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

Invoice   34618

03/06/01

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-025 SWH - Intn'lHeritageInc - TheAlphaOmegaConst. Corp

Amount Paid: _____

---

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Amount |
|------|------|-------------|-------:|
| 11/29/00 | HUM | Call from creditor re: defenses | .40 |
| 12/06/00 | HUM | Call to Gagnier re: extension | .20 |
| 01/05/01 | HUM | Respond to Gagnier letter | .30 |
| 01/09/01 | P33 | Preparation and Filing of Statement/Extension of Time, correspondence to the Court | .50 |
| 01/15/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/13/01 | HUM | Call from Vicki Gagnier, review file, transmit letter re: settlement | .40 |
| 02/16/01 | HUM | Call to Vicki Gagnier re: settlement | .20 |
| 02/17/01 | HUM | Work on settlement | .20 |
| 02/19/01 | P33 | Preparation and filing of Statement Regarding Intent to Move for Authority to Compromise. | .30 |

Fees Billed                $    358.50

Disbursements

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID =
56-1201204

03/06/01

Invoice   34618
Page         2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id.  00-12075
Matter Id.  000-000-025 SWH - Intn'lHeritageInc - TheAlphaOmegaGrp.-Corp

Return Upper Portion With Payment

------------
Copies                                    $    5.80

Fax                                       $    3.00

              Total Disbursements        $       8.80
                                         --------------
              Total Current Bill         $     367.30
                                         --------------
              Balance Due                $     367.30
                                         ==============

              Fee Summary

S W Humrickhouse worked 1.70 hours at $165 an hour.
M J Baird-Paralegal worked 1.20 hours at $ 65 an hour

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    34619

03/06/01

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-026 SWH - Intn'lHeritageInc - Carolina Hurricaes Found

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 01/15/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/18/01 | P20 | Process Summons and Complaint | .10 |
| 02/14/01 | P33 | Filing of Stipulation of Dismissal. | .20 |
| 02/14/01 | HUM | Transmit and review dismissal | .20 |

| | |
|---|---|
| Fees Billed | $ 78.50 |
| Total Current Bill | $ 78.50 |
| Balance Due | $ 78.50 |

### Fee Summary

M J Baird-Paralegal worked .60 hours at $ 65 an hour.
S T Waller worked .10 hours at $ 65 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34620

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-027 SWH - Intn'lHeritageInc - Edmundo & Lisa Colorado

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| Date | Code | Description | |
|---|---|---|---|
| 01/16/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/22/01 | P33 | Drafting/Preparation of Joint Preconference Report | .50 |
| 01/25/01 | P33 | Preparation and finalization of Joint Preconference Report. | .50 |
| 01/30/01 | P33 | Finalization and forwarding of Joint Preconference Report. | .50 |
| 01/31/01 | HUM | Finalize preconference report | .40 |
| 02/09/01 | P33 | Filing of Joint Pre-Conference Report. | .50 |
| 02/10/01 | HUM | Prepare for pretrial conference | .30 |
| 02/12/01 | HUM | Pretrial conference | .20 |

| | |
|---|---|
| Fees Billed | $ 304.50 |
| Total Current Bill | $ 304.50 |
| Balance Due | $ 304.50 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34620
Page          2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-027 SWH - Intn'lHeritageInc - Edmundo & Absent Colorado

Return Upper Portion With Payment

### Fee Summary

M J Baird-Paralegal worked 2.40 hours at $ 65 an hour
S W Humrickhouse worked .90 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice   34621

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                NC 27604

Client Id. 00-12075
Matter Id. 000-000-028 SWH - Intn'lHeritagInc / SheratonOperatingCorp

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 01/17/01 | P33 | Complete review of file, reorganization of file, running of docket check list. | .40 |
| 01/29/01 | PL9 | Prepare summons for re-issuance and service. | .40 |
| 02/26/01 | HUM | Conf. with Morton re: settlement | .30 |

Fees Billed                    $    101.50

Disbursements
---------------
Copies                                    $    3.60

Total Disbursements    $      3.60
Total Current Bill     $    105.10
Balance Due            $    105.10

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
Paralegal PWH worked .40 hours at $ 65 an hour.
S W Humrickhouse worked .30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    34622

03/06/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-029 SWH - Intn'lHeritageInc - TheEnterpriseMgmtGroup

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | | Description | | |
|---|---|---|---|---|
| 11/30/00 | HUM | Draft dismissal | | .30 |
| 12/07/00 | HUM | Call to Bill Overman re: dismissal | | .20 |

Fees Billed                    $      82.50

**Disbursements**

Delivery Charge                    $     7.50

Copies                             $     2.00

Total Disbursements        $      9.50

Total Current Bill         $     92.00

Balance Due                $     92.00
============

Fee Summary

S W Humrickhouse worked .50 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

03/06/01

Federal ID #
56-1201204

Invoice    34623

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-030 SWH - Intn'lHeritageInc - InterwestTransferCo,Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Amount |
|---|---|---|---|
| 12/05/00 | HUM | Review response of counsel | .30 |
| 12/30/00 | HUM | Letter to Harden re: possible interest in purchasing stock, letter to Mason re: same | .50 |
| 01/04/01 | HUM | Call to counsel re: extension | .30 |
| 01/09/01 | P33 | Preparation and Filing of Statement/Extension of Time, correspondence to Court | .50 |
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/25/01 | HUM | Respond to settlement offer | .30 |
| 02/05/01 | HUM | Respond to settlement offer | .30 |
| 02/08/01 | P33 | Filing of Statement Regarding Intent to Move for Authority to Compromise. | .50 |
| 02/08/01 | PL9 | Prepare Statement of Intent to Move for Authority to Compromise for filing, serve same. | .50 |
| 02/12/01 | P33 | Preparation and filing of Motion to Compromise and Settle Adversary Proceeding. | .50 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice     34623
Page            2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-030 SWH - Intn'lHeritageInc - InterwestTransferCo,Inc

Return Upper Portion With Payment

| Date | | Description | | | |
|---|---|---|---|---|---|
| 02/14/01 | P33 | Preparation and filing of Order Approving Compromise and Settlement of Adversary Proceeding. | | .50 | |
| | | | Fees Billed | $ | 469.00 |

Disbursements
--------------
| | | | | |
|---|---|---|---|---|
| Copies | | $ | 4.60 | |
| Fax | | $ | 6.00 | |
| Postage | | $ | 1.91 | |
| | Total Disbursements | $ | 12.51 | |
| | Total Current Bill | $ | 481.51 | |
| | Balance Due | $ | 481.51 | |

### Fee Summary

S W Humrickhouse worked 1.70 hours at $165 an hour.
M J Baird-Paralegal worked 2.40 hours at $ 65 an hour
Paralegal PWH worked .50 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice   34624

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-031 SWH - Intn'lHeritageInc - BNYFinCorp&BNY,Charlotte

Amount Paid: _____

---

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 11/27/00 | HUM | Review letter from Charlotte Defendant - no contact with IHI, response | .30 |
| 01/04/01 | HUM | Review affidavit from Defendant, Draft dismissal | .60 |
| 01/08/01 | P33 | Drafting/Preparation and filing of Notice of Voluntary Dismissal | .50 |
| 01/15/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/18/01 | P20 | Process of Summons and Complaint | .10 |
| 02/12/01 | HUM | Call to Defendant re: settlement | .30 |
| 02/13/01 | HUM | Review file and documentation from Defendant, letter to Defendant | .50 |

Fees Billed                    $    345.50

Disbursements
-------------

Postage                        $      .33

Copies                         $     6.60

Fax                            $     3.00

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34624
Page    2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-031 SWH - Intn'lHeritageInc - BNYFinCorpBNYCharlotteAmountCharlotte

Return Upper Portion With Payment

| | | |
|---|---|---|
| Total Disbursements | $ | 9.93 |
| Total Current Bill | $ | 355.43 |
| Balance Due | $ | 355.43 |

### Fee Summary

S W Humrickhouse worked 1.70 hours at $165 an hour.
M J Baird-Paralegal worked .90 hours at $ 65 an hour.
S T Waller worked .10 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34625

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-032 SWH - Intn'lHeritageInc - Etienne Aigner, Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 11/30/00 | HUM | Conf. with Nancy Grear re: settlement | .40 |
| 01/04/01 | HUM | Letter to Trustee re: settlement | .30 |
| 01/05/01 | P33 | Preparation/Drafting of Statement Regarding Intent for Authority to Compromise | .50 |
| 01/05/01 | PL9 | Letter to Defendant's attorney re: settlement and proof of claim. | .70 |
| 01/08/01 | P33 | Finalization and Filing of Statement regarding Intent for Authority to Compromise | .50 |
| 02/12/01 | P33 | Preparation and filing of Motion to Compromise and Settle Adversary Proceeding. | .50 |
| 02/14/01 | P33 | Preparation and filing of Order Approving Compromise and Settlement of Adversary Proceeding. | .50 |

Fees Billed                                        $    291.00

Disbursements
------------
Copies                                        $      3.20

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

03/06/01

Federal ID #
56-1201204

Invoice    34625
Page            2

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-032 SWH - Intn'lHeritageInc - Etienne Aigner Inc.

Amount Paid.

Return Upper Portion With Payment

| | | |
|---|---|---|
| Total Disbursements | $ | 3.20 |
| Total Current Bill | $ | 294.20 |
| Balance Due | $ | 294.20 |

## Fee Summary

S W Humrickhouse worked .70 hours at $165 an hour.
M J Baird-Paralegal worked 2.00 hours at $ 65 an hour
Paralegal PWH worked .70 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34626

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-033 SWH - Intn'lHeritageInc - MikeSenio/DimmockHillGol

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/22/01 | P33 | Drafting/Preparation of Joint Preconference Report | .50 |
| 01/25/01 | P33 | Preparation and finalization of Joint Preconference Report. | .50 |
| 01/30/01 | P33 | Finalization and forwarding of Joint Preconference Report. | .50 |
| 01/31/01 | HUM | Finalize pretrial report | .30 |
| 02/09/01 | P33 | Filing of Plaintiff's Pre-Conference Report. | .50 |
| 02/12/01 | HUM | Pretrial conference | .20 |
| 02/22/01 | HUM | Motion to modify pretrial order | .20 |
| 02/27/01 | P33 | Preparation and filing of Motion to Modify Pre-Trial Order. | .50 |

Fees Billed                      $      304.00

Disbursements
-------------
Copies                                 $        2.40

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

03/06/01

Federal ID #
56-1201204
Invoice    34626
Page         2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-033 SWH - Intn'lHeritageInc - MikeSenio/AirportHillGol

Return Upper Portion With Payment

| | | |
|---|---|---|
| Total Disbursements | $ | 2.40 |
| Total Current Bill | $ | 306.40 |
| Balance Due | $ | 306.40 |

### Fee Summary

M J Baird-Paralegal worked 2.90 hours at $ 65 an hour
S W Humrickhouse worked .70 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34627

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-034 SWH - Intn'lHeritageInc / BedfordFreightLines, Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 12/05/00 | HUM | Letter to counsel accepting offer | .30 |
| 01/05/01 | P33 | Preparation/Drafting of Statement regarding Intent for Authority to Compromise | .50 |
| 01/08/01 | P33 | Finalization and Filing of Statement regarding Intent for Authority to Compromise | .50 |
| 02/08/01 | PL9 | Letter to defendant with proof of claim. | .40 |
| 02/12/01 | P33 | Preparation and filing of Motion to Compromise and Settle Adversary Proceeding. | .50 |

Fees Billed                    $    173.00

Disbursements
--------------
Fax                     $     3.00

Postage                 $      .34

Copies                  $     1.20

Total Disbursements     $     4.54

Total Current Bill      $   177.54

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34627
Page          2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-034 SWH - Intn'lHeritageInc / BedfordFreightAines, Inc

Return Upper Portion With Payment

Balance Due

$    177.54
============

Fee Summary

S W Humrickhouse worked .30 hours at $165 an hour.
M J Baird-Paralegal worked 1.50 hours at $ 65 an hour
Paralegal PWH worked .40 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice   34628

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh        NC 27604

Client Id. 00-12075
Matter Id. 000-000-035 SWH - Intn'lHeritageInc / Allen, Harris, Shaw

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 11/29/00 | HUM | Call from creditor re: settlement | .30 |
| 01/05/01 | P33 | Preparation/Drafting of Statment regarding Intent for Authority to Compromise | .50 |
| 01/08/01 | P33 | Finalization and Filing of Statement regarding Intent for Authority to Compromise | .50 |
| 02/12/01 | P33 | Preparation and filing of Motion to Compromise and Settle Adversary Proceeding. | .50 |
| 02/14/01 | P33 | Preparation and filing of Order Approving Compromise and Settlement of Adversary Proceeding. | .50 |

Fees Billed                    $      179.50

Disbursements
-------------
Copies                         $      1.20

Total Disbursements            $        1.20

Total Current Bill             $      180.70

Balance Due                    $      180.70
                               =============

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID ≠
56-1201204

03/06/01

Invoice    34628
Page          2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-035 SWH - Intn'lHeritageInc / Allen, HarrisSunShaw

Return Upper Portion With Payment

### Fee Summary

S W Humrickhouse worked .30 hours at $165 an hour.
M J Baird-Paralegal worked 2.00 hours at $ 65 an hour

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

03/06/01

Federal ID =
56-1201204

Invoice
34629

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id.  00-12075
Matter Id.  000-000-036 SWH - Int'lHeritageInc / Kinko's Inc.

Amount Paid:

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| Date | Code | Description | Amount |
|---|---|---|---|
| 12/14/00 | HUM | Call from David Ring re: extension | .30 |
| 01/03/01 | HUM | Conf. with David Ring re: possible settlement | .40 |
| 01/09/01 | P33 | Preparation and Filing of Statement/Extension of Time, correspondence to Court | .50 |
| 01/11/01 | HUM | Call from David Ring re: settlement | .20 |
| 01/12/01 | HUM | Call to David Ring re: settlement | .20 |
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/17/01 | P33 | Drafting, finalization and filing of Statement/Intent to Move for Authority to Compromise. | .20 |
| 01/25/01 | HUM | Transmit settlement check | .20 |
| 01/25/01 | PL9 | Letter to defendant's attprney re: settlement and proof of claim, letter to Trustee, prepare statement re: compromise for filing. | .80 |
| 02/12/01 | P33 | Preparation and filing of Motion | .50 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).