In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice   34637

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-044 SWH - Intn'lHeritageInc / EBSCO Ind. dba Vulcan B

Amount Paid:

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 12/13/00 | HUM | Conf. with Lloyd Peeples re: extension and possible settlement | .20 |
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/22/01 | P33 | Drafting/Preparation of Joint Preconference Report | .50 |
| 01/25/01 | HUM | Prepare and deliver preconference report | .40 |
| 02/09/01 | HUM | Conf. with Lloyd Peeples re: settlement; arrangements re: pretrial | .40 |
| 02/14/01 | HUM | Letter to Peeples re: settlement procedure | .20 |
| 02/15/01 | HUM | Respond to Defendant inquiry | .20 |
| 02/16/01 | P33 | Preparation of correspondence to Lloyd Peeples, Esquire enclosing draft copy of Motion to Compromise. | .20 |
| 02/22/01 | P20 | Draft Order Approving Compromise and Settlement | .20 |
| 02/23/01 | HUM | Letter to Peeples re: motion form | .30 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

298

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311     Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34637
Page          2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-044 SWH - Intn'lHeritageInc / EBSCO Ind. Admin Vulcan B

Return Upper Portion With Payment

|  |  |  |
|---|---|---|
| Fees Billed | $ | 365.00 |

**Disbursements**

| | | |
|---|---|---|
| Postage | $ | .34 |
| Copies | $ | 2.00 |
| Fax | $ | 7.00 |
| Total Disbursements | $ | 9.34 |
| Total Current Bill | $ | 374.34 |
| Balance Due | $ | 374.34 |

### Fee Summary

S W Humrickhouse worked 1.70 hours at $165 an hour.
M J Baird-Paralegal worked 1.10 hours at $ 65 an hour
S T Waller worked .20 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34638

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-045 SWH - Intn'l Heritage Inc / Tyra Intn'l Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| Date | | Description | Amount |
|---|---|---|---|
| 11/29/00 | HUM | Conf. with creditor re: new value defense | .40 |
| 12/06/00 | HUM | Draft letter to counsel re: preference defenses | .30 |
| 12/30/00 | HUM | Respond to general counsel letter regarding preference action | .40 |
| 01/09/01 | P33 | Preparation and Filing of Statement/Extension of Time, correspondence to Court | .50 |
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/14/01 | HUM | Review Answer | .30 |
| 02/20/01 | HUM | Prepare pretrial report | .30 |

Fees Billed            $    339.00

Disbursements
-------------

| | | |
|---|---|---|
| Copies | $ | 1.60 |
| Fax | $ | 3.00 |
| Postage | $ | .33 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

| | |
|---|---|
| Invoice | 34638 |
| Page | 2 |

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-045 SWH - Intn'l Heritage Inc / Tyra Intn'l  Amount Paid:

Return Upper Portion With Payment

| | | |
|---|---|---|
| Total Disbursements | $ | 4.93 |
| | | ------------- |
| Total Current Bill | $ | 343.93 |
| | | ------------- |
| Balance Due | $ | 343.93 |
| | | ============= |

### Fee Summary

S W Humrickhouse worked 1.70 hours at $165 an hour.
M J Baird-Paralegal worked .90 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34639

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-046 SWH - Intn'lHeritageInc / BarryAckeldbaAcmeHolding

Amount Paid:

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 01/15/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/09/01 | PL9 | Draft Motion and Affidavit for Entry of Default, Entry of Default, Motion for Default Judgment and Default Judgment. | 1.50 |
| 02/09/01 | HUM | Finalize and sign default papers | .30 |

Fees Billed                                         $        173.00

Disbursements
- - - - - - - - - - - - -
Copies                              $        4.20

Total Disbursements        $          4.20

Total Current Bill         $        177.20

Balance Due                $        177.20
==============

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
Paralegal PWH worked 1.50 hours at $ 65 an hour.
S W Humrickhouse worked .30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

03/06/01

Federal ID #
56-1201204
Invoice    34640

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-047 SWH - Intn'l Heritage Inc / Robt. Half Intn'l Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 11/27/00 | HUM | Review correspondence from counsel, respond to letter | .80 |
| 01/17/01 | P33 | Complete review of file, reorganization of file, running of docket check list. | .40 |
| 01/17/01 | P33 | Drafting, finalization and filing of Statement/Agreement to Extending Time to Answer. | .20 |
| 01/18/01 | HUM | Call to Leslie Beemer | .30 |
| 01/26/01 | HUM | Call to Leslie Beemer re: settlement | .20 |
| 01/29/01 | HUM | Conf. with Leslie Beemer re: settlement | .40 |
| 01/30/01 | P33 | Drafting, finalization and filing of Statement/Intent to Move to Compromise. | .30 |

Fees Billed                    $    339.00

Disbursements
--------------
Postage                    $       .33

Copies                     $      2.00

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34640
Page          2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-047 SWH - Intn'l Heritage Inc / Robt. Ha Amouni Padel Inc

Return Upper Portion With Payment

| | | |
|---|---|---|
| Total Disbursements | $ | 2.33 |
| Total Current Bill | $ | 341.33 |
| Balance Due | $ | 341.33 |

### Fee Summary

S W Humrickhouse worked 1.70 hours at $165 an hour.
M J Baird-Paralegal worked .90 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice   34641

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                NC 27604

Client Id. 00-12075
Matter Id. 000-000-048 SWH - Intn'lHeritageInc / LarrySmithdbaAlphaConsul

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 01/17/01 | P33 | Complete review of file, reorganization of file, running of docket check list. | .40 |
| 02/16/01 | PL9 | Draft Motion and Affidavit for Entry of Default and Entry of Default. | .70 |
| 02/20/01 | HUM | Finalize default papers | .30 |

Fees Billed                    $      121.00

Disbursements
--------------
Copies                              $      2.40

Total Disbursements     $        2.40
--------------
Total Current Bill      $      123.40
--------------
Balance Due             $      123.40
==============

### Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
Paralegal PWH worked .70 hours at $ 65 an hour.
S W Humrickhouse worked .30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34646

```
      Holmes P. Harden
    TO c/o Maupin, Taylor & Ellis, PA
      3200 Beechleaf Ct. POB 19764
      Raleigh          NC 27604
```

Client Id. 00-12075
Matter Id. 000-000-053 SWH - Intn'lHeritageInc / DechertfkaDechert,Price&

Amount Paid: _____

Return Upper Portion With Payment

```
                  For legal services rendered; including
                  but not limited to

01/16/01   P33   Complete review of file,                .40
                  reorganization of same, running of
                  docket check list.

01/18/01   PL9   Work on draft of Joint                  1.00
                  Pre-Conference Report.

01/19/01   HUM   Review pretrial report filed by          .40
                  Dechert
                                                        -------------
                  Fees Billed                    $        157.00

      Disbursements
      -------------
      Delivery Charge               $       7.50

      Copies                        $       4.00

                  Total Disbursements       $      11.50
                                                  -------------
                  Total Current Bill        $     168.50
                                                  -------------
                  Balance Due               $     168.50
                                                  =============

            Fee Summary

   M J Baird-Paralegal worked .40 hours at $ 65 an hour.
   Paralegal PWH worked 1.00 hours at $ 65 an hour.
   S W Humrickhouse worked .40 hours at $165 an hour.
```

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34647

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-054 SWH - Intn'l Heritage Inc / Gary Bisbey

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 01/15/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/21/01 | HUM | Review service | .20 |
| 02/23/01 | PL9 | Prepare new summons to be re-issued. | .40 |

|  |  |  |
|---|---|---|
| Fees Billed | $ | 85.00 |

Disbursements
-------------

| | | |
|---|---|---|
| Postage | $ | .34 |
| Copies | $ | 2.70 |
| Total Disbursements | $ | 3.04 |
| Total Current Bill | $ | 88.04 |
| Balance Due | $ | 88.04 |

## Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.
Paralegal PWH worked .40 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice   34648

03/06/01

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                NC 27604

Client Id. 00-12075
Matter Id. 000-000-055 SWH - Intn'l Heritage Inc / CVN, Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | |
|------|------|-------------|---|
| 11/29/00 | HUM | Call from David Pryer re: defenses | .40 |
| 12/30/00 | HUM | Letter to counsel re: settlement | .30 |
| 01/09/01 | P33 | Preparation and Filing of Statement/Extension of Time, correspondence to Court | .50 |
| 02/01/01 | HUM | Call counsel re: settlement funds | .30 |
| 02/08/01 | PL9 | Prepare Statement of Intent to Move for Authority to Compromise for filing, serve same. | .50 |
| 02/12/01 | P33 | Preparation and filing of Motion to Compromise and Settle Adversary Proceeding. | .50 |
| 02/14/01 | P33 | Preparation and filing of Order Approving Compromise and Settlement of Adversary Proceeding. | .50 |

Fees Billed          $      292.50

Disbursements
-------------
Postage                     $      .68

Copies                      $     3.80

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34648
Page       2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-055 SWH - Intn'l Heritage Inc / CVN, Inc

Amount Paid: _____

Return Upper Portion With Payment

| | | |
|---|---|---|
| Total Disbursements | $ | 4.48 |
| Total Current Bill | $ | 296.98 |
| Balance Due | $ | 296.98 |

### Fee Summary

S W Humrickhouse worked 1.00 hours at $165 an hour.
M J Baird-Paralegal worked 1.00 hours at $ 65 an hour
Paralegal PWH worked .50 hours at $ 65 an hour.
M J Baird-Paralegal worked .50 hours at $ 60 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice   34649

03/06/01

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-056 SWH - Intn'l Heritage, Inc. / John Daniell

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|------|
| 01/09/01 | P33 | Preparation and Filing of Statement/Extension of Time, correspondence to Court | .50 |
| 01/16/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/01/01 | HUM | Review Answer | .20 |
| 02/15/01 | HUM | Letter to Brent Wood re: settlement | .30 |

Fees Billed                     $    141.00

Disbursements
-------------

Postage                         $      .34

Copies                          $     1.20

Total Disbursements        $      1.54

Total Current Bill         $    142.54

Balance Due                $    142.54

Fee Summary

M J Baird-Paralegal worked .90 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

03/06/01

Federal ID =
56-1201204

Invoice    34649
Page          2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-056 SWH - Intn'l Heritage, Inc. / John D...  Amount Paid: _____

Return Upper Portion With Payment

S W Humrickhouse worked .50 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID =
56-1201204

Invoice    34650

03/06/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id.  00-12075
Matter Id.  000-000-057 SWH - Intn'l Heritage, Inc. / Mandy Herrin

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 12/15/00 | HUM | Review answer | .20 |
| 01/05/01 | HUM | Review answer/letter filed, transmit letter to Herrin re: defenses asserted | .60 |
| 01/15/01 | HUM | Return call to Randy Herrin | .10 |
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/18/01 | HUM | Call to Randy Herrin | .20 |
| 01/22/01 | P33 | Drafting/Preparation of Joint Preconference Report | .50 |
| 01/25/01 | P33 | Preparation and finalization of Joint Preconference Report. | .50 |
| 01/30/01 | P33 | Finalization and forwarding of Joint Preconference Report. | .50 |
| 01/31/01 | HUM | Finalize pretrial report | .30 |
| 02/09/01 | P33 | Filing of Plaintiff's Pre-Conference Report. | .50 |
| 02/09/01 | HUM | Transmit Plaintiff's pretrial to court with explanation | .20 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID =
56-1201204

03/06/01

Invoice    34650
Page       2

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-057 SWH - Intn'l Heritage, Inc. / Mandy Hanson  Amount Paid: _____

Return Upper Portion With Payment

| Date | | | | |
|---|---|---|---|---|
| 02/10/01 | HUM | Prepare for pretrial conference | .30 | |
| 02/12/01 | HUM | Pretrial conference | .20 | |

Fees Billed                          $    502.50

**Disbursements**
-------------
Copies                           $      .40

Total Disbursements        $      .40

Total Current Bill         $    502.90

Balance Due                $    502.90
                           ============

### Fee Summary

S W Humrickhouse worked 2.10 hours at $165 an hour.
M J Baird-Paralegal worked 2.40 hours at $ 65 an hour

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    34651

03/06/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                    NC 27604

Client Id. 00-12075
Matter Id. 000-000-058 SWH - Intn'l Heritage, Inc. / John Kragh, Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/06/01 | PL9 | Prepare new summons to be re-issued. | .40 |
| 02/08/01 | PL9 | Reserve summons & complaint. | .30 |
| 02/21/01 | HUM | Review service. | .20 |

Fees Billed                     $      104.50

Disbursements
-------------
Postage                              $       .68

Copies                               $      2.00

Total Disbursements          $       2.68

Total Current Bill           $     107.18

Balance Due                  $     107.18
                             ============

### Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
Paralegal PWH worked .70 hours at $ 65 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    34652

03/06/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh           NC 27604

Client Id. 00-12075
Matter Id. 000-000-059 SWH - Intn'l Heritage, Inc. / Leslie Magness

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 11/22/00 | HUM | Conf. with Magness | .30 |
| 12/07/00 | HUM | Call to Daniel Buck re: extension | .20 |
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/01/01 | PL9 | Review file, letter to Defendant re: settlement. | .40 |

|  |  |
|---|---|
| Fees Billed | $ 134.50 |
| Total Current Bill | $ 134.50 |
| Balance Due | $ 134.50 |

## Fee Summary

S W Humrickhouse worked .50 hours at $165 an hour.
M J Baird-Paralegal worked .40 hours at $ 65 an hour.
Paralegal PWH worked .40 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice   34653

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-060 S - Intn'l Heritage, Inc. / Mark Pruitt

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 01/04/01 | HUM | Review answer | .30 |
| 01/05/01 | HUM | Transmit letter re: defenses to Pruitt | .30 |
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/30/01 | P33 | Finalization and forwarding of Joint Preconference Report. | .50 |
| 01/31/01 | HUM | Finalize pretrial report | .30 |
| 02/14/01 | HUM | Review documents from Defendant, letter re: settlement | .30 |
| 02/26/01 | HUM | Conf. with Pruitt re: settlement | .20 |
| 02/27/01 | P33 | Preparation and filing of Statement Regarding Intent to Move for Authority to Compromise. | .30 |

Fees Billed          $     309.00

Disbursements
-------------
Copies                              $      3.00

Fed Ex                              $     15.00

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice   34653
Page         2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-060 S - Intn'l Heritage, Inc. / Mark Pru      Amount Paid: _____

Return Upper Portion With Payment

| | | |
|---|---|---|
| Total Disbursements | $ | 18.00 |
| Total Current Bill | $ | 327.00 |
| Balance Due | $ | 327.00 |

## Fee Summary

S W Humrickhouse worked 1.40 hours at $165 an hour.
M J Baird-Paralegal worked 1.20 hours at $ 65 an hour

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice   34654

TO  Holmes P. Harden
    c/o Maupin, Taylor & Ellis, PA
    3200 Beechleaf Ct. POB 19764
    Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-061 SWH-Intn'lHeritage,Inc/Sabrina Weid/b/aEternal Fla

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/20/01 | PL9 | Daft Motion and Affidavit for Entry of Default and Entry of Default. | .70 |
| 02/20/01 | HUM | Finalize default papers | .30 |

Fees Billed                    $    121.00

Disbursements
--------------
Copies                              $      .80

Total Disbursements            $       .80

Total Current Bill             $    121.80

Balance Due                    $    121.80
                               ==============

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
Paralegal PWH worked .70 hours at $ 65 an hour.
S W Humrickhouse worked .30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    34655

03/06/01

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-062 SWH - Intn'lHeritageInc / EBHDist.LLC dba EBHarvey

Amount Paid: _____

Return Upper Portion With Payment

| | | For legal services rendered; including but not limited to | |
|---|---|---|---|
| 12/08/00 | HUM | Call from Brian Michaels re: extension | .30 |
| 01/09/01 | P33 | Preparation and Filing of Statement/Extension of Time, correspondence to Court | .50 |
| 01/16/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/17/01 | P33 | Continuation of reorganization of file. | .20 |
| 01/18/01 | HUM | Call to Brian Michaels | .30 |
| 01/22/01 | P33 | Drafting, finalization and filing of Statement/Agreement to Extend Time to Answer. | .30 |
| 01/27/01 | HUM | Reivew materials from Michaels | .60 |
| 02/13/01 | HUM | Review documents from Defendant, letter to Brian Mickles | .50 |
| 02/21/01 | HUM | Review file re: status and extension | .20 |
| 02/23/01 | PL9 | Letter to defendant's counsel, prepare Statement regarding extension of time to answer for | .50 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34655
Page         2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-062 SWH - Intn'lHeritageInc / EBHDist.LLC, dha EBHarvey

Return Upper Portion With Payment

filing.

|  |  |  |
|---|---|---|
| Fees Billed | $ | 437.00 |

Disbursements
- - - - - - - - - - - - -

| Copies | $ | 2.60 |
|---|---|---|
| Fax | $ | 3.00 |
| Postage | $ | .34 |
| Total Disbursements | $ | 5.94 |
| Total Current Bill | $ | 442.94 |
| Balance Due | $ | 442.94 |

Fee Summary

S W Humrickhouse worked 1.90 hours at $165 an hour.
M J Baird-Paralegal worked 1.40 hours at $ 65 an hour
Paralegal PWH worked .50 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With—

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road---Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34629
Page    2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-036 SWH - Int'lHeritageInc / Kinko's Inc

Amount Paid: _____

Return Upper Portion With Payment

|            |      |                                                                             |        |
|------------|------|-----------------------------------------------------------------------------|--------|
|            |      | to Compromise and Settle Adversary Proceeding.                              |        |
| 02/14/01   | P33  | Preparation and filing of Order Approving Compromise and Settlement of Adversary Proceeding. | .50 |

```
                                        Fees Billed              $    403.00

Disbursements
-------------
Copies                                              $      3.40

Postage                                             $       .68

                        Total Disbursements         $         4.08
                                                    -------------
                        Total Current Bill          $       407.08
                                                    -------------
                        Balance Due                 $       407.08
                                                    =============
```

### Fee Summary

S W Humrickhouse worked 1.30 hours at $165 an hour.
M J Baird-Paralegal worked 2.10 hours at $ 65 an hour
Paralegal PWH worked .80 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID =
56-1201204

03/06/01

Invoice     34630

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-037 SWH - Intn'lHeritageInc / CitizenWatchCoofAmerica

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 01/09/01 | P33 | Preparation and Filing of Statement/Extension of Time, correspondence to the Court | .50 |
| 01/16/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/12/01 | P33 | Preparation and filing of Motion to Compromise and Settle Adversary Proceeding. | .50 |
| 02/13/01 | PL9 | Draft Motion for Authority to Compromise, letter to defendant with proof of claim. | .80 |
| 02/14/01 | P33 | Preparation and filing of Order Approving Compromise and Settlement of Adversary Proceeding. | .50 |

Fees Billed            $    201.50

Disbursements
-------------
Copies                        $     1.20

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619

Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34630
Page           2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-037 SWH - Intn'lHeritageInc / CitizenWatchCoofAmerica

Return Upper Portion With Payment

| | | |
|---|---|---|
| Postage | $ | .55 |
| Total Disbursements | $ | 1.75 |
| Total Current Bill | $ | 203.25 |
| Balance Due | $ | 203.25 |

Fee Summary

M J Baird-Paralegal worked 2.30 hours at $ 65 an hour
Paralegal PWH worked .80 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34631

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-038 SWH - Intn'lHeritageInc - Emerald Jewelry Inc

Amount Paid: _____

---

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 12/14/00 | HUM | Call from David Perlman re: extension | .30 |
| 01/04/01 | HUM | Review documentation and settlement offer from counsel | .40 |
| 01/25/01 | HUM | Call to Perlman re: extension | .20 |
| 02/16/01 | PL9 | Draft Motion and Affidavit for Entry of Default, Entry of Default. | .70 |

|  |  |
|---|---|
| Fees Billed | $    194.00 |

Disbursements
--------------

| | | |
|---|---|---|
| Fax | $ | 3.00 |
| Copies | $ | 5.60 |

| | | |
|---|---|---|
| Total Disbursements | $ | 8.60 |
| Total Current Bill | $ | 202.60 |
| Balance Due | $ | 202.60 |

Fee Summary

S W Humrickhouse worked .90 hours at $165 an hour.
Paralegal PWH worked .70 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Invoice    34632

Client Id. 00-12075
Matter Id. 000-000-039 SWH - Intn'lHeritageInc - Win Capital Corp.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 01/10/01 | PL9 | Review file re: service, prepare new summons to be issued and re-served. | .50 |
| 01/27/01 | HUM | Draft dismissal of summons against Florida corp. | .20 |
| 02/01/01 | PL9 | Draft withdrawal of summons, Internet search for new address, prepare new summons to be reissued. | .70 |

Fees Billed                               $    111.00

Disbursements
-------------
Delivery Charge                $    15.00

Copies                         $     5.60

Postage                        $      .68

Total Disbursements            $     21.28

Total Current Bill             $    132.28

Balance Due                    $    132.28

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice     34632
Page             2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-039 SWH - Intn'lHeritageInc - Win Capital Corp     Amount Paid: _____

Return Upper Portion With Payment

### Fee Summary

Paralegal PWH worked 1.20 hours at $ 65 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34633

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                NC 27604

Client Id. 00-12075
Matter Id. 000-000-040 SWH - Intn'lHeritageInc / Nathan Hanks

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 12/11/00 | HUM | Conf. with Hanks re: extension | .20 |
| 01/04/01 | HUM | Letter to Trustee re: settlement | .30 |
| 01/05/01 | P33 | Drafting/Preparation of Statement regarding Intent for Authority to Compromise | .50 |
| 01/05/01 | PL9 | Letter to Defendant's attorney re: settlement and proof of claim. | .70 |
| 01/08/01 | P33 | Finalization and Filing of Statement regarding Intent for Authority to Compromise | .50 |
| 02/12/01 | P33 | Preparation and filing of Motion to Compromise and Settle Adversary Proceeding. | .50 |
| 02/14/01 | P33 | Preparation and filing of Order Approving Compromise and Settlement of Adversary Proceeding. | .50 |

Fees Billed                       $     258.00

Disbursements
---------------
Copies                            $      1.40

Total Disbursements     $      1.40

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34633
Page           2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-040 SWH - Intn'lHeritageInc / Nathan Hanks Amount Paid: _____

Return Upper Portion With Payment

```
                                        --------------
        Total Current Bill        $        259.40
                                        --------------
        Balance Due               $        259.40
                                        ==============
```

### Fee Summary

S W Humrickhouse worked .50 hours at $165 an hour.
M J Baird-Paralegal worked 2.00 hours at $ 65 an hour
Paralegal PWH worked .70 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34634

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-041 SWH - Intn'l Heritage Inc / Vertex, Inc.

Amount Paid: _____

---

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/20/01 | HUM | Finalize default papers | .30 |

Fees Billed                          $     75.50

Disbursements
-------------
Copies                                         $   1.40

Total Disbursements          $      1.40
                                        -------------
Total Current Bill            $     76.90
                                        -------------
Balance Due                    $     76.90
                                        =============

### Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
S W Humrickhouse worked .30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    34635

03/06/01

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-042 SWH - Intn'l Heritage Inc / Jack Duffie

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 01/16/01 | P33 | Complete review of file, reorganization of file, running of docket check list. | .40 |
| 02/21/01 | HUM | Review service | .20 |
| 02/23/01 | PL9 | Prepare new summons to be reissued. | .40 |
| 02/27/01 | PL9 | Reserve summons & complaint. | .40 |

Fees Billed                    $    111.00

Disbursements
-------------

Postage                              $      .34

Copies                               $     1.20

Total Disbursements        $     1.54

Total Current Bill         $    112.54

Balance Due                $    112.54
                           ============

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.
Paralegal PWH worked .80 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS·AT·LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34636

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-043 SWH - Intn'l Heritage Inc / DMax Imaging Inc.

Amount Paid: _____

---

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 01/16/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/19/01 | HUM | Review answer | .40 |
| 01/22/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/22/01 | P33 | Drafting/Preparation of Joint Preconference Report | .50 |
| 01/30/01 | P33 | Preparation/drafting of Joint Preconference Report. | .50 |
| 01/30/01 | P33 | Finalization and forwarding of Joint Preconference Report. | .50 |
| 01/31/01 | HUM | Finalize pretrial report | .30 |
| 02/13/01 | PL9 | File Pre-Conference Report. | .30 |

Fees Billed                          $    284.50

Disbursements
-------------
Copies                    $      1.80

Total Disbursements      $      1.80

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID =
56-1201204

03/06/01

Invoice    34636
Page          2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-043 SWH - Intn'l Heritage Inc / DMax Imaging Inc.

Return Upper Portion With Payment

| | | |
|---|---|---|
| Total Current Bill | $ | 286.30 |
| Balance Due | $ | 286.30 |

### Fee Summary

M J Baird-Paralegal worked 2.30 hours at $ 65 an hour
S W Humrickhouse worked .70 hours at $165 an hour.
Paralegal PWH worked .30 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).