In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Invoice    34656

Client Id.  00-12075
Matter Id.  000-000-063 SWH - Intn'l Heritage Inc / Evonne Eckenroth

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|------|
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/02/01 | HUM | Call to Harden re: Eckenroth settlement proposal | .20 |

|  |  |
|--|--|
| Fees Billed | $   59.00 |
| Total Current Bill | $   59.00 |
| Balance Due | $   59.00 |

### Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

03/06/01

Federal ID #
56-1201204
Invoice    34657

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-064 SWH - Intn'lHeritageInc / O.KennethRudd,III

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/22/01 | P33 | Drafting/Preparation of Joint Preconference Report | .50 |
| 01/25/01 | P33 | Work on and finalization of Joint Preconference Report | .50 |
| 01/30/01 | P33 | Work on Joint Preconference Report. | .50 |
| 01/31/01 | HUM | Finalize pretrial report | .30 |
| 02/08/01 | P33 | Filing of Joint Pre-Conference Report. | .50 |
| 02/10/01 | HUM | Prepare for pretrial conference | .30 |
| 02/12/01 | HUM | Pretrial conference | .20 |

Fees Billed                              $    288.00

**Disbursements**
-------------
Fax                                         $    3.20

Total Disbursements          $    3.20

Total Current Bill             $    291.20

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34657
Page          2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-064 SWH - Intn'lHeritageInc / O.KennethRudd, III

Amount Paid: _____

Return Upper Portion With Payment

Balance Due          $      291.20
                     =============

Fee Summary

M J Baird-Paralegal worked 2.40 hours at $ 65 an hour
S W Humrickhouse worked .80 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34642

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-049 SWH - Intn'lHeritageInc / Brown,McLeod&Johnsen,CPA

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 01/15/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/29/01 | PL9 | Prepare summons for re-issuance and service. | .40 |
| 02/26/01 | HUM | Review Answer | .30 |

Fees Billed                                    $      101.50

Disbursements
-------------
Copies                                  $       3.60

Total Disbursements          $        3.60

Total Current Bill              $      105.10

Balance Due                        $      105.10
=============

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
Paralegal PWH worked .40 hours at $ 65 an hour.
S W Humrickhouse worked .30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204
Invoice    34643

03/06/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-050 SWH - Intn'l Heritage Inc / Deanne Elrod

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/20/01 | PL9 | Draft Motion and Affidavit for Entry of Default and Entry of Default. | .70 |
| 02/20/01 | HUM | Review default papers. | .30 |

Fees Billed     $     121.00

Disbursements
--------------
Copies                    $     1.40

Total Disbursements    $       1.40

Total Current Bill    $     122.40

Balance Due    $     122.40
============

## Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
Paralegal PWH worked .70 hours at $ 65 an hour.
S W Humrickhouse worked .30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    34644

03/06/01

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-051 SWH - Intn'l Heritage Inc / Claude Savage

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/22/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/30/01 | P33 | Finalization and forwarding of Joint Preconference Report. | .50 |
| 01/31/01 | HUM | Finalize pretrial report | .30 |

|  |  |
|---|---|
| Fees Billed | $    134.00 |
| Total Current Bill | $    134.00 |
| Balance Due | $    134.00 |

Fee Summary

M J Baird-Paralegal worked 1.30 hours at $ 65 an hour
S W Humrickhouse worked .30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34645

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-052 SWH - Intn'l Heritage Inc / Epley Assoc., Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 01/09/01 | P33 | Preparation and Filing of Statement/Extension of Time, correspondence to Court | .50 |
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/18/01 | HUM | Call to Ralph Kinsey re: settlement | .30 |
| 01/25/01 | PL9 | Letter to defendant's attorney re: settlement and proof of claim, letter to trustee, prepare statement re: compromise for filing. | .80 |
| 02/12/01 | P33 | Preparation and filing of Motion to Compromise and Settle Adversary Proceeding. | .50 |
| 02/14/01 | P33 | Preparation and filing of Order Approving Compromise and Settlement of Adversary Proceeding. | .50 |

Fees Billed                          $     225.00

Disbursements
--------------
Copies                          $      3.20

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34645
Page         2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                NC 27604

Client Id. 00-12075
Matter Id. 000-000-052 SWH - Intn'l Heritage Inc / Epley Assoc., Inc.

Return Upper Portion With Payment

| | | |
|---|---|---|
| Postage | $ | .68 |
| Total Disbursements | $ | 3.88 |
| Total Current Bill | $ | 228.88 |
| Balance Due | $ | 228.88 |

### Fee Summary

M J Baird-Paralegal worked 1.90 hours at $ 65 an hour
S W Humrickhouse worked .30 hours at $165 an hour.
Paralegal PWH worked .80 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

**Invoice** 34658

03/06/01

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-065 SWH - Intn'l Heritage Inc / Jewels by Evonne, Inc.

Amount Paid:

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 12/13/00 | HUM | Call to Blythe re: extension | .20 |
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/26/01 | HUM | Meet with Angell re: settlement | .40 |

Fees Billed               $    125.00

Total Current Bill        $    125.00

Balance Due               $    125.00

Fee Summary

S W Humrickhouse worked .60 hours at $165 an hour.
M J Baird-Paralegal worked .40 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

**Invoice    34659**

03/06/01

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh           NC 27604

Client Id. 00-12075
Matter Id. 000-000-066 SWH - Intn'lHeritageInc / UPSCustomhouseBrokerage

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 12/14/00 | HUM | Review answer | .30 |
| 01/11/01 | P33 | Preparation and Filing of Statement Regarding Agreement to Extend Time to File Answer | .50 |
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/31/01 | HUM | Conf. with Sean Kulka re: settlement parameters and documentation, letter to Kulka | .70 |
| 02/01/01 | HUM | Review Answer | .20 |
| 02/08/01 | PL9 | Tele. from defendant for W-9, tele. to trustee. | .30 |

Fees Billed                    $    276.00

Disbursements
--------------
Copies                                          $      1.60

Total Disbursements        $      1.60
--------------
Total Current Bill          $    277.60
--------------
Balance Due                   $    277.60
============

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice     34659
Page        2

TO Holmes P. Harden
    c/o Maupin, Taylor & Ellis, PA
    3200 Beechleaf Ct. POB 19764
    Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-066 SWH - Intn'lHeritageInc / UPSCustomhouseBrokerage

Return Upper Portion With Payment

Fee Summary

S W Humrickhouse worked 1.20 hours at $165 an hour.
M J Baird-Paralegal worked .90 hours at $ 65 an hour.
Paralegal PWH worked .30 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice   34660

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                NC 27604

Client Id. 00-12075
Matter Id. 000-000-067 SWH - Intn'l Heritage Inc / Robert Hukezalie

Amount Paid: _____

---

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| | | | |
|---|---|---|---|
| 11/27/00 | HUM | Return call from Defendant re: insider status | .40 |
| 12/05/00 | HUM | Review response by Defendant | .40 |
| 12/30/00 | HUM | Letter to Hukezalie re: Brent Wood car and characterization as insider, letter to Holmes re: same | .50 |
| 01/06/01 | HUM | Review payments made and memo re: insider status | .50 |
| 01/09/01 | P33 | Preparation and Filing of Statement/Extension of Time, correspondence to Court | .50 |
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/12/01 | HUM | Review file, letter to Harden re: possible settlement | .50 |
| 02/15/01 | HUM | Call to Hukezalie re: settlement, letter re: same | .40 |
| 02/16/01 | P33 | Preparation and filing of Notice of Voluntary Dismissal without Prejudice. | .30 |

Fees Billed                    $    523.50

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID =
56-1201204

Invoice   34660
Page          2

03/06/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-067 SWH - Intn'l Heritage Inc / Robert Hulse  Amount Paid: _____

Return Upper Portion With Payment

Disbursements
-------------
Copies                                                    $          1.20

Total Disbursements          $          1.20
                                                         -------------
Total Current Bill              $        524.70
                                                         -------------
Balance Due                       $        524.70
                                                         =============

Fee Summary

S W Humrickhouse worked 2.70 hours at $165 an hour.
M J Baird-Paralegal worked 1.20 hours at $ 65 an hour

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204
Invoice    34661

03/06/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-068 SWH - Intn'l Heritage Inc / Xpedite Systems, Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 12/19/00 | HUM | Conf. with Xpedite lawyer r: extension | .20 |
| 01/03/01 | HUM | Conf. with Bill Boone re: extension | .30 |
| 01/04/01 | HUM | Call to counsel re: extension | .30 |
| 01/09/01 | P33 | Preparation and Filing of Statement/Extension of Time, correspondence to Court | .50 |
| 01/17/01 | P33 | Complete review of file, reorganization of file, running of docket check list. | .40 |
| 01/25/01 | P33 | Preparation and finalization of Statement/Extension of Time to Answer. | .20 |
| 01/26/01 | HUM | Call to Bill Boone re: extension, new value defense, ordinary course defense | .30 |
| 02/12/01 | HUM | Review settlement proposal and respond | .30 |
| 02/19/01 | HUM | Conf. with Dana Siragusa re: settlement | .30 |
| 02/20/01 | HUM | Call from Dana Siragusa re: | .30 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    34661
Page           2

03/06/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-068 SWH - Intn'l Heritage Inc / Xpedite Systems Inc.

Return Upper Portion With Payment

settlement

| | | |
|---|---|---|
| Fees Billed | $ | 401.50 |

Disbursements
-------------
Copies                                      $      2.80

| | | |
|---|---|---|
| Total Disbursements | $ | 2.80 |
| Total Current Bill | $ | 404.30 |
| Balance Due | $ | 404.30 |

Fee Summary

S W Humrickhouse worked 2.00 hours at $165 an hour.
M J Baird-Paralegal worked 1.10 hours at $ 65 an hour

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

**Invoice   34662**

03/06/01

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh         NC 27604

Client Id. 00-12075
Matter Id. 000-000-069 SWH - Intn'l Heritage Inc / Dee Brothers

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 11/30/00 | HUM | Draft withdrawal of summons | .30 |
| 01/16/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/27/01 | HUM | Review Answer | .30 |

Fees Billed                                      $    125.00

Disbursements
-------------
Copies                                  $     3.80

Total Disbursements          $      3.80
                             -------------
Total Current Bill           $    128.80
                             -------------
Balance Due                  $    128.80
                             =============

Fee Summary

S W Humrickhouse worked .60 hours at $165 an hour.
M J Baird-Paralegal worked .40 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

**Invoice    34663**

03/06/01

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-070 SWH - Intn'l Heritage Inc / Herbert Towning

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 12/06/00 | HUM | Call to Brent Wood re: settlement proposal | .20 |
| 01/10/01 | PL9 | Review file for service and return of foreign service. | .30 |
| 01/11/01 | P33 | Preparation and Filing of Statement Regarding Agreement to Extend Time to File Answer | .50 |
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/05/01 | HUM | Letter to Wood re: settlement | .20 |
| 02/17/01 | HUM | Review settlement from Brent; letter to Brent re: same | .30 |

Fees Billed                              $      193.50

Disbursements
--------------
Copies                          $       1.60
Fax                             $       9.00

Total Disbursements    $      10.60
------------
Total Current Bill    $     204.10

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

Invoice   34663
Page         2

03/06/01

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh          NC 27604

Client Id. 00-12075                                    Amount Paid: _____
Matter Id. 000-000-070 SWH - Intn'l Heritage Inc / Herbert T & WDK Pg

Return Upper Portion With Payment

- - - - - - - - - - - - -
Balance Due                          $      204.10
=============

### Fee Summary

S W Humrickhouse worked .70 hours at $165 an hour.
Paralegal PWH worked .30 hours at $ 65 an hour.
M J Baird-Paralegal worked .90 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    34664

03/06/01

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-071 SWH - Intn'l Heritage Inc / Claude Savage, Jr.

Amount Paid: _____

---

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | | |
|---|---|---|---|---|
| 11/30/00 | HUM | Draft notice of withdrawal of summons | .30 | |
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 | |
| 01/22/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 | |
| 01/30/01 | P33 | Finalization and forwarding of Joint Preconference Report. | .50 | |
| 01/31/01 | HUM | Finalize pretrial report | .30 | |

Fees Billed                               $    183.50

Disbursements
--------------
Delivery Charge                    $      7.50

Copies                             $       .80

Total Disbursements         $        8.30

Total Current Bill          $      191.80

Balance Due                 $      191.80

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice   34664
Page      2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id.  00-12075
Matter Id.  000-000-071 SWH - Intn'l Heritage Inc / Claude Savage, Jr.

Return Upper Portion With Payment

Fee Summary

S W Humrickhouse worked .60 hours at $165 an hour.
M J Baird-Paralegal worked 1.30 hours at $ 65 an hour

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

Invoice   34665

03/06/01

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-072 SWH - Intn'lHeritageInc / HorneCPAGroup

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/19/01 | PL9 | Draft Motion and Affidavit for Entry of Default, Entry of Default. | .70 |
| 02/20/01 | HUM | Finalize default papers | .30 |

Fees Billed                    $      121.00

Disbursements
-------------
Copies                              $      1.40

Total Disbursements      $        1.40

Total Current Bill       $      122.40

Balance Due              $      122.40
                         ==============

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
Paralegal PWH worked .70 hours at $ 65 an hour.
S W Humrickhouse worked .30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

**Invoice    34666**

03/06/01

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-073 SWH - Intn'lHeritageInc / WachoviaCorp.&Wachoviaof

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 12/06/00 | PL9 | Tele. from Wachovia for account number and name of account holder. | .20 |
| 12/15/00 | HUM | Call from Jim Vaughn re: extension | .30 |
| 01/09/01 | P33 | Preparation and Filing of Statement/Extension of Time, correspondence to Court | .50 |
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/18/01 | HUM | Call to Jim Vaughn | .30 |
| 01/19/01 | HUM | Review answer | .30 |

|                      |              |
|----------------------|--------------|
| Fees Billed          | $    220.00  |

Disbursements
--------------
Copies                                    $     1.60

| Total Disbursements | $     1.60 |
|---------------------|------------|
| Total Current Bill  | $   221.60 |
| Balance Due         | $   221.60 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

03/06/01

Federal ID #
56-1201204
Invoice      34666
Page              2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-073 SWH - Intn'lHeritageInc / WachoviaCorp&Wachoviaof

Return Upper Portion With Payment

### Fee Summary

Paralegal PWH worked .20 hours at $ 65 an hour.
S W Humrickhouse worked .90 hours at $165 an hour.
M J Baird-Paralegal worked .90 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Invoice    34667

Client Id. 00-12075
Matter Id. 000-000-074 SWH - Intn'lHeritageInc / PactivCorp fka Tenneco

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/13/01 | HUM | Review file for default | .30 |
| 02/21/01 | PL9 | Prepare new summons to be re-issued. | .50 |
| 02/23/01 | PL9 | Reserve Summons and Complaint. | .30 |
| 02/23/01 | HUM | Review default papers. | .30 |

```
                          Fees Billed        $      177.00
```

Disbursements
-------------

| | | |
|---|---|---|
| Postage | $ | .34 |
| Copies | $ | 1.20 |

```
                 Total Disbursements    $        1.54
                 Total Current Bill     $      178.54
                 Balance Due            $      178.54
                                        =============
```

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34667
Page          2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-074 SWH - Intn'lHeritageInc / PactivCorp fka Tenneco

Return Upper Portion With Payment

S W Humrickhouse worked .60 hours at $165 an hour.
Paralegal PWH worked .80 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34668

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-075 SWH - Intn'l Heritage Inc / Vaughn Tarver

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/21/01 | HUM | Review service | .20 |
| 02/23/01 | PL9 | Prepare new summons to be re-issued. | .40 |

Fees Billed                          $      85.00

Disbursements
-------------
Postage                      $      .34

Copies                       $     2.70

Total Disbursements    $      3.04

Total Current Bill     $     88.04

Balance Due            $     88.04
                       ============

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.
Paralegal PWH worked .40 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34669

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-076 SWH - Intn'l Heritage Inc / Tracey Sabates

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/22/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/30/01 | P33 | Finalization and forwarding of Joint Preconference Report. | .50 |
| 01/31/01 | HUM | Finalize pretrial report | .20 |

| | |
|---|---|
| Fees Billed | $    117.50 |
| Total Current Bill | $    117.50 |
| Balance Due | $    117.50 |

Fee Summary

M J Baird-Paralegal worked 1.30 hours at $ 65 an hour
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice   34670

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-077 SWH - Intn'l Heritage Inc / DFM Investments, Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| Date | Code | Description | Hours | | |
|---|---|---|---|---|---|
| 01/16/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 | | |
| 02/23/01 | PL9 | Prepare new summons to be re-issued. | .40 | | |
| 02/23/01 | HUM | Review service. | .30 | | |

Fees Billed                                    $     101.50

Disbursements
--------------
Postage                              $      .34

Copies                               $     2.70

Total Disbursements         $       3.04

Total Current Bill          $     104.54

Balance Due                 $     104.54
                            ============

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
Paralegal PWH worked .40 hours at $ 65 an hour.
S W Humrickhouse worked .30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204
Invoice    34671

03/06/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-078 SWH - Intn'lHeritageInc / GES Exposition Ser., Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 12/08/00 | HUM | Conf. with Earl Dornan re: settlement | .30 |
| 12/08/00 | HUM | Call to Ralph Kinsey re: extension to answer | .30 |
| 01/05/01 | P33 | Drafting/Preparation of Statement Regarding Intent for Authority to Compromise | .50 |
| 01/08/01 | P33 | Finalization and Filing of Statement regarding Intent for Authority to Compromise | .50 |
| 02/08/01 | PL9 | Letter to defendant with proof of claim. | .40 |
| 02/12/01 | P33 | Preparation and filing of Motion to Compromise and Settle Adversary Proceeding. | .50 |
| 02/14/01 | P33 | Preparation and filing of Order Approving Compromise and Settlement of Adversary Proceeding. | .50 |

Fees Billed                      $      255.00

Disbursements
- - - - - - - - - - - -
Postage                          $        .34

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

03/06/01

Federal ID #
56-1201204
Invoice    34671
Page    2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-078 SWH - Intn'lHeritageInc / GES Exposition Svc., Inc

Return Upper Portion With Payment

| | | |
|---|---|---|
| Copies | $ | 1.20 |
| Total Disbursements | $ | 1.54 |
| | | ------------- |
| Total Current Bill | $ | 256.54 |
| | | ------------- |
| Balance Due | $ | 256.54 |
| | | ============ |

Fee Summary

S W Humrickhouse worked .60 hours at $165 an hour.
M J Baird-Paralegal worked 2.00 hours at $ 65 an hour
Paralegal PWH worked .40 hours at $ 65 an hour.

*A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).*

In Account With

# NICHOLLS&CRAMPTON, P.A.

**A T T O R N E Y S  A T  L A W**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204
Invoice   34672

03/06/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-079 SWH - Intn'lHeritageInc / Modern Health Strategies

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 12/18/00 | HUM | Call to Penrod Keith | .20 |
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/22/01 | P33 | Drafting/Preparation of Joint Preconference Report | .50 |
| 01/30/01 | P33 | Work on of Joint Preconference Report. | .50 |
| 01/30/01 | P33 | Finalization and forwarding of Joint Preconference Report. | .50 |
| 01/31/01 | HUM | Finalize pretrial report | .30 |
| 02/10/01 | HUM | Prepare for pretrial conference | .30 |
| 02/12/01 | HUM | Pretrial conference | .20 |
| 02/14/01 | P33 | Filing of Joint Pre-Conference Report. | .30 |

| | |
|---|---|
| Fees Billed | $    308.00 |
| Total Current Bill | $    308.00 |
| Balance Due | $    308.00 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

03/06/01

Federal ID #
56-1201204
Invoice    34672
Page           2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-079 SWH - Intn'lHeritageInc / Modern Health Strategies

Return Upper Portion With Payment

Fee Summary

S W Humrickhouse worked 1.00 hours at $165 an hour.
M J Baird-Paralegal worked 2.20 hours at $ 65 an hour

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID =
56-1201204

03/06/01

Invoice   34673

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-080 SWH - Intn'lHeritageInc / Kenco Co. & Kenco of SFL

Amount Paid: ____

---

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/19/01 | PL9 | Draft Motion and Affidavit for Entry of Default and Entry of Default. | .70 |
| 02/20/01 | HUM | Finalize default papers | .30 |

Fees Billed               $     121.00

Disbursements
-------------
Copies                              $     1.40

Total Disbursements       $       1.40

Total Current Bill        $     122.40

Balance Due               $     122.40
===========

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
Paralegal PWH worked .70 hours at $ 65 an hour.
S W Humrickhouse worked .30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID =
56-1201204

03/06/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Invoice    34674

Client Id. 00-12075
Matter Id. 000-000-081 SWH - Intn'l Heritage Inc / Jeff Hooks

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/21/01 | HUM | Review service | .20 |

| | | |
|---|---|---|
| Fees Billed | $ | 59.00 |

Disbursements
--------------

| | | | |
|---|---|---|---|
| Copies | $ | 2.20 | |
| Total Disbursements | | $ | 2.20 |
| Total Current Bill | | $ | 61.20 |
| Balance Due | | $ | 61.20 |

============

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

**Invoice    34675**

03/06/01

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-082 SWH - Intn'l Heritage Inc / 2021.Interactive,LLC

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| | | | |
|---|---|---|---|
| 01/17/01 | P33 | Complete review of file, reorganization of file, running of docket check list. | .40 |
| 01/26/01 | HUM | Meet with Angell re: settlement | .50 |
| 02/05/01 | HUM | Call from Angell re: status of compromise | .20 |
| 02/13/01 | HUM | Evaluate Defendant's documentation, letter to Angell re: settlement | .40 |
| 02/19/01 | HUM | Conf. with Angell re: extension | .20 |

Fees Billed                                     $     240.50

**Disbursements**
--------------
Fax                                      $      3.00

Postage                                  $       .34

Total Disbursements    $      3.34

Total Current Bill    $    243.84

Balance Due    $    243.84
    ============

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).