In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34675
Page         2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-082 SWH - Intn'l Heritage Inc / 2021. Intanarhtype, LLC

Return Upper Portion With Payment

### Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
S W Humrickhouse worked 1.30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice   34676

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-083 SWH - Intn'lHeritageInc / Cosmetech Intn'l Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | | Description | Hours |
|---|---|---|---|
| 01/04/01 | HUM | Review answer | .30 |
| 01/16/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/30/01 | P33 | Drafting/preparation of Joint Preconference Report. | .50 |
| 01/30/01 | P33 | Finalization and forwarding of Joint Preconference Report. | .50 |
| 01/31/01 | HUM | Finalize pretrial report | .30 |
| 02/07/01 | HUM | Review file, call to Fred Siden re: settlement | .70 |
| 02/08/01 | HUM | Draft voluntary dismissal and transmit to Defendant | .40 |

```
                                 -------------
                  Fees Billed    $     371.50

Disbursements
-------------
Fax                        $    4.00

Copies                     $    1.20

            Total Disbursements  $       5.20
                                 -------------
            Total Current Bill   $     376.70
```

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

03/06/01

Federal ID #
56-1201204
Invoice    34676
Page            2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-083 SWH - Intn'lHeritageInc / Cosmetech Anton'lHeritaInc

Return Upper Portion With Payment

Balance Due                    $      376.70

Fee Summary

S W Humrickhouse worked 1.70 hours at $165 an hour.
M J Baird-Paralegal worked 1.40 hours at $ 65 an hour

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**A T T O R N E Y S  A T  L A W**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34677

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-084 SWH - Intn'lHeritageInc / Leapfrog Mktg, Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | | | |
|---|---|---|---|
| 01/05/01 | HUM | Letter to Harden re: financial statements | .40 |
| 01/08/01 | HUM | Call to David Meschan's office re: extension and supporting documentation | .30 |
| 01/12/01 | HUM | Conf. with Meschan re: extension | .20 |
| 01/17/01 | P33 | Complete review of file, reorganization of file, running of docket check list. | .40 |

Fees Billed                          $      174.50

**Disbursements**
--------------
Copies                                  $        .80

Total Disbursements       $        .80

Total Current Bill          $      175.30

Balance Due                   $      175.30
============

Fee Summary

S W Humrickhouse worked .90 hours at $165 an hour.
M J Baird-Paralegal worked .40 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34678

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-085 SWH - Intn'l Heritage Inc / John Brothers

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 11/30/00 | HUM | Conf. with A. Pipkin re: Dr. Borthers, Draft withdrawal of summons | .80 |
| 01/16/01 | P33 | Complete review of file, reorganization of file, running of docket check list. | .40 |
| 01/25/01 | HUM | Call to Mike Malone re: extension | .20 |
| 01/26/01 | HUM | Call from Stubbs re: additional extension | .20 |
| 02/27/01 | HUM | Review answer | .30 |

Fees Billed                                    $    273.50

Disbursements
-------------
Copies                          $    1.80

Total Disbursements        $    1.80

Total Current Bill         $    275.30

Balance Due                $    275.30
                           =============

Fee Summary

S W Humrickhouse worked 1.50 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

— In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

03/06/01

Federal ID =
56-1201204

Invoice    34678
Page            2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id.  00-12075
Matter Id.  000-000-085 SWH - Intn'l Heritage Inc / John Brothers   Amount Paid:

Return Upper Portion With Payment

M J Baird-Paralegal worked .40 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    34679

03/06/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-086 SWH - Intn'lHeritageInc / TheEdinburghCrystalGlass

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 12/11/00 | HUM | Call from Jonathan Bolton re: extension | .20 |
| 01/09/01 | P33 | Preparation and Filing of Statement/Extension of Time, correspondence to Court | .50 |
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/09/01 | P33 | Preparation and filing of Statement Regarding Agreement to Extend Time to File Responsive Pleading. | .50 |
| 02/12/01 | HUM | Review letter from counsel to consider ordinary course defense asserted; Respond to letter | .40 |
| 02/16/01 | HUM | Call to Jonathan Bolton | .20 |
| 02/19/01 | P33 | Preparation and filing of Statement Regarding Agreement to Extend Time to File Responsive Pleading. | .30 |
| 02/19/01 | HUM | Conf. with Jonathan Bolton re: settlement | .20 |

Fees Billed

$    275.50

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34679
Page            2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-086 SWH - Intn'lHeritageInc / TheEdinburghCrystalGlass

Return Upper Portion With Payment

**Disbursements**
-------------

| | | |
|---|---|---|
| Fax | $ | 6.00 |
| Copies | $ | 2.80 |
| Delivery Charge | $ | 7.50 |

| | | |
|---|---|---|
| Total Disbursements | $ | 16.30 |
| Total Current Bill | $ | 291.80 |
| Balance Due | $ | 291.80 |

**Fee Summary**

S W Humrickhouse worked 1.00 hours at $165 an hour.
M J Baird-Paralegal worked 1.70 hours at $ 65 an hour

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34680

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-087 SWH - Intn'lHeritageInc / AudioVisualSer.Corp.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 01/04/01 | HUM | Call from and letter to Mike Gershon re: AP, transmit new copy of Summons and Complaint | .60 |
| 01/15/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/17/01 | P33 | Drafting, finalization and filing of Statement/Agreement to Extend Time to Answer. | .20 |
| 02/06/01 | HUM | Conference with attorney re: settlement | .30 |

Fees Billed                          $      187.50

Disbursements
--------------
Postage                    $        .68

Copies                     $       7.00

Total Disbursements        $        7.68

Total Current Bill         $      195.18

Balance Due                $      195.18
==============

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

03/06/01

Federal ID #
56-1201204
Invoice    34680
Page          2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-087 SWH - Intn'lHeritageInc / AudioVisual Equip.

Return Upper Portion With Payment

### Fee Summary

S W Humrickhouse worked .90 hours at $165 an hour.
M J Baird-Paralegal worked .60 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

**Invoice    34681**

03/06/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-088 SWH - Intn'l Heritage Inc / Purolator Courier LTD

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 12/04/00 | HUM | Call to Katherine Curry | .20 |
| 12/06/00 | HUM | Call to Kathy Curry (Canadian operations) | .30 |
| 01/08/01 | HUM | Call to Dianne Furr re: extension | .20 |
| 01/09/01 | P33 | Preparation and Filing of Statement/Extension of Time, correspondence to Court | .50 |
| 01/17/01 | P33 | Complete review of file, reorganization of file, running of docket check list. | .40 |
| 01/17/01 | P33 | Drafting, finalization and filing of Statement/Agreement to Extend Time to Answer. | .20 |
| 01/19/01 | HUM | Respond to document request of Defendant | .40 |
| 01/25/01 | PL9 | Letter to defendant's attorney regarding settlement and proof of claim. | .50 |
| 01/29/01 | PL9 | Tele. from Diane Fur re: cancelled checks. | .20 |
| 02/13/01 | HUM | Review Defendant's documentation, letter to Dianne Furr | .40 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With ___

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34681
Page          2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-088 SWH - Intn'l Heritage Inc / Purolator Courier LTD

Return Upper Portion With Payment

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 02/19/01 | HUM | Conf. with Dianne Furr re: extension | .20 |
| 02/23/01 | P33 | Preparation and filing of Notice of Voluntary Dismissal. | .30 |
| 02/23/01 | HUM | Review new value information (.5); Letter to Furr re: dismissal (.3) | .80 |

Fees Billed                    $    549.00

**Disbursements**
------------

Copies                    $    3.20

Postage                   $    1.35

Fax                       $    6.00

Total Disbursements       $    10.55

Total Current Bill        $    559.55

Balance Due               $    559.55
                          =============

**Fee Summary**

S W Humrickhouse worked 2.50 hours at $165 an hour.
M J Baird-Paralegal worked 1.40 hours at $ 65 an hour
Paralegal PWH worked .70 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34682

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-089 SWH - Intn'l Heritage Inc. / Robert Chalmers

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours | | |
|---|---|---|---|---|---|
| 01/15/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 | | |
| 02/21/01 | HUM | Review service | .20 | | |
| | | Fees Billed | | $ | 59.00 |

Disbursements
--------------

| | | | | |
|---|---|---|---|---|
| Copies | | $ | .60 | |
| Total Disbursements | | $ | | .60 |
| Total Current Bill | | $ | | 59.60 |
| Balance Due | | $ | | 59.60 |

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.
### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34683

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-090 SWH - Intn'l Heritage Inc / Larkin Envestments, LTD

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| Date | | Description | Hours |
|------|------|------|------|
| 12/29/00 | HUM | Letter to Defendant's counsel re: answer, review answer | .50 |
| 01/16/01 | HUM | Call from Larkin lawyer re: pretrial | .30 |
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 01/19/01 | HUM | Review letter from Elgersma | .20 |
| 01/22/01 | P33 | Drafting/Preparation of Joint Preconference Report | .50 |
| 01/25/01 | HUM | Respond to settlement offer | .30 |
| 01/27/01 | PL9 | Work on draft of joint pre-conference report. | .80 |
| 01/29/01 | HUM | Finalize preconference report | .30 |
| 02/14/01 | HUM | Response to Defendant's letter | .20 |
| 02/17/01 | HUM | Letter to Elgersma re: 7026 disclosures | .20 |
| 02/23/01 | HUM | Pretrial conference | .30 |

Fees Billed                    $    490.00

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice   34683
Page       2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-090 SWH - Intn'l Heritage Inc / Larkin Enterprises,LTD

Return Upper Portion With Payment

**Disbursements**

| | | |
|---|---|---|
| Fax | $ | 12.00 |
| Postage | $ | .55 |
| Copies | $ | 3.40 |
| Total Disbursements | $ | 15.95 |
| Total Current Bill | $ | 505.95 |
| Balance Due | $ | 505.95 |

**Fee Summary**

S W Humrickhouse worked 2.30 hours at $165 an hour.
M J Baird-Paralegal worked .90 hours at $ 65 an hour.
Paralegal PWH worked .80 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34684

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-091 SH - Intn'l Heritage Inc / Good Heavens Company

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 01/17/01 | P33 | Complete review of file, reorganization of same, running of docket check list. | .40 |
| 02/21/01 | HUM | Review service | .20 |
| 02/23/01 | PL9 | Prepare Dismissal for filing. | .40 |

Fees Billed                          $      85.00

Disbursements
-------------
Copies                               $      .40

Total Disbursements       $       .40
-------------
Total Current Bill        $      85.40
-------------
Balance Due               $      85.40
=============

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 65 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.
Paralegal PWH worked .40 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34685

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-092 SWH - Intn'l Heritage Inc. / Michael Russo

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 11/30/00 | HUM | Conf. with M. Russo re: insider status | .40 |
| 01/08/01 | P33 | Drafting/Preparation and filing of Voluntary Dismissal | .50 |
| 01/08/01 | P33 | Correspondence to Court regarding filing of both Voluntary Dimissals and Statement regarding Intent for Authority to Compromise on numerous cases | .10 |
| 01/09/01 | HUM | Extended conf. with Russo re: claim against him, insider status, insider status of other employees | .60 |

Fees Billed                    $    204.00

Disbursements
-------------
Copies                  $      1.60

Total Disbursements      $      1.60

Total Current Bill       $    205.60

Balance Due              $    205.60
                         =============

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/06/01

Invoice    34685
Page    2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh        NC 27604

Client Id. 00-12075
Matter Id. 000-000-092 SWH - Intn'l Heritage Inc. / Michael Amount Paid: _____

Return Upper Portion With Payment

### Fee Summary

S W Humrickhouse worked 1.00 hours at $165 an hour.
M J Baird-Paralegal worked .60 hours at $ 65 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| INTERNATIONAL HERITAGE, | ) | CHAPTER 7 |
| INCORPORATED, | ) | CASE NO. 98-02674-5-ATS |
| | ) | |
| Debtors. | ) | |

## SUMMARY OF SERVICES RENDERED
Nicholls & Crampton, P.A.

From November 28, 2000 through February 28, 2001, the undersigned person/firm has performed professional services for this estate in the capacity of attorney for the Trustee during the Chapter 7 case. Attached hereto is an itemization of time expended and expenses incurred in the performance of these professional services.

| NAME | TITLE | HOURS SPENT | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Stephani W. Humrickhouse | Partner | 96.00 | $165.00 | $15,840.00 |
| Phyllis W. Hill | Paralegal | 54.80 | $ 65.00 | $ 3,562.00 |
| Sandra T. Waller | Paralegal | 1.30 | $ 65.00 | $ 84.50 |
| Mary J. Baird | Paralegal | 98.70 | $ 65.00 | $ 6,415.50 |

TOTAL FEES $25,902.00

TOTAL EXPENSES $ 1,248.97

TOTAL AMOUNT REQUESTED $27,150.97

O:\CHP7TR\InternationalHeritage\attyfee.sum.004.wpd

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing INTERIM APPLICATION FOR SPECIAL ATTORNEY FOR TRUSTEE FEE AND EXPENSE REIMBURSEMENT was served this day by placing a copy thereof in a depository under the exclusive care and custody of the United States Postal Service in a postage prepaid envelope and properly addressed as follows:

> Mrs. Marjorie K. Lynch
> Bankruptcy Administrator
> P. O. Box 3758
> Wilson, NC  27895-3758

This the ___ day of March, 2001.

*Sandra T. Waller*
Sandra T. Waller
Legal Assistant

O:\CHP7TR\InternationalHeritage\attyfeeapp.004.wpd

4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | ) |
| | )   CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | )   CASE NO. 98-02675-5-ATS |
| | ) |
| INTERNATIONAL HERITAGE, | )   CHAPTER 7 |
| INCORPORATED, | )   CASE NO. 98-02674-5-ATS |
| | ) |
| Debtors. | ) |

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN of the Interim Application for Special Attorney for Trustee Fee and Expense Reimbursement filed simultaneously herewith for the period November 28, 2000 to February 28, 2001 seeking approval and authorizing Interim Special Attorney for Trustee fees in the amount of $25,902.00 and expenses in the amount of $1,248.97.

FURTHER NOTICE IS HEREBY GIVEN that all responses or objections must be filed prior to or made at the hearing set below.

FURTHER NOTICE IS HEREBY GIVEN that a hearing will be conducted on the Application and any response thereto on Thursday, March 29, 2001, at 9:00 a.m. at the United States Bankruptcy Court, 300 Fayetteville Street Mall, Raleigh, NC 27602.

DATE OF NOTICE: March 9, 2001.

Holmes P. Harden, Trustee
N. C. State Bar No. 9835
Post Office Box 18237
Raleigh, North Carolina 27619

C:\TEMP\attyfeeapp.not.0041.wpd

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing document was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the _____ day of _____, 2001.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _____
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

See Attached Mail Matrix and E-Mail List

RAL/179511/1

# MAUPIN TAYLOR & ELLIS, P.A.

ATTORNEYS AT LAW
HIGHWOODS TOWER ONE, SUITE 500
3200 BEECHLEAF COURT
RALEIGH, NORTH CAROLINA 27604-1064

TELEPHONE (919) 981-4000

MAILING ADDRESS
POST OFFICE DRAWER 19764
RALEIGH, NORTH CAROLINA 27619-9764
TELEFAX (919) 981-4300
ÄÄÄÄÄÄ

DURHAM/RESEARCH TRIANGLE PARK OFFICE
411 ANDREWS ROAD, SUITE 150
DURHAM, NORTH CAROLINA 27705
TELEPHONE (919) 382-0188
ÄÄÄÄÄ

# FACSIMILE TRANSMISSION

## CONFIDENTIAL [ ]          RUSH [ ]

TO:     *Chittenden Bank*
        *c/o Louis P. Rockkind*
        *Jaffe, Raitt, Heuer & Weiss*
        *One Woodward Avenue, Suite 2400*
        *Detroit, MI 48226*

FROM:   *Holmes P. Harden*

MAUPIN TAYLOR & ELLIS, P.A.
POST OFFICE DRAWER 19764
RALEIGH, NORTH CAROLINA 27619-9764
**DIRECT DIAL #:** *919-981-4011*

CITY:

DATE: **March 5, 2001**

FACSIMILE #:   ~~313-961-8358~~          OUR FILE NUMBER:          ~~BANK7A-206~~

TOTAL NUMBER OF PAGES, INCLUDING COVER SHEET:

The material transmitted and communicated herein ("communication") is intended only for the use of the individual or entity to which it is addressed, and may contain information that constitutes work product, or is subject to attorney-client privilege, or is confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

## *MESSAGE:*

Original to follow by mail?  **X**  Yes  ___ No

We are transmitting from Group III equipment.

**Facsimile #: 919/981-4300**

**Help #: 919/981-4063**

RAL/179511/1

Terri I. Gardner
Smith Debnam Narron & Myers, L.L.P.
P. O. Box 26268
Raleigh, NC 27611-6268

Managing Agent
International Heritage, Inc.
c/o Mayflower Capital LLC
2626 Glenwood Avenue, Suite 100
Raleigh, NC 27608

Brent E. Wood
Wood & Francis, PLLC
P. O. Box 164
Raleigh, NC 27602

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
1000 Cambridge Square, Suite C
Alpharetta, GA 30004

James Russell Tucker
Bush, Hauder & Adkerson, P.C.
500 N. Akard Street, Suite 2100
Dallas, TX 75201

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Dorothy H. Miller
102 Triangle Circle
Lafayette, LA 70508

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Stacey Ostrom
3010 E. Nasa Road 1 #1405
Seabrook, TX 77586

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Karl A. King
465 Sudden Valley
Bellingham, WA 98226

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Jane E. Chassey
1514 Azalea Drive
Saint Louis, Missouri 63119

Carolyn E. John
485 Broad River Blvd.
Beaufort, SC 29906

Managing Agent
Advanced Equities
P. O. Box 1042
Winnfield, LA 71483

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL -9490 Vaduz   LIECHTENSTEIN

Gary D. McDowell
1138 Ascott Valley Dr.
Duluth, GA 30097

Jean Wedin
P. O. Box 753
LaConner, WA 98257

Managing Agent
Jewels by Evonne
1879 Buford Hwy., Suite 7
Buford, GA 30518

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Managing Agent
Mayflower Capital, LLC
2626 Glenwood Ave., Suite 100
Raleigh, NC 27608

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen   SWITZERLAND

Managing Agent
UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich   SWITZERLAND

Managing Agent
Schweizerische Hypotheken
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich   SWITZERLAND

Charles Anderson
Smith Helms Mulliss & Moore
P. O. Box 27525
Raleigh, NC 27611

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Shawna Y. Staton
Jordan, Price, Wall, Gray,
  Jones & Carlton
P. O. Box 2021
Raleigh, NC 27602-2021

Managing Agent
Coeco
2525 Atlantic Avenue
Raleigh, NC 27604

Managing Agent
Centrum Bank AGVaduz
Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz    LIECHTENSTEIN

Managing Agent
Mareco Treuhand Anstalt
Schlossweg 24
FL-9496 Balzers    LIECHTENSTEIN

Sherwin P. Robin
P. O. Box 9541
Savannah, GA 31412-9541

Stanley H. Van Etten
10504 Tredwood Drive
Raleigh, NC 27613

Marianne Kelley
142419 133 Ave.
Edmonton, Alberta
CANADA T5A5A5

Larry Smith
2435 E. North Street
Greenville, SC 29615

Henry W. Nozko, Jr., President
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN 56258

Managing Agent
Emil Schatz, St Gallen
Oberhofstettenstrasse 67C
CH-9012, Saint Gallen   SWITZERLAND

Managing Agent
UBS AG, Zurich Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich   SWITZERLAND

Anna M. Washburn
145 Christopher Drive
Clayton, NC 27520

Henry W. Nozko, Jr., President
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Managing Agent
EDS Financial Services
4800 Six Forks Road
Raleigh, NC 27609

Managing Agent
Accurata Treuhand und Revisions AG Vaduz
Abundt 36
FL-9490 Vaduz    LIECHTENSTEIN

Lloyd W. Gathings, II
Gathings & Associates
P. O. Box 10545
Birmingham, AL 35202

Managing Agent
TransAmerica-TIG Insurance
650 California St. 2nd Floor
San Francisco, CA 94108-2702

Tony Copeland
BTI
4300 Six Forks Road, Suite 500
Raleigh, NC 27609

RAL/179511/1

Michael P. Flanagan
Ward and Smith, P.A.
P. O. Box 8088
Greenville, NC 27835-8088

Vickie Corbitt,
Attorney for Commissioner of Revenue
Tennessee Dept. of Revenue - Legal
312 8th Ave. N. #27 Fl.
Nashville, TN 37243-0001

Jean Boyles
P. O. Box 10506
Raleigh, NC 27605

James A. Roberts, III
Lewis & Roberts, PLLC
P. O. Box 17529
Raleigh, NC 27619-7529

Stephani W. Humrickhouse, Esq.
Nicholls & Crampton
4300 Six Forks Road, Suite 700
Raleigh, NC   27609

Paul Faison S. Winborne
300/200 Parham Street, Suite F
P. O. Box 1547
Raleigh, NC 27602

Patrick H. Tyler
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

Janet Cradeur
P. O. Box 66658
Baton Rouge, LA 70896

Missouri Department of Revenue
Attn: Brian S. Kuhlmann
P. O. Box 475
Jefferson City, MO 65105-0475

James K. Austin
Ellis Painter Ratterree & Bart LLP
P. O. Box 9946
Savannah, GA 31412-9946

Meredith P. Ezzell
Wyrick Robbins Yates & Ponton LLP
P. O. Drawer 17803
Raleigh, NC 27619

Marcia McGair Ippolito
R.I. Division of Taxation
One Capitol Hill
Providence, RI 02908-5800

J. Anthony Penry
Smith,Helms, Mulliss & Moore
2800 Two Hanover Square
Raleigh, NC 27601

William Woodward Webb
Broughton, Wilkins, Webb & Sugg, P.A.
P. O. Box 2387
Raleigh, NC 27602

Walter Calton
312 East Broad Street
Eufaula, AL 36072

Keith M. Jensen
Law Office of Keith M. Jensen
514 East Beklnap
Fort Worth, TX 76102

Joseph N. Calloway, Esq.
Battle, Winslow, Scott & Wiley, P.A.
P. O. Box 7100
Rocky Mount, NC 27804-0100

L. C. Gilbert, Jr.
74 Hilltop Lane
Alpine, AL 35014

Randall L. Greene
Rt. 1, Box 155
Randlett, OK 73562

Jackson Wayne Murphy
Rt. 6, Box 154
Troy, AL 36081

James H. Thomas
101 Robin Drive
Troy, AL 36081

Craig T. Liebendorfer
7315 Hundley Blvd.
Dallas, TX 75231-4722

Denise Marsh
709 Summit Ridge
Lewisville, TX 75067

Sharon A. Meckenstock
1640 West 34th St., N.
Wichita, KS 67204

RAL/179511/1

Dan H. Meckenstock
Custodian FBO Jean Carol Meckenstock
9685 Mohawk Trail
Cascade, CO 80809-1525

Wilbur E. Meckenstock
9685 Mohawk Trail
Cascade, CO 80809-1525

State Auditor's Office
Montana Securities Department
Mitchell Building, Room 270
State Capital Complex
Helen, MT 59620

William Swinney
3365 Silver Palm Drive
Jacksonville, FL 32250

Marshall Reddy
P. O. Box 806
Ponte Verde Beach, FL 32004

Henry W. Noziko, Jr.
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Gerald A. Jeutter
Kilpatrick Stockton, LLP
P. O. Box 300004
Raleigh, NC 27622

Henry W. Noziko, Jr.
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Michael K. Wolensky
Robert G. Brunton
David J. Gellen
Kutak Rock
225 Peachtree St., NE, Suite 2100
Atlanta, GA 30303-1731

Gary V. Dixon
Ross Dixon & Bell, LLP
601 Pennsylvania Ave. NW
North Boulevard
Washington, DC 20004-2688

Ronald H. Garber
Boxley Bolton & Garber
P. O. Drawer 1429
Raleigh, NC 27602

Virginia Andrews Burdette
P. O. Box 47
Mukilteo, WA 98275

Scott L. Wilkinson
Assistant U.S. Attorney
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Joseph B. Cheshire V
Cheshire Parker Schneider Wells & Bryan
P. O. Box 1029
Raleigh, NC 27602

Managing Agent
International Heritage, Incorporated
c/o Mayflower Capital LLC
2626 Glenwood Avenue, Suite 100
Raleigh, NC 27608

James Burshtyn
Office of Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78712548

Terri I. Gardner
Smith Debnam Narron & Myers, L.L.P.
P. O. Box 26268
Raleigh, NC 27611-6268

Managing Agent
International Heritage, Inc.
c/o Mayflower Capital LLC
2626 Glenwood Avenue, Suite 100
Raleigh, NC 27608

Brent E. Wood
Wood & Francis, PLLC
P. O. Box 164
Raleigh, NC 27602

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
1000 Cambridge Square, Suite C
Alpharetta, GA 30004

James Russell Tucker
Bush, Hauder & Adkerson, P.C.
500 N. Akard Street, Suite 2100
Dallas, TX 75201

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Dorothy H. Miller
102 Triangle Circle
Lafayette, LA 70508

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Stacey Ostrom
3010 E. Nasa Road 1 #1405
Seabrook, TX 77586

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Karl A. King
465 Sudden Valley
Bellingham, WA 98226

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Jane E. Chassey
1514 Azalea Drive
Saint Louis, Missouri 63119

Carolyn E. John
485 Broad River Blvd.
Beaufort, SC 29906

Managing Agent
Advanced Equities
P. O. Box 1042
Winnfield, LA 71483

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL -9490 Vaduz   LIECHTENSTEIN

Gary D. McDowell
1138 Ascott Valley Dr.
Duluth, GA 30097

Jean Wedin
P. O. Box 753
LaConner, WA 98257

Managing Agent
Jewels by Evonne
1879 Buford Hwy., Suite 7
Buford, GA 30518

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Managing Agent
Mayflower Capital, LLC
2626 Glenwood Ave., Suite 100
Raleigh, NC 27608

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

RAL/179511/1

**123**

beent@texoma.net

Cotner@wizard.net

x2-song@worldnet.att.net

hual@airmail.net

mayfi23@marz.com

Buddha623@aol.com

pgorman@vantagepointcapital.com

Iwardcc2@aol.com

ridelga@pacbell.net

sstephe489@aol.com

wrightr@mindspring.com

mlafontaine@abbot-simses.com

TJWR21156@aol.com

rabbit@rockisland.com

cheryll.COSTANIINO@edmail.com

jasbircheema@amropictures.com

72320.316@compuserve.com

stann@colby.IXKS.com

lov.comptable@sympatico.ca

Cwin888@aol.com

myc888@webtv.net

virgilh@colby.ixks.com

gjack312@Intrstar.net

hdfrey@telusplanet.net

DLWARREN@BellSouth.net

michael_bhagat@hotmail.com

GBYRDJR@aol.com

rliston@spartanburg4.0rg

ghromero@aol.com

mommaeans@hotbot.com

joanchan@rocketmail.com

ZGU@atlantis.com

edeem@worldnet.att.net

DFITZPA400@aol.com

theboock@compuserve.com

pondman@memes.com

docchiro@ISLC.net

RIZMOE@NWRain.com

thodges@gateway.net

hlee@directv.com

fabb@telusplanet.net

cordw@deltapineseed.com

NBECK87570@aol.com

JYANG4@FORD.COM

**123**

mccarthy@mccarthyconsultant.com

BNLHATH@aol.com

nonfemett@worldnet.att.net

digger@bcsupernet.com

BREIDYIII@aol.com

Lindastime@aol.com

pak@jcnl.com

hornsjr@mindspring.com

lpartr1072@aol.com

leadership.possibilities.mak@worldnet.att.net

aqualite@digisys.net

TIMSAMUEL@aol.com

mtheisen@efn.org

MLGeller@aol.com

englishs@digisys.net

gmahalko@vvm.com

timmoore@aol.com

mooreem@harpo.tnstate.edu

sprklmagc@aol.com

backpain@keynet.net

Hbeckbari@aol.com

mwarhurst@yahoo.com

js.baum@srs.gov

wynellh@flash.net

dlatray@mcn.net

bwood@woodfran.com

tcrow@uab-admin.vpad.uab.edu

DickLynn Ferency@compuserve.com

kaylorj@hal-pc.org

CHASSEYRAY@email.msn.com

jim.griffith@erols.com

xiaokui.shan@bakernet.com

xshan@aol.com

kkandola@theresidences.com

lrochkind@jafferaitt.com

sdostrom@hotmail.com

michaelhopkins@mailcity.com

ellesw@aol.com

sport@gvi.net

dana-charles@worldnet.att.net

class45@concentric.net

options-galore@yahoo.com

dadabca@netcom.ca

bchap01@aol.com

ceissngr@midrivers.com

**123**

doubled@snowcrest.com

glassgs@cadvision.com

mbrown8967@aol.com

nfl300@aol.com

diemert@northerntel.net

cgrumer@manatt.com

shouli.yang@stjude.org

RJWNLAW@aol.com

sds98@eatel.net

jwmaloy@aol.com

kanelos@mindspring.com

blairc@iname.com

Larry_Fletcher@bc.sympatico.ca

JNRRICH@Intur.net

aadrezin@Epix.net

kimball.peed@bigfoot.com

tammyr@falcon.ukans.cc.edu

VTPALMER27@yahoo.com

crandall@rock-springs.dowell.slb.com

gedler@bellsouth.net

sue_stephen@bc.sympatico.ca

Nicklin98@aol.com

r_brown@email.msn.com

andrelee@earthlink.net

BrAnDin420@aol.com

hou@mail.med.upenn.edu

barrettcarter@mindspring.com

calinb@earthlink.net

BSID@CTC.NET

dsbarron@bellsouth.net

jamcgrath@yahoo.com

bbaum89@aol.com

dhilch@pacificcoast.net

bjsaw@ttc-cmc.net

smsutom@aol.com

lynn@dot.state.al.us

liuwd@earthlink.net

pingnas@ica.net

Hanna@tir.com

SteveG7574@aol.com

buddunn@auantumworld.com

Rahmati@ibm.net

Docnielsen@webtv.net

mjandcarlincc@juno.com

emlabeau@gateway.net

## 123

loking@wixmail.com

Jholt@Clemson.edu

jsmusa@mindspring.com

Mainland@ticnet.com

cce3@juno.com

mcnamer@bigsky.net

Remodelyou@aol.com

mwa@wnonline.net

lesterabs@mindspring.com

shanson@kearney.net

vickylanglois@atlasta.net

an667@hwcn.org

rconant@telusplanet.net

yu241703@yorku.ca

yu241703@yorku.ca

Michael Genge@bc.sympatico.ca

lihen

BSID@CTC.NET

dsbarron@bellsouth.net

jamcgrath@yahoo.com

bbaum89@aol.com

dhilch@pacificcoast.net

bjsaw@ttc-cmc.net

smsutom@aol.com

lynn@dot.state.al.us

liuwd@earthlink.net

pingnas@ica.net

Hanna@tir.com

SteveG7574@aol.com

buddunn@quantumworld.com

Rahmati@ibm.net

docnielsen@webtv.net

mjandcarlincc@juno.com

emlabeau@gateway.net

loking@wixmail.com

Jholt@Clemson.edu

jsmusa@mindspring.com

Mainland@ticnet.com

cce3@juno.com

mcnamer@bigsky.net

Remodelyou@aol.com

mwa@wnonline.net

lesterabs@mindspring.com

shanson@kearney.net

vickylanglois@atlasta.net

**123**

an667@hwcn.org

rconant@telusplanet.net

yu241703@yorku.ca

Michael.Genge@bc.sympatico.ca

lihengelle@aol.com

TJDeavers@aol.com

PDQ2CU@aol.com

BrAnDin420@aol.com

hou@mail.med.upenn.edu

calinb@earthlink.net

MSB7158@bellsouth.net

hsmiley@san.rr.com

abmk@home.com

CTBallard@aol.com

beth_pattillo@shmm.org

beatty@home.msen.com

RJNele@aol.com

swede@dmea.net

kmaxeyjr@bayou.com

Wesglynn@aol.com

calinb@earthlink.net

johnsons@pacifier.com

ambc@rhweb.com

jwarren@wyche.com

dongming.zhao@jci.com

pkloosterman@juno.com

Dsalido@webtv.net

JEEPETTE99@aol.com

pingnas@ica.net

Karen0906@aol.com

lonni@pb.quik.com

cr80n@flash.net

Dana-Charles@Worldnet.Att.Net

Averitas@aol.com

kk_1200@kwikkopy.com

hewlett@cablelan.net

sonia_voldseth@burns.senate.gov

mychen@att.net

dzeigler@jsucc.jsu.edu

mchad@acnet.net

MYChen@att.net

albourassa@bigfoot.com

albourassa@bigfoot.com

## 123

**Harden, Holmes**

**Mgutierrez@pirnie.com**

**marysuebennett@earthlink.net**

**lindaDagostino@mindspring.com**

**mayfi23@marz.com**

**shucko@prodigy.net**

**zuzuy2k@yahoo.com**

**Mgutierrez@pirnie.com**

**Mgutierrez@pirnie.com**

**bcslaw@worldnet.att.net**

**graceurc@powerweb.com**

**graceurc@powerweb.com**

## d

**ladevries@firstam.com**

File As:  DeVries, Laurie
Suite 201
Grand Rapids, MI  49503
Bus:  (616) 451-2591
Bus Fax:  (616) 459-5280

## h

**ihatch@ala.net**

File As:  Hatch, I. K.