FILED

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

MAR 1 9 2001

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTERNATIONAL HERITAGE, INC.   ) | CASE NO. 98-02675-5-ATS |
| ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE,   ) | CASE NO. 98-02674-5-ATS |
| INCORPORATED   ) | |
| ) | |
| Debtor.   ) | |

## ORDER APPROVING
## COMPROMISE AND SETTLEMENT

Upon Motion of Holmes P. Harden, Trustee, by and through Counsel, for an Order Authorizing a Compromise and Settlement in the above-captioned case having come on for hearing before the undersigned, and it appearing to the Court as follows:

The undersigned Trustee in Bankruptcy in the above-captioned case has moved through Counsel pursuant to Bankruptcy Rule 2004 and 9019 for an Order Approving the Offer of Compromise and Settlement between COECO of Raleigh and the Debtor for the amount of $4,263.06 and granting a release and full settlement between the two parties. The Court finds that the acceptance of $4,263.06 is a fair and reasonable settlement and it is in the best interest of the Estate and it is thereby ORDERED to execute the Release and Settlement Agreement in full satisfaction of all claims between the two parties.

WHEREFORE, it is ORDERED ADJUDGED AND DECREED that the Trustee is hereby authorized to sign the Release and Settlement Agreement between the parties.

This the 19th day of March, 20 01.

A. Thomas Small
United States Bankruptcy Judge

327 C. Boyles to serve 3/19/01 Am

348