FILED

MAR 2 9 2001

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| INTERNATIONAL HERITAGE, | ) | CHAPTER 7 |
| INCORPORATED, | ) | CASE NO. 98-02674-5-ATS |
| | ) | |
| Debtors. | ) | |

**ORDER ALLOWING INTERIM SPECIAL ATTORNEY
FOR TRUSTEE FEES AND EXPENSES**

This matter came on to be heard upon Application of Nicholls & Crampton, P.A. for allowance of interim Special Attorney for Trustee fees in the amount of $25,902.00 and reimbursement of expenses in the amount of $1,248.97 (the "Application"), and it appearing that no objections to the Application were filed, that the Application should be allowed as an Interim Application with fees and expenses allowed in full, that valuable services have been rendered to the Trustee, that the fees and expenses requested are reasonable, and for good cause shown, it is

ORDERED that the Application be allowed in full as an Interim Application, and that Nicholls & Crampton, P.A. be awarded interim fees in the amount of $25,902.00 and reimbursement of expenses in the amount of $1,248.97.

DATED: MAR 2 9 2001

_____
United States Bankruptcy Judge

O:\CHP7TR\InternationalHeritage\attyfeeapp.ord.004.wpd

Recorded in Fee Book 3/29/01 AM

329                                                                                          349

Case Name: International Heritage, Inc.
Case Number: 98-02675-5-ATS

### CERTIFICATE OF MAILING

I am a regularly appointed and qualified deputy clerk in the Office of the Clerk, in and for said Court and District, and I hereby certify that a copy of the attached document was mailed in a postage prepaid envelope addressed to the following at their respective addresses, by placing said envelope in the regular mail in Raleigh, North Carolina on _____MAR 2 9 2001_____.

_____
Deputy Clerk

Marjorie K. Lynch
Bankruptcy Administrator

Stephani Humrickhouse
Post Office Box 18237
Raleigh, NC 27619