FILED
APR - 5 2001
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    CHAPTER 7

INTERNATIONAL HERITAGE, INC.,          CASE NO. 98-02675-5-ATS

Debtor.

**NOTICE OF MOTIONS TO COMPROMISE
AND SETTLE ADVERSARY PROCEEDINGS**

TO:   ALL CREDITORS OF INTERNATIONAL HERITAGE, INC. AND OTHER PARTIES IN INTEREST

   NOTICE IS HEREBY GIVEN of the Motion to Compromise and Settle Adversary Proceedings regarding each of the following adversary proceeding cases set forth below which were filed March 30, 2001 by the Trustee herein requesting an order granting him authority to compromise and settle each adversary proceeding for the payment by the Defendant to the Trustee in each such adversary proceeding the amounts set forth below:

| Case No. | Defendant Name | Amount Claimed | Settlement Amount |
| --- | --- | --- | --- |
| S-00-00175-5-AP | US Office Products, Carolinas District, Inc., f/k/a Carolina Equipment Company, f/k/a Raleigh Office Supply | $3,108.66 | $2,331.57 |
| S-00-00180-5-AP | Harrah's Operating Company, f/k/a Embassy Suites, Inc. | 4,370.72 | 1,500.00 |
| S-00-00182-5-AP | Travel Experts, Inc. | 8,820.60 | 4,000.00 |
| S-00-00189-5-AP | Frank Mastoloni & Sons, Inc. | 21,127.39 | 6,500.00 |
| S-00-00192-5-AP | BNY Financial Corporation and BNY Charlotte, Inc. | 3,237.90 | 1,000.00 |
| S-00-00197-5-AP | Sheraton Operating Corporation, d/b/a Sheraton New Orleans Hotel | 18,068.14 | 10,000.00 |
| S-00-00234-5-AP | Mark Pruitt | 1,548.76 | 200.00 |
| S-00-00242-5-AP | Xpedite Systems, Inc. | 53,854.34 | 16,536.34 |

| | | | |
|---|---|---|---|
| S-00-00256-5-AP | Pactiv Corporation, f/k/a Tenneco Packaging Inc. and Tenneco Packaging Specialty and Consumer Products Inc. | 3,921.89 | 1,960.94 |
| S-00-00263-5-AP | Audio Visual Services Corporation, f/k/a Caribiner International, Inc., Caribiner Audio Visual Services, Inc. and Caribiner International, Inc. | 20,597.59 | 5,000.00 |

An objection to the any of the Motions must be filed with the Clerk, United States Bankruptcy Court, Post Office Box 1441, Raleigh, NC 27602, with a copy served on the Trustee whose name appears at the bottom of this Notice, within TWENTY (20) DAYS of the date of this Notice. No hearing will be conducted on said objection unless the Court, in its discretion, deems a hearing necessary, or unless a party in interest requests a hearing. Any party requesting a hearing shall appear at the hearing in support of such request or he may be assessed with costs.

DATE OF NOTICE: April 2, 2001

_Holmes P. Harden_
Holmes P. Harden
State Bar #9835
Chapter 7 Trustee
MAUPIN, TAYLOR & ELLIS, P.A.
Post Office Box 17169
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

O:\CHP7TR\InternationalHeritage\Compromise&Settle.AP.not.2.wpd

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing document was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the 2nd day of April, 2001.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _____
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

See Attached Mail Matrix and E-Mail List

RAL/179511/1

# MAUPIN TAYLOR & ELLIS, P.A.

ATTORNEYS AT LAW
HIGHWOODS TOWER ONE, SUITE 500
3200 BEECHLEAF COURT
RALEIGH, NORTH CAROLINA 27604-1064

TELEPHONE (919) 981-4000

**MAILING ADDRESS**
POST OFFICE DRAWER 19764
RALEIGH, NORTH CAROLINA 27619-9764
TELEFAX (919) 981-4300
ÄÄÄÄÄÄ

**DURHAM/RESEARCH TRIANGLE PARK OFFICE**
411 ANDREWS ROAD, SUITE 150
DURHAM, NORTH CAROLINA 27705
TELEPHONE (919) 382-0188
ÄÄÄÄÄ

## FACSIMILE TRANSMISSION

**CONFIDENTIAL [ ]**            **RUSH [ ]**

TO:  *Chittenden Bank*
*c/o Louis P. Rochkind*
*Jaffe, Raitt, Heuer & Weiss*
*One Woodward Avenue, Suite 2400*
*Detroit, MI 48226*

FROM:  *Holmes P. Harden*
MAUPIN TAYLOR & ELLIS, P.A.
POST OFFICE DRAWER 19764
RALEIGH, NORTH CAROLINA 27619-9764
**DIRECT DIAL #:** *919-981-4011*

CITY:

DATE: **April 2, 2001**

FACSIMILE #: ~~313-961-8358~~            OUR FILE NUMBER:    ~~BANK7A-206~~

TOTAL NUMBER OF PAGES, INCLUDING COVER SHEET:

The material transmitted and communicated herein ("communication") is intended only for the use of the individual or entity to which it is addressed, and may contain information that constitutes work product, or is subject to attorney-client privilege, or is confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

*MESSAGE:*

Original to follow by mail?  **X** Yes   ___ No

We are transmitting from Group III equipment.

**Facsimile #: 919/981-4300**                                **Help #: 919/981-4063**

RAL/179511/1

| | | |
|---|---|---|
| Terri I. Gardner<br>Smith Debnam Narron & Myers, L.L.P.<br>P. O. Box 26268<br>Raleigh, NC 27611-6268 | Managing Agent<br>International Heritage, Inc.<br>c/o Mayflower Capital LLC<br>2626 Glenwood Avenue, Suite 100<br>Raleigh, NC 27608 | Brent E. Wood<br>Wood & Francis, PLLC<br>P. O. Box 164<br>Raleigh, NC 27602 |
| Stephanie P. Wyatt<br>Coyle, Bascom & Bergman, P.C.<br>1000 Cambridge Square, Suite C<br>Alpharetta, GA 30004 | James Russell Tucker<br>Bush, Hauder & Adkerson, P.C.<br>500 N. Akard Street, Suite 2100<br>Dallas, TX 75201 | Jack T. Clary<br>214 St. Matthews Lane<br>Spartanburg, SC 29301 |
| Richard Ieyoub, Attorney General<br>State of Louisiana<br>301 Main Street, Suite 1250<br>Baton Rouge, LA 70801 | Susan Coon Bailey<br>5233 Floynell Drive<br>Baton Rouge, LA 70809 | Dorothy H. Miller<br>102 Triangle Circle<br>Lafayette, LA 70508 |
| Chittenden Bank<br>c/o Louis P. Rochkind<br>Jaffe, Raitt, Heuer & Weiss<br>One Woodward Avenue, Suite 2400<br>Detroit, MI 48226 | Stacey Ostrom<br>3010 E. Nasa Road 1 #1405<br>Seabrook, TX 77586 | Eugene W. Ellison<br>185 Biltmore Avenue<br>Asheville, NC 28801 |
| Karl A. King<br>465 Sudden Valley<br>Bellingham, WA 98226 | Securities and Exchange Commission<br>Attn: William P. Hicks<br>3475 Lenox Road, NE<br>Atlanta, GA 30326 | Managing Agent<br>Internal Revenue Service<br>320 Federal Place<br>Greensboro, NC 27401 |
| Managing Agent<br>North Carolina Dept. of Revenue<br>P. O. Box 1168<br>Raleigh, NC 27602 | Marjorie K. Lynch<br>Bankruptcy Administrator<br>P. O. Box 3039<br>Raleigh, NC 27602-3039 | Jane E. Chassey<br>1514 Azalea Drive<br>Saint Louis, Missouri 63119 |
| Carolyn E. John<br>485 Broad River Blvd.<br>Beaufort, SC 29906 | Managing Agent<br>Advanced Equities<br>P. O. Box 1042<br>Winnfield, LA 71483 | Managing Agent<br>Centrum Bank AG, Vaduz<br>Heiligkreuz 8<br>Postfoch 1168<br>FL -9490 Vaduz   LIECHTENSTEIN |
| Gary D. McDowell<br>1138 Ascott Valley Dr.<br>Duluth, GA 30097 | Jean Wedin<br>P. O. Box 753<br>LaConner, WA 98257 | Managing Agent<br>Jewels by Evonne<br>1879 Buford Hwy., Suite 7<br>Buford, GA 30518 |
| Lois Coonc<br>P. O. Box 699<br>LaConner, WA 98257 | Managing Agent<br>Mayflower Capital, LLC<br>2626 Glenwood Ave., Suite 100<br>Raleigh, NC 27608 | Pamela Johnson<br>18488 Best Road<br>Mount Vernon, WA 98273 |

RAL/179511/1

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen   SWITZERLAND

Managing Agent
Schweizerische Hypotheken
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich   SWITZERLAND

Stanley H. Van Etten
10504 Tredwood Drive
Raleigh, NC 27613

Managing Agent
UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich   SWITZERLAND

Charles Anderson
Smith Helms Mulliss & Moore
P. O. Box 27525
Raleigh, NC 27611

Marianne Kelley
142419 133 Ave.
Edmonton, Alberta
CANADA T5A5A5

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Larry Smith
2435 E. North Street
Greenville, SC 29615

Anna M. Washburn
145 Christopher Drive
Clayton, NC 27520

Shawna Y. Staton
Jordan, Price, Wall, Gray,
 Jones & Carlton
P. O. Box 2021
Raleigh, NC 27602-2021

Henry W. Nozko, Jr., President
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Henry W. Nozko, Jr., President
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Managing Agent
Coeco
2525 Atlantic Avenue
Raleigh, NC 27604

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN 56258

Managing Agent
EDS Financial Services
4800 Six Forks Road
Raleigh, NC 27609

Managing Agent
Centrum Bank AGVaduz
Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz   LIECHTENSTEIN

Managing Agent
Emil Schatz, St Gallen
Oberhofstettenstrasse 67C
CH-9012, Saint Gallen   SWITZERLAND

Managing Agent
Accurata Treuhand und Revisions AG Vaduz
Abundt 36
FL-9490 Vaduz   LIECHTENSTEIN

Managing Agent
Mareco Treuhand Anstalt
Schlossweg 24
FL-9496 Balzers   LIECHTENSTEIN

Managing Agent
UBS AG, Zurich Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich   SWITZERLAND

Lloyd W. Gathings, II
Gathings & Associates
P. O. Box 10545
Birmingham, AL 35202

Managing Agent
TransAmerica-TIG Insurance
650 California St. 2nd Floor
San Francisco, CA 94108-2702

Sherwin P. Robin
P. O. Box 9541
Savannah, GA 31412-9541

Tony Copeland
BTI
4300 Six Forks Road, Suite 500
Raleigh, NC 27609

RAL/179511/1

Michael P. Flanagan
Ward and Smith, P.A.
P. O. Box 8088
Greenville, NC 27835-8088

Vickie Corbitt,
Attorney for Commissioner of Revenue
Tennessee Dept. of Revenue - Legal
312 8th Ave. N. #27 Fl.
Nashville, TN 37243-0001

Jean Boyles
P. O. Box 10506
Raleigh, NC 27605

James A. Roberts, III
Lewis & Roberts, PLLC
P. O. Box 17529
Raleigh, NC 27619-7529

Stephani W. Humrickhouse, Esq.
Nicholls & Crampton
4300 Six Forks Road, Suite 700
Raleigh, NC 27609

Paul Faison S. Winborne
300/200 Parham Street, Suite F
P. O. Box 1547
Raleigh, NC 27602

Patrick H. Tyler
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

Janet Cradeur
P. O. Box 66658
Baton Rouge, LA 70896

Missouri Department of Revenue
Attn: Brian S. Kuhlmann
P. O. Box 475
Jefferson City, MO 65105-0475

James K. Austin
Ellis Painter Ratterree & Bart LLP
P. O. Box 9946
Savannah, GA 31412-9946

Meredith P. Ezzell
Wyrick Robbins Yates & Ponton LLP
P. O. Drawer 17803
Raleigh, NC 27619

Marcia McGair Ippolito
R.I. Division of Taxation
One Capitol Hill
Providence, RI 02908-5800

J. Anthony Penry
Smith, Helms, Mulliss & Moore
2800 Two Hanover Square
Raleigh, NC 27601

William Woodward Webb
Broughton, Wilkins, Webb & Sugg, P.A.
P. O. Box 2387
Raleigh, NC 27602

Walter Calton
312 East Broad Street
Eufaula, AL 36072

Keith M. Jensen
Law Office of Keith M. Jensen
514 East Beklnap
Fort Worth, TX 76102

Joseph N. Calloway, Esq.
Battle, Winslow, Scott & Wiley, P.A.
P. O. Box 7100
Rocky Mount, NC 27804-0100

L. C. Gilbert, Jr.
74 Hilltop Lane
Alpine, AL 35014

Randall L. Greene
Rt. 1, Box 155
Randlett, OK 73562

Jackson Wayne Murphy
Rt. 6, Box 154
Troy, AL 36081

James H. Thomas
101 Robin Drive
Troy, AL 36081

Craig T. Liebendorfer
7315 Hundley Blvd.
Dallas, TX 75231-4722

Denise Marsh
709 Summit Ridge
Lewisville, TX 75067

Sharon A. Meckenstock
1640 West 34th St., N.
Wichita, KS 67204

RAL/179511/1

Dan H. Meckenstock
Custodian FBO Jean Carol Meckenstock
9685 Mohawk Trail
Cascade, CO 80809-1525

Wilbur E. Meckenstock
9685 Mohawk Trail
Cascade, CO 80809-1525

State Auditor's Office
Montana Securities Department
Mitchell Building, Room 270
State Capital Complex
Helen, MT 59620

William Swinney
3365 Silver Palm Drive
Jacksonville, FL 32250

Marshall Reddy
P. O. Box 806
Ponte Verde Beach, FL 32004

Henry W. Noziko, Jr.
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Gerald A. Jeutter
Kilpatrick Stockton, LLP
P. O. Box 300004
Raleigh, NC 27622

Henry W. Noziko, Jr.
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Michael K. Wolensky
Robert G. Brunton
David J. Gellen
Kutak Rock
225 Peachtree St., NE, Suite 2100
Atlanta, GA 30303-1731

Gary V. Dixon
Ross Dixon & Bell, LLP
601 Pennsylvania Ave. NW
North Boulevard
Washington, DC 20004-2688

Ronald H. Garber
Boxley Bolton & Garber
P. O. Drawer 1429
Raleigh, NC 27602

Virginia Andrews Burdette
P. O. Box 47
Mukilteo, WA 98275

Scott L. Wilkinson
Assistant U.S. Attorney
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Joseph B. Cheshire V
Cheshire Parker Schneider Wells & Bryan
P. O. Box 1029
Raleigh, NC 27602

Managing Agent
International Heritage, Incorporated
c/o Mayflower Capital LLC
2626 Glenwood Avenue, Suite 100
Raleigh, NC 27608

James Burshtyn
Office of Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78712548

RAL/179511/1

**123**

beent@texoma.net

Cotner@wizard.net

x2-song@worldnet.att.net

hual@airmail.net

mayfi23@marz.com

Buddha623@aol.com

pgorman@vantagepointcapital.com

Iwardcc2@aol.com

ridelga@pacbell.net

sstephe489@aol.com

wrightr@mindspring.com

mlafontaine@abbot-simses.com

TJWR21156@aol.com

rabbit@rockisland.com

cheryll.COSTANIINO@edmail.com

jasbircheema@amropictures.com

72320.316@compuserve.com

stann@colby.IXKS.com

lov.comptable@sympatico.ca

Cwin888@aol.com

myc888@webtv.net

virgilh@colby.ixks.com

gjack312@Intrstar.net

hdfrey@telusplanet.net

DLWARREN@BellSouth.net

michael_bhagat@hotmail.com

GBYRDJR@aol.com

rliston@spartanburg4.0rg

ghromero@aol.com

mommaeans@hotbot.com

joanchan@rocketmail.com

ZGU@atlantis.com

edeem@worldnet.att.net

DFITZPA400@aol.com

theboock@compuserve.com

pondman@memes.com

docchiro@ISLC.net

RIZMOE@NWRain.com

thodges@gateway.net

hlee@directv.com

fabb@telusplanet.net

cordw@deltapineseed.com

NBECK87570@aol.com

JYANG4@FORD.COM

**123**

mccarthy@mccarthyconsultant.com

BNLHATH@aol.com

nonfemett@worldnet.att.net

digger@bcsupernet.com

BREIDYIII@aol.com

Lindastime@aol.com

pak@jcnl.com

hornsjr@mindspring.com

lpartr1072@aol.com

leadership.possibilities.mak@worldnet.att.net

aqualite@digisys.net

TIMSAMUEL@aol.com

mtheisen@efn.org

MLGeller@aol.com

englishs@digisys.net

gmahalko@vvm.com

timmoore@aol.com

mooreem@harpo.tnstate.edu

sprklmagc@aol.com

backpain@keynet.net

Hbeckbari@aol.com

mwarhurst@yahoo.com

js.baum@srs.gov

wynellh@flash.net

dlatray@mcn.net

bwood@woodfran.com

tcrow@uab-admin.vpad.uab.edu

DickLynn Ferency@compuserve.com

kaylorj@hal-pc.org

CHASSEYRAY@email.msn.com

jim.griffith@erols.com

xiaokui.shan@bakernet.com

xshan@aol.com

kkandola@theresidences.com

lrochkind@jafferaitt.com

sdostrom@hotmail.com

michaelhopkins@mailcity.com

ellesw@aol.com

sport@gvi.net

dana-charles@worldnet.att.net

class45@concentric.net

options-galore@yahoo.com

dadabca@netcom.ca

bchap01@aol.com

ceissngr@midrivers.com

**123**

| | |
|---|---|
| doubled@snowcrest.com | r_brown@email.msn.com |
| glassgs@cadvision.com | andrelee@earthlink.net |
| mbrown8967@aol.com | BrAnDin420@aol.com |
| nfl300@aol.com | hou@mail.med.upenn.edu |
| diemert@northerntel.net | barrettcarter@mindspring.com |
| cgrumer@manatt.com | calinb@earthlink.net |
| shouli.yang@stjude.org | BSID@CTC.NET |
| RJWNLAW@aol.com | dsbarron@bellsouth.net |
| sds98@eatel.net | jamcgrath@yahoo.com |
| jwmaloy@aol.com | bbaum89@aol.com |
| kanelos@mindspring.com | dhilch@pacificcoast.net |
| blairc@iname.com | bjsaw@ttc-cmc.net |
| Larry_Fletcher@bc.sympatico.ca | smsutom@aol.com |
| JNRRICH@Intur.net | lynn@dot.state.al.us |
| aadrezin@Epix.net | liuwd@earthlink.net |
| kimball.peed@bigfoot.com | pingnas@ica.net |
| tammyr@falcon.ukans.cc.edu | Hanna@tir.com |
| VTPALMER27@yahoo.com | SteveG7574@aol.com |
| crandall@rock-springs.dowell.slb.com | buddunn@auantumworld.com |
| gedler@bellsouth.net | Rahmati@ibm.net |
| sue_stephen@bc.sympatico.ca | Docnielsen@webtv.net |
| Nicklin98@aol.com | mjandcarlincc@juno.com |
| | emlabeau@gateway.net |

**123**

| | |
|---|---|
| loking@wixmail.com | bjsaw@ttc-cmc.net |
| Jholt@Clemson.edu | smsutom@aol.com |
| jsmusa@mindspring.com | lynn@dot.state.al.us |
| Mainland@ticnet.com | liuwd@earthlink.net |
| cce3@juno.com | pingnas@ica.net |
| mcnamer@bigsky.net | Hanna@tir.com |
| Remodelyou@aol.com | SteveG7574@aol.com |
| mwa@wnonline.net | buddunn@quantumworld.com |
| lesterabs@mindspring.com | Rahmati@ibm.net |
| shanson@kearney.net | docnielsen@webtv.net |
| vickylanglois@atlasta.net | mjandcarlincc@juno.com |
| an667@hwcn.org | emlabeau@gateway.net |
| rconant@telusplanet.net | loking@wixmail.com |
| yu241703@yorku.ca | Jholt@Clemson.edu |
| yu241703@yorku.ca | jsmusa@mindspring.com |
| Michael Genge@bc.sympatico.ca | Mainland@ticnet.com |
| lihen | cce3@juno.com |
| BSID@CTC.NET | mcnamer@bigsky.net |
| dsbarron@bellsouth.net | Remodelyou@aol.com |
| jamcgrath@yahoo.com | mwa@wnonline.net |
| bbaum89@aol.com | lesterabs@mindspring.com |
| dhilch@pacificcoast.net | shanson@kearney.net |
| | vickylanglois@atlasta.net |

**123**

an667@hwcn.org

rconant@telusplanet.net

yu241703@yorku.ca

Michael Genge@bc.sympatico.ca

lihengelle@aol.com

TJDeavers@aol.com

PDQ2CU@aol.com

BrAnDin420@aol.com

hou@mail.med.upenn.edu

calinb@earthlink.net

MSB7158@bellsouth.net

hsmiley@san.rr.com

abmk@home.com

CTBallard@aol.com

beth_pattillo@shmm.org

beatty@home.msen.com

RJNele@aol.com

swede@dmea.net

kmaxeyjr@bayou.com

Wesglynn@aol.com

calinb@earthlink.net

johnsons@pacifier.com

ambc@rhweb.com

jwarren@wyche.com

dongming.zhao@jci.com

pkloosterman@juno.com

Dsalido@webtv.net

JEEPETTE99@aol.com

pingnas@ica.net

Karen0906@aol.com

lonni@pb.quik.com

cr80n@flash.net

Dana-Charles@Worldnet.Att.Net

Averitas@aol.com

kk_1200@kwikkopy.com

hewlett@cablelan.net

sonia_voldseth@burns.senate.gov

mychen@att.net

dzeigler@jsucc.jsu.edu

mchad@acnet.net

MYChen@att.net

albourassa@bigfoot.com

albourassa@bigfoot.com

# 123

**Harden, Holmes**

**Mgutierrez@pirnie.com**

**marysuebennett@earthlink.net**

**lindaDagostino@mindspring.com**

**mayfi23@marz.com**

**shucko@prodigy.net**

**zuzuy2k@yahoo.com**

**Mgutierrez@pirnie.com**

**Mgutierrez@pirnie.com**

**bcslaw@worldnet.att.net**

**graceurc@powerweb.com**

**graceurc@powerweb.com**

**GBYRDJR@aol.com**

**RRALBRIGHT@AOL.COM**

# d

**ladevries@firstam.com**
File As:   DeVries, Laurie
Suite 201
Grand Rapids, MI  49503
Bus:   (616) 451-2591
Bus Fax:   (616) 459-5280

# h 

**ihatch@ala.net**
File As:   Hatch, I. K.

E-mail

File As

Follow Up Flag

Mailing Address

Bus

Co Main

Home

Mobile

Car

Other

Bus Fax

Hm Fax

E-mail 2

E-mail 3

E-mail

File As

Follow Up Flag

Mailing Address

Bus

Co Main

Home

Mobile

Car

Other

Bus Fax

Hm Fax

E-mail 2

E-mail 3