FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 28

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | NATIONSBANK, N.A. |
| Taxpayer ID No: | 87-0421191 | Account Number: | 3753846835 Checking - Non Interest |
| For Period Ending: | 03/31/01 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| C 10/25/00 | 001020 | Nicholls & Crampton, P.A. | Fees-Attorney Specially 2nd interim | | | 3,158.60 | | | 16,822.53 |
| C 10/25/00 | 001021 | Poorman-Douglas | COST OF SERVICE Checking Claims Fees $3,912.50 Expenses $115.85 | | | 4,028.35 | | | 12,794.18 |
| C 10/25/00 | 001022 | Jean Boyles | Attorney Specially 2nd interim fees and expenses | | | 2,574.88 | | | 10,219.30 |
| C 10/25/00 | 001023 | Adams Consulting Group | Accounting fees 2nd interim | | | 10,104.08 | | | 115.22 |
| C 10/26/00 | 001024 | AT&T | Bank Funds Transfer Telephone Service 020 713 6257 001 | | | 11.88 | | | 430.74 |
| C 10/26/00 | 001025 | BellSouth | Telephone Service 919 790-0128 010 0363 919 876-2161 450 0364  $60.36  $.80 | | | 61.16 | | | 369.58 |
| C 10/26/00 | 001026 | RECALL | STORAGE UNIT RENTAL Invoice #010445 | | | 254.36 | | | 115.22 |
| C 10/30/00 | 001027 | MAUPIN TAYLOR & ELLIS, P.A. | Fees-Attorney for Trustee BANK7A-HFN | | | 20,699.25 | | 20,699.25 | 20,814.47 / 115.22 |
| C 10/31/00 | 11 | NATIONSBANK, N.A. | Interest Rate  2.350 | | 15.28 | | | | 130.50 |
| C 11/30/00 | 11 | NATIONSBANK, N.A. | Interest Rate  2.350 | | 0.25 | | | | 130.75 |
| C 12/11/00 | 001028 | AT&T | Bank Funds Transfer Telephone Service 020 713 6257 001 | | | 18.97 | | 79.33 | 210.08 |
| C 12/11/00 | 001029 | BellSouth | Telephone Service 919 790-0128 010 0363 | | | 60.36 | | | 191.11 |
| C 12/14/00 | 001030 | Recall | STORAGE UNIT RENTAL Invoice # 012171 | | | 264.36 | | 311.43 | 442.18 / 177.82 |
| C 12/14/00 | 001031 | BellSouth | Telephone Service 919 876-2161 450 0364 | | | 47.07 | | | 130.75 |

FILED
APR 12 2001
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

373A

13 pgs

LFORM2XT                                                                                                                                                                              Ver: 6.02

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: 87-0421191
For Period Ending: 03/31/01

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753846835 Checking - Non Interest

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| 12/28/00 | | Transfer from Acct #3753846819 | Bank Funds Transfer | | | | | 43,445.46 | 43,576.21 |
| 12/28/00 | 001032 | NICHOLLS & CRAMPTON 4300 SIX FORKS ROAD, SUITE 700 RALEIGH, NC 27609 | Fees-Attorney for Trustee | | | 43,445.46 | | | 130.75 |
| 12/29/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 5.92 | | | | 136.67 |
| 01/19/01 | | Transfer from Acct #3753846819 | Bank Funds Transfer | | | | | 529.12 | 665.79 |
| 01/19/01 | 001033 | AT&T | Telephone Service Acct. # 056 661-2689 001 $14.69 Acct. # 056 390-8195 001 $14.69 Acct. # 020 713 6257 001 $39.15 Acct. # 056 390-8195 001 $29.38 Acct. # 056 661-2689 001 $29.38 | | | 127.29 | | | 538.50 |
| 01/19/01 | 001034 | BellSouth | Telephone Service Acct. # 919 790-0128 010 0363 $60.36 Acct. # 91 M43-2476 112 0361 $30.04 Acct. # 919 876-2161 450 0364 $47.07 | | | 137.47 | | | 401.03 |
| 01/19/01 | 001035 | Recall | STORAGE UNIT RENTAL Invoice # 013076 | | | 264.36 | | | 136.67 |
| 01/31/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 8.77 | | | | 145.44 |
| 02/19/01 | | Transfer from Acct #3753846819 | Bank Funds Transfer | | | | | 486.38 | 631.82 |
| 02/19/01 | 001036 | BellSouth | Telephone Service 919 M43-2476-112 0361 $.16 919876-2161 450 0364 $47.18 919 790-0128 010 0363 $120.81 | | | 168.15 | | | 463.67 |
| 02/19/01 | 001037 | Recall-Raleigh | STORAGE UNIT RENTAL Inv. 013916 | | | 264.36 | | | 199.31 |
| 02/19/01 | 001038 | AT&T | Telephone Service 020 713 6257 001 $12.92 020 713 6257 001 $40.76 056 390-8195 001 $.19 | | | 53.87 | | | 145.44 |
| 02/28/01 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 0.50 | | | | 145.94 |
| 03/27/01 | | Transfer from Acct #3753846819 | Bank Funds Transfer | | | | | 797.46 | 943.40 |
| 03/27/01 | 001039 | AT&T | Telephone Service 056 390-8195 001 | | | 14.89 | | | 928.51 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 30

| Case No: | 98-02675-5-ATS | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | NATIONSBANK, N.A. |
| Taxpayer ID No: | 87-0421191 | | Account Number: | 3753846835 Checking - Non Interest |
| For Period Ending: | 03/31/01 | | Blanket Bond (per case limit): | $ 6,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 03/27/01 | 001040 | RECALL | STORAGE UNIT RENTAL INV. #014743 | | | 264.36 | | | 664.15 |
| 3/27/01 | 001041 | BELLSOUTH | Telephone Service 919 790-0128 010 0363 | | | 192.21 | | | 471.94 |
| 03/27/01 | 001042 | INTERNATIONAL SURETIES, INC. | Trustee Bond SB9934813 | | | 326.00 | | | 145.94 |
| Ct 03/29/01 | 001043 | NICHOLLS & CRAMPTON | Fees-Attorney for Trustee NOVEMBER 28, 2000 TO FEBRUARY 28, 2000 | | | 27,150.97 | | | 145.94 |
| C 03/29/01 | | | Bank Funds Transfer Transfer from Acct #3753846819 | | | | | 27,150.97 | 27,296.91 |
| C 03/30/01 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 2.22 | | | | 148.16 |

*  Reversed
t  Funds Transfer
C  Bank Cleared

| Account  3753846835 | | | | | |
|---|---|---|---|---|---|
| Balance Forward | 0.00 | | 43 Checks | 715,614.53 | |
| 0  Deposits | 0.00 | | 0  Adjustments Out | 0.00 | |
| 14  Interest Postings | 205.03 | | 0  Transfers Out | 0.00 | |
| Subtotal | $ | 205.03 | Total | $ | 715,614.53 |
| 0  Adjustments In | 0.00 | | | | |
| 19  Transfers In | 715,557.66 | | | | |
| Total | $ | 715,762.69 | | | |

LFORM2XT    Ver: 6.02

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 31

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: 87-0421191
For Period Ending: 03/31/01

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753846848  Money Market - Interest Bearing
Blanket Bond (per case limit): $ 6,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 11/11/99 | 14 | U S Treasury District Court, Atlanta Georgia | Settlement with SEC | 600,000.00 | | | | | 600,000.00 |
| 11/16/99 | | Transfer to Acct #3753846819 | Bank Funds Transfer | | | | | -118,687.96 | 481,312.04 |
| 11/17/99 | | Transfer to Acct #3753846518 | Bank Funds Transfer | | | | | -51,243.81 | 430,068.23 |
| 11/29/99 | | Transfer to Acct #3753846835 | Bank Funds Transfer | | | | | -452.48 | 429,615.75 |
| 11/30/99 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 418.77 | | | | 430,034.52 |
| 11/30/99 | 001001 | U. S. Bankruptcy Court | Filing Fee Filing fee for judgment | | | 40.00 | | | 429,994.52 |
| 12/02/99 | 001002 | InfoStor 3010 Industrial Drive P. O. Box 18236 Raleigh, NC 27619-8238 | STORAGE UNIT RENTAL Invoice #002045 | | | 254.36 | | | 429,740.16 |
| 12/10/99 | 14 | U. S. Court N. District of GA | Settlement-other | 50,000.00 | | | | | 479,740.16 |
| 12/16/99 | 001003 | Lloyd T. Whitaker | Monitor fees Per order entered 12/14/99 | | | 10,886.69 | | | 468,853.47 |
| 12/16/99 | 001004 | Kilpatrick Stockton | Attorney for Monitor fees Per order entered 12/14/99 | | | 5,393.66 | | | 463,459.81 |
| 12/31/99 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 914.23 | | | | 464,374.04 |
| 01/03/00 | 001005 | BellSouth | Telephone Service 919 790-0128 010 0363 | | | 60.03 | | | 464,314.01 |
| 01/03/00 | 001006 | AT&T | Telephone Service 020 713 6257 001 | | | 15.51 | | | 464,298.50 |
| 01/31/00 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 926.77 | | | | 465,225.27 |
| 01/31/00 | | Transfer to Acct #3753846521 | Bank Funds Transfer | | | | | -351.06 | 464,874.21 |
| 02/02/00 | 001007 | Hewlett-Packard Company M/S 5518 8000 Foothills Blvd. Roseville, CA 95747-6588 | Y2K Compliance Invoice 7ZS6173 | | | 5,800.00 | | | 459,074.21 |
| 02/03/00 | 14 | United States Treasury U.S. District Court Atlanta, GA | SETTLEMENT - OTHER From Securities and Exchange Commission | 750,000.00 | | | | | 1,209,074.21 |

LFORM2XT    Ver: 6.02

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | NATIONSBANK, N.A. |
| Taxpayer ID No: | 87-0421191 | Account Number: | 3753846848 Money Market - Interest Bearing |
| For Period Ending: | 03/31/01 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 02/23/00 | 001008 | AT&T | Telephone Service 0563908195001 $12.08 0107136257001 $15.41 | | | 27.49 | | | 1,209,046.72 |
| 02/23/00 | 001009 | InfoStor | STORAGE UNIT RENTAL Invoice # 003732 | | | | | -787.00 | 1,208,490.05 |
| C1 02/24/00 | | Transfer to Acct #3753846835 | Bank Funds Transfer | | | | | -787.00 | 1,207,703.05 |
| C1 02/29/00 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 1,967.02 | | | | 1,209,670.07 |
| C1 03/13/00 | | Transfer to Acct #3753846835 | Bank Funds Transfer | | | | | -579.35 | 1,209,090.72 |
| C1 03/29/00 | | Transfer to Acct #3753846835 | Bank Funds Transfer | | | | | -144.84 | 1,208,945.88 |
| C1 03/31/00 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 2,409.90 | | | | 1,211,355.78 |
| C1 04/18/00 | 001010 | AT&T | Telephone Service Acct. # 056 390-8195 001 | | | 12.08 | | | 1,211,343.70 |
| C1 04/18/00 | 001011 | InFoStor | STORAGE UNIT RENTAL Invoice # 005472 | | | 254.36 | | | 1,211,089.34 |
| C1 04/28/00 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 2,180.05 | | | | 1,213,269.39 |
| C1 05/01/00 | 14 | United States Treasury U. S. District Court Atlanta, GA | Settlement with SEC | 750,000.00 | | | | | 1,963,269.39 |
| C1 05/10/00 | 11 | Transfer to Acct #3753846835 | Bank Funds Transfer | | | | | -327.17 | 1,962,942.22 |
| C1 05/31/00 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 3,922.99 | | | | 1,966,865.21 |
| C1 06/08/00 | 14 | United States Treasury | Settlement with SEC | 25,000.00 | | | | | 1,991,865.21 |
| C1 06/08/00 | | Transfer from Acct #3753846819 | Bank Funds Transfer/SEC Funds | | | | | 25,000.00 | 2,016,865.21 |
| C1 06/30/00 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 3,860.12 | | | | 2,020,725.33 |
| C 07/10/00 | 001002 | InfoStor 3010 Industrial Drive P.O. Box 18236 Raleigh, NC 27619-8238 | VOID STOP PAY ADD SUCCESSFUL | | | -254.36 | | | 2,020,979.69 |
| C 07/31/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 4,026.51 | | | | 2,025,006.20 |
| C 08/03/00 | 14 | United States Treasury | SEC settlement | 200,000.00 | | | | | 2,225,006.20 |
| C 08/31/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 4,355.82 | | | | 2,229,362.02 |
| C 09/21/00 | | | US TREASURY DEPOSIT ERROR | | | | 1,800,000.00 | | 4,029,362.02 |
| C 09/22/00 | 14 | UNITED STATES TREASURY | Settlement with SEC | 25,000.00 | | | | | 4,054,362.02 |

LFORM2XT                                                                                                                                              Ver: 6.02

Page: 33

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: 87-0421191
For Period Ending: 03/31/01

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753846848  Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| C 09/29/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 6,356.84 | | | | 4,060,718.86 |
| C 10/31/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 8,351.64 | | | | 4,069,070.50 |
| C 11/30/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 7,845.26 | | | | 4,076,915.76 |
| C 12/29/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 7,598.13 | | | | 4,084,513.89 |
| C 01/31/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 8,684.98 | | | | 4,093,198.87 |
| C 02/28/01 | 11 | NATIONSBANK, N.A. | INTEREST RECD FROM BANK | | 7,385.39 | | | | 4,100,584.26 |
| C 03/30/01 | 11 | NATIONSBANK, N.A. | INTEREST RECD FROM BANK | | 7,927.70 | | | | 4,108,511.96 |

Account  3753846848

| | Balance Forward | 0.00 | | 12 Checks | 23,046.49 |
|---|---|---|---|---|---|
| 7 | Deposits | 2,400,000.00 | | 0 Adjustments Out | 0.00 |
| 17 | Interest Postings | 79,132.12 | | 8 Transfers Out | 172,573.67 |
| | Subtotal | $ 2,479,132.12 | | Total | $ 195,620.16 |
| 1 | Adjustments In | 1,800,000.00 | | | |
| 1 | Transfers In | 25,000.00 | | | |
| | Total | $ 4,304,132.12 | | | |

* Reversed
Funds Transfer
C Bank Cleared

LFORM2XI                                                                                                                Ver: 6.02

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 34

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | NATIONSBANK, N.A. |
| Taxpayer ID No: | 87-0421191 | Account Number: | 3753847313  Money Market - Interest Bearing |
| For Period Ending: | 03/31/01 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $  6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| C 10/16/00 | 15 | BABENER & ASSOCIATES ATTORNEY AT LAW 121 S.W. MORRISON ST., SUITE 1020 PORTLAND, OR 97204 | PREFERENCE SETTLEMENT | 5,000.00 | | | | | 5,000.00 |
| C 10/16/00 | 15 | FITZ & FLOYD 501 CORPORATE DRIVE LEWISVILLE, TX 75057 | PREFERENCE SETTLEMENT | 544.69 | | | | | 5,544.69 |
| C 10/16/00 | 15 | CAVIN'S INC. P. O. BOX 31848 RALEIGH, NC 27622-1848 | PREFERENCE SETTLEMENT | 611.80 | | | | | 6,156.49 |
| C 10/16/00 | 15 | THE GREATER RALEIGH CHAMBER OF COMMERCE P. O. BOX 2978 RALEIGH, NC 27602-2978 | PREFERENCE SETTLEMENT | 380.00 | | | | | 6,536.49 |
| C 10/16/00 | 15 | PBM GRAPHICS, INC. P. O. BOX 13603 RESEARCH TRIANGLE PARK, NC 27709-3603 | PREFERENCE SETTLEMENT | 5,000.00 | | | | | 11,536.49 |
| C 10/16/00 | 15 | CUSTOM ENGRAVING & TROPHY, INC. 612 N. PERSON STREET RALEIGH, NC 27604 | PREFERENCE SETTLEMENT | 401.06 | | | | | 11,937.55 |
| C 10/16/00 | 15 | JAMES GREENE PRODUCTS 2321 YELLOW BANKS RD. NORTH WILKESBORO, NC 28659 | PREFERENCE SETTLEMENT | 741.96 | | | | | 12,679.51 |
| C 10/25/00 | 15 | WSW INC, D/B/A CAPITOL COFFEE SYSTEMS 1000 INVESTMENT BOULEVARD APEX, NC 27502 | PREFERENCE SETTLEMENT | 380.69 | | | | | 13,060.20 |
| C 10/25/00 | 15 | HAROLD W. AND MARY ANN WEAKLEY 4518 PRATT LANE FRANKLIN, TN 37064 | PREFERENCE SETTLEMENT | 109.07 | | | | | 13,169.27 |
| C 10/25/00 | 15 | PR NEWSWIRE P. O. BOX 5897 NEW YORK NY 10087-5897 | PREFERENCE SETTLEMENT | 2,895.00 | | | | | 16,064.27 |

LFORM2XT                                                                                                                                                                                                                                                       Ver: 6.02

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 35

| Case No: | 98-02675-5-ATS | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | NATIONSBANK, N.A. |
| | | | Account Number: | 375347313  Money Market - Interest Bearing |
| Taxpayer ID No: | 87-0421191 | | Blanket Bond (per case limit): | |
| For Period Ending: | 03/31/01 | | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 10/25/00 | 15 | BOGARS INC.<br>3680 W. BEVERLY BLVD.<br>LOS ANGELES, CA 90004 | PREFERENCE SETTLEMENT | 5,822.51 | | | | | 21,886.78 |
| 10/31/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 12.77 | | | | 21,899.55 |
| 11/01/00 | 15 | CITY OF RALEIGH PARKS & REC | PREFERENCE SETTLEMENT | 450.00 | | | | | 22,349.55 |
| 11/01/00 | 15 | THE HAMMOCK SOURCE<br>P. O. BOX 1602<br>GREENVILLE, NC 27835 | PREFERENCE SETTLEMENT | 6,514.85 | | | | | 28,864.40 |
| 11/07/00 | 15 | DIRECT SELLING ASSOCIATION<br>GENERAL ACOUNT<br>1275 PENNSYLVANIA AVENUE, NW<br>SUITE 800<br>WASHINGTON DC 20004 | PREFERENCE SETTLEMENT | 1,225.00 | | | | | 30,089.40 |
| 11/07/00 | 15 | GREAT PLAINS<br>1701 SW 38TH ST.<br>FARGO, ND 48104 | PREFERENCE SETTLEMENT | 550.00 | | | | | 30,639.40 |
| 11/07/00 | 15 | PUBLIC SERVICE COMPANY<br>400 COX ROAD<br>P.O. BOX 1398<br>GASTONIA, NC 28053-1398 | PREFERENCE SETTLEMENT | 75.88 | | | | | 30,715.28 |
| 11/14/00 | 15 | LITHO INDUSTRIES, INC.<br>P. O. BOX 14106<br>DURHAM, NC 27709 | PREFERENCE SETTLEMENT | 21,250.00 | | | | | 51,965.28 |
| 11/14/00 | 15 | ALLIED VAN LINES<br>215 W. DIEHL ROAD<br>NAPERVILLE, IL 60563 | PREFERENCE SETTLEMENT | 1,556.00 | | | | | 53,521.28 |
| 11/14/00 | 15 | AOC (ACCOUNTANTS ON CALL)<br>NICHOLLS & CRAMPTON PA<br>ADMINISTRATIVE TRUST ACCOUNT<br>4300 SIX FORKS ROAD, SUITE 700<br>RALEIGH, NC 27609 | PREFERENCE SETTLEMENT | 200.00 | | | | | 53,721.28 |
| 11/27/00 | 15 | | FUNDS FOR BULOVA SETTLEMENT, CASE<br>NO. SH-12075-1.<br>JOSEPH M. VANN<br>ATTORNEY FOR BULOVA<br>GRATCH JACOBS & BROZMAN, P.C.<br>950 THIRD AVENUE<br>NEW YORK, NEW YORK 10022-2705 | 7,000.00 | | | | | 60,721.28 |

LFORM2XT                                                                                                                                   Ver. 6.02

Page: 36

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-ATS |
|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | 87-0421191 |
| For Period Ending: | 03/31/01 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|
| Bank Name: | NATIONSBANK, N.A. |
| Account Number: | 3753847313  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| C 11/27/00 | 15 | BATTLE WINSLOW SCOTT & WILEY P.A. TRUST ACCOUNT P. O. BOX 7100 ROCKY MOUNT, NC 27804-0100 | PREFERENCE SETTLEMENT SETTLEMENT PROCEEDS FOR ATCOM | 1,000.00 | | | | | 61,721.28 |
| C 11/27/00 | 15 | IMPERIAL HOTEL GROUP, INC. SHERATON IMPERIAL P. O. BOX 13099 RTP, NC 27709 | PREFERENCE SETTLEMENT | 5,000.00 | | | | | 66,721.28 |
| C 11/27/00 | 15 | AMERICAN MANAGEMENT ASSOC. INTERNATIONAL TRUDEAU ROAD, P. O. BOX 430 SARANAC LAKE, NY 12983 | PREFERENCE SETTLEMENT | 1,004.00 | | | | | 67,725.28 |
| C 11/30/00 | 11 | NATIONSBANK, N.A. DISBURSEMENT ACCOUNT | Interest Rate 2.350 | | 57.45 | | | | 67,782.73 |
| C 12/06/00 | 15 | LYON FINANCIAL SERVICES, INC. 115 WEST COLLEGE DR. MARSHALL, MN 56258 | Collection COLLECTION OF SECURITY DEPOSIT BY JEAN BOYLES. | 4,263.06 | | | | | 72,045.79 |
| C 12/27/00 | 15 | FORRESTER SMITH, INC. 213 HOBBS STREET TAMPA, FL 33619 | PREFERENCE SETTLEMENT | 7,500.00 | | | | | 79,545.79 |
| C 12/27/00 | 15 | INFOSTOR, INC. P. O. BOX 18238 RALEIGH, NC 27609 | PREFERENCE SETTLEMENT | 1,000.00 | | | | | 80,545.79 |
| C 12/27/00 | 15 | WWF PAPER CORP. 2 BALA PLAZA BALA CYNWYD, PA 19004 | PREFERENCE SETTLEMENT | 18,750.00 | | | | | 99,295.79 |
| C 12/27/00 | 15 | ALLEN HARRIS SHAW 3626 N. HALL #617 DALLAS, TX 75219 | PREFERENCE SETTLEMENT MARSH V. INTL HERITAGE BANKRUPTCY | 1,157.66 | | | | | 100,453.45 |
| C 12/27/00 | 15 | SHUSTAK JALIL & HELLER ATTORNEYS AT LAW 545 MADION AVENUE 15TH FLOOR NEW YORK, NY 10022 | PREFERENCE SETTLEMENT | 1,375.00 | | | | | 101,828.45 |
| C 12/27/00 | 15 | BEDFORD FREIGHT LINES, INC. 511 N. LA CIENEGA BLVD, SUITE 208 | PREFERENCE SETTLEMENT | 4,362.66 | | | | | 106,191.11 |

LFORMZXT                                                                                                                           Ver: 6.02

Page: 37

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: 87-0421191
For Period Ending: 03/31/01

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753847313 Money Market - Interest Bearing
Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 12/27/00 | 15 | GES EXPOSITION SERVICES CORPORATE PAYABLES P. O. BOX 98790 LAS VEGAS, NV 89193-8790 | PREFERENCE SETTLEMENT | 1,184.33 | | | | | 107,375.44 |
| 12/29/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 94.63 | | | | 107,470.07 |
| 01/05/01 | 15 | NATHAN HANKS 10045 CHENIER POINT SHREVEPORT, LA 71106 | PREFERENCE SETTLEMENT | 2,941.50 | | | | | 110,411.57 |
| 01/05/01 | 15 | ETIENNE AIGNER 47 BRUNSWICK AVE. EDISON, NJ 08818 | PREFERENCE SETTLEMENT | 2,238.27 | | | | | 112,649.84 |
| 01/12/01 | 15 | STEPHEN M. AND LINDA L. CASTLE 312 CHASE LANE MARIETTA, GA 30068 | PREFERENCE SETTLEMENT | 2,703.00 | | | | | 115,352.84 |
| 01/29/01 | 15 | KINKO'S P. O. BOX 8060 VENTURA, CA 93002-8060 | PREFERENCE SETTLEMENT | 6,500.00 | | | | | 121,852.84 |
| 01/29/01 | 15 | EPLEY ASSOCIATES P. O. BOX 11526 CHARLOTTE, NC 28220-1526 | PREFERENCE SETTLEMENT | 14,000.00 | | | | | 135,852.84 |
| 01/31/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 188.19 | | | | 136,041.03 |
| 02/06/01 | 15 | TRAVEL EXPERTS INC. 212 SAWMILL ROAD RALEIGH, NC 27615 | PREFERENCE SETTLEMENT | 2,000.00 | | | | | 138,041.03 |
| 02/09/01 | 15 | CVN INC. 673 MOHAWK ST. SUITE 203 COLUMBUS, OH 43206 | PREFERENCE SETTLEMENT | 2,500.00 | | | | | 140,541.03 |
| 02/09/01 | 15 | INTERWEST TRANSFER CO., INC. P. O. BOX 17136 SALT LAKE CITY, UT 84117 | PREFERENCE SETTLEMENT | 2,101.65 | | | | | 142,642.68 |
| 02/14/01 | 15 | CITIZEN WATCH CO OF AMERICA, INC. 1000 W. 190TH ST. TORRANCE, CA 905021040 LOS ANGELES, CA 90048 | PREFERENCE SETTLEMENT | 35,000.00 | | | | | 177,642.68 |

LFORM2XT    Ver: 6.02

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 38

| Case No: | 98-02675-5-ATS | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | NATIONSBANK, N.A. |
| Taxpayer ID No: | 87-0421191 | | Account Number: | 375384731 3  Money Market - Interest Bearing |
| For Period Ending: | 03/31/01 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $  6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| C 02/20/01 | 15 | CIPM, INC.<br>16 WEST SIXTY-FIRST STREET<br>NEW YORK, NY 10023 | PREFERENCE SETTLEMENT | 5,000.00 | | | | | 182,642.68 |
| C 02/22/01 | 15 | NICHOLS & CRAMPTON<br>TRUST ACCOUNT | PREFERENCE SETTLEMENT | 5,500.00 | | | | | 188,142.68 |
| C 02/28/01 | 15 | TRAVEL EXPERTS, INC.<br>212 SAWMILL ROAD<br>RALEIGH, NC 27615 | PREFERENCE SETTLEMENT<br>QUALITY BUILDERS OF RALEIGH<br>AP SETTLEMENT | 2,000.00 | | | | | 190,142.68 |
| C 02/28/01 | 15 | US OFFICE PRODUCTS<br>13501 INGENUITY DRIVE, SUITE 300<br>ORLANDO, FL 32826 | PREFERENCE SETTLEMENT | 2,331.57 | | | | | 192,474.25 |
| C 02/28/01 | 11 | NATIONSBANK, N.A. | INTEREST RECD FROM BANK | | 234.77 | | | | 192,709.02 |
| C 03/06/01 | 15 | ALSTON & BIRD<br>(XPEDITE SYSTEMS, INC.)<br>ONE WEST ATLANTIC CENTER<br>1201 WEST PEACHTREE STREET<br>ATLANTA, GA 30309-3524 | PREFERENCE SETTLEMENT | 16,536.34 | | | | | 209,245.36 |
| C 03/07/01 | 15 | MARK A. PRUITT<br>DELLA PRUITT<br>2207 ASHWOOD CT.<br>CARROLLTON, TX 75006 | PREFERENCE SETTLEMENT | 200.00 | | | | | 209,445.36 |
| C 03/14/01 | 15 | SHERATON NEW ORLEANS HOTEL<br>500 CANAL STREET<br>NEW ORLEANS, LA 70130 | PREFERENCE SETTLEMENT | 10,000.00 | | | | | 219,445.36 |
| C 03/19/01 | 15 | JOHN DANIELL<br>BOX-BAR RANCH<br>HC 82, BOX 9070<br>MALTA, MT 59538 | PREFERENCE SETTLEMENT | 500.00 | | | | | 219,945.36 |
| C 03/19/01 | 14 | NICHOLLS & CRAMPTON PA<br>ADMINISTRATIVE TRUST ACCOUNT<br>4300 SIX FORKS ROAD, SUITE 700<br>RALEIGH, NC 27609 | PREFERENCE SETTLEMENT | 1,500.00 | | | | | 221,445.36 |
| C 03/21/01 | 15 | (HARRAHS OPERATING COMPANY, INC.)<br>FRANK MASTOLONI & SONS, INC. | PREFERENCE SETTLEMENT | 6,500.00 | | | | | 227,945.36 |

LFORM2XT

Ver: 6.02

Page: 39

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: 87-0421191
For Period Ending: 03/31/01

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753847313  Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 3/26/01 | 15 | 608 FIFTH AVE NEW YORK, NY 10020 | PREFERENCE SETTLEMENT | 500.00 | | | | | 228,445.36 |
| 03/26/01 | 15 | BOX BAR RANCH (JOHN DANIELL) HC 82 BOX 9070 MALTA, MT 59538 | PREFERENCE SETTLEMENT | 1,000.00 | | | | | 229,445.36 |
| 03/26/01 | 15 | GMAC COMMERCIAL CREDIT LLC ONE PENNSYLVANIA PLAZA NEW YORK, NY 10119 | PREFERENCE SETTLEMENT | 1,960.94 | | | | | 231,406.30 |
| 03/27/01 | 15 | PACKAGING CORPORATION OF AMERICA 1900 WEST FIELD COURT LAKE FOREST, IL 60045 | PREFERENCE SETTLEMENT | 2,003.76 | | | | | 233,410.06 |
| 03/30/01 | 11 | NICHOLLS & CRAMPTON TRUST ACCOUNT 4300 SIX FORKS ROAD, SUITE 700 RALEIGH, NC 27609 NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 365.04 | | | | 233,775.10 |

Account 3753847313

| | | | |
|---|---|---|---|
| Balance Forward | 0.00 | | |
| 54 Deposits | 232,822.25 | 0 Checks | 0.00 |
| 6 Interest Postings | 952.85 | 0 Adjustments Out | 0.00 |
| Subtotal | $ 233,775.10 | 0 Transfers Out | 0.00 |
| 0 Adjustments In | 0.00 | | |
| 0 Transfers In | 0.00 | Total | $ 0.00 |
| Total | $ 233,775.10 | | |

\* Reversed
Funds Transfer
Bank Cleared

LFORM2XT

Ver: 6.02

Page: 40

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | NATIONSBANK, N.A. |
| Taxpayer ID No: | 87-0421191 | Account Number: | 3753847410  Money Market - Interest Bearing |
| For Period Ending: | 03/31/01 | Blanket Bond (per case limit): | $ 6,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| | | | | | | | | | 0.00 |
| C 02/01/01 | 5 | WORLDCOM<br>601 SOUTH 12TH ST.<br>ARLINGTON, VA 22202 | REFUND<br>Security Deposit Refund | 5,249.86 | | | | | 5,249.86 |
| C 02/28/01 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 7.08 | | | | 5,256.94 |
| C 03/30/01 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 10.16 | | | | 5,267.10 |

* Reversed
t  Funds Transfer
C  Bank Cleared

Account 3753847410

| | | Balance Forward | 0.00 | | 0 Checks | 0.00 |
| | 1 | Deposits | 5,249.86 | | 0 Adjustments Out | 0.00 |
| | 2 | Interest Postings | 17.24 | | 0 Transfers Out | 0.00 |
| | | Subtotal | $ 5,267.10 | | Total | $ 0.00 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 5,267.10 | | | |

Report Totals

| | | Balance Forward | 0.00 | | 194 Checks | 862,158.52 |
| | 124 | Deposits | 4,546,971.06 | | 1 Adjustments Out | 122.97 |
| | 111 | Interest Postings | 136,574.33 | | 75 Transfers Out | 965,969.18 |
| | | Subtotal | $ 4,683,545.39 | | Total | $ 1,828,250.67 |
| | 1 | Adjustments In | 1,800,000.00 | | | |
| | 75 | Transfers In | 965,969.18 | | | |
| | | Total | $ 7,449,514.57 | | Net Total Balance | $ 5,621,263.90 |

LFORM2XT                                                                                                                                          Ver: 6.02