IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

FILED
APR 27 2001

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE: )
)
INTERNATIONAL HERITAGE, INC. )    CASE NO. 98-02675-5-ATS
)    CHAPTER 7
)
)
)
Debtor. )

## SECOND INTERIM APPLICATION FOR COMPENSATION FOR SERVICES RENDERED BY POORMAN-DOUGLAS CORPORATION, INC. AND REIMBURSEMENT OF EXPENSES

NOW COMES Holmes P. Harden, Trustee in the above-referenced case, and applies to the Court for authority to pay Poorman-Douglas Corporation, Inc. interim fees in the amount of Seven Thousand Seven Hundred Twenty-Five and no/100 ($7,725.00) from August 16, 2000 through November 27, 2000 and expenses incurred in the amount of $99.76 through September 20, 2000.

Debtor filed a voluntary petition in Chapter 7 bankruptcy on November 25, 1998. An order approving the employment of Poorman-Douglas Corporation, Inc. to review claims for duplicate, amended, administrative and priority claims and assist in drafting objections for the Trustee was entered on May 9, 2000 at a rate not to exceed $125.00 per hour.

The court entered an order allowing first interim compensation for services performed by Poorman-Douglas Corporation, Inc. on October 23, 2000 for services rendered from May 3, 2000 through June 14, 2000 and reimbursement of expenses from June 21, 2000 through July 20, 2000.

Trustee paid Poorman-Douglas Corporation, Inc. an advance payment in the

288636



374

amount of $10,000.00 to be applied to the final billing pursuant to their contract. Trustee must apply to the court for approval of all fees on all invoices he receives from Pooman-Douglas Corporation, Inc.

A copy of the Poorman-Douglas Corporation, Inc. bill and biographical information is attached to this Application. In the opinion of the Trustee, such fees are reasonable and just.

Respectfully submitted, this 25th day of April, 2001.

*signature*
Holmes P. Harden
Trustee for Debtors
N. C. State Bar No. 9835
3200 Beechleaf Court
Post Office Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

288636

## Poorman-Douglas Corporation

10300 Southwest Allen Boulevard
Beaverton, OR 97005
Telephone (503) 350-5800



Invoice #   114199

Customer #  2440    Date: 09/24/00    Please Remit To:

International Heritage, Inc.
C/O Holmes P. Harden, Trustee
P.O. Box 19764
Raleigh, NC  27619

POORMAN-DOUGLAS CORPORATION
MS34
P.O. BOX 4300
PORTLAND, OREGON 97208-4300

Billing Period: 8/21/00 To 9/20/00                                                      Page: 1

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| This Invoice 114199, Replaces Invoice 111125. | | | |
| Bankruptcy Services | | | |
| Consulting - (K. Wagner) | 10.2 | 125.0000 | 1,275.00 |
| Claim Copies Expense | 28.2 | 1.0000 | 28.20 |
| Delivery Charges | 35 | 1.0000 | 35.00 |

Taxable Charges                 0.00
Sales Tax                       0.00

**TOTAL:**                    1,338.20

Customer Copy

PLEASE PAY FROM THIS INVOICE - TERMS NET 30 DAYS

International Heritage
Invoice 114199

| DATE | NAME | DESCRIPTION | TIME | RATE | TOTAL |
|---|---|---|---|---|---|
| 8/16/00 | K.Wagner | Telephone call w/A.Whitfield re: status of claims analysis | 0.2 | $125.00 | $25.00 |
| 8/22/00 | K.Wagner | Memo to L. Isabella re: orders on secured claims, leases and executory contracts | 0.2 | $125.00 | $25.00 |
| 8/22/00 | K.Wagner | Research re: Debtor's information on internet; conflicting information as to bar in various creditor correspondence | 0.5 | $125.00 | $62.50 |
| 9/5/00 | K.Wagner | Telephone call w/J.Johnson re: status of claims analysis | 0.2 | $125.00 | $25.00 |
| 9/6/00 | K.Wagner | Prepare memo to Chap 7 Trustee re: claims analysis | 0.5 | $125.00 | $62.50 |
| 9/7/00 | K.Wagner | Updated summaries for unliquidated claims; began update for duplicate and amended claims | 8.2 | $125.00 | $1,025.00 |
| 9/8/00 | K.Wagner | Prepare memo to M.Moore re: claims analysis | 0.2 | $125.00 | $25.00 |
| 9/13/00 | K.Wagner | Telephone call w/M.Moore regarding objection reports | 0.2 | $125.00 | $25.00 |
| | | TOTAL | | | $1,275.00 |
| | | | | | |
| Expenses | | | | | |
| 9/20/00 | | Photocopies | 188 | $0.15 | $28.20 |
| 9/20/00 | | Delivery Charges | | $35.00 | $35.00 |
| | | TOTAL | | | $63.20 |

## Poorman-Douglas Corporation

10300 Southwest Allen Boulevard
Beaverton, OR 97005
Telephone (503) 350-5800



Invoice #   114197

Customer #  2440              Date: 10/24/00         Please Remit To:

International Heritage, Inc.
C/O Holmes P. Harden, Trustee
P.O. Box 19764
Raleigh, NC  27619

POORMAN-DOUGLAS CORPORATION
MS34
P.O. BOX 4300
PORTLAND, OREGON 97208-4300

Billing Period: 9/21/00 To 10/20/00                                           Page: 1

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| This Invoice 114197 Replaces Invoice 111640. | | | |
| Bankruptcy Services | | | |
| Consulting (M. Moore - 4; K. Wagner - 3.2) | 7.2 | 125.0000 | 900.00 |
| Delivery Charges | 35 | 1.0000 | 35.00 |
| Billable Telephone Charges | 0.08 | 1.0000 | 0.08 |

Taxable Charges                0.00
Sales Tax                      0.00

**TOTAL:**                    935.08

Customer Copy

PLEASE PAY FROM THIS INVOICE - TERMS NET 30 DAYS

International Heritage
Invoice 114197

| DATE | NAME | DESCRIPTION | TIME | RATE | TOTAL |
|---|---|---|---|---|---|
| 9/18/00 | K.Wagner | Prepared summary of sec & bondholder claims; prepared memo to Trustee re: same plus insider claims | 1.5 | $125.00 | $187.50 |
| 9/19/00 | K.Wagner | Memo to M.Moore re: claims analysis and e-mailed spreadsheet | 0.2 | $125.00 | $25.00 |
| 9/19/00 | M.Moore | Worked on data spreadsheet from K.Wagner | 2 | $125.00 | $250.00 |
| 9/20/00 | K.Wagner | Prepared memo to and reviewed memos from M.Moore re: claims objection reports | 0.3 | $125.00 | $37.50 |
| 9/20/00 | M.Moore | Worked on data spreadsheet from K.Wagner | 2 | $125.00 | $250.00 |
| 10/13/00 | K.Wagner | Prepared memo and exhibit to memo to Trustee | 1.2 | $125.00 | $150.00 |
|  |  | TOTAL |  |  | $900.00 |
| Expenses |  |  |  |  |  |
| 9/20/00 |  | Billable Telephone Charges | 1 | $0.08 | $0.08 |
| 9/20/00 |  | Delivery Charges |  | $35.00 | $35.00 |
|  |  | TOTAL |  |  | $35.08 |

## Poorman-Douglas Corporation

10300 Southwest Allen Boulevard
Beaverton, OR 97005
Telephone (503) 350-5800



### Invoice #   114115

Customer #   2440        Date:  11/24/00        Please Remit To:

International Heritage, Inc.
C/O Holmes P. Harden, Trustee
P.O. Box 19764
Raleigh, NC  27619

POORMAN-DOUGLAS CORPORATION
MS34
P.O. BOX 4300
PORTLAND, OREGON 97208-4300

Billing Period: 10/21/00 To 11/20/00                                Page: 1

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| This Invoice 114115 Replaces Invoice 112073. | | | |
| Internation Heritage Bankruptcy Services | | | |
| Account Executive Consulting (M. Moore 1.5; K. Wagner - 25.4) | 26.9 | 125.0000 | 3,362.50 |

| | |
|---|---|
| Taxable Charges | 0.00 |
| Sales Tax | 0.00 |
| **TOTAL:** | **3,362.50** |

Customer Copy

PLEASE PAY FROM THIS INVOICE - TERMS NET 30 DAYS

International Heritage
Invoice 114115

| DATE | NAME | DESCRIPTION | TIME | RATE | TOTAL |
|---|---|---|---|---|---|
| 10/16/00 | K.Wagner | Reviewed claims register and worked on resolving claims conflicts | 8 | $125.00 | $1,000.00 |
| 10/17/00 | K.Wagner | Prepared memo to J.Johnson re: status of open claims items | 0.2 | $125.00 | $25.00 |
| 10/17/00 | K.Wagner | Voice mail message to M.Moore re: numbering claims with multiple claimants | 0.1 | $125.00 | $12.50 |
| 10/17/00 | K.Wagner | Reviewed claims register and worked on resolving claims conflicts | 8.6 | $125.00 | $1,075.00 |
| 10/27/00 | K.Wagner | Reviewed e-mail memo from and phone call w/J. Derse Quasarano, counsel for Chittenden Bank re: classification of priority claim | 0.3 | $125.00 | $37.50 |
| 11/3/00 | K.Wagner | Prepared memo to M.Moore re: multiple claimants in single claim form | 8 | $125.00 | $1,000.00 |
| 11/6/00 | K.Wagner | Prepared memo to M.Moore re: form of objection exhibit | 0.1 | $125.00 | $12.50 |
| 11/8/00 | M.Moore | Prepared memo re: objection exhibits | 1.5 | $125.00 | $187.50 |
| 11/8/00 | K.Wagner | Reviewed memos from M.Moore re: objection exhibits | 0.1 | $125.00 | $12.50 |
| | | TOTAL | | | $3,362.50 |
| | | | | | |
| | | | | | |
| | | | | | |
| Expenses | | | | | |

## Poorman-Douglas Corporation

10300 Southwest Allen Boulevard
Beaverton, OR 97005
Telephone (503) 350-5800



### Invoice #   114198

Customer #   2440          Date:   12/24/00          Please Remit To:

International Heritage, Inc.
C/O Holmes P. Harden, Trustee
P.O. Box 19764
Raleigh, NC  27619

POORMAN-DOUGLAS CORPORATION
MS34
P.O. BOX 4300
PORTLAND, OREGON 97208-4300

Billing Period: 11/21/00 To 12/20/00                                                    Page: 1

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| This Invoice 114198, Replaces Invoice 114116. | | | |
| International Heritage Bankruptcy Services | | | |
| Consulting/Claims Processing / Reconciliation | | | |
| Account Executive Consulting | 17.5 | 125.0000 | 2,187.50 |
| Expenses | | | |
| Billable Telephone Charges | 1.48 | 1.0000 | 1.48 |

Taxable Charges                                   0.00
Sales Tax                                         0.00

**TOTAL:**                                      2,188.98

Customer Copy

PLEASE PAY FROM THIS INVOICE - TERMS NET 30 DAYS

International Heritage
Invoice 114198

| DATE | NAME | DESCRIPTION | TIME | RATE | TOTAL |
|---|---|---|---|---|---|
| 11/16/00 | K.Wagner | Prepared summary of unliquidated claims for which backup liquidated amount due | 1 | $125.00 | $125.00 |
| 11/21/00 | K.Wagner | Identified insider claimants; began identification of preference claimants | 5.3 | $125.00 | $662.50 |
| 11/27/00 | K.Wagner | Completed identification of preference claimants; began review of creditor names and prepared revisions to court data | 11.2 | $125.00 | $1,400.00 |
| | | TOTAL | | | $2,187.50 |

| Expenses | | | | | |
|---|---|---|---|---|---|
| 9/20/00 | | Telephone Charges | 1 | $1.48 | $1.48 |
| | | TOTAL | | | $1.48 |

**POORMAN-DOUGLAS CORPORATION**
**INTERNATIONAL HERITAGE**
**BIOGRAPHIES**

**Karen M. Wagner**

Ms. Wagner holds a BA from UCLA and a JD from the University of West Los Angeles School of Law. She was previously employed as Trustee Administrator for three Chapter 7 Panel Trustees in the US Bankruptcy Court, Central District of California. Ms. Wagner was also previously self-employed as a Chapter 11 Consultant.

**Marc Moore**

Mr. Moore is currently the Technical Consulting Executive in the Bankruptcy Department. He has been with Poorman-Douglas for over 7 years. Mr. Moore received his Bachelor degree in electrical engineering from the DeVry Institute. His current duties include project management and database development.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| INTERNATIONAL HERITAGE, INC. | )  CASE NO. 98-02675-5-ATS |
| | )  CHAPTER 7 |
| | ) |
| | ) |
| Debtor. | ) |

**NOTICE OF SECOND INTERIM APPLICATION FOR COMPENSATION FOR SERVICES RENDERED BY POORMAN-DOUGLAS CORPORATION, INC. AND REIMBURSEMENT OF EXPENSES AND CERTIFICATE OF SERVICE**

TO: ALL CREDITORS OF INTERNATIONAL HERITAGE, INC. AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN of the Second Interim Application for Compensation for Services Rendered by Poorman-Douglas Corporation, Inc. in the amount of $7,725.00 and reimbursement of expenses in the amount of $99.76, filed simultaneously herewith by Holmes P. Harden, Trustee.

An objection to the fees requested should be filed with the Clerk, U. S. Bankruptcy Court, Post Office Box 1441, Raleigh, North Carolina 27602 with a copy served on the trustee whose name appears at the bottom of this Notice within twenty (20) days of the date of this Notice. No hearing will be conducted on said objection unless the Court, in its discretion, deems a hearing necessary, or unless a hearing is requested by the party filing such request. Any party requesting a hearing shall appear at said hearing in support of such request or he may be assessed with costs.

DATE OF NOTICE: 4/25/01

Holmes P. Harden, Trustee
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, North Carolina 27619

288637

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing Second Interim Application for Payment of Services Rendered by Poorman-Douglas Corporation, Inc. was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the 25 day of April, 2001.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _____
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:
Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Patty Evans
Poorman-Douglas Corporation, Inc.
10300 SW Allen Blvd.
Beaverton, OR 97006

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

See Attached Mail Matrix and E-Mail List

RAL/179511/1

# MAUPIN TAYLOR & ELLIS, P.A.
ATTORNEYS AT LAW
HIGHWOODS TOWER ONE, SUITE 500
3200 BEECHLEAF COURT
RALEIGH, NORTH CAROLINA  27604-1064

TELEPHONE (919) 981-4000

| MAILING ADDRESS | DURHAM/RESEARCH TRIANGLE PARK OFFICE |
|---|---|
| POST OFFICE DRAWER 19764 | 411 ANDREWS ROAD, SUITE 150 |
| RALEIGH, NORTH CAROLINA  27619-9764 | DURHAM, NORTH CAROLINA  27705 |
| TELEFAX (919) 981-4300 | TELEPHONE (919) 382-0188 |
| ▲▲▲▲▲▲ | ▲▲▲▲▲ |

# FACSIMILE TRANSMISSION

**CONFIDENTIAL [ ]**          **RUSH [ ]**

TO: *Chittenden Bank*                     FROM: *Holmes P. Harden*
*c/o Louis P. Rochkind*                   MAUPIN TAYLOR & ELLIS, P.A.
*Jaffe, Raitt, Heuer & Weiss*             POST OFFICE DRAWER 19764
*One Woodward Avenue, Suite 2400*         RALEIGH, NORTH CAROLINA  27619-9764
*Detroit, MI 48226*                       **DIRECT DIAL #:** *919-981-4011*

CITY:                                     DATE:  April, 2001

FACSIMILE #:  ~~313-961-8358~~            OUR FILE NUMBER:  ~~BANK7A-206~~
TOTAL NUMBER OF PAGES, INCLUDING COVER SHEET:

The material transmitted and communicated herein ("communication") is intended only for the use of the individual or entity to which it is addressed, and may contain information that constitutes work product, or is subject to attorney-client privilege, or is confidential and exempt from disclosure under applicable law.  If the reader of this communication is not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  Thank you.

*MESSAGE:*

Original to follow by mail?  **X**  Yes  ___ No

We are transmitting from Group III equipment.

Facsimile #:  919/981-4300                                    Help #:  919/981-4063

RAL/179511/1

Terri I. Gardner
Smith Debnam Narron & Myers, L.L.P.
P. O. Box 26268
Raleigh, NC 27611-6268

Managing Agent
International Heritage, Inc.
c/o Mayflower Capital LLC
2626 Glenwood Avenue, Suite 100
Raleigh, NC 27608

Brent E. Wood
Wood & Francis, PLLC
P. O. Box 164
Raleigh, NC 27602

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
1000 Cambridge Square, Suite C
Alpharetta, GA 30004

James Russell Tucker
Bush, Hauder & Adkerson, P.C.
500 N. Akard Street, Suite 2100
Dallas, TX 75201

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Dorothy H. Miller
102 Triangle Circle
Lafayette, LA 70508

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Stacey Ostrom
3010 E. Nasa Road 1 #1405
Seabrook, TX 77586

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Karl A. King
465 Sudden Valley
Bellingham, WA 98226

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Jane E. Chassey
1514 Azalea Drive
Saint Louis, Missouri 63119

Carolyn E. John
485 Broad River Blvd.
Beaufort, SC 29906

Managing Agent
Advanced Equities
P. O. Box 1042
Winnfield, LA 71483

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL -9490 Vaduz   LIECHTENSTEIN

Gary D. McDowell
1138 Ascott Valley Dr.
Duluth, GA 30097

Jean Wedin
P. O. Box 753
LaConner, WA 98257

Managing Agent
Jewels by Evonne
1879 Buford Hwy., Suite 7
Buford, GA 30518

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Managing Agent
Mayflower Capital, LLC
2626 Glenwood Ave., Suite 100
Raleigh, NC 27608

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

RAL/179511/1

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen    SWITZERLAND

Managing Agent
UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich    SWITZERLAND

Anna M. Washburn
145 Christopher Drive
Clayton, NC 27520

Henry W. Nozko, Jr., President
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Managing Agent
EDS Financial Services
4800 Six Forks Road
Raleigh, NC 27609

Managing Agent
Accurata Treuhand und Revisions AG Vaduz
Abundt 36
FL-9490 Vaduz    LIECHTENSTEIN

Lloyd W. Gathings, II
Gathings & Associates
P. O. Box 10545
Birmingham, AL 35202

Managing Agent
TransAmerica-TIG Insurance
650 California St. 2nd Floor
San Francisco, CA 94108-2702

Managing Agent
Schweizerische Hypotheken
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich    SWITZERLAND

Charles Anderson
Smith Helms Mulliss & Moore
P. O. Box 27525
Raleigh, NC 27611

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Shawna Y. Staton
Jordan, Price, Wall, Gray,
   Jones & Carlton
P. O. Box 2021
Raleigh, NC 27602-2021

Managing Agent
Coeco
2525 Atlantic Avenue
Raleigh, NC 27604

Managing Agent
Centrum Bank AGVaduz
Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz    LIECHTENSTEIN

Sherwin P. Robin
P. O. Box 9541
Savannah, GA 31412-9541

Stanley H. Van Etten
10504 Tredwood Drive
Raleigh, NC 27613

Marianne Kelley
142419 133 Ave.
Edmonton, Alberta
CANADA T5A5A5

Larry Smith
2435 E. North Street
Greenville, SC 29615

Henry W. Nozko, Jr., President
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN 56258

Managing Agent
Emil Schatz, St Gallen
Oberhofstettenstrasse 67C
CH-9012, Saint Gallen    SWITZERLAND

Managing Agent
UBS AG, Zurich Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich    SWITZERLAND

Tony Copeland
BTI
4300 Six Forks Road, Suite 500
Raleigh, NC 27609

RAL/179511/1

Michael P. Flanagan
Ward and Smith, P.A.
P. O. Box 8088
Greenville, NC 27835-8088

James A. Roberts, III
Lewis & Roberts, PLLC
P. O. Box 17529
Raleigh, NC 27619-7529

Patrick H. Tyler
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

James K. Austin
Ellis Painter Ratterree & Bart LLP
P. O. Box 9946
Savannah, GA 31412-9946

J. Anthony Penry
Smith, Helms, Mulliss & Moore
2800 Two Hanover Square
Raleigh, NC 27601

Keith M. Jensen
Law Office of Keith M. Jensen
514 East Beklnap
Fort Worth, TX 76102

Randall L. Greene
Rt. 1, Box 155
Randlett, OK 73562

James H. Thomas
101 Robin Drive
Troy, AL 36081

Vickie Corbitt,
Attorney for Commissioner of Revenue
Tennessee Dept. of Revenue - Legal
312 8th Ave. N. #27 Fl.
Nashville, TN 37243-0001

Stephani W. Humrickhouse, Esq.
Nicholls & Crampton
4300 Six Forks Road, Suite 700
Raleigh, NC 27609

Janet Cradeur
P. O. Box 66658
Baton Rouge, LA 70896

Meredith P. Ezzell
Wyrick Robbins Yates & Ponton LLP
P. O. Drawer 17803
Raleigh, NC 27619

William Woodward Webb
Broughton, Wilkins, Webb & Sugg, P.A.
P. O. Box 2387
Raleigh, NC 27602

Joseph N. Calloway, Esq.
Battle, Winslow, Scott & Wiley, P.A.
P. O. Box 7100
Rocky Mount, NC 27804-0100

Craig T. Liebendorfer
7315 Hundley Blvd.
Dallas, TX 75231-4722

Jean Boyles
P. O. Box 10506
Raleigh, NC 27605

Paul Faison S. Winborne
300/200 Parham Street, Suite F
P. O. Box 1547
Raleigh, NC 27602

Missouri Department of Revenue
Attn: Brian S. Kuhlmann
P. O. Box 475
Jefferson City, MO 65105-0475

Marcia McGair Ippolito
R.I. Division of Taxation
One Capitol Hill
Providence, RI 02908-5800

Walter Calton
312 East Broad Street
Eufaula, AL 36072

L. C. Gilbert, Jr.
74 Hilltop Lane
Alpine, AL 35014

Jackson Wayne Murphy
Rt. 6, Box 154
Troy, AL 36081

Denise Marsh
709 Summit Ridge
Lewisville, TX 75067

Sharon A. Meckenstock
1640 West 34th St., N.
Wichita, KS 67204

RAL/179511/1

State Auditor's Office
Montana Securities Department
Mitchell Building, Room 270
State Capital Complex
Helen, MT 59620

William Swinney
3365 Silver Palm Drive
Jacksonville, FL 32250

Marshall Reddy
P. O. Box 806
Ponte Verde Beach, FL 32004

Henry W. Noziko, Jr.
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Gerald A. Jeutter
Kilpatrick Stockton, LLP
P. O. Box 300004
Raleigh, NC 27622

Henry W. Noziko, Jr.
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Michael K. Wolensky
Robert G. Brunton
David J. Gellen
Kutak Rock
225 Peachtree St., NE, Suite 2100
Atlanta, GA 30303-1731

Gary V. Dixon
Ross Dixon & Bell, LLP
601 Pennsylvania Ave. NW
North Boulevard
Washington, DC 20004-2688

Ronald H. Garber
Boxley Bolton & Garber
P. O. Drawer 1429
Raleigh, NC 27602

Virginia Andrews Burdette
P. O. Box 47
Mukilteo, WA 98275

Scott L. Wilkinson
Assistant U.S. Attorney
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Joseph B. Cheshire V
Cheshire Parker Schneider Wells & Bryan
P. O. Box 1029
Raleigh, NC 27602

Managing Agent
International Heritage, Incorporated
c/o Mayflower Capital LLC
2626 Glenwood Avenue, Suite 100
Raleigh, NC 27608

James Burshtyn
Office of Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78712548

RAL/179511/1