**FILED**

**MAY - 4 2001**

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION**

IN RE:                                                                    CHAPTER 7

INTERNATIONAL HERITAGE, INC.,                    CASE NO. 98-02675-5-ATS

Debtor,

**ORDER APPROVING COMPROMISE BY DISMISSAL**
(S-00-00268-5-ATS)

This matter came on to be heard upon the Motion for Authority to Compromise Adversary Proceeding by Dismissal in the adversary proceeding in this case entitled Holmes P. Harden, Trustee, Plaintiff vs. Freddie Rick, Defendant, AP No. S-00-00268-5-AP. It appearing to the Court that the amount claimed in the adversary proceeding is $10,000.00 as to the First Cause of Action and $10,000.00 as to the Second Cause of Action, that the Trustee has been unable to locate the Defendant for service after several attempts and diligent investigation, that the adversary proceeding has been dismissed pending approval by the Court, that the dismissal is in the best interests of the estate, it is therefore

ORDERED, ADJUDGED AND DECREED that the proposed dismissal is approved and the Trustee may dismiss this adversary proceeding without prejudice.

DATED:   **MAY - 4 2001**

                                                                  _____
                                                                  UNITED STATES BANKRUPTCY JUDGE

O:\CHP7TR\InternationalHeritage\APs\Rick\dismissal.ord.wpd

cc: Hummerhouse to serve 5/4/01 AP

385