UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

FILED

MAY - 4 2001

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:                                              CHAPTER 7

INTERNATIONAL HERITAGE, INC.,                       CASE NO. 98-02675-5-ATS

    Debtor,

### ORDER APPROVING COMPROMISE BY DISMISSAL
(S-00-00258-5-ATS)

    This matter came on to be heard upon the Motion for Authority to Compromise Adversary Proceeding by Dismissal in the adversary proceeding in this case entitled Holmes P. Harden, Trustee, Plaintiff vs. Vaughn Tarver, Defendant, AP No. S-00-00258-5-AP. It appearing to the Court that the amount claimed in the adversary proceeding is $10,000.00, that the Trustee has been unable to locate the Defendant for service after several attempts and diligent investigation, that the adversary proceeding has been dismissed pending approval by the Court, that the dismissal is in the best interests of the estate, it is therefore

    ORDERED, ADJUDGED AND DECREED that the proposed dismissal is approved and the Trustee may dismiss this adversary proceeding without prejudice.

DATED: __MAY - 4 2001__

                                                UNITED STATES BANKRUPTCY JUDGE

O:\CHP7TR\InternationalHeritage\APs\Tarver\dismissal.ord.wpd

362  CC: Humrickhouse to serve 5/4/01 am

387