UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

FILED
MAY - 4 2001
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:

INTERNATIONAL HERITAGE, INC.,

Debtor,

CHAPTER 7

CASE NO. 98-02675-5-ATS

**ORDER APPROVING COMPROMISE BY DISMISSAL**
(S-00-00194-5-ATS)

This matter came on to be heard upon the Motion for Authority to Compromise Adversary Proceeding by Dismissal in the adversary proceeding in this case entitled Holmes P. Harden, Trustee, Plaintiff vs. Carolina Hurricanes Foundation, Inc., Defendant, AP No. S-00-00194-5-AP. It appearing to the Court that the amount claimed in the adversary proceeding is $9,070.00, that the Defendant is a non-profit, charitable organization and the Trustee does not wish to pursue this action, that the adversary proceeding has been dismissed pending approval by the Court, that the dismissal is in the best interests of the estate, it is therefore

ORDERED, ADJUDGED AND DECREED that the proposed dismissal is approved and the Trustee may dismiss this adversary proceeding with prejudice.

DATED: _MAY - 4 2001_

_____
UNITED STATES BANKRUPTCY JUDGE

O:\CHP7TR\InternationalHeritage\APs\CarolinaHurricanes\dismissal.ord.wpd

cc: Humrickhouse to serve 5/4/01 Am