FILED

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

MAY - 4 2001

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C

IN RE:                                                          CHAPTER 7

INTERNATIONAL HERITAGE, INC.,                                   CASE NO. 98-02675-5-ATS

Debtor,

### ORDER APPROVING COMPROMISE BY DISMISSAL
(S-00-00195-5-ATS)

This matter came on to be heard upon the Motion for Authority to Compromise Adversary Proceeding by Dismissal in the adversary proceeding in this case entitled Holmes P. Harden, Trustee, Plaintiff vs. The Enterprise Management Group, Ltd., Defendant, AP No. S-00-00195-5-AP. It appearing to the Court that the amount claimed in the adversary proceeding is $1,378.00, that the Trustee has been given evidence that the Defendant named is not the proper party and has been unable to locate the proper party, that the adversary proceeding has been dismissed pending approval by the Court, that the dismissal is in the best interests of the estate, it is therefore

ORDERED, ADJUDGED AND DECREED that the proposed dismissal is approved and the Trustee may dismiss this adversary proceeding without prejudice.

DATED: __MAY - 4 2001__

_____
UNITED STATES BANKRUPTCY JUDGE

O:\CHP7TR\InternationalHeritage\APs\Enterprise\dismissal.ord.wpd

367  cc: Hunrickhouse to serve                                                              392