

FILED
MAY 15 2001
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                                CHAPTER 7

INTERNATIONAL HERITAGE, INC.,                         CASE NO. 98-02675-5-ATS

Debtor,

## MOTION TO COMPROMISE AND SETTLE ADVERSARY PROCEEDING
(S-00-00250-5-AP)

NOW COMES Holmes P. Harden, Trustee, Trustee herein and plaintiff in the adversary proceeding captioned "Holmes P. Harden, Trustee, Plaintiff vs. The Edinburgh Crystal Glass Company Limited, d/b/a Edinburgh Crystal, Defendant", Adversary Proceeding No. S-00-00250-5-AP in this case (the "Adversary Proceeding"), through counsel and pursuant to Bankruptcy Rule 9019, and moves this Court for an order granting him authority to compromise and settle the Adversary Proceeding. In support of this Motion, the Trustee shows the Court:

1. Holmes P. Harden, is the duly appointed Trustee in this case.

2. The $7,522.35 sought by the Complaint in the Adversary Proceeding represents the sum total of payments which the Trustee alleged to be avoidable and recoverable under Bankruptcy Code §547 and §550 of the Bankruptcy Code.

3. The Trustee and the Defendant have engaged in negotiations in which the Defendant has disputed the amount of the Trustee's claim and raised a number of defenses.

4. After negotiation, the Trustee and Defendant have agreed that, subject to Court approval, they would be willing to settle the Adversary Proceeding by payment by the Defendant to the Trustee of $1,000.00.

5. The Trustee has analyzed the proposed settlement, taking into consideration such factors as the amount in controversy, the strengths and weaknesses of the claims and defenses, the information and evidence available to the Trustee to pursue the claims through trial, the costs of negotiation and litigation, and the costs and ability to collect any judgment obtained.

6. The Trustee believes that the proposed settlement is in the best interests of the estate and its creditors and requests that the Court approve this Motion.

WHEREFORE, the Trustee prays for an order approving and authorizing the settlement and compromise of the Adversary Proceeding on the terms described in Paragraph 4 above.

399

This the _14_ day of May, 2001.

                                       /s/ Stephani W. Humrickhouse
                                       Stephani W. Humrickhouse
                                       State Bar #9528
                                       Attorney for Trustee
                                       NICHOLLS & CRAMPTON, P.A.
                                       Post Office Box 18237
                                       Raleigh, North Carolina  27619
                                       Telephone:  (919) 781-1311

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing **MOTION TO COMPROMISE AND SETTLE ADVERSARY PROCEEDING** was served this day by placing a copy thereof in a depository under the exclusive care and custody of the United States Postal Service in a postage prepaid envelope and properly addressed as follows:

Johnathan C. Bolton, Esquire
Fulbright & Jaworski, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095

This the _15_ day of May, 2001.

                                                Phyllis Hill
                                                Legal Assistant
                                                NICHOLLS & CRAMPTON, P.A.
                                                Post Office Box 18237
                                                Raleigh, North Carolina 27619
                                                Telephone No: 919-781-1311

O:\CHP7TR\InternationalHeritage\APs\Edinburgh\compromise&settle.mot.wpd