**FILED**

MAY 2 2 2001

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| INTERNATIONAL HERITAGE, | ) | CHAPTER 7 |
| INCORPORATED, | ) | CASE NO. 98-02674-5-ATS |
| | ) | |
| Debtors. | ) | |

## INTERIM APPLICATION FOR SPECIAL ATTORNEY
## FOR TRUSTEE FEE AND EXPENSE REIMBURSEMENT

The undersigned Stephani W. Humrickhouse of Nicholls & Crampton, P.A. ("Applicant") applies to the Court for the entry of an Order approving and authorizing interim Special Attorney for Trustee's fees for the period March 1, 2001, to April 30, 2001, in the amount of $16,527.00, and expense reimbursement in the amount of $939.57. In support of said Interim Application, Applicant respectfully shows the Court the following:

     1.     Applicant has acted as Special Attorney for the Trustee since employed and appointed by Order dated January 28, 1999. The services rendered by Applicant and members of its firm have been substantial and Applicant believes that allowance of a fee in full at this time is appropriate and necessary. Additionally, in light of the substantial commitment of time and resources by the Applicant and her firm during this period evaluating the ninety-one (91) avoidance actions initiated and settlement offers associated therewith, applicant requests that the Court consider this Application at this time notwithstanding the fact that the previous fee application was filed less than 120 days ago on March 9, 2001.

     2.     Fees in the amount of $90,952.00 and expenses in the amount of $3,045.97 have been applied for by the Applicant and approved by the Court prior to this Application.

     3.     To date, the Applicant has delivered the total sum of $244,697.55 to the Trustee for preferences, which includes $67,712.51 collected prior to the initiation of the adversary proceedings and $176,985.04 collected as a result of the adversary proceedings. Monies are collected by the Applicant and delivered to the Trustee to hold in trust pending Court approval. The status of the adversary proceeding cases is as follows:

     a.     28 adversary proceedings have been settled in the sum of $159,391.92 and approved by the Court.

b.    6 adversary proceedings have been settled in the sum of $15,389.36 and are pending court approval.

c.    Default Judgment has been entered in 15 adversary proceedings (2 of which have been satisfied in the sum of $2,203.76).

d.    12 adversary proceedings have been dismissed because of a complete defense by the Defendant or the inability to locate the Defendant (11 of which have been approved by the Court).

e.    30 adversary proceedings remain to be administered (18 of which are presently set for trial or final pre-trial).

4.    A Summary of Services Rendered which indicates the name of the attorney or paralegal, the hours spent, the hourly rate and total compensation requested is attached as Exhibit A. Attached as Exhibit B is a breakdown by hours and description of the services rendered in connection with this Application. Services rendered were reasonable and necessary in the proper representation of the Trustee. Said Exhibit B reflects an itemization of expenses incurred on behalf of the Trustee by category totals. A separate statement has been created for each adversary proceeding in which time has been entered so that settlement offers can be evaluated more efficiently.

5.    The Trustee's agreement to pay the fees at the rates set out herein are substantiated in its Application by Trustee for Authority to Employ and Appoint Attorney Specially dated January 27, 1999. Stephani W. Humrickhouse has rendered professional services of not less than 65.80 hours and that for such professional services Trustee agreed to pay the rate of $165.00 per hour. Phyllis W. Hill has rendered paralegal services of not less than 41.30 hours and that for such paralegal services Applicant is regularly paid at the rate of $70.00 per hour. Sandra T. Waller has rendered paralegal services of not less than 2.20 hours and that for such paralegal services Applicant is regularly paid at the rate of $70.00. Mary J. Baird has rendered paralegal services of not less than 37.50 hours and that for such paralegal services Applicant is regularly paid at the rate of $70.00.

6.    Stephani W. Humrickhouse is a Partner with Nicholls & Crampton, P.A. She is a Board Certified Specialist in Bankruptcy Law by the North Carolina State Bar Board of Legal Specialization, is a former member of the Bankruptcy Council of the North Carolina Bar Association, previously served as Chairman of its Continuing Legal Education Committee, is a Certified Bankruptcy Specialist by the American Bankruptcy Certification Board and is an experienced Chapter 11 bankruptcy practitioner. Humrickhouse was admitted to the bar in 1980. Humrickhouse regularly charges and has been paid as her ordinary rate $210.00 per hour. However, based on Court guidelines for the representation of the Trustee, she has only charged $165.00 per hour during the time period covered by this Application in this case.

7.    Phyllis W. Hill is a Paralegal with Nicholls & Crampton, P.A. She attended the University of Tennessee in Knoxville, TN majoring in Business Administration and received her paralegal/legal assistant degree from UT. She has been a paralegal since 1977 with seven years experience in Tax, Estate Planning, Trust and Estate Administration in Knoxville, TN, eight years

2

experience in Civil Litigation with Hunton & Williams in Raleigh, NC and has been with Nicholls & Crampton since February, 1993, concentrating in Bankruptcy.

8.      Sandra T. Waller is a Paralegal with Nicholls & Crampton, P.A. She attended Florida State University, Tallahassee, FL and received her paralegal/legal assistant training at Lively Vocational/Technical School, Tallahassee, FL. She has been a paralegal since 1982 with experience in Personal Injury, Medical Malpractice and Litigation. She has been employed at Nicholls & Crampton since January, 1998, concentrating in Bankruptcy.

9.      Mary Jane Baird is a Paralegal with Nicholls & Crampton, P.A. She has been a paralegal for 24 years with experience in Medical Malpractice and Insurance Defense. She was last employed with the law firm of Maloof, Lebowitz, Conahan and Oleske in Chatham, New Jersey for 17 years. She has been employed with Nicholls & Crampton since December, 2000, concentrating in Bankruptcy.

10.      Copying charges are recorded by client identification number, pursuant to a control counting device connected to Applicant's copying machine. The copying charges are read by Applicant's Office Administrator twice monthly, at mid and end month, and entered into the Accounting Package on those "read" dates. Applicant does not have the ability to further break down the dates such copying charges were incurred other than as expressed above

11.      Postage charges for are entered cumulatively at month's end.

12.      Copies are charged at 20¢ per page, and fax transmissions are charged at $1.00 per page for out-going transmissions, with no charge for incoming faxes. Deliveries are charged at the rate of $7.50. Mileage reimbursement was made at the rate of 31¢ per mile.

13.      The best interests of Trustee, the Debtor, and the Estates will be served by the allowance of this Application in full.

WHEREFORE, Applicant respectfully requests the Court for the entry of an Order allowing and authorizing Special Attorney for Trustee fees in the amount of $16,527.00 and expense reimbursement in the amount of $939.57.

This the 22 day of May, 2001.

Stephani W. Humrickhouse
State Bar No. 9528
Attorney for Trustee
Nicholls & Crampton, P.A.
Post Office Box 18237
Raleigh, NC  27619
Telephone: 919/781-1311

3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| INTERNATIONAL HERITAGE, | ) | CHAPTER 7 |
| INCORPORATED, | ) | CASE NO. 98-02674-5-ATS |
| | ) | |
| Debtors. | ) | |

## SUMMARY OF SERVICES RENDERED
Nicholls & Crampton, P.A.

From March 1, 2001 through April 30, 2001, the undersigned person/firm has performed professional services for this estate in the capacity of attorney for the Trustee during the Chapter 7 case. Attached hereto is an itemization of time expended and expenses incurred in the performance of these professional services.

| NAME | TITLE | HOURS SPENT | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Stephani W. Humrickhouse | Partner | 65.80 | $165.00 | $10,857.00 |
| Phyllis W. Hill | Paralegal | 41.30 | $ 70.00 | $ 2,891.00 |
| Sandra T. Waller | Paralegal | 2.20 | $ 70.00 | $   154.00 |
| Mary J. Baird | Paralegal | 37.50 | $ 70.00 | $ 2,625.00 |

|  |  |
|---|---|
| TOTAL FEES | $16,527.00 |
| TOTAL EXPENSES | $   939.57 |
| TOTAL AMOUNT REQUESTED | $17,466.57 |

O:\CHP7TR\InternationalHeritage\attyfee.sum.005.wpd

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing INTERIM APPLICATION FOR SPECIAL ATTORNEY FOR TRUSTEE FEE AND EXPENSE REIMBURSEMENT was served this day by placing a copy thereof in a depository under the exclusive care and custody of the United States Postal Service in a postage prepaid envelope and properly addressed as follows:

    Mrs. Marjorie K. Lynch
    Bankruptcy Administrator
    300 Fayetteville St. Mall, Room 416
    P. O. Box 3039
    Raleigh, NC  27602


This the 22 day of May, 2001.

                        _Phyllis Hill_
                        Phyllis Hill
                        Legal Assistant

O:\CHP7TR\InternationalHeritage\attyfeeapp.005.wpd

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/18/01

Invoice    35631

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                NC 27604

Client Id. 00-12075
Matter Id. 000-000-031 SWH - Intn'lHeritageInc - BNYFinCorp&BNY,Charlotte

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | |
|------|------|-------------|------|
| 03/07/01 | HUM | Letter to Williams re: default | .20 |
| 03/12/01 | HUM | Review file re: settlement, review ordinary course defense, letter to Williams | .40 |
| 03/20/01 | PL9 | Prepare Statement Regarding Intent to Move for Authority to Compromise for filing. | .40 |
| 03/20/01 | HUM | Finalize compromise. | .20 |
| 03/23/01 | PL9 | Letter to Defendant with proof of claim, letter to Trustee with settlement check. | .50 |
| 03/26/01 | P33 | Drafting/preparation of Notice of Voluntary Dismissal With Prejudice. | .50 |
| 03/26/01 | P33 | Drafting/preparation of Motion to Compromise and Settle Adversary Proceeding, Order Approving Compromise and Settlement. | .50 |

Fees Billed                              $    265.00

Disbursements
--------------
Fax                                   $     6.00

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

05/18/01

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Invoice   35631
Page         2

Client Id. 00-12075
Matter Id. 000-000-031 SWH - Intn'lHeritageInc - BNYFinCorp&BNYYCharlotte

Return Upper Portion With Payment

| | | |
|---|---|---|
| Copies | $ | 6.20 |
| Postage | $ | .68 |
| Total Disbursements | $ | 12.88 |
| Total Current Bill | $ | 277.88 |
| Balance Due | $ | 277.88 |

### Fee Summary

S W Humrickhouse worked .80 hours at $165 an hour.
Paralegal PWH worked .90 hours at $ 70 an hour.
M J Baird-Paralegal worked 1.00 hours at $ 70 an hour

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    35632

05/18/01

TO  Holmes P. Harden
    c/o Maupin, Taylor & Ellis, PA
    3200 Beechleaf Ct. POB 19764
    Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-054 SWH - Intn'l Heritage Inc / Gary Bisbey

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 03/23/01 | PL9 | Review file, draft Voluntary Dismissal Without Prejudice for filing. | .50 |
| 03/26/01 | P33 | Drafting/preparation of Motion for Authority to Compromise Adversary Proceeding by Dismissal, Order Approving Compromise by Dismissal. | .50 |
| 03/26/01 | HUM | Review file re: dismissal | .20 |

Fees Billed                        $      103.00

Disbursements
--------------
Copies                          $     2.00

Total Disbursements    $        2.00

Total Current Bill     $      105.00

Balance Due            $      105.00

Fee Summary

Paralegal PWH worked .50 hours at $ 70 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/18/01

Invoice    35633

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-056 SWH - Intn'l Heritage, Inc. / John Daniell

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Amount |
|---|---|---|---|
| 03/12/01 | HUM | Call to Brent re: status of payments | .20 |
| 03/13/01 | HUM | Conf. with Harden re: status | .30 |
| 03/13/01 | HUM | Call from Brent Wood | .20 |
| 03/14/01 | HUM | Call to Clerk's office re: settlement | .20 |
| 03/16/01 | PL9 | Finalize Stmt. to Settle & Compromise for filing, letter to Trustee with settlement check. | .50 |
| 03/23/01 | PL9 | Letter to Trustee with second settlement check. | .40 |
| 04/21/01 | HUM | Review correspondence re: settlement | .20 |
| 04/23/01 | PL9 | Letter to Defendant with proof of claim, letter to Trustee with settlement check. | .50 |

Fees Billed                                $     279.50

Disbursements
---------------
Postage                        $      1.36

Copies                         $      3.80

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/18/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Invoice    35633
Page          2

Client Id. 00-12075
Matter Id. 000-000-056 SWH - Intn'l Heritage, Inc. / John D   Amount Paid: _____

Return Upper Portion With Payment

| | | |
|---|---|---|
| Total Disbursements | $ | 5.16 |
| Total Current Bill | $ | 284.66 |
| Balance Due | $ | 284.66 |

### Fee Summary

S W Humrickhouse worked 1.10 hours at $165 an hour.
Paralegal PWH worked 1.40 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    35634

05/18/01

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-059 SWH - Intn'l Heritage, Inc. / Leslie Magness

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including but not limited to

| Date | Code | Description | |
|---|---|---|---|
| 03/07/01 | PL9 | Review file, draft Motion and Affidavit for Entry of Default and Entry of Default for filing. | .50 |
| 03/27/01 | P33 | Preparation/filing of Default Judgment and Motion for Default Judgment. | .50 |
| 03/27/01 | P33 | Preparation/filing of Motion for Default Judgment and Default Judgment. | .50 |
| 03/27/01 | HUM | Finalize default | .20 |
| 04/18/01 | HUM | Conf. with Magness re: satisfaction of judgment | .30 |
| 04/23/01 | HUM | Finalize settlement | .20 |

Fees Billed                     $      220.50

Disbursements
---------------
Copies                                  $      6.75

Total Disbursements        $        6.75

Total Current Bill         $      227.25

Balance Due                $      227.25

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/18/01

Invoice    35634
Page         2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-059 SWH - Intn'l Heritage, Inc. / Leslie Amount Paid: _____

Return Upper Portion With Payment

### Fee Summary

Paralegal PWH worked .50 hours at $ 70 an hour.
M J Baird-Paralegal worked 1.00 hours at $ 70 an hour
S W Humrickhouse worked .70 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    35635

05/18/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-074 SWH - Intn'lHeritageInc / PactivCorp fka Tenneco

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | | Description | Hours |
|---|---|---|---|
| 03/13/01 | HUM | Call to McGill re: status of answer | .20 |
| 03/14/01 | HUM | Settlement discussion | .30 |
| 03/23/01 | PL9 | Review file, draft Statement for Authority to Compromise and Settle Adversary Proceeding, letter to defendant with proof of claim, letter to Trustee with settlement check. | .80 |
| 03/26/01 | P33 | Drafting/preparation of Notice of Voluntary Dismissal With Prejudice. | .50 |
| 03/26/01 | P33 | Drafting/preparation of Motion to Compromise and Settle Adversary Proceeding, Order Approving Compromise and Settlement. | .50 |
| 03/26/01 | HUM | Review file re: compromise | .20 |

Fees Billed                    $     241.50

Disbursements
------------

Postage                    $      .68

Copies                     $     5.80

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/18/01

Invoice    35635
Page           2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-074 SWH - Intn'lHeritageInc / PactivCorp Amount Paidneco

Return Upper Portion With Payment

| | | |
|---|---|---|
| Total Disbursements | $ | 6.48 |
| Total Current Bill | $ | 247.98 |
| Balance Due | $ | 247.98 |

### Fee Summary

S W Humrickhouse worked .70 hours at $165 an hour.
Paralegal PWH worked .80 hours at $ 70 an hour.
M J Baird-Paralegal worked 1.00 hours at $ 70 an hour

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    35636

05/18/01

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-075 SWH – Intn'l Heritage Inc / Vaughn Tarver

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including but not limited to

| | | | |
|---|---|---|---|
| 03/12/01 | PL9 | Review file, draft Notice of Voluntary Dismissal without Prejudice. | .50 |
| 03/20/01 | P33 | Preparation/drafting of Order Approving Compromise by Dismissal, Motion for Authorization to Compromise Adversary Proceeding by Dismissal. | .50 |
| 03/20/01 | HUM | Finalize compromise. | .20 |

Fees Billed                                    $     103.00

Disbursements
---------------
Copies                              $    2.00

Total Disbursements      $       2.00

Total Current Bill       $     105.00

Balance Due              $     105.00

## Fee Summary

Paralegal PWH worked .50 hours at $ 70 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

Invoice   35637

05/18/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-081 SWH - Intn'l Heritage Inc / Jeff Hooks

Amount Paid: _____

Return Upper Portion With Payment

---

For legal services rendered, including but not limited to

| Date | | Description | Hours |
|------|------|-------------|-------|
| 03/08/01 | PL9 | Review file, draft Reponse to Show Cause Order. | .50 |
| 03/20/01 | PL9 | Tele. from FBI agent with new address for defendant, prepare new summons to be re-issued. | .50 |
| 04/23/01 | HUM | Review answer and motion to dismiss | .30 |
| 04/25/01 | HUM | Conf. with Cindy Oliver re: service | .20 |

Fees Billed                    $     152.50

Disbursements
--------------
Copies                         $      2.40

Total Disbursements            $       2.40

Total Current Bill             $     154.90

Balance Due                    $     154.90

Fee Summary

Paralegal PWH worked 1.00 hours at $ 70 an hour.
S W Humrickhouse worked .50 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    35638

05/18/01

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-082 SWH - Intn'l Heritage Inc / 2021.Interactive,LLC

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | | | | |
|---|---|---|---|---|
| 03/29/01 | PL9 | Review file, draft Statment Regarding Extension of Time to Answer, letter to Jim Angel. | .60 | |
| 04/30/01 | HUM | Review answer | .30 | |

Fees Billed                $    91.50

Disbursements
----------------
Fax                                    $    3.00

Total Disbursements        $       3.00

Total Current Bill         $      94.50

Balance Due                $      94.50
                           ==============

Fee Summary

Paralegal PWH worked .60 hours at $ 70 an hour.
S W Humrickhouse worked .30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

Invoice   35515

05/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh        NC 27604

Client Id. 00-12075
Matter Id. 000-000-002 SWH - Intn'l Heritage,Inc / ACT Elec., Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 03/26/01 | PL9 | Review file, draft Certificate of Satisfaction of Judgment, tele. to clerk for book and page number in judgment docket, letter to defendant with proof of claim, letter to trustee with check. | 1.20 |
| 03/26/01 | HUM | Finalize satisfaction of judgment | .50 |

Fees Billed                              $   166.50

Disbursements
--------------
Postage                          $     .89

22 Copies @ .20 each             $    4.40

Total Disbursements       $       5.29

Total Current Bill        $     171.79

Balance Due               $     171.79
==============

Fee Summary

Paralegal PWH worked 1.20 hours at $ 70 an hour.
S W Humrickhouse worked .50 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road---Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    35516

05/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-003 SWH - Intn'l Heritage,Inc. / Golf-Tech.Holding,Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 03/27/01 | PL9 | Review file, draft Motion for Default Judgment and Default Judgment. | .40 |
| 03/27/01 | P33 | Preparation/filing of Motion for Default Judgment and Default Judgment. | .50 |
| 03/27/01 | HUM | Finalize default. | .20 |

| | |
|---|---|
| Fees Billed | $    96.00 |
| Total Current Bill | $    96.00 |
| Balance Due | $    96.00 |

### Fee Summary

Paralegal PWH worked .40 hours at $ 70 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    35517

05/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-004 SWH - Intn'lHeritageInc / USOff.Prod/CarolinaDist

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | |
|---|---|---|---|
| 03/15/01 | P33 | Drafting/preparation of Order Approving Compromise and Settlement and Motion to Compromise and Settle Adversary Proceeding. | .50 |
| 03/16/01 | HUM | Finalize motion to compromise | .50 |
| 03/21/01 | P33 | Filing of Notice of Voluntary Dismissal Without Prejudice | .30 |

| | | |
|---|---|---|
| Fees Billed | $ | 138.50 |
| Total Current Bill | $ | 138.50 |
| Balance Due | $ | 138.50 |

Fee Summary

M J Baird-Paralegal worked .80 hours at $ 70 an hour.
S W Humrickhouse worked .50 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    35518

05/10/01

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-005 SWH – Intn'lHeritageInc / Forrester-Smith, Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

Disbursements
--------------
10 Copies @ .20 each                    $      2.00

| | | |
|---|---|---|
| Total Disbursements | $ | 2.00 |
| Total Current Bill | $ | 2.00 |
| Balance Due | $ | 2.00 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    35555

05/10/01

TO Holmes P. Harden
     c/o Maupin, Taylor & Ellis, PA
     3200 Beechleaf Ct. POB 19764
     Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-042 SWH - Intn'l Heritage Inc / Jack Duffie

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 03/20/01 | PL9 | Review file, prepare Notice of Voluntary Dismissal for filing. | .40 |
| 03/21/01 | P33 | Preparation/drafting of Order Approving Compromise by Dismissal, Motion for Authorization to Compromise Adversary Proceeding by Dismissal. | .50 |
| 03/21/01 | HUM | Finalize compromise. | .20 |

Fees Billed                          $      96.00

Disbursements
---------------
12 Copies @ .20 each            $       2.40

Total Disbursements     $        2.40

Total Current Bill      $       98.40

Balance Due             $       98.40

Fee Summary

Paralegal PWH worked .40 hours at $ 70 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    35556

05/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-043 SWH – Intn'l Heritage Inc / DMax Imaging Inc.

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 03/03/01 | HUM | Prepare for pretrial | .30 |
| 03/05/01 | HUM | Pretrial conference | .30 |
| 03/14/01 | HUM | Finalize Rule 26 disclosures | .30 |
| 03/26/01 | HUM | Review 7026 disclosure of Defendant | .30 |

Fees Billed                $    198.00

Disbursements
--------------
3 Copies @ .20 each              $    .60

Total Disbursements    $    .60

Total Current Bill    $    198.60

Balance Due    $    198.60

Fee Summary

S W Humrickhouse worked 1.20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

Invoice   35557

05/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-045 SWH - Intn'l Heritage Inc / Tyra Intn'l Inc

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 03/23/01 | HUM | Review file re: pretrial report, call to Brent Wood | .20 |
| 03/27/01 | P33 | Filing of Joint Pre-Trial Conference Report. | .10 |
| 04/02/01 | HUM | Prepare for and attend pretrial conference | .30 |
| 04/23/01 | P33 | Preparation/drafting and service of Trustee/Plaintiff's Rule 26(a)(1) and Rule 7026 Disclosure Statement. | .50 |
| 04/23/01 | HUM | Finalize 7026 disclosures | .30 |

Fees Billed                                $     174.00

Disbursements
---------------
4 Copies @ .20 each            $        .80

Total Disbursements      $        .80

Total Current Bill       $     174.80

Balance Due              $     174.80

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

Invoice      35557
Page              2

TO
   Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-045 SWH - Intn'l Heritage Inc / Tyra Intn'l Inc

Amount Paid: _____

Return Upper Portion With Payment

### Fee Summary

S W Humrickhouse worked .80 hours at $165 an hour.
M J Baird-Paralegal worked .60 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    35568

05/12/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-047 SWH - Intn'l Heritage Inc / Robt. Half Intn'l Inc

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | |
|---|---|---|---|
| 03/26/01 | HUM | Letter to Beemer re: payment | .30 |
| 03/27/01 | P33 | Correspondence to adversary, follow-up regarding settlement. | .20 |
| 03/27/01 | P33 | Preparation/filing of Motion for Default Judgment, Default Judgment. | .50 |
| 03/30/01 | HUM | Various conferences with Leslie Beemer and Holmes Harden re: settlement and W-9 forms | .60 |
| 04/05/01 | PL9 | Letter to Defendant with proof of claim, letter to Trustee with settlement check. | .50 |

Fees Billed                          $    232.50

Disbursements
-----------------
Fax                                  $      3.00

Postage                              $       .68

8 Copies @ .20 each                  $      1.60

Total Disbursements      $      5.28

Total Current Bill       $    237.78

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice      35568
Page             2

TO
  Holmes P. Harden
  c/o Maupin, Taylor & Ellis, PA
  3200 Beechleaf Ct. POB 19764
  Raleigh          NC 27604

Client Id. 00-12075

Amount Paid:

Matter Id. 000-000-047 SWH - Intn'l Heritage Inc / Robt. Half Intn'l Inc

Return Upper Portion With Payment

Balance Due                    $      237.78

Fee Summary

S W Humrickhouse worked .90 hours at $165 an hour.
M J Baird-Paralegal worked .70 hours at $ 70 an hour.
Paralegal PWH worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**A T T O R N E Y S   A T   L A W**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice    35569

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-048 SWH — Intn'lHeritageInc / LarrySmithdbaAlphaConsul

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 03/27/01 | P33 | Preparation/filing of Motion for Default Judgment and Default Judgment. | .50 |
| 03/27/01 | HUM | Finalize default | .20 |
| 04/03/01 | PL9 | Review file re: Motion for Default and calculated amounts, return tele. call from case administrator re: same. | .50 |

Fees Billed                                   $      103.00

Disbursements
--------------
4 Copies @ .20 each                  $         .80

Total Disbursements      $         .80

Total Current Bill       $      103.80

Balance Due              $      103.80
==============

Fee Summary

M J Baird-Paralegal worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.
Paralegal PWH worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

Invoice   35570

05/12/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-049 SWH - Intn'lHeritageInc / Brown,McLeod&Johnsen,CPA

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Init | Description | Amount |
|---|---|---|---|
| 03/14/01 | HUM | Call to Julie King re: factual support for insider claim | .40 |
| 03/26/01 | P33 | Drafting/preparation of Joint Pre-conference Report. | .50 |
| 03/27/01 | P33 | Correspondence to adversary, forwarding of Joint Pre-Trial Conference Report. | .20 |
| 03/30/01 | HUM | Conf. with Julie King re: pretrial | .30 |
| 03/31/01 | HUM | Review file to respond to document and information request of King | .80 |
| 04/02/01 | HUM | Conf. with Julie King re: substance of claim | .60 |
| 04/23/01 | HUM | Prepare for and attend pretrial conf. | .40 |
| 04/25/01 | P33 | Preparation/drafting and service of Trustee/Plaintiff's Rule 26(a)(1) and Rule 7026 Disclosure Statement. | .50 |
| 04/25/01 | HUM | Finalize 7026 disclosures | .20 |
| 04/30/01 | HUM | Conf. with Julie King re: trial date and date for hearing on motion to dismiss | .30 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    35570
Page        2

05/12/01

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-049 SWH - Int'lHeritageInc / Brown,McLean&Hansen,CPA

Amount Paid:

Return Upper Portion With Payment

| | | |
|---|---|---|
| Fees Billed | $ | 579.00 |

Disbursements
--------------

| | | |
|---|---|---|
| Fax | $ | 5.00 |
| 4 Copies @ .20 each | $ | .80 |
| Total Disbursements | $ | 5.80 |
| Total Current Bill | $ | 584.80 |
| Balance Due | $ | 584.80 |

### Fee Summary

S W Humrickhouse worked 3.00 hours at $165 an hour.
M J Baird-Paralegal worked 1.20 hours at $ 70 an hour

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).