In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice    35571

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-050 SWH - Intn'l Heritage Inc / Deanne Elrod

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including but not limited to

| | | | |
|---|---|---|---|
| 03/27/01 | PL9 | Review file, draft Motion for Default Judgment, Default Judgment. | .40 |
| 03/27/01 | P33 | Preparation/filing of Motion for Default Judgment and Default Judgment. | .50 |
| 03/27/01 | HUM | Finalize default. | .20 |

|                    |    |        |
|--------------------|----|--------|
| Fees Billed        | $  | 96.00  |
| Total Current Bill | $  | 96.00  |
| Balance Due        | $  | 96.00  |

### Fee Summary

Paralegal PWH worked .40 hours at $ 70 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

403A

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/21/01

Invoice    35640

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-001 SH/G - International Heritage, Inc - Chapter 7

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Amount |
|---|---|---|---|
| 03/01/01 | HUM | Draft extension orders | .70 |
| 03/02/01 | P20 | Draft Fee Application for Special Attorney for Trustee, Notice, Fee Summary and Order | .50 |
| 03/02/01 | HUM | Work on fee application (1.8); Prepare form for Rule 7026 Disclosures (.5) | 2.30 |
| 03/03/01 | HUM | Work on fee application | 1.00 |
| 03/05/01 | P20 | Work on Fee Application for Special Attorney, Summary, Notice and Order | .60 |
| 03/06/01 | PL9 | Tele. to FBI agent Fleming re: cancelled checks and backup documents for discovery, prepare correspondence re: same. | 1.00 |
| 03/06/01 | HUM | Various confs. with Clerk's office re: scheduling of fee application hearing | .40 |
| 03/07/01 | P20 | Deliver Fee Application to Holmes Harden | .50 |
| 03/07/01 | HUM | Conf. with Clerk's office re: orders to show cause and service issues as well as extension | .50 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/21/01

TO

Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Invoice    35640
Page          2

Client Id. 00-12075                                        Amount Paid: _____
~~Matter Id. 000-000-001 SW/G — International Heritage, Inc   Chapter 7~~

Return Upper Portion With Payment

|            |      | agreements |      |
| ---------- | ---- | ---------- | ---- |
| 03/09/01 | P20 | Phone call with BTI operator setting up pretrial phone conferences in adversary proceedings | .10 |
| 03/13/01 | HUM | Conf. with Harden re: status | .30 |
| 03/13/01 | PL9 | Tele. from Court case administrator re: review of adversary proceeding cases status, update filing and pleadings for all cases. | 1.50 |
| 03/14/01 | HUM | Review Wood letter re: lost stock certificates (.2); Call to Larry Robbins re: tolling agreeemnt (.3) | .50 |
| 03/16/01 | HUM | Prepare form for compromise of AP where complete defense exists | .70 |
| 03/17/01 | PL9 | Draft proposed Motion for Authority to Compromise Adversary Proceeding by Dismissal, work on AP case chart. | 1.00 |
| 03/20/01 | PL9 | Tele. to FBI agent to arrange copying of cancelled checks and to request balance sheets for insolvency issue, discuss new addresses for defendants Hooks and Chalmers. | .50 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/21/01

TO

Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                NC 27604

Invoice     35640
Page           3

Client Id. 00-12075

~~Matter Id. 000-000-001-GH/G      International Heritage, Inc.  Chapter 7~~

Amount Paid: _____

Return Upper Portion With Payment

| | | | |
|---|---|---|---|
| 03/21/01 | HUM | Preparation of dismissal for compromised AP's | .70 |
| 03/24/01 | PL9 | Draft Notice of Voluntary Dismissal for eighteen adversary proceeding cases in which the compromise and settlement has been approved. | 2.00 |
| 03/26/01 | PL9 | Serve Order Approving Compromise and Settlement on eighteen adversary proceeding defendants and finalize Notice of Voluntary Dismissal for filing, tele. from Case Administrator re: status, review all AP case status with attorney for trustee. | 2.00 |
| 03/26/01 | HUM | Draft and sign notices of dismissal re: compromised AP's | .80 |
| 03/27/01 | HUM | Review status of cases, dismissals, defaults, judgments, pretrial reports | 1.50 |
| 03/28/01 | HUM | Prepare for fee application hearing | .50 |
| 03/29/01 | HUM | Appearance at hearing on fees | .50 |
| 03/30/01 | P20 | Deliver Notices of Motions to Compromise and Settle Adversary Proceedings and pick up check from | .50 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/21/01

TO

Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Invoice    35640
Page          4

·Client Id. 00-12075

~~Matter Id. 000-000-001 SH/G - International Heritage, Inc - Chapter 7~~

Amount Paid: _____

Return Upper Portion With Payment

Holmes Harden

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 03/30/01 | HUM | Work on dismissal and compromise motions | 1.80 |
| 03/30/01 | PL9 | Finalize Motions to Compromise and Settle Adversary Proceedings and Motions for Authority to Compromise Adversary Proceeding by Dismissal for filing in International Heritage, Inc. Ch. 7 case, finalize Notices of same for Trustee's signature, tele. to Trustee's office. | 2.00 |
| 04/05/01 | PL9 | Update pleading book for Ch. 7 case. | .50 |
| 04/17/01 | HUM | Docketing cases, scheduling, review status | 1.20 |
| 04/18/01 | HUM | Respond to status inquiries from Clerk's office | .60 |
| 04/18/01 | PL9 | Tele. from case administrator to review adversary proceeding case status. | .50 |
| 04/19/01 | P33 | Review of various documentation at the Federal Building (FBI Headquarters) to obtain backup information regarding potential adversary proceedings and forthcoming trials. | 5.00 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/21/01

TO

Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Invoice    35640
Page            5

Client Id. 00-12075
Matter Id. 000-000-001 SH/G - International Heritage, Inc - Chapter 7

Amount Paid: _____

Return Upper Portion With Payment

| Date | Code | Description | Hours |
|---|---|---|---|
| 04/19/01 | PL9 | To FBI records location to search for cancelled checks and insolvency balance sheets responsive to discovery requests. | 5.00 |
| 04/23/01 | HUM | Letter to Craig Adams re: insolvency documentation, review balance sheets from FBI documents | .70 |
| 04/30/01 | PL9 | Update status of outstanding AP files. | 1.00 |

Fees Billed                    $    4,119.50

Disbursements

| | |
|---|---|
| Delivery Charge | $    75.00 |
| Fax | $    34.00 |
| Postage | $    17.68 |
| Travel | $    9.58 |
| 1626 Copies @ .20 each | $    325.20 |
| Telephone Charges | $    115.00 |

Total Disbursements    $    576.46

Total Current Bill    $    4,695.96

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/21/01

Invoice    35640
Page    6

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                  NC 27604

Client Id. 00-12075
Matter Id. 000-000-001 SH/G - International Heritage, Inc - Chapter 7

Amount Paid:

Return Upper Portion With Payment

Balance Due                        $    4,695.96

Fee Summary

S W Humrickhouse worked 14.70 hours at $165 an hour.
S T Waller worked 2.20 hours at $ 70 an hour.
Paralegal PWH worked 17.00 hours at $ 70 an hour.
M J Baird-Paralegal worked 5.00 hours at $ 70 an hour

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/18/01

Invoice    35630

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                NC 27604

Client Id. 00-12075
Matter Id. 000-000-028 SWH - Intn'lHeritagInc / SheratonOperatingCorp

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 03/01/01 | HUM | Call from Morton re: settlement | .20 |
| 03/12/01 | PL9 | Letter to defendant with proof of claim, draft Statement for Authority to Compromise and Settle for filing. | .90 |
| 03/15/01 | P33 | Drafting/preparation of Order Approving Compromise and Settlement, Motion to Compromise and Settle Adversary Proceeding. | .50 |
| 03/16/01 | HUM | Finalize motion to compromise | .50 |
| 03/21/01 | P33 | Drafting/preparation of Notice of Voluntary Dismissal Without Prejudice | .30 |

Fees Billed                     $      234.50

Disbursements
----------------

Postage                    $        .68

Copies                     $       5.80

Fax                        $       6.00

Total Disbursements        $       12.48

Total Current Bill         $      246.98

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/18/01

Invoice      35630
Page               2

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                    NC 27604

Client Id. 00-12075
Matter Id. 000-000-028 SWH - Intn'lHeritagInc / SheratonOperAmbundGorp

Return Upper Portion With Payment

Balance Due                          $        246.98

Fee Summary

S W Humrickhouse worked .70 hours at $165 an hour.
Paralegal PWH worked .90 hours at $ 70 an hour.
M J Baird-Paralegal worked .80 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/18/01

Invoice    35628

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-009 SWH - Intn'lHeritageInc / Harrah's Operating Co

Amount Paid: _____

Return Upper Portion With Payment

| | | For legal services rendered, including but not limited to | | |
|---|---|---|---|---|
| 03/15/01 | P33 | Drafting/preparation of Order Approving Compromise and Settlement, Motion to Compromise and Settle Adversary Proceeding. | .50 | |
| 03/16/01 | HUM | Finalize motion to compromise | .50 | |
| 03/17/01 | PL9 | Write check from Nicholls & Crampton trust account, letter to Trustee with settlement check. | .50 | |
| 03/21/01 | P33 | Drafting/preparation of Notice of Voluntary Dismissal Without Prejudice | .30 | |

| | | |
|---|---|---|
| Fees Billed | $ | 173.50 |

Disbursements
-------------

| | | |
|---|---|---|
| Postage | $ | .34 |
| Copies | $ | 6.40 |
| Total Disbursements | $ | 6.74 |
| Total Current Bill | $ | 180.24 |
| Balance Due | $ | 180.24 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

05/18/01

Federal ID #
56-1201204

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Invoice    35628
Page          2

Client Id. 00-12075
Matter Id. 000-000-009 SWH - Intn'lHeritageInc / Harrah's Operating Co

Return Upper Portion With Payment

### Fee Summary

M J Baird-Paralegal worked .80 hours at $ 70 an hour.
S W Humrickhouse worked .50 hours at $165 an hour.
Paralegal PWH worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

05/18/01

Invoice   35629

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-026 SWH - Intn'lHeritageInc - Carolina Hurricanes Foun

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours | | |
|------|------|-------------|-------|---|---|
| 03/19/01 | PL9 | Review file, draft Motion for Authority to Compromise Adversary Proceeding by Dismissal and proposed Order. | .50 | | |
| 03/20/01 | P33 | Preparation/drafting of Order Approving Compromise by Dismissal, Motion for Authorization to Compromise Adversary Proceeding by Dismissal. | .50 | | |
| 03/20/01 | HUM | Finalize dismissal. | .20 | | |

Fees Billed                                        $      103.00

Disbursements
--------------
Postage                              $        .34

Copies                               $       2.40

Total Disbursements         $        2.74

Total Current Bill          $      105.74

Balance Due                 $      105.74

Fee Summary

Paralegal PWH worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/18/01

Invoice      35629
Page              2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-026 SWH - Intn'lHeritageInc - Carolina Humorists Foun    Amount Paid

Return Upper Portion With Payment

M J Baird-Paralegal worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six F___ ___ad---Suite 700
___ox 18237
___arolina 27619
Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    35627

05/18/01

TO Holmes P
c/o Maup
3200 Bee                    PA
Raleigh

Client Id. 00-12075
Matter Id. 000-000-008 SWH - Intn'lHeritageInc / EGW Pers. Services, Inc

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 03/21/01 | HUM | Call to Wickham re: settlement | .30 |
| 03/23/01 | PL9 | Draft Statement for Athority to Compromise & Settle Adversary Proceeding for filing. | .50 |
| 03/26/01 | HUM | Review re: compromise | .20 |
| 04/02/01 | HUM | Letter to Doug Wickham re: settlement | .20 |
| 04/02/01 | PL9 | Letter to Defendant's attorney with proof of claim, letter to Trustee with settlement payment. | .50 |

Fees Billed                                    $      185.50

Disbursements
--------------

| Postage | $ | 1.02 |
|---------|---|------|
| Fax | $ | 3.00 |
| Copies | $ | 2.80 |

Total Disbursements          $        6.82

Total Current Bill          $      192.32

Balance Due                 $      192.32

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

05/18/01

Invoice      35627
Page             2

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh           NC 27604

Client Id. 00-12075
Matter Id. 000-000-008 SWH - Intn'lHeritageInc / EGW Pers. Servs., Inc

Amount Paid:

Return Upper Portion With Payment

### Fee Summary

S W Humrickhouse worked .70 hours at $165 an hour.
Paralegal PWH worked 1.00 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

Invoice   35534

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-021 SWH - Intn'lHeritageInc - Printing Plus Inc.

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | | Description | Hours |
|------|-----|-------------|------|
| 03/03/01 | HUM | Prepare for pretrial | .30 |
| 03/05/01 | HUM | Pretrial conference | .30 |
| 03/14/01 | HUM | Finalize Rule 26 disclosures | .30 |
| 04/10/01 | HUM | Review file in preparation for hearing on motion to dismiss | 1.50 |
| 04/11/01 | HUM | Prepare for and attend hearing on motion to dismiss and for more definite statement | 2.00 |
| 04/17/01 | HUM | Conf. with Jeff Majewski re: insider status | .30 |
| 04/18/01 | HUM | Meeting with Jeff Majewski re: insider status and available defenses to avoidance action | 1.20 |

Fees Billed                                          $     973.50

Disbursements
--------------
3 Copies @ .20 each                    $        .60

Total Disbursements           $         .60

Total Current Bill            $     974.10

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311     Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

TO

Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                 NC 27604

Invoice     35534
Page            2

Client Id. 00-12075
Matter Id. 000-000-021-SWH    Intn'lHeritageInc - Printing Plus, Inc.

Amount Paid: _____

Return Upper Portion With Payment

Balance Due                        $        974.10

Fee Summary

S W Humrickhouse worked 5.90 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road---Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Invoice   35535

Client Id. 00-12075
Matter Id. 000-000-022 SWH - Intn'lHeritageInc - Blessing Around Inc.

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 03/27/01 | PL9 | Review file, draft Motion for Default Judgment and Default Judgment. | .40 |
| 03/27/01 | P33 | Preparation/filing of Motin for Default Judgment and Default Judgment. | .50 |
| 03/27/01 | HUM | Finalize default | .20 |

|  |  |
|--|--|
| Fees Billed | $    96.00 |
| Total Current Bill | $    96.00 |
| Balance Due | $    96.00 |

Fee Summary

Paralegal PWH worked .40 hours at $ 70 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Invoice     35536

Client Id. 00-12075
Matter Id. 000-000-023 SWH - Intn'lHeritageInc - Pizzazz Team, Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

Disbursements
---------------
10 Copies @ .20 each                    $      2.00

Total Disbursements        $        2.00
                           -------------
Total Current Bill         $        2.00
                           -------------
Balance Due                $        2.00
                           =============

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Invoice    35537

Client Id. 00-12075
Matter Id. 000-000-025 SWH - Intn'lHeritageInc - TheAlphaOmegaConst. Corp

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including but not limited to

| Date | | | | |
|---|---|---|---|---|
| 03/20/01 | HUM | Conf. with Gagnier re: settlement | .20 | |
| 03/23/01 | HUM | Conf. with Vicki Gagnier | .20 | |

| | | |
|---|---|---|
| Fees Billed | $ | 66.00 |
| Total Current Bill | $ | 66.00 |
| Balance Due | $ | 66.00 |

## Fee Summary

S W Humrickhouse worked .40 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh         NC 27604

Invoice    35539

Client Id. 00-12075
Matter Id. 000-000-027 SWH - Intn'lHeritageInc - Edmundo & Lisa Colorado

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | | | | |
|------|------|------|------|------|
| 03/14/01 | HUM | Finalize Rule 26 disclosures | .30 | |
| | | Fees Billed | | $ 49.50 |

Disbursements
---------------
| | | |
|------|------|------|
| Telephone Charges | | $ 15.07 |
| 4 Copies @ .20 each | | $ .80 |
| Total Disbursements | | $ 15.87 |
| Total Current Bill | | $ 65.37 |
| Balance Due | | $ 65.37 |

Fee Summary

S W Humrickhouse worked .30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Invoice    35541

Client Id. 00-12075
Matter Id. 000-000-029 SWH - Intn'lHeritageInc - TheEnterpriseMgmtGroup

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 03/20/01 | P33 | Preparation/drafting of Order Approving Compromise by Dismissal, Motion for Authorization to Compromise Adversary Proceeding by Dismissal. | .50 |
| 03/20/01 | HUM | Finalize compromise. | .20 |

Fees Billed                                    $      68.00

Disbursements
--------------
7 Copies @ .20 each                   $    1.40

Total Disbursements          $      1.40

Total Current Bill           $     69.40

Balance Due                  $     69.40
                             ==============

Fee Summary

M J Baird-Paralegal worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

Invoice    35542

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-030 SWH - Intn'lHeritageInc - InterwestTransferCo,Inc

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

Disbursements
--------------
10 Copies @ .20 each                      $      2.00

| | | |
|---|---|---|
| Total Disbursements | $ | 2.00 |
| Total Current Bill | $ | 2.00 |
| Balance Due | $ | 2.00 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Invoice    35544

Client Id. 00-12075
Matter Id. 000-000-032 SWH - Intn'lHeritageInc - Etienne Aigner, Inc.

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

Disbursements
--------------
10 Copies @ .20 each                    $     2.00

| | | |
|---|---|---|
| Total Disbursements | $ | 2.00 |
| Total Current Bill | $ | 2.00 |
| Balance Due | $ | 2.00 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Invoice   35546

Client Id. 00-12075
Matter Id. 000-000-033 SWH - Intn'lHeritageInc - MikeSenio/DimmockHillGol

Amount Paid:

Return Upper Portion With Payment

|  |  | For legal services rendered, including but not limited to |  |
|---|---|---|---|
| 03/01/01 | P33 | Drafting, finalization and filing of Order to Modify Pre-Trial Order. | .40 |
| 03/01/01 | P33 | Drafting, finalization and filing of Certificate of Service. | .20 |
| 03/07/01 | P33 | Correspondence to Ryan Dyson, service of Order allowing modification of Pre-Trial Order. | .30 |
| 03/14/01 | HUM | Work on Rule 26 disclosures | .30 |
| 03/16/01 | HUM | Finalize 26 disclosures | .50 |

Fees Billed                                    $    195.00

Disbursements
--------------
Telephone Charges                    $    12.18

Postage                              $     .34

7 Copies @ .20 each                  $    1.40

Total Disbursements      $     13.92

Total Current Bill       $    208.92

Balance Due              $    208.92

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

TO

Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Invoice      35546
Page             2

Client Id. 00-12075

~~Matter Id. 000-000-033 SWH    Intn'lHeritageInc    MikeSenio/DimmockHillGol~~

Amount Paid:

Return Upper Portion With Payment

## Fee Summary

M J Baird-Paralegal worked .90 hours at $ 70 an hour.
S W Humrickhouse worked .80 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Invoice    35547

Client Id. 00-12075
Matter Id. 000-000-034 SWH - Intn'lHeritageInc / BedfordFreightLines,Inc

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

Disbursements
--------------
10 Copies @ .20 each                          $      2.00

| | | |
|---|---|---|
| Total Disbursements | $ | 2.00 |
| Total Current Bill | $ | 2.00 |
| Balance Due | $ | 2.00 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

Invoice    35548

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-035 SWH - Intn'lHeritageInc / Allen, Harris, Shaw

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

Disbursements
--------------
1 Copy @ .20 each                                $        .20

Total Disbursements          $        .20
                             --------------
Total Current Bill           $        .20
                             --------------
Balance Due                  $        .20
                             ==============

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Invoice    35549

Client Id. 00-12075
Matter Id. 000-000-036 SWH - Int'lHeritageInc / Kinko's Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

Disbursements
--------------
14 Copies @ .20 each                          $      2.80

| | |
|---|---|
| Total Disbursements | $      2.80 |
| Total Current Bill | $      2.80 |
| Balance Due | $      2.80 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

Invoice    35550

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-037 SWH - Intn'lHeritageInc / CitizenWatchCoofAmerica

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

Disbursements
--------------
10 Copies @ .20 each                        $      2.00

Total Disbursements        $      2.00
                           --------------
Total Current Bill         $      2.00
                           --------------
Balance Due                $      2.00
                           ==============

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).