In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

Invoice    35551

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-038 SWH - Intn'lHeritageInc - Emerald Jewelry Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 03/27/01 | P33 | Preparation/filing of Motion for Default Judgment and Default Judgment. | .50 |
| 03/27/01 | HUM | Finalize default. | .20 |

| | | |
|--|--|--|
| Fees Billed | $ | 68.00 |
| Total Current Bill | $ | 68.00 |
| Balance Due | $ | 68.00 |

Fee Summary

M J Baird-Paralegal worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

4c3b

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

Invoice   35552

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-039 SWH - Intn'lHeritageInc - Win Capital Corp.

Amount Paid: _____

Return Upper Portion With Payment

|  |  |  | For legal services rendered, including but not limited to |  |
|---|---|---|---|---|

| 04/02/01 | HUM | Conf. with Ken Rubenstein re: discussion on basis for claims, defenses | .50 |
| 04/19/01 | HUM | Call to Ken Rubenstein re: extension | .20 |
| 04/30/01 | PL9 | Draft Statement regarding extension of time for filing. | .40 |

|  | Fees Billed | $ | 143.50 |
|---|---|---|---|

**Disbursements**
--------------
14 Copies @ .20 each                          $        2.80

| Total Disbursements | $ | 2.80 |
|---|---|---|
| Total Current Bill | $ | 146.30 |
| Balance Due | $ | 146.30 |

### Fee Summary

S W Humrickhouse worked .70 hours at $165 an hour.
Paralegal PWH worked .40 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

Invoice    35553

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-040 SWH - Intn'lHeritageInc / Nathan Hanks

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to


Disbursements
--------------
10 Copies @ .20 each                        $      2.00

| | | |
|---|---|---|
| Total Disbursements | $ | 2.00 |
| Total Current Bill | $ | 2.00 |
| Balance Due | $ | 2.00 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

Invoice    35554

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-041 SWH - Intn'l Heritage Inc / Vertex, Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 03/27/01 | P33 | Preparation/filing of Default Judgment and Motion for Default Judgment. | .50 |
| 03/27/01 | P33 | Preparation/filing of Motion for Default Judgment and Default Judgment. | .50 |
| 03/27/01 | HUM | Finalize default | .20 |

| | |
|---|---|
| Fees Billed | $ 103.00 |
| Total Current Bill | $ 103.00 |
| Balance Due | $ 103.00 |

Fee Summary

M J Baird-Paralegal worked 1.00 hours at $ 70 an hour
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01                                                    Invoice    35572

TO Holmes P. Harden
    c/o Maupin, Taylor & Ellis, PA
    3200 Beechleaf Ct. POB 19764
    Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-051 SWH - Intn'l Heritage Inc / Claude Savage

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | | Description | | |
|------|------|-------------|------|------|
| 03/19/01 | HUM | Prepare for pretrial conference | .30 | |
| 04/09/01 | P33 | Drafting/preparation and service of Trustee/Plaintiff's Rule 26(a)(1) and Rule 7026 Disclosures. | .50 | |
| 04/09/01 | HUM | Finalize Rule 7026 disclosures | .20 | |

|  |  |
|--|--|
| Fees Billed | $    117.50 |

Disbursements
--------------
6 Copies @ .20 each                          $    1.20

| | |
|--|--|
| Total Disbursements | $      1.20 |
| Total Current Bill | $    118.70 |
| Balance Due | $    118.70 |

Fee Summary

S W Humrickhouse worked .50 hours at $165 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Invoice    35519

Client Id. 00-12075
Matter Id. 000-000-006 SWH - Intn'lHeritageInc / Toner Solutions Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

Disbursements
--------------
6 Copies @ .20 each                          $      1.20

| | | |
|---|---|---|
| Total Disbursements | $ | 1.20 |
| Total Current Bill | $ | 1.20 |
| Balance Due | $ | 1.20 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

Invoice   35520

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-007 Swh — Intn'lHeritageInc. "FYI" Worldwide, Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 03/27/01 | PL9 | Review file, draft Motion for Default Judgment, Default Judgment. | .40 |
| 03/27/01 | HUM | Finalize default. | .20 |

| | |
|---|---|
| Fees Billed | $    61.00 |
| Total Current Bill | $    61.00 |
| Balance Due | $    61.00 |

Fee Summary

Paralegal PWH worked .40 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

Invoice     35522

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-010 SWH - Int'lHeritageInc / John Gocke, Inc

Amount Paid: _____

---

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 03/27/01 | PL9 | Review file, draft Motion for Default Judgment and Default Judgment. | .40 |
| 03/27/01 | P33 | Preparation/filing of Motion for Default Judgment and Default Judgment. | .50 |
| 03/27/01 | HUM | Finalize default. | .20 |

| | |
|---|---|
| Fees Billed | $    96.00 |
| Total Current Bill | $    96.00 |
| Balance Due | $    96.00 |

Fee Summary

Paralegal PWH worked .40 hours at $ 70 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

Invoice    35524

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh                NC 27604

Client Id. 00-12075
Matter Id. 000-000-011 SWH — Int'lHeritageInc / Travel Experts, Inc

Amount Paid: _____

Return Upper Portion With Payment

|  |  |  |  |
|---|---|---|---|
|  |  | For legal services rendered, including but not limited to |  |
| 03/15/01 | P33 | Drafting/preparation of Order Approving Compromise and Settlement, Motion to Compromise and Settle Adversary Proceeding. | .50 |
| 03/16/01 | HUM | Finalize motion to compromise | .50 |
| 03/21/01 | P33 | Drafting/preparation of Notice of Voluntary Dismissal Without Prejudice | .30 |

| | |
|---|---|
| Fees Billed | $ 138.50 |
| Total Current Bill | $ 138.50 |
| Balance Due | $ 138.50 |

### Fee Summary

M J Baird—Paralegal worked .80 hours at $ 70 an hour.
S W Humrickhouse worked .50 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

Invoice    35525

TO Holmes P. Harden
    c/o Maupin, Taylor & Ellis, PA
    3200 Beechleaf Ct. POB 19764
    Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-012 SWH - Intn'lHeritageInc / TanneryEntInc/Infostor

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

Disbursements
--------------
10 Copies @ .20 each                          $        2.00

| | | |
|---|---|---|
| Total Disbursements | $ | 2.00 |
| Total Current Bill | $ | 2.00 |
| Balance Due | $ | 2.00 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

Invoice    35526

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-013 SWH - Intn'lHeritageInc / Image Assoc Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 03/14/01 | HUM | Finalize Rule 26 disclosures | .30 |
| 04/03/01 | HUM | Review and respond to Ted Reynolds' letter | 1.00 |
| 04/11/01 | HUM | Letter to Ted Reynolds with settlement proposal | .30 |
| 04/24/01 | HUM | Letter to Reynolds re: settlement | .30 |

Fees Billed                           $    313.50

Disbursements
-------------
3 Copies @ .20 each              $      .60

Fax                               $     9.00

Postage                           $      .34

Total Disbursements       $       9.94

Total Current Bill        $     323.44

Balance Due               $     323.44
                          ============

Fee Summary

S W Humrickhouse worked 1.90 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

Invoice    35527

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-014 SWH - Intn'lHeritageInc / New Orleans Tours Inc

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | | Description | | Hours |
|---|---|---|---|---|
| 03/02/01 | HUM | Prepare 7026 disclosure (.7); Prepare for pretrial (.3) | | 1.00 |
| 03/05/01 | P33 | Drafting and service of Trustee/Plaintiff's Rule 26(a)(1) and Rule 7026 Disclosure Statement. | | .50 |
| 03/05/01 | HUM | Pretrial conf., Call to Shawn Rafferty re: settlement | | .30 |

Fees Billed                              $      249.50

Disbursements
--------------
3 Copies @ .20 each                      $       .60

Total Disbursements        $       .60

Total Current Bill         $     250.10

Balance Due                $     250.10
                          ==============

Fee Summary

S W Humrickhouse worked 1.30 hours at $165 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

Invoice   35528

05/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-015 SWH - Intn'lHeritageInc / WWFPaperCorp/WWF NY Dire

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

Disbursements
--------------
10 Copies @ .20 each                    $      2.00

| | |
|---|---|
| Total Disbursements | $      2.00 |
| Total Current Bill | $      2.00 |
| Balance Due | $      2.00 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road---Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    35529

05/10/01

TO  Holmes P. Harden
    c/o Maupin, Taylor & Ellis, PA
    3200 Beechleaf Ct. POB 19764
    Raleigh           NC 27604

Client Id. 00-12075
Matter Id. 000-000-016 SWH - Intn'lHeritageInc / ShustakJalil&Heller PC

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to


Disbursements
-------------
10 Copies @ .20 each                        $      2.00

| | | |
|---|---|---|
| Total Disbursements | $ | 2.00 |
| Total Current Bill | $ | 2.00 |
| Balance Due | $ | 2.00 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01                                                                    Invoice    35530

TO  Holmes P. Harden
    c/o Maupin, Taylor & Ellis, PA
    3200 Beechleaf Ct. POB 19764
    Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-017 SWH - Intn'lHeritageInc / FrankMastoloni&SonsInc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|------|
| 03/12/01 | HUM | Call to Mastoloni re: settlement possibilities | .40 |
| 03/14/01 | HUM | Settlement discussion | .30 |
| 03/15/01 | HUM | Review payment history re: ordinary course conf. re: settlement | .80 |
| 03/20/01 | PL9 | Prepare Statement Regarding Intent to Move for Authority To Compromise, letter to defendant with proof of claim, letter to Trustee with settlement check. | .80 |
| 03/21/01 | P33 | Drafting/preparation of Notice of Voluntary Dismissal Without Prejudice. | .30 |
| 03/21/01 | P33 | Drafting/preparation of Motion to Compromise and Settle Adversary Proceeding, Order Approving Compromise Settlement. | .50 |
| 03/21/01 | HUM | Finalize compromise. | .20 |

Fees Billed                    $       392.50

Disbursements
-----------------
Postage                              $        .89

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

Invoice    35530
Page         2

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-017 SWH - Intn'lHeritageInc / FrankMastorAccts&FoodsInc

Return Upper Portion With Payment

| | | |
|---|---|---|
| 44 Copies @ .10 each | $ | 8.80 |
| Total Disbursements | $ | 9.69 |
| Total Current Bill | $ | 402.19 |
| Balance Due | $ | 402.19 |

Fee Summary

S W Humrickhouse worked 1.70 hours at $165 an hour.
Paralegal PWH worked .80 hours at $ 70 an hour.
M J Baird-Paralegal worked .80 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

Invoice    35531

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-018 SWH - Intn'lHeritageInc - Quality Bldrs Inc of Ral

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

Disbursements
--------------
10 Copies @ .20 each                        $      2.00

| | | |
|---|---|---|
| Total Disbursements | $ | 2.00 |
| Total Current Bill | $ | 2.00 |
| Balance Due | $ | 2.00 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

Invoice    35532

```
          TO Holmes P. Harden
             c/o Maupin, Taylor & Ellis, PA
             3200 Beechleaf Ct. POB 19764
             Raleigh           NC 27604

Client Id. 00-12075
Matter Id. 000-000-019 SWH - Intn'l Heriatage Inc - Connexus, LTD
```

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 03/27/01 | PL9 | Review file, draft Motion for Default Judgment and Default Judgment. | .40 |
| 03/27/01 | P33 | Preparation/filing of Motion for Default Judgment and Default Judgment. | .50 |
| 03/27/01 | HUM | Finalize default | .20 |

| | |
|---|---|
| Fees Billed | $    96.00 |
| Total Current Bill | $    96.00 |
| Balance Due | $    96.00 |

## Fee Summary

Paralegal PWH worked .40 hours at $ 70 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/10/01

Invoice    35533

```
        TO Holmes P. Harden
           c/o Maupin, Taylor & Ellis, PA
           3200 Beechleaf Ct. POB 19764
           Raleigh            NC 27604
```

Client Id. 00-12075
Matter Id. 000-000-020 SWH – Intn'lHeritageInc – NiagaraFrontierTravelSer

Amount Paid:

Return Upper Portion With Payment

|  |  | For legal services rendered, including but not limited to |  |
|---|---|---|---|
| 03/01/01 | P33 | Drafting, finalization and filing of Order to Modify Pre-Trial Order | .40 |
| 03/07/01 | P33 | Correspondence to Daniel Brick and Gerald Jeutter, service of Order allowing Modification of Pre-Trial Order. | .30 |
| 03/14/01 | HUM | Finalize Rule 26 disclosures | .30 |
| 03/20/01 | PL9 | Draft Motion for Extension of Time to Respond to Discovery, tele. to defendant's counsel for consent. | .50 |
| 03/26/01 | HUM | Review 7026 disclosures of Defendant | .30 |
| 04/11/01 | HUM | Call from McGinnnis re: extension of discovery deadline | .20 |
| 04/16/01 | PL9 | Draft response to Defendant's First Interrogatories and Request for Production of Documents to Plaintiff. | 1.50 |
| 04/18/01 | HUM | Work on discovery responses | .50 |
| 04/23/01 | HUM | Finalize response to discovery | 1.20 |
| 04/30/01 | HUM | Call from clerk re: extension of motions period | .20 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

Invoice   35573

05/12/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh        NC 27604

Client Id. 00-12075
Matter Id. 000-000-052 SWH - Intn'l Heritage Inc / Epley Assoc., Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

Disbursements
--------------
10 Copies @ .20 each                         $      2.00

| | | |
|---|---|---|
| Total Disbursements | $ | 2.00 |
| Total Current Bill | $ | 2.00 |
| Balance Due | $ | 2.00 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice    35574

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-053 SWH - Intn'lHeritageInc / DechertfkaDechert,Price&

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 03/02/01 | HUM | Prepare for 7026 disclosure (.7); Prepare for pretrial (.3) | 1.00 |
| 03/05/01 | P33 | Drafting and service of Trustee/Plaintiff's Rule 26(a)(1) and Rule 7026 Disclosure Statement. | .50 |
| 03/05/01 | HUM | Pretrial Conference | .30 |
| 03/26/01 | HUM | Review 7026 disclosure of Defendant | .30 |

Fees Billed                              $     299.00

Disbursements
--------------
3 Copies @ .20 each              $          .60

Fax                              $         5.00

Total Disbursements      $       5.60

Total Current Bill       $     304.60

Balance Due              $     304.60
=============

## Fee Summary

S W Humrickhouse worked 1.60 hours at $165 an hour.
A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice    35574
Page        2

TO

Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075

Matter Id. 000-000-053 SWH = Intn'lHeritageInc / Dechertfka Dechert,Price&

Amount Paid:

Return Upper Portion With Payment

M J Baird-Paralegal worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice    35576

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-055 SWH - Intn'l Heritage Inc / CVN, Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

Disbursements
--------------
10 Copies @ .20 each                    $      2.00

| | | |
|---|---|---|
| Total Disbursements | $ | 2.00 |
| Total Current Bill | $ | 2.00 |
| Balance Due | $ | 2.00 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice   35578

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-057 SWH - Intn'l Heritage, Inc. / Mandy Herrin

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 03/14/01 | HUM | Review for default. | .30 |
| 03/27/01 | P33 | Preparation/filing of Motion for Default Judgment and Default Judgment. | .50 |

Fees Billed          $      84.50

Disbursements
---------------
Telephone Charges                $     24.43

3 Copies @ .20 each              $      .60

Total Disbursements     $      25.03

Total Current Bill      $     109.53

Balance Due             $     109.53

Fee Summary

S W Humrickhouse worked .30 hours at $165 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01                                                      Invoice    35579

TO Holmes P. Harden
      c/o Maupin, Taylor & Ellis, PA
      3200 Beechleaf Ct. POB 19764
      Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-058 SWH - Intn'l Heritage, Inc. / John Kragh, Inc.

Amount Paid: _____

Return Upper Portion With Payment

|  |  |  |  |  |
|---|---|---|---|---|
| | For legal services rendered, including but not limited to | | | |
| 03/21/01 | HUM | Call to David Kraugh | .20 | |
| 04/18/01 | PL9 | Prepare Motion for Entry of Default and Entry of Default for filing. | .50 | |
| 04/18/01 | HUM | Finalize default. | .20 | |

Fees Billed                          $     101.00

**Disbursements**
---------------
9 Copies @ .20 each                 $        1.80

Postage                             $         .34

Total Disbursements          $        2.14

Total Current Bill           $      103.14

Balance Due                  $      103.14

## Fee Summary

S W Humrickhouse worked .40 hours at $165 an hour.
Paralegal PWH worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice    35581

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-060 S — Intn'l Heritage, Inc. / Mark Pruitt

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 03/06/01 | PL9 | Letter to defendant with proof of claim, letter to Trustee with settlement check. | .50 |
| 03/15/01 | P33 | Drafting/preparation of Order Approving Compromise and Settlement, Motion to Compromise and Settle Adversary Proceeding. | .50 |
| 03/16/01 | HUM | Finalize motion to compromise | .50 |
| 03/21/01 | P33 | Drafting/preparation of Notice of Voluntary Dismissal Without Prejudice | .30 |

Fees Billed                    $    173.50

Disbursements
--------------
23 Copies @ .20 each                    $     4.60

Total Disbursements        $      4.60

Total Current Bill         $    178.10

Balance Due                $    178.10
                           ============

Fee Summary

Paralegal PWH worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—-Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice    35581
Page           2

TO

Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-060 S - Intn'l Heritage, Inc. / Mark Pruitt

Amount Paid: _____

Return Upper Portion With Payment

M J Baird-Paralegal worked .80 hours at $ 70 an hour.
S W Humrickhouse worked .50 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice    35582

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh           NC 27604

Client Id. 00-12075
Matter Id. 000-000-061 SWH-Intn'lHeritage,Inc/Sabrina Weid/b/aEternal Fla

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 03/27/01 | P33 | Preparation/filing of Default Judgment and Motion for Default Judgment. | .50 |
| 03/27/01 | P33 | Preparation/filing of Motion for Default Judgment and Default Judgment. | .50 |
| 03/27/01 | HUM | Finalize default | .30 |

| | |
|---|---|
| Fees Billed | $    119.50 |
| Total Current Bill | $    119.50 |
| Balance Due | $    119.50 |

Fee Summary

M J Baird-Paralegal worked 1.00 hours at $ 70 an hour
S W Humrickhouse worked .30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice    35583

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-062 SWH - Intn'lHeritageInc / EBHDist.LLC dba EBHarvey

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | | |
|---|---|---|---|---|
| 03/20/01 | PL9 | Review file, draft Motion and Affidavit for Entry of Default and Entry of Default for filing. | .50 | |
| 03/21/01 | HUM | Review file, letter to Mickles re: default deadline | .30 | |
| 04/04/01 | HUM | Extended conf. with Brian Michaels re: ordinary course defense | .40 | |
| 04/30/01 | HUM | Finalize pretrial report | .30 | |

Fees Billed                     $    200.00

Disbursements
---------------

Fax                                      $    10.00

8 Copies @ .20 each                      $     1.60

Total Disbursements    $     11.60

Total Current Bill     $    211.60

Balance Due            $    211.60

Fee Summary

Paralegal PWH worked .50 hours at $ 70 an hour.
S W Humrickhouse worked 1.00 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    35626

05/14/01

TO Holmes P. Harden
    c/o Maupin, Taylor & Ellis, PA
    3200 Beechleaf Ct. POB 19764
    Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-063 SWH - Intn'l Heritage Inc / Evonne Eckenroth

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 03/23/01 | PL9 | Tele. from case administrator, draft Statement re: agreement to extend time to answer. | .50 |
| 04/17/01 | HUM | Call to Jim Angell re: possible settlement | .20 |
| 04/30/01 | HUM | Extended voice mail to Jim Angell, review answer | .60 |

Fees Billed                          $      167.00

Disbursements
----------------
Postage                          $        .34

Copies                           $       9.80

Total Disbursements      $       10.14

Total Current Bill       $      177.14

Balance Due              $      177.14
                         ==============

## Fee Summary

Paralegal PWH worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .80 hours at $165 an hour.

For legal services rendered, including

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).