In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    35585

05/12/01

TO Holmes P. Harden
     c/o Maupin, Taylor & Ellis, PA
     3200 Beechleaf Ct. POB 19764
     Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-064 SWH - Intn'lHeritageInc / O.KennethRudd,III

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 04/09/01 | P33 | Drafting/preparation and service of Trustee/Plaintiff's Rule 26(a)(1) and Rule 7026 Disclosures. | .50 |
| 04/09/01 | HUM | Finalize Rule 7026 disclosures | .20 |

Fees Billed                     $      68.00

Disbursements
---------------
Telephone Charges               $      13.35

6 Copies @ .20 each             $       1.20

Total Disbursements      $      14.55

Total Current Bill       $      82.55

Balance Due              $      82.55

Fee Summary

M J Baird-Paralegal worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

403C

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice    35586

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-065 SWH - Intn'l Heritage Inc / Jewels by Evonne, Inc.

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | |
|---|---|---|---|
| 03/13/01 | HUM | Conf. with Angell re: return of equipment, call to Harden re: same | .40 |
| 03/23/01 | PL9 | Letter from case administrator, draft Statement regarding extension of time to answer, letter to Jim Angel. | .70 |
| 03/31/01 | HUM | Review jewelry inventory re: settlement | .50 |
| 04/30/01 | HUM | Review answer | .30 |

Fees Billed                    $     247.00

Disbursements
----------------
8 Copies @ .20 each                    $     1.60

Total Disbursements          $       1.60

Total Current Bill           $     248.60

Balance Due                  $     248.60

## Fee Summary

S W Humrickhouse worked 1.20 hours at $165 an hour.
Paralegal PWH worked .70 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice    35587

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-066 SWH — Intn'lHeritageInc / UPSCustomhouseBrokerage

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 03/13/01 | HUM | Conf. with Sean Kulka re: settlement | .40 |
| 03/14/01 | P33 | Drafting/preparation of Statement to Move for Authority to Compromise | .20 |
| 03/23/01 | HUM | Review file for status | .20 |

Fees Billed                              $    113.00

Disbursements
--------------
8 Copies @ .20 each                $    1.60

Total Disbursements      $      1.60

Total Current Bill       $    114.60

Balance Due              $    114.60

## Fee Summary

S W Humrickhouse worked .60 hours at $165 an hour.
M J Baird-Paralegal worked .20 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice    35588

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-067 SWH - Intn'l Heritage Inc / Robert Hukezalie

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 03/20/01 | P33 | Drafting/preparation of Order Approcing Compromise by Dismissal, Motion for Authorization to Compromise Adversary Proceeding by Dismissal. | .50 |
| 03/20/01 | HUM | Finalize compromise. | .20 |

| | |
|---|---|
| Fees Billed | $     68.00 |
| Total Current Bill | $     68.34 |
| Balance Due | $     68.34 |

Fee Summary

M J Baird-Paralegal worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice    35589

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-068 SWH - Intn'l Heritage Inc / Xpedite Systems, Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 03/01/01 | HUM | Call from Siragusa re: settlement | .20 |
| 03/05/01 | PL9 | Letter to defendant's attorney with proof of claim, letter to Trustee with settlement check. | .50 |
| 03/15/01 | P33 | Drafting/preparation of Order Approving Compromise and Settlement, Motion to Compromise and Settle Adversary Proceeding. | .50 |
| 03/16/01 | HUM | Finalize motion to compromise | .50 |
| 03/21/01 | P33 | Drafting/preparation of Notice of Voluntary Dismissal Without Prejudice | .30 |
| 04/30/01 | HUM | Conf. with Dana Siragusa re: status of compromise | .30 |

Fees Billed                     $      256.00

Disbursements
---------------
Postage                                 $       .68

23 Copies @ .20 each                    $      4.60

Total Disbursements    $        5.28

Total Current Bill     $      261.28

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice      35589
Page            2

TO
      Holmes P. Harden
      c/o Maupin, Taylor & Ellis, PA
      3200 Beechleaf Ct. POB 19764
      Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-068 SWH = Intn'l Heritage Inc / Xpedite Systems, Inc.

Amount Paid: _____

Return Upper Portion With Payment

Balance Due              $      261.28

                          Fee Summary

      S W Humrickhouse worked 1.00 hours at $165 an hour.
      Paralegal PWH worked .50 hours at $ 70 an hour.
      M J Baird-Paralegal worked .80 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice    35590

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-069 SWH - Intn'l Heritage Inc / Dee Brothers

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|------|
| 03/26/01 | P33 | Drafting/preparation of Joint Pre-Conference Report. | .50 |
| 03/26/01 | HUM | Finalize pretrial conference report | .30 |
| 03/27/01 | P33 | Correspondence to adversary, forwarding of Joint Pre-Trial Conference Report. | .20 |
| 04/09/01 | HUM | Prepare for and attend pretrial conf. | .30 |
| 04/23/01 | P33 | Preparation/drafting and service of Trustee/Plaintiff's Rule 26(a)(1) and Rule 7026 Disclosure. | .50 |
| 04/23/01 | HUM | Finalize 7026 disclosures | .30 |

Fees Billed                              $    232.50

Disbursements
---------------
6 Copies @ .20 each              $        1.20

Total Disbursements       $        1.20

Total Current Bill        $      233.70

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

TO

Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Invoice    35590
Page          2

Client Id. 00-12075
Matter Id. 000-000-068 SWH - Intn'l Heritage Inc / Dee Brothers

Amount Paid: _____

Return Upper Portion With Payment

Balance Due          $        233.70

Fee Summary

M J Baird-Paralegal worked 1.20 hours at $ 70 an hour
S W Humrickhouse worked .90 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice    35591

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh           NC 27604

Client Id. 00-12075
Matter Id. 000-000-070 SWH — Intn'l Heritage Inc / Herbert Towning

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 03/12/01 | HUM | Call to Brent re: release | .20 |
| 03/23/01 | HUM | Review file for status, call to Brent Wood | .20 |
| 03/26/01 | PL9 | Prepare Statement for Authority to Compromise and Settle Adversary Proceeding for filing. | .50 |

Fees Billed                    $    101.00

Disbursements
-------------
6 Copies @ .20 each                    $    1.20

Total Disbursements    $      1.20

Total Current Bill     $    102.20

Balance Due            $    102.20
                       =============

Fee Summary

S W Humrickhouse worked .40 hours at $165 an hour.
Paralegal PWH worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Invoice   35592

Client Id. 00-12075
Matter Id. 000-000-071 SWH - Intn'l Heritage Inc / Claude Savage, Jr.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours | | |
|------|------|-------------|------|---|---|
| 03/19/01 | HUM | Prepare for pretrial conference | .30 | | |
| 04/09/01 | P33 | Drafting/preparation and service of Trustee/Plaintiff's Rule 26(a)(1) and 7026 Disclosures. | .50 | | |
| 04/09/01 | HUM | Finalize Rule 7026 disclosures | .20 | | |

Fees Billed                                  $      117.50

Disbursements
---------------
6 Copies @ .20 each                    $      1.20

Total Disbursements       $        1.20

Total Current Bill        $      118.70

Balance Due               $      118.70

Fee Summary

S W Humrickhouse worked .50 hours at $165 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice    35593

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-072 SWH - Intn'lHeritageInc / HorneCPAGroup

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 03/14/01 | HUM | Conf. re: default judgment with Luke Dove | .20 |
| 03/27/01 | P33 | Preparation/filing of Motion for Default Judgment and Default Judgment. | .50 |
| 03/27/01 | P33 | Preparation/filing of Motion for Default Judgment and Default Judgment. | .50 |
| 03/27/01 | HUM | Finalize default | .20 |

|  |  |
|--|--|
| Fees Billed | $    136.00 |
| Total Current Bill | $    136.00 |
| Balance Due | $    136.00 |

Fee Summary

S W Humrickhouse worked .40 hours at $165 an hour.
M J Baird-Paralegal worked 1.00 hours at $ 70 an hour

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**A T T O R N E Y S   A T   L A W**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice    35594

```
TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh          NC 27604
```

Client Id. 00-12075
Matter Id. 000-000-073 SWH - Intn'lHeritageInc / WachoviaCorp.&Wachoviaof

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 03/12/01 | HUM | Call to Vaughan re: settlement | .20 |
| 03/14/01 | P33 | Drafting/preparation of Joint Pre-Trial Report, correspondence to James Vaughan, fax transmittal. | .40 |
| 03/14/01 | HUM | Review and transmit pretrial report | .30 |
| 03/19/01 | HUM | Conf. with Jim Vaughan re: settlement | .20 |
| 04/17/01 | HUM | Call re: status of settlement check | .20 |

```
                          Fees Billed        $    176.50

Disbursements
-------------
Fax                              $     6.00

                  Total Disbursements    $      6.00

                  Total Current Bill     $    182.50

                  Balance Due            $    182.50
                                         ==============
```

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice     35594
Page            2

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                NC 27604

Client Id. 00-12075
Matter Id. 000-000-073 SWH - Intn'lHeritageInc / WachoviaCorp&Wachoviaof     Amount Paid:

Return Upper Portion With Payment

### Fee Summary

S W Humrickhouse worked .90 hours at $165 an hour.
M J Baird-Paralegal worked .40 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice   35597

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-076 SWH - Intn'l Heritage Inc / Tracey Sabates

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 03/19/01 | HUM | Prepare for pretrial conference | .30 |
| 04/09/01 | P33 | Drafting/preparation and service of Trustee/Plaintiff's Rule 26(a)(1) and Rule 7026 Disclosures. | .50 |
| 04/09/01 | HUM | Finalize Rule 7026 disclosures | .20 |

Fees Billed                    $      117.50

Disbursements
---------------
6 Copies @ .20 each            $     1.20

Total Disbursements     $       1.20

Total Current Bill      $     118.70

Balance Due             $     118.70

Fee Summary

S W Humrickhouse worked .50 hours at $165 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**A T T O R N E Y S A T L A W**

4300 Six Forks Road---Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice    35598

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-077 SWH - Intn'l Heritage Inc / DFM Investments, Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 04/18/01 | PL9 | Prepare Motion for Entry of Default, Entry of Default for filing. | .50 |

Fees Billed                                        $      35.00

Disbursements
-------------
Postage                                $      .34

6 Copies @ .20 each                    $     1.20

Total Disbursements    $      1.54

Total Current Bill     $     36.54

Balance Due            $     36.54
                       =============

Fee Summary

Paralegal PWH worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice    35599

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-078 SWH - Intn'lHeritageInc / GES Exposition Ser., Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

Disbursements
--------------
10 Copies @ .20 each                    $      2.00

Total Disbursements        $        2.00
                           --------------
Total Current Bill         $        2.00
                           --------------
Balance Due                $        2.00
                           ==============

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice    35600

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-079 SWH - Intn'lHeritageInc / Modern Health Strategies

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | | | | |
|---|---|---|---|---|
| 03/14/01 | HUM | Finalize Rule 26 disclosures | | .30 |
| 03/26/01 | HUM | Review 7026 disclosures of Defendant | | .30 |

Fees Billed                                          $      99.00

Disbursements
-------------
Telephone Charges                    $     18.03

3 Copies @ .20 each                  $      .60

Total Disbursements      $      18.63

Total Current Bill       $     117.63

Balance Due              $     117.63
                         =============

Fee Summary

S W Humrickhouse worked .60 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01                                                                              Invoice    35601

TO Holmes P. Harden
    c/o Maupin, Taylor & Ellis, PA
    3200 Beechleaf Ct. POB 19764
    Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-080 SWH - Intn'lHeritageInc / Kenco Co. & Kenco of SFL

Amount Paid: _____

Return Upper Portion With Payment

|  |  |  |  |
|---|---|---|---|
| | | For legal services rendered, including but not limited to | |
| 03/06/01 | PL9 | Tele. from court's case administrator, conf. with atty. re: response from defendant to Entry of Default. | .30 |
| 03/06/01 | HUM | Review request to overturn default | .30 |
| 03/07/01 | HUM | Call from Clerk's office re: default, respond to default | .30 |
| 03/27/01 | HUM | Review file | .20 |
| 04/02/01 | HUM | Conf. w/ Christina Lesch re: settlement | .30 |
| 04/23/01 | PL9 | Letter to Defendant with proof of claim, letter to Trustee with settlement check. | .50 |
| 04/25/01 | P33 | Preparation/drafting and service of Statement Regarding Intent to Move for Authority to Compromise and Voluntary Dismissal. | .50 |
| 04/25/01 | HUM | Conf. with Clerk re: removal of hearing from calendar | .20 |

Fees Billed                              $      305.50

Disbursements

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Invoice    35601
Page          2

Client Id. 00-12075
Matter Id. 000-000-080 SWH - Intn'lHeritageInc / Kenco Co. America of SEL

Amount Paid:

Return Upper Portion With Payment

| | | |
|---|---|---|
| --------------- | | |
| 33 Copies @ .20 each | $ | 6.60 |
| Postage | $ | .68 |
| Delivery Charge | $ | 7.50 |
| Total Disbursements | $ | 14.78 |
| Total Current Bill | $ | 320.28 |
| Balance Due | $ | 320.28 |

### Fee Summary

Paralegal PWH worked .80 hours at $ 70 an hour.
S W Humrickhouse worked 1.30 hours at $165 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice    35604

```
TO  Holmes P. Harden
    c/o Maupin, Taylor & Ellis, PA
    3200 Beechleaf Ct. POB 19764
    Raleigh           NC 27604
```

Client Id. 00-12075
Matter Id. 000-000-083 SWH - Intn'lHeritageInc / Cosmetech Intn'l Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 03/20/01 | P33 | Preparation/drafting of Order Approving Compromise by Dismissal, Motion for Authorization to Compromise Adversary Proceeding by Dismissal. | .50 |
| 03/20/01 | HUM | Finalize compromise. | .20 |

Fees Billed                         $      68.00

Disbursements
--------------
12 Copies @ .20 each                $       2.40

Total Disbursements         $       2.74

Total Current Bill          $      70.74

Balance Due                 $      70.74

### Fee Summary

M J Baird-Paralegal worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road---Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice   35605

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-084 SWH - Intn'lHeritageInc / Leapfrog Mktg, Inc.

Amount Paid: _____

---

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | | Description | | |
|---|---|---|---|---|
| 03/31/01 | HUM | Respond to Meschan's document request | .60 | |
| 04/23/01 | HUM | Letter to David Meschan re: insolvency | .30 | |
| 04/30/01 | HUM | Review answer | .40 | |

Fees Billed                     $     214.50

Disbursements
---------------

Fax                        $     4.00

Postage                    $     1.18

Total Disbursements        $       5.18

Total Current Bill         $     219.68

Balance Due                $     219.68
                           ==============

### Fee Summary

S W Humrickhouse worked 1.30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice    35606

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-085 SWH - Intn'l Heritage Inc / John Brothers

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 03/26/01 | P33 | Drafting/preparation of Joint Preconference Report. | .50 |
| 03/26/01 | HUM | Finalize pretrial conference report | .30 |
| 03/27/01 | P33 | Correspondence to adversary, forwarding of Joint Pre-Trial Conference Report. | .20 |
| 04/09/01 | HUM | Prepare for and attend pretrial conf. | .30 |
| 04/23/01 | P33 | Preparation/drafting and service of Trustee/Plaintiff's Rule 26(a)(1) and Rule 7026 Disclosure Statement. | .50 |
| 04/23/01 | HUM | Finalize 7026 disclosures | .30 |

|  |  |
|---|---|
| Fees Billed | $    232.50 |
| Total Current Bill | $    232.50 |
| Balance Due | $    232.50 |

## Fee Summary

M J Baird-Paralegal worked 1.20 hours at $ 70 an hour
S W Humrickhouse worked .90 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice   35607

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-086 SWH - Intn'lHeritageInc / TheEdinburghCrystalGlass

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | |
|------|------|-------------|---|
| 03/19/01 | HUM | Letter to Bolton re: compromise documents | .20 |
| 03/20/01 | PL9 | Prepare Statement Regarding Intent to Move for Authority to Compromise for filing. | .40 |
| 03/20/01 | HUM | Review documents for settlement | .20 |
| 04/05/01 | HUM | Email re: settlement | .20 |
| 04/23/01 | PL9 | Letter to Defendant with proof of claim, letter to Trustee with settlement check. | .50 |

Fees Billed                    $    162.00

Disbursements

Postage                            $    1.36

20 Copies @ .20 each               $    4.00

Total Disbursements          $      5.36

Total Current Bill           $    167.36

Balance Due                  $    167.36

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01.

Invoice    35607
Page            2

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-086 SWH - Intn'lHeritageInc / TheEdinburghCrystalGlass

Amount Paid:

Return Upper Portion With Payment

Fee Summary

S W Humrickhouse worked .60 hours at $165 an hour.
Paralegal PWH worked .90 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice    35608

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-087 SWH - Intn'lHeritageInc / AudioVisualSer.Corp.

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 03/15/01 | P33 | Drafting/preparation of Order Approving Compromise and Settlement, Motion to Compromise and Settle Adversary Proceeding. | .50 |
| 03/16/01 | HUM | Finalize motion to compromise | .50 |
| 03/21/01 | P33 | Drafting/preparation of Notice of Voluntary Dismissal Without Prejudice | .30 |

Fees Billed                                    $      138.50

Disbursements
--------------
15 Copies @ .20 each                 $      3.00

Total Disbursements      $       3.00

Total Current Bill       $     141.50

Balance Due              $     141.50

Fee Summary

M J Baird-Paralegal worked .80 hours at $ 70 an hour.
S W Humrickhouse worked .50 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01                                                        Invoice    35609

TO Holmes P. Harden
    c/o Maupin, Taylor & Ellis, PA
    3200 Beechleaf Ct. POB 19764
    Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-088 SWH - Intn'l Heritage Inc / Purolator Courier LTD

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours | | |
|------|------|-------------|-------|---|---|
| 03/21/01 | P33 | Preparation/drafting of Order Approving Compromise by Dismissal, Motion for Authorization to Compromise Adversary Proceeding by Dismissal. | .50 | | |
| 03/21/01 | HUM | Finalize compromise. | .20 | | |

Fees Billed                          $      68.00

Disbursements
-------------
12 Copies @ .20 each                 $       2.40

Total Disbursements      $       2.74

Total Current Bill       $      70.74

Balance Due              $      70.74
                         =============

Fee Summary

M J Baird-Paralegal worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice    35610

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-089 SWH - Intn'l Heritage Inc. / Robert Chalmers

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | | Description | | |
|------|------|-------------|------|------|
| 03/08/01 | PL9 | Review file, draft Response to Show Cause Order. | .50 | |
| 03/26/01 | PL9 | Prepare Summons with new address. | .30 | |
| 03/29/01 | PL9 | Re-serve summons and complaint. | .30 | |
| | | Fees Billed | | $    77.00 |

Disbursements
-------------
25 Copies @ .20 each                      $      5.00

Total Disbursements    $      5.34

Total Current Bill    $     82.34

Balance Due    $     82.34
============

### Fee Summary

Paralegal PWH worked 1.10 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

Invoice   35611

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-090 SWH - Intn'l Heritage Inc / Larkin Envestments,LTD

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to.

| Date | Code | Description | Hours |
|---|---|---|---|
| 03/02/01 | HUM | Prepare for 7026 disclosure (.7); Prepare for pretrial (.3) | 1.00 |
| 03/05/01 | P33 | Drafting and service of Trustee/Plaintiff's Rule 26(a)(1) and Rule 7026 Disclosure Statement. | .50 |

Fees Billed                           $    200.00

Disbursements
----------------
Postage                      $    1.02

3 Copies @ .20 each          $     .60

Total Disbursements   $      1.62

Total Current Bill    $    201.62

Balance Due           $    201.62

## Fee Summary

S W Humrickhouse worked 1.00 hours at $165 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01                                                                 Invoice    35612

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-091 SH - Intn'l Heritage Inc / Good Heavens Company

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to .

| Date | Code | Description | | |
|------|------|-------------|---|---|
| 03/20/01 | P33 | Preparation/drafting of Order Approving Compromise by Dismissal, Motion for Authorization to Compromise Adversary Proceeding by Dismissal. | .50 | |
| 03/20/01 | HUM | Finalize compromise. | .20 | |

|  |  |  |
|--|--|--|
| Fees Billed | $ | 68.00 |

Disbursements
-------------
7 Copies @ .20 each                    $      1.40

| | | |
|--|--|--|
| Total Disbursements | $ | 1.40 |
| Total Current Bill | $ | 69.40 |
| Balance Due | $ | 69.40 |

Fee Summary

M J Baird-Paralegal worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311     Fax: 919/782-0465

Federal ID #
56-1201204

05/12/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Invoice   35613

Client Id. 00-12075
Matter Id. 000-000-092 SWH - Intn'l Heritage Inc. / Michael Russo

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 03/21/01 | P33 | Preparation/drafting of Order Approving Compromise by Dismissal, Motion for Authorization to Compromise Adversary Proceeding by Dismissal. | .50 |
| 03/21/01 | HUM | Finalize compromise. | .20 |

Fees Billed                              $      68.00

Disbursements
--------------
Postage                          $      .34
12 Copies @ .20 each             $     2.40

Total Disbursements       $      2.74
Total Current Bill        $     70.74
Balance Due               $     70.74

### Fee Summary

M J Baird-Paralegal worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).