FILED

MAY 2 5 2001

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                          )
                                )
INTERNATIONAL HERITAGE, INC.    )      CASE NO. 98-02675-5-ATS
                                )           CHAPTER 7
                                )
                                )
Debtor.                         )

ORDER ALLOWING PAYMENT OF
POORMAN-DOUGLAS CORPORATION, INC. SECOND INTERIM FEES AND EXPENSES

THIS MATTER coming before the Court upon application of Holmes P. Harden,

Trustee in the above-referenced case, for authority to pay Pooman-Douglas Corporation, Inc.

fees in the amount of $7,725.00 from August 16, 2000 through November 27, 20000 and

reimbursement of expenses in the amount of $99.76 through September 20, 2000 as set out in the

attached statement, and it appearing to the Court that such fees are reasonable and necessary, and

good cause exists for the allowance of such application,

IT IS THEREFORE ORDERED, adjudged and decreed that Holmes P. Harden,

Trustee, be and hereby is authorized to pay  Poorman-Douglas Corporation, Inc. the amount of

$7,824.76.

DATED: ___MAY 2 5 2001___

A. Thomas Small
Judge

288636

Recorded in Fee Book 5/25/01 Am

374  cc: Harden + BA 5/25/01 Am

404