**FILED**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

JUN 2 5 2001

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:                                                                                         CHAPTER 7

INTERNATIONAL HERITAGE, INC.,                                      CASE NO. 98-02675-5-ATS

Debtor,

**ORDER APPROVING
COMPROMISE AND SETTLEMENT**
(S-00-00260-5-ATS)

This matter came on to be heard upon the Motion to Compromise and Settle that certain adversary proceeding in this case entitled Holmes P. Harden, Trustee, Plaintiff vs. Wachovia Corporation and Wachovia Corporation of North Carolina, Defendant, AP No. S-00-00260-5-AP. It appearing to the Court that the amount claimed in the adversary proceeding is $4,936.64, that the settlement amount is $3,200.00, that in light of the defenses available and costs and risks of litigation, the settlement is fair and reasonable and in the best interests of the estate and that the settlement amount has been paid to the Trustee or his counsel, pending approval by the Court, it is therefore

ORDERED, ADJUDGED AND DECREED that the proposed settlement is approved.

FURTHER ORDERED that upon verification of collection of the settlement funds, the Trustee may dismiss this adversary proceeding with prejudice.

DATED: JUN 2 5 2001

_____
UNITED STATES BANKRUPTCY JUDGE

O:\CHP7TR\InternationalHeritage\APs\Wachovia\compromise.ord.wpd

397 cc: Humrickhouse to serve 6/25/01 Am                                                                 410