

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC., | CASE NO. 98-02675-5-ATS |
| Debtor, | |

MOTION TO COMPROMISE AND SETTLE ADVERSARY PROCEEDING
(S-00-00246-5-AP)

NOW COMES Holmes P. Harden, Trustee, Trustee herein and plaintiff in the adversary proceeding captioned "Holmes P. Harden, Trustee, Plaintiff vs. Herbert Towning, Defendant", Adversary Proceeding No. S-00-00246-5-AP, filed in this case (the "Adversary Proceeding"), through counsel and pursuant to Bankruptcy Rule 9019, and moves this Court for an order granting it authority to compromise and settle the Adversary Proceeding. In support of this Motion, the Trustee shows the Court:

1. Holmes P. Harden, is the duly appointed Trustee in this case.

2. The $16,389.00 sought by the Complaint in the Adversary Proceeding represents the value of the transfer of a Rolex watch which the Trustee alleged to be avoidable and recoverable under Bankruptcy Code §548 and §550 of the Bankruptcy Code.

3. After negotiation, the Trustee and Defendant have agreed that, subject to Court approval, they would be willing to settle the Adversary Proceeding by the Defendant returning the Rolex watch to the Trustee.

4. The Trustee believes that the proposed settlement is in the best interests of the estate and its creditors and requests that the Court approve this Motion.

WHEREFORE, the Trustee prays for an order approving and authorizing the settlement and compromise of the Adversary Proceeding on the terms described in Paragraph 3 above.

This the 12 day of July, 2001.

*Stephani H. Humrickhouse*
Stephani W. Humrickhouse
State Bar #9528
Attorney for Trustee
NICHOLLS & CRAMPTON, P.A.
Post Office Box 18237
Raleigh, North Carolina  27619
Telephone:  (919) 781-1311

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing **MOTION TO COMPROMISE AND SETTLE ADVERSARY PROCEEDING** was served this day by placing a copy thereof in a depository under the exclusive care and custody of the United States Postal Service in a postage prepaid envelope and properly addressed as follows:

Brent E. Wood, Esq.
Brent E. Wood, PLLC
4000 WestChase Blvd., Suite 385
Raleigh, NC 27607

This the 12 day of July, 2001.

Phyllis Hill
Legal Assistant
NICHOLLS & CRAMPTON, P.A.
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone No: 919-781-1311

O:\CHP7TR\InternationalHeritage\APs\Towning\compromise&settle.mot.wpd