UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

FILED
JUL 13 2001
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

IN RE:  CHAPTER 7

INTERNATIONAL HERITAGE, INC.,  CASE NO. 98-02675-5-ATS

Debtor.

## NOTICE OF MOTIONS TO COMPROMISE
## AND SETTLE ADVERSARY PROCEEDINGS

TO:   ALL CREDITORS OF INTERNATIONAL HERITAGE, INC. AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN of the Motion to Compromise and Settle Adversary Proceedings regarding each of the following adversary proceeding cases set forth below which were filed July 12, 2001 by the Trustee herein requesting an order granting him authority to compromise and settle each adversary proceeding for the payment by the Defendant to the Trustee in each such adversary proceeding the amounts set forth below:

| Case No. | Defendant Name | Amount Claimed | Settlement Amount |
|---|---|---|---|
| S-00-00191-5-AP | Alpha Omega Construction Corporation | $26,214.83 | $500.00 |
| S-00-00238-5-AP | EBH Distributors, LLC d/b/a E. B. Harvey | $100,455.00 | 3,750.00 |
| S-00-00222-5-AP | EBSCO Industries, Inc. d/b/a Vulcan Binder & Cover | $15,000.00 | $11,250.00 |
| S-00-00246-5-AP | Herbert Towning | $16,389.00 or return of Rolex watch | return of Rolex watch |
| S-00-00251-5-AP | UPS Customhouse Brokerage, Inc | $6,986.13 | $5,239.60 |
| S-00-00212-5-AP | Win Capital Corp. | $69,919.45 | $2,750.00 |

An objection to the any of the Motions must be filed with the Clerk, United States Bankruptcy Court, Post Office Box 1441, Raleigh, NC 27602, with a copy served on the Trustee whose name appears at the bottom of this Notice, within TWENTY (20) DAYS of the date of this Notice. No hearing will be conducted on said objection unless the Court, in its discretion, deems a hearing necessary, or unless a party in interest requests a hearing. Any party requesting a hearing shall appear at the hearing in support of such request or he may be assessed with costs.

DATE OF NOTICE: July 13th, 2001

Holmes P. Harden
State Bar #9835
Chapter 7 Trustee
MAUPIN, TAYLOR & ELLIS, P.A.
Post Office Box 17169
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

C:\TEMP\CompromiseSettle.AP.not.6.wpd

## CERTIFICATE OF SERVICE

     I, Holmes P. Harden, do hereby certify that the foregoing document was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the 13th day of July, 2001.

                                             MAUPIN TAYLOR & ELLIS, P.A.

                                             BY: _____
                                             Holmes P. Harden
                                             N. C. State Bar No. 9835
                                             Post Office Drawer 19764
                                             Raleigh, NC 27619
                                             Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

See Attached Mail Matrix and E-Mail List

RAL/179511/1

| | | |
|---|---|---|
| Terri I. Gardner<br>Smith Debnam Narron & Myers, L.L.P.<br>P. O. Box 26268<br>Raleigh, NC 27611-6268 | Managing Agent<br>International Heritage, Inc.<br>c/o Mayflower Capital LLC<br>2626 Glenwood Avenue, Suite 100<br>Raleigh, NC 27608 | Brent E. Wood<br>Wood & Francis, PLLC<br>P. O. Box 164<br>Raleigh, NC 27602 |
| Stephanie P. Wyatt<br>Coyle, Bascom & Bergman, P.C.<br>1000 Cambridge Square, Suite C<br>Alpharetta, GA 30004 | James Russell Tucker<br>Tucker & Ratcliffe, L.L.P.<br>500 N. Akard Street, Suite 3500<br>Dallas, TX 75201 | Jack T. Clary<br>214 St. Matthews Lane<br>Spartanburg, SC 29301 |
| Richard Ieyoub, Attorney General<br>State of Louisiana<br>301 Main Street, Suite 1250<br>Baton Rouge, LA 70801 | Susan Coon Bailey<br>5233 Floynell Drive<br>Baton Rouge, LA 70809 | Dorothy H. Miller<br>102 Triangle Circle<br>Lafayette, LA 70508 |
| Chittenden Bank<br>c/o Louis P. Rochkind<br>Jaffe, Raitt, Heuer & Weiss<br>One Woodward Avenue, Suite 2400<br>Detroit, MI 48226 | Stacey Ostrom<br>3010 E. Nasa Road 1 #1405<br>Seabrook, TX 77586 | Eugene W. Ellison<br>185 Biltmore Avenue<br>Asheville, NC 28801 |
| | Securities and Exchange Commission<br>Attn: William P. Hicks<br>3475 Lenox Road, NE<br>Atlanta, GA 30326 | Managing Agent<br>Internal Revenue Service<br>320 Federal Place<br>Greensboro, NC 27401 |
| Managing Agent<br>North Carolina Dept. of Revenue<br>P. O. Box 1168<br>Raleigh, NC 27602 | Marjorie K. Lynch<br>Bankruptcy Administrator<br>P. O. Box 3039<br>Raleigh, NC 27602-3039 | Jane E. Chassey<br>1514 Azalea Drive<br>Saint Louis, Missouri 63119 |
| Carolyn E. John<br>485 Broad River Blvd.<br>Beaufort, SC 29906 | Managing Agent<br>Advanced Equities<br>P. O. Box 1042<br>Winnfield, LA 71483 | Managing Agent<br>Centrum Bank AG, Vaduz<br>Heiligkreuz 8<br>Postfoch 1168<br>FL -9490 Vaduz   LIECHTENSTEIN |
| Gary D. McDowell<br>1138 Ascott Valley Dr.<br>Duluth, GA 30097 | Jean Wedin<br>P. O. Box 753<br>LaConner, WA 98257 | |
| Lois Coonc<br>P. O. Box 699<br>LaConner, WA 98257 | Managing Agent<br>Mayflower Capital, LLC<br>2626 Glenwood Ave., Suite 100<br>Raleigh, NC 27608 | Pamela Johnson<br>18488 Best Road<br>Mount Vernon, WA 98273 |

RAL/179511/1

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen   SWITZERLAND

Managing Agent
Schweizerische Hypotheken
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich   SWITZERLAND

Stanley H. Van Etten
10504 Tredwood Drive
Raleigh, NC 27613

Managing Agent
UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich   SWITZERLAND

Charles Anderson
Smith Helms Mulliss & Moore
P. O. Box 27525
Raleigh, NC 27611

Marianne Kelley
142419 133 Ave.
Edmonton, Alberta
CANADA T5A5A5

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Larry Smith
2435 E. North Street
Greenville, SC 29615

Anna M. Washburn
145 Christopher Drive
Clayton, NC 27520

Shawna Y. Staton
Jordan, Price, Wall, Gray,
  Jones & Carlton
P. O. Box 2021
Raleigh, NC 27602-2021

Henry W. Nozko, Jr., President
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Henry W. Nozko, Jr., President
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Managing Agent
Coeco
2525 Atlantic Avenue
Raleigh, NC 27604

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN 56258

Managing Agent
EDS Financial Services
4800 Six Forks Road
Raleigh, NC 27609

Managing Agent
Centrum Bank AGVaduz
Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz   LIECHTENSTEIN

Managing Agent
Emil Schatz, St Gallen
Oberhofstettenstrasse 67C
CH-9012, Saint Gallen   SWITZERLAND

Managing Agent
Accurata Treuhand und Revisions AG Vaduz
Abundt 36
 FL-9490 Vaduz   LIECHTENSTEIN

Managing Agent
UBS AG, Zurich Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich   SWITZERLAND

Lloyd W. Gathings, II
Gathings & Associates
P. O. Box 10545
Birmingham, AL 35202

Managing Agent
TransAmerica-TIG Insurance
650 California St. 2nd Floor
San Francisco, CA 94108-2702

Sherwin P. Robin
P. O. Box 9541
Savannah, GA 31412-9541

Tony Copeland
BTI
4300 Six Forks Road, Suite 500
Raleigh, NC 27609

RAL/179511/1

| | | |
|---|---|---|
| Michael P. Flanagan<br>Ward and Smith, P.A.<br>P. O. Box 8088<br>Greenville, NC 27835-8088 | Vickie Corbitt,<br>Attorney for Commissioner of Revenue<br>Tennessee Dept. of Revenue - Legal<br>312 8th Ave. N. #27 Fl.<br>Nashville, TN 37243-0001 | Jean Boyles<br>P. O. Box 10506<br>Raleigh, NC 27605 |
| James A. Roberts, III<br>Lewis & Roberts, PLLC<br>P. O. Box 17529<br>Raleigh, NC 27619-7529 | Stephani W. Humrickhouse, Esq.<br>Nicholls & Crampton<br>4300 Six Forks Road, Suite 700<br>Raleigh, NC 27609 | Paul Faison S. Winborne<br>300/200 Parham Street, Suite F<br>P. O. Box 1547<br>Raleigh, NC 27602 |
| Patrick H. Tyler<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX 78711-2548 | Janet Cradeur<br>P. O. Box 66658<br>Baton Rouge, LA 70896 | Missouri Department of Revenue<br>Attn: Brian S. Kuhlmann<br>P. O. Box 475<br>Jefferson City, MO 65105-0475 |
| James K. Austin<br>Ellis Painter Ratterree & Bart LLP<br>P. O. Box 9946<br>Savannah, GA 31412-9946 | Meredith P. Ezzell<br>Wyrick Robbins Yates & Ponton LLP<br>P. O. Drawer 17803<br>Raleigh, NC 27619 | Marcia McGair Ippolito<br>R.I. Division of Taxation<br>One Capitol Hill<br>Providence, RI 02908-5800 |
| J. Anthony Penry<br>Smith,Helms, Mulliss & Moore<br>2800 Two Hanover Square<br>Raleigh, NC 27601 | William Woodward Webb<br>Broughton, Wilkins, Webb & Sugg, P.A.<br>P. O. Box 2387<br>Raleigh, NC 27602 | Walter Calton<br>312 East Broad Street<br>Eufaula, AL 36072 |
| Keith M. Jensen<br>Law Office of Keith M. Jensen<br>514 East Beklnap<br>Fort Worth, TX 76102 | Joseph N. Calloway, Esq.<br>Battle, Winslow, Scott & Wiley, P.A.<br>P. O. Box 7100<br>Rocky Mount, NC 27804-0100 | L. C. Gilbert, Jr.<br>74 Hilltop Lane<br>Alpine, AL 35014 |
| Randall L. Greene<br>Rt. 1, Box 155<br>Randlett, OK 73562 | | Jackson Wayne Murphy<br>Rt. 6, Box 154<br>Troy, AL 36081 |
| James H. Thomas<br>101 Robin Drive<br>Troy, AL 36081 | Craig T. Liebendorfer<br>7315 Hundley Blvd.<br>Dallas, TX 75231-4722 | Denise Marsh<br>709 Summit Ridge<br>Lewisville, TX 75067 |
| | | Sharon A. Meckenstock<br>1640 West 34th St., N.<br>Wichita, KS 67204 |

RAL/179511/1

State Auditor's Office
Montana Securities Department
Mitchell Building, Room 270
State Capital Complex
Helen, MT 59620

William Swinney
3365 Silver Palm Drive
Jacksonville, FL 32250

Marshall Reddy
P. O. Box 806
Ponte Verde Beach, FL 32004

Henry W. Noziko, Jr.
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Gerald A. Jeutter
Kilpatrick Stockton, LLP
P. O. Box 300004
Raleigh, NC 27622

Henry W. Noziko, Jr.
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Michael K. Wolensky
Robert G. Brunton
David J. Gellen
Kutak Rock
225 Peachtree St., NE, Suite 2100
Atlanta, GA 30303-1731

Gary V. Dixon
Ross Dixon & Bell, LLP
601 Pennsylvania Ave. NW
North Boulevard
Washington, DC 20004-2688

Ronald H. Garber
Boxley Bolton & Garber
P. O. Drawer 1429
Raleigh, NC 27602

Virginia Andrews Burdette
P. O. Box 47
Mukilteo, WA 98275

Scott L. Wilkinson
Assistant U.S. Attorney
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Joseph B. Cheshire V
Cheshire Parker Schneider Wells & Bryan
P. O. Box 1029
Raleigh, NC 27602

Managing Agent
International Heritage, Incorporated
c/o Mayflower Capital LLC
2626 Glenwood Avenue, Suite 100
Raleigh, NC 27608

James Burshtyn
Office of Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78712548

Jackie S. Hart
1706 Antigua Lane
Nassau Bay, TX 77058

RAL/179511/1

| E-mail |
|---|
| **Flag Status : (none) (251 items)** |
| beent@texoma.net |
| |
| Cotner@wizard.net |
| x2-song@worldnet.att.net |
| hual@airmail.net |
| mayfi23@marz.com |
| Buddha623@aol.com |
| pgorman@vantagepointcapital.c... |
| Iwardcc2@aol.com |
| ridelga@pacbell.net |
| sstephe489@aol.com |
| wrightr@mindspring.com |
| mlafontaine@abbot-simses.com |
| TJWR21156@aol.com |
| rabbit@rockisland.com |
| cheryll.COSTANIINO@edmail.com |
| jasbircheema@amropictures.com |
| 72320.316@compuserve.com |
| stann@colby.IXKS.com |
| lov.comptable@sympatico.ca |
| |
| Cwin888@aol.com |
| myc888@webtv.net |
| virgilh@colby.ixks.com |
| |
| gjack312@Intrstar.net |
| hdfrey@telusplanet.net |
| DLWARREN@BellSouth.net |
| michael_bhagat@hotmail.com |
| GBYRDJR@aol.com |
| rliston@spartanburg4.0rg |
| ghromero@aol.com |
| mommaeans@hotbot.com |
| joanchan@rocketmail.com |
| ZGU@atlantis.com |
| edeem@worldnet.att.net |
| DFITZPA400@aol.com |
| theboock@compuserve.com |
| pondman@memes.com |
| docchiro@ISLC.net |
| RIZMOE@NWRain.com |
| thodges@gateway.net |
| hlee@directv.com |
| fabb@telusplanet.net |
| cordw@deltapineseed.com |
| NBECK87570@aol.com |
| JYANG4@FORD.COM |
| mccarthy@mccarthyconsultant.c... |
| BNLHATH@aol.com |
| nonfernett@worldnet.att.net |
| digger@bcsupernet.com |
| BREIDYIII@aol.com |
| Lindastime@aol.com |
| pak@jcnl.com |
| hornsjr@mindspring.com |
| lpartr1072@aol.com |
| leadership.possibilities.mak@wor... |
| aqualite@digisys.net |

Baker, Janis  1  7/12/2001

| E-mail |
|---|
| TIMSAMUEL@aol.com |
| mtheisen@efn.org |
| MLGeller@aol.com |
| englishs@digisys.net |
| gmahalko@vvm.com |
| timmoore@aol.com |
| mooreem@harpo.tnstate.edu |
| sprklmagc@aol.com |
| backpain@keynet.net |
| Hbeckbari@aol.com |
| mwarhurst@yahoo.com |
| js.baum@srs.gov |
| wynellh@flash.net |
| dlatray@mcn.net |
| bwood@woodfran.com |
| tcrow@uab-admin.vpad.uab.edu |
| DickLynn Ferency@compuserve.... |
| kaylorj@hal-pc.org |
| CHASSEYRAY@email.msn.com |
| jim.griffith@erols.com |
| xiaokui.shan@bakernet.com |
| xshan@aol.com |
| kkandola@theresidences.com |
| lrochkind@jafferaitt.com |
| sdostrom@hotmail.com |
| michaelhopkins@mailcity.com |
| ellesw@aol.com |
| sport@gvi.net |
| |
| dana-charles@worldnet.att.net |
| class45@concentric.net |
| options-galore@yahoo.com |
| dadabca@netcom.ca |
| bchap01@aol.com |
| ceissngr@midrivers.com |
| doubled@snowcrest.com |
| glassgs@cadvision.com |
| mbrown8967@aol.com |
| nfl300@aol.com |
| diemert@northerntel.net |
| cgrumer@manatt.com |
| shouli.yang@stjude.org |
| RJWNLAW@aol.com |
| sds98@eatel.net |
| jwmaloy@aol.com |
| kanelos@mindspring.com |
| blairc@iname.com |
| Larry_Fletcher@bc.sympatico.ca |
| JNRRICH@Intur.net |
| aadrezin@Epix.net |
| kimball.peed@bigfoot.com |
| tammyr@falcon.ukans.cc.edu |
| VTPALMER27@yahoo.com |
| crandall@rock-springs.dowell.slb... |
| gedler@bellsouth.net |
| sue_stephen@bc.sympatico.ca |
| Nicklin98@aol.com |
| r_brown@email.msn.com |
| andrelee@earthlink.net |

| E-mail |
|---|
| BrAnDin420@aol.com |
| hou@mail.med.upenn.edu |
| barrettcarter@mindspring.com |
| calinb@earthlink.net |
| BSID@CTC.NET |
| dsbarron@bellsouth.net |
| jamcgrath@yahoo.com |
| bbaum89@aol.com |
| dhilch@pacificcoast.net |
| bjsaw@ttc-cmc.net |
| smsutom@aol.com |
| lynn@dot.state.al.us |
| liuwd@earthlink.net |
| pingnas@ica.net |
| Hanna@tir.com |
| SteveG7574@aol.com |
| buddunn@auantumworld.com |
| Rahmati@ibm.net |
| Docnielsen@webtv.net |
| mjandcarlincc@juno.com |
| emlabeau@gateway.net |
| loking@wixmail.com |
| Jholt@Clemson.edu |
| jsmusa@mindspring.com |
| Mainland@ticnet.com |
| cce3@juno.com |
| mcnamer@bigsky.net |
| Remodelyou@aol.com |
| mwa@wnonline.net |
| lesterabs@mindspring.com |
| shanson@kearney.net |
| vickylanglois@atlasta.net |
| an667@hwcn.org |
| rconant@telusplanet.net |
| yu241703@yorku.ca |
| yu241703@yorku.ca |
| Michael Genge@bc.sympatico.ca |
| lihen |
| BSID@CTC.NET |
| dsbarron@bellsouth.net |
| jamcgrath@yahoo.com |
| bbaum89@aol.com |
| dhilch@pacificcoast.net |
| bjsaw@ttc-cmc.net |
| smsutom@aol.com |
| lynn@dot.state.al.us |
| liuwd@earthlink.net |
| pingnas@ica.net |
| Hanna@tir.com |
| SteveG7574@aol.com |
| buddunn@quantumworld.com |
| Rahmati@ibm.net |
| docnielsen@webtv.net |
| mjandcarlincc@juno.com |
| emlabeau@gateway.net |
| loking@wixmail.com |
| Jholt@Clemson.edu |
| jsmusa@mindspring.com |
| Mainland@ticnet.com |

Baker, Janis                3                   7/12/2001

| E-mail |
|---|
| cce3@juno.com |
| mcnamer@bigsky.net |
| Remodelyou@aol.com |
| mwa@wnonline.net |
| lesterabs@mindspring.com |
| shanson@kearney.net |
| vickylanglois@atlasta.net |
| an667@hwcn.org |
| rconant@telusplanet.net |
| yu241703@yorku.ca |
| Michael Genge@bc.sympatico.ca |
| lihengelle@aol.com |
| TJDeavers@aol.com |
| PDQ2CU@aol.com |
| BrAnDin420@aol.com |
| hou@mail.med.upenn.edu |
| calinb@earthlink.net |
| MSB7158@bellsouth.net |
| hsmiley@san.rr.com |
| abmk@home.com |
| CTBallard@aol.com |
| beth_pattillo@shmm.org |
| beatty@home.msen.com |
| RJNele@aol.com |
| swede@dmea.net |
| kmaxeyjr@bayou.com |
| Wesglynn@aol.com |
| calinb@earthlink.net |
| johnsons@pacifier.com |
| ambc@rhweb.com |
| jwarren@wyche.com |
| dongming.zhao@jci.com |
| pkloosterman@juno.com |
| Dsalido@webtv.net |
| JEEPETTE99@aol.com |
| pingnas@ica.net |
| Karen0906@aol.com |
| lonni@pb.quik.com |
| cr80n@flash.net |
| |
| Dana-Charles@Worldnet.Att.Net |
| |
| Averitas@aol.com |
| kk_1200@kwikkopy.com |
| hewlett@cablelan.net |
| sonia_voldseth@burns.senate.gov |
| mychen@att.net |
| dzeigler@jsucc.jsu.edu |
| mchad@acnet.net |
| MYChen@att.net |
| albourassa@bigfoot.com |
| |
| albourassa@bigfoot.com |
| Harden, Holmes |
| Mgutierrez@pirnie.com |
| marysuebennett@earthlink.net |
| lindaDagostino@mindspring.com |
| mayfi23@marz.com |
| shucko@prodigy.net |

Baker, Janis  4  7/12/2001

| E-mail |
|---|
| zuzuy2k@yahoo.com |
| Mgutierrez@pirnie.com |
| Mgutierrez@pirnie.com |
| bcslaw@worldnet.att.net |
| graceurc@powerweb.com |
| graceurc@powerweb.com |
| GBYRDJR@aol.com |
| RRALBRIGHT@AOL.COM |
| bcslaw@prodigy.net |
| rosieo@bigsky.net |
| mooreem@harpo.tnstate.edu |
| VANATTAL@VAX.CS.HSCSYR.EDU |
| leadership.possibilities.mak@wor… |
| pingnas@ica.net |
| ladevries@firstam.com |
| ihatch@ala.net |

Baker, Janis	5	7/12/2001