**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 28

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: 87-0421191
For Period Ending: 06/30/01

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753846835 Checking - Non Interest

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| C 10/25/00 | 001020 | Nicholls & Crampton, P. A. | Fees-Attorney Specially 2nd interim | | | 3,158.60 | | | 16,822.53 |
| C 10/25/00 | 001021 | Poorman-Douglas | COST OF SERVICE Checking Claims Fees $3,912.50 Expenses $115.85 | | | 4,028.35 | | | 12,794. |
| C 10/25/00 | 001022 | Jean Boyles | Attorney Specially 2nd interim fees and expenses | | | 2,574.88 | | | 10,219.30 |
| C 10/25/00 | 001023 | Adams Consulting Group | Accounting fees 2nd interim | | | 10,104.08 | | | 115.22 |
| C1 10/26/00 | | TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer | | | | | 327.40 | 442.62 |
| C 10/26/00 | 001024 | AT&T | Telephone Service 020 713 6257 001 | | | 11.88 | | | 430.74 |
| C 10/26/00 | 001025 | BellSouth | Telephone Service 919 790-0128 010 0363   $60.36 919 876-2161 450 0364  $.80 | | | 61.16 | | | 369.58 |
| C 10/26/00 | 001026 | RECALL. | STORAGE UNIT RENTAL Invoice #010445 | | | 254.36 | | | 115.22 |
| C1 10/30/00 | | TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer | | | | | 20,699.25 | 20,814.47 |
| C1 10/30/00 | 001027 | MAUPIN TAYLOR & ELLIS, P.A. | Fees-Attorney for Trustee BANK7A-HFN | | | 20,699.25 | | | 115. |
| C 10/31/00 | 11 | NATIONSBANK, N.A. | Interest Rate  2.350 | | 15.28 | | | | 130.50 |
| C 11/30/00 | 11 | NATIONSBANK, N.A. | Interest Rate  2.350 | | 0.25 | | | | 130.75 |
| C1 12/11/00 | | TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer | | | | | 79.33 | 210.08 |
| C 12/11/00 | 001028 | AT&T | Telephone Service 020 713 6257 001 | | | 18.97 | | | 191.11 |
| C 12/11/00 | 001029 | BellSouth | Telephone Service 919 790-0128 010 0363 | | | 60.36 | | | 130.75 |
| C1 12/14/00 | | TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer | | | | | 311.43 | 442.18 |
| C 12/14/00 | 001030 | Recall | STORAGE UNIT RENTAL Invoice # 012171 | | | 264.36 | | | 177.82 |
| C 12/14/00 | 001031 | BellSouth | Telephone Service 919 876-2161 450 0364 | | | 47.07 | | | 130.75 |

16 pp

473

FORM2XT

Ver: 6.51a

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 29

Case No:  98-02675-5-ATS
Case Name:  INTERNATIONAL HERITAGE INC.

Taxpayer ID No:  87-0421191
For Period Ending:  06/30/01

Trustee Name:  HOLMES P. HARDEN, TRUSTEE
Bank Name:  NATIONSBANK, N.A.
Account Number:  3753846835  Checking - Non Interest

Blanket Bond (per case limit):
Separate Bond (if applicable):  $ 6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| C 12/28/00 | | TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer | | | | | 43,445.46 | 43,576.21 |
| C 12/28/00 | 001032 | NICHOLS & CRAMPTON 4300 SIX FORKS ROAD, SUITE 700 RALEIGH, NC 27609 | Fees-Attorney for Trustee | | | 43,445.46 | | | 130.75 |
| C 12/29/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 5.92 | | | | 136.67 |
| C 01/19/01 | | TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer | | | | | 529.12 | 665.79 |
| C 01/19/01 | 001033 | AT&T | Telephone Service Acct. # 056 661-2689 001  $14.69 Acct. # 056 390-8195 001  $14.69 Acct. # 020 713 6257 001  $39.15 Acct. # 056 390-8195 001  $29.38 Acct. # 056 661-2689 001  $29.38 | | | 127.29 | | | 538.50 |
| C 01/19/01 | 001034 | BellSouth | Telephone Service Acct. # 919 790-0128 010 0363  $60.36 Acct. # 91 M43-2476 112 0361  $30.04 Acct. # 919 876-2161 450 0364  $47.07 | | | 137.47 | | | 401.01 |
| C 01/19/01 | 001035 | Recall | STORAGE UNIT RENTAL. Invoice # 013076 | | | 264.36 | | | 136.65 |
| C 01/31/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 8.77 | | | | 145.44 |
| C 02/19/01 | | TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer | | | | | 486.38 | 631.82 |
| C 02/19/01 | 001036 | BellSouth | Telephone Service 919 M43-2476-112 0361  $.16 919876-2161 450 0364  $47.18 919 790-0128 010 0363  $120.81 | | | 168.15 | | | 463.67 |
| C 02/19/01 | 000037 | Recall-Raleigh | STORAGE UNIT RENTAL. Inv. 013916 | | | 264.36 | | | 199.31 |
| C 02/19/01 | 001038 | AT&T | Telephone Service 020 713 6257 001  $12.92 020 713 6257 001  $40.76 056 390-8195 001  $.19 | | | 53.87 | | | 145.44 |
| C 02/28/01 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 0.50 | | | | 145.94 |
| C 03/27/01 | | TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer | | | | | 797.46 | 943.40 |
| C 03/27/01 | 001039 | AT&T | Telephone Service 056 390-8195 001 | | | 14.89 | | | 928.51 |

Ver: 6.51a

LFORM2XT

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 30

Case No.: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753846835 Checking - Non Interest

Taxpayer ID No: 87-0421191
For Period Ending: 06/30/01

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| C 03/27/01 | 001040 | RECALL. | STORAGE UNIT RENTAL INV. #014743 | | | 264.36 | | | 664.15 |
| C 03/27/01 | 001041 | BELLSOUTH | Telephone Service 919 790-0128 010 0363 | | | 192.21 | | | 471 |
| C 03/27/01 | 001042 | INTERNATIONAL SURETIES, INC. | Trustee Bond SB9934813 | | | 326.00 | | | 145.94 |
| C1 03/29/01 | 11 | TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer | | | | | 27,150.97 | 27,296.91 |
| C 03/29/01 | 001043 | NICHOLLS & CRAMPTON | Fees-Attorney for Trustee NOVEMBER 28, 2000 TO FEBRUARY 28, 2000 | | | 27,150.97 | | | 145.94 |
| C 03/30/01 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 2.22 | | | | 148.16 |
| C1 04/17/01 | | TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer | | | 264.36 | | 341.65 | 489 |
| C 04/17/01 | 001044 | Recall-Raleigh | STORAGE UNIT RENTAL. Invoice #015578 | | | 264.36 | | | 225.45 |
| C 04/17/01 | 001045 | BellSouth | Telephone Service 919 876-2161 450 0364 | | | 47.13 | | | 178.32 |
| C 04/17/01 | 001046 | AT&T | Telephone Service 056 390-8195 001 $14.89 056 661-2689 001 $.19 056 661-2689 001 $15.08 | | | 30.16 | | | 148.16 |
| C 04/30/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 5.68 | | | | 153. |
| C1 05/01/01 | 11 | TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer | | | | | 124.64 | 27 |
| C 05/01/01 | 001047 | AT&T | Telephone Service 020 713 6257 001 $.41 056 661-2689 001 $29.97 | | | 30.38 | | | 248.01 |
| 05/01/01 | 001048 | BellSouth | Telephone Service 919 876-2161 450 0364 $94.26 | | | 94.26 | | | 153.88 |
| C1 05/17/01 | | TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer | | | | | 292.27 | 446.11 |
| C 05/17/01 | 001049 | AT&T | Telephone Service 056 390-8195 001 | | | 14.89 | | | 431.22 |
| C 05/17/01 | 001050 | Recall-Raleigh | STORAGE UNIT RENTAL Invoice #016404 | | | 277.38 | | | 153.84 |
| C 05/29/01 | | TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer | | | | | 7,849.63 | 8,003.47 |
| C 05/29/01 | 001051 | AT&T | Telephone Service | | | 22.50 | | | 7,980.97 |

Ver: 6.51a

Page: 31

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: 87-0421191
For Period Ending: 06/30/01

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753846835 Checking - Non Interest

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| C 05/29/01 | 001052 | BellSouth | 020 713 6257 001 Telephone Service 919 790-01228 010 0363 | | | 2.37 | | | 7,978.60 |
| C 05/29/01 | 001053 | Poorman-Douglas Corporation | COST OF SERVICE Fees from 8/16/00-11/27/00 $7,725.00 Expenses through 9/20/00 $99.76 | | | 7,824.76 | | | 15? |
| C 05/31/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 1.78 | | | | 155.62 |
| C1 06/21/01 | 11 | TRANSFER FROM ACCT #375384 6819 | Bank Funds Transfer | | | | | 17,919.94 | 18,075.56 |
| C 06/21/01 | 001054 | AT&T | Telephone Service 020 713 6257 001 $22.39 056 390-8195 001 $15.01 056 661-2689 001 $29.59 | | | 66.99 | | | 18,008.57 |
| C 06/21/01 | 001055 | Recall-Raleigh | STORAGE UNIT RENTAL Inv. #017248 | | | 386.38 | | | 17,622.19 |
| C 06/21/01 | 001056 | Nicholls & Crampton, P.A. | Fees-Attorney for Trustee interim fees | | | 17,466.57 | | | 155.62 |
| C 06/29/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.100 | | 6.69 | | | | 162.31 |

Account: 3753846835

|  |  |  |  |
|---|---|---|---|
| Balance Forward | 0.00 | 56 Checks | 742,142.66 |
| 0 Deposits | 0.00 | 0 Adjustments Out | 0.00 |
| 17 Interest Postings | 219.18 | 0 Transfers Out | 0.00 |
| Subtotal | $ 219.18 | Total | $ 742,142.66 |
| 0 Adjustments In | 0.00 | | |
| 24 Transfers In | 742,085.79 | | |
| Total | $ 742,304.97 | | |

* Reversed
t Funds Transfer
C Bank Cleared

Ver: 6.51a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 32

| | |
|---|---|
| Case No: | 98-02675-5-ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | 87-0421191 |
| For Period Ending: | 06/30/01 |

| | |
|---|---|
| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | NATIONSBANK, N.A. |
| Account Number: | 3753846848  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | | | 0.00 |
| C 11/11/99 | 14 | U S Treasury<br>District Court, Atlanta Georgia | Settlement with SEC | 600,000.00 | | | | | 500,000.00 |
| C 11/16/99 | | TRANSFER TO ACCT #3753846819 | Bank Funds Transfer | | | | | -118,687.96 | 481,31_ |
| C 11/17/99 | | TRANSFER TO ACCT #3753846518 | Bank Funds Transfer | | | | | -51,243.81 | 430,068.23 |
| C 11/29/99 | | TRANSFER TO ACCT #3753846835 | Bank Funds Transfer | | | | | -452.48 | 429,615.75 |
| C 11/30/99 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 418.77 | | | | 430,034.52 |
| C 11/30/99 | 001001 | U. S. Bankruptcy Court | Filing Fee<br>Filing fee for judgment | | | 40.00 | | | 429,994.52 |
| *C 12/2/99 | 001002 | InfoStor<br>3010 Industrial Drive<br>P. O. Box 18236<br>Raleigh, NC 27619-8238 | STORAGE UNIT RENTAL<br>Invoice #002045 | | | 254.36 | | | 429,740.16 |
| C 12/10/99 | 14 | U. S. Court<br>N. District of GA | Settlement-other | 50,000.00 | | | | | 479,740.16 |
| C 12/16/99 | 001003 | Lloyd T. Whitaker | Monitor fees<br>Per order entered 12/14/99 | | | 10,886.69 | | | 468,853.47 |
| C 12/16/99 | 001004 | Kilpatrick Stockton | Attorney for Monitor fees<br>Per order entered 12/14/99 | | | 5,393.66 | | | 463,459.81 |
| C 12/31/99 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 914.23 | | | | 464,37_ |
| C 1/03/00 | 001005 | BellSouth<br>919 790-0128 010 0363 | Telephone Service | | | 60.03 | | | 464,31_ |
| C 1/03/00 | 001006 | AT&T<br>020 713 6257 001 | Telephone Service | | | 15.51 | | | 464,298.50 |
| C 1/31/00 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 926.77 | | | | 465,225.27 |
| C 1/31/00 | | TRANSFER TO ACCT #3753846521 | Bank Funds Transfer | | | | | -351.06 | 464,874.21 |
| C 2/02/00 | 001007 | Hewlett Packard Company<br>M/S 5518<br>8000 Foothills Blvd<br>Roseville, CA 95747-6588 | Y2K Compliance<br>Invoice 7256173 | | | 5,800.00 | | | 459,074.21 |
| C 2/03/00 | 14 | United States Treasury<br>U.S. District Court<br>Atlanta, GA | SETTLEMENT - OTHER<br>From Securities and Exchange Commission | 750,000.00 | | | | | 1,209,074.21 |

LFORM2XT

Ver: 6.51a

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 33

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: 87-0421191
For Period Ending: 06/30/01

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753846848  Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| C 02/23/00 | 001008 | AT&T | Telephone Service 0569308195001 $12.08 010713G257001 $15.41 | | | 27.49 | | | 1,209,046.72 |
| C 02/23/00 | 001009 | InfoStor | STORAGE UNIT RENTAL Invoice # 003732 | | | 556.67 | | | 1,208,490.05 |
| C1 02/24/00 | | TRANSFER TO ACCT #3753846835 | Bank Funds Transfer | | | | | -787.00 | 1,207,703.05 |
| C 02/29/00 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 1,967.02 | | | | 1,209,670.07 |
| C1 03/13/00 | | TRANSFER TO ACCT #3753846835 | Bank Funds Transfer | | | | | -579.35 | 1,209,090.72 |
| C1 03/29/00 | | TRANSFER TO ACCT #3753846835 | Bank Funds Transfer | | | | | -144.84 | 1,208,945.88 |
| C 03/31/00 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 2,409.90 | | | | 1,211,355.78 |
| C 04/18/00 | 001010 | AT&T | Telephone Service Acct. # 056 390-8195 001 | | | 12.08 | | | 1,211,343.70 |
| C 04/18/00 | 001011 | InfoStor | STORAGE UNIT RENTAL Invoice # 005472 | | | 254.36 | | | 1,211,089.34 |
| C 04/28/00 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 2,180.05 | | | | 1,213,269.39 |
| C 05/01/00 | 14 | United States Treasury U.S. District Court Atlanta, GA | Settlement with SEC | 750,000.00 | | | | | 1,963,269.39 |
| C1 05/10/00 | | TRANSFER TO ACCT #3753846835 | Bank Funds Transfer | | | | | -327.17 | 1,962,942.22 |
| C 05/31/00 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 3,922.99 | | | | 1,966,865.21 |
| C 06/08/00 | 14 | United States Treasury | Settlement with SEC | 25,000.00 | | | | | 1,991,865.21 |
| C1 06/08/00 | | TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer/SEC Funds | | | | | 25,000.00 | 2,016,865.21 |
| C 06/30/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 3,860.12 | | | | 2,020,725.33 |
| C 07/10/00 | 001002 | InfoStor 3010 Industrial Drive P. O. Box 18236 Raleigh, NC 27619-8238 | VOID STOP PAY ADD SUCCESSFUL | | | -254.36 | | | 2,020,979.69 |
| C 07/31/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 4,026.51 | | | | 2,025,006.20 |
| C 08/03/00 | 14 | United States Treasury | SEC settlement | 200,000.00 | | | | | 2,225,006.20 |
| C 08/31/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 4,355.82 | | | | 2,229,362.02 |
| C 09/21/00 | | | US TREASURY DEPOSIT ERROR | | | | 1,800,000.00 | | 4,029,362.02 |
| C 09/22/00 | 14 | UNITED STATES TREASURY | Settlement with SEC | 25,000.00 | | | | | 4,054,362.02 |

LPFRM2XT

Ver: 6.51a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 34

Ver: 6.51a

| Case No: | 98-02675-5-ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | 87-0421191 |
| For Period Ending: | 06/30/01 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | NATIONSBANK, N.A. |
| Account Number: | 3753846848  Money Market - Interest Bearing |

Blanket Bond (per case limit):
Separate Bond (if applicable):   $  6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| C 09/29/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 6,356.84 | | | | 4,060,718.86 |
| C 10/31/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 8,351.64 | | | | 4,069,070.50 |
| C 11/30/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 7,845.26 | | | | 4,076,91 |
| C 12/29/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 7,598.13 | | | | 4,084,51 |
| C 01/31/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 8,684.98 | | | | 4,093,198.87 |
| C 02/28/01 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 7,385.39 | | | | 4,100,584.26 |
| C 03/30/01 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 7,927.70 | | | | 4,108,511.96 |
| C 04/30/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 8,208.06 | | | | 4,116,720.02 |
| C 05/31/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 8,224.46 | | | | 4,124,944.48 |
| C 06/29/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.100 | | 6,887.99 | | | | 4,131,831 |

Account  3753846848

| | | | |
|---|---|---|---|
| Balance Forward | 0.00 | 12  Checks | 23,046.49 |
| 7  Deposits | 2,400,000.00 | 0  Adjustments Out | 0.00 |
| 20  Interest Postings | 102,452.63 | 8  Transfers Out | 172,573.67 |
| Subtotal | $  2,502,452.63 | Total | $   195,620.16 |
| 1  Adjustments In | 1,850,000.00 | | |
| 1  Transfers In | 25,000.00 | | |
| Total | $  4,327,452.63 | | |

* Reversed
t Funds Transfer
C Bank Cleared

LFORM2EXT

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 35

Case No:           98-02675-5-ATS
Case Name:         INTERNATIONAL HERITAGE INC.

Taxpayer ID No:    87-0421191
For Period Ending: 06/30/01

Trustee Name:      HOLMES P. HARDEN, TRUSTEE
Bank Name:         NATIONSBANK, N.A.
Account Number:    3753847313   Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable):  $  6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| C  10/16/00 | 15 | BABENER & ASSOCIATES ATTORNEY AT LAW 121 S.W. MORRISON ST., SUITE 1020 PORTLAND, OR 97204 | PREFERENCE SETTLEMENT | 5,000.00 | | | | | 5,000.00 |
| C  10/16/00 | 15 | FITZ & FLOYD 501 CORPORATE DRIVE LEWISVILLE, TX 75057 | PREFERENCE SETTLEMENT | 544.69 | | | | | 5,544.69 |
| C  10/16/00 | 15 | CAVINS INC. P. O. BOX 31848 RALEIGH, NC 27622-1848 | PREFERENCE SETTLEMENT | 611.80 | | | | | 6,156.49 |
| C  10/16/00 | 15 | THE GREATER RALEIGH CHAMBER OF COMMERCE P. O. BOX 2978 RALEIGH, NC 27602-2978 | PREFERENCE SETTLEMENT | 380.00 | | | | | 6,536.49 |
| C  10/16/00 | 15 | PBM GRAPHICS, INC. P. O. BOX 13603 RESEARCH TRIANGLE PARK, NC 27709-3603 | PREFERENCE SETTLEMENT | 5,000.00 | | | | | 11,536.49 |
| C  10/16/00 | 15 | CUSTOM ENGRAVING & TROPHY, INC. 612 N. PERSON STREET RALEIGH, NC 27604 | PREFERENCE SETTLEMENT | 401.06 | | | | | 11,937.55 |
| C  10/16/00 | 15 | JAMES GREENE PRODUCTS 2321 YELLOW BANKS RD. NORTH WILKESBORO, NC 28659 | PREFERENCE SETTLEMENT | 741.96 | | | | | 12,679.51 |
| C  10/25/00 | 15 | WSW INC, DBA CAPITOL COFFEE SYSTEMS 1000 INVESTMENT BOULEVARD APEX, NC 27502 | PREFERENCE SETTLEMENT | 380.69 | | | | | 13,060.20 |
| C  10/25/00 | 15 | HAROLD W. AND MARY ANN WEAKLEY 4518 PRATT LANE FRANKLIN, TN 37064 | PREFERENCE SETTLEMENT | 109.07 | | | | | 13,169.27 |
| C  10/25/00 | 15 | PR NEWSWIRE P. O. BOX 5897 NEW YORK NY 10087-5897 | PREFERENCE SETTLEMENT | 2,895.00 | | | | | 16,064.27 |

Ver: 6.51a

LFORMEXT

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 36

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | NATIONSBANK, N.A. |
| | | Account Number: | 3753847313  Money Market - Interest Bearing |
| Taxpayer ID No: | 87-0421191 | | |
| For Period Ending: | 06/30/01 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| C  10/25/00 | 15 | BOGARS INC. 3680 W. BEVERLY BLVD. LOS ANGELES, CA 90004 | PREFERENCE SETTLEMENT | 5,822.51 | | | | | 21,886.78 |
| C  10/31/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.359 | | 12.77 | | | | 21,89● |
| C  11/01/00 | 15 | CITY OF RALEIGH PARKS & REC | PREFERENCE SETTLEMENT | 450.00 | | | | | 22,349.55 |
| C  11/01/00 | 15 | THE HAMMOCK SOURCE P. O. BOX 1602 GREENVILLE, NC 27835 | PREFERENCE SETTLEMENT | 6,514.85 | | | | | 28,864.40 |
| C  11/07/00 | 15 | DIRECT SELLING ASSOCIATION GENERAL ACCOUNT 1275 PENNSYLVANIA AVENUE, NW SUITE 800 WASHINGTON DC 20004 | PREFERENCE SETTLEMENT | 1,225.00 | | | | | 30,089.40 |
| C  11/07/00 | 15 | GREAT PLAINS 1701 SW 38TH ST. FARGO, ND 48104 | PREFERENCE SETTLEMENT | 550.00 | | | | | 30,639.40 |
| C  11/07/00 | 15 | PUBLIC SERVICE COMPANY 400 COX ROAD P.O. BOX 1398 GASTONIA, NC 28053-1398 | PREFERENCE SETTLEMENT | 75.88 | | | | | 30,715.28 |
| C  11/14/00 | 15 | LITHO INDUSTRIES, INC. P. O. BOX 14106 DURHAM, NC 27709 | PREFERENCE SETTLEMENT | 21,250.00 | | | | | 51,9● |
| C  11/14/00 | 15 | ALLIED VAN LINES 215 W. DIEHL ROAD NAPERVILLE, IL 60563 | PREFERENCE SETTLEMENT | 1,556.00 | | | | | 53,521.28 |
| C  11/14/00 | 15 | AOC (ACCOUNTANTS ON CALL) NICHOLLS & CRAMPTON PA ADMINISTRATIVE TRUST ACCOUNT 4300 SIX FORKS ROAD, SUITE 700 RALEIGH, NC 27609 | PREFERENCE SETTLEMENT | 200.00 | | | | | 53,721.28 |
| C  11/27/00 | 15 | | PREFERENCE SETTLEMENT FUNDS FOR BULOVA SETTLEMENT, CASE NO. SIH-12075-1. JOSEPH M. VANN ATTORNEY FOR BULOVA GRATCH JACOBS & BROZMAN, P.C. 950 THIRD AVENUE NEW YORK, NEW YORK 10022-2705 | 7,000.00 | | | | | 60,721.28 |

LFORM2XT

Ver: 6.51a

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 37

| Case No: | 98-02675-5-ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | 87-0421191 |
| For Period Ending: | 06/30/01 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | NATIONSBANK, N.A. |
| Account Number: | 3753847313 Money Market - Interest Bearing |

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposit ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| C 11/27/00 | 15 | BATTLE WINSLOW SCOTT & WILEY P.A. TRUST ACCOUNT P. O. BOX 7100 ROCKY MOUNT, NC 27804-0100 | PREFERENCE SETTLEMENT SETTLEMENT PROCEEDS FOR ATCOM | 1,000.00 | | | | | 61,721.28 |
| C 11/27/00 | 15 | IMPERIAL HOTEL GROUP, INC. SHERATON IMPERIAL P. O. BOX 13099 RTP, NC 27709 | PREFERENCE SETTLEMENT | 5,000.00 | | | | | 66,721.28 |
| C 11/27/00 | 15 | AMERICAN MANAGEMENT ASSOC. INTERNATIONAL TRUDEAU ROAD, P. O. BOX 430 SARANAC LAKE, NY 12983 DISBURSEMENT ACCOUNT | PREFERENCE SETTLEMENT | 1,004.00 | | | | | 67,725.28 |
| C 11/30/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 57.45 | | | | 67,782.73 |
| C 12/06/00 | 15 | LYON FINANCIAL SERVICES, INC. 115 WEST COLLEGE DR. MARSHALL, MN 56258 | Collection COLLECTION OF SECURITY DEPOSIT BY JEAN BOYLES. | 4,263.06 | | | | | 72,045.79 |
| C 12/27/00 | 15 | FORRESTER SMITH, INC. 213 HOBBS STREET TAMPA, FL 33619 | PREFERENCE SETTLEMENT | 7,500.00 | | | | | 79,545.79 |
| C 12/27/00 | 15 | INFOSTOR, INC. P. O. BOX 18238 RALEIGH, NC 27609 | PREFERENCE SETTLEMENT | 1,000.00 | | | | | 80,545.79 |
| C 12/27/00 | 15 | WWF PAPER CORP. 2 BALA PLAZA BALA CYNWYD, PA 19004 | PREFERENCE SETTLEMENT | 18,750.00 | | | | | 99,295.79 |
| C 12/27/00 | 15 | ALLEN HARRIS SHAW 3626 N. HALL #617 DALLAS, TX 75219 | PREFERENCE SETTLEMENT MARSH V. INTL HERITAGE BANKRUPTCY | 1,157.66 | | | | | 100,453.45 |
| C 12/27/00 | 15 | SHUSTAK JALIL & HELLER ATTORNEYS AT LAW 545 MADION AVENUE 15TH FLOOR NEW YORK, NY 10022 | PREFERENCE SETTLEMENT | 1,375.00 | | | | | 101,828.45 |
| C 12/27/00 | 15 | BEDFORD FREIGHT LINES, INC. 511 N. LA CIENEGA BLVD, SUITE 208 | PREFERENCE SETTLEMENT | 4,362.66 | | | | | 106,191.11 |

LFORM2XT

Ver: 6.51a

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 38

| Case No: | 98-02675-5-ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | 87-0421191 |
| For Period Ending: | 06/30/01 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | NATIONSBANK, N.A. |
| Account Number: | 3753847313  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $  6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| C 12/27/00 | 15 | GES EXPOSITION SERVICES CORPORATE PAYABLES P. O. BOX 98790 LAS VEGAS, NV 89193-8790 | PREFERENCE SETTLEMENT | 1,184.33 | | | | | 107,375.44 |
| C 12/29/00 | 11 | NATHAN HANKS | Interest Rate 2.350 | | 94.63 | | | | 107,470.07 |
| C 01/05/01 | 15 | NATHAN HANKS 10045 CHENIER POINT SHREVEPORT, LA 71106 | PREFERENCE SETTLEMENT | 2,941.50 | | | | | 110,411.57 |
| C 01/05/01 | 15 | ETIENNE AIGNER 47 BRUNSWICK AVE. EDISON, NJ 08818 | PREFERENCE SETTLEMENT | 2,238.27 | | | | | 112,649.84 |
| C 01/12/01 | 15 | STEPHEN M. AND LINDA L. CASTLE 312 CHASE LANE MARIETTA, GA 30068 | PREFERENCE SETTLEMENT | 2,703.00 | | | | | 115,352.84 |
| C 01/29/01 | 15 | KINKO'S P. O. BOX 8060 VENTURA, CA 93002-8060 | PREFERENCE SETTLEMENT | 6,500.00 | | | | | 121,852.84 |
| C 01/29/01 | 15 | EPLEY ASSOCIATES P. O. BOX 11526 CHARLOTTE, NC 28220-1526 | PREFERENCE SETTLEMENT | 14,000.00 | | | | | 135,852.84 |
| C 01/31/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 188.19 | | | | 136,041.03 |
| C 02/06/01 | 15 | TRAVEL EXPERTS INC. 212 SAWMILL ROAD RALEIGH, NC 27615 | PREFERENCE SETTLEMENT | 2,000.00 | | | | | 138,041.03 |
| 02/09/01 | 15 | CVN INC. 673 MOHAWK ST. SUITE 203 COLUMBUS, OH 43206 | PREFERENCE SETTLEMENT | 2,500.00 | | | | | 140,541.03 |
| 02/09/01 | 15 | INTERWEST TRANSFER CO., INC. P. O. BOX 17136 SALT LAKE CITY, UT 84117 | PREFERENCE SETTLEMENT | 2,101.65 | | | | | 142,642.68 |
| 02/14/01 | 15 | CITIZEN WATCH CO OF AMERICA, INC. 1000 W. 190TH ST. TORRANCE, CA 905021040 | PREFERENCE SETTLEMENT | 35,000.00 | | | | | 177,642.68 |

LOS ANGELES, CA 90048

LFDRM2XT

Ver: 6.51a

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 39

Case No:         98-02675-5-ATS
Case Name:       INTERNATIONAL HERITAGE INC.
Taxpayer ID No:  87-0421191
For Period Ending: 06/30/01

Trustee Name:    HOLMES P. HARDEN, TRUSTEE
Bank Name:       NATIONSBANK, N.A.
Account Number:  3753847313  Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable):   $  6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| C 02/20/01 | 15 | CIPM, INC. 16 WEST SIXTY-FIRST STREET NEW YORK, NY 10023 | PREFERENCE SETTLEMENT | 5,000.00 | | | | | 182,642.68 |
| C 02/22/01 | 15 | NICHOLLS & CRAMPTON TRUST ACCOUNT | PREFERENCE SETTLEMENT QUALITY BUILDERS OF RALEIGH AP SETTLEMENT | 5,500.00 | | | | | 188,142.68 |
| C 02/28/01 | 15 | TRAVEL EXPERTS, INC. 212 SAWMILL ROAD RALEIGH, NC 27615 | PREFERENCE SETTLEMENT | 2,000.00 | | | | | 190,142.68 |
| C 02/28/01 | 15 | US OFFICE PRODUCTS 13501 INGENUITY DRIVE, SUITE 300 ORLANDO, FL 32826 | PREFERENCE SETTLEMENT | 2,331.57 | | | | | 192,474.25 |
| C 02/28/01 | 11 | NATIONSBANK, N.A. | INTEREST RECD FROM BANK | | 234.77 | | | | 192,709.02 |
| C 03/06/01 | 15 | ALSTON & BIRD (XPEDITE SYSTEMS, INC.) ONE WEST ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA, GA 30309-3524 | PREFERENCE SETTLEMENT | 16,536.34 | | | | | 209,245.36 |
| C 03/07/01 | 15 | MARK A. PRUITT DELLA PRUITT 2207 ASHWOOD CT. CARROLLTON, TX 75006 | PREFERENCE SETTLEMENT | 200.00 | | | | | 209,445.36 |
| C 03/14/01 | 15 | SHERATON NEW ORLEANS HOTEL 500 CANAL STREET NEW ORLEANS, LA 70130 | PREFERENCE SETTLEMENT | 10,000.00 | | | | | 219,445.36 |
| C 03/19/01 | 15 | JOHN DANIELL BOX-BAR RANCH HC 82, BOX 9070 MALTA, MT 59538 | PREFERENCE SETTLEMENT | 500.00 | | | | | 219,945.36 |
| C 03/19/01 | 14 | NICHOLLS & CRAMPTON PA ADMINISTRATIVE TRUST ACCOUNT 4300 SIX FORKS ROAD, SUITE 700 RALEIGH, NC 27609 (HARRAHS OPERATING COMPANY, INC) | PREFERENCE SETTLEMENT | 1,500.00 | | | | | 221,445.36 |
| C 03/21/01 | 15 | FRANK MASTOLONI & SONS, INC. | PREFERENCE SETTLEMENT | 6,500.00 | | | | | 227,945.36 |

LFORM2XT

Ver. 6.51a

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 40

| | |
|---|---|
| Case No.: | 98-02675-5-ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | 87-0421191 |
| For Period Ending: | 06/30/01 |

| | |
|---|---|
| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | NATIONSBANK, N.A. |
| Account Number: | 3753847313  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $  6,000,000.00 |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| C 03/26/01 | 15 | 608 FIFTH AVE NEW YORK, NY 10020 BOX-BAR RANCH (JOHN DANIELL) HC 82 BOX 9070 MALTA, MT 59538 | PREFERENCE SETTLEMENT | 500.00 | | | | | 228,445.36 |
| C 03/26/01 | 15 | GMAC COMMERCIAL CREDIT LLC ONE PENNSYLVANIA PLAZA NEW YORK, NY 10119 | PREFERENCE SETTLEMENT | 1,000.00 | | | | | 229,445.36 |
| C 03/26/01 | 15 | PACKAGING CORPORATION OF AMERICA 1900 WEST FIELD COURT LAKE FOREST, IL 60045 | PREFERENCE SETTLEMENT | 1,960.94 | | | | | 231,406.30 |
| C 03/27/01 | 15 | NICHOLLS & CRAMPTON TRUST ACCOUNT 4300 SIX FORKS ROAD, SUITE 700 RALEIGH, NC 27609 | PREFERENCE SETTLEMENT SETTLEMENT OF ACT ELECTRIC, INC. AP | 2,003.76 | | | | | 233,410.06 |
| C 03/30/01 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 365.04 | | | | 233,775.10 |
| C 04/03/01 | 15 | EGW PERSONNEL SERVICES, INC. | PREFERENCE SETTLEMENT | 4,489.36 | | | | | 238,264.46 |
| C 04/06/01 | 15 | ROBERT HALF INTERNATIONAL INC. P. O. BOX 9047 PLEASANTON, CA 94566-9047 | PREFERENCE SETTLEMENT | 4,200.00 | | | | | 242,464.46 |
| C 04/25/01 | 15 | EDINBURGH CRYSTAL GLASS CO. D/B/A EDINBURG CRYSTAL FULBRIGHT & JAWORSKI llp TRUST ACCOUNT 1301 MCKINNEY, SUITE 5100 HOUSTON, TX 77010-3095 | PREFERENCE SETTLEMENT | 1,000.00 | | | | | 243,464.46 |
| C 04/25/01 | 15 | JOHN DANIELL, BOX-BAR RANCH HC 82, BOX 9070 MALTA, MT 59538 | PREFERENCE SETTLEMENT | 500.00 | | | | | 243,964.46 |
| C 04/27/01 | 15 | KENCO COMPANY 400 S. BEVERLY DR., SUITE 214 BEVERLY HILLS, CA 90212 | PREFERENCE SETTLEMENT | 1,000.00 | | | | | 244,964.46 |
| C 04/30/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 440.13 | | | | 245,404.59 |

LFORM2XT

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 41

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: 87-0421191
For Period Ending: 06/30/01

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753847313 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| C 05/08/01 | 15 | IMAGE ASSOCIATES, INC. 4909 WINDY HILL DRIVE RALEIGH, NC 27609-4929 | PREFERENCE SETTLEMENT | 1,666.00 | | | | | 247,070.59 |
| C 05/14/01 | 15 | NICHOLLS & CRAMPTON TRUST ACCOUNT LESLIE MAGNESS | PREFERENCE SETTLEMENT | 200.00 | | | | | 247,27... |
| C 05/22/01 | 15 | RICHARD D. SPARKMAN (TONER SOLUTIONS PREFERENCE) P. O. BOX 1687 ANGIER, NC 27501 | PREFERENCE SETTLEMENT SETTLEMENT OF TONER SOLUTIONS AP 00175-ATS | 1,576.06 | | | | | 248,846.65 |
| C 05/29/01 | 15 | UPS CUSTOMHOUSE BROKERAGE, INC. 1930 BISHOPS LANE, SUITE 200 LOUISVILLE, KY 40218 | PREFERENCE SETTLEMENT | 5,239.60 | | | | | 254,086.25 |
| C 05/31/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 454.35 | | | | 254,540.60 |
| C 06/07/01 | 15 | EBH DISTRIBUTORS, LLC 100 CHEROKEE BLVD. SUITE 216 CHATTANOOGA, TN 37405 | PREFERENCE SETTLEMENT | 3,750.00 | | | | | 258,290.60 |
| C 06/11/01 | 15 | WIN CAPITAL CORP. | PREFERENCE SETTLEMENT | 2,750.00 | | | | | 261,040.60 |
| C 06/11/01 | 15 | IMAGE ASSOCIATES, INC. 4909 WINDY HILL DRIVE RALEIGH, NC 27609 | PREFERENCE SETTLEMENT | 1,666.00 | | | | | 262,706.60 |
| C 06/11/01 | 15 | ALPHA OMEGA CORPORATION P. O. BOX 1584 DULUTH, GA 30096 | PREFERENCE SETTLEMENT | 500.00 | | | | | 263,20... |
| C 06/19/01 | 15 | EBSCO INDUSTRIES, INC. P. O. BOX 1943 BIRMINGHAM, AL 35201-1943 (DBA VULCAN BINDER & COVER) | PREFERENCE SETTLEMENT | 11,250.00 | | | | | 274,456.60 |
| C 06/29/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.100 | | 403.91 | | | | 274,860.51 |

LFORM2XT

Ver: 6.51a

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 42

Case No: 98-02675-5-ATS

Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: 87-0421191

For Period Ending: 06/30/01

Trustee Name: HOLMES P. HARDEN, TRUSTEE

Bank Name: NATIONSBANK, N.A.

Account Number: 3753847313 Money Market - Interest Bearing

Blanket Bond (per case limit):

Separate Bond (if applicable): $ 6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |

Account 3753847313

|  | Balance Forward | 0.00 |
| 68 | Deposits | 272,609.27 |
| 9 | Interest Postings | 2,251.24 |
|  | Subtotal | $ 274,860.51 |
| 0 | Adjustments In | 0.00 |
| 0 | Transfers In | 0.00 |
|  | Total | $ 274,860.51 |

| 0 | Checks | 0.00 |
| 0 | Adjustments Out | 0.00 |
| 0 | Transfers Out | 0.00 |
|  | Total | $ 0.00 |

\* Reversed

t Funds Transfer

C Bank Cleared

LFORM2XT

Ver: 6.51a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 43

| Case No: | 98-02675-5-ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | 87-0421191 |
| For Period Ending: | 06/30/01 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | NATIONSBANK, N.A. |
| Account Number: | 3753847410 Money Market - Interest Bearing |

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| C 02/01/01 | 5 | WORLDCOM 601 SOUTH 12TH ST. ARLINGTON, VA 22202 | REFUND Security Deposit Refund | 5,249.86 | | | | | 5,249.86 |
| C 02/28/01 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 7.08 | | | | 5,256.94 |
| C 03/30/01 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 10.16 | | | | 5,267.10 |
| C 04/30/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 10.52 | | | | 5,277.62 |
| C 05/31/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 10.54 | | | | 5,288.16 |
| C 06/29/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.100 | | 8.83 | | | | 5,296.99 |

Account 3753847410

| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | 0 Checks | 0.00 |
| 1 | Deposits | 5,249.86 | 0 Adjustments Out | 0.00 |
| 5 | Interest Postings | 47.13 | 0 Transfers Out | 0.00 |
| | Subtotal | $ 5,296.99 | Total | $ 0.00 |
| 0 | Adjustments In | 0.00 | | |
| 0 | Transfers In | 0.00 | | |
| | Total | $ 5,296.99 | | |

Report Totals

| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | 207 Checks | 888,686.65 |
| 138 | Deposits | 4,586,758.08 | 1 Adjustments Out | 122.97 |
| 132 | Interest Postings | 168,456.60 | 80 Transfers Out | 992,497.31 |
| | Subtotal | $ 4,755,214.68 | Total | $ 1,881,306.93 |
| 1 | Adjustments In | 1,800,000.00 | | |
| 80 | Transfers In | 992,497.31 | | |
| | Total | $ 7,547,711.99 | Net Total Balance | $ 5,666,405.06 |

\* Reversed
t Funds Transfer
C Bank Cleared

LFORM2XT

Ver: 6.51a