FILED

'JUL 3 0 2001

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| INTERNATIONAL HERITAGE, | ) | CHAPTER 7 |
| INCORPORATED, | ) | CASE NO. 98-02674-5-ATS |
| | ) | |
| Debtors. | ) | |

## INTERIM APPLICATION FOR SPECIAL ATTORNEY
## FOR TRUSTEE FEE AND EXPENSE REIMBURSEMENT

The undersigned Stephani W. Humrickhouse of Nicholls & Crampton, P.A. ("Applicant") applies to the Court for the entry of an Order approving and authorizing interim Special Attorney for Trustee fees for the period May 1, 2001 to June 30, 2001 in the amount of $12,256.00 and expense reimbursement in the amount of $682.48. In support of said Interim Application, Applicant respectfully shows the Court the following:

1.     Applicant has acted as Special Attorney for the Trustee since employed and appointed by Order dated January 28, 1999. The services rendered by Applicant and members of its firm have been substantial and Applicant believes that allowance of a fee in full at this time is appropriate and necessary.  Additionally, in light of the substantial commitment of time and resources by the Applicant and her firm during this period evaluating the ninety-one (91) avoidance actions initiated and settlement offers associated therewith, applicant requests that the Court consider this Application at this time notwithstanding the fact that the previous fee application was filed less than 120 days ago on May 22, 2001.

2.     Fees in the amount of $107,479.00 and expenses in the amount of $3,985.54 have been applied for by the Applicant and approved by the Court prior to this Application. However, $22,803.00 of that $107,479.00 was applicable to the representation of the Trustee in his claims against the Debtor's principal, Stanley Van Etten and not related to the prosecution of general avoidance actions.

3.     To date, the Applicant has delivered the total sum of $268,187.15 to the Trustee for preferences, which includes $67,712.51 collected prior to the initiation of the adversary proceedings and $225,474.64 collected as a result of the adversary proceedings.  Monies are collected by the Applicant and delivered to the Trustee to hold in trust pending Court approval.  The status of the adversary proceeding cases is as follows:

a.   34 adversary proceedings have been settled in the sum of $174,781.28 and approved by the Court.

b.   7 adversary proceedings have been settled in the sum of $48,489.60 and are pending court approval.

c.   Default Judgment has been entered in 16 adversary proceedings (2 of which have been satisfied in the sum of $2,203.76).

d.   12 adversary proceedings have been dismissed because of a complete defense by the Defendant or the inability to locate the Defendant (all of which have been approved by the Court).

e.   Judgment has been entered in one adversary proceeding after trial in the amount of $2,620.00.

f.   1 adversary proceeding has been settled and payment is pending in the amount of $10,000.00.

g.   21 adversary proceedings are presently set for trial or final pre-trial.

4.   A Summary of Services Rendered which indicates the name of the attorney or paralegal, the hours spent, the hourly rate and total compensation requested is attached as Exhibit A.  Attached as Exhibit B is a breakdown by hours and description of the services rendered in connection with this Application. Services rendered were reasonable and necessary in the proper representation of the Trustee.  Said Exhibit B reflects an itemization of expenses incurred on behalf of the Trustee by category totals.  A separate statement has been created for each adversary proceeding in which time has been entered so that settlement offers can be evaluated more efficiently.

5.   The Trustee's agreement to pay the fees at the rates set out herein are substantiated in its Application by Trustee for Authority to Employ and Appoint Attorney Specially dated January 27, 1999. Stephani W. Humrickhouse has rendered professional services of not less than 55.4 hours and that for such professional services Trustee agreed to pay the rate of $165.00 per hour. Phyllis W. Hill has rendered paralegal services of not less than 19.7 hours and that for such paralegal services Applicant is regularly paid at the rate of $70.00 per hour.  Sandra T. Waller has rendered paralegal services of not less than .4 hours and that for such paralegal services Applicant is regularly paid at the rate of $70.00.  Mary J. Baird has rendered paralegal services of not less than 24.4 hours and that for such paralegal services Applicant is regularly paid at the rate of $70.00.

6.   Stephani W. Humrickhouse is a Partner with Nicholls & Crampton, P.A.  She is a Board Certified Specialist in Bankruptcy Law by the North Carolina State Bar Board of Legal Specialization, is a former member of the Bankruptcy Council of the North Carolina Bar Association, previously served as Chairman of its Continuing Legal Education Committee, is a Certified Bankruptcy Specialist by the American Bankruptcy Certification Board and is an experienced Chapter 11 bankruptcy practitioner.  Humrickhouse was admitted to the bar in 1980. Humrickhouse regularly charges and has been paid as her ordinary rate $210.00 per hour. However, based on Court guidelines for the representation of the Trustee, she has only charged $165.00 per hour during the time period covered by this Application in this case.

2

7.   Phyllis W. Hill is a Paralegal with Nicholls & Crampton, P.A.  She attended the University of Tennessee in Knoxville, TN majoring in Business Administration and received her paralegal/legal assistant degree from UT.  She has been a paralegal since 1977 with seven years experience in Tax, Estate Planning, Trust and Estate Administration in Knoxville, TN, eight years experience in Civil Litigation with Hunton & Williams in Raleigh, NC and has been with Nicholls & Crampton since February, 1993, concentrating in Bankruptcy.

8.   Sandra T. Waller is a Paralegal with Nicholls & Crampton, P.A.  She attended Florida State University, Tallahassee, FL and received her paralegal/legal assistant training at Lively Vocational/Technical School, Tallahassee, FL.  She has been a paralegal since 1982 with experience in Personal Injury, Medical Malpractice and Litigation.  She has been employed at Nicholls & Crampton since January, 1998, concentrating in Bankruptcy.

9.   Mary Jane Baird is a Paralegal with Nicholls & Crampton, P.A.  She has been a paralegal for 24 years with experience in Medical Malpractice and Insurance Defense.  She was last employed with the law firm of Maloof, Lebowitz, Conahan and Oleske in Chatham, New Jersey for 17 years.  She has been employed with Nicholls & Crampton since December, 2000, concentrating in Bankruptcy.

10.   Copying charges are recorded by client identification number, pursuant to a control counting device connected to Applicant's copying machine.  The copying charges are read by Applicant's Office Administrator twice monthly, at mid and end month, and entered into the Accounting Package on those "read" dates.  Applicant does not have the ability to further break down the dates such copying charges were incurred other than as expressed above

11.   Postage charges for are entered cumulatively at month's end.

12.   Copies are charged at 20¢ per page, and fax transmissions are charged at $1.00 per page for out-going transmissions, with no charge for incoming faxes.  Deliveries are charged at the rate of $7.50.  Mileage reimbursement was made at the rate of 31¢ per mile.

13.   The best interests of Trustee, the Debtor, and the Estates will be served by the allowance of this Application in full.

WHEREFORE, Applicant respectfully requests the Court for the entry of an Order allowing and authorizing Special Attorney for Trustee fees in the amount of $12,256.00 and expense reimbursement in the amount of $682.48.

This the 30 day of July, 2001.

Stephani W. Humrickhouse
State Bar No. 9528
Attorney for Trustee
Nicholls & Crampton, P.A.
Post Office Box 18237
Raleigh, NC   27619
Telephone:  919/781-1311

4

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing INTERIM APPLICATION FOR SPECIAL ATTORNEY FOR TRUSTEE FEE AND EXPENSE REIMBURSEMENT was served this day by placing a copy thereof in a depository under the exclusive care and custody of the United States Postal Service in a postage prepaid envelope and properly addressed as follows:

> Mrs. Marjorie K. Lynch
> Bankruptcy Administrator
> 300 Fayetteville St. Mall, Room 416
> P. O. Box 3039
> Raleigh, NC  27602

This the 30 day of July, 2001.

_____
Phyllis Hill
Legal Assistant

O:\CHP7TR\InternationalHeritage\attyfecapp.006.wpd

Exhibit A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| INTERNATIONAL HERITAGE, | ) | CHAPTER 7 |
| INCORPORATED, | ) | CASE NO. 98-02674-5-ATS |
| | ) | |
| Debtors. | ) | |

**SUMMARY OF SERVICES RENDERED**

Nicholls & Crampton, P.A.

From May 1, 2001 through June 30, 2001, the undersigned person/firm has performed professional services for this estate in the capacity of attorney for the Trustee during the Chapter 7 case. Attached hereto is an itemization of time expended and expenses incurred in the performance of these professional services.

| NAME | TITLE | HOURS SPENT | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Stephani W. Humrickhouse | Partner | 55.4 | $165.00 | $9,141.00 |
| Phyllis W. Hill | Paralegal | 19.7 | $ 70.00 | $1,379.00 |
| Sandra T. Waller | Paralegal | .4 | $ 70.00 | $   28.00 |
| Mary J. Baird | Paralegal | 24.4 | $ 70.00 | $1,708.00 |

TOTAL FEES            $12,256.00

TOTAL EXPENSES  $    682.48

TOTAL AMOUNT REQUESTED    $12,938.48

O:\CHP7TR\InternationalHeritage\attyfee.sum.006.wpd

Exhibit B

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    36365

07/30/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                NC 27604

Client Id. 00-12075
Matter Id. 000-000-001 SH/G - International Heritage, Inc - Chapter 7

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | | Description | Hours |
|------|-----|-------------|-------|
| 01/02/01 | HUM | Respond to Court's request re: defaults; compromises, review status of pleadings | 1.50 |
| 05/04/01 | HUM | Conf. with Craig Adams re: expert testimony and insolvency documentation (.5); Letter to Craig Adams with insolvency documents (.3); Reivew financial data supplied by Brown McLeod (1.5) | 2.30 |
| 05/09/01 | HUM | Finalize dismissals pursuant to approved compromise orders | .70 |
| 05/10/01 | HUM | Various status updates to files | 1.80 |
| 05/14/01 | HUM | Finalize compromise notice and motions | 1.30 |
| 05/17/01 | PL9 | Draft discovery request form for adversary proceedings. | 2.00 |
| 05/21/01 | HUM | Finalize fee application | .80 |
| 05/22/01 | PL9 | Finalize Fee Application for filing, telephone from case administrator re: status of adversary proceedings. | 2.00 |
| 05/23/01 | HUM | Work on discovery request forms | 1.50 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/30/01

Invoice    36365
Page       2

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-001 SH/G - International Heritage, Inc - Amount Paid: 7

Return Upper Portion With Payment

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 05/28/01 | PL9 | Update filing and organization of files. | .50 |
| 05/30/01 | PL9 | Work on case status chart. | .50 |
| 06/05/01 | PL9 | Telephone call from Case Administrator to discuss cases that need to be set for trial. | .30 |
| 06/21/01 | PL9 | Telephone call from Case Administrator re: consent to extention of time. | .20 |
| 06/26/01 | HUM | Review orders on compromises | .70 |
| 06/28/01 | PL9 | Work on case status chart. | .80 |

Fees Billed                              $    2,190.00

Disbursements
--------------
Delivery Charge          $      60.00

Telephone Charges        $     154.33

Fax                      $      38.00

Postage                  $      18.35

1432 Copies @ .20 each   $     286.40

Total Disbursements      $     557.08

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/30/01

Invoice      36365
Page              3

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-001 SH/G – International Heritage, Inc – Chapter 7

Amount Paid: _____

Return Upper Portion With Payment

| | |
|---|---|
| Total Current Bill | $  2,747.08 |
| Balance Due | $  2,747.08 |

Fee Summary

S W Humrickhouse worked 10.60 hours at $165 an hour.
Paralegal PWH worked 6.30 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

Invoice    36100

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-004 SWH - Intn'lHeritageInc / USOff.Prod/CarolinaDist

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 05/07/01 | P33 | Preparation of correspondence, service of filed Order Approving Compromise and Settlement. | .20 |
| 05/09/01 | P33 | Filing of Notice of Voluntary Dismissal w/prejudice, preparation and filing of Certification of Service. | .20 |
| 05/09/01 | HUM | Final review of dismissal. | .20 |

|  |  |
|---|---|
| Fees Billed | $ 61.00 |
| Total Current Bill | $ 61.00 |
| Balance Due | $ 61.00 |

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

Invoice    36101

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-008 SWH - Intn'lHeritageInc / EGW Pers. Services, Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 05/14/01 | PL9 | Prepare Motion to Compromise & Settle Adversary Proceeding and proposed Order. | .50 |
| 06/27/01 | P33 | Preparation/drafting of correspondence enclosing Order Approving Compromise and Settlement; preparation and filing of Notice of Voluntary Dismissal with prejudice. | .50 |
| 06/27/01 | HUM | Finalize dismissal | .20 |

Fees Billed                         $       103.00

Disbursements
---------------

Postage                                      $       .34

21 Copies @ .20 each                         $      4.20

Total Disbursements        $       4.54

Total Current Bill         $     107.54

Balance Due                $     107.54

Fee Summary

Paralegal PWH worked .50 hours at $ 70 an hour.
A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**A T T O R N E Y S  A T  L A W**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

TO

Invoice    36101
Page         2

Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-008 SWH - Intn'lHeritageInc / EGW Pers. Services, Inc

Amount Paid: _____

Return Upper Portion With Payment

M J Baird-Paralegal worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    36102

07/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh           NC 27604

Client Id. 00-12075
Matter Id. 000-000-009 SWH - Intn'lHeritageInc / Harrah's Operating Co

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 05/07/01 | P33 | Preparation of correspondence, service of filed Order Approving Compromise and Settlement. | .20 |
| 05/09/01 | P33 | Filing of Notice of Voluntary Dismissal w/prejudice, preparation and filing of Certification of Service. | .20 |
| 05/09/01 | HUM | Finalize dismissal | .20 |

| | |
|---|---|
| Fees Billed | $ 61.00 |
| Total Current Bill | $ 61.00 |
| Balance Due | $ 61.00 |

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

Invoice   36103

07/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh        NC 27604

Client Id. 00-12075
Matter Id. 000-000-011 SWH - Int'lHeritageInc / Travel Experts Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|------|
| 05/07/01 | P33 | Preparation of correspondence, service of filed Order Approving Compromise and Settlement. | .20 |
| 05/09/01 | P33 | Filing of Notice of Voluntary Dismissal w/prejudice, preparation and filing of Certification of Service. | .20 |
| 05/09/01 | HUM | Finalize dismissal | .20 |

Fees Billed                    $      61.00

Total Current Bill             $      61.00

Balance Due                    $      61.00
                               ============

### Fee Summary

M J Baird-Paralegal worked .40 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

Invoice   36104

07/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-013 SWH – Intn'lHeritageInc / Image Assoc Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 05/07/01 | PL9 | Prepare Statement for Authority to Compromise and Settle, letter to Trustee with first month's settlement check. | .70 |
| 05/07/01 | HUM | Review file re: status | .20 |
| 06/08/01 | PL9 | Letter to Trustee with second settlement check from defendant | .30 |

Fees Billed                    $    103.00

Disbursements
--------------
Postage                          $    1.02

10 Copies @ .20 each             $    2.00

Total Disbursements          $      3.02

Total Current Bill           $    106.02

Balance Due                  $    106.02
                             ============

Fee Summary

Paralegal PWH worked 1.00 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road---Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

Invoice    36105

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-014 SWH - Intn'lHeritageInc / New Orleans Tours,Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|------|
| 05/25/01 | HUM | Finalize discovery | .50 |
| 05/25/01 | P33 | Preparation, drafting and service of Plaintiff's First Request for Production of Documents and Interrogatories. | .50 |
| 05/29/01 | HUM | Prepare for trial, conf. with opposing counsel, appear at trial | 2.20 |
| 05/29/01 | PL9 | Trial preparation, exhibits and insolvency documentation, attend trial. | 2.00 |

Fees Billed                              $     620.50

Disbursements
-------------
53 Copies @ .20 each            $     10.60

Fax                                   $      3.00

Total Disbursements      $      13.60

Total Current Bill       $     634.10

Balance Due              $     634.10

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

Invoice    36105
Page         2

TO

Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-014 SWH - Intn'lHeritageInc / New Orleans Tours Inc

Amount Paid:

Return Upper Portion With Payment

Fee Summary

S W Humrickhouse worked 2.70 hours at $165 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.
Paralegal PWH worked 2.00 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

Invoice    36106

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-017 SWH - Intn'lHeritageInc / FrankMastoloni&SonsInc

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 05/07/01 | P33 | Preparation of correspondence, service of filed Order Approving Compromise and Settlement. | .20 |
| 05/09/01 | P33 | Filing of Notice of Voluntary Dismissal w/prejudice, preparation and filing of Certification of Mailing. | .20 |
| 05/09/01 | HUM | Review dismissal and status | .20 |

|  | | |
|---|---|---|
| Fees Billed | $ | 61.00 |
| Total Current Bill | $ | 61.00 |
| Balance Due | $ | 61.00 |

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    36107

07/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-020 SWH - Intn'lHeritageInc - NiagaraFrontierTravelSer

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | |
|---|---|---|---|
| 05/25/01 | P33 | Preparation, drafting and service of Plaintiff's First Request for Production of Documents and Interrogatories. | .50 |
| 05/31/01 | HUM | Review motion to amend answer, call to McInnis re: same | .30 |
| 06/03/01 | HUM | Call to Alan McInnes re: settlement proposal | .30 |
| 06/21/01 | PL9 | Review file and documentation in preparation to respond to discovery and trial. | .50 |
| 06/24/01 | HUM | Review letter re: extension | .20 |
| 06/26/01 | P33 | Drafting/preparation of correspondence to Holmes Harden and Craig Adams regarding expert witness for upcoming trial. | .20 |
| 06/26/01 | HUM | Conf. with Allen McInnes re: settlement, trial dates, outstanding issues | .40 |
| 06/28/01 | HUM | Review settlement proposal | .40 |
| 06/29/01 | HUM | Letter to Adams and Harden re: availability as witnesses (.2); Letter to McInnes re: settlement, | 1.70 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

TO

Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Invoice   36107
Page         2

Client Id. 00-12075
Matter Id. 000-000-020 SWH - Intn'lHeritageInc - NiagaraFrontierTravelSer

Amount Paid:

Return Upper Portion With Payment

review settlement and research on
new value (1.5)

| | | |
|---|---|---|
| Fees Billed | $ | 628.50 |
| Total Current Bill | $ | 628.50 |
| Balance Due | $ | 628.50 |

### Fee Summary

M J Baird-Paralegal worked .70 hours at $ 70 an hour.
S W Humrickhouse worked 3.30 hours at $165 an hour.
Paralegal PWH worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

Invoice    36108

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-021 SWH - Intn'lHeritageInc - Printing Plus, Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | | Description | Amount |
|---|---|---|---|
| 05/02/01 | HUM | Review Defendant's 7026 disclosures | .20 |
| 05/02/01 | HUM | Conf. with Shawna Staton re: document request | .20 |
| 05/24/01 | HUM | Finalize discovery | .50 |
| 05/24/01 | P33 | Preparation and service of Plaintiff's First Request for Production of Documents and Interrogatories. | .50 |
| 05/30/01 | HUM | Conf. with Jeff Majewski re: status | .20 |
| 06/25/01 | HUM | Conf. with Staton re: extension of discovery | .20 |

| | | |
|---|---|---|
| Fees Billed | $ | 249.50 |
| Total Current Bill | $ | 249.50 |
| Balance Due | $ | 249.50 |

Fee Summary

S W Humrickhouse worked 1.30 hours at $165 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

Invoice   36109

07/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-025 SWH - Intn'lHeritageInc - TheAlphaOmegaConst. Corp

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | | | | |
|---|---|---|---|---|
| 06/08/01 | PL9 | Letter to Defendant with Proof of Claim, letter to Trustee with settlement check | .50 | |

Fees Billed                                    $       35.00

Disbursements
--------------
Postage                              $        .68

8 Copies @ .20 each                  $       1.60

Total Disbursements     $        2.28

Total Current Bill      $       37.28

Balance Due             $       37.28

Fee Summary

Paralegal PWH worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    36110

07/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-026 SWH - Intn'lHeritageInc - Carolina Hurricanes Foun

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 05/10/01 | P33 | Preparation of correspondence, service of Order Approving Compromise by Dismissal. | .20 |

Fees Billed          $      14.00

Total Current Bill   $      14.00

Balance Due          $      14.00
=============

Fee Summary

M J Baird-Paralegal worked .20 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

Invoice    36111

```
TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh            NC 27604
```

Client Id. 00-12075
Matter Id. 000-000-027 SWH - Intn'lHeritageInc - Edmundo & Lisa Colorado

Amount Paid:

_____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | |
|------|------|-------------|---|
| 05/25/01 | HUM | Finalize discovery | .50 |
| 05/25/01 | P33 | Preparation, drafting and service of Plaintiff's First Request for Production of Documents and Interrogatories. | .50 |
| 06/12/01 | P20 | Phone call to/from Billy Brewer re: motion to continue trial | .10 |
| 06/29/01 | HUM | Review file re: continuance | .20 |

Fees Billed                          $      157.50

Disbursements
_____

6 Copies @ .20 each              $      1.20

Total Disbursements      $        1.20

Total Current Bill       $      158.70

Balance Due              $      158.70

Fee Summary

S W Humrickhouse worked .70 hours at $165 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.
S T Waller worked .10 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

Invoice   36112

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-028 SWH – Intn'lHeritagInc / SheratonOperatingCorp

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours | Amount |
|---|---|---|---|---|
| 05/07/01 | P33 | Preparation of correspondence, service of filed Order Approving Compromise and Settlement. | .20 | |
| 05/09/01 | P33 | Filing of Notice of Voluntary Dismissal w/prejudice, preparation and filing of Certification of Mailing. | .20 | |
| 05/09/01 | HUM | Review dismissal | .20 | |

| | | |
|---|---|---|
| Fees Billed | $ | 61.00 |
| Total Current Bill | $ | 61.00 |
| Balance Due | $ | 61.00 |

## Fee Summary

M J Baird-Paralegal worked .40 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

Invoice    36113

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-029 SWH – Intn'lHeritageInc – TheEnterpriseMgmtGroup

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 05/10/01 | P33 | Preparation of correspondence, service of Order Approving Compromise by Dismissal. | .20 |
| 05/10/01 | HUM | Review dismissal | .20 |

|  |  |
|---|---|
| Fees Billed | $ 47.00 |
| Total Current Bill | $ 47.00 |
| Balance Due | $ 47.00 |

### Fee Summary

M J Baird-Paralegal worked .20 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    36114

07/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-031 SWH - Intn'lHeritageInc - BNYFinCorp&BNY,Charlotte

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 05/07/01 | P33 | Preparation of correspondence, service of filed Order Approving Compromise and Settlement. | .20 |
| 05/09/01 | P33 | Filing of Notice of Voluntary Dismissal w/prejudice, preparation and filing of Certification of Service. | .20 |
| 05/09/01 | HUM | Review dismissal | .20 |

| | | |
|---|---|---|
| Fees Billed | $ | 61.00 |
| Total Current Bill | $ | 61.00 |
| Balance Due | $ | 61.00 |

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

Invoice   36115

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-033 SWH - Intn'lHeritageInc - MikeSenio/DimmockHillGol

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Amount |
|---|---|---|---|
| 05/15/01 | HUM | Conf. with Dyson re: discovery | .30 |
| 05/24/01 | HUM | Finalize discovery | .50 |
| 05/24/01 | P33 | Preparation and service of Plaintiff's First Request for Production of Documents and Interrogatories. | .50 |
| 05/25/01 | HUM | Finalize discovery responses | .60 |
| 05/25/01 | P33 | Preparation, drafting and service of Plaintiff's Objections and Response to Defendant's Request for Production of Documents to Plaintiff; and, Interrogatories to Plaintiff. | 1.00 |
| 05/26/01 | HUM | Work on discovery responses | .50 |
| 05/30/01 | HUM | Finalize discovery | .20 |
| 06/21/01 | P20 | Phone call to C. Castelloe, Mike Senio and David Meschan re: Pretrial Conf. Call and new counsel's participation | .20 |
| 06/24/01 | HUM | Review withdrawal papers for counsel | .20 |
| 06/28/01 | HUM | Conf. with Meschan re: settlement, | 1.00 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.
**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

TO

Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Invoice   36115
Page         2

Client Id. 00-12075
Matter Id. 000-000-033 SWH - Int'lHeritageInc - MikeSenia/DimmockHillSol

Amount Paid:

Return Upper Portion With Payment

| | | |
|---|---|---|
| pretrial continuance and to clerk re: continuance, draft continue motion | | |
| Fees Billed | $ | 663.50 |

Disbursements
--------------

| Delivery Charge | $ | 7.50 |
|---|---|---|
| 14 Copies @ .20 each | $ | 2.80 |
| Total Disbursements | $ | 10.30 |
| Total Current Bill | $ | 673.80 |
| Balance Due | $ | 673.80 |

### Fee Summary

S W Humrickhouse worked 3.30 hours at $165 an hour.
M J Baird-Paralegal worked 1.50 hours at $ 70 an hour
S T Waller worked .20 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311     Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01                                                                  Invoice    36116

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-035 SWH - Intn'lHeritageInc / Allen, Harris, Shaw

Amount Paid:

Return Upper Portion With Payment

         For legal services rendered, including
         but not limited to

05/02/01   HUM   Review file, respond to              .30
                 Defendant's request for return of
                 settlement

                              Fees Billed        $      49.50

                              Total Current Bill $      49.50

                              Balance Due        $      49.50
                                                 =============

                         Fee Summary

   S W Humrickhouse worked .30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).