98-02675

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

TO  Holmes P. Harden
    c/o Maupin, Taylor & Ellis, PA
    3200 Beechleaf Ct. POB 19764
    Raleigh          NC 27604

Invoice    36117

Client Id. 00-12075
Matter Id. 000-000-039 SWH - Intn'lHeritageInc - Win Capital Corp

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | | Description | Hours |
|---|---|---|---|
| 05/11/01 | HUM | Conf. with Ken Rubenstein re: extension | .20 |
| 05/15/01 | HUM | Letter to Rubenstein re: documentation | .40 |
| 05/21/01 | HUM | Conf. with Ken Rubenstein re: settlement | .30 |
| 05/24/01 | HUM | Letter to Rubenstein re: settlement procedure | .30 |
| 05/25/01 | P33 | Preparation, drafting and filing of Statement Regarding Intent to Move for Authority to Compromise, correspondence to Ken Rubinstein. | .30 |
| 06/08/01 | PL9 | Letter to Defendant with Proof of Claim, letter to Trustee with settlement check | .50 |

Fees Billed                    $    254.00

Disbursements
--------------

Postage                        $      .68

8 Copies @ .20 each            $     1.60

Total Disbursements            $      2.28

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

30pg

424A

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

TO

Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Invoice      36117
Page            2

Client Id. 00-12075
Matter Id. 000-000-039 SWH - Intr'lHeritageInc - Win Capital Corp.

Amount Paid: _____

Return Upper Portion With Payment

| | | |
|---|---|---|
| Total Current Bill | $ | 256.28 |
| Balance Due | $ | 256.28 |

### Fee Summary

S W Humrickhouse worked 1.20 hours at $165 an hour.
M J Baird-Paralegal worked .30 hours at $ 70 an hour.
Paralegal PWH worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

Invoice    36118

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-043 SWH - Intn'l Heritage Inc / DMax Imaging Inc.

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 05/02/01 | HUM | Conf. with Shawna Staton re: settlement possibilities | .20 |
| 05/25/01 | HUM | Finalize discovery | .50 |
| 05/25/01 | P33 | Preparation, drafting and service of Plaintiff's First Request for Production of Documents and Interrogatories. | .50 |
| 06/23/01 | HUM | Review Defendant's Motion to Continue Trial | .20 |

|  |  |
|---|---|
| Fees Billed | $    183.50 |
| Total Current Bill | $    183.50 |
| Balance Due | $    183.50 |

### Fee Summary

S W Humrickhouse worked .90 hours at $165 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01                                                    Invoice    36119

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-044 SWH - Intn'lHeritageInc / EBSCO Ind. A dba Vulcan B

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | | |
|---|---|---|---|---|
| 05/17/01 | HUM | Letter to Peebles re: settlement payment | .30 | |
| 06/03/01 | HUM | Conf. with Peoples re: settlement | .20 | |

| | | |
|---|---|---|
| Fees Billed | $ | 82.50 |

Disbursements
--------------

| | | |
|---|---|---|
| Fax | $ | 3.00 |
| 12 Copies @ .20 each | $ | 2.40 |
| Total Disbursements | $ | 5.40 |
| Total Current Bill | $ | 87.90 |
| Balance Due | $ | 87.90 |

Fee Summary

S W Humrickhouse worked .50 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road---Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

Invoice    36120

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-045 SWH - Intn'l Heritage Inc / Tyra Intn'l Inc

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 05/02/01 | HUM | Review Defendant's 7026 disclosures | .20 |
| 05/08/01 | HUM | Prepare response to document request | .80 |
| 05/09/01 | P33 | Preparation of Plaintiff's response to defendant's First Request for Production of Documents. | .80 |
| 05/25/01 | HUM | Finalize discovery | .50 |
| 05/25/01 | P33 | Preparation, drafting and service of Plaintiff's First Request for Production of Documents and Interrogatories. | .50 |
| 06/29/01 | HUM | Review for trial prep. | .30 |

| | | |
|---|---|---|
| Fees Billed | $ | 388.00 |
| Total Current Bill | $ | 388.00 |
| Balance Due | $ | 388.00 |

Fee Summary

S W Humrickhouse worked 1.80 hours at $165 an hour.
M J Baird-Paralegal worked 1.30 hours at $ 70 an hour

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Invoice    36121

Client Id. 00-12075
Matter Id. 000-000-047 SWH - Intn'l Heritage Inc / Robt. Half Intn'l Inc

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 05/14/01 | PL9 | Prepare Motion to Compromise & Settle Adversary Proceeding and proposed Order. | .50 |
| 06/27/01 | P33 | Drafting/preparation of correspondence enclosing Order Approving Compromise and Settlement; preparation and filing of Notice of Voluntary Dismissal with prejudice. | .50 |
| 06/27/01 | HUM | Re:  Office Team - Finalize dismissal | .20 |
| 06/27/01 | HUM | Review dismissal | .20 |

Fees Billed          $    136.00

Disbursements
---------------
21 Copies @ .20 each          $    4.20

Total Disbursements    $      4.20

Total Current Bill     $    140.20

Balance Due            $    140.20
=============

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

TO

Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Invoice    36121
Page          2

Client Id. 00-12075
Matter Id. 000-000-047 SWH - Intn'l Heritage Inc / Robt. Half Intn'l Inc

Amount Paid:

Return Upper Portion With Payment

## Fee Summary

Paralegal PWH worked .50 hours at $ 70 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .40 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

Invoice   36122

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh           NC 27604

Client Id. 00-12075
Matter Id. 000-000-049 SWH - Intn'lHeritageInc / Brown,McLeod&Johnsen,CPA

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | | Description | Hours |
|---|---|---|---|
| 05/02/01 | HUM | Review Defendant's 7026 disclosures | .20 |
| 05/24/01 | HUM | Finalize discovery | .50 |
| 05/24/01 | P33 | Preparation and service of Plaintiff's First Request for Production of Documents and Interrogatories. | .50 |
| 06/01/01 | HUM | Conf. with Julie King re: settlement offer | .30 |
| 06/02/01 | HUM | Review file to evaluate settlement offer and respond to Julie King letter | 1.20 |
| 06/05/01 | HUM | Review settlement offer and leave voice mail for Julie King | .30 |
| 06/27/01 | HUM | Call to J. King re: settlement; call to Harden re: increased unsecured claim proposal | .60 |
| 06/30/01 | HUM | Letter to J. King re: settlement | .40 |

Fees Billed                    $     612.50

Disbursements
--------------

Delivery Charge                        $      7.50

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

TO

Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Invoice    36122
Page          2

Client Id. 00-12075
Matter Id. 000-000-049 SWH - Intn'lHeritageInc / Brown,McLeod&Johnsen,CPA

Amount Paid: _____

Return Upper Portion With Payment

| | | |
|---|---|---|
| Fax | $ | 8.00 |
| 12 Copies @ .20 each | $ | 2.40 |
| Total Disbursements | $ | 17.90 |
| Total Current Bill | $ | 630.40 |
| Balance Due | $ | 630.40 |

### Fee Summary

S W Humrickhouse worked 3.50 hours at $165 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh              NC 27604

Invoice    36123

Client Id. 00-12075
Matter Id. 000-000-051 SWH - Intn'l Heritage Inc / Claude Savage

Amount Paid: _____

*Return Upper Portion With Payment*

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 05/25/01 | HUM | Finalize discovery | .50 |
| 05/25/01 | P33 | Preparation, drafting and service of Plaintiff's Frist Request for Production of Documents and Interrogatories. | .50 |

|  |  |
|---|---|
| Fees Billed | $  117.50 |
| Total Current Bill | $  117.50 |
| Balance Due | $  117.50 |

## Fee Summary

S W Humrickhouse worked .50 hours at $165 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01                                                          Invoice    36125

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-053 SWH - Intn'lHeritageInc / DechertfkaDechert,Price&

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 05/02/01 | HUM | Conf. with Shawna Staton re: discovery deadline | .20 |
| 05/23/01 | HUM | Call to Shawna Staton re: extension of time to respond to discovery (.4); Letter to Shawna re: same (.3) | .70 |
| 05/25/01 | HUM | Finalize discovery | .50 |
| 05/25/01 | P33 | Preparation, drafting and service of Plaintiff's First Request for Production of Documents and Interrogatories. | .50 |
| 06/21/01 | P33 | Drafting/preparation of responses to Interrogatories and Demand for Production of Documents. | .50 |
| 06/21/01 | PL9 | Review file and documentation in preparation to respond to discovery requests and trial | .50 |
| 06/22/01 | P33 | Continued drafting/preparation of responses to Interrogatories and Demand for Production of Documents. | .30 |
| 06/23/01 | HUM | Review Defendant's motion to continue trial | .20 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01
TO

Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                NC 27604

Invoice    36125
Page            2

Client Id. 00-12075

Matter Id. 000-000-053 SWH    Intn'lHeritageInc / Dechert fka Dechert,Price &

Amount Paid:

Return Upper Portion With Payment

|  |  |  |  |
|---|---|---|---|
| Fees Billed | | $ | 390.00 |

Disbursements
--------------

| | | | |
|---|---|---|---|
| Postage | $ | | .34 |
| Fax | $ | | 3.00 |
| 2 Copies @ .20 each | $ | | .40 |
| Total Disbursements | | $ | 3.74 |
| Total Current Bill | | $ | 393.74 |
| Balance Due | | $ | 393.74 |

Fee Summary

S W Humrickhouse worked 1.60 hours at $165 an hour.
M J Baird-Paralegal worked 1.30 hours at $ 70 an hour
Paralegal PWH worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01                                                              Invoice    36126

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-056 SWH - Intn'l Heritage, Inc. / John Daniel  Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 05/14/01 | PL9 | Prepare Motion to Compromise & Settle Adversary Proceeding and proposed Order. | .50 |
| 06/27/01 | P33 | Drafting/preparation of correspondence enclosing Order Approving Compromise and Settlement; preparation and filing of Notice of Voluntary Dismissal w/prejudice. | .50 |
| 06/27/01 | HUM | Finalize dismissal | .20 |

| | | |
|---|---|---|
| Fees Billed | $ | 103.00 |

Disbursements
-------------

| | | |
|---|---|---|
| Postage | $ | .34 |
| 21 Copies @ .20 each | $ | 4.20 |
| Total Disbursements | $ | 4.54 |
| Total Current Bill | $ | 107.54 |
| Balance Due | $ | 107.54 |

Fee Summary

Paralegal PWH worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01
TO

Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                NC 27604

Invoice    36126
Page         2

Client Id. 00-12075

Amount Paid: _____

Matter Id. 000-000-058 SWH - Intn'l Heritage, Inc. / John Daniell

Return Upper Portion With Payment

M J Baird-Paralegal worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Invoice    36127

Client Id. 00-12075
Matter Id. 000-000-057 SWH - Intn'l Heritage, Inc. / Mandy Herrin

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 05/25/01 | HUM | Finalize discovery (.5), letter to Herrin re: settlement (.2) | .70 |
| 05/25/01 | P33 | Correspondence to Amanda Herrin. | .10 |
| 06/28/01 | HUM | Call to Herrin re: settlement proposal | .20 |
| 06/28/01 | PL9 | Follow-up with Clerk regarding the setting of trial | .20 |

|                      |    |        |
|----------------------|----|--------|
| Fees Billed          | $  | 169.50 |
| Total Current Bill   | $  | 169.50 |
| Balance Due          | $  | 169.50 |

### Fee Summary

S W Humrickhouse worked .90 hours at $165 an hour.
M J Baird-Paralegal worked .10 hours at $ 70 an hour.
Paralegal PWH worked .20 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01                                                                    Invoice    36128

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-058 SWH - Intn'l Heritage, Inc. / John Kragh PLLC.

Amount Paid.

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | | |
|---|---|---|---|---|
| 05/07/01 | HUM | Finalize default papers | .30 | |
| | | Fees Billed | | $ 49.50 |

Disbursements
---------------
6 Copies @ .20 each                              $    1.20

Total Disbursements    $    1.20

Total Current Bill    $   50.70

Balance Due    $   50.70

Fee Summary

S W Humrickhouse worked .30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh              NC 27604

Invoice    36129

Client Id. 00-12075
Matter Id. 000-000-059 SWH - Intn'l Heritage, Inc. / Leslie Magness

Amount Paid

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 05/11/01 | PL9 | Tele. to clerk for judgment book and page number, draft Satifaction of Default Judgment, letter to Defendant with proof of claim, letter to Trustee with check. | 1.30 |

Fees Billed                    $      91.00

Disbursements
------------
Postage                                    $    .89

Total Disbursements      $      .89

Total Current Bill       $     91.89

Balance Due              $     91.89
                         ============

Fee Summary

Paralegal PWH worked 1.30 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01                                                                    Invoice    36130

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-060 S - Intn'l Heritage, Inc. / Mark Pruitt

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| 05/07/01 | P33 | Preparation of correspondence, service of filed Order Approving Compromise and Settlement. | .20 |
| 05/09/01 | P33 | Filing of Notice of Voluntary Dismissal w/prejudice, preparation and filing of Certification of Mailing. | .20 |
| 05/09/01 | HUM | Review dismissal | .20 |

| | | |
|---|---|---|
| Fees Billed | $ | 61.00 |
| Total Current Bill | $ | 61.00 |
| Balance Due | $ | 61.00 |

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

Invoice    36131

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-061 SWH-Intn'lHeritage,Inc/Sabrina Weid/n/aEternal Fla

Amount Paid

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | |
|------|------|-------------|------|
| 05/22/01 | PL9 | Tele. from Defendant's attorney regarding default judgment. | .30 |
| 05/23/01 | HUM | Conf. with Ketler re: removal of default judgment | .30 |

|  |  |  |
|------|------|------|
| Fees Billed | $ | 70.50 |
| Total Current Bill | $ | 70.50 |
| Balance Due | $ | 70.50 |

Fee Summary

Paralegal PWH worked .30 hours at $ 70 an hour.
S W Humrickhouse worked .30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

Invoice    36132

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-062 SWH - Intn'lHeritageInc / EBHDist.LLC dba EBHarvey

Amount Paid

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|------|
| 05/01/01 | P33 | Draft, preparation and service of Joint Pre-Conference Report. | .50 |
| 05/14/01 | HUM | Prepare for and attend pretrial conf. (.5); Review settlement proposal, letter to Mickles (.4) | .90 |
| 05/21/01 | HUM | Letter to Mickles re: settlement | .40 |
| 06/05/01 | PL9 | Prepare statement re: Intent to Move for Authority to Compromise; letter to Defendant's attorney with Proof of Claim, letter to Trustee with settlement check. | .70 |

Fees Billed                          $      298.50

Disbursements
----------------

Postage                              $       .68

21 Copies @ .20 each                 $      4.20

Total Disbursements        $        4.88

Total Current Bill         $      303.38

Balance Due                $      303.38
                           ==============

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

TO

    Holmes P. Harden
    c/o Maupin, Taylor & Ellis, PA
    3200 Beechleaf Ct. POB 19764
    Raleigh          NC 27604

Invoice   36132
Page       2

Client Id. 00-12075
Matter Id. 000-000-062-SWH   Intn'lHeritageInc / EBHDist.LLC dba EBHarvey

Amount Paid:

Return Upper Portion With Payment

### Fee Summary

    M J Baird-Paralegal worked .50 hours at $ 70 an hour.
    S W Humrickhouse worked 1.30 hours at $165 an hour.
    Paralegal PWH worked .70 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

Invoice    36133

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-063 SWH - Intn'l Heritage Inc / Evonne Eckenroth

Amount Paid

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 05/24/01 | HUM | Finalize discovery | .50 |
| 06/12/01 | P20 | Phone call with Jim Angell re: settlement offer | .10 |
| 06/22/01 | HUM | Conf. with Angell re: discovery extensions | .30 |
| 06/25/01 | HUM | Conf. with Angell re: scheduling and settlement proposal | .40 |
| 06/29/01 | HUM | Prepare for pretrial | .30 |

Fees Billed                    $    254.50

Disbursements
--------------
6 Copies @ .20 each               $     1.20

Total Disbursements       $       1.20

Total Current Bill        $     255.70

Balance Due               $     255.70

Fee Summary

S W Humrickhouse worked 1.50 hours at $165 an hour.
S T Waller worked .10 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

Invoice    36134

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-064 SWH - Intn'lHeritageInc / O.KennethRudd, III

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 05/15/01 | HUM | Conf. with Yaeger re: discovery | .40 |
| 05/24/01 | HUM | Draft response to discovery | .50 |
| 05/25/01 | HUM | Finalize discovery | .50 |
| 05/25/01 | P33 | Drafting, preparation and service of Plaintiff's First Request for Production of Documents and Interrogatories. | .50 |
| 06/24/01 | HUM | Review settlement letter from Yaeger; Letter to Yaeger | .50 |
| 06/25/01 | P33 | Drafting/preparation of correspondence to William Yaeger, review of discovery information. | .20 |
| 06/25/01 | PL9 | Review documentation for preference amount claimed. | .80 |
| 06/29/01 | HUM | Review file for calculation of requested amounts | .20 |

Fees Billed                    $     451.50

Disbursements
--------------
11 Copies @ .20 each            $       2.20

Total Disbursements            $       2.20

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**A T T O R N E Y S  A T  L A W**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

TO

Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                NC 27604

Invoice    36134
Page            2

Client Id. 00-12075

Matter Id. 000-000-064-SWH   Intn'lHeritageInc / O.KennethRudd,III

Amount Paid:

Return Upper Portion With Payment

|  |  |  |
|---|---|---|
| Total Current Bill | $ | 453.70 |
| Balance Due | $ | 453.70 |

Fee Summary

S W Humrickhouse worked 2.10 hours at $165 an hour.
M J Baird-Paralegal worked .70 hours at $ 70 an hour.
Paralegal PWH worked .80 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

Invoice    36135

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh         NC 27604

Client Id. 00-12075
Matter Id. 000-000-065 SWH - Intn'l Heritage Inc / Jewels by Everne, Inc.

Amount Paid

*Return Upper Portion With Payment*

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 05/24/01 | HUM | Finalize discovery | .50 |
| 05/24/01 | P33 | Preparation and service of Plaintiff's First Request for Production of Documents and Interrogatories. | .50 |
| 06/27/01 | HUM | Review extension documents | .20 |
| 06/29/01 | HUM | Prepare for pretrial | .30 |

Fees Billed                          $    200.00

Disbursements
--------------
6 Copies @ .20 each              $      1.20

Total Disbursements        $       1.20

Total Current Bill         $     201.20

Balance Due                $     201.20

Fee Summary

S W Humrickhouse worked 1.00 hours at $165 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

Invoice   36136

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-066 SWH - Intn'lHeritageInc / UPSCustomhouseBrokerage

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | |
|---|---|---|---|
| 05/17/01 | HUM | Letter to Kulka re: settlement payment | .30 |
| 05/24/01 | PL9 | Letter to Defendant's attorney with proof of claim, letter to Trustee with settlement check. | .60 |

Fees Billed                     $      91.50

Disbursements
---------------

Postage                                  $      .68

9 Copies @ .20 each                      $     1.80

Total Disbursements     $      2.48

Total Current Bill      $     93.98

Balance Due             $     93.98

Fee Summary

S W Humrickhouse worked .30 hours at $165 an hour.
Paralegal PWH worked .60 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

Invoice    36137

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-067 SWH - Intn'l Heritage Inc / Robert Hukezalie

Amount Paid

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 05/10/01 | P33 | Preparation of correspondence, serivce of Order Approving Compromise by Dismissal. | .20 |
| 05/10/01 | HUM | Review dismissal | .20 |

|  |  |
|---|---|
| Fees Billed | $    47.00 |
| Total Current Bill | $    47.00 |
| Balance Due | $    47.00 |

Fee Summary

M J Baird-Paralegal worked .20 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

TO Holmes P. Harden
    c/o Maupin, Taylor & Ellis, PA
    3200 Beechleaf Ct. POB 19764
    Raleigh          NC 27604

Invoice    36138

Client Id. 00-12075
Matter Id. 000-000-068 SWH - Intn'l Heritage Inc / Xpedite Systems, Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 05/07/01 | P33 | Preparation of correspondence, service of filed Order Approving Compromise and Settlement. | .20 |
| 05/09/01 | P33 | Filing of Notice of Voluntary Dismissal w/prejudice, preparation and filing of Certification of Service. | .20 |
| 05/09/01 | HUM | Review dismissal | .20 |

| | |
|---|---|
| Fees Billed | $ 61.00 |
| Total Current Bill | $ 61.00 |
| Balance Due | $ 61.00 |

### Fee Summary

M J Baird-Paralegal worked .40 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

Invoice    36139

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-069 SWH - Intn'l Heritage Inc / Dee Brothers

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 05/24/01 | HUM | Finalize discovery | .50 |
| 05/24/01 | P33 | Preparation and service of Plaintiff's First Request for Production of Documents and Interrogatories. | .50 |
| 06/01/01 | HUM | Review 7026 disclosures | .20 |
| 06/24/01 | HUM | Review motion for extension of time | .20 |

|  |  |
|--|--|
| Fees Billed | $    183.50 |
| Total Current Bill | $    183.50 |
| Balance Due | $    183.50 |

Fee Summary

S W Humrickhouse worked .90 hours at $165 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**A T T O R N E Y S  A T  L A W**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

Invoice   36140

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh        NC 27604

Client Id. 00-12075
Matter Id. 000-000-071 SWH - Intn´l Heritage Inc / Claude Savage, Jr.

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | |
|------|------|-------------|---|
| 05/25/01 | HUM | Finalize discovery | .50 |
| 05/25/01 | P33 | Preparation, drafting and service of Plaintiff's First Request for Production of Documents and Interrogatories. | .50 |

|  |  |
|--|--|
| Fees Billed | $ 117.50 |
| Total Current Bill | $ 117.50 |
| Balance Due | $ 117.50 |

## Fee Summary

S W Humrickhouse worked .50 hours at $165 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).