*98-0267S*

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01                                                                Invoice    36141

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-073 SWH - Intn'lHeritageInc / WachoviaCorp &Wachoviaof

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 05/11/01 | PL9 | Letter to Defendant with proof of claim, letter to Trustee with settlement check, prepare Statement of Intent to Settle for filing. | .80 |
| 05/14/01 | PL9 | Prepare Motion to Compromise & Settle Adversary Proceeding and proposed Order. | .50 |
| 06/27/01 | P33 | Drafting/preparation of correspondence enclosing Order Approving Compromise and Settlement; preparation and filing of Notice of Voluntary Dismissal with prejudice. | .50 |
| 06/27/01 | HUM | Finalize dismissal | .20 |
| 06/27/01 | HUM | Review dismissal | .20 |

Fees Billed                                       $      192.00

Disbursements
---------------
Postage                                   $        1.23

36 Copies @ .20 each                      $        7.20

Total Disbursements             $        8.43

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

22

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01
     TO

Invoice    36141
Page            2

Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-073-SWH — Intn'lHeritageInc / WachoviaCorp.&Wachoviaof

Amount Paid: _____

Return Upper Portion With Payment

| | | |
|---|---|---|
| Total Current Bill | $ | 200.43 |
| Balance Due | $ | 200.43 |

### Fee Summary

Paralegal PWH worked 1.30 hours at $ 70 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .40 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    36142

07/10/01

TO Holmes P. Harden
    c/o Maupin, Taylor & Ellis, PA
    3200 Beechleaf Ct. POB 19764
    Raleigh        NC 27604

Client Id. 00-12075
Matter Id. 000-000-074 SWH - Intn'lHeritageInc / PactivCorp f/kat Tenneco

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 05/07/01 | P33 | Preparation of correspondence, service of filed Order Approving Compromise and Settlement. | .20 |
| 05/09/01 | P33 | Filing of Notice of Voluntary Dismissal w/prejudice, preparation and filing of Certification of Service. | .20 |
| 05/09/01 | HUM | Review dismissal | .20 |

| | | |
|---|---|---|
| Fees Billed | $ | 61.00 |
| Total Current Bill | $ | 61.00 |
| Balance Due | $ | 61.00 |

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    36143

07/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh        NC 27604

Client Id. 00-12075
Matter Id. 000-000-076 SWH - Intn'l Heritage Inc / Tracey Sabates    Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 05/25/01 | HUM | Finalize discovery | .50 |
| 05/25/01 | P33 | Preparation, drafting and service of Plaintiff's First Request for Production of Documents and Interrogatories. | .50 |

|  |  |  |
|--|--|--|
| Fees Billed | $ | 117.50 |
| Total Current Bill | $ | 117.50 |
| Balance Due | $ | 117.50 |

Fee Summary

S W Humrickhouse worked .50 hours at $165 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    36144

07/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-077 SWH — Intn'l Heritage Inc / DFM Investments Inc.

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | | | | |
|---|---|---|---|---|
| 05/07/01 | HUM | Finalize default papers | .30 | |
| | | Fees Billed | | $ 49.50 |

Disbursements
--------------
6 Copies @ .20 each                              $      1.20

Total Disbursements          $       1.20

Total Current Bill           $      50.70

Balance Due                  $      50.70

Fee Summary

S W Humrickhouse worked .30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    36145

07/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-079 SWH - Intn'lHeritageInc / Modern Health Strategies

Amount Paid

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 05/24/01 | HUM | Finalize discovery | .50 |
| 05/24/01 | P33 | Preparation and service of Plaintiff's First Request for Production of Documents and Interrogatories. | .50 |
| 06/26/01 | HUM | Conf. with A. McInnes re: jurisdiction, jury trial | .40 |

|  |  |
|--|--|
| Fees Billed | $    183.50 |
| Total Current Bill | $    183.50 |
| Balance Due | $    183.50 |

## Fee Summary

S W Humrickhouse worked .90 hours at $165 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01                                                                  Invoice    36146

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-080 SWH - Intn'lHeritageInc / Kenco Co. & Kenco of SFL
                                                         Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 05/14/01 | PL9 | Prepare Motion to Compromise & Settle Adversary Proceeding and proposed Order. | .50 |
| 06/27/01 | P33 | Drafting/preparation of correspondence enclosing Order Approving Compromise and Settlement; preparation and filing of Notice of Voluntary Dismissal with prejudice. | .50 |
| 06/27/01 | HUM | Finalize dismissal | .20 |

Fees Billed                      $      103.00

Disbursements
------------
23 Copies @ .20 each                     $     4.60

Total Disbursements       $       4.60

Total Current Bill        $     107.60

Balance Due               $     107.60
                          =============

Fee Summary

Paralegal PWH worked .50 hours at $ 70 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

Invoice    36147

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh               NC 27604

Client Id. 00-12075
Matter Id. 000-000-081 SWH - Intn'l Heritage Inc / Jeff Hooks

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 05/02/01 | HUM | Respond to Oliver letter | .30 |
| 05/24/01 | HUM | Finalize discovery (.5); Finalize pretrial report (.3) | .80 |
| 05/24/01 | P33 | Preparation and service of Plaintiff's First Request for Production of Documents and Interrogatories. | .50 |
| 05/24/01 | P33 | Drafting/preparation and filing of Joint Preconference Report. | .50 |
| 06/24/01 | HUM | Respond to extension of time request re: disc. | .20 |
| 06/25/01 | P33 | Drafting/preparation of Rule 26(a)(1) and Rule 7026 Disclosure. | .40 |
| 06/29/01 | HUM | Review file, prepare for pretrial, finalize 7026 disclosures | .70 |

Fees Billed                                    $    428.00

Disbursements
------------
Fax                                    $    3.00

Total Disbursements            $    3.00

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01
TO

Invoice    36147
Page        2

Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-081 SWH - Intn'l Heritage Inc / Jeff Hooks

Amount Paid: _____

Return Upper Portion With Payment

Total Current Bill      $    431.00

Balance Due             $    431.00
                        ==============

Fee Summary

S W Humrickhouse worked 2.00 hours at $165 an hour.
M J Baird-Paralegal worked 1.40 hours at $ 70 an hour

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

Invoice    36148

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-082 SWH - Intn'l Heritage Inc / 2021.Interactive,LLC

Amount Due

Return Upper Portion With Payment

                    For legal services rendered, including
                    but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 05/24/01 | HUM | Finalize discovery | .50 |
| 05/24/01 | P33 | Preparation and service of Plaintiff's First Request for Production of Documents and Interrogatories. | .50 |
| 06/29/01 | HUM | Review file in prep. for pretrial conf. | .30 |

                              Fees Billed              $    167.00

Disbursements
---------------
6 Copies @ .20 each                          $     1.20

                    Total Disbursements        $       1.20

                    Total Current Bill         $     168.20

                    Balance Due                $     168.20

                         Fee Summary

S W Humrickhouse worked .80 hours at $165 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

Invoice    36149

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh             NC 27604

Client Id. 00-12075
Matter Id. 000-000-083 SWH - Intn'lHeritageInc / Cosmetech Intn'l Inc   Amount Paid.

*Return Upper Portion With Payment*

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 05/10/01 | P33 | Preparation of correspondence, service of Order Approving Compromise by Dismissal. | .20 |
| 05/10/01 | HUM | Review dismissal | .20 |

| | | |
|---|---|---|
| Fees Billed | $ | 47.00 |
| Total Current Bill | $ | 47.00 |
| Balance Due | $ | 47.00 |

Fee Summary

M J Baird-Paralegal worked .20 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

Invoice   36150

07/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-084 SWH – Intn'lHeritageInc / Leapfrog Mktg. Inc.

Amount Paid.

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | | Description | Hours |
|---|---|---|---|
| 05/22/01 | HUM | Prepare reply to counterclaim | .70 |
| 06/24/01 | HUM | Review discovery requests | .50 |
| 06/25/01 | P33 | Drafting/preparation of responses to Demand for Production of Documents. | .80 |
| 06/26/01 | P33 | Drafting/preparation of Joint Preconference Report. | .50 |
| 06/26/01 | HUM | Review discovery extension request | .20 |
| 06/28/01 | HUM | Conf. with Meschan re: settlement prospects | .40 |
| 06/29/01 | HUM | Review file, finalize pretrial report | .60 |

Fees Billed                    $    487.00

Disbursements
--------------
Delivery Charge                $      7.50

Postage                        $       .34

12 Copies @ .20 each           $      2.40

Total Disbursements     $     10.24

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01
TO

Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Invoice    36150
Page          2

Client Id. 00-12075

Matter Id. 000-000-084 SWH - Intn'lHeritageInc / LeapFrog Mktg, Inc.

Amount Paid: _____

Return Upper Portion With Payment

| | | |
|---|---|---|
| Total Current Bill | $ | 497.24 |
| Balance Due | $ | 497.24 |

Fee Summary

S W Humrickhouse worked 2.40 hours at $165 an hour.
M J Baird-Paralegal worked 1.30 hours at $ 70 an hour

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    36151

07/10/01

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-085 SWH - Intn'l Heritage Inc / John Brothers    Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 05/24/01 | HUM | Finalize discovery | .50 |
| 05/24/01 | P33 | Preparation and service of Plaintiff's First Request for Production of Documents and Interrogatories. | .50 |
| 06/01/01 | HUM | Review 7026 disclosures | .20 |
| 06/24/01 | HUM | Review motion for extension of time | .20 |

| | |
|---|---|
| Fees Billed | $    183.50 |
| Total Current Bill | $    183.50 |
| Balance Due | $    183.50 |

### Fee Summary

S W Humrickhouse worked .90 hours at $165 an hour.
M J Baird-Paralegal worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    36152

07/10/01

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-086 SWH - Intn'lHeritageInc / TheEdinburghCrystalGlass

Amount Paid

Return Upper Portion With Payment

|  |  |  | |
|---|---|---|---|
| | | For legal services rendered, including but not limited to | |
| 05/14/01 | PL9 | Prepare Motion to Compromise & Settle Adversary Proceeding and proposed Order. | .50 |
| 06/27/01 | P33 | Drafting/preparation of correspondence enclosing Order Approving Compromise and Settlement; preparation and filing of Notice of Voluntary Dismissal with prejudice. | .50 |
| 06/27/01 | HUM | Finalize dismissal | .20 |

|  |  |  |
|---|---|---|
| Fees Billed | $ | 103.00 |

**Disbursements**
-------------

| | | |
|---|---|---|
| Postage | $ | .34 |
| 21 Copies @ .20 each | $ | 4.20 |
| Total Disbursements | $ | 4.54 |
| Total Current Bill | $ | 107.54 |
| Balance Due | $ | 107.54 |

## Fee Summary

Paralegal PWH worked .50 hours at $ 70 an hour.
A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

TO

Invoice    36152
Page    2

Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075

Amount Paid: _____

Matter Id. 000-000-086 SWH - Intn'lHeritageInc / TheEdinburghCrystalGlass

Return Upper Portion With Payment

M J Baird-Paralegal worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    36153

07/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-087 SWH - Intn'lHeritageInc / AudioVisualServCorp.

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 05/07/01 | P33 | Preparation of correspondence, service of filed Order Approving Compromise and Settlement. | .20 |
| 05/09/01 | P33 | Filing of Notice of Voluntary Dismissal w/prejudice, preparation and filing of Certification of Service. | .20 |
| 05/09/01 | HUM | Review dismissal | .20 |

|  |  |
|---|---|
| Fees Billed | $ 61.00 |
| Total Current Bill | $ 61.00 |
| Balance Due | $ 61.00 |

Fee Summary

M J Baird-Paralegal worked .40 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

Invoice   36154

07/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-088 SWH - Intn'l Heritage Inc / Purolator Courier LTD

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 05/10/01 | P33 | Preparation of correspondence, service of Order Approving Compromise by Dismissal. | .20 |
| 05/10/01 | HUM | Review dismissal | .20 |

|  |  |
|---|---|
| Fees Billed | $ 47.00 |
| Total Current Bill | $ 47.00 |
| Balance Due | $ 47.00 |

Fee Summary

M J Baird-Paralegal worked .20 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    36155

07/10/01

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh           NC 27604

Client Id. 00-12075
Matter Id. 000-000-089 SWH - Intn'l Heritage Inc. / Robert Chalmers    Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours | | Amount |
|------|------|-------------|-------|---|--------|
| 05/14/01 | PL9 | Prepare Motion to Compromise & Settle by Dismissal and proposed Order. | .50 | | |
| 05/14/01 | HUM | Review dismissal | .20 | | |

Fees Billed                           $      68.00

Disbursements
--------------
7 Copies @ .20 each              $      1.40

Total Disbursements    $      1.40

Total Current Bill     $     69.40

Balance Due            $     69.40
                       ============

Fee Summary

Paralegal PWH worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01

Invoice    36156

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-090 SWH - Intn'l Heritage Inc / Larkin Enyestments,LTD

Amount Paid

_Return Upper Portion With Payment_

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 05/07/01 | HUM | Receive and review letter from Del Elgersma re: Rule 7026 disclosures, draft responsive letter | .60 |
| 05/24/01 | HUM | Finalize discovery, make settlement offer | .50 |
| 05/24/01 | P33 | Drafting, preparation and service of Plaintiff's First Request for Production of Documents and Interrogatories. | .50 |
| 05/25/01 | P33 | Correspondence to Del Elgersma, Esquire. | .10 |
| 06/28/01 | HUM | Call to Elgersma re: settlement proposal | .20 |
| 06/28/01 | PL9 | Follow-up with Clerk regarding setting of trial | .20 |

Fees Billed          $      270.50

Disbursements
--------------

| | | |
|---|---|---|
| Postage | $ | .34 |
| Fax | $ | 3.00 |
| 2 Copies @ .20 each | $ | .40 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road---Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

07/10/01
TO

Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Invoice    36156
Page          2

Client Id. 00-12075

Amount Paid: _____

Matter Id. 000-000-090 SWH - Intn'l Heritage Inc / Larkin Envestments,LTD

Return Upper Portion With Payment

| | | |
|---|---|---|
| Total Disbursements | $ | 3.74 |
| Total Current Bill | $ | 274.24 |
| Balance Due | $ | 274.24 |

### Fee Summary

S W Humrickhouse worked 1.30 hours at $165 an hour.
M J Baird-Paralegal worked .60 hours at $ 70 an hour.
Paralegal PWH worked .20 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

Invoice   36157

07/10/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-092 SWH — Intn'l Heritage Inc. / Michael Russ    Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 05/10/01 | P33 | Preparation of correspondence, service of Order Approving Compromise by Dismissal. | .20 |
| 05/10/01 | HUM | Review dismissal | .20 |

Fees Billed            $      47.00

Total Current Bill     $      47.00

Balance Due            $      47.00

Fee Summary

M J Baird-Paralegal worked .20 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).