FILED
AUG 1 0 2001
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

INTERNATIONAL HERITAGE, INC.,

Debtor,

CHAPTER 7

CASE NO. 98-02675-5-ATS

ORDER APPROVING
COMPROMISE AND SETTLEMENT
(S-00-00246-5-ATS)

This matter came on to be heard upon the Motion to Compromise and Settle that certain adversary proceeding in this case entitled Holmes P. Harden, Trustee, Plaintiff vs. Herbert Towning, Defendant, AP No. S-00-00246-5-AP. It appearing to the Court that the amount claimed in the adversary proceeding is $16,389.00, and that the settlement reached is the return of a Rolex watch to the Trustee, that in light of the defenses available and costs and risks of litigation, the settlement is fair and reasonable and in the best interests of the estate and that the Rolex watch has been or will be returned to the Trustee or his counsel, within five (5) days of the date of this Order, it is therefore

ORDERED, ADJUDGED AND DECREED that the proposed settlement is approved.

FURTHER ORDERED that upon verification of return of the Rolex watch, the Trustee may dismiss this adversary proceeding with prejudice.

DATED: AUG 1 0 2001

_____
UNITED STATES BANKRUPTCY JUDGE

O:\CHP7TR\InternationalHeritage\APs\Towning\compromise.ord.wpd

481 cc: Hunrickhouse to serve 8/10/01 am

431