JUDGMENT

FILED: August 15, 2001

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

**FILED**

**AUG 1 5 2001**

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

NO. 00-2446
BK-98-02674-5-BR
BK-98-02674-5-ATS

ACSTAR INSURANCE COMPANY

    Petitioner - Appellant

v.

HOLMES P. HARDEN, Trustee

    Respondent - Appellee

--------------------
Appeal from the United States District Court for the
Eastern District of North Carolina at Raleigh
--------------------

In accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court.

/s/ Patricia S. Connor
------------------------
CLERK

NOTICE OF ISSUANCE OF MANDATE

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

September 6, 2001

MANDATE

TO: Clerk, District Court/Agency

FROM: Samreen Ahsan
Deputy Clerk

RE: 00-2446 Acstar Insurance Co v. Harden
BK-98-02674-5-ATS
BK-98-02674-5-BR

HEREWITH IS THE MANDATE OF THIS COURT, ISSUED THIS DATE, ON THE JUDGMENT ENTERED BY THE COURT ON 8/15/01.

[ ] Order and Certified Copy of Judgment
[x] Opinion and Certified Copy of Judgment
[x] Order on Costs
[ ] Other: _____
[ ] The record has been retained for use in case number _____

A copy of the judgment is enclosed to counsel/pro se parties.

cc: James Avery Roberts III
James T. Johnson
Lance P. Martin
Paul Adams Fanning
Michael Perkins Flanagan

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
September 6, 2001

No. 00-2446
BK-98-02674-5-ATS
BK-98-02674-5-BR

ACSTAR INSURANCE COMPANY

    Petitioner - Appellant

v.

HOLMES P. HARDEN, Trustee

    Respondent - Appellee

ORDER

Appellee has filed a bill of costs.

The Court awards $220.00 in costs. An itemized statement of costs is attached to this order. A certified copy of this order shall issue to the clerk of the district court for inclusion in this Court's mandate.

For the Court - By Direction

/s/ Patricia S. Connor

CLERK

To be filed by:   08/29/

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

Re: 00-2446 Acstar Insurance Co v. Harden
    BK-98-02674-5-BR

FILED
AUG 27  9 54 AM '01
U.S. COURT OF APPEALS
FOURTH CIRCUIT

SEE INSTRUCTIONS BEFORE COMPLETING THIS FORM.

## BILL OF COSTS

The Clerk is requested to tax the following costs against - __Appellant__

| COURT COSTS TAXABLE UNDER RULE 39, FRAP | | CLAIMED | TAXED Court use |
|---|---|---|---|
| Docketing Fee | | $ | $ |
| Printing Appendix | _____ Pages | | |
| Printing Appellant's Brief | _____ Pages | | |
| Printing Appellee's Brief | __52__ Pages | 316.34 | |
| Printing Appellant's Reply Brief | _____ Pages | | |
| | TOTAL AMOUNT | $ 316.34 | $ |

If costs are sought for or against the United States, agency or officer, cite statutory authority.

I declare under penalty of perjury that the foregoing costs are true and correct and were necessarily incurred in this action.

| Date | Signature | (For) Name of Claiming Party |
|---|---|---|
| 8/23/01 | [signature] | Appellee Harden |

### Certificate of Service

I certify that on 8/23/01 [date] I mailed a copy of the bill of costs form to opposing counsel.

[signature]
Signature