UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**FILED**

SEP 1 0 2001

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:                                    CHAPTER 7

INTERNATIONAL HERITAGE, INC.,             CASE NO. 98-02675-5-ATS

       Debtor,

## MOTION FOR AUTHORITY TO COMPROMISE
## ADVERSARY PROCEEDING BY DISMISSAL
(S-00-00267-5-AP)

      NOW COMES Holmes P. Harden, Trustee, Trustee herein and plaintiff in the adversary proceeding captioned "Holmes P. Harden, Trustee, Plaintiff vs. Larkin Investments, Ltd., Defendant", Adversary Proceeding No. S-00-00267-5-AP filed in this case (the "Adversary Proceeding"), through counsel and pursuant to Bankruptcy Rule 9019, and moves this Court for an order granting it authority to compromise the Adversary Proceeding by dismissal. In support of this Motion, the Trustee shows the Court that:

      1.     Holmes P. Harden, is the duly appointed Trustee in this case.

      2.     The $3,604.00 sought by the Complaint in the Adversary Proceeding represents the sum total of payments which the Trustee alleged to be avoidable and recoverable under Bankruptcy Code §548 and §550 of the Bankruptcy Code.

      3.     The Defendant has disputed the amount of the Trustee's claim and raised a number of defenses. The Trustee has concluded that since the Defendant is a Canadian corporation, the cost of further prosecution and enforcement of a resulting judgment is prohibitive and not beneficial to the estate.

      4.     The Trustee has dismissed the Adversary Proceeding without prejudice, subject to Court approval.

      5.     The Trustee believes that the proposed dismissal is in the best interests of the estate and its creditors and requests that the Court approve this Motion.

434

WHEREFORE, the Trustee prays for an order approving and authorizing the dismissal of the Adversary Proceeding.

This the 6 day of September, 2001.

*Stephani W. Humrickhouse*
Stephani W. Humrickhouse
State Bar #9528
Attorney for Trustee
NICHOLLS & CRAMPTON, P.A.
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: (919) 781-1311

## CERTIFICATE OF SERVICE

    It is hereby certified that the foregoing **MOTION FOR AUTHORITY TO COMPROMISE ADVERSARY PROCEEDING BY DISMISSAL** was served this day by placing a copy thereof in a depository under the exclusive care and custody of the United States Postal Service first-class postage prepaid and properly addressed as follows:

Del Elgersma, Esquire
Beacon Law Centre
104-9717 Third Street
Sidney
British Columbia V8L 3A3
CANADA

    This the 10 day of September, 2001.

                                                                                                  *Phyllis Hill*
                                                                              Phyllis Hill
                                                                              Legal Assistant
                                                                              NICHOLLS & CRAMPTON, P.A.
                                                                              Post Office Box 18237
                                                                              Raleigh, North Carolina 27619
                                                                              Telephone No: 919-781-1311

O:\CHP7TR\InternationalHeritage\APs\LarkinInvestments\compromise&settle.dismissal.mot.wpd