UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**FILED**

**SEP 1 3 2001**

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:

CHAPTER 7

INTERNATIONAL HERITAGE, INC.,

CASE NO. 98-02675-5-ATS

Debtor.

## NOTICE OF MOTIONS TO COMPROMISE AND SETTLE ADVERSARY PROCEEDINGS

TO: ALL CREDITORS OF INTERNATIONAL HERITAGE, INC. AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN of the Motion to Compromise and Settle Adversary Proceedings regarding each of the following adversary proceeding cases set forth below which were filed September 10, 2001 by the Trustee herein requesting an order granting him authority to compromise and settle each adversary proceeding for the payment by the Defendant to the Trustee in each such adversary proceeding the amounts set forth below:

| Case No. | Defendant Name | Amount Claimed | Settlement Amount |
|---|---|---|---|
| S-00-00215-5-AP | Brown, McLeod & Johnsen, CPAs, P.A. f//k/a Eilers, Jones, Brown & McLeod, CPAs, P.A. | $212,067.49 | $25,000.00 |
| S-00-00248-5-AP | Jeffrey Hooks | $106,892.28 | $500.00 |
| S-00-00199-5-AP | Niagra Frontier Travel Services, Inc. | $174,480.34 | $25,000.00 |
| S-00-00223-5-AP | Vertex, Inc. | $13,694.25 | $7,500.00 |

438

NOTICE IS ALSO HEREBY GIVEN of the Motion for Authority to Compromise Adversary Proceeding by Dismissal regarding the following adversary proceeding case set forth below which was filed September 10, 2001 by the Trustee herein requesting an order granting him authority to compromise each adversary proceeding by dismissal with prejudice without payment for the reasons set forth below:

| Case No. | Defendant Name | Reason for Dismissal |
|---|---|---|
| S-00-00267-5-AP | Larkin Investments, Ltd. | Canadian Defendant, cost to continue prosecution and enforcement prohibitive |

An objection to the any of the Motions must be filed with the Clerk, United States Bankruptcy Court, Post Office Box 1441, Raleigh, NC 27602, with a copy served on the Trustee whose name appears at the bottom of this Notice, within TWENTY (20) DAYS of the date of this Notice. No hearing will be conducted on said objection unless the Court, in its discretion, deems a hearing necessary, or unless a party in interest requests a hearing. Any party requesting a hearing shall appear at the hearing in support of such request or he may be assessed with costs.

DATE OF NOTICE: September 10th, 2001

Holmes P. Harden
State Bar #9835
Chapter 7 Trustee
MAUPIN, TAYLOR & ELLIS, P.A.
Post Office Box 17169
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

C:\TEMP\CompromiseSettle.AP.not.7.wpd

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing document was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the 10 day of September, 2001.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _____
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

See Attached Mail Matrix and E-Mail List

RAL/179511/1

Terri I. Gardner
Smith Debnam Narron & Myers, L.L.P.
P. O. Box 26268
Raleigh, NC 27611-6268

Managing Agent
International Heritage, Inc.
c/o Mayflower Capital LLC
2626 Glenwood Avenue, Suite 100
Raleigh, NC 27608

Brent E. Wood
Wood & Francis, PLLC
P. O. Box 164
Raleigh, NC 27602

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
1000 Cambridge Square, Suite C
Alpharetta, GA 30004

James Russell Tucker
Tucker & Ratcliffe, L.L.P.
500 N. Akard Street, Suite 3500
Dallas, TX 75201

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Dorothy H. Miller
102 Triangle Circle
Lafayette, LA 70508

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Stacey Ostrom
202 Oak Creek Drive
League City, TX 77573-1762

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Jane E. Chassey
1514 Azalea Drive
Saint Louis, Missouri 63119

Carolyn E. John
485 Broad River Blvd.
Beaufort, SC 29906

Managing Agent
Advanced Equities
P. O. Box 1042
Winnfield, LA 71483

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL -9490 Vaduz   LIECHTENSTEIN

Gary D. McDowell
1138 Ascott Valley Dr.
Duluth, GA 30097

Jean Wedin
P. O. Box 753
LaConner, WA 98257

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Managing Agent
Mayflower Capital, LLC
2626 Glenwood Ave., Suite 100
Raleigh, NC 27608

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

RAL/179511/1

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen    SWITZERLAND

Managing Agent
Schweizerische Hypotheken
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich    SWITZERLAND

Stanley H. Van Etten
10504 Tredwood Drive
Raleigh, NC 27615

Managing Agent
UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich    SWITZERLAND

Charles Anderson
Smith Helms Mulliss & Moore
P. O. Box 27525
Raleigh, NC 27611

Marianne Kelley
142419 133 Ave.
Edmonton, Alberta
CANADA T5A5A5

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Larry Smith
2435 E. North Street
Greenville, SC 29615

Anna M. Washburn
145 Christopher Drive
Clayton, NC 27520

Shawna Y. Staton
Jordan, Price, Wall, Gray,
  Jones & Carlton
P. O. Box 2021
Raleigh, NC 27602-2021

Henry W. Nozko, Jr., President
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Henry W. Nozko, Jr., President
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Managing Agent
Coeco
2525 Atlantic Avenue
Raleigh, NC 27604

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN 56258

Managing Agent
EDS Financial Services
4800 Six Forks Road
Raleigh, NC 27609

Managing Agent
Centrum Bank AGVaduz
Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz    LIECHTENSTEIN

Managing Agent
Emil Schatz, St Gallen
Oberhofstettenstrasse 67C
CH-9012, Saint Gallen    SWITZERLAND

Managing Agent
Accurata Treuhand und Revisions AG Vaduz
Abundt 36
 FL-9490 Vaduz    LIECHTENSTEIN

Managing Agent
UBS AG, Zurich Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich    SWITZERLAND

Lloyd W. Gathings, II
Gathings & Associates
P. O. Box 10545
Birmingham, AL 35202

Managing Agent
TransAmerica-TIG Insurance
650 California St. 2nd Floor
San Francisco, CA 94108-2702

Sherwin P. Robin
P. O. Box 9541
Savannah, GA 31412-9541

Tony Copeland
BTI
4300 Six Forks Road, Suite 500
Raleigh, NC 27609

RAL/179511/1

| | | |
|---|---|---|
| Michael P. Flanagan<br>Ward and Smith, P.A.<br>P. O. Box 8088<br>Greenville, NC 27835-8088 | Vickie Corbitt,<br>Attorney for Commissioner of Revenue<br>Tennessee Dept. of Revenue - Legal<br>312 8th Ave. N. #27 Fl.<br>Nashville, TN 37243-0001 | Jean Boyles<br>P. O. Box 10506<br>Raleigh, NC 27605 |
| James A. Roberts, III<br>Lewis & Roberts, PLLC<br>P. O. Box 17529<br>Raleigh, NC 27619-7529 | Stephani W. Humrickhouse, Esq.<br>Nicholls & Crampton<br>4300 Six Forks Road, Suite 700<br>Raleigh, NC  27609 | Paul Faison S. Winborne<br>300/200 Parham Street, Suite F<br>P. O. Box 1547<br>Raleigh, NC 27602 |
| Patrick H. Tyler<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX 78711-2548 | Janet Cradeur<br>P. O. Box 66658<br>Baton Rouge, LA 70896 | Missouri Department of Revenue<br>Attn: Brian S. Kuhlmann<br>P. O. Box 475<br>Jefferson City, MO 65105-0475 |
| James K. Austin<br>Ellis Painter Ratterree & Bart LLP<br>P. O. Box 9946<br>Savannah, GA 31412-9946 | Meredith P. Ezzell<br>Wyrick Robbins Yates & Ponton LLP<br>P. O. Drawer 17803<br>Raleigh, NC 27619 | Marcia McGair Ippolito<br>R.I. Division of Taxation<br>One Capitol Hill<br>Providence, RI 02908-5800 |
| J. Anthony Penry<br>Smith, Helms, Mulliss & Moore<br>2800 Two Hanover Square<br>Raleigh, NC 27601 | William Woodward Webb<br>Broughton, Wilkins, Webb & Sugg, P.A.<br>P. O. Box 2387<br>Raleigh, NC 27602 | Walter Calton<br>312 East Broad Street<br>Eufaula, AL 36072 |
| Keith M. Jensen<br>Law Office of Keith M. Jensen<br>514 East Beklnap<br>Fort Worth, TX 76102 | Joseph N. Calloway, Esq.<br>Battle, Winslow, Scott & Wiley, P.A.<br>P. O. Box 7100<br>Rocky Mount, NC 27804-0100 | L. C. Gilbert, Jr.<br>74 Hilltop Lane<br>Alpine, AL 35014 |
| Randall L. Greene<br>Rt. 1, Box 155<br>Randlett, OK 73562 | | Jackson Wayne Murphy<br>Rt. 6, Box 154<br>Troy, AL 36081 |
| James H. Thomas<br>101 Robin Drive<br>Troy, AL 36081 | Craig T. Liebendorfer<br>7315 Hundley Blvd.<br>Dallas, TX 75231-4722 | Denise Marsh<br>709 Summit Ridge<br>Lewisville, TX 75067 |
| | | Sharon A. Meckenstock<br>1640 West 34th St., N.<br>Wichita, KS 67204 |

RAL/179511/1

State Auditor's Office
Montana Securities Department
Mitchell Building, Room 270
State Capital Complex
Helen, MT 59620

William Swinney
3365 Silver Palm Drive
Jacksonville, FL 32250

Marshall Reddy
P. O. Box 806
Ponte Verde Beach, FL 32004

Henry W. Noziko, Jr.
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Gerald A. Jeutter
Kilpatrick Stockton, LLP
P. O. Box 300004
Raleigh, NC 27622

Henry W. Noziko, Jr.
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Michael K. Wolensky
Robert G. Brunton
David J. Gellen
Kutak Rock
225 Peachtree St., NE, Suite 2100
Atlanta, GA 30303-1731

Gary V. Dixon
Ross Dixon & Bell, LLP
601 Pennsylvania Ave. NW
North Boulevard
Washington, DC 20004-2688

Ronald H. Garber
Boxley Bolton & Garber
P. O. Drawer 1429
Raleigh, NC 27602

Virginia Andrews Burdette
P. O. Box 47
Mukilteo, WA 98275

Scott L. Wilkinson
Assistant U.S. Attorney
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Joseph B. Cheshire V
Cheshire Parker Schneider Wells & Bryan
P. O. Box 1029
Raleigh, NC 27602

Managing Agent
International Heritage, Incorporated
c/o Mayflower Capital LLC
2626 Glenwood Avenue, Suite 100
Raleigh, NC 27608

James Burshtyn
Office of Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78712548

Jackie S. Hart
1706 Antigua Lane
Nassau Bay, TX  77058

RAL/179511/1

| | | E-mail |
|---|---|---|
| Flag Status : (none) (253 items) | | |
| | | beent@texoma.net |
| | | |
| | | Cotner@wizard.net |
| | | x2-song@worldnet.att.net |
| | | hual@airmail.net |
| | | mayfi23@marz.com |
| | | Buddha623@aol.com |
| | | pgorman@vantagepointcapital.c... |
| | | Iwardcc2@aol.com |
| | | ridelga@pacbell.net |
| | | sstephe489@aol.com |
| | | wrightr@mindspring.com |
| | | mlafontaine@abbot-simses.com |
| | | TJWR21156@aol.com |
| | | rabbit@rockisland.com |
| | | cheryll.COSTANIINO@edmail.com |
| | | jasbircheema@amropictures.com |
| | | 72320.316@compuserve.com |
| | | stann@colby.IXKS.com |
| | | lov.comptable@sympatico.ca |
| | | |
| | | Cwin888@aol.com |
| | | myc888@webtv.net |
| | | virgilh@colby.ixks.com |
| | | |
| | | gjack312@Intrstar.net |
| | | hdfrey@telusplanet.net |
| | | DLWARREN@BellSouth.net |
| | | michael_bhagat@hotmail.com |
| | | GBYRDJR@aol.com |
| | | rliston@spartanburg4.0rg |
| | | ghromero@aol.com |
| | | mommaeans@hotbot.com |
| | | joanchan@rocketmail.com |
| | | ZGU@atlantis.com |
| | | edeem@worldnet.att.net |
| | | DFITZPA400@aol.com |
| | | theboock@compuserve.com |
| | | pondman@memes.com |
| | | docchiro@ISLC.net |
| | | RIZMOE@NWRain.com |
| | | thodges@gateway.net |
| | | hlee@directv.com |
| | | fabb@telusplanet.net |
| | | cordw@deltapineseed.com |
| | | NBECK87570@aol.com |
| | | JYANG4@FORD.COM |
| | | mccarthy@mccarthyconsultant.c... |
| | | BNLHATH@aol.com |
| | | nonfemett@worldnet.att.net |
| | | digger@bcsupernet.com |
| | | BREIDYIII@aol.com |
| | | Lindastime@aol.com |
| | | pak@jcnl.com |
| | | hornsjr@mindspring.com |
| | | lpartr1072@aol.com |
| | | leadership.possibilities.mak@wor... |
| | | aqualite@digisys.net |

Baker, Janis 1 9/10/2001

| E-mail |
|---|
| TIMSAMUEL@aol.com |
| mtheisen@efn.org |
| MLGeller@aol.com |
| englishs@digisys.net |
| gmahalko@vvm.com |
| timmoore@aol.com |
| mooreem@harpo.tnstate.edu |
| sprklmagc@aol.com |
| backpain@keynet.net |
| Hbeckbari@aol.com |
| mwarhurst@yahoo.com |
| js.baum@srs.gov |
| wynellh@flash.net |
| dlatray@mcn.net |
| bwood@woodfran.com |
| tcrow@uab-admin.vpad.uab.edu |
| DickLynn Ferency@compuserve.... |
| kaylorj@hal-pc.org |
| CHASSEYRAY@email.msn.com |
| jim.griffith@erols.com |
| xiaokui.shan@bakernet.com |
| xshan@aol.com |
| kkandola@theresidences.com |
| lrochkind@jafferaitt.com |
| sdostrom@hotmail.com |
| michaelhopkins@mailcity.com |
| ellesw@aol.com |
| sport@gvi.net |
| |
| dana-charles@worldnet.att.net |
| class45@concentric.net |
| options-galore@yahoo.com |
| dadabca@netcom.ca |
| bchap01@aol.com |
| ceissngr@midrivers.com |
| doubled@snowcrest.com |
| glassgs@cadvision.com |
| mbrown8967@aol.com |
| nfl300@aol.com |
| diemert@northerntel.net |
| cgrumer@manatt.com |
| shouli.yang@stjude.org |
| RJWNLAW@aol.com |
| sds98@eatel.net |
| jwmaloy@aol.com |
| kanelos@mindspring.com |
| blairc@iname.com |
| Larry_Fletcher@bc.sympatico.ca |
| JNRRICH@Intur.net |
| aadrezin@Epix.net |
| kimball.peed@bigfoot.com |
| tammyr@falcon.ukans.cc.edu |
| VTPALMER27@yahoo.com |
| crandall@rock-springs.dowell.slb... |
| gedler@bellsouth.net |
| sue_stephen@bc.sympatico.ca |
| Nicklin98@aol.com |
| r_brown@email.msn.com |
| andrelee@earthlink.net |

| E-mail |
|---|
| BrAnDin420@aol.com |
| hou@mail.med.upenn.edu |
| barrettcarter@mindspring.com |
| calinb@earthlink.net |
| BSID@CTC.NET |
| dsbarron@bellsouth.net |
| jamcgrath@yahoo.com |
| bbaum89@aol.com |
| dhilch@pacificcoast.net |
| bjsaw@ttc-cmc.net |
| smsutom@aol.com |
| lynn@dot.state.al.us |
| liuwd@earthlink.net |
| pingnas@ica.net |
| Hanna@tir.com |
| SteveG7574@aol.com |
| buddunn@auantumworld.com |
| Rahmati@ibm.net |
| Docnielsen@webtv.net |
| mjandcarlincc@juno.com |
| emlabeau@gateway.net |
| loking@wixmail.com |
| Jholt@Clemson.edu |
| jsmusa@mindspring.com |
| Mainland@ticnet.com |
| cce3@juno.com |
| mcnamer@bigsky.net |
| Remodelyou@aol.com |
| mwa@wnonline.net |
| lesterabs@mindspring.com |
| shanson@kearney.net |
| vickylanglois@atlasta.net |
| an667@hwcn.org |
| rconant@telusplanet.net |
| yu241703@yorku.ca |
| yu241703@yorku.ca |
| Michael Genge@bc.sympatico.ca |
| lihen |
| BSID@CTC.NET |
| dsbarron@bellsouth.net |
| jamcgrath@yahoo.com |
| bbaum89@aol.com |
| dhilch@pacificcoast.net |
| bjsaw@ttc-cmc.net |
| smsutom@aol.com |
| lynn@dot.state.al.us |
| liuwd@earthlink.net |
| pingnas@ica.net |
| Hanna@tir.com |
| SteveG7574@aol.com |
| buddunn@quantumworld.com |
| Rahmati@ibm.net |
| docnielsen@webtv.net |
| mjandcarlincc@juno.com |
| emlabeau@gateway.net |
| loking@wixmail.com |
| Jholt@Clemson.edu |
| jsmusa@mindspring.com |
| Mainland@ticnet.com |

| E-mail |
|---|
| cce3@juno.com |
| mcnamer@bigsky.net |
| Remodelyou@aol.com |
| mwa@wnonline.net |
| lesterabs@mindspring.com |
| shanson@kearney.net |
| vickylanglois@atlasta.net |
| an667@hwcn.org |
| rconant@telusplanet.net |
| yu241703@yorku.ca |
| Michael Genge@bc.sympatico.ca |
| lihengelle@aol.com |
| TJDeavers@aol.com |
| PDQ2CU@aol.com |
| BrAnDin420@aol.com |
| hou@mail.med.upenn.edu |
| calinb@earthlink.net |
| MSB7158@bellsouth.net |
| hsmiley@san.rr.com |
| abmk@home.com |
| CTBallard@aol.com |
| beth_pattillo@shmm.org |
| beatty@home.msen.com |
| RJNele@aol.com |
| swede@dmea.net |
| kmaxeyjr@bayou.com |
| Wesglynn@aol.com |
| calinb@earthlink.net |
| johnsons@pacifier.com |
| ambc@rhweb.com |
| jwarren@wyche.com |
| dongming.zhao@jci.com |
| pkloosterman@juno.com |
| Dsalido@webtv.net |
| JEEPETTE99@aol.com |
| pingnas@ica.net |
| Karen0906@aol.com |
| lonni@pb.quik.com |
| cr80n@flash.net |
| |
| Dana-Charles@Worldnet.Att.Net |
| |
| Averitas@aol.com |
| kk_1200@kwikkopy.com |
| hewlett@cablelan.net |
| sonia_voldseth@burns.senate.gov |
| mychen@att.net |
| dzeigler@jsucc.jsu.edu |
| mchad@acnet.net |
| MYChen@att.net |
| albourassa@bigfoot.com |
| |
| albourassa@bigfoot.com |
| Harden, Holmes |
| Mgutierrez@pirnie.com |
| marysuebennett@earthlink.net |
| lindaDagostino@mindspring.com |
| mayfi23@marz.com |
| shucko@prodigy.net |

| E-mail |
|---|
| zuzuy2k@yahoo.com |
| Mgutierrez@pirnie.com |
| Mgutierrez@pirnie.com |
| bcslaw@worldnet.att.net |
| graceurc@powerweb.com |
| graceurc@powerweb.com |
| GBYRDJR@aol.com |
| RRALBRIGHT@AOL.COM |
| bcslaw@prodigy.net |
| rosieo@bigsky.net |
| mooreem@harpo.tnstate.edu |
| VANATTAL@VAX.CS.HSCSYR.EDU |
| leadership.possibilities.mak@wor... |
| pingnas@ica.net |
| cr8on@flash.net |
| bsclaw@worldnet.att.net |
| ladevries@firstam.com |
| ihatch@ala.net |