IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**FILED**
SEP 2 8 2001
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | |
|---|---|
| IN RE: | ) |
| | ) |
| INTERNATIONAL HERITAGE, INC. | ) CASE NO. 98-02675-5-ATS |
| | ) CHAPTER 7 |
| | ) |
| | ) |
| Debtor. | ) |

**THIRD APPLICATION FOR INTERIM COMPENSATION FOR
SERVICES RENDERED BY ATTORNEY FOR TRUSTEE**

The application of Holmes P. Harden, attorney for Trustee in the above-captioned case, respectfully represents:

1. That on the 22nd day of January, 1999 your applicant was approved as attorney for Trustee in the above-referenced case, #98-02675-5-ATS, and has since performed certain services on behalf of the Trustee. The Court entered an Order Allowing Attorney for Trustee's First Interim Fees on November 1, 1999 for services rendered and time expended incurred for the period November 30, 1998 through September 22, 1999 in the amount of $70,567.75 and reimbursement of expenses incurred for the period January 27, 1999 through August 31, 1999 in the amount of $219.23. The Court entered a consent order on October 26, 2000 allowing applicant's Second Interim compensation for services rendered from September 23, 1999 through September 12, 2000 in the amount of $20,674.75 and reimbursement of expenses in the amount of $24.50. Applicant's Third Interim Application for compensation are for services rendered from September 18, 2000 through August 21, 2001 and are itemized on Exhibit A attached hereto and incorporated herein by reference.

2. Attorney time is billed at a rate of $145.00 to $160.00 per hour. Paralegal

264887

1

time is billed at $65.00 to $70.00 per hour. The total amount of interim compensation being sought is $7,024.00.

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| H. P. Harden | $145.00 | 15.40 | 2,233.00 |
|  | $160.00 | 23.00 | 3,680.00 |
| David Bookout | $160.00 | 1.40 | 224.00 |
| Paralegals |  |  |  |
| Jenny D. Johnson | 65.00 | 7.40 | 481.00 |
|  | 70.00 | 5.80 | 406.00 |
| Totals |  | 56.60 | $7,024.00 |

Applicant believes that the compensation requested is fair and reasonable. In addition to interim compensation.

3.    No agreement or understanding exists between the applicant and any other person for the sharing of compensation to be received for services rendered in or in connection with this case, other than with the professional association by which the undersigned is employed.

Holmes P. Harden is the firm's senior creditor's rights and bankruptcy attorney and coordinator of its creditors' rights and bankruptcy practice group. He is certified in bankruptcy law by the North Carolina State Bar Board of Legal Specialization and in business bankruptcy law by the American Bankruptcy Board of Certification. He has over 20 years of business law experience. He is a Chapter 7 Bankruptcy Trustee for the Eastern District of North Carolina. His normal hourly billing rate is $230.00.

Mr. Harden received his undergraduate degree at Davidson College and his law degree at the University of North Carolina. He served as law clerk to the Honorable Naomi Morris, Chief Judge of the North Carolina Court of Appeals, from 1981 to 1982. He is a member of several professional organizations, including the North Carolina Bar Association, National Association of Bankruptcy Trustees, Council of Certified Bankruptcy Specialists, The Commercial Law

264887

2

League, and the American Bankruptcy Institute.

Jenny D. Johnson, Bankruptcy Paralegal, Johnston Community College, 1977, Associate Accounting; Atlantic Christian College, 1980, B.S.B.A.; Meredith College, (bankruptcy law course under legal assistant program); 8 years banking experience; 12 years experience in bankruptcy; 1 year probate experience; 95% of billable time is devoted to bankruptcy; Normal hourly billing rate is $85.00 per hour.

David A. Bookhout, Special Counsel at Maupin Taylor Ellis, P.A., has represented clients in corporate finance, joint venture, merger and acquisition, international, and other corporate matters for over twenty-five years. Before moving to North Carolina, he practiced in Boston for many years as a partner at one of Boston's largest firms, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. While at Mintz, Levin, Mr. Bookhout represented technology companies, for example, Biogen; venture capital firms, such as TA Associates and Zero Stage Capital; and large European and Asian businesses. He also served as coordinator of the firm's Business Law Section. In North Carolina, Mr. Bookhout has represented emerging technology companies, as well as a leading Triangle venture capital fund and later-stage growth companies. He has also spoken on venture capital issues and served as Chair of CED's STREAK program for early-stage companies. He is a graduate of Amherst College and Harvard Law School, and is admitted to practice in Massachusetts, New York, and North Carolina. His normal hourly billing rate is $260.00.

WHEREFORE, your applicant prays that he be allowed and paid from the estate the above requested third interim compensation of $7,024.00.

                                                  *[signature]*
Attorney for Trustee

264887

Sworn to and subscribed before me this the 25th day of September, 2001.



Notary Public

My Commission Expires:

1-18-2005

264887

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, attorney for Trustee, do hereby certify that the Third Interim Application for Services of Attorney for Trustee's Fees hereto attached was served upon the party listed below by mailing a copy thereof to him at the address indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the 25th day of September, 2001.

*[signature]*
Holmes P. Harden
Attorney for Trustee
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
Post Office Box 3039
Raleigh, North Carolina

264887

5

```
DATE: 09/17/01 11:25:17   PRO FORMA STATEMENT AS OF 082101 FOR FILE (BANK7A-HFN) BANK7A-HFN            #66236(67677)      Page 1 (1)


*----MATTER DESCRIPTION----*
INTERNATIONAL HERITAGE, INC.

*----CLIENT INFORMATION----*                                                    *-----BILLING INSTRUCTIONS-----*
U.S. BANKRUPTCY COURT - EDNC
ATTORNEY FOR TRUSTEE

                                        --CLIENT NUMBER--   --ORIGINATING--    --BILLING--       --SUPERVISING--
                                            BANK7A             0117 HPH         0117 HPH           0117 HPH
*-----CLIENT ADDRESS-----*                                    H HARDEN          H HARDEN           H HARDEN
U.S. BANKRUPTCY COURT - EDNC
CENTURY STATION POST OFFICE BUILDING    *-----MATTER ADDRESS-----*
300 FAYETTEVILLE STREET MALL, ROOM 209   UNITED STATES BANKRUPTCY COURT
P.O. BOX 1441                            EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH, NC 27602                        CENTURY STATION P.O. BLDG.
                                         300 FAYETTEVILLE STREET MALL, ROOM 209
*------MATTER INFORMATION------*         P.O. BOX 1441
                                         RALEIGH, NC 27602
PHONE:
REFERRED BY:                             CONTACT:

STATUS:       OP                         TEMPLATE:      M1          MIN FEE:
DATE OPENED:  01/25/1999                 TIME FORMAT:   34          MIN COST:
DATE CLOSED:                             COST FORMAT:   3           MIN TOTAL:
LAST RATE:    02/01/1999                 INTRST CODE:   0           FEE MARKUP:      %
RATE:         1                          INT FREE DAY:  0           COST MARKUP:     %
DEPT:         100                        FIXED COSTS:   N           FIXED FEES:
LOCATION:     100                        ARRANGEMENT:   HR          CURRENCY:        USD
PRACTICE:     120                                                   MAXIMUM BILLINGS:
FEE FREQ:     R
COST FREQ:    R
TRUST RETAIN:

Business

-----TIME ENTRIES-----*

Last Bill Date: 10/31/2000
                                        WORKED                    BILLED
                                 ----------------------    --------------------
INDEX         INIT DATE   STAT   HOURS      AMOUNT         HOURS    AMOUNT       CUMULATIVE DESCRIPTION
1028972 0117  HPH  091800  B       .30        43.50          .30     43.50        43.50 WORKED ON FEE APPLICATIONS.
1029093 0117  HPH  091900  B       .30        43.50          .30     43.50        87.00 WORKED ON FEE APPLICATIONS.
1030010 0117  HPH  092000  B       .30        43.50          .30     43.50       130.50 WORKED ON FEE APPLICATIONS.
1030026 0117  HPH  092000  B      1.00       145.00         1.00    145.00       275.50 WORKED ON NOTICING OUT FEE APPLICATIONS ON
                                                                                         MESSAGE NUMBERS; FINALIZE APPLICATIONS.
1039117 0534  JDJ  100200  B       .40        26.00          .40     26.00       301.50 DRAFT LETTER TO US ATTORNEY IN MACON GA RE
                                                                                         1099'S.
1036667 0117  HPH  100300  B       .30        43.50          .30     43.50       345.00 TELEPHONE CALL FROM ATTORNEY FOR CHITTENDEN
                                                                                         BANK JANE QUADRANO; TELEPHONE CALL TO MS.
                                                                                         QUADRANO.
1036709 0117  HPH  100500  B      1.00       145.00         1.00    145.00       490.00 REVIEWED FILE RE CORBIN INSURANCE AGENCY AND
```

| ID | Code | | Hours | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| 336723 | 0117 | (HPH) | 100500 B | .20 | 29.00 | .20 | 29.00 | FIDELITY COVERAGE CGL COVERAGE; TELEPHONE CALL TO MR. LARRY FLETCHER AGENCY RE SAME. |
| 336726 | 0117 | (HPH) | 100500 B | .60 | 87.00 | .60 | 87.00 | TELEPHONE CALL FROM MR. LARRY FLETCHER; TELEPHONE CALL TO MR. FLETCHER, BOTH RE CGL LIABILITY COVERAGE FOR EMPLOYEE DISHONESTY, $10,000 BASIC COVERAGE, NO ENDORSEMENT. |
| 1036851 | 0117 | (HPH) | 101000 BNP | .60 | 87.00 | .00 | 0.00 | REVIEWED CGL POLICY; LETTER TO MR. JIM ROBERTS RE SAME. |
| 1036856 | 0117 | (HPH) | 101000 BNP | 1.00 | 145.00 | .00 | 0.00 | REVIEWED BA'S OBJECTIONS TO FEE APPLICATION AND WORKED ON RESPONSE. |
| 336621 | 0117 | (HPH) | 101000 B | .00 | 0.00 | 1.60 | 232.00 | REVIEWED BA'S OBJECTIONS TO FEE APPLICATION AND WORKED ON RESPONSE; TELEPHONE CALL FROM MS. MARGIE LYNCH; TELEPHONE CALL TO MS. MARGIE LYNCH. |
| 338420 | 0117 | (HPH) | 102300 B | .20 | 29.00 | .20 | 29.00 | TELEPHONE CALL TO MS. SUSAN SHERILL, BOTH RE OBJECTION TO CENTURA CLAIM. |
| 338066 | 0117 | (HPH) | 101100 B | .20 | 29.00 | .20 | 29.00 | TELEPHONE CALL FROM MR. JIM JOHNSON RE ACSTAR APPEAL. |
| 338065 | 0117 | (HPH) | 101100 B | .20 | 29.00 | .20 | 29.00 | TELEPHONE CALL FROM MR. JIM ROBERTS, TELEPHONE CALL TO MR. JIM ROBERTS, BOTH RE CGL POLICY. |
| 338428 | 0117 | (HPH) | 101700 B | .20 | 29.00 | .20 | 29.00 | TELEPHONE CALL FROM MR. JIM JOHNSON RE ACSTAR APPEAL. |
| 1040219 | 0117 | (HPH) | 102300 B | .30 | 43.50 | .30 | 43.50 | TELEPHONE CALL TO MR. JIM ROBERTS RE CLG COVERAGE ISSUES. |
| 1040890 | 0117 | (HPH) | 102400 B | .20 | 29.00 | .20 | 29.00 | TELEPHONE CALL FROM ATTY. JANE QUODRONO RE CLAIMS PROCEDURE FOR PRIORITY CLAIMS. |
| 1042595 | 0117 | (HPH) | 102700 B | .20 | 29.00 | .20 | 29.00 | TELEPHONE CALL FROM ATTORNEY JANE QUADRONO RE PRIORITY OF SUBROGATED CLAIMS FOR CHITTENDEN BANK. |
| 1044363 | 0117 | (HPH) | 110100 B | .30 | 43.50 | .30 | 43.50 | REVIEWED PLEADINGS RE MOTION TO SELL FREE AND CLEAR AND COMPLAINTS THAT SHOULD BE FILED TO AVOID LIENS. |
| 1044368 | 0117 | (HPH) | 110100 B | .30 | 43.50 | .30 | 43.50 | REVIEWED 2021 INTERACTIVE CORRESPONDENCE. |
| 1044423 | 0117 | (HPH) | 110300 B | .20 | 29.00 | .20 | 29.00 | TELEPHONE CALL TO MR. JIM ROBERTS RE CLG POLICY. |
| 1045269 | 0117 | (HPH) | 110700 B | .30 | 43.50 | .30 | 43.50 | REPLY TO CORRESPONDENCE FROM IRS; REVISED SAME. |
| 1045283 | 0117 | (HPH) | 110700 B | .30 | 43.50 | .30 | 43.50 | REVIEWED PROPOSED COECO RELEASE. |
| 1045524 | 0117 | (HPH) | 110800 B | .30 | 43.50 | .30 | 43.50 | LETTER TO UPS RE CALIFORNIA LITIGATION BY FORMER IHI REPRESENTATIVE. |
| 1047126 | 0117 | (HPH) | 111300 B | .20 | 29.00 | .20 | 29.00 | TELEPHONE CALL FROM MR. JIM ROBERTS RE ACSTAR APPEAL, CGL POLICY. |
| 1047141 | 0117 | (HPH) | 111300 B | .30 | 43.50 | .30 | 43.50 | LEGAL RESEARCH RE PONZI SCHEMES AND CLAIMS ALLOWANCE. |
| 1048142 | 0117 | (HPH) | 111400 B | .60 | 87.00 | .60 | 87.00 | LEGAL RESEARCH RE PONZI SCHEMES AND CLAIMS ALLOWANCE. |
| 1048169 | 0117 | (HPH) | 111400 B | .30 | 43.50 | .30 | 43.50 | REVIEWED PROPOSED RELEASE AND SETTLEMENT |

| Ref | Code | Date | Type | Hours | Hours | Amount | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 048796 | 0117 (HPH) | 111500 | B | .30 | .30 | 43.50 | 43.50 | AGEEMENT FROM COECO. |
| 1053596 | 0534 (JDJ) | 112000 | B | 3.00 | 3.00 | 195.00 | 195.00 | LEGAL RESEARCH RE SECTION 108, RE NOVEMBER 25 DEADLINE AND COLLECTION OF RECEIVABLES. |
| 1051181 | 0117 (HPH) | 112100 | B | .60 | .60 | 87.00 | 87.00 | REVIEW PLEADINGS FILES FOR ORDERS; REVIEW FILE RE VAN ETTEN'S PAYMENT OF $150,000. |
| 1051182 | 0117 (HPH) | 112100 | B | .30 | .30 | 43.50 | 43.50 | REVIEWED PROPOSED TOLLING AGREEMENTS. |
| 1051191 | 0117 (HPH) | 112100 | B | .60 | .60 | 87.00 | 87.00 | REVIEWED UCC-1 SEARCH AND MEMO RE SAME. |
| 1051194 | 0117 (HPH) | 112100 | B | .80 | .80 | 116.00 | 116.00 | REVIEWED FILE; DICTATED LETTER TO MR. BRENT WOOD RE TRANSFER OF IHI SHARES. |
| 1055007 | 0117 (HPH) | 120600 | B | .20 | .20 | 29.00 | 29.00 | REVIEWED FILE RE STOCK TRANSFER AND $150,000 FROM VAN ETTEN; LETTER TO MR. BRENT WOOD RE SAME; TELEPHONE CALL FROM MR. JIM JOHNSON RE SAME. |
| 1056840 | 0117 (HPH) | 121300 | B | .30 | .30 | 43.50 | 43.50 | TELEPHONE CALL FROM MR. JIM JOHNSON RE ACSTAR. |
| 1058552 | 0117 (HPH) | 121800 | B | .30 | .30 | 43.50 | 43.50 | LETTER TO MR. LARRY FLESZAR RE COMPLETE POLICY JACKET FOR CLG POLICY. |
| 1059050 | 0534 (JDJ) | 121400 | B | 4.00 | 4.00 | 260.00 | 260.00 | REVIEW FILE; COPY ALL ORDERS FOR MR. HARDEN REGARDING ALL SETTLEMENTS IN THE CASE. |
| 1061827 | 0117 (HPH) | 112700 | B | .20 | .20 | 29.00 | 29.00 | TELEPHONE CALL FROM MR. JIM JOHNSON RE ACSTAR FOURTH CIRCUIT APPEAL AND MEDIATION. |
| 1061548 | 0117 (HPH) | 122100 | B | .60 | .60 | 87.00 | 87.00 | TELEPHONE CALL TO MR. JIM JOHNSON RE MEDIATION WITH ACSTAR, CONDUCT OF APPEAL. |
| 1061551 | 0117 (HPH) | 122900 | B | .20 | .20 | 29.00 | 29.00 | LEGAL RESEARCH RE SECTIONS 548 AND 550 OF CODE RE SETTLEMENT OF TRANSFERS TO BRENT WOOD. |
| 1063328 | 0117 (HPH) | 010301 | B | .30 | .30 | 48.00 | 48.00 | TELEPHONE CALL TO MR. BRENT WOOD RE STOCK, SECTION 548, PREFERENCE REPRESENTATIONS. |
| 1063344 | 0117 (HPH) | 010401 | B | .80 | .80 | 128.00 | 128.00 | REVIEWED HUKEZALIE MEMO RE PERFERENCE CLAIM. |
| 1063630 | 0117 (HPH) | 011001 | B | .20 | .20 | 32.00 | 32.00 | REVIEWED OFFER OF STERLING MASON TO PURCHASE STOCK; TELEPHONE CALL TO STERLING MASON RE SAME; LETTER TO MR. BRENT WOOD RE SECURITIES LAW ISSUE - STOCK CERTIFICATES MISSING. |
| 1063969 | 0117 (HPH) | 011101 | B | .20 | .20 | 32.00 | 32.00 | TELEPHONE CALL TO STERLING MASON'S OFFICE RE POSSIBLE PURCHASE OF CORPORATE STOCK. |
| 1067443 | 0117 (HPH) | 011801 | B | .30 | .30 | 48.00 | 48.00 | TELEPHONE CALL FROM ATTORNEY LEONARD BURNINGHAM RE POSSIBLE PURCHASE OF CORPORATE SHELL. |
| 1067513 | 0117 (HPH) | 011801 | B | .60 | .60 | 96.00 | 96.00 | LETTER FROM AND LETTER TO MR. BRENT WOOD RE STOCK IN IHI; REVIEWED ASSIGNMENT DOCUMENT. INTRA-OFFICE CONFERENCES WITH MR. BOOKHOUT RE PURPORTED STOCK ASSIGNMENT LACKING STOCK CERTIFICATES; REVISED LETTER TO MR. BRENT WOOD RE SAME. |
| 1067539 | 0117 (HPH) | 011801 | B | .30 | .30 | 48.00 | 48.00 | INTRA-OFFICE CONFERENCE WITH MR. BOOKHOUT RE ARTICLE 8 ISSUES REGARDING STOCK CERTIFICATES. |
| 1067578 | 0117 (HPH) | 011901 | B | .30 | .30 | 48.00 | 48.00 | REVIEWED SETTLEMENT AGREEMENT RE TRANSFER OF SHARES. |
| 1067585 | 0117 (HPH) | 011901 | B | .30 | .30 | 48.00 | 48.00 | REVISED LETTER TO MR. BRENT WOOD RE DEMAND FOR SHARES. |
| 1067615 | 0117 (HPH) | 011901 | B | .60 | .60 | 96.00 | 96.00 | TELEPHONE CALL TO ATTORNEY WILLIAM STERLING MASON, TELEPHONE CALL TO ATTORNEY LEONARD |

DATE: 09/17/01 11:25:17   PRO FORMA STATEMENT AS OF 082101 FOR FILE (BANK7A-HFN) BANK7A-HFN   #66236(67677)   Page 4 (4)

| ID | Code | | Date | | Hours | Amount | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|
| 667716 | 0117 | (HPH) | 011901 | B | .30 | 48.00 | .30 | 48.00 | BURNINGHAM, BOTH RE POSSIBLE TRANSFER OF CORPORATE SHELL. REVIEWED BTI TOLLING AGREEMENT. |
| 1068200 | 0117 | (HPH) | 012301 | B | .60 | 96.00 | .60 | 96.00 | LEGAL RESEARCH RE PONZI SCHEMES AND CLAIMS ALLOWANCE. |
| 668207 | 0117 | (HPH) | 012401 | B | .80 | 128.00 | .80 | 128.00 | LEGAL RESEARCH RE RE DISALLOWANCE OF CLAIMS OF PONZI SCHEME INVESTORS. |
| 070920 | 0534 | (JDJ) | 012901 | B | 1.00 | 75.00 | 1.00 | 75.00 | REVIEW FILE RE ORDERS REGARDING PRIORITY OF PAYMENTS. |
| 1073074 | 0117 | (HPH) | 020101 | B | .80 | 128.00 | .80 | 128.00 | TELEPHONE CALL FROM MR. JIM JOHNSON RE TIG AND 4TH CIRCUIT APPEAL. |
| 673198 | 0117 | (HPH) | 020501 | B | .30 | 48.00 | .30 | 48.00 | WORKED ON INQUIRY FROM MR. BRENT WOOD RE TAX CLAIMS. |
| 132 | 0117 | (HPH) | 020701 | B | 2.00 | 320.00 | 2.00 | 320.00 | TELEPHONE CALL FROM MR. JIM JOHNSON RE 4TH CIRCUIT APPEAL ARGUMENT. |
| 673239 | 0117 | (HPH) | 020701 | B | .60 | 96.00 | .60 | 96.00 | DICTATED LETTER TO MR. BRENT WOOD RE ESTIMATES OF DISTRIBUTION. |
| 673243 | 0117 | (HPH) | 020701 | B | 2.60 | 416.00 | 2.60 | 416.00 | REVIEWED AND REVISED FOURTH CIRCUIT APPELLATE BRIEF RE ACSTAR. |
| 673266 | 0117 | (HPH) | 020801 | B | .20 | 32.00 | .20 | 32.00 | TELEPHONE CALL FROM MR. JIM JOHNSON RE REVISIONS TO 4TH CIRCUIT BRIEF. |
| 673560 | 0117 | (HPH) | 020901 | B | .20 | 32.00 | .20 | 32.00 | TELEPHONE CALL FROM MR. JIM ROBERTS RE ACSTAR APPEAL BRIEF. |
| 1934 | 0117 | (HPH) | 021401 | B | .30 | 48.00 | .30 | 48.00 | REVIEWED HUKAZALIE MEMOS; LETTER TO MS. HUMRICKHOUSE RE SAME. |
| 777394 | 0117 | (HPH) | 021501 | B | .30 | 48.00 | .30 | 48.00 | WORKED ON NOTICING 18 SETTLEMENT MOTIONS. |
| 678282 | 0117 | (HPH) | 022301 | B | .20 | 32.00 | .20 | 32.00 | TELEPHONE CALL FROM MR. BRENT WOOD RE NC DEPARTMENT OF REVENUE CLAIM. |
| 680842 | 0117 | (HPH) | 022801 | B | 1.00 | 160.00 | 1.00 | 160.00 | LEGAL RESEARCH RE PURSUING FRAUDULENT TRANSFERS IN PONZI SCHEMES. |
| 681734 | 0117 | (HPH) | 030101 | B | .30 | 48.00 | .30 | 48.00 | TELEPHONE CALLS FROM CREDITORS. |
| 681738 | 0117 | (HPH) | 030101 | B | 1.80 | 288.00 | 1.80 | 288.00 | REVIEWED TWO FOURTH CIRCUIT BRIEFS AND REPLY BRIEF OF ACSTAR. |
| 43 | 0117 | (HPH) | 030101 | B | .30 | 48.00 | .30 | 48.00 | ATTENTION TO NOTICE OF CLAIM ON ERIE INSURANCE FOR EMPLOYEE DISHONESTY. |
| 683445 | 0117 | (HPH) | 031201 | B | .60 | 96.00 | .60 | 96.00 | LEGAL RESEARCH RE SECTION 507(A)(6). |
| 685057 | 0117 | (HPH) | 031401 | B | .30 | 48.00 | .30 | 48.00 | CORRESPONDENCE FROM MR. BRENT WOOD RE LOST SHARES; MEMO TO MR. BOOKHOUT. |
| 685060 | 0117 | (HPH) | 031401 | B | .30 | 48.00 | .30 | 48.00 | INTRA-OFFICE CONFERENCE WITH MR. BOOKHOUT RE LEGAL RECOURSE RE LOST STOCK CERTIFICATES. |
| 685699 | 0221 | (DAB) | 031401 | B | .20 | 32.00 | .20 | 32.00 | REVIEW LETTER FROM MR. BRENT WOOD RE IHI STOCK CERTIFICATES. |
| 685855 | 0117 | (HPH) | 031501 | B | .30 | 48.00 | .30 | 48.00 | INTRA-OFFICE CONFERENCE WITH MR. BOOKHOUT RE SECURITIES ISSUES RE VAN ETTEN STOCK. |
| 687884 | 0117 | (HPH) | 032301 | B | .20 | 32.00 | .20 | 32.00 | TELEPHONE CALL TO MR. JIM JOHNSON RE EMPLOYEE DISHONESTY INSURANCE COVERAGE. |
| 692164 | 0117 | (HPH) | 040201 | B | .30 | 48.00 | .30 | 48.00 | TELEPHONE CALL FROM MR. ROBIN MERRITT RE VAN ETTEN CONSENT JUDGMENT; REVIEWED SAME; TELEPHONE CALL TO MR. MERRITT. |
| 1092217 | 0117 | (HPH) | 040201 | B | .20 | 32.00 | .20 | 32.00 | INTRA-OFFICE CONFERENCE WITH MR. BOOKHOUT RE |

```
DATE: 09/17/01 11:25:17   PRO FORMA STATEMENT AS OF 082101 FOR FILE (BANK7A-HFN) BANK7A-HFN        #66236(67677)   Page 5 (5)

098985 0534 040201 B   1.80  135.00  1.80  135.00  REPLACEMENT OF STOCK CERTIFICATES.
 (HPH)
992261 0117 040301 B    .60   96.00   .60   96.00  FILE AND SERVE NOTICES FOR COMPROMISE AND
 (JDJ)                                             SETTLEMENT.
993789 0221 040901 B    .80  128.00   .80  128.00  LEGAL RESEARCH RE SECTION 507 RE
 (HPH)                                             REPRESENTATIVE'S COMMISSION AND ORDER CLAIMS.
997627 0117 041001 B    .30   48.00   .30   48.00  WORK ON ISSUES RE VAN ETTEN STOCK AND WHETHER
 (DAB)                                             IT HAS BEEN TRANSFERRED TO THE TRUSTEE.
994202 0221 041001 B    .30   48.00   .30   48.00  INTRA-OFFICE CONFERENCE WITH MR. BOOKHOUT RE
 (HPH)                                             ARTICLE 8 ISSUES.
         0221 041001 B    .40   64.00   .40   64.00  FINISH REVIEW OF UCC ARTICLE 8 RE STOCK
 (DAB)                                             TRANSFERS; TELEPHONE CALL TO MR. HARDEN.
996756 0117 041701 B    .30   48.00   .30   48.00  INTRA-OFFICE CONFERENCE WITH MR. BOOKHOUT RE
 (HPH)                                             STOCK TRANSFER ISSUES.
         0117 050301 B    .30   48.00   .30   48.00  TELEPHONE CALL FROM MR. JIM JOHNSON; REVIEWED
 (HPH)                                             ERIE RESERVATION OF RIGHTS LETTER.
003446 0117 050301 B    .30   48.00   .30   48.00  TELEPHONE CALL FROM MR. JIM ROBERTS RE FOURTH
 (HPH)                                             CIRCUIT ARGUMENT.
004501 0117 050901 B    .40   64.00   .40   64.00  TELEPHONE CALL TO MR. JIM JOHNSON RE FOURTH
 (HPH)                                             CIRCUIT ARGUMENT.
         0117 052301 B    .30   48.00   .30   48.00  REVIEWED AND REVISED MOTION TO SETTLE ADVERSARY
 (HPH)                                             PROCEEDINGS.
         0534 052501 B    .60   45.00   .60   45.00  WORK ON NOTICE OF INTERIM FEES AND COMPROMISE
 (JDJ)                                             AND SETTLEMENT.
015499 0534 052501 B   2.00  150.00  2.00  150.00  FILE AND SERVE NOTICE OF INTERIM FEES AND
 (JDJ)                                             COMPROMISE AND SETTLEMENT; RECORD MESSAGES ON 2
                                                    TELEPHONE LINES; EMAIL NOTICE.
011616 0117 052901 B    .30   48.00   .30   48.00  REVIEWED MOTION TO SHOW CAUSE, MEMORANDUM,
 (HPH)                                             PROPOSED ORDER.
         0117 062601 B    .20   32.00   .20   32.00  TELEPHONE CALL TO MR. JIM JOHNSON RE PENDING
 (HPH)                                             FOURTH CIRCUIT APPEAL ARGUMENT.
021762 0117 070201 B    .20   32.00   .20   32.00  TELEPHONE CALL FROM MR. JIM JOHNSON RE TIG
 (HPH)                                             SUMMARY JUDGMENT MOTION.
028871 0117 072001 B    .20   32.00   .20   32.00  TELEPHONE CALL FROM MR. JIM JOHNSON RE TIG
 (HPH)                                             BRIEF.
029076 0117 072501 B    .60   96.00   .60   96.00  REVIEWED TIG SUMMARY JUDGMENT BRIEF.
 (HPH)
    0534 082001 B   2.00  150.00  2.00  150.00  WORK ON 2ND INTERIM FEE APPLICATION FOR
 (JDJ)                                             ATTORNEY FOR TRUSTEE.
037849 0117 082101 B    .30   48.00   .30   48.00  WORKED ON FEE APPLICATION.
 (HPH)
042122 0534 082101 B   2.00  150.00  2.00  150.00  WORK ON 2ND INTERIM ATTORNEY FOR TRUSTEE FEE
 (JDJ)                                             APPLICATION.
                                    -----------
                   FEE SUBTOTAL        7323.00


 TIMECARD SUB-TOTAL ( 56.60) . . . . . . . . . . .  7323.00
 DISBURSEMENT SUB-TOTAL . . . . . . . . . . . . . .     0.00
 SUBTOTAL CURRENT PERIOD  . . . . . . . . . . . . .  7323.00

 BALANCE FORWARD  . . . . . . . . . . . . . . . . .     0.00
 BALANCE DUE FROM PREVIOUS STATEMENT  . . . . . . .     0.00
 LESS PAYMENT(S)  . . . . . . . . . . . . . . . . .     0.00
```

```
DATE: 09/17/01  11:25:17   PRO FORMA STATEMENT AS OF 082101 FOR FILE (BANK7A-HFN) BANK7A-HFN         #66236(67677)   Page 6 (6)
```

TOTAL DUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   7323.00

TIME VALUE FOR THE MATTER AFTER THE CUTOFF DATE . . . . .    150.00
COST VALUE FOR THE MATTER AFTER THE CUTOFF DATE . . . . .      0.00

*------------------------TIME AND FEE SUMMARY------------------------*
-------TIMEKEEPER-------*    RATE    HOURS    %         FEES      %
HOLMES P. HARDEN             153.98   38.40   67.8    5913.00    80.8
DAVID A. BOOKHOUT            160.00    1.40    2.5     224.00     3.1
JENNY D. JOHNSON              70.60   16.80   29.7    1186.00    16.2
                                     ------           -------
         TOTALS                       56.60           7323.00

*-----------------------LEDGER SUMMARY------------------------------------*
ger Code    Ledger Description     Debit        Credit      Credit Applied To
UNALL       UNALLOCATED                         91486.23

   FEES                           91242.50                    91242.50  FEES
   HCOST      HARD COST               42.53                      42.53  HCOST
   SCOST      SOFT COST              201.20                     201.20  SCOST
                                  ---------    ---------
   TOTAL                           91486.23     91486.23

ED ACCOUNTS RECEIVABLE:    0.00 (-30)   0.00 (31-60)   0.00 (61-90)   0.00 (91-120)   0.00 (+)

( ) BILL COSTS AND FEES        ( ) DO NOT BILL
( ) BILL FEES ONLY             ( ) CLOSE FILE
( ) BILL COSTS ONLY            ( ) FINAL BILL