**FILED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

SEP 2 8 2001

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

### THIRD INTERIM APPLICATION FOR PAYMENT OF ACCOUNTANT'S FEES AND EXPENSES

NOW COMES Holmes P. Harden, Trustee in the above-referenced case, and applies to the Court for authority to pay Adams Consulting Group interim accountant's fees and expenses in the amount of Eight Thousand Two Hundred Sixty-Five and 14/100 ($8,265.14) representing compensation in the amount of $7,874.50 and reimbursement of necessary expenses in the amount of $390.64 for services rendered from August 28, 2000 through September 13, 2001. A copy of the accountant's bill is attached to this Application along with biographical information for each accountant rendering the services. In the opinion of the Trustee, such interim accountant's fees and expense reimbursement are reasonable and just.

Respectfully submitted, this 25th day of September, 2001.

_____
Holmes P. Harden
Trustee for Debtor
N. C. State Bar No. 9835
3200 Beechleaf Court
Post Office Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

308377

Copy r'cv'd 9/28/01 AM    12 pg    444

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, Trustee for International Heritage, Inc., do hereby certify that the Third Interim Application for Payment of Accountant's Fees and Expenses, hereto attached, was served upon the parties listed below by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the 25th day of September, 2001.

By: /s/ Holmes P. Harden
Holmes P. Harden
Trustee for Debtor
N. C. State Bar No. 9835
3200 Beechleaf Court
Post Office Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
Post Office Box 3039-Century Station
Raleigh, North Carolina 27602-3039

Craig Adams
Adams Consulting Group, P.A.
3622 Haworth Drive
Raleigh, NC 27609

Terri Gardner
Attorney for Debtor
Smith Debnam Narron & Myers, LLP
P. O. Drawer 1389
Raleigh, NC 27602

308377




**Adams Consulting Group, P.A.**
Certified Public Accountants and
Business Development Advisors

3622 Haworth Drive
Raleigh, NC 27609
tel 919.781.3581
fax 919.881.0611

|  |  |
|---|---|
| **Invoice Date:** | September 20, 2001 |
| **Invoice Number:** | 00102066 |
| **Client Number:** | 9002  007 |

International Heritage, Inc
c/o Mr. Holmes Harden, Trustee
P O Drawer 19764
Raleigh, NC  27619

---

*For professional services rendered:*

Professional services rendered during the period August 26, 2000 through September 19, 2001:

-Preparation of the December 31, 1999 Corporate Federal and North Carolina Income Tax Returns

-Preparation of the December 31, 2000 Corporate Federal and North Carolina Income Tax Returns

-Continuation and completion of preference analysis for benefit of estate

-Analyze insolvency for various periods

See summary and detail of billing attached.


The Chapter 7 was filed on November 28, 1998.

Order to employ Craig A. Adams as Certified Public Accountant was authorized on January 8, 1999.


See detail of prior billings attached.

| | |
|---|---|
| **Total Invoice Amount** | $    8,265.14 |

Client Name: 9002 007 - International Heritage, Inc

PRIOR BILLINGS

| Invoice Number | Invoice Date | Interim Invoices Dates Services Rendered | Services Total | Expenses Total | Invoice Total | Amount Approved | Date Approved | Amount Paid | Amount Outstanding | Write-off |
|---|---|---|---|---|---|---|---|---|---|---|
| 36657 | 09/21/1999 | December 1, 1998 through September 20, 1999 | $ 26,898.50 | $ 540.09 | $ 27,438.59 | $ 27,438.59 | 10/25/1999 | $ 27,438.59 | $ - | $ - |
| 00100994 | 08/30/2000 | September 21, 1999 through August 25, 2000 | $ 9,353.50 | $ 750.58 | $ 10,104.08 | $ 10,104.08 | 10/23/2000 | $ 10,104.08 | $ - | $ - |

Client Name: 98-02675-5 - International Heritage, Inc

## SUMMARY OF TIME AND EXPENSE DETAIL

| Employee Name | | Hours | Rate | Amount |
|---|---|---|---|---|
| Craig Adams | | 13.90 $ | 125.00 | $ 1,737.50 |
| | | 8.80 $ | 130.00 | $ 1,144.00 |
| | CA Subtotal | 22.70 | | $ 2,881.50 |
| Donna McNeal | | 30.80 $ | 65.00 | $ 2,002.00 |
| | | 1.50 $ | 70.00 | $ 105.00 |
| | DM Subtotal | 32.30 | | $ 2,107.00 |
| April Gillespie | | 1.90 $ | 100.00 | $ 190.00 |
| | AG Subtotal | 1.90 | | $ 190.00 |
| Jessie Chang | | 13.40 $ | 100.00 | $ 1,340.00 |
| | KC Subtotal | 13.40 | | $ 1,340.00 |
| Sharon Wilson | | 2.70 $ | 45.00 | $ 121.50 |
| | | 0.30 $ | 50.00 | $ 15.00 |
| | SW Subtotal | 3.00 | | $ 136.50 |
| Patricia Coggins | | 1.20 $ | 40.00 | $ 48.00 |
| | PC Subtotal | 1.20 | | $ 48.00 |
| Ed Martin | | 1.10 $ | 115.00 | $ 126.50 |
| | EM Subtotal | 1.10 | | $ 126.50 |
| Elizabeth Berry | | 9.50 $ | 110.00 | $ 1,045.00 |
| | EB Subtotal | 9.50 | | $ 1,045.00 |
| Total Hours & Fees | | 85.10 | | $ 7,874.50 |
| Total Expenses | | | | $ 390.64 |
| Total Fees & Expenses | | | | $ 8,265.14 |

| Detail Description Activity Performed | Employee | Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| **Services** | | | | | |
| Continue analysis of trustee transactions in order to prepare 1999 federal and NC corporate tax returns | Jessie Chang | 08/28/00 | 2.00 | 100.00 | 200.00 |
| Analyze time transactions and prepare interim invoice | Craig Adams | 08/30/00 | 0.70 | 125.00 | 87.50 |
| Prepare working trial balance and record trustee transactions necessary to prepare 1999 federal and NC corporate tax returns | Jessie Chang | 09/01/00 | 3.90 | 100.00 | 390.00 |
| Continue preparation of 1999 federal and NC corporation income tax returns | Jessie Chang | 09/05/00 | 1.00 | 100.00 | 100.00 |
| Continue preparation of 1999 federal and NC corporation income tax returns | Jessie Chang | 09/06/00 | 1.50 | 100.00 | 150.00 |
| Complete preparation of 1999 federal and NC corporation income tax returns | Jessie Chang | 09/07/00 | 5.00 | 100.00 | 500.00 |
| Review 1999 federal and nc corporate tax returns | April Gillespie | 09/11/00 | 1.90 | 100.00 | 190.00 |
| Preparation of documents for taxing authorities related to 1999 federal and NC tax returns, including 505(b) correspondence | Tricia Coggins | 09/11/00 | 1.20 | 40.00 | 48.00 |
| Finalize 1999 federal and NC corporate tax returns for trustee's review and signature | Donna McNeal | 09/13/00 | 0.10 | 65.00 | 6.50 |
| Partner review and sign 1999 federal and NC corporate tax returns and 505(b) correspondence | Craig Adams | 09/14/00 | 2.10 | 125.00 | 262.50 |
| Transfer necessary documents to zip disk for Phyllis Hill | Sharon Norwood | 09/15/00 | 0.50 | 45.00 | 22.50 |
| Continue with preference analysis for benefit of estate-review voluminous spreadsheets for informantion needed by trustee legal counsel | Craig Adams | 09/27/00 | 1.20 | 125.00 | 150.00 |
| Telephone conference with Holmes Harden and Jenny Johnson regarding preference issues | Craig Adams | 09/28/00 | 0.40 | 125.00 | 50.00 |
| Conference at my office with Holmes Harden, Jenny Johnson, Stephanie Humrickhouse, Phyllis Hill, Gary Mlot and Joan Fleming to discuss preference analysis | Craig Adams | 10/02/00 | 1.60 | 125.00 | 200.00 |
| Review of voluminous excel schedules to attempt to determine why preference scheduled disbursements are producing numerous calls from vendors indicating no payments received when in fact schedules reflect numerous payments | Craig Adams | 10/02/00 | 3.20 | 125.00 | 400.00 |
| Review voluminous vendor information at FBI office to determine if the numerous identified preferences checks actually cleared bank | Donna McNeal | 10/10/00 | 6.50 | 65.00 | 422.50 |

| Detail Description<br>Activity Performed | Employee | Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Conference at FBI office wtih Joan Fleming, Gary Mlot, etc. to review records for additional preference information required | Craig Adams | 10/12/00 | 4.70 | 125.00 | 587.50 |
| Continue reviewing voluminous vendor information at FBI office to determine if the numerous identified preferences checks actually cleared bank | Donna McNeal | 10/12/00 | 6.50 | 65.00 | 422.50 |
| Try to print check registers from Great Plains software to assist with preference analysis | Sharon Norwood | 10/12/00 | 2.20 | 45.00 | 99.00 |
| Continue reviewing voluminous vendor information at FBI office to determine if the numerous identified preferences checks actually cleared bank | Donna McNeal | 10/13/00 | 5.50 | 65.00 | 357.50 |
| Continue reviewing voluminous vendor information at FBI office to determine if the numerous identified preferences checks actually cleared bank | Donna McNeal | 10/25/00 | 3.70 | 65.00 | 240.50 |
| Continue reviewing voluminous vendor information at FBI office to determine if the numerous identified preferences checks actually cleared bank | Donna McNeal | 10/27/00 | 4.50 | 65.00 | 292.50 |
| Complete reviewing voluminous vendor information at FBI office to determine if the numerous identified preferences checks actually cleared bank | Donna McNeal | 10/31/00 | 4.00 | 65.00 | 260.00 |
| Prepare extensions of time to file for 2000 federal and NC corporate tax returns | Sharon Norwood | 03/15/01 | 0.30 | 50.00 | 15.00 |
| Insolvency analysis for trustee counsel for various periods | Craig Adams | 05/03/01 | 3.80 | 130.00 | 494.00 |
| Continue insolvency analysis for trustee counsel for various periods | Craig Adams | 05/04/01 | 0.30 | 130.00 | 39.00 |
| Prepare documents for Stephanie Humrickhouse's court appearance | Donna McNeal | 05/29/01 | 0.30 | 70.00 | 21.00 |
| Review file to determine additional information required to file tax returns | Elizabeth Berry | 08/29/01 | 0.10 | 110.00 | 11.00 |
| Summarize 2000 transactions; prepare 12/31/00 trial balance; begin preparing 2000 federal & NC corporate income tax returns | Elizabeth Berry | 09/04/01 | 4.90 | 110.00 | 539.00 |
| Research AMT for corporations in chapter 7; telephone with Jim Shepard re: same - have to calculate AMT on corporations | Elizabeth Berry | 09/04/01 | 0.80 | 110.00 | 88.00 |
| Assist with preparation of 2000 income tax returns, necessary due to complex AMT calculation and classification of complex financial transactions, includes conferences with Ed Martin, Elizabeth Berry, and Holmes Harden re: SEC and Van Etten Settlements | Craig Adams | 09/05/01 | 1.30 | 130.00 | 169.00 |

| Detail Description / Activity Performed | Employee | Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Assist with preparation of 2000 income tax returns, necessary due to complex AMT calculation and classification of complex financial transactions, includes conferences with Craig Adams, Elizabeth Berry, and Holmes Harden re: SEC and Van Etten Settlements | Ed Martin | 09/05/01 | 1.10 | 115.00 | 126.50 |
| Meeting with Craig Adams & Ed Martin re: complicated AMT tax calculation and classification of complex financial transactions; then telephone with Martin and Harden re: clarification of nature of bond refunds and other receipts and correct classification thereof (income vs. non-income) | Elizabeth Berry | 09/05/01 | 1.00 | 110.00 | 110.00 |
| Summarize settlement with SEC & determine tax consequences of receipts; Complete preparation of 2000 federal and NC corporate income tax returns | Elizabeth Berry | 09/05/01 | 2.60 | 110.00 | 286.00 |
| Review 2000 federal and NC corporate income tax returns | Craig Adams | 09/06/01 | 2.60 | 130.00 | 338.00 |
| Prepare documents for for taxing authorities and trustees related to the 2000 federal and NC coporate tax returns | Donna McNeal | 09/10/01 | 1.20 | 70.00 | 84.00 |
| Partner review and sign federal and NC 2000 corporate income tax returns and attached 505(b) correspondence. | Craig Adams | 09/12/01 | 0.80 | 130.00 | 104.00 |
| Telephone with Jenny Johnson re: status of tax return and time to send interim bill | Elizabeth Berry | 09/12/01 | 0.10 | 110.00 | 11.00 |
| Total Services | | | 85.10 | 3,675.00 | 7,874.50 |

| Expenses | | | | | |
|---|---|---|---|---|---|
| Certified postage expense to IRS for 12/31/99 tax return | Administrative General | 09/15/00 | | | 3.42 |
| Certified postage expense to IRS District Director for 12/31/99 tax return | Administrative General | 09/15/00 | | | 3.64 |
| Certified postage expense to NCDR (Angela Fountain) for 12/31/99 tax return | Administrative General | 09/15/00 | | | 4.08 |
| Computer expense for 12/31/99 tax returns | Administrative General | 09/15/00 | | | 135.00 |
| Copy charges for 12/31/99 tax returns | Administrative General | 09/15/00 | | | 31.00 |
| UPS charges | Administrative General | 09/22/00 | | | 45.50 |
| Computer expense for 12/31/00 tax returns | Administrative General | 09/13/01 | | | 135.00 |
| Postage expense for tax documents to go to trustee; certified postage for tax documents to go IRS, IRS District Director, and NCDR | Administrative General | 09/13/01 | | | 16.00 |
| Copy charges for the 12/31/00 tax returns | Administrative General | 09/13/01 | | | 17.00 |

**Detail Description**

| Activity Performed | Employee | Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| | | **Total Expenses** | | 0.00 | 390.64 |
| | | **Total Invoice Amount** | 85.10 | 3,675.00 | $ 8,265.14 |

| | | |
|---|---|---|
| **Beginning Balance** | | 0.00 |
| Current Activity: | | |
| Billings | | 8,265.14 |
| **Net Due** | $ | **8,265.14** |

---

**NET DUE UPON RECEIPT**

Payment: ___Check ___Mastercard ___Visa    Expiration Date ___/___/_____    Amount $_____

_____    _____
Card Number                              Cardholder's Signature

Accounts with unpaid balances over 30 days old will be charged finance charges of 18%, per annum. If you have any questions about your bill, please contact us. We will be happy to assist you. Thank you for your business.

## Professional Team at Adams Consulting Group, PA

Craig A. Adams; Principal; Adams Consulting Group, P.A.; North Carolina State University, 1979, (BA in Accounting); Certified Public Accountant licensed in the State of North Carolina; Member of American Institute of Certified Public Accountants; Past Board Member of North Carolina State Board of Certified Public Accounting Examiners; 18 years experience.

Ed Martin; Adams Consulting Group, PA. East Carolina University, 1986 (B.S. in Accounting); Certified Public Accountant licensed in the State of North Carolina; Member of North Carolina Association of Certified Public Accountants and American Institute of Certified Public Accountants; 12 years experience.

Elizabeth C. Berry; Adams Consulting Group, P.A.; North Carolina State University, 1990, (BA in Accounting); University of North Carolina at Chapel Hill, 1989 (BA in English); Certified Public Accountant licensed in the State of North Carolina; Certified Insolvency and Restructuring Advisor; Member of American Institute of Certified Public Accountants, Association of Insolvency and Restructing Advisors, North Carolina Association of Certified Public Accountants, and Associate Member of Association of Certified Fraud Examiners; 11 years public accounting experience.

Samuel P. Yenne; Director, Business Development Advisory Services; Adams Consulting Group PA; University of Idaho, 1983 (BS); 1986 (MS); Virginia Polytechnic Institute and State University, 1986 (Ph.D.); Duke University 1995 (MBA); Member of Institute of Management Accountants. 10 years experience.

Roxane L. Gabrielson, Adams Consulting Group, PA; Wilmington College, 1990 (B A Accounting); Wilmington College, 1993 (Master of Business Administration); Certified Public Accountant licensed in the State of North Carolina and the State of Delaware; Member of the North Carolina Association of Certified Public Accountants, Delaware Society of Certified Public Accountants, and the American Institute of Certified Public Accountants; 18 years total experience, 8 years public accounting experience.

April W. Gillespie; Adams Consulting Group, PA. Bob Jones University, 1982, (B.A in Accounting); Certified Public Accountant licensed in the State of North Carolina; Member of North Carolina Association of Certified Public Accountants and American Institute of Certified Public Accountants; 14 years of experience.

Kelly M. Carter; Bankruptcy Manager; Adams Consulting Group, PA; North Carolina State University, 1988, (B A, Accounting); Certified Public Accountant licensed in the State of North Carolina; Member of North Carolina Association of Certified Public Accounts and American Institute of Certified Public Accountants; 10 years experience.

Jessie H. F. Chang; Adams Consulting Group, PA; Texas Tech University, 1984 (B A in Accounting); Texas Tech University (M S in Accounting--Taxation); Certified Public Accountant licensed in State of North Carolina; Member of North Carolina Association of Certified Public

Revised 07/17/2001                                                                                                                1

Accountants, Tennessee Society of Certified Public Accountants, and American Institute of Certified Public Accountants; 11 years experience.

Jeannine Molek; Adams Consulting Group, P.A.; Pennsylvania State University, 1992 (B.S. in Accounting); Certified Public Accountant licensed in the State of North Carolina; Member of North Carolina Institute of Certified Public Accountants and American Institute of Certified Public Accountants; 10 years experience.

Cynthia B. Parrish; Adams Consulting Group, PA; University of North Carolina at Chapel Hill, 1991, (B A, Industrial Relations); Guilford College, 1995 (Certificate of Accounting); Certified Public Accountant licensed in the State of North Carolina; member of North Carolina Insititute of Certified Public Accountants and American Institute of Certified Public Accountants; 9 years total experience, 3 years public accounting experience.

Kaylor Gregory; Staff Accountant/Paraprofessional; Adams Consulting Group, PA, 12 years accounting experience including preparation of financial statements and payroll reports; reconciling bank accounts.

Nancy Board; Staff Accountant/Paraprofessional; Adams Consulting Group, PA, University of Buffalo, (BS in Education); University of Maryland (BS in Accounting).

Richele Spruill; Staff Accountant/Paraprofessional; Adams Consulting Group, PA, East Carolina University, 1990, (B S, Business Administration); 9 years experience.

Cynthia R. Mandel; Accounting Services; Adams Consulting Group, PA; College of Saint Elizabeth, Madison, New Jersey, 1985 (B.S., Business Management/Accounting & Marketing); 7 years experience.

Susan B. Grimshaw; Accounting Services; Adams Consulting Group, PA; University of North Carolina at Wilmington, Wilmington, North Carolina, 1996 (B.S. in Accounting); 2 years experience.

Donna McNeal; Administrator (Paraprofessional); Adams Consulting Group, PA; A.A.S. Degree, Wake Technical College (1982); Continuing Education accounting courses at Wake Technical College; 13 years accounting experience including preparation of financial statements and payroll reports; reconciling bank accounts; analyzing and collecting accounts.

Patricia Coggins; Administrative Assistant; Adams Consulting Group, (B.A., Salem College, MBA, Meredith College) 12 years experience.

Patricia Barnes; Administrative Assistant; Adams Consulting Group, North Carolina State University, (BS, Social Work), 12 year experience.

STATE OF NORTH CAROLINA

COUNTY OF WAKE                                                                            VERIFICATION

Elizabeth C. Berry, being first duly sworn, deposes and says:

That Craig A. Adams is the court appointed Certified Pulic Accountant in the accounting firm of Adams Consulting Group, P.A., the bankruptcy estate's general accountant in this action, and that she has read the foregoing Application for Certified Public Accountant for the Trustee for Interim Allowance of Compensation and Reimbursement of Expenses and prepared the itemization of expenses and detail of services rendered attached to it; that the matters and things alleged therein are true of her own knowledge, except those matters alleged on information and belief and as those she believes the same to be true.

This the 20 day of September 2001.



_Elizabeth C. Berry_

Elizabeth C. Berry

Sworn to and subscribed before me,
This 20th day of September 2001.

_Sharon S Norwood_
Notary Public

My Commission Expires: November 19, 2003

FeeAppAffidavit,Interim,Craig