**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

**FILED**

OCT 0 1 2001

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| INTERNATIONAL HERITAGE, | ) | CHAPTER 7 |
| INCORPORATED, | ) | CASE NO. 98-02674-5-ATS |
| | ) | |
| Debtors. | ) | |

**INTERIM APPLICATION FOR SPECIAL ATTORNEY**
**FOR TRUSTEE FEE AND EXPENSE REIMBURSEMENT**

The undersigned Stephani W. Humrickhouse of Nicholls & Crampton, P.A. ("Applicant") applies to the Court for the entry of an Order approving and authorizing interim Special Attorney for Trustee fees for the period July 1, 2001 to August 31, 2001 in the amount of $6,798.50 and expense reimbursement in the amount of $578.81. In support of said Interim Application, Applicant respectfully shows the Court the following:

1.      Applicant has acted as Special Attorney for the Trustee since employed and appointed by Order dated January 28, 1999. The services rendered by Applicant and members of its firm have been substantial and Applicant believes that allowance of a fee in full at this time is appropriate and necessary. Additionally, in light of the substantial commitment of time and resources by the Applicant and her firm during this period evaluating the ninety-one (91) avoidance actions initiated and settlement offers associated therewith, applicant requests that the Court consider this Application at this time notwithstanding the fact that the previous fee application was filed less than 120 days ago on July 30, 2001.

2.      Fees in the amount of $119,735.00 and expenses in the amount of $4,668.02 have been applied for by the Applicant and approved by the Court prior to this Application. However, $22,803.00 of that $119,735.00 was applicable to the representation of the Trustee in his claims against the Debtor's principal, Stanley Van Etten and not related to the prosecution of general avoidance actions.

3.      To date, the Applicant has delivered the total sum of $268,187.15 to the Trustee for preferences, which includes $67,712.51 collected prior to the initiation of the adversary proceedings and $225,474.64 collected as a result of the adversary proceedings. Monies are collected by the Applicant and delivered to the Trustee to hold in trust pending Court approval. The status of the adversary proceeding cases is as follows:

446

a. 39 adversary proceedings have been settled in the sum of $198,297.88 and approved by the Court.

b. 7 adversary proceedings have been settled in the sum of $106,707.00 and are pending court approval.

c. Default Judgment has been entered in 16 adversary proceedings (3 of which have been satisfied in the sum of $9,703.76).

d. 13 adversary proceedings have been dismissed because of a complete defense by the Defendant or the inability to locate the Defendant (one of which is pending court approval).

e. Judgment has been entered in one adversary proceeding after trial in the amount of $2,620.00.

f. 6 adversary proceedings have been settled and payment is pending.

g. 10 adversary proceedings are presently set for trial.

4.     A Summary of Services Rendered which indicates the name of the attorney or paralegal, the hours spent, the hourly rate and total compensation requested is attached as Exhibit A. Attached as Exhibit B is a breakdown by hours and description of the services rendered in connection with this Application. Services rendered were reasonable and necessary in the proper representation of the Trustee. Said Exhibit B reflects an itemization of expenses incurred on behalf of the Trustee by category totals. A separate statement has been created for each adversary proceeding in which time has been entered so that settlement offers can be evaluated more efficiently.

5.     The Trustee's agreement to pay the fees at the rates set out herein are substantiated in its Application by Trustee for Authority to Employ and Appoint Attorney Specially dated January 27, 1999. Stephani W. Humrickhouse has rendered professional services of not less than 34.5 hours and that for such professional services Trustee agreed to pay the rate of $165.00 per hour. Phyllis W. Hill has rendered paralegal services of not less than 11.1 hours and that for such paralegal services Applicant is regularly paid at the rate of $70.00 per hour. Sandra T. Waller has rendered paralegal services of not less than .2 hours and that for such paralegal services Applicant is regularly paid at the rate of $70.00. Mary J. Baird has rendered paralegal services of not less than 4.5 hours and that for such paralegal services Applicant is regularly paid at the rate of $70.00.

6.     Stephani W. Humrickhouse is a Partner with Nicholls & Crampton, P.A. She is a Board Certified Specialist in Bankruptcy Law by the North Carolina State Bar Board of Legal Specialization, is a former member of the Bankruptcy Council of the North Carolina Bar Association, previously served as Chairman of its Continuing Legal Education Committee, is a Certified Bankruptcy Specialist by the American Bankruptcy Certification Board and is an experienced Chapter 11 bankruptcy practitioner. Humrickhouse was admitted to the bar in 1980. Humrickhouse regularly charges and has been paid as her ordinary rate $210.00 per hour. However, based on Court guidelines for the representation of the Trustee, she has only charged $165.00 per hour during the time period covered by this Application in this case.

2

7.     Phyllis W. Hill is a Paralegal with Nicholls & Crampton, P.A.  She attended the University of Tennessee in Knoxville, TN majoring in Business Administration and received her paralegal/legal assistant degree from UT.  She has been a paralegal since 1977 with seven years experience in Tax, Estate Planning, Trust and Estate Administration in Knoxville, TN, eight years experience in Civil Litigation with Hunton & Williams in Raleigh, NC and has been with Nicholls & Crampton since February, 1993, concentrating in Bankruptcy.

8.     Sandra T. Waller is a Paralegal with Nicholls & Crampton, P.A.  She attended Florida State University, Tallahassee, FL and received her paralegal/legal assistant training at Lively Vocational/Technical School, Tallahassee, FL.  She has been a paralegal since 1982 with experience in Personal Injury, Medical Malpractice and Litigation.  She has been employed at Nicholls & Crampton since January, 1998, concentrating in Bankruptcy.

9.     Mary Jane Baird is a Paralegal with Nicholls & Crampton, P.A.  She has been a paralegal for 24 years with experience in Medical Malpractice and Insurance Defense.  She was last employed with the law firm of Maloof, Lebowitz, Conahan and Oleske in Chatham, New Jersey for 17 years.  She has been employed with Nicholls & Crampton since December, 2000, concentrating in Bankruptcy.

10.     Copying charges are recorded by client identification number, pursuant to a control counting device connected to Applicant's copying machine.  The copying charges are read by Applicant's Office Administrator twice monthly, at mid and end month, and entered into the Accounting Package on those "read" dates.  Applicant does not have the ability to further break down the dates such copying charges were incurred other than as expressed above

11.     Postage charges for are entered cumulatively at month's end.

12.     Copies are charged at 20¢ per page, and fax transmissions are charged at $1.00 per page for out-going transmissions, with no charge for incoming faxes.  Deliveries are charged at the rate of $7.50.  Mileage reimbursement was made at the rate of 31¢ per mile.

13.     The best interests of Trustee, the Debtor, and the Estates will be served by the allowance of this Application in full.

WHEREFORE, Applicant respectfully requests the Court for the entry of an Order allowing and authorizing Special Attorney for Trustee fees in the amount of $6,798.50 and expense reimbursement in the amount of $578.31.

This the 1st day of _October_, 2001.

*Stephani W. Humrickhouse*
Stephani W. Humrickhouse
State Bar No. 9528
Attorney for Trustee
Nicholls & Crampton, P.A.
Post Office Box 18237
Raleigh, NC  27619
Telephone:  919/781-1311

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                    )
                                          )          CHAPTER 7
INTERNATIONAL HERITAGE, INC.              )          CASE NO. 98-02675-5-ATS
                                          )
INTERNATIONAL HERITAGE,                   )          CHAPTER 7
INCORPORATED,                             )          CASE NO. 98-02674-5-ATS
                                          )
                    Debtors.              )

## SUMMARY OF SERVICES RENDERED
Nicholls & Crampton, P.A.

From July 1, 2001 to August 31, 2001, the undersigned person/firm has performed professional services for this estate in the capacity of attorney for the Trustee during the Chapter 7 case. Attached hereto is an itemization of time expended and expenses incurred in the performance of these professional services.

| NAME | TITLE | HOURS SPENT | HOURLY RATE | TOTAL |
|------|-------|-------------|-------------|-------|
| Stephani W. Humrickhouse | Partner | 34.5 | $165.00 | $5,692.50 |
| Phyllis W. Hill | Paralegal | 11.1 | $ 70.00 | $ 777.00 |
| Sandra T. Waller | Paralegal | .2 | $ 70.00 | $ 14.00 |
| Mary J. Baird | Paralegal | 4.5 | $ 70.00 | $ 315.00 |

TOTAL FEES               $6,798.50

TOTAL EXPENSES   $   578.81

TOTAL AMOUNT REQUESTED   $7,377.31

O:\CHP7TR\InternationalHeritage\attyfee.sum.007.wpd

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

Invoice   36831

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-001 SH/G - International Heritage, Inc - Chapter 7

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 07/04/01 | P33 | Review of active case files w/trial dates, possible settlement, prepare status summary | 2.50 |
| 07/07/01 | PL9 | Work on AP case status chart and trial chart. | 1.00 |
| 07/09/01 | HUM | Respond to accountant's inquiry letter | .40 |
| 07/13/01 | HUM | Work on fee application | .50 |
| 07/28/01 | PL9 | Work on attorney for trustee fee application. | .50 |
| 07/30/01 | HUM | Evaluate AP status, review open files. | 1.50 |
| 08/21/01 | PL9 | Update case status chart. | .70 |

Fees Billed                       $     725.00

Disbursements
--------------

| | | |
|---|---|---|
| Delivery Charge | $ | 52.50 |
| Fax | $ | 17.00 |
| 546 Copies at .20 each | $ | 109.20 |
| Postage | $ | 3.50 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

TO
   Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh          NC 27604

Invoice   36831
Page       2

Client Id. 00-12075
Matter Id. 000-000-001 SH/G - International Heritage, Inc - Amount Paid: _____

Return Upper Portion With Payment

| | | |
|---|---|---|
| Telephone Charges | $ | 37.00 |
| Total Disbursements | $ | 219.20 |
| Total Current Bill | $ | 944.20 |
| Balance Due | $ | 944.20 |

### Fee Summary

M J Baird-Paralegal worked 2.50 hours at $ 70 an hour
Paralegal PWH worked 2.20 hours at $ 70 an hour.
S W Humrickhouse worked 2.40 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01                                                          Invoice    36832

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-013 SWH - Intn'lHeritageInc / Image Assoc Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours | | |
|---|---|---|---|---|---|
| 07/07/01 | PL9 | Letter to Trustee with settlement payment. | .30 | | |
| | | Fees Billed | | $ | 21.00 |

Disbursements
-------------

| | | | |
|---|---|---|---|
| Postage | $ | .34 | |
| 4 Copies at .20 each | $ | .80 | |
| Total Disbursements | | $ | 1.14 |
| Total Current Bill | | $ | 22.14 |
| Balance Due | | $ | 22.14 |

Fee Summary

Paralegal PWH worked .30 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

Invoice    36833

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-020 SWH - Intn'lHeritageInc - NiagaraFrontierTravelSer

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 07/02/01 | HUM | Call from Alan McGinnis re: settlement | .30 |
| 07/05/01 | HUM | Call to McGinnis re: settlement | .20 |
| 07/06/01 | HUM | Call from Alan McGinnis re: settlement, Call to Clerk, Harden & Adams re: same | .80 |
| 07/09/01 | HUM | Letter to Court re: settlement | .20 |
| 08/15/01 | HUM | Review settlement, transmit to Harden | .30 |

Fees Billed                         $      297.00

Disbursements
--------------

Postage                    $     2.04

Fax                        $    12.00

22 Copies at .20 each      $     4.40

Delivery Charge            $     7.50

Total Disbursements    $      25.94

Total Current Bill     $     322.94

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

Invoice    36833
Page         2

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                NC 27604

Client Id. 00-12075
Matter Id. 000-000-020 SWH - Intn'lHeritageInc - NiagaraFrontierTravelSer

Amount Paid:

Return Upper Portion With Payment

Balance Due              $      322.94

Fee Summary

S W Humrickhouse worked 1.80 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

Invoice    36834

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-021 SWH - Intn'lHeritageInc - Printing Plus, Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | | Description | Hours |
|------|------|-------------|------|
| 07/16/01 | HUM | Conf. with J. Majewski re: new value defense | .40 |
| 07/19/01 | HUM | Prepare for and meet with J. Majewski | 2.20 |

| | |
|---|---|
| Fees Billed | $   429.00 |
| Total Current Bill | $   429.00 |
| Balance Due | $   429.00 |

Fee Summary

S W Humrickhouse worked 2.60 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Invoice    36835

Client Id. 00-12075
Matter Id. 000-000-025 SWH — Intn'lHeritageInc — TheAlphaOmegaConst. Corp

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 07/11/01 | HUM | Finalize motion to compromise | .30 |
| 08/20/01 | HUM | Dismiss case | .20 |
| 08/21/01 | PL9 | Prepare Voluntary Dismissal with Prejudice for filing, serve Order approving compromise and settlement. | .60 |

Fees Billed                          $    124.50

Disbursements
--------------

| | | | |
|---|---|---|---|
| Postage | | $ | 1.02 |
| 16 Copies at .20 each | | $ | 3.20 |

Total Disbursements   $      4.22

Total Current Bill    $    128.72

Balance Due           $    128.72

Fee Summary

S W Humrickhouse worked .50 hours at $165 an hour.
Paralegal PWH worked .60 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311     Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

Invoice     36836

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-027 SWH - Intn'lHeritageInc - Edmundo & Lisa Colorado

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | | Description | Hours |
|------|-----|-------------|------|
| 08/02/01 | HUM | Conf. with Brewer re: continuances | .20 |
| 08/06/01 | HUM | Conf. with Billy Brewer re: continuances | .20 |

|  |  |  |
|------|---|--------|
| Fees Billed | $ | 66.00 |
| Total Current Bill | $ | 66.00 |
| Balance Due | $ | 66.00 |

Fee Summary

S W Humrickhouse worked .40 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

Invoice    36837

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh           NC 27604

Client Id. 00-12075
Matter Id. 000-000-033 SWH — Intn'lHeritageInc ~ MikeSenio/DimmockHillGol

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 07/07/01 | HUM | Review discovery responses | 1.50 |
| 07/16/01 | HUM | Conf. with Meschan re: document retrieval from FBI | .20 |
| 08/01/01 | HUM | Various confs. with Meschan re: discovery | .60 |
| 08/02/01 | HUM | Prepare for and attend 2004 of Raser | 3.20 |
| 08/11/01 | HUM | Prepare for trial | .50 |
| 08/27/01 | HUM | Respond to discovery email from Meschen | .20 |

Fees Billed                    $   1,023.00

Disbursements
--------------
3 Copies at .20 each              $        .60

Copy of Deposition (Harper (IHI) v. Senio $    181.55

Total Disbursements    $      182.15

Total Current Bill     $    1,205.15

Balance Due            $    1,205.15
                       =============

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

TO
    Holmes P. Harden
    c/o Maupin, Taylor & Ellis, PA
    3200 Beechleaf Ct. POB 19764
    Raleigh           NC 27604

Invoice   36837
Page        2

Client Id. 00-12075
Matter Id. 000-000-033 SWH - Intn'lHeritageInc - MikeSenio/DynamicDrilling1

Amount Paid:

Return Upper Portion With Payment

### Fee Summary

S W Humrickhouse worked 6.20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

Invoice    36838

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                NC 27604

Client Id. 00-12075
Matter Id. 000-000-039 SWH - Intn'lHeritageInc - Win Capital Corp.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 07/11/01 | HUM | Finalize motion to compromise | .30 |
| 08/21/01 | PL9 | Prepare Voluntary Dismissal with Prejudice, serve Order approving compromise and settlement. | .60 |
| 08/21/01 | HUM | Finalize dismissal. | .20 |

Fees Billed                        $      124.50

Disbursements
--------------

Postage                          $       .68

17 Copies at .20 each            $      3.40

Total Disbursements    $        4.08

Total Current Bill     $      128.58

Balance Due            $      128.58
                       ============

Fee Summary

S W Humrickhouse worked .50 hours at $165 an hour.
Paralegal PWH worked .60 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01                                                    Invoice    36839

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                NC 27604

Client Id. 00-12075
Matter Id. 000-000-041 SWH - Intn'l Heritage Inc / Vertex, Inc.

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 07/11/01 | HUM | Conf. with Bob Sylvester re: compromise of judgment (.3); Response letter to Sylvester (.3) | .60 |
| 08/07/01 | PL9 | Letter to Trustee with settlement check. | .30 |
| 08/13/01 | PL9 | Letter to Defendant with proof of claim, draft Certificate of Satisfaction of Judgment for filing. | .70 |

|  |  |
|--|--|
| Fees Billed | $    169.00 |

Disbursements
-------------

| Postage | $    1.02 |
|---------|-----------|
| Fax | $    3.00 |
| 10 Copies at .20 each | $    2.00 |

| Total Disbursements | $      6.02 |
|---------------------|-------------|
| Total Current Bill | $    175.02 |
| Balance Due | $    175.02 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

Invoice      36839
Page            2

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-041 SWH - Intn'l Heritage Inc / Vertex, Inc.

Amount Paid: _____

Return Upper Portion With Payment

### Fee Summary

S W Humrickhouse worked .60 hours at $165 an hour.
Paralegal PWH worked 1.00 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

Invoice    36840

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-043 SWH - Intn'l Heritage Inc / DMax Imaging Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 08/23/01 | P20 | Phone call from S. Staton re: discovery and continuance of trial | .10 |
| 08/23/01 | PL9 | Tele. call from Shawna Staton, attorney for defendant regarding continuation of trial. | .20 |
| 08/29/01 | HUM | Review motion for continuance | .10 |

|  |  |
|---|---|
| Fees Billed | $    37.50 |
| Total Current Bill | $    37.50 |
| Balance Due | $    37.50 |

Fee Summary

S T Waller worked .10 hours at $ 70 an hour.
Paralegal PWH worked .20 hours at $ 70 an hour.
S W Humrickhouse worked .10 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

Invoice    36841

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-044 SWH - Intn'lHeritageInc / EBSCO Ind. dba Vulcan B

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 06/15/01 | PL9 | Letter to Defendant's attorney with proof of claim, letter to Trustee with settlement check. | .50 |
| 07/11/01 | HUM | Finalize motion to compromise | .30 |
| 08/20/01 | HUM | Dismiss case | .20 |
| 08/21/01 | PL9 | Draft Voluntary Dismissal with Prejudice for filing, serve Order approving compromise and settlement. | .60 |

Fees Billed                              $    159.50

Disbursements
---------------

Postage                        $    1.36

16 Copies at . 20 each         $    3.20

Total Disbursements    $      4.56

Total Current Bill     $    164.06

Balance Due            $    164.06
=============

Fee Summary

Paralegal PWH worked 1.10 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

Invoice    36841
Page        2

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-044 SWH - Intn'lHeritageInc./ EBSCO Ind. Amount Paid:            B

Return Upper Portion With Payment

S W Humrickhouse worked .50 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.
### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

Invoice    36842

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-045 SWH - Intn'l Heritage Inc / Tyra Intn'l Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | | |
|---|---|---|---|---|
| 07/07/01 | HUM | Review responses to discovery requests (.8); Letter to Brent Wood re: product produced but not shipped (.3) | 1.10 | |
| 08/10/01 | HUM | Conf. with Brent Wood re: continuance | .20 | |

Fees Billed                              $     214.50

Disbursements
--------------

Postage                          $      .68

Fax                              $     3.00

Total Disbursements       $       3.68

Total Current Bill        $     218.18

Balance Due               $     218.18

Fee Summary

S W Humrickhouse worked 1.30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01                                                                    Invoice    36843

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-049 SWH - Intn'lHeritageInc / Brown,McLeod&Johnsen,CPA

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 07/10/01 | HUM | Call to Julie King re: release language | .30 |
| 07/12/01 | HUM | Review release prepared by Julie King and respond | .50 |
| 07/12/01 | PL9 | Letter to defendant's attorney with proof of claim, letter to Trustee with settlement check, prepare Statement of Intent to Settle for filing. | .80 |
| 07/16/01 | HUM | Letter to Harden re: release | .20 |

Fees Billed                         $      221.00

Disbursements
--------------

Postage                    $     1.02

Fax                        $     3.00

16 Copies at .20 each      $     3.20

Total Disbursements    $        7.22

Total Current Bill     $      228.22

Balance Due            $      228.22
                       =============

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**A T T O R N E Y S  A T  L A W**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

Invoice    36843
Page       2

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh           NC 27604

Client Id. 00-12075
Matter Id. 000-000-049 SWH - Intn'lHeritageInc / Brown,McLeod&Johnson,CPA

Amount Paid:

Return Upper Portion With Payment

### Fee Summary

S W Humrickhouse worked 1.00 hours at $165 an hour.
Paralegal PWH worked .80 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

Invoice    36844

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-051 SWH - Intn'l Heritage Inc / Claude Savage

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | | |
|---|---|---|---|---|
| 08/02/01 | HUM | Conf. with Brewer re: continuances | .20 | |
| | | Fees Billed | $ | 33.00 |
| | | Total Current Bill | $ | 33.00 |
| | | Balance Due | $ | 33.00 |

Fee Summary

S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

Invoice    36845

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-053 SWH - Intn'lHeritageInc / DechertfkaDechert,Price&

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | | Description | Hours |
|---|---|---|---|
| 07/07/01 | HUM | Finalize discovery responses | 2.20 |
| 08/01/01 | HUM | Call from Stephen Gordon, review ordinary course summary sheet, settlement negotiation | 1.50 |
| 08/13/01 | PL9 | Letter to defendant with proof of claim, letter to Trsutee with settlement check. | .70 |

Fees Billed                          $      659.50

Disbursements
----------------

Postage                          $     1.94

48 Copies at .20 each            $     9.60

Total Disbursements     $      11.54

Total Current Bill      $     671.04

Balance Due             $     671.04

Fee Summary

S W Humrickhouse worked 3.70 hours at $165 an hour.
Paralegal PWH worked .70 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

Invoice    36846

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-057 SWH - Intn'l Heritage, Inc. / Mandy Herrin

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 08/11/01 | HUM | Review in preparation for trial | .30 |
| 08/13/01 | PL9 | Tele. call to Defendant regarding continuation of trial per her request, draft Motion and Order. | .70 |
| 08/20/01 | HUM | Settlement letter to Herrin | .30 |
| 08/28/01 | P20 | Draft Statement regarding Intent to Move for Auth. to Compromise | .10 |
| 08/28/01 | HUM | Call to settle case (.3); Prepare statement re: compromise (.2) | .50 |

Fees Billed                       $    237.50

Disbursements
--------------
Postage                              $      .34

22 Copies at .20 each                $     4.40

Fax                                  $     3.00

Delivery Charge                      $     7.50

Total Disbursements        $     15.24

Total Current Bill         $    252.74

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

TO
   Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh          NC 27604

Invoice    36846
Page            2

Client Id. 00-12075
Matter Id. 000-000-057 SWH - Intn'l Heritage, Inc. / Mandy Helpin

Amount Paid: _____

Return Upper Portion With Payment

Balance Due        $    252.74

### Fee Summary

S W Humrickhouse worked 1.10 hours at $165 an hour.
Paralegal PWH worked .70 hours at $ 70 an hour.
S T Waller worked .10 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01                                                                Invoice    36847

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-062 SWH - Intn'lHeritageInc / EBHDist.LLC dba EBHarvey

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | | |
|---|---|---|---|---|
| 07/09/01 | HUM | Email Brent Wood re: status | .20 | |
| 07/11/01 | HUM | Finalize motion to compromise | .30 | |
| 08/20/01 | HUM | Dismiss case | .20 | |
| 08/21/01 | PL9 | Prepare Voluntary Dismissal with Prejudice for filing, serve Order approving compromise and settlement. | .60 | |

Fees Billed                        $      157.50

Disbursements
-------------
Postage                              $       .68

16 Copies at .20 each                $      3.20

Total Disbursements    $      3.88

Total Current Bill     $    161.38

Balance Due            $    161.38
==============

Fee Summary

S W Humrickhouse worked .70 hours at $165 an hour.
Paralegal PWH worked .60 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road--Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

Invoice    36848

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-063 SWH - Intn'l Heritage Inc / Evonne Eckenroth

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 07/12/01 | HUM | Call to J. Angell re: settlement | .20 |
| 07/13/01 | HUM | Conf. with J. Angell re: set off issue (.2); Review set off documentation (.5) | .70 |
| 07/18/01 | HUM | Review 7026 disclosures | .20 |
| 07/27/01 | P33 | Drafting/preparation and filing of Trustee/Plaintiff's Rule 26(a) and Rule 7026 Disclosure. | .30 |
| 07/30/01 | HUM | Finalize Rule 26 disclosures. | .20 |

Fees Billed                              $      235.50

Disbursements
--------------
Postage                        $        .34

16 Copies at .20 each          $       3.20

Total Disbursements       $        3.54

Total Current Bill        $      239.04

Balance Due               $      239.04

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).