In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

Invoice      36848
Page             2

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-063 SWH - Int'l Heritage Inc. / Evonne Eckerbroth

Amount Paid: _____

Return Upper Portion With Payment

Fee Summary

S W Humrickhouse worked 1.30 hours at $165 an hour.
M J Baird-Paralegal worked .30 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

Invoice    36849

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-064 SWH - Intn'lHeritageInc / O.KennethRudd,III

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|------|
| 07/07/01 | HUM | Review calculations | .20 |
| 07/11/01 | HUM | Respond to Yaeger letter with financial statement | .30 |
| 07/11/01 | P33 | Drafting/preparation and filing of Statement Regarding Intent to Move for Authority to Compromise. | .30 |
| 07/17/01 | HUM | Call to Clerk's office re: settlement | .20 |

Fees Billed                              $      136.50

Disbursements
----------------

| | | |
|---|---|---|
| Postage | $ | .34 |
| Fax | $ | 3.00 |
| Delivery Charge | $ | 7.50 |
| 8 Copies at .20 each | $ | 1.60 |

Total Disbursements          $      12.44

Total Current Bill           $      148.94

Balance Due                  $      148.94

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

Invoice   36849
Page         2

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-064 SWH - Intn'lHeritageInc / O.KennethRudd.III

Amount Paid: _____

Return Upper Portion With Payment

Fee Summary

S W Humrickhouse worked .70 hours at $165 an hour.
M J Baird-Paralegal worked .30 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

Invoice   36850

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-065 SWH - Intn'l Heritage Inc / Jewels by Evonne, Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | | Description | Hours |
|---|---|---|---|
| 07/12/01 | HUM | Call to J. Angell re: settlement | .20 |
| 07/18/01 | HUM | Review 7026 disclosures | .20 |
| 07/27/01 | P33 | Drafting/preparation and filing of Trustee/Plaintiff's Rule 26(a)(1) and Rule 7026 Disclosure. | .30 |
| 07/30/01 | HUM | Finalize Rule 26 disclosures (.2). | .20 |

Fees Billed          $      120.00

Disbursements
————————————

12 Copies at .20 each          $       2.40

Total Disbursements     $       2.40

Total Current Bill     $     122.40

Balance Due     $     122.40

Fee Summary

S W Humrickhouse worked .60 hours at $165 an hour.
M J Baird-Paralegal worked .30 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

Invoice    36851

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-066 SWH - Intn'lHeritageInc / UPSCustomhouseBrokerage

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 07/11/01 | HUM | Finalize motion to compromise | .30 |
| 08/21/01 | PL9 | Prepare Voluntary Dismissal with Prejudice, serve Order approving compromise and settlement. | .60 |

Fees Billed                        $      91.50

Disbursements
_____

Postage                                    $      .68

16 Copies at .20 each                      $     3.20

Total Disbursements       $       3.88

Total Current Bill        $      95.38

Balance Due               $      95.38

Fee Summary

S W Humrickhouse worked .30 hours at $165 an hour.
Paralegal PWH worked .60 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

TO Holmes P. Harden
    c/o Maupin, Taylor & Ellis, PA
    3200 Beechleaf Ct. POB 19764
    Raleigh              NC 27604

Invoice    36852

Client Id. 00-12075
Matter Id. 000-000-069 SWH - Intn'l Heritage Inc / Dee Brothers

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | | Description | Hours | | |
|---|---|---|---|---|---|
| 08/11/01 | HUM | Review documents from Defendant, letter to Michael Malone re: asserted defense | .80 | | |
| 08/27/01 | HUM | Conf. with Buzzy Stubbs re: settlement | .30 | | |
| | | Fees Billed | | $ | 181.50 |

Disbursements
----------------

| | | | |
|---|---|---|---|
| Postage | | $ | .34 |
| Fax | | $ | 3.00 |
| 2 Copies at .20 each | | $ | .40 |
| Total Disbursements | | $ | 3.74 |
| Total Current Bill | | $ | 185.24 |
| Balance Due | | $ | 185.24 |

Fee Summary

S W Humrickhouse worked 1.10 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

Invoice    36853

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                 NC 27604

Client Id. 00-12075
Matter Id. 000-000-070 SWH — Intn'l Heritage Inc / Herbert Towning

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 07/09/01 | HUM | Email Brent Wood re: status | .20 |
| 08/21/01 | PL9 | Letter to Brent Wood regarding return of Rolex watch, serve Order approving compromise and settlement. | .40 |

Fees Billed              $      61.00

Disbursements
----------------
Postage                                    $       .68

13 Copies at .20 each                      $      2.60

Total Disbursements      $       3.28

Total Current Bill       $      64.28

Balance Due              $      64.28

Fee Summary

S W Humrickhouse worked .20 hours at $165 an hour.
Paralegal PWH worked .40 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

Invoice    36854

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-079 SWH - Intn'lHeritageInc / Modern Health Strategies

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | | Description | | |
|---|---|---|---|---|
| 07/02/01 | HUM | Call from Alan McGinnis re: jury trial issue | .20 | |
| 07/07/01 | HUM | Prepare for final pretrial and jury trial issues | 2.50 | |
| 07/09/01 | HUM | Attend final pretrial | .20 | |

|  |  |  |
|---|---|---|
| Fees Billed | $ | 478.50 |
| Total Current Bill | $ | 478.50 |
| Balance Due | $ | 478.50 |

Fee Summary

S W Humrickhouse worked 2.90 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice   36855

09/12/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-081 SWH - Intn'l Heritage Inc / Jeff Hooks

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|------|
| 07/02/01 | HUM | Pre-trial conference | .20 |
| 07/06/01 | P33 | Preparation and filing of Motion and Order to Continue Defendant's Motion to Dismiss. | .50 |
| 07/12/01 | HUM | Review settlement letter and letter to Oliver | .40 |
| 07/12/01 | P33 | Drafting/preparation and filing of Statement Regarding Intent to Move for Authority to Compromise. | .30 |
| 07/13/01 | HUM | Settlement letter to Oliver | .20 |
| 07/30/01 | HUM | Review calendar settings, advise court of settlement (.3). | .30 |
| 08/21/01 | PL9 | Letter to Defendant with proof of claim, letter to Trustee with settlement check. | .70 |

Fees Billed                         $       286.50

Disbursements
--------------

Fax                                 $         6.00

Delivery Charge                     $        15.00

Postage                             $         1.02

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

Invoice    36856

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                 NC 27604

Client Id. 00-12075
Matter Id. 000-000-082 SWH - Intn'l Heritage Inc / 2021.Interactive,LLC

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 07/04/01 | P33 | Drafting/preparation and filing of Trustee/Plaintiff's Rule 26(a)(1) and Rule 7026 Disclosure Statement. | .30 |
| 07/07/01 | HUM | Finalize 7026 disclosures | .30 |
| 07/18/01 | HUM | Review 7026 disclosures | .20 |

Fees Billed                 $      103.50

Disbursements
--------------
Delivery Charge                         $     7.50

12 Copies at .20 each                   $     2.40

Total Disbursements         $        9.90

Total Current Bill          $      113.40

Balance Due                 $      113.40

Fee Summary

M J Baird-Paralegal worked .30 hours at $ 70 an hour.
S W Humrickhouse worked .50 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

Invoice    36857

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh             NC 27604

Client Id. 00-12075
Matter Id. 000-000-084 SWH - Intn'lHeritageInc / Leapfrog Mktg, Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including but not limited to

| Date | | Description | Hours |
|---|---|---|---|
| 07/07/01 | HUM | Finalize discovery responses | .80 |
| 07/09/01 | HUM | Attend pretrial | .20 |
| 07/16/01 | HUM | Conf. with Meschan re: document retrieval from FBI | .20 |
| 08/16/01 | HUM | Review Defendant's 7026 disclosures | .20 |
| 08/29/01 | HUM | Respond to discovery email from Meschan | .20 |

Fees Billed                               $      264.00

Disbursements
----------------

| | | |
|---|---|---|
| Postage | $ | 1.94 |
| Fax | $ | 6.00 |
| Delivery Charge | $ | 7.50 |
| 24 Copies at .20 each | $ | 4.80 |

Total Disbursements        $       20.24

Total Current Bill         $      284.24

Balance Due                $      284.24

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

TO

Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                NC 27604

Invoice    36857
Page          2

Client Id. 00-12075
Matter Id. 000-000-084. SWH - Intn'lHeritageInc / Leapfrog Mktg, Inc.

Amount Paid: _____

Return Upper Portion With Payment

Fee Summary

S W Humrickhouse worked 1.60 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311     Fax: 919/782-0465

Federal ID #
56-1201204

09/12/01

Invoice   36858

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-085 SWH - Intn'l Heritage Inc / John Brothers

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 08/27/01 | HUM | Conf. with Buzzy Stubbs re: settlement | .30 |

| | | |
|---|---|---|
| Fees Billed | $ | 49.50 |
| Total Current Bill | $ | 49.50 |
| Balance Due | $ | 49.50 |

Fee Summary

S W Humrickhouse worked .30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    36859

09/12/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-090 SWH - Intn'l Heritage Inc / Larkin Envestments,LTD

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 08/11/01 | HUM | Review in preparation for trial | .30 |
| 08/13/01 | PL9 | Tele. call to Defendant's attorney regarding appearance at trial, draft Dismissal of case. | .60 |

Fees Billed                              $        91.50

Disbursements
---------------

Postage                                  $          .60

6 Copies at .20 each                     $         1.20

Total Disbursements          $          1.80

Total Current Bill           $         93.30

Balance Due                  $         93.30
                             ==============

Fee Summary

S W Humrickhouse worked .30 hours at $165 an hour.
Paralegal PWH worked .60 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing INTERIM APPLICATION FOR SPECIAL ATTORNEY FOR TRUSTEE FEE AND EXPENSE REIMBURSEMENT was served this day by placing a copy thereof in a depository under the exclusive care and custody of the United States Postal Service in a postage prepaid envelope and properly addressed as follows:

Mrs. Marjorie K. Lynch
Bankruptcy Administrator
300 Fayetteville St. Mall, Room 416
P. O. Box 3039
Raleigh, NC  27602

This the __1__ day of __October__, 2001.

_____
Phyllis Hill
Legal Assistant

O:\CHP7TR\InternationalHeritage\attyfeeapp.007.wpd

5