**FILED**

**OCT 1 1 2001**

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC., | CASE NO. 98-02675-5-ATS |
| Debtor, | |

**ORDER APPROVING**
**COMPROMISE AND SETTLEMENT**
(S-00-00223-5-AP)

This matter came on to be heard upon the Motion to Compromise and Settle that certain adversary proceeding in this case entitled Holmes P. Harden, Trustee, Plaintiff vs. Vertex, Inc., AP No. S-00-00223-5-AP. It appearing to the Court that the amount claimed in the adversary proceeding and the Default Judgment against the Defendant is $13,694.25, plus costs, that the settlement amount is $7,500.00, that in light of the defenses available, the costs and negotiation of litigation and the costs and ability to collect any judgment, the settlement is fair and reasonable and in the best interests of the estate and that the settlement amount has been paid to the Trustee or his counsel, pending approval by the Court, it is therefore

ORDERED, ADJUDGED AND DECREED that the proposed settlement is approved.

FURTHER ORDERED that upon verification of collection of the settlement funds, the Trustee may satisfy the judgment and dismiss this adversary proceeding with prejudice.

DATED: __OCT 1 1 2001__      _____
                             UNITED STATES BANKRUPTCY JUDGE

O:\CHP7TR\InternationalHeritage\APs\Vertex\compromise.ord.wpd

433  cc: Humrickhouse to serve 10/11/01 AM                                448