**FILED**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

OCT 1 1 2001

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:                                                CHAPTER 7

INTERNATIONAL HERITAGE, INC.,                         CASE NO. 98-02675-5-ATS

Debtor,

### ORDER APPROVING COMPROMISE BY DISMISSAL
(S-00-00267-5-ATS)

      This matter came on to be heard upon the Motion for Authority to Compromise Adversary Proceeding by Dismissal in the adversary proceeding in this case entitled Holmes P. Harden, Trustee, Plaintiff vs. Larkin Investments, Ltd., Defendant, AP No. S-00-00267-5-AP. It appearing to the Court that the amount claimed in the adversary proceeding is $3,604.00, that in light of the defenses available and costs and risks of litigation, that since the Defendant is a Canadian corporation, the cost of further prosecution and enforcement of a resulting judgment is prohibitive and not beneficial to the estate, that the adversary proceeding has been dismissed pending approval by the Court, that the dismissal is in the best interests of the estate, it is therefore

      ORDERED, ADJUDGED AND DECREED that the proposed dismissal is approved and the Trustee may dismiss this adversary proceeding without prejudice.

DATED:   OCT 1 1 2001

_____
UNITED STATES BANKRUPTCY JUDGE

O:\CHP7TR\InternationalHeritage\APs\LarkinInvestments\compromise.dismissal.ord.wpd

434

cc: Humrickhouse to serve 10/11/01 AM

449