UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**FILED**

OCT 25 2001

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C

IN RE:

International Heritage, Inc.

DEBTORS

CASE NO.:

98-02675-5-ATS

CHAPTER 7

## CONSENT STATEMENT REGARDING THIRD APPLICATION FOR INTERIM COMPENSATION OF ATTORNEY FOR TRUSTEE AND REIMBURSEMENT OF EXPENSES

The Bankruptcy Administrator, Marjorie K. Lynch, and the Attorney for Trustee, Holmes P. Harden, hereby agree to the following regarding the Third Application for Interim Compensation of Attorney for Trustee and Reimbursement of Expenses in the above case:

The allowance of compensation as Attorney for Trustee in the amount of $6089.50 which amount represents a reduction in fees of $934.50 as reflected on the attached Exhibit A.

Dated this 22nd day of October, 2001.

By: *[signature]*
Marjorie K. Lynch
Bankurptcy Administrator

By: *[signature]*
Holmes P. Harden
Attorney for Trustee

440

cc: Harden
10-26-01/CGP

453

# INTERNATIONAL HERITAGE, INC.

## Third Application for Interim Compensation for Services Rendered by Attorney for Trustee

### Trustee Duties

| Initial | Date | Hours | Amount | Description |
|---|---|---|---|---|
| JDJ | 10/02/00 | 0.4 | $26.00 | Draft Letter To US Attorney in Macon Ga. Re. 1099's |
| HPH | 10/05/00 | 1 | $145.00 | Reviewed File Re: Corbin Insurance Agency and Fidelity Coverage CGL Coverage; Phone Call To Mr. Fletcher Agency Re: Same |
| HPH | 10/05/00 | 0.2 | $29.00 | Call From Mr. Fletcher; Call to Mr. Fletcher, Both Re: CGL Liability Coverage for Employee Dishonesty, $10,000 Basic Coverage, No Endorsement |
| HPH | 10/23/00 | 0.3 | $43.50 | Telephone Call to Mr. Jim Roberts Re: CLG Coverage Issues |
| HPH | 11/03/00 | 0.2 | $29.00 | Telephone Call to Mr. Jim Roberts Re: CLG Policy |
| HPH | 01/04/01 | 0.8 | $128.00 | Reviewed Offer of Sterling Mason to Purchase Stock; Call to Sterling Mason Re: Same; Letter to M:; Brent Wood Re: Securities Law Issue - Stock Certificates Missing |
| HPH | 01/10/01 | 0.2 | $32.00 | Telephone Call to Sterling Mason's Office Re: Possible Purchase of Corporate Stock |
| HPH | 02/05/01 | 0.3 | $48.00 | Worked on Inquiry From Mr. Brent Wood Re: Tax Claims |
| HPH | 02/07/01 | 0.6 | $96.00 | Dictated Letter to Mr. Brent Wood Re: Estimates of Distribution |
| HPH | 02/23/01 | 0.2 | $32.00 | Telephone Call From Mr. Brent Wood Re: NC Department of Revenue Claim |
| HPH | 03/01/01 | 0.3 | $48.00 | Telephone Calls From Creditors |
| HPH | 03/01/01 | 0.3 | $48.00 | Attention to Notice of Claim on Erie Insurance for Employee Dishonesty |
| HPH | 03/14/01 | 0.3 | $48.00 | Correspondence From Mr. Brent Wood Re: Lost Shares; Memo to Mr. Bookhout |
| HPH | 04/02/01 | 0.2 | $32.00 | Intra-Office Conference With Mr. Bookhout Re: Replacement of Stock Certificates |
| JDJ | 05/25/01 | 2 | $150.00 | Record Message on 2 Telephone Lines; Email Notice |

Total    $934.50

Exh. A