FILED

OCT 3 0 2001

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

### Order Allowing Interim Fees

This matter comes on for consideration upon the Third Interim Application for Jean W. Boyles, Attorney Specially, from August 31, 2000 through April 4, 2001 and Reimbursement of Expenses for the same period, and Notice mailed to creditors in this case and the court having considered the factors affecting the interim compensation requested, it is ordered that the following interim fees and expenses be, and they hereby are allowed:

_____, Trustee

| | |
|---|---|
| Jean W. Boyles, Attorney Specially Interim Fees | $4,528.50 |
| Jean W. Boyles, Attorney Specially Interim Expenses | $   11.40 |

SO ORDERED.

Dated: OCT 3 0 2001

_____
United States Bankruptcy Judge

308379

Recorded in Fee Book 10/30/01 AM

cc: Brat Hayden to serve 10/30/01 AM

454

UNITED STATES BANKRUPTCY COURT   **NO OBJECTION**
EASTERN DISTRICT OF NORTH CAROLINA   10|1|01
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTERNATIONAL HERITAGE, INC. ) | CASE NO. 98-02675-5-ATS |
| ) | CHAPTER 7 |
| Debtor. ) | |

### THIRD INTERIM FEE APPLICATION
### FOR COMPENSATION OF ATTORNEY FOR TRUSTEE
### AND REIMBURSEMENT OF EXPENSES

Now comes Jean Winborne Boyles, attorney for trustee for the above-referenced Debtor, and respectfully shows the Court:

1. The Debtor filed a Bankruptcy Petition under Chapter 7 on November 25, 1998.

2. An Order was duly entered approving employment of Jean Winborne Boyles as attorney for trustee on February 18, 1999.

3. All services for which compensation is requested were performed for an on behalf of said trustee. This attorney has received prior compensation in connection with legal services provided this bankruptcy estate and has received prior reimbursement of out of pocket expenses as provided for in the First and Second Interim Fee Order but has received no prior compensation in connection with the legal services and reimbursements as requested in this Fee Application.

4. No payments have been guaranteed or promised to anyone and this applicant has not shared and no agreement exists for this applicant to share any part of any compensation with any other persons.

5. The total time expended of the undersigned and the law firm in this bankruptcy case consisted of approximately 30.9 hours as set out below and justified and fully explained in Exhibit A attached hereto and incorporated herein by reference.

| ATTORNEY | RATE | HOURS | FEE AMOUNT |
|---|---|---|---|
| Jean W. Boyles | $145.00 | 30.9 | $4,480.50 |
| Paralegal | $60.00 | .8 | $48.00 |
| Expenses | | | $11.40 |
| Total | | | $4,539.90 |

RECEIVED
SEP 27 2001
BANKRUPTCY ADMINISTRATOR, EDNC

Fax: Clerk 10-1-01