FILED

OCT 30 2001

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

### Order Allowing Interim Fees

This matter comes on for consideration upon the Second Interim Application for William P. Janvier, Attorney Specially, from September 23, 1999 through September 15, 2000 and Reimbursement of Expenses for the same period, and Notice mailed to creditors in this case and the court having considered the factors affecting the interim compensation requested, it is ordered that the following interim fees and expenses be, and they hereby are allowed:

_____, Trustee

| | |
|---|---|
| William P. Janvier, Attorney Specially Interim Fees | $364.50 |
| William P. Janvier, Attorney Specially Interim Expenses | $   .93 |

SO ORDERED.

Dated: OCT 3 0 2001

_____
United States Bankruptcy Judge

308380

Recorded In Fee Book 10/30/01 AM

cc: BA+ Harden to serve 10/30/01 AM

NO OBJECTION
Date: 9-27-01
By: [signature] ps

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: )
)
INTERNATIONAL HERITAGE, INC. ) CASE NO. 98-02675-5-ATS
) CHAPTER 7
)
)
Debtor. )

### SECOND INTERIM APPLICATION FOR ALLOWANCE OF MERRITT, WOOTEN & JANVIER, P. A. SPECIAL COUNSEL ATTORNEY FOR TRUSTEE FEES AND EXPENSE REIMBURSEMENT

The undersigned trustee in the above chapter 7 case respectfully petitions the court for allowance of special counsel attorney for Trustee for allowance of fees in the amount of $364.50 and reimbursement of expenses in the amount of $.93. In support of said Application the trustee respectfully shows the Court the following:

1. Applicant was retained as special counsel to the Trustee in this case.
2. Applicant has rendered valuable services as such in the administration of this estate. The services rendered by special counsel are broadly described as follows:

   Investigated bank accounts of debtor.

3. The services rendered are more particularly described on the attached invoice as Exhibit A. Special counsel has removed all time reflecting "secretarial type services", has removed all time reflecting travel time, and has billed in tenth of an hour increments. Applicant has not billed for any telephone calls lasting under five minutes, except to the extent that such calls resulted in the need for other action to be taken which was taken immediately following the call.

4. Special counsel has incurred expenses in his representation of the Trustee in the amount of $.93 as set out on the attached Exhibit A. Copy expenses are charged at the rate of 15 cents per copy. Facsimile transmissions are charged only if long distance.

5. William P. Janvier has rendered services as follows 2.70 hours at the rate of $135.00 per hour.

RECEIVED
SEP 27 2001
BANKRUPTCY
ADMINISTRATOR, EDNC

Fax: Clerk 10-1-01