FILED

OCT 3 0 2001

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

### Order Allowing Interim Fees

This matter comes on for consideration upon the Second Interim Application for Lewis & Roberts, PLLC, Attorney Specially, from November 26, 2000 through September 12, 2001 and Reimbursement of Expenses for the same period, and Notice mailed to creditors in this case and the court having considered the factors affecting the interim compensation requested, it is ordered that the following interim fees and expenses be, and they hereby are allowed:

_____, Trustee

| | |
|---|---|
| Lewis & Roberts, PLLC, Attorney Specially Interim Fees | $16,746.00 |
| Lewis & Roberts, PLLC, Attorney Specially Interim Expenses | $ 3,602.59 |

SO ORDERED.

Dated: OCT 3 0 2001

_____
United States Bankruptcy Judge

308381

Recorded In Fee Book 10/30/01

cc: BA + Harden to serve 10/30/01 Am

NO OBJECTION
Date: 9-23-01
By: [signature] BS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: )
)
INTERNATIONAL HERITAGE, INC. ) CASE NO. 98-02675-5-ATS
) CHAPTER 7
)
)
Debtor. )

### SECOND INTERIM APPLICATION FOR COMPENSATION FOR SERVICES RENDERED BY ATTORNEY SPECIALLY

The application of Lewis & Roberts, PLLC attorney specially for Trustee, in the above-captioned case, respectfully represents:

1. That on the 2nd day of February, 1999 Lewis & Roberts, PLLC was approved as attorney specially on a contingency basis in the above-referenced case, #98-02675-5-ATS, and has since performed certain services on behalf of the Trustee.

2. With court approval, Trustee employed Lewis & Roberts, PLLC for a fee of 25% of each recovery in favor of the estate against Executive Risk Specialty Insurance Company, TIG Insurance Company, 20/21 Software, Inc. 20/21 Interactive LLC and Vertex, Inc. In the event of an appeal the contingency fee was to increase to 33%. Lewis & Roberts agreed to charge its regular hourly rates instead of a 33% contingency fee when Acstar Insurance Company appealed Bankruptcy Court and District Court orders denying any subrogation rights to a settlement in the amount of $1,787,500.00 paid by Executive Risk Insurance Company to the estate.

3. Lewis & Roberts, PLLC rendered services to the Trustee appealing the Acstar matter to the Fourth Circuit. Trustee therefore seeks compensation for Lewis & Roberts in the amount of 308142

1

fax - 10-1-01 [signature]