**FILED**

**OCT 3 0 2001**

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| INTERNATIONAL HERITAGE, INC. | ) CASE NO. 98-02675-5-ATS |
| | ) CHAPTER 7 |
| | ) |
| | ) |
| Debtor. | ) |

### ORDER ALLOWING PAYMENT OF
### INTERIM ACCOUNTANT'S FEES AND EXPENSES

THIS MATTER coming before the Court upon application of Holmes P. Harden, Trustee in the above-referenced case, for authority to pay Adams Consulting Group interim accountant's fees in the amount of Eight Thousand Two Hundred Sixty-Five and 14/100 ($8,265.14) representing compensation of fees in the amount of $7,874.50 and reimbursement of expenses in the amount of $390.64 for services rendered from August 28, 2000 through September 13, 2001 as set out in the attached statement, and it appearing to the Court that such fees and expenses are reasonable and necessary, and good cause exists for the allowance of such application,

IT IS THEREFORE ORDERED, adjudged and decreed that Holmes P. Harden, Trustee, be and hereby is authorized to pay Adams Consulting Group the amount of $8,265.14 as accountant's fees and expenses.

DATED: **OCT 3 0 2001**

_____
Judge

308377

Recorded In Fee Book 10/30/01

cc: BA + Harden to serve 10/30/01 Am

NO OBJECTION
Date: 9-2?-01
By: CBS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| INTERNATIONAL HERITAGE, INC. | ) CASE NO. 98-02675-5-ATS |
| | ) CHAPTER 7 |
| | ) |
| | ) |
| | ) |
| Debtor. | ) |

### THIRD INTERIM APPLICATION FOR PAYMENT OF ACCOUNTANT'S FEES AND EXPENSES

NOW COMES Holmes P. Harden, Trustee in the above-referenced case, and applies to the Court for authority to pay Adams Consulting Group interim accountant's fees and expenses in the amount of Eight Thousand Two Hundred Sixty-Five and 14/100 ($8,265.14) representing compensation in the amount of $7,874.50 and reimbursement of necessary expenses in the amount of $390.64 for services rendered from August 28, 2000 through September 13, 2001. A copy of the accountant's bill is attached to this Application along with biographical information for each accountant rendering the services. In the opinion of the Trustee, such interim accountant's fees and expense reimbursement are reasonable and just.

Respectfully submitted, this 25th day of September, 2001.

_____
Holmes P. Harden
Trustee for Debtor
N. C. State Bar No. 9835
3200 Beechleaf Court
Post Office Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 781-4000

RECEIVED
SEP 27 2001
BANKRUPTCY
ADMINISTRATOR, EDNC

308377

Fax: Clerk 10-1-01