**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: 87-0421191
For Period Ending: 09/30/01

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753846835 Checking - Non Interest
Blanket Bond (per case limit): $ 6,000,000.00
Separate Bond (if applicable):

Page: 28

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| 02/29/00 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 0.41 | | | | 56.87 |
| 02/29/00 | 11 | NATIONSBANK, N.A. | Bank Funds Transfer | | | | | 579.35 | 636.22 |
| 03/13/00 | 001010 | BellSouth | Telephone Service 919 876-2161 450 0364 | | | 46.74 | | | 589.48 |
| 03/13/00 | 001011 | AT&T | Telephone Service 056 661-2689 001 | | | 23.89 | | | 565.59 |
| 03/13/00 | 001012 | InfoStor | STORAGE UNIT RENTAL, invoice # 004583 and 002045 | | | 508.72 | | | 56.87 |
| 03/29/00 | | TRANSFER FROM ACCT #3753846848 | Bank Funds Transfer | | | | | 144.84 | 201.71 |
| 03/29/00 | 001013 | BellSouth | Telephone Service Acct. # 919 790-0128 010 0363 $60.03 Acct. #919 876-2161 450 0364 | | | 153.51 | | | 48.20 |
| 03/29/00 | 001014 | AT&T | Telephone Service #056 661-2689 001 $24.16 #056 390-815 001 $12.08 #020 713 6257 001 $11.96 | | | 48.20 | | | 0.00 |
| 04/28/00 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 0.21 | | | | 0.21 |
| 04/28/00 | 11 | NATIONSBANK, N.A. | Bank Funds Transfer | | | | | 327.17 | 327.39 |
| 05/10/00 | 001015 | BellSouth | Telephone Service Acct 919 790-0128 010 0363 | | | 60.03 | | | 267.36 |
| 05/10/00 | 001016 | AT&T | Telephone Service Acct # 020 713 6257 001 | | | 12.78 | | | 254.58 |
| 05/10/00 | 001017 | InfoStor, Inc. | STORAGE UNIT RENTAL Invoice #006325 | | | 254.36 | | | 0.22 |
| 05/31/00 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 0.11 | | | | 0.33 |
| 09/11/00 | 11 | TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer | | | | | 446,875.00 | 446,875.33 |
| 09/11/00 | 001018 | Lewis & Roberts, PLLC | attorney fees Order entered 8/24/00 Executive Risk Settlement | | | 446,875.00 | | | 0.33 |
| 09/29/00 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 0.01 | | | | 0.33 |
| 10/25/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 114.89 | | | | 115.22 |
| 10/25/00 | 11 | TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer | | | | | 53,877.06 | 53,992.28 |
| 10/25/00 | 001019 | HOLMES P. HARDEN, TRUSTEE | Fees-Trustee Commission/Fees BANK7A-206 | | | 34,011.15 | | | 19,981.13 |

LFORM2XT

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:
Case Name: 98-02675-5-ATS
INTERNATIONAL HERITAGE INC.

Taxpayer ID No: 87-0421191
For Period Ending: 09/30/01

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753846835 Checking - Non Interest

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| C 10/25/00 | 001020 | Nichols & Crampton, P.A. | Fees-Attorney Specialty 2nd interim | | | 3,158.60 | | | 16,822.53 |
| C 10/25/00 | 001021 | Footman-Douglas | COST OF SERVICE Checking Claims Fees, $3,912.50 Expenses $115.85 | | | 4,028.35 | | | 12,794.18 |
| C 10/25/00 | 001022 | Jean Boyles | Attorney-Specialty 2nd interim fees and expenses | | | 2,574.88 | | | 10,219.30 |
| C 10/25/00 | 001023 | Adams Consulting Group | Accounting fees 2nd interim | | | 10,104.08 | | | 115.22 |
| C 10/26/00 | | TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer | | | | | 327.40 | 442.62 |
| C 10/26/00 | 001024 | AT&T | Telephone Service 020 713 6257 001 | | | 11.88 | | | 430.74 |
| C 10/26/00 | 001025 | BellSouth | Telephone Service 919 790-0128 010 0363  $60.36 919 876-2161 450 0364  $.80 | | | 61.16 | | | 369.58 |
| C 10/26/00 | 001026 | RECALL | STORAGE UNIT RENTAL Invoice #010445 | | | 254.36 | | | 115.22 |
| C 10/30/00 | 001027 | MAUPIN TAYLOR & ELLIS, P.A. | Fees-Attorney for Trustee BANK7A-HFN | | | 20,699.25 | | | 20,814.47 |
| C 10/30/00 | | TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer | | | | | 20,699.25 | 115.22 |
| C 10/3/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 15.28 | | | | 130.50 |
| C 11/30/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 0.25 | | | | 130.75 |
| C 12/11/00 | | TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer | | | | | 79.33 | 210.08 |
| C 12/11/00 | 001028 | AT&T | Telephone Service 020 713 6257 001 | | | 18.97 | | | 191.11 |
| C 12/11/00 | 001029 | BellSouth | Telephone Service 919 790-0128 010 0363 | | | 60.36 | | | 130.75 |
| C 12/14/00 | | TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer | | | | | 311.43 | 442.18 |
| C 12/14/00 | 001030 | Recall | STORAGE UNIT RENTAL Invoice # 012171 | | | 264.36 | | | 177.82 |
| C 12/14/00 | 001031 | BellSouth | Telephone Service 919 876-2161 450 0364 | | | 47.07 | | | 130.75 |

Page: 29

Ver: 6.53d

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer I D No: 87-0421191
For Period Ending: 09/30/01

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753846835 Checking - Non Interest

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| C 12/28/00 | | TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer | | | | | 43,445.46 | 43,576.21 |
| C 12/28/00 | 001032 | NICHOLLS & CRAMPTON 4300 SIX FORKS ROAD, SUITE 700 RALEIGH, NC 27609 | Fees-Attorney for Trustee | | | 43,445.46 | | | 130.75 |
| C 12/29/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 5.92 | | | | 136.67 |
| C 01/19/01 | 11 | TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer | | | | | 529.12 | 665.79 |
| C 01/19/01 | 001003 | AT&T | Telephone Service Acct. # 056 661-2689 001 $14.69 Acct. # 056 390-8195 001 $14.69 Acct. # 020 713 6257 001 $39.15 Acct. # 056 390-8195 001 $29.38 Acct. # 056 661-2689 001 $29.38 | | | 127.29 | | | 538.50 |
| C 01/19/01 | 001034 | BellSouth | Telephone Service Acct. # 919 790-0128 010 0363 $60.36 Acct. # 91 M43-2476 112 0561 $30.04 Acct. # 919 876-2164 450 0364 $47.07 | | | 137.47 | | | 401.03 |
| C 01/19/01 | 001035 | Recall | STORAGE UNIT RENTAL. Invoice # 013076 | | | 264.36 | | | 136.67 |
| C 01/21/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 8.77 | | | | 145.44 |
| C 02/19/01 | | TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer | | | | | 486.38 | 631.82 |
| C 02/19/01 | 001036 | BellSouth | Telephone Service 919 M43-2476-112 0361 $16 9198 76-2164 450 0364 $47.18 919 790-0128 010 0363 $120.81 | | | 168.15 | | | 463.67 |
| C 02/19/01 | 001037 | Recall-Raleigh | STORAGE UNIT RENTAL. Inv. 013916 | | | 264.36 | | | 199.31 |
| C 02/28/01 | 001038 | AT&T | Telephone Service 020 713 6257 001 $12.92 020 713 6257 001 $40.76 056 390-8195 001 $1.19 | | | 53.87 | | | 145.44 |
| C 02/28/01 | 11 | | INTEREST REC'D FROM BANK | | 0.50 | | | | 145.94 |
| C 03/27/01 | | NATIONSBANK, N.A. | TRANSFER FROM ACCT #3753846819 Bank Funds Transfer | | | | | 797.46 | 943.40 |
| C 03/27/01 | 001039 | AT&T | Telephone Service 056 390-8195 001 | | | 14.89 | | | 928.51 |

Page: 30

Ver: 6.53d

LFORMEXT

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 31

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | NATIONSBANK, N.A. |
| Taxpayer ID No: | 87-0421191 | Account Number: | 3753846835 Checking - Non Interest |
| For Period Ending: | 09/30/01 | | |

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| 03/27/01 | 001040 | RECALL. | STORAGE UNIT RENTAL. INV. #014743 | | | 264.36 | | | 664.15 |
| 3/27/01 | 001041 | BELLSOUTH | Telephone Service 919 790-0128 010 0363 | | | 192.21 | | | 471.94 |
| 03/27/01 | 001042 | INTERNATIONAL SURETIES, INC. | Trustee Bond SB9934813 | | | 326.00 | | | 145.94 |
| 03/29/01 | | NATIONSBANK, N.A. TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer | | | | | 27,150.97 | 27,296.91 |
| 03/29/01 | 001043 | NICHOLLS & CRAMPTON | Fees-Attorney for Trustee | | | 27,150.97 | | | 145.94 |
| 03/30/01 | 11 | NATIONSBANK, N.A. | INTEREST RECD FROM BANK NOVEMBER 28, 2000 TO FEBRUARY 28, 2000 | | 2.22 | | | | 148.16 |
| 04/17/01 | | NATIONSBANK, N.A. TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer | | | | | 341.65 | 489.81 |
| 04/17/01 | 001044 | Recall-Raleigh | STORAGE UNIT RENTAL. Invoice #015578 | | | 264.36 | | | 225.45 |
| 04/17/01 | 001045 | BellSouth | Telephone Service 919 876-2161 450 0364 | | | 47.13 | | | 178.32 |
| 04/17/01 | 001046 | AT&T | Telephone Service 056 390-8195 001 $.19 056 661-2689 001 $15.08 056 661-2689 001 $14.89 | | | 30.16 | | | 148.16 |
| 04/30/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 5.68 | | | | 153.84 |
| 05/01/01 | | NATIONSBANK, N.A. TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer | | | | | 124.64 | 278.48 |
| 05/01/01 | 001047 | AT&T | Telephone Service 020 713 6257 001 $.41 | | | 30.38 | | | 248.10 |
| 05/01/01 | 001048 | BellSouth | Telephone Service 919 876-2161 450 0354 $94.26 | | | 94.26 | | | 153.84 |
| 05/17/01 | | NATIONSBANK, N.A. TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer | | | | | 292.27 | 446.11 |
| 05/17/01 | 001049 | AT&T | Telephone Service 656 390-8195 001 | | | 14.89 | | | 431.22 |
| 05/17/01 | 001050 | Recall-Raleigh | STORAGE UNIT RENTAL Invoice #016404 | | | 277.38 | | | 153.84 |
| 05/29/01 | | NATIONSBANK, N.A. TRANSFER FROM ACCT #3753846819 | Bank Funds Transfer | | | | | 7,849.63 | 8,003.47 |
| 05/29/01 | 001051 | AT&T | Telephone Service | | | 22.50 | | | 7,980.97 |

LFORM2XT

Ver: 6.53d

LFORM2XT

Page: 32

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: 87-0421191
For Period Ending: 09/30/01

Trustee Name:
Bank Name: NATIONSBANK, N.A.
Account Number: 375384685 Checking - Non Interest

HOLMES P. HARDEN, TRUSTEE
NATIONSBANK, N.A.

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 05/29/01 | 001052 | BellSouth | Telephone Service 919 790-01228 010 0363 | | | 2.37 | | | 7,978.60 |
| 05/29/01 | 001053 | Footman-Douglas Corporation | COST OF SERVICE Fees from 8/16/00-1/127/00 $7,725.00 Expenses through 9/20/00 $99.76 | | | 7,824.76 | | | 153.84 |
| 05/31/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 1.78 | | | | 155.62 |
| 06/21/01 | Ct 06/21/01 | TRANSFER FROM ACCT #375384685 | Bank Funds Transfer | | | | | 17,919.94 | 18,075.56 |
| 06/21/01 | 001054 | AT&T | Telephone Service 020 713 6257 001 $22.39 056 390-8195 001 $15.01 056 661-2689 001 $29.59 | | | 66.99 | | | 18,008.57 |
| 06/21/01 | 001055 | Recall-Raleigh | STORAGE UNIT RENTAL Inv #017248 | | | 386.38 | | | 17,622.19 |
| 06/21/01 | 001056 | Nichols & Crampton, P.A. | Fees-Attorney for Trustee interim fees | | | 17,466.57 | | | 155.62 |
| 06/29/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.100 | | 6.69 | | | | 162.31 |
| 07/05/01 | Ct 07/05/01 | TRANSFER FROM ACCT #375384685 | Bank Funds Transfer | | | | | 63.43 | 225.74 |
| 07/05/01 | 001057 | BellSouth | Telephone Service 919 790-0128 010 0363 | | | 63.43 | | | 162.31 |
| 07/31/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.100 | | 0.32 | | | | 162.63 |
| 08/02/01 | Ct 08/02/01 | Transfer from Acct #375384685 | Bank Funds Transfer | | | | | 500.05 | 662.68 |
| 08/02/01 | 001058 | Recall-Raleigh | STORAGE UNIT RENTAL Invoice #018108 | | | 386.38 | | | 276.30 |
| 08/02/01 | 001059 | BellSouth | Telephone Service 919 790-0128 010 0363 | | | 63.64 | | | 212.66 |
| 08/02/01 | 001060 | AT&T | Telephone Service 056 661-2689 001 $14.68 020 713 6257 001 $20.34 056 390-8195 001 $15.01 | | | 50.03 | | | 162.63 |
| 08/20/01 | Ct 08/20/01 | Transfer from Acct.#375384685 | Bank Funds Transfer | | | | | 463.93 | 626.56 |
| 08/20/01 | 001061 | AT&T | Telephone Service 056 390-8195 001 $36.02 | | | 66.87 | | | 559.69 |

Ver: 6.53d

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: 87-0421191
For Period Ending: 09/30/01

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753846835  Checking - Non Interest

Blanket Bond (per case limit):
Separate Bond (if applicable):  $ 6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Check ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| 08/20/01 | 001.062 | BellSouth | 020 713 6257 001 $21.79 056 661 -2589 001 $15.06 Telephone Service | | | 142.21 | | | 417.48 |
| 08/20/01 | 001063 | Recall-Raleigh | 919 876-2161 450 0364 STORAGE UNIT RENTAL Invoice # 018935 | | | 254.85 | | | 162.63 |
| 08/28/01 | | Transfer from Acct #3753846819 | Bank Funds Transfer | | | | | 12,938.48 | 13,101.11 |
| 08/28/01 | 001064 | Nicholls & Crampton | Fees-Attorney for Trustee Fees 5/1/01-6/30/01 | | | 12,938.48 | | | 162.63 |
| 08/31/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.100 | | 1.12 | | | | 163.75 |
| 09/28/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.100 | | 0.26 | | | | 164.01 |

<br>

\* Reversed
t Funds Transfer
C Bank Cleared

|  | Account 3753846835 |
|---|---|
| Balance Forward | 0.00 |
| 0 Deposits | 0.00 |
| 20 Interest Postings | 220.88 |
| Subtotal | $ 220.88 |
| 0 Adjustments In | 0.00 |
| 28 Transfers In | 756,051.68 |
| Total | $ 756,272.56 |

| | |
|---|---|
| 64 Checks | 756,108.55 |
| 0 Adjustments Out | 0.00 |
| 0 Transfers Out | 0.00 |
| Total | $ 756,108.55 |

LFORM2EXT

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: 87-0421191
For Period Ending: 09/30/01

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753846848 Money Market - Interest Bearing
Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

Page: 34

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 1/11/99 | 14 | U S Treasury District Court, Atlanta Georgia | Settlement with SEC | 600,000.00 | | | | | 600,000.00 |
| C 11/16/99 | | TRANSFER TO ACCT #3753846819 | Bank Funds Transfer | | | | | -118,687.96 | 481,312.04 |
| C 11/17/99 | | TRANSFER TO ACCT #3753846518 | Bank Funds Transfer | | | | | -51,243.81 | 430,068.23 |
| C 11/29/99 | | TRANSFER TO ACCT #3753846835 | Bank Funds Transfer | | | | | -452.48 | 429,615.75 |
| 11/30/99 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 418.77 | | | | 430,034.52 |
| C 11/30/99 | 001001 | U.S. Bankruptcy Court | Filing Fee / Filing fee for judgment | | | 40.00 | | | 429,994.52 |
| C 12/02/99 | 001002 | InfoStor 3010 Industrial Drive P. O. Box 18236 Raleigh, NC 27619-8238 | STORAGE UNIT RENTAL Invoice #002045 | | | 254.36 | | | 429,740.16 |
| 12/10/99 | 14 | U.S. Court N. District of GA | Settlement-other | 50,000.00 | | | | | 479,740.16 |
| C 12/16/99 | 001003 | Lloyd T. Whitaker | Monitor fees Per order entered 12/14/99 | | | 10,886.69 | | | 468,853.47 |
| C 12/16/99 | 001004 | Kilpatrick Stockton | Attorney for Monitor fees Per order entered 12/4/99 | | | 5,393.66 | | | 463,459.81 |
| 12/31/99 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 914.23 | | | | 464,374.04 |
| 1/03/00 | 001005 | BellSouth | Telephone Service 919 790-0128 010 0363 | | | 60.03 | | | 464,314.01 |
| C 01/03/00 | 001006 | AT&T | Telephone Service 020 713 6257 001 | | | 15.51 | | | 464,298.50 |
| C 01/31/00 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 926.77 | | | | 465,225.27 |
| 01/31/00 | 11 | TRANSFER TO ACCT #3753846521 | Bank Funds Transfer | | | | | -351.06 | 464,874.21 |
| 02/02/00 | 001007 | Hewlett-Packard Company M/S 5518 8000 Foothills Blvd. Roseville, CA 95747-6588 | Y2K Compliance Invoice 7Z56173 | | | 5,800.00 | | | 459,074.21 |
| 02/03/00 | 14 | United States Treasury U.S. District Court Atlanta, GA | SETTLEMENT - OTHER From Securities and Exchange Commission | 750,000.00 | | | | | 1,209,074.21 |

Ver. 6.53d

LFORM2XT

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 35

| Field | Value |
|---|---|
| Case No: | 98-02675-5-ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | 87-0421191 |
| For Period Ending: | 09/30/01 |
| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | NATIONSBANK, N.A. |
| Account Number: | 3753846848 Money Market - Interest Bearing |
| Blanket Bond (per case limit); Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| 02/23/00 | 001008 | AT&T | Telephone Service 0563908195001 $12.08 0107113625700l $15.41 | | | 27.49 | | | 1,209,146.72 |
| 02/23/00 | 001009 | InfoStor | STORAGE UNIT RENTAL Invoice # 003732 | | | 556.67 | | | 1,208,490.05 |
| 02/24/00 | | | Bank Funds Transfer TRANSFER TO ACCT #3753846835 | | | | | -787.00 | 1,207,703.05 |
| 02/29/00 | 11 | NATIONSBANK, N.A. | INTEREST RECD FROM BANK | | 1,967.02 | | | | 1,209,670.07 |
| 03/13/00 | | | Bank Funds Transfer TRANSFER TO ACCT #3753846835 | | | | | -579.35 | 1,209,090.72 |
| 03/29/00 | | | Bank Funds Transfer TRANSFER TO ACCT #3753846835 | | | | | -144.84 | 1,208,945.88 |
| 03/31/00 | 11 | NATIONSBANK, N.A. | INTEREST RECD FROM BANK | | 2,409.90 | | | | 1,211,355.78 |
| 04/18/00 | 001010 | AT&T | Telephone Service Acct. # 055 390-8195 001 | | | 12.08 | | | 1,211,343.70 |
| 04/18/00 | 001011 | InfoStor | STORAGE UNIT RENTAL Invoice # 005472 | | | 254.36 | | | 1,211,089.34 |
| 04/28/00 | 11 | NATIONSBANK, N.A. | INTEREST RECD FROM BANK | | 2,180.65 | | | | 1,213,269.39 |
| 05/01/00 | 14 | United States Treasury U. S. District Court Atlanta, GA | Settlement with SEC | 750,000.00 | | | | | 1,963,269.39 |
| 05/10/00 | | | Bank Funds Transfer TRANSFER TO ACCT #3753846835 | | | | | -327.17 | 1,962,942.22 |
| 05/31/00 | 11 | NATIONSBANK, N.A. | INTEREST RECD FROM BANK | | 3,922.59 | | | | 1,966,865.21 |
| 06/08/00 | 14 | United States Treasury | Settlement with SEC | 25,000.00 | | | | | 1,991,865.21 |
| 06/08/00 | | | Bank Funds Transfer/SEC Funds TRANSFER FROM ACCT #3753846819 | | | | | 25,000.00 | 2,016,865.21 |
| 06/30/00 | 11 | NATIONSBANK, N.A. | Interest Rate .2350 | | 3,860.12 | | | | 2,020,725.33 |
| 07/10/00 | 001002 | InfoStor 3010 Industrial Drive P. O. Box 18236 Raleigh, NC 27619-8238 | STOP PAY ADD SUCCESSFUL. Stop Payment Reversal | | | -254.36 | | | 2,020,979.69 |
| 07/31/00 | 11 | NATIONSBANK, N.A. | Interest Rate .2350 | | 4,026.51 | | | | 2,025,006.20 |
| 08/03/00 | 14 | United States Treasury | SEC settlement | 200,000.00 | | | | | 2,225,006.20 |
| 08/31/00 | 11 | NATIONSBANK, N.A. | Interest Rate .2150 | | 4,355.82 | | | | 2,229,362.02 |
| 09/21/00 | | | US TREASURY DEPOSIT ERROR | | | | 1,800,000.00 | | 4,039,362.02 |
| 09/22/00 | 14 | UNITED STATES TREASURY | Settlement with SEC | 25,000.00 | | | | | 4,054,362.02 |

Ver. 6.53d

LFORMEXT

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 36

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: 87-0421191
For Period Ending: 09/30/01

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753846848

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

3753846848  Money Market - Interest Bearing

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account Balance ($) |
| 09/29/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 6,356.84 | | | | 4,060,718.86 |
| 10/31/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 8,351.64 | | | | 4,069,070.50 |
| 11/30/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 7,845.26 | | | | 4,076,915.76 |
| 12/29/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 7,598.13 | | | | 4,084,513.89 |
| 01/31/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 8,684.98 | | | | 4,093,198.87 |
| 02/28/01 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 7,385.39 | | | | 4,100,584.26 |
| 03/30/01 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 7,927.70 | | | | 4,108,511.96 |
| 04/30/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 8,208.06 | | | | 4,116,720.02 |
| 05/31/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 8,224.46 | | | | 4,124,944.48 |
| 06/29/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.100 | | 6,887.99 | | | | 4,131,832.47 |
| 07/31/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.100 | | 7,613.89 | | | | 4,139,446.36 |
| 08/06/01 | 14 | UNITED STATES TREASURY | Settlement with SEC | 25,000.00 | | | | | 4,164,446.36 |
| 08/06/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.100 | | 7,423.88 | | | | 4,171,870.24 |
| 08/31/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.100 | | 6,725.93 | | | | 4,178,596.17 |
| 09/28/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.100 | | | | | | |

\* Reversed
‡ Funds Transfer
Bank Cleared

Account 3753846848

|  |  | Balance Forward | 0.00 |
|---|---|---|---|
| 8 | Deposits | 2,425,000.00 |
| 23 | Interest Postings | 124,216.33 |
|  | Subtotal | $ 2,549,216.33 |
| 1 | Adjustments In | 1,800,000.00 |
| 1 | Transfers In | 25,000.00 |
|  | Total | $ 4,374,216.33 |

| 12 | Checks | 23,046.49 |
|---|---|---|
| 0 | Adjustments Out | 0.00 |
| 8 | Transfers Out | 172,573.67 |
|  | Total | $ 195,620.16 |

Ver: 6.53d

LFORMEXT

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No.: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: 87-0421191
Per Period Ending: 09/30/01

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753847313 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

Page: 37

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 0.00 |
| 10/16/00 | 15 | BABENER & ASSOCIATES | BALANCE FORWARD | 5,000.00 | | | | | 5,000.00 |
| C 10/16/00 | 15 | BABENER & ASSOCIATES ATTORNEY AT LAW 121 S.W. MORRISON ST., SUITE 1020 PORTLAND, OR 97204 | PREFERENCE SETTLEMENT | | | | | | |
| C 10/16/00 | 15 | FITZ & FLOYD 501 CORPORATE DRIVE LEWISVILLE, TX 75057 | PREFERENCE SETTLEMENT | 544.69 | | | | | 5,544.69 |
| C 10/16/00 | 15 | CAVINS INC. P. O. BOX 31848 RALEIGH, NC 27622-1848 | PREFERENCE SETTLEMENT | 611.80 | | | | | 6,156.49 |
| C 10/16/00 | 15 | THE GREATER RALEIGH CHAMBER OF COMMERCE P. O. BOX 2978 RALEIGH, NC 27602-2978 | PREFERENCE SETTLEMENT | 380.00 | | | | | 6,536.49 |
| C 10/16/00 | 15 | PBM GRAPHICS, INC. P. O. BOX 13603 RESEARCH TRIANGLE PARK, NC 27709-3603 | PREFERENCE SETTLEMENT | 5,000.00 | | | | | 11,536.49 |
| C 10/16/00 | 15 | CUSTOM ENGRAVING & TROPHY, INC. 612 N. PERSON STREET RALEIGH, NC 27604 | PREFERENCE SETTLEMENT | 401.06 | | | | | 11,937.55 |
| C 10/16/00 | 15 | JAMES GREENE PRODUCTS 2321 YELLOW BANKS RD. NORTH WILKESBORO, NC 28659 | PREFERENCE SETTLEMENT | 741.96 | | | | | 12,679.51 |
| C 10/25/00 | 15 | WSW INC, D/B/A CAPITOL COFFEE SYSTEMS 1000 INVESTMENT BOULEVARD APEX, NC 27502 | PREFERENCE SETTLEMENT | 380.69 | | | | | 13,060.20 |
| C 10/25/00 | 15 | HAROLD W. AND MARY ANN WEAKLEY 4518 PRATT LANE FRANKLIN, TN 37064 | PREFERENCE SETTLEMENT | 109.07 | | | | | 13,169.27 |
| C 10/25/00 | 15 | PR NEWSWIRE P. O. BOX 5897 NEW YORK NY 10087-5897 | PREFERENCE SETTLEMENT | 2,895.00 | | | | | 16,064.27 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

LFORMXCT

Case No:  98-02075-5-ATS
Case Name:  INTERNATIONAL HERITAGE INC.

Taxpayer ID No:  87-0421191
For Period Ending:  09/30/01

Trustee Name:  HOLMES P. HARDEN, TRUSTEE
Bank Name:  NATIONSBANK, N.A.
Account Number:  3753847313 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable):  $  6,000,000.00

Page: 38

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Check ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| 10/25/00 | 15 | BOGARS INC. 3480 W. BEVERLY BLVD. LOS ANGELES, CA 90004 | PREFERENCE SETTLEMENT | 5,822.51 | | | | | 21,886.78 |
| 10/31/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 12.77 | | | | 21,899.55 |
| 11/01/00 | 15 | CITY OF RALEIGH PARKS & REC | PREFERENCE SETTLEMENT | 450.00 | | | | | 22,349.55 |
| 11/01/00 | 15 | THE HAMMOCK SOURCE P. O. BOX 1602 GREENVILLE, NC 27835 | PREFERENCE SETTLEMENT | 6,514.85 | | | | | 28,864.40 |
| 11/07/00 | 15 | DIRECT SELLING ASSOCIATION GENERAL ACOUNT 1275 PENNSYLVANIA AVENUE, NW SUITE 800 WASHINGTON DC 20004 | PREFERENCE SETTLEMENT | 1,225.00 | | | | | 30,089.40 |
| 11/07/00 | 15 | GREAT PLAINS 1701 SW 38TH ST. FARGO, ND 48104 | PREFERENCE SETTLEMENT | 550.00 | | | | | 30,639.40 |
| 11/07/00 | 15 | PUBLIC SERVICE COMPANY 400 COX ROAD P.O. BOX 1398 GASTONIA, NC 28053-1398 | PREFERENCE SETTLEMENT | 75.88 | | | | | 30,715.28 |
| 1/14/00 | 15 | LITHO INDUSTRIES, INC. P. O. BOX 14106 DURHAM, NC 27709 | PREFERENCE SETTLEMENT | 21,250.00 | | | | | 51,965.28 |
| 1/14/00 | 15 | ALLIED VAN LINES 215 W. DIEHL ROAD NAPERVILLE, IL 60563 | PREFERENCE SETTLEMENT | 1,556.00 | | | | | 53,521.28 |
| 1/14/00 | 15 | AOC (ACCOUNTANTS ON CALL) NICHOLLS & CRAMPTON PA ADMINISTRATIVE TRUST ACCOUNT 4300 SIX FORKS ROAD, SUITE 700 RALEIGH, NC 27609 | PREFERENCE SETTLEMENT | 200.00 | | | | | 53,721.28 |
| 1/27/00 | 15 | FUNDS FOR BULOVA SETTLEMENT, CASE NO. SH-12075-1. JOSEPH M. VANN ATTORNEY FOR BULOVA GRATCH JACOBS & BROZMAN, P.C. 950 THIRD AVENUE NEW YORK, NEW YORK 10222-2705 | PREFERENCE SETTLEMENT | 7,000.00 | | | | | 60,721.28 |

Ver: 6.53d

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 98-02075-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: 87-0421191
Per Period Ending: 09/30/01

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753847313 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

Page: 39

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposit ($) | 6 Interest ($) | 7 Check ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| 1/27/00 | 15 | BATTLE WINSLOW SCOTT & WILEY P.A. TRUST ACCOUNT P.O. BOX 7100 ROCKY MOUNT, NC 27804-0100 | PREFERENCE SETTLEMENT SETTLEMENT PROCEEDS FOR ATCOM | 1,000.00 | | | | | 61,721.28 |
| 1/27/00 | 15 | IMPERIAL HOTEL GROUP, INC. SHERATON IMPERIAL P. O. BOX 13099 RTP, NC 27709 | PREFERENCE SETTLEMENT | 5,000.00 | | | | | 66,721.28 |
| 1/27/00 | 15 | AMERICAN MANAGEMENT ASSOC. INTERNATIONAL TRUDEAU ROAD, P. O. BOX 430 SARANAC LAKE, NY 12983 DISBURSEMENT ACCOUNT | PREFERENCE SETTLEMENT | 1,004.00 | | | | | 67,725.28 |
| 1/10/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 57.45 | | | | 67,782.73 |
| 12/06/00 | 15 | LYON FINANCIAL SERVICES, INC. 115 WEST COLLEGE DR. MARSHALL, MN 56258 | Collection COLLECTION OF SECURITY DEPOSIT BY JEAN BOYLES | 4,263.06 | | | | | 72,045.79 |
| 12/27/00 | 15 | FORRESTER SMITH, INC. 213 HOBBS STREET TAMPA, FL 33619 | PREFERENCE SETTLEMENT | 7,500.00 | | | | | 79,545.79 |
| 12/27/00 | 15 | INFOSTOR, INC. P. O. BOX 18238 RALEIGH, NC 27609 | PREFERENCE SETTLEMENT | 1,000.00 | | | | | 80,545.79 |
| 12/27/00 | 15 | WWF PAPER CORP. 2 BALA PLAZA BALA CYNWYD, PA 19004 | PREFERENCE SETTLEMENT | 18,750.00 | | | | | 99,295.79 |
| 12/27/00 | 15 | ALLEN HARRIS SHAW 3626 N. HALL #617 DALLAS, TX 75219 | PREFERENCE SETTLEMENT MARSH V. INTL. HERITAGE BANKRUPTCY | 1,157.66 | | | | | 100,453.45 |
| 12/27/00 | 15 | SHUSTAK JALIL & HELLER ATTORNEYS AT LAW 545 MADISON AVENUE 15TH FLOOR NEW YORK, NY 10022 | PREFERENCE SETTLEMENT | 1,375.00 | | | | | 101,828.45 |
| 12/27/00 | 15 | BEDFORD FREIGHT LINES, INC. 511 N. LA CIENEGA BLVD, SUITE 208 | PREFERENCE SETTLEMENT | 4,362.66 | | | | | 106,191.11 |

LFORM2XT

Ver: 6.53d

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  98-02675-5-ATS
Case Name:  INTERNATIONAL HERITAGE INC.

Taxpayer ID No:  87-0421191
For Period Ending:  09/30/01

Trustee Name:  HOLMES P. HARDEN, TRUSTEE
Bank Name:  NATIONSBANK, N.A.
Account Number:  3753847313  Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable):  $  6,000,000.00

Page:  40

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| 12/27/00 | 15 | GES EXPOSITION SERVICES CORPORATE PAYABLES P. O. BOX 98790 LAS VEGAS, NV 89193-8790 | PREFERENCE SETTLEMENT | 1,184.33 | | | | | 107,375.44 |
| 12/29/00 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 94.63 | | | | 107,470.07 |
| 01/05/01 | 15 | NATHAN HANKS 10045 CHENIER POINT SHREVEPORT, LA 71106 | PREFERENCE SETTLEMENT | 2,941.50 | | | | | 110,411.57 |
| 01/05/01 | 15 | ETIENNE AIGNER 47 BRUNSWICK AVE. EDISON, NJ 08818 | PREFERENCE SETTLEMENT | 2,238.27 | | | | | 112,649.84 |
| 01/12/01 | 15 | STEPHEN M. AND LINDA L. CASTLE 312 CHASE LANE MARIETTA, GA 30068 | PREFERENCE SETTLEMENT | 2,703.00 | | | | | 115,352.84 |
| 01/29/01 | 15 | KINKOS P. O. BOX 8060 VENTURA, CA 93002-8060 | PREFERENCE SETTLEMENT | 6,500.00 | | | | | 121,852.84 |
| 01/29/01 | 15 | EPLEY ASSOCIATES P. O. BOX 11526 CHARLOTTE, NC 28220-1526 | PREFERENCE SETTLEMENT | 14,000.00 | | | | | 135,852.84 |
| 01/31/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 188.19 | | | | 136,041.03 |
| 02/06/01 | 15 | TRAVEL EXPERTS INC. 212 SAWMILL ROAD RALEIGH, NC 27615 | PREFERENCE SETTLEMENT | 2,000.00 | | | | | 138,041.03 |
| 02/09/01 | 15 | CVN INC. 673 MOHAWK ST. SUITE 203 COLUMBUS, OH 43206 | PREFERENCE SETTLEMENT | 2,500.00 | | | | | 140,541.03 |
| 02/09/01 | 15 | INTERWEST TRANSFER CO., INC. P. O. BOX 17136 SALT LAKE CITY, UT 84117 | PREFERENCE SETTLEMENT | 2,101.65 | | | | | 142,642.68 |
| 02/14/01 | 15 | CITIZEN WATCH CO OF AMERICA, INC. 1000 W. 190TH ST. TORRANCE, CA 905021040 | PREFERENCE SETTLEMENT | 35,000.00 | | | | | 177,642.68 |

LFORM2XT

Ver. 6.53d

Case 98-02675-5-DMW   Doc 495   Filed 10/30/01   Entered 10/30/01 00:00:00   Page 14 of 20

LFORM2XT

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: 87-0421191
For Period Ending: 09/30/01

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753847313 Money Market - Interest Bearing
Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| 02/20/01 | C 15 | CIPM, INC. 16 WEST SIXTY-FIRST STREET NEW YORK, NY 10023 | PREFERENCE SETTLEMENT | 5,000.00 | | | | | 182,642.68 |
| 02/22/01 | C 15 | NICHOLLS & CRAMPTON TRUST ACCOUNT | PREFERENCE SETTLEMENT QUALITY BUILDERS OF RALEIGH AP SETTLEMENT | 5,500.00 | | | | | 188,142.68 |
| 02/28/01 | C 15 | TRAVEL EXPERTS, INC. 212 SAWMILL ROAD RALEIGH, NC 27615 | PREFERENCE SETTLEMENT | 2,000.00 | | | | | 190,142.68 |
| 02/28/01 | C 15 | US OFFICE PRODUCTS 13501 INGENUITY DRIVE, SUITE 300 ORLANDO, FL 32826 | PREFERENCE SETTLEMENT | 2,331.57 | | | | | 192,474.25 |
| 02/28/01 | C 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 234.77 | | | | 192,709.02 |
| 03/06/01 | C 15 | ALSTON & BIRD (XPEDITE SYSTEMS, INC.) ONE WEST ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA, GA 30309-3524 | PREFERENCE SETTLEMENT | 16,536.34 | | | | | 209,245.36 |
| 03/07/01 | C 15 | MARK A. PRUITT DELLA PRUITT 2207 ASHWOOD CT. CARROLLTON, TX 75006 | PREFERENCE SETTLEMENT | 200.00 | | | | | 209,445.36 |
| 03/14/01 | C 15 | SHERATON NEW ORLEANS HOTEL 500 CANAL STREET NEW ORLEANS, LA 70130 | PREFERENCE SETTLEMENT | 10,000.00 | | | | | 219,445.36 |
| 03/19/01 | C 15 | JOHN DANIELL BOX-BAR RANCH HC 82, BOX 9070 MALTA, MT 59538 | PREFERENCE SETTLEMENT | 500.00 | | | | | 219,945.36 |
| 03/19/01 | C 14 | NICHOLLS & CRAMPTON PA ADMINISTRATIVE TRUST ACCOUNT 4300 SIX FORKS ROAD, SUITE 700 RALEIGH, NC 27609 (HARRAH'S OPERATING COMPANY, INC.) | PREFERENCE SETTLEMENT | 1,500.00 | | | | | 221,445.36 |
| 03/21/01 | C 15 | FRANK MASTOLONI & SONS, INC. | PREFERENCE SETTLEMENT | 6,500.00 | | | | | 227,945.36 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 42

| Case No: | 98-02675-5-ATS | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | NATIONSBANK, N.A. |
| Taxpayer ID No: | 87-0421191 | | Account Number: | 3753847313 Money Market - Interest Bearing |
| For Period Ending: | 09/30/01 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| 03/26/01 | 15 | 608 FIFTH AVE NEW YORK, NY 10020 | PREFERENCE SETTLEMENT | 500.00 | | | | | 228,445.36 |
| 03/26/01 | 15 | BOX BAR RANCH (JOHN DANIELL) HC 82 BOX 9070 MALTA, MT 59538 | PREFERENCE SETTLEMENT | 1,000.00 | | | | | 229,445.36 |
| 03/26/01 | 15 | GMAC COMMERCIAL CREDIT LLC ONE PENNSYLVANIA PLAZA NEW YORK, NY 10119 | PREFERENCE SETTLEMENT | 1,960.94 | | | | | 231,406.30 |
| 03/27/01 | 15 | PACKAGING CORPORATION OF AMERICA 1900 WEST FIELD COURT LAKE FOREST, IL 60045 NICHOLLS & CRAMPTON TRUST ACCOUNT 4300 SIX FORKS ROAD, SUITE 700 RALEIGH, NC 27669 | PREFERENCE SETTLEMENT SETTLEMENT OF ACT ELECTRIC, INC. AP | 2,003.76 | | | | | 233,410.06 |
| 03/30/01 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 365.04 | | | | 233,775.10 |
| 04/03/01 | 15 | EGW PERSONNEL SERVICES, INC. | PREFERENCE SETTLEMENT | 4,489.36 | | | | | 238,264.46 |
| 04/06/01 | 15 | ROBERT HALF INTERNATIONAL INC. P. O. BOX 9047 PLEASANTON, CA 94566-9047 | PREFERENCE SETTLEMENT | 4,200.00 | | | | | 242,464.46 |
| 04/25/01 | 15 | EDINBURGH CRYSTAL GLASS CO. D/B/A EDINBURG CRYSTAL FULBRIGHT & JAWORSKI llp TRUST ACCOUNT 1301 MCKINNEY, SUITE 5100 HOUSTON, TX 77010-3095 | PREFERENCE SETTLEMENT | 1,000.00 | | | | | 243,464.46 |
| 04/25/01 | 15 | JOHN DANNIELL BOX-BAR RANCH HC 82, BOX 9070 MALTA, MT 59538 | PREFERENCE SETTLEMENT | 500.00 | | | | | 243,964.46 |
| 04/27/01 | 15 | KENCO COMPANY 400 S. BEVERLY DR., SUITE 214 BEVERLY HILLS, CA 90212 | PREFERENCE SETTLEMENT | 1,000.00 | | | | | 244,964.46 |
| 04/30/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 440.13 | | | | 245,404.59 |

LFORM2XT

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: 87-0421191
For Period Ending: 09/30/01

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753847313 Money Market - Interest Bearing

Blanket Bond (per case limit)
Separate Bond (if applicable)  $ 6,000,000.00

Page: 43

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| 05/08/01 | C 15 | IMAGE ASSOCIATES, INC. 4909 WINDY HILL DRIVE RALEIGH, NC 27609-4929 | PREFERENCE SETTLEMENT | 1,666.00 | | | | | 247,070.59 |
| 05/14/01 | C 15 | NICHOLLS & CRAMPTON TRUST ACCOUNT LESLIE MAGNESS | PREFERENCE SETTLEMENT | 200.00 | | | | | 247,270.59 |
| 05/22/01 | C 15 | RICHARD D. SPARKMAN (TONER SOLUTIONS PREFERENCE) P. O. BOX 1687 ANGIER, NC 27501 | PREFERENCE SETTLEMENT SETTLEMENT OF TONER SOLUTIONS AP 00177-5-ATS | 1,576.06 | | | | | 248,846.65 |
| 05/29/01 | C 15 | UPS CUSTOMHOUSE BROKERAGE, INC. 1930 BISHOP'S LANE, SUITE 200 LOUISVILLE, KY 40218 | PREFERENCE SETTLEMENT | 5,239.60 | | | | | 254,086.25 |
| 05/31/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 454.35 | | | | 254,540.60 |
| 06/07/01 | C 15 | EBH DISTRIBUTORS, LLC 100 CHEROKEE BLVD SUITE 216 CHATTANOOGA, TN 37405 | PREFERENCE SETTLEMENT | 3,750.00 | | | | | 258,290.60 |
| 06/11/01 | C 15 | WIN CAPITAL CORP. | PREFERENCE SETTLEMENT | 2,750.00 | | | | | 261,040.60 |
| 06/11/01 | C 15 | IMAGE ASSOCIATES, INC. 4909 WINDY HILL DRIVE RALEIGH, NC 27609 | PREFERENCE SETTLEMENT | 1,666.00 | | | | | 262,706.60 |
| 06/11/01 | C 15 | ALPHA OMEGA CORPORATION P. O. BOX 1584 DULUTH, GA 30096 | PREFERENCE SETTLEMENT | 500.00 | | | | | 263,206.60 |
| 06/19/01 | C 15 | EBSCO INDUSTRIES, INC. P. O. BOX 1943 BIRMINGHAM, AL 35201-1943 (DBA VULCAN BINDER & COVER) | PREFERENCE SETTLEMENT | 11,250.00 | | | | | 274,456.60 |
| 06/29/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.100 | | 403.91 | | | | 274,860.51 |
| 07/10/01 | C 15 | IMAGE ASSOCIATES, INC. 4909 WINDY HILL DRIVE RALEIGH, NC 27609 | PREFERENCE SETTLEMENT | 1,666.00 | | | | | 276,526.51 |
| 07/13/01 | C 15 | BROWN MCLEOD & JOHNSON 2626 GLENWOOD AVENUE, SUITE 300 | PREFERENCE SETTLEMENT | 25,000.00 | | | | | 301,526.51 |

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 44

Case No.: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: 87-0421991
For Period Ending: 09/25/01

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753847313 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| C 07/31/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.100 | | 491.45 | | | | 302,017.96 |
| C 08/09/01 | 15 | IMAGE ASSOCIATES, INC. 4909 WINDY HILL DRIVE RALEIGH NC 27609 | PREFERENCE SETTLEMENT | 1,666.00 | | | | | 303,683.96 |
| C 08/09/01 | 14 | VERTEX 1041 OLD CASSATT ROAD BERWYN, PA 19312 | PREFERENCE SETTLEMENT | 7,500.00 | | | | | 311,183.96 |
| C 08/14/01 | 15 | DECHERT 4000 BELL ATLANTIC TOWER 1717 ARCH STREET PHILADELPHIA, PA 19103-2793 | PREFERENCE SETTLEMENT | 22,207.00 | | | | | 333,390.96 |
| C 08/21/01 | 15 | NFT TRAVEL -- AMHERST 415 N FRENCH ROAD AMHERST, NY 14228 | PREFERENCE SETTLEMENT | 25,000.00 | | | | | 358,390.96 |
| C 08/27/01 | 15 | JEFF L. HOOKS ELIZABETH S. HOOKS 7712 FALL BRANCH COURT WAKE FOREST, NC 27587 | PREFERENCE SETTLEMENT | 500.00 | | | | | 358,890.96 |
| C 08/31/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.100 | | 541.57 | | | | 359,432.53 |
| C 09/25/01 | 15 | TUGGLE DUGGINS & MESCHAN P.A. ATTORNEY FOR DIMMOCK HILL GOLF COURSE | PREFERENCE SETTLEMENT | 4,000.00 | | | | | 363,432.53 |
| C 09/25/01 | 15 | TUGGLE DUGGINS & MESCHAN ATTORNEYS FOR LEAPFROG MARKETING, INC. | PREFERENCE SETTLEMENT | 30,000.00 | | | | | 393,432.53 |
| C 09/28/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.100 | | 548.68 | | | | 393,981.21 |

LFORM2XT

Ver. 6.53d

LFORM2XT

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 45

Case No:                98-02675-5-ATS
Case Name:              INTERNATIONAL HERITAGE INC.

Taxpayer ID No:         87-0421191
For Period Ending:      09/30/01

Trustee Name:           HOLMES P. HARDEN, TRUSTEE
Bank Name:              NATIONSBANK, N.A.
Account Number:         3753847313 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|

* Reversed
Funds Transfer
Bank Cleared

Account  3753847313

| | Balance Forward | 0.00 |
|---|---|---|
| 77 | Deposits | 390,148.27 |
| 12 | Interest Postings | 3,832.94 |
| | Subtotal | $ 393,981.21 |
| 0 | Adjustments In | 0.00 |
| 0 | Transfers In | 0.00 |
| | Total | $ 393,981.21 |

| 0 | Checks | 0.00 |
|---|---|---|
| 0 | Adjustments Out | 0.00 |
| 0 | Transfers Out | 0.00 |
| | Total | $ 0.00 |

Ver: 6.53d

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 46

Case No.: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: 87-0421191
Prior Period Ending: 09/30/01

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 375384741O Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 02/01/01 | 5 | WORLDXCOM 601 SOUTH 12TH ST. ARLINGTON, VA 22202 | REFUND Security Deposit Refund | 5,249.86 | | | | | 5,249.86 |
| 02/28/01 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 7.08 | | | | 5,256.94 |
| 03/30/01 | 11 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | | 10.16 | | | | 5,267.10 |
| 04/30/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 10.52 | | | | 5,277.62 |
| 05/31/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.350 | | 10.54 | | | | 5,288.16 |
| 06/29/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.100 | | 8.83 | | | | 5,296.99 |
| 07/31/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.100 | | 9.76 | | | | 5,306.75 |
| 08/31/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.100 | | 9.47 | | | | 5,316.22 |
| 09/28/01 | 11 | NATIONSBANK, N.A. | Interest Rate 2.100 | | 8.57 | | | | 5,324.79 |

* Reversed
( Funds Transfer
C Bank Cleared

Account 375384741O

| | | | |
|---|---|---|---|
| Balance Forward | 0.00 | 0 Checks | 0.00 |
| 1 Deposits | 5,249.86 | 0 Adjustments Out | 0.00 |
| 8 Interest Postings | 74.93 | 0 Transfers Out | 0.00 |
| Subtotal | $ 5,324.79 | | |
| 0 Adjustments In | 0.00 | | |
| 0 Transfers In | 0.00 | | |
| Total | $ 5,324.79 | Total | $ 0.00 |

LFORM2XT

LFORM2XT

Ver: 6.53d

| Report Totals | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | 215 | Checks | 902,652.54 |
| 148 | Deposits | 4,729,297.08 | 1 | Adjustments Out | 122.97 |
| 153 | Interest Postings | 198,405.02 | 84 | Transfers Out | 1,006,463.20 |
| | Subtotal | $ 4,927,702.10 | | Total | $ 1,909,238.71 |
| 2 | Adjustments In | 1,803,000.00 | | | |
| 84 | Transfers In | 1,006,463.20 | | | |
| | Total | $ 7,737,165.30 | | Net Total Balance | $ 5,827,926.59 |