FILED

NOV - 6 2001

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

**Order Allowing Interim Fees**

This matter comes on for consideration upon the Attorney for Trustee's Third Application for Interim Compensation from September 18, 2000 through August 21, 2001 and Reimbursement of Expenses for the same period and Trustee's Third Application for Interim Commission and Reimbursement of Expenses for services rendered from September 1, 2000 through August 31, 2001, and Notice mailed to creditors in this case and the court having considered the factors affecting the interim compensation requested, it is ordered that the following interim fees and expenses be, and they hereby are allowed:

[Signature] Trustee

| | |
|---|---|
| Attorney for Trustee interim fees | $6,089.50 |
| Trustee interim commission | $9,820.24 |
| Trustee interim expenses | $1,719.80 |

SO ORDERED.

Dated: NOV - 6 2001

[Signature]
United States Bankruptcy Judge

308378

Recorded in Fee Book 11/6/01 Am

cc: Batt Harden to serve 11/6/01 Am

*[handwritten margin notes: "so far", "15.03", "ed. commission", "@ 5% - after that", "all commission @ 3%"]*

*[stamp: NO OBJECTION 10/18/01 By: [signature]]*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| RE: | ) |
| | ) |
| INTERNATIONAL HERITAGE, INC. | ) CASE NO. 98-02675-5-ATS |
| | ) CHAPTER 7 |
| | ) |
| | ) |
| Debtor. | ) |

## THIRD APPLICATION BY CHAPTER 7 TRUSTEE FOR INTERIM ALLOWANCE OF COMMISSION AND REIMBURSEMENT OF EXPENSES

NOW COMES, Holmes P. Harden ("Applicant") and files this Third Interim application [for] Compensation and Reimbursement of Expenses to Chapter 7 Trustee and, in support thereof, [sho]ws the following:

1. This Court has jurisdiction of this application pursuant to 28 U.S.C. §§ 157 and [1334] and 11 U.S.C. §§ 327 and 329.

2. On November 25, 1998 a petition for relief under Chapter 7 of the Bankruptcy [Code] was filed by International Heritage, Inc. (the "Debtor"). On November 25, 1998 this Court [enter]ed an Order appointing Holmes P. Harden as Trustee of the Debtor ("Trustee").

3. Applicant has complied with all provisions of the Bankruptcy Code, the [Bank]ruptcy Rules, and other laws, regulations and administrative orders dealing with the duties [of tr]ustee, has discharged his duties in a prompt and efficient manner and has otherwise [comp]lied with all other duties of a Chapter 7 trustee as set forth in the Bankruptcy Code.

4. The Court entered an order allowing trustee's first interim commisson in the [amoun]t of $5,919.07 and reimbursement of expenses in the amount of $11,628.39 for services

1

*[stamp: RECEIVED SEP 27 2001 BANKRUPTCY ADMINISTRATOR, EDNC]*

NO OBJECTION
Date: 9-22-01
By: [signature]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTERNATIONAL HERITAGE, INC. ) | CASE NO. 98-02675-5-ATS |
| ) | CHAPTER 7 |
| ) | |
| ) | |
| ) | |
| Debtor. ) | |

THIRD APPLICATION FOR INTERIM COMPENSATION FOR
SERVICES RENDERED BY ATTORNEY FOR TRUSTEE

The application of Holmes P. Harden, attorney for Trustee in the above-captioned case, respectfully represents:

1. That on the 22nd day of January, 1999 your applicant was approved as attorney for Trustee in the above-referenced case, #98-02675-5-ATS, and has since performed certain services on behalf of the Trustee. The Court entered an Order Allowing Attorney for Trustee's First Interim Fees on November 1, 1999 for services rendered and time expended incurred for the period November 30, 1998 through September 22, 1999 in the amount of $70,567.75 and reimbursement of expenses incurred for the period January 27, 1999 through August 31, 1999 in the amount of $219.23. The Court entered a consent order on October 26, 2000 allowing applicant's Second Interim compensation for services rendered from September 23, 1999 through September 12, 2000 in the amount of $20,674.75 and reimbursement of expenses in the amount of $24.50. Applicant's Third Interim Application for compensation are for services rendered from September 18, 2000 through August 21, 2001 and are itemized on Exhibit A attached hereto and incorporated herein by reference.

2. Attorney time is billed at a rate of $145.00 to $165.00 per hour. Paralegal

264887

RECEIVED
SEP 27 2001
BANKRUPTCY
ADMINISTRATOR, EDNC

1

Fax: Clerk 10-1-01