FILED

NOV - 6 2001

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

INTERNATIONAL HERITAGE, INC.

INTERNATIONAL HERITAGE, INCORPORATED,

Debtors.

CHAPTER 7
CASE NO. 98-02675-5-ATS

CHAPTER 7
CASE NO. 98-02674-5-ATS

**ORDER ALLOWING INTERIM SPECIAL ATTORNEY FOR TRUSTEE FEES AND EXPENSES**

This matter came on to be heard upon Application of Nicholls & Crampton, P.A. for allowance of interim Special Attorney for Trustee fees in the amount of $6,798.50 and reimbursement of expenses in the amount of $578.81 for the period July 1, 2001 to August 31, 2001(the "Application"), and it appearing that no objections to the Application were filed, that the Application should be allowed as an Interim Application with fees and expenses allowed in full, that valuable services have been rendered to the Trustee, that the fees and expenses requested are reasonable, and for good cause shown, it is

ORDERED that the Application be allowed in full as an Interim Application, and that Nicholls & Crampton, P.A. be awarded interim fees in the amount of $6,798.50 and reimbursement of expenses in the amount of $578.81.

DATED: NOV - 6 2001

A. Thomas Small

United States Bankruptcy Judge

O:\CHP7TR\InternationalHeritage\attyfeeapp.ord.007.wpd

11/6/01 Am

446 cc: BA + Hunrickhouse to serve 11/6/01 Am

460

NO OBJECTION
Date: 18 Oct 01
By: [signature]

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: )
 )
INTERNATIONAL HERITAGE, INC. ) CHAPTER 7
 ) CASE NO. 98-02675-5-ATS
INTERNATIONAL HERITAGE, ) CHAPTER 7
INCORPORATED, ) CASE NO. 98-02674-5-ATS
 )
Debtors. )

# INTERIM APPLICATION FOR SPECIAL ATTORNEY FOR TRUSTEE FEE AND EXPENSE REIMBURSEMENT

The undersigned Stephani W. Humrickhouse of Nicholls & Crampton, P.A. ("Applicant") applies to the Court for the entry of an Order approving and authorizing interim Special Attorney for Trustee fees for the period July 1, 2001 to August 31, 2001 in the amount of $6,798.50 and expense reimbursement in the amount of $578.81. In support of said Interim Application, Applicant respectfully shows the Court the following:

1. Applicant has acted as Special Attorney for the Trustee since employed and appointed by Order dated January 28, 1999. The services rendered by Applicant and members of its firm have been substantial and Applicant believes that allowance of a fee in full at this time is appropriate and necessary. Additionally, in light of the substantial commitment of time and resources by the Applicant and her firm during this period evaluating the ninety-one (91) avoidance actions initiated and settlement offers associated therewith, applicant requests that the Court consider this Application at this time notwithstanding the fact that the previous fee application was filed less than 120 days ago on July 30, 2001.

2. Fees in the amount of $119,735.00 and expenses in the amount of $4,668.02 have been applied for by the Applicant and approved by the Court prior to this Application. However, $22,803.00 of that $119,735.00 was applicable to the representation of the Trustee in his claims against the Debtor's principal, Stanley Van Etten and not related to the prosecution of general avoidance actions.

3. To date, the Applicant has delivered the total sum of $268,187.15 to the Trustee for preferences, which includes $67,712.51 collected prior to the initiation of the adversary proceedings and $225,474.64 collected as a result of the adversary proceedings. Monies are collected by the Applicant and delivered to the Trustee to hold in trust pending Court approval. The status of the adversary proceeding cases is as follows:

RECEIVED
OCT 02 2001
BANKRUPTCY ADMINISTRATOR EDNC

Oct. 20 obj Deadline

Jeff - looks ok to me - couple of entries probably could be argued, but not worth it.