**FILED**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

NOV 1 3 2001

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:                                               CHAPTER 7

INTERNATIONAL HERITAGE, INC.,                        CASE NO. 98-02675-5-ATS

    Debtor.

## NOTICE OF MOTIONS TO COMPROMISE
## AND SETTLE ADVERSARY PROCEEDINGS

TO:    ALL CREDITORS OF INTERNATIONAL HERITAGE, INC. AND OTHER PARTIES IN INTEREST

    NOTICE IS HEREBY GIVEN of the Motion to Compromise and Settle Adversary Proceedings regarding each of the following adversary proceeding cases set forth below which were filed November 7, 2001 by the Trustee herein requesting an order granting him authority to compromise and settle each adversary proceeding for the payment by the Defendant to the Trustee in each such adversary proceeding the amounts set forth below:

| Case No. | Defendant Name | Amount Claimed | Settlement Amount |
|---|---|---|---|
| S-00-00205-5-AP | Michael Senio d/b/a Dimmock Hill Golf Course | $481,166.40 | $4,000.00 |
| S-00-00225-5-AP | Dechert f/k/a Dechert Price & Rhoads | $140,471.79 | $22,207.00 |
| S-00-00262-5-AP | Leapfrog Marketing, Inc., f/k/a Nunez Communications, Inc. | $124,732.84 | $30,000.00 |

    An objection to the any of the Motions must be filed with the Clerk, United States Bankruptcy Court, Post Office Box 1441, Raleigh, NC 27602, with a copy served on the Trustee whose name appears at the bottom of this Notice, within TWENTY (20) DAYS of the date of this Notice. No hearing will be conducted on said objection unless the Court, in its discretion, deems a hearing necessary, or unless a party in interest requests a hearing. Any party requesting a hearing shall appear at the hearing in support of such request or he may be assessed with costs.

DATE OF NOTICE: November 9th 2001

*[signature]*
Holmes P. Harden
State Bar #9835
Chapter 7 Trustee
MAUPIN, TAYLOR & ELLIS, P.A.
Post Office Box 17169
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

C:\TEMP\CompromiseSettle.AP.not.8.wpd

## CERTIFICATE OF SERVICE

      I, Holmes P. Harden, do hereby certify that the foregoing document was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the 9th day of November, 2001.

                                     MAUPIN TAYLOR & ELLIS, P.A.

                                     BY: _____
                                     Holmes P. Harden
                                     N. C. State Bar No. 9835
                                     Post Office Drawer 19764
                                     Raleigh, NC 27619
                                     Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

See Attached Mail Matrix and E-Mail List

RAL/179511/1

Terri I. Gardner
Smith Debnam Narron & Myers, L.L.P.
P. O. Box 26268
Raleigh, NC 27611-6268

Managing Agent
International Heritage, Inc.
c/o Mayflower Capital LLC
2626 Glenwood Avenue, Suite 100
Raleigh, NC 27608

Brent E. Wood
Wood & Francis, PLLC
P. O. Box 164
Raleigh, NC 27602

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
1000 Cambridge Square, Suite C
Alpharetta, GA 30004

James Russell Tucker
Tucker & Ratcliffe, L.L.P.
500 N. Akard Street, Suite 3500
Dallas, TX 75201

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Dorothy H. Miller
102 Triangle Circle
Lafayette, LA 70508

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Stacey Ostrom
202 Oak Creek Drive
League City, TX 77573-1762

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Jane E. Chassey
1514 Azalea Drive
Saint Louis, Missouri 63119

Carolyn E. John
485 Broad River Blvd.
Beaufort, SC 29906

Managing Agent
Advanced Equities
P. O. Box 1042
Winnfield, LA 71483

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL-9490 Vaduz   LIECHTENSTEIN

Gary D. McDowell
1138 Ascott Valley Dr.
Duluth, GA 30097

Jean Wedin
P. O. Box 753
LaConner, WA 98257

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Managing Agent
Mayflower Capital, LLC
2626 Glenwood Ave., Suite 100
Raleigh, NC 27608

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

RAL/179511/1

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen    SWITZERLAND

Managing Agent
UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich    SWITZERLAND

Managing Agent
Schweizerische Hypotheken
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich    SWITZERLAND

Charles Anderson
Smith Helms Mulliss & Moore
P. O. Box 27525
Raleigh, NC 27611

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Stanley H. Van Etten
10504 Tredwood Drive
Raleigh, NC 27615

Marianne Kelley
142419 133 Ave.
Edmonton, Alberta
CANADA T5A5A5

Larry Smith
2435 E. North Street
Greenville, SC 29615

Anna M. Washburn
145 Christopher Drive
Clayton, NC 27520

Shawna Y. Staton
Jordan, Price, Wall, Gray,
   Jones & Carlton
P. O. Box 2021
Raleigh, NC 27602-2021

Henry W. Nozko, Jr., President
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Henry W. Nozko, Jr., President
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Managing Agent
Coeco
2525 Atlantic Avenue
Raleigh, NC 27604

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN 56258

Managing Agent
EDS Financial Services
4800 Six Forks Road
Raleigh, NC 27609

Managing Agent
Centrum Bank AGVaduz
Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz    LIECHTENSTEIN

Managing Agent
Emil Schatz, St Gallen
Oberhofstettenstrasse 67C
CH-9012, Saint Gallen    SWITZERLAND

Managing Agent
Accurata Treuhand und Revisions AG Vaduz
Abundt 36
FL-9490 Vaduz    LIECHTENSTEIN

Managing Agent
UBS AG, Zurich Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich    SWITZERLAND

Lloyd W. Gathings, II
Gathings & Associates
P. O. Box 10545
Birmingham, AL 35202

Managing Agent
TransAmerica-TIG Insurance
650 California St. 2nd Floor
San Francisco, CA 94108-2702

Sherwin P. Robin
P. O. Box 9541
Savannah, GA 31412-9541

Tony Copeland
BTI
4300 Six Forks Road, Suite 500
Raleigh, NC 27609

RAL/179511/1

Michael P. Flanagan
Ward and Smith, P.A.
P. O. Box 8088
Greenville, NC 27835-8088

Vickie Corbitt,
Attorney for Commissioner of Revenue
Tennessee Dept. of Revenue - Legal
312 8th Ave. N. #27 Fl.
Nashville, TN 37243-0001

Jean Boyles
P. O. Box 10506
Raleigh, NC 27605

James A. Roberts, III
Lewis & Roberts, PLLC
P. O. Box 17529
Raleigh, NC 27619-7529

Stephani W. Humrickhouse, Esq.
Nicholls & Crampton
4300 Six Forks Road, Suite 700
Raleigh, NC 27609

Paul Faison S. Winborne
300/200 Parham Street, Suite F
P. O. Box 1547
Raleigh, NC 27602

Patrick H. Tyler
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

Janet Cradeur
P. O. Box 66658
Baton Rouge, LA 70896

Missouri Department of Revenue
Attn: Brian S. Kuhlmann
P. O. Box 475
Jefferson City, MO 65105-0475

James K. Austin
Ellis Painter Ratterree & Bart LLP
P. O. Box 9946
Savannah, GA 31412-9946

Meredith P. Ezzell
Wyrick Robbins Yates & Ponton LLP
P. O. Drawer 17803
Raleigh, NC 27619

Marcia McGair Ippolito
R.I. Division of Taxation
One Capitol Hill
Providence, RI 02908-5800

J. Anthony Penry
Smith, Helms, Mulliss & Moore
2800 Two Hanover Square
Raleigh, NC 27601

William Woodward Webb
Broughton, Wilkins, Webb & Sugg, P.A.
P. O. Box 2387
Raleigh, NC 27602

Walter Calton
312 East Broad Street
Eufaula, AL 36072

Keith M. Jensen
Law Office of Keith M. Jensen
514 East Beklnap
Fort Worth, TX 76102

Joseph N. Calloway, Esq.
Battle, Winslow, Scott & Wiley, P.A.
P. O. Box 7100
Rocky Mount, NC 27804-0100

L. C. Gilbert, Jr.
74 Hilltop Lane
Alpine, AL 35014

Randall L. Greene
Rt. 1, Box 155
Randlett, OK 73562

Jackson Wayne Murphy
Rt. 6, Box 154
Troy, AL 36081

James H. Thomas
101 Robin Drive
Troy, AL 36081

Craig T. Liebendorfer
7315 Hundley Blvd.
Dallas, TX 75231-4722

Denise Marsh
709 Summit Ridge
Lewisville, TX 75067

Sharon A. Meckenstock
1640 West 34th St., N.
Wichita, KS 67204

RAL/179511/1

State Auditor's Office
Montana Securities Department
Mitchell Building, Room 270
State Capital Complex
Helen, MT 59620

William Swinney
3365 Silver Palm Drive
Jacksonville, FL 32250

Marshall Reddy
P. O. Box 806
Ponte Verde Beach, FL 32004

Henry W. Noziko, Jr.
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Gerald A. Jeutter
Kilpatrick Stockton, LLP
P. O. Box 300004
Raleigh, NC 27622

Henry W. Noziko, Jr.
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Michael K. Wolensky
Robert G. Brunton
David J. Gellen
Kutak Rock
225 Peachtree St., NE, Suite 2100
Atlanta, GA 30303-1731

Gary V. Dixon
Ross Dixon & Bell, LLP
601 Pennsylvania Ave. NW
North Boulevard
Washington, DC 20004-2688

Ronald H. Garber
Boxley Bolton & Garber
P. O. Drawer 1429
Raleigh, NC 27602

Virginia Andrews Burdette
P. O. Box 47
Mukilteo, WA 98275

Scott L. Wilkinson
Assistant U.S. Attorney
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Joseph B. Cheshire V
Cheshire Parker Schneider Wells & Bryan
P. O. Box 1029
Raleigh, NC 27602

Managing Agent
International Heritage, Incorporated
c/o Mayflower Capital LLC
2626 Glenwood Avenue, Suite 100
Raleigh, NC 27608

James Burshtyn
Office of Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78712548

Jackie S. Hart
1706 Antigua Lane
Nassau Bay, TX 77058

RAL/179511/1

| ▽ | E-mail |
|---|---|
| Flag Status : (none) (176 items) | |
| | |
| | x2-song@worldnet.att.net |
| | hual@airmail.net |
| | mayfi23@marz.com |
| | Buddha623@aol.com |
| | pgorman@vantagepointcapital.c... |
| | wrightr@mindspring.com |
| | mlafontaine@abbot-simses.com |
| | rabbit@rockisland.com |
| | cheryll.COSTANIINO@edmail.com |
| | jasbircheema@amropictures.com |
| | 72320.316@compuserve.com |
| | stann@colby.IXKS.com |
| | |
| | |
| | gjack312@Intrstar.net |
| | hdfrey@telusplanet.net |
| | DLWARREN@BellSouth.net |
| | michael_bhagat@hotmail.com |
| | rliston@spartanburg4.0rg |
| | ghromero@aol.com |
| | joanchan@rocketmail.com |
| | edeem@worldnet.att.net |
| | DFITZPA400@aol.com |
| | theboock@compuserve.com |
| | pondman@memes.com |
| | docchiro@ISLC.net |
| | RIZMOE@NWRain.com |
| | thodges@gateway.net |
| | hlee@directv.com |
| | fabb@telusplanet.net |
| | cordw@deltapineseed.com |
| | NBECK87570@aol.com |
| | JYANG4@FORD.COM |
| | mccarthy@mccarthyconsultant.c... |
| | digger@bcsupernet.com |
| | BREIDYIII@aol.com |
| | pak@jcnl.com |
| | lpartr1072@aol.com |
| | leadership.possibilities.mak@wor... |
| | mtheisen@efn.org |
| | MLGeller@aol.com |
| | mooreem@harpo.tnstate.edu |
| | backpain@keynet.net |
| | Hbeckbari@aol.com |
| | mwarhurst@yahoo.com |
| | js.baum@srs.gov |
| | wynellh@flash.net |
| | dlatray@mcn.net |
| | bwood@woodfran.com |
| | DickLynn Ferency@compuserve.... |
| | CHASSEYRAY@email.msn.com |
| | jim.griffith@erols.com |
| | xiaokui.shan@bakernet.com |
| | xshan@aol.com |
| | kkandola@theresidences.com |
| | lrochkind@jafferaitt.com |
| | sdostrom@hotmail.com |

Baker, Janis                                                                 1                                                                 11/7/2001

| | E-mail |
|---|---|
| | michaelhopkins@mailcity.com |
| | |
| | dana-charles@worldnet.att.net |
| | options-galore@yahoo.com |
| | bchap01@aol.com |
| | ceissngr@midrivers.com |
| | glassgs@cadvision.com |
| | mbrown8967@aol.com |
| | diemert@northerntel.net |
| | cgrumer@manatt.com |
| | shouli.yang@stjude.org |
| | RJWNLAW@aol.com |
| | sds98@eatel.net |
| | jwmaloy@aol.com |
| | kanelos@mindspring.com |
| | blairc@iname.com |
| | Larry_Fletcher@bc.sympatico.ca |
| | JNRRICH@Intur.net |
| | aadrezin@Epix.net |
| | kimball.peed@bigfoot.com |
| | tammyr@falcon.ukans.cc.edu |
| | VTPALMER27@yahoo.com |
| | crandall@rock-springs.dowell.slb... |
| | gedler@bellsouth.net |
| | r_brown@email.msn.com |
| | hou@mail.med.upenn.edu |
| | dsbarron@bellsouth.net |
| | jamcgrath@yahoo.com |
| | bjsaw@ttc-cmc.net |
| | smsutom@aol.com |
| | lynn@dot.state.al.us |
| | pingnas@ica.net |
| | Hanna@tir.com |
| | buddunn@auantumworld.com |
| | Rahmati@ibm.net |
| | Docnielsen@webtv.net |
| | mjandcarlincc@juno.com |
| | loking@wixmail.com |
| | Jholt@Clemson.edu |
| | jsmusa@mindspring.com |
| | Mainland@ticnet.com |
| | cce3@juno.com |
| | mcnamer@bigsky.net |
| | mwa@wnonline.net |
| | lesterabs@mindspring.com |
| | shanson@kearney.net |
| | an667@hwcn.org |
| | yu241703@yorku.ca |
| | yu241703@yorku.ca |
| | lihen |
| | dsbarron@bellsouth.net |
| | jamcgrath@yahoo.com |
| | bbaum89@aol.com |
| | bjsaw@ttc-cmc.net |
| | smsutom@aol.com |
| | lynn@dot.state.al.us |
| | pingnas@ica.net |
| | Hanna@tir.com |
| | buddunn@quantumworld.com |

| | E-mail |
|---|---|
| | Rahmati@ibm.net |
| | docnielsen@webtv.net |
| | mjandcarlincc@juno.com |
| | loking@wixmail.com |
| | Jholt@Clemson.edu |
| | jsmusa@mindspring.com |
| | Mainland@ticnet.com |
| | cce3@juno.com |
| | mcnamer@bigsky.net |
| | mwa@wnonline.net |
| | lesterabs@mindspring.com |
| | shanson@kearney.net |
| | an667@hwcn.org |
| | yu241703@yorku.ca |
| | TJDeavers@aol.com |
| | BrAnDin420@aol.com |
| | hou@mail.med.upenn.edu |
| | CTBallard@aol.com |
| | beth_pattillo@shmm.org |
| | swede@dmea.net |
| | kmaxeyjr@bayou.com |
| | Wesglynn@aol.com |
| | jwarren@wyche.com |
| | dongming.zhao@jci.com |
| | pkloosterman@juno.com |
| | JEEPETTE99@aol.com |
| | pingnas@ica.net |
| | Karen0906@aol.com |
| | lonni@pb.quik.com |
| | |
| | Dana-Charles@Worldnet.Att.Net |
| | |
| | Averitas@aol.com |
| | kk_1200@kwikkopy.com |
| | hewlett@cablelan.net |
| | sonia_voldseth@burns.senate.gov |
| | dzeigler@jsucc.jsu.edu |
| | mchad@acnet.net |
| | albourassa@bigfoot.com |
| | |
| | albourassa@bigfoot.com |
| | Harden, Holmes |
| | Mgutierrez@pirnie.com |
| | mayfi23@marz.com |
| | shucko@prodigy.net |
| | zuzuy2k@yahoo.com |
| | Mgutierrez@pirnie.com |
| | Mgutierrez@pirnie.com |
| | RRALBRIGHT@AOL.COM |
| | bcslaw@prodigy.net |
| | rosieo@bigsky.net |
| | mooreem@harpo.tnstate.edu |
| | VANATTAL@VAX.CS.HSCSYR.EDU |
| | leadership.possibilities.mak@wor... |
| | pingnas@ica.net |
| | cr8on@flash.net |
| | bsclaw@worldnet.att.net |
| | ladevries@firstam.com |
| | ihatch@ala.net |