**FILED**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA    NOV 3 0 2001
RALEIGH DIVISION

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| INTERNATIONAL HERITAGE, | ) | CHAPTER 7 |
| INCORPORATED, | ) | CASE NO. 98-02674-5-ATS |
| | ) | |
| Debtors. | ) | |

## INTERIM APPLICATION FOR SPECIAL ATTORNEY
## FOR TRUSTEE FEE AND EXPENSE REIMBURSEMENT

The undersigned Stephani W. Humrickhouse of Nicholls & Crampton, P.A. ("Applicant") applies to the Court for the entry of an Order approving and authorizing interim Special Attorney for Trustee fees for the period September 1, 2001 to October 31, 2001 (except for certain additional entries omitted from pervious Applications) in the amount of $6,842.50 and expense reimbursement in the amount of $239.79. In support of said Interim Application, Applicant respectfully shows the Court the following:

1.    Applicant has acted as Special Attorney for the Trustee since employed and appointed by Order dated January 28, 1999. The services rendered by Applicant and members of its firm have been substantial and Applicant believes that allowance of a fee in full at this time is appropriate and necessary. Additionally, in light of the substantial commitment of time and resources by the Applicant and her firm during this period evaluating the ninety-one (91) avoidance actions initiated and settlement offers associated therewith, applicant requests that the Court consider this Application at this time notwithstanding the fact that the previous fee application was filed less than 120 days ago on October 1, 2001.

2.    Fees in the amount of $126,533.50 and expenses in the amount of $5,246.83 have been applied for by the Applicant and approved by the Court prior to this Application. However, $22,803.00 of that $126,533.50 was applicable to the representation of the Trustee in his claims against the Debtor's principal, Stanley Van Etten and not related to the prosecution of general avoidance actions.

3.    To date, the Applicant has delivered the total sum of $382,421.15 to the Trustee for preferences, which includes $67,712.51 collected prior to the initiation of the adversary proceedings and $314,708.64 collected as a result of the adversary proceedings. Monies are collected by the Applicant and delivered to the Trustee to hold in trust pending Court approval. The status of the adversary proceeding cases is as follows:

3° pcp

465

a.  42 adversary proceedings have been settled in the sum of $248,797.88 (plus Rolex watch given to Trustee) and approved by the Court.

b.  3 adversary proceedings have been settled in the sum of $56,207.00 and are pending court approval.

c.  Default Judgment has been entered in 16 adversary proceedings (3 of which have been satisfied in the sum of $9,703.76).

d.  13 adversary proceedings have been dismissed because of a complete defense by the Defendant or the inability to locate the Defendant.

e.  Judgment has been entered in one adversary proceeding after trial in the amount of $2,620.00.

f.  8 adversary proceedings have been settled and payment is pending.

g.  8 adversary proceedings are presently set for trial.

4.  A Summary of Services Rendered which indicates the name of the attorney or paralegal, the hours spent, the hourly rate and total compensation requested is attached as Exhibit A.  Attached as Exhibit B is a breakdown by hours and description of the services rendered in connection with this Application. Services rendered were reasonable and necessary in the proper representation of the Trustee.  Said Exhibit B reflects an itemization of expenses incurred on behalf of the Trustee by category totals.  A separate statement has been created for each adversary proceeding in which time has been entered so that settlement offers can be evaluated more efficiently.

5.  The Trustee's agreement to pay the fees at the rates set out herein are substantiated in its Application by Trustee for Authority to Employ and Appoint Attorney Specially dated January 27, 1999.  Stephani W. Humrickhouse has rendered professional services of not less than 34.30 hours and that for such professional services Trustee agreed to pay the rate of $165.00 per hour.  Phyllis W. Hill has rendered paralegal services of not less than 16.50 hours and that for such paralegal services Applicant is regularly paid at the rate of $70.00 per hour.  Sandra T. Waller has rendered paralegal services of not less than .40 hours and that for such paralegal services Applicant is regularly paid at the rate of $70.00.

6.  Stephani W. Humrickhouse is a Partner with Nicholls & Crampton, P.A.  She is a Board Certified Specialist in Bankruptcy Law by the North Carolina State Bar Board of Legal Specialization, is a former member of the Bankruptcy Council of the North Carolina Bar Association, previously served as Chairman of its Continuing Legal Education Committee, is a Certified Bankruptcy Specialist by the American Bankruptcy Certification Board and is an experienced Chapter 11 bankruptcy practitioner.  Humrickhouse was admitted to the bar in 1980.  Humrickhouse regularly charges and has been paid as her ordinary rate $210.00 per hour.  However, based on Court guidelines for the representation of the Trustee, she has only charged $165.00 per hour during the time period covered by this Application in this case.

7.    Phyllis W. Hill is a Paralegal with Nicholls & Crampton, P.A.  She attended the University of Tennessee in Knoxville, TN majoring in Business Administration and received her paralegal/legal assistant degree from UT.  She has been a paralegal since 1977 with seven years experience in Tax, Estate Planning, Trust and Estate Administration in Knoxville, TN, eight years experience in Civil Litigation with Hunton & Williams in Raleigh, NC and has been with Nicholls & Crampton since February, 1993, concentrating in Bankruptcy.

8.    Sandra T. Waller is a Paralegal with Nicholls & Crampton, P.A.  She attended Florida State University, Tallahassee, FL and received her paralegal/legal assistant training at Lively Vocational/Technical School, Tallahassee, FL.  She has been a paralegal since 1982 with experience in Personal Injury, Medical Malpractice and Litigation.  She has been employed at Nicholls & Crampton since January, 1998, concentrating in Bankruptcy.

9.    Copying charges are recorded by client identification number, pursuant to a control counting device connected to Applicant's copying machine.  The copying charges are read by Applicant's Office Administrator twice monthly, at mid and end month, and entered into the Accounting Package on those "read" dates.  Applicant does not have the ability to further break down the dates such copying charges were incurred other than as expressed above

10.    Postage charges for are entered cumulatively at month's end.

11.    Copies are charged at 20¢ per page, and fax transmissions are charged at $1.00 per page for out-going transmissions, with no charge for incoming faxes.  Deliveries are charged at the rate of $7.50.  Mileage reimbursement was made at the rate of 31¢ per mile.

12.    The best interests of Trustee, the Debtor, and the Estates will be served by the allowance of this Application in full.

WHEREFORE, Applicant respectfully requests the Court for the entry of an Order allowing and authorizing Special Attorney for Trustee fees in the amount of $6,842.50 and expense reimbursement in the amount of $239.79.

This the 30 day of November, 2001.

Stephani W. Humrickhouse
State Bar No. 9528
Attorney for Trustee
Nicholls & Crampton, P.A.
Post Office Box 18237
Raleigh, NC  27619
Telephone: 919/781-1311

3

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing INTERIM APPLICATION FOR SPECIAL ATTORNEY FOR TRUSTEE FEE AND EXPENSE REIMBURSEMENT was served this day by placing a copy thereof in a depository under the exclusive care and custody of the United States Postal Service in a postage prepaid envelope and properly addressed as follows:

> Mrs. Marjorie K. Lynch
> Bankruptcy Administrator
> 300 Fayetteville St. Mall, Room 416
> P. O. Box 3039
> Raleigh, NC  27602

This the 30th day of November, 2001.

_Sandra T. Waller_
Sandra T. Waller
Legal Assistant

O:\CHP7TR\InternationalHeritage\attyfeeapp.008.wpd

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| INTERNATIONAL HERITAGE, | ) | CHAPTER 7 |
| INCORPORATED, | ) | CASE NO. 98-02674-5-ATS |
| | ) | |
| Debtors. | ) | |

**SUMMARY OF SERVICES RENDERED**
Nicholls & Crampton, P.A.

From September 1, 2001 to September 30, 2001, the undersigned person/firm has performed professional services for this estate in the capacity of attorney for the Trustee during the Chapter 7 case. Attached hereto is an itemization of time expended and expenses incurred in the performance of these professional services.

| NAME | TITLE | HOURS SPENT | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Stephani W. Humrickhouse | Partner | 34.30 | $165.00 | $5,659.50 |
| Phyllis W. Hill | Paralegal | 16.50 | $ 70.00 | $1,155.00 |
| Sandra T. Waller | Paralegal | .40 | $ 70.00 | $ 28.00 |

TOTAL FEES    $6,842.50

TOTAL EXPENSES  $ 239.79

TOTAL AMOUNT REQUESTED  $7,082.29

O:\CHP7TR\InternationalHeritage\attyfee.sum.008.wpd

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    37121

10/05/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-081 SWH ~ Intn'l Heritage Inc / Jeff Hooks

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 09/07/01 | PL9 | Draft Motion for Authority to Compromise & Settle Adversary Proceeding and proposed Order. | .50 |
| 09/07/01 | HUM | Review motion to compromise | .20 |

Fees Billed                          $    68.00

Disbursements
-----------------

Postage                          $    .34

12 Copies @ .20 each             $    2.40

Total Disbursements            $    2.74

Total Current Bill             $    70.74

Previous Balance               $    314.72

Balance Due                    $    385.46

Fee Summary

Paralegal PWH worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

10/05/01

Invoice    37124

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-090 SWH - Intn'l Heritage Inc / Larkin Envestments,LTD

Amount Paid: _____

**Return Upper Portion With Payment**

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 09/07/01 | PL9 | Draft Motion for Authority to Compromise & Settle Adversary Proceeding and proposed Order. | .50 | | |
| | | Fees Billed | | $ | 35.00 |

Disbursements
---------------

| | | |
|---|---|---|
| Postage | $ | .34 |
| 12 Copies @ .20 each | $ | 2.40 |
| Total Disbursements | $ | 2.74 |
| Total Current Bill | $ | 37.74 |
| Previous Balance | $ | 93.30 |
| Balance Due | $ | 131.04 |

Fee Summary

Paralegal PWH worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

10/05/01

Invoice    37123

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-085 SWH - Intn'l Heritage Inc / John Brothers

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 09/07/01 | HUM | Settlement conf. with Stubbs | .30 |
| 09/25/01 | HUM | Conf. with Buzzy Stubbs re: settlement, advise court of settlement, review financial statement | 1.50 |

|  |  |
|---|---|
| Fees Billed | $    297.00 |

Disbursements
--------------
8 Copies @ .20 each            $    1.60

| | |
|---|---|
| Total Disbursements | $    1.60 |
| Total Current Bill | $    298.60 |
| Previous Balance | $    49.50 |
| Balance Due | $    348.10 |

Fee Summary

S W Humrickhouse worked 1.80 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

10/05/01

Invoice    37122

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-084 SWH - Intn'lHeritageInc / Leapfrog Mktg, Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 09/07/01 | HUM | Review discovery documents, conference with Meschan | 1.70 |
| 09/13/01 | HUM | Respond to document request | 1.60 |
| 09/14/01 | HUM | Meeting with Meschan re: settlement (1.5); Prepare statement re: compromise (.5). | 2.00 |
| 09/18/01 | HUM | Review settlement letter from Meschan | .30 |
| 09/24/01 | PL9 | Letter to defendant's attorney with proof of claim, letter to Trustee with settlement check. | .70 |

Fees Billed                         $      973.00

Disbursements
--------------
12 Copies @ .20 each          $     3.00

Postage                             $      .91

Total Disbursements      $        3.91

Total Current Bill        $      976.91

Previous Balance         $      284.24

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619

Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

10/05/01

Invoice    37122
Page           2

TO

Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-084 SWH - Join'lHeritageInc / Leapfrog M...

Amount Paid: _____

Return Upper Portion With Payment

Balance Due          $    1,261.15

Fee Summary

S W Humrickhouse worked 5.60 hours at $165 an hour.
Paralegal PWH worked .70 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

10/05/01

Invoice    37120

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-070 SWH - Intn'l Heritage Inc / Herbert Towning

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 09/06/01 | HUM | Arrange for pick up of watch | .20 |
| 09/13/01 | PL9 | Prepare for delivery of Rolex watch to Trustee. | .30 |
| 09/18/01 | PL9 | Tele. from case administrator, prepare Notice of Voluntary Dismissal with Prejudice. | .30 |
| 09/18/01 | HUM | Review dismissal. | .20 |

Fees Billed                          $      108.00

Disbursements
--------------

7 Copies @ .20 each             $      1.40

Postage                              $       .34

Total Disbursements        $        1.74

Total Current Bill         $      109.74

Previous Balance           $       64.28

Balance Due                $      174.02
                           ============

Fee Summary

S W Humrickhouse worked .40 hours at $165 an hour.
A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

10/05/01

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Invoice    37120
Page          2

Client Id. 00-12075
Matter Id. 000-000-070 SWH - Intn'l Heritage, Inc / Herbert Townsend

Amount Paid: _____

Return Upper Portion With Payment

Paralegal PWH worked .60 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

10/05/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Invoice    37119

Client Id. 00-12075
Matter Id. 000-000-069 SWH - Intn'l Heritage Inc / Dee Brothers

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | | | Hours |
|---|---|---|---|
| 09/07/01 | HUM | Settlement conf. with Stubbs | .50 |
| 09/25/01 | HUM | Conf. with Buzzy Stubbs re: settlement, advise court of settlement, review financial statement | 1.50 |

Fees Billed                                    $     330.00

Disbursements
---------------
Delivery Charge                          $      7.50

Postage                                  $       .34

8 Copies @ .20 each                      $      1.60

Total Disbursements          $       9.44

Total Current Bill           $     339.44

Previous Balance             $     185.24

Balance Due                  $     524.68

Fee Summary

S W Humrickhouse worked 2.00 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

10/05/01

Invoice    37118

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-059 SWH – Intn"l Heritage, Inc. / Leslie Magness

Amount Paid: _____

---

**Return Upper Portion With Payment**

For legal services rendered, including
but not limited to

Disbursements
-------------
8 Copies @ .20 each                    $        1.60

|  | |  |
|---|---|---|
| Total Disbursements | $ | 1.60 |
| Total Current Bill | $ | 1.60 |
| Balance Due | $ | 1.60 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

10/05/01

Invoice    37117

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-049 SWH - Intn'lHeritageInc / Brown,McLeod&Johnsen,CPA

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 09/07/01 | PL9 | Draft Motion for Authority to Compromise & Settle Adversary Proceeding and Order | .50 |
| 09/07/01 | HUM | Review motion to compromise. | .20 |

Fees Billed                    $    68.00

Disbursements
--------------

Postage                              $       .34

12 Copies @ .20 each                 $      2.40

Total Disbursements          $      2.74

Total Current Bill           $     70.74

Previous Balance             $    228.22

Balance Due                  $    298.96
=============

Fee Summary

Paralegal PWH worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

10/05/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Invoice    37116

Client Id. 00-12075
Matter Id. 000-000-043 SWH - Intn'l Heritage Inc / DMax Imaging Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | |
|---|---|---|---|
| 09/01/01 | HUM | Letter to Shawna Staton re: settlement possibilities, review file | .50 |
| 09/05/01 | HUM | Conf. with Shawna Staton re: Section 548 theory | .40 |
| 09/12/01 | HUM | Settlement negotiations with Shawna Staton, letter to Staton re: settlement | 1.20 |
| 09/13/01 | PL9 | Prepare Statement for Authority to Compormise Controversy. | .40 |

Fees Billed                    $    374.50

Disbursements
----------------
Postage                $      .34

Fax                    $     2.40

Total Disbursements    $      2.74

Total Current Bill     $    377.24

Previous Balance       $     37.50

Balance Due            $    414.74
==============

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

10/05/01

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh        NC 27604

Invoice    37116
Page           2

Client Id. 00-12075
Matter Id. 000-000-043 SWH - Intn'l Heritage Inc. / DMax Ima...

Amount Paid:

**Return Upper Portion With Payment**

Fee Summary

S W Humrickhouse worked 2.10 hours at $165 an hour.
Paralegal PWH worked .40 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

10/05/01

Invoice    37115

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                NC 27604

Client Id. 00-12075
Matter Id. 000-000-041 SWH - Intn'l Heritage Inc / Vertex, Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | |
|---|---|---|---|
| 09/07/01 | PL9 | Draft Motion for Authority to Compromise & Settle Adversary Proceeding and proposed Order. | .50 |
| 09/07/01 | HUM | Review motion to compromise | .20 |

Fees Billed                                    $    68.00

Disbursements
---------------

Postage                                    $    .34

12 Copies @ .20 each                       $   2.40

Total Disbursements                    $    2.74

Total Current Bill                     $    70.74

Previous Balance                       $   175.02

Balance Due                            $   245.76

## Fee Summary

Paralegal PWH worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

10/05/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Invoice   37114

Client Id. 00-12075
Matter Id. 000-000-033 SWH - Intn'lHeritageInc - MikeSenio/DimmockHillGol

Amount Paid:

**Return Upper Portion With Payment**

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 09/13/01 | HUM | Respond to document request | 1.60 |
| 09/14/01 | P20 | Draft and deliver Statement of Authority to Compromoise for filing to Clerk | .40 |
| 09/14/01 | HUM | Meeting with Meschan re: settlement (1.5); Prepare statement re: compromise, call to Court re: same (.5) | 2.00 |
| 09/18/01 | HUM | Review settlement letter from Meschan | .30 |
| 09/24/01 | PL9 | Letter to Defendant's attorney with proof of claim, letter to Trustee with settlement check. | .70 |

Fees Billed                          $    720.50

**Disbursements**

Travel                    $    4.90

Postage                   $     .34

5 Copies @ .20 each       $    1.25

Total Disbursements       $      6.49

Total Current Bill        $    726.99

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

10/05/01

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Invoice    37114
Page          2

Client Id. 00-12075
Matter Id. 000-000-033 SWH - Intn'lHeritageInc - MikeSenio/Amount Paid:....Gal

Return Upper Portion With Payment

| | | |
|---|---|---|
| Previous Balance | $ | 1,205.15 |
| Balance Due | $ | 1,932.14 |

Fee Summary

S W Humrickhouse worked 3.90 hours at $165 an hour.
S T Waller worked .40 hours at $ 70 an hour.
Paralegal PWH worked .70 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

10/05/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Invoice    37113

Client Id. 00-12075
Matter Id. 000-000-021 SWH - Intn'lHeritageInc - Printing Plus, Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | | |
|---|---|---|---|---|
| 09/05/01 | HUM | Conf. with Shawna Staton re: settlement possibilities | .30 | |
| 09/15/01 | HUM | Prepare for pretrial hearing | .50 | |
| 09/17/01 | HUM | Pretrial hearing | .20 | |

Fees Billed                               $      165.00

Disbursements
--------------
2 Copies @ .20 each              $      .40

Total Disbursements       $        .40

Total Current Bill        $     165.40

Previous Balance          $     429.00

Balance Due               $     594.40

Fee Summary

S W Humrickhouse worked 1.00 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

10/05/01

Invoice    37112

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleign         NC 27604

Client Id. 00-13075
Matter Id. 000-000-020 SWH - Intn'lHeritageInc - NiagaraFrontierTravelSer

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 09/07/01 | PL9 | Draft Motion for Authority to Compromise & Settle Adversary Proceeding and proposed Order. | .50 |
| 09/07/01 | HUM | Review motion to compromise | .20 |

Fees Billed                     $    68.00

Disbursements

Postage                         $      .34

12 Copies @ .20 each            $     2.40

Total Disbursements -           $     2.74

Total Current Bill              $    70.74

Previous Balance                $   322.94

Balance Due                     $   393.68

### Fee Summary

Paralegal PWH worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619

Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

10/05/01

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Invoice    37111

Client Id. PO-12075
Matter Id. 000-000-001 SH/G - International Heritage, Inc - Chapter 7

Amount Paid:

**Return Upper Portion With Payment**

For legal services rendered, including but not limited to

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 09/07/01 | PL9 | Draft Notice of Motions for Authority to Compromise & Settle Adversary Proceedings. | .50 |
| 09/07/01 | HUM | Review notice of motion to compromise | .30 |
| 09/24/01 | PL9 | Update case status list and trial status list, review files for status. | .70 |
| 09/25/01 | PL9 | Finalize special attorney for trustee fee application. | 1.50 |
| 09/25/01 | HUM | Review status of outstanding cases, review witness needs, discovery needs, trail preparation. | 2.20 |

Fees Billed                           $     601.50

Disbursements
--------------

| | | |
|---|---|---|
| Delivery Charge | $ | 30.00 |
| Fax | $ | 5.00 |
| 242 Copies @ .20 each | $ | 48.40 |
| Telephone Charges | $ | 23.00 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

10/05/01

TO

Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Invoice   37111
Page          2

Client Id. 00-12075
Matter Id. 000-000-001 SWG - International Heritage, Inc.    Amount Paid: $

Return Upper Portion With Payment

| | | |
|---|---|---|
| Total Disbursements | $ | 107.40 |
| Total Current Bill | $ | 708.90 |
| Previous Balance | $ | 944.20 |
| Balance Due | $ | 1,653.10 |

## Fee Summary

Paralegal PWH worked 2.70 hours at $70 an hour.
S W Humrickhouse worked 2.50 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**A T T O R N E Y S  A T  L A W**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

11/26/01

Invoice    37629

TO  Holmes P. Harden
    c/o Maupin, Taylor & Ellis, PA
    3200 Beechleaf Ct. POB 19764
    Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-001 SH/G - International Heritage, Inc - Chapter 7

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours | | Amount |
|------|------|-------------|-------|---|--------|
| 09/28/01 | PL9 | Prepare draft of Application for Special Counsel Fee and Expense Reimbursement, Notice, proposed Order. | 2.00 | | |
| 10/12/01 | HUM | Review compromise orders | .70 | | |
| 10/24/01 | HUM | Call to Clerk's office re: trial status, continuances | .30 | | |
| 10/27/01 | HUM | Review status of trials and settlements | 1.50 | | |
| | | Fees Billed | | $ | 552.50 |

Disbursements
--------------

| | | |
|---|---|---|
| Postage | $ | 1.32 |
| 11 Copies @ $.20 each | $ | 2.20 |
| Delivery Charge | $ | 15.00 |
| Telephone Charges | $ | 45.00 |
| Total Disbursements | $ | 63.52 |
| Total Current Bill | $ | 616.02 |
| Previous Balance | $ | 708.90 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

11/26/01

Federal ID #
56-1201204

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Invoice    37629
Page           2

Client Id. 00-12075
Matter Id. 000-000-001 SH/G – International Heritage, Inc – Account #: 7

Return Upper Portion With Payment

Balance Due

---------------
$    1,324.92
===============

Advances Balance                    .50

Fee Summary

Paralegal PWH worked 2.00 hours at $ 70 an hour.
S W Humrickhouse worked 2.50 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

11/26/01

Federal ID #
56-1201204

Invoice    37632

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-020 SWH - Intn'lHeritageInc - NiagaraFrontierTravelSer

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 10/22/01 | PL9 | Prepare Notice of Voluntary Dismissal for filing. | .50 |
| 10/22/01 | HUM | Review dismissal. | .20 |

Fees Billed                          $      68.00

Disbursements
--------------
Postage                        $      .34

Total Disbursements      $        .34

Total Current Bill       $      68.34

Previous Balance         $      70.74

Balance Due              $     139.08
========================

### Fee Summary

Paralegal PWH worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    37633

11/26/01

TO   Holmes P. Harden
     c/o Maupin, Taylor & Ellis, PA
     3200 Beechleaf Ct. POB 19764
     Raleigh        NC 27604

Client Id. 00-12075
Matter Id. 000-000-021 SWH - Intn'lHeritageInc - Printing Plus, Inc.

Amount Paid:

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | | Description | | Amount |
|---|---|---|---|---|
| 10/26/01 | HUM | Conf. with S. Staton re: settlement | | .50 |

| | | |
|---|---|---|
| Fees Billed | $ | 82.50 |
| Total Current Bill | $ | 82.50 |
| Previous Balance | $ | 165.40 |
| Balance Due | $ | 247.90 |

Fee Summary

S W Humrickhouse worked .50 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**A T T O R N E Y S A T L A W**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    37634

11/26/01

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-027 SWH — Intn'lHeritageInc — Edmundo & Lisa Colorado

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered, including but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 10/09/01 | HUM | Call to Brewer re: trial prep. | .20 |
| 10/22/01 | HUM | Email to Brewer re: status | .20 |
| 10/26/01 | PL9 | Prepare Statement Regarding Intent to Move for Authority to Compromise and Settle Adversary Proceeding. | .40 |
| 10/26/01 | HUM | Conf. with B. Brewer re: settlement, Conf. with H. Harden re: settlement, Call to Court re: settlement, research on 548 issues | 2.80 |

Fees Billed                               $    556.00

Disbursements
--------------
Postage                          $        .68

6 Copies @ $.20 each             $       1.20

Total Disbursements    $      1.88

Total Current Bill     $    557.88

Balance Due            $    557.88

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

11/26/01

Invoice    37634
Page          2

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-027 SWH - Intn'lHeritageInc - Edmundo & Airport Colorado

Return Upper Portion With Payment

### Fee Summary

S W Humrickhouse worked 3.20 hours at $165 an hour.
Paralegal PWH worked .40 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).