98-02675

In Account With

NICHOLLS & CRAMPTON, P.A.

ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311 Fax: 919/782-0465

Federal ID #
56-1201204

11/26/01

Invoice 37649

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh NC 27604

Client Id. 00-12075
Matter Id. 000-000-039 SWH - Intn'lHeritageInc - Win Capital Corp.

Amount Paid: ___________

Return Upper Portion With Payment

For legal services rendered, including but not limited to

| | | | |
|---|---|---|---|
| 06/10/01 | PL9 | Draft Motion for Authority to Compromise & Settle. | .40 |

| | | |
|---|---|---|
| Fees Billed | $ | 28.00 |
| Total Current Bill | $ | 28.00 |
| Balance Due | $ | 28.00 |

Fee Summary

Paralegal PWH worked .40 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

19 pgs

465A

In Account With

NICHOLLS & CRAMPTON, P.A.

ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619

Telephone: 919/781-1311 Fax: 919/782-0465

Federal ID #
56-1201204

11/26/01

Invoice 37635

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh NC 27604

Client Id. 00-12075
Matter Id. 000-000-041 SWH - Intn'l Heritage Inc / Vertex, Inc.

Amount Paid: ____________

Return Upper Portion With Payment

For legal services rendered, including but not limited to

| Date | Atty | Description | Hours | | |
|---|---|---|---|---|---|
| 10/22/01 | PL9 | Prepare Notice of Voluntary Dismissal for filing. | .50 | | |
| 10/22/01 | HUM | Review dismissal. | .20 | | |
| | | Fees Billed | | $ | 68.00 |

Disbursements

| | | |
|---|---|---|
| Postage | $ | .57 |
| 16 Copies @ $.20 each | $ | 3.20 |

| | | |
|---|---|---|
| Total Disbursements | $ | 3.77 |
| Total Current Bill | $ | 71.77 |
| Previous Balance | $ | 70.74 |
| Balance Due | $ | 142.51 |

Fee Summary

Paralegal PWH worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

NICHOLLS & CRAMPTON, P.A.

ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619

Telephone: 919/781-1311 Fax: 919/782-0465

Federal ID #
56-1201204

11/26/01 Invoice 37651

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh NC 27604

Client Id. 00-12075
Matter Id. 000-000-044 SWH - Intn'lHeritageInc / EBSCO Ind. dba Vulcan B

Amount Paid: ____________

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 06/10/01 | PL9 | Draft Motion for Authority to Compromise and Settle. | .40 |

| | | |
|---|---|---|
| Fees Billed | $ | 28.00 |
| Total Current Bill | $ | 28.00 |
| Balance Due | $ | 28.00 |

Fee Summary

Paralegal PWH worked .40 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

NICHOLLS & CRAMPTON, P.A.

ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619

Telephone: 919/781-1311 Fax: 919/782-0465

Federal ID #
56-1201204

11/26/01

Invoice 37636

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh NC 27604

Client Id. 00-12075
Matter Id. 000-000-045 SWH - Intn'l Heritage Inc / Tyra Intn'l Inc

Amount Paid: ____________

Return Upper Portion With Payment

For legal services rendered, including but not limited to

| | | | |
|---|---|---|---|
| 10/01/01 | HUM | Conf. with Brent Wood re: status | .20 |
| 10/12/01 | HUM | Conf. with Brent Wood re: settlement | .40 |

| | | |
|---|---|---|
| Fees Billed | $ | 99.00 |
| Total Current Bill | $ | 99.00 |
| Balance Due | $ | 99.00 |

Fee Summary

S W Humrickhouse worked .60 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

NICHOLLS & CRAMPTON, P.A.

ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311 Fax: 919/782-0465

Federal ID #
56-1201204

11/26/01 Invoice 37637

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh NC 27604

Client Id. 00-12075
Matter Id. 000-000-049 SWH - Intn'lHeritageInc / Brown,McLeod&Johnsen,CPA

Amount Paid: ____________

Return Upper Portion With Payment

For legal services rendered, including but not limited to

| Date | Staff | Description | Hours |
|---|---|---|---|
| 10/22/01 | PL9 | Prepare Notice of Voluntary Dismissal for filing. | .50 |
| 11/15/01 | HUM | Review Dismissal. | .20 |

Fees Billed $ 68.00

Disbursements

| | | |
|---|---|---|
| Postage | $ | .34 |
| 9 Copies @ $.20 each | $ | 1.80 |

| | | |
|---|---|---|
| Total Disbursements | $ | 2.14 |
| Total Current Bill | $ | 70.14 |
| Previous Balance | $ | 70.74 |
| Balance Due | $ | 140.88 |

Fee Summary

Paralegal PWH worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

NICHOLLS & CRAMPTON, P.A.

ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619

Telephone: 919/781-1311 Fax: 919/782-0465

Federal ID #
56-1201204

11/26/01

Invoice 37638

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh NC 27604

Client Id. 00-12075
Matter Id. 000-000-051 SWH - Intn'l Heritage Inc / Claude Savage

Amount Paid: ____________

Return Upper Portion With Payment

For legal services rendered, including but not limited to

| | | | |
|---|---|---|---|
| 10/01/01 | HUM | Conf. with Brewer re: status | .20 |
| 10/22/01 | HUM | Email to Brewer re: status | .20 |
| 10/24/01 | HUM | Call to Brewer's office re: readiness for trial | .30 |

| | |
|---|---|
| Fees Billed | $ 115.50 |
| Total Current Bill | $ 115.50 |
| Balance Due | $ 115.50 |

Fee Summary

S W Humrickhouse worked .70 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

NICHOLLS & CRAMPTON, P.A.

ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619

Telephone: 919/781-1311 Fax: 919/782-0465

Federal ID #
56-1201204

11/26/01

Invoice 37639

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh NC 27604

Client Id. 00-12075
Matter Id. 000-000-053 SWH - Intn'lHeritageInc / DechertfkaDechert,Price&

Amount Paid: ____________

Return Upper Portion With Payment

For legal services rendered, including but not limited to

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/29/01 | HUM | Respond to email re: status of settlement | .30 |

| | |
|---|---|
| Fees Billed | $ 49.50 |
| Total Current Bill | $ 49.50 |
| Balance Due | $ 49.50 |

Fee Summary

S W Humrickhouse worked .30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

NICHOLLS & CRAMPTON, P.A.

ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619

Telephone: 919/781-1311 Fax: 919/782-0465

Federal ID #
56-1201204

11/26/01

Invoice 37652

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh NC 27604

Client Id. 00-12075
Matter Id. 000-000-062 SWH - Intn'lHeritageInc / EBHDist.LLC dba EBHarvey

Amount Paid: ____________

Return Upper Portion With Payment

For legal services rendered, including but not limited to

| | | | |
|---|---|---|---|
| 06/10/01 | PL9 | Draft Motion for Authority to Compromise and Settle. | .40 |

| | | |
|---|---|---|
| Fees Billed | $ | 28.00 |
| Total Current Bill | $ | 28.00 |
| Balance Due | $ | 28.00 |

Fee Summary

Paralegal PWH worked .40 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

NICHOLLS & CRAMPTON, P.A.

ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311 Fax: 919/782-0465

Federal ID #
56-1201204

11/26/01

Invoice 37640

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh NC 27604

Client Id. 00-12075
Matter Id. 000-000-063 SWH - Intn'l Heritage Inc / Evonne Eckenroth

Amount Paid: ____________

Return Upper Portion With Payment

For legal services rendered, including but not limited to

| | | | | |
|---|---|---|---|---|
| 10/24/01 | HUM | Call to Angell's office re: readiness for trial | .30 | |
| 10/31/01 | HUM | Review continuance order | .20 | |
| | | Fees Billed | | $ 82.50 |
| | | Total Current Bill | | $ 82.50 |
| | | Balance Due | | $ 82.50 |

Fee Summary

S W Humrickhouse worked .50 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

NICHOLLS & CRAMPTON, P.A.

ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619

Telephone: 919/781-1311 Fax: 919/782-0465

Federal ID #
56-1201204

11/26/01

Invoice 37641

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh NC 27604

Client Id. 00-12075
Matter Id. 000-000-065 SWH - Intn'l Heritage Inc / Jewels by Evonne, Inc.

Amount Paid: ____________

Return Upper Portion With Payment

For legal services rendered, including but not limited to

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/31/01 | HUM | Review continuance order | .20 |

| | |
|---|---|
| Fees Billed | $ 33.00 |
| Total Current Bill | $ 33.00 |
| Balance Due | $ 33.00 |

Fee Summary

S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

NICHOLLS & CRAMPTON, P.A.

ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311 Fax: 919/782-0465

Federal ID #
56-1201204

11/26/01

Invoice 37653

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh NC 27604

Client Id. 00-12075
Matter Id. 000-000-066 SWH - Intn'lHeritageInc / UPSCustomhouseBrokerage

Amount Paid: ____________

Return Upper Portion With Payment

For legal services rendered, including but not limited to

| 06/10/01 | PL9 | Draft Motion for Authority to Compromise and Settle. | .40 |
|---|---|---|---|

| | | |
|---|---|---|
| Fees Billed | $ | 28.00 |
| Total Current Bill | $ | 28.00 |
| Balance Due | $ | 28.00 |

Fee Summary

Paralegal PWH worked .40 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

NICHOLLS & CRAMPTON, P.A.

ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619

Telephone: 919/781-1311 Fax: 919/782-0465

Federal ID #
56-1201204

11/26/01

Invoice 37642

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh NC 27604

Client Id. 00-12075
Matter Id. 000-000-070 SWH - Intn'l Heritage Inc / Herbert Towning

Amount Paid: ____________

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | | |
|---|---|---|---|---|
| 10/31/01 | HUM | Review order of dismissal | .20 | |
| | | Fees Billed | | $ 33.00 |
| | | Total Current Bill | | $ 33.00 |
| | | Previous Balance | | $ 109.74 |
| | | Balance Due | | $ 142.74 |

Fee Summary

S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

NICHOLLS & CRAMPTON, P.A.

ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619

Telephone: 919/781-1311 Fax: 919/782-0465

Federal ID #
56-1201204

11/26/01

Invoice 37643

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh NC 27604

Client Id. 00-12075
Matter Id. 000-000-076 SWH - Intn'l Heritage Inc / Tracey Sabates

Amount Paid: ___________

Return Upper Portion With Payment

For legal services rendered, including but not limited to

| | | | |
|---|---|---|---|
| 10/22/01 | HUM | Email to Brewer re: status | .20 |

| | | |
|---|---|---|
| Fees Billed | $ | 33.00 |
| Total Current Bill | $ | 33.00 |
| Balance Due | $ | 33.00 |

Fee Summary

S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

NICHOLLS & CRAMPTON, P.A.

ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311 Fax: 919/782-0465

Federal ID #
56-1201204

11/26/01

Invoice 37644

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh NC 27604

Client Id. 00-12075
Matter Id. 000-000-079 SWH - Intn'lHeritageInc / Modern Health Strategies

Amount Paid: ____________

Return Upper Portion With Payment

For legal services rendered, including but not limited to

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/29/01 | HUM | Letter to Alan McGinnis. | .30 |
| 10/22/01 | PL9 | Review request for production of documents from Defendant, gather documentation in response to same, prepare Disclosure of Expert Witness, letter to Defendant's attorney. | 2.50 |
| 10/22/01 | HUM | Call to A. McGinnis re: trial setting | .30 |
| 10/24/01 | HUM | Respond to discovery requests (2.0); Conf. with McGinnis re: trial continuance (.5) | 2.50 |

Fees Billed $ 686.50

Disbursements

| | | |
|---|---|---|
| Postage | $ | 2.04 |
| Fax | $ | 6.00 |
| 26 Copies @ $.20 each | $ | 5.20 |

Total Disbursements $ 13.24

Total Current Bill $ 699.74

A finance charge is computed on account balances unpaid 30 days after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

NICHOLLS & CRAMPTON, P.A.

ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619

Telephone: 919/781-1311 Fax: 919/782-0465

Federal ID #
56-1201204

11/26/01

Invoice 37644
Page 2

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh NC 27604

Client Id. 00-12075
Matter Id. 000-000-079 SWH - Intn'lHeritageInc / Modern HealthStrategies

Amount Paid:

Return Upper Portion With Payment

Balance Due $ 699.74

Fee Summary

S W Humrickhouse worked 3.10 hours at $165 an hour.
Paralegal PWH worked 2.50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

NICHOLLS & CRAMPTON, P.A.

ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311 Fax: 919/782-0465

Federal ID #
56-1201204

11/26/01

Invoice 37645

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh NC 27604

Client Id. 00-12075
Matter Id. 000-000-081 SWH - Intn'l Heritage Inc / Jeff Hooks

Amount Paid: ____________

Return Upper Portion With Payment

For legal services rendered, including but not limited to

| | | | | |
|---|---|---|---|---|
| 10/22/01 | PL9 | Prepare Notice of Voluntary Dismissal for filing. | .50 | |
| | | Fees Billed | | $ 35.00 |

Disbursements

| | | |
|---|---|---|
| Postage | $ .34 | |
| 7 Copies @ $.20 each | $ 1.40 | |
| Total Disbursements | | $ 1.74 |
| Total Current Bill | | $ 36.74 |
| Previous Balance | | $ 70.74 |
| Balance Due | | $ 107.48 |

Fee Summary

Paralegal PWH worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

NICHOLLS & CRAMPTON, P.A.

ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619

Telephone: 919/781-1311 Fax: 919/782-0465

Federal ID #
56-1201204

11/26/01

Invoice 37646

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh NC 27604

Client Id. 00-12075
Matter Id. 000-000-082 SWH - Intn'l Heritage Inc / 2021.Interactive,LLC

Amount Paid: ____________

Return Upper Portion With Payment

For legal services rendered, including but not limited to

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/02/01 | HUM | Conf. with Jim Angell re: settlement | .20 |
| 10/27/01 | HUM | Review Angell settlement proposal, review and evaluate defenses, letter to Angell re: settlement | 1.00 |
| 10/31/01 | HUM | Review continuance order | .20 |

Fees Billed $ 231.00

Disbursements

| | | |
|---|---|---|
| Fax | $ | 3.00 |
| Postage | $ | .34 |

| | | |
|---|---|---|
| Total Disbursements | $ | 3.34 |
| Total Current Bill | $ | 234.34 |
| Balance Due | $ | 234.34 |

Fee Summary

S W Humrickhouse worked 1.40 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

NICHOLLS & CRAMPTON, P.A.

ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619

Telephone: 919/781-1311 Fax: 919/782-0465

Federal ID #
56-1201204

11/26/01

Invoice 37647

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh NC 27604

Client Id. 00-12075
Matter Id. 000-000-085 SWH - Intn'l Heritage Inc / John Brothers

Amount Paid: ________

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

| | | | |
|---|---|---|---|
| 10/25/01 | HUM | Call from W. Karem re: status of settlement | .20 |

| | |
|---|---|
| Fees Billed | $ 33.00 |
| Total Current Bill | $ 33.00 |
| Previous Balance | $ 298.60 |
| Balance Due | $ 331.60 |

Fee Summary

S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

NICHOLLS & CRAMPTON, P.A.

ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619

Telephone: 919/781-1311 Fax: 919/782-0465

Federal ID #
56-1201204

11/26/01

Invoice 37648

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh NC 27604

Client Id. 00-12075
Matter Id. 000-000-090 SWH - Intn'l Heritage Inc / Larkin Envestments,LTD

Amount Paid: ____________

Return Upper Portion With Payment

For legal services rendered, including
but not limited to

Disbursements

| | | |
|---|---|---|
| Postage | $ | .60 |
| 1 Copy @ $.20 each | $ | .20 |

| | | |
|---|---|---|
| Total Disbursements | $ | .80 |
| Total Current Bill | $ | .80 |
| Previous Balance | $ | 37.74 |
| Balance Due | $ | 38.54 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).