FILED

MAR 2 5 2002

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| INTERNATIONAL HERITAGE, | ) | CHAPTER 7 |
| INCORPORATED, | ) | CASE NO. 98-02674-5-ATS |
| | ) | |
| Debtors. | ) | |

**INTERIM APPLICATION FOR SPECIAL ATTORNEY**
**FOR TRUSTEE FEE AND EXPENSE REIMBURSEMENT**

The undersigned Stephani W. Humrickhouse of Nicholls & Crampton, P.A. ("Applicant") applies to the Court for the entry of an Order approving and authorizing interim Special Attorney for Trustee fees for the period November 1, 2001 to February 28, 2002 (except for certain additional entries omitted from pervious Applications) in the amount of $6,265.50 and expense reimbursement in the amount of $428.28. In support of said Interim Application, Applicant respectfully shows the Court the following:

1.     Applicant has acted as Special Attorney for the Trustee since employed and appointed by Order dated January 28, 1999. The services rendered by Applicant and members of its firm have been substantial and Applicant believes that allowance of a fee in full at this time is appropriate and necessary. Additionally, in light of the substantial commitment of time and resources by the Applicant and her firm during this period evaluating the ninety-one (91) avoidance actions initiated and settlement offers associated therewith, applicant requests that the Court consider this Application at this time.

2.     Fees in the amount of $133,376.00 and expenses in the amount of $5,486.62 have been applied for by the Applicant and approved by the Court prior to this Application. However, $22,803.00 of that $133,376.00 was applicable to the representation of the Trustee in his claims against the Debtor's principal, Stanley Van Etten and not related to the prosecution of general avoidance actions.

3.     To date, the Applicant has delivered the total sum of $450,371.15 to the Trustee for preferences, which includes $67,712.51 collected prior to the initiation of the adversary proceedings and $382,658.64 collected as a result of the adversary proceedings. Monies are collected by the Applicant and delivered to the Trustee to hold in trust pending Court approval. The status of the adversary proceeding cases is as follows:

4/5

a.    45 adversary proceedings have been settled in the sum of $305,004.88 and approved by the Court (plus a Rolex watch was turned over to the Trustee and subsequently sold by the Trustee at private sale for $6,000.00).

b.    12 adversary proceedings have been settled in the sum of $67,950.00 and are pending court approval.

c.    Default Judgment has been entered in 16 adversary proceedings (3 of which have been satisfied in the sum of $9,703.76).

d.    13 adversary proceedings have been dismissed because of a complete defense by the Defendant or the inability to locate the Defendant.

e.    Judgment has been entered in one adversary proceeding after trial in the amount of $2,620.00.

f.    3 adversary proceedings have been settled and payment is pending.

g.    1 adversary proceeding was settled and payment was pending, however, the Defendant has since filed Chapter 7 bankruptcy and the bankruptcy case is pending.

h.    No adversary proceedings are presently set for trial.

4.    A Summary of Services Rendered which indicates the name of the attorney or paralegal, the hours spent, the hourly rate and total compensation requested is attached as Exhibit A. Attached as Exhibit B is a breakdown by hours and description of the services rendered in connection with this Application. Services rendered were reasonable and necessary in the proper representation of the Trustee. Said Exhibit B reflects an itemization of expenses incurred on behalf of the Trustee by category totals. A separate statement has been created for each adversary proceeding in which time has been entered so that settlement offers can be evaluated more efficiently.

5.    The Trustee's agreement to pay the fees at the rates set out herein are substantiated in its Application by Trustee for Authority to Employ and Appoint Attorney Specially dated January 27, 1999. Stephani W. Humrickhouse has rendered professional services of not less than 31.10 hours and that for such professional services Trustee agreed to pay the rate of $165.00 per hour. Phyllis W. Hill has rendered paralegal services of not less than 15.30 hours and that for such paralegal services Applicant is regularly paid at the rate of $70.00 per hour. Sandra T. Waller has rendered paralegal services of not less than .90 hours and that for such paralegal services Applicant is regularly paid at the rate of $70.00.

6.    Stephani W. Humrickhouse is a Partner with Nicholls & Crampton, P.A. She is a Board Certified Specialist in Bankruptcy Law by the North Carolina State Bar Board of Legal Specialization, is a former member of the Bankruptcy Council of the North Carolina Bar Association, previously served as Chairman of its Continuing Legal Education Committee, is a Certified Bankruptcy Specialist by the American Bankruptcy Certification Board and is an experienced Chapter 11 bankruptcy practitioner. Humrickhouse was admitted to the bar in 1980. Humrickhouse regularly charges and has been paid as her ordinary rate $210.00 per hour. However, based on Court guidelines for the representation of the Trustee, she has only charged $165.00 per hour during the time period covered by this Application in this case.

2

7.    Phyllis W. Hill is a Paralegal with Nicholls & Crampton, P.A.  She attended the University of Tennessee in Knoxville, TN majoring in Business Administration and received her paralegal/legal assistant degree from UT.  She has been a paralegal since 1977 with seven years experience in Tax, Estate Planning, Trust and Estate Administration in Knoxville, TN, eight years experience in Civil Litigation with Hunton & Williams in Raleigh, NC and has been with Nicholls & Crampton since February, 1993, concentrating in Bankruptcy.

8.    Sandra T. Waller is a Paralegal with Nicholls & Crampton, P.A.  She attended Florida State University, Tallahassee, FL and received her paralegal/legal assistant training at Lively Vocational/Technical School, Tallahassee, FL.  She has been a paralegal since 1982 with experience in Personal Injury, Medical Malpractice and Litigation.  She has been employed at Nicholls & Crampton since January, 1998, concentrating in Bankruptcy.

9.    Copying charges are recorded by client identification number, pursuant to a control counting device connected to Applicant's copying machine.  The copying charges are read by Applicant's Office Administrator twice monthly, at mid and end month, and entered into the Accounting Package on those "read" dates.  Applicant does not have the ability to further break down the dates such copying charges were incurred other than as expressed above

10.    Postage charges for are entered cumulatively at month's end.

11.    Copies are charged at 20¢ per page, and fax transmissions are charged at $1.00 per page for out-going transmissions, with no charge for incoming faxes.  Deliveries are charged at the rate of $7.50.  Mileage reimbursement was made at the rate of 31¢ per mile.

12.    The best interests of Trustee, the Debtor, and the Estates will be served by the allowance of this Application in full.

WHEREFORE, Applicant respectfully requests the Court for the entry of an Order allowing and authorizing Special Attorney for Trustee fees in the amount of $6,265.50 and expense reimbursement in the amount of $428.28.

This the 22 day of March, 2002.

Stephani W. Humrickhouse
State Bar No. 9528
Attorney for Trustee
Nicholls & Crampton, P.A.
Post Office Box 18237
Raleigh, NC  27619
Telephone:  919/781-1311

3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| INTERNATIONAL HERITAGE, | ) | CHAPTER 7 |
| INCORPORATED, | ) | CASE NO. 98-02674-5-ATS |
| | ) | |
| Debtors. | ) | |

**SUMMARY OF SERVICES RENDERED**
Nicholls & Crampton, P.A.

From November 1, 2001 to February 28, 2002, the undersigned person/firm has performed professional services for this estate in the capacity of attorney for the Trustee during the Chapter 7 case. Attached hereto is an itemization of time expended and expenses incurred in the performance of these professional services.

| NAME | TITLE | HOURS SPENT | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Stephani W. Humrickhouse | Partner | 31.10 | $165.00 | $5,131.50 |
| Phyllis W. Hill | Paralegal | 15.30 | $ 70.00 | $1,071.00 |
| Sandra T. Waller | Paralegal | .90 | $ 70.00 | $    63.00 |

TOTAL FEES          $6,265.50

TOTAL EXPENSES  $   428.28

TOTAL AMOUNT REQUESTED   $6,693.78

O:\CHP7TR\InternationalHeritage\attyfee.sum.009.wpd

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    38826

03/08/02

TO   Holmes P. Harden
     c/o Maupin, Taylor & Ellis, PA
     3200 Beechleaf Ct. POB 19764
     Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-001 SH/G – International Heritage, Inc – Chapter 7

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 11/01/01 | PL9 | Update case status chart with continued trial dates, filing. | .50 |
| 11/20/01 | P20 | Work on Attorney for Trustee Fee App., Fee Summary, Notice and Order | .50 |
| 11/20/01 | PL9 | Work on interim special attorney for Trustee fee application. | 1.20 |
| 11/27/01 | P20 | Revise and finalize Attorney for Trustee Fee Application, Fee Summary, Notice, Certificate of Mailing and Order | .40 |
| 11/30/01 | HUM | Review status of cases; evaluate necessary actions. | .80 |
| 01/19/02 | HUM | Call from Janice (Holmes Harden's office) re: status of APs; prepare Summary of Status for Trustee. | 1.20 |
| 02/05/02 | PL9 | Tele. from Case Administrator to review status of outstanding adversary proceeding cases. | .50 |
| 02/06/02 | HUM | Conference with clerk re: status, closing of cases and wrap up. | .70 |

Fees Billed                                    $      662.50

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/08/02

Invoice    38826
Page         2

TO   Holmes P. Harden
     c/o Maupin, Taylor & Ellis, PA
     3200 Beechleaf Ct. POB 19764
     Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-001 SH/G - International Heritage, Inc - Chap. 7

Amount Paid: 7

Return Upper Portion With Payment

Disbursements
--------------

| | | |
|---|---|---|
| Delivery Charge | $ | 30.00 |
| Fax | $ | 6.00 |
| 344 Copies @ $.20 each | $ | 68.80 |
| Postage | $ | 2.05 |
| Telephone Charges | $ | 185.27 |

| | | |
|---|---|---|
| Total Disbursements | $ | 292.12 |
| Total Current Bill | $ | 954.62 |
| Balance Due | $ | 954.62 |

### Fee Summary

Paralegal PWH worked 2.20 hours at $ 70 an hour.
S T Waller worked .90 hours at $ 70 an hour.
S W Humrickhouse worked 2.70 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/08/02

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Invoice    38827

Client Id. 00-12075
Matter Id. 000-000-013 SWH - Intn'lHeritageInc / Image Assoc Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 02/14/02 | PL9 | Letter to Trustee with settlement check, letter to defendant's attorney with proof of claim. | .80 |
| 02/14/02 | HUM | Review file re: closing. | .30 |

Fees Billed                                    $      105.50

Disbursements
----------------

Copies                                    $      1.20

Postage                                   $       .68

Total Disbursements        $       1.88

Total Current Bill         $     107.38

Balance Due                $     107.38
                           =============

Fee Summary

Paralegal PWH worked .80 hours at $ 70 an hour.
S W Humrickhouse worked .30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**A T T O R N E Y S  A T  L A W**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice     38829

03/08/02

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-021 SWH - Intn'lHeritageInc - Printing Plus, Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 11/07/01 | HUM | Review file to evaluate Settlement offer; letter to Ms. Staton re: Settlement proposal. | 2.50 |
| 11/14/01 | HUM | Review Settlement offer; call to Ms. Staton re: same. | .40 |
| 11/15/01 | HUM | Review Dismissal. | .20 |
| 11/19/01 | PL9 | Prepare Statement Regarding Intent to Mover for Authority to Compromise adversary proceeding. | .50 |
| 02/09/02 | HUM | Letter to Staton re: Settlement; review file. | .60 |
| 02/20/02 | HUM | Respond to Settlement proposal to Shawna Staton. | .30 |

                                Fees Billed          $    695.00

Disbursements
--------------

| | | |
|---|---|---|
| Fax | $ | 7.00 |
| Delivery Charge | $ | 7.50 |
| Postage | $ | .68 |
| 8 Copies @ $.20 each | $ | 1.60 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

03/08/02

Federal ID #
56-1201204

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                NC 27604

Invoice      38829
Page            2

Client Id. 00-12075
Matter Id. 000-000-021 SWH - Intn'lHeritageInc - Printing Pr...

Amount Paid:

Return Upper Portion With Payment

| | | |
|---|---|---|
| Total Disbursements | $ | 16.78 |
| Total Current Bill | $ | 711.78 |
| Balance Due | $ | 711.78 |

Fee Summary

S W Humrickhouse worked 4.00 hours at $165 an hour.
Paralegal PWH worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

03/08/02

Federal ID #
56-1201204
Invoice   38828

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-025 SWH - Intn'lHeritageInc - TheAlphaOmegaConst. Corp

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

Disbursements
--------------
6 Copies @ $.20 each                        $       1.20

Total Disbursements      $        1.20
                         --------------
Total Current Bill       $        1.20
                         --------------
Balance Due              $        1.20
                         ==============

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/08/02

Invoice    38830

To Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-027 SWH - Intn'lHeritageInc - Edmundo & Lisa Colorado

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|------|
| 11/28/01 | HUM | Call to Mr. Brewer re: Settlement check. | .20 |
| 12/03/01 | HUM | Various conferences with Mary re: Settlement funds. | .50 |
| 12/06/01 | PL9 | Letter to Defendant's attorney with proof of claim, letter to Trustee with settlement check. | .70 |
| 02/16/02 | PL9 | Review file, draft Motion to Compromise & Settle Adversary Proceeding. | .50 |
| 02/18/02 | HUM | Review Motion to Compromise and Notice. | .50 |
| 02/19/02 | HUM | Review file re: closing. | .30 |

Fees Billed                       $    331.50

Disbursements
-------------
Postage                                      $    1.02

19 Copies @ $.20 each                        $    3.80

Total Disbursements      $    4.82

Total Current Bill       $    336.32

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/08/02

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Invoice    38830
Page          2

Client Id. 00-12075
Matter Id. 000-000-027 SWH - Intn'lHeritageInc - Edmundo & LamontColorado    Amount Paid

Return Upper Portion With Payment

Balance Due

---------------
$        336.32
===============

### Fee Summary

S W Humrickhouse worked 1.50 hours at $165 an hour.
Paralegal PWH worked 1.20 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/08/02

Invoice    38831

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-033 SWH - Intn'lHeritageInc - MikeSenio/DimmockHillGol

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| Date | | | | |
|---|---|---|---|---|
| 11/07/01 | HUM | Work on Motion to Compromise, review file. | | .80 |
| 12/07/01 | HUM | Review dismissal. | | .20 |
| 12/07/01 | PL9 | Serve Order Approving Compromise & Settlement, prepare Notice of Voluntary Dismissal. | | .50 |
| 12/21/01 | HUM | Review dismissal, prepare to close file. | | .30 |

Fees Billed                                    $      249.50

Disbursements
---------------
Postage                              $        .68

20 Copies @ $.20 each               $      4.00

Total Disbursements          $       4.68

Total Current Bill           $     254.18

Balance Due                  $     254.18
                             =============

Fee Summary

S W Humrickhouse worked 1.30 hours at $165 an hour.
Paralegal PWH worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    38832

03/08/02

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-043 SWH - Intn'l Heritage Inc / DMax Imaging Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 02/07/02 | PL9 | Research Ch. 11 bankruptcy filing of defendant, prepare Notice of Appearance for filing, work on proof of claim. | .50 |
| 02/18/02 | HUM | Call to court to advise on bankruptcy filing; finalize POC. | .60 |

Fees Billed                                    $    134.00

Disbursements
-------------
Delivery Charge                    $    15.00

Fax                                $     3.00

10 Copies @ $.20 each              $     2.00

Total Disbursements           $    20.00

Total Current Bill            $   154.00

Balance Due                   $   154.00
                              =============

Fee Summary

Paralegal PWH worked .50 hours at $ 70 an hour.
S W Humrickhouse worked .60 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

03/08/02

Federal ID #
56-1201204

Invoice    38833

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-045 SWH - Intn'l Heritage Inc / Tyra Intn'l Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| Date | | Description | Hours |
|---|---|---|---|
| 11/19/01 | HUM | Conference with Brent Wood re: Continuance and Settlement; draft Continuance Motion. | 1.20 |
| 11/21/01 | HUM | Review financial information from Brent Wood; letter to Brent Wood. | .50 |
| 11/28/01 | HUM | Settlement negotiations with Mr. Wood. | .30 |
| 12/06/01 | PL9 | Prepare Statement Regarding Intent to Move for Authority to Compromise, serve same. | .40 |
| 12/07/01 | HUM | Notify court of compromise. | .20 |
| 02/16/02 | PL9 | Review file, draft Motion to Compromise & Settle Adversary Proceeding. | .50 |
| 02/18/02 | HUM | Review Motion to Compromise and Notice. | .50 |

Fees Billed                              $    508.50

Disbursements
--------------
Fax                         $    3.00

Delivery Charge             $    7.50

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/08/02

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Invoice    38833
Page         2

Client Id. 00-12075
Matter Id. 000-000-045 SWH - Intn'l Heritage Inc / Tyra Intl    Amount Paid: _____

Return Upper Portion With Payment

| | | |
|---|---|---|
| Postage | $ | 1.70 |
| 25 Copies @ $.20 each | $ | 5.00 |
| Total Disbursements | $ | 17.20 |
| Total Current Bill | $ | 525.70 |
| Balance Due | $ | 525.70 |

## Fee Summary

S W Humrickhouse worked 2.70 hours at $165 an hour.
Paralegal PWH worked .90 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

03/08/02

Invoice   38834

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-051 SWH - Intn'l Heritage Inc / Claude Savage

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 12/06/01 | HUM | Settlement discussions with Mr. Brewer. | .50 |
| 12/06/01 | PL9 | Prepare Statement Regarding Intent to Move for Authority to Compromise, serve same. | .40 |
| 12/19/01 | HUM | Review financial statement to support Settlement. | .20 |
| 02/16/02 | PL9 | Review file, daft Motion to Compromise & Settle Adversary Proceeding. | .50 |
| 02/18/02 | HUM | Review Motion to Compromise and Notice. | .50 |

Fees Billed                    $    261.00

Disbursements
--------------

Postage                    $       .68

23 Copies @ $.20 each           $      4.60

Total Disbursements     $      5.28

Total Current Bill      $    266.28

Balance Due             $    266.28
============

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

03/08/02

Federal ID #
56-1201204

Invoice     38834
Page            2

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-051 SWH - Intn'l Heritage Inc / Claude Savage    Amount Paid: _____

Return Upper Portion With Payment

## Fee Summary

S W Humrickhouse worked 1.20 hours at $165 an hour.
Paralegal PWH worked .90 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

03/08/02

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Invoice    38835

Client Id. 00-12075
Matter Id. .000-000-053 SWH - Intn'lHeritageInc / DechertfkaDechert,Price&

Amount Paid:

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | | Description | Hours | |
|---|---|---|---|---|
| 11/07/01 | HUM | Work on Motion to Compromise; review file. | 1.80 | |
| 12/07/01 | HUM | Review dismissal. | .20 | |
| 12/07/01 | PL9 | Serve Order Approving Compromise & Settlement, prepare Notice of Voluntary Dismissal for filing. | .50 | |
| 12/21/01 | HUM | Review file for closing. | .20 | |

Fees Billed                    $     398.00

Disbursements
--------------
9 Copies @ $.20 each                  $      1.80

Total Disbursements     $      1.80

Total Current Bill     $    399.80

Balance Due     $    399.80

Fee Summary

S W Humrickhouse worked 2.20 hours at $165 an hour.
Paralegal PWH worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

03/08/02

TO  Holmes P. Harden
    c/o Maupin, Taylor & Ellis, PA
    3200 Beechleaf Ct. POB 19764
    Raleigh              NC 27604

Federal ID #
56-1201204
Invoice    38836

Client Id. 00~12075
Matter Id. 000-000-057 SWH - Intn'l Heritage, Inc. / Mandy Herrin

Amount Paid:

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| Date | | Description | |
|---|---|---|---|
| 02/05/02 | PL9 | Draft letter to defendant re: settlement and payment. | .40 |
| 02/06/02 | HUM | Call to Mandy Herrin re: Settlement. | .20 |

Fees Billed                                    $      61.00

Disbursements
--------------
Postage
                                          $       .34
Fax
                                          $      3.00
2 Copies @ $.20 each
                                          $       .40

Total Disbursements          $       3.74

Total Current Bill           $      64.74

Balance Due                  $      64.74
                             =============

## Fee Summary

Paralegal PWH worked .40 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

03/08/02

Federal ID #
56-1201204

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh                NC 27604

Invoice    38837

Client Id. 00-12075
Matter Id. 000-000-063 SWH - Intn'l Heritage Inc / Evonne Eckenroth

Amount Paid:

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 11/25/01 | HUM | Conference with Mr. Angell re: Settlement. | .40 |
| 11/30/01 | PL9 | Draft Statement Regarding Authority to Compromise Controversy. | .40 |
| 12/18/01 | HUM | Call from Mr. Angell re: settlement. | .20 |
| 12/19/01 | HUM | Review financial statement to support Settlement; letter to Mr. Angell. | .50 |
| 02/14/02 | PL9 | Letter to Trustee with settlement check, letter to defendant's attorney with proof of claim. | .70 |
| 02/16/02 | PL9 | Review file, draft Motion to Compromise & Settle Adversary Proceeding. | .50 |
| 02/18/02 | HUM | Review Motion to Compromise and Notice. | .50 |

Fees Billed

$    376.00

Disbursements
--------------
27 Copies @ $.20 each

$    5.40

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/08/02

Invoice    38837
Page          2

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-063 SWH - Intn'l Heritage Inc / Evonne Edwards eth   Amount Paid:

Return Upper Portion With Payment

| | | |
|---|---|---|
| Postage | $ | 1.36 |
| Fax | $ | 3.00 |
| Total Disbursements | $ | 9.76 |
| Total Current Bill | $ | 385.76 |
| Balance Due | $ | 385.76 |

### Fee Summary

S W Humrickhouse worked 1.60 hours at $165 an hour.
Paralegal PWH worked 1.60 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/08/02

Invoice    38838

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh        NC 27604

Client Id. 00-12075
Matter Id. 000-000-064 SWH - Intn'lHeritageInc / O.KennethRudd,III

Amount Paid: _____

---

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | |
|---|---|---|---|
| 02/07/02 | PL9 | Draft letter to defendant's attorney regarding payment of settlement amount. | .50 |
| 02/14/02 | PL9 | Letter to Trustee with settlement check, letter to defendant's attorney with proof of claim. | .70 |
| 02/18/02 | HUM | Review Motion to Compromise and Notice. | .50 |

Fees Billed                              $      166.50

**Disbursements**
--------------
Fax                              $     3.00

Postage                          $      .68

21 Copies @ $.20 each            $     4.20

Total Disbursements              $      7.88

Total Current Bill               $    174.38

Balance Due                      $    174.38

Fee Summary

Paralegal PWH worked 1.20 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/08/02

Invoice    38838
Page          2

TO  Holmes P. Harden
    c/o Maupin, Taylor & Ellis, PA
    3200 Beechleaf Ct. POB 19764
    Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-064 SWH - Intn'lHeritageInc / O.KennethRudlingt Paid:  _____

Return Upper Portion With Payment

S W Humrickhouse worked .50 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/08/02

Invoice    38839

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-065 SWH - Intn'l Heritage Inc / Jewels by Evonne, Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 11/25/01 | HUM | Conference with Mr. Angell re: Settlement. | .50 |
| 11/30/01 | PL9 | Draft Statement Regarding Authority to Compromise Controversy, serve same. | .40 |
| 12/19/01 | HUM | Review financial statement to support Settlement; letter to Mr. Angell. | .50 |
| 02/16/02 | PL9 | Review file, draft Motion to Compromise & Settle Adversary Proceeding. | .50 |
| 02/18/02 | HUM | Review Motion to Compromise and Notice. | .50 |

Fees Billed                                    $      310.50

Disbursements
--------------
19 Copies @ $.20 each              $      3.80

Postage                                 $       .68

Total Disbursements       $        4.48

Total Current Bill        $      314.98

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/08/02

Invoice    38839
Page        2

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-065 SWH - Intn'l Heritage Inc / Jewels by Park Lane, Inc.

Return Upper Portion With Payment

---------------
Balance Due                               $      314.98
=============

Fee Summary

S W Humrickhouse worked 1.50 hours at $165 an hour.
Paralegal PWH worked .90 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**A T T O R N E Y S  A T  L A W**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

03/08/02

Federal ID #
56-1201204

Invoice    38840

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-069 SWH - Intn'l Heritage Inc / Dee Brothers

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 12/12/01 | HUM | Review Settlement proposal and evaluate supporting documentation. | .50 |
| 02/09/02 | HUM | Draft Consent Order and letter to Mr. Stubbs re: Settlement. | .60 |
| 02/16/02 | PL9 | Review file, draft Motion to Compromise & Settle Adversary Proceeding and proposed Order. | .50 |
| 02/18/02 | HUM | Review Motion to Compromise and Notice. | .50 |

Fees Billed                         $      299.00

Disbursements
--------------
24 Copies @ $.20 each          $      4.80

Postage                              $       .34

Total Disbursements        $        5.14

Total Current Bill         $      304.14

Balance Due                $      304.14
                           ============

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/08/02

Invoice    38840
Page         2

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-069 SWH - Intn'l Heritage Inc / Dee Brothers    Amount Paid: _____

Return Upper Portion With Payment

### Fee Summary

S W Humrickhouse worked 1.60 hours at $165 an hour.
Paralegal PWH worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    38841

03/08/02

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-071 SWH - Intn'l Heritage Inc / Claude Savage, Jr.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 12/06/01 | HUM | Settlement discussions with Mr. Brewer. | .50 |
| 12/06/01 | PL9 | Prepare Statement Regarding Intent to Move for Authority to Compromise, serve same. | .40 |
| 12/19/01 | HUM | Review financial statement to support Settlement. | .20 |
| 02/16/02 | PL9 | Review file, draft Motion to Compromise & Settle Adversary Proceeding. | .50 |
| 02/18/02 | HUM | Review Motion to Compromise and Notice. | .50 |

Fees Billed                    $    261.00

Disbursements
--------------
Postage                              $    .68

22 Copies @ $.20 each                $   4.40

Total Disbursements       $    5.08

Total Current Bill        $  266.08

Balance Due               $  266.08

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**A T T O R N E Y S  A T  L A W**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

03/08/02

Invoice    38841
Page          2

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-071 SWH - Intn'l Heritage Inc / Claude Savage Jr.    Amount Paid

Return Upper Portion With Payment

### Fee Summary

S W Humrickhouse worked 1.20 hours at $165 an hour.
Paralegal PWH worked .90 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).