## In Account With
## NICHOLLS & CRAMPTON, P.A.
### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID # 56-1201204

03/08/02

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh       NC 27604

Invoice    38842

Client Id. 00-12075
Matter Id. 000-000-076 SWH - Intn'l Heritage Inc / Tracey Sabates

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 12/04/01 | PL9 | Prepare Statement Regarding Intent to Move for Authority to Compromise, serve same. | .40 |
| 12/05/01 | HUM | Conference with Mr. Brewer re: trial and Settlement possibilites. | .20 |
| 12/05/01 | HUM | Conference with Mr. Brewer re: trial and Settlement possibilities. | .20 |
| 12/06/01 | HUM | Settlement discussions with Mr. Brewer. | .20 |
| 12/19/01 | HUM | Review Settlement proposal. | .20 |
| 02/18/02 | HUM | Review Motion to Compromise and Notice. | .50 |

Fees Billed                              $    242.50

Disbursements
--------------
Postage                                  $      .34

22 Copies @ $.20 each                    $     4.40

Total Disbursements                      $     4.74

Total Current Bill                       $   247.24

A finance charge is computed on account balances unpaid 30 days after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With
# NICHOLLS&CRAMPTON, P.A.
### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID # 56-1201204

03/08/02

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh         NC 27604

Invoice    38842
Page           2

Client Id. 00-12075
Matter Id. 000-000-076 SWH - Intn'l Heritage Inc / Tracey Samates

Amount Paid: _____

Return Upper Portion With Payment

Balance Due                $    247.24

Fee Summary

Paralegal PWH worked .40 hours at $ 70 an hour.
S W Humrickhouse worked 1.30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.
### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID # 56-1201204

03/08/02

TO  Holmes P. Harden
    c/o Maupin, Taylor & Ellis, PA
    3200 Beechleaf Ct. POB 19764
    Raleigh            NC 27604

Invoice   38843

Client Id. 00-12075
Matter Id. 000-000-079  SWH - Intn'lHeritageInc / Modern Health Strategies

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | | Description | Hours |
|---|---|---|---|
| 12/11/01 | HUM | Review letter from McGinnis re: Settlement; review file; letter to McGinnis with Counterproposal. | 2.00 |
| 12/12/01 | HUM | Calls to Alan McGinnis re: Settlement; call to clerk's office re: Settlement. | 1.10 |
| 12/13/01 | HUM | Draft Statement of Intent to Move for Authority to Compromise | .20 |
| 02/18/02 | HUM | Review Motion to Compromise and Notice. | .50 |

                                    Fees Billed                $    627.00

Disbursements
-------------
Postage                                           $      .34

Fax                                               $     3.00

29 Copies @ $.20 each                             $     5.80

                            Total Disbursements   $     9.14

                            Total Current Bill   $   636.14

                            Balance Due          $   636.14
                                                  ==============

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.
### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID # 56-1201204

03/08/02

Invoice 38843
Page 2

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh         NC 27604

Client Id. 00-12075
Matter Id. 000-000-079 SWH - Intn'lHeritageInc / Modern HealthcareStrategies         Amount Paid

Return Upper Portion With Payment

Fee Summary

S W Humrickhouse worked 3.80 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.
### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700  
Post Office Box 18237  
Raleigh, North Carolina 27619  
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #  
56-1201204

03/08/02

Invoice   38844

TO Holmes P. Harden  
c/o Maupin, Taylor & Ellis, PA  
3200 Beechleaf Ct. POB 19764  
Raleigh          NC 27604

Client Id. 00-12075  
Matter Id. 000-000-081 SWH - Intn'l Heritage Inc / Jeff Hooks

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| Date | | | | |
|---|---|---|---|---|
| 11/15/01 | HUM | Review Dismissal. | .20 | |
| | | Fees Billed | | $   33.00 |
| | | Total Current Bill | | $   33.00 |
| | | Balance Due | | $   33.00 |

Fee Summary

S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing INTERIM APPLICATION FOR SPECIAL ATTORNEY FOR TRUSTEE FEE AND EXPENSE REIMBURSEMENT was served this day by placing a copy thereof in a depository under the exclusive care and custody of the United States Postal Service in a postage prepaid envelope and properly addressed as follows:

Mrs. Marjorie K. Lynch
Bankruptcy Administrator
300 Fayetteville St. Mall, Room 416
P. O. Box 3039
Raleigh, NC  27602

This the 25th day of March, 2002.

*Sandra T. Waller*
Sandra T. Waller
Legal Assistant

O:\CHP7TR\InternationalHeritage\attyfeeapp.009.wpd

4

In Account With

# NICHOLLS&CRAMPTON, P.A.
### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID # 56-1201204

03/08/02

Invoice   38845

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh           NC 27604

Client Id. 00-12075
Matter Id. 000-000-082 SWH - Intn'l Heritage Inc / 2021.Interactive,LLC

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/25/01 | HUM | Conference with Mr. Angell re: Settlement. | .50 |
| 11/30/01 | PL9 | Draft Statement Regarding Authority to Compromise Controversy, serve same. | .40 |
| 12/18/01 | HUM | Call from Mr. Angell. | .20 |
| 02/16/02 | PL9 | Review file, draft Motion to Compromise & Settle Adversary Proceeding and proposed Order. | .50 |
| 02/18/02 | HUM | Review Motion to Compromise and Notice. | .50 |

Fees Billed                                     $    261.00

Disbursements
--------------
27 Copies @ $.20 each                           $      5.40

Postage                                         $       .68

Total Disbursements                             $      6.08

Total Current Bill                              $    267.08

Balance Due                                     $    267.08
                                                ==============

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With
# NICHOLLS&CRAMPTON, P.A.
### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

03/08/02

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh           NC 27604

Federal ID # 56-1201204
Invoice    38845
Page            2

Client Id. 00-12075
Matter Id. 000-000-082 SWH - Intn'l Heritage Inc / 2021.Interactive,LLC    Amount Paid:

Return Upper Portion With Payment

Fee Summary

S W Humrickhouse worked 1.20 hours at $165 an hour.
Paralegal PWH worked .90 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.
### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

03/08/02

Invoice    38846

TO  Holmes P. Harden
    c/o Maupin, Taylor & Ellis, PA
    3200 Beechleaf Ct. POB 19764
    Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-084 SWH - Intn'lHeritageInc / Leapfrog Mktg, Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including but not limited to

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/07/01 | HUM | Work on Motion to Compromise; review file. | .80 |
| 12/07/01 | HUM | Review dismissal. | .20 |
| 12/07/01 | PL9 | Serve Order Approving Compromise & Settlement, prepare Notice of Voluntary Dismissal. | .50 |
| 12/21/01 | HUM | Review dismissal. | .20 |

Fees Billed                          $   233.00

Disbursements
--------------
Postage                              $     .34
29 Copies @ $.20 each                $    5.80

Total Disbursements                  $    6.14

Total Current Bill                   $  239.14

Balance Due                          $  239.14
                                     ============

Fee Summary

S W Humrickhouse worked 1.20 hours at $165 an hour.
Paralegal PWH worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.
### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    38847

03/08/02

TO  Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-085 SWH - Intn'l Heritage Inc / John Brothers

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

12/12/01   HUM   Review Settlement.                           .30

                       Fees Billed                   $      49.50

Disbursements
-------------
Postage                                    $      .34

                       Total Disbursements           $       .34

                       Total Current Bill            $     49.84

                       Balance Due                   $     49.84
                                                     =============

Fee Summary

S W Humrickhouse worked .30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).