U.S. Bankruptcy Court for the Eastern District of North Carolina
CLERK, U.S. BANKRUPTCY COURT
POST OFFICE BOX 1441
RALEIGH, N.C. 27602-1441

In Re a *Petition for Relief under Chapter 7 of Title 11, U.S. Code*, filed by or against the below-named Debtor on November 25, 1998:
DEBTOR: INTERNATIONAL HERITAGE, INC. of C/O TERRI L. GARDNER, POST OFFICE DRAWER 1389, RALEIGH, NC 27602; SSN: N/A, EIN: 56-1921093
CASE NO. **98-02675-5-ATS**

ORDER AND NOTICE
BY THE COURT

FILED
APR - 9 2002

PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing in said cause will be held:

DATE: April 24, 2002
TIME: 09:30 A.M.
PLACE:
UNITED STATES BANKRUPTCY COURT
U.S. COURTHOUSE & P.O. BLDG., ROOM 208, 300 FAYETTEVILLE ST. MALL, RALEIGH, NC

to consider and act on the following matters:

Motions to Compromise and Settle Adversary Proceedings filed by Attorney for Trustee on February 19, 2002.

and to transact all other business as may properly come before the court.

DATED:
APR - 9 2002

PEGGY B. DEANS
CLERK OF COURT

473-483                                                                                                       487

**U.S. Bankruptcy Court for the Eastern District of North Carolina**

CLERK, U.S. BANKRUPTCY COURT
POST OFFICE BOX 1441
RALEIGH, N.C. 27602-1441

In Re a *Petition for Relief under Chapter 7 of Title 11, U.S. Code*, filed by or against the below-named Debtor on November 25, 1998:
DEBTOR: INTERNATIONAL HERITAGE, INC. of C/O TERRI L. GARDNER, POST OFFICE DRAWER 1389, RALEIGH, NC 27602; SSN: N/A, EIN: 56-1921093

CASE NO. **98-02675-5-ATS**

**ORDER AND NOTICE
BY THE COURT**

CERTIFICATE OF MAILING

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that a copy of the attached document was mailed in a postage prepaid envelope addressed to the following at their respective addresses, by placing said envelope in the regular mail in Raleigh, NC, on this date.

DATED: APR - 9 2002

DEPUTY CLERK

INTERNATIONAL HERITAGE, INC.
C/O TERRI L. GARDNER
RALEIGH, NC 27602

,

Terri L. Gardner
PO DRAWER 10096
RALEIGH, NC 27605-0096

Holmes P. Harden
P.O. Box 17169
Raleigh, NC 27619

Stephanie Humrickhouse, Esq.
PO Box 18237
Raleigh, NC  27619