UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

FILED
APR 26 2002
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

IN RE:                                                    CHAPTER 7

INTERNATIONAL HERITAGE, INC.,                             CASE NO. 98-02675-5-ATS

       Debtor,


ORDER APPROVING
COMPROMISE AND SETTLEMENT
(S-00-00193-5-AP)

   This matter came on to be heard upon the Motion to Compromise and Settle that certain adversary proceeding in this case entitled Holmes P. Harden, Trustee, Plaintiff vs. Edmundo and Lisa Colorado, Adversary Proceeding No. S-00-00193-5-AP. It appearing to the Court that the amount claimed in the adversary proceeding is $$65,000.00 or judgment against the Defendants, jointly and severally, for possession of the 1992 Porsche Roadster, that the settlement amount is $7,500.00, that in light of the defenses available and costs and risks of litigation, the settlement is fair and reasonable and in the best interests of the estate and that the settlement amount has been paid to the Trustee or his counsel, pending approval by the Court, it is therefore

   ORDERED, ADJUDGED AND DECREED that the proposed settlement is approved.

   FURTHER ORDERED that upon verification of collection of the settlement funds, the Trustee may dismiss this adversary proceeding with prejudice.


DATED: APR 26 2002                        _____
                                          UNITED STATES BANKRUPTCY JUDGE

O:\CHP7TR\InternationalHeritage\APs\Colorado\compromise.ord.wpd