**UNITED STATES BANKRUPTCY COURT**    **FILED**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**    MAY - 9 2002

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| INTERNATIONAL HERITAGE, | ) | CHAPTER 7 |
| INCORPORATED, | ) | CASE NO. 98-02674-5-ATS |
| | ) | |
| Debtors. | ) | |

## INTERIM APPLICATION FOR SPECIAL ATTORNEY
## FOR TRUSTEE FEE AND EXPENSE REIMBURSEMENT

The undersigned Stephani W. Humrickhouse of Nicholls & Crampton, P.A. ("Applicant") applies to the Court for the entry of an Order approving and authorizing interim Special Attorney for Trustee fees for the period March 1, 2002 to April 30, 2002 (except for certain additional entries omitted from previous Applications) in the amount of $2,341.50 and expense reimbursement in the amount of $112.72. In support of said Interim Application, Applicant respectfully shows the Court the following:

1.     Applicant has acted as Special Attorney for the Trustee since employed and appointed by Order dated January 28, 1999. The services rendered by Applicant and members of its firm have been substantial and Applicant believes that allowance of a fee in full at this time is appropriate and necessary. The Applicant has regularly submitted fee applications in these cases every sixty (60) days.

2.     Fees in the amount of $139,641.50 and expenses in the amount of $5,914.90 have been applied for by the Applicant and approved by the Court prior to this Application. However, $22,803.00 of that $139,641.50 was applicable to the representation of the Trustee in his claims against the Debtor's principal, Stanley Van Etten and not related to the prosecution of general avoidance actions.

3.     To date, the Applicant has delivered the total sum of $450,521.15 to the Trustee for preferences, which includes $67,712.51 collected prior to the initiation of the adversary proceedings and $382,808.64 collected as a result of the adversary proceedings. Monies are collected by the Applicant and delivered to the Trustee to hold in trust pending Court approval. The status of the adversary proceeding cases is as follows:

503

a.   56 adversary proceedings have been settled in the sum of $362,954.88 and approved by the Court (plus a Rolex watch was turned over to the Trustee and subsequently sold by the Trustee at private sale for $6,000.00).

b.   2 adversary proceedings have been settled in the sum of $10,150.00 and are pending court approval.

c.   Default Judgment has been entered in 16 adversary proceedings (3 of which have been satisfied in the sum of $9,703.76).

d.   13 adversary proceedings have been dismissed because of a complete defense by the Defendant or the inability to locate the Defendant.

e.   1 adversary proceeding has been dismissed due to the Defendant filing Chapter 7 bankruptcy. The Trustee's Proof of Claim in that case is pending.

f.   Judgment has been entered in one adversary proceeding after trial in the amount of $2,620.00.

g.   1 adversary proceeding has been settled with payments being made monthly.

h.   1 adversary proceeding was settled with a Consent Judgment pending.

i.   No adversary proceedings are presently set for trial.

4.   A Summary of Services Rendered which indicates the name of the attorney or paralegal, the hours spent, the hourly rate and total compensation requested is attached as Exhibit A. Attached as Exhibit B is a breakdown by hours and description of the services rendered in connection with this Application. Services rendered were reasonable and necessary in the proper representation of the Trustee. Said Exhibit B reflects an itemization of expenses incurred on behalf of the Trustee by category totals. A separate statement has been created for each adversary proceeding in which time has been entered so that settlement offers can be evaluated more efficiently.

5.   The Trustee's agreement to pay the fees at the rates set out herein are substantiated in its Application by Trustee for Authority to Employ and Appoint Attorney Specially dated January 27, 1999. Stephani W. Humrickhouse has rendered professional services of not less than 9.10 hours and that for such professional services Trustee agreed to pay the rate of $165.00 per hour. Phyllis W. Hill has rendered paralegal services of not less than 8.70 hours and that for such paralegal services Applicant is regularly paid at the rate of $70.00 per hour. Sandra T. Waller has rendered paralegal services of not less than 3.30 hours and that for such paralegal services Applicant is regularly paid at the rate of $70.00.

6.   Stephani W. Humrickhouse is a Partner with Nicholls & Crampton, P.A. She is a Board Certified Specialist in Bankruptcy Law by the North Carolina State Bar Board of Legal Specialization, is a former member of the Bankruptcy Council of the North Carolina Bar Association, previously served as Chairman of its Continuing Legal Education Committee, is a Certified Bankruptcy Specialist by the American Bankruptcy Certification Board and is an experienced Chapter 11 bankruptcy practitioner. Humrickhouse was admitted to the bar in 1980. Humrickhouse regularly charges and has been paid as her ordinary rate $210.00 per hour. However, based on Court guidelines for the representation of the Trustee, she has only charged $165.00 per hour during the time period covered by this Application in this case.

2

7.    Phyllis W. Hill is a Paralegal with Nicholls & Crampton, P.A. She attended the University of Tennessee in Knoxville, TN majoring in Business Administration and received her paralegal/legal assistant degree from UT. She has been a paralegal since 1977 with seven years experience in Tax, Estate Planning, Trust and Estate Administration in Knoxville, TN, eight years experience in Civil Litigation with Hunton & Williams in Raleigh, NC and has been with Nicholls & Crampton since February, 1993, concentrating in Bankruptcy.

8.    Sandra T. Waller is a Paralegal with Nicholls & Crampton, P.A. She attended Florida State University, Tallahassee, FL and received her paralegal/legal assistant training at Lively Vocational/Technical School, Tallahassee, FL. She has been a paralegal since 1982 with experience in Personal Injury, Medical Malpractice and Civil Litigation. She has been employed at Nicholls & Crampton since January, 1998, concentrating in Bankruptcy.

9.    Copying charges are recorded by client identification number, pursuant to a control counting device connected to Applicant's copying machine. The copying charges are read by Applicant's Office Administrator twice monthly, at mid and end month, and entered into the Accounting Package on those "read" dates. Applicant does not have the ability to further break down the dates such copying charges were incurred other than as expressed above

10.    Postage charges for are entered cumulatively at month's end.

11.    Copies are charged at 20¢ per page, and fax transmissions are charged at $1.00 per page for out-going transmissions, with no charge for incoming faxes. Deliveries are charged at the rate of $7.50. Mileage reimbursement was made at the rate of 31¢ per mile.

12.    The best interests of Trustee, the Debtor, and the Estates will be served by the allowance of this Application in full.

WHEREFORE, Applicant respectfully requests the Court for the entry of an Order allowing and authorizing Special Attorney for Trustee fees in the amount of $2,341.50 and expense reimbursement in the amount of $112.72.

This the __7__ day of May, 2002.

Stephani W. Humrickhouse
State Bar No. 9528
Attorney for Trustee
Nicholls & Crampton, P.A.
Post Office Box 18237
Raleigh, NC  27619
Telephone:  919/781-1311

3

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing INTERIM APPLICATION FOR SPECIAL ATTORNEY FOR TRUSTEE FEE AND EXPENSE REIMBURSEMENT was served this day by placing a copy thereof in a depository under the exclusive care and custody of the United States Postal Service in a postage prepaid envelope and properly addressed as follows:

>  Mrs. Marjorie K. Lynch
>  Bankruptcy Administrator
>  300 Fayetteville St. Mall, Room 416
>  P. O. Box 3039
>  Raleigh, NC  27602

This the 8th day of May, 2002.

Sandra T. Waller
Legal Assistant

O:\CHP7TR\InternationalHeritage\attyfccapp.010.wpd

4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| INTERNATIONAL HERITAGE, | ) | CHAPTER 7 |
| INCORPORATED, | ) | CASE NO. 98-02674-5-ATS |
| | ) | |
| Debtors. | ) | |

## SUMMARY OF SERVICES RENDERED
Nicholls & Crampton, P.A.

From March 1, 2002 to April 30, 2002, the undersigned person/firm has performed professional services for this estate in the capacity of attorney for the Trustee during the Chapter 7 case.  Attached hereto is an itemization of time expended and expenses incurred in the performance of these professional services.

| NAME | TITLE | HOURS SPENT | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Stephani W. Humrickhouse | Partner | 9.10 | $165.00 | $1,501.50 |
| Phyllis W. Hill | Paralegal | 8.70 | $ 70.00 | $ 609.00 |
| Sandra T. Waller | Paralegal | 3.30 | $ 70.00 | $ 231.00 |
| | | | TOTAL FEES | $2,341.50 |
| | | | TOTAL EXPENSES | $ 112.72 |
| | | | TOTAL AMOUNT REQUESTED | $2,454.22 |

O:\CHP7TR\InternationalHeritage\attyfee.sum.010.wpd

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

Invoice   39341

05/06/02

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-001 SH/G – International Heritage, Inc – Chapter 7

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | | |
|---|---|---|---|---|
| 03/12/02 | P20 | Draft Special Attorney for Trustee Fee Application, Fee Summary, Notice of Application and Order | 1.00 | |
| 03/21/02 | PL9 | Work on fee application for special attorney for trustee. | 1.00 | |
| 03/22/02 | HUM | Prepare and finalize fee app. | .50 | |
| 04/23/02 | P20 | Computer research re: Mayflower Venture Capital | .10 | |
| | | Fees Billed | | $    229.50 |

Disbursements
--------------

| | | |
|---|---|---|
| Fax | $ | 6.00 |
| Delivery Charge | $ | 7.50 |
| 274 Copies at $.20 each | $ | 54.80 |
| Telephone Charges | $ | 15.00 |
| Total Disbursements | $ | 83.30 |
| Total Current Bill | $ | 312.80 |
| Previous Balance | $ | 954.62 |

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/06/02

Invoice    39341
Page          2

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-001 SH/G - International Heritage, Inc - Chapter 7

Amount Paid:

Return Upper Portion With Payment

Balance Due                          $    1,267.42

Fee Summary

S T Waller worked 1.10 hours at $ 70 an hour.
Paralegal PWH worked 1.00 hours at $ 70 an hour.
S W Humrickhouse worked .50 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    39342

05/06/02

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-013 SWH - Intn'lHeritageInc / Image Assoc Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | | | | |
|---|---|---|---|---|
| 03/04/02 | PL9 | Letter to Trustee with settlement check, letter to Defendant's attorney with proof of claim. | .80 | |

Fees Billed                               $      56.00

Disbursements
-------------
Postage                           $       .68

10 Copies at $.20 each            $      2.00

Total Disbursements      $       2.68

Total Current Bill       $      58.68

Previous Balance         $     107.38

Balance Due              $     166.06

Fee Summary

Paralegal PWH worked .80 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/06/02

Invoice    39343

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-021 SWH - Intn'lHeritageInc - Printing Plus, Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 04/06/02 | HUM | Letter to Ms. Staton re: Settlement payment. | .30 |
| 04/10/02 | HUM | Call to Ms. Staton re: payment plan. | .20 |
| 04/16/02 | PL9 | Letter to Trustee with first settlement check. | .50 |

Fees Billed                      $      117.50

Disbursements
--------------

| | | |
|---|---|---|
| Fax | $ | 3.00 |
| 4 Copies at $.20 each | $ | .80 |
| Postage | $ | .34 |

Total Disbursements    $        4.14

Total Current Bill     $      121.64

Previous Balance       $      711.78

Balance Due            $      833.42
=============

## Fee Summary

S W Humrickhouse worked .50 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

05/06/02

Invoice      39343
Page            2

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-021 SWH - Intn'lHeritageInc - Printing Print  Amount Paid:

Return Upper Portion With Payment

Paralegal PWH worked .50 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/06/02

TO Holmes P. Harden
    c/o Maupin, Taylor & Ellis, PA
    3200 Beechleaf Ct. POB 19764
    Raleigh            NC 27604

Invoice    39344

Client Id. 00-12075
Matter Id. 000-000-027 SWH - Intn'lHeritageInc - Edmundo & Lisa Colorado

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 04/18/02 | P20 | Research/Summarize File, Document Preparation for Compromise Hearing | .20 |
| 04/22/02 | HUM | Call to Mr. Brewer re: compromise hearing. | .20 |
| 04/23/02 | HUM | Finalize preparation for compromise hearing. | 1.80 |

| | | |
|---|---|---|
| Fees Billed | $ | 344.00 |
| Total Current Bill | $ | 344.00 |
| Previous Balance | $ | 336.32 |
| Balance Due | $ | 680.32 |

### Fee Summary

S T Waller worked .20 hours at $ 70 an hour.
S W Humrickhouse worked 2.00 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/06/02

Invoice    39345

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh              NC 27604

Client Id. 00-12075
Matter Id. 000-000-043 SWH - Intn'l Heritage Inc / DMax Imaging Inc.

Amount Paid: _____

Return Upper Portion With Payment

|  |  |  | For legal services rendered; including but not limited to |  |
|---|---|---|---|---|
| 04/03/02 | HUM | Call to Ms. Staton re: status conference. | .20 |  |
| 04/22/02 | HUM | Prepare for and attend status conference. | .40 |  |

|  |  |  |
|---|---|---|
| Fees Billed | $ | 99.00 |

Disbursements
-------------

| Fax | $ | 3.00 |  |
|---|---|---|---|
| Delivery Charge | $ | 7.50 |  |

|  |  |  |
|---|---|---|
| Total Disbursements | $ | 10.50 |
| Total Current Bill | $ | 109.50 |
| Previous Balance | $ | 154.00 |
| Balance Due | $ | 263.50 |

### Fee Summary

S W Humrickhouse worked .60 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

05/06/02

Invoice   39346

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-045 SWH - Intn'l Heritage Inc / Tyra Intn'l Inc

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 01/25/02 | PL9 | Letter to Defendant's attorney with proof of claim. | .50 |
| 04/19/02 | P20 | Research, identify supporting documentation in preparation of Compromise Hearing | .20 |
| 04/22/02 | HUM | Review file in preparation of hearing on compromise. | .40 |

| | |
|---|---|
| Fees Billed | $   115.00 |
| Total Current Bill | $   115.00 |
| Previous Balance | $   525.70 |
| Balance Due | $   640.70 |

### Fee Summary

Paralegal PWH worked .50 hours at $ 70 an hour.
S T Waller worked .20 hours at $ 70 an hour.
S W Humrickhouse worked .40 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/06/02

Invoice    39347

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-051 SWH - Intn'l Heritage Inc / Claude Savage

Amount Paid: _____

Return Upper Portion With Payment

|  |  |  |  |
|---|---|---|---|
|  |  | For legal services rendered; including but not limited to |  |
| 01/31/02 | PL9 | Letter to Trustee with settlement check, letter to Defendant's attorney with proof of claim. | .80 |
| 04/19/02 | P20 | Research, identify supporting documentation in preparation of Compromise Hearing | .20 |
| 04/22/02 | HUM | Call to Mr. Brewer re: compromise hearing. | .20 |

Fees Billed                        $    103.00

Disbursements
--------------
Postage                              $      .34

Total Disbursements       $        .34

Total Current Bill        $    103.34

Previous Balance          $    266.28

Balance Due               $    369.62
                          ============

### Fee Summary

Paralegal PWH worked .80 hours at $ 70 an hour.
S T Waller worked .20 hours at $ 70 an hour.
S W Humrickhouse worked .20 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    39348

05/06/02

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-057 SWH - Intn'l Heritage, Inc. / Mandy Herrin

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 04/06/02 | HUM | Letter to Mr. Herren re: Settlement payment. | .30 |
| 04/10/02 | HUM | Letter to Ms. Herrin re: payment. | .20 |
| 04/15/02 | PL9 | Tele. from Defendant re: payment made but not received. | .30 |
| 04/30/02 | PL9 | Letter to Trustee with settlement check, letter to Defendant with proof of claim. | .80 |

Fees Billed                    $    159.50

Disbursements
--------------
Fax                                    $    3.00

2 Copies at $.20 each                  $    .40

Postage                                $    .68

Total Disbursements      $    4.08

Total Current Bill       $    163.58

Previous Balance         $    64.74

Balance Due              $    228.32

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

**ATTORNEYS AT LAW**

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/06/02

Invoice     39348
Page            2

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh             NC 27604

Client Id. 00-12075
Matter Id. 000-000-057 SWH - Intn'l Heritage, Inc. / Mandy Report

Amount Paid: _____

Return Upper Portion With Payment

### Fee Summary

S W Humrickhouse worked .50 hours at $165 an hour.
Paralegal PWH worked 1.10 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road---Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/06/02

Invoice    39349

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-063 SWH - Intn'l Heritage Inc / Evonne Eckenroth

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | | | | Amount |
|---|---|---|---|---|
| 04/18/02 | P20 | Research/Summarize File, Document Prep. for Compromise Hearing | | .20 |

|  |  |
|---|---|
| Fees Billed | $    14.00 |
| Total Current Bill | $    14.00 |
| Previous Balance | $    385.76 |
| Balance Due | $    399.76 |

Fee Summary

S T Waller worked .20 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/06/02

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh          NC 27604

Invoice    39350

Client Id. 00-12075
Matter Id. 000-000-064 SWH - Intn'lHeritageInc / O.KennethRudd,III

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 04/19/02 | P20 | Research, gather supporting documentation in preparation of Compromise Hearing | .20 |
| 04/23/02 | HUM | Finalize preparation for compromise hearing. | .50 |

|  |  |
|--|--|
| Fees Billed | $    96.50 |
| Total Current Bill | $    96.50 |
| Previous Balance | $   174.38 |
| Balance Due | $   270.88 |

## Fee Summary

S T Waller worked .20 hours at $ 70 an hour.
S W Humrickhouse worked .50 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    39351

05/06/02

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-065 SWH - Intn'l Heritage Inc / Jewels by Evonne, Inc.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 04/18/02 | P20 | Research/Summarize File, Document Prep. for Compromise Hearing | .20 |

| | | |
|---|---|---|
| Fees Billed | $ | 14.00 |
| Total Current Bill | $ | 14.00 |
| Previous Balance | $ | 314.98 |
| Balance Due | $ | 328.98 |

Fee Summary

S T Waller worked .20 hours at $ 70 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    39352

05/06/02

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh           NC 27604

Client Id. 00-12075
Matter Id. 000-000-069 SWH - Intn'l Heritage Inc / Dee Brothers

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 01/25/02 | PL9 | Letter to Trustee with settlement check, letter to Defendant's attorney with proof of claim. | .80 |
| 04/18/02 | P20 | Research/Summarize File, Document Preparation for Compromise Hearing | .20 |
| 04/19/02 | HUM | Prepare for hearing on Compromise Motion; call to Buzzy Stubbs re: compromise. | .80 |
| 04/22/02 | HUM | Review file in preparation of hearing on compromise. | .40 |
| 04/23/02 | HUM | Conference with Mr. Jeutter re: Mayflower fund. | .20 |

| | |
|---|---|
| Fees Billed | $    301.00 |
| Total Current Bill | $    301.00 |
| Previous Balance | $    304.14 |
| Balance Due | $    605.14 |

Fee Summary

Paralegal PWH worked .80 hours at $ 70 an hour.
S T Waller worked .20 hours at $ 70 an hour.
S W Humrickhouse worked 1.40 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

Invoice   39353

05/06/02

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-071 SWH — Intn'l Heritage Inc / Claude Savage, Jr.

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | |
|---|---|---|---|
| 01/31/02 | PL9 | Letter to Trustee with settlement check, letter to Defendant's attorney with proof of claim. | .80 |
| 04/19/02 | P20 | Research, identify supporting documentation in preparation of Compromise Hearing | .20 |
| 04/22/02 | HUM | Call to Mr. Brewer re: compromise hearing. | .20 |
| 04/23/02 | HUM | Finalize preparation for compromise hearing. | .20 |

Fees Billed                                    $     136.00

Disbursements
------------
Postage                                  $      .34

Total Disbursements         $        .34

Total Current Bill          $      136.34

Previous Balance            $      266.08

Balance Due                 $      402.42

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/06/02

Invoice    39353
Page        2

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-071 SWH - Intn'l Heritage Inc / Claude Savage, Jr.

Amount Paid:

Return Upper Portion With Payment

Fee Summary

Paralegal PWH worked .80 hours at $ 70 an hour.
S T Waller worked .20 hours at $ 70 an hour.
S W Humrickhouse worked .40 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    39354

05/06/02

TO Holmes P. Harden
   c/o Maupin, Taylor & Ellis, PA
   3200 Beechleaf Ct. POB 19764
   Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-076 SWH - Intn'l Heritage Inc / Tracey Sabates
                                              Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 01/31/02 | PL9 | Letter to Trustee with settlement check, letter to Defendant's attorney with proof of claim. | .80 |
| 04/19/02 | P20 | Research, gather supporting documentation in preparation of Compromise Hearing | .20 |
| 04/22/02 | HUM | Call to Mr. Brewer re: compromise hearing. | .20 |
| 04/23/02 | HUM | Finalize preparation for compromise hearing. | .10 |

Fees Billed                           $      119.50

Disbursements
--------------
Postage                    $     .34

Total Disbursements        $        .34
Total Current Bill         $     119.84
Previous Balance           $     247.24
Balance Due                $     367.08

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311   Fax: 919/782-0465

Federal ID #
56-1201204

Invoice   39354
Page         2

05/06/02

TO
Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-076 SWH - Intn'l Heritage Inc / Tracey Samayoa

Amount Paid: _____

Return Upper Portion With Payment

Fee Summary

Paralegal PWH worked .80 hours at $ 70 an hour.
S T Waller worked .20 hours at $ 70 an hour.
S W Humrickhouse worked .30 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    39355

05/06/02

To Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh            NC 27604

Client Id. 00-12075
Matter Id. 000-000-079 SWH - Intn'lHeritageInc / Modern Health Strategies

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | Code | Description | Hours |
|---|---|---|---|
| 01/25/02 | PL9 | Letter to Trustee with settlement check, letter to Defendant's attorney with proof of claim. | .80 |
| 04/18/02 | P20 | Research/Summarize File, Document Prep. for Compromise Hearing | .20 |
| 04/22/02 | HUM | Review file in preparation of hearing on compromise. | .40 |

Fees Billed            $      136.00

Total Current Bill     $      136.00

Previous Balance       $      636.14

Balance Due            $      772.14

### Fee Summary

Paralegal PWH worked .80 hours at $ 70 an hour.
S T Waller worked .20 hours at $ 70 an hour.
S W Humrickhouse worked .40 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS&CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

Invoice    39356

05/06/02

TO Holmes P. Harden
    c/o Maupin, Taylor & Ellis, PA
    3200 Beechleaf Ct. POB 19764
    Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-082 SWH - Intn'l Heritage Inc / 2021.Interactive,LLC

Amount Paid: _____

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| | | | |
|---|---|---|---|
| 01/25/02 | PL9 | Prepare Trust account check and letter to Trustee with settlement funds, letter to Defendant's attorney with proof of claim. | .80 |
| 04/18/02 | P20 | Research/Summarize File, Document prep. for Compromise Hearing | .20 |
| 04/19/02 | HUM | Prepare for hearing on Common Use Motion; call to Jim Angelle re: proof that comany is out of business. | .50 |

|  |  |
|---|---|
| Fees Billed | $ 152.50 |
| Total Current Bill | $ 152.50 |
| Previous Balance | $ 267.08 |
| Balance Due | $ 419.58 |

Fee Summary

Paralegal PWH worked .80 hours at $ 70 an hour.
S T Waller worked .20 hours at $ 70 an hour.
S W Humrickhouse worked .50 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).

In Account With

# NICHOLLS & CRAMPTON, P.A.

### ATTORNEYS AT LAW

4300 Six Forks Road—Suite 700
Post Office Box 18237
Raleigh, North Carolina 27619
Telephone: 919/781-1311    Fax: 919/782-0465

Federal ID #
56-1201204

05/06/02

Invoice    39357

TO Holmes P. Harden
c/o Maupin, Taylor & Ellis, PA
3200 Beechleaf Ct. POB 19764
Raleigh          NC 27604

Client Id. 00-12075
Matter Id. 000-000-085 SWH - Intn'l Heritage Inc / John Brothers

Amount Paid:

Return Upper Portion With Payment

For legal services rendered; including
but not limited to

| Date | | Description | | |
|---|---|---|---|---|
| 04/06/02 | HUM | Letter to Mr. Stubbs re: Consent Judgment. | .30 | |
| 04/22/02 | HUM | Review file in preparation of hearing on compromise; call to Mr. Stubb's office re: same. | .40 | |
| 04/23/02 | HUM | Conference with Mr. Jeutter re: Mayflower fund. | .20 | |

Fees Billed    $    148.50

Disbursements
-------------

Fax                                    $    6.00

5 Copies at $.20 each                  $    1.00

Total Disbursements    $    7.00

Total Current Bill    $    155.50

Previous Balance    $    49.84

Balance Due    $    205.34

Fee Summary

S W Humrickhouse worked .90 hours at $165 an hour.

A finance charge is computed on account balances unpaid 30 days
after the billing date at a periodic rate of 1½% per month (Annual percentage rate of 18%).