UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**FILED**
MAY 13 2002
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. ) | CASE NO. 98-02675-5-ATS |
| ) | |
| INTERNATIONAL HERITAGE, ) | CHAPTER 7 |
| INCORPORATED, ) | CASE NO. 98-02674-5-ATS |
| ) | |
| Debtors. ) | |

## NOTICE OF APPLICATION

NOTICE IS HEREBY GIVEN of the Interim Application of Special Attorney for Trustee Fee and Expense Reimbursement previously filed by Nicholls & Crampton, P.A. attorneys for the Trustee seeking allowance of fees in the amount of $2,341.50 reimbursement of expenses in the amount of $112.72 for the period March 1, 2002 to April 30, 2002.

FURTHER NOTICE IS HEREBY GIVEN that if you fail to respond or otherwise plead or request a hearing within TWENTY (20) DAYS of the date of this notice, the relief requested in the Application may be granted without further hearing or notice; and

FURTHER NOTICE IS HEREBY GIVEN that if a response and a request for a hearing is filed within the time indicated, a hearing will be conducted on the Application and response thereto at a date, time and place to be later set by this Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the Application and response thereto ex parte without further notice.

DATE OF NOTICE: __5/10__, 2002.

/s/ Holmes P. Harden
Holmes P. Harden
State Bar #9835
Chapter 7 Trustee
MAUPIN, TAYLOR & ELLIS, P.A.
Post Office Box 17169
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

C:\TEMP\attyfeeapp.not.010.wpd

503 copy re+d 5/13/02 Am                                                504

## CERTIFICATE OF SERVICE

    I, Holmes P. Harden, do hereby certify that the foregoing document was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the ___ day of May, 2002.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _____
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

See Attached Mail Matrix and E-Mail List

RAL/179511/1

# MAUPIN TAYLOR & ELLIS, P.A.

ATTORNEYS AT LAW
HIGHWOODS TOWER ONE, SUITE 500
3200 BEECHLEAF COURT
RALEIGH, NORTH CAROLINA  27604-1064

TELEPHONE (919) 981-4000

**MAILING ADDRESS**
POST OFFICE DRAWER 19764
RALEIGH, NORTH CAROLINA  27619-9764
TELEFAX (919) 981-4300
ÄÄÄÄÄÄ

**DURHAM/RESEARCH TRIANGLE PARK OFFICE**
411 ANDREWS ROAD, SUITE 150
DURHAM, NORTH CAROLINA  27705
TELEPHONE (919) 382-0188
ÄÄÄÄÄ

## FACSIMILE TRANSMISSION

**CONFIDENTIAL [ ]**       **RUSH [ ]**

TO:  *Chittenden Bank*
*c/o Louis P. Rochkind*
*Jaffe, Raitt, Heuer & Weiss*
*One Woodward Avenue, Suite 2400*
*Detroit, MI 48226*

FROM:  *Holmes P. Harden*
MAUPIN TAYLOR & ELLIS, P.A.
POST OFFICE DRAWER 19764
RALEIGH, NORTH CAROLINA  27619-9764
**DIRECT DIAL #:** *919-981-4011*

CITY:

DATE: **May 10, 2002**

FACSIMILE #: ~~313-961-8358~~       OUR FILE NUMBER:       ~~BANK7A-206~~

TOTAL NUMBER OF PAGES, INCLUDING COVER SHEET:

The material transmitted and communicated herein ("communication") is intended only for the use of the individual or entity to which it is addressed, and may contain information that constitutes work product, or is subject to attorney-client privilege, or is confidential and exempt from disclosure under applicable law.  If the reader of this communication is not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  Thank you.

**MESSAGE:**

Original to follow by mail?  **X**  Yes   ___ No

We are transmitting from Group III equipment.

**Facsimile #: 919/981-4300**                                                                 **Help #: 919/981-4063**

RAL/179511/1

Terri I. Gardner
Smith Debnam Narron & Myers, L.L.P.
P. O. Box 26268
Raleigh, NC 27611-6268

Managing Agent
International Heritage, Inc.
c/o Mayflower Capital LLC
5601 Spring Court
Raleigh, NC 27616-2920

Brent E. Wood
4000 Westchase Blvd.
Raleigh, NC 27607

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
1000 Cambridge Square, Suite C
Alpharetta, GA 30004

James Russell Tucker
Tucker & Ratcliffe, L.L.P.
500 N. Akard Street, Suite 3500
Dallas, TX 75201

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Dorothy H. Miller
102 Triangle Circle
Lafayette, LA 70508

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Stacey Ostrom
202 Oak Creek Drive
League City, TX 77573-1762

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Jane E. Chassey
1514 Azalea Drive
Saint Louis, Missouri 63119

Carolyn E. John
485 Broad River Blvd.
Beaufort, SC 29906

Managing Agent
Advanced Equities
P. O. Box 1042
Winnfield, LA 71483

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL -9490 Vaduz   LIECHTENSTEIN

Gary D. McDowell
200 Ansley Close
Roswell, GA 30075

Jean Wedin
P. O. Box 753
LaConner, WA 98257

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Managing Agent
Mayflower Capital, LLC
5601 Spring Court
Raleigh, NC 27616-2920

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

RAL/179511/1

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen    SWITZERLAND

Managing Agent
Schweizerische Hypotheken
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich    SWITZERLAND

Stanley H. Van Etten
10504 Tredwood Drive
Raleigh, NC 27615

Managing Agent
UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich    SWITZERLAND

Charles Anderson
Smith Helms Mulliss & Moore
P. O. Box 27525
Raleigh, NC 27611

Marianne Kelley
142419 133 Ave.
Edmonton, Alberta
CANADA T5A5A5

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Larry Smith
2435 E. North Street
Greenville, SC 29615

Anna M. Washburn
145 Christopher Drive
Clayton, NC 27520

Shawna Y. Staton
Jordan, Price, Wall, Gray,
  Jones & Carlton
P. O. Box 2021
Raleigh, NC 27602-2021

Henry W. Nozko, Jr., President
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Henry W. Nozko, Jr., President
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Managing Agent
Coeco
2525 Atlantic Avenue
Raleigh, NC 27604

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN 56258

Managing Agent
EDS Financial Services
4800 Six Forks Road
Raleigh, NC 27609

Managing Agent
Centrum Bank AGVaduz
Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz    LIECHTENSTEIN

Managing Agent
Emil Schatz, St Gallen
Oberhofstettenstrasse 67C
CH-9012, Saint Gallen    SWITZERLAND

Managing Agent
Accurata Treuhand und Revisions AG Vaduz
Abundt 36
 FL-9490 Vaduz    LIECHTENSTEIN

Managing Agent
UBS AG, Zurich Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich    SWITZERLAND

Lloyd W. Gathings, II
Gathings & Associates
P. O. Box 10545
Birmingham, AL 35202

Managing Agent
TransAmerica-TIG Insurance
5205 N.O. Connor Blvd. Ste. B1
Irving, TX 75039-3724

Sherwin P. Robin
P. O. Box 9541
Savannah, GA 31412-9541

Tony Copeland
BTI
4300 Six Forks Road, Suite 500
Raleigh, NC 27609

RAL/179511/1

Michael P. Flanagan  
Ward and Smith, P.A.  
P. O. Box 8088  
Greenville, NC 27835-8088

Vickie Corbitt,  
Attorney for Commissioner of Revenue  
Tennessee Dept. of Revenue - Legal  
312 8th Ave. N. #27 Fl.  
Nashville, TN 37243-0001

Jean Boyles  
P. O. Box 10506  
Raleigh, NC 27605

James A. Roberts, III  
Lewis & Roberts, PLLC  
P. O. Box 17529  
Raleigh, NC 27619-7529

Stephani W. Humrickhouse, Esq.  
Nicholls & Crampton  
4300 Six Forks Road, Suite 700  
Raleigh, NC 27609

Paul Faison S. Winborne  
300/200 Parham Street, Suite F  
P. O. Box 1547  
Raleigh, NC 27602

Patrick H. Tyler  
Bankruptcy & Collections Division  
P. O. Box 12548  
Austin, TX 78711-2548

Janet Cradeur  
P. O. Box 66658  
Baton Rouge, LA 70896

Missouri Department of Revenue  
Attn: Brian S. Kuhlmann  
P. O. Box 475  
Jefferson City, MO 65105-0475

James K. Austin  
Ellis Painter Ratterree & Bart LLP  
P. O. Box 9946  
Savannah, GA 31412-9946

Meredith P. Ezzell  
Wyrick Robbins Yates & Ponton LLP  
P. O. Drawer 17803  
Raleigh, NC 27619

Marcia McGair Ippolito  
R.I. Division of Taxation  
One Capitol Hill  
Providence, RI 02908-5800

J. Anthony Penry  
Smith, Helms, Mulliss & Moore  
2800 Two Hanover Square  
Raleigh, NC 27601

William Woodward Webb  
Broughton, Wilkins, Webb & Sugg, P.A.  
P. O. Box 2387  
Raleigh, NC 27602

Walter Calton  
312 East Broad Street  
Eufaula, AL 36072

Keith M. Jensen  
Law Office of Keith M. Jensen  
514 East Beklnap  
Fort Worth, TX 76102

Joseph N. Calloway, Esq.  
Battle, Winslow, Scott & Wiley, P.A.  
P. O. Box 7100  
Rocky Mount, NC 27804-0100

L. C. Gilbert, Jr.  
74 Hilltop Lane  
Alpine, AL 35014

Randall L. Greene  
Rt. 1, Box 155  
Randlett, OK 73562

Jackson Wayne Murphy  
Rt. 6, Box 154  
Troy, AL 36081

James H. Thomas  
101 Robin Drive  
Troy, AL 36081

Craig T. Liebendorfer  
7315 Hundley Blvd.  
Dallas, TX 75231-4722

Denise Marsh  
709 Summit Ridge  
Lewisville, TX 75067

Sharon A. Meckenstock  
1640 West 34th St., N.  
Wichita, KS 67204

RAL/179511/1

State Auditor's Office
Montana Securities Department
Mitchell Building, Room 270
State Capital Complex
Helen, MT 59620

William Swinney
3365 Silver Palm Drive
Jacksonville, FL 32250

Marshall Reddy
P. O. Box 806
Ponte Verde Beach, FL 32004

Henry W. Noziko, Jr.
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Gerald A. Jeutter
Kilpatrick Stockton, LLP
P. O. Box 300004
Raleigh, NC 27622

Henry W. Noziko, Jr.
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Michael K. Wolensky
Robert G. Brunton
David J. Gellen
Kutak Rock
225 Peachtree St., NE, Suite 2100
Atlanta, GA 30303-1731

Ray Burns
5633 NW Moonlight Meadow Ct.
Lees Summit, MO 64064

Gary V. Dixon
Ross Dixon & Bell, LLP
601 Pennsylvania Ave. NW
North Boulevard
Washington, DC 20004-2688

Ronald H. Garber
Boxley Bolton & Garber
P. O. Drawer 1429
Raleigh, NC 27602

Virginia Andrews Burdette
P. O. Box 47
Mukilteo, WA 98275

Scott L. Wilkinson
Assistant U.S. Attorney
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Joseph B. Cheshire V
Cheshire Parker Schneider Wells & Bryan
P. O. Box 1029
Raleigh, NC 27602

Managing Agent
International Heritage, Incorporated
c/o Mayflower Capital LLC
5601 Spring Court
Raleigh, NC 27616-2920

James Burshtyn
Office of Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78712548

Jackie S. Hart
1706 Antigua Lane
Nassau Bay, TX 77058

E-mail: x2-song@worldnet.att.net
E-mail: hual@airmail.net
E-mail: mayfi23@marz.com
E-mail: Buddha623@aol.com
E-mail: pgorman@vantagepointcapital.com
E-mail: wrightr@mindspring.com
E-mail: mlafontaine@abbot-simses.com
E-mail: rabbit@rockisland.com
E-mail: cheryll.COSTANIINO@edmail.com
E-mail: jasbircheema@amropictures.com
E-mail: 72320.316@compuserve.com
E-mail: stann@colby.IXKS.com
E-mail: gjack312@Intrstar.net
E-mail: hdfrey@telusplanet.net
E-mail: DLWARREN@BellSouth.net
E-mail: michael_bhagat@hotmail.com
E-mail: rliston@spartanburg4.0rg
E-mail: ghromero@aol.com
E-mail: joanchan@rocketmail.com
E-mail: edeem@worldnet.att.net
E-mail: DFITZPA400@aol.com
E-mail: theboock@compuserve.com
E-mail: pondman@memes.com
E-mail: docchiro@ISLC.net
E-mail: RIZMOE@NWRain.com
E-mail: thodges@gateway.net
E-mail: hlee@directv.com
E-mail: fabb@telusplanet.net
E-mail: cordw@deltapineseed.com
E-mail: NBECK87570@aol.com
E-mail: JYANG4@FORD.COM
E-mail: mccarthy@mccarthyconsultant.com
E-mail: digger@bcsupernet.com
E-mail: BREIDYIII@aol.com
E-mail: pak@jcnl.com
E-mail: lpartr1072@aol.com
E-mail: leadership.possibilities.mak@worldnet.att.net
E-mail: mtheisen@efn.org
E-mail: MLGeller@aol.com
E-mail: mooreem@harpo.tnstate.edu
E-mail: backpain@keynet.net
E-mail: Hbeckbari@aol.com
E-mail: mwarhurst@yahoo.com
E-mail: js.baum@srs.gov
E-mail: wynellh@flash.net
E-mail: dlatray@mcn.net
E-mail: bwood@woodfran.com
E-mail: DickLynn Ferency@compuserve.com
E-mail: CHASSEYRAY@email.msn.com
E-mail: jim.griffith@erols.com
E-mail: xiaokui.shan@bakernet.com
E-mail: xshan@aol.com
E-mail: kkandola@theresidences.com
E-mail: lrochkind@jafferaitt.com
E-mail: sdostrom@hotmail.com
E-mail: michaelhopkins@mailcity.com
E-mail: dana-charles@worldnet.att.net
E-mail: options-galore@yahoo.com
E-mail: bchap01@aol.com
E-mail: ceissngr@midrivers.com
E-mail: glassgs@cadvision.com
E-mail: mbrown8967@aol.com
E-mail: diemert@northerntel.net
E-mail: cgrumer@manatt.com
E-mail: shouli.yang@stjude.org
E-mail: RJWNLAW@aol.com

E-mail:  sds98@eatel.net
E-mail:  jwmaloy@aol.com
E-mail:  kanelos@mindspring.com
E-mail:  blairc@iname.com
E-mail:  Larry_Fletcher@bc.sympatico.ca
E-mail:  JNRRICH@Intur.net
E-mail:  aadrezin@Epix.net
E-mail:  kimball.peed@bigfoot.com
E-mail:  tammyr@falcon.ukans.cc.edu
E-mail:  VTPALMER27@yahoo.com
E-mail:  crandall@rock-springs.dowell.slb.com
E-mail:  gedler@bellsouth.net
E-mail:  r_brown@email.msn.com
E-mail:  hou@mail.med.upenn.edu
E-mail:  dsbarron@bellsouth.net
E-mail:  jamcgrath@yahoo.com
E-mail:  bjsaw@ttc-cmc.net
E-mail:  smsutom@aol.com
E-mail:  lynn@dot.state.al.us
E-mail:  pingnas@ica.net
E-mail:  Hanna@tir.com
E-mail:  buddunn@auantumworld.com
E-mail:  Rahmati@ibm.net
E-mail:  Docnielsen@webtv.net
E-mail:  mjandcarlincc@juno.com
E-mail:  loking@wixmail.com
E-mail:  Jholt@Clemson.edu
E-mail:  jsmusa@mindspring.com
E-mail:  Mainland@ticnet.com
E-mail:  cce3@juno.com
E-mail:  mcnamer@bigsky.net
E-mail:  mwa@wnonline.net
E-mail:  lesterabs@mindspring.com
E-mail:  shanson@kearney.net
E-mail:  an667@hwcn.org
E-mail:  yu241703@yorku.ca
E-mail:  yu241703@yorku.ca
E-mail:  lihen
E-mail:  dsbarron@bellsouth.net
E-mail:  jamcgrath@yahoo.com
E-mail:  bbaum89@aol.com
E-mail:  bjsaw@ttc-cmc.net
E-mail:  smsutom@aol.com
E-mail:  lynn@dot.state.al.us
E-mail:  pingnas@ica.net
E-mail:  Hanna@tir.com
E-mail:  buddunn@quantumworld.com
E-mail:  Rahmati@ibm.net
E-mail:  docnielsen@webtv.net
E-mail:  mjandcarlincc@juno.com
E-mail:  loking@wixmail.com
E-mail:  Jholt@Clemson.edu
E-mail:  jsmusa@mindspring.com
E-mail:  Mainland@ticnet.com
E-mail:  cce3@juno.com
E-mail:  mcnamer@bigsky.net
E-mail:  mwa@wnonline.net
E-mail:  lesterabs@mindspring.com
E-mail:  shanson@kearney.net
E-mail:  an667@hwcn.org
E-mail:  yu241703@yorku.ca
E-mail:  TJDeavers@aol.com
E-mail:  BrAnDin420@aol.com
E-mail:  hou@mail.med.upenn.edu
E-mail:  CTBallard@aol.com
E-mail:  beth_pattillo@shmm.org

E-mail: swede@dmea.net
E-mail: kmaxeyjr@bayou.com
E-mail: Wesglynn@aol.com
E-mail: jwarren@wyche.com
E-mail: dongming.zhao@jci.com
E-mail: pkloosterman@juno.com
E-mail: JEEPETTE99@aol.com
E-mail: pingnas@ica.net
E-mail: Karen0906@aol.com
E-mail: lonni@pb.quik.com
E-mail: Dana-Charles@Worldnet.Att.Net
E-mail: Averitas@aol.com
E-mail: kk_1200@kwikkopy.com
E-mail: hewlett@cablelan.net
E-mail: sonia_voldseth@burns.senate.gov
E-mail: dzeigler@jsucc.jsu.edu
E-mail: mchad@acnet.net
E-mail: albourassa@bigfoot.com
E-mail: albourassa@bigfoot.com
E-mail: Harden, Holmes
E-mail: Mgutierrez@pirnie.com
E-mail: mayfi23@marz.com
E-mail: shucko@prodigy.net
E-mail: zuzuy2k@yahoo.com
E-mail: Mgutierrez@pirnie.com
E-mail: Mgutierrez@pirnie.com
E-mail: RRALBRIGHT@AOL.COM
E-mail: bcslaw@prodigy.net
E-mail: rosieo@bigsky.net
E-mail: mooreem@harpo.tnstate.edu
E-mail: VANATTAL@VAX.CS.HSCSYR.EDU
E-mail: leadership.possibilities.mak@worldnet.att.net
E-mail: pingnas@ica.net
E-mail: cr8on@flash.net
E-mail: bsclaw@worldnet.att.net
E-mail: hewlettlj@shaw.ca
E-mail: ladevries@firstam.com
E-mail: ihatch@ala.net
Rmggood@Prodigy.Net

RAL/179511/1