**FILED**
**MAY 13 2002**
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                CHAPTER 7

INTERNATIONAL HERITAGE, INC.,           CASE NO. 98-02675-5-ATS

Debtor.

## NOTICE OF MOTIONS TO COMPROMISE AND SETTLE ADVERSARY PROCEEDINGS

TO:    ALL CREDITORS OF INTERNATIONAL HERITAGE, INC. AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN of the Motion to Compromise and Settle Adversary Proceedings regarding each of the following adversary proceeding cases set forth below which were filed May 9, 2002 by the Trustee herein requesting an order granting him authority to compromise and settle each adversary proceeding for the payment by the Defendant to the Trustee in each such adversary proceeding the amounts set forth below:

| Case No. | Defendant Name | Amount Claimed | Settlement Amount |
| --- | --- | --- | --- |
| S-00-00184-5-AP | Image Associates, Inc. | $39,745.32 | $10,000.00 |
| S-00-00233-5-AP | Mandy Herrin | $1,643.00 | $150.00 |

An objection to the any of the Motions must be filed with the Clerk, United States Bankruptcy Court, Post Office Box 1441, Raleigh, NC 27602, with a copy served on the Trustee whose name appears at the bottom of this Notice, within TWENTY (20) DAYS of the date of this Notice. No hearing will be conducted on said objection unless the Court, in its discretion, deems a hearing necessary, or unless a party in interest requests a hearing. Any party requesting a hearing shall appear at the hearing in support of such request or he may be assessed with costs.

DATE OF NOTICE: May 10, 2002.

_[signature]_
Holmes P. Harden
State Bar #9835
Chapter 7 Trustee
MAUPIN, TAYLOR & ELLIS, P.A.

copy ret'd 5/13/02 AM

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing document was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the 10 day of May, 2002.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _____
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

See Attached Mail Matrix and E-Mail List

RAL/179511/1

# MAUPIN TAYLOR & ELLIS, P.A.

ATTORNEYS AT LAW
HIGHWOODS TOWER ONE, SUITE 500
3200 BEECHLEAF COURT
RALEIGH, NORTH CAROLINA 27604-1064

TELEPHONE (919) 981-4000

MAILING ADDRESS
POST OFFICE DRAWER 19764
RALEIGH, NORTH CAROLINA 27619-9764
TELEFAX (919) 981-4300
ÄÄÄÄÄÄ

DURHAM/RESEARCH TRIANGLE PARK OFFICE
411 ANDREWS ROAD, SUITE 150
DURHAM, NORTH CAROLINA 27705
TELEPHONE (919) 382-0188
ÄÄÄÄÄ

## FACSIMILE TRANSMISSION

CONFIDENTIAL [ ]        RUSH [ ]

TO: **Chittenden Bank**
**c/o Louis P. Rochkind**
**Jaffe, Raitt, Heuer & Weiss**
**One Woodward Avenue, Suite 2400**
**Detroit, MI 48226**

FROM: **Holmes P. Harden**
MAUPIN TAYLOR & ELLIS, P.A.
POST OFFICE DRAWER 19764
RALEIGH, NORTH CAROLINA 27619-9764
**DIRECT DIAL #:** *919-981-4011*

CITY:

DATE: **May 9, 2002**

FACSIMILE #: ~~313-961-8358~~        OUR FILE NUMBER:        ~~BANK7A-206~~

TOTAL NUMBER OF PAGES, INCLUDING COVER SHEET:

The material transmitted and communicated herein ("communication") is intended only for the use of the individual or entity to which it is addressed, and may contain information that constitutes work product, or is subject to attorney-client privilege, or is confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

## MESSAGE:

Original to follow by mail?  **X** Yes   ___ No

We are transmitting from Group III equipment.

**Facsimile #: 919/981-4300**                                **Help #: 919/981-4063**

RAL/179511/1

Terri I. Gardner  
Smith Debnam Narron & Myers, L.L.P.  
P. O. Box 26268  
Raleigh, NC 27611-6268  

Managing Agent  
International Heritage, Inc.  
c/o Mayflower Capital LLC  
5601 Spring Court  
Raleigh, NC 27616-2920  

Brent E. Wood  
4000 Westchase Blvd.  
Raleigh, NC 27607  


Stephanie P. Wyatt  
Coyle, Bascom & Bergman, P.C.  
1000 Cambridge Square, Suite C  
Alpharetta, GA 30004  

James Russell Tucker  
Tucker & Ratcliffe, L.L.P.  
500 N. Akard Street, Suite 3500  
Dallas, TX 75201  

Jack T. Clary  
214 St. Matthews Lane  
Spartanburg, SC 29301  


Richard Ieyoub, Attorney General  
State of Louisiana  
301 Main Street, Suite 1250  
Baton Rouge, LA 70801  

Susan Coon Bailey  
5233 Floynell Drive  
Baton Rouge, LA 70809  

Dorothy H. Miller  
102 Triangle Circle  
Lafayette, LA 70508  


Chittenden Bank  
c/o Louis P. Rochkind  
Jaffe, Raitt, Heuer & Weiss  
One Woodward Avenue, Suite 2400  
Detroit, MI 48226  

Stacey Ostrom  
202 Oak Creek Drive  
League City, TX 77573-1762  

Eugene W. Ellison  
185 Biltmore Avenue  
Asheville, NC 28801  


Securities and Exchange Commission  
Attn: William P. Hicks  
3475 Lenox Road, NE  
Atlanta, GA 30326  

Managing Agent  
Internal Revenue Service  
320 Federal Place  
Greensboro, NC 27401  


Managing Agent  
North Carolina Dept. of Revenue  
P. O. Box 1168  
Raleigh, NC 27602  

Marjorie K. Lynch  
Bankruptcy Administrator  
P. O. Box 3039  
Raleigh, NC 27602-3039  

Jane E. Chassey  
1514 Azalea Drive  
Saint Louis, Missouri 63119  


Carolyn E. John  
485 Broad River Blvd.  
Beaufort, SC 29906  

Managing Agent  
Advanced Equities  
P. O. Box 1042  
Winnfield, LA 71483  

Managing Agent  
Centrum Bank AG, Vaduz  
Heiligkreuz 8  
Postfoch 1168  
FL -9490 Vaduz   LIECHTENSTEIN  


Gary D. McDowell  
200 Ansley Close  
Roswell, GA 30075  

Jean Wedin  
P. O. Box 753  
LaConner, WA 98257  


Lois Coonc  
P. O. Box 699  
LaConner, WA 98257  

Managing Agent  
Mayflower Capital, LLC  
5601 Spring Court  
Raleigh, NC 27616-2920  

Pamela Johnson  
18488 Best Road  
Mount Vernon, WA 98273  

RAL/179511/1

Managing Agent  
Schweizer Verband  
der Raiffeisen-banken  
St. Gallen  
Vadianstrasse 17  
CH-9000 St. Gallen    SWITZERLAND

Managing Agent  
Schweizerische Hypotheken  
Handelsbank, Zurich  
Bahnhofstrasse/  
Schutzengasse 4  
CH-8023 Zurich    SWITZERLAND

Stanley H. Van Etten  
10504 Tredwood Drive  
Raleigh, NC 27615

Managing Agent  
UBS, Zuerich  
Direktion  
Bahnhofstrasse 45  
Postfach  
CH-8021 Zurich    SWITZERLAND

Charles Anderson  
Smith Helms Mulliss & Moore  
P. O. Box 27525  
Raleigh, NC 27611

Marianne Kelley  
142419 133 Ave.  
Edmonton, Alberta  
CANADA T5A5A5

Claude Savage  
106 Benbow Land  
Charlotte, NC 28214

Larry Smith  
2435 E. North Street  
Greenville, SC 29615

Anna M. Washburn  
145 Christopher Drive  
Clayton, NC 27520

Shawna Y. Staton  
Jordan, Price, Wall, Gray,  
   Jones & Carlton  
P. O. Box 2021  
Raleigh, NC 27602-2021

Henry W. Nozko, Jr., President  
ACSTAR Insurance Company  
P. O. Box 2350  
New Britain, CT 06050-2350

Henry W. Nozko, Jr., President  
United Coastal Insurance Company  
P. O. Box 2350  
New Britain, CT 06050-2350

Managing Agent  
Coeco  
2525 Atlantic Avenue  
Raleigh, NC 27604

John Docken  
Business Credit Leasing  
115 West College Drive  
Marshall, MN 56258

Managing Agent  
EDS Financial Services  
4800 Six Forks Road  
Raleigh, NC 27609

Managing Agent  
Centrum Bank AG Vaduz  
Heiligkreuz 8, Postfoch 1168  
FL-9490 Vaduz    LIECHTENSTEIN

Managing Agent  
Emil Schatz, St Gallen  
Oberhofstettenstrasse 67C  
CH-9012, Saint Gallen    SWITZERLAND

Managing Agent  
Accurata Treuhand und Revisions AG Vaduz  
Abundt 36  
FL-9490 Vaduz    LIECHTENSTEIN

Managing Agent  
UBS AG, Zurich Direktion  
Bahnhofstrasse 45  
Postfach  
CH-8021 Zurich    SWITZERLAND

Lloyd W. Gathings, II  
Gathings & Associates  
P. O. Box 10545  
Birmingham, AL 35202

Managing Agent  
TransAmerica-TIG Insurance  
5205 N.O. Connor Blvd. Ste. B1  
Irving, TX 75039-3724

Sherwin P. Robin  
P. O. Box 9541  
Savannah, GA 31412-9541

Tony Copeland  
BTI  
4300 Six Forks Road, Suite 500  
Raleigh, NC 27609

RAL/179511/1

Michael P. Flanagan
Ward and Smith, P.A.
P. O. Box 8088
Greenville, NC 27835-8088

Vickie Corbitt,
Attorney for Commissioner of Revenue
Tennessee Dept. of Revenue - Legal
312 8th Ave. N. #27 Fl.
Nashville, TN 37243-0001

Jean Boyles
P. O. Box 10506
Raleigh, NC 27605

James A. Roberts, III
Lewis & Roberts, PLLC
P. O. Box 17529
Raleigh, NC 27619-7529

Stephani W. Humrickhouse, Esq.
Nicholls & Crampton
4300 Six Forks Road, Suite 700
Raleigh, NC 27609

Paul Faison S. Winborne
300/200 Parham Street, Suite F
P. O. Box 1547
Raleigh, NC 27602

Patrick H. Tyler
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

Janet Cradeur
P. O. Box 66658
Baton Rouge, LA 70896

Missouri Department of Revenue
Attn: Brian S. Kuhlmann
P. O. Box 475
Jefferson City, MO 65105-0475

James K. Austin
Ellis Painter Ratterree & Bart LLP
P. O. Box 9946
Savannah, GA 31412-9946

Meredith P. Ezzell
Wyrick Robbins Yates & Ponton LLP
P. O. Drawer 17803
Raleigh, NC 27619

Marcia McGair Ippolito
R.I. Division of Taxation
One Capitol Hill
Providence, RI 02908-5800

J. Anthony Penry
Smith, Helms, Mulliss & Moore
2800 Two Hanover Square
Raleigh, NC 27601

William Woodward Webb
Broughton, Wilkins, Webb & Sugg, P.A.
P. O. Box 2387
Raleigh, NC 27602

Walter Calton
312 East Broad Street
Eufaula, AL 36072

Keith M. Jensen
Law Office of Keith M. Jensen
514 East Beklnap
Fort Worth, TX 76102

Joseph N. Calloway, Esq.
Battle, Winslow, Scott & Wiley, P.A.
P. O. Box 7100
Rocky Mount, NC 27804-0100

L. C. Gilbert, Jr.
74 Hilltop Lane
Alpine, AL 35014

Randall L. Greene
Rt. 1, Box 155
Randlett, OK 73562

Jackson Wayne Murphy
Rt. 6, Box 154
Troy, AL 36081

James H. Thomas
101 Robin Drive
Troy, AL 36081

Craig T. Liebendorfer
7315 Hundley Blvd.
Dallas, TX 75231-4722

Denise Marsh
709 Summit Ridge
Lewisville, TX 75067

Sharon A. Meckenstock
1640 West 34th St., N.
Wichita, KS 67204

RAL/179511/1

State Auditor's Office
Montana Securities Department
Mitchell Building, Room 270
State Capital Complex
Helen, MT 59620

William Swinney
3365 Silver Palm Drive
Jacksonville, FL 32250

Marshall Reddy
P. O. Box 806
Ponte Verde Beach, FL 32004

Henry W. Noziko, Jr.
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Gerald A. Jeutter
Kilpatrick Stockton, LLP
P. O. Box 300004
Raleigh, NC 27622

Henry W. Noziko, Jr.
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Michael K. Wolensky
Robert G. Brunton
David J. Gellen
Kutak Rock
225 Peachtree St., NE, Suite 2100
Atlanta, GA 30303-1731

Ray Burns
5633 NW Moonlight Meadow Ct.
Lees Summit, MO 64064

Gary V. Dixon
Ross Dixon & Bell, LLP
601 Pennsylvania Ave. NW
North Boulevard
Washington, DC 20004-2688

Ronald H. Garber
Boxley Bolton & Garber
P. O. Drawer 1429
Raleigh, NC 27602

Virginia Andrews Burdette
P. O. Box 47
Mukilteo, WA 98275

Scott L. Wilkinson
Assistant U.S. Attorney
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Joseph B. Cheshire V
Cheshire Parker Schneider Wells & Bryan
P. O. Box 1029
Raleigh, NC 27602

Managing Agent
International Heritage, Incorporated
c/o Mayflower Capital LLC
5601 Spring Court
Raleigh, NC 27616-2920

James Burshtyn
Office of Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78712548

Jackie S. Hart
1706 Antigua Lane
Nassau Bay, TX 77058

RAL/179511/1

E-mail: x2-song@worldnet.att.net
E-mail: hual@airmail.net
E-mail: mayfi23@marz.com
E-mail: Buddha623@aol.com
E-mail: pgorman@vantagepointcapital.com
E-mail: wrightr@mindspring.com
E-mail: mlafontaine@abbot-simses.com
E-mail: rabbit@rockisland.com
E-mail: cheryll.COSTANIINO@edmail.com
E-mail: jasbircheema@amropictures.com
E-mail: 72320.316@compuserve.com
E-mail: stann@colby.IXKS.com
E-mail: gjack312@Intrstar.net
E-mail: hdfrey@telusplanet.net
E-mail: DLWARREN@BellSouth.net
E-mail: michael_bhagat@hotmail.com
E-mail: rliston@spartanburg4.0rg
E-mail: ghromero@aol.com
E-mail: joanchan@rocketmail.com
E-mail: edeem@worldnet.att.net
E-mail: DFITZPA400@aol.com
E-mail: theboock@compuserve.com
E-mail: pondman@memes.com
E-mail: docchiro@ISLC.net
E-mail: RIZMOE@NWRain.com
E-mail: thodges@gateway.net
E-mail: hlee@directv.com
E-mail: fabb@telusplanet.net
E-mail: cordw@deltapineseed.com
E-mail: NBECK87570@aol.com
E-mail: JYANG4@FORD.COM
E-mail: mccarthy@mccarthyconsultant.com
E-mail: digger@bcsupernet.com
E-mail: BREIDYIII@aol.com
E-mail: pak@jcnl.com
E-mail: lpartr1072@aol.com
E-mail: leadership.possibilities.mak@worldnet.att.net
E-mail: mtheisen@efn.org
E-mail: MLGeller@aol.com
E-mail: mooreem@harpo.tnstate.edu
E-mail: backpain@keynet.net
E-mail: Hbeckbari@aol.com
E-mail: mwarhurst@yahoo.com
E-mail: js.baum@srs.gov
E-mail: wynellh@flash.net
E-mail: dlatray@mcn.net
E-mail: bwood@woodfran.com
E-mail: DickLynn Ferency@compuserve.com
E-mail: CHASSEYRAY@email.msn.com
E-mail: jim.griffith@erols.com
E-mail: xiaokui.shan@bakernet.com
E-mail: xshan@aol.com
E-mail: kkandola@theresidences.com
E-mail: lrochkind@jafferaitt.com
E-mail: sdostrom@hotmail.com
E-mail: michaelhopkins@mailcity.com
E-mail: dana-charles@worldnet.att.net
E-mail: options-galore@yahoo.com
E-mail: bchap01@aol.com
E-mail: ceissngr@midrivers.com
E-mail: glassgs@cadvision.com
E-mail: mbrown8967@aol.com
E-mail: diemert@northerntel.net
E-mail: cgrumer@manatt.com
E-mail: shouli.yang@stjude.org
E-mail: RJWNLAW@aol.com

RAL/179511/1

E-mail: sds98@eatel.net
E-mail: jwmaloy@aol.com
E-mail: kanelos@mindspring.com
E-mail: blairc@iname.com
E-mail: Larry_Fletcher@bc.sympatico.ca
E-mail: JNRRICH@Intur.net
E-mail: aadrezin@Epix.net
E-mail: kimball.peed@bigfoot.com
E-mail: tammyr@falcon.ukans.cc.edu
E-mail: VTPALMER27@yahoo.com
E-mail: crandall@rock-springs.dowell.slb.com
E-mail: gedler@bellsouth.net
E-mail: r_brown@email.msn.com
E-mail: hou@mail.med.upenn.edu
E-mail: dsbarron@bellsouth.net
E-mail: jamcgrath@yahoo.com
E-mail: bjsaw@ttc-cmc.net
E-mail: smsutom@aol.com
E-mail: lynn@dot.state.al.us
E-mail: pingnas@ica.net
E-mail: Hanna@tir.com
E-mail: buddunn@auantumworld.com
E-mail: Rahmati@ibm.net
E-mail: Docnielsen@webtv.net
E-mail: mjandcarlincc@juno.com
E-mail: loking@wixmail.com
E-mail: Jholt@Clemson.edu
E-mail: jsmusa@mindspring.com
E-mail: Mainland@ticnet.com
E-mail: cce3@juno.com
E-mail: mcnamer@bigsky.net
E-mail: mwa@wnonline.net
E-mail: lesterabs@mindspring.com
E-mail: shanson@kearney.net
E-mail: an667@hwcn.org
E-mail: yu241703@yorku.ca
E-mail: yu241703@yorku.ca
E-mail: lihen
E-mail: dsbarron@bellsouth.net
E-mail: jamcgrath@yahoo.com
E-mail: bbaum89@aol.com
E-mail: bjsaw@ttc-cmc.net
E-mail: smsutom@aol.com
E-mail: lynn@dot.state.al.us
E-mail: pingnas@ica.net
E-mail: Hanna@tir.com
E-mail: buddunn@quantumworld.com
E-mail: Rahmati@ibm.net
E-mail: docnielsen@webtv.net
E-mail: mjandcarlincc@juno.com
E-mail: loking@wixmail.com
E-mail: Jholt@Clemson.edu
E-mail: jsmusa@mindspring.com
E-mail: Mainland@ticnet.com
E-mail: cce3@juno.com
E-mail: mcnamer@bigsky.net
E-mail: mwa@wnonline.net
E-mail: lesterabs@mindspring.com
E-mail: shanson@kearney.net
E-mail: an667@hwcn.org
E-mail: yu241703@yorku.ca
E-mail: TJDeavers@aol.com
E-mail: BrAnDin420@aol.com
E-mail: hou@mail.med.upenn.edu
E-mail: CTBallard@aol.com
E-mail: beth_pattillo@shmm.org

RAL/179511/1

E-mail:  swede@dmea.net
E-mail:  kmaxeyjr@bayou.com
E-mail:  Wesglynn@aol.com
E-mail:  jwarren@wyche.com
E-mail:  dongming.zhao@jci.com
E-mail:  pkloosterman@juno.com
E-mail:  JEEPETTE99@aol.com
E-mail:  pingnas@ica.net
E-mail:  Karen0906@aol.com
E-mail:  lonni@pb.quik.com
E-mail:  Dana-Charles@Worldnet.Att.Net
E-mail:  Averitas@aol.com
E-mail:  kk_1200@kwikkopy.com
E-mail:  hewlett@cablelan.net
E-mail:  sonia_voldseth@burns.senate.gov
E-mail:  dzeigler@jsucc.jsu.edu
E-mail:  mchad@acnet.net
E-mail:  albourassa@bigfoot.com
E-mail:  albourassa@bigfoot.com
E-mail:  Harden, Holmes
E-mail:  Mgutierrez@pirnie.com
E-mail:  mayfi23@marz.com
E-mail:  shucko@prodigy.net
E-mail:  zuzuy2k@yahoo.com
E-mail:  Mgutierrez@pirnie.com
E-mail:  Mgutierrez@pirnie.com
E-mail:  RRALBRIGHT@AOL.COM
E-mail:  bcslaw@prodigy.net
E-mail:  rosieo@bigsky.net
E-mail:  mooreem@harpo.tnstate.edu
E-mail:  VANATTAL@VAX.CS.HSCSYR.EDU
E-mail:  leadership.possibilities.mak@worldnet.att.net
E-mail:  pingnas@ica.net
E-mail:  cr8on@flash.net
E-mail:  bsclaw@worldnet.att.net
E-mail:  hewlettlj@shaw.ca
E-mail:  ladevries@firstam.com
E-mail:  ihatch@ala.net
Rmggood@Prodigy.Net

RAL/179511/1