**FILED**

JUL 26 2002

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTERNATIONAL HERITAGE, INC. ) | CASE NO. 98-02675-5-ATS |
| ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, ) | CASE NO. 98-02674-5-ATS |
| INCORPORATED ) | |
| ) | |
| Debtor. ) | |

### MOTION FOR APPROVAL OF
### COMPROMISE AND SETTLEMENT

The Trustee in the above-captioned case, by and through Counsel, respectfully moves the Court pursuant to Bankruptcy Rule 6004 and 9019 for an Order Approving Compromise and Settlement between Duke Realty ("Duke") and the Debtor (IHI). Based on the following:

1. Movant is the duly qualified and acting Trustee in the case.

2. The Trustee, through Counsel, has made demand upon Duke for certain property which it was holding as a deposit at the time of the filing of the case.

3. After due negotiation between the representatives of Duke and the Trustee, Duke has offered to settle for a payment of $6,000.00 with IHI if IHI will execute the Release and Settlement Agreement in full satisfaction of all claims between Duke and the Debtor and releases Duke from any further claims from IHI.

4. There are disputes and the Trustee is satisfied that the offer of $6,000.00 in full satisfaction and release of any claims which the Debtor has against Duke is a fair settlement between the parties for all claims between the parties and it is in the best interest of the Estate and should be approved by this Court.

5. Duke has tendered the $6,000.00 to the Trustee and the Trustee is holding said payment pending Court approval.

13pgp

509

WHEREFORE, the Trustee prays the Court enter an Order directing the Trustee to execute the attached Release and Settlement Agreement between Duke and IHI for consideration of $6,000.00.

RESPECTFULLY SUBMITTED this the 24th day of July, 2002.

*[signature]*

Jean Winborne Boyles
Attorney for Trustee Holmes P. Harden
International Heritage, Inc.
P.O. Box 10506
Raleigh, NC 27605-0506
919-881-9299
Fax: 919-881-9990
N.C. State Bar #5516

# RELEASE AND SETTLEMENT AGREEMENT

THIS AGREEMENT is made this the _____ day of _____, 2002, by and between Weeks Realty, L.P. ("Weeks") an assign of SFBC and the Estate of International Heritage, Inc., Debtor, to settle all claims arising out of the Lease dated June 16, 1997, by and between SFBC One Associates and International Heritage, Incorporated, more specifically the claim for turnover of the security deposit in the amount of $24,665.40 for the Spring Forest Business Center located at 3200 Spring Forest Road, Raleigh, North Carolina. After due negotiation concerning damages applied against the security deposit the parties have agreed to a settlement in the amount of $6,000.00 to be paid to the Estate of International Heritage, Incorporated in full settlement of all claims against the security deposit herein.

THEREFORE, in consideration of $6,000.00 as full satisfaction of the Estate's claim under the Lease Agreement the Estate releases Weeks and Weeks releases the Estate of any claims, setoffs or causes of action each may have against the other pursuant to any terms of the above defined Lease.

IN WITNESS WHEREOF, pursuant to an Order of the Court dated _____, 2002, this Agreement of Settlement and Release is entered into.

WEEKS REALTY, L.P.

BY:_____
Printed Name:_____
Title:_____

ESTATE OF INTERNATIONAL HERITAGE, INCORPORATED

BY:_____
Holmes P. Harden, Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                               CHAPTER 7

INTERNATIONAL HERITAGE, INC.,                        CASE NO. 98-02675-5-ATS

INTERNATIONAL HERITAGE,
INCORPORATED                                         CASE NO. 98-02674-5-ATS
    Debtor.

**NOTICE OF MOTION FOR APPROVAL OF COMPROMISE
AND SETTLEMENT AND CERTIFICATE OF SERVICE**

TO:    ALL CREDITORS OF INTERNATIONAL HERITAGE, INC. AND OTHER PARTIES IN INTEREST

    NOTICE IS HEREBY GIVEN of the Motion for Compromise and Settlement Adversary Proceedings regarding Duke Realty for the payment by the Defendant to the Trustee in the amount of $6,000.00.

    An objection to the Motion must be filed with the Clerk, United States Bankruptcy Court, Post Office Box 1441, Raleigh, NC 27602, with a copy served on the Trustee whose name appears at the bottom of this Notice, within TWENTY (20) DAYS of the date of this Notice. No hearing will be conducted on said objection unless the Court, in its discretion, deems a hearing necessary, or unless a party in interest requests a hearing. Any party requesting a hearing shall appear at the hearing in support of such request or he may be assessed with costs.

DATE OF NOTICE: July 24th, 2002.

                                               Holmes P. Harden
                                               State Bar #9835
                                               Chapter 7 Trustee
                                               MAUPIN, TAYLOR & ELLIS, P.A.
                                               Post Office Box 17169
                                               Raleigh, North Carolina 27619
                                               Telephone: (919) 981-4000

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing document was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the 24 day of July, 2002.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _____
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

See Attached Mail Matrix and E-Mail List

RAL/179511/1

# MAUPIN TAYLOR & ELLIS, P.A.

ATTORNEYS AT LAW
HIGHWOODS TOWER ONE, SUITE 500
3200 BEECHLEAF COURT
RALEIGH, NORTH CAROLINA 27604-1064

TELEPHONE (919) 981-4000

MAILING ADDRESS
POST OFFICE DRAWER 19764
RALEIGH, NORTH CAROLINA 27619-9764
TELEFAX (919) 981-4300
ÄÄÄÄÄÄ

DURHAM/RESEARCH TRIANGLE PARK OFFICE
411 ANDREWS ROAD, SUITE 150
DURHAM, NORTH CAROLINA 27705
TELEPHONE (919) 382-0188
ÄÄÄÄÄ

## FACSIMILE TRANSMISSION

CONFIDENTIAL [ ]          RUSH [ ]

TO:  *Chittenden Bank*
*c/o Louis P. Rochkind*
*Jaffe, Raitt, Heuer & Weiss*
*One Woodward Avenue, Suite 2400*
*Detroit, MI 48226*

FROM:  *Holmes P. Harden*
MAUPIN TAYLOR & ELLIS, P.A.
POST OFFICE DRAWER 19764
RALEIGH, NORTH CAROLINA 27619-9764
**DIRECT DIAL #:** *919-981-4011*

CITY:

DATE: **July 24, 2002**

FACSIMILE #: ~~313-961-8358~~     OUR FILE NUMBER:     ~~BANK7A-206~~

TOTAL NUMBER OF PAGES, INCLUDING COVER SHEET:

The material transmitted and communicated herein ("communication") is intended only for the use of the individual or entity to which it is addressed, and may contain information that constitutes work product, or is subject to attorney-client privilege, or is confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

**MESSAGE:**

Original to follow by mail?  **X** Yes    __No

We are transmitting from Group III equipment.

Facsimile #: 919/981-4300                                        Help #: 919/981-406

Terri I. Gardner
Smith Debnam Narron & Myers, L.L.P.
P. O. Box 26268
Raleigh, NC 27611-6268

Managing Agent
International Heritage, Inc.
c/o Mayflower Capital LLC
5601 Spring Court
Raleigh, NC 27616-2920

Brent E. Wood
4000 Westchase Blvd.
Raleigh, NC 27607

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
1000 Cambridge Square, Suite C
Alpharetta, GA 30004

James Russell Tucker
Tucker & Ratcliffe, L.L.P.
500 N. Akard Street, Suite 3500
Dallas, TX 75201

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Dorothy H. Miller
102 Triangle Circle
Lafayette, LA 70508

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Stacey Ostrom
202 Oak Creek Drive
League City, TX 77573-1762

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Jane E. Chassey
1514 Azalea Drive
Saint Louis, Missouri 63119

Carolyn E. John
485 Broad River Blvd.
Beaufort, SC 29906

Managing Agent
Advanced Equities
P. O. Box 1042
Winnfield, LA 71483

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL -9490 Vaduz   LIECHTENSTEIN

Gary D. McDowell
200 Ansley Close
Roswell, GA 30075

Jean Wedin
P. O. Box 753
LaConner, WA 98257

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Managing Agent
Mayflower Capital, LLC
5601 Spring Court
Raleigh, NC 27616-2920

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

RAI/179511/1

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen    SWITZERLAND

Managing Agent
UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich    SWITZERLAND

Managing Agent
Schweizerische Hypotheken
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich    SWITZERLAND

Charles Anderson
Smith Helms Mulliss & Moore
P. O. Box 27525
Raleigh, NC 27611

Stanley H. Van Etten
10504 Tredwood Drive
Raleigh, NC 27615

Marianne Kelley
142419 133 Ave.
Edmonton, Alberta
CANADA T5A5A5

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Larry Smith
2435 E. North Street
Greenville, SC 29615

Anna M. Washburn
145 Christopher Drive
Clayton, NC 27520

Shawna Y. Staton
Jordan, Price, Wall, Gray,
  Jones & Carlton
P. O. Box 2021
Raleigh, NC 27602-2021

Henry W. Nozko, Jr., President
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Henry W. Nozko, Jr., President
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Managing Agent
Coeco
2525 Atlantic Avenue
Raleigh, NC 27604

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN 56258

Managing Agent
EDS Financial Services
4800 Six Forks Road
Raleigh, NC 27609

Managing Agent
Centrum Bank AG Vaduz
Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz    LIECHTENSTEIN

Managing Agent
Emil Schatz, St Gallen
Oberhofstettenstrasse 67C
CH-9012, Saint Gallen    SWITZERLA

Managing Agent
Accurata Treuhand und Revisions AG Vaduz
Abundt 36
 FL-9490 Vaduz    LIECHTENSTEIN

Managing Agent
UBS AG, Zurich Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich    SWITZERLAND

Lloyd W. Gathings, II
Gathings & Associates
P. O. Box 10545
Birmingham, AL 35202

Managing Agent
TransAmerica-TIG Insurance
5205 N.O. Connor Blvd. Ste. B1
Irving, TX 75039-3724

Sherwin P. Robin
P. O. Box 9541
Savannah, GA 31412-9541

Tony Copeland
BTI
4300 Six Forks Road, Suite 500
Raleigh, NC 27609

Michael P. Flanagan
Ward and Smith, P.A.
P. O. Box 8088
Greenville, NC 27835-8088

Vickie Corbitt,
Attorney for Commissioner of Revenue
Tennessee Dept. of Revenue - Legal
312 8th Ave. N. #27 Fl.
Nashville, TN 37243-0001

Jean Boyles
P. O. Box 10506
Raleigh, NC 27605

James A. Roberts, III
Lewis & Roberts, PLLC
P. O. Box 17529
Raleigh, NC 27619-7529

Stephani W. Humrickhouse, Esq.
Nicholls & Crampton
4300 Six Forks Road, Suite 700
Raleigh, NC 27609

Paul Faison S. Winborne
300/200 Parham Street, Suite F
P. O. Box 1547
Raleigh, NC 27602

Patrick H. Tyler
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

Janet Cradeur
P. O. Box 66658
Baton Rouge, LA 70896

Missouri Department of Revenue
Attn: Brian S. Kuhlmann
P. O. Box 475
Jefferson City, MO 65105-0475

James K. Austin
Ellis Painter Ratterree & Bart LLP
P. O. Box 9946
Savannah, GA 31412-9946

Meredith P. Ezzell
Wyrick Robbins Yates & Ponton LLP
P. O. Drawer 17803
Raleigh, NC 27619

Marcia McGair Ippolito
R.I. Division of Taxation
One Capitol Hill
Providence, RI 02908-5800

J. Anthony Penry
Smith, Helms, Mulliss & Moore
2800 Two Hanover Square
Raleigh, NC 27601

William Woodward Webb
Broughton, Wilkins, Webb & Sugg, P.A.
P. O. Box 2387
Raleigh, NC 27602

Walter Calton
312 East Broad Street
Eufaula, AL 36072

Keith M. Jensen
Law Office of Keith M. Jensen
514 East Beklnap
Fort Worth, TX 76102

Joseph N. Calloway, Esq.
Battle, Winslow, Scott & Wiley, P.A.
P. O. Box 7100
Rocky Mount, NC 27804-0100

L. C. Gilbert, Jr.
74 Hilltop Lane
Alpine, AL 35014

Randall L. Greene
Rt. 1, Box 155
Randlett, OK 73562

Jackson Wayne Murphy
Rt. 6, Box 154
Troy, AL 36081

James H. Thomas
101 Robin Drive
Troy, AL 36081

Craig T. Liebendorfer
7315 Hundley Blvd.
Dallas, TX 75231-4722

Denise Marsh
709 Summit Ridge
Lewisville, TX 75067

Sharon A. Meckenstock
1640 West 34th St., N.
Wichita, KS 67204

State Auditor's Office
Montana Securities Department
Mitchell Building, Room 270
State Capital Complex
Helen, MT 59620

William Swinney
3365 Silver Palm Drive
Jacksonville, FL 32250

Marshall Reddy
P. O. Box 806
Ponte Verde Beach, FL 32004

Henry W. Noziko, Jr.
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Gerald A. Jeutter
Kilpatrick Stockton, LLP
P. O. Box 300004
Raleigh, NC 27622

Henry W. Noziko, Jr.
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Michael K. Wolensky
Robert G. Brunton
David J. Gellen
Kutak Rock
225 Peachtree St., NE, Suite 2100
Atlanta, GA 30303-1731

Ray Burns
5633 NW Moonlight Meadow Ct.
Lees Summit, MO 64064

Gary V. Dixon
Ross Dixon & Bell, LLP
601 Pennsylvania Ave. NW
North Boulevard
Washington, DC 20004-2688

Ronald H. Garber
Boxley Bolton & Garber
P. O. Drawer 1429
Raleigh, NC 27602

Scott L. Wilkinson
Assistant U.S. Attorney
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Joseph B. Cheshire V
Cheshire Parker Schneider Wells & Bry
P. O. Box 1029
Raleigh, NC 27602

Virginia Andrews Burdette
P. O. Box 47
Mukilteo, WA 98275

Managing Agent
International Heritage, Incorporated
c/o Mayflower Capital LLC
5601 Spring Court
Raleigh, NC 27616-2920

James Burshtyn
Office of Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78712548

Jackie S. Hart
1706 Antigua Lane
Nassau Bay, TX 77058

RAL/179511/1

E-mail: x2-song@worldnet.att.net
E-mail: hual@airmail.net
E-mail: mayfi23@marz.com
E-mail: Buddha623@aol.com
E-mail: pgorman@vantagepointcapital.com
E-mail: wrightr@mindspring.com
E-mail: mlafontaine@abbot-simses.com
E-mail: rabbit@rockisland.com
E-mail: cheryll.COSTANIINO@edmail.com
E-mail: jasbircheema@amropictures.com
E-mail: 72320.316@compuserve.com
E-mail: stann@colby.IXKS.com
E-mail: gjack312@lntrstar.net
E-mail: hdfrey@telusplanet.net
E-mail: DLWARREN@BellSouth.net
E-mail: michael_bhagat@hotmail.com
E-mail: rliston@spartanburg4.0rg
E-mail: ghromero@aol.com
E-mail: joanchan@rocketmail.com
E-mail: edeem@worldnet.att.net
E-mail: DFITZPA400@aol.com
E-mail: theboock@compuserve.com
E-mail: pondman@memes.com
E-mail: docchiro@ISLC.net
E-mail: RIZMOE@NWRain.com
E-mail: thodges@gateway.net
E-mail: hlee@directv.com
E-mail: fabb@telusplanet.net
E-mail: cordw@deltapineseed.com
E-mail: NBECK87570@aol.com
E-mail: JYANG4@FORD.COM
E-mail: mccarthy@mccarthyconsultant.com
E-mail: digger@bcsupernet.com
E-mail: BREIDYIII@aol.com
E-mail: pak@jcnl.com
E-mail: lpartr1072@aol.com
E-mail: leadership.possibilities.mak@worldnet.att.net
E-mail: mtheisen@efn.org
E-mail: MLGeller@aol.com
E-mail: mooreem@harpo.tnstate.edu
E-mail: backpain@keynet.net
E-mail: Hbeckbari@aol.com
E-mail: mwarhurst@yahoo.com
E-mail: js.baum@srs.gov
E-mail: wynellh@flash.net
E-mail: dlatray@mcn.net
E-mail: bwood@woodfran.com
E-mail: DickLynn Ferency@compuserve.com
E-mail: CHASSEYRAY@email.msn.com
E-mail: jim.griffith@erols.com
E-mail: xiaokui.shan@bakernet.com
E-mail: xshan@aol.com
E-mail: kkandola@theresidences.com
E-mail: lrochkind@jafferaitt.com
E-mail: sdostrom@hotmail.com
E-mail: michaelhopkins@mailcity.com
E-mail: dana-charles@worldnet.att.net
E-mail: options-galore@yahoo.com
E-mail: bchap01@aol.com
E-mail: ceissngr@midrivers.com
E-mail: glassgs@cadvision.com
E-mail: mbrown8967@aol.com
E-mail: diemert@northerntel.net
E-mail: cgrumer@manatt.com
E-mail: shouli.yang@stjude.org
E-mail: RJWNLAW@aol.com

E-mail: sds98@eatel.net
E-mail: jwmaloy@aol.com
E-mail: kanelos@mindspring.com
E-mail: blairc@iname.com
E-mail: Larry_Fletcher@bc.sympatico.ca
E-mail: JNRRICH@Intur.net
E-mail: aadrezin@Epix.net
E-mail: kimball.peed@bigfoot.com
E-mail: tammyr@falcon.ukans.cc.edu
E-mail: VTPALMER27@yahoo.com
E-mail: crandall@rock-springs.dowell.slb.com
E-mail: gedler@bellsouth.net
E-mail: r_brown@email.msn.com
E-mail: hou@mail.med.upenn.edu
E-mail: dsbarron@bellsouth.net
E-mail: jamcgrath@yahoo.com
E-mail: bjsaw@ttc-cmc.net
E-mail: smsutom@aol.com
E-mail: lynn@dot.state.al.us
E-mail: pingnas@ica.net
E-mail: Hanna@tir.com
E-mail: buddunn@auantumworld.com
E-mail: Rahmati@ibm.net
E-mail: Docnielsen@webtv.net
E-mail: mjandcarlincc@juno.com
E-mail: loking@wixmail.com
E-mail: Jholt@Clemson.edu
E-mail: jsmusa@mindspring.com
E-mail: Mainland@ticnet.com
E-mail: cce3@juno.com
E-mail: mcnamer@bigsky.net
E-mail: mwa@wnonline.net
E-mail: lesterabs@mindspring.com
E-mail: shanson@kearney.net
E-mail: an667@hwcn.org
E-mail: yu241703@yorku.ca
E-mail: yu241703@yorku.ca
E-mail: lihen
E-mail: dsbarron@bellsouth.net
E-mail: jamcgrath@yahoo.com
E-mail: bbaum89@aol.com
E-mail: bjsaw@ttc-cmc.net
E-mail: smsutom@aol.com
E-mail: lynn@dot.state.al.us
E-mail: pingnas@ica.net
E-mail: Hanna@tir.com
E-mail: buddunn@quantumworld.com
E-mail: Rahmati@ibm.net
E-mail: docnielsen@webtv.net
E-mail: mjandcarlincc@juno.com
E-mail: loking@wixmail.com
E-mail: Jholt@Clemson.edu
E-mail: jsmusa@mindspring.com
E-mail: Mainland@ticnet.com
E-mail: cce3@juno.com
E-mail: mcnamer@bigsky.net
E-mail: mwa@wnonline.net
E-mail: lesterabs@mindspring.com
E-mail: shanson@kearney.net
E-mail: an667@hwcn.org
E-mail: yu241703@yorku.ca
E-mail: TJDeavers@aol.com
E-mail: BrAnDin420@aol.com
E-mail: hou@mail.med.upenn.edu
E-mail: CTBallard@aol.com
E-mail: beth_pattillo@shmm.org

E-mail: swede@dmea.net
E-mail: kmaxeyjr@bayou.com
E-mail: Wesglynn@aol.com
E-mail: jwarren@wyche.com
E-mail: dongming.zhao@jci.com
E-mail: pkloosterman@juno.com
E-mail: JEEPETTE99@aol.com
E-mail: pingnas@ica.net
E-mail: Karen0906@aol.com
E-mail: lonni@pb.quik.com
E-mail: Dana-Charles@Worldnet.Att.Net
E-mail: Averitas@aol.com
E-mail: kk_1200@kwikkopy.com
E-mail: hewlett@cablelan.net
E-mail: sonia_voldseth@burns.senate.gov
E-mail: dzeigler@jsucc.jsu.edu
E-mail: mchad@acnet.net
E-mail: albourassa@bigfoot.com
E-mail: albourassa@bigfoot.com
E-mail: Harden, Holmes
E-mail: Mgutierrez@pirnie.com
E-mail: mayfi23@marz.com
E-mail: shucko@prodigy.net
E-mail: zuzuy2k@yahoo.com
E-mail: Mgutierrez@pirnie.com
E-mail: Mgutierrez@pirnie.com
E-mail: RRALBRIGHT@AOL.COM
E-mail: bcslaw@prodigy.net
E-mail: rosieo@bigsky.net
E-mail: mooreem@harpo.tnstate.edu
E-mail: VANATTAL@VAX.CS.HSCSYR.EDU
E-mail: leadership.possibilities.mak@worldnet.att.net
E-mail: pingnas@ica.net
E-mail: cr8on@flash.net
E-mail: bsclaw@worldnet.att.net
E-mail: hewlettlj@shaw.ca
E-mail: ladevries@firstam.com
E-mail: ihatch@ala.net
Rmggood@Prodigy.Net

RAL/179511/1