**Greta Melissa Gilson**
**Anna Agnew Gilson**
5970 Rachel Ridge
Norcross, GA 30092

**FILED**

AUG - 2 2002

PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

June 21, 2002

Holmes P. Harden
P.O. Box 17169
Raleigh, N.C. 27619

RE: International Heritage, Inc. 98-02675-5-ATS

Dear Mr. Holmes,

Anna Agnew Gilson and Greta Melissa Gilson, both involved in the case against International Heritage, Inc. have relocated to the address noted above as 5970 Rachel Ridge, Norcross, GA 30092.

The former address for Anna A. Gilson was 2835 17th Avenue, Columbus, GA 31901

The former address for Greta M. Gilson was 160 Timberlane Drive, Fayetteville, GA 30214

We are hoping that this case will be settled soon and that we will receive our investment of $2000.00 each returned before the end of 2002. The web site gives no indication of any settlement date.

Best regards,

*Greta M. Gilson*

*Anna A. Gilson*

By the way - neither of us made any money - Nor did we receive any physical items, etc. in return for our investment. Thank you.

[margin note: matrix updated, cc: Harden 8-2-02 ASM]