**FILED**

AUG - 2 2002

PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

July 30, 2002

U. S. Bankruptcy Court
Eastern District of North Carolina
P. O. Box 1441
Raleigh, NC 27602

### RE: INTERNATIONAL HERITAGE

To Whom It May Concern:

Please note that my correct address is: 9306 Oakland Road, Weedsport, NY 13166. I submitted my case regarding International Heritage a year ago. (The house fire numbers changed in my area, i.e., from 9209 Oakland Road, Weedsport, NY 13166 to 9306 Oakland Road, Weedsport, NY 13166, and I'm not sure exactly when that happened.) I just wanted to be sure your records were up-to-date.

If you have any questions, please call me at 315-776-8309, or you can e-mail at lava155@dreamscape.com or vanattal@upstate.edu. Thank you very much.

Sincerely,

*Lauri A. Van Atta*

Lauri A. Van Atta
9306 Oakland Road
Weedsport, NY 13166
(315) 776-8309

LAVA

cc: Hayden, C
8-2-02 ASM