Shannon W. Kerr
11607 Bertell Lane
Cypress, TX  77429

**FILED**

AUG - 5 2002

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

June 30, 2002

United States Bankruptcy Court
P.O. Box 1441
Raleigh, NC  27602

**Re:  Creditor change of address**
**Case No. 98-02675-5-ATS**

I am a creditor of International Heritage Inc. and kindly request that you change my address as follows:

Shannon W. Kerr
11607 Bertell Lane
Cypress, TX  77429

If you have any questions or comments, please call me a 281-351-6688 (M-F, 8-5 cst) or 281-370-9647 (home).

Best regards,

*[signature]*
Shannon Kerr