To whom it may concern:

Jianying Liu
38 Manor Drive
Hillsborough, NJ 08844
6/16/02

Dear Sir or Madam:

My name is Jianying Liu and my case number is 98-02674-5-ATS. I am writing to inform you that my home moved from 315 South 11th Ave, Apt A, Highland Park, NJ 08904 to 38 Manor Drive, Hillsborough, NJ 08844. My new mail address is 38 Manor Dr Hillsborough, NJ 08844. Please kindly change my home address in your record. If you have any questions please call me at 732-235-8649 or 908-874-6285(c). Thank you so much!

Sincerely,
Jianying Liu
Jianying Liu

514