September 30, 2002

**FILED**

**OCT - 3 2002**

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

U.S. Bankruptcy Court
Eastern District of North Carolina
P.O. Box 1441
Raleigh, NC 27602

Re.:   Case No.: 98-02675-5-ATS
       Address Change

To Whom It May Concern,

I am writing to notify the court of a change in my address. My new address is:

Carl T. Tatzko
805 S.W. Lake Pines Drive
Lee's Summit, Missouri 64082

Thank you,

*Carl T. Tatzko*
Carl T. Tatzko

