IN THE UNITED STATES BANKRUPTCY COURT **FILED**
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

OCT - 7 2002

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:                                    )
                                          )
INTERNATIONAL HERITAGE, INC.              )        CASE NO. 98-02675-5-ATS
                                          )              CHAPTER 7
                                          )
          Debtor.                         )

## FOURTH INTERIM APPLICATION FOR PAYMENT
## OF ACCOUNTANT'S FEES AND EXPENSES

NOW COMES Holmes P. Harden, Trustee in the above-referenced case, and

applies to the Court for authority to pay Adams Consulting Group interim accountant's fees and

expenses in the amount of Two Thousand Seven Hundred Seventy-Two and 90/100  ($2,772.90)

representing compensation in the amount of $2,588.50 and reimbursement of necessary expenses

in the amount of $184.40 for services rendered from September 20, 2001 through September 19,

2002.  A copy of the accountant's bill is attached to this Application along with biographical

information for each accountant rendering the services.  In the opinion of the Trustee, such

interim accountant's fees and expense reimbursement are reasonable and just.

Respectfully submitted, this 3rd day of _Oct._ , 2002.


_____
Holmes P. Harden
Trustee for Debtor
N. C. State Bar No. 9835
3200 Beechleaf Court
Post Office Drawer 19764
Raleigh, North Carolina  27619
Telephone:  (919) 981-4000


352189



**ADAMS CONSULTING GROUP, P.A.**

Certified Public Accountants and
Business Development Advisors

3622 Haworth Drive
Raleigh, NC 27609
tel 919.781.3581
fax 919.881.0611

International Heritage, Inc
c/o Mr. Holmes Harden, Trustee
P O Drawer 19764
Raleigh, NC  27619

| | |
|---|---|
| **Invoice Date:** | September 24, 2002 |
| **Invoice Number:** | 00103418 |
| **Client Number:** | 9002  007 |

*For professional services rendered:*

Interim Invoice for professional services rendered for the period September 20, 2001 through September 19, 2002 for the following:

Preparation of 2001 Corporate Federal and North Carolina Income Tax Returns

Preparation of 2001 Form 1096 and Forms 1099

See attached billing summary and detail.  Also see summary of prior billings.

Order to employ Craig A. Adams as Certified Public Accountant was authorized on January 8, 1999

Chapter 7 was filed on November 28, 1998

Payment is requested upon Bankruptcy Court approval of fees

| **Total Invoice Amount** | $    2,772.90 |
|---|---|

Adams Consulting Group, P.A. • Certified Public Accountants and Business Development Advisors
3622 Haworth Drive  •  Raleigh, NC 27609  •  tel 919.781.3581  •  fax 919.881.0611

**Detail Description**

| Activity Performed | Employee | Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| **Services** | | | | | |
| Analyze billing with numerous entries | Richele Spruill | 09/20/01 | 2.50 | 50.00 | 125.00 |
| Review analysis of time | Elizabeth Berry | 09/20/01 | 0.30 | 110.00 | 33.00 |
| Review files to determine additional projects required by year-end; Leave mssg for Johnson re: will any wage claims be paid (Pacer down) | Elizabeth Berry | 11/06/01 | 0.80 | 110.00 | 88.00 |
| Telephone with Jenny Johnson re: no wage claims paid so no W-2s required; 1099's will be needed | Elizabeth Berry | 11/12/01 | 0.30 | 110.00 | 33.00 |
| Summarize information for 1099s | Elizabeth Berry | 01/07/02 | 0.40 | 125.00 | 50.00 |
| Telephone with Jenny Johnson re: 2001 disbursements, 1099s | Elizabeth Berry | 01/08/02 | 0.30 | 125.00 | 37.50 |
| Analyze 2001 transactions and determine 1099s required; start preparation of 1099s | Elizabeth Berry | 01/08/02 | 1.20 | 125.00 | 150.00 |
| Telephone with Janice Baker re: vendor information needed for 1099s | Elizabeth Berry | 01/08/02 | 0.40 | 125.00 | 50.00 |
| Prepare final forms 941 & 940 sent from IRS | Elizabeth Berry | 01/09/02 | 0.30 | 125.00 | 37.50 |
| Prepare 2001 forms 1099 | Elizabeth Berry | 01/16/02 | 0.90 | 125.00 | 112.50 |
| Prepare form 1096 | Kaylor Gregory | 01/17/02 | 0.10 | 80.00 | 8.00 |
| Continue preparation of 2001 1099s | Elizabeth Berry | 01/17/02 | 0.20 | 125.00 | 25.00 |
| review 2001 forms 1099 | Nancy Board | 01/21/02 | 0.70 | 65.00 | 45.50 |
| Review 2001 forms 1099 | Nancy Board | 01/21/02 | 0.70 | 65.00 | 45.50 |
| Finalize 1099s | Elizabeth Berry | 01/21/02 | 0.30 | 125.00 | 37.50 |
| Write letter to Trustee re: 2001 forms 1099 | Elizabeth Berry | 02/03/02 | 0.10 | 125.00 | 12.50 |
| Determine that 2001 tax return extension is required | Elizabeth Berry | 03/06/02 | 0.20 | 125.00 | 25.00 |
| Prepare 2001 federal and NC corporate extensions | Donna McNeal | 03/15/02 | 0.30 | 70.00 | 21.00 |
| Prepare 2001 tax returns | Elizabeth Berry | 03/18/02 | 0.80 | 125.00 | 100.00 |
| Analyze 2001 transactions for tax return prep | Kaylor Gregory | 03/19/02 | 2.10 | 80.00 | 168.00 |
| Analzye 2001 transactions for tax return prep | Kaylor Gregory | 03/19/02 | 1.00 | 80.00 | 80.00 |
| Prepare 2001 tax returns | Elizabeth Berry | 03/19/02 | 0.60 | 125.00 | 75.00 |
| Prepare 2001 tax return | Elizabeth Berry | 05/22/02 | 0.40 | 125.00 | 50.00 |
| Review 2001 federal and NC tax returns | Elizabeth Berry | 06/06/02 | 1.90 | 125.00 | 237.50 |
| Prepare 2001 tax return | Elizabeth Beatty | 06/06/02 | 3.80 | 115.00 | 437.00 |
| Preparation of 2001 tax return. | Elizabeth Beatty | 06/13/02 | 0.40 | 115.00 | 46.00 |

**Detail Description**

| Activity Performed | Employee | Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Consult with Beatty re: e-mail from Jenny & remaining question to be resolved before finalizing returns | Elizabeth Berry | 06/25/02 | 0.10 | 125.00 | 12.50 |
| Review 2001 tax returns | Elizabeth Berry | 07/01/02 | 0.20 | 125.00 | 25.00 |
| Prepare 2001 tax return: research adjustment made to money market account on 7/25/01. | Elizabeth Beatty | 07/01/02 | 1.50 | 115.00 | 172.50 |
| Prepare final documentation for trustee and tax authorities for 2001 tax returns | Patricia Barnes | 07/02/02 | 0.90 | 50.00 | 45.00 |
| Partner review and sign 2001 federal and NC corporate income tax returns and attached 505(b) correspondence | Craig Adams | 07/09/02 | 1.10 | 140.00 | 154.00 |
| Review 2001 tax return signed by trustee | Elizabeth Berry | 07/16/02 | 0.20 | 125.00 | 25.00 |
| Research files for location of original Debtor computer accounting data | Sharon Norwood | 08/13/02 | 0.20 | 60.00 | 12.00 |
| Tele w/ Jenny Johnson re: case status, interim bill | Elizabeth Berry | 09/19/02 | 0.10 | 125.00 | 12.50 |
| **Total Services** | | | 25.30 | 3,665.00 | 2,588.50 |

**Expenses**

| | | | | | |
|---|---|---|---|---|---|
| Postage expense | Administrative General | 10/23/01 | 2.86 | 0.00 | 2.86 |
| 1/10 postage | Administrative General | 01/14/02 | 0.68 | 0.00 | 0.68 |
| 1/10 postage | Administrative General | 01/14/02 | 0.45 | 0.00 | 0.45 |
| 1/22 postage | Administrative General | 01/25/02 | 0.45 | 0.00 | 0.45 |
| 1/22 postage | Administrative General | 01/25/02 | 1.76 | 0.00 | 1.76 |
| Computer expense | Administrative General | 07/02/02 | 135.00 | 0.00 | 135.00 |
| Copy expense | Administrative General | 07/02/02 | 20.40 | 0.00 | 20.40 |
| postage (1 first class, 3 certified) | Administrative General | 07/02/02 | 18.95 | 0.00 | 18.95 |
| Postage | Administrative General | 07/12/02 | 3.85 | 0.00 | 3.85 |
| **Total Expenses** | | | | 0.00 | 184.40 |
| **Total Invoice Amount** | | | 25.30 | 3,665.00 | $  2,772.90 |

| | |
|---|---|
| **Beginning Balance** | 0.00 |
| Current Activity: | |
| Billings | 2,772.90 |
| **Net Due** | $    2,772.90 |

STATE OF NORTH CAROLINA

COUNTY OF WAKE                                                    VERIFICATION


Elizabeth C. Berry, being first duly sworn, deposes and says:

That Craig A. Adams is the court appointed Certified Public Accountant in the

accounting firm of Adams Consulting Group, P.A., the bankruptcy estate's general accountant in

this action, and that she has read the foregoing Application for Certified Public Accountant for

the Trustee for Interim Allowance of Compensation and Reimbursement of Expenses and

prepared the itemization of expenses and detail of services rendered attached to it; that the

matters and things alleged therein are true of her own knowledge, except those matters alleged

on information and belief and as those she believes the same to be true.


This the __25__ day of September, 2002.



_Elizabeth C Berry_

Elizabeth C. Berry


Sworn to and subscribed before me,
This __25__ day of September, 2002.

_Sharon S Norwood_

Notary Public

My Commission Expires: _November 19, 2003_


FeeAppAffidavit,Interim ECB for CAA.doc

PRIOR BILLINGS        Client Name: 9002 007 - International Heritage, Inc

| Invoice Number | Invoice Date | Interim Invoices Dates Services Rendered | Services Total | Expenses Total | Invoice Total | Amount Approved | Date Approved | Amount Paid | Amount Outstanding | Write-off |
|---|---|---|---|---|---|---|---|---|---|---|
| 36657 | 09/21/1999 | December 1, 1998 through September 20, 1999 | $ 26,898.50 | $ 540.09 | $ 27,438.59 | $ 27,438.59 | 10/25/1999 | $ 27,438.59 | $ - | $ - |
| 00100994 | 08/30/2000 | September 21, 1999 through August 25, 2000 | $ 9,353.50 | $ 750.58 | $ 10,104.08 | $ 10,104.08 | 10/23/2000 | $ 10,104.08 | $ - | $ - |
| 00102066 | 09/20/2001 | August 26, 2000 through September 20, 2001 | $ 7,874.50 | $ 390.64 | $ 8,265.14 | $ 8,265.14 | 10/30/2001 | $ 8,265.14 | $ - | $ - |

Client Name:  International Heritage, Inc.    9002-007

## SUMMARY OF TIME AND EXPENSE DETAIL

| Employee Name | Hours | Rate | Amount | Year |
|---|---|---|---|---|
| Craig Adams | 1.10 $ | 140.00 $ | 154.00 | 2002 |
| CA Subtotal | 1.10 | $ | 154.00 | |
| Elizabeth Beatty | 5.70 $ | 115.00 $ | 655.50 | 2002 |
| EB Subtotal | 5.70 | $ | 655.50 | |
| Elizabeth Berry | 1.40 $ | 110.00 $ | 154.00 | 2001 |
| | 8.60 $ | 125.00 $ | 1,075.00 | 2002 |
| EB Subtotal | 10.00 | $ | 1,229.00 | |
| Richele Spruill | 2.50 $ | 50.00 $ | 125.00 | 2002 |
| RS Subtotal | 2.50 | $ | 125.00 | |
| Kaylor Gregory | 3.20 $ | 80.00 $ | 256.00 | 2002 |
| KG Subtotal | 3.20 | $ | 256.00 | |
| Donna McNeal | 0.30 $ | 70.00 $ | 21.00 | 2000 |
| DM Subtotal | 0.30 | $ | 21.00 | |
| Sharon Norwood | 0.20 $ | 60.00 $ | 12.00 | 2002 |
| SN Subtotal | 0.20 | $ | 12.00 | |
| Nancy Board | 1.40 $ | 65.00 $ | 91.00 | 2002 |
| NB Subtotal | 1.40 | $ | 91.00 | |
| Patricia Barnes | 0.90 $ | 50.00 $ | 45.00 | 2002 |
| PB Subtotal | 0.90 | $ | 45.00 | |
| Total Hours & Fees | 25.30 | | $ 2,588.50 | |
| Total Expenses | | | $ 184.40 | |
| Total Fees & Expenses | | | $ 2,772.90 | |

# Professional Team at Adams Consulting Group, PA

Craig A. Adams; Principal; Adams Consulting Group, P.A.; North Carolina State University, 1979, (BA in Accounting); Certified Public Accountant licensed in the State of North Carolina; Member of American Institute of Certified Public Accountants; Past Board Member of North Carolina State Board of Certified Public Accounting Examiners; 18 years experience.

Elizabeth C. Berry; Adams Consulting Group, P.A.; North Carolina State University, 1990, (BA in Accounting); University of North Carolina at Chapel Hill, 1989 (BA in English); Certified Public Accountant licensed in the State of North Carolina; Certified Insolvency and Restructuring Advisor; Member of American Institute of Certified Public Accountants, Association of Insolvency and Restructuring Advisors, North Carolina Association of Certified Public Accountants, and Associate Member of Association of Certified Fraud Examiners; 11 years public accounting experience.

Elizabeth G. Beatty, Adams Consulting Group, P.A.; University of Maryland (BS), Certified Public Accountant licensed in the State of North Carolina; Member of American Institute of Certified Public Accountants; Member of North Carolina State Board of Certified Public Accountants; 13 years public accounting experience.

Kaylor Gregory; Staff Accountant/Paraprofessional; Adams Consulting Group, PA, 12 years accounting experience including preparation of financial statements and payroll reports; reconciling bank accounts.

Nancy Board; Staff Accountant/Paraprofessional; Adams Consulting Group, PA, University of Buffalo, (BS in Education); University of Maryland (BS in Accounting).

Richele Spruill; Staff Accountant/Paraprofessional; Adams Consulting Group, PA, East Carolina University, 1990, (B S, Business Administration); 9 years experience.

Sharon Norwood; IT Specialist/Administrative Assistant; Adams Consulting Group, P.A.; A+ certification; 15 years experience.

Donna McNeal; Administrator (Paraprofessional); Adams Consulting Group, PA; A.A.S. Degree, Wake Technical College (1982); Continuing Education accounting courses at Wake Technical College; 13 years accounting experience including preparation of financial statements and payroll reports; reconciling bank accounts; analyzing and collecting accounts.

Patricia Barnes; Administrative Assistant; Adams Consulting Group, North Carolina State University, (BS, Social Work), 12 years experience.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                      )    CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,               )
                                            )    CHAPTER 7
                                            )
        Debtor.                             )

## NOTICE OF APPLICATION FOR INTERIM COMPENSATION
## FOR SERVICES OF ACCOUNTANT FOR TRUSTEE AND
## CERTIFICATE OF SERVICE

TO:  ALL CREDITORS OF INTERNATIONAL HERITAGE, INC. AND OTHER PARTIES
IN INTEREST

NOTICE IS HEREBY GIVEN of the Fourth Application for Interim Compensation for Services of Adams Consulting Group, Accountants for Trustee, for services rendered from September 20, 2001 through September 19, 2002 in the amount of $2,588.50 and reimbursement of expenses in the amount of $184.40 incurred during the same period filed simultaneously herewith by Holmes P. Harden, Attorney for Trustee.

An objection to the fees requested should be filed with the Clerk, U. S. Bankruptcy Court, Post Office Box 1441, Raleigh, North Carolina 27602 with a copy served on the trustee whose name appears at the bottom of this Notice within twenty (20) days of the date of this Notice. No hearing will be conducted on said objection unless the Court, in its discretion, deems a hearing necessary, or unless a hearing is requested by the party filing such request. Any party requesting a hearing shall appear at said hearing in support of such request or he may be assessed with costs.

DATE OF NOTICE:  _10/3/02_____

_____
Holmes P. Harden, Trustee
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

352189

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing document was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 *or* and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the *10* day of *October*, 2002.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _____
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:
Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

See Attached Mail Matrix and E-Mail List

RAL/179511/1

Terri I. Gardner
Poyner & Spruill, LLP
P. O. Box 10096
3600 Glenwood Avenue
Raleigh, NC 27605

Managing Agent
International Heritage, Inc.
c/o Mayflower Capital LLC
5601 Spring Court
Raleigh, NC 27616-2920

Brent E. Wood
4000 Westchase Blvd.
Raleigh, NC 27607

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
1000 Cambridge Square, Suite C
Alpharetta, GA 30004

James Russell Tucker
Tucker & Ratcliffe, L.L.P.
500 N. Akard Street, Suite 3500
Dallas, TX 75201

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Dorothy H. Miller
102 Triangle Circle
Lafayette, LA 70508

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Stacey Ostrom
202 Oak Creek Drive
League City, TX 77573-1762

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Jane E. Chassey
1514 Azalea Drive
Saint Louis, Missouri 63119

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL -9490 Vaduz   LIECHTENSTEIN

Carolyn E. John
185 Broad River Blvd.
Beaufort, SC 29906

Gary D. McDowell
100 Ansley Close
Roswell, GA 30075

Jean Wedin
P. O. Box 753
LaConner, WA 98257

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Managing Agent
Mayflower Capital, LLC
5601 Spring Court
Raleigh, NC 27616-2920

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

Managing Agent
Schweizer Verband
ler Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen    SWITZERLAND

Managing Agent
UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich    SWITZERLAND

Anna M. Washburn
145 Christopher Drive
Clayton, NC 27520

Henry W. Nozko, Jr., President
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Managing Agent
EDS Financial Services
4800 Six Forks Road
Raleigh, NC 27609

Managing Agent
Accurata Treuhand und Revisions AG Vaduz
Abundt 36
FL-9490 Vaduz    LIECHTENSTEIN

Lloyd W. Gathings, II
Gathings & Associates
P. O. Box 10545
Birmingham, AL 35202

Managing Agent
TransAmerica-TIG Insurance
5205 N.O. Connor Blvd. Ste. B1
Irving, TX 75039-3724

Managing Agent
Schweizerische Hypotheken
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich    SWITZERLAND

Charles Anderson
Smith Helms Mulliss & Moore
P. O. Box 27525
Raleigh, NC 27611

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Shawna Y. Staton
Jordan, Price, Wall, Gray,
  Jones & Carlton
P. O. Box 2021
Raleigh, NC 27602-2021

Managing Agent
Coeco
2525 Atlantic Avenue
Raleigh, NC 27604

Managing Agent
Centrum Bank AGVaduz
Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz    LIECHTENSTEIN

Sherwin P. Robin
P. O. Box 9541
Savannah, GA 31412-9541

Stanley H. Van Etten
10504 Tredwood Drive
  Raleigh, NC 27615

Marianne Kelley
142419 133 Ave.
Edmonton, Alberta
CANADA T5A5A5

Larry Smith
2435 E. North Street
Greenville, SC 29615

Henry W. Nozko, Jr., President
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN 56258

Managing Agent
Emil Schatz, St Gallen
Oberhofstettenstrasse 67C
CH-9012, Saint Gallen    SWITZERLAND

Managing Agent
UBS AG, Zurich Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich    SWITZERLAND

Tony Copeland
BTI
4300 Six Forks Road, Suite 500
Raleigh, NC 27609

Michael P. Flanagan
Ward and Smith, P.A.
P. O. Box 8088
Greenville, NC 27835-8088

Vickie Corbitt,
Attorney for Commissioner of Revenue
Tennessee Dept. of Revenue - Legal
312 8th Ave. N. #27 Fl.
Nashville, TN 37243-0001

Jean Boyles
P. O. Box 10506
Raleigh, NC 27605

James A. Roberts, III
Lewis & Roberts, PLLC
P. O. Box 17529
Raleigh, NC 27619-7529

Stephani W. Humrickhouse, Esq.
Nicholls & Crampton
4300 Six Forks Road, Suite 700
Raleigh, NC 27609

Paul Faison S. Winborne
300/200 Parham Street, Suite F
P. O. Box 1547
Raleigh, NC 27602

Patrick H. Tyler
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

Janet Cradeur
P. O. Box 66658
Baton Rouge, LA 70896

Missouri Department of Revenue
Attn: Brian S. Kuhlmann
P. O. Box 475
Jefferson City, MO 65105-0475

James K. Austin
Ellis Painter Ratterree & Bart LLP
P. O. Box 9946
Savannah, GA 31412-9946

Meredith P. Ezzell
Wyrick Robbins Yates & Ponton LLP
P. O. Drawer 17803
Raleigh, NC 27619

Marcia McGair Ippolito
R.I. Division of Taxation
One Capitol Hill
Providence, RI 02908-5800

T. Anthony Penry
Smith, Helms, Mulliss & Moore
2800 Two Hanover Square
Raleigh, NC 27601

Walter Calton
312 East Broad Street
Eufaula, AL 36072

Keith M. Jensen
Law Office of Keith M. Jensen
514 East Beklnap
Fort Worth, TX 76102

Joseph N. Calloway, Esq.
Battle, Winslow, Scott & Wiley, P.A.
P. O. Box 7100
Rocky Mount, NC 27804-0100

L. C. Gilbert, Jr.
74 Hilltop Lane
Alpine, AL 35014

Randall L. Greene
Rt. 1, Box 155
Randlett, OK 73562

Maria Lee Siwierka
2943 Colony Dr.
Sugar Land, TX 77479

Jackson Wayne Murphy
Rt. 6, Box 154
Troy, AL 36081

James H. Thomas
101 Robin Drive
Troy, AL 36081

Craig T. Liebendorfer
7315 Hundley Blvd.
Dallas, TX 75231-4722

Denise Marsh
709 Summit Ridge
Lewisville, TX 75067

Sharon A. Meckenstock
1640 West 34th St., N.
Wichita, KS 67204

State Auditor's Office
Montana Securities Department
Mitchell Building, Room 270
State Capital Complex
Helen, MT 59620

William Swinney
3365 Silver Palm Drive
Jacksonville, FL 32250

Marshall Reddy
P. O. Box 806
Ponte Verde Beach, FL 32004

Henry W. Noziko, Jr.
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Gerald A. Jeutter
Kilpatrick Stockton, LLP
P. O. Box 300004
Raleigh, NC 27622

Henry W. Noziko, Jr.
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Michael K. Wolensky
Robert G. Brunton
David J. Gellen
Kutak Rock
225 Peachtree St., NE, Suite 2100
Atlanta, GA 30303-1731

Ray Burns
5633 NW Moonlight Meadow Ct.
Lees Summit, MO 64064

Gary V. Dixon
Ross Dixon & Bell, LLP
601 Pennsylvania Ave. NW
North Boulevard
Washington, DC 20004-2688

Ronald H. Garber
Boxley Bolton & Garber
P. O. Drawer 1429
Raleigh, NC 27602

Virginia Andrews Burdette
P. O. Box 47
Mukilteo, WA 98275

Scott L. Wilkinson
Assistant U.S. Attorney
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Joseph B. Cheshire V
Cheshire Parker Schneider Wells & Bryan
P. O. Box 1029
Raleigh, NC 27602

Managing Agent
International Heritage, Incorporated
c/o Mayflower Capital LLC
5601 Spring Court
Raleigh, NC 27616-2920

James Burshtyn
Office of Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78712548

Jackie S. Hart
1706 Antigua Lane
Nassau Bay, TX 77058

RAL/179511/1

E-mail:  x2-song@worldnet.att.net
E-mail:  hual@airmail.net
E-mail:  mayfi23@marz.com
E-mail:  Buddha623@aol.com
E-mail:  pgorman@vantagepointcapital.com
E-mail:  wrightr@mindspring.com
E-mail:  mlafontaine@abbot-simses.com
E-mail:  rabbit@rockisland.com
E-mail:  cheryll.COSTANIINO@edmail.com
E-mail:  jasbircheema@amropictures.com
E-mail:  72320.316@compuserve.com
E-mail:  stann@colby.IXKS.com
E-mail:  gjack312@Intrstar.net
E-mail:  hdfrey@telusplanet.net
E-mail:  DLWARREN@BellSouth.net
E-mail:  michael_bhagat@hotmail.com
E-mail:  rliston@spartanburg4.0rg
E-mail:  ghromero@aol.com
E-mail:  joanchan@rocketmail.com
E-mail:  edeem@worldnet.att.net
E-mail:  DFITZPA400@aol.com
E-mail:  theboock@compuserve.com
E-mail:  pondman@memes.com
E-mail:  docchiro@ISLC.net
E-mail:  RIZMOE@NWRain.com
E-mail:  thodges@gateway.net
E-mail:  hlee@directv.com
E-mail:  fabb@telusplanet.net
E-mail:  cordw@deltapineseed.com
E-mail:  NBECK87570@aol.com
E-mail:  JYANG4@FORD.COM
E-mail:  mccarthy@mccarthyconsultant.com
E-mail:  digger@bcsupernet.com
E-mail:  BREIDYIII@aol.com
E-mail:  pak@jcnl.com
E-mail:  lpartr1072@aol.com
E-mail:  leadership.possibilities.mak@worldnet.att.net
E-mail:  mtheisen@efn.org
E-mail:  MLGeller@aol.com
E-mail:  mooreem@harpo.tnstate.edu
E-mail:  backpain@keynet.net
E-mail:  Hbeckbari@aol.com
E-mail:  mwarhurst@yahoo.com
E-mail:  js.baum@srs.gov
E-mail:  wynellh@flash.net
E-mail:  dlatray@mcn.net
E-mail:  bwood@woodfran.com
E-mail:  DickLynn Ferency@compuserve.com
E-mail:  CHASSEYRAY@email.msn.com
E-mail:  jim.griffith@erols.com
E-mail:  xiaokui.shan@bakernet.com
E-mail:  xshan@aol.com
E-mail:  kkandola@theresidences.com
E-mail:  lrochkind@jafferaitt.com
E-mail:  sdostrom@hotmail.com
E-mail:  michaelhopkins@mailcity.com
E-mail:  dana-charles@worldnet.att.net
E-mail:  options-galore@yahoo.com
E-mail:  bchap01@aol.com
E-mail:  ceissngr@midrivers.com
E-mail:  glassgs@cadvision.com
E-mail:  mbrown8967@aol.com
E-mail:  diemert@northerntel.net
E-mail:  cgrumer@manatt.com
E-mail:  shouli.yang@stjude.org
E-mail:  RJWNLAW@aol.com

E-mail:  sds98@eatel.net
E-mail:  jwmaloy@aol.com
E-mail:  kanelos@mindspring.com
E-mail:  blairc@iname.com
E-mail:  Larry_Fletcher@bc.sympatico.ca
E-mail:  JNRRICH@Intur.net
E-mail:  aadrezin@Epix.net
E-mail:  kimball.peed@bigfoot.com
E-mail:  tammyr@falcon.ukans.cc.edu
E-mail:  VTPALMER27@yahoo.com
E-mail:  crandall@rock-springs.dowell.slb.com
E-mail:  gedler@bellsouth.net
E-mail:  r_brown@email.msn.com
E-mail:  hou@mail.med.upenn.edu
E-mail:  dsbarron@bellsouth.net
E-mail:  jamcgrath@yahoo.com
E-mail:  bjsaw@ttc-cmc.net
E-mail:  smsutom@aol.com
E-mail:  lynn@dot.state.al.us
E-mail:  pingnas@ica.net
E-mail:  Hanna@tir.com
E-mail:  buddunn@auantumworld.com
E-mail:  Rahmati@ibm.net
E-mail:  Docnielsen@webtv.net
E-mail:  mjandcarlincc@juno.com
E-mail:  loking@wixmail.com
E-mail:  Jholt@Clemson.edu
E-mail:  jsmusa@mindspring.com
E-mail:  Mainland@ticnet.com
E-mail:  cce3@juno.com
E-mail:  mcnamer@bigsky.net
E-mail:  mwa@wnonline.net
E-mail:  lesterabs@mindspring.com
E-mail:  shanson@kearney.net
E-mail:  an667@hwcn.org
E-mail:  yu241703@yorku.ca
E-mail:  yu241703@yorku.ca
E-mail:  lihen
E-mail:  dsbarron@bellsouth.net
E-mail:  jamcgrath@yahoo.com
E-mail:  bbaum89@aol.com
E-mail:  bjsaw@ttc-cmc.net
E-mail:  smsutom@aol.com
E-mail:  lynn@dot.state.al.us
E-mail:  pingnas@ica.net
E-mail:  Hanna@tir.com
E-mail:  buddunn@quantumworld.com
E-mail:  Rahmati@ibm.net
E-mail:  docnielsen@webtv.net
E-mail:  mjandcarlincc@juno.com
E-mail:  loking@wixmail.com
E-mail:  Jholt@Clemson.edu
E-mail:  jsmusa@mindspring.com
E-mail:  Mainland@ticnet.com
E-mail:  cce3@juno.com
E-mail:  mcnamer@bigsky.net
E-mail:  mwa@wnonline.net
E-mail:  lesterabs@mindspring.com
E-mail:  shanson@kearney.net
E-mail:  an667@hwcn.org
E-mail:  yu241703@yorku.ca
E-mail:  TJDeavers@aol.com
E-mail:  BrAnDin420@aol.com
E-mail:  hou@mail.med.upenn.edu
E-mail:  CTBallard@aol.com
E-mail:  beth_pattillo@shmm.org

E-mail: swede@dmea.net
E-mail: kmaxeyjr@bayou.com
E-mail: Wesglynn@aol.com
E-mail: jwarren@wyche.com
E-mail: dongming.zhao@jci.com
E-mail: pkloosterman@juno.com
E-mail: JEEPETTE99@aol.com
E-mail: pingnas@ica.net
E-mail: Karen0906@aol.com
E-mail: lonni@pb.quik.com
E-mail: Dana-Charles@Worldnet.Att.Net
E-mail: Averitas@aol.com
E-mail: kk_1200@kwikkopy.com
E-mail: hewlett@cablelan.net
E-mail: sonia_voldseth@burns.senate.gov
E-mail: dzeigler@jsucc.jsu.edu
E-mail: mchad@acnet.net
E-mail: albourassa@bigfoot.com
E-mail: albourassa@bigfoot.com
E-mail: Harden, Holmes
E-mail: Mgutierrez@pirnie.com
E-mail: mayfi23@marz.com
E-mail: shucko@prodigy.net
E-mail: zuzuy2k@yahoo.com
E-mail: Mgutierrez@pirnie.com
E-mail: Mgutierrez@pirnie.com
E-mail: RRALBRIGHT@AOL.COM
E-mail: bcslaw@prodigy.net
E-mail: rosieo@bigsky.net
E-mail: mooreem@harpo.tnstate.edu
E-mail: VANATTAL@VAX.CS.HSCSYR.EDU
E-mail: leadership.possibilities.mak@worldnet.att.net
E-mail: pingnas@ica.net
E-mail: cr8on@flash.net
E-mail: bsclaw@worldnet.att.net
E-mail: hewlettlj@shaw.ca
E-mail: ladevries@firstam.com
E-mail: ihatch@ala.net
Rmggood@Prodigy.Net