IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

FILED
OCT 10 2002
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

FOURTH APPLICATION FOR INTERIM COMPENSATION FOR
SERVICES RENDERED BY ATTORNEY FOR TRUSTEE

The application of Holmes P. Harden, attorney for Trustee in the above-captioned case, respectfully represents:

1. That on the 22nd day of January, 1999 your applicant was approved as attorney for Trustee in the above-referenced case, #98-02675-5-ATS, and has since performed certain services on behalf of the Trustee. The Court entered an Order Allowing Attorney for Trustee's First Interim Fees on November 1, 1999 for services rendered and time expended incurred for the period November 30, 1998 through September 22, 1999 and expenses incurred for the period January 27, 1999 through August 31, 1999. The Court entered a consent order on October 26, 2000 allowing applicant's Second interim compensation for services rendered from September 23, 1999 through September 12, 2000 in the amount of $20,674.75 and reimbursement of expenses in the amount of $24.50. The court also entered a consent order on October 25, 2001 allowing compensation in the amount of $6,089.50 for services rendered from September 18, 2000 through August 21, 2001. Applicant's Fourth Interim Application for compensation are for services rendered from September 11, 2001 through September 17, 2002 and are itemized on Exhibit A attached hereto and incorporated herein by reference.

352580

1

2. Attorney time is billed at a rate of $160.00 per hour. Paralegal time is billed at $70.00 per hour. The total amount of interim compensation being sought is $22,920.00.

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| H. P. Harden | $160.00 | 50.50 | 8,080.00 |
| Paralegal | | | |
| Jenny D. Johnson | 70.00 | 212.00 | $14,840.00 |
| Totals | | 262.50 | $22,920.00 |

Applicant believes that the compensation requested is fair and reasonable. In addition to interim compensation, the applicant also requests reimbursement for reasonable and necessary expenses incurred in the amount of $3.25.

3. Reimbursement for travel expenses is requested at the rate of .365 per mile. Reimbursement for photocopy expenses is requested only for photocopies disseminated at the direction of the Court or Clerk of Court or pursuant to Local Rules, at .20 per page. Reimbursement for postal expenses is requested only for the costs of mailings directed by the Court, the Clerk, or pursuant to Local Rules.

4. No agreement or understanding exists between the applicant and any other person for the sharing of compensation to be received for services rendered in or in connection with this case, other than with the professional association by which the undersigned is employed.

Holmes P. Harden is the firm's senior creditor's rights and bankruptcy attorney and coordinator of its creditors' rights and bankruptcy practice group. He is certified in bankruptcy law by the North Carolina State Bar Board of Legal Specialization and in business bankruptcy law by the American Bankruptcy Board of Certification. He has over 17 years of business law experience. He is a Chapter 7 Bankruptcy Trustee for the Eastern District of North Carolina. His normal hourly billing rate is $240.00.

352580

Mr. Harden received his undergraduate degree at Davidson College and his law degree at the University of North Carolina. He served as law clerk to the Honorable Naomi Morris, Chief Judge of the North Carolina Court of Appeals, from 1981 to 1982. He is a member of several professional organizations, including the North Carolina Bar Association, National Association of Bankruptcy Trustees, Council of Certified Bankruptcy Specialists, The Commercial Law League, and the American Bankruptcy Institute.

Jenny D. Johnson, Bankruptcy Paralegal, Johnston Community College, 1977, Associate Accounting; Atlantic Christian College, 1980, B.S.B.A.; Meredith College, (bankruptcy law course under legal assistant program); 8 years banking experience; 11 years experience in bankruptcy; 1 year probate experience; 95% of billable time is devoted to bankruptcy; Normal hourly billing rate is $85.00 per hour.

WHEREFORE, your applicant prays that he be allowed and paid from the estate the above requested second interim compensation of $22,920.00 and reimbursement of expenses in the amount of $3.25.

_____
Attorney for Trustee

Sworn to and subscribed before me this the _____ day of October, 2002.

_____
Notary Public

My Commission Expires:

10/31/03

352580

3

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, attorney for Trustee, do hereby certify that the Fourth Interim Application for Services of Attorney for Trustee's Fees hereto attached was served upon the party listed below by mailing a copy thereof to him at the address indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the _8th_ day of _October_, 2002.

> /s/ Holmes P. Harden
> Holmes P. Harden
> Attorney for Trustee
> N. C. State Bar No. 9835
> Post Office Drawer 19764
> Raleigh, North Carolina 27619
> Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
Post Office Box 3039
Raleigh, North Carolina

352580

4

```
DATE: 10/07/02 11:18:37 PRO FORMA STATEMENT AS OF 091702 FOR FILE (BANK7A-HFN) BANK7A-HFN          #93262(94393)    Page 1 (1)

----MATTER DESCRIPTION------*                *-----BILLING INSTRUCTIONS------*
INTERNATIONAL HERITAGE, INC.
ATTORNEY FOR TRUSTEE

----CLIENT INFORMATION------*         --CLIENT NUMBER--     --ORIGINATING--       --BILLING--      --SUPERVISING--
U.S. BANKRUPTCY COURT - EDNC           BANK7A                 0117 HPH             0117 HPH          0117 HPH
                                                              H HARDEN             H HARDEN          H HARDEN

----CLIENT ADDRESS------*                              *----MATTER ADDRESS------*
U.S. BANKRUPTCY COURT - EDNC                           UNITED STATES BANKRUPTCY COURT
CENTURY STATION POST OFFICE BUILDING                   EASTERN DISTRICT OF NORTH CAROLINA
300 FAYETTEVILLE STREET MALL, ROOM 209                 CENTURY STATION P.O. BLDG.
P.O. BOX 1441                                          300 FAYETTEVILLE STREET MALL, ROOM 209
RALEIGH, NC 27602                                      P.O. BOX 1441
                                                       RALEIGH, NC 27602
----MATTER INFORMATION------*                          PHONE:
PHONE:                                                 CONTACT:
REFERRED BY:
STATUS:         OP               RATE:        1        TEMPLATE:       M1        MIN FEE:
DATE OPENED:    01/25/1999       DEPT:        100      TIME FORMAT:    34        MIN COST:
DATE CLOSED:                     LOCATION:    100      COST FORMAT:    3         MIN TOTAL:
LAST RATE:      02/01/1999       PRACTICE:    120      INTRST CODE:    0         FEE MARKUP:   %
OLD FEES:                        FEE FREQ:    R        INT FREE DAY:             COST MARKUP:  %
OLD COSTS:                       COST FREQ:   R        FIXED COSTS:    N         FIXED FEES:
TRUST RET ACCT:                  TRUST RETAIN:         ARRANGEMENT:    HR        CURRENCY:    USD
                                                                                 MAXIMUM BILLINGS:
Business

Last Bill Date: 10/31/2001

-----TIME ENTRIES------*
                                       WORKED                  BILLED
INDEX   INIT    DATE    STAT  HOURS   AMOUNT      HOURS   AMOUNT    CUMULATIVE  DESCRIPTION
145266  0117   091101   B      .30     48.00       .30    48.00      48.00  WORKED ON INTERIM FEE APPLICATIONS.
        (HPH)
145289  0117   091101   B      .30     48.00       .30    48.00      96.00  WORKED ON TURNOVER MOTION FOR MS. JEAN BOYLES.
        (HPH)
144718  0534   091101   B     2.00    140.00      2.00   140.00     236.00  WORK ON 3RD INTERIM FEE APPLICATIONS.
        (JDJ)
145308  0117   091201   B      .30     48.00       .30    48.00     284.00  INTRA-OFFICE CONFERENCES RE PREPERATION OF FEE
        (HPH)                                                                APPLICATION.
145331  0117   091201   B      .60     96.00       .60    96.00     380.00  WORKED ON FEE APPLICATIONS.
        (HPH)
147649  0117   091301   B      .60     96.00       .60    96.00     476.00  REVISED FEE APPLICATION.
        (HPH)
147652  0117   091301   B      .30     48.00       .30    48.00     524.00  REVIEWED PROPOSED WEEKS REALTY COMPLAINT.
        (HPH)
```

```
DATE: 10/07/02  11:18:37  PRO FORMA STATEMENT AS OF 091702 FOR FILE (BANK7A-HFN) BANK7A-HFN                    #93262(94393)         Page 2 (2)

148388 0117  091401 B   1.00   160.00   1.00   160.00    684.00  TELEPHONE CALL FROM MS. STEPHANI HUMRICKHOUSE
       (HPH)                                                     RE INSOLVENCY ISSUES; REVIEWED SETTLEMENT
                                                                 AGREEMENTS.
148578 0117  091701 B    .60    96.00    .60    96.00    780.00  REVISED FEE APPLICATIONS.
       (HPH)
148581 0117  091701 B    .20    32.00    .20    96.00    812.00  FINALIZE FEE APPLICATIONS.
       (HPH)
148829 0117  092001 B    .20    32.00    .20    32.00    844.00  FINALIZE FEE APPLICATION OF LEWIS AND ROBERTS.
       (HPH)
151591 0117  092501 B    .20    32.00    .20    32.00    876.00  FINALIZE FEE APPLICATION AND NOTICE.
       (HPH)
151606 0117  092501 B    .60    96.00    .60    96.00    972.00  REVIEWED STATEMENT OF FINANCIAL AFFAIRS RE
       (HPH)                                                     AVOIDABLE TRANSFERS.
158105 0117  100901 B    .60    96.00    .60    96.00   1068.00  REVIEWED JUDGE SMALL'S TIG SUMMARY JUDGMENT
       (HPH)                                                     OPINION.
159844 0117  102201 B    .30    48.00    .30    48.00   1116.00  REVIEWED PROPOSED CONSENT ORDER ON FEES.
       (HPH)
168961 0117  110701 B    .20    32.00    .20    32.00   1148.00  REVIEW AND EXECUTE NOTICE OF MOTIONS TO SETTLE
       (HPH)                                                     ADVERSARY PROCEEDING.
219320 0117  041102 B    .30    48.00    .30    48.00   1196.00  REVIEWED ERIE INSURANCE PROOF OF LOSS.
       (HPH)
240052 0117  062002 B    .80   128.00    .80   128.00   1324.00  WORKED ON OBJECTIONS TO CLAIMS.
       (HPH)
239985 0117  062402 B    .60    96.00    .60    96.00   1420.00  WORKED ON OBJECTIONS TO CLAIMS.
       (HPH)
239700 0117  062502 B    .30    48.00    .30    48.00   1468.00  TELEPHONE CALL TO ATTORNEY JIM JOHNSON RE VAN
       (HPH)                                                     ETTEN ATTEMPT TO RECOVER CASH VALUE OF ERIE
                                                                 POLICY ON KERI VAN ETTEN; TELEPHONE CALL TO
                                                                 ATTORNEY PATRICK ANDERS RE SAME.
239701 0117  062502 B    .20    32.00    .20    32.00   1500.00  TELEPHONE CALL FROM MR. JIM JOHNSON RE ERIE
       (HPH)                                                     TOLLING AGREEMENT.
241294 0117  062602 B   2.60   416.00   2.60   416.00   1916.00  MEET WITH MS. PEGGY DEANS AND STAFF RE CLAIMS
       (HPH)                                                     OBJECTIONS.
241296 0117  062602 B    .20    32.00    .20    32.00   1948.00  TELEPHONE CALL TO ATTORNEY PATRICK ANDERS RE
       (HPH)                                                     DEMAND FOR LIFE INSURANCE INFORMATION.
241298 0117  062602 B    .30    48.00    .30    48.00   1996.00  DICTATED LETTER TO MR. PATRICK ANDERS RE DEMAND
       (HPH)                                                     FOR INFORMATION FROM ERIE INSURANCE AND NOTICE
                                                                 NOT TO LIQUIDATE OR LOAN AGAINST CASH VALUE.
241301 0117  062602 B   1.30   208.00   1.30   208.00   2204.00  WORKED ON OBJECTIONS TO CLAIMS.
       (HPH)
242123 0117  062702 B    .30    48.00    .30    48.00   2252.00  REVISED PROPOSED NOTICE OF OMNIBUS CLAIMS
       (HPH)                                                     OBJECTIONS.
242125 0117  062702 B    .30    48.00    .30    48.00   2300.00  FINALIZE ANDERS LETTER.
       (HPH)
242128 0117  062702 B    .30    48.00    .30    48.00   2348.00  WORKED ON PROPOSED NOTICE OF OBJECTIONS TO
       (HPH)                                                     CLAIMS.
242147 0117  062702 B   3.75   600.00   3.70   592.00   2940.00  WORKED ON OBJECTIONS TO CLAIMS.
       (HPH)
242459 0117  062802 B   3.80   608.00   3.80   608.00   3548.00  WORKED ON OBJECTIONS TO CLAIMS.
       (HPH)
250183 0117  070102 B   2.30   368.00   2.30   368.00   3916.00  WORKED ON NOTICE OF OBJECTIONS TO CLAIMS.
       (HPH)
243746 0534  070102 B    .50    35.00    .50    35.00   3951.00  WORK ON NOTICE RE OBJECTIONS TO CLAIMS.
       (JDJ)
```

```
DATE: 10/07/02  11:18:37  PRO FORMA STATEMENT AS OF 091702 FOR FILE (BANK7A-HFN) BANK7A-HFN                #93262(94393)        Page  3  (3)

250259 0117 B  070202   2.30   368.00   2.30   368.00    4319.00  REVISED PROPOSED NOTICE F CLAIMS OBJECTIONS.
       (HPH)
250260 0117 B  070202   1.00   160.00   1.00   160.00    4479.00  REVIEWED SETTLEMENT AGREEMENTS AND ORDERS RE
       (HPH)                                                       OBJECTIONS TO CLAIMS.
243752 0534 B  070202   1.20    84.00   1.20    84.00    4563.00  WORK ON NOTICE RE OBJECTIONS TO CLAIMS; REVIEW
       (JDJ)                                                       ALL NOTICES TO INCLUDE ALL NECESSARY LANGUAGE.
250287 0117 B  070302   3.80   608.00   3.80   608.00    5171.00  WORKED ON OBJECTIONS TO CLAIMS.
       (HPH)
250046 0117 B  071002   1.30   208.00   1.30   208.00    5379.00  WORKED ON OBJECTIONS TO CLAIMS.
       (HPH)
250021 0117 B  071102    .60    96.00    .60    96.00    5475.00  TELEPHONE CALL FROM MS. PEGGY DEANS RE REVISION
       (HPH)                                                       OF PROPOSED ORDER; INTRA-OFFICE CONFERENCE WITH
                                                                   MS. JOHNSON RE SAME.
250025 0117 B  071102   2.00   320.00   2.00   320.00    5795.00  WORKED ON CATEGORIZING OBJECTIONS FOR NOTICE.
       (HPH)
247380 0117 B  071202   1.30   208.00   1.30   208.00    6003.00  WORKED ON OBJECTIONS TO CLAIMS.
       (HPH)
247993 0117 B  071502   3.60   576.00   3.60   576.00    6579.00  WORKED ON FORM OBJECTIONS; WORKED ON OBJECTIONS
       (HPH)                                                       TO CLAIMS.
247743 0117 B  071602   1.00   160.00   1.00   160.00    6739.00  WORKED ON OBJECTION TO CLAIMS.
       (HPH)
247428 0117 B  071802   2.00   320.00   2.00   320.00    7059.00  WORKED ON OBJECTIONS TO CLAIMS.
       (HPH)
247327 0117 B  071902    .60    96.00    .60    96.00    7155.00  INTRA-OFFICE CONFERENCES WITH MS. JOHNSON RE
       (HPH)                                                       OBJECTIONS TO CLAIMS.
246704 0534 B  071902   9.00   630.00   9.00   630.00    7785.00  WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
246705 0534 B  072002   5.50   385.00   5.50   385.00    8170.00  WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
246706 0534 B  072102   4.00   280.00   4.00   280.00    8450.00  WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
249957 0117 B  072202    .30    48.00    .30    48.00    8498.00  INTRA-OFFICE CONFERENCE WITH MS. JOHNSON RE
       (HPH)                                                       OBJECTIONS TO CLAIMS.
249430 0534 B  072202  11.75   822.50  11.70   819.00    9317.00  WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
249679 0117 B  072302    .60    96.00    .60    96.00    9413.00  WORKED ON OBJECTIONS TO CLAIMS.
       (HPH)
249431 0534 B  072302  10.50   735.00  10.50   735.00   10148.00  WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
249432 0534 B  072502  11.50   805.00  11.50   805.00   10953.00  WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
249434 0534 B  072602   8.25   577.50   8.30   581.00   11534.00  WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
249433 0534 B  072702   2.00   140.00   2.00   140.00   11674.00  WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
249435 0534 B  072802   4.50   315.00   4.50   315.00   11989.00  WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
250516 0117 B  072902    .30    48.00    .30    48.00   12037.00  INTRA-OFFICE CONFERENCES WITH MS. JOHNSON RE
       (HPH)                                                       CLAIMS OBJECTIONS.
251359 0534 B  073002   4.70   329.00   4.70   329.00   12366.00  WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
251373 0534 B  073102   4.20   294.00   4.20   294.00   12660.00  WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
253495 0534 B  080102   4.50   315.00   4.50   315.00   12975.00  WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
```

```
DATE: 10/07/02  11:18:37  PRO FORMA STATEMENT AS OF 091702 FOR FILE (BANK7A-HFN) BANK7A-HFN              #93262(94393)         Page 4 (4)

253497 0534        080202 B      2.00    140.00    2.00    140.00    13115.00 WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
253499 0534        080502 B      3.00    210.00    3.00    210.00    13325.00 WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
253505 0534        080602 B      3.00    210.00    3.00    210.00    13535.00 WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
257172 0534        080702 B     10.20    714.00   10.20    714.00    14249.00 WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
257165 0534        081202 B      8.00    560.00    8.00    560.00    14809.00 WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
257004 0117        081302 B       .30     48.00     .30     48.00    14857.00 INTRA-OFFICE CONFERENCES RE OBJECTIONS TO
       (HPH)                                                                  CLAIMS REVIEWED BY MRS. JOHNSON.
257011 0117        081302 B       .30     48.00     .30     48.00    14905.00 TELEPHONE CALLS FROM MR. CRAIG ADAMS; TELEPHONE
       (HPH)                                                                  CALLS TO MR. ADAMS, ALL RE FBI REQUEST TO
                                                                              RECOPY DOCUMENTS FROM COMPUTER.
257185 0534        081302 B       .90     63.00     .90     63.00    14968.00 WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
257033 0117        081402 B       .30     48.00     .30     48.00    15016.00 WORKED ON OBJECTIONS TO CLAIMS.
       (HPH)
257044 0117        081402 B       .60     96.00     .60     96.00    15112.00 WORKED ON FOURTH INTERIM FEE APPLICATION.
       (HPH)
255234 0534        081402 B      3.00    210.00    3.00    210.00    15322.00 WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
257086 0117        081502 B       .60     96.00     .60     96.00    15418.00 INTRA-OFFICE CONFERENCES WITH MRS. JOHNSON RE
       (HPH)                                                                  COORDINATING OBJECTIONS TO CLAIMS.
257164 0534        081502 B      8.90    623.00    8.90    623.00    16041.00 WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
257113 0117        081602 B       .30     48.00     .30     48.00    16089.00 WORKED ON OBJECTIONS TO CLAIMS.
       (HPH)
257879 0117        082002 B       .30     48.00     .30     48.00    16137.00 INTRA-OFFICE CONFERENCE WITH MRS. JOHNSON, RE
       (HPH)                                                                  COORDINATING CLAIMS OBJECTIONS.
257159 0534        082002 B      5.00    350.00    5.00    350.00    16487.00 WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
257160 0534        082102 B      8.00    560.00    8.00    560.00    17047.00 WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
257369 0534        082202 B       .60     42.00     .60     42.00    17089.00 WORK ON FEE APPLICATION.
       (JDJ)
257372 0534        082202 B      1.00     70.00    1.00     70.00    17159.00 WORK ON FEE APPLICATION.
       (JDJ)
257556 0534        082202 B      5.30    371.00    5.30    371.00    17530.00 WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
259058 0534        082302 B      2.00    140.00    2.00    140.00    17670.00 WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
259036 0534        082602 B      9.00    630.00    9.00    630.00    18300.00 WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
259161 0117        082702 B       .80    128.00     .80    128.00    18428.00 INTRA-OFFICE CONFERENCE'S WITH MRS. JOHNSON, RE
       (HPH)                                                                  CLAIMS OBJECTIONS.
259038 0534        082702 B     10.20    714.00   10.20    714.00    19142.00 WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
259577 0117        082802 B       .30     48.00     .30     48.00    19190.00 WORKED ON OBJECTIONS TO CLAIMS.
       (HPH)
259461 0534        082802 B     11.20    784.00   11.20    784.00    19974.00 WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
```

```
ATE: 10/07/02 11:18:37 PRO FORMA STATEMENT AS OF 091702 FOR FILE (BANK7A-HFN) BANK7A-HFN          #93262(94393)     Page 5 (5)

260999 0534  083002 B   4.50   315.00    4.50   315.00   20289.00 WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
264773 0117  090302 B    .30    48.00     .30    48.00   20337.00 INTRA-OFFICE CONFERENCE WITH JENNY JOHNSON RE
       (HPH)                                                      CLAIMS OBJECTIONS.
266456 0534  090402 B   9.80   686.00    9.80   686.00   21023.00 WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
266449 0534  090502 B   7.50   525.00    7.50   525.00   21548.00 WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
265302 0117  090602 B    .30    48.00     .30    48.00   21596.00 WORKED ON OBJECTIONS TO CLAIMS.
       (HPH)
265367 0117  090902 B    .30    48.00     .30    48.00   21644.00 INTRA-OFFICE CONFERENCE RE OBJECTIONS TO
       (HPH)                                                      CLAIMS.
266475 0534  091002 B   3.90   273.00    3.90   273.00   21917.00 WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
265451 0117  091102 B    .30    48.00     .30    48.00   21965.00 INTRA-OFFICE CONFERENCE WITH JENNY JOHNSON RE
       (HPH)                                                      STATUS OF CLAIMS OBJECTIONS.
266447 0534  091102 B   6.50   455.00    6.50   455.00   22420.00 WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
265815 0117  091202 B    .30    48.00     .30    48.00   22468.00 WORKED ON CLAIMS OBJECTIONS.
       (HPH)
266845 0117  091702 B    .60    96.00     .60    96.00   22564.00 WORKED ON OBJECTIONS TO CLAIMS, LEGAL RESEARCH
       (HPH)                                                      726(A)(3).
266847 0117  091702 B    .30    48.00     .30    48.00   22612.00 WORKED ON OBJECTIONS TO CLAIMS.
       (HPH)
266489 0534  091702 B   4.40   308.00    4.40   308.00   22920.00 WORK ON OBJECTIONS TO CLAIMS.
       (JDJ)
                                       ----------
                              FEE SUBTOTAL  22920.00
                                       ----------

-----COST ENTRIES-----*

INDEX DATE     STAT    AMOUNT  DESCRIPTION                                                CODE    TKPER   VOUCHER
293727 091201B          2.50 * FACSIMILE TRANSMISSION                                      8050    FIRM
293740 091301B          0.75 * FACSIMILE TRANSMISSION                                      8050    FIRM
                      --------
                          3.25
                      --------

BALANCE DUE FROM PREVIOUS STATEMENT . . . . . . . . . . .            0.00
LESS PAYMENT(S)     . . . . . . . . . . . . . . . . . . .            0.00
                                                              ----------
BALANCE FORWARD     . . . . . . . . . . . . . . . . . . .            0.00

TIMECARD SUB-TOTAL ( 262.50) . . . . . . . . . . . 22920.00
DISBURSEMENT SUB-TOTAL . . . . . . . . . . . . . . .    3.25
SUBTOTAL CURRENT PERIOD  . . . . . . . . . . . . . 22923.25
TOTAL DUE       . . . . . . . . . . . . . . . . . . . .       22923.25

TIME VALUE FOR THE MATTER AFTER THE CUTOFF DATE . . . .              0.00
COST VALUE FOR THE MATTER AFTER THE CUTOFF DATE . . . .              0.00
```

```
ATE: 10/07/02 11:18:37 PRO FORMA STATEMENT AS OF 091702 FOR FILE (BANK7A-HFN) BANK7A-HFN    #93262(94393)    Page 6 (6)

*------------------------TIME AND FEE SUMMARY-------------------------*
*--------TIMEKEEPER---------*   RATE    HOURS      %         FEES       %
HOLMES P. HARDEN              160.00    50.50    19.2      8080.00    35.3
JENNY D. JOHNSON               70.00   212.00    80.8     14840.00    64.8
                    TOTALS             262.50             22920.00

*--------COST CODE SUMMARY-----------------------------------*
*--------COST CODE--------                          AMOUNT
8050   FACSIMILE TRANSMISSION                         3.25

COST TOTAL                                            3.25


----------------LEDGER SUMMARY--------------------------------------------*
Ledger Code   Ledger Description        Debit        Credit     Credit Applied To
------------  ------------------       --------     --------    -----------------
UNALL         UNALLOCATED                            97575.73   97332.00  FEES
                                                                   42.53  HCOST
                                                                  201.20  SCOST
FEES          FEES                    97332.00
HCOST         HARD COST                  42.53
SCOST         SOFT COST                 201.20
                                      --------     --------
TOTAL                                 97575.73     97575.73

GED ACCOUNTS RECEIVABLE:    0.00 (-30)    0.00 (31-60)    0.00 (61-90)    0.00 (91-120)    0.00 (+)

         ( ) BILL COSTS AND FEES                ( ) DO NOT BILL
         ( ) BILL FEES ONLY                     ( ) CLOSE FILE
         ( ) BILL COSTS ONLY                    ( ) FINAL BILL
```