**FILED**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

OCT 10 2002

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

<u>NOTICE OF APPLICATION FOR FOURTH INTERIM COMPENSATION FOR SERVICES OF ATTORNEY FOR TRUSTEE AND REIMBURSEMENT OF EXPENSES AND APPLICATION FOR TRUSTEE'S INTERIM COMMISSION AND REIMBURSEMENT OF EXPENSES AND CERTIFICATE OF SERVICE</u>

TO: ALL CREDITORS OF INTERNATIONAL HERITAGE, INC. AND OTHER PARTIES IN INTEREST

   NOTICE IS HEREBY GIVEN of the Third Application for Interim Compensation for Services of Attorney for Trustee for services rendered from September 11, 2001 through September 17, 2002, in the amount of $22,920.00 and reimbursement of expenses in the amount of $3.25 filed simultaneously herewith by Holmes P. Harden, Attorney for Trustee.

   NOTICE IS FURTHER HEREBY GIVEN of the Third Application for Interim Compensation for Trustee for statutory commission, in the amount of $4,946.14 and reimbursement of expenses in the amount of $608.43 incurred from September 4, 2001 through September 30, 2002, filed simultaneously herewith by Holmes P. Harden, Attorney for Trustee.

   An objection to the fees requested should be filed with the Clerk, U. S. Bankruptcy Court, Post Office Box 1441, Raleigh, North Carolina 27602 with a copy served on the trustee whose name appears at the bottom of this Notice within twenty (20) days of the date of this Notice. No hearing will be conducted on said objection unless the Court, in its discretion, deems a hearing necessary, or unless a hearing is requested by the party filing such request. Any party requesting a hearing shall appear at said hearing in support of such request or he may be assessed with costs.

DATE OF NOTICE: 10/8/02

Holmes P. Harden, Trustee
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

352599

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing document was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the _8_ day of _October_, 2002.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _____
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:
Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

See Attached Mail Matrix and E-Mail List

RAL/179511/1

Terri I. Gardner
Poyner & Spruill, LLP
P. O. Box 10096
3600 Glenwood Avenue
Raleigh, NC 27605

Managing Agent
International Heritage, Inc.
c/o Mayflower Capital LLC
5601 Spring Court
Raleigh, NC 27616-2920

Brent E. Wood
4000 Westchase Blvd.
Raleigh, NC 27607

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
1000 Cambridge Square, Suite C
Alpharetta, GA 30004

James Russell Tucker
Tucker & Ratcliffe, L.L.P.
500 N. Akard Street, Suite 3500
Dallas, TX 75201

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Dorothy H. Miller
102 Triangle Circle
Lafayette, LA 70508

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Stacey Ostrom
202 Oak Creek Drive
League City, TX 77573-1762

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Jane E. Chassey
1514 Azalea Drive
Saint Louis, Missouri 63119

Carolyn E. John
485 Broad River Blvd.
Beaufort, SC 29906

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL -9490 Vaduz   LIECHTENSTEIN

Gary D. McDowell
200 Ansley Close
Roswell, GA 30075

Jean Wedin
P. O. Box 753
LaConner, WA 98257

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Managing Agent
Mayflower Capital, LLC
5601 Spring Court
Raleigh, NC 27616-2920

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen   SWITZERLAND

Managing Agent
UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich   SWITZERLAND

Anna M. Washburn
145 Christopher Drive
Clayton, NC 27520

Henry W. Nozko, Jr., President
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Managing Agent
EDS Financial Services
4800 Six Forks Road
Raleigh, NC 27609

Managing Agent
Accurata Treuhand und Revisions AG Vaduz
Abundt 36
FL-9490 Vaduz   LIECHTENSTEIN

Lloyd W. Gathings, II
Gathings & Associates
P. O. Box 10545
Birmingham, AL 35202

Managing Agent
TransAmerica-TIG Insurance
5205 N.O. Connor Blvd. Ste. B1
Irving, TX 75039-3724

Managing Agent
Schweizerische Hypotheken
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich   SWITZERLAND

Charles Anderson
Smith Helms Mulliss & Moore
P. O. Box 27525
Raleigh, NC 27611

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Shawna Y. Staton
Jordan, Price, Wall, Gray,
 Jones & Carlton
P. O. Box 2021
Raleigh, NC 27602-2021

Managing Agent
Coeco
2525 Atlantic Avenue
Raleigh, NC 27604

Managing Agent
Centrum Bank AGVaduz
Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz   LIECHTENSTEIN

Sherwin P. Robin
P. O. Box 9541
Savannah, GA 31412-9541

Stanley H. Van Etten
10504 Tredwood Drive
Raleigh, NC 27615

Marianne Kelley
142419 133 Ave.
Edmonton, Alberta
CANADA T5A5A5

Larry Smith
2435 E. North Street
Greenville, SC 29615

Henry W. Nozko, Jr., President
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN 56258

Managing Agent
Emil Schatz, St Gallen
Oberhofstettenstrasse 67C
CH-9012, Saint Gallen   SWITZERLAN

Managing Agent
UBS AG, Zurich Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich   SWITZERLAND

Tony Copeland
BTI
4300 Six Forks Road, Suite 500
Raleigh, NC 27609

Michael P. Flanagan
Ward and Smith, P.A.
P. O. Box 8088
Greenville, NC 27835-8088

Vickie Corbitt,
Attorney for Commissioner of Revenue
Tennessee Dept. of Revenue - Legal
312 8th Ave. N. #27 Fl.
Nashville, TN 37243-0001

Jean Boyles
P. O. Box 10506
Raleigh, NC 27605


James A. Roberts, III
Lewis & Roberts, PLLC
P. O. Box 17529
Raleigh, NC 27619-7529

Stephani W. Humrickhouse, Esq.
Nicholls & Crampton
4300 Six Forks Road, Suite 700
Raleigh, NC 27609

Paul Faison S. Winborne
300/200 Parham Street, Suite F
P. O. Box 1547
Raleigh, NC 27602


Patrick H. Tyler
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

Janet Cradeur
P. O. Box 66658
Baton Rouge, LA 70896

Missouri Department of Revenue
Attn: Brian S. Kuhlmann
P. O. Box 475
Jefferson City, MO 65105-0475


James K. Austin
Ellis Painter Ratterree & Bart LLP
P. O. Box 9946
Savannah, GA 31412-9946

Meredith P. Ezzell
Wyrick Robbins Yates & Ponton LLP
P. O. Drawer 17803
Raleigh, NC 27619

Marcia McGair Ippolito
R.I. Division of Taxation
One Capitol Hill
Providence, RI 02908-5800


J. Anthony Penry
Smith, Helms, Mulliss & Moore
2800 Two Hanover Square
Raleigh, NC 27601

Walter Calton
312 East Broad Street
Eufaula, AL 36072


Keith M. Jensen
Law Office of Keith M. Jensen
514 East Beklnap
Fort Worth, TX 76102

Joseph N. Calloway, Esq.
Battle, Winslow, Scott & Wiley, P.A.
P. O. Box 7100
Rocky Mount, NC 27804-0100

L. C. Gilbert, Jr.
74 Hilltop Lane
Alpine, AL 35014


Randall L. Greene
Rt. 1, Box 155
Randlett, OK 73562

Maria Lee Siwierka
2943 Colony Dr.
Sugar Land, TX 77479

Jackson Wayne Murphy
Rt. 6, Box 154
Troy, AL 36081


James H. Thomas
101 Robin Drive
Troy, AL 36081

Craig T. Liebendorfer
7315 Hundley Blvd.
Dallas, TX 75231-4722

Denise Marsh
709 Summit Ridge
Lewisville, TX 75067


Sharon A. Meckenstock
1640 West 34th St., N.
Wichita, KS 67204

State Auditor's Office
Montana Securities Department
Mitchell Building, Room 270
State Capital Complex
Helen, MT 59620

William Swinney
3365 Silver Palm Drive
Jacksonville, FL 32250

Marshall Reddy
P. O. Box 806
Ponte Verde Beach, FL 32004

Henry W. Noziko, Jr.
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Gerald A. Jeutter
Kilpatrick Stockton, LLP
P. O. Box 300004
Raleigh, NC 27622

Henry W. Noziko, Jr.
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Michael K. Wolensky
Robert G. Brunton
David J. Gellen
Kutak Rock
225 Peachtree St., NE, Suite 2100
Atlanta, GA 30303-1731

Ray Burns
5633 NW Moonlight Meadow Ct.
Lees Summit, MO 64064

Gary V. Dixon
Ross Dixon & Bell, LLP
601 Pennsylvania Ave. NW
North Boulevard
Washington, DC 20004-2688

Ronald H. Garber
Boxley Bolton & Garber
P. O. Drawer 1429
Raleigh, NC 27602

Virginia Andrews Burdette
P. O. Box 47
Mukilteo, WA 98275

Scott L. Wilkinson
Assistant U.S. Attorney
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Joseph B. Cheshire V
Cheshire Parker Schneider Wells & Bryan
P. O. Box 1029
Raleigh, NC 27602

Managing Agent
International Heritage, Incorporated
c/o Mayflower Capital LLC
5601 Spring Court
Raleigh, NC 27616-2920

James Burshtyn
Office of Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78712548

Jackie S. Hart
1706 Antigua Lane
Nassau Bay, TX 77058

RAL/179511/1

E-mail: x2-song@worldnet.att.net
E-mail: hual@airmail.net
E-mail: mayfi23@marz.com
E-mail: Buddha623@aol.com
E-mail: pgorman@vantagepointcapital.com
E-mail: wrightr@mindspring.com
E-mail: mlafontaine@abbot-simses.com
E-mail: rabbit@rockisland.com
E-mail: cheryll.COSTANIINO@edmail.com
E-mail: jasbircheema@amropictures.com
E-mail: 72320.316@compuserve.com
E-mail: stann@colby.IXKS.com
E-mail: gjack312@Intrstar.net
E-mail: hdfrey@telusplanet.net
E-mail: DLWARREN@BellSouth.net
E-mail: michael_bhagat@hotmail.com
E-mail: rliston@spartanburg4.0rg
E-mail: ghromero@aol.com
E-mail: joanchan@rocketmail.com
E-mail: edeem@worldnet.att.net
E-mail: DFITZPA400@aol.com
E-mail: theboock@compuserve.com
E-mail: pondman@memes.com
E-mail: docchiro@ISLC.net
E-mail: RIZMOE@NWRain.com
E-mail: thodges@gateway.net
E-mail: hlee@directv.com
E-mail: fabb@telusplanet.net
E-mail: cordw@deltapineseed.com
E-mail: NBECK87570@aol.com
E-mail: JYANG4@FORD.COM
E-mail: mccarthy@mccarthyconsultant.com
E-mail: digger@bcsupernet.com
E-mail: BREIDYIII@aol.com
E-mail: pak@jcnl.com
E-mail: lpartr1072@aol.com
E-mail: leadership.possibilities.mak@worldnet.att.net
E-mail: mtheisen@efn.org
E-mail: MLGeller@aol.com
E-mail: mooreem@harpo.tnstate.edu
E-mail: backpain@keynet.net
E-mail: Hbeckbari@aol.com
E-mail: mwarhurst@yahoo.com
E-mail: js.baum@srs.gov
E-mail: wynellh@flash.net
E-mail: dlatray@mcn.net
E-mail: bwood@woodfran.com
E-mail: DickLynn Ferency@compuserve.com
E-mail: CHASSEYRAY@email.msn.com
E-mail: jim.griffith@erols.com
E-mail: xiaokui.shan@bakernet.com
E-mail: xshan@aol.com
E-mail: kkandola@theresidences.com
E-mail: lrochkind@jafferaitt.com
E-mail: sdostrom@hotmail.com
E-mail: michaelhopkins@mailcity.com
E-mail: dana-charles@worldnet.att.net
E-mail: options-galore@yahoo.com
E-mail: bchap01@aol.com
E-mail: ceissngr@midrivers.com
E-mail: glassgs@cadvision.com
E-mail: mbrown8967@aol.com
E-mail: diemert@northerntel.net
E-mail: cgrumer@manatt.com
E-mail: shouli.yang@stjude.org
E-mail: RJWNLAW@aol.com

E-mail: sds98@eatel.net
E-mail: jwmaloy@aol.com
E-mail: kanelos@mindspring.com
E-mail: blairc@iname.com
E-mail: Larry_Fletcher@bc.sympatico.ca
E-mail: JNRRICH@Intur.net
E-mail: aadrezin@Epix.net
E-mail: kimball.peed@bigfoot.com
E-mail: tammyr@falcon.ukans.cc.edu
E-mail: VTPALMER27@yahoo.com
E-mail: crandall@rock-springs.dowell.slb.com
E-mail: gedler@bellsouth.net
E-mail: r_brown@email.msn.com
E-mail: hou@mail.med.upenn.edu
E-mail: dsbarron@bellsouth.net
E-mail: jamcgrath@yahoo.com
E-mail: bjsaw@ttc-cmc.net
E-mail: smsutom@aol.com
E-mail: lynn@dot.state.al.us
E-mail: pingnas@ica.net
E-mail: Hanna@tir.com
E-mail: buddunn@auantumworld.com
E-mail: Rahmati@ibm.net
E-mail: Docnielsen@webtv.net
E-mail: mjandcarlincc@juno.com
E-mail: loking@wixmail.com
E-mail: Jholt@Clemson.edu
E-mail: jsmusa@mindspring.com
E-mail: Mainland@ticnet.com
E-mail: cce3@juno.com
E-mail: mcnamer@bigsky.net
E-mail: mwa@wnonline.net
E-mail: lesterabs@mindspring.com
E-mail: shanson@kearney.net
E-mail: an667@hwcn.org
E-mail: yu241703@yorku.ca
E-mail: yu241703@yorku.ca
E-mail: lihen
E-mail: dsbarron@bellsouth.net
E-mail: jamcgrath@yahoo.com
E-mail: bbaum89@aol.com
E-mail: bjsaw@ttc-cmc.net
E-mail: smsutom@aol.com
E-mail: lynn@dot.state.al.us
E-mail: pingnas@ica.net
E-mail: Hanna@tir.com
E-mail: buddunn@quantumworld.com
E-mail: Rahmati@ibm.net
E-mail: docnielsen@webtv.net
E-mail: mjandcarlincc@juno.com
E-mail: loking@wixmail.com
E-mail: Jholt@Clemson.edu
E-mail: jsmusa@mindspring.com
E-mail: Mainland@ticnet.com
E-mail: cce3@juno.com
E-mail: mcnamer@bigsky.net
E-mail: mwa@wnonline.net
E-mail: lesterabs@mindspring.com
E-mail: shanson@kearney.net
E-mail: an667@hwcn.org
E-mail: yu241703@yorku.ca
E-mail: TJDeavers@aol.com
E-mail: BrAnDin420@aol.com
E-mail: hou@mail.med.upenn.edu
E-mail: CTBallard@aol.com
E-mail: beth_pattillo@shmm.org

E-mail: swede@dmea.net
E-mail: kmaxeyjr@bayou.com
E-mail: Wesglynn@aol.com
E-mail: jwarren@wyche.com
E-mail: dongming.zhao@jci.com
E-mail: pkloosterman@juno.com
E-mail: JEEPETTE99@aol.com
E-mail: pingnas@ica.net
E-mail: Karen0906@aol.com
E-mail: lonni@pb.quik.com
E-mail: Dana-Charles@Worldnet.Att.Net
E-mail: Averitas@aol.com
E-mail: kk_1200@kwikkopy.com
E-mail: hewlett@cablelan.net
E-mail: sonia_voldseth@burns.senate.gov
E-mail: dzeigler@jsucc.jsu.edu
E-mail: mchad@acnet.net
E-mail: albourassa@bigfoot.com
E-mail: albourassa@bigfoot.com
E-mail: Harden, Holmes
E-mail: Mgutierrez@pirnie.com
E-mail: mayfi23@marz.com
E-mail: shucko@prodigy.net
E-mail: zuzuy2k@yahoo.com
E-mail: Mgutierrez@pirnie.com
E-mail: Mgutierrez@pirnie.com
E-mail: RRALBRIGHT@AOL.COM
E-mail: bcslaw@prodigy.net
E-mail: rosieo@bigsky.net
E-mail: mooreem@harpo.tnstate.edu
E-mail: VANATTAL@VAX.CS.HSCSYR.EDU
E-mail: leadership.possibilities.mak@worldnet.att.net
E-mail: pingnas@ica.net
E-mail: cr8on@flash.net
E-mail: bsclaw@worldnet.att.net
E-mail: hewlettlj@shaw.ca
E-mail: ladevries@firstam.com
E-mail: ihatch@ala.net
Rmggood@Prodigy.Net