

## Al Bourassa

Box 795, 29 Glorond Place, Okotoks, AB, T1S 1A9
(403) 995-9858        albourassa@bigfoot.com

**FILED**
OCT 25 2002
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

October 20, 2002

**US BANKRUPTCY COURT, EASTERN DISTRICT of NC**
P.O. Box 1441
RALEIGH, NC
27602

Re: Case Number 98-02675-5-ATS   International Heritage

Dear Sir or Madam:

We wish to file a NEW CHANGE OF ADDRESS effective immediately for the following four related Unsecured Priority Creditors for whom we provided Proofs of Claim to Maupin Taylor along with our letter of January 16/1999:
Marianne K. Kelley  608757183
Katherine M. Kelley  641039433
Todd K. Bourassa  639287606
Jill M. Bourassa-Fennell  641617121

| OLD | NEW |
|---|---|
| 3803 – 11 Street SW | P.O. Box 795 |
| Calgary, AB | Okotoks, AB |
| T2T 3M5 | T1S 1A9 |
| albourassa@bigfoot.com | albourassa@bigfoot.com (unchanged) |

Confirmation of receipt of this letter would be greatly appreciated.

Thank you,

Al Bourassa