**U.S. Bankruptcy Court for the Eastern District of North Carolina**
<u>CLERK, U.S. BANKRUPTCY COURT</u>
POST OFFICE BOX 1441
<u>RALEIGH, N.C. 27602-1441</u>

In Re a *Petition for Relief under Chapter 7 of Title 11, U.S. Code*, filed by or against the below-named Debtor on November 25, 1998:
DEBTOR: INTERNATIONAL HERITAGE, INC. of C/O TERRI L. GARDNER, POST OFFICE DRAW 1389, RALEIGH, NC 27602; SSN: N/A, EIN: 56-1921093

CASE NO. **98-02675-5-ATS**

ORDER AND NOTICE
BY THE COURT

**FILED**
NOV 0 5 2002
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

NOTICE OF TELEPHONE CONFERENCE

NOTICE IS HEREBY GIVEN that a telephone conference will be conducted involving the following parties at the indicated telephone numbers:

A. Thomas Small, Bankruptcy Judge  - (919)856-4604
Holmes P. Harden, Trustee         - (919)981-4033
Bankruptcy Administrator          - (919)856-4886

as indicated below:

DATE:  November 25, 2002
TIME:  10:30 A.M.

to discuss and act upon the following matters:

Fourth Interim Application for Compensation for Trustee and Attorney for Trust filed October 10, 2002.

NOTICE IS FURTHER GIVEN THAT Mr. Harden will initiate the telephone conference The cost of the call will be the responsibility of the initiating party. The operator shall be instructed to call the Judge last.

DATED:   **NOV - 5 2002**

PEGGY B. DEANS
CLERK OF COURT

U.S. Bankruptcy Court for the Eastern District of North Carolina
CLERK, U.S. BANKRUPTCY COURT
POST OFFICE BOX 1441
RALEIGH, N.C. 27602-1441

In Re a *Petition for Relief under Chapter 7 of Title 11, U.S. Code*, filed by or against the below-named Debtor on November 25, 1998:
DEBTOR: INTERNATIONAL HERITAGE, INC. of C/O TERRI L. GARDNER, POST OFFICE DRAWER 1389, RALEIGH, NC 27602; SSN: N/A, EIN: 56-1921093

CASE NO. **98-02675-5-ATS**

**ORDER AND NOTICE
BY THE COURT**

CERTIFICATE OF MAILING

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that a copy of the attached document was mailed in a postage prepaid envelope addressed to the following at their respective addresses, by placing said envelope in the regular mail in Raleigh, NC, on this date.

DATED:   NOV - 5 2002

_____
DEPUTY CLERK

INTERNATIONAL HERITAGE, INC.
C/O TERRI L. GARDNER
RALEIGH, NC 27602


,

Terri L. Gardner
PO DRAWER 10096
RALEIGH, NC 27605-0096

Holmes P. Harden
P.O. Box 17169
Raleigh, NC 27619

Bankruptcy Administrator