**FILED**
NOV - 7 2002
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: )
)
INTERNATIONAL HERITAGE, INC. ) CASE NO. 98-02675-5-ATS
) CHAPTER 7
)
Debtor. )

### ORDER ALLOWING PAYMENT OF
### INTERIM ACCOUNTANT'S FEES AND EXPENSES

THIS MATTER coming before the Court upon application of Holmes P. Harden, Trustee in the above-referenced case, for authority to pay Adams Consulting Group interim accountant's fees in the amount of Two Thousand Seven Hundred Seventy-Two and 90/100 ($2,772.90) representing compensation of fees in the amount of $2,558.50 and reimbursement of expenses in the amount of $184.40 for services rendered from September 20, 2001 through September 19, 2002 as set out in the attached statement, and it appearing to the Court that such fees and expenses are reasonable and necessary, and good cause exists for the allowance of such application,

IT IS THEREFORE ORDERED, adjudged and decreed that Holmes P. Harden, Trustee, be and hereby is authorized to pay Adams Consulting Group the amount of $2,772.90 as interim accountant's fees and expenses.

DATED: NOV - 7 2002

_____
Judge

352189

Recorded in Fee Book 11/7/02 Am



**ADAMS CONSULTING GROUP P.A.**
Certified Public Accountants and
Business Development Advisors

3622 Haworth Drive
Raleigh, NC 27609
tel 919.781.3581
fax 919.881.0611

International Heritage, Inc
c/o Mr. Holmes Harden, Trustee
P O Drawer 19764
Raleigh, NC 27619

**Invoice Date:** September 24, 2002
**Invoice Number:** 00103418
**Client Number:** 9002 007

*For professional services rendered:*

Interim Invoice for professional services rendered for the period September 20, 2001 through September 19, 2002 for the following:

Preparation of 2001 Corporate Federal and North Carolina Income Tax Returns

Preparation of 2001 Form 1096 and Forms 1099

See attached billing summary and detail. Also see summary of prior billings.

Order to employ Craig A. Adams as Certified Public Accountant was authorized on January 8, 1999

Chapter 7 was filed on November 28, 1998

Payment is requested upon Bankruptcy Court approval of fees

**Total Invoice Amount** $ 2,772.90

Adams Consulting Group, P.A. • Certified Public Accountants and Business Development Advisors

Page 2

| Detail Description Activity Performed | Employee | Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| **Services** | | | | | |
| Analyze billing with numerous entries | Richele Spruill | 09/20/01 | 2.50 | 50.00 | 125.00 |
| Review analysis of time | Elizabeth Berry | 09/20/01 | 0.30 | 110.00 | 33.00 |
| Review files to determine additional projects required by year-end; Leave mssg for Johnson re: will any wage claims be paid (Pacer down) | Elizabeth Berry | 11/06/01 | 0.80 | 110.00 | 88.00 |
| Telephone with Jenny Johnson re: no wage claims paid so no W-2s required; 1099's will be needed | Elizabeth Berry | 11/12/01 | 0.30 | 110.00 | 33.00 |
| Summarize information for 1099s | Elizabeth Berry | 01/07/02 | 0.40 | 125.00 | 50.00 |
| Telephone with Jenny Johnson re: 2001 disbursements, 1099s | Elizabeth Berry | 01/08/02 | 0.30 | 125.00 | 37.50 |
| Analyze 2001 transactions and determine 1099s required; start preparation of 1099s | Elizabeth Berry | 01/08/02 | 1.20 | 125.00 | 150.00 |
| Telephone with Janice Baker re: vendor information needed for 1099s | Elizabeth Berry | 01/08/02 | 0.40 | 125.00 | 50.00 |
| Prepare final forms 941 & 940 sent from IRS | Elizabeth Berry | 01/09/02 | 0.30 | 125.00 | 37.50 |
| Prepare 2001 forms 1099 | Elizabeth Berry | 01/16/02 | 0.90 | 125.00 | 112.50 |
| Prepare form 1096 | Kaylor Gregory | 01/17/02 | 0.10 | 80.00 | 8.00 |
| Continue preparation of 2001 1099s | Elizabeth Berry | 01/17/02 | 0.20 | 125.00 | 25.00 |
| review 2001 forms 1099 | Nancy Board | 01/21/02 | 0.70 | 65.00 | 45.50 |
| Review 2001 forms 1099 | Nancy Board | 01/21/02 | 0.70 | 65.00 | 45.50 |
| Finalize 1099s | Elizabeth Berry | 01/21/02 | 0.30 | 125.00 | 37.50 |
| Write letter to Trustee re: 2001 forms 1099 | Elizabeth Berry | 02/03/02 | 0.10 | 125.00 | 12.50 |
| Determine that 2001 tax return extension is required | Elizabeth Berry | 03/06/02 | 0.20 | 125.00 | 25.00 |
| Prepare 2001 federal and NC corporate extensions | Donna McNeal | 03/15/02 | 0.30 | 70.00 | 21.00 |
| Prepare 2001 tax returns | Elizabeth Berry | 03/18/02 | 0.80 | 125.00 | 100.00 |
| Analyze 2001 transactions for tax return prep | Kaylor Gregory | 03/19/02 | 2.10 | 80.00 | 168.00 |
| Analzye 2001 transactions for tax return prep | Kaylor Gregory | 03/19/02 | 1.00 | 80.00 | 80.00 |
| Prepare 2001 tax returns | Elizabeth Berry | 03/19/02 | 0.60 | 125.00 | 75.00 |
| Prepare 2001 tax return | Elizabeth Berry | 05/22/02 | 0.40 | 125.00 | 50.00 |
| Review 2001 federal and NC tax returns | Elizabeth Berry | 06/06/02 | 1.90 | 125.00 | 237.50 |
| Prepare 2001 tax return | Elizabeth Beatty | 06/06/02 | 3.80 | 115.00 | 437.00 |
| Preparation of 2001 tax return. | Elizabeth Beatty | 06/13/02 | 0.40 | 115.00 | 46.00 |

Page 3

**Detail Description**

| Activity Performed | Employee | Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Consult with Beatty re: e-mail from Jenny & remaining question to be resolved before finalizing returns | Elizabeth Berry | 06/25/02 | 0.10 | 125.00 | 12.50 |
| Review 2001 tax returns | Elizabeth Berry | 07/01/02 | 0.20 | 125.00 | 25.00 |
| Prepare 2001 tax return: research adjustment made to money market account on 7/25/01. | Elizabeth Beatty | 07/01/02 | 1.50 | 115.00 | 172.50 |
| Prepare final documentation for trustee and tax authorities for 2001 tax returns | Patricia Barnes | 07/02/02 | 0.90 | 50.00 | 45.00 |
| Partner review and sign 2001 federal and NC corporate income tax returns and attached 505(b) correspondence | Craig Adams | 07/09/02 | 1.10 | 140.00 | 154.00 |
| Review 2001 tax return signed by trustee | Elizabeth Berry | 07/16/02 | 0.20 | 125.00 | 25.00 |
| Research files for location of original Debtor computer accounting data | Sharon Norwood | 08/13/02 | 0.20 | 60.00 | 12.00 |
| Tele w/ Jenny Johnson re: case status, interim bill | Elizabeth Berry | 09/19/02 | 0.10 | 125.00 | 12.50 |
| | | **Total Services** | 25.30 | 3,665.00 | 2,588.50 |

**Expenses**

| | | | | | |
|---|---|---|---|---|---|
| Postage expense | Administrative General | 10/23/01 | 2.86 | 0.00 | 2.86 |
| 1/10 postage | Administrative General | 01/14/02 | 0.68 | 0.00 | 0.68 |
| 1/10 postage | Administrative General | 01/14/02 | 0.45 | 0.00 | 0.45 |
| 1/22 postage | Administrative General | 01/25/02 | 0.45 | 0.00 | 0.45 |
| 1/22 postage | Administrative General | 01/25/02 | 1.76 | 0.00 | 1.76 |
| Computer expense | Administrative General | 07/02/02 | 135.00 | 0.00 | 135.00 |
| Copy expense | Administrative General | 07/02/02 | 20.40 | 0.00 | 20.40 |
| postage (1 first class, 3 certified) | Administrative General | 07/02/02 | 18.95 | 0.00 | 18.95 |
| Postage | Administrative General | 07/12/02 | 3.85 | 0.00 | 3.85 |
| | | **Total Expenses** | | 0.00 | 184.40 |
| | | **Total Invoice Amount** | 25.30 | 3,665.00 | $ 2,772.90 |

|  |  |
|---|---|
| **Beginning Balance** | 0.00 |
| Current Activity: | |
| Billings | 2,772.90 |
| **Net Due** | **$ 2,772.90** |

STATE OF NORTH CAROLINA

COUNTY OF WAKE                                                                        VERIFICATION

Elizabeth C. Berry, being first duly sworn, deposes and says:

That Craig A. Adams is the court appointed Certified Public Accountant in the accounting firm of Adams Consulting Group, P.A., the bankruptcy estate's general accountant in this action, and that she has read the foregoing Application for Certified Public Accountant for the Trustee for Interim Allowance of Compensation and Reimbursement of Expenses and prepared the itemization of expenses and detail of services rendered attached to it; that the matters and things alleged therein are true of her own knowledge, except those matters alleged on information and belief and as those she believes the same to be true.

This the 25 day of September, 2002.



                                                                         Elizabeth C Berry
                                                                         _____
                                                                         Elizabeth C. Berry

Sworn to and subscribed before me,
This 25 day of September, 2002.

Sharon S Norwood
_____
Notary Public

My Commission Expires: November 19, 2003

FeeAppAffidavit,Interim ECB for CAA.doc

PRIOR BILLINGS          Client Name: 9002 007 - International Heritage, Inc.

| Invoice Number | Invoice Date | Interim Invoices Dates Services Rendered | Services Total | Expenses Total | Invoice Total | Amount Approved | Date Approved | Amount Paid | Amount Outstanding | Write-off |
|---|---|---|---|---|---|---|---|---|---|---|
| 36657 | 09/21/1999 | December 1, 1998 through September 20, 1999 | $ 26,898.50 | $ 540.09 | $ 27,438.59 | $ 27,438.59 | 10/25/1999 | $ 27,438.59 | $ - | $ - |
| 00100994 | 08/30/2000 | September 21, 1999 through August 25, 2000 | $ 9,353.50 | $ 750.58 | $ 10,104.08 | $ 10,104.08 | 10/23/2000 | $ 10,104.08 | $ - | $ - |
| 00102066 | 09/20/2001 | August 26, 2000 through September 20, 2001 | $ 7,874.50 | $ 390.64 | $ 8,265.14 | $ 8,265.14 | 10/30/2001 | $ 8,265.14 | $ - | $ - |

**Client Name: International Heritage, Inc.    9002-007**

## SUMMARY OF TIME AND EXPENSE DETAIL

| Employee Name | Hours | Rate | Amount | Year |
|---|---|---|---|---|
| Craig Adams | 1.10 $ | 140.00 | $ 154.00 | 2002 |
| CA Subtotal | 1.10 | | $ 154.00 | |
| Elizabeth Beatty | 5.70 $ | 115.00 | $ 655.50 | 2002 |
| EB Subtotal | 5.70 | | $ 655.50 | |
| Elizabeth Berry | 1.40 $ | 110.00 | $ 154.00 | 2001 |
|  | 8.60 $ | 125.00 | $ 1,075.00 | 2002 |
| EB Subtotal | 10.00 | | $ 1,229.00 | |
| Richele Spruill | 2.50 $ | 50.00 | $ 125.00 | 2002 |
| RS Subtotal | 2.50 | | $ 125.00 | |
| Kaylor Gregory | 3.20 $ | 80.00 | $ 256.00 | 2002 |
| KG Subtotal | 3.20 | | $ 256.00 | |
| Donna McNeal | 0.30 $ | 70.00 | $ 21.00 | 2000 |
| DM Subtotal | 0.30 | | $ 21.00 | |
| Sharon Norwood | 0.20 $ | 60.00 | $ 12.00 | 2002 |
| SN Subtotal | 0.20 | | $ 12.00 | |
| Nancy Board | 1.40 $ | 65.00 | $ 91.00 | 2002 |
| NB Subtotal | 1.40 | | $ 91.00 | |
| Patricia Barnes | 0.90 $ | 50.00 | $ 45.00 | 2002 |
| PB Subtotal | 0.90 | | $ 45.00 | |
| Total Hours & Fees | 25.30 | | $ 2,588.50 | |
| Total Expenses | | | $ 184.40 | |
| Total Fees & Expenses | | | $ 2,772.90 | |

# Professional Team at Adams Consulting Group, PA

Craig A. Adams; Principal; Adams Consulting Group, P.A.; North Carolina State University, 1979, (BA in Accounting); Certified Public Accountant licensed in the State of North Carolina; Member of American Institute of Certified Public Accountants; Past Board Member of North Carolina State Board of Certified Public Accounting Examiners; 18 years experience.

Elizabeth C. Berry; Adams Consulting Group, P.A.; North Carolina State University, 1990, (BA in Accounting); University of North Carolina at Chapel Hill, 1989 (BA in English); Certified Public Accountant licensed in the State of North Carolina; Certified Insolvency and Restructuring Advisor; Member of American Institute of Certified Public Accountants, Association of Insolvency and Restructuring Advisors, North Carolina Association of Certified Public Accountants, and Associate Member of Association of Certified Fraud Examiners; 11 years public accounting experience.

Elizabeth G. Beatty, Adams Consulting Group, P.A.; University of Maryland (BS), Certified Public Accountant licensed in the State of North Carolina; Member of American Institute of Certified Public Accountants; Member of North Carolina State Board of Certified Public Accountants; 13 years public accounting experience.

Kaylor Gregory; Staff Accountant/Paraprofessional; Adams Consulting Group, PA, 12 years accounting experience including preparation of financial statements and payroll reports; reconciling bank accounts.

Nancy Board; Staff Accountant/Paraprofessional; Adams Consulting Group, PA, University of Buffalo, (BS in Education); University of Maryland (BS in Accounting).

Richele Spruill; Staff Accountant/Paraprofessional; Adams Consulting Group, PA, East Carolina University, 1990, (B S, Business Administration); 9 years experience.

Sharon Norwood; IT Specialist/Administrative Assistant; Adams Consulting Group, P.A.; A+ certification; 15 years experience.

Donna McNeal; Administrator (Paraprofessional); Adams Consulting Group, PA; A.A.S. Degree, Wake Technical College (1982); Continuing Education accounting courses at Wake Technical College; 13 years accounting experience including preparation of financial statements and payroll reports; reconciling bank accounts; analyzing and collecting accounts.

Patricia Barnes; Administrative Assistant; Adams Consulting Group, North Carolina State University, (BS, Social Work), 12 years experience.