**FILED**

NOV 25 2002

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC. )
) CHAPTER 7
)
Debtor. )

### Order Allowing Fourth Interim Fees

This matter comes on for consideration upon the Attorney for Trustee's Fourth Application for Interim Compensation from September 11, 2001 through September 17, 2002 and Reimbursement of Expenses for the same period and Trustee's Fourth Application for Interim Commission and Reimbursement of Expenses for services rendered from September 4, 2001 through September 30, 2002, and Notice mailed to creditors in this case and the court having considered the factors affecting the interim compensation requested, it is ordered that the following interim fees and expenses be, and they hereby are allowed:

_____ Trustee

| | |
|---|---|
| Attorney for Trustee interim fees | $22,920.00 |
| Attorney for Trustee interim expenses | $       3.25 |
| Trustee interim commission | $  4,946.14 |
| Trustee interim expenses | $     608.43 |

SO ORDERED.

Dated: NOV 2 5 2002

_____
United States Bankruptcy Judge

352595

Recorded In Fee Book 11/25/02 Am