**FILED**

BOND # 016028231

DEC 16 2002

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN RE: INTERNATIONAL HERITAGE, INC.

CASE NO.   98-02675-5-ATS
CHAPTER    7

**BOND OF TRUSTEE**

WE, HOLMES P. HARDEN of Raleigh, NC., as principal and LIBERTY MUTUAL INSURANCE COMPANY, as surety, bind ourselves to the United States of America in the sum of SIX MILLION AND 00/100 DOLLARS ($6,000,000.00) for the faithful performance by the undersigned principal of his/her official duties as the Trustee of the above named Debtor.

This bond shall remain in full force and effect until the Surety Company has terminated further liability after 30 days written notice filed with the Clerk of the Bankruptcy Court for the Eastern District of North Carolina and with the Bankruptcy Administrator or his/her designate **OR** the Trustee receives written authorization from the Bankruptcy Administrator or his/ her designate, releasing the surety company from any further liability under the bond. The Surety shall have no liability for any losses caused by conduct in which said named Principal engaged prior to the effective date of this bond.

DATE: October 22, 2002

Approved

_____
Judge A. Thomas Small
EDNC

Date: DEC 16 2002 _____

HOLMES P. HARDEN

_____
PRINCIPAL

LIBERTY MUTUAL INSURANCE COMPANY

*Eloise B. Farnsworth*
ELOISE B. FARNSWORTH
ATTORNEY-IN-FACT

**THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.**

1096660

This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

### LIBERTY MUTUAL INSURANCE COMPANY
### BOSTON, MASSACHUSETTS

### POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS:

That Liberty Mutual Insurance Company (the "Company"), a Massachusetts mutual insurance company, pursuant to and by authority of the By-law and Authorization hereinafter set forth, does hereby name, constitute and appoint **CLARK P. FITZ-HUGH, R. TUCKER FITZ-HUGH, KATHERINE B. WERNER, ELOISE B. FARNSWORTH, DARLENE A. BORNT, LINDA A. BOURGEOIS, CATHERINE C. KEHOE, ELIZABETH C. LABAT, ALL OF THE CITY OF NEW ORLEANS, STATE OF LOUISIANA** ................................................................

, each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations in the penal sum not exceeding _____ **FIFTY MILLION AND 00/100********************** DOLLARS ($  50,000,000.00******* )** each, and the execution of such undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents, shall be as binding upon the Company as if they had been duly signed by the president and attested by the secretary of the Company in their own proper persons.

That this power is made and executed pursuant to and by authority of the following By-law and Authorization:

ARTICLE XVI - Execution of Contracts: Section 5. Surety Bonds and Undertakings.
Any officer or other official of the company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the company by their signature and execution of any such instruments and to attach thereto the seal of the company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

By the following instrument the chairman or the president has authorized the officer or other official named therein to appoint attorneys-in-fact:

Pursuant to Article XVI, Section 5 of the By-laws, Timothy C. Mulloy, an official of Liberty Mutual Insurance Company, is hereby authorized to appoint such attorneys-in-fact as may be necessary to act in behalf of the company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. All Powers of Attorney attested to or executed by Timothy C. Mulloy in his capacity as an officer or official of Liberty Mutual Insurance Company, whether before, on or after the date of this Authorization, including without limitation Powers of Attorney attested to or executed as Assistant Secretary of Liberty Mutual Insurance Company, are hereby ratified and approved.

That the By-law and the Authorization set forth above are true copies thereof and are now in full force and effect.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Company and the corporate seal of Liberty Mutual Insurance Company has been affixed thereto in Plymouth Meeting, Pennsylvania this  29th  day of _____ August _____ , 2002 ___

### LIBERTY MUTUAL INSURANCE COMPANY



By _____
Timothy C. Mulloy, Assistant Secretary

COMMONWEALTH OF PENNSYLVANIA     ss
COUNTY OF MONTGOMERY

On this  29th  day of _____ August _____ , 2002 , before me, a Notary Public, personally came  Timothy C. Mulloy, to me known, and acknowledged that he is an official of Liberty Mutual Insurance Company; that he knows the seal of said corporation; and that he executed the above Power of Attorney and affixed the corporate seal of Liberty Mutual Insurance Company thereto with the authority and at the direction of said corporation.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at Plymouth Meeting, Pennsylvania, on the day and year first above written.

Notarial Seal
Teresa Pastella, Notary Public
Plymouth Twp., Montgomery County
My Commission Expires Mar 28, 2005
Member, Pennsylvania Association of Notaries

_Teresa Pastella_
Notary Public

#### CERTIFICATE

I, the undersigned, Assistant Secretary of Liberty Mutual Insurance Company, do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy, is in full force and effect on the date of this certificate; and I do further certify that the officer or official who executed the said power of attorney was one of the officers or officials specially authorized by the chairman or the president to appoint attorneys-in-fact as provided in Article XVI, Section 5 of the By-laws of Liberty Mutual Insurance Company.

This certificate and the above power of attorney may be signed by facsimile or mechanically reproduced signatures under and by authority of the following vote of the board of directors of Liberty Mutual Insurance Company at a meeting duly called and held on the 12th day of March, 1980.

VOTED that the facsimile or mechanically reproduced signature of any assistant secretary of the company, wherever appearing upon a certified copy of any power of attorney issued by the company in connection with surety bonds, shall be valid and binding upon the company with the same force and effect as though manually affixed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of the said company, this _____ day of _____ , _____ .



John F. X. Hee, Assistant Secretary

<div style="writing-mode: vertical">Not valid for mortgage, note, loan, letter of credit, bank deposit, currency rate, interest rate or residual value guarantees.</div>

<div style="writing-mode: vertical">To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.</div>