**FILED**

FEB - 4 2003

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

January 30, 2003

U. S. Bankruptcy Court
Eastern District of North Carolina
P. O. Box 1441
Raleigh, NC 27602

**RE: INTERNATIONAL HERITAGE**

To Whom It May Concern:

Please note that I have recently changed my last name from Van Atta to Foster. My claim number is #5489 and I just wanted to be sure your records were kept up-to-date. My mailing address is still 9306 Oakland Road, Weedsport, NY 13166.

If you have any questions, please call me at 315-776-8309, or you can e-mail at lafl1557@dreamscape.com or fosterl@upstate.edu. Thank you very much.

Sincerely,

*Lauri A. Foster*

Lauri A. Foster
9306 Oakland Road
Weedsport, NY 13166
(315) 776-8309

LAF