UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**FILED**

FEB 14 2003

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:                                )
                                      )        CHAPTER 7
INTERNATIONAL HERITAGE, INC.          )        CASE NO. 98-02675-5-ATS
                                      )
        Debtor.                       )

## MOTION OF TRUSTEE FOR
## AUTHORITY TO ENTER INTO SETTLEMENT AGREEMENT

NOW COMES Holmes P. Harden, Trustee for the above-captioned Debtor, and requests an order authorizing him to enter into a Settlement Agreement with Erie Insurance Company, a copy of which is attached as Exhibit A and incorporated herein by reference. In support of its Application, Trustee states as follows:

1.      International Heritage, Inc. and International Heritage Incorporated filed voluntary petitions in bankruptcy on November 25, 1998 and Holmes P. Harden ("Trustee") was appointed Chapter 7 Trustee. Erie Insurance Company provided Commercial General Liability ("CGL") Policy No. Q41 1650276 NC for International Heritage, Inc. with coverage for employee dishonesty with a limit liability of $60,000.00 (the "Policy"). The Policy was effective from 5/16/98 to 5/16/99. The Policy was a renewal of previous policies ("Previous Policies"). In or about April, 2002, the Estate filed a claim with Erie Insurance Company against the Policy arising from certain conduct of Stanley H. Van Etten ("Van Etten"). On May 6, 2002, the Estate filed an Amended Proof of Loss with Erie Insurance Company.

2.      Trustee alleges in the Proof of Loss that losses were incurred by the Debtor as a result of certain criminal acts resulting in losses to the debtor in an amount in excess of $200,000.00.

00159269.WPD

3.      Erie denies that the aforedescribed losses are covered under the Policy on the grounds that the policy does not "cover any 'loss caused by any dishonest or criminal act committed by you or any of your members of a limited liability company, or any of your Partners, whether acting alone or in collusion with other persons.'" In addition, Erie contends that even if the acts of Van Etten are covered, the acts constitute one occurrence and the maximum payable for said occurrence is Ten Thousand Dollars ($10,000.00).

4.      Erie and Trustee are in a disagreement regarding coverage afforded to Debtor under the Policy.  After due consideration of the merits of each parties respective contentions regarding the coverage issue, Trustee believes it in the best interest of creditors to enter into the settlement agreement with Erie.

5.      Trustee and Erie propose a settlement of the claim whereby Sixty Thousand Dollars ($60,000.00) will be paid by Erie to Trustee.

6.      Pursuant to the Settlement Agreement, Erie will obtain releases from the Debtor from any further claims on the Policy and Previous Policies issued by Erie for Debtor.

## TRUSTEE BELIEVES THE PROPOSED SETTLEMENT
## IS REASONABLE

7.      Trustee is of the opinion that settling the above-described controversy is in the best interest of the expeditious administration of the Debtor's estate, given the merits of defenses and complexity, expense, and convenience and delay of litigation.  Trustee therefore deems it appropriate and consistent with his duties to enter into the Settlement Agreement with Erie which settlement by its terms *inter alia* (a) brings substantial revenue

00159269.WPD

into the bankruptcy estate without incurring additional costs and expenses and (b) avoids complicated litigation concerning insurance coverage issues.

8.      Trustee is authorized to execute the Settlement Agreement with court approval.

WHEREFORE, Trustee prays the Court that the Court authorize him to enter into a Settlement Agreement in the form attached hereto as Exhibit B on behalf of the debtor corporation.

This the 12th day of February, 2003.

Holmes P. Harden
State Bar No. 835
Chapter 7 Trustee
Maupin, Taylor & Ellis, P.A.
P.O. Box 19764
Raleigh, NC 27619
Telephone: 919/981-4000

00159269.WPD



EXHIBIT

A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: )
) CHAPTER 7
INTERNATIONAL HERITAGE, INC. ) CASE NO. 98-02675-5-ATS
)
Debtor. )

**SETTLEMENT AGREEMENT and RELEASE**

This Settlement Agreement and Release ("Agreement") is made and entered into this the ____ day of _____, 2003, by and between Holmes P. Harden, as Bankruptcy Trustee for International Heritage, Inc. (the "Trustee") and Erie Insurance Company ("Erie") (collectively the "Parties").

WHEREAS, Erie issued a Commercial General Liability ("CGL") Policy No. Q411650276HC to International Heritage, Inc. ("IHI") for the period May 16, 1998 to May 16, 1999 (the "Policy");

WHEREAS, the Policy was the renewal of previous policies ("Previous Policies");

WHEREAS, Stanley H. Van Etten ("Van Etten"), an employee of International Heritage, may have engaged in conduct which resulted in a loss to IHI;

WHEREAS, IHI has sought coverage under the employee dishonesty endorsement of the Policy for all losses resulting from the conduct of Stanley Van Etten;

WHEREAS, a dispute has arisen between Erie and IHI regarding whether there is coverage under the Policy for the conduct of Van Etten;

00159272.WPD

WHEREAS, the Trustee and Erie desire to compromise, settle and relinquish all claims which IHI may have arising from the conduct of Van Etten in return for payment received and good and valuable consideration from Erie; and

WHEREAS, the Trustee has reviewed the contentions of Erie with respect to coverage issues and has determined in his business judgment that a resolution by way of this proposed settlement is appropriate and is in the best interest of the Estate;

NOW, THEREFORE, in consideration of the mutual agreements and covenants set forth herein and other good and valuable consideration, the Trustee and Erie agree as follows:

1.    Trustee shall promptly file a motion with the Bankruptcy Court seeking the Court's approval of the settlement pursuant to Bankruptcy Rule 9019. Among other things, the Trustee's motion shall request the Bankruptcy Court to enter a final order and judgment approving the proposed settlement and finding that Erie is released from any and all obligations under the Policy or Previous Policies issued in favor of IHI, whether known or unknown, anticipated or unanticipated, past, present or future. The Trustee shall serve the motion on Erie and shall also provide Notice of Proposed Settlement to all interested parties, including without limitation, all of IHI's creditors (the "Interested Parties"). Among other things, the Trustee's notice shall apprise the Interested Parties of the terms of the proposed settlement, the deadline and procedure for submission of any objections to the proposed settlement, and the date the Court will conduct a hearing on the Trustee's motion to approve the proposed settlement.

2.    If for any reason the Court does not enter an order approving the proposed settlement in a form acceptable to Erie, then Erie in its sole discretion, may terminate this

00159272.WPD                                           2

Agreement, in which case this Agreement shall become null and void and the parties hereto shall be restored to the status quo ante existing prior to the execution of the Agreement.

3.      If the Court enters an order (i) approving the proposed settlement; and (ii) declaring that Erie has no obligations whatsoever under the Policy, or prior policies, then when such order becomes final; that is, the settlement documentation has been approved by final order of the United States District Court for the Eastern District of North Carolina, and that order has become final, either because the time period in which to take a timely appeal from this order has expired or, in the case of an appeal from such order, the order has been upheld on appeal and all further rights of appeal or petitions for certiorari have been completely exhausted, then:

a.      Within ten (10) days of the date that approval of the settlement becomes final, and after all conditions set forth in Paragraph 3 are satisfied, Erie shall pay to IHI's Bankruptcy Trustee, Sixty Thousand Dollars ($60,000.00). The payments described in this paragraph shall constitute the entirety of Erie's payment obligation pursuant to the policy and any previous policies issued by Erie.

b.      The Trustee and Erie, their affiliates, heirs, predecessors, assigns, and all third parties claiming through them, shall release each other and their respective affiliates, employees, directors, officers, attorneys, claim managers, reinsurers, agents or any professionals retained by them from any and all claims, debts, or demands, obligations, damages, liabilities, benefits, costs and causes of action, of whatever kind or character, known or unknown, past, present or future, that they have, had, or may have against each other or their respective affiliates, employees, directors, officers, attorneys, claim manager, reinsurers, agents and any professional retained by them, on account of or in any way growing out of, based or relating to (a) the Policy or Previous Policies issued by Erie in which International Heritage is named as an insured, and (b) a matter in which Erie, its affiliates, employees, directors, officers, attorneys, claim managers, reinsurers, agents and any professionals retained by them responded

to, handled and resolved their claims for coverage under the policy in connection with the underlying action.

4.    The parties to this Agreement expressly assume the risk that acts, errors, omissions, matters, causes or things may have occurred which are not known or not suspected to exist by one or more of them and waive the terms and provisions of any statute, rule or doctrine of common law which either narrowly construe, releases, purporting by their terms to release claims in whole or in part, based upon, arising from, or related to such acts, omissions, matters, causes or things which restricts or prohibits the releasing of such claims.

5.    The parties agree to execute promptly any and all documents of any nature or kind which the other parties may reasonably require in order to implement the provisions and objectives of this Agreement. The parties shall bear their own costs and fees incurred to implement the terms of this paragraph.

6.    Notice regarding matters involving this Agreement to the Trustee shall be provided to:

> James A. Roberts, III
> A. Graham Shirley
> Lewis & Roberts, PLLC
> 1305 Navaho Drive, Suite 400
> P.O. Box 17529
> Raleigh, NC 27619-7529

Notice to Erie shall be provided to:

> Patrick M. Aders
> Edgar & Paul
> P.O. Box 16099
> Chapel Hill, NC 27516-6099

00159272.WPD                                                4

or such other addresses as the parties to this Agreement may furnish to each other pursuant to the provisions of this paragraph.

7.     The parties to this Agreement acknowledge and agree that neither entry into this Agreement nor the payment of any sum of money referenced in or pursuant to this Agreement shall constitute or be construed as an admission of liability by any party to any person or entity or as an admission of coverage under the Policy.

8.     This Agreement constitutes the entire agreement between the Trustee and Erie regarding the settlement of IHI's claims for insurance coverage in connection with loss under the policies.  The parties to this Agreement hereby agree that the only valid and enforceable modifications to this Agreement shall be those which we reduced to a writing and signed by all parties hereto, or by their respective counsel.

9.     The validity and enforceability of this Agreement shall be governed by the laws of the State of North Carolina.

10.     This Agreement is made and executed by each of the parties hereto with the advice of counsel, and no party hereto has been coerced or induced to make this compromise and settlement by any improper action of any other party hereto.  This Agreement shall not be construed either in favor of or against any party by virtue of any rules of contract construction contended to be applicable to insurance policies, nor shall any party be deemed to be the sole drafter hereof.

11.     By their signatures below, the undersigned represent and warrant that they are duly authorized to bind the party or parties on whose behalf they have executed this Agreement.

12.    This Agreement may be executed in one or more counterparts, each of which shall be deemed an original and when taken together with the other signed counterparts, shall constitute one agreement which shall be binding upon and effective as to all parties.

IN WITNESS WHEREOF, each of the parties have executed this Agreement on the day and year indicated below.

Erie Insurance Company

Date:_____        By:_____

                             Holmes P. Harden, as Bankruptcy Trustee
                             for International Heritage, Inc.

Date:_____        _____

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing document was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the ____ day of _____, 2003.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _____

Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:
Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

Patrick Anders, Esquire
Edger and Paul
1777 Durham-Chapel Hill Blvd.
Suite 204
Chapel Hill, NC 27514

James A. Roberts, III, Esquire
A. Graham Shirley, Esquire
Lewis & Roberts
P.O. Box 17529
Raleigh, NC 27619-7529

See Attached Mail Matrix and E-Mail List

RAL/179511/1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          )
                                                )    CHAPTER 7
INTERNATIONAL HERITAGE, INC.                    )    CASE NO. 98-02675-5-ATS
                                                )
                    Debtor.                     )

### NOTICE OF MOTION FOR APPROVAL
### OF COMPROMISE AND SETTLEMENT AND CERTIFICATE OF SERVICE

To:    All Creditors of International Heritage, Inc. and
       Other Parties in Interest

NOTICE IS HEREBY GIVEN of the Application of Trustee for authority to enter into settlement agreement regarding Erie Insurance Company in the amount of Sixty Thousand Dollars ($60,000.00).

An objection to the motion must be filed with the Clerk, United States Bankruptcy Court, Post Office Box 1441, Raleigh, North Carolina 27602-1441, with a copy served on the Trustee whose name appears at the bottom of this Notice, within Twenty (20) Days from the date of this Notice.  No hearing will be conducted on said objection unless the Court, in its discretion, deems a hearing necessary, or unless the party in interest requests a hearing.  Any party requesting a hearing shall appear at the hearing in support of such request or he may be assessed with costs.

00160240.WPD

Date of Notice: February 13, 2003.

Holmes P. Harden
State Bar No. 835
Chapter 7 Trustee
Maupin, Taylor & Ellis, P.A.
P.O. Box 19764
Raleigh, NC 27619
Telephone: 919/981-4000

00160240.WPD                                          2

CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing document was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the ___ day of _____, 2003.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _____
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:
Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

Patrick Anders, Esquire
Edger and Paul
1777 Durham-Chapel Hill Blvd.
Suite 204
Chapel Hill, NC 27514

James A. Roberts, III, Esquire
A. Graham Shirley, Esquire
Lewis & Roberts
P.O. Box 17529
Raleigh, NC 27619-7529

See Attached Mail Matrix and E-Mail List

RAL/179511/1

## MAUPIN TAYLOR & ELLIS, P.A.

ATTORNEYS AT LAW
HIGHWOODS TOWER ONE, SUITE 500
3200 BEECHLEAF COURT
RALEIGH, NORTH CAROLINA  27604-1064

TELEPHONE (919) 981-4000

MAILING ADDRESS
POST OFFICE DRAWER 19764
RALEIGH, NORTH CAROLINA  27619-9764
TELEFAX (919) 981-4300
ÀÀÀÀÀÀ

DURHAM/RESEARCHTRIANGLE PARK OFFICE
411 ANDREWS ROAD, SUITE 150
DURHAM, NORTH CAROLINA  27705
TELEPHONE (919) 382-0188
ÀÀÀÀÀ

# FACSIMILE TRANSMISSION

### CONFIDENTIAL [ ]          RUSH [ ]

TO:    *Chittenden Bank*
*c/o Louis P. Rochkind*
*Jaffe, Raitt, Heuer & Weiss*
*One Woodward Avenue, Suite 2400*
*Detroit, MI 48226*

FROM:    *Holmes P. Harden*

MAUPIN TAYLOR & ELLIS, P.A.
POST OFFICE DRAWER 19764
RALEIGH, NORTH CAROLINA  27619-9764
**DIRECT DIAL #:** *919-981-4011*

CITY:                                                        DATE:

FACSIMILE #:    ~~*313-961-8358*~~          OUR FILE NUMBER:         ~~*BANK7A-206*~~

TOTAL NUMBER OF PAGES, INCLUDING COVER SHEET:

The material transmitted and communicated herein ("communication") is intended only for the use of the individual or entity to which it is addressed, and may contain information that constitutes work product, or is subject to attorney-client privilege, or is confidential and exempt from disclosure under applicable law.  If the reader of this communication is not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  Thank you.

## MESSAGE:

Original to follow by mail?  **X**  Yes     __ No

We are transmitting from Group III equipment.

**Facsimile #:  919/981-4300**

**Help #:  919/981-4063**

RAL/179511/1

Terri I. Gardner
Poyner & Spruill, LLP
P. O. Box 10096
3600 Glenwood Avenue
Raleigh, NC 27605

Managing Agent
International Heritage, Inc.
c/o Mayflower Capital LLC
5601 Spring Court
Raleigh, NC 27616-2920

Brent E. Wood
4000 Westchase Blvd.
Raleigh, NC 27607

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
1000 Cambridge Square, Suite C
Alpharetta, GA 30004

James Russell Tucker
Tucker & Ratcliffe, L.L.P.
500 N. Akard Street, Suite 3500
Dallas, TX 75201

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Dorothy H.  Miller
102 Triangle Circle
Lafayette, LA 70508

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Stacey Ostrom
202 Oak Creek Drive
League City, TX  77573-1762

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Jane E. Chassey
1514 Azalea Drive
Saint Louis, Missouri 63119

Carolyn E. John
485 Broad River Blvd.
Beaufort, SC 29906

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL -9490 Vaduz   LIECHTENSTEIN

Gary D. McDowell
200 Ansley Close
Roswell, GA 30075

Jean Wedin
P. O. Box 753
LaConner, WA 98257

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Managing Agent
Mayflower Capital, LLC
5601 Spring Court
Raleigh, NC 27616-2920

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen    SWITZERLAND

Managing Agent
Schweizerische Hypothekcn
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich    SWITZERLAND

Stanley H. Van Etten
10504 Tredwood Drive
Raleigh, NC 27615

Managing Agent
UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich    SWITZERLAND

Charles Anderson
Smith Helms Mulliss & Moore
P. O. Box 27525
Raleigh, NC 27611

Marianne Kelley
142419 133 Ave.
Edmonton, Alberta
CANADA T5A5A5

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Larry Smith
2435 E. North Street
Greenville, SC 29615

Anna M. Washburn
145 Christopher Drive
Clayton, NC 27520

Shawna Y. Staton
Jordan, Price, Wall, Gray,
 Jones & Carlton
P. O. Box 2021
Raleigh, NC 27602-2021

Henry W. Nozko, Jr., President
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Henry W. Nozko, Jr., President
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Managing Agent
Coeco
2525 Atlantic Avenue
Raleigh, NC 27604

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN 56258

Managing Agent
EDS Financial Services
4800 Six Forks Road
Raleigh, NC 27609

Managing Agent
Centrum Bank AGVaduz
Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz    LIECHTENSTEIN

Managing Agent
Accurata Treuhand und Revisions AG Vaduz
Abundt 36
 FL-9490 Vaduz    LIECHTENSTEIN

Managing Agent
UBS AG, Zurich Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich    SWITZERLAND

Lloyd W. Gathings, II
Gathings & Associates
P. O. Box 10545
Birmingham, AL 35202

Managing Agent
TransAmerica-TIG Insurance
5205 N.O. Connor Blvd. Ste. B1
Irving, TX 75039-3724

Sherwin P. Robin
P. O. Box 9541
Savannah, GA 31412-9541

Tony Copeland
BTI
4300 Six Forks Road, Suite 500
Raleigh, NC 27609

RAL/179511/1

Michael P. Flanagan
Ward and Smith, P.A.
P. O. Box 8088
Greenville, NC 27835-8088

Vickie Corbitt,
Attorney for Commissioner of Revenue
Tennessee Dept. of Revenue - Legal
312 8th Ave. N. #27 Fl.
Nashville, TN 37243-0001

Jean Boyles
P. O. Box 10506
Raleigh, NC 27605

James A. Roberts, III
Lewis & Roberts, PLLC
P. O. Box 17529
Raleigh, NC 27619-7529

Stephani W. Humrickhouse, Esq.
Nicholls & Crampton
4300 Six Forks Road, Suite 700
Raleigh, NC  27609

Paul Faison S. Winborne
300/200 Parham Street, Suite F
P. O. Box 1547
Raleigh, NC 27602

Patrick H. Tyler
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

Janet Cradeur
P. O. Box 66658
Baton Rouge, LA 70896

Missouri Department of Revenue
Attn: Brian S. Kuhlmann
P. O. Box 475
Jefferson City, MO 65105-0475

James K. Austin
Ellis Painter Ratterree & Bart LLP
P. O. Box 9946
Savannah, GA 31412-9946

Meredith P. Ezzell
Wyrick Robbins Yates & Ponton LLP
P. O. Drawer 17803
Raleigh, NC 27619

Marcia McGair Ippolito
R.I. Division of Taxation
One Capitol Hill
Providence, RI 02908-5800

J. Anthony Penry
Smith,Helms, Mulliss & Moore
2800 Two Hanover Square
Raleigh, NC 27601

Walter Calton
312 East Broad Street
Eufaula, AL 36072

Keith M. Jensen
Law Office of Keith M. Jensen
514 East Beklnap
Fort Worth, TX 76102

Joseph N. Calloway, Esq.
Battle, Winslow, Scott & Wiley, P.A.
P. O. Box 7100
Rocky Mount, NC 27804-0100

L. C. Gilbert, Jr.
74 Hilltop Lane
Alpine, AL 35014

Randall L. Greene
Rt. 1, Box 155
Randlett, OK 73562

Maria Lee Siwierka
5507 Deerbourne Chase Dr.
Sugar Land, TX 77479-4194

Jackson Wayne Murphy
Rt. 6, Box 154
Troy, AL 36081

James H. Thomas
101 Robin Drive
Troy, AL 36081

Craig T. Liebendorfer
7315 Hundley Blvd.
Dallas, TX 75231-4722

Denise Marsh
709 Summit Ridge
Lewisville, TX 75067

Sharon A. Meckenstock
1640 West 34th St., N.
Wichita, KS 67204

State Auditor's Office
Montana Securities Department
Mitchell Building, Room 270
State Capital Complex
Helen, MT 59620

William Swinney
3365 Silver Palm Drive
Jacksonville, FL 32250

Marshall Reddy
P. O. Box 806
Ponte Verde Beach, FL 32004

Henry W. Noziko, Jr.
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Gerald A. Jeutter
Kilpatrick Stockton, LLP
P. O. Box 300004
Raleigh, NC 27622

Henry W. Noziko, Jr.
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Michael K. Wolensky
Robert G. Brunton
David J. Gellen
Kutak Rock
225 Peachtree St., NE, Suite 2100
Atlanta, GA 30303-1731

Ray Burns
5633 NW Moonlight Meadow Ct.
Lees Summit, MO 64064

Gary V. Dixon
Ross Dixon & Bell, LLP
601 Pennsylvania Ave. NW
North Boulevard
Washington, DC 20004-2688

Ronald H. Garber
Boxley Bolton & Garber
P. O. Drawer 1429
Raleigh, NC 27602

Virginia Andrews Burdette
P. O. Box 47
Mukilteo, WA 98275

Scott L. Wilkinson
Assistant U.S. Attorney
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Joseph B. Cheshire V
Cheshire Parker Schneider Wells & Bryan
P. O. Box 1029
Raleigh, NC 27602

Managing Agent
International Heritage, Incorporated
c/o Mayflower Capital LLC
5601 Spring Court
Raleigh, NC 27616-2920

James Burshtyn
Office of Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78712548

Jackie S. Hart
1706 Antigua Lane
Nassau Bay, TX  77058

E-mail:  x2-song@worldnet.att.net
E-mail:  hual@airmail.net
E-mail:  mayfi23@marz.com
E-mail:  Buddha623@aol.com
E-mail:  pgorman@vantagepointcapital.com
E-mail:  wrightr@mindspring.com
E-mail:  mlafontaine@abbot-simses.com
E-mail:  rabbit@rockisland.com
E-mail:  cheryll.COSTANIINO@edmail.com
E-mail:  jasbircheema@amropictures.com
E-mail:  72320.316@compuserve.com
E-mail:  stann@colby.IXKS.com
E-mail:  gjack312@Intrstar.net
E-mail:  hdfrey@telusplanet.net
E-mail:  DLWARREN@BellSouth.net
E-mail:  michael_bhagat@hotmail.com
E-mail:  rliston@spartanburg4.0rg
E-mail:  ghromero@aol.com
E-mail:  joanchan@rocketmail.com
E-mail:  edeem@worldnet.att.net
E-mail:  DFITZPA400@aol.com
E-mail:  theboock@compuserve.com
E-mail:  pondman@memes.com
E-mail:  docchiro@ISLC.net
E-mail:  RIZMOE@NWRain.com
E-mail:  thodges@gateway.net
E-mail:  hlee@directv.com
E-mail:  fabb@telusplanet.net
E-mail:  cordw@deltapineseed.com
E-mail:  NBECK87570@aol.com
E-mail:  JYANG4@FORD.COM
E-mail:  mccarthy@mccarthyconsultant.com
E-mail:  digger@bcsupernet.com
E-mail:  BREIDYIII@aol.com
E-mail:  pak@jcnl.com
E-mail:  lpartr1072@aol.com
E-mail:  leadership.possibilities.mak@worldnet.att.net
E-mail:  mtheisen@efn.org
E-mail:  MLGeller@aol.com
E-mail:  mooreem@harpo.tnstate.edu
E-mail:  backpain@keynet.net
E-mail:  Hbeckbari@aol.com
E-mail:  mwarhurst@yahoo.com
E-mail:  js.baum@srs.gov
E-mail:  wynellh@flash.net
E-mail:  dlatray@mcn.net
E-mail:  bwood@woodfran.com
E-mail:  DickLynn Ferency@compuserve.com
E-mail:  CHASSEYRAY@email.msn.com
E-mail:  jim.griffith@erols.com
E-mail:  xiaokui.shan@bakernet.com
E-mail:  xshan@aol.com
E-mail:  kkandola@theresidences.com
E-mail:  lrochkind@jafferaitt.com
E-mail:  sdostrom@hotmail.com
E-mail:  michaelhopkins@mailcity.com
E-mail:  dana-charles@worldnet.att.net
E-mail:  options-galore@yahoo.com
E-mail:  bchap01@aol.com
E-mail:  ceissngr@midrivers.com
E-mail:  glassgs@cadvision.com
E-mail:  mbrown8967@aol.com
E-mail:  diemert@northerntel.net
E-mail:  cgrumer@manatt.com
E-mail:  shouli.yang@stjude.org
E-mail:  RJWNLAW@aol.com

E-mail: sds98@eatel.net
E-mail: jwmaloy@aol.com
E-mail: kanelos@mindspring.com
E-mail: blairc@iname.com
E-mail: Larry_Fletcher@bc.sympatico.ca
E-mail: JNRRICH@Intur.net
E-mail: aadrezin@Epix.net
E-mail: kimball.peed@bigfoot.com
E-mail: tammyr@falcon.ukans.cc.edu
E-mail: VTPALMER27@yahoo.com
E-mail: crandall@rock-springs.dowell.slb.com
E-mail: gedler@bellsouth.net
E-mail: r_brown@email.msn.com
E-mail: hou@mail.med.upenn.edu
E-mail: dsbarron@bellsouth.net
E-mail: jamcgrath@yahoo.com
E-mail: bjsaw@ttc-cmc.net
E-mail: smsutom@aol.com
E-mail: lynn@dot.state.al.us
E-mail: pingnas@ica.net
E-mail: Hanna@tir.com
E-mail: buddunn@auantumworld.com
E-mail: Rahmati@ibm.net
E-mail: Docnielsen@webtv.net
E-mail: mjandcarlincc@juno.com
E-mail: loking@wixmail.com
E-mail: Jholt@Clemson.edu
E-mail: jsmusa@mindspring.com
E-mail: Mainland@ticnet.com
E-mail: cce3@juno.com
E-mail: mcnamer@bigsky.net
E-mail: mwa@wnonline.net
E-mail: lesterabs@mindspring.com
E-mail: shanson@kearney.net
E-mail: an667@hwcn.org
E-mail: yu241703@yorku.ca
E-mail: yu241703@yorku.ca
E-mail: lihen
E-mail: dsbarron@bellsouth.net
E-mail: jamcgrath@yahoo.com
E-mail: bbaum89@aol.com
E-mail: bjsaw@ttc-cmc.net
E-mail: smsutom@aol.com
E-mail: lynn@dot.state.al.us
E-mail: pingnas@ica.net
E-mail: Hanna@tir.com
E-mail: buddunn@quantumworld.com
E-mail: Rahmati@ibm.net
E-mail: docnielsen@webtv.net
E-mail: mjandcarlincc@juno.com
E-mail: loking@wixmail.com
E-mail: Jholt@Clemson.edu
E-mail: jsmusa@mindspring.com
E-mail: Mainland@ticnet.com
E-mail: cce3@juno.com
E-mail: mcnamer@bigsky.net
E-mail: mwa@wnonline.net
E-mail: lesterabs@mindspring.com
E-mail: shanson@kearney.net
E-mail: an667@hwcn.org
E-mail: yu241703@yorku.ca
E-mail: TJDeavers@aol.com
E-mail: BrAnDin420@aol.com
E-mail: hou@mail.med.upenn.edu
E-mail: CTBallard@aol.com
E-mail: beth_pattillo@shmm.org

E-mail: swede@dmea.net
E-mail: kmaxeyjr@bayou.com
E-mail: Wesglynn@aol.com
E-mail: jwarren@wyche.com
E-mail: dongming.zhao@jci.com
E-mail: pkloosterman@juno.com
E-mail: JEEPETTE99@aol.com
E-mail: pingnas@ica.net
E-mail: Karen0906@aol.com
E-mail: lonni@pb.quik.com
E-mail: Dana-Charles@Worldnet.Att.Net
E-mail: Averitas@aol.com
E-mail: kk_1200@kwikkopy.com
E-mail: hewlett@cablelan.net
E-mail: sonia_voldseth@burns.senate.gov
E-mail: dzeigler@jsucc.jsu.edu
E-mail: mchad@acnet.net
E-mail: albourassa@bigfoot.com
E-mail: albourassa@bigfoot.com
E-mail: Harden, Holmes
E-mail: Mgutierrez@pirnie.com
E-mail: mayfi23@marz.com
E-mail: shucko@prodigy.net
E-mail: zuzuy2k@yahoo.com
E-mail: Mgutierrez@pirnie.com
E-mail: Mgutierrez@pirnie.com
E-mail: RRALBRIGHT@AOL.COM
E-mail: bcslaw@prodigy.net
E-mail: rosieo@bigsky.net
E-mail: mooreem@harpo.tnstate.edu
E-mail: VANATTAL@VAX.CS.HSCSYR.EDU
E-mail: leadership.possibilities.mak@worldnet.att.net
E-mail: pingnas@ica.net
E-mail: cr8on@flash.net
E-mail: bcslaw@worldnet.att.net
E-mail: hewlettlj@shaw.ca
E-mail: ladevries@firstam.com
E-mail: ihatch@ala.net
Rmggood@Prodigy.Net