FILED
JUL 0 3 2003
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| INTERNATIONAL HERITAGE, INC. | ) CASE NO. 98-02675-5-ATS |
| | ) CHAPTER 7 |
| | ) |
| | ) |
| Debtor. | ) |

APPLICATION FOR COMPENSATION FOR
SERVICES RENDERED BY ATTORNEY SPECIALLY

The application of Lewis & Roberts, PLLC attorney specially for Trustee, in the above-captioned case, respectfully represents:

1. That on the 2nd day of February, 1999 Lewis & Roberts, PLLC was approved as attorney specially on a contingency basis in the above-referenced case, #98-02675-5-ATS, and has since performed certain services on behalf of the Trustee.

2. With court approval, Trustee employed Lewis & Roberts, PLLC for a fee of 25% of each recovery in favor of the estate against Executive Risk Specialty Insurance Company, TIG Insurance Company, 20/21 Software, Inc. 20/21 Interactive LLC and Vertex, Inc. The original engagement was intended to encompass all insurance recoveries. Trustee's application to hire Lewis and Roberts and the subsequent order approving the employment did not mention a separate claim against Erie Insurance Company only because Trustee was unaware of the estate's claim against Erie Insurance Company when he sought approval of the employment.

3. Lewis & Roberts, PLLC recovered $60,000.00 from Erie Insurance Company for the estate. Trustee therefore seeks compensation for Lewis & Roberts in the amount of $15,000.00.

381609

Applicant believes that the compensation requested is fair and reasonable.

WHEREFORE, your applicant prays that Lewis & Roberts, PLLC be allowed and paid from the estate the above requested interim compensation of $15,000.00 immediately.

This the 2nd day of ~~June,~~ July 2003.

*/s/ Holmes P. Harden*
Holmes P. Harden, Trustee
3200 Beechleaf Court, Suite 500
P.O. Drawer 19764
Raleigh, NC 27619-9764
(919) 981-4000

Sworn to and subscribed before me this the 2nd day of July, 2003.

*/s/ Sandra L. Cummings*
Notary Public

My Commission Expires:
10/31/03

381609

CERTIFICATE OF SERVICE

  I, Holmes P. Harden, do hereby certify that the foregoing document was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the 2nd day of July, 2003.

MAUPIN TAYLOR & ELLIS, P.A.

BY: _____
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:
Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

James A. Roberts, III, Esquire
A. Graham Shirley, Esquire
Lewis & Roberts
P.O. Box 17529
Raleigh, NC 27619-7529

RAL/179511/1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                    )
                                          )
INTERNATIONAL HERITAGE, INC.              )   CASE NO. 98-02675-5-ATS
                                          )   CHAPTER 7
                                          )
                                          )
          Debtor.                         )

### NOTICE OF APPLICATION FOR COMPENSATION
### FOR SERVICES OF ATTORNEY SPECIALLY FOR TRUSTEE AND
### CERTIFICATE OF SERVICE

TO: ALL CREDITORS OF INTERNATIONAL HERITAGE, INC. AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN of the Application for Compensation for Services Rendered by Attorney Specially in the amount of $15,000.00, representing 25% of the estate's settlement with Erie Insurance Company, filed simultaneously herewith by Holmes P. Harden, Trustee.

An objection to the fees requested should be filed with the Clerk, U. S. Bankruptcy Court, Post Office Box 1441, Raleigh, North Carolina 27602 with a copy served on the trustee whose name appears at the bottom of this Notice within twenty (20) days of the date of this Notice. No hearing will be conducted on said objection unless the Court, in its discretion, deems a hearing necessary, or unless a hearing is requested by the party filing such request. Any party requesting a hearing shall appear at said hearing in support of such request or he may be assessed with costs.

DATE OF NOTICE: July 2, 2003

Holmes P. Harden, Trustee
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, North Carolina 2761

381609

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing **Notice of Application for Compensation for Services of Attorney Specially for Trustee and Certificate of Service** was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the 2nd day of July, 2003.

MAUPIN TAYLOR & ELLIS, P.A.

BY: /s/ Holmes P. Harden
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:
Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Lewis & Roberts, PLLC
1305 Navaho Drive
Raleigh, NC 27619

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

See Attached Mail Matrix and E-Mail List

381609

| | | |
|---|---|---|
| Terri I. Gardner<br>Smith Debnam Narron & Myers, L.L.P.<br>P. O. Box 26268<br>Raleigh, NC 27611-6268 | Managing Agent<br>International Heritage, Inc.<br>2626 Glenwood Avenue<br>Raleigh, NC 27608 | Brent E. Wood<br>Wood & Francis, PLLC<br>P. O. Box 164<br>Raleigh, NC 27602 |
| Stephanie P. Wyatt<br>Coyle, Bascom & Bergman, P.C.<br>1000 Cambridge Square, Suite C<br>Alpharetta, GA 30004 | James Russell Tucker<br>Bush, Hauder & Adkerson, P.C.<br>500 N. Akard Street, Suite 2100<br>Dallas, TX 75201 | Jack T. Clary<br>214 St. Matthews Lane<br>Spartanburg, SC 29301 |
| Richard Ieyoub, Attorney General<br>State of Louisiana<br>301 Main Street, Suite 1250<br>Baton Rouge, LA 70801 | Susan Coon Bailey<br>5233 Floynell Drive<br>Baton Rouge, LA 70809 | Dorothy H. Miller<br>102 Triangle Circle<br>Lafayette, LA 70508 |
| Chittenden Bank<br>c/o Louis P. Rochkind<br>Jaffe, Raitt, Heuer & Weiss<br>One Woodward Avenue, Suite 2400<br>Detroit, MI 48226 | Stacey Ostrom<br>3010 E. Nasa Road 1 #1302<br>Seabrook, TX 77586 | Eugene W. Ellison<br>185 Biltmore Avenue<br>Asheville, NC 28801 |
| Karl A. King<br>465 Sudden Valley<br>Bellingham, WA 98226 | Securities and Exchange Commission<br>Attn: William P. Hicks<br>3475 Lenox Road, NE<br>Atlanta, GA 30326 | Managing Agent<br>Internal Revenue Service<br>320 Federal Place<br>Greensboro, NC 27401 |
| Managing Agent<br>North Carolina Dept. of Revenue<br>P. O. Box 1168<br>Raleigh, NC 27602 | Marjorie K. Lynch<br>Bankruptcy Administrator<br>P. O. Box 3039<br>Raleigh, NC 27602-3039 | Jane E. Chassey<br>1514 Azalea Drive<br>Saint Louis, Missouri 63119 |
| Carolyn E. John<br>485 Broad River Blvd.<br>Beaufort, SC 29906 | Managing Agent<br>Advanced Equities<br>P. O. Box 1042<br>Winnfield, LA 71483 | Managing Agent<br>Centrum Bank AG, Vaduz<br>Heiligkreuz 8<br>Postfoch 1168<br>FL -9490 Vaduz   LIECHTENST |
| Gary D. McDowell<br>1138 Ascott Valley Dr.<br>Duluth, GA 30097 | Jean Wedin<br>P. O. Box 1600<br>LaConner, WA 98257 | Managing Agent<br>Jewels by Evonne<br>1879 Buford Hwy., Suite 7<br>Buford, GA 30518 |

6

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Managing Agent
Mayflower Capital, LLC
2626 Glenwood Ave., Suite 100
Raleigh, NC 27608

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen   SWITZERLAND

Managing Agent
Schweizerische Hypotheken
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich   SWITZERLAND

Stanley H. Van Etten
10504 Tredwood Drive
Raleigh, NC 27613

Managing Agent
UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich   SWITZERLAND

Charles Anderson
Smith Helms Mulliss & Moore
P. O. Box 27525
Raleigh, NC 27611

Marianne Kelley
142419 133 Ave.
Edmonton, Alberta
CANADA T5A5A5

Robert L. Chalmers
2800 Skymark Ave., Ste. 33
Mississauga, Ontario
CAN L4W5A6

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Larry Smith
2435 E. North Street
Greenville, SC 29615

Anna M. Washburn
145 Christopher Drive
Clayton, NC 27520

Shawna Y. Staton
Jordan, Price, Wall, Gray,
 Jones & Carlton
P. O. Box 2021
Raleigh, NC 27602-2021

Henry W. Nozko, Jr., President
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Henry W. Nozko, Jr., President
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Managing Agent
Coeco
2525 Atlantic Avenue
Raleigh, NC 27604

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN 56258

Managing Agent
EDS Financial Services
4800 Six Forks Road
Raleigh, NC 27609

Managing Agent
Centrum Bank AG Vaduz
Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz   LIECHTENSTEIN

Managing Agent
Emil Schatz, St Gallen
Oberhofstettenstrasse 67C
CH-9012, Saint Gallen   SWI

Managing Agent
Accurata Treuhand und Revisions AG Vaduz
Abundt 36
 FL-9490 Vaduz   LIECHTENSTEIN

Managing Agent
Mareco Treuhand Anstalt
Schlossweg 24
FL-9496 Balzers   LIECHTENSTEIN

Managing Agent
UBS AG, Zurich Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich   SWITZERLA

7

| | | |
|---|---|---|
| Lloyd W. Gathings, II<br>Gathings & Associates<br>P. O. Box 10545<br>Birmingham, AL 35202 | Robert W. Shores<br>Gathings & Associates<br>P. O. Box 10545<br>Birmingham, AL 35202 | Mr. Herbert Towning<br>EPP<br>10 Gartenstrasse<br>Zurich, Switzerland<br>8022 |
| Managing Agent<br>TransAmerica-TIG Insurance<br>650 California St. 2nd Floor<br>San Francisco, CA 94108-2702 | Sherwin P. Robin<br>P. O. Box 9541<br>Savannah, GA 31412-9541 | Tony Copeland<br>BTI<br>4300 Six Forks Road, Suite 5(<br>Raleigh, NC 27609 |
| Michael P. Flanagan<br>Ward and Smith, P.A.<br>P. O. Box 8088<br>Greenville, NC 27835-8088 | Vickie Corbitt, #11429<br>Attorney for Commissioner of Revenue<br>Legal Services<br>P. O. Box 198065<br>Nashville, TN 37219-8065 | Jean Boyles<br>P. O. Box 10506<br>Raleigh, NC 27605 |
| James A. Roberts, III<br>Lewis & Roberts, PLLC<br>P. O. Box 17529<br>Raleigh, NC 27619-7529 | Stephani W. Humrickhouse, Esq.<br>Nicholls & Crampton<br>4300 Six Forks Road, Suite 700<br>Raleigh, NC 27609 | Paul Faison S. Winborne<br>300/200 Parham Street, Suite<br>P. O. Box 1547<br>Raleigh, NC 27602 |
| Patrick H. Tyler<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX 78711-2548 | Janet Cradeur<br>P. O. Box 66658<br>Baton Rouge, LA 70896 | Missouri Department of Reve:<br>Attn: Brian S. Kuhlmann<br>P. O. Box 475<br>Jefferson City, MO 65105-04' |
| James K. Austin<br>Ellis Painter Ratterree & Bart LLP<br>P. O. Box 9946<br>Savannah, GA 31412-9946 | Meredith P. Ezzell<br>Wyrick Robbins Yates & Ponton LLP<br>P. O. Drawer 17803<br>Raleigh, NC 27619 | Marcia McGair Ippolito<br>R.I. Division of Taxation<br>One Capitol Hill<br>Providence, RI 02908-5800 |
| J. Anthony Penry<br>Smith,Helms, Mulliss & Moore<br>2800 Two Hanover Square<br>Raleigh, NC 27601 | William Woodward Webb<br>Broughton, Wilkins, Webb & Sugg, P.A.<br>P. O. Box 2387<br>Raleigh, NC 27602 | Walter Calton<br>312 East Broad Street<br>Eufaula, AL 36072 |
| Keith M. Jensen<br>Law Office of Keith M. Jensen<br>514 East Beklnap<br>Fort Worth, TX 76102 | Joseph N. Calloway, Esq.<br>Battle, Winslow, Scott & Wiley, P.A.<br>P. O. Box 7100<br>Rocky Mount, NC 27804-0100 | L. C. Gilbert, Jr.<br>74 Hilltop Lane<br>Alpine, AL 35014 |

Randall L. Greene
Rt. 1, Box 155
Randlett, OK 73562

Andrew Clark
1901 Wilmer Avenue
Anniston, AL 36201

Jackson Wayne Murphy
Rt. 6, Box 154
Troy, AL 36081

James H. Thomas
101 Robin Drive
Troy, AL 36081

Craig T. Liebendorfer
7315 Hundley Blvd.
Dallas, TX 75231-4722

Denise Marsh
709 Summit Ridge
Lewisville, TX 75067

Felix Glen Ortega
9460 Dale Glade
Dallas, TX 75217

Lupe Ortega
9460 Dale Glad
Dallas, TX 75217

Sharon A. Meckenstock
1640 West 34th St., N.
Wichita, KS 67204

Dan H. Meckenstock
Custodian FBO Jean Carol Meckenstock
9685 Mohawk Trail
Cascade, CO 80809-1525

Wilbur E. Meckenstock
9685 Mohawk Trail
Cascade, CO 80809-1525

State Auditor's Office
Montana Securities Departme
Mitchell Building, Room 270
State Capital Complex
Helen, MT 59620

William Swinney
3365 Silver Palm Drive
Jacksonville, FL 32250

Marshall Reddy
P. O. Box 806
Ponte Verde Beach, FL 32004

Henry W. Noziko, Jr.
United Coastal Insurance Con
P. O. Box 2350
New Britain, CT 06050-2350

Gerald A. Jeutter
Kilpatrick Stockton, LLP
P. O. Box 300004
Raleigh, NC 27622

Henry W. Noziko, Jr.
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Michael K. Wolensky
Robert G. Brunton
David J. Gellen
Kutak Rock
225 Peachtree St., NE, Suite 2100
Atlanta, GA 30303-1731

Donnie Kenneth Broderway
215 Sherwood Avenue
Troy, AL 36081

Gary V. Dixon
Ross Dixon & Bell, LLP
601 Pennsylvania Ave. NW
North Boulevard
Washington, DC 20004-2688

Ronald H. Garber
Boxley Bolton & Garber
P. O. Drawer 1429
Raleigh, NC 27602

E-mail: x2-song@worldnet.att.net
E-mail: hual@airmail.net
E-mail: mayfi23@marz.com
E-mail: Buddha623@aol.com
E-mail: pgorman@vantagepointcapital.com
E-mail: wrightr@mindspring.com
E-mail: mlafontaine@abbot-simses.com
E-mail: rabbit@rockisland.com
E-mail: cheryll.COSTANIINO@edmail.com
E-mail: jasbircheema@amropictures.com
E-mail: 72320.316@compuserve.com
E-mail: stann@colby.IXKS.com
E-mail: gjack312@Intrstar.net
E-mail: hdfrey@telusplanet.net
E-mail: DLWARREN@BellSouth.net
E-mail: michael_bhagat@hotmail.com
E-mail: rliston@spartanburg4.0rg
E-mail: ghromero@aol.com
E-mail: joanchan@rocketmail.com
E-mail: edeem@worldnet.att.net
E-mail: DFITZPA400@aol.com
E-mail: theboock@compuserve.com
E-mail: pondman@memes.com
E-mail: docchiro@ISLC.net
E-mail: RIZMOE@NWRain.com
E-mail: thodges@gateway.net
E-mail: hlee@directv.com
E-mail: fabb@telusplanet.net
E-mail: cordw@deltapineseed.com
E-mail: NBECK87570@aol.com
E-mail: JYANG4@FORD.COM
E-mail: mccarthy@mccarthyconsultant.com
E-mail: digger@bcsupernet.com
E-mail: BREIDYIII@aol.com
E-mail: pak@jcnl.com
E-mail: lpartr1072@aol.com
E-mail: leadership.possibilities.mak@worldnet.att.net
E-mail: mtheisen@efn.org
E-mail: MLGeller@aol.com
E-mail: mooreem@harpo.tnstate.edu
E-mail: backpain@keynet.net
E-mail: Hbeckbari@aol.com
E-mail: mwarhurst@yahoo.com
E-mail: js.baum@srs.gov
E-mail: wynellh@flash.net
E-mail: dlatray@mcn.net
E-mail: bwood@woodfran.com
E-mail: DickLynn Ferency@compuserve.com
E-mail: CHASSEYRAY@email.msn.com
E-mail: jim.griffith@erols.com
E-mail: xiaokui.shan@bakernet.com
E-mail: xshan@aol.com
E-mail: kkandola@theresidences.com
E-mail: lrochkind@jafferaitt.com
E-mail: sdostrom@hotmail.com
E-mail: michaelhopkins@mailcity.com
E-mail: dana-charles@worldnet.att.net
E-mail: options-galore@yahoo.com
E-mail: bchap01@aol.com
E-mail: ceissngr@midrivers.com
E-mail: glassgs@cadvision.com
E-mail: mbrown8967@aol.com
E-mail: diemert@northerntel.net
E-mail: cgrumer@manatt.com
E-mail: shouli.yang@stjude.org
E-mail: RJWNLAW@aol.com

RAL/179511/1

E-mail:  sds98@eatel.net
E-mail:  jwmaloy@aol.com
E-mail:  kanelos@mindspring.com
E-mail:  blairc@iname.com
E-mail:  Larry_Fletcher@bc.sympatico.ca
E-mail:  JNRRICH@Intur.net
E-mail:  aadrezin@Epix.net
E-mail:  kimball.peed@bigfoot.com
E-mail:  tammyr@falcon.ukans.cc.edu
E-mail:  VTPALMER27@yahoo.com
E-mail:  crandall@rock-springs.dowell.slb.com
E-mail:  gedler@bellsouth.net
E-mail:  r_brown@email.msn.com
E-mail:  hou@mail.med.upenn.edu
E-mail:  dsbarron@bellsouth.net
E-mail:  jamcgrath@yahoo.com
E-mail:  bjsaw@ttc-cmc.net
E-mail:  smsutom@aol.com
E-mail:  lynn@dot.state.al.us
E-mail:  pingnas@ica.net
E-mail:  Hanna@tir.com
E-mail:  buddunn@auantumworld.com
E-mail:  Rahmati@ibm.net
E-mail:  Docnielsen@webtv.net
E-mail:  mjandcarlincc@juno.com
E-mail:  loking@wixmail.com
E-mail:  Jholt@Clemson.edu
E-mail:  jsmusa@mindspring.com
E-mail:  Mainland@ticnet.com
E-mail:  cce3@juno.com
E-mail:  mcnamer@bigsky.net
E-mail:  mwa@wnonline.net
E-mail:  lesterabs@mindspring.com
E-mail:  shanson@kearney.net
E-mail:  an667@hwcn.org
E-mail:  yu241703@yorku.ca
E-mail:  yu241703@yorku.ca
E-mail:  lihen
E-mail:  dsbarron@bellsouth.net
E-mail:  jamcgrath@yahoo.com
E-mail:  bbaum89@aol.com
E-mail:  bjsaw@ttc-cmc.net
E-mail:  smsutom@aol.com
E-mail:  lynn@dot.state.al.us
E-mail:  pingnas@ica.net
E-mail:  Hanna@tir.com
E-mail:  buddunn@quantumworld.com
E-mail:  Rahmati@ibm.net
E-mail:  docnielsen@webtv.net
E-mail:  mjandcarlincc@juno.com
E-mail:  loking@wixmail.com
E-mail:  Jholt@Clemson.edu
E-mail:  jsmusa@mindspring.com
E-mail:  Mainland@ticnet.com
E-mail:  cce3@juno.com
E-mail:  mcnamer@bigsky.net
E-mail:  mwa@wnonline.net
E-mail:  lesterabs@mindspring.com
E-mail:  shanson@kearney.net
E-mail:  an667@hwcn.org
E-mail:  yu241703@yorku.ca
E-mail:  TJDeavers@aol.com
E-mail:  BrAnDin420@aol.com
E-mail:  hou@mail.med.upenn.edu
E-mail:  CTBallard@aol.com
E-mail:  beth_pattillo@shmm.org

RAL/179511/1

E-mail:  swede@dmea.net
E-mail:  kmaxeyjr@bayou.com
E-mail:  Wesglynn@aol.com
E-mail:  jwarren@wyche.com
E-mail:  dongming.zhao@jci.com
E-mail:  pkloosterman@juno.com
E-mail:  JEEPETTE99@aol.com
E-mail:  pingnas@ica.net
E-mail:  Karen0906@aol.com
E-mail:  lonni@pb.quik.com
E-mail:  Dana-Charles@Worldnet.Att.Net
E-mail:  Averitas@aol.com
E-mail:  kk_1200@kwikkopy.com
E-mail:  hewlett@cablelan.net
E-mail:  sonia_voldseth@burns.senate.gov
E-mail:  dzeigler@jsucc.jsu.edu
E-mail:  mchad@acnet.net
E-mail:  albourassa@bigfoot.com
E-mail:  albourassa@bigfoot.com
E-mail:  Harden, Holmes
E-mail:  Mgutierrez@pirnie.com
E-mail:  mayfi23@marz.com
E-mail:  shucko@prodigy.net
E-mail:  zuzuy2k@yahoo.com
E-mail:  Mgutierrez@pirnie.com
E-mail:  Mgutierrez@pirnie.com
E-mail:  RRALBRIGHT@AOL.COM
E-mail:  bcslaw@prodigy.net
E-mail:  rosieo@bigsky.net
E-mail:  mooreem@harpo.tnstate.edu
E-mail:  VANATTAL@VAX.CS.HSCSYR.EDU
E-mail:  leadership.possibilities.mak@worldnet.att.net
E-mail:  pingnas@ica.net
E-mail:  cr8on@flash.net
E-mail:  bsclaw@worldnet.att.net
E-mail:  hewlettlj@shaw.ca
E-mail:  ladevries@firstam.com
E-mail:  ihatch@ala.net
Rmggood@Prodigy.Net

RAL/179511/1