**FILED**

AUG 15 2003

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

## Order Allowing Fees

This matter comes on for consideration upon the Application for Lewis & Roberts, PLLC, Attorney Specially, for a contigency fee of $15,000.00 for the settlement of the adversary proceeding against Erie Insurance Company, and Notice mailed to creditors in this case and the court having considered the factors affecting the interim compensation requested, it is ordered that the following interim fees and expenses be, and they hereby are allowed:

_____, Trustee

Lewis & Roberts, PLLC, Attorney Specially Fees        $15,000.00

   SO ORDERED.

Dated:   AUG 15 2003

*[signature]*

United States Bankruptcy Judge

Recorded in Fee Book 8/15/03 Am

541   cc: Tee, BA   8/15/03 Am                                               543