**FILED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA   OCT 0 2 2003
RALEIGH DIVISION

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTERNATIONAL HERITAGE, INC. ) | CASE NO. 98-02675-5-ATS |
| ) | CHAPTER 7 |
| ) | |
| ) | |
| Debtor. ) | |

### FIFTH APPLICATION FOR INTERIM COMPENSATION FOR SERVICES RENDERED BY ATTORNEY FOR TRUSTEE

The application of Holmes P. Harden, attorney for Trustee in the above-captioned case, respectfully represents:

1. That on the 22nd day of January, 1999 your applicant was approved as attorney for Trustee in the above-referenced case, #98-02675-5-ATS, and has since performed certain services on behalf of the Trustee. The Court entered an Order Allowing Attorney for Trustee's First Interim Fees on November 1, 1999 for services rendered and time expended incurred for the period November 30, 1998 through September 22, 1999 and expenses incurred for the period January 27, 1999 through August 31, 1999. The Court entered a consent order on October 26, 2000 allowing applicant's Second interim compensation for services rendered from September 23, 1999 through September 12, 2000 in the amount of $20,674.75 and reimbursement of expenses in the amount of $24.50. The court also entered a consent order on October 25, 2001 allowing compensation in the amount of $6,089.50 for services rendered from September 18, 2000 through August 21, 2001. The court entered an order allowing compensation in the amount of $22,920.00 and reimbursement of expenses in the amount of $3.25 for services rendered from September 11, 2001 through September 17, 2002. Applicant's

391498

1

Fifth Interim Application for compensation are for services rendered from September 18, 2002 through September 29, 2003 and are itemized on Exhibit A attached hereto and incorporated herein by reference.

2. Attorney time is billed at a rate of $160.00 per hour. Paralegal time is billed at $70.00 per hour. The total amount of interim compensation being sought is $47,693.00.

| Attorney | Rate | Hours | Amount |
| --- | --- | --- | --- |
| H. P. Harden | $160.00 | 54.90 | $8,784.00 |
| R. G. Clark, III | 160.00 | .80 | 128.00 |
| J. C. Dever | 160.00 | 1.8 | 288.00 |
| Paralegal | | | |
| Jenny D. Johnson | 70.00 | 549.9 | $38,493.00 |
| Totals | | 607.40 | $47,693.00 |

Applicant believes that the compensation requested is fair and reasonable. In addition to interim compensation, the applicant also requests reimbursement for reasonable and necessary expenses incurred in the amount of $92.72.

3. Reimbursement for travel expenses is requested at the rate of .36 per mile. Reimbursement for photocopy expenses is requested only for photocopies disseminated at the direction of the Court or Clerk of Court or pursuant to Local Rules, at .20 per page. Reimbursement for postal expenses is requested only for the costs of mailings directed by the Court, the Clerk, or pursuant to Local Rules.

4. No agreement or understanding exists between the applicant and any other person for the sharing of compensation to be received for services rendered in or in connection with this case, other than with the professional association by which the undersigned is employed.

Holmes P. Harden is the firm's senior creditor's rights and bankruptcy attorney and coordinator of its creditors' rights and bankruptcy practice group. He is certified in bankruptcy

391498

law by the North Carolina State Bar Board of Legal Specialization and in business bankruptcy law by the American Bankruptcy Board of Certification. He has over 17 years of business law experience. He is a Chapter 7 Bankruptcy Trustee for the Eastern District of North Carolina. His normal hourly billing rate is $275.00.

Mr. Harden received his undergraduate degree at Davidson College and his law degree at the University of North Carolina. He served as law clerk to the Honorable Naomi Morris, Chief Judge of the North Carolina Court of Appeals, from 1981 to 1982. He is a member of several professional organizations, including the North Carolina Bar Association, National Association of Bankruptcy Trustees, Council of Certified Bankruptcy Specialists, The Commercial Law League, and the American Bankruptcy Institute. He is AV rated by the *Martindale Hubble Law Directory*.

Jenny D. Johnson, Bankruptcy Paralegal, Johnston Community College, 1977, Associate Accounting; Atlantic Christian College, 1980, B.S.B.A.; Meredith College, (bankruptcy law course under legal assistant program); 8 years banking experience; 11 years experience in bankruptcy; 1 year probate experience; 95% of billable time is devoted to bankruptcy; Normal hourly billing rate is $85.00 per hour.

Reuben Clark practices in the firm's business section. He has over 20 years of experience as a commercial real estate lawyer. Before coming to North Carolina in 1988, practiced in both Delaware and Pennsylvania, where he is also licensed. Mr. Clark received his bachelor of arts degree from Stanford University in 1974 and his J.D. from the University of Pennsylvania in 1979. Mr. Clark is AV rated by the *Martindale-Hubbell Law Directory*. He is a member of the American Bar Association Section on Real Property, Probate and Trust Law and

391498

3

the North Carolina Bar Association Real Property and Business Sections. Mr. Clark's normal hourly billing rate is $250.00.

James Dever represents small, medium, and large businesses in connection with their employment litigation, commercial litigation and government contract needs. Mr. Dever received his law degree with high honors from the Duke University School of Law in 1987. While at Duke, he served as the Editor-in-Chief of the Duke Law Journal and was elected to membership in the Order of the Coif. He also received a B.B.A., with high honors, from the University of Notre Dame in 1984.

He is a member of the American Bar Association, the North Carolina Bar Association and the Federalist Society. He is also 'A-V' rated by the Martindale-Hubbel Law Directory and is listed in the 2001 edition of The Best Lawyer's in America.

Mr. Dever's normal hourly billing rate is $250.00.

WHEREFORE, your applicant prays that he be allowed and paid from the estate the above requested fifth interim compensation of $47,693.00 and reimbursement of expenses in the amount of $92.72.

                                                          Attorney for Trustee

Sworn to and subscribed before me this the 1st day of October, 2003.

                                                          Notary Public

My Commission Expires:

10/31/03

391498

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, attorney for Trustee, do hereby certify that the Fifth Interim Application for Services of Attorney for Trustee's Fees hereto attached was served upon the party listed below by mailing a copy thereof to him at the address indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the \_\_\_1st\_\_\_ day of \_\_October\_\_, 2003.

                                                  _____
Holmes P. Harden
Attorney for Trustee
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, North Carolina  27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
Post Office Box 3039
Raleigh, North Carolina

391498

\*-----MATTER DESCRIPTION-----\*
INTERNATIONAL HERITAGE, INC.
ATTORNEY FOR TRUSTEE

\*-----BILLING INSTRUCTIONS-----\*

\*-----CLIENT INFORMATION-----\*
US. BANKRUPTCY COURT - EDNC

| --CLIENT NUMBER-- | --ORIGINATING-- | --BILLING-- | --SUPERVISING-- |
|---|---|---|---|
| BANK7A | 0117 HPH<br>H HARDEN | 0117 HPH<br>H HARDEN | 0117 HPH<br>H HARDEN |

\*-----CLIENT ADDRESS-----\*
US BANKRUPTCY COURT - EDNC
CENTURY STATION POST OFFICE BUILDING
300 FAYETTEVILLE STREET MALL, ROOM 209
P.O. BOX 1441
RALEIGH, NC 27602

\*-----MATTER ADDRESS-----\*
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
CENTURY STATION P.O. BLDG.
300 FAYETTEVILLE STREET MALL, ROOM 209
P.O. BOX 1441
RALEIGH, NC 27602

\*-----MATTER INFORMATION-----\*
PHONE:
REFERRED BY:                       CONTACT:

STATUS:         OP               RATE:        1      TEMPLATE:       M1       MIN FEE:
DATE OPENED:    01/25/1999       DEPT:        100    TIME FORMAT:    34       MIN COST:
DATE CLOSED:                     LOCATION:    100    COST FORMAT:    3        MIN TOTAL:
LAST RATE:      02/01/1999       PRACTICE:    120    INTRST CODE:    0        FEE MARKUP:    %
HOLD FEES:                       FEE FREQ:    R      INT FREE DAY:            COST MARKUP:   %
HOLD COSTS:                      COST FREQ:   R      FIXED COSTS:    N        FIXED FEES:
TRUST RET ACCT:                  TRUST RETAIN:       ARRANGEMENT:    HR       CURRENCY:      USD
                                                                              MAXIMUM BILLINGS:

Business

\*-----TIME ENTRIES-----\*

Last Bill Date: 11/30/2002

| INDEX | INIT | DATE | STAT | WORKED HOURS | AMOUNT | BILLED HOURS | AMOUNT | CUMULATIVE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 1274041 0534<br>(JDJ) | | 100202 | B | 1.80 | 126.00 | 1.80 | 126.00 | 126.00 WORK ON ACCOUTANT'S INTERIM FEE APPLICATION, NOTICE AND ORDER. |
| 1253142 0117<br>(HPH) | | 100302 | B | .30 | 48.00 | .30 | 48.00 | 174.00 INTRA-OFFICE CONFERENCE RE PREPARATION OF INTERIM FEE APPLICATION. |
| 1253730 0117<br>(HPH) | | 100402 | B | .60 | 96.00 | .60 | 96.00 | 270.00 LEGAL RESEARCH RE SECTION 330 AND 326/ |
| 1253741 0117<br>(HPH) | | 100402 | B | .30 | 48.00 | .30 | 48.00 | 318.00 WORKED ON FOURTH FEE APPLICATION AND NOTICE. |
| 1274046 0534<br>(JDJ) | | 100402 | B | 7.80 | 546.00 | 7.80 | 546.00 | 864.00 WORK ON FOURTH INTERIM FEE APPLICATIONS FOR TRUSTEE AND ATTORNEY FOR TRUSTEE, NOTICE AND ORDER; CONFREENCE WITH MR. HARDEN RE SAME. |
| 1253753 0117<br>(HPH) | | 100702 | B | .30 | 48.00 | .30 | 48.00 | 912.00 FINALIZE QUARTERLY FEE APPLICATION. |
| 1275722 0117<br>(HPH) | | 101402 | B | .30 | 48.00 | .30 | 48.00 | 960.00 TELEPHONE CALL FROM ASSISTANT U.S. ATTORNEY MR. |

DATE: 09/30/03 11:50:21  PRO FORMA STATEMENT AS OF 093003 FOR FILE (BANK7A-HFN) BANK7A-HFN                           #111317(114898)  Page 2 (2)

| ID | Date | Atty | Hours | Rate | Amount | Total | Description |
|---|---|---|---|---|---|---|---|
| 176158 | 0117 (HPH) | 101502 | B | .30 | 48.00 | 1008.00 | GASTON WILLIAMS, TELEPHONE CALL TO MR. WILLIAMS, RE EXTENSION OF STATUTE OF LIMITATIONS. |
| 176957 | 0117 (HPH) | 101602 | B | .30 | 48.00 | 1056.00 | TELEPHONE CALL TO MR. GASTON WILLIAMS RE GRAND JURY PROCEEDINGS, STATUTE OF LIMITATIONS. |
| 176989 | 0117 (HPH) | 101702 | B | 1.00 | 160.00 | 1216.00 | TELEPHONE CALL FROM GASTON WILLIAMS RE INDICTMENTS UNDER SEAL. |
| 176993 | 0117 (HPH) | 101702 | B | 1.00 | 160.00 | 1376.00 | MEET WITH A.U.S.A. GASTON WILLIAMS RE INDICTMENT, READ SAME. |
| 176998 | 0117 (HPH) | 101702 | B | .30 | 48.00 | 1424.00 | REVIEWED SEALED INDICTMENT. |
| 177005 | 0117 (HPH) | 101702 | B | .80 | 128.00 | 1552.00 | TELEPHONE CALL FROM MR. BRENT WOOD RE SATISFACTION OF PETERSON JUDGMENT. |
| 177371 | 0117 (HPH) | 101802 | B | .30 | 48.00 | 1600.00 | INTRA-OFFICE CONFERENCE RE INDICTMENT OF DEBTOR, NOTICE OF FOREFEITURE. |
| 177373 | 0117 (HPH) | 101802 | B | .30 | 48.00 | 1648.00 | ATTENTION TO EMAIL FROM MR. BRENT WOOD RE PAYOFF OF JUDGMENT, INTRA-OFFICE CONFERENCE WITH MS. JOHNSON RE SAME. |
| 177859 | 0117 (HPH) | 102102 | B | .30 | 48.00 | 1696.00 | TELEPHONE CALL TO KEISHA PETERSON RE INDICTMENTS. |
| 178404 | 0117 (HPH) | 102202 | B | .80 | 128.00 | 1824.00 | INTRA-OFFICE CONFERENCE MR. DEVER RE STRATEGY RE INDICTMENT. |
| 178411 | 0117 (HPH) | 102202 | B | .30 | 48.00 | 1872.00 | INTRA-OFFICE CONFERENCES WITH MRS. JOHNSON RE REVIEW OF FILE UNDER SEAL. |
| 178210 | 0172 (JCD) | 102202 | B | 1.00 | 160.00 | 2032.00 | REVIEW INDICTMENT; CONFERENCE WITH MR. HARDEN. |
| 179805 | 0534 (JDJ) | 102202 | B | 1.80 | 126.00 | 2158.00 | CONFERENCE WITH MR. HARDEN RE INDICTMENT; REVIEW INDICTMENT; TRAVEL TO AND FROM FEDERAL COURTHOUSE TO CHECK ON CASE DOCKET. CASE WAS SEALED, NO INFORMATION AVAILABLE. |
| 179763 | 0117 (HPH) | 102402 | B | 2.00 | 320.00 | 2478.00 | MEET WITH FBI RE COMPUTER. |
| 180209 | 0117 (HPH) | 102802 | B | .30 | 48.00 | 2526.00 | INTRA-OFFICE CONFERENCE WITH MRS. JOHNSON RE OBJECTIONS TO CLAIMS. |
| 180221 | 0117 (HPH) | 102802 | B | .30 | 48.00 | 2574.00 | TELEPHONE CALL FROM MR. JOHN BRUCE RE ARREST OF LARRY SMITH AND MOTION TO UNSEAL INDICTMENT. |
| 180225 | 0117 (HPH) | 102802 | B | .60 | 96.00 | 2670.00 | REVIEWED INDICTMENT. |
| 181685 | 0534 (JDJ) | 102802 | B | 3.50 | 245.00 | 2915.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 181686 | 0534 (JDJ) | 102902 | B | 1.30 | 91.00 | 3006.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 181158 | 0172 (JCD) | 103002 | B | .25 | 32.00 | 3038.00 | REVIEW INDICTMENT. |
| 182048 | 0117 (HPH) | 103102 | B | .30 | 48.00 | 3086.00 | REVIEWED CRIMINAL SUMMONS. |
| 183675 | 0117 (HPH) | 110102 | B | .30 | 48.00 | 3134.00 | MEET WITH MARSHAL RE SERVICE OF SUMMONS AND INDICTMENT. |
| 187882 | 0534 (JDJ) | 110602 | B | 7.00 | 490.00 | 3624.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 188411 | 0534 (JDJ) | 110702 | B | 5.00 | 350.00 | 3974.00 | WORK ON OBJECTIONS TO CLAIMS. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1287883 0534 (JDJ) | 110802 | B | 9.75 | 682.50 | 9.80 | 686.00 | 4660.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1285202 0117 (HPH) | 111102 | B | .30 | 48.00 | .30 | 48.00 | 4708.00 INTRA-OFFICE CONFERENCE MR. JIM DEVER RE CONDUCT OF INITIAL HEARING IN CRIMINAL CASE. |
| 1285467 0117 (HPH) | 111202 | B | 2.00 | 320.00 | 2.00 | 320.00 | 5028.00 ATTEND INITIAL HEARING IN FEDERAL DISTRICT COURT, MET WITH U.S. ATTORNEY. |
| 1288417 0534 (JDJ) | 111202 | B | 4.80 | 336.00 | 4.80 | 336.00 | 5364.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1287884 0534 (JDJ) | 111402 | B | 3.50 | 245.00 | 3.50 | 245.00 | 5609.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1287437 0117 (HPH) | 112002 | B | .30 | 48.00 | .30 | 48.00 | 5657.00 REVIEWED PRETRIAL SCHEDULING ORDER IN CRIMINAL CASE. |
| 1287445 0117 (HPH) | 112002 | B | .30 | 48.00 | .30 | 48.00 | 5705.00 TELEPHONE CALL FROM NORMA HOLLAND RE DISCOVERY CONFERENCE. |
| 1288449 0534 (JDJ) | 112002 | B | 5.00 | 350.00 | 5.00 | 350.00 | 6055.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1289961 0117 (HPH) | 112102 | B | .60 | 96.00 | .60 | 96.00 | 6151.00 REVIEWED FEDERAL RULES OF CRIMINAL PROCEDURE RE NOLO AND PLEA AGREEMENT PROCEDURE. |
| 1289967 0117 (HPH) | 112102 | B | 1.80 | 288.00 | 1.80 | 288.00 | 6439.00 ATTEND PRETRIAL CONFERENCE, MEET WITH JOHN BRUCE AND OTHERS AT U.S. ATTORNEY'S OFFICE RE NOLO PLEA. |
| 1288458 0534 (JDJ) | 112202 | B | 2.30 | 161.00 | 2.30 | 161.00 | 6600.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1290019 0117 (HPH) | 112502 | B | .30 | 48.00 | .30 | 48.00 | 6648.00 ATTEND HEARING ON 4TH FEE APPLICTIONS. |
| 1290048 0117 (HPH) | 112602 | B | .30 | 48.00 | .30 | 48.00 | 6696.00 TELEPHONE CALL FROM MS. JEAN BOYLES RE WORLDCOM CLAIM. |
| 1292782 0117 (HPH) | 120902 | B | .30 | 48.00 | .30 | 48.00 | 6744.00 REVIEWED PROPOSED JOINT MOTION FOR EXTENTION OF PRETRIAL SCHEDULING AND PROPOSED ORDER. |
| 1294633 0117 (HPH) | 121702 | B | .30 | 48.00 | .30 | 48.00 | 6792.00 TELEPHONE CALL FROM NORMA HOLLAND AT U.S. ATTORNEY'S OFFICE RE JOINT MOTION. |
| 1294638 0117 (HPH) | 121702 | B | .30 | 48.00 | .30 | 48.00 | 6840.00 TELEPHONE CALL TO MS. NORMA HOLLAND RE JOINT MOTION. |
| 1300223 0117 (HPH) | 010603 | B | .30 | 48.00 | .30 | 48.00 | 6888.00 TELEPHONE CALL TO MR. JIM ROBERTS RE MOTION TO APPROVE SETTLEMENT. |
| 1300360 0117 (HPH) | 010803 | B | .30 | 48.00 | .30 | 48.00 | 6936.00 REVIEWED NOTICE OF ARRAIGNMENT AND TRIAL. |
| 1300367 0117 (HPH) | 010803 | B | .30 | 48.00 | .30 | 48.00 | 6984.00 WORKED ON MOTION TO APPROVE SETTLEMENT WITH ERIE INSURANCE. |
| 1300877 0117 (HPH) | 010903 | B | .60 | 96.00 | .60 | 96.00 | 7080.00 DICTATED MOTION TO CONTINUE ARRAIGNMENT AND TRIAL, REVISION OF SAME. |
| 1300878 0117 (HPH) | 010903 | B | .30 | 48.00 | .30 | 48.00 | 7128.00 TELEPHONE CALL TO AUSA GASTON WILLIAMS RE MOTION TO CONTINUE. |
| 1301726 0117 (HPH) | 011003 | B | .30 | 48.00 | .30 | 48.00 | 7176.00 TELEPHONE CALL TO MR. GASTON WILLIAMS' ASSISTANT NORMA HOLLAND RE TRIAL AND ARRAIGNMENT. |
| 1301733 0117 (HPH) | 011003 | B | .30 | 48.00 | .30 | 48.00 | 7224.00 TELEPHONE CALL FROM AUSA CLAY WHEELER RE POSSIBLE CONTINUANCE. |
| 1301945 0117 (HPH) | 011303 | B | .30 | 48.00 | .30 | 48.00 | 7272.00 TELEPHONE CALL FROM LINDA BROWNING RE CONTINUANCE FROM JANUARY 21ST PER ORDER OF JUDGE BOYLE. |
| 1301082 0534 (JDJ) | 011303 | B | .40 | 28.00 | .40 | 28.00 | 7300.00 TELEPHONE CALL FROM VAN ETTEN'S COUNSEL; WORK ON MOTION TO CONTINUE. |
| 1303475 0117 (HPH) | 012003 | B | .30 | 48.00 | .30 | 48.00 | 7348.00 REVIEWED ADDITIONAL MOTIONS TO CONTINUE AND |

```
DATE: 09/30/03  11:50:21  PRO FORMA STATEMENT AS OF 093003 FOR FILE (BANK7A-HFN) BANK7A-HFN          #111317(1148898)  Page 4 (4)
```

| ID | Code | Date | | Hours | Amount | Total | Description |
|---|---|---|---|---|---|---|---|
| 1305463 | 0117 (HPH) | 012703 | B | .60 | 96.00 | 96.00 | ARRAIGNMENT TRIAL. |
| 1308122 | 0117 (HPH) | 013103 | B | .30 | 48.00 | 7444.00 | REVIEWED AND REVISION OF PROPOSED MOTION TO APPROVE SETTLEMENT AND PROPOSED SETTLEMENT AGREEMENT WITH ERIE AND DOUG BEARS. |
| 1309439 | 0117 (HPH) | 020403 | B | .30 | 48.00 | 7492.00 | TELEPHONE CALL FROM GRAHAM SHIRLEY, TELEPHONE CALL TO GRAHAM SHIRLEY, BOTH RE REVISIONS TO ERIE SETTLEMENT MOTION. |
| 1309449 | 0117 (HPH) | 020403 | B | .30 | 48.00 | 7540.00 | REVIEWED JUDGE BOYLES' ORDER EXTENDING DEADLINES AND TICKLE. |
| 1309472 | 0117 (HPH) | 020503 | B | .30 | 48.00 | 7588.00 | TELEPHONE CALLS FROM GRAHAM SHIRLEY RE REVISIONS TO ERIE MOTION. |
| 1313266 | 0534 (JDJ) | 020503 | B | .60 | 96.00 | 7959.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 1313297 | 0534 (JDJ) | 020403 | B | 5.30 | 371.00 | 8055.00 | WORKED ON OBJECTIONS TO CLAIMS, LEGAL RESEARCH RE LATE FILED PRIORITY CLAIMS. |
| 1309938 | 0117 (HPH) | 020603 | B | .30 | 48.00 | 8454.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 1313069 | 0534 (JDJ) | 020603 | B | 5.70 | 399.00 | 8502.00 | REVIEWED AND REVISION OF REVISED ERIE SETTLEMENT AGREEMENT AND MOTION. |
| 1313072 | 0534 (JDJ) | 020703 | B | 7.70 | 539.00 | 9041.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 1313074 | 0534 (JDJ) | 021003 | B | 9.25 | 647.50 | 9692.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 1310874 | 0117 (HPH) | 021103 | B | 10.50 | 735.00 | 10427.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 1310883 | 0117 (HPH) | 021203 | B | .30 | 48.00 | 10475.00 | FINALIZE SETTLEMENT MOTION RE ERIE INSURANCE. |
| 1313068 | 0534 (JDJ) | 021203 | B | .30 | 48.00 | 10523.00 | WORKED ON OBJECTIONS TO CLAIMS. |
| 1311441 | 0117 (HPH) | 021203 | B | 8.00 | 560.00 | 11083.00 | REVIEW CLAIMS FOR OBJECTIONS. |
| 1313063 | 0534 (JDJ) | 021303 | B | .30 | 48.00 | 11131.00 | INTRA-OFFICE CONFERENCES RE CLAIMS OBJECTIONS. |
| 1313060 | 0534 (JDJ) | 021403 | B | 2.70 | 189.00 | 11320.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 1311900 | 0117 (HPH) | 021703 | B | 2.50 | 175.00 | 11495.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 1313299 | 0534 (JDJ) | 021803 | B | .30 | 48.00 | 11543.00 | TELEPHONE CALL FROM MS. JOAN FLEMING RE SUBPOENA FOR RECORDS AND WAIVER OF ATTORNEY CLIENT PRIVILEGE. |
| 1313303 | 0534 (JDJ) | 021903 | B | 1.20 | 84.00 | 11627.00 | REVIEW PLEADINGS; TELEPHONE CALL FROM FBI AGENT, JOAN FLEMING, RE ORDERS; FAX ORDER TO MS. FLEMING RE WAIVER OF ATTORNEY CLIENT. |
| 1313518 | 0117 (JDJ) | 021903 | B | 4.80 | 336.00 | 11963.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 1314835 | 0117 (HPH) | 022403 | B | .30 | 48.00 | 12011.00 | TELEPHONE CALL FROM US ATTORNEY'S OFFICE RE EVIDENCE INVENTORY; REVIEWED EVIDENCE INVENTORY. |
| 1315580 | 0117 (HPH) | 022603 | B | .30 | 48.00 | 12059.00 | REVISION OF NOTICE OF MOTION TO SETTLE ADVERSARY WITH PRINTING PLUS. |
| 1315591 | 0117 (HPH) | 022703 | B | .30 | 48.00 | 12107.00 | INTRA-OFFICE CONFERENCES RE CLAIMS OBJECTIONS. |
| | | 022703 | B | .30 | 48.00 | 12155.00 | REVIEWED FILE RE WAIVER OF PRIVILEGE TERMS. |

```
DATE: 09/30/03 11:50:21    PRO FORMA STATEMENT AS OF 093003 FOR FILE (BANK7A-HFN) BANK7A-HFN        #111317(1148898)    Page 5 (5)
```

| ID | Code | Date | | Hours | Amount | | Line# | Description |
|---|---|---|---|---|---|---|---|---|
| 116539 | 0117 (HPH) | 022803 | B | .60 | 96.00 | .60 | 12251.00 | REVIEWED FILE RE NEGOTIATION OF SETTLEMENT WITH US ATTORNEY. |
| 116544 | 0117 (HPH) | 022803 | B | .60 | 96.00 | .60 | 12347.00 | DICTATED LETTERS TO US ATTORNEY RE SETTLEMENT OF CRIMINAL CLAIMS. |
| 116549 | 0117 (HPH) | 022803 | B | .30 | 48.00 | .30 | 12395.00 | REVISION OF LETTER TO US ATTORNEY. |
| 116057 | 0172 (JCD) | 022803 | B | .25 | 60.00 | .30 | 12443.00 | REVIEW CORRESPONDENCE FROM MR. HARDEN TO MR. HOLDING RE IMPENDING CRIMINAL TRIAL. |
| 107902 | 0117 (HPH) | 030303 | B | .30 | 48.00 | .30 | 12491.00 | TELEPHONE CALL FROM MR. JOHN BRUCE RE ROLO CONTENDRE PLEA; INTRA-OFFICE CONFERENCE WITH MR. DEVER RE SAME. |
| 107931 | 0117 (HPH) | 030403 | B | .60 | 96.00 | .60 | 12587.00 | INTRA-OFFICE CONFERENCE MR. DEVER RE EFFECT OF NOLO PLEA, ALTERNATIVES TO RESOLVE CRIMINAL CASE. |
| 113881 | 0534 (JDJ) | 030503 | B | 3.00 | 210.00 | 3.00 | 12797.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 118350 | 0117 (HPH) | 030603 | B | .60 | 96.00 | .60 | 12893.00 | INTRA-OFFICE CONFERENCE MR. DEVER RE PLEA NEGOTIATIONS WITH U.S. ATTORNEY. |
| 118359 | 0117 (HPH) | 030603 | B | .80 | 128.00 | .80 | 13021.00 | TELEPHONE CALL TO MR. JOHN BRUCE TO NEGOTIATE A PLEA. |
| 118623 | 0172 (JCD) | 030603 | B | .30 | 48.00 | .30 | 13069.00 | CONFERENCE WITH MR. HARDEN RE NOLO PLEA. |
| 118911 | 0117 (HPH) | 031003 | B | .30 | 48.00 | .30 | 13117.00 | WORKED ON SUMMARY FOR MARCH 18 PRETRIAL CONFERENCE. |
| 118969 | 0117 (HPH) | 031003 | B | .30 | 48.00 | .30 | 13165.00 | REVIEWED FILE RE PLEA NEGOTIATIONS. |
| 113888 | 0534 (JDJ) | 031003 | B | 4.00 | 280.00 | 4.00 | 13445.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 119856 | 0117 (HPH) | 031203 | B | .60 | 96.00 | .60 | 13541.00 | TELEPHONE CALL TO MR. JOHN BRUCE, TELEPHONE CALL FROM MR. BRUCE, BOTH RE MOTION TO DISMISS INDICTMENT. |
| 119864 | 0117 (HPH) | 031203 | B | .30 | 48.00 | .30 | 13589.00 | REVIEWED AND REVISION OF LIST OF SOURCE OF RECEIPTS; DICTATED LETTER TO MR. JOHN BRUCE. |
| 130229 | 0117 (HPH) | 031303 | B | .30 | 48.00 | .30 | 13637.00 | REVISION OF LETTER AND LIST OF RECEIPTS FOR JOHN BRUCE. |
| 130230 | 0117 (HPH) | 031303 | B | .30 | 48.00 | .30 | 13685.00 | REVIEWED ORDER APPROVING ERIE SETTLEMENT AND WORKED ON SERVICE. |
| 130244 | 0117 (HPH) | 031303 | B | .30 | 48.00 | .30 | 13733.00 | ATTENTION TO FINANCIAL DOCUMENT COMPACT DISK PROVIDED AS DISCOVERY AND 3/12 LETTER FROM GASTON WILLIAMS. |
| 113896 | 0534 (JDJ) | 031403 | B | 6.90 | 483.00 | 6.90 | 14216.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 113857 | 0534 (JDJ) | 031503 | B | 2.00 | 140.00 | 2.00 | 14356.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 121711 | 0117 (HPH) | 031803 | B | .30 | 48.00 | .30 | 14404.00 | REVIEWED PROPOSED ORDER OF DISMISSAL OF INDICTMENT. |
| 121716 | 0117 (HPH) | 031803 | B | 1.60 | 256.00 | 1.60 | 14660.00 | ATTEND PRETRIAL CONFERENCE IN FEDERAL DISTRICT COURT. |
| 121697 | 0117 (HPH) | 031903 | B | .60 | 96.00 | .60 | 14756.00 | WORKED ON OBJECTIONS TO CLAIMS. |
| 123860 | 0534 (JDJ) | 031903 | B | 11.00 | 770.00 | 11.00 | 15526.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 121949 | 0117 (HPH) | 032003 | B | .30 | 48.00 | .30 | 15574.00 | INTRA-OFFICE CONFERENCES RE CLAIMS OBJECTIONS QUESTIONS. |

DATE: 09/30/03  11:50:21  PRO FORMA STATEMENT AS OF 093003 FOR FILE (BANK7A-HFN) BANK7A-HFN    #111317(114898)    Page 6 (6)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1321959 0117 (HPH) | 032003 | B | .30 | 48.00 | .30 | 48.00 | 15622.00 INTRA-OFFICE CONFERENCES RE SECTION 402 OBJECTIONS. |
| 1323862 0534 (JDJ) | 032003 | B | 8.20 | 574.00 | 8.20 | 574.00 | 16196.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1322299 0117 (HPH) | 032103 | B | .30 | 48.00 | .30 | 48.00 | 16244.00 REVIEWED AND EXECUTE ERIE RELEASE. |
| 1328966 0117 (HPH) | 032103 | B | .50 | 80.00 | .50 | 80.00 | 16324.00 REVIEWED AND EXECUTE ERIE RELEASE. |
| 1323864 0534 (HPH) | 032103 | B | 7.00 | 490.00 | 7.00 | 490.00 | 16814.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1332599 0152 (RGC) | 041003 | B | .50 | 125.00 | .50 | 80.00 | 16894.00 TELEPHONE CONFERENCE WITH MR. JIM ROWE, MINTZ & ASSOCIATES, RE THAT FIRM'S INQUIRY OF PUBLIC RECORD INFORMATION IN IHI BANKRUPTCY; RECEIPT AND REVIEW OF EXPLANATORY E-MAIL FROM MR. ROWE; FORWARDING OF SAME TO MR. HOLMES HARDEN, TRUSTEE, WITH EXPLANATORY MESSAGE. |
| 1329037 0534 (JDJ) | 041003 | B | 3.20 | 224.00 | 3.20 | 224.00 | 17118.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1330264 0117 (HPH) | 041403 | B | .30 | 48.00 | .30 | 48.00 | 17166.00 REVIEWED UCC-1'S OF SWISS INVESTORS; REVIEW OF PROOF OF CLAIM RE SAME. |
| 1332612 0152 (RGC) | 041403 | B | .25 | 62.50 | .30 | 48.00 | 17214.00 RECEIPT AND REVIEW OF E-MAILS FROM MS. JENNY JOHNSON CONCERNING MINTZ & ASSOCIATES INQUIRY; CONFERENCE WITH MR. HOLMES HARDEN RE SAME; RECEIPT AND RESPOND TO E-MAIL FROM MR. JIM ROWE; FOLLOW UP TELEPHONE CONFERENCE WITH MR. ROWE RE HYPOSWISS BANK INQUIRY. |
| 1330533 0117 (HPH) | 041503 | B | .30 | 48.00 | .30 | 48.00 | 17262.00 INTRA-OFFICE CONFERENCE MRS. JOHNSON; TELEPHONE CALL TO ASSISTANT US ATTORNEY GSTON WILLIAMS; EMAIL TO MR. WILLIAMS ALL RE CORPORATE MINUTES. |
| 1332625 0152 (RGC) | 041503 | BNP | .00 | 0.00 | .00 | 0.00 | 17262.00 TELEPHONE CONFERENCE WITH MR. JIM ROWE RE FOLLOW-UP OF HIS INFORMATION REQUEST RELATING TO THE IHI BANKRUPTCY (NO CHARGE). |
| 1327333 0534 (JDJ) | 041503 | B | 7.00 | 490.00 | 7.00 | 490.00 | 17752.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1331246 0117 (HPH) | 041703 | B | .30 | 48.00 | .30 | 48.00 | 17800.00 TELEPHONE CALL FROM ERIE INSURANCE'S PATRICK ANDREWS RE SETTLEMENT OF CLAIM. |
| 1335070 0534 (HPH) | 041703 | B | 9.00 | 630.00 | 9.00 | 630.00 | 18430.00 WORK ON OBJECTIONS TO CLAIMS FOR INSIDERS. |
| 1334654 0534 (JDJ) | 042303 | B | 8.50 | 595.00 | 8.50 | 595.00 | 19025.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1344228 0117 (HPH) | 042803 | B | .30 | 48.00 | .30 | 48.00 | 19073.00 INTRA-OFFICE CONFERENCES RE CLAIMS OBJECTIONS. |
| 1344963 0117 (HPH) | 042903 | B | .30 | 48.00 | .30 | 48.00 | 19121.00 TELEPHONE CALLS FROM GASTON WILLIAMS RE DOCUMENTS UNDER SUBPOENA. |
| 1335756 0117 (HPH) | 043003 | B | .30 | 48.00 | .30 | 48.00 | 19169.00 WORKED ON CLAIMS OBJECTIONS. |
| 1335762 0117 (HPH) | 043003 | B | .30 | 48.00 | .30 | 48.00 | 19217.00 TELEPHONE CALL FROM MR. GASTON WILLIAMS RE RECORDS UNDER SUBPOENA; INTRA-OFFICE CONFERENCES WITH MRS. JOHNSON RE SAME. |
| 1335225 0534 (JDJ) | 043003 | B | 7.00 | 490.00 | 7.00 | 490.00 | 19707.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1337434 0117 (HPH) | 050103 | B | .60 | 96.00 | .60 | 96.00 | 19803.00 WORKED ON OBJECTIONS TO CLAIMS NOTICES. |
| 1337442 0117 (HPH) | 050103 | B | .30 | 48.00 | .30 | 48.00 | 19851.00 REVISION OF NOTICES. |

DATE: 09/30/03 11:50:21    PRO FORMA STATEMENT AS OF 093003 FOR FILE (BANK7A-HFN) BANK7A-HFN                    #111317(114898)    Page 7 (7)

| | | | | | |
|---|---|---|---|---|---|
| 167449 0117 (HPH) | 050103 B | .30 | 48.00 | .30 | 19899.00 REVISION OF PROPOSED NOTICE OF OBJECTIONS TO CLAIMS. |
| 167456 0117 (HPH) | 050103 B | .30 | 48.00 | .30 | 19947.00 INTRA-OFFICE CONFERENCE WITH MRS. JOHNSON RE CLAIMS OBJECTIONS NOTICES PROCEDURE. |
| 142319 0534 (JDJ) | 050103 B | 8.00 | 560.00 | 8.00 | 20507.00 WORK ON OBJECTIONS TO CLAIMS. |
| 158039 0117 (HPH) | 050603 B | .30 | 48.00 | .30 | 20555.00 CONFERENCE WITH GASTON WILLIAMS RE SUBPOENAED RECORDS. |
| 132325 0534 (JDJ) | 050603 B | 3.50 | 245.00 | 3.50 | 20800.00 WORK ON OBJECTIONS TO CLAIMS. |
| 132332 0534 (JDJ) | 050803 B | 2.00 | 140.00 | 2.00 | 20940.00 WORK ON OBJECTIONS TO CLAIMS. |
| 158809 0117 (HPH) | 050903 B | .30 | 48.00 | .30 | 20988.00 CONFERENCES RE CLAIMS OBJECTIONS; REVIEWED 501(D) CLAIM. |
| 158845 0117 (HPH) | 050903 B | .30 | 48.00 | .30 | 21036.00 INTRA-OFFICE CONFERENCES WITH MRS. JOHNSON RE PROPOSED NOTICE OF OBJECTIONS TO CLAIMS. |
| 130401 0534 (HPH) | 050903 B | 8.75 | 612.50 | 8.70 | 21645.00 WORK ON OBJECTIONS TO CLAIMS. |
| 159402 0117 (JDJ) | 051303 B | .60 | 96.00 | .60 | 21741.00 WORKED ON CLAIMS OBJECTIONS. |
| 140399 0534 (HPH) | 051303 B | 10.50 | 735.00 | 10.50 | 22476.00 WORK ON OBJECTIONS TO CLAIMS. |
| 159760 0117 (HPH) | 051403 B | .30 | 48.00 | .30 | 22524.00 WORKED ON FINALIZING OBJECTIONS. |
| 159945 0117 (HPH) | 051403 B | .30 | 48.00 | .30 | 22572.00 ATTENTION TO CORRESPONDENCE FROM GASTON WILLIAMS AND FROM STAN VAN ETTEN RE CIVIL AUDIT. |
| 140400 0534 (JDJ) | 051403 B | 7.00 | 490.00 | 7.00 | 23062.00 WORK ON OBJECTIONS TO CLAIMS. |
| 140552 0534 (JDJ) | 051903 B | 1.00 | 70.00 | 1.00 | 23132.00 WORK ON OBJECTIONS TO CLAIMS. |
| 193176 0534 (JDJ) | 052603 B | 2.00 | 140.00 | 2.00 | 23272.00 WORK ON OBJECTIONS TO CLAIMS. |
| 147034 0117 (HPH) | 060203 B | .30 | 48.00 | .30 | 23320.00 WORKED ON OBJECTIONS TO CLAIMS; INTRA-OFFICE CONFERENCES RE SAME. |
| 147075 0534 (JDJ) | 060603 B | 6.00 | 420.00 | 6.00 | 23740.00 WORK ON OBJECTIONS TO CLAIMS. |
| 147728 0117 (HPH) | 061003 B | .30 | 48.00 | .30 | 23788.00 INTRA-OFFICE CONFERENCES RE CLAIMS OBJECTIONS. |
| 147744 0117 (HPH) | 061103 B | .30 | 48.00 | .30 | 23836.00 WORKED ON CLAIMS OBJECTIONS. |
| 167119 0534 (JDJ) | 061103 B | 4.25 | 297.50 | 4.20 | 24130.00 WORK ON OBJECTIONS TO CLAIMS. |
| 147760 0117 (HPH) | 061203 B | .30 | 48.00 | .30 | 24178.00 INTRA-OFFICE CONFERENCE WITH MRS. JOHNSON RE CLAIMS OBJECTIONS. |
| 167125 0534 (JDJ) | 061203 B | 10.00 | 700.00 | 10.00 | 24878.00 WORK ON OBJECTIONS TO CLAIMS. |
| 198336 0534 (JDJ) | 061603 B | 9.30 | 651.00 | 9.30 | 25529.00 WORK ON OBJECTIONS TO CLAIMS. |
| 199021 0534 (JDJ) | 061703 B | 9.25 | 647.50 | 9.30 | 26180.00 WORK ON OBJECTIONS TO CLAIMS. |
| 149625 0534 (JDJ) | 061803 B | 5.60 | 392.00 | 5.60 | 26572.00 WORKED ON OBJECTIONS TO CLAIMS. |

```
DATE: 09/30/03 11:50:21 PRO FORMA STATEMENT AS OF 093003 FOR FILE (BANK7A-HFN) BANK7A-HFN      #111317(1114898)   Page 8 (8)
```

| | | | | | |
|---|---|---|---|---|---|
| 1349858 0117 (HPH) | 061903 B | .30 | 48.00 | .30 | 26620.00 INTRA-OFFICE CONFERENCES WITH MRS. JOHNSON RE CLAIMS OBJECTION ISSUES. |
| 1349811 0534 (HPH) | 061903 B | 7.00 | 490.00 | 7.00 | 27110.00 WORKED ON OBJECTIONS TO CLAIMS. |
| 1350689 0117 (HPH) | 062303 B | .30 | 48.00 | .30 | 27158.00 TELEPHONE CALL FROM GRAHAM SHIRLEY RE ERIE SETTLEMENT. |
| 1350695 0117 (HPH) | 062303 B | .30 | 48.00 | .30 | 27206.00 TELEPHONE CONFERENCE WITH MR. MIKE KEITH AT U.S. ATTORNEY'S OFFICE. |
| 1350710 0117 (HPH) | 062303 B | .30 | 48.00 | .30 | 27254.00 REVIEWED FILE RE DOCUMENT REQUEST FROM U.S. ATTORNEY. |
| 1351127 0534 (HPH) | 062403 B | 5.20 | 364.00 | 5.20 | 27618.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1351128 0534 (JDJ) | 062503 B | 6.50 | 455.00 | 6.50 | 28073.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1351711 0117 (HPH) | 062603 B | .30 | 48.00 | .30 | 28121.00 INTRA-OFFICE CONFERENCE RE CLAIMS OBJECTIONS. |
| 1352236 0117 (HPH) | 062703 B | .60 | 96.00 | .60 | 28217.00 REVISION OF FEE APPLICATION, LEGAL RESEARCH RE SECTION 330(A), SECTION 503. |
| 1352238 0117 (HPH) | 062703 B | .60 | 96.00 | .60 | 28313.00 REVISION OF FEE APPLICATION, TELEPHONE CALL TO MARGIE LYNCH RE SAME. |
| 1351760 0534 (JDJ) | 062703 B | 1.80 | 126.00 | 1.80 | 28439.00 WORK ON FEE APPLICATION, NOTICE AND ORDER FOR ATTORNEY SPECIALLY FEES FOR SETTLEMENT OF ERIE INSURANCE COMPANY ADVERSARY PROCEEDING. |
| 1353858 0117 (HPH) | 063003 B | .30 | 48.00 | .30 | 28487.00 REVISION OF FEE APPLICATION. |
| 1354800 0534 (JDJ) | 063003 B | 2.00 | 140.00 | 2.00 | 28627.00 OBJECTIONS. |
| 1355398 0534 (JDJ) | 070103 B | 10.70 | 749.00 | 10.70 | 29376.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1355404 0534 (JDJ) | 070203 B | 1.70 | 119.00 | 1.70 | 29495.00 FILE AND SERVE NOTICE OF FEE APPLICATION FOR LEWIS AND ROBERTS. |
| 1355412 0534 (JDJ) | 070703 B | 2.00 | 140.00 | 2.00 | 29635.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1360831 0534 (JDJ) | 071503 B | 6.50 | 455.00 | 6.50 | 30090.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1360828 0534 (JDJ) | 071603 B | 7.50 | 525.00 | 7.50 | 30615.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1360825 0534 (JDJ) | 071803 B | 7.00 | 490.00 | 7.00 | 31105.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1358998 0117 (HPH) | 072103 B | .60 | 96.00 | .60 | 31201.00 INTRA-OFFICE CONFERENCE WITH MRS. JOHNSON RE CONTINUED WORK AND ISSUES RE CLAIMS OBJECTIONS. |
| 1359654 0117 (HPH) | 072203 B | .30 | 48.00 | .30 | 31249.00 WORKED ON CLAIMS OBJECTIONS. |
| 1360821 0534 (JDJ) | 072203 B | 2.50 | 175.00 | 2.50 | 31424.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1359695 0117 (HPH) | 072303 B | .30 | 48.00 | .30 | 31472.00 TELEPHONE CALL FROM MR. GASTON WILLIAMS RE WAIVER OF ATTORNEY/CLIENT PRIVILEGE. |
| 1359703 0117 (HPH) | 072303 B | .30 | 48.00 | .30 | 31520.00 TELEPHONE CALL FROM NORMA HOLLAND AT U.S. ATTORNEY'S OFFICE RE WAIVER OF ATTORNEY/CLIENT PRIVILEGE. |
| 1360819 0534 (JDJ) | 072303 B | 3.50 | 245.00 | 3.50 | 31765.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1360103 0117 (HPH) | 072403 B | .30 | 48.00 | .30 | 31813.00 REVIEWED JUDGE SMALL'S ORDER APPROVING WAIVER OF ATTORNEY/CLIENT PRIVILEGE. |

| ID | Code | Date | B | Hours | Amount | Hours2 | Amount2 | Total | Description |
|---|---|---|---|---|---|---|---|---|---|
| 1366818 0534 | (JDJ) | 072403 | B | 4.50 | 315.00 | 4.50 | 315.00 | 32128.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 1360816 0534 | (JDJ) | 072803 | B | 11.70 | 819.00 | 11.70 | 819.00 | 32947.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 1363011 0534 | (JDJ) | 073103 | B | 2.10 | 147.00 | 2.10 | 147.00 | 33094.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 1366601 0534 | (JDJ) | 080403 | B | 9.00 | 630.00 | 9.00 | 630.00 | 33724.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 1366614 0534 | (JDJ) | 080503 | B | 1.80 | 126.00 | 1.80 | 126.00 | 33850.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 1366605 0534 | (JDJ) | 080703 | B | 4.00 | 280.00 | 4.00 | 280.00 | 34130.00 | WORK ON OBJECTIONS TO CLAIMS |
| 1366128 0117 | (HPH) | 081203 | B | .30 | 48.00 | .30 | 48.00 | 34178.00 | WORKED ON OBJECTIONS TO CLAIMS. |
| 1366597 0534 | (JDJ) | 081203 | B | 10.00 | 700.00 | 10.00 | 700.00 | 34878.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 1366361 0117 | (HPH) | 081303 | B | .30 | 48.00 | .30 | 48.00 | 34926.00 | INTRA-OFFICE CONFERENCES RE CLAIMS OBJECTIONS. |
| 1366598 0534 | (JDJ) | 081303 | B | 11.70 | 819.00 | 11.70 | 819.00 | 35745.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 1366599 0534 | (JDJ) | 081403 | B | 10.50 | 735.00 | 10.50 | 735.00 | 36480.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 1366941 0117 | (HPH) | 081503 | B | .60 | 96.00 | .60 | 96.00 | 36576.00 | EXTENDED CONFERENCE WITH MRS. JOHNSON RE CLAIMS OBJECTIONS AND DISTRIBUTION. |
| 1367241 0534 | (JDJ) | 081503 | B | 2.80 | 196.00 | 2.80 | 196.00 | 36772.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 1367206 0534 | (JDJ) | 081703 | B | 2.00 | 140.00 | 2.00 | 140.00 | 36912.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 1367341 0117 | (HPH) | 081803 | B | .60 | 96.00 | .60 | 96.00 | 37008.00 | WORKED ON CLAIMS OBJECTIONS ISSUES WITH MRS. JOHNSON. |
| 1367207 0534 | (JDJ) | 081803 | B | 10.00 | 700.00 | 10.00 | 700.00 | 37708.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 1367969 0117 | (HPH) | 081903 | B | .30 | 48.00 | .30 | 48.00 | 37756.00 | INTRA-OFFICE CONFERENCE WITH MRS. JOHNSON RE CLAIMS OBJECTIONS STATUS, TIMETABLE. |
| 1367222 0534 | (JDJ) | 081903 | B | 2.40 | 168.00 | 2.40 | 168.00 | 37924.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 1368608 0117 | (HPH) | 082003 | B | .25 | 40.00 | .30 | 48.00 | 37972.00 | INTRA-OFFICE CONFERENCES RE OBJECTION TO CLAIMS. |
| 1369164 0534 | (JDJ) | 082003 | B | 10.25 | 717.50 | 10.20 | 714.00 | 38686.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 1369165 0534 | (JDJ) | 082103 | B | 6.50 | 455.00 | 6.50 | 455.00 | 39141.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 1350351 0117 | (HPH) | 082503 | B | .30 | 48.00 | .30 | 48.00 | 39189.00 | INTRA-OFFICE CONFERENCE RE CLAIMS OBJECTIONS. |
| 1370374 0117 | (HPH) | 082503 | B | .30 | 48.00 | .30 | 48.00 | 39237.00 | INTRA-OFFICE CONFERENCE RE FILING OBJECTIONS TO CLAIMS. |
| 1369170 0534 | (JDJ) | 082503 | B | 10.00 | 700.00 | 10.00 | 700.00 | 39937.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 1370384 0117 | (HPH) | 082603 | B | .30 | 48.00 | .30 | 48.00 | 39985.00 | WORKED ON OBJECTIONS TO CLAIMS. |
| 1369869 0534 | (JDJ) | 082603 | B | 14.00 | 980.00 | 14.00 | 980.00 | 40965.00 | WORK ON OBJECTIONS TO CANADIAN CLAIMS. |
| 1369870 0534 | (JDJ) | 082703 | B | 12.70 | 889.00 | 12.70 | 889.00 | 41854.00 | WORK ON OBJECTIONS TO CLAIMS. |

```
DATE: 09/30/03 11:50:21    PRO FORMA STATEMENT AS OF 093003 FOR FILE (BANK7A-HFN) BANK7A-HFN    #111317(1148898)  Page 10 (10)

INDEX    DATE   STAT   AMOUNT   DESCRIPTION
1371940  082803  B      .30     48.00      48.00   419902.00  WORKED ON CLAIMS OBJECTIONS.
 0117
 (HPH)
1371949  082803  B      .30     48.00      48.00   419950.00  WORKED ON CLAIMS OBJECTIONS WITH MRS. JOHNSON.
 0117
 (HPH)
1370313  082803  B    12.50    875.00     875.00   42825.00   WORK ON OBJECTIONS TO CLAIMS.
 0534
 (JDJ)
1371882  082903  B     9.00    630.00     630.00   43455.00   WORKED ON OBJECTIONS TO CLAIMS.
 0534
 (JDJ)
1372695  090203  B      .30     48.00      48.00   43503.00   INTRA-OFFICE CONFERENCES RE CLAIMS OBJECTIONS.
 0117
 (HPH)
1373433  090203  B     6.00    420.00     420.00   43923.00   WORK ON OBJECTIONS TO CLAIMS.
 0534
 (JDJ)
1372725  090303  B      .30     48.00      48.00   43971.00   WORKED ON OBJECTIONS TO CLAIMS; LEGAL RESEARCH
 0117                                                          RE DEBENTURES.
 (HPH)
1373440  090303  B     1.20     84.00      84.00   44055.00   WORK ON OBJECTIONS TO CLAIMS.
 0534
 (JDJ)
1373436  090403  B    10.20    714.00     714.00   44769.00   WORK ON OBJECTIONS TO CLAIMS.
 0534
 (JDJ)
1373475  090503  B     3.80    266.00     266.00   45035.00   WORK ON OBJECTIONS TO CLAIMS.
 0534
 (JDJ)
1373885  090903  B     4.20    294.00     294.00   45329.00   WORK ON OBJECTIONS TO CLAIMS.
 0534
 (JDJ)
1374799  091003  B     4.00    280.00     280.00   45609.00   WORK ON OBJECTIONS TO CLAIMS.
 0534
 (JDJ)
1375214  091203  B      .30     48.00      48.00   45657.00   WORKED ON CLAIMS OBJECTIONS WITH MRS. JOHNSON.
 0117
 (HPH)
1375219  091203  B      .30     48.00      48.00   45705.00   WORKED ON CLAIMS OBJECTIONS.
 0117
 (HPH)
1376361  091203  B     5.00    350.00     350.00   46055.00   WORK ON OBJECTIONS TO CLAIMS.
 0534
 (JDJ)
1375538  091503  B      .60     96.00      96.00   46151.00   WORKED ON CLAIMS OBJECTIONS; LEGAL RESEARCH RE
 0117                                                          SECTION 507(A)(3) AND (4).
 (HPH)
1375543  091503  B      .30     48.00      48.00   46199.00   WORKED ON OBJECTIONS TO CLAIMS.
 0117
 (HPH)
1375553  091503  B      .30     48.00      48.00   46247.00   WORKED ON INTERIM FEE APPLICATION.
 0117
 (HPH)
1375555  091503  B      .60     96.00      96.00   46343.00   WORKED ON INTERIM FEE APPLICATION.
 0117
 (HPH)
1376362  091503  B     9.20    644.00     644.00   46987.00   WORK ON OBJECTIONS TO CLAIMS.
 0534
 (JDJ)
1376370  091603  B     2.90    203.00     203.00   47190.00   WORK ON OBJECTIONS TO CLAIMS.
 0534
 (JDJ)
1377119  092203  B      .30     48.00      48.00   47238.00   REVIEWED CLAIMS RECONCILIATION WITH MRS.
 0117                                                          JOHNSON.
 (HPH)
1379012  092303  B     6.50    455.00     455.00   47693.00   WORK ON OBJECTIONS TO CLAIMS.
 0534
 (JDJ)
                                            ---------
                           FEE SUBTOTAL     47693.00
                                            ---------

*----COST ENTRIES------*

INDEX    DATE   STAT  AMOUNT  DESCRIPTION                   CODE      TKPER VOUCHER
1392693  111202  B     1.00 * FACSIMILE TRANSMISSION        8051      FIRM
```

```
DATE: 09/30/03 11:50:21   PRO FORMA STATEMENT AS OF 093003 FOR FILE (BANK7A-HFN)  BANK7A-HFN                        #111317(114898)  Page 11 (11)

141083  012003 B    0.75 * FACSIMILE TRANSMISSION                                      8050    FIRM
145092  012003 B    0.75 * FACSIMILE TRANSMISSION                                      8050    FIRM
144354  020403 B    0.37 * POSTAGE                                                     8030    FIRM
144663  020403 B    3.25 * FACSIMILE TRANSMISSION                                      8050    FIRM
1409102 030503 B   10.60 * MT&E PHOTOCOPY CENTER                                       8070    FIRM
031803 B           0.75 * FACSIMILE TRANSMISSION                                       8050    FIRM
101217  031803 B   0.75 * FACSIMILE TRANSMISSION                                       8050    FIRM
144431  031803 B   0.65 * LONG DISTANCE TELEPHONE CALL                                 8040    FIRM
1407386 032103 BNP 0.00 * LOCAL MESSENGER SERVICE: GRAHAM, SHIRLEY                     8020    8064
1459996 043003 B   0.25 * FACSIMILE TRANSMISSION                                       8050    FIRM
1460262 061603 B   0.50 * FACSIMILE TRANSMISSION                                       8050    FIRM
1430463 061603 B   6.00 * FACSIMILE TRANSMISSION                                       8050    FIRM
1409610 061603 B   2.21 * POSTAGE                                                      8030    FIRM
062303 B           1.00 * FACSIMILE TRANSMISSION                                       8050    FIRM
1701827 062703 B   9.21 * POSTAGE                                                      8030    FIRM
104826  070203 B  29.97 * POSTAGE                                                      8030    FIRM
1404832 070203 B  19.04 * POSTAGE                                                      8030    FIRM
1444889 070803 B   0.84 * LONG DISTANCE TELEPHONE CALL                                 8040    FIRM
148123  072303 B   0.84 * LONG DISTANCE TELEPHONE CALL                                 8040    FIRM
1440826 072303 B   0.84 * FACSIMILE TRANSMISSION                                       8051    FIRM
072403 B           4.50 * LONG DISTANCE TELEPHONE CALL                                 8040    FIRM
1406105 081803 B   0.24 * FACSIMILE TRANSMISSION                                       8051    FIRM
1425985 081803 B   0.00   LONG DISTANCE TELEPHONE CALL                                 8040    FIRM
1412459 082603 BNP 0.00   08/26-08/29/2003, 140 MILES @$.36 EACH - SANDRA              860     140636
                          CUMMINGS, BENSON, NC, WORK WITH JENNY JOHNSON
                          ON OBJECTIONS TO CLAIMS, IHI

                                                                              92.72
                                                                              -----

BALANCE DUE FROM PREVIOUS STATEMENT  . . . . . . . . . . . . . . . . . . . .    0.00
LESS PAYMENT(S)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    0.00
                                                                              -------
BALANCE FORWARD  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    0.00

TIMECARD SUB-TOTAL ( 607.40) . . . . . . . . . . . . . . . . . .   47693.00
DISBURSEMENT SUB-TOTAL . . . . . . . . . . . . . . . . . . . . .      92.72
SUBTOTAL CURRENT PERIOD  . . . . . . . . . . . . . . . . . . . .              47785.72
                                                                            ---------
TOTAL DUE  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   47785.72

TIME VALUE FOR THE MATTER AFTER THE CUTOFF DATE  . . . . . . . .    0.00
COST VALUE FOR THE MATTER AFTER THE CUTOFF DATE  . . . . . . . .    0.00

-----------------TIME AND FEE SUMMARY--------------*
------TIMEKEEPER------*   RATE    HOURS    %      FEES      %
HOLMES P. HARDEN        160.00    54.90   9.0   8784.00   18.4
REUBEN G. CLARK III     160.00      .80    .1    128.00     .3
JAMES C. DEVER          160.00     1.80    .3    288.00     .6
JENNY D. JOHNSON         70.00   549.90   90.5  38493.00   80.7
                        TOTALS            607.40          47693.00

-----COST CODE SUMMARY-----*
-----COST CODE-----*                                    AMOUNT
8020     LOCAL MESSENGER SERVICE                          0.00
8030     POSTAGE                                         60.80
```

```
DATE: 09/30/03 11:50:21  PRO FORMA STATEMENT AS OF 093003 FOR FILE (BANK7A-HFN) BANK7A-HFN         #111317(114898)  Page 12 (12)

8040    LONG DISTANCE TELEPHONE CALL              2.57
8050    FACSIMILE TRANSMISSION                    7.25
8051    FACSIMILE TRANSMISSION                   11.50
8070    MT PHOTOCOPY CENTER                      10.60
 860    MILES @$.36 EACH                          0.00
                                                 -----
COST TOTAL                                       92.72

------LEDGER SUMMARY------
Ledger Code    Ledger Description        Debit         Credit      Credit Applied To
-----------    -----------------         -----         ------      -----------------
#NALL          UNALLOCATED                         120498.98                              *

       FEES                            120252.00                    120252.00  FEES
       HCOST  HARD COST                    42.53                        42.53  HCOST
       SCOST  SOFT COST                   204.45                       204.45  SCOST
                                       ----------    ----------
TOTAL                                  120498.98     120498.98

AGED ACCOUNTS RECEIVABLE:  0.00 (-30)   0.00 (31-60)   0.00 (61-90)   0.00 (91-120)   0.00 (+)

    ( ) BILL COSTS AND FEES        ( ) DO NOT BILL
    ( ) BILL FEES ONLY             ( ) CLOSE FILE
    ( ) BILL COSTS ONLY            ( ) FINAL BILL
```