IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**FILED**

OCT 0 2 2003

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

## FIFTH APPLICATION BY CHAPTER 7 TRUSTEE FOR INTERIM ALLOWANCE OF COMMISSION AND REIMBURSEMENT OF EXPENSES

NOW COMES, Holmes P. Harden ("Applicant") and files this Fifth Interim application for Compensation and Reimbursement of Expenses to Chapter 7 Trustee and, in support thereof, shows the following:

1.      This Court has jurisdiction of this application pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. §§ 327 and 329.

2.      On November 25, 1998 a petition for relief under Chapter 7 of the Bankruptcy Code was filed by International Heritage, Inc. (the "Debtor").  On November 25, 1998 this Court entered an Order appointing Holmes P. Harden as Trustee of the Debtor ("Trustee").

3.      Applicant has complied with all provisions of the Bankruptcy Code, the Bankruptcy Rules, and other laws, regulations and administrative orders dealing with the duties of a trustee, has discharged his duties in a prompt and efficient manner and has otherwise complied with all other duties of a Chapter 7 trustee as set forth in the Bankruptcy Code.

4.      The Court entered an order allowing trustee's first interim commission in the amount of $5,919.07 and reimbursement of expenses in the amount of $11,628.39 for services rendered from November 30, 1998 through August 31, 1999 on November 1, 1999.  The court

391501S

COPY ret. 10/2/03 Sb

21 pg

545

also entered an order on October 28, 2000 allowing interim commission in the amount of $32,719.94 and reimbursement of expenses in the amount of $1,291.21 for services rendered from September 1, 1999 through August 31, 2000.  The court also entered an order allowing interim commission in the amount of $9,820.24 and reimbursement of expenses in the amount of $1,719.80 for services rendered from September 12, 2000 through August 28, 2001.  The court also entered an order allowing interim commission in the amount of $4,946.14 and reimbursement of expenses in the amount of $608.43 for services rendered from  September 1, 2001 through September 30, 2002.

5.      Applicant has collected $123,542.62 since the fourth interim application was filed with the court.

6.      Applicant has disbursed $65,082.23 to parties in interest in the case since the fourth interim application was filed with the court.  Disbursements are itemized on Exhibit A attached hereto.

7.      Applicant and his staff have spent over 150 hours in the performance of his duties as trustee from October 1, 2002 through September 29, 2003.  Applicant's law firm has expended $648.07 in payment of expenses of trustee from September 13, 2002 through September 29, 2003.  An accounting of time and expenses is attached hereto as Exhibit B.

8.      Applicant now prays that he be allowed the sum of $1,952.47 as interim trustee's fees, together with reimbursement of expenses in the amount of $648.07, which Applicant deems as reasonable for services rendered herein.  This calculation is based on the parameters set forth in 11 U.S.C. Section 326 and the compensation scale established by the Local Rules for the Eastern District of North Carolina.

391501S

9.      Applicant believes that this sum is fair and reasonable in this case and should be allowed.

10.     Applicant certifies that no agreements have been made directly or indirectly and that no understanding exists for division of fees between the Applicant and other parties, except other partners of his law firm.

11.     This is the fifth Application for compensation and reimbursement of expenses made by the Applicant in this case.

WHEREFORE, Applicant prays that he be allowed and paid the above compensation of $1,952.47 and reimbursement of expenses in the amount of $648.07 and that the court grant such other and further relief to which it deems him justly entitled.

This the 1st day of October, 2003.

                                    HOLMES P. HARDEN, CHAPTER 7 TRUSTEE
                                    FOR INTERNATIONAL HERITAGE, INC.


                                    Holmes P. Harden
                                    N.C. State Bar No. 9835
                                    3200 Beechleaf Court, Suite 500
                                    Post Office Drawer 19764
                                    Raleigh, North Carolina 27619-9764
                                    Telephone: (919) 981-40000

391501S

DATE: 09/30/03 11:29:23    PRO FORMA STATEMENT AS OF 093003 FOR FILE (BANK7A-206) BANK7A-206          #i11314(1114898)    Page 5  (5)

------COST ENTRIES------*

| DATE STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|
| 100302 B | 34.03 * | POSTAGE | 8030 | FIRM | |
| 100302 B | 5.00 * | FACSIMILE TRANSMISSION, LONG DISTANCE | 8052 | FIRM | |
| 100402 B | 1.00 * | FACSIMILE TRANSMISSION | 8050 | FIRM | |
| 100402 B | 35.49 * | POSTAGE | 8030 | FIRM | |
| 100802 B | 12.50 * | FACSIMILE TRANSMISSION, LONG DISTANCE | 8052 | FIRM | |
| 101602 B | 0.50 * | FACSIMILE TRANSMISSION | 8050 | FIRM | |
| 103002 B | 9.00 * | POSTAGE | 8030 | FIRM | |
| 103002 B | 0.84 * | LONG DISTANCE TELEPHONE CALL | 8040 | FIRM | |
| 103002 B | 0.84 * | LONG DISTANCE TELEPHONE CALL | 8040 | FIRM | |
| 110702 B | 0.84 * | LONG DISTANCE TELEPHONE CALL | 8040 | FIRM | |
| 112198 B | 0.24 * | FACSIMILE TRANSMISSION | 8050 | FIRM | |
| 116909 B | 0.75 * | FACSIMILE TRANSMISSION | 8050 | FIRM | |
| 122002 B | 0.24 * | LONG DISTANCE TELEPHONE CALL | 8040 | FIRM | |
| 010303 B | 0.24 * | LONG DISTANCE TELEPHONE CALL | 8040 | FIRM | |
| 143507 B | 0.36 * | LONG DISTANCE TELEPHONE CALL | 8040 | FIRM | |
| 013508 B | 19.50 * | FACSIMILE TRANSMISSION | 8051 | FIRM | |
| 010803 B | 0.12 * | LONG DISTANCE TELEPHONE CALL | 8040 | FIRM | |
| 020503 B | 0.24 * | LONG DISTANCE TELEPHONE CALL | 8040 | FIRM | |
| 022603 B | 11.48 * | POSTAGE | 8030 | FIRM | |
| 027200 B | 34.00 * | MT&E PHOTOCOPY CENTER | 8070 | FIRM | |
| 037532 B | 2.50 * | FACSIMILE TRANSMISSION, LONG DISTANCE | 8052 | FIRM | |
| 043681 B | 0.24 * | LONG DISTANCE TELEPHONE CALL | 8040 | FIRM | |
| 042303 B | 1.00 * | PARKING - JENNY D. JOHNSON | 844 | FIRM | 138181 |
| 051503 B | 0.24 * | LONG DISTANCE TELEPHONE CALL | 860 | FIRM | 138181 |
| | | OFFICE, CLAIMS | | | |
| 051503 B | 2.00 * | PARKING - JENNY D. JOHNSON | 844 | FIRM | 138836 |
| 052503 B | 475.00 * | MT&E PHOTOCOPY CENTER | 8070 | FIRM | 138836 |
| 060303 B | 0.24 * | LONG DISTANCE TELEPHONE CALL | 8040 | FIRM | |
| 062303 B | 0.24 * | LONG DISTANCE TELEPHONE CALL | 8040 | FIRM | |

DATE: 09/30/03 11:29:23 PRO FORMA STATEMENT AS OF 093003 FOR FILE (BANK7A-206) BANK7A-206

163017

063003 B                0.48 * LONG DISTANCE TELEPHONE CALL                    8040       FIRM

648.07

BALANCE DUE FROM PREVIOUS STATEMENT  . . . . . . . . . . . .       0.00
LESS PAYMENT(S)  . . . . . . . . . . . . . . . . . . . . . .       0.00
                                                              ----------
BALANCE FORWARD  . . . . . . . . . . . . . . . . . . . . . .       0.00

TIME VALUE FOR THE MATTER AFTER THE CUTOFF DATE  . . . . . .       0.00
COST VALUE FOR THE MATTER AFTER THE CUTOFF DATE  . . . . . .       0.00

------TIME AND FEE SUMMARY------
-------TIMEKEEPER------ *   RATE   HOURS  *   FEES   *

------COST CODE SUMMARY------
----COST CODE----                          AMOUNT
8020   LOCAL MESSENGER SERVICE               0.00
8030   POSTAGE                              90.00
8040   LONG DISTANCE TELEPHONE CALL          4.32
8050   FACSIMILE TRANSMISSION                2.25
8051   FACSIMILE TRANSMISSION               19.50
8052   FACSIMILE TRANSMISSION, LONG DISTANCE 20.00
8070   MT PHOTOCOPY CENTER                 509.00
844    PARKING                               3.00
851    BUSINESS MEALS                        0.00
860    MILES @$.36 EACH                      0.00
                                          --------
COST TOTAL                                 648.07

------LEDGER SUMMARY------
Ledger Code   Ledger Description   Debit   Credit   Credit Applied To

FEES                   FEES                57014.83

LFORM2

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | NATIONSBANK, N.A. |
| | | Account Number: | 3753846518 Money Market - Interest Bearing |
| Taxpayer ID No: | 87-0421191 | Blanket Bond (per case limit): | |
| For Period Ending: | 09/29/03 | Separate Bond (if applicable): | $  6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account Balance ($) |
| | | | BALANCE FORWARD | | | 62,459.66 |
| 09/30/02 | 11 | NATIONSBANK, N.A. | Interest Rate 1.200 | 61.61 | | 62,521.27 |
| 10/15/02 | | | reverse 10/15/02 adjustment | 3,000.00 | | 65,521.27 |
| 10/15/02 | | | Reverses adjustment on 10/15.  Reversal made in error. | | | |
| | | | reverse 10/15/02 adjustment | | | |
| 10/15/02 | | | Reverses Adjustment IN on 10/15/02 | -3,000.00 | | 62,521.27 |
| | | | Should be shown as a deposit rather than adjustment. | | | |
| | | | Reversal error in deposits | | | |
| 10/15/02 | | Redeposit to correct erro | This deposit should correct the reversed deposits and | 3,000.00 | | 65,521.27 |
| | | | adjustments made on 4/7/99 in regards to R. V. Delaristo. | | | |
| | | | Check #1008 was written to refund his deposit and the | | | |
| | | Reverses Adjustment IN on 07/25/01 | reversal should never have been entered. | | | |
| 10/15/02 | | | Deposits 27 & 28 reversed in error | -3,000.00 | | 62,521.27 |
| 10/31/02 | 11 | NATIONSBANK, N.A. | Interest Rate 1.200 | 63.72 | | 62,584.99 |
| 11/29/02 | 11 | NATIONSBANK, N.A. | Interest Rate 0.850 | 50.92 | | 62,635.91 |
| 12/31/02 | 11 | NATIONSBANK, N.A. | Interest Rate 0.850 | 45.23 | | 62,681.14 |
| 01/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.850 | 45.25 | | 62,726.39 |
| 02/28/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.850 | 40.90 | | 62,767.29 |
| 03/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.500 | 28.46 | | 62,795.75 |
| 04/11/03 | 001025 | Recall | STORAGE UNIT RENTAL. | | 299.38 | 62,496.37 |
| | | | Invoice 4616761-IN | | | |
| 04/11/03 | 001026 | BellSouth | Telephone Service | | 176.08 | 62,320.29 |
| | | | 790-0128  $104.40 | | | |
| | | | 876-2161  $71.68 | | | |
| 04/11/03 | 001027 | AT&T | Telephone Service | | 94.15 | 62,226.14 |
| | | | 056 390-8195 001  $15.97 | | | |
| | | | 020 713 6257 001  $78.18 | | | |
| 04/17/03 | | Transfer to Acct #3753846835 | Bank Funds Transfer | | 1,519.80 | 60,706.34 |
| 04/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.500 | 25.40 | | 60,731.74 |
| 05/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.500 | 25.79 | | 60,757.53 |
| 06/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.500 | 24.97 | | 60,782.50 |

| Page Subtotals | | 412.25 | 2,089.41 | |

Ver. 8.50

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

Case No:    98-02675-5-ATS
Case Name:    INTERNATIONAL HERITAGE INC.

Taxpayer ID No:    87-0421191
For Period Ending:    09/29/03

Trustee Name:    HOLMES P. HARDEN, TRUSTEE
Bank Name:    NATIONSBANK, N.A.
Account Number:    3753846518 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable):    $    6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Disbursements ($) | 7 Account Balance ($) |
|---|---|---|---|---|---|---|
| 07/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.200 | 10.32 | | 60,792.82 |
| 08/29/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.200 | 10.32 | | 60,803.14 |
| | | | COLUMN TOTALS | 432.89 | 2,089.41 | 60,803.14 |
| | | | Less: Bank Transfers | 3,000.00 | 1,519.80 | |
| | | | Subtotal | -2,567.11 | 569.61 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | -2,567.11 | 569.61 | |

Page Subtotals    20.64    0.00

LFORM2

Ver: 8.50

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   3

Case No:          98-02675-5-ATS
Case Name:        INTERNATIONAL HERITAGE INC.

Taxpayer ID No:   87-0421191
For Period Ending: 09/29/03

Trustee Name:     HOLMES P. HARDEN, TRUSTEE
Bank Name:        NATIONSBANK, N.A.
Account Number:   3753846521  Checking - Non Interest

Blanket Bond (per case limit):
Separate Bond (if applicable):   $  6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| | | | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| | | | Less: Bank Transfers | 0.00 | 0.00 | |
| | | | Subtotal | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 0.00 | |

Page Subtotals           0.00         0.00

LFORM2

Ver: 8.50

LFORM2

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

| Case No.: | 98-02675-5-ATS | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | NATIONSBANK, N.A. |
| | | | Account Number: | 3753846534  Money Market - Interest Bearing |
| Taxpayer ID No: | 87-0421191 | | | |
| For Period Ending: | 09/29/03 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $  6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account Balance ($) |
| | | | BALANCE FORWARD | | | 20,707.63 |
| 09/30/02 | 11 | NATIONSBANK, N.A. | Interest Rate 1.200 | 20.42 | | 20,728.05 |
| 10/31/02 | 11 | NATIONSBANK, N.A. | Interest Rate 1.200 | 21.13 | | 20,749.18 |
| 11/29/02 | 11 | NATIONSBANK, N.A. | Interest Rate 0.850 | 16.88 | | 20,766.06 |
| 12/31/02 | 11 | NATIONSBANK, N.A. | Interest Rate 0.850 | 14.99 | | 20,781.05 |
| 01/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.850 | 15.00 | | 20,796.05 |
| 02/28/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.850 | 13.56 | | 20,809.61 |
| 03/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.850 | 9.44 | | 20,819.05 |
| 04/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.500 | 8.56 | | 20,827.61 |
| 05/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.500 | 8.84 | | 20,836.45 |
| 06/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.500 | 8.57 | | 20,845.02 |
| 07/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.200 | 3.54 | | 20,848.56 |
| 08/29/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.200 | 3.53 | | 20,852.09 |

| | | | | | |
|---|---|---|---|---|---|
| | COLUMN TOTALS | | 144.46 | 0.00 | 20,852.09 |
| | Less: Bank Transfers | | 0.00 | 0.00 | |
| | Subtotal | | 144.46 | 0.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 144.46 | 0.00 | |

Page Subtotals                    144.46                    0.00

Ver. 8.50

LFORM2

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Case No:   98-02675-5-ATS  
Case Name:   INTERNATIONAL HERITAGE INC.

Taxpayer ID No:  87-0421191  
For Period Ending:  09/29/03

Trustee Name:  HOLMES P. HARDEN, TRUSTEE  
Bank Name:  NATIONSBANK, N.A.  
Account Number:  3753846819 Money Market - Interest Bearing  
Blanket Bond (per case limit):  
Separate Bond (if applicable):  $ 6,000,000.00

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account Balance ($) |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 1,095,839.52 |
| 09/24/02 | 11 | Transfer to Acct #3753846835 | Bank Funds Transfer | | 767.38 | 1,095,072.14 |
| 09/30/02 | | NATIONSBANK, N.A. | Interest Rate 1.200 | 1,080.68 | | 1,096,152.82 |
| 10/16/02 | 11 | Transfer from Acct #3753846848 | Bank Funds Transfer | 25,000.00 | | 1,121,152.82 |
| 10/16/02 | 001010 | Holmes P. Harden, Trustee | TRANSFERRING FUNDS TO NATIONSBANK / Check should have been written instead of transfer of funds to account / this is an SEC settlement check and should be tied to asset #14. | | 25,000.00 | 1,096,152.82 |
| 10/31/02 | | NATIONSBANK, N.A. | Interest Rate 1.200 | 1,118.00 | | 1,097,270.82 |
| 11/05/02 | 001011 | RECALL | STORAGE UNIT RENTAL / INVOICE # 4610332-IN / INVOICE # 4608996-IN | | 534.58 | 1,096,736.24 |
| 11/05/02 | 001012 | BELLSOUTH | Telephone Service / 919 790-0128 010 0363 $52.09 / 919 876-2161 450 0364 $36.25 | | 88.34 | 1,096,647.90 |
| 11/26/02 | 11 | Transfer to Acct #3753846835 | Bank Funds Transfer | | 2,849.85 | 1,093,798.05 |
| 11/29/02 | 11 | Transfer to Acct #3753846835 | Bank Funds Transfer | | 28,477.82 | 1,065,320.23 |
| 12/13/02 | | NATIONSBANK, N.A. | Interest Rate 0.850 | 887.94 | | 1,066,208.17 |
| 12/31/02 | 11 | Transfer to Acct #3753846835 | Bank Funds Transfer | | 476.61 | 1,065,731.56 |
| 01/09/03 | | NATIONSBANK, N.A. | Interest Rate 0.850 | 769.51 | | 1,066,501.07 |
| 01/09/03 | 001013 | AT&T | Telephone Service / 020 713 6257 001 | | 108.07 | 1,066,393.00 |
| 01/09/03 | 001014 | BellSouth | Telephone Service / 919 876-2161 450 0364 $35.87 / 99 790-0128 010 0363 $52.22 | | 88.08 | 1,066,304.92 |
| 01/31/03 | | NATIONSBANK, N.A. | Interest Rate 0.850 | 769.84 | | 1,067,074.76 |
| 02/05/03 | 11 | Transfer to Acct #3753846835 | Bank Funds Transfer | | 363.43 | 1,066,711.33 |
| 02/21/03 | 001015 | BellSouth | Telephone Service / 87602161 450 0364 | | 35.97 | 1,066,675.36 |
| | | | **Page Subtotals** | 29,625.97 | 58,790.13 | |

Ver. 8.50

LFORM2

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | NATIONSBANK, N.A. |
| Account Number: | | Account Number: | 3753846819 Money Market - Interest Bearing |
| Taxpayer ID No: | 87-0421191 | Blanket Bond (per case limit): | |
| For Period Ending: | 09/29/03 | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account Balance ($) |
| 02/21/03 | 001016 | AT&T | Telephone Service 056 390-8195 0001 | | 25.49 | 1,066,649.87 |
| 02/21/03 | 001017 | Recall | STORAGE UNIT RENTAL Invoice 461403Q-IN | | 299.38 | 1,066,350.49 |
| 02/28/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.850 | 695.56 | | 1,067,046.05 |
| 03/20/03 | 001018 | BellSouth | Telephone Service Acct. No. 919 790-0128 010 0363 | | 52.25 | 1,066,993.80 |
| 03/20/03 | 001019 | Recall Total Information Mgmt. | STORAGE UNIT RENTAL Invoice No. 461517 | | 299.38 | 1,066,694.42 |
| 03/31/03 | 11 | NATIONSBANK, N.A. | Billing Cust. No. 46-91456 Interest Rate 0.500 | 483.79 | | 1,067,178.21 |
| 04/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.500 | 438.57 | | 1,067,616.78 |
| 05/01/03 | 001020 | RECALL TOTAL INFORMATION MGMT. P. O. BOX 101057 ATLANTA, GA 30392-1057 | STORAGE UNIT RENTAL CLOSING OUT ACCOUNT AND MOVING RECORDS TO US ATTORNEY'S OFFICE INVOICE #B148298-IN | | 4,527.62 | 1,063,089.16 |
| 05/06/03 | 001021 | AT&T | Telephone Service 020 713 6257 001 $79.39 056 390-8195 001 $41.56 | | 192.40 | 1,062,896.76 |
| 05/21/03 | | Transfer to Acct #3753846835 | Bank Funds Transfer | | 120.95 | 1,062,775.81 |
| 05/23/03 | 001022 | BELLSOUTH | Telephone Service 919 790-0128 010 0363 | | 52.37 | 1,062,723.44 |
| 05/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.500 | 451.61 | | 1,063,175.05 |
| 06/17/03 | 001023 | BELLSOUTH | Telephone Service 919 876-2161 450 0364 | | 35.96 | 1,063,139.09 |
| 06/23/03 | 001024 | BELLSOUTH | Telephone Service 919 790-0128 010 0363 | | 52.43 | 1,063,086.66 |
| 06/26/03 | 17 | Erie Insurance Group | Settlement-other Lawsuit settlement | 60,000.00 | | 1,123,086.66 |
| 06/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.500 | 437.69 | | 1,123,524.35 |

Page Subtotals     62,507.22     5,658.23

Ver. 8.50

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

Case No:       98-02675-5-ATS
Case Name:     INTERNATIONAL HERITAGE INC.

Taxpayer ID No: 87-0421191
For Period Ending: 09/29/03

Trustee Name:    HOLMES P. HARDEN, TRUSTEE
Bank Name:       NATIONSBANK, N.A.
Account Number:  3753846819 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable):  $  6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Disbursements ($) | 7 Account Balance ($) |
|---|---|---|---|---|---|---|
| 07/14/03 | | Transfer to Acct #3753846835 | Bank Funds Transfer | | 41.01 | 1,123,483.34 |
| 07/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.200 | 190.84 | | 1,123,674.18 |
| 08/12/03 | 001025 | BellSouth | Telephone Service 919-790-0128 010 0363 | | 52.43 | 1,123,621.75 |
| 08/20/03 | 001026 | Lewis & Roberts, PLLC | Attorney's fees (other firm) Fees for outside attorneys | | 15,000.00 | 1,108,621.75 |
| 08/29/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.200 | 190.53 | | 1,108,812.28 |
| 09/04/03 | 001027 | BellSouth | Telephone Service 919-876-2161 450 0364 ($34.49) 919-790-0128 010 0363 ($50.36) | | 84.85 | 1,108,727.43 |
| 09/04/03 | 001028 | AT&T | Telephone Service 056 390 8195 001 ($20.90) 020 713 6257 001 ($9.92) | | 30.82 | 1,108,696.61 |
| 09/22/03 | 001029 | AT&T | Telephone Service 056 390-8195 001  $41.80 020 713 6257 001  $43.30 | | 85.10 | 1,108,611.51 |

COLUMN TOTALS
Less: Bank Transfers
Subtotal
Less: Payments to Debtors
Net

| | 92,514.56 | 79,742.57 | 1,108,611.51 |
| | 25,000.00 | 33,168.50 | |
| | 67,514.56 | 46,574.07 | |
| | | 0.00 | |
| | 67,514.56 | 46,574.07 | |

Page Subtotals                 381.37            15,294.21

LFORM2

Ver. 8.50

LFORM2

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS  
Case Name: INTERNATIONAL HERITAGE INC.  
Taxpayer ID No: 87-0421191  
For Period Ending: 09/29/03

Trustee Name: HOLMES P. HARDEN, TRUSTEE  
Bank Name: NATIONSBANK, N.A.  
Account Number: 3753846835 Checking - Non Interest  
Blanket Bond (per case limit): $ 6,000,000.00  
Separate Bond (if applicable):

Page: 8

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Disbursements ($) | 7 Account Balance ($) |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 201.58 |
| 09/24/02 | | Transfer from Acct #3753846819 | Bank Funds Transfer | 767.38 | | 968.96 |
| 09/24/02 | 001103 | BellSouth | Telephone Service 876-2161 450 0364 $93.36 919 790-0128 010 0363 $65.96 | | 159.31 | 809.65 |
| 09/24/02 | 001104 | AT&T | Telephone Service 020713 6257001 $38.23 056390-81950001 $35.26 | | 73.49 | 736.16 |
| 09/24/02 | 001105 | Recall-Raleigh | STORAGE UNIT RENTAL Invoice #4607720-IN #4606242-IN | | 534.58 | 201.58 |
| 09/30/02 | 11 | NATIONSBANK, N.A. | Interest Rate 1.200 | 0.34 | | 201.92 |
| 10/31/02 | 11 | NATIONSBANK, N.A. | Interest Rate 1.200 | 0.21 | | 202.13 |
| 11/11/02 | 11 | Transfer from Acct #3753846819 | Bank Funds Transfer | 2,849.85 | | 3,051.98 |
| 11/11/02 | 001106 | ADAMS CONSULTING GROUP | Accounting fees | | 2,772.90 | 279.08 |
| 11/11/02 | 001107 | RECALL, RALEIGH | STORAGE UNIT RENTAL INVOICE #0028566 | | 76.95 | 202.13 |
| 11/26/02 | 001108 | Transfer from Acct #3753846819 | Bank Funds Transfer | 28,477.82 | | 28,679.95 |
| 11/26/02 | 001108 | MAUPIN TAYLOR & ELLIS, PA | Fees-Attorney for Trustee BANK7A-HFN | | 22,923.25 | 5,756.70 |
| 11/26/02 | 001109 | HOLMES P. HARDEN, TRUSTEE | Fees-Trustee Commission/Fees BANK7A-206 | | 5,554.57 | 202.13 |
| 11/29/02 | 11 | NATIONSBANK, N.A. | Interest Rate 0.850 | 4.74 | | 206.87 |
| 12/13/02 | | Transfer from Acct #3753846819 | Bank Funds Transfer | 476.61 | | 683.48 |
| 12/13/02 | 001110 | Recall | STORAGE UNIT RENTAL invoice # 4611491-IN | | 267.29 | 416.19 |
| 12/13/02 | 001111 | BellSouth | Telephone Service 919 876-2161 450 0364 | | 88.09 | 328.10 |
| 12/13/02 | 001112 | AT&T | Telephone Service 020 713 6257 001 $73.89 | | 73.49 | 254.61 |

Page Subtotals: Deposits 32,576.95 | Disbursements 32,523.92

Ver: 8.50

1FORM2

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 9

| Case No.: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | NATIONSBANK, N.A. |
| | | Account Number: | 3753846835 Checking - Non Interest |
| Taxpayer ID No: | 87-0421191 | Blanket Bond (per case limit): | |
| For Period Ending: | 09/29/03 | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Disbursements ($) | 7 Account Balance ($) |
|---|---|---|---|---|---|---|
| 12/31/02 | 11 | NATIONSBANK, N.A. | Interest Rate 0.850 | 3.25 | | 257.86 |
| 01/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.850 | 0.19 | | 258.05 |
| 02/05/03 | 001113 | Transfer from Acct #3753846819 | Bank Funds Transfer | 363.43 | | 621.48 |
| 02/05/03 | | BellSouth | Telephone Service 919 790-0128 010 0363 | | 52.32 | 569.16 |
| 02/05/03 | 001114 | AT&T | Telephone Service 020 713 6257 001 - $16.47 056 390-8195 001 - $4.76 | | 21.23 | 547.93 |
| 02/05/03 | 001115 | Recall Total Information Mgmt. P.O. Box 101057 Atlanta, GA 30392-1057 | STORAGE UNIT RENTAL Invoice #4612884-IN | | 289.88 | 258.05 |
| 02/28/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.850 | 0.19 | | 258.24 |
| 03/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.500 | 0.12 | | 258.36 |
| 04/17/03 | 001116 | Transfer from Acct #3753846518 | Bank Funds Transfer | 1,519.80 | | 1,778.16 |
| 04/17/03 | | Nicholls & Crampton, P.A. | Attorney's fees (other firm) interim fees in the amount of $1,457.50 and reimbursement of expenses in the amount of $62.30 - order dated 4/15/03 | | 1,519.80 | 258.36 |
| 04/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.500 | 0.21 | | 258.57 |
| 05/06/03 | 001117 | Transfer from Acct #3753846819 | Bank Funds Transfer | 192.40 | | 450.97 |
| 05/06/03 | | AT&T | Telephone Service 056390-8195001 $36.75 020713625700l $118.18 | | 154.93 | 296.04 |
| 05/06/03 | 001118 | BELLSOUTH | Telephone Service 919876-2161450 0364 $36.95 919790-012801 00363 $.52 | | 37.47 | 258.57 |
| 05/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.500 | 0.12 | | 258.69 |
| 06/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.500 | 0.11 | | 258.80 |
| 07/14/03 | 001119 | Transfer from Acct #3753846819 | Bank Funds Transfer | 41.01 | | 299.81 |
| 07/14/03 | | AT&T | Telephone Service 056 390-8195 001 | | 4.93 | 294.88 |
| | | | Page Subtotals | 2,120.83 | 2,080.56 | |

Ver. 8.50

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    10

Case No:          98-02675-5-ATS
Case Name:        INTERNATIONAL HERITAGE INC.

Taxpayer ID No:   87-0421191
For Period Ending: 09/29/03

Trustee Name:     HOLMES P. HARDEN, TRUSTEE
Bank Name:        NATIONSBANK, N.A.
Account Number:   3753846833   Checking - Non Interest

Blanket Bond (per case limit):
Separate Bond (if applicable):   $   6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Disbursements ($) | 7 Account Balance ($) |
|---|---|---|---|---|---|---|
| 07/14/03 | 001120 | BELLSOUTH | Telephone Service 919 876-2161 450 0364 | | 36.08 | 258.80 |
| 07/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.200 | 0.04 | | 258.84 |
| 08/29/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.200 | 0.04 | | 258.88 |
| | | | COLUMN TOTALS | 34,697.86 | 34,640.56 | 258.88 |
| | | | Less: Bank Transfers | 34,688.30 | 0.00 | |
| | | | Subtotal | 9.56 | 34,640.56 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 9.56 | 34,640.56 | |

Page Subtotals         0.08         36.08

LFORM2

Ver. 8.50

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 98-026755-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No.: 87-0421191
For Period Ending: 09/29/03

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753846848 Money Market - Interest Bearing

Blanket Bond (per case limit): 
Separate Bond (if applicable): $  6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Disbursements ($) | 7 Account Balance ($) |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 4,233,796.60 |
| 09/30/02 | 11 | NATIONSBANK, N.A. | Interest Rate  1.200 | 4,175.80 | | 4,237,972.40 |
| 10/15/02 | 14 | U. S. Treasury | Settlement with SEC | 1,800,000.00 | | 6,037,972.40 |
| 10/15/02 | | Reverse Adjustment IN on 09/21/00 | Deposit made to correct adjustment on 9/21/00 for deposit correction. Original deposit was $200,000 and should have been $2,000,000.00. | -1,800,000.00 | | 4,237,972.40 |
| 10/16/02 | 14 | Holmes P. Harden, Trustee | US TREASURY DEPOSIT ERROR Adjustment should be shown as a deposit rather than adjustment | 25,000.00 | | 4,262,972.40 |
| 10/16/02 | | | This is a correction for the money that was deposited into acct. 3753846819. | | | |
| 10/22/02 | 001012 | Transfer to Acct #3753846819 International Sureties, Ltd. 210 Baronne Street, Ste. 1700 New Orleans, LA  70112 | settlement sec Bank Funds Transfer Blanket Bond Bond #01602B231 | | 25,000.00 | 4,237,972.40 |
| 10/22/02 | 001012 | | Blanket Bond | | 6,475.00 | 4,231,497.40 |
| 10/31/02 | 11 | NATIONSBANK, N.A. | Interest Rate  1.200 | 4,317.79 | | 4,235,815.19 |
| 11/29/02 | 11 | NATIONSBANK, N.A. | Interest Rate  0.850 | 3,446.67 | | 4,239,261.86 |
| 12/31/02 | 11 | NATIONSBANK, N.A. | Interest Rate  0.850 | 3,060.40 | | 4,242,322.26 |
| 01/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.850 | 3,062.61 | | 4,245,384.87 |
| 02/28/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.850 | 2,768.22 | | 4,248,153.09 |
| 03/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.500 | 1,926.22 | | 4,250,079.31 |
| 04/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.500 | 1,746.61 | | 4,251,825.92 |
| 05/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.500 | 1,805.57 | | 4,253,631.49 |
| 06/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.500 | 1,748.07 | | 4,255,379.56 |
| 07/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.200 | 722.83 | | 4,256,102.39 |
| 08/29/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.200 | 722.95 | | 4,256,825.34 |
| 09/22/03 | 001013 | BELLSOUTH | Telephone Service 919 876-2161 0364 | | 69.78 | 4,256,755.56 |

Page Subtotals    54,503.74    31,544.78

Ver. 8.50

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:  12

| Case No.: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | NATIONSBANK, N.A. |
| | | Account Number: | 3753846848 Money Market - Interest Bearing |
| Taxpayer ID No: | 87-0421191 | | |
| For Period Ending: | 09/29/03 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account Balance ($) |
| | | | COLUMN TOTALS | 54,503.74 | 31,544.78 | 4,256,755.56 |
| | | | Less: Bank Transfers | 0.00 | 25,000.00 | |
| | | | Subtotal | 54,503.74 | 6,544.78 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 54,503.74 | 6,544.78 | |

LFORM2

Ver: 8.50

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 13

Case No.: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: 87-0421191
For Period Ending: 09/29/03

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: NATIONSBANK, N.A.
Account Number: 3753847313 Money Market - Interest Bearing

Blanket Bond (per case limit): 
Separate Bond (if applicable): $ 6,000,000.00

*97,605.21*

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Disbursements ($) | 7 Account Balance ($) |
|---|---|---|---|---|---|---|
| 09/30/02 | 11 | NATIONSBANK, N.A. | BALANCE FORWARD | | | 474,209.71 |
| 10/30/02 | 11 | Bank of America | Interest Rate 1.200 interest | 448.88 | | 474,658.59 |
| | | | Bank deposited interest on 10/25/02 for deposit error on 11/00. Bank also credited account $19,100 for bank error in deposit. | 573.44 | | 475,232.03 |
| 10/31/02 | 11 | NATIONSBANK, N.A. | Interest Rate 1.200 | 468.82 | | 475,700.85 |
| 11/29/02 | 11 | NATIONSBANK, N.A. | Interest Rate 0.850 | 387.07 | | 476,087.92 |
| 12/31/02 | 11 | NATIONSBANK, N.A. | Interest Rate 0.850 | 343.70 | | 476,431.62 |
| 01/27/03 | 15 | Triangle Communications Group, Inc. 3500 Bush Street, Ste. 101 Raleigh, NC 27609 | PREFERENCE SETTLEMENT | 18,000.00 | | 494,431.62 |
| 01/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.850 | 344.34 | | 494,775.96 |
| 02/28/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.850 | 322.57 | | 495,098.53 |
| 03/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.500 | 224.49 | | 495,323.02 |
| 04/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.500 | 203.56 | | 495,526.58 |
| 05/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.500 | 210.42 | | 495,737.00 |
| 06/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.500 | 203.74 | | 495,940.74 |
| 07/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.200 | 84.24 | | 496,024.98 |
| 08/11/03 | 15 | John David Brothers 1100 Meredith Lane #915 Plano, TX 75093 | PREFERENCE SETTLEMENT John Brothers settlement entered by consent judgment in the amount of $5,000. 1st payment due by 8/1/03 in the amount of $2,500, 2nd payment due by 9/10 in the amount of $1,500 and final payment due by 10/10/03 in the amount of $1,000. | 2,500.00 | | 498,524.98 |
| 08/29/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.200 | 84.51 | | 498,609.49 |
| 09/24/03 | 15 | John D. Brothers | PREFERENCE SETTLEMENT payment #2 of 3 payments for John Brothers settlement | 1,500.00 | | 500,109.49 |

Page Subtotals          25,899.78          0.00

L.FORM2

Ver. 8.50

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 14

| Case No: | 98-02675-5-ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |

| Taxpayer ID No: | 87-0421191 |
| For Period Ending: | 09/29/03 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | NATIONSBANK, N.A. |
| Account Number: | 3753847313 Money Market - Interest Bearing |

| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account Balance ($) |
| | | | COLUMN TOTALS | 25,899.78 | 0.00 | 500,109.49 |
| | | | Less: Bank Transfers | 0.00 | 0.00 | |
| | | | Subtotal | 25,899.78 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 25,899.78 | 0.00 | |

Page Subtotals                                    0.00                0.00

LF08M2

Ver. 8.50

LFORM2

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:   98-02675-5-ATS
Case Name:   INTERNATIONAL HERITAGE INC.

Taxpayer ID No:   87-0421191
For Period Ending:   09/29/03

Trustee Name:   HOLMES P. HARDEN, TRUSTEE
Bank Name:   NATIONSBANK, N.A.
Account Number:   3753847410 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable):   $ 6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Disbursements ($) | 7 Account Balance |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 5,395.13 |
| 09/30/02 | 11 | NATIONSBANK, N.A. | Interest Rate 1.200 | 5.33 | | 5,400.46 |
| 10/31/02 | 11 | NATIONSBANK, N.A. | Interest Rate 1.200 | 5.50 | | 5,405.96 |
| 11/29/02 | 11 | NATIONSBANK, N.A. | Interest Rate 0.850 | 4.39 | | 5,410.35 |
| 12/31/02 | 11 | NATIONSBANK, N.A. | Interest Rate 0.850 | 3.91 | | 5,414.26 |
| 01/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.850 | 3.91 | | 5,418.17 |
| 02/28/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.850 | 3.53 | | 5,421.70 |
| 03/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.500 | 2.46 | | 5,424.16 |
| 04/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.500 | 2.23 | | 5,426.39 |
| 05/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.500 | 2.30 | | 5,428.69 |
| 06/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.500 | 2.24 | | 5,430.93 |
| 07/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.200 | 0.92 | | 5,431.85 |
| 08/29/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.200 | 0.91 | | 5,432.76 |

COLUMN TOTALS   37.63   0.00   5,432.76
Less: Bank Transfers   0.00   0.00
Subtotal   37.63   0.00
Less: Payments to Debtors   0.00
Net   37.63   0.00

## TOTAL - ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - 3753846518 | -2,567.11 | 569.61 | 60,803.14 |
| Checking - Non Interest - 3753846521 | 0.00 | 0.00 | 0.00 |
| Money Market - Interest Bearing - 3753846534 | 144.46 | 0.00 | 20,852.09 |
| Money Market - Interest Bearing - 3753846819 | 67,514.56 | 46,574.07 | 1,108,611.51 |
| Checking - Non Interest - 3753846848 | 9.56 | 34,640.56 | 258.88 |
| Money Market - Interest Bearing - 3753846848 | 54,503.74 | 6,544.78 | 4,256,755.56 |
| Money Market - Interest Bearing - 3753847313 | 25,899.78 | 0.00 | 500,109.49 |
| Money Market - Interest Bearing - 3753847410 | 37.63 | 0.00 | 5,432.76 |
| | 145,542.62 | 88,329.02 | 5,952,823.43 |

Page Subtotals   37.63   0.00   0.00

Ver. 8.50

LFORM2

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  16

Case No:  98-02675-5-ATS
Case Name:  INTERNATIONAL HERITAGE INC.

Taxpayer ID No:  87-0421191
For Period Ending:  09/29/03

Trustee Name:  HOLMES P. HARDEN, TRUSTEE
Bank Name:  NATIONSBANK, N.A.
Account Number:  3753847410 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable):  $  6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account Balance ($) |

Page Subtotals    0.00    0.00

$K$- 1,733,542.62

65,063.23

Ver: 8.50