**FILED**

**OCT 30 2003**

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

### Order Allowing Fifth Interim Fees

This matter comes on for consideration upon the Attorney for Trustee's Fifth Application for Interim Compensation from September 18, 2002 through September 29, 2003 and Reimbursement of Expenses for the same period and Trustee's Fifth Application for Interim Commission and Reimbursement of Expenses for services rendered from October 1, 2003 through September 29, 2003, and Notice mailed to creditors in this case and the court having considered the factors affecting the interim compensation requested, it is ordered that the following interim fees and expenses be, and they hereby are allowed:

_____, Trustee

| | |
|---|---|
| Attorney for Trustee interim fees | $47,693.00 |
| Attorney for Trustee interim expenses | $     92.72 |
| Trustee interim commission | $1,952.47 |
| Trustee interim expenses | $   648.07 |

SO ORDERED.

**OCT 3 0 2003**

Dated:

_____
United States Bankruptcy Judge

Recorded in Fee Book 10/30/03 AM

391499

cc: DA, TA, BA  10/30/03 AM

544 × 545                                                                548