- Draft document entitled Preliminary Prospective dated January 30, 1997 International Heritage, Inc. bearing numerous handwritten notations from EJBM **(WP)**
- 1-22-97 handwritten letter from Stephanie Harris to GMM regarding responses to SEC comments **(WP)**
- 1-23-97 memorandum from DM to GMM **(A/CP)**
- 1-22-97 memorandum from GMM to executive management of IHI regarding Amendment No. 2 to the S-1 Registration Statement **(A/CP)**
- 1-20-96 document from Clark Jones entitled Comments and Feedback S-1 Amendment No. 2 **(A/CP)**
- 1-30-97 draft letter to Becky Boland bearing handwritten notations from GMM **(WP)**
- 1-21-97 fax from Clark Jones to GMM regarding S-1 comments **(A/CP)**
- 1-20-97 IHI fax from Clark Jones to GMM regarding S-1 Am-2 comments **(A/CP)**
- 1-20-97 executive management's comments to S-1 draft bearing handwritten notations from GMM **(WP)**
- 1-21-97 fax correspondence from RSH to GMM **(A/CP)**
- 1-17-97 correspondence from GMM to Steve Bayern, Barry Hawke, Davin Brown, RSH, Patrick Kolenick, Pat Patrick, SVE, Steven Wolosky, Aram Kostiglian, entitled International Heritage, Inc. Amendment No. 2 Form S-1 with attachment **(A/CP)**

- International Heritage, Inc. Management Responses to SEC Comments

  - 1-9-97 fax correspondence from Clark Jones to GMM re: S-1 A-2 **(A/CP)**
  - 11-22-96 fax correspondence from Jeff Hooks to GMM re: SEC comments **(A/CP)**
  - 1-2-97 fax transmission from Clark Jones to GMM re: S-1 Am 2 **(A/CP)**
  - 12-20-96 fax transmission from Clark Jones to GMM re: S-1 comments **(A/CP)**
  - 12-31-96 fax transmission from DM to GMM re: SEC comments and SVE request **(A/CP)**
  - 11-19-96 memorandum from GMM to JB re: comments to SEC comment letter question number 13 **(A/CP)**
  - 11-17-96 memorandum from Jeff Trendle (IHI employee) to GMM re: SEC comment # 12 **(A/CP)**

- Management Responses to S-1        1-15-97

  - 1-15-97 handwritten memorandum from Stephani Harris regarding comments prospectus **(WP)**
  - Copy of handwritten comments from JB with handwritten notations from GMM **(WP)**
  - 1-16-97 fax transmission from AS to GMM regarding S-1 comments of JB and Clark Jones **(A/CP)**
  - 1-13-97 draft of the Securities and Exchange Commission Amendment No. 2 to Form S-1 Registration Statement for International Heritage, Inc. **(WP)**
  - 1-15-97 fax transmission from EJBM to GMM with numerous handwritten notations and edits from AS, Pam Patrick and GMM **(WP)**
  - 1-14-97 handwritten notes and comments to S-1 Amendment No. 2, attached to Amendment No. 2 to Form S-1 draft **(WP)**
  - 1-14-96 comments and feedback S-1 Amendment No. 2 from Clark Jones with handwritten notations **(WP)**
  - 1-15-97 comments to the Amendment to S-1 from DH **(WP)**

50 P of

553B

- handwritten prospectus summary from Jeff Hooks (IHI employee) **(WP)**
- 11-17-96 memorandum from Jeff Trendle to GMM with handwritten notations from GMM **(WP)**
- Fax transmission to AS from Ken Rudd (IHI employee), no date, regarding notes on S-1 **(A/CP) (WP)**
- Draft document regarding income taxes from Mary Breen bearing numerous handwritten edits but no date **(WP)**
- Handwritten comments on Amendment No. 2 from DM with some handwritten comments from GMM **(WP)**
- 1-15-97 memo from Mike Russo to AS **(A/CP)**
- 1-15-97 handwritten memorandum from SVE to GMM labeled additional S-1 comments **(A/CP)**
- 1-16-97 fax transmission from Clark Jones to GMM entitled S-1 Comments Director Commissions **(A/CP)**

- IHI Amendment No. 2 Form S-1 drafting Number 1

  - Five drafts of the Securities and Exchange Commission Amendment No. 2 to Form S-1 Registration Statement for International Heritage, Inc. – each one bearing numerous handwritten notes of GMM and handwritten edits from GMM **(WP)**
  - 1-17-97 draft letter to Becky Boland **(WP)**
  - 1-14-97 preliminary draft of IHI Consolidated Financial Statements and supplemental information period ending October 31, 1996 and December 31, 1995 **(WP)**
  - 1-13-97 preliminary draft of same with note from EBJM to GMM bearing numerous handwritten notes from GMM **(WP)**
  - 12-15-95 shareholder list entitled IHI Rescission Offer bearing handwritten notations **(WP)**
  - 10-18-96 facsimile transmission from Rebecca A. Bohland to GMM re: comments on International Heritage's form S-1. This document bears numerous handwritten notes from GMM **(WP)**
  - 11-20-96 draft letter to Becky Bohland with handwritten notes and edits from GMM **(WP)**
  - 11-21-96 facsimile transmission from Clark Jones to GMM re: S-1 Am 2 memos **(A/CP)**
  - 11-25-96 correspondence from Steve Wolosky to GMM re: IHI with Amendment No. 2 to Form S-1 enclosed **(A/CP)**
  - Floppy diskette from Olsen Grunderman, Frome and Rosenzweig, LLP **(WP)**

## BOX 96W342I 12

- Miscellaneous Documents

  - Facsimile transmission from March 24, 1997 from Allen Berkeley of Kirk Patrick & Lockhart to GMM **(A/CP)**
  - Facsimile transmission from March 17, 1997 from Allen Berkeley of Kirk Patrick & Lockhart to GMM **(A/CP)**
  - Correspondence from CTF to IHI September 3, 1996 **(A/CP)**
  - Facsimile correspondence from RSH to GMM dated 8-12-96 **(A/CP)**

- Draft letter to IHI shareholder and/or option holder to GMM from AS with numerous handwritten notations from GMM **(WP)**
- Handwritten notes from GMM attached to IHI audio cassette entitled "Come Grow with Us" **(WP)**

- SEC Inquiry 02/17 Letter

  - Correspondence from GMM to Becky Boland of the Securities and Exchange Commission, Washington DC dated March 21, 1997 **(A/CP)**
  - Correspondence from AW to GMM **(A/CP)**
  - Correspondence from GMM to RSH, Allen Berkeley, Steven Wolosky and SVE **(A/CP)**
  - 3/21/97 correspondence from GMM to RSH, Allen Berkeley and Steven Wolosky with heavy handwritten notations from GMM **(A/CP)**
  - Draft letter from SVE to GMM with handwritten notations from GMM **(WP)**
  - Correspondence from Allen Berkeley to GMM from 3-18-97 **(A/CP)**
  - Memo from GMM to SVE, from GMM to RSH, to Steven Wolosky **(A/CP)**
  - Correspondence from Linda Halstead to GMM and from RSH to GMM, from RSH to SVE and from Steven Wolosky to GMM **(A/CP)**
  - Drafts of: letter to Becky Boland, February 17, 1997 letter to prospective investors bearing heavy handwritten notations from GMM; numerous pages of handwritten notes from GMM; legal research by GMM – all documents appear to be from March 1997 **(WP)**

## BOX 96W342I 14

- 7-2-97 communication from GMM to Steven Wolosky and Al Barbera with numerous reports and IHI documents attached **(A/CP)**
- 3-25-97 facsimile transmission from GMM to RSH with handwritten notes of GMM attached **(A/CP)**
- 4-2-97 memorandum from KMS to GMM with handwritten notes of GMM attached **(A/CP)**
- 4-3-97 memorandum from GMM to SVE and JB **(A/CP)**
- 4-10-97 handwritten notes from GMM **(WP)**
- 4-11-97 Securities Issuer Questionnaire with handwritten notes possibly from SVE and filled out by SVE *
- 7-31-96 IHI Stock Options Conditional Shares list with numerous handwritten notes by GMM **(WP)**
- Draft prospectus with numerous handwritten notes by GMM **(WP)**
- 5-16-97 memorandum from GMM to IHI management **(A/CP)**
- 5-13-97 draft of Securities and Exchange Commission Amendment No. 3 to Forms S-1 for International Heritage, Inc. with numerous apparent edits from Eilers, Jones, Brown & McLeod **(WP)**
- Drafts documents included consisting of Securities and Exchange Commission Amendment No. 3 to Form S-1 for International Heritage, Inc. May 1997 with extensive revisions and notes from GMM **(WP)**
- Numerous shareholder/option holder lists all with various notations from GMM **(WP)**
- Draft letter from SVE to RSH, Davin Brown and Richard Eisener & Company, May 6, 1997 **(WP)**

16

- Correspondence from GMM to AS and same from May 8th correspondence from GMM to AS **(A/CP)**
- Throughout these documents are numerous pages of handwritten notes from GMM **(WP)**

## BOX 96W342I 17

- This box is privileged in its entirety as it pertains to business and litigation matters completely outside of and beyond the scope of International Heritage and SVE. A review of the entire contents of this box revealed that there is only one document to, from or about International Heritage dated February 28, 1997 from office manager Cathy Cruise to Master Communications Specialist regarding service provided to IHI by Master Page Communications Specialist. This document has been marked with a pink post-it for later identification *

## BOX 96W342I 056

- IHI – Southeastern Merchant Systems, Inc. Agreement

  - 10-7-97 handwritten notes of GMM **(WP)**
  - 9-24-97 facsimile correspondence from GMM to Keith Mackey, Controller, IHI **(A/CP)**
  - 9-24-97 handwritten notes of GMM **(WP)**
  - 9-23-97 facsimile correspondence from GMM to Keith Mackey **(A/CP)**
  - 9-22-97 handwritten notes of GMM **(WP)**
  - 9-19-97 memorandum from GMM to Keith Mackey **(A/CP)**
  - 9-19-97 facsimile correspondence from GMM to Keith Mackey **(A/CP)**
  - 9-18-97 handwritten notes from GMM **(WP)**
  - 9-18-97 facsimile transmission from Keith Mackey to GMM **(A/CP)**

- Speer Communications, Inc.

  - Draft non-disclosure agreement with numerous notes and handwritten edits from GMM **(WP)**
  - 8-20-98 handwritten notes of GMM **(WP)**
  - 8-4-98 handwritten notes of GMM **(WP)**
  - Draft Speer Communications, Inc. Authorized Dealer Agreement with numerous handwritten notes and edits of GMM **(WP)**

- Specialty Atlanta, Inc.

  - 10-6-98 email transmission from DM to GMM **(A/CP)**
  - 5-27-97 correspondence from GMM to DM **(A/CP)**
  - Draft Inventory Management and Fulfillment Services Agreement with handwritten notes and edits from GMM **(WP)**
  - Second draft Inventory Management and Fulfillment Services Agreement with numerous additional handwritten edits and corrections from GMM **(WP)**

- Stikeman, Graham and Keeley

17

- 9-22-98 document regarding legal fees and expenses for International Heritage of Canada, Inc. by GMM **(A/CP)**
- 8-28-98 document regarding legal fees and expenses for IHI by GMM **(A/CP)**
- 9-11-98 letter from Robert Stikeman to IHI attn: SVE with attachment **(A/CP)**
- 6-29-98 memorandum from GMM to CR regarding Stikeman, Graham and Keeley **(A/CP)**

- Subpoenas

  - 9-9-97 handwritten notes from GMM **(WP)**
  - 10-20-98 facsimile correspondence from CR to BEW **(A/CP)**
  - 8-22-97 handwritten notes from GMM **(WP)**
  - 8-26-97 handwritten notes from GMM **(WP)**
  - 8-18-97 facsimile transmission from Pete Scanlon to GMM with handwritten notes of GMM attached **(A/CP)**
  - 9-18-97 memorandum from GMM to case file regarding IHI subpoena in criminal case US v. McGhee **(WP)**

- Trademark application

  - 1-8-97 correspondence from GMM to SVE **(A/CP)**
  - 3-24-97 handwritten notes of GMM **(WP)**
  - 3-14-97 draft letter to Assistant Commissioner of Trademarks, Hope East Slonim, bearing numerous handwritten notes and remarks from GMM and handwritten notes from GMM attached **(WP)**
  - 3-10-97 facsimile correspondence from Linda Halstead to GMM **(A/CP)**
  - 6-12-96 correspondence from GMM to AW **(A/CP)**
  - Miscellaneous handwritten notes from GMM **(WP)**
  - 6-12-96 facsimile transmission from GMM to AW **(A/CP)**
  - 4-12-96 memorandum from AW to GMM **(A/CP)**
  - 4-1-96 correspondence from GMM to AW and DM **(A/CP)**
  - 4-2-96 facsimile correspondence from GMM to AW and DM **(A/CP)**
  - Miscellaneous notes of GMM **(WP)**
  - Miscellaneous document instructing IHI with regard to specific needs for federal registration of trademark and/or service marks with handwritten notes of GMM attached **(WP)**
  - Draft application for trademark or service mark partially completed **(WP)**
  - Miscellaneous document containing IHI standard information with handwritten notes and edits from GMM **(WP)**
  - Second miscellaneous document with IHI corporate information and bearing handwritten notes and edits from possibly GMM **(WP)**
  - Two miscellaneous handwritten documents, one: notes from GMM, two: a note from Debbie to GMM **(A/CP) (WP)**
  - Miscellaneous informational document from Secretary of State regarding classification of goods and services provided with note to GMM and additional handwritten notes **(WP)**
  - 7-28-95 handwritten notes **(WP)**
  - 9-9-97 correspondence from GMM to DM **(A/CP)**
  - Eye Care Brochure with handwritten note from CR to GMM **(WP)**

- Search and research of trademark information by possibly GMM **(WP)**
- Miscellaneous note from GMM **(WP)**
- Several trademark, service mark applications for Heritage Essentials, Essentials of Tomorrow and Ultra Food, each partially filled out by GMM **(WP)**
- 2-3-98 facsimile correspondence from JAB to CR **(A/CP)**
- 1-23-98 handwritten notes from GMM **(WP)**
- 1-7-98 memorandum from GMM to DM  cc'd to Brent Miller **(A/CP)**

- 2021 Interactive, LLC/IHI

  - 10-13-97 facsimile correspondence from GMM to GMM **(A/CP)**
  - 10-13-97 facsimile correspondence from GMM to Patrick Hendrickson of Curtin & McConkie **(A/CP)**
  - Draft non-disclosure agreement with some notations and corrections by GMM **(WP)**
  - 10-7-97 handwritten notes by GMM **(WP)**
  - Draft 2021 Interactive, LLC License Agreement with some corrections and edits by GMM with handwritten edits attached from GMM **(WP)**
  - 9-8-97 GMM draft work copy of 2021 Interactive, LLC License Agreement **(WP)**
  - 9-8-97 GMM work copy of addendum to 2021 Interactive, LLC License Agreement **(WP)**
  - 6-10-97 facsimile correspondence from GMM to Kevin Jones **(A/CP)**
  - 5-28-97 facsimile correspondence from Janet to Kevin Jones with draft License Agreement attached **(A/CP)**
  - 5-2-97 facsimile correspondence from GMM to Kevin Jones & DH **(A/CP)**
  - 4-20-97 facsimile correspondence from GMM to Kevin Jones, DH & JB **(A/CP)**
  - 9-8-97 handwritten notes of GMM **(WP)**
  - Miscellaneous handwritten notes of GMM **(WP)**

- Miscellaneous Notes

  - One page of handwritten notes of GMM **(WP)**
  - Miscellaneous interoffice memorandum from CR and Peter Scanlon to SVE and cc'd to GMM, JB, Ken Rudd, Gary Raser, BEW **(A/CP)**
  - 5-6-98 handwritten notes of GMM **(WP)**
  - email transmission from Michael Decker to Ashley Markham w/ handwritten notes front and back **(WP)**
  - Draft distribution and license agreement between IHI and Tyra International with handwritten notations and edits from GMM and inserts attached **(WP)**
  - 2-18-98 facsimile correspondence from Steven Ellick of Tucker, Flier and Lewis to GMM re: Tyra International, Inc./International Heritage, Inc. with draft distribution and license agreement attached bearing numerous handwritten notations and edits from GMM **(A/CP)**
  - 2-18-98 facsimile correspondence from Steven Ellick of Tucker, Flier and Lewis to GMM re: Tyra International, Inc./International Heritage, Inc. with draft distribution and license agreement attached bearing numerous handwritten notations and edits from CR **(A/CP)**
  - 1995 draft document entitled Chromax Europe Limited and Quorum International UK Limited Agreement with various handwritten notations throughout **(WP)**

19

- Miscellaneous pages of handwritten notes from GMM **(WP)**
- undated Outlook address from Andrea Norton for Tom Karam **(WP)**
- 1-16-98 draft Memorandum of Understanding bearing edits and handwritten notations from GMM **(WP)**
- Second draft of Memorandum of Understanding between IHI and Tyra International with no edits **(WP)**
- Third draft of Memorandum of Understanding between IHI and Tyra International with handwritten notes and edits from GMM **(WP)**

- Miscellaneous

  - 11-5-97 memorandum from GMM to Rich Cicha, IHI employee **(A/CP)**
  - 10-16-97 letter from RW Corbin Insurance Agency to JB forwarded to GMM by JB with note on front **(A/CP)**
  - 12-5-97 memorandum from GMM to SVE, JB, Derrick Stryker, Kevin Jones and DH **(A/CP)**
  - Draft agreement between IHI and International Heritage of Canada, Inc. with some edits and corrections **(WP)**
  - 11-20-97 memorandum from GMM to DH, Kevin Jones, Derrick Stryker **(A/CP)**
  - Second draft of agreement between IHI and International Heritage of Canada, Inc. with no apparent edits **(WP)**
  - 11-20-97 facsimile transmission from GMM to Bob Chalmers of IHI **(A/CP)**
  - 11-26-97 memorandum from GMM to Derrick Stryker, DH, Kevin Jones, JB, SVE **(A/CP)**
  - 11-20-97 memorandum from GMM to DH, Kevin Jones, Derrick Stryker **(A/CP)**
  - 11-24-97 handwritten notes of GMM **(WP)**
  - 11-17-97 handwritten notes of GMM **(WP)**

### BOX 96W342I 060

- Miscellaneous Documents

  - 3-5-98 email copy of transmission from GMM to Executive Management; Marketing; Compliance **(A/CP)**
  - 2-24-98 facsimile transmission from LWB to GMM **(A/CP)**
  - 3-2-98 facsimile transmission from LWB to GMM and RSH **(A/CP)**
  - 3-2-98 facsimile transmission from LWB to GMM with draft of agreement and plan of reorganization between Kara International and IHI attached **(A/CP)**
  - 4-1-98 IHI shareholder list with numerous handwritten edits and notations **(WP)**

- Documents relating to Draft of Form D

  - 3-22-98 written notation on file from GMM to AS/Linda Halstead **(WP)**
  - 3-25-98 handwritten document entitled Blue Sky filing fees by GMM with attachments **(WP)**
  - 3-25-98 handwritten document entitled Blue Sky filing fees by GMM with additional attachments of letters from IHI to various shareholders **(WP)**
  - 6-4-98 correspondence from GMM to Eugene J. Stroz with enclosures **(A/CP)**

- Miscellaneous handwritten notes regarding second registration **(WP)**
- IHI list labeled Exhibit C bearing various handwritten notations **(WP)**
- 3-23-98 IHI list with numerous handwritten notes **(WP)**
- Form D draft with handwritten entries and handwritten notations from GMM to AS and Linda Halstead **(WP)**

- New York Form 99

  - 4-17-98 correspondence from GMM to RSH with enclosures all regarding State of New York Form 99 for IHI **(A/CP)**

## BOX 96W342I 061

- Handwritten note from GMM **(WP)**
- 11-17-97 correspondence from GMM to RSH **(A/CP)**
- 12-13-97 correspondence from Etablissement purle Placement Prive to GMM with handwritten post-it attached **(A/CP)**
- Miscellaneous handwritten notes on graph paper **(WP)**
- 7-1-98 memorandum from GMM to JB and Robert Hukezalie **(A/CP)**
- 4-21-98 handwritten notes from GMM **(WP)**
- draft of Schedule A attachment with some GMM handwritten notation and GMM handwritten chart attached **(WP)**
- 6-18-98 memorandum from GMM to SVE **(A/CP)**
- 6-18-98 facsimile correspondence from GMM to Judith for Herbert **(A/CP)**
- 6-19-98 memorandum from GMM to SVE **(A/CP)**
- 6-22-98 memorandum from GMM to Board of Directors **(A/CP)**
- 7-7-98 facsimile correspondence from Royal Bank of Canada to GMM with handwritten notes from GMM on the front **(A/CP)**
- 7-15-98 handwritten notes by GMM **(WP)**
- 6-19-98 letter from GMM to Herbert Towning with handwritten note of GMM attached **(WP)**
- 6-16-98 letter from GMM to Curt Hughes with handwritten notes of GMM attached **(WP)**
- 8-10-98 correspondence from GMM to Brown, Brothers, Harriman & Co. with handwritten note of GMM attached **(WP)**

## BOX 96W342I 062

- Marsh v. IHI Deposition of IHI (July 29-30, 1998) **(Copy provided)**

  - 8-20-98 correspondence from BEW to CR and JB with attachments consisting of July 29 and 30th deposition with attached exhibits **(A/CP)**

- Liebendorfer v. IHI

  - 10-22-98 facsimile correspondence from Susan Halpern to GMM **(A/CP)**
  - 10-5-98 handwritten notes of GMM **(WP)**
  - 7-22-98 facsimile correspondence from BML to GMM **(A/CP)**
  - 10-6-98 GMM copy of email transmission from GMM to Kevin Jones **(A/CP)**

- 7-22-98 facsimile correspondence from BML to GMM **(A/CP)**
- 9-29-98 GMM copy of facsimile transmission from BEW to GMM **(A/CP)**
- 10-19-98 correspondence from GMM to Susan Halpern with attachment **(A/CP)**
- 9-17-98 facsimile correspondence from James Henry Jr. to DH **(A/CP)**
- 7-29-98 correspondence from BEW to GMM **(A/CP)**
- 5-28-98 facsimile correspondence from GMM to Douglas Lang **(A/CP)**
- 5-28-98 correspondence from GMM to Douglas Lang **(A/CP)**
- 4-6-98 correspondence from GMM to RB **(A/CP)**
- 4-10-98 facsimile transmission from GMM to BEW **(A/CP)**
- 4-29-98 correspondence from Douglas Lang to BEW with attachment **(A/CP)**
- 4-7-98 correspondence from GMM to BEW with attachments**(A/CP)**
- 5-1-98 correspondence from James Henry to BEW **(A/CP)**

- Work-Product

  - Handwritten notes of GMM **(WP)**
  - 7-17-98 correspondence from GMM to MV and BEW with substantial attachments and also labeled attorney-work product **(A/CP)**
  - 7-27-98 IHI memorandum from Kevin Jones to GMM with cc'd to Robyn Land **(A/CP)**
  - 7-17-98 correspondence from GMM to MV and BEW labeled attorney work-product **(A/CP)**
  - 7-10-98 IHI memorandum from GMM to DH, Kevin Jones, Ashley Markum, Dawn McIntyre and cc'd to JB **(A/CP)**
  - 7-9-98 handwritten notes of GMM **(WP)**
  - 9-16-98 correspondence from BEW to GMM **(A/CP)**
  - 8-11-98 correspondence from BEW to GMM **(A/CP)**
  - 8-11-98 correspondence from BEW to BML & Susan Halpern **(A/CP)**
  - 8-19-98 GMM copy of email transmission from DH to GMM **(A/CP)**
  - 7-27-98 correspondence from GMM to BEW **(A/CP)**
  - 7-27-98 IHI memo from Kevin Jones to GMM cc'd Robyn Land **(A/CP)**
  - 7-24-98 handwritten notes of GMM **(WP)**
  - 7-29-98 correspondence from BEW to GMM marked attorney-client privileged **(A/CP)**
  - 7-28-98 correspondence from BEW to GMM with attachments **(A/CP)**
  - 7-27-98 correspondence from GMM to BEW with attachments **(A/CP)**
  - 7-23-98 IHI memo from GMM to JB and CR **(A/CP)**
  - 7-21-98 handwritten notes of GMM **(WP)**
  - 7-22-98 correspondence from GMM to Susan Halpern **(A/CP)**
  - 7-23-98 IHI memo GMM to JB and CR **(A/CP)**
  - 7-21-98 GMM copy of email transmission from MV to GMM cc'd BEW with handwritten notes of GMM **(A/CP)**
  - 7-10-98 IHI memo from GMM to DH, Kevin Jones , Ashley Markum, Dawn McIntyre, cc'd JB **(A/CP)**
  - 7-2-98 facsimile correspondence from BEW to GMM **(A/CP)**
  - 5-6-98 correspondence from BEW to BML **(A/CP)**
  - 5-28-98 facsimile correspondence from GMM to Douglas Lang **(A/CP)**
  - 5-28-98 correspondence from GMM to Douglas Lang **(A/CP)**
  - 5-11-98 correspondence from GMM to BEW with attachment **(A/CP)**
  - 5-1-98 facsimile correspondence from BEW to GMM **(A/CP)**

- 4-3-98 correspondence from GMM to BEW **(A/CP)**
- 4-6-98 correspondence from GMM to RB **(A/CP)**

- Marsh et al v. IHI

  - 9-17-98 facsimile correspondence from James Henry to DH **(A/CP)**
  - 7-22-98 facsimile correspondence from MV to GMM **(A/CP)**
  - 7-24-98 facsimile correspondence from GMM to Sue Halpern **(A/CP)**
  - 7-22-98 facsimile correspondence from MV to GMM **(A/CP)**
  - 7-17-98 correspondence from GMM to MV and BEW marked attorney-work product **(A/CP)**
  - 7-15-98 IHI memo from Ashley Markum to GMM **(A/CP)**
  - 7-10-98 IHI memorandum from GMM to DH, Kevin Jones, Ashely Markum, Dawn McIntyre cc'd JB **(A/CP)**
  - 7-9-98 handwritten notes of GMM **(WP)**
  - 7-1-98 facsimile correspondence from BEW to GMM **(A/CP)**
  - 6-11-98 copy of correspondence from James Russell Tucker to James Henry and BEW with handwritten notes from MV to DH and yellow post-it with handwritten notes both attached **(A/CP)**

- Meckenstock v. IHI

  - 6-1-98 handwritten notes of GMM **(WP)**
  - 10-15-98 correspondence from BEW to BML with attachment **(A/CP)**
  - 8-24-98 correspondence from BEW to MV **(A/CP)**
  - 7-28-98 correspondence from BEW to BML with attachment **(A/CP)**
  - 7-27-98 facsimile correspondence from BEW to BML **(A/CP)**
  - 4-6-98 correspondence from GMM to RB **(A/CP)**
  - 3-26-98 facsimile correspondence from AW to John Halebian **(A/CP)**

- Unique Opportunities v. International Heritage, Inc.

  - 9-22-98;10-7-98 handwritten notes of GMM **(WP)**

- Class Action Correspondence

  - 7-29-98 correspondence from BEW to GMM **(A/CP)**
  - 6-10-98 correspondence from GMM to BML with attachments **(A/CP)**
  - 6-3-98 correspondence from GMM to BML **(A/CP)**
  - 5-15-98 correspondence from GMM to BML **(A/CP)**
  - 5-14-98 correspondence from James Wardrick, Jr. of Kutak Rock to BML **(A/CP)**
  - 5-5-98 correspondence from BEW to GMM via facsimile **(A/CP)**
  - 4-14-98 correspondence from BEW to Theodore Sonde of Dechert, Price and Rhoads **(A/CP)**
  - 4-27-98 draft Montana statement **(WP)**
  - 4-14-98 correspondence from BEW to Doug Atkins of Gardere & Wynn, LLP **(A/CP)**
  - 4-15-98 correspondence from BEW to John B. Missing of Brobeck, Phleger & Harrison, LLP **(A/CP)**

23

- 4-16-98 correspondence from GMM to BEW with enclosures **(A/CP)**
- 5-8-98 correspondence from BML to GMM **(A/CP)**
- 4-16-98 facsimile correspondence from GMM to RB, John Missing **(A/CP)**
- 4-15-98 facsimile correspondence from GMM to RB, John Missing **(A/CP)**

- Dechert, Price and Rhoads Engagement Letter

  - 6-9-98 correspondence from GMM to Depository Trust Corp. re: International Heritage Incorporated with handwritten note of GMM attached **(A/CP) (WP)**
  - 5-15-98 correspondence from GMM to BML **(A/CP)**
  - 5-12-98 correspondence from BML to SVE **(A/CP)**
  - Brochure of Brobeck, Phleger & Harrison, LLP with 3-30-98 letter from John Missing to GMM within **(A/CP)**

- William Swinney and Marshall Reddy v. Van Etten et al. (Wake County NC, File No. 98 CVS 04277)

  - 7-1-98 correspondence from BEW to GMM **(A/CP)**
  - 7-1-98 GMM copy of email transmission from DH to Mike Russo **(A/CP)**
  - 6-23-98 facsimile transmission from GMM to BML **(A/CP)**
  - Internal class action information sheet regarding Swinney class action **(WP)**
  - Internal class action information sheet regarding Marshall Reddy **(WP)**

- Miscellaneous Documents

  - 4-12-99 correspondence from SMH to BEW **(A/CP)**

### BOX I6W342I 063

- Miscellaneous Documents

  - 5-8-98 copy of correspondence from Joe Matthews to GMM with handwritten notes from GMM on yellow post-its attached **(A/CP) (WP)**
  - Draft information statement Kara International Inc. with handwritten notes and edits from GMM **(WP)**
  - 2-13-98 facsimile correspondence from LWB to GMM and David Nemelka **(A/CP)**
  - 2-13-98 second facsimile transmission from LWB to GMM and David Nemelka **(A/CP)**
  - 2-13 facsimile correspondence from GMM to LWB **(A/CP)**
  - 2-13-98 draft agreement and plan of organization with handwritten notes from GMM **(WP)**
  - Legal research regarding substitution of stock options **(WP)**
  - 2-11-98 facsimile correspondence from GMM to LWB **(A/CP)**
  - 2-12-98 facsimile correspondence from GMM to David Nemelka, Jr. and Sr., Gary McAdam, Michael Wolosky, RB, BEW, FDB, RSH cc'd SVE & JB **(A/CP)**
  - 2-11-98 second facsimile transmission from GMM to David Nemelka, Jr. and Sr., Gary McAdam, Michael Wolosky, RB, BEW, FDB, RSH cc'd SVE & JB **(A/CP)**
  - Confidential document file of GMM labeled Kara International, Inc. and International Heritage, Inc. transaction check list **(WP)**

- Miscellaneous draft document bearing handwritten notes of GMM 2 pages **(WP)**
- 2-11-98 facsimile correspondence from GMM to LWB cc'd RSH **(A/CP)**
- 2-10-98 correspondence from GMM to LWB cc'd David Nemelka **(A/CP)**
- 2-11-98 facsimile correspondence from RSH to GMM **(A/CP)**
- Draft document entitled Important Information for Shareholders of International Heritage, Inc. bearing handwritten notes and edits from GMM **(WP)**
- Draft of document entitled International Heritage, Inc. Capitalization as of 31 December 1997, also stamped confidential **(WP)**
- Draft of document entitled Important Information for Shareholders of International Heritage, Inc. also stamped confidential **(WP)**
- Draft of document labeled Information Statement Kara International, Inc. also stamped confidential **(WP)**
- Confidential document entitled Kara International, Inc. and International Heritage, Inc. transaction check list which happens to be a GMM document from her computer directory **(WP)**
- Draft letter from David Nemelka to SVE **(WP)**
- Draft of document entitled Agreement and Plan of Reorganization **(WP)**
- Copy of draft document entitled Information Statement Kara International, Inc., stamped confidential and bearing handwritten notes and edits from GMM **(WP)**
- 1-23-98 facsimile correspondence from GMM to David Nemelka, LWB & RSH cc'd SVE, JB, Mark Burgess, Eric Banas **(A/CP)**
- 2-23-98 copy of page 1 shareholders listing with yellow post-it note from GMM **(WP)**
- 3-4-98 facsimile correspondence from GMM to LWB **(A/CP)**
- March 1998 calendar print out of GMM **(A/CP)**
- 2-24-98 IHI memorandum from AW to LWB **(A/CP)**
- 2-24-98 IHI memo from AW to RSH cc'd GMM **(A/CP)**
- 2-19-98 GMM copy of email transmission from Linda Halsteadt to GMM **(A/CP)**
- 2-23-98 facsimile correspondence from RSH to GMM **(A/CP)**
- 2-19-98 facsimile transmission from GMM to LWB **(A/CP)**
- 2-18-98 facsimile correspondence from GMM to LWB **(A/CP)**
- 2-16-98 facsimile correspondence from LWB to GMM **(A/CP)**
- 2-16-98 GMM copy of email transmission from Linda Halsteadt to GMM **(A/CP)**
- 2-16-98 facsimile correspondence from GMM to LWB **(A/CP)**
- 2-16-98 facsimile correspondence from LWB to GMM **(A/CP)**
- 5-12-98 handwritten notes of GMM **(WP)**
- 5-20-98 facsimile correspondence from LWB to GMM **(A/CP)**
- 5-20-98 facsimile correspondence from GMM to Shelly at LWBs office **(A/CP)**
- 5-19-98 correspondence from GMM to LWB **(A/CP)**
- 3-16-98 GMM copy of email transmission from Marks Lang to everyone **(A/CP)**
- Miscellaneous handwritten notes of GMM **(WP)**
- 3-13-98 handwritten notes of GMM **(WP)**
- 8-K 3-6-98 Draft (folder) **(WP)**
  - Draft news release from LWB **(WP)**
  - Copy of Certificate of Amendment to the Articles of Incorporation of Kara International, Inc. **(WP)**
  - Draft Securities and Exchange Commission Form 8-K Current Report for International Heritage, Incorporated dated March 6, 1998 **(WP)**
- 4-13-98 correspondence from GMM to LWB cc'd RB, RSH & BEW **(A/CP)**

25

- 4-9-98 correspondence from LWB to GMM w/ significant attachments **(A/CP)**
- 8-13-98 facsimile correspondence from GMM to Brandon Burningham **(A/CP)**
- 8-14-98 correspondence from GMM to Brandon Burningham **(A/CP)**
- 8-14-98 three facsimile correspondence from GMM to Terry Jackson **(A/CP)**
- Copy of newspaper clipping with handwritten note from Marks to GMM **(WP)**
- 8-13-98 facsimile correspondence from GMM to Brandon Burningham **(A/CP)**
- 8-13-98 draft document entitled Immediate Press Release **(WP)**
- 8-13-98 draft document entitled Immediate Press Release with minor handwritten notes of GMM **(WP)**
- 8-13-98 draft Securities and Exchange Commission Form 10-QSB for IHI with handwritten notes **(WP)**
- 8-12-98 facsimile correspondence from GMM to Shelly at LWBs office **(A/CP)**
- 8-12-98 draft Securities and Exchange Commission Form 10-QSB with handwritten notes and edits from GMM **(WP)**
- 8-11-98 draft of document entitled International Heritage, Incorporated Condensed Consolidated Balance Sheet bearing handwritten notes **(WP)**
- Draft document entitled International Heritage, Incorporated Condensed Consolidated Blanace Sheets bearing handwritten notes of GMM **(WP)**
- 6-30-98 document entitled International Heritage, Incorporated Notes to Condensed Consolidated Financial Statements with handwritten notes on yellow post-it from RB to GMM attached **(WP)**
- 8-5-98 handwritten notes of GMM **(WP)**
- Miscellaneous handwritten notes of GMM **(WP)**

**96W3421 064**

- Miscellaneous Documents

    - 7-16-98 correspondence from FDB to CR **(A/CP)**
    - 5-7-98 handwritten notes of GMM **(WP)**
    - 5-8-98 handwritten notes of GMM **(WP)**
    - 4-28-98 facsimile correspondence from GMM to BEW & FDB **(A/CP)**
    - 4-20-98 facsimile correspondence from GMM to SVE & BEW **(A/CP)**
    - 5-4-98 handwritten notes of GMM **(WP)**
    - 4-17-98 IHI memo from GMM to SVE, CR, BEW, FDB, RB & labeled confidential attorney-work product **(A/CP)**
    - 4-17-98 handwritten notes of GMM **(WP)**
    - 5-4-98 handwritten notes of GMM **(WP)**
    - 4-3-98 facsimile correspondence from GMM to BEW **(A/CP)**
    - 4-3-98 facsimile correspondence from GMM to BEW **(A/CP)**

- Silcott v. SVE, IHI

    - 6-18-98 IHI memo from GMM to CR **(A/CP)**

- Miscellaneous Documents

    - 7-17-98 IHI memo from GMM to CR **(A/CP)**

- 6-29-98 facsimile correspondence from John Austin to GMM **(A/CP)**
- 2-16-98 handwritten notes of GMM **(WP)**
- 1-23-98 IHI interoffice memorandum from AW/SVE to CR, Derrick Stryker, Jeff Trendle, Susan Coble, Jeff Hooks, Dawn McIntyre, Ashely Markum, Kathy Cruise, Mary Barton Eilers, John Brothers, GMM, AS, Kevin Jones, Stefan Autrey, Robin Land, DH, Mike Russo, Rich Cicha re: International Heritage, Inc. Meeting Agenda and labeled confidential (note - attached to this document is: 1-23-98 GMM copy of email transmission from CR to DH, Mike Russo, Jeff Trendle, GMM, Dawn McIntyre cc'd Chante Jordan, JB, AW, Jeff Hooks and 1-2-98 IHI memorandum from CR to SVE and GMM cc'd JB & AW) **(A/CP)**
- 12-12-97 correspondence from BEW to RB **(A/CP)**
- 12-9-97 facsimile correspondence from BEW to JB **(A/CP)**
- 11-3-97 handwritten notes of GMM **(WP)**
- 10-30-97 correspondence from FDB to GMM **(A/CP)**
- Miscellaneous handwritten notes of GMM **(WP)**
- 9-24-97 correspondence from FDB to Hannah Hall, Freedom of Information Act Officer, Securities and Exchange Commission re: Freedom of Information Act Confidential Treatment Request **(A/CP)**
- 6-30-97 facsimile correspondence from GMM to FDB & DA **(A/CP)**
- 7-30 facsimile correspondence from Garrett Francis to GMM, BEW & CTF **(A/CP)**
- 7-29-97 facsimile correspondence from Garrett Francis, Epley Associates Inc. to BEW cc'd CTF & GMM **(A/CP)**
- 7-30-97 handwritten notes of GMM **(WP)**
- 9-14-98 correspondence from BEW to GMM **(A/CP)**
- 7-29-98 correspondence from BEW to GMM marked attorney-client privileged **(A/CP)**

- Bise

  - facsimile correspondence from BEW to GMM **(A/CP)**
  - 9-29-98 facsimile correspondence from BEW to Susan Halpern **(A/CP)**
  - 9-22-98 correspondence from GMM to BEW with attachment **(A/CP)**
  - 9-16-98 GMM copy of email transmission from Lisa Woolridge to GMM **(A/CP)**
  - 9-8-98 IHI memorandum from GMM to CR with attachment **(A/CP)**
  - 9-7-98 GMM copy of email transmission from GMM to Stephanie Harris cc'd Mike Russo **(A/CP)**
  - 9-2-98 facsimile correspondence from BEW to GMM **(A/CP)**
  - 9-2-98 facsimile correspondence from BEW to GMM **(A/CP)**
  - 8-20-98 facsimile correspondence from CR to BEW cc'd GMM **(A/CP)**
  - 7-1-98 correspondence from BEW to GMM **(A/CP)**
  - 10-27-98 facsimile correspondence from CR to BEW cc'd SVE, JB, GMM & Pete Scanlon and handwritten notes of GMM attached **(WP)**
  - 8-10-98 correspondence from BEW to GMM **(A/CP)**
  - 3-13-98 copy of Alabama Judicial Data Center Dekalb County Docket Notice with post-its bearing handwritten notes of GMM attached **(WP)**

- Donald W. Butler et al v. IHI

- 9-2-98 GMM copy of email transmission from Bonnie Little on behalf of CPC to GMM cc'd Stephanie Harris **(A/CP)**
- 10-8-98 correspondence from GMM to BEW with attachment **(A/CP)**
- GMM copy of email transmission to Tim Otto & CR **(A/CP)**
- 9-29-98 facsimile correspondence from BEW to GMM with handwritten notes of GMM attached **(A/CP)**
- 9-10-98 correspondence from GMM to BEW with attachment **(A/CP)**
- 9-4-98 facsimile correspondence from GMM to MV cc'd BEW **(A/CP)**
- 9-4-98 GMM copy of email transmission from DH to GMM with handwritten notes of GMM attached **(A/CP)**
- 9-4-98 correspondence from GMM to MV with attachments **(A/CP)**
- 9-3-98 correspondence from GMM to MV **(A/CP)**
- 8-31-98 facsimile correspondence from BEW to GMM **(A/CP)**
- 8-31-98 facsimile correspondence from BEW to GMM **(A/CP)**
- 8-25-98 GMM copy of email transmission from Val Tisdale to GMM cc'd Stephanie Harris **(A/CP)**
- 8-25-98 GMM copy of email transmission from Val Tisdale on behalf of CPC to GMM cc'd Stephanie Harris **(A/CP)**
- 8-25-98  5:17 p.m. GMM copy of email transmission from Val Tisdale to GMM cc'd Stephanie Harris **(A/CP)**
- 8-25-98  12:59 p.m. GMM copy of email transmission from Val Tisdale to GMM cc'd Stephanie Harris **(A/CP)**
- GMM copy of email transmission to Stephanie Harris cc'd Mike Russo & Norma Baker **(A/CP)**
- 8-24-98 correspondence from GMM to BML with attachment **(A/CP)**
- 9-28-98 facsimile correspondence from BEW to GMM **(A/CP)**

- Butler v. IHI        Attorney Notes

  - 9-8-98 handwritten notes of GMM **(WP)**

- First Data

  - 5-18-98 correspondence from BEW to SVE **(A/CP)**
  - 6-8-98; 6-2-98; 4-7-98; 3-31-97; 3-20-97; 8-17-97 handwritten notes of GMM **(WP)**
  - 3-31-97 correspondence from BEW to SVE with attachment **(A/CP)**
  - Draft of Defendant's First Set of Interrogatories and First Request for Production of Documents to Plaintiff bearing handwritten notes of GMM **(WP)**
  - Miscellaneous handwritten notes of GMM **(WP)**
  - Miscellaneous document entitled Interrogatories bearing handwritten notes of GMM **(WP)**
  - 5-18-98 correspondence from BEW to GMM **(A/CP)**

- Miscellaneous Documents

  - 8-4-98 facsimile correspondence from GMM to BEW and MV **(A/CP)**
  - 7-9-98 correspondence from GMM to MV **(A/CP)**
  - 7-7-98 correspondence from GMM to BEW **(A/CP)**

- 9-24-98 facsimile correspondence from GMM to AEF **(A/CP)**
- 9-1-98 facsimile correspondence from AW to BEW **(A/CP)**
- 9-14-98 correspondence from BEW to RB **(A/CP)**
- 9-7-98 IHI memorandum from GMM to CR **(A/CP)**
- 9-3-98 correspondence from GMM to MV **(A/CP)**
- 8-31-98 facsimile correspondence from BEW to GMM **(A/CP)**
- 8-24-98 correspondence from GMM to BEW and MV **(A/CP)**
- 8-20-98 facsimile correspondence from GMM to Katherine Boticelli **(A/CP)**
- 8-14-98 correspondence from GMM to BML **(A/CP)**
- 7-29-98 correspondence from BEW to GMM marked attorney-client privileged **(A/CP)**
- 4-13-98 correspondence from GMM to LS & CS **(A/CP)**
- 8-13-98 correspondence from GMM to LS & CS with handwritten notes **(A/CP)**
- 4-6-98 correspondence from GMM to RB with attachment **(A/CP)**

- Gina Josephson v. IHI      Attorneys Notes

  - 9-9-98 handwritten notes of GMM **(WP)**
  - Internet research of news article by David Ranii **(WP)**

- Miscellaneous Documents

  - 9-22-98 IHI memorandum from GMM to AEF marked confidential attorney-work product **(A/CP)**
  - 9-8-98 facsimile correspondence from AEF to GMM **(A/CP)**

## BOX 96W342I 065

- SEC – Request for Information

  - 9-30-97 facsimile correspondence from GMM to AS **(A/CP)**
  - 6-12-97 correspondence from GMM to FDB **(A/CP)**
  - 6-4-97 facsimile correspondence from GMM to RSH, Steve Wolosky, FDB & DA **(A/CP)**
  - 6-5-97 facsimile correspondence from GMM to AS **(A/CP)**
  - 5-29-97 facsimile correspondence from DA to GMM with attachment **(A/CP)**
  - 5-30-97 facsimile correspondence from GMM to RSH **(A/CP)**
  - 5-30-97 facsimile correspondence from DA to SVE, JB, GMM & JAB **(A/CP)**
  - 5-29-97 IHI memorandum from AS to GMM **(A/CP)**
  - 5-30-97 facsimile correspondence from AS to GMM **(A/CP)**
  - 5-30-97 facsimile correspondence from DA to SVE, CR & GMM **(A/CP)**
  - 5-30-97 draft of letter to Mr. James E. Long, District Counsel, Securities and Exchange Commission re: International Heritage, Inc. with handwritten notes and edits from GMM **(WP)**
  - 5-30-97 facsimile correspondence from Steve Wolosky to GMM **(A/CP)**
  - 5-29-97 facsimile correspondence from DA to GMM **(A/CP)**
  - 5-29-97 facsimile correspondence from GMM to RSH, Steve Wolosky, FDB, DA **(A/CP)**
  - 5-29-97 handwritten notes of GMM **(A/CP)**

- 4-25-97 facsimile correspondence from GMM to FDB, DA, RSH, Steve Wolosky with handwritten notes on yellow post-its from GMM attached **(A/CP)**
- 5-12-97 facsimile correspondence from AW to BEW **(A/CP)**
- 5-23-97 correspondence from GMM to RSH, Steve Wolosky, FDB with attachment **(A/CP)**
- 5-27-97 handwritten notes of GMM **(WP)**
- 5-30-97 draft of letter to James Long, District Counsel, SEC, re: International Heritage, Inc. (MA-1441) **(WP)**
- 5-22-97 facsimile correspondence from GMM to GMM **(A/CP)**
- 5-22-97 second facsimile correspondence from GMM to GMM **(A/CP)**
- 5-14-97 handwritten notes of GMM **(WP)**
- 5-14-97 facsimile correspondence from GMM to RSH, Steve Wolosky **(A/CP)**
- 5-12-97 facsimile correspondence from GMM to FDB **(A/CP)**
- 5-12-97 handwritten notes of GMM **(WP)**
- 5-12-97 facsimile transmission from AW to BEW **(A/CP)**

- Miscellaneous Documents

  - 5-26-98 facsimile correspondence from GMM to BEW **(A/CP)**
  - 4-2-98 correspondence from JB to GMM **(A/CP)**
  - Draft chart entitled Litigation Report bearing handwritten notes of GMM **(WP)**
  - 4-1-98 copy of draft document entitled International Heritage, Inc. December 31, 1997 Audit open items bearing handwritten note from Rob Hukezalie to GMM **(WP)**
  - 2-5-98 correspondence from JB to GMM **(A/CP)**

- Audit 1997

  - 8-3-98 GMM copy of email transmission from Heather Slinkard to GMM **(A/CP)**
  - 2-13-98 preliminary draft of correspondence to the Audit Committee and Board of Directors of IHI from EJBM **(WP)**
  - note to GMM, RH, Davin Brown re: companies first and second auditor bearing handwritten notes as well **(WP)**

- Miscellaneous documents

  - 2-18-97; 5-7-97; 3-9-97; 3-6-97 handwritten notes of GMM **(WP)**

- Babener & Associates

  - 10-19-98; 9-22-98; 8-19-98; internal document by GMM regarding legal fees and expenses with attachment **(A/CP)**
  - 7-1-98 correspondence from Babener & Associates to SVE re: legal expenses **(A/CP)**

- Miscellaneous documents

  - 12-2-97 GMM copy of email transmission from Mike Russo to GMM **(A/CP)**
  - 10-15-97 GMM copy of email transmission from Shannon Zeko to GMM **(A/CP)**
  - 9-25-97 handwritten notes of GMM **(A/CP)**

- Folder labeled Leonard W. Burningham, Esq. Billing **(A/CP)**
  - 9-11-98; 8-5-98; 6-5-98; 5-7-98; internal document by GMM regarding legal fees of IHI **(A/CP)**
  - 5-5-98 statement from LWB to IHI regarding legal fees **(A/CP)**
  - 5-12-98 correspondence from GMM to LWB **(A/CP)**
- 2-13-98 memorandum from GMM to SVE **(A/CP)**
- Spring issue 1998 IHI Business Journal bearing handwritten edits from GMM **(WP)**
- 2-2-98 winter issue 1998 IHI Business Journal from GMM with handwritten notes and edits from GMM and memo from Sherlita to Stan attached **(WP)**
- March to New Orleans flyer **(WP)**
- 5-19-97 handwritten notes of GMM **(WP)**
- 5-19-97 facsimile correspondence from GMM to Dawn McIntyre **(A/CP)**
- 4-25-97 correspondence from GMM to Dawn McIntyre **(A/CP)**
- Draft trademark license agreement with handwritten notes from GMM **(WP)**
- 9-4-98 handwritten notes of GMM **(WP)**

- Check Processing for Research

  - 11-10-97 GMM copy of email transmission from Jeff Trendle to GMM w/ information regarding North Carolina General Assembly 1997 session Senate Bill 562 attached **(A/CP)**
  - 10-29-97 correspondence from John Austin to GMM with attachment **(A/CP)**
  - 10-28-97 GMM copy of email transmission from Jeff Trendle to GMM cc'd Keith Mackey **(A/CP)**

- Check Requests

  - 5-4-98; 3-3-98; 12-29-97 internal document from GMM regarding expenditures **(A/CP)**
  - Internal document from GMM regarding legal fees of IHI **(A/CP)**

- Miscellaneous Documents

  - 9-28-98 correspondence from Rob Hukezalie to BEW **(A/CP)**
  - 7-16-98 facsimile correspondence from Elizabeth Glynn, Esq. to GMM **(A/CP)**
  - 7-17-98 facsimile correspondence from Linda Halsteadt to BEW **(A/CP)**
  - 7-17 handwritten notes of GMM **(WP)**
  - 10-2-97 handwritten notes of GMM **(WP)**
  - Folder labeled Rick Chicha
    - handwritten notes of GMM **(WP)**
    - 10-16-97 handwritten notes of GM **(WP)**
    - 10-16-97 GMM copy of email transmission from Rich Chicha to GMM **(A/CP)**
    - 10-16-97 facsimile correspondence from GMM to Ms. Brooks **(A/CP)**
    - 10-2-97 GMM copy of email transmission from Rich Chicha to GMM **(A/CP)**
    - 10-2-97 handwritten notes of GMM **(WP)**
    - 9-15-97 copy of document from financial collection agencies with yellow post-it bearing handwritten notes of GMM attached **(A/CP)**
  - 5-18-98 file copy of correspondence from GMM to David Poor regarding contract number 980600378S, International Heritage, Inc. Meeting June 5 – 6, 1998 **(A/CP)**

31

- 7-16-98; 7-13-98; 7-9-98; 9-10-98 (w/ First Union Indemnity Agreement for account not closing attached) handwritten notes of GMM **(WP)**
- 9-29-98 GMM copy of email transmission from AW to GMM, Susan Beasley **(A/CP)**

## BOX 96W342I 066

- Miscellaneous Documents

  - 6-4-98 memorandum from CR to all IHI vice presidents and SVE **(A/CP)**
  - 6-15-98 memorandum from GMM to Board of Directors **(A/CP)**
  - 4-15-98 facsimile correspondence from LWB to GMM and RSH **(A/CP)**
  - Legal research regarding the 1934 act rules **(WP)**
  - 5-6-98 facsimile communication from Terry L. Shulman to GMM **(A/CP)**
  - 11-15-96 facsimile correspondence from Craig Dalton of Poyner Spruil to GMM **(A/CP)**
  - 11-15-96 facsimile correspondence from GMM to SVE **(A/CP)**
  - Draft of International Heritage, Inc. 1996 Option Plan, Notice of Stock Option Grant attached to note to GMM from Angie Cox **(WP)**
  - 11-12-96 draft of IHI 1996 Stock Option Plan with handwritten notations and edits from GMM **(WP)**
  - 10-30-96 handwritten notes from GMM **(WP)**
  - 5-1-98 handwritten notes from GMM **(WP)**
  - 4-30-98 correspondence from Nora Roman to Robert Hukezalie with numerous handwritten notations from GMM **(A/CP)**
  - Draft of employment agreement between IHI and Michael D. Hoskins with handwritten notations and edits from GMM **(WP)**
  - 9-9-98 copy of email transmission of GMM from Susan Beasley to GMM **(A/CP)**
  - 9-2-98 copy of email transmission of GMM from Susan Beasley to GMM **(A/CP)**
  - 7-8-98 copy of correspondence from Susan Beasley to Michael Hoskins with handwritten notes by GMM attached **(A/CP)**
  - 2-24-98 correspondence from BEW to GMM **(A/CP)**
  - 12-3-97 handwritten notes from GMM **(WP)**
  - 5-21-98 GMM copy of email transmission from Ed Cary to GMM with affinity agreement draft attached bearing handwritten notes and edits from GMM **(A/CP)**
  - 6-16-98 handwritten notes of GMM **(WP)**
  - 6-10-98 draft of affinity agreement with handwritten notations and edits from GMM **(WP)**
  - 5-29-98 facsimile correspondence from IHI to GMM **(A/CP)**
  - 6-2-98 facsimile correspondence from David Lamarch to GMM **(A/CP)**
  - 5-29-98 facsimile correspondence from GMM to Ed Cary and Stephanie Harris **(A/CP)**
  - 5-29-98 facsimile correspondence from David Lamarch to GMM **(A/CP)**
  - 5-29-98 facsimile correspondence from GMM to Stephanie Harris **(A/CP)**
  - Draft of non-disclosure agreement with handwritten notes from GMM **(WP)**
  - 9-23-98 facsimile correspondence from GMM to BEW **(A/CP)**
  - 3-19-98 memorandum from GMM to Rob Hukezalie **(A/CP)**
  - Draft of non-disclosure/consulting agreement with numerous handwritten notes and edits from GMM **(WP)**
  - 1-23-98 correspondence from Derrick Stryker to Rob Hukezalie with handwritten notes from GMM attached **(A/CP)**

- 1-29-98 draft of consulting agreement with handwritten notes and edits from GMM **(WP)**
- 8-25-98 handwritten notes from GMM **(WP)**
- 8-11-98 facsimile correspondence to GMM from Gary Agron of Spencer Edwards Inc. **(A/CP)**
- Miscellaneous handwritten notes of GMM with no date **(WP)**
- 8-4-98 handwritten notes of GMM **(WP)**
- 8-3-98 draft letter to GMM from Frederick A. Hutner, Jr. **(WP)**
- 8-3-98 handwritten notes of GMM **(WP)**
- 9-15-98 GMM copy of facsimile transmission to Mike Russo with facsimile attachments **(A/CP)**
- 9-15-98 facsimile correspondence from JB to GMM **(A/CP)**

- Employment General

  - 2-2-98 GMM copy of email transmittal from Susan Beasley to GMM **(A/CP)**
  - 2-6-98 memorandum from GMM to Susan Beasley **(A/CP)**
  - 1-5-98 memorandum from GMM to Jeff Trendle with 1-5-98 letter from Joe Brown to GMM attached **(A/CP)**
  - 12-5-97 memorandum from GMM to Susan Beasley and CR with attachment **(A/CP)**

- Employee Matters

  - 3-5-98 facsimile correspondence from GMM to Julie Bell with handwritten notes from GMM attached **(A/CP)**
  - 6-25-97 handwritten notes from GMM **(WP)**
  - 6-23-97 handwritten notes from GMM **(WP)**

- Employee Manual

  - Draft of Employee welcome message with handwritten notes from GMM and some edits **(WP)**

- Van Etten Employment Agreement

  - 2-28-? handwritten notes from GMM **(WP)**
  - 11-20-95 copy of correspondence from GMM to CS and LS with attachments **(A/CP)**
  - Draft employment agreement with floppy diskette attached **(WP)**
  - 2-20-96 correspondence from BEW to GMM **(A/CP)**
  - 12-6-95 correspondence from BEW to GMM **(A/CP)**
  - 12-6-95 facsimile correspondence from GMM to CS and LS **(A/CP)**
  - 11-17-95 correspondence from BEW to GMM **(A/CP)**
  - 11-15-95 facsimile correspondence from GMM to BEW **(A/CP)**
  - 11-13-95 correspondence from BEW to GMM, CS and LS **(A/CP)**
  - Miscellaneous note from GMM **(WP)**
  - 10-24-95 correspondence from BEW to GMM with draft employment agreement attached with numerous edits **(A/CP)**
  - 10-26-95 correspondence from GMM to CS, LS, SVE and BEW **(A/CP)**
  - 10-24-95 facsimile correspondence from BEW to GMM **(A/CP)**

- 10-26-95 correspondence from GMM to CS, LS, SVE and BEW **(A/CP)**
- 10-23-95 facsimile correspondence from GMM to BEW **(A/CP)**
- 5-29-97 correspondence from GMM to AS with attachments **(A/CP)**
- 11-20-95 correspondence from GMM to CS and LS with employment agreement, promissory note copy and additional employment agreement attached **(A/CP)**
- 10-10-95 facsimile correspondence from BEW to GMM **(A/CP)**
- 10-10-95 correspondence from BEW to GMM, CS and LS **(A/CP)**
- 9-21-95 facsimile correspondence from BEW to GMM **(A/CP)**
- 9-22-95 correspondence from GMM to Thomas DA **(A/CP)**
- copy of employment agreement signed 12-11-95 by SVE and CS, signed 12-18-95 by LS **(A/CP)**

- FTCV Future Net

  - 5-21-98 correspondence from JAB to SVE with attachment **(A/CP)**

- Furneaux, Barry IHI Independent Sales Representative

  - 1-2-98 correspondence from Barry Furneaux to GMM with note from GMM attached **(A/CP)**
  - 1-2-98 memo from GMM to DH **(A/CP)**
  - 12-30-97 handwritten notes of GMM **(WP)**
  - 12-18-97 facsimile correspondence from Barry Furneaux to SVE with note from SVE to GMM written on it **(WP)**

- Harrell, Bernard (Legal services)

  - 4-9-98 internal document of GMM regarding legal fees **(A/CP)**
  - 5-20-98 internal document from GMM regarding legal fees **(A/CP)**

- EB Harvey Online Ordering System

  - 8-31-95 handwritten notes of GMM **(WP)**
  - 8-28-95 handwritten notes of GMM **(WP)**
  - Memorandum of Understanding executed by IHI but not executed by Ed Harvey **(WP)**

- James S. Holiday, Jr., Esq. Billing

  - 6-25-98 document from James S. Holiday, Jr. to IHI care of GMM with 6-15-98 GMM document attached **(A/CP)**
  - 6-5-98 internal document from GMM regarding legal fees with 5-25-98 document from James S. Holiday attached **(A/CP)**
  - 5-8-98 GMM copy of email transmittal from Deborah Blevins to GMM **(A/CP)**
  - 4-17-98 correspondence from James Holiday to GMM with attachment **(A/CP)**
  - 5-20-98 correspondence from James Holiday to GMM **(A/CP)**
  - 5-8-98 internal document of GMM regarding legal fees with 4-25-98 document from James Holiday attached **(A/CP)**
  - 4-3-98 internal document from GMM regarding legal fees with attachment **(A/CP)**

34

- 3-3-98 memorandum from GMM to Jeff Trendle with attachment **(A/CP)**
- 2-2-98 memorandum from GMM to Jeff Trendle with attachment **(A/CP)**
- 1-5-98 memorandum from GMM to Jeff Trendle with attachment **(A/CP)**
- 12-15-97 memorandum from GMM to Jeff Trendle with attachment **(A/CP)**
- 11-18-97 memorandum from GMM to JB and Jeff Trendle with attachment **(A/CP)**
- 10-27-97 memorandum from GMM to Keith MacKay with attachment **(A/CP)**
- 9-9-97 correspondence from GMM to Keith MacKay with attachment **(A/CP)**

- In House Monitor Reports

  - 6-15-98 memorandum from CR to IHI vice presidents with attachments **(A/CP)**

- Insurance Business

  - CR copy of email communication to Kevin Jones with handwritten note to DH, cc'd GMM from CR **(A/CP)**

**BOX 96W342I 067**

- Jeff Babener

  - 11-9-95 correspondence from JAB to SVE **(A/CP)**
  - 8-3-95 correspondence from JAB to SVE **(A/CP)**
  - Research regarding trade and commerce **(WP)**
  - Research regarding Governor's Consumer Protection Divisions Rules and Regulations for the State of Louisiana **(WP)**
  - 7-25-95 correspondence from JAB to Jo Mariano of the Direct Selling Association regarding Louisiana Business Opportunity Statute **(A/CP)**
  - Legal Research regarding pyramid promotional schemes **(WP)**
  - 11-27-95 draft memo from IHI regarding Louisiana Business Opportunity Act **(WP)**
  - 11-14-95 client's copy of correspondence from JAB to Ross A. Dooley, Consumer Protection Section of the Louisiana Department of Justice **(A/CP)**
  - 10-20-95 correspondence from Jeffrey Ackermann to JAB regarding letter received from Louisiana Department of Justice **(A/CP)**
  - 10-17-95 correspondence from Ross A. Dooley, LA Dept. of Justice to Jeffrey Ackermann **(A/CP)**
  - Biographical information of JAB **(A/CP)**
  - 11-27-95 correspondence from JAB to SVE **(A/CP)**
  - 10-24-95 correspondence from JAB to SVE w/ memo regarding new Texas MLM legislation attached **(A/CP)**
  - 12-13-95 facsimile correspondence from JAB to JB **(A/CP)**
  - draft International Heritage, Inc. Statement of Policy and Procedures **(A/CP)**
  - 6-13-95 correspondence from Mitchell A. Goldstein of Babener & Associates to SVE w/ memo regarding Canadian marketing attached **(A/CP)**
  - 6-1-95 memorandum from Babener & Associates to SVE w/ attachments regarding individual earnings, testimonial statements and earnings projections **(A/CP)**
  - 6-1-95 memorandum from Babener & Associates to SVE regarding FTC rule on door-to-door sales **(A/CP)**

35

- 11-9-95 correspondence from JAB to SVE w/ attachments **(A/CP)**
- 6-22-95 correspondence from JAB to SVE **(A/CP)**
- 6-1-95 memorandum from Babener & Associates to SVE regarding MLM legal issues w/ attachments **(A/CP)**
- 7-10-96 facsimile transmission from JAB to JB **(A/CP)**
- 3-29-96 correspondence from SVE to JAB **(A/CP)**
- 9-3-96 correspondence from JAB to GMM w/ attachment **(A/CP)**
- 7-11-96 correspondence from Mitchell A. Goldstein to JB **(A/CP)**
- 6-3-96 correspondence from JAB to SVE **(A/CP)**
- 8-15-96 correspondence from SVE to JAB w/ attachments **(A/CP)**
- 11-5-96 correspondence from JAB to JB **(A/CP)**
- 1-27-97 draft correspondence from JB to FDB & JAB **(A/CP)**
- 5-22-97 correspondence from JAB to BEW **(A/CP)**
- 1-25-96 facsimile correspondence from JAB to SVE **(A/CP)**
- 3-26-97 correspondence from JAB to FDB **(A/CP)**
- 4-15-97 correspondence from Mitchell A. Goldstein to CR **(A/CP)**
- 9-10-97 correspondence from JAB to SVE **(A/CP)**
- 2-18-98 correspondence from JAB to SVE **(A/CP)**
- 4-2-98 correspondence from JB to Mitchell Goldstein **(A/CP)**

- Montana

  - 4-15-98 facsimile correspondence from CR to BEW and FDB **(A/CP)**
  - 9-30-98 correspondence from BEW to CR w/ attachment **(A/CP)**

- Regulatory

  - 10-9-97 correspondence from JAB to CR w/ attachment **(A/CP)**
  - 11-24-97 facsimile correspondence from CR to JAB **(A/CP)**
  - 11-24-97 facsimile correspondence from JAB to SVE, JB & CR **(A/CP)**
  - 10-28-97 correspondence from CR to JAB cc'd SVE, JB, BEW, FDB & Pete Scanlon **(A/CP)**
  - 10-27-97 facsimile transmission from CR to BEW cc'd SVE, JB, GMM & Pete Scanlon **(A/CP)**
  - 2-26-98 facsimile transmission from JAB to CR, SVE & JB **(A/CP)**
  - 11-24-97 correspondence from JAB to CR **(A/CP)**
  - 1-13-98 correspondence from BEW to FDB & CR **(A/CP)**
  - 4-16-98 facsimile transmission from CR to JB & Pete Scanlon **(A/CP)**
  - 8-21-98 correspondence from CR to FDB **(A/CP)**
  - 9-1-98 correspondence from CR to FDB **(A/CP)**

- Ragsdale, Liggett

  - 9-6-95 memorandum from GMM to SVE cc'd DH, Gary Johnson, John Brothers and Sheila Stansill **(A/CP)**
  - Handwritten note from GMM regarding meeting on 12-12 presumably 1995 **(WP)**
  - 2-13-96 correspondence from GMM to SVE **(A/CP)**
  - 2-15-96 facsimile correspondence from GMM to SVE **(A/CP)**

FILED

JUN 10 20[..]

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

36

269

- 3-27-96 correspondence from GMM to SVE & Clark Jones **(A/CP)**

- Wyrick Robbins

  - 4-2-98 correspondence from JB to FDB **(A/CP)**
  - 4-27-98 facsimile correspondence from Rob Hukezalie to FDB **(A/CP)**
  - 10-11-96 correspondence from FDB to SVE w/ attachment **(A/CP)**
  - 1-27-97 draft correspondence from JB to JAB and FDB **(WP)**
  - 6-3-96 correspondence from SVE to FDB **(A/CP)**
  - 6-3-96 correspondence from SVE to FDB **(A/CP)**

- Wood & Francis, PLLC

  - 7-29-98 correspondence from BEW to GMM labeled attorney-client privileged **(A/CP)**
  - 4-2-98 correspondence from JB to BEW **(A/CP)**
  - 4-15-98 correspondence from BEW to JB **(A/CP)**
  - 2-24-98 correspondence from BEW to GMM **(A/CP)**
  - 1-21-98 memorandum from BEW to SVE, JB, CR & Pete Scanlon cc'd CTF re: Direct Sellers Association Multi-level marketing seminar on 15 January 1998 **(A/CP)**
  - 11-10-97 correspondence from BEW to SVE **(A/CP)**
  - 6-16-97 correspondence from BEW to DA **(A/CP)**
  - 9-24-97 correspondence from BEW to SVE **(A/CP)**
  - 9-19-97 correspondence from SVE to BEW **(A/CP)**
  - 9-11-97 correspondence from BEW to JB **(A/CP)**
  - 8-21-97 correspondence from BEW to JB **(A/CP)**
  - 9-3-97 correspondence from AS to BEW **(A/CP)**
  - 8-4-97 correspondence from BEW to JB **(A/CP)**
  - 2-10-97 correspondence from AS to GMM **(A/CP)**
  - 1-20-97 draft correspondence from AS to GMM **(WP)**
  - 1-14-97 facsimile transmission from GMM to Patti Kolenick, Ted Levine, Aram Kostiglian, Davin Brown & Pam Patrick, Steve Bayern, Barry Hawk, RSH, Steve Wolosky cc'd SVE, Jeff Hooks, Clark Jones, Dawn McIntyre, Jeff Trendle, JB (item on file is copy of transmission for JB) **(A/CP)**
  - 1-8-97 correspondence from GMM to AS **(A/CP)**
  - 1-17-97 facsimile transmission from AS/JB to GMM **(A/CP)**
  - 1-16-97 facsimile transmission from AS to GMM **(A/CP)**

- North Carolina

  - 8-19-98 facsimile transmission from BEW to JB **(A/CP)**
  - 7-13-98 facsimile transmission from BEW to CR **(A/CP)**
  - 6-2-98 correspondence from BEW to CR **(A/CP)**
  - 2-20-97 correspondence from CR to BEW **(A/CP)**
  - 1-15-97 correspondence from CR to BEW **(A/CP)**
  - 10-27-97 facsimile transmission from CR to BEW **(A/CP)**
  - 10-15-97 correspondence from CR to BEW w/ attachments **(A/CP)**
  - 10-9-97 correspondence from BEW to CR **(A/CP)**

37

- 8-8-97 correspondence from BEW to Christine Lanning of the North Carolina Attorney General's office re: International Heritage, Inc. **(A/CP)**
- 8-20-97 correspondence from BEW to SVE, JB, CR **(A/CP)**

- First Data

  - 5-18-98 correspondence from BEW to SVE **(A/CP)**
  - 5-18-98 correspondence from BEW to GMM **(A/CP)**
  - 2-24-98 correspondence from BEW to SVE **(A/CP)**
  - 8-8-97 correspondence from BEW to SVE **(A/CP)**
  - 7-14-97 correspondence from CR to BEW w/ attachments **(A/CP)**
  - 6-19-97 correspondence from BEW to JB **(A/CP)**
  - 6-10-97 correspondence from BEW to SVE **(A/CP)**
  - 5-12-97 memorandum from DH to BEW cc'd SVE & JB **(A/CP)**
  - 5-8-97 facsimile correspondence from BEW to JB **(A/CP)**
  - 4-29-97 correspondence from BEW to SVE **(A/CP)**

- SEC Atlanta – May 9, 1997

  - 2-10-98 correspondence from CR to FDB **(A/CP)**
  - 12-12-97 correspondence from BEW to RB **(A/CP)**
  - 9-5-97 facsimile transmission from DA to CR **(A/CP)**
  - 9-4-97 draft document entitled Further Description of International Heritage's Compensation Plan sent via facsimile from Wyrick Robbins **(WP)**
  - 7-11-97 correspondence from CR to FDB **(A/CP)**
  - 7-8-97 correspondence from JAB to CR w/ attachment **(A/CP)**
  - 6-12-97 correspondence from GMM to FDB w/ attachment **(A/CP)**
  - 6-17-97 correspondence from DA to JAB **(A/CP)**
  - 7-30-97 facsimile transmission from CR to DA **(A/CP)**
  - 7-29-97 correspondence from DA to CR **(A/CP)**
  - 7-29-97 facsimile transmission from DA to CR **(A/CP)**
  - 5-23-97 correspondence from GMM to RSH, Steven Wolosky & FDB **(A/CP)**
  - 6-16-97 correspondence from BEW to DA **(A/CP)**
  - 6-3-97 JB copy of facsimile transmission from GMM to RSH, Steve Wolosky, FDB, SVE & JB **(A/CP)**
  - 5-30-97 facsimile transmission from DA to SVE, CR & GMM **(A/CP)**
  - 3-21-97 correspondence from SVE to GMM **(A/CP)**
  - 4-16-97 copy of correspondence from GMM to Rebecca Bohland of the Securities and Exchange Commission bearing note from SVE to JB and GMM w/ responding notes from GMM **(A/CP)**

- SEC v. IHI  March 1998

  - 6-3-98 correspondence from BEW to Gerald Juetter, Jr. & Joel Piassick both of Kilpatrick Stockton w/ attachments **(A/CP)**
  - 4-1-98 correspondence from GMM to BEW cc'd JB & Richard Corbin of RW Corbin Insurance Agency **(A/CP)**
  - 7-2-98 correspondence from BEW to RB **(A/CP)**

38

- 10-2-98 correspondence from GMM to BEW **(A/CP)**
- 9-14-98 correspondence from BEW to RB **(A/CP)**
- 5-1-98 correspondence from RB to JB w/ attachment **(A/CP)**
- 5-18-98 correspondence from BEW to RB **(A/CP)**
- 6-12-97 correspondence from GMM to FDB w/ attachment **(A/CP)**
- 4-10-98 correspondence from BEW to RB **(A/CP)**
- 3-17-98 three pages of handwritten notes of attorney meeting **(WP)**
- 4-2-98 correspondence from BEW to RB **(A/CP)**
- 3-20-98 facsimile transmission from Joan Bond of Wood & Francis to JB **(A/CP)**
- 7-27-98 correspondence from BEW to Rob Hukezalie **(A/CP)**
- 7-23-98 correspondence from BEW to JB **(A/CP)**
- 5-28-98 correspondence from BEW to David Gellan, Michael Wolosky **(A/CP)**
- 5-28-98 correspondence from BEW to Rob Hukezalie w/ attachments **(A/CP)**
- 7-29-98 correspondence from BEW to RB **(A/CP)**
- 8-10-98 facsimile correspondence from BEW to RB **(A/CP)**
- 8-6-98 correspondence from BEW to RB **(A/CP)**
- 9-22-98 facsimile correspondence from BEW to RB **(A/CP)**

- Class Action Correspondence

  - 5-28-98 correspondence from BEW to BML & MV of Dechert Price & Rhoades w/ attachments **(A/CP)**
  - 9-28-98 correspondence from BEW to Rob Hukezalie **(A/CP)**
  - 9-16-98 correspondence from BEW to GMM **(A/CP)**
  - 9-29-98 facsimile correspondence from BEW to Susan Halpern **(A/CP)**
  - 8-24-98 correspondence from BEW to MV w/ attachment **(A/CP)**
  - 7-28-98 correspondence from BEW to GMM **(A/CP)**
  - 7-1-98 correspondence from BEW to SVE, JB, Sabrina Wei, Jimmy Knowles, Barry Ackle, Claude Savage, Larry Smith w/ attachment **(A/CP)**
  - 7-2-98 facsimile correspondence from BEW to GMM w/ attachment **(A/CP)**
  - 5-28-98 correspondence from GMM to Douglas Lang **(A/CP)**
  - 6-10-98 correspondence from GMM to BML w/ attachment **(A/CP)**
  - 8-31-98 correspondence from BEW to GMM **(A/CP)**
  - 7-7-98 correspondence from GMM to BEW **(A/CP)**
  - 4-7-98 correspondence from GMM to BEW w/ attachments **(A/CP)**
  - 4-3-98 correspondence from GMM to BEW **(A/CP)**
  - 4-16-98 correspondence from GMM to RB **(A/CP)**
  - 5-15-98 correspondence from GMM to BML **(A/CP)**
  - 5-22-98 correspondence from BEW to Douglas Lang **(A/CP)**
  - 5-18-98 correspondence from BEW to Theodore Sonde and BML with attachment **(A/CP)**
  - 5-18-98 facsimile correspondence from BEW to Rob Hukezalie with attachment **(A/CP)**
  - 4-14-98 correspondence from BEW to Doug Atkins **(A/CP)**
  - 4-14-98 correspondence from BEW to Theodore Sonde **(A/CP)**
  - 4-15-98 facsimile correspondence from BEW to John Missing **(A/CP)**
  - 4-17-98 correspondence from BEW to Doug Lang with attachment **(A/CP)**
  - 4-27-98 facsimile correspondence from BEW to BML **(A/CP)**
  - 5-6-98 correspondence from BEW to BML **(A/CP)**

- 4-13-98 correspondence from GMM to LS & CS **(A/CP)**
- 4-3-98 correspondence from GMM to BEW **(A/CP)**
- 4-7-98 correspondence from GMM to BEW **(A/CP)**

- D&O Insurance

  - 6-12-97 correspondence from GMM to DH **(A/CP)**
  - 9-11-97 correspondence from GMM to Chris Mango, Executive Risk re: International Heritage, Inc. Directors & Officers liability insurance policy **(A/CP)**
  - 8-24-98 correspondence from Lisa Burns of Ross Dixon & Masback, LLP to BEW with attachment **(A/CP)**
  - 8-28-98 correspondence from BEW to Lisa Burns **(A/CP)**
  - 8-4-97 correspondence from BEW to JB with attachment **(A/CP)**
  - 9-9-97 correspondence from BEW to JB **(A/CP)**
  - 8-7-97 correspondence from BEW to JB with attachment **(A/CP)**
  - 12-3-97 correspondence from BEW to JB with attachment **(A/CP)**
  - 1-13-98 correspondence from Julie Bell to JB with attachment **(A/CP)**
  - 11-6-97 facsimile transmission from BEW to Scott Morrison of Erie Insurance re: International Heritage, Inc. Claim number 91-27514 **(A/CP)**
  - 2-16-98 correspondence from Julie Bell to JB with attachment **(A/CP)**
  - 2-24-98 correspondence from JB with attachment **(A/CP)**
  - 9-22-98 correspondence from Julie Bell to JB **(A/CP)**
  - 9-24-98 correspondence from Julie Bell to JB **(A/CP)**

- Miscellaneous Documents

  - 7-10-98 letter and brochure from JAB to JB & SVE **(A/CP)**

- Jeffrey A. Babener

  - 3-26-97 correspondence from JAB to FDB **(A/CP)**
  - 3-26-97 facsimile transmission from JAB to SVE, JB **(A/CP)**
  - 2-12-97 correspondence from JB to Mitch Goldstein **(A/CP)**
  - 7-22-96 correspondence from Mitch Goldstein to JB **(A/CP)**
  - 3-8-96 correspondence from JAB to SVE and JB **(A/CP)**
  - 3-8-96 correspondence from JAB to SVE and JB **(A/CP)**
  - 3-12-96 facsimile transmission from JAB to SVE **(A/CP)**
  - 2-20-96 correspondence from JAB to SVE **(A/CP)**
  - 1-8-96 correspondence from JAB to SVE **(A/CP)**
  - 8-3-95 correspondence from JAB to SVE **(A/CP)**
  - 11-8-95 correspondence from JAB to FDB **(A/CP)**
  - 12-13-95 correspondence from JAB to JB **(A/CP)**
  - 11-1-95 facsimile correspondence from JAB to SVE **(A/CP)**
  - 10-10-95 facsimile correspondence from Mitch Goldstein to DA **(A/CP)**
  - 10-27-95 correspondence from SVE to JAB with attachment **(A/CP)**
  - 6-22-95 facsimile correspondence from JAB to SVE **(A/CP)**
  - 6-23-95 facsimile transmission of 6-16-95 JAB letter to SVE transmitted to all founders of IHI **(A/CP)**

- 5-30-95 facsimile correspondence from Vivica (?) Wright of Babener & Associates to DH with attachment **(A/CP)**
- 6-8-95 correspondence from FDB to JAB **(A/CP)**
- 6-2-95 facsimile transmission from JAB to SVE with attachment **(A/CP)**
- 5-30-95 correspondence from FDB to JAB **(A/CP)**
- 5-24-95 correspondence from JAB to SVE **(A/CP)**
- Multi-level distribution statute registration questionnaire sent to JAB and prepared by SVE **(A/CP)**
- 10-11-95 correspondence from JAB to Ms. Priscilla Duncan of the Attorney General's office, Consumer Divisions, Union Street, Montgomery, Alabama re: International Heritage, Inc. **(A/CP)**

## BOX 96W342I 069

- 4-23-97 facsimile transmission from GMM to RSH and SVE **(A/CP)**

- Miscellaneous Documents

  - 5-16-97 memorandum from GMM to management of IHI **(A/CP)**
  - 11-11-96 memorandum from GMM to SVE, Davin Brown, RSH, Steve Wolosky, Steve Bayrn, Patrick Kolenick, Ted Levine, Paul Farber, Aram Kostoglian re: Amendment No. 2 to Form S-1 -- International Heritage, Inc. **(A/CP)**
  - Draft of Securities and Exchange Commission Amendment No. 2 to Form S-1 Registration Statement for International Heritage, Inc. **(WP)**
  - 12-3-96 correspondence from GMM to AW with attachment **(A/CP)**
  - 1-13-96 draft of Securities and Exchange Commission Amendment No. 2 to Form S-1 Registration Statement for International Heritage, Inc. with numerous edits and revisions from GMM **(WP)**
  - 1-21-97 facsimile transmission from Clark Jones to GMM **(A/CP)**
  - 1-16-97 facsimile transmission from Clark Jones to GMM **(A/CP)**
  - 1-9-96 memorandum from Clark Jones to GMM cc'd SVE **(A/CP)**
  - 12-20-96 facsimile transmission from Clark Jones to GMM **(A/CP)**
  - 1-20-97 IHI 95 monthly printout of reps earning per date with handwritten notes **(A/CP)**
  - 11-17-96 memorandum from Jeff Trendle to GMM cc'd SVE **(A/CP)**
  - 1-20-97 memorandum from Jeff Trendle to GMM **(A/CP)**
  - 11-17 memorandum from Jeff Trendle to GMM **(A/CP)**
  - 1-17-97 draft letter to Becky Bohland, Securities and Exchange Commission from GMM **(WP)**
  - 1-26-97 memorandum from GMM to SVE **(A/CP)**
  - 1-30-97 draft letter to Becky Bohland from GMM **(WP)**
  - 7-2-96 draft Securities and Exchange Commission Form S-1 Registration Statement for International Heritage, Inc. **(WP)**

## BOX 96W342I 070

- Miscellaneous Documents

  - Reg D Noteholders list with handwritten notes from GMM **(WP)**

41

- 10-6-98 facsimile cover sheet from Julia Langham to GMM bearing 2 post-its with handwritten notes from GMM **(A/CP)**
- 9-9-98 handwritten notes of GMM **(WP)**
- 6-22-98 draft letter from GMM to Andy Garlaza of Lewco Securities Corp. **(WP)**
- GMM copy of email transmission to Linda Halsteadt from GMM **(A/CP)**
- 5-27-98 memorandum from Linda Halsteadt to GMM **(A/CP)**
- 4-27-98 handwritten notes of GMM **(WP)**
- 4-14-98 facsimile correspondence from GMM to RB, RSH & BEW **(A/CP)**
- 4-13-98 facsimile transmission from GMM to RSH & BEW with attachment **(A/CP)**
- 4-6-98 facsimile transmission from Steve Wolosky to GMM & Albert Barbera **(A/CP)**
- 4-3-98 facsimile correspondence from Steve Wolosky to GMM & Albert Barbera **(A/CP)**
- 4-8-98 handwritten notes of GMM **(WP)**
- draft conversion confirmation **(WP)**
- 4-3-98 draft letter with handwritten notes of GMM **(WP)**
- draft letter to Win Capital Corp w/ handwritten notes of GMM **(WP)**
- draft conversion confirmation with handwritten notes and edits from GMM **(WP)**
- 4-3-98 facsimile transmission from GMM to Steve Wolosky **(A/CP)**
- 4-2-98 handwritten notes of GMM **(WP)**
- 3-31-98 handwritten notes of GMM **(WP)**
- 3-31-98 facsimile transmission from GMM to RSH, LWB **(A/CP)**
- 7-17-97 conversion of 10% convertible notes Regulation D Private Placement Offering handwritten by GMM **(WP)**
- 4-6 handwritten notes of GMM **(WP)**

**BOX 96W342I 071**

- Miscellaneous Documents

  - Memorandum from Paul Greenburg to all attorneys marked confidential and protected under the work-product doctrine and privileged under the attorney-client privilege **(A/CP)**
  - Handwritten notes attached to hearing transcript accompanied by legal research **(WP)**
  - 3-24-98 correspondence from Mitchell Goldstein to Kutak Rock attn: Davin Brown **(A/CP)**

- LTR from HRT re: Conversion of Debentures/Affidavit

  - Handwritten notes of GMM undated **(WP)**

- 19 March 1998 Order

  - 3-18-98 handwritten notes of GMM **(WP)**
  - 3-18-98 IHI financial information request bearing handwritten notes and comments of GMM **(WP)**
  - 3-18-98 facsimile transmission from GMM to RB with attachment **(A/CP)**

- SEC v. IHI          Research

- 6-12-98 online research entitled Securities and Exchange Commission from Kevin Grimes to CR cc'd GMM, BEW, Pete Scanlon & JB **(WP)**

- Bond        SEC v. IHI

  - 6-29-98 facsimile correspondence from Madison Bullard of Wyrick Robbins to GMM **(A/CP)**
  - 6-30-98 correspondence from Madison Bullard to GMM with attachment **(A/CP)**
  - 6-29 handwritten notes of GMM **(WP)**
  - 6-29-98 correspondence from GMM to Brian Herndon, Esq., Herbert Towning, Matthew Bullard **(A/CP)**
  - First page of Amendment to Stock Pledge and Escrow Agreement with yellow post-it of handwritten notes from GMM attached **(WP)**
  - 4-2-98 facsimile transmission from BEW to SVE **(A/CP)**
  - 4-1-98 facsimile transmission from GMM to Leonard Burningham **(A/CP)**
  - Handwritten notes of GMM **(WP)**
  - 3-31-98 page of handwritten notes with yellow post-it of GMM notes attached **(WP)**
  - 4-1-98 handwritten notes of GMM **(WP)**
  - 3-31-98 facsimile correspondence from BEW to GMM **(A/CP)**
  - note from GMM to BEW with attachment **(WP)**
  - 3-31-98 draft cash bond in lieu of surety pursuant to the Court's Order of March document with extensive handwritten notes of GMM **(WP)**
  - 3-31-98 draft indemnity bond document with extensive handwritten notes of GMM **(WP)**
  - 3-31-98 facsimile transmission from BEW to SVE and GMM **(A/CP)**
  - 3-31-98 handwritten notes of GMM **(WP)**
  - 3-30-98 handwritten notes of GMM **(WP)**

- SEC v. IHI        Depositions

  - 9-22-98 facsimile correspondence from BEW to RB **(A/CP)**
  - 9-22-98 correspondence from BEW to LS & CS **(A/CP)**
  - 7-29-98 facsimile correspondence from BEW to RB with attachment **(A/CP)**
  - 8-10-98 facsimile correspondence to AEF **(A/CP)**
  - 8-12-98 facsimile transmission from GMM to AEF **(A/CP)**
  - 7-29-98 facsimile transmission from GMM to AEF & BEW with attachment **(A/CP)**
  - 7-29-98 GMM copy of email transmission from Linda Halsteadt to GMM with attachment **(A/CP)**
  - 7-14-98 handwritten notes of GMM w/ 7-13-98 facsimile transmission from BEW to GMM attached **(WP)**

- SEC v. IHI        Whitaker, Lloyd

  - 8-28-98 memorandum from CR to BEW cc'd GMM & Rob Hukezalie **(A/CP)**
  - 8-28-98 memorandum from GMM to BEW, CR & Rob Hukezalie **(A/CP)**
  - 6-16-98 memorandum from GMM to VPs IHI **(A/CP)**

- SEC v. IHI        Settlement Proposals

- 7-29-98 facsimile transmission from RB to GMM

- General Documents

  - 10-6-98 handwritten notes of GMM **(WP)**
  - 9-30-98 memorandum from Paul Greenburg to BEW cc'd CR **(A/CP)**
  - 10-6-98 GMM copy of email transmission from GMM to Kevin Jones **(A/CP)**
  - handwritten notes of GMM **(A/CP)**
  - 8-10-98 facsimile transmission from BEW to RB **(A/CP)**
  - 10-22-98 correspondence to BEW and RB from GMM with attachment **(A/CP)**
  - 10-21-98 correspondence from CR to RB with attachment **(A/CP)**
  - 10-23-98 correspondence from GMM to RB **(A/CP)**
  - 10-13-98 GMM copy of email transmission from Kevin Jones to GMM **(A/CP)**
  - 10-1-98 correspondence from GMM to AEF **(A/CP)**
  - 9-29-98 correspondence from BEW to GMM **(A/CP)**
  - 10-2-98 correspondence from GMM to BEW **(A/CP)**
  - 9-29-98 facsimile correspondence from BEW to Paul Greenburg **(A/CP)**
  - 9-29-98 memorandum from GMM to CR & Tim Otto **(A/CP)**
  - 9-18-98 facsimile transmission from GMM to RB **(A/CP)**
  - 9-11-98 correspondence from GMM to RSH **(A/CP)**
  - 8-3-98 correspondence from GMM to BEW with attachment **(A/CP)**
  - 7-31-98 correspondence from GMM to BEW with attachment **(A/CP)**
  - 7-29-98 facsimile transmission from BEW to SVE **(A/CP)**
  - 7-29-98 correspondence from BEW to GMM **(A/CP)**
  - 7-29-98 correspondence from BEW to GMM **(A/CP)**
  - 7-24-98 facsimile transmission from GMM to BEW **(A/CP)**
  - 7-27-98 correspondence from BEW to Rob Hukezalie **(A/CP)**
  - 7-9-98 correspondence from GMM to James Wardrick of Kutak Rock **(A/CP)**
  - 7-1-98 facsimile correspondence from BEW to RB **(A/CP)**
  - 7-2-98 facsimile correspondence from BEW to RB **(A/CP)**
  - 6-30-98 facsimile correspondence from GMM to BEW **(A/CP)**
  - 6-2-98 facsimile correspondence from RB to BEW, SVE & FDB **(A/CP)**
  - 6-2-98 correspondence from RB to SVE with attachment **(A/CP)**
  - 6-9-98 correspondence from GMM to James Wardrick **(A/CP)**
  - 4-2-98 correspondence from GMM to RSH **(A/CP)**
  - 4-2-98 correspondence from GMM to BEW **(A/CP)**
  - 4-1-98 correspondence from GMM to BEW **(A/CP)**
  - 4-1-98 correspondence from GMM to RSH **(A/CP)**
  - 5-1-98 facsimile transmission from GMM to BEW **(A/CP)**
  - 4-30-98 facsimile transmission from GMM to RB **(A/CP)**
  - 4-22-98 facsimile transmission from Kutak Rock to RB & GMM **(A/CP)**
  - 4-27-98 facsimile correspondence from GMM to RSH **(A/CP)**
  - 3-31-98 correspondence from James Wardrick to GMM **(A/CP)**
  - 8-14-98 correspondence from David Crumpton and Lloyd Whitaker to Rob Hukezalie and CR w/ handwritten notes of CR and GMM **(A/CP)**
  - GMM copy of email transmission to Mike Russo with attachment **(A/CP)**

**BOX 96W342I 072**

- Miscellaneous Documents

    - 12-17-97 IHI memorandum from CR to Kevin Jones, Dawn McIntyre, AS with attachment from the SEC to FDB **(A/CP)**
    - 7-22-97 agenda for executive management meeting attached to 7-21-97 IHI memorandum from CR to all employees **(A/CP)**
    - 6-30-97 draft of memorandum from CR to all employees **(WP)**
    - 9-21-98 IHI board meeting agenda with minutes from 8-17-98 board meeting attached. Both bearing handwritten notes of GMM **(A/CP)**
    - 6-15-98 IHI memorandum from GMM to Board of Directors **(A/CP)**
    - 5-18-98 correspondence from BEW to SVE **(A/CP)**
    - 6-11-98 facsimile transmission from GMM to AS **(A/CP)**
    - 4-8-97 memorandum from GMM to SVE **(A/CP)**
    - 4-9-97 memorandum from CR to SVE cc'd JB **(A/CP)**
    - 4-2-97 correspondence from GMM to FDB **(A/CP)**
    - 4-9-97 memorandum from CR to SVE cc'd JB **(A/CP)**
    - 4-14-97 memorandum from Babener & Associates to IHI **(A/CP)**
    - 4-11-97 memorandum from JB to SVE cc'd Board of Directors regarding summary of compliance and regulatory issues **(A/CP)**
    - 4-8-97 memorandum from GMM to SVE **(A/CP)**
    - 10-4-96 memorandum from GMM to SVE **(A/CP)**
    - 8-22-97 memorandum from CR to SVE **(A/CP)**
    - 4-8-97 memorandum from GMM to SVE **(A/CP)**
    - 4-22-97 memorandum from GMM to Steve Wolosky, Al Barbera, Steve Baym and Patti Kolenick **(A/CP)**
    - 8-21-97 facsimile correspondence from GMM to AS **(A/CP)**
    - 4-29-97 correspondence from GMM to RSH with attachment **(A/CP)**

**BOX 96W342I 073**

- Miscellaneous Documents

    - 3-9-98 facsimile correspondence from LWB to GMM, RSH, SVE **(A/CP)**
    - 4-6-98 correspondence from GMM to LWB **(A/CP)**
    - 3-9 facsimile transmission from GMM to LWB **(A/CP)**
    - 3-9-98 facsimile correspondence from LWB to GMM **(A/CP)**
    - 3-6-98 facsimile transmission from GMM to LWB **(A/CP)**
    - 3-9-98 facsimile transmission from GMM to LWB **(A/CP)**
    - 3-5-98 facsimile correspondence from LWB to IHI cc'd RSH & David Nemelka **(A/CP)**
    - 3-6-98 draft of SEC form 8-K current report for IHI with handwritten notes from GMM **(WP)**

- 8-K to Robert Brunton March 9, 1998

    - 3-9-98 correspondence from GMM to RB with substantial attachments **(A/CP)**

- Miscellaneous documents

  - 5-18-98 facsimile correspondence from LWB to GMM **(A/CP)**
  - 5-18-98 facsimile correspondence from GMM to LWB **(A/CP)**
  - 5-18-98 facsimile correspondence from LWB to GMM **(A/CP)**
  - 5-15-98 facsimile correspondence from GMM to Shelly / Brandon @ 801-355-7126 **(A/CP)**
  - 5-12-98 facsimile correspondence from LWB to GMM **(A/CP)**
  - Print out of section 7.04 of the SEC Accounting and Reporting Manual with handwritten notes of GMM attached and a note to GMM from Pam **(WP)**

- 8K March 16, 1998 filed April 10, 1998 updating SEC v. IHI; Receivership

  - 4-13-98 correspondence from GMM to RB, BEW, RSH, FDB with attachment **(A/CP)**
  - 4-10-98 facsimile correspondence from LWB to GMM **(A/CP)**
  - 4-9-98 facsimile correspondence from GMM to LWB cc'd BEW **(A/CP)**
  - 4-8-98 facsimile correspondence from GMM to RB **(A/CP)**
  - 4-7-98 facsimile correspondence from LWB to GMM **(A/CP)**
  - 4-7-98 facsimile correspondence from GMM to Shelly @ 919-571-4620 **(A/CP)**
  - 4-7-98 facsimile correspondence from GMM to LWB **(A/CP)**
  - 4-6 facsimile correspondence from GMM to 919-350-6232 **(A/CP)**
  - 4-6-98 facsimile correspondence from Kutak Rock to GMM **(A/CP)**
  - 3-16-98 draft of Securities and Exchange Commission Form 8-K Current Report bearing handwritten notes of GMM **(WP)**
  - 4-6 facsimile correspondence from GMM to RSH, BEW, LWB, SVE & Michael Wolosky **(A/CP)**
  - 3-16-98 draft of Securities and Exchange Commission Form 8-K Current Report with handwritten notes of GMM **(WP)**
  - 4-6-98 facsimile correspondence from GMM to Cheryl and Shelly of LWB's office **(A/CP)**
  - 4-6-98 facsimile correspondence from LWB to GMM **(A/CP)**
  - 4-6-98 facsimile correspondence from GMM to LWB, RSH, BEW, RB & JB **(A/CP)**
  - 3-30-98 handwritten notes of GMM **(WP)**
  - 4-9-98 facsimile correspondence from LWB to GMM cc'd BEW **(A/CP)**

- 8-KA #1   March 6, 1998:  Filed May 21, 1998  Merger New 12-31 Financials

  - 7-21-98 memorandum from Edgar Postmaster to SEC Filer attached to 7-12-98 facsimile correspondence from GMM to BEW and RB **(A/CP)**
  - 5-26-98 IHI memorandum from GMM to VPs with attachment **(A/CP)**
  - 3-10-98 facsimile correspondence from GMM to SVE **(A/CP)**
  - 3-9-98 facsimile correspondence from SVE to LWB **(A/CP)**
  - 5-21-98 facsimile correspondence from GMM to LWB **(A/CP)**
  - 5-20-98 IHI memo from GMM to executive management **(A/CP)**
  - 5-18-98 facsimile correspondence from GMM to LWB **(A/CP)**
  - Preliminary draft of document labeled International Heritage, Inc. Raleigh North Carolina Consolidated Financial Statement and Supplemental Information Period Ended December 31, 1997, 1996 and 1995 with handwritten notes included **(WP)**

46

- Handwritten notes of GMM **(WP)**

- Miscellaneous documents

  - 8-6-98 facsimile correspondence from LWB to GMM **(A/CP)**
  - 8-4-98 facsimile correspondence from GMM to BEW **(A/CP)**

- 8-K Filing March 16, 1998

  - 11-2-98 correspondence from GMM to Shelly Goff of LWBs office **(A/CP)**
  - 11-3-98 correspondence from GMM to Shelly Goff **(A/CP)**
  - 4-11-98 facsimile correspondence from LWB to GMM **(A/CP)**
  - 10-5-98 facsimile correspondence from LWB to GMM with handwritten notes of GMM attached **(A/CP)**
  - 10-2-98 correspondence from GMM to Brandon T. Burningham, Esq. **(A/CP)**
  - 9-20-98 facsimile correspondence from GMM to BEW and RB **(A/CP)**
  - 9-22-98 IHI memorandum from GMM to Board of Directors, VPs and Executive VPs **(A/CP)**
  - 9-21-98 facsimile correspondence of 9-21-98 notification of acceptance of form type 8-K from Edgar Postmaster to SEC filer sent by LWB **(A/CP)**

- 8-K dated August 6, 1998 - Filed September 21, 1998

  - 9-16-98 correspondence from GMM to Brandon T. Burningham **(A/CP)**
  - 9-22-98 IHI memorandum from GMM to Board of Directors, VPs and Executive VPs **(A/CP)**
  - 9-21-98 facsimile of 9-21-98 acceptance notice from Edgar Postmaster **(A/CP)**
  - 8-6-98 Edgar transmission to Brandon T. Burningham **(WP)**
  - 9-14-98 facsimile correspondence from GMM to BEW & RB **(A/CP)**

- Miscellaneous Documents

  - 9-22-98 IHI memorandum from GMM to Board of Directors, VPs, Executive VPs with attachment **(A/CP)**
  - 9-21-98 facsimile correspondence from LWB to GMM **(A/CP)**
  - 7-12-98 facsimile correspondence from GMM to BEW, RB **(A/CP)**
  - 7-13-98 facsimile correspondence from GMM to RB **(A/CP)**
  - 7-14-98 facsimile correspondence from RB to GMM **(A/CP)**
  - 7-12-98 facsimile correspondence from LWB to GMM **(A/CP)**
  - GMM copy of email transmission from GMM to Shelly @ BurninghamLaw.com **(A/CP)**
  - 7-15-98 facsimile correspondence from GMM to Shelly Goff **(A/CP)**
  - 7-15-98 correspondence from GMM to Shelly Goff **(A/CP)**
  - 5-4-98 facsimile correspondence from GMM to RSH, BEW, LWB cc'd SVE & CR **(A/CP)**
  - 5-5-98 facsimile correspondence from BEW to GMM **(A/CP)**
  - 5-5-98 facsimile correspondence from SVE to Marks Lane and GMM with numerous handwritten notes from GMM **(A/CP)**
  - 5-6-98 facsimile correspondence from GMM to RSH & RB **(A/CP)**

- 5-7-98 facsimile correspondence from RB to GMM **(A/CP)**
- 5-5-98 facsimile correspondence from BEW to GMM **(A/CP)**
- 5-8-98 facsimile correspondence from Brandon T. Burningham to GMM **(A/CP)**
- 5-8-98 GMM copy of email transmission from GMM to Executive Management and AS **(A/CP)**
- 5-6-98 facsimile correspondence from GMM to RSH and RB **(A/CP)**
- 5-7-98 correspondence from GMM to LWB **(A/CP)**

## BOX 96W342I 074

- IHI Voice Mail Check-ins

  - 9-11-97; 8-20-97; 8-18-97; 7-28-97; 7-16-97; 6-23-97; 7-3-97; 7-4-97; 6-5-97; 6-2-97; 5-29-97; 5-27-97; 5-23-97; 5-22-97; 5-14-97; 5-21-97; 5-20-97; 5-13-97; 5-4-97; 5-3-97; 5-2-97; 4-23-97; 4-22-97; 4-29-97; 5-1-97 handwritten notes of GMM **(WP)**
  - Miscellaneous handwritten notes of GMM **(WP)**

- Virginia Securities Commission

  - 9-1-98 correspondence from CR to FDB **(A/CP)**
  - 8-28-98 correspondence from GMM to FDB **(A/CP)**
  - 8-21-98 correspondence from CR to FDB **(A/CP)**

- Vrescky Arbitration

  - 5-28-98 facsimile correspondence from GMM to SVE **(A/CP)**
  - 5-27-98 handwritten notes of GMM **(WP)**
  - Undated facsimile correspondence from AW at Mayflower Capital, LLC to RB **(A/CP)**

- Video Production Agreement Pat Summerall Productions

  - 10-14-97; 10-15-98 handwritten notes of GMM **(WP)**

- Win Capital Consulting Agreement

  - 11-5-97 IHI memorandum from GMM to Accounting Department **(A/CP)**

- Win Capital Termination and Release

  - Miscellaneous handwritten notes of GMM on yellow post-it **(WP)**
  - 11-11-97 facsimile correspondence from RSH to SVE **(A/CP)**
  - 11-10-97 facsimile correspondence from RSH to SVE **(A/CP)**
  - 11-5-97 facsimile correspondence from GMM to RSH **(A/CP)**
  - 10-30-97 facsimile correspondence from GMM to RSH bearing handwritten notes of GMM **(A/CP)**
  - Miscellaneous page of handwritten notes of GMM **(WP)**
  - 10-15-97 facsimile correspondence from GMM to Erwin Shustak **(A/CP)**

- 10-15-97 facsimile memorandum from GMM to Albert Barbera, Steven Bayrn, RSH, Patrick Kolenick, SVE, JB, Mark Burgess, Eric Banas and Steve Wolosky **(A/CP)**
- 10-14-97 facsimile memorandum from GMM to Albert Barbera, Steven Bayrn, RSH, Patrick Kolenick, SVE, JB, Mark Burgess, Eric Banas and Steve Wolosky w/ handwritten notes of GMM **(A/CP)**
- 10-15-97 facsimile memorandum revised from GMM to Albert Barbera, Steven Bayrn, RSH, Patrick Kolenick, SVE, JB, Mark Burgess, Eric Banas and Steve Wolosky **(A/CP)**
- Miscellaneous page of handwritten notes of GMM **(WP)**

- Wood & Francis, PLLC

  - 6-9-98 correspondence from GMM to BEW **(A/CP)**
  - 6-9-98 internal record by GMM regarding IHI legal fees with attachment **(A/CP)**
  - 2-12-98 correspondence from BEW to GMM **(A/CP)**
  - 2-11-98 facsimile correspondence from BEW to GMM **(A/CP)**
  - 5-11-98 internal document from GMM regarding IHI legal fees **(A/CP)**
  - 4-13-98 internal document from GMM regarding IHI legal fees **(A/CP)**
  - 3-5-98 correspondence from BEW to GMM **(A/CP)**
  - 2-25-97 correspondence from CR to BEW **(A/CP)**
  - 11-24-97 correspondence from GMM to Fuad A. Rudjev **(A/CP)**
  - 11-24-97 correspondence from GMM to BEW **(A/CP)**

- Wyrick Robbins Billing

  - 7-22-98; 6-29-98; 5-27-98; 4-3-98 internal documents from GMM concerning IHI legal fees **(A/CP)**
  - 2-24-98 IHI memorandum from GMM to Jeff Trendle **(A/CP)**
  - 2-24-98 correspondence from GMM to FDB **(A/CP)**

- Miscellaneous Documents

  - 1-23-98 correspondence from GMM to Laura Reinert, legal assistant at Latour & Associates, P.A. **(A/CP)**
  - 1-21-98 IHI memorandum from GMM to Alex Ravenscraft cc'd Jeff Trendle **(A/CP)**

- Kara International Inc.

  - 10-27-97 correspondence from GMM to RSH **(A/CP)**
  - Several drafts of agreement and plan of reorganization **(WP)**
  - Miscellaneous handwritten notes of GMM **(WP)**
  - 8-21-97 draft of letter from McKinley Capital to SVE **(WP)**
  - 12-17-97 handwritten notes of GMM with attachment **(WP)**
  - 12-8-97 handwritten notes of GMM with miscellaneous agenda attached **(WP)**
  - 10-1-97 facsimile correspondence from LWB to RSH, GMM, David Nemelka, Blomberg Financial Markets, Reuters, and DOW Wire Service **(A/CP)**
  - 10-1-97 facsimile correspondence from Steve Wolosky to RSH & GMM **(A/CP)**
  - 10-1-97 facsimile correspondence from GMM to Steve Wolosky **(A/CP)**
  - 9-30-97 facsimile correspondence from LWB to AW **(A/CP)**

- 9-30-97 facsimile correspondence from LWB to RSH & GMM **(A/CP)**
- 9-16-97 memorandum from Keith Mackey to GMM **(A/CP)**
- Handwritten notes of GMM **(WP)**
- 9-11-97 facsimile correspondence from GMM to AS **(A/CP)**
- 9-8-97; 8-27-97; 9-9-97; 8-28-97; 8-27-97; 8-5-97; 7-22-97; handwritten notes of GMM **(WP)**
- 7-16-97 correspondence from GMM to RSH **(A/CP)**

- Kara – IHI Attorney notes

  - 7-8-97; 2-13-98; 12-29-97; 2-5-98; 2-4-98; 2-4-98; 1-23-98; 12-8-97 (with miscellaneous agenda attached); 3-10-98; 2-27-98; 2-17-98; 2-23-98; 2-12-98; 2-11-98; 2-12-98; 2-10-98; 2-9-98; 2-6-98; 2-5-98; handwritten notes of GMM **(WP)**
  - 2-5-98 facsimile correspondence from GMM to RSH cc'd BEW **(A/CP)**
  - 2-5-98 facsimile correspondence from GMM to Tom Kimble **(A/CP)**
  - 2-3-98 facsimile correspondence from GMM to Herbert Towning **(A/CP)**
  - 1-30-98 facsimile correspondence from GMM to David Nemelka, Sr., David Nemelka, Jr., Gary McAdam & RSH cc'd SVE, JB, Mark Burgess & Eric Banas with yellow post-its attached **(A/CP)**
  - 9-16-97 correspondence from David Nemelka to SVE with attachment and 9-16-97 handwritten notes of GMM attached **(WP)**
  - handwritten listing of Blue Sky filing fees and copy **(WP)**
  - Handwritten notes entitled Blue Sky – Kara – notes on yellow post-its **(WP)**
  - Miscellaneous pages of handwritten notes of GMM **(WP)**

- Miscellaneous Documents

  - 9-22-97 correspondence from GMM to LWB with numerous and substantial attachments **(A/CP)**

**BOX 96W342I 075**

- Interwest Transfer Share-for-Share Exchange

  - 4-14-98 handwritten notes of GMM **(WP)**

- Form S-1 Registration Statements

  - 11-12-96 handwritten notes of GMM **(WP)**

**BOX 96W342I 076**

- International Heritage, Inc. Director/Officer Questionnaire

  - 4-2-97 correspondence from Mary Lyle, legal assistant to DA, to GMM with attachment **(A/CP)**
  - 11-16-96 memorandum from GMM to IHI Board of Directors **(A/CP)**

- 7-1-96 correspondence from GMM to SVE, Barry Ackle, JB, Jimmy Knowles, CS, LS & Sabrina Wei **(A/CP)**

- D&O Board/Officer Questionnaire

  - 6-10-97 memorandum from GMM to BEW **(A/CP)**
  - 6-10-97 memorandum from GMM to BEW w/ handwritten notes of BEW **(A/CP)**
  - 5-6-97 facsimile correspondence from BEW to DH **(A/CP)**

- Intent to Run 1998 Board of Directors

  - 2-2-98 correspondence from RSH to SVE **(A/CP)**
  - 1-27-98 facsimile correspondence from GMM to Barry Ackle, John Hemmer, Jimmy Knowles, Harry Mains, Derrick L. Rogers, O. Kenneth Rudd, III and CS re: intent to run for 1998 Board of Directors **(A/CP)**

- IHI Directors and Officers Liability Insurance

  - 9-14-98 correspondence from BEW to GMM **(A/CP)**
  - 6-16-98 facsimile correspondence from GMM to BEW **(A/CP)**
  - 6-2-98 facsimile correspondence from GMM to Alan Woodlief **(A/CP)**
  - 5-5-98 facsimile correspondence from BEW to GMM **(A/CP)**
  - 5-5-98 facsimile correspondence from BEW to GMM **(A/CP)**
  - GMM copy of email transmission sent to CR, Derrick Stryker, DH **(A/CP)**
  - 1-27-98 IHI memorandum from GMM to CR and Jeff Trendle **(A/CP)**
  - 6-24-97 facsimile correspondence from GMM to DH, SVE & JB **(A/CP)**
  - 6-12-97 correspondence from GMM to DH **(A/CP)**
  - 6-12-97 correspondence from GMM to DH w/ handwritten notes of BEW **(A/CP)**
  - 5-6-97 facsimile correspondence from BEW to DH with attachment **(A/CP)**
  - 5-6-97 facsimile correspondence from BEW to DH **(A/CP)**
  - 5-5-97 facsimile correspondence from DH to BEW **(A/CP)**

- International Heritage 1996 Stock Option Plan

  - GMM copy of email transmission sent to AS **(A/CP)**
  - 10-17-96 handwritten notes of GMM **(WP)**
  - 12-16-96 facsimile correspondence from Angie Cox to AW **(A/CP)**

- 1997 Board of Directors Option

  - 8-27-97 correspondence from GMM to LS **(A/CP)**
  - 8-27-97 correspondence from GMM to LS **(A/CP)**
  - 9-19-97 correspondence from Linda Halsteadt to Angie Stewart **(A/CP)**
  - 8-27-97 correspondence from GMM to RSH **(A/CP)**
  - 8-27-97 correspondence from GMM to CS **(A/CP)**
  - 8-27-97 correspondence from GMM to RSH with attachment **(A/CP)**

- Securities Issuer Question        International Heritage, Inc.

51

- 2-25-97 correspondence from GMM to RSH **(A/CP)**

- Claude W. Savage Issues -- Disclosure

  - 2-20-97; 2-10-97; 2-19-97 handwritten notes of GMM **(WP)**
  - 2-28-97 correspondence from Robert Norris, Esq. to GMM **(A/CP)**
  - 2-28-97 facsimile correspondence from Robert Norris to GMM **(A/CP)**
  - 2-19-97 correspondence from Robert Norris to GMM **(A/CP)**
  - 2-19-97 facsimile correspondence from Robert Norris to GMM **(A/CP)**
  - 2-5-97 correspondence from Robert Norris to GMM with 1-29 handwritten notes of GMM attached **(A/CP)**

- Directors Network

  - Miscellaneous notes of GMM **(WP)**
  - 2-28-97 handwritten note from DH to GMM **(WP)**
  - literature from the Directors Network

## BOX 96W342I 077

- Regulation D Private Placement 6th Closing

  - 11-3-97 correspondence from GMM to KMS with numerous attachments **(A/CP)**
  - 11-4-97 correspondence from GMM to KMS with numerous attachments **(A/CP)**
  - 11-20-97 correspondence from GMM to KMS **(A/CP)**
  - 11-3-97 draft document re: International Heritage, Inc. 10% convertible note **(WP)**
  - Document entitled Authorization Continental Stock Transfer and Trust Company signed by SVE but no other signature **(WP)**
  - 11-3-97 facsimile correspondence from KMS to GMM and Albert Barbera **(A/CP)**

- Reg D Correspondence

  - 12-10-97 facsimile correspondence from KMS to GMM **(A/CP)**
  - 10-30-97 correspondence from GMM to RSH **(A/CP)**
  - 11-3-97 facsimile correspondence from KMS to GMM and Albert Barbera **(A/CP)**
  - 11-7-97 facsimile correspondence from KMS to GMM **(A/CP)**
  - 11-6-97 facsimile correspondence from Celina Wilson to GMM **(A/CP)**
  - 11-5-97 facsimile correspondence from KMS to Francine West, Maria Zuppone, Albert Barbera & GMM **(A/CP)**
  - 11-5-97 facsimile correspondence from KMS to GMM **(A/CP)**
  - 11-5-97 correspondence from GMM to KMS **(A/CP)**
  - 11-4-97 facsimile correspondence from KMS to GMM **(A/CP)**
  - 11-4-97 facsimile correspondence from KMS to Francine West, Maria Zuppone, Albert Barbera & GMM **(A/CP)**
  - 11-3-97 facsimile correspondence from BEW to GMM **(A/CP)**
  - 11-3-97 facsimile correspondence from BEW to GMM **(A/CP)**
  - 11-3-97 facsimile correspondence from GMM to KMS **(A/CP)**

- 12-12-97 correspondence from GMM to KMS **(A/CP)**

- August 1, 1997 Closing Documents

  - 8-18-97 correspondence from GMM to JB **(A/CP)**
  - 8-12-97 memorandum from KMS to GMM cc'd to Albert Barbera **(A/CP)**
  - 8-4-97 correspondence from GMM to KMS **(A/CP)**
  - 8-4-97 facsimile correspondence from KMS to GMM with post-it notes attached **(A/CP)**
  - 8-4-97 facsimile correspondence from GMM to KMS **(A/CP)**
  - 8-1-97 facsimile correspondence from GMM to JB **(A/CP)**
  - 7-24-97 correspondence from GMM to RSH and Steven Wolosky **(A/CP)**
  - 7-31-97 facsimile correspondence from KMS to GMM **(A/CP)**
  - 7-22-97 facsimile correspondence from GMM to RSH, Steve Wolosky & SVE **(A/CP)**

- August 7, 1997 Second Closing

  - 8-7-97 correspondence from GMM to KMS **(A/CP)**
  - 8-12-97 facsimile correspondence from GMM to AW **(A/CP)**
  - 8-12-97 facsimile correspondence from KMS to GMM **(A/CP)**
  - 8-11-97 correspondence from GMM to KMS **(A/CP)**
  - 8-11-97 facsimile correspondence from GMM to KMS **(A/CP)**
  - 8-11-97 facsimile correspondence from KMS to GMM **(A/CP)**
  - 8-8-97 facsimile correspondence from KMS to Francine West, GMM and Albert Barbera **(A/CP)**
  - 8-7-97 facsimile correspondence from GMM to KMS (note not all pages attached) **(A/CP)**

- IHI Third Closing August 29, 1997

  - 8-29-97 correspondence from Linda Halsteadt to KMS cc'd SVE, JB, AS, RSH, Steve Wolosky **(A/CP)**
  - 8-29-97 facsimile correspondence from KMS to GMM **(A/CP)**
  - 8-29-97 facsimile correspondence from GMM to KMS **(A/CP)**
  - 8-29-97 facsimile correspondence from GMM to KMS **(A/CP)**
  - 8-28-97 facsimile correspondence from KMS to Francine West, Maria Zuppone, GMM & Albert Barbera **(A/CP)**
  - 8-28-97 facsimile correspondence from KMS to GMM w/ yellow post-it note from GMM attached **(A/CP)**
  - 8-28-97 facsimile correspondence from KMS to Francine West, Maria Zuppone, GMM & Albert Barbera **(A/CP)**

- IHI Fourth Closing – Private Placement September 29, 1997

  - 9-29-97 correspondence from GMM to KMS **(A/CP)**
  - 10-7-97 correspondence from Linda Halsteadt to KMS **(A/CP)**
  - 10-3-97 correspondence from Linda Halsteadt to KMS **(A/CP)**
  - 10-7-97 correspondence from Linda Halsteadt KMS **(A/CP)**
  - 9-30-97 correspondence from GMM to KMS **(A/CP)**

- 9-30-97 facsimile correspondence from KMS to Maria Cordello, Francine West, GMM & Albert Barbera **(A/CP)**
- 9-30-97 facsimile correspondence from Angie Stewart to GMM **(A/CP)**
- 9-30-97 facsimile correspondence from GMM to AS **(A/CP)**
- 9-30-97 facsimile correspondence from KMS to GMM **(A/CP)**

- October 22, 1997 Fifth Closing Documents

  - 10-21-97 facsimile correspondence from Linda Halsteadt to GMM (most pages missing) **(A/CP)**
  - Handwritten notes of GMM **(WP)**
  - 10-21-97 facsimile correspondence from GMM to KMS **(WP)**

## BOX 96W342I 078

- 5-6-96 Board meeting and June 1996 Board Meeting

  - 5-30-96 facsimile correspondence from GMM to AS with handwritten notes from GMM **(A/CP)**
  - 6-13-96 facsimile correspondence from GMM to AS **(A/CP)**
  - 7-22-96 facsimile correspondence from GMM to AS **(A/CP)**
  - 5-23-96 memorandum from GMM to SVE **(A/CP)**

- August 1996 Board Meeting

  - 8-15-96 facsimile correspondence from GMM to AS

- 12-16-96 Board of Directors Meeting

  - 12-9-96 facsimile correspondence from AS to GMM **(A/CP)**
  - 1-6-97 facsimile correspondence from GMM to AS **(A/CP)**
  - 12-16-96 draft of Board of Directors meeting International Heritage, Inc. Minutes with numerous handwritten notes and edits from GMM faxed from GMM to AS **(WP)**

- International Heritage, Inc. 1997 Annual Shareholders Meeting (1/97)

  - 12-30-96 memorandum from GMM to SVE **(A/CP)**

- IHI Board Consent Action Dated January 1997

  - 1-7-97 facsimile correspondence from GMM to AS with handwritten notes of GMM attached **(A/CP)**
  - 1-22-97 draft minutes of action without formal meeting of the Board of Directors International Heritage, Inc. sent from GMM to AS with handwritten notes and edits from GMM **(WP)**

- IHI 3-15-97 Board of Directors Meeting

- Miscellaneous Notes from GMM **(WP)**
- 2-17-97 note from GMM **(WP)**
- 2-10-97 correspondence from AS to GMM with attachment **(A/CP)**
- 2-19-97 facsimile correspondence from AW to GMM **(A/CP)**
- 2-19-97 facsimile correspondence from GMM to SVE **(ACP)**
- 2-19-97 facsimile correspondence from SVE to GMM **(A/CP)**
- 2-18-97 facsimile correspondence from GMM to SVE **(A/CP)**
- 2-4-97 facsimile correspondence from RSH to GMM **(A/CP)**
- 2-4-97 facsimile correspondence from GMM to RSH **(A/CP)**

- 4-15-97 Board Meeting

  - 4-23-97 handwritten notes of GMM re: telephonic meeting between members of the IHI Board **(WP)**
  - 4-14-97 draft Board of Directors International Heritage, Inc. document sent from GMM to AS with numerous handwritten edits from GMM **(WP)**
  - 6-6-97 draft International Heritage, Inc. 1996 Stock Option Plan Administration Committee Meeting Minutes sent by facsimile from GMM to AS with handwritten notes and edits from GMM **(WP)**
  - 4-8-97 memorandum from GMM to SVE **(A/CP)**
  - 4-9-97 IHI memorandum from CR to SVE cc'd JB **(A/CP)**
  - 4-14-97 memorandum from Babener & Associates to International Heritage, Inc. **(A/CP)**
  - 4-8-97 memorandum from GMM to SVE **(A/CP)**
  - 4-8-97 memorandum from GMM to DH, Clark Jones, Mike Russo, JB, Dawn McIntyre, Stephanie Harris, re: April 15, 1997 Board of Directors Meeting **(A/CP)**
  - 3-15-97 draft Board of Directors meeting International Heritage, Inc. document sent via facsimile from AS to GMM bearing original notations from GMM and edits with handwritten inserts attached **(A/CP)**
  - 3-31-97 facsimile correspondence from GMM to SVE **(A/CP)**
  - 2-17-97 facsimile correspondence from GMM to AS with GMM notes attached **(A/CP)**
  - 4-8-97 memorandum from GMM to SVE **(A/CP)**

- 1997 Annual Shareholders Meeting Proxy – IHI

  - Miscellaneous notes from GMM **(WP)**
  - 2-10-97 facsimile correspondence from AS to GMM **(A/CP)**

- Miscellaneous Documents

  - 5-22-97 facsimile correspondence from GMM to AS **(A/CP)**

**BOX 96W342I 079**

- 6-26-97 Board of Directors Meeting

  - 8-20-97 facsimile correspondence from GMM to AS **(A/CP)**
  - 6-17-97 facsimile correspondence from GMM to AS **(A/CP)**
  - 6-26 handwritten notes of GMM **(WP)**

- IHI Board of Directors Meeting October 18, 1997

  - 11-6-97 facsimile transmission from Delina Wilson to GMM **(A/CP)**
  - GMM copy of email transmission regarding 11-7-97 Board of Directors conference call **(A/CP)**
  - 11-4-97 facsimile correspondence from GMM to FDB **(A/CP)**
  - 10-28-97 GMM copy of email transmission sent from AW to GMM **(A/CP)**
  - 10-13-97 GMM copy of email transmission from AS to GMM **(A/CP)**

- Board Meeting December 17, 1997

  - 12-17-97 draft of Board of Directors meeting International Heritage, Inc. with handwritten notes from GMM and handwritten inserts from GMM **(WP)**
  - 12-17-97 agenda for meeting on same date **(WP)**
  - 12-8-97; 12-26-97 handwritten notes of GMM **(WP)**

- 1997 Year End Reconcillation

  - Combination distributor printout and shareholder listing with handwritten notes from
  - GMM **(WP)**
  - Shareholder printout with handwritten notes of GMM **(WP)**
  - 2-3-98 GMM copy of email transmission from Linda Halsteadt to GMM **(A/CP)**
  - 1-30-98 GMM copy of email transmission from Linda Halsteadt to GMM **(A/CP)**
  - 1-30-98 handwritten notes of GMM **(WP)**
  - 2-6-98 GMM copy of email transmission from Sonya Chipping to AS, cc'd GMM, Chante Jordan, Cheryl Dileo and Susan Beasley **(A/CP)**
  - List entitled Optionees Missing Documents with handwritten notes from GMM **(WP)**
  - 1997 Shareholder/Option holder list with handwritten notes from GMM **(WP)**
  - Miscellaneous handwritten notes of GMM **(WP)**
  - 12-15-97 through 12-19-97 shareholder/optionholder list with handwritten notes of GMM **(WP)**
  - 12-18-97 Employee Stockholder list with handwritten notes from GMM and handwritten edits from GMM **(WP)**
  - Miscellaneous handwritten notes from GMM **(WP)**
  - 12-8-97 handwritten notes of GMM **(WP)**

- 1998 Proxy Drafting Annual Shareholders Meeting

  - 2-28-98 facsimile correspondence from GMM to RSH **(A/CP)**
  - 2-2-98 AW copy of email transmission from GMM to Executive Management bearing 2-11-98 handwritten notes of SVE to GMM **(WP)**
  - 2-2-98 GMM copy of email transmission from AW to GMM with handwritten notes attached **(A/CP)**
  - 2-2-98 Derrick Stryker copy of email transmission from GMM with note from Derrick Stryker to GMM **(A/CP)**
  - 2-3-98 GMM copy of email transmission from Mike Russo to GMM **(A/CP)**
  - 2-2-98 GMM copy of email transmission from DH to GMM **(A/CP)**

- 2-2-98 GMM copy of email transmission from Marks Lang to GMM **(A/CP)**
- 2-2-98 GMM copy of email transmission from Jeff Hooks to GMM **(A/CP)**
- 2-2-98 GMM copy of email transmission from Kevin Jones to GMM **(A/CP)**
- 2-4-98 GMM copy of email transmission from Pete Scanlon to GMM **(A/CP)**
- 2-4-98 GMM copy of email transmission from CR to GMM **(A/CP)**
- 2-5-98 GMM copy of email transmission from Susan Beasley to GMM **(A/CP)**
- 2-2-98 GMM copy of email transmission from GMM to Executive Management **(A/CP)**
- 2-2-98 GMM copy of email transmission from GMM to Executive Management **(A/CP)**
- 1-28-98 GMM copy of email transmission from GMM to Executive Management **(A/CP)**

- August 25, 1997 IHI Board of Directors Meeting

  - 8-22-97 IHI memorandum from CR to SVE cc'd JB with attachment **(A/CP)**

- Board of Directors Conference Call 10 February 1998

  - 2-2-98 facsimile correspondence from RSH to SVE cc'd JB, GMM & AS **(A/CP)**

- Board of Directors Meeting June 15, 1998

  - 6-15-98 IHI memorandum from GMM to Board of Directors **(A/CP)**

- Board of Directors Meeting 17 August 1998

  - 8-4-98 handwritten notes of GMM **(WP)**

- Board of Directors Meeting 10-24-98

  - 7-9-98; 7-17-98; 7-16-98; 9-10-97 handwritten notes of GMM **(WP)**
  - miscellaneous handwritten notes of GMM **(WP)**

- 1998 Shareholders Report

  - 1-29-98 IHI memorandum from GMM to Marks Lang **(A/CP)**
  - 1-29-98 facsimile correspondence from GMM to Marks Lang **(A/CP)**

- Board of Directors Seminar

  - 4-17-97 correspondence from GMM to JAB **(A/CP)**
  - 4-17-97 correspondence from GMM to Larry Robbins, Esq. **(A/CP)**
  - 4-17-97 correspondence from GMM to DA **(A/CP)**
  - 4-17-97 correspondence from GMM to FDB **(A/CP)**
  - 4-17-97 correspondence from GMM to Don Reynolds **(A/CP)**
  - 3-26-97 correspondence from JAB to GMM **(A/CP)**
  - 4-10-97 facsimile correspondence from GMM to SVE **(A/CP)**
  - 4-2-97 correspondence from GMM to FDB **(A/CP)**
  - 3-26-97 facsimile correspondence from JAB to GMM **(A/CP)**
  - Miscellaneous handwritten notes of GMM **(WP)**

- Directors and Officers Questionnaires 1998

    - 5-15-98 handwritten notes of GMM **(WP)**

- TIG Insurance D&O Policy

    - 7-24-98 GMM copy of email transmission from CR to GMM cc'd John Robert **(A/CP)**
    - 7-27-98 IHI memorandum from GMM to Rob Hukezalie, CR, and John Robert **(A/CP)**
    - 7-27-98 IHI memorandum from GMM to Rob Hukezalie, CR & John Robert w/ handwritten notes of 10-14-98 IHI memorandum from GMM to Board of Directors and executive management **(A/CP)**
    - Miscellaneous handwritten list of directors and officers for International Heritage, Incorporated (appears to be handwriting of GMM) **(WP)**
    - Draft application for directors and officers liability insurance bearing handwritten notes from GMM **(WP)**

### BOX 96W342I 080

- IHI Regulation D Offering August 1997 File #1

    - 6-25-97 facsimile correspondence from GMM to JB **(A/CP)**
    - 7-28-97 correspondence from GMM to KMS **(A/CP)**
    - 6-25-97 draft International Heritage, Inc. Confidential Term Sheet with handwritten notes of GMM **(WP)**
    - 6-19-97 correspondence from GMM to RSH and Steve Wolosky **(A/CP)**
    - 6-20-97 draft Cross/Z International Inc. Confidential Term Sheet with handwritten edits of GMM **(WP)**
    - Draft Uniamious Written Consent of the Board of Directors with substantial and numerous handwritten notes and edits from GMM **(WP)**
    - Draft Subscription Agreement and Investment Representation with handwritten notes and edits from GMM **(WP)**
    - Draft 10% Convertible Debenture Due 1999 numerous handwritten notes and edits from GMM **(WP)**
    - Draft Accredited and Investor Questionnaire with numerous handwritten notes and edits from GMM **(WP)**
    - 6-19-97 correspondence from GMM to RSH and Steve Wolosky with attachment **(A/CP)**
    - 6-18-97 facsimile correspondence from GMM to AS **(A/CP)**
    - Draft Securities and Exchange Commission Amendment No. 3 to Forms S-1 Registration Statement with handwritten notes, edits and insertions from GMM **(WP)**

- IHI Regulation D Offering August 1997 File 2

    - 7-15-97 draft International Heritage, Inc. Confidential Term Sheet with handwritten notes and edits from GMM **(WP)**
    - 9-18-97 IHI memorandum from CR to all IHI employees transmitted again from GMM to JB and CR with handwritten notes and edits from GMM **(A/CP) (WP)**
    - 9-11-97 facsimile correspondence from GMM to SVE and JB **(A/CP)**

- 9-10-97 facsimile correspondence from Steve Wolosky to GMM **(A/CP)**
- 9-10-97 facsimile correspondence from GMM to Steve Wolosky **(A/CP)**
- 9-9-97 facsimile correspondence from GMM to RSH **(A/CP)**
- 9-8-97 facsimile correspondence from Steve Wolosky to RSH & GMM **(A/CP)**
- 8-1-97 facsimile correspondence from GMM to JB **(A/CP)**
- 7-22-97 draft International Heritage, Inc. Private Placement Check List bearing handwritten notes and edits from GMM **(WP)**
- 7-22-97 facsimile correspondence from Steve Wolosky to GMM **(A/CP)**
- 7-22-97 facsimile correspondence from Steve Wolosky to GMM **(A/CP)**
- 7-21-97 facsimile correspondence from KMS to GMM **(A/CP)**
- 7-18-97 facsimile correspondence from Albert Barbera to GMM **(A/CP)**
- 7-16-97 facsimile correspondence from GMM to KMS **(A/CP)**
- 8-6-97 facsimile correspondence from GMM to Eugene Stroz **(A/CP)**
- 7-16-97 facsimile correspondence from GMM to Steve Wolosky **(A/CP)**
- 7-16-97 facsimile correspondence from GMM to Steve Wolosky 63 pages **(A/CP)**
- 7-15-97 draft International Heritage, Inc. Confidential Term Sheet bearing handwritten notes and edits from GMM **(WP)**
- 7-14-97 draft International Heritage, Inc. Confidential Term Sheet bearing handwritten notes and edits from GMM **(WP)**
- 7-14-97 draft International Heritage, Inc. Confidential Term Sheet bearing handwritten notes and edits from GMM **(WP)**
- 6-30-97 correspondence from GMM to Steve Wolosky, cc'd RSH and SVE with attachment bearing handwritten notes and inserts from GMM **(A/CP)**

- International Heritage, Inc. Reg D-506 Offering Escrow Agreement

  - 10-31-97; 10-16-97; 10-15-97 handwritten notes of GMM **(WP)**
  - 7-7-97 correspondence from GMM to SVE **(A/CP)**
  - 7-7-97 correspondence from GMM to SVE **(A/CP)**
  - 7-7-97 facsimile correspondence from GMM to SVE **(A/CP)**
  - 7-7-97 facsimile correspondence from GMM to SVE **(A/CP)**
  - 7-7-97 facsimile correspondence from KMS to GMM **(A/CP)**
  - 7-3-97 facsimile correspondence from KMS to GMM **(A/CP)**

- International Heritage, Inc. Reg. D-506 Offering Attorney Notes

  - 11-4-97; 9-29-97; 9-26-97; 9-12-97; 9-9-97; 9-11-97; 8-18-97; 9-10-97; 8-22-97; 8-19-95; 8-8-97; 7-31-97; 7-24; 7-21-97; 7-18-97; 7-17-97; 7-7-97; 7-9-97; 7-9-97; 7-2-97; 7-1-97; 6-30-97; 6-25-97; 6-19-97; 6-12; handwritten notes of GMM **(WP)**
  - 6-25 correspondence from GMM to JB with handwritten notes of GMM attached **(A/CP)**
  - Miscellaneous handwritten notes of GMM **(WP)**

- International Heritage, Inc. Reg D-506 Escrow Agreement

  - 8-25-97 facsimile correspondence from KMS to GMM **(A/CP)**
  - 8-25-97 facsimile correspondence from GMM to AS **(A/CP)**
  - 7-17-97 facsimile correspondence from GMM to Steve Wolosky, JB and Albert Barbera **(A/CP)**

- 7-17-97 facsimile correspondence from GMM to Steve Wolosky, JB & Al Barbera (A/CP)
- 7-15-97 correspondence from GMM to JB (A/CP)
- 7-15-97 facsimile correspondence from KMS to GMM (A/CP)
- 7-11-97 facsimile correspondence from GMM to Steve Wolosky (A/CP)
- 7-9-97 facsimile correspondence from Steve Wolosky to Al Barbera & GMM (A/CP)
- Draft Escrow Agreement with handwritten notes and edits from GMM (WP)

- Consulting Agreement

  - 7-22-97 facsimile correspondence from GMM to SVE and JB (A/CP)
  - 8-1-97 facsimile correspondence from GMM to SVE and JB (A/CP)
  - 8-1-97 facsimile correspondence from Jeff Spindler to GMM, Al Barbera & Steve Bayrn (A/CP)
  - 7-31-97 facsimile correspondence from KMS to GMM and Al Barbera (A/CP)
  - 3-7-97 facsimile correspondence from GMM to Steve Wolosky, JB & RSH (A/CP)

- Term Sheet Addendum

  - 9-12-97 correspondence from GMM to Steve Wolosky, Al Barbera, RSH (A/CP)
  - 9-11-97 facsimile correspondence from GMM to RSH, Steve Wolosky & JB (A/CP)
  - 9-12-97 facsimile correspondence from GMM to Steve Wolosky (A/CP)
  - 9-12-97 handwritten notes of GMM (WP)
  - 9-12-97 facsimile correspondence from GMM to JB (A/CP)
  - 9-10-97 facsimile correspondence from GMM to RSH & Steve Wolosky (A/CP)
  - 9-10-97 facsimile correspondence from GMM to RSH (A/CP)
  - 9-12-97 facsimile correspondence from GMM to SVE, JB (A/CP)
  - 9-12-97 facsimile correspondence from Steve Wolosky to GMM and Al Barbera (A/CP)

**BOX 96W342I 082**

- Reg S Subscription Agreement

  - 5-5-98 correspondence from GMM to Maria Luggo – OSG Department of Brown, Brothers, Harriman & Co. regarding cancellation of conversion request with attachment and yellow post-it with GMM handwritten notes attached (WP) (A/CP)

- Miscellaneous Documents

  - 11-3-97 facsimile correspondence from GMM to RSH (A/CP)
  - Draft of International Heritage, Inc. Issuer and Etablissement Pour le Placement Prive Trustee Indenture bearing handwritten notes of GMM (WP)

- Reg S Attorney Notes – Research

  - Miscellaneous handwritten notes of GMM (WP)
  - 2-17-98; 2-5-98; 2-28-98; 1-29-98; 1-21-98; handwritten notes of GMM (WP)

- 10-16-97 draft document entitled International Heritage, Inc. Consolidated Financial Statement for the period ended September 30, 1997 with handwritten notes **(WP)**
- Draft income printout – 1 page **(WP)**
- 11-12-97 memorandum from Jeff Trendle to GMM with attachment **(WP)**
- 11-11-97 copy of email transmission from Sonya Chipping to GMM, Susan Beasley, Darlene Bergeron re: employee information for Reg S Prospectus **(A/CP)**
- 10-27-97 facsimile correspondence from RSH to GMM **(A/CP)**
- Legal research regarding 1933 Act Rules 701 **(WP)**

- Reg S – Warrant

  - 10-29-97 facsimile correspondence from RSH to GMM **(A/CP)**
  - 10-29-97 facsimile correspondence from GMM to RSH **(A/CP)**
  - 10-29-97 draft Reg S Warrant for common stock purchase warrant with handwritten notes and edits **(WP)**
  - Miscellaneous document with yellow post-it of handwritten notes attached **(WP)**

- Reg S – Debenture

  - 10-28-97 facsimile correspondence from RSH to SVE & GMM **(A/CP)**

- Reg S – Warrant Exercise

  - 9-15-98 handwritten notes of GMM **(WP)**

- Reg S – Private Placement

  - 11-14-97 draft of International Heritage, Inc. Confidential Private Placement Memorandum with handwritten notes and edits of GMM **(A/CP)**
  - 11-12-97 draft of International Heritage, Inc. Confidential Private Placement Memorandum with handwritten notes and edits and inserts from GMM **(A/CP)**
  - Draft International Heritage, Inc. Confidential Private Placement Memorandum with handwritten notes and edits from GMM **(A/CP)**
  - 11-21-97 copy of draft International Heritage, Inc. Confidential Private Placement Memorandum **(A/CP)**
  - Draft miscellaneous document with handwritten notes of GMM **(A/CP)**
  - Draft of miscellaneous document with handwritten notes of GMM **(A/CP)**
  - Draft of International Heritage, Inc. Subscription Agreement with handwritten notes of GMM **(A/CP)**
  - Draft of International Heritage, Inc. Confidential Term Sheet and miscellaneous pages of same bearing handwritten notes of GMM **(A/CP)**
  - Draft document entitled Risk Factors **(A/CP)**
  - Draft International Heritage, Inc. Issuer and Etablissement Pour le Placement Prive Trustee with two minor handwritten edits from GMM **(A/CP)**
  - Draft International Heritage, Inc. Issuer and Etablissement Pour le Placement Prive Trustee with handwritten notes of GMM **(A/CP)**
  - Draft International Heritage, Inc. Issuer and Etablissement Pour le Placement Prive Trustee bearing handwritten notes and edits of GMM **(A/CP)**

- • Draft International Heritage, Inc. Issuer and Etablissement Pour le Placement Prive Trustee bearing handwritten notes and edits and inserts from GMM **(A/CP)**

- • Reg S Private Placement

  - • 11-14-97 draft International Heritage, Inc. Confidential Private Placement Memorandum bearing handwritten notes and edits of GMM **(WP)**
  - • 11-12-97 draft International Heritage, Inc. Confidential Private Placement memorandum bearing handwritten notes, edits and inserts of GMM **(WP)**
  - • Draft International Heritage, Inc. Confidential Private Placement memorandum bearing handwritten notes, edits and inserts of GMM **(WP)**
  - • 11-12-97 draft International Heritage, Inc. Confidential Private Placement memorandum stamped draft **(WP)**
  - • Miscellaneous document without title bearing handwritten notes of GMM **(WP)**
  - • Draft Private Placement Memo bearing numerous handwritten notes and edits from GMM **(WP)**
  - • Draft Subscription Agreement bearing handwritten notes from GMM **(WP)**
  - • Draft International Heritage, Inc. Confidential Term Sheet bearing handwritten notes and edits from GMM **(WP)**
  - • Document entitled Risk Factors **(WP)**
  - • Draft International Heritage, Inc. Issuer and Etablissement Pour le Placement Prive Trustee bearing handwritten corrections from GMM **(WP)**
  - • Draft International Heritage, Inc. Issuer and Etablissement Pour le Placement Prive Trustee bearing handwritten notes, edits and corrections of GMM **(WP)**
  - • Draft Indenture Reg S International Heritage, Inc. Issuer bearing handwritten notes and edits from GMM **(WP)**
  - • Draft International Heritage, Inc. Issuer Indenture Reg S with handwritten notes and edits of GMM **(WP)**

**BOX 96W342I 083**

- • Dr. Bai-Compliance Issue – IHI

  - • 2-17-97 handwritten note from GMM **(WP)**
  - • 2-14-97 draft of letter to Dr. Tiejun Bai bearing extensive handwritten notes and edits from GMM **(WP)**
  - • 2-17-97 facsimile correspondence from GMM to SVE **(A/CP)**
  - • Miscellaneous handwritten note of GMM **(A/CP)**

- • Richard Guerard – Compliance Issue

  - • 5-9-97 handwritten note of GMM **(A/CP)**
  - • 5-9-97 facsimile correspondence from GMM to Richard Guerard **(A/CP)**
  - • 5-9-97 facsimile correspondence from GMM to Jeff Hooks **(A/CP)**
  - • 5-12-97 handwritten notes of GMM **(WP)**
  - • 5-21-97 handwritten notes of GMM **(WP)**

- • William T. (Bill) Jones – Compliance Issue – IHI

- Miscellaneous phone message for GMM **(WP)**
- 3-7-97 facsimile correspondence from GMM to JB **(A/CP)**
- Miscellaneous handwritten note of GMM **(WP)**
- 2-5-97 handwritten notes of GMM **(WP)**
- 2-5-97 facsimile correspondence from JB to GMM **(A/CP)**

- Compliance Matters

  - 8-14-96 facsimile correspondence from GMM to SVE. Attached to this are:
    - 7-29-96 memorandum marked privileged and confidential from Arthur Delane to SVE **(A/CP)**
    - 7-29-96 memorandum regarding background from Arthur Delane to SVE **(A/CP)**
    - 11-7-96 facsimile correspondence from AS to GMM **(A/CP)**
    - 10-17-96 facsimile correspondence from AS to GMM **(A/CP)**
    - 6-10-96 handwritten notes of GMM **(WP)**
    - 6-10-96 facsimile correspondence from AS to GMM **(A/CP)**
    - 7-16-96 facsimile correspondence from AS to GMM **(A/CP)**
    - 3-3-98 IHI memorandum from GMM to CR **(A/CP)**
    - 1-30-98 IHI memorandum from GMM to Marks Lane **(A/CP)**
    - 12-10-97 GMM copy of email transmission from CR to GMM with handwritten note of GMM attached **(A/CP)**
    - 9-12-97 handwritten notes of GMM **(WP)**
    - 8-28-97 facsimile correspondence from GMM to CR with handwritten note of GMM attached **(A/CP)**
    - 9-22-97 facsimile correspondence from Tim Otto to GMM **(A/CP)**
    - 8-28-97 facsimile correspondence from Tim Otto to GMM **(A/CP)**
    - 8-15-97 facsimile correspondence from Bob McAllister to GMM **(A/CP)**
    - 5-29-97 facsimile correspondence from GMM to CR **(A/CP)**
    - 5-28-97 handwritten notes of GMM attached to above **(A/CP)**
    - 5-14-97 facsimile correspondence from GMM to AS **(A/CP)**
    - 5-13-97 correspondence from AS to GMM **(A/CP)**
    - 4-24-97 facsimile correspondence from GMM to AS, JB and Pete Scanlon **(A/CP)**
    - 4-24-97 handwritten notes of GMM **(WP)**
    - 2-25-97 facsimile correspondence from Bob McAllister to GMM **(A/CP)**
    - 1-31-97 facsimile correspondence from AS to GMM **(A/CP)**

- Roache, Edward Jr. and Sr. IHI Compliance Issue

  - 7-7-97; 5-6-97; 6-23-97; 8-7-97; 8-19-97; 8-22-97 handwritten notes of GMM **(WP)**
  - 2-25-97 correspondence from James Holiday to GMM **(A/CP)**
  - 3-4-8 Linda Halsteadt copy of email transmission from Linda Halsteadt to GMM **(A/CP)**
  - 2-2-98 GMM copy of email transmission from Linda Halsteadt to GMM **(A/CP)**
  - 12-23-97 correspondence from James Holiday to GMM **(A/CP)**
  - 1-16-98 IHI memorandum from Shannon Zeko to CR and GMM **(A/CP)**
  - 1-23-98 handwritten notes of GMM **(WP)**
  - 1-14-98 GMM copy of email transmission from CR to GMM **(A/CP)**
  - 10-28-97 facsimile correspondence from GMM to James Holiday **(A/CP)**