*Ex 4 cont.*

- 10-1-97 correspondence from James Holiday to GMM with note to CR from GMM attached **(A/CP)**
- 10-31-97 correspondence from GMM to James Holiday **(A/CP)**
- 10-16-97 correspondence from BEW to GMM **(A/CP)**
- 10-13-97 correspondence from GMM to James Holiday **(A/CP)**
- 9-26-97 facsimile correspondence from GMM to James Holiday **(A/CP)**
- 9-26-97 facsimile correspondence from James Holiday to GMM **(A/CP)**
- 8-28-97 correspondence from GMM to Holiday **(A/CP)**
- 8-21-97 facsimile correspondence from Margie to GMM **(A/CP)**
- 8-19-97 facsimile correspondence from Margie (IHI employee) to GMM **(A/CP)**
- 8-18-97 handwritten notes of GMM **(A/CP)**
- 8-19-97 facsimile correspondence from Margie to GMM **(A/CP)**
- 8-14-97 facsimile correspondence from Margie to GMM **(A/CP)**
- 8-13-96 facsimile correspondence from Margie to GMM **(A/CP)**
- 8-13-97 handwritten notes of GMM **(WP)**
- 8-8-97 facsimile correspondence from Margie to GMM **(A/CP)**
- 8-8-97 facsimile correspondence from Margie to GMM **(A/CP)**
- 8-8-97 facsimile correspondence from GMM to CR **(A/CP)**
- 8-7-97 facsimile correspondence from Margie to GMM **(A/CP)**
- 8-7-97 facsimile correspondence from Margie to GMM **(A/CP)**
- 8-6-97 facsimile correspondence from Margie Downy of Compliance to GMM **(A/CP)**
- 8-6-97 facsimile correspondence from Margie Downy to BEW with handwritten notes of GMM attached **(A/CP)**
- 7-21-97 correspondence from GMM to Edward Roache Jr. **(A/CP)**
- 7-3-97 facsimile correspondence from GMM to Pete Scanlon and CR **(A/CP)**
- 5-12-98 correspondence from GMM to Holiday **(A/CP)**

- IHI Compensation Plan

  - 10-24-97 handwritten notes of GMM **(WP)**

- Edward Roache Termination

  - 8-6-97 IHI memorandum from Margie Downy to GMM **(A/CP)**

- IHI Corporate General

  - 2-27-98 IHI memorandum from GMM to Dawn McIntyre **(A/CP)**
  - 11-5-97 IHI memorandum from GMM to JB **(A/CP)**
  - 10-7-97 correspondence from GMM to RSH with attachment **(A/CP)**
  - 8-21-97 correspondence from BEW to JB, cc'd SVE, CTF, CR and Keith Mackey **(A/CP)**
  - 8-21-97 correspondence from BEW to JB, cc'd SVE, CTF, CR and Keith Mackey **(A/CP)**
  - 8-21-97 correspondence from BEW to JB **(A/CP)**
  - 8-18-97 facsimile correspondence from Pete Scanlon to GMM with handwritten notes on the front **(A/CP)**
  - 8-12-97 facsimile correspondence from FDB to BEW **(A/CP)**

*50pp*

*553 C*

- 8-13-97 facsimile correspondence from FDB to BEW **(A/CP)**
- 7-29-97 handwritten notes of GMM **(WP)**
- 8-12-97; 8-15-97; 8-28-97; 8-26-97; 3-17-97; handwritten notes of BEW **(WP)**

- International Heritage, Inc. Corporate General Attorney Notes

  - Handwritten note on yellow post-it from GMM **(WP)**
  - Handwritten note from SVE 10-29-97 **(WP)**
  - Handwritten notes from GMM **(WP)**
  - 7-23-97; 5-14-97; 2-7-97; 10-7-96; 8-28-96; 10-2-96; 8-6-96; 8-13-96; 8-6-96; 7-16-97; 5-19-96; 5-8-96; 4-14-96; 4-4-96; 3-27-96; 3-22-96; 3-21-96; 3-21-96; 3-11-96; 3-8-96; 3-6-96; 2-16-96; 2-96; 2-7-96; 1-18-96; 1-16-96; 1-9-95; 12-27-95; 12-18-95; 12-13-95; 12-8-95; 12-5-95; 12-5-95; 12-4-95; 11-30-95; 11-22-95; 11-20-95; 11-14-95; 11-7-95; 11-3-95; 11-3-95; 10-26-95; 10-26-95; 10-24-95; 10-17-95; 10-12-95; 9-27-95; 9-26-95; 9-25-95; 9-13-95; 9-20-95; 9-20-95; 9-12-95; 9-7-95; 9-5-95; 9-1-95; 8-27-95; 8-22-95; 7-25-95; 7-31-95; 7-25-95; 7-18-95; 7-8-95; 6-29-95; 6-26-95; 6-19-95; 6-27-95; 6-23-95; 6-23-95; 6-13-95; 5-31-95; 5-16-95; 5-12-95; 5-10-95; 5-9-95; 4-29-95; handwritten notes of GMM **(WP)**
  - Internal client sheet for Wood & Francis **(WP)**
  - 5-8-96 facsimile correspondence from AS to GMM **(A/CP)**
  - 4-19-96 handwritten note taken from message left by FDB **(A/CP)**
  - Miscellaneous handwritten notes of GMM **(WP)**
  - 12-11-95 facsimile correspondence from GMM to Crystal **(A/CP)**
  - 10-19-95 note from Sally Oberman **(A/CP)**
  - 7-31-95 meeting agenda with notations from GMM **(WP)**
  - Draft additional disclosure statement International Heritage, Inc. bearing handwritten notes and edits from GMM as well as an insert attached **(WP)**
  - 6-7-95 draft letter re: International Heritage initial capital investment loan **(WP)**
  - 5-5-95 facsimile correspondence from GMM to SVE **(A/CP)**
  - Copy of Martindale Hubble Law Directory **(WP)**

- IHI Corporate General IHI of Canada Inc.

  - 9-11-97 facsimile correspondence from GMM to AS **(A/CP)**
  - Miscellaneous handwritten notes of GMM **(WP)**
  - 10-7-96 correspondence from GMM to Paul H. Bachand, Esq. **(A/CP)**
  - 8-26-96 correspondence from Paul Bachand to GMM **(A/CP)**
  - 7-4-96 facsimile correspondence from GMM to Paul Bachand **(A/CP)**
  - 7-3-96 correspondence from Paul Bachand to SVE cc'd GMM **(A/CP)**
  - 6-27-96 facsimile correspondence from Clark Jones to GMM **(A/CP)**
  - 2-6-96 file copy of correspondence from GMM to Paul Bachand **(A/CP)**

- International Heritage, Inc. Corporate General / Agreement Between E. B. Harvey and IHI and A&A Jewelers and IHI Canada

  - 10-10-95 correspondence from GMM to Dawn McIntyre **(A/CP)**
  - 11-15-95 correspondence from GMM to Dawn McIntyre **(A/CP)**

- Draft EB Harvey & Company and International Heritage, Inc. Agreement with handwritten notes and edits of GMM **(WP)**
- 8-25-95 facsimile correspondence from Dawn McIntyre to GMM **(A/CP)**
- Matthew Bender & Co., Inc., Form 4.41 research **(WP)**
- 9-10-95 draft of E.B. Harvey & Co. and International Heritage, Inc. agreement **(WP)**
- draft agreement by and between E.B. Harvey & Co. and International Heritage, Inc. and A&A Jewelers and International Heritage of Canada Inc. with handwritten edits and a note to GMM and handwritten notes from GMM **(WP)**
- draft agreement by and between E.B. Harvey & Co. and International Heritage, Inc. and A&A Jewelers and International Heritage of Canada Inc. with handwritten notes and edits from GMM **(WP)**

- International Heritage, Inc. Corporate General – Special Edition Publishing Agreement

  - Draft agreement by and between SVE, Stanley L. Van Etten and IHI with handwritten notes and edits from GMM and insert from GMM **(WP)**
  - Draft agreement by and between SVE and Stanley L. Van Etten and IHI with handwritten notes and edits by GMM **(WP)**
  - 9-13-95 correspondence from GMM to SVE and Stanley L. Van Etten with enclosure **(A/CP)**
  - 9-12-95 facsimile correspondence from GMM to SVE **(A/CP)**
  - 9-5-95 facsimile correspondence from GMM to SVE **(A/CP)**

- International Heritage Corporate General Agreement – IHI and Number 503682 BC Ltd.

  - 9-12-95 handwritten notes of GMM **(WP)**
  - 10-3-95 correspondence from GMM to Felix Li and Rhyon Caldwell both of International Heritage of Canada Inc. with attachment **(A/CP)**
  - 9-18-95 facsimile correspondence from GMM to Sheila for forwarding to SVE **(A/CP)**
  - 9-14-95 facsimile correspondence from GMM to Felix Li **(A/CP)**
  - 10-3-95 file copy of draft agreement by and between International Heritage, Inc., International Heritage of Canada, Inc. and Number 503682 BC Ltd. **(WP)**
  - 9-18-95 draft of agreement by and between International Heritage, Inc., International Heritage of Canada, Inc. and Number 503682 BC, Ltd. with handwritten notes and edits from GMM **(WP)**
  - draft agreement by and between International Heritage, Inc. and Lee Management Group with 9-11-95 facsimile confirmation from GMM to Felix Lei and Sabrina Wei **(WP)**
  - 9-11-95 draft memorandum of understanding by and between International Heritage, Inc. and Lee Management Group with handwritten notes and edits **(WP)**
  - 9-10-95 draft memorandum of understanding by and between International Heritage, Inc. and Lee management Group with handwritten notes and edits from GMM **(WP)**

- Agreement IHI and Wei Group

  - 9-22-95 draft agreement by and between International Heritage, Inc., International Heritage of Canada, Inc. and Sabrina Wei, Paradise Investment Ltd., Eternal Flame and Simply Irresitable with handwritten notes and edits from GMM **(WP)**

- 9-10-95 draft of a memoradum of understanding by and between International Heritage, Inc., and Sabrina Wei, Paradise Investment Ltd., Eternal Flame and Simply Irresitable with 9-11-95 fax confirmation from GMM to Sabrina Wei **(WP)**
- Miscellaneous handwritten notes of GMM **(WP)**
- Phone message to GMM from receptionist desk **(WP)**
- 9-6-95 handwritten notes of GMM **(WP)**
- 9-22-95 facsimile correspondence from GMM to SVE **(A/CP)**
- 9-12-95 facsimile correspondence from Sabrina Wei to GMM **(A/CP)**
- 8-30-95 handwritten notes from GMM attached to 9-1-95 draft memo of understanding **(WP)**
- 9-4-95 handwritten notes of GMM **(WP)**
- 8-30-95 handwritten notes of GMM **(WP)**

## BOX 96W342I 084

- 7-1-98 IHI memorandum from Ashley Markum to GMM **(A/CP)**

## BOX 96W342I 085

- Documents from Blank Folder

  - 6-2-98 correspondence from RB to SVE cc'd Michael Wolosky, David Gellan, BEW & Ted Sonde with attachment **(A/CP)**
  - 7-28-98 facsimile correspondence from BEW to JB and SVE **(A/CP)**
  - 7-27-98 facsimile correspondence from BEW to BML **(A/CP)**
  - 7-22-98 correspondence from GMM to Susan Halpern **(A/CP)**

- Bridge Loans – European Investors – June/July 1998

  - 8-18-98 IHI memorandum from GMM to Linda Halsteadt with attachment **(A/CP)**
  - 9-2-98 handwritten notes of GMM **(WP)**

## BOX 96W342I 086

- NC Department of Revenue Sales Tax Audit

  - 10-30-98 correspondence from GMM to Charles Mercer Jr., Esq. **(A/CP)**
  - 10-30-98 IHI memorandum from GMM to Rob Hukezalie and Debbie Blevens **(A/CP)**
  - 10-27-98 facsimile correspondence from Charles Mercer to GMM marked confidential privileged communication attorney-work product **(A/CP)**
  - 10-27-98 facsimile correspondence from Charles Mercer to GMM **(A/CP)**
  - 10-9-98 correspondence from GMM to Charles Mercer with attachment **(A/CP)**
  - 10-7-98 facsimile correspondence from GMM to Charles Mercer **(A/CP)**
  - 10-5-98 handwritten notes of GMM **(WP)**
  - 10-2-98 facsimile correspondence from BEW to Charles Mercer **(A/CP)**
  - 10-6-98 GMM copy of email transmission from GMM to Rob Hukezalie and Debbie Blevens **(A/CP)**
  - 10-2-98 facsimile correspondence from BEW to GMM **(A/CP)**

- 9-29-98 correspondence from BEW to Charles Mercer **(A/CP)**
- 9-29-98 correspondence from to W.C. Shelton, Adminstrative Officer at North Carolina Department of Revenue **(A/CP)**
- 9-15-98 memorandum from Rob Hukezalie to BEW cc'd John Brothers, GMM, Debbie Blevens, Dan Haig with attachment **(A/CP)**
- 9-10-98 copy of letter from W.C. Shelton to EJBM with handwritten note from Rob Hukezalie to GMM attached **(A/CP)**
- 9-14-98 facsimile correspondence from BEW to GMM **(A/CP)**
- 8-24-98 handwritten notes of GMM **(WP)**
- 8-28-98 handwritten notes of GMM **(WP)**

- North and South Dakota

  - 5-11-98 IHI memorandum from CR to SVE and JB cc'd Pete Scanlon, FDB, GMM re: North Dakota and South Dakota **(A/CP)**

- Oklahoma Securities

  - 12-3-97 IHI memorandum from GMM to CR **(A/CP)**
  - 12-1-97 GMM copy of email transmission from CR to GMM, Jeff Trendle, Stephanie Harris cc'd Pete Scanlon re: Oklahoma **(A/CP)**

- PAB Non-Compete

  - 12-18-97 IHI memorandum from GMM to CR, Jeff Hooks, Ken Rudd, Mary Breen **(A/CP)**
  - 12-18-97 IHI memorandum from GMM to CR, Jeff Hooks, Ken Rudd & Mary Breen with attachment **(A/CP)**
  - 10-14-97 IHI memorandum from GMM to CR, Jeff Hooks, Ken Rudd & Mary Breen with attachment **(A/CP)**
  - 8-19-97 facsimile correspondence from GMM to Mary Breen **(A/CP)**
  - Miscellaneous handwritten notes of GMM **(WP)**
  - 5-9-97 facsimile correspondence from GMM to Ken Rudd **(A/CP)**
  - Draft document entitled President's Advisory Board Covenant Not to Compete with handwritten notes of GMM **(WP)**
  - Handwritten draft of document entitled President's Advisory Board Covenant not to Compete written by GMM **(WP)**
  - 3-26-97 facsimile correspondence from Ken Rudd to GMM **(A/CP)**

- Practical Holdings Limited

  - 8-19-98 facsimile correspondence from GMM to Barry Ackle **(A/CP)**
  - Miscellaneous handwritten notes of GMM **(A/CP)**
  - 8-14-98 facsimile correspondence from RSH to GMM **(A/CP)**

- Press Releases

  - 4-20-98 facsimile correspondence from Marks Lane for GMM to RSH **(A/CP)**

- 4-21-98 handwritten notes of GMM **(WP)**

- Press Release 22 July 1998 Correction of Inaccurate Inform reported in the Raleigh News & Observer

  - 7-22-98 facsimile correspondence from RB to SVE & GMM **(A/CP)**
  - 7-22-98 facsimile correspondence from RB to SVE, GMM & BEW **(A/CP)**
  - 7-22-98 facsimile correspondence from GMM to RB **(A/CP)**
  - 7-22-98 facsimile correspondence from GMM to RB **(A/CP)**
  - 7-22-98 draft document entitled Immediate Press Release with handwritten notes **(WP)**
  - 7-22-98 handwritten notes of GMM **(WP)**

- Promotions

  - 10-19-98 IHI memo from GMM to Ken Rudd and Mary Breen **(A/CP)**
  - 9-25-98 IHI memo from GMM to Mary Breen and Ken Rudd **(A/CP)**

- Research Magazine

  - 7-16-98 memorandum from Marks Lane to GMM **(WP)**

- Freddie Rick

  - 8-18-98 handwritten notes of GMM **(WP)**
  - Miscellaneous handwritten notes of GMM **(WP)**
  - 3-10-98 facsimile correspondence from CR to Paul Greenburg **(A/CP)**
  - 2-24-98 handwritten notes of GMM **(WP)**
  - 2-23-98 handwritten notes of GMM **(WP)**
  - 2-23-98 handwritten notes of GMM **(WP)**

- Elena Rush Garnishments

  - 11-11-97 GMM copy of email transmission from Elena Rush to GMM **(A/CP)**
  - 11-11-97 2:02 p.m. GMM copy of email transmission from Elena Rush to GMM **(A/CP)**
  - 10-27-97 copy of order of withholding from earnings with handwritten notes of GMM attached **(WP)**
  - 11-5-97 facsimile correspondence from John Austin to GMM **(A/CP)**
  - 12-3-97 GMM copy of email transmission from Alex Ravenscraft to GMM cc'd Jeff Trendle **(A/CP)**

- Scruggs v. Howell & IHI

  - 2-17-98 facsimile correspondence from CR to BEW cc'd GMM **(A/CP)**
  - 2-17-98 facsimile correspondence from CR to BEW cc'd GMM **(A/CP)**

- Kenneth Self Garnishment 12-5-97

- 12-15-97 GMM copy of email transmission from Alex Ravenscraft to GMM cc'd Jeff Trendel **(A/CP)**

- Shustak, Jalil & Heller Billing Statements

  - 8-19-98; 7-8-98; 5-27-98; 4-3-98 internal document from GMM regarding legal fees **(WP)**
  - 11-4-97 handwritten notes of GMM with attachment **(WP)**

- Serote & Permutt

  - 5-4-98 facsimile correspondence from BEW to Rob Hukezalie **(A/CP)**

- SmartTech Inc. General Internet Hosting Agreement

  - Draft General Internet Hosting Agreement with handwritten notes from GMM **(WP)**

- Miscellaneous Documents

  - 9-10-98 IHI memorandum from GMM to Susan Beasley & Mike Russo with attachment **(A/CP)**
  - 8-11-98 handwritten notes of GMM **(WP)**
  - Draft document entitled Texas Work Force Commisison with handwritten entries and handwritten notes and edits from GMM **(WP)**

- Lobbying

  - 9-11-98 GMM copy of email transmission from GMM to BEW cc'd Elaine Tarkington **(A/CP)**

- Lost Claim Letters

  - 3-27-97 facsimile correspondence from GMM to Dawn McIntyre **(A/CP)**
  - 3-24-97 IHI memorandum from Ashley Markum to GMM, Dawn McIntyre **(A/CP)**
  - 3-21-97 facsimile correspondence from GMM to Dawn McIntyre **(A/CP)**
  - 3-19-97 handwritten notes of GMM **(WP)**
  - 3-18-97 facsimile correspondence from Dawn McIntyre to GMM **(A/CP)**

- Lui, Dorcus Indemnity Agreement

  - 10-6-98 copy of indemnity agreement between Dorcus Lui and IHI signed by SVE and GMM but not Docrus Lui **(WP)**
  - 10-6-98 draft indemnity agreement **(WP)**
  - Draft generic indemnity agreement **(WP)**
  - 9-2-98 memo from Margie Downy to Compliance re: Dorcus Lui with handwritten notes from Margie to GMM **(A/CP)**
  - 9-9-98 GMM copy of email transmission from CR to Pete Scanlon, GMM, Rob Hukezalie, cc'd JB, AS, Dawn McIntyre **(A/CP)**

**FILED**

- Keith Mackey Resignation

  - 11-5-97 facsimile correspondence from BEW to GMM **(A/CP)**
  - 11-5-97 facsimile transmission from GMM to BEW **(A/CP)**
  - 11-4-97 facsimile correspondence from GMM to BEW **(A/CP)**

APR 10 2000

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

- Market America

  - 12-3-97 GMM copy of email transmission from CR to GMM, Pete Scanlon, Derrick Stryker, Jeff Hooks, DH **(A/CP)**

- Market Maker

  - 8-19-98 IHI memorandum from GMM to SVE and JB **(A/CP)**
  - 8-19-98 IHI memorandum from GMM to SVE, JB, Rob Hukezalie **(A/CP)**
  - Miscellaneous handwritten notes of GMM **(WP)**

- IHI / Mass Mark Admin Services Inc. Operating Agreement

  - 3-1-97 copy of first page of Operating Agreement with handwritten notes from DH to GMM on a yellow post-it attached **(WP)**
  - 2-18-97 facsimile correspondence from GMM to DH **(A/CP)**
  - 2-13-97 facsimile correspondence from DH to GMM **(A/CP)**

- MCI Communciations

  - 11-25-97 handwritten notes of GMM **(WP)**
  - 6-29-98 GMM copy of email transmission from DH to Alex Ravenscraft cc'd Debbie Blevens, Rob Hukezalie, GMM **(A/CP)**
  - 3-4-98 copy of facsimile cover sheet from Tim Tyler to IHI with yellow post-it of handwritten notes from GMM attached **(A/CP) (WP)**

- Media and Publicity Matters

  - 8-19-98 GMM copy of email transmission from Shannon Zeko to GMM **(A/CP)**

- M. H. Meyerson & Co., Inc.

  - 8-28-98 handwritten notes of GMM **(WP)**
  - 8-28-98 GMM copy of email transmission from Marks Lang to executive management **(A/CP)**
  - 5-14-98 handwritten notes of GMM **(WP)**
  - 5-15-98 facsimile correspondence from LWB to GMM **(A/CP)**
  - 5-1-98 handwritten notes of GMM **(WP)**
  - 5-1-98 facsimile correspondence from LWB to GMM
  - 5-14-98 facsimile correspondence from LWB to Kenneth Koock, GMM & David Nemelka **(A/CP)**

- Nashville Regional Event 8-7-98

  - 8-12-98 GMM copy of email transmission from Mike Russo to everyone **(A/CP)**
  - 8-6-98 facsimile correspondence from GMM to Ashley Markum **(A/CP)**
  - 8-7-98 handwritten notes of GMM **(A/CP)**
  - Miscellaneous handwritten notes of GMM **(WP)**
  - 7-28-98 facsimile of East Exhibit Hall floor plan with handwritten notes **(A/CP)**
  - 7-20-98 copy of facsimile cover page from AW to Aida with handwritten message from AW to GMM attached **(A/CP)**

- New Orleans Convention 1998

  - 2-2-98 IHI memorandum from GMM to Mary Barton Eilers, Kathy Cruise, cc'd Dawn McIntyre, AW, Angie Stewart, re: New Orleans special guest **(A/CP)**
  - 1-28-98 miscellaneous printout with 1-28-98 handwritten notes of GMM attached **(WP)**

- Modern Health Strategies

  - 6-25-98 IHI memorandum from CR to Dawn McIntyre cc'd GMM with attachment **(A/CP)**
  - 1-29-98 IHI memorandum from CR to Dawn McIntyre cc'd GMM and BEW **(A/CP)**
  - Miscellaneous handwritten note **(WP)**
  - Draft of document entitled Product Dvelopment and Manufacuring Agreement with handwritten notes of GMM **(WP)**
  - Draft of document entitled Product Development and Manufacturing Agreement with handwritten notes and edits from GMM **(WP)**
  - 1-20-98 handwritten notes of GMM **(WP)**
  - 1-15-98 facsimile correspondence from Scott Stewart to Dawn McIntyre **(A/CP)**
  - 1-20-98 IHI memorandum from CR to Dawn McIntyre cc'd GMM & JB **(A/CP)**
  - 12-12-97 IHI memorandum from GMM to Dawn McIntyre with attachment **(A/CP)**
  - 1-15-98 GMM copy of email transmission from CR to Dawn McIntyre cc'd GMM **(A/CP)**

- Non-Disclosure Agreements

  - First page of non-disclosure agreement draft with handwritten notes of GMM **(WP)**
  - handwritten insert to said document from GMM with handwritten notes from CR to GMM attached **(WP)**

**BOX 96E342I 087**

- Attorney Notes/Reconciliation

  - 12/19/97 IHI Check List with handwritten notations and markings **(WP)**
  - 1997 List of the President's Advisory Board **(WP)**
  - 1997 Shareholders/Optionholder List with handwritten notations **(WP)**
  - 12/28/97 List of IHI Shareholders **(WP)**

- List of the President's Advisory Board **(WP)**
- Page of the PAB with handwritten notes **(WP)**
- 12/19/97 handwritten list of Optionees **(WP)**
- 12/19/97 List of Employees and their options with handwritten notations **(WP)**
- 12/29/97 Internal document by GMM regarding legal expenses **(WP)**
- Miscellaneous handwritten notes of GMM **(WP)**

- IHI Stock Option Plan – 10/31/96

  - 7/16/97 handwritten notes GMM **(WP)**
  - Draft approximately 26 copies of the Stock Purchase Option draft – some with handwritten notations **(WP)**
  - 26 drafts of the Stock Purchase Option **(WP)**
  - 7/3/96 handwritten notes of GMM **(WP)**
  - 7/2/96 1996 U.S. Advisory Board Members Listing with handwritten notes from GMM **(WP)**
  - Miscellaneous handwritten notes of GMM **(WP)**
  - 10/16/95 correspondence from Sheila Stansill to GMM with attachment **(A/CP)**
  - Miscellaneous notes of GMM attached to draft of International Heritage, Inc. 1996 Stock Option Plan and Notice of Stock Option Grant draft of International Heritage, Inc. 1996 Stock Option Plan Notice of Stock Option Grant with handwritten notations from GMM **(WP)**

- Form S-8 Drafting

  - Draft of Securities and Exchange Commission Form S-8 Registration Statement under the Securities Act of 1933 for International Heritage, Inc. **(WP)**
  - handwritten International Heritage, Inc. 1996 Stock Option Plan Employee Deduction Plan **(WP)**
  - 7/13/98 facsimile communication from GMM to RSH and LWB **(A/CP)**
  - Draft of International Heritage, Inc. 1996 Stock Option Plan Stock Agreement with handwritten notations some from GMM **(WP)**
  - 7/1/98 facsimile communication from GMM to RSH **(A/CP)**
  - Form S-8 with handwritten notations and edits from GMM **(WP)**

- Miscellaneous Documents

  - 8/19/98 GMM copy of email transmission from GMM to Glen Wood & Francis **(A/CP)**

- Employee and IRSR Stock Option Drafting – June 1998

  - 6/15/98 IHI Memo from GMM to Board of Directors **(A/CP)**
  - 6/8/98 correspondence from GMM to RSH **(A/CP)**
  - 6/10/98 miscellaneous note from GMM **(A/CP)**
  - 6/4/98 handwritten notes of GMM **(WP)**
  - Memo from Joe Wentland to GMM   no date **(A/CP)**
  - 5/6/98 facsimile correspondence from Terry L. Shulman to GMM **(A/CP)**
  - 6/15/98 IHI memo from GMM to Board of Directors **(A/CP)**

- Employee and IRSR Stock Option Drafting – July 1998

  - Miscellaneous handwritten notes of GMM **(WP)**
  - 8/3/98 facsimile correspondence from LWB to GMM **(A/CP)**
  - 7/30/98 facsimile communication from GMM to Shelly **(A/CP)**
  - 7/27/98 handwritten notes of GMM **(WP)**
  - 7/30/98 facsimile communication from GMM to Shelly **(A/CP)**
  - 7/29/98 correspondence from GMM to LWB **(A/CP)**
  - 7/29/98 facsimile correspondence from LWB to GMM **(A/CP)**
  - 7/28/98 internal document from GMM regarding filing fees **(A/CP)**
  - 7/28/98 correspondence from GMM to LWB **(A/CP)**
  - 7/28/98 facsimile correspondence from LWB to GMM **(A/CP)**
  - 7/15/98 correspondence from GMM to LWB **(A/CP)**
  - 7/21/98 correspondence from LWB to GMM **(A/CP)**
  - 7/20/98 facsimile correspondence from GMM to RSH **(A/CP)**
  - 7/15/98 handwritten notes GMM **(WP)**
  - 7/1/98 facsimile correspondence from RSH to GMM **(A/CP)**

### BOX 96W342I 088

- Robert D. Huff

  - 12/15/97 IHI Memo from GMM to CR **(A/CP)**

- International Communications Corp.

  - 5/8/97 Memo from GMM to Stephanie L. Harris **(A/CP)**
  - 5/8/97 Memo from GMM to Stephanie L. Harris **(A/CP)**
  - 5/7/97 facsimile communication from Stephanie Harris to GMM attached to legal research regarding FCC rules and regulations **(A/CP)**
  - 4/29/97 correspondence from GMM to Scott L. Cunningham of Wyrick, Robbins, Yates & Ponton with attachments **(A/CP)**
  - 4/23/97 correspondence from Scott L. Cunningham to GMM **(A/CP)**
  - 4/7/97 faxed communication from GMM to Chante Jordan with handwritten notations from GMM **(A/CP)**
  - 3/28/98 facsimile correspondence from GMM to Stephanie Harris **(A/CP)**
  - 3/12/97 faxed communication from GMM to Chris Lynch, Wyrick, Robbins, Yates & Ponton **(A/CP)**
  - 3/7/97 correspondence from Scott Cunningham to GMM with attachments **(A/CP)**
  - 3/14/97 faxed communication from GMM to Scott Cunningham with miscellaneous handwritten note of GMM **(A/CP)**
  - 2/24/97 handwritten note of GMM **(WP)**
  - 2/14/97 faxed correspondence from Larry E. Robbins to GMM **(A/CP)**
  - 2/4/97 handwritten notes of GMM **(WP)**
  - 2/13/97 faxed correspondence from DH to GMM with handwritten note of GMM attached **(A/CP)**
  - 2/13/97 faxed communication from DH to GMM **(A/CP)**

- 4/7/97 faxed correspondence from GMM to Tony Copeland(?) **(A/CP)**

- Investor Relations

  - 9/1/98 handwritten notes of GMM **(WP)**
  - 9/10/98 handwritten notes of GMM **(WP)**
  - 9/18/98 draft letter from Marks Lane to Brandon of Bloomberg, LP **(WP)**
  - 10/1/98 GMM copy of email communication from Shannon Zeko to GMM **(A/CP)**
  - 7/16/98 GMM copy of email transmission from Marks Lane to GMM **(A/CP)**
  - 7/31/98 GMM copy of email transmission from Marks Lane to GMM **(A/CP)**
  - 8/3/98 GMM copy of email transmission from Marks Lane to GMM **(A/CP)**
  - 8/4/98 GMM copy of email transmission from Marks Lane to GMM **(A/CP)**
  - 8/4/98 GMM copy of email transmission from Marks Lane to Dawn McIntyre cc GMM **(A/CP)**
  - 7/27/98 GMM copy of email transmission from Marks Lane to GMM **(A/CP)**
  - 8/19/98 handwritten notes of GMM **(WP)**
  - 7/20/98 GMM copy of email transmission from Marks Lane to GMM **(A/CP)**
  - 7/1/98 handwritten notes GMM **(WP)**
  - GMM copy of email transmission sent to Linda Halstead, AS and Marks Lane **(A/CP)**
  - Miscellaneous handwritten notes of GMM **(WP)**

- Communications/Investor Relations

  - 4/10/98 handwritten notes of GMM **(WP)**
  - 4/1/98 handwritten notes of GMM **(WP)**

- Stanley Lanset, AIBC Investments, Ltd.

  - 7/24/98 handwritten notes of GMM **(WP)**
  - 7/21/98 handwritten notes of GMM **(WP)**

- IRS Issues

  - 11/24/97 IHI Memo from Jeff Trendel to GMM cc JB with documents attached **(A/CP)**

- Karen Karnes – Child Support Garnishment

  - 8/28/98 GMM copy of email transmission from Heather Slinkard to GMM **(A/CP)**
  - 12/1/97 IHI Memo from GMM to Alice Ravenscraft cc Jeff Trendel and JB **(A/CP)**
  - 12/3/97 GMM copy of email transmission from Alice Ravenscraft to GMM cc Jeff Trendel **(A/CP)**
  - 12/1/97 IHI Memo from GMM to Alice Ravenscraft cc Jeff Trendel and JB **(A/CP)**
  - 11/25/97 handwritten notes of GMM **(WP)**
  - 10/31/97 handwritten notes of GMM **(WP)**
  - 10/30/97 GMM copy of email transmission from Alice Ravenscraft to GMM cc Keith McKay and Kevin Jones **(A/CP)**
  - 10/29/97 handwritten notes GMM **(WP)**
  - 10/29/97 facsimile correspondence from John Austin to GMM **(A/CP)**

- EEOC Charge 141980662 – Karen Kearney v. IHI

  - 7/31/98 GMM copy of email transmission from Susan Beasley to GMM **(A/CP)**
  - 8/19/98 GMM copy of email transmission from AS to Susan Bealsey and GMM **(A/CP)**

- Kinko Copies – National Account Agreement

  - 10/16/97 IHI Memo from GMM to DH **(A/CP)**

- Callnick, Patrick – Non-Disclosure Agreement

  - 2/18/98 GMM copy of email transmission from Susan Beasley to GMM cc JB **(A/CP)**
  - Draft of Non-Disclosure Agreement between IHI and Patrick Callnick **(WP)**

- Kutick Rock Billing

  - 10/22/98 Internal document of GMM regarding legal fees and expenses **(WP)**
  - 9/29/98 Internal document of GMM regarding legal fees and expenses **(WP)**
  - 8/28/98 Internal document of GMM regarding legal fees and expenses **(WP)**
  - 7/22/98 Internal document of GMM regarding legal fees and expenses **(WP)**
  - 7/7/98 Internal document of GMM regarding legal fees and expenses **(WP)**
  - 5/27/98 Internal document of GMM regarding legal fees **(WP)**
  - 4/8/98 Internal document of GMM regarding legal fees **(WP)**
  - 3/2/98 Correspondence from RB to GMM **(A/CP)**
  - 2/24/98 Correspondence from GMM to RB with attachment and handwritten note from GMM attached **(A/CP)**
  - 4/13/98 Internal document of GMM regarding legal fees **(WP)**

- IHI – Canada – Insignia – Vancouver Canada Lease

  - 11/26/97 handwritten notes GMM **(WP)**

- Coeco Copier Contract with IHI

  - faxed communication from Wood & Francis to IHI with handwritten notations from GMM **(A/CP)**

- IHI – Carolina Place, Suite 275 – Assignment from Sokol

  - 11/20/97 IHI Memo from GMM to JB with attachments **(A/CP)**
  - 11/20/97 IHI Memo from GMM to JB with handwritten note from JB and attachment **(A/CP)**
  - 6/17/97 correspondence from GMM to DH **(A/CP)**
  - 3/19/98 Internal document GMM regarding rent **(WP)**

- IHI – SSFB – One Associates Lease

76

- GMM copy of email transmission sent to Debra Blevins, DH and cc JB **(A/CP)**
- 2/10/98 Inter-Office Memorandum from DH to GMM with attachments **(A/CP)**
- 2/10/98 Inter-Office Memorandum from DH to GMM with attachments **(A/CP)**
- 6/5/97 handwritten notes of GMM draft lease agreement by and between SSFB One Associates, Lessor and International Heritage, Inc., Lessee with miscellaneous handwritten notes attached **(WP)**

- Leases, Property and Equipment

  - 10/5/97 copy of handwritten note from GMM to Vector Lease and original draft Second Amendment to Lease **(WP)**
  - 5/16/97 draft Second Amendment to Lease with handwritten notes from GMM **(WP)**
  - 5/8/97 faxed communication from DH to GMM **(A/CP)**
  - 5/12/97 handwritten note from GMM to DH **(WP)**
  - 5/9/97 handwritten notes GMM **(WP)**
  - 3/26/97 Memo from GMM to DH **(A/CP)**
  - Undated handwritten notations regarding various litigations concerning SVE – appears to be handwriting of BEW **(WP)**
  - 5/8/97 faxed communication from DH to BEW **(A/CP)**
  - 5/21/97 faxed communication from BEW to DH **(A/CP)**
  - 5/13/97 handwritten notes of BEW **(WP)**
  - Miscellaneous handwritten notes **(WP)**

- Sky Mart Condominium Lease – Mississauga, Canada

  - 2/2/98 IHI Memo from GMM to Bob Chommers with handwritten notes of GMM attached and additional attachments **(A/CP)**
  - 2/2/98 IHI Memo from GMM to DH with attachments **(A/CP)**
  - 1/16/98 IHI Memo from GMM to Bob Chommers with cc Derek Striker **(A/CP)**
  - 1/16/98 faxed communication from GMM to Bob Chommers **(A/CP)**
  - 1/9/98 handwritten notes GMM **(WP)**
  - Miscellaneous handwritten notes GMM **(WP)**
  - 3/26/97 handwritten notes GMM **(WP)**
  - 5/12/97 handwritten notes GMM **(WP)**

**96W342I 089**

- SEC v. IHI – First Set of Interrogatories

  - Copy of Plaintiff First Interrogatories and Request for Production to Defendant in the L.C. Gilbert v. IHI Matter **(WP)**
  - 8/21/98 correspondence from GMM to RB and BEW with significant original attachments **(A/CP)**
  - 10/13/98 correspondence from GMM to BEW and RB marked Confidential Attorney Work Product with attachments **(A/CP)**
  - 9/17/98 facsimile communication from GMM to RB **(A/CP)**
  - 8/28/98 facsimile communication from BEW to GMM **(A/CP)**
  - 8/10/98 correspondence from GMM to RB **(A/CP)**

77

- 8/10/98 correspondence from GMM to LS with attachments **(A/CP)**
- 7/28/98 memorandum from SVE to BEW re discovery requests attorney-client privileged-confidential **(A/CP)**
- 6/30/98 correspondence from GMM to RB **(A/CP)**
- 7/1/98 correspondence from GMM to RB with attachments **(A/CP)**
- 6/29/98 faxed correspondence from RB to GMM **(A/CP)**
- 6/29/98 faxed correspondence from GMM to RB **(A/CP)**
- Copy of Plaintiff's First Set of Interrogatories to Defendant International Heritage, Inc. with Request to Produce in SEC v. IHI, et al. litigation **(A/CP)**
- 6/26/98 GMM copy of email transmission from Kevin Jones to GMM **(A/CP)**
- 6/9/98 IHI Memo from GMM to Susan Beasley, DH, Kevin Jones, Dawn McIntyre, Kenneth Rudd with attachment **(A/CP)**
- 6/9/98 correspondence from GMM to RB **(A/CP)**

- SEC v. IHI   Second Request to Produce

  - 9/24/98 correspondence from GMM to AEF with attachments **(A/CP)**
  - 9/17/98 correspondence from GMM to RB marked Confidential Attorney Work Product with attachment **(A/CP)**
  - 9/15/98 handwritten notes of GMM **(WP)**
  - 9/3/98 facsimile communication from RB to GMM **(A/CP)**
  - 8/28/98 facsimile correspondence from BEW to GMM **(A/CP)**
  - 8/28/98 facsimile correspondence from BEW to GMM **(A/CP)**
  - 8/21/98 correspondence from GMM to AEF **(A/CP)**
  - 8/10/98 facsimile correspondence from AEF to GMM **(A/CP)**
  - 7/27/98 IHI Memo from Kevin Jones to GMM cc Robin Land **(A/CP)**
  - 7/27/98 IHI Memo from Kevin Jones to GMM cc Robin Land **(A/CP)**
  - 7/2/98 correspondence from GMM to RB **(A/CP)**
  - 6/18/98 IHI Memo from GMM to Jeff Hooks, Rob Hukezalie, Kevin Jones, Dawn McIntyre, CR, Kenneth Rudd, Derek Striker marked Confidential Attorney Work Product **(A/CP)**
  - 6/18/98 IHI Memo from GMM to Jeff Hooks, Rob Hukezalie, Kevin Jones, Dawn McIntyre, CR, Kenneth Rudd, Derek Striker marked Confidential Attorney Work Product with attachment **(A/CP)**
  - 6/15/98 faxed correspondence from RB to GMM and JB **(A/CP)**
  - 8/10/98 facsimile correspondence from AEF to GMM **(A/CP)**
  - 7/30/98 correspondence from RB to GMM with attachments **(A/CP)**
  - 7/27/98 correspondence from GMM to RB with attachments **(A/CP)**
  - 7/31/98 GMM copy of email transmission from Dawn McIntyre and GMM **(A/CP)**
  - GMM copy of email transmission to Gary Williams **(A/CP)**

- Attorney Notes – SEC Action – G. Mollick

  - 8/24/98 handwritten notes GMM **(WP)**
  - 8/3/98 handwritten notes GMM **(WP)**
  - 8/18/88 handwritten notes GMM **(WP)**
  - 7/29/98 handwritten notes GMM **(WP)**
  - Miscellaneous handwritten notes GMM **(WP)**

- 3/21/98 Listing of items transported by airplane **(WP)**
- 3/21/98 Copy of correspondence from Herbert Towning to JB **(A/CP)**
- 3/19/98 facsimile correspondence from RB to BEW **(A/CP)**
- 3/20/98 facsimile communication from LWB to GMM **(A/CP)**
- 3/20/98 facsimile communication from LWB to GMM **(A/CP)**
- 3/19/98 handwritten notes GMM **(WP)**
- 3/19/98 handwritten notes GMM **(WP)**
- 3/19/98 faxed communication from GMM to BEW **(A/CP)**
- 3/18/98 handwritten notes GMM **(WP)**
- 3/17/98 handwritten notes GMM **(WP)**
- List stating contents of file cabinet drawers for GMM Legal Department **(WP)**
- Miscellaneous handwritten notes GMM **(WP)**

- Securities and Exchange Commission v. IHI, et al. – Discovery

  - 9/22/98 Correspondence from BEW to GMM cc JB, SVE, LS, CS and RB **(A/CP)**
  - 9/23/98 GMM copy of email transmission from Mr. Nunez to AEF cc GMM **(A/CP)**
  - 9/28/98 GMM copy of email transmission from Husto Nunez to AEF cc GMM **(A/CP)**
  - 9/23/98 GMM copy of email transmission from Husto Nunez to AEF cc GMM **(A/CP)**
  - 8/21/98 correspondence from GMM to RB and BEW with significant attachments **(A/CP)**

- Discovery File No. 2

  - 7/30/98 Correspondence from GMM to BEW with significant attachments

## BOX 96W342I 095

- Miscellaneous Documents

  - 5/29/98 Large white envelope containing correspondence from CR to BEW with attachments **(A/CP)**
  - 6/16/97 correspondence from BEW to Dan Applewhite cc SVE and AS with attachments **(A/CP)**
  - 5/2/97 Envelope from Wyrick, Robbins, Yates & Ponton to BEW containing correspondence from FDB, BEW to Chrisine Lanning, Department of Justice, Consumer Protection Division **(A/CP)**

- Information on Dr. King

  - 5/22/97 facsimile correspondence from JAB to BEW

## BOX 96W342I 096

- Miscellaneous Documents

  - 10/22/97 Correspondence from BEW to Robert E. Zaytoun, Esq. with attachments cc SVE, JB and CR **(A/CP)**

79

- Info on Dr. Green

  - 6/19/97 facsimile correspondence from BEW to SVE cc CR and Garrick Francis **(A/CP)**
  - 6/19/97 facsimile correspondence from BEW to SVE cc CR and Garrick Francis **(A/CP)**
  - 6/19/97 facsimile correspondence from BEW to SVE cc CR and Garrick Francis **(A/CP)**
  - 6/19/97 facsimile correspondence from Mary Barton Ivers, IHI employee, to BEW **(A/CP)**

- Destiny Telecom

  - 8/4/97 correspondence from BEW to JB with attachment

- IHI – Attorney Notes

  - 5/28/97 facsimile correspondence from FDB to CTF, SVE and RSH **(A/CP)**
  - Miscellaneous handwritten notes BEW **(WP)**
  - 4/25/96 Partial draft of correspondence to Christine Lanning **(WP)**
  - 5/15/97 Miscellaneous notes **(WP)**
  - 5/1/97 Miscellaneous notes **(WP)**

- Research

  - 5/8/97 Memorandum from Julie L. Bell to CTF with attachments **(WP) (A/CP)**

- Correspondence

  - 5/28/97 facsimile correspondence from CTF to AW **(A/CP)**
  - Memorandum from Julie Bell to CTF, BEW, GMM, Margie Hall and Elaine Tarkington **(A/CP) (WP)**
  - 6/10/97 Correspondence from CTF to SVE cc BEW **(A/CP)**
  - 6/10/97 Correspondence from BEW to B. Davis Horne, Jr., Esq. with attachment **(A/CP)**
  - 6/6/97 facsimile correspondence from JAB to CTF **(A/CP)**
  - 6/13/97 correspondence from CTF to SVE cc BEW and GMM with attachment **(A/CP)**
  - 6/2/97 facsimile correspondence from CTF to CR **(A/CP)**

- IHI Correspondence

  - 6/23/97 correspondence from CTF to SVE cc BEW and GMM **(A/CP)**
  - 6/2/97 facsimile correspondence from CTF to CR **(A/CP)**
  - 5/29/97 facsimile correspondence from CTF to AW **(A/CP)**
  - 5/23/97 correspondence from BEW to Robert E. Zaytoun cc SVE and CTF with attachment **(A/CP)**
  - 5/22/97 correspondence from CTF to SVE **(A/CP)**
  - 5/22/97 facsimile correspondence from James W. Kurr to CTF **(A/CP)**
  - 5/20/97 Memorandum from B. Davis Horne, Jr. and James W. Kurr, II to SVE, BEW and CTF marked Attorney-Client Privileged and Confidential **(A/CP)**
  - 5/16/97 correspondence from CTF to SVE **(A/CP)**

- 5/13/97 facsimile correspondence from CTF to James W. Kurr **(A/CP)**
- 5/12/97 facsimile correspondence from AW to BEW **(ACP)**
- 5/8/97 correspondence from CTF to B. Davis Horne **(A/CP)**
- 5/8/97 IHI note from CR and AS to Dave Horne, BEW and FDB **(A/CP)**
- 5/6/97 facsimile correspondence from BEW to SVE **(A/CP)**
- 5/5/97 facsimile correspondence from JAB to CTF **(A/CP)**
- 5/1/97 facsimile correspondence from Dan Applewhite to AS cc BEW and CTF **(A/CP)**
- 5/1/97 correspondence from CR to BEW cc SVE and JB with attachments **(A/CP)**
- 5/1/97 facsimile correspondence from Dan Applewhite to CTF **(A/CP)**
- 5/1/97 facsimile correspondence from Dan Applewhite to BEW **(A/CP)**
- 5/1/97 correspondence from CR to BEW with attachment cc SVE and JB **(A/CP)**
- 5/1/97 facsimile correspondence from Dan Applewhite to BEW **(A/CP)**
- 5/1/97 facsimile correspondence from Dan Applewhite to BEW **(A/CP)**
- 4/30/97 facsimile correspondence from JAB to SVE and FDB **(A/CP)**

### BOX 96W342I 097

- IHI/NC Attorney General/Info on First Report

  - 9/18/98 correspondence from CR to BEW cc SVE, JB, FDB and JAB with attachments **(A/CP)**
  - 8/21/97 facsimile correspondence from CR to BEW **(A/CP)**
  - 9/8/97 facsimile correspondence from IHI to BEW **(A/CP)**
  - 8/22/97  Triangle Business Journal article regarding Alan Hirsch **(WP)**
  - 8/15/97 IHI Independent Rep Order List with handwritten notes **(WP)**
  - 9/18/97 IHI/NCAG/August Report Info -- information compilation with some handwritten notations **(WP)**
  - 1 floppy diskette entitled "NCAG July Report – IHI/NCAG" **(WP)**

- Louisiana Statute

  - 2/23/98 facsimile correspondence from Jennifer Gruver, IHI employee, to Elaine Tarkington **(A/CP)**

- Miscellaneous Documents

  - 11/14/97 correspondence from CR to BEW cc JB and FDB with attacments **(A/CP)**
  - 1/22/97 envelope from IHI to BEW containing the following documents: **(A/CP)**
  - 1/7/98 correspondence from CR to Calvin Michael Ward cc GMM, FDB, BEW **(A/CP)**
  - 11/12/97 correspondence from Peter Scanlon to Lynn Yates cc JAB, FDB **(A/CP)**
  - 1/15/97 correspondence from CR to BEW cc JB, FDB and DH **(A/CP)**
  - 1/9/98 correspondence from CR to Alabama Attorney General's Office re  Charles B. Hughes cc FDB and BEW
  - 11/20/97 correspondence from CR to Shirley Turner, Better Business Bureau re Annie Hidalgo cc FDB, BEW
  - Sealed correspondence from Wood & Francis, PLLC to SVE **(A/CP)**
  - Sealed correspondence from Wood & Francis, PLC to JB **(A/CP)**
  - Sealed correspondence from Wood & Francis, PLLC to CR **(A/CP)**

- 2/23/2000 facsimile correspondence from Sanford Holshouser to Wood & Francis, PLLC (A/CP)
- 2/17/98 white envelope from IHI to BEW containing the following correspondence: 3/24/98 facsimile correspondence from BEW to CTF or BEW at Kutuck, Rock – NOTE: facsimile is 47 pages in length and relates to North Carolina Attorney General complaints (A/CP)
- 2/17/98 postmarked white envelope from IHI to BEW containing the following: 2/3/98 approximately 15 correspondences from CR to Peter Lawson, North Carolina Attorney General's Office concerning various IHI independent retail sales representatives (A/CP)
- 2/3/98 correspondence from Peter D. Scanlon to Robert Hoker, Jr. cc CR, FDB, BEW (A/CP)
- 2/3/98 correspondence from CR to Rhonda Barber, Alabama Attorney General's Office re Stan Kilabrew (A/CP)*
- 2/2/98 correspondence from CR to Rhonda Barber re Barbara Allen (A/CP) *
- 2/2/98 approximately three additional letters from CR to Rhonda L. Barber (A/CP) *
- 1/6/98 correspondence from CR to Charlene Lackman, Missouri Attorney General's Office re Renee Doane (A/CP) *
- 1/6/97 postmarked white envelope from IHI to BEW – this envelope contains the following: 1/2/98 approximately 16 letters from CR to Peter H. Lawson regarding various IHI independent sales representatives (A/CP)
- 12/30/97 letter from CR to Amy E. Elliott, Kansas Attorney General's Office regarding Christine M. Denning (A/CP) *
- 12/29/97 letter from CR to Peter Lawson re Lisa Tighe (A/CP) *
- 12/30/97 letter from CR to Shirley A. Turner, Better Business Bureau, re Michael Cordova (A/CP) *
- 12/30/97 three letters from CR to Peter Lawson re independent sales reps for IHI (A/CP)
- 12/30/97 correspondence from CR to Rhonda L. Barber (A/CP) *
- 12/29/97 correspondence from Peter Scanlon to James DePriest, Arkansas Attorney General's Office (A/CP) *
- 12/29/97 15 letters from CR to Peter Lawson re various independent sales reps of IHI (A/CP)
- 12/19/97 correspondence from CR to Shirley A. Turner (A/CP) *
- 11/20/97 correspondence from CR to Peter Lawson re Imagene Cease (A/CP) *
- 12/19/97 two letters from CR to Peter Lawson regarding various IHI sales reps (A/CP) *
- 12/16/97 letters from CR to Peter Lawson regarding various IHI sales reps (A/CP) *
- 12/22/97 28 letters from CR to Peter Lawson re various IHI sales reps (A/CP) *
- 12/16/97 correspondence from CR to Peter Lawson re Paul Hibbits, Jr. (A/CP) *
- 12/15/97 correspondence from CR to Peter Lawson re Randall Bobbitt (A/CP) *
- 12/12/97 correspondence from CR to Amy E. Elliott, Kansas Attorney General' Office (A/CP) *
- 12/12/97 correspondence from CR to Rhonda Barber re Jamie Baker (A/CP) *
- 12/10/97 approximately nine letters from CR to Peter Lawson re various IHI sales reps (A/CP) *
- 12/10/97 correspondence from CR to Shirley A. Turner (A/CP) *
- 12/10/97 correspondence from CR to Rhonda Barber re June Stephens (A/CP) *
- 12/10/97 correspondence from CR to Rhonda Barber re Martha Osbourne (A/CP) *
- 12/8/97 approximately 10 letters from CR to Peter Lawson re various IHI sales reps (A/CP) *

82

- 12/8/97 correspondence from CR to Peter Lawson re Scott Hutson **(A/CP)** *
- 12/10/97 seven letters from CR to Peter Lawson re various IHI sales reps **(A/CP)** *
- 11/20/97 correspondence from CR to Peter Lawson re Jimmy Keener **(A/CP)** *
- 12/8/97 correspondence from CR to Peter Lawson re Shirley Hassell **(A/CP)** *
- 12/8/97 correspondence from CR to Rhonda Barber re Beverly Montgonery **(A/CP)** *
- 12/9/97 correspondence from CR to Rhonda Barber re Joyce Bigham **(A/CP)** *
- 12/1/97 approximately seven letters from CR to Rhonda Barber re various IHI sales reps **(A/CP)** *
- 12/8/97 correspondence from CR to Shirley A. Turner **(A/CP)** *
- 12/8/97 correspondence from CR to Shirley A. Turner **(A/CP)** *
- 12/2/97 correspondence from CR to Peter Lawson re Juston Seglem **(A/CP)** *
- 11/25/97 postmarked envelope from IHI to BEW containing the following: **(A/CP)** *
- 11/20/97 seven letters from CR to Peter Lawson re various IHI sales reps **(A/CP)** *
- 11/21/97 correspondence from CR to Shannon Mossburg, Consumer Representative, Attorney General of Washington re David K. Lau **(A/CP)** *
- 11/20/97 correspondence from CR to Shirley A. Turner re Jean Lewis **(A/CP)** *
- 11/20/97 four letters from CR to Rhonda Barber re various IHI sales rep **(A/CP)** *

- Correspondence 1 (First File)

  - 5/5/97 correspondence from JAB to SVE cc FDB, CTF with attachment **(A/CP)**
  - 5/5/97 facsimile correspondence from JAB to SVE and FDB **(A/CP)**
  - 5/5/97 facsimile correspondence from JAB to SVE and JB cc FDB, CTF **(A/CP)**
  - 5/4/97 facsimile correspondence from JAB to FDB, SVE and CTF **(A/CP)**
  - 5/2/97 facsimile correspondence from JAB to BEW **(A/CP)**
  - 5/2/97 facsimile correspondence from BEW to FDB **(A/CP)**
  - 5/1/97 facsimile correspondence from FDB to BEW **(A/CP)**
  - 5/1/97 facsimile correspondence from AS to BEW **(A/CP)**
  - 5/1/97 correspondence from CR to BEW **(A/CP)**
  - 4/29/97 facsimile correspondence from AS to BEW **(A/CP)**
  - 2/26/97 memorandum from AS to FDB **(A/CP)**
  - 4/3/97 facsimile correspondence from FDB to JAB cc SVE and AS **(A/CP)**

- Correspondence 2 (First File)

  - 5/16/97 memorandum from GMM to Management of IHI **(A/CP)**
  - 5/16/97 facsimile correspondence from CTF to SVE **(A/CP)**
  - 5/15/97 facsimile correspondence from BEW to AW **(A/CP)**
  - 5/14/97 facsimile correspondence from James Kurr to CTF **(A/CP)**
  - 5/15/97 facsimile correspondence from BEW to SVE **(A/CP)**
  - 5/14/97 correspondence from BEW to B. Davis Horne, Esq. **(A/CP)**
  - 5/13/97 facsimile correspondence from CTF to James Kurr, Esq. **(A/CP)**
  - 5/12/97 correspondence from JAB to SVE and BEW **(A/CP)**
  - 5/12/97 facsimile correspondence from SVE to JAB, Al Barbara, Steven Barron, FDB, Davon Brown, CTF, RSH, B. Davis Horne, IHI Board of Directors, James Kurr, Patrick Kolnick, GMM, CR, BEW and Steven Wohlofsky(?) **(A/CP)**
  - 5/9/97 IHI Memo from AS to BEW, FDB and JAB **(A/CP)**

- 5/9/97 facsimile correspondence from JAB to BEW **(A/CP)**
- 5/9/97 correspondence from JAB to BEW **(A/CP)**
- 4/97 JAB article on Government Regulation **(A/CP)**
- 5/9/97 facsimile correspondence from JAB to SVE cc FDB and BEW **(A/CP)**
- 5/9/97 facsimile correspondence from JAB to BEW **(A/CP)**
- 4/29/97 facsimile correspondence from AS to BEW re letter from Christine Lanning to FDB **(A/CP)**
- 5/9/97 facsimile correspondence from BEW to SVE **(A/CP)**
- 5/29/97 IHI Memo from AS to BEW, FDB, JAB, Dave Horne and Jim Kurr **(A/CP)**
- 5/8/97 draft of letter from B. Davis Horne to Mike F. Easley **(A/CP)**
- 5/8/97 facsimile corespondence from CR and AS to Dave Horne, BEW and FDB **(A/CP)**
- 5/7/97 facsimile correspondence from Pam King Keener of Wyrick, Robbins to BEW **(A/CP)**
- 5/7/97 facsimile correspondence from IHI to BEW re letter from SVE to B. Davis Horne **(A/CP)**
- 5/7/97 draft letter from B. Davis Horne to Mike Easley with handwritten notes from BEW **(WP)**
- 5/6/97 facsimile correspondence from CR to BEW **(A/CP)**

- Correspondence 1 (Second File)

  - 5/27/97 facsimile correspondence from BEW to SVE **(A/CP)**
  - 5/27/97 facsimile correspondence from AW to BEW **(A/CP)**
  - 5/29/97 facsimile correspondence from CR to BEW **(A/CP)**
  - 5/29/97 facsimile correspondence from CR to BEW **(A/CP)**
  - 5/29/97 facsimile correspondence from CR to BEW **(A/CP)**
  - 6/2/97 facsimile correspondence from BEW to RSH **(A/CP)**
  - 6/2/98 facsimile correspondence from BEW to CR **(A/CP)**

- Correspondence 2 (Second File)

  - 5/23/97 facsimile correspondence from BEW to SVE **(A/CP)**
  - 5/23/97 facsimile correspondence from BEW to AW **(A/CP)**
  - 5/23/97 facsimile correspondence from BEW to FDB **(A/CP)**
  - 5/23/97 correspondence from BEW to B. Davis Horne, Esq. **(A/CP)**
  - 5/23/97 facsimile correspondence from BEW to JAB **(A/CP)**
  - 5/23/97 correspondence from BEW to Robert E. Zaytoun, Esq. **(A/CP)**
  - 5/14/97 correspondence from BEW to Alan S. Hirsch, North Carolina Attorney General re IHI with attachment **(A/CP)** *
  - 5/23/97 facsimile correspondence from BEW to SVE **(A/CP)**
  - 5/23/97 correspondence from BEW to B. Davis Horne **(A/CP)**
  - 5/23/97 correspondence from BEW to Alan Hirsch and Christine Lanning with attachment **(A/CP)**
  - 5/22/97 facsimile correspondence from JAB to BEW **(A/CP)**
  - 5/22/97 facsimile correspondence from James Y. Kurr to BEW **(A/CP)**
  - 5/22/97 facsimile correspondence from BEW to JAB **(A/CP)**
  - 5/22/97 facsimile correspondence from BEW to SVE **(A/CP)**
  - 5/22/97 facsimile correspondence from JAB to BEW **(A/CP)**

84

- 5/22/97 facsimile correspondence from James Kurr to BEW **(A/CP)**
- 5/21/97 facsimile correspondence from JAB to JB cc BEW, FDB with attachment **(A/CP)**
- 5/21/97 facsimile correspondence from JAB to BEW **(A/CP)**
- 5/21/97 facsimile correspondence from SVE to BEW **(A/CP)**
- 5/20/97 Memorandum from B. Davis Horne and James Y. Kurr to SVE, BEW and CTF marked Attorney-Client Privileged and Confidential **(A/CP)**

**BOX 96W3421 099**

- SEC v. IHI – Correspondence 10

  - 8/27/98 faxed correspondence from Betina Lawton to BEW **(A/CP)**
  - 8/26/98 Memo from Rob Hukezalie to CR **(A/CP)**
  - 8/26/98 correspondence from AEF to Gary Racer **(A/CP)**
  - 8/25/98 facsimile correspondence from BEW to SVE, JB **(A/CP)**
  - 8/22/98 facsimile correspondence from SVE to BEW **(A/CP)**
  - 8/21/98 correspondence from GMM to AEF cc BEW **(A/CP)**
  - 8/21/98 correspondence from GMM to AEF cc BEW **(A/CP)**
  - 8/20/98 facsimile correspondence from GMM to BEW **(A/CP)**
  - 8/20/98 correspondence from GMM to Lloyd Whitaker **(A/CP)**
  - 8/19/98 facsimile correspondence from CR to Liz at (404) 222-4654 **(A/CP)**
  - 8/19/98 facsimile transmission from GMM to BEW **(A/CP)**
  - 8/19/98 facsimile transmission from GMM to David Gellon **(A/CP)**
  - 8/19/98 correspondence from AEF to RB **(A/CP)**
  - 8/19/98 BEW copy of correspondence from CR to Lloyd Whitaker with cc to SVE and GMM **(A/CP)**
  - 8/19/98 facsimile correspondence from David Gellon to BEW **(A/CP)**
  - 8/18/98 facsimile correspondence from MV to BEW **(A/CP)**
  - 8/17/98 facsimile correspondence from RB to BEW **(A/CP)**
  - 8/14/98 facsimile correspondence from Betina Lawton to BEW **(A/CP)**
  - 8/14/98 facsimile correspondence to Michael Wolensky to BEW, Lloyd Whitaker, ___ Passick, Alex _____ **(A/CP)**
  - 8/12/98 facsimile correspondence from Betina Lawton to BEW **(A/CP)**
  - 8/11/98 facsimile correspondence from BEW to SVE **(A/CP)**
  - 8/11/98 correspondence from BEW to GMM **(A/CP)**
  - 8/10/98 memorandum from AEF to BEW **(A/CP)**
  - 8/10/98 correspondence from GMM to RB cc BEW **(A/CP)**
  - 8/10/98 correspondence from GMM to LS **(A/CP)**
  - 8/10/98 facsimile from BEW to RB **(A/CP)**
  - 8/10/98 facsimile correspondence from BEW to RB **(A/CP)**
  - 8/6/98 facsimile correspondence from BEW to RB **(A/CP)**
  - 8/6/98 facsimile correspondence from BEW to RB **(A/CP)**
  - 8/6/98 correspondence from BEW to RB **(A/CP)**
  - 8/4/98 facsimile correspondence from MV to BEW **(A/CP)**
  - 8/3/98 correspondence from GMM to BEW marked Confidential Attorney Work Produce with encloses cc CR and RB without enclosures **(A/CP)**

- SEC v. IHI Correspondence #9

- 7/31/98 facsimile correspondence from Michael Wolensky to BEW **(A/CP)**
- 7/29/98 correspondence from BEW to GMM marked Attorney-Client Privileged **(A/CP)**
- 7/29/98 facsimile correspondence from BEW to RB with enclosures **(A/CP)**
- 7/29/98 facsimile correspondence from BEW to SVE **(A/CP)**
- 7/29/98 correspondence from BEW to GMM **(A/CP)**
- 7/29/98 facsimile correspondence from BEW to RB with enclosure **(A/CP)**
- 7/29/98 facsimile correspondence from BEW to SVE cc GMM, AEF **(A/CP)**
- 7/30/98 correspondence from GMM to BEW **(A/CP)**
- 7/30/98 correspondence from RB to GMM **(A/CP)**
- 7/29/98 correspondence from BEW to GMM **(A/CP)**
- 7/29/98 facsimile correspondence from BEW to RB **(A/CP)**
- 7/29/98 facsimile correspondence from BEW to RB **(A/CP)**
- 7/28/98 memorandum from SVE to BEW re discovery requests Attorney-Client Privileged -- Confidential **(A/CP)**
- 7/28/98 correspondence from BEW to Rob Hukezalie **(A/CP)**
- 7/28/98 facsimile correspondence from BEW to JB, SVE **(A/CP)**
- 7/27/98 correspondence from GMM to RB cc BEW **(A/CP)**
- 7/28/98 facsimile correspondence from RB to BEW and GMM **(A/CP)**
- 7/27/98 correspondence from BEW to Rob Hukezalie **(A/CP)**
- 7/27/98 correspondence from BEW to Rob Hukezalie cc JB and GMM **(A/CP)**
- 7/23/98 facsimile transmission from CR to BEW **(A/CP)**
- 7/23/98 facsimile correspondence from BEW to JB and CR **(A/CP)**
- 7-23-98 facsimile correspondence from BEW to MV **(A/CP)**

- SEC v. IHI Correspondence #7

- 7-23-98 facsimile correspondence from BEW to CR **(A/CP)**
- 7-22-98 facsimile correspondence from RB to BEW, SVE and GMM **(A/CP)**
- 7-21-98 facsimile correspondence from Shannon Zeko to BEW **(A/CP)**
- 7-21-98 facsimile correspondence from RB to BEW **(A/CP)**
- 7-21-98 facsimile correspondence from RB to BEW and FBD **(A/CP)**
- 7-20-98 three separate facsimile correspondences from RB to BEW **(A/CP)**
- 7-17-98 BEW copy of draft letter from CR to Lloyd Whitaker with handwritten edits **(A/CP)**
- 7-16-98 facsimile correspondence from RB to BEW **(A/CP)**
- 1-16-98 facsimile correspondence from SVE to BEW **(A/CP)**
- 7-15-98 facsimile correspondence from BML to DL, cc'd BEW **(A/CP)**
- 7-14-98 facsimile correspondence from BEW to Susan Halpern **(A/CP)**
- 7-14-98 facsimile correspondence from Theodore Sonde to CTF **(A/CP)**
- 7-13-98 facsimile correspondence from BML to BEW **(A/CP)**
- 7-13-98 facsimile correspondence from BEW to GMM **(A/CP)**
- 7-9-98 facsimile correspondence from Dave Gellan to BEW **(A/CP)**
- 7-8-98 facsimile correspondence from Elaine Tarkington for BEW to CS **(A/CP)**
- 7-2-98 facsimile correspondence from BEW to RB **(A/CP)**
- 7-2-98 facsimile correspondence from FDB to BEW **(A/CP)**
- 7-2-98 correspondence from GMM to RB **(A/CP)**
- 7-2-98 facsimile correspondence from BEW to RB **(A/CP)**

- 7-1-98 facsimile correspondence from BEW to RB **(A/CP)**
- 7-1-98 two facsimile correspondences from BEW to RB **(A/CP)**
- 6-30-98 facsimile correspondence from BEW to RB **(A/CP)**
- 6-30-98 correspondence from GMM to RB cc'd BEW with attachment **(A/CP)**
- 6-30-98 facsimile correspondence from RB to BEW **(A/CP)**
- 6-30-98 facsimile correspondence from GMM to BEW **(A/CP)**
- 6-29-98 facsimile correspondence from John Austin to GMM **(A/CP)**
- 6-29-98 facsimile correspondence from RB to BEW & JB **(A/CP)**
- 6-25-98 facsimile correspondence from BEW to Dave Gellan **(A/CP)**
- 6-25-98 facsimile correspondence from Dave Gellan to BEW **(A/CP)**
- 6-25-98 facsimile correspondence from CR to BEW **(A/CP)**
- 6-24-98 two facsimile correspondences from BEW to RB **(A/CP)**
- 6-28-98 facsimile correspondence from AW to BEW **(A/CP)**
- 6-18-98 facsimile correspondence from AW to BEW **(A/CP)**
- 6-9-98 IHI memo from GMM to Susan Beasley, DH, Kevin Jones, Dawn McIntyre, Kenneth Rudd re: CC v IHI litigation **(A/CP)**
- 6-4-98 facsimile correspondence from BEW to Joel Piassick **(A/CP)**
- 6-2-98 facsimile correspondence from RB to BEW, FDB and SVE **(A/CP)**
- 6-2-98 correspondence from RB to SVE, cc'd to Michael Wolinsky, David Gellan, BEW and Ted Sonde **(A/CP)**

- SEC v. IHI Correspondence #6

  - 6-2-98 facsimile correspondence from BEW to Rob Hukezalie **(A/CP)**
  - 6-2-98 facsimile correspondence from BEW to Dave Boyette re: IHI cc'd to RB and Rob Hukezalie **(A/CP)**
  - 5-28-98 correspondence from BEW to Rob Hukezalie with enclosure **(A/CP)**
  - 5-28-98 correspondence from BEW to Dave Gellan **(A/CP)**
  - 5-26-98 facsimile correspondence from GMM to BEW **(A/CP)**
  - 5-22-98 correspondence from BML to BEW cc'd Rob Hukezalie with enclosure **(A/CP)**
  - 5-22-98 correspondence from BEW to Douglas Lang of Gardere & Wynn **(A/CP)**
  - 5-21-98 facsimile correspondence from "the Queen" to BEW on Wood & Francis stationary **(A/CP)**
  - 5-20-98 facsimile correspondence from RB to FDB, SVE, BEW and Ted Sonde **(A/CP)**
  - 5-19-98 correspondence from BEW to RB **(A/CP)**
  - 5-19-98 correspondence from BEW to JB **(A/CP)**
  - 5-19-98 facsimile correspondence from Dennis Loveless, attorney, to BEW **(A/CP)**
  - 5-18-98 facsimile correspondence from BEW to Rob Hukezalie **(A/CP)**
  - 5-18-98 facsimile correspondence from BEW to RB **(A/CP)**
  - 5-18-98 correspondence from BEW to RB w/ enclosures cc'd to JB **(A/CP)**
  - 5-18-98 facsimile correspondence from BEW to Rob Hukezalie **(A/CP)**
  - 5-18-98 facsimile correspondence from BEW to GMM **(A/CP)**
  - 5-15-98 facsimile correspondence from MV to DH cc'd to BEW and Jim Henry **(A/CP)**
  - 5-14-98 facsimile correspondence from MV to DH cc'd to BEW **(A/CP)**
  - 5-14-98 facsimile correspondence from CR to BEW **(A/CP)**
  - 5-13-98 facsimile correspondence from BEW to Rob Hukezalie **(A/CP)**
  - 5-12-98 facsimile correspondence from FDB to BEW **(A/CP)**
  - 5-12-98 correspondence from BML to CS, cc'd to BEW **(A/CP)**

- 5-12-98 correspondence from BML to SVE, cc'd to BEW **(A/CP)**
- 5-12-98 correspondence from BML to LS, cc'd to BEW **(A/CP)**
- 5-11-98 facsimile correspondence from Theodore Sonde to BEW **(A/CP)**
- 5-11-98 facsimile correspondence from BEW to Rob Hukezalic **(A/CP)**
- 5-11-98 facsimile correspondence from BEW to Rob Hukezalic **(A/CP)**
- 5-11-98 facsimile correspondence from Theodore Sonde to BEW **(A/CP)**
- 5-8-98 facsimile correspondence from BML to BEW **(A/CP)**
- 5-8-98 facsimile correspondence from BML to DH cc'd BEW **(A/CP)**

- SEC v. IHI Correspondence # 5

  - 5-8-98 facsimile transmission from BEW to JB, SVE, CR **(A/CP)**
  - 5-7-98 correspondence from RB to BEW with enclosure **(A/CP)**
  - 5-7-98 correspondence from CR to BEW cc'd SVE and JB **(A/CP)**
  - 5-7-98 facsimile correspondence from RB to BEW and SVE **(A/CP)**
  - 5-6-98 facsimile correspondence from BEW to CR **(A/CP)**
  - 5-6-98 facsimile correspondence from Douglas Lang to BEW **(A/CP)**
  - 5-5-98 facsimile correspondence from BEW to RB **(A/CP)**
  - 5-4-98 facsimile correspondence from BEW to Rob Hukezalie cc'd JB and GMM **(A/CP)**
  - 5-4-98 facsimile correspondence from GMM to RSH, BEW and RWB **(A/CP)**
  - 5-4-98 facsimile correspondence from BEW to Rob Hukezalie **(A/CP)**
  - 5-1-98 correspondence from James Henry to BEW **(A/CP)**
  - 5-1-98 correspondence from BEW to BML **(A/CP)**
  - 5-1-98 facsimile correspondence from RB to JB **(A/CP)**
  - 5-1-98 correspondence from Craig Dalton to SVE and Mrs. Van Etten, cc'd CTF & BEW **(A/CP)**
  - 5-1-98 facsimile correspondence from RB to SVE and BEW **(A/CP)**
  - 5-1-98 facsimile correspondence from RB to SVE **(A/CP)**
  - 5-1-98 facsimile correspondence from GMM to BEW **(A/CP)**
  - 4-30-98 facsimile correspondence from Elaine Tarkington to BEW **(A/CP)**
  - 4-30-98 facsimile correspondence from Elaine Tarkington to BEW **(A/CP)**
  - 4-30-98 facsimile correspondence from BEW to RB **(A/CP)**
  - 4-28-98 facsimile correspondence from BEW to JB, SVE, CR **(A/CP)**
  - 4-29-98 facsimile correspondence from CR to BEW **(A/CP)**

- SEC v. IHI Correspondence # 4

  - 4-27-98 facsimile correspondence from BEW to JB **(A/CP)**
  - 4-27-98 facsimile correspondence from BEW to BML **(A/CP)**
  - 4-27-98 facsimile correspondence from BEW to BML cc'd JB, SVE, Rob Hukezalie, LS and CS **(A/CP)**
  - 4-27-98 facsimile correspondence from SVE to BEW **(A/CP)**
  - 4-24-98 facsimile correspondence from BML to BEW **(A/CP)**
  - 4-23-98 facsimile correspondence from BEW to BML **(A/CP)**
  - 4-21-98 facsimile correspondence from Mark Lane to SVE containing attorney-client communications from RSH and GMM **(A/CP)**
  - 4-21-98 facsimile correspondence from BEW to John Missing **(A/CP)**
  - 4-17-98 facsimile correspondence from Douglas Lang to BEW **(A/CP)**

- 4-17-98 facsimile correspondence from Douglas Lang to BEW **(A/CP)**
- 4-16-98 IHI memo from CR to JB and Pete Scanlon, cc'd BEW and FDB **(A/CP)**
- 4-15-98 facsimile correspondence from Theodore Sonde to BEW **(A/CP)**
- 4-15-98 facsimile correspondence from BEW to JB **(A/CP)**
- 4-15-98 facsimile correspondence from BEW to John Missing **(A/CP)**
- 4-15-98 correspondence from BEW to Theodore Sonde **(A/CP)**
- 4-14-98 facsimile correspondence from GMM to RSH, RB and BEW **(A/CP)**
- 4-14-98 correspondence from BEW to Doug Atkins of Gardere and Wynn **(A/CP)**
- 4-14-98 facsimile correspondence from AW to BEW **(A/CP)**
- 4-13-98 facsimile correspondence from GMM to RSH and BEW **(A/CP)**
- 4-13-98 correspondence from GMM to LWB, cc'd RB, RSH and BEW **(A/CP)**
- 4-13-98 facsimile correspondence from RB to BEW **(A/CP)**
- 4-13-98 facsimile correspondence from JB to BEW **(A/CP)**
- 4-13-98 facsimile correspondence from RB to BEW **(A/CP)**
- 4-10-98 correspondence from BEW to JB, cc'd Rob Hukezalie & Julie Bell **(A/CP)**
- 4-10-98 facsimile correspondence from Jeff Hooks to BEW **(A/CP)**
- 4-10-98 facsimile correspondence from BEW to JB **(A/CP)**
- 4-10-98 four facsimile correspondences from BEW to SVE **(A/CP)**
- 4-10-98 facsimile correspondence from BEW to CR **(A/CP)**
- 4-10-98 facsimile correspondence from BEW to Pete Scanlon **(A/CP)**
- 4-10-98 correspondence from BEW to RB **(A/CP)**
- 4-10-98 facsimile correspondence from AW to BEW **(A/CP)**
- 4-9-98 facsimile correspondence from LWB to GMM, cc'd BEW **(A/CP)**
- 4-9-98 facsimile correspondence from either IHI to LWB or from LWB to IHI **(A/CP)**
- 4-9-98 facsimile correspondence from BEW to RB **(A/CP)**

- SEC v. IHI Correspondence #3

  - 4-8-98 facsimile correspondence from BEW to RB **(A/CP)**
  - 4-8-98 facsimile correspondence from RB to BEW **(A/CP)**
  - 4-8-98 facsimile correspondence from Dave Gellan to BEW and FDB **(A/CP)**
  - 4-3-98 facsimile correspondence from Melissa of IHI to BEW **(A/CP)**
  - 4-3-98 facsimile correspondence from RB to BEW **(A/CP)**
  - 4-3-98 facsimile correspondence from AW to BEW **(A/CP)**
  - 4-3-98 facsimile correspondence from RB to BEW & FDB **(A/CP)**
  - 4-3-98 facsimile correspondence from BEW to CR **(A/CP)**
  - 4-3-98 facsimile correspondence from RB to BEW **(A/CP)**
  - 4-3-98 correspondence from GMM to BEW, cc'd SVE and JB **(A/CP)**
  - 4-3-98 correspondence from RB to BEW, cc'd Michael Wolosky **(A/CP)**
  - 4-3-98 facsimile correspondence from Steve Wolosky to GMM and Albert Barbera **(A/CP)**
  - 4-2-98 facsimile correspondence from BEW to SVE **(A/CP)**
  - 4-2-98 facsimile correspondence from BEW to Michael Wolosky **(A/CP)**
  - 4-2-98 facsimile correspondence from BEW to Gerald Jueutter, cc'd Michael Wolosky, SVE and GMM **(A/CP)**
  - 4-2-98 facsimile correspondence from BEW to RB **(A/CP)**

- SEC v. IHI Correspondence # 2

- 7-1-98 facsimile correspondence from RB to BEW **(A/CP)**
- 4-2-98 facsimile correspondence from BEW to RB **(A/CP)**
- 4-2-98 facsimile correspondence from BEW to RB (7 pages) **(A/CP)**
- 4-2-98 facsimile correspondence from BEW to RB (16 pages) **(A/CP)**
- 4-2-98 facsimile correspondence from BEW to GMM **(A/CP)**
- 4-2-98 facsimile correspondence from CR to BEW **(A/CP)**
- 4-2-98 facsimile correspondence from RB to FDB & BEW **(A/CP)**
- 4-2-98 facsimile correspondence from RB to FDB & BEW **(A/CP)**
- 4-1-98 facsimile correspondence from RB to BEW & FDB **(A/CP)**
- 4-1-98 facsimile correspondence from Dave Gellan to BEW & FDB **(A/CP)**
- 4-10-98 facsimile correspondence from GMM to BEW **(A/CP)**
- 4-1-98 facsimile correspondence from Betty Mills, Kutak Rock to BEW & FDB (12 pages) **(A/CP)**
- 4-1-98 facsimile correspondence from Betty Mills to BEW & FDB (32 pages) **(A/CP)**
- 4-1-98 facsimile correspondence from BEW to Michael Wolosky, RB, Dave Gellan **(A/CP)**
- 4-1-98 facsimile correspondence from CR to RB, BEW & FDB **(A/CP)**
- 4-1-98 facsimile correspondence from Dave Gellan to BEW, CR & FDB **(A/CP)**
- 4-1-98 facsimile transmission from Linda Halsteadt to Elaine Tarkington **(A/CP)**

- SEC v. IHI Correspondence #1

  - 4-1-98 facsimile correspondence from David Gellan to FDB & BEW **(A/CP)**
  - 4-1-98 facsimile correspondence from BEW to SVE **(A/CP)**
  - 4-1-98 facsimile correspondence from BEW to Michael Wolosky **(A/CP)**
  - 4-1-98 facsimile correspondence from BEW to JB **(A/CP)**
  - 4-1-98 six page facsimile correspondence from BEW to Michael Wolosky **(A/CP)**
  - 4-1-98 facsimile correspondence from BEW to GMM **(A/CP)**
  - 4-1-98 facsimile correspondence from BEW to SVE **(A/CP)**
  - 4-1-98 facsimile correspondence from BEW to FDB **(A/CP)**
  - 4-1-98 facsimile correspondence from BEW to JB **(A/CP)**
  - 4-1-98 facsimile correspondence from BEW to CR **(A/CP)**
  - 4-1-98 facsimile correspondence from BEW to RB, Michael Wolosky, Dave Gellan **(A/CP)**
  - 3-31-98 facsimile correspondence from JAB to BEW **(A/CP)**
  - 3-31-98 facsimile correspondence from GMM to BEW **(A/CP)**
  - 3-31-98 facsimile correspondence from BEW to Michael Wolosky, RB & Dave Gellan **(A/CP)**
  - 3-31-98 facsimile correspondence from BEW to FDB **(A/CP)**
  - 3-31-98 facsimile correspondence from BEW to CR **(A/CP)**
  - 3-31-98 facsimile correspondence from BEW to RB, Michael Wolosky, Dave Gellan **(A/CP)**
  - 3-31-98 facsimile correspondence from BEW to JB **(A/CP)**
  - 3-30-98 facsimile correspondence from Jane Norwood of IHI to BEW **(A/CP)**
  - 3-30-98 facsimile correspondence from RB to BEW **(A/CP)**
  - 3-27-98 facsimile correspondence from BEW to DH **(A/CP)**
  - 3-34-98 facsimile correspondence from DH to JB and BEW **(A/CP)**

- 3-20-98 facsimile correspondence from BEW to RB **(A/CP)**
- 3-20-98 facsimile correspondence from Joan Bond to JB for BEW **(A/CP)**
- 3-20-98 facsimile correspondence from LWB to GMM **(A/CP)**
- 4-1-98 facsimile correspondence from BEW to RB **(A/CP)**
- 3-19-98 facsimile correspondence from RB to BEW **(A/CP)**
- 3-19-98 facsimile correspondence from RB to BEW (5 pages) **(A/CP)**
- 3-19-98 facsimile correspondence from JAB to BEW **(A/CP)**
- 3-18-98 facsimile correspondence from RB to CR **(A/CP)**

## BOX 96W342I 100

- CTF Copy of Complaint with notes

  - One copy of Complaint for Injunctive and Other Relief bearing handwritten notes **(WP)**
  - One copy of SEC v. IHI et al Complaint for Injunctive and Other Relief bearing handwritten notes of CTF **(WP)**
  - One copy of SEC v. IHI et al Order to Show Cause **(WP)**
  - One copy of SEC v. IHI et al Order Appointing a Receiver for Defendant International Heritage, Inc. **(WP)**
  - One copy of SEC v. IHI et al. Plaintiff's Certificate Pursuant to Rule 65(b) **(WP)**
  - One copy of SEC v. IHI et al. Plaintiff's Responses to Mandatory Disclosures with handwritten notes from CTF **(WP)**
  - One copy of SEC v. IHI et al. Plaintiff's Application for a Temporary Restraining Order and Other Relief **(WP)**
  - One copy of SEC v. IHI et al. Memorandum in Support of Plaintiff's Application for a Temporary Restraining Order with attachments and handwritten notes from CTF **(WP)**

    - All of these items have been bundled into one work document

- Stan, Larry and Claude Financial Information

  - 4-21-98 correspondence from GMM to RB and BEW with enclosure **(A/CP)**

- Information on potential SEC witnesses

  - 8-21-98 correspondence from GMM to RB and BEW with attachments **(A/CP)**

- Deposition File Keith Yarbrough

  - 5-12-98 pages 10-18 deposition questioning without title or heading **(WP)**
  - 8-11-98 deposition of Keith Yarbrough **(WP)**
  - 9-9-98 memo from AEF to BEW **(WP)**
  - 8-11-98 condensed transcript of Keith Yarbrough deposition **(WP)**
  - 8-7-98 facsimile transmission from Marvin Powers to Gary Raser **(WP)**
  - Miscellaneous document regarding Keith Yarbrough drafted by AEF for use by BEW **(WP)**
  - Miscellaneous distributor inquiries regarding Keith Yarbrough **(WP)**
  - 3-26-98 IHI printout of transactions dating from 9-2-97 regarding Keith Yarbrough **(WP)**

91

- Assorted handwritten notes of BEW from the Keith Yarbrough deposition with facsimile transmission from Michael Wolosky to BEW attached and additional handwritten notes also attached **(WP)**

- Clark Howard

    - 3-18-98 audio cassette recording from the Clark Howard radio show **(WP)**
    - 3-23-98 audio cassette recording of the Clark Howard radio show **(WP)**
    - 5-7-98 audio cassette recording from the Clark Howard radio show **(WP)**
    - 5-12-98 envelope containing microcassette labeled IHI broadcast and outline regarding discussions with persons at WSB750 radio station regarding contact information for the radio station **(WP)**
    - Handwritten notes regarding WSB Incorporated **(WP)**
    - 5-7-98 transcript of dialog of audio cassette of the Clark Howard broadcast **(WP)**
    - 3-25-98 transcript of broadcast from the Clark Howard radio show **(WP)**
    - 3-23-98 transcript of broadcast from the Clark Howard radio show **(WP)**

        - Clark Howard Research (Radio Talk Show)

            - 5-6-98 Memorandum from John Austin to BEW **(A/CP)**
            - Handwritten notes regarding Georgia law **(WP)**
            - Numerous print outs of Georgia case law **(WP)**

- SEC – Research Objection to NCAG to IHI Subpoena for Production

    - 3-12-99 memorandum from AEF to BEW with attachments consisting of copy of Mike Easley's objection to subpoena and case research regarding the same **(WP)(A/CP)**

- Legal Research

    - Consists solely of copies of various court opinions **(WP)**


## BOX 96W342I 101

- Index of Exhibit Boxes

    - 3-24-98 proposed IHI exhibits for preliminary injunction hearing marked privileged and confidential attorney-work product **(WP)**
    - 3-24-98 BEW copy of the above document **(WP)**

- SEC v. IHI Summary of Bond Transfers

    - 5-22-98 trust account disbursements from the Wood & Francis trust account **(A/CP)**
    - 4-3-98 BB&T wire transfer re: Wood & Francis trust account **(A/CP)**
    - 4-3-98 BB&T wire transfer operations re: Wood & Francis trust account times three **(A/CP)**

- 4-7-98 BB&T wire transfer operations re: Wood & Francis trust account (four pages) **(A/CP)**
- 4-8-98 BB&T wire transfer operations re: Wood & Francis trust account **(A/CP)**
- 4-9-98 BB&T wire transfer operations re: Wood & Francis trust account (two pages) **(A/CP)**
- 4-6-98 BB&T wire transfer operations re: Wood & Francis trust account **(A/CP)**
- 4-8-98 BB&T wire transfer operations re: Wood & Francis trust account (two pages) **(A/CP)**
- 4-9-98 BB&T wire transfer operations (two pages) **(A/CP)**
- 4-14-98 BB&T wire transfers **(A/CP)**
- 4-17-98 BB&T wire transfers **(A/CP)**
- 4-21-98 BB& T wire transfers **(A/CP)**
- 4-22-98 BB& T wire transfer (three pages) **(A/CP)**
- 4-23-98 BB&T wire transfers **(A/CP)**
- 4-27-98 BB& wire transfer operations **(A/CP)**

- Memo Re: Second Report of Monitor

  - 8-28-98 IHI memo from CR to BEW, cc'd GMM and Rob Hukezalie with attachments **(A/CP)**

- Private Securities Litigation Act Research

  - Three sets of US Code Service Title 15 at 78U-4 **(WP)**

- John Brothers Credit Report

  - 3-23-98 facsimile transmission of a 10-4-96 twenty-one page report regarding credit and conduct history of John Brothers **(A/CP)**

- Declarations and Letters from Sales Reps

  - 3-20-98 copy of letter from Russell McDaniel with yellow post-it message from Dawn to Brent attached **(A/CP)**
  - 3-23-98 facsimile correspondence from Diane Pace to BEW **(A/CP)**

- Webster v. Omnitruition

  - One copy of Court ruling in Webster v. Omnitrutition International **(WP)**

- William Keep – Expert Information – IHI / SEC

  - 9-29-98 correspondence from Paul Greenburg to BEW, cc'd CR, labeled confidential and protected under the client-attorney privilege and work-product doctrine **(A/CP)**
  - 10-1-98 correspondence from Paul Greenburg to BEW, labeled confidential and protected under the client/attorney privilege and work-product doctrine **(A/CP)**
  - 10-2-98 correspondence from Paul Greenburg to BEW, cc'd CR, labeled confidential and protected under the client-attorney privilege and work-product doctrine **(A/CP)**

- One print of American Marketing Association Journal of Marketing Spring 1998 from RB **(WP)**
- One SEC v. IHI Notice of Retention of Experts from RB with attachment **(WP)**

- Publicly Traded Direct Selling/MLM Companies

  - 4-2-98 list of publicly traded direct selling or MLM companies with handwritten notes **(WP)**

- Notes from hearing on injunction

  - 3-24-98 white notepad containing extensive notes from BEW **(WP)**

- Notes from Others (SVE, JDB)

  - Miscellaneous handwritten notes **(WP)**

- SVE Notes on Refunds and RBA

  - Various pages from a blank RBA agreement interspersed with handwritten notes and a copy of the IHI handbook interspersed with handwritten notes on white paper (note the front pages bears a post-it which says "SVE Notes on refunds and RBA") **(WP)**

## BOX 96W342I 102

- BEW – Personal File

  - Motion in limine
    - draft Defendant memorandum by BEW with copy of Plaintiff's motion in limine and copies of Court of Appeals decisions as well as Harvard Law Review article **(WP)**
  - BEW – Personal – Paul Research
    - undated memo from Paul Greenburg to attorneys marked confidential and protected under the work-product doctrine privleged under the attorney-client privileged **(WP)(A/CP)**
    - undated complaint review with a note by CR **(WP)**
    - note from Paul Greenburg to BEW with additional documents and memos attached **(WP)**
    - Securities and Exchange Commission document entitled applicability of the securities laws to multi-level distributorships and pyramid sales plans **(WP)**
    - Success Magazine article by Mark Yarnell **(WP)**
    - 3-20-98 article entitled Income and Earnings Representations by Kevin Grimes, attorney at law **(WP)**
    - 12-9-97 memo from Paul Greenburg to Jo Mariano, Kevin Grimes, Ed Wainscott, Ted Lindower and labeled confidential and privileged under the client-attorney privilege protected under the work-product doctrine **(WP)(A/CP)**
    - 3-20-98 article entitled Double Trouble by Spencer Reese **(WP)**
    - 3-20-98 declaration of Dr. Gerald S. Albaum **(WP)**
  - Strategy Outlines

- Handwritten notes of BEW **(WP)**
- 3-19-98 facsimile correspondence from RB to BEW **(A/CP)**
- 3-21-98 facsimile correspondence from Dave Gellan to BEW, William Hicks and Joel Piassick **(A/CP)**
- 3-19-98 copy of facsimile correspondence from RB to BEW **(A/CP)**
- additional miscellaneous notes of BEW **(WP)**
- BEW Personal – Complaint
  - SEC v. IHI et al. copy of Complaint for Injunctive and Other Relief **(WP)**
- BEW Personal – Telephone numbers
  - Miscellaneous handwritten notes and phone numbers **(WP)**
  - 3-20-98 IHI memo from Ashley Markum to Dawn McIntyre containing numerous telephone numbers and contact phone numbers for various parties **(WP)**
  - page of handwritten phone numbers by BEW **(WP)**
- Miscellaneous documents
  - 3-24-98 IHI presentation by EJBM containing exhibits and data from EJBM as well as legal letters from Wood & Francis, Wyrick Robbins, Shustik Jalil and Babener & Associates **(WP)**
  - 3-21-98 memorandum form AW to JB, Davin Brown, Paul Greenburg, GMM, CR, SVE and BEW cc'd FDB, Rob Hukezalie, Kevin Jones, Charles King and Mike Russo regarding travel itinerary for Atlanta, Georgia **(A/CP)**
  - 3-23-98 draft Defendant's memorandum with some handwritten notes from BEW **(WP)**
  - Amica's brief by Joseph Mariano, Direct Selling Association **(WP)**
  - 3-22-98 copy of handwritten note from Terry Hettinger to SVE **(WP)**
  - Miscellaneous newspaper article regarding network marketing companies **(WP)**
  - 3-23-98 facsimile correspondence from Debbie Blevens to Rob Hukezalie **(WP)**

## BOX 96W342I 103

- Deposition File John E. Birkenheier

  - 9-14-98 memo from AEF to BEW **(WP)(A/CP)**

- Chris Reid Affidavit and Notes

  - 3-20-98 IHI memo from Pete Scanlon to CR **(A/CP)**
  - Draft of Declaration of Christopher Reid with attachment **(WP)**
  - Draft of document labeled Complaint Review **(WP)**

- Notes and Outline for Hearing on Preliminary Injunction

  - Document labeled SEC v. IHI outline for hearing and preliminary injunction marked confidential and privileged by BEW **(WP)**
  - 3-24-98 copy of Defendant's Memorandum in Opposition to Plaintiff's Motion for a Preliminary Injunction and Other Relief with handwritten notes from BEW **(WP)**
  - Proposed witness list for Defendant IHI marked privileged and confidential attorney-work product **(WP)**
  - Miscellaneous handwritten notes from BEW **(WP)**

- SEC – Deposition of Stephanie Nichols (8-12-98)

  - Handwritten notes from BEW attached to the following:
    - 8-11-98 facsimile correspondence from Mike Russo to BEW with numerous distributor inquiry tracking entries attached **(A/CP)**
    - 5-18-99 three page facsimile correspondence from RB to Peditto **(A/CP)**

- SEC – Deposition of Jeff Hooks

  - 3-1-99 handwritten notes of BEW **(WP)**

- SEC – Deposition of Jennifer Doherty (and preparation for deposition)

  - 1-11-98 facsimile correspondence from Jennifer Doherty to Holmes Harden with email correspondence from Mike Russo to Rhonda Peditto attached **(A/CP)**

- SEC – Deposition of Jennifer Doherty (and preparation for deposition)

  - 3-1-99 handwritten notes of BEW **(WP)**
  - 1-11-98 memo or correspondence from Jennifer Doherty to Holmes Harden bearing handwritten notes **(WP)**
  - 3-1-99   2021 system generated report re: Claude Savage **(WP)**
  - 3-1-99   2021 system generated list regarding Larry Smith **(WP)**
  - 9-18-98 Defendant IHI Amended Response to Plaintiff's Interrogatories **(WP)**
  - 2-28-99 memo from Mike Russo to BEW **(WP)**
  - 1-11-98 facsimile transmission from Jennifer Doherty to Holmes Harden regarding information requested by fax dated 12-9-98 **(WP)**

- SEC – Deposition of Kevin Jones (12-7-98)

  - Deposition summary of the deposition of Kevin Jones in the SEC v. IHI et al. litigation **(WP)**

- SEC – Deposition of Van Etten (12-22-98)

  - Deposition summary of the 12-22-98 deposition of SVE **(WP)**

- SEC – Deposition of Gerald Mansour, Sr.

  - Miscellaneous handwritten notes of BEW **(WP)**
  - 7-30-98 property summary Gerald Mansour **(WP)**
  - Numerous distributor inquiries concerning Gerald and Jani Mansour **(WP)**

- SEC – Deposition of Clark Jones

  - 2-2-99 handwritten notes of BEW **(WP)**
  - 2-2-99 memo from AEF to BEW **(A/CP)**

96

- SEC – Deposition of Paul Boyd (April 29, 1999)

  - 4-20-99 handwritten notes of BEW **(WP)**
  - 4-14-99 search warrant by Paul Boyd **(WP)**
  - 7-12-95 indictment of David and Martha Crow **(WP)**
  - 4-23-99 U.S. Sixth Circuit Judgment re: US v. Gold Unlimited, Incorporated et al. for each of the following dates: Judgment entered - 12-12-96; 12-11-96; 12-12-96; 8-21-96 **(WP)**
  - 4-7-99 Subpoena to Paul Boyd **(WP)**
  - Gold Unlimited marketing document to be exhibit 4 **(WP)**
  - 3-13-95 Complaint US v. Gold Unlimited, David Crow and Martha Crow **(WP)**
  - 4-14-99 Search warrant P. D. Boyd **(WP)**
  - 4-23-99 copy of judgments entered 8-21-96; 12-12-96; 12-11-96 **WP)**
  - 4-14-99 indictment of David Crow, Martha Crow and Gold Unlimited **(WP)**
  - 4-7-99 subpoena of Paul Boyd **(WP)**
  - 3-9-99 subpoena of Paul Boyd **(WP)**

- SEC – Deposition of Eric Banas (April 27, 1999)

  - 4-27-99 handwritten notes of BEW **(WP)**

- SEC – Deposition of Keith Thomas Mackey

  - 4-27-99 handwritten notes of BEW with print out of form 8-KA number 1 dated March 6, 1998 for International Heritage, Incorporated attached **(WP)**

## BOX 96W342I 105

- SEC – Internet Research on Hirsch, Amway, multi-level marketing and pyramids

  - 500 to 1,000 pages of research from the internet gathered by BEW, including newspaper articles and articles from other news agencies, consumers resource handbook print outs, 5 Star Autoclub, Inc. printout and articles on Amway **(WP)**

- Miscellaneous documents

  - 3-24-98 facsimile communication from BEW for CTF **(A/CP)**
  - undated facsimile communication from BEW to RB **(A/CP)**
  - 3-20-98 fax copy of Plaintiff's Motion in limine **(WP)**
  - 3-24-98 News & Observer news article on SVE **(WP)**
  - 3-25-98 News & Observer article on SVE and IHI **(WP)**
  - 3-26-98 News & Observer article on SVE and IHI **(WP)**

- Correspondence

  - 2-10-98 correspondence from CR to FDB **(A/CP)**
  - 10-30-98 correspondence from CR to BEW with attachment, cc'd FDB, JB, SVE **(A/CP)**

- 3-5-98 facsimile draft of Form 8-K for IHI from LWB **(A/CP)**
- 3-5-98 facsimile draft of news release from LWB **(A/CP)**
- 2-19-98 facsimile correspondence from CR to BEW, cc'd SVE **(A/CP)**
- 2-12-98 facsimile correspondence from BEW to SVE **(A/CP)**
- 2-5-98 facsimile correspondence from GMM to RSH **(A/CP)**
- 12-12-97 facsimile correspondence from BEW to FDB **(A/CP)**
- 12-12-97 facsimile correspondence from BEW to RB **(A/CP)**
- 12-12-97 facsimile correspondence from BEW to SVE **(A/CP)**
- 12-12-97 facsimile correspondence from BEW to CR **(A/CP)**
- 12-12-97 correspondence from BEW to RB **(A/CP)**
- 12-8-97 correspondence from RB to SVE with attachment **(A/CP)**
- 11-14-97 correspondence from FDB to SVE cc'd BEW with enclosures **(A/CP)**
- 12-12-97 handwritten notes from BEW **(WP)**
- 12-8-97 draft facsimile correspondence from BEW to CR **(WP)**
- 11-26-97 facsimile correspondence from AW to BEW **(A/CP)**
- 11-12-97 facsimile correspondence from FDB to BEW **(A/CP)**
- 11-21-97 BEW copies of correspondence from FDB to Hannah Hall, Freedom of Information Act Officer, Securities and Exchange Commission **(WP)**

- Attorney Notes

  - 3-6-98; 2-25-98; 2-24-98; 2-13-98; 2-28-98; 2-12-98; 2-11-98; 2-6-98; 2-5-98; 2-4-98; 11-6-97; 11-12-97; 11-26-97; 11-11-98 - BEW handwritten notes **(WP)**
  - Miscellaneous BEW notes **(WP)**

- Client Documents

  - 9-19-97 BEW copy of faxed correspondence dated June 19, 1997 from SVE to Rebecca Boland, SEC **(A/CP)**

- Volunteer Share Exchange IHI – SEC

  - 2-13-98 facsimile correspondence from AW to SVE, JB, GMM, RSH and BEW re: pre-conference call to "shareholder information" conference call with documents attached **(A/CP)**

- Miscellaneous documents

  - 2-24-98 facsimile correspondence from BEW to Michael Wolosky **(A/CP)**
  - 2-24-98 facsimile correspondence from BEW to Michael Wolosky **(A/CP)**
  - 2-23-98 facsimile correspondence from BEW to CR **(A/CP)**
  - 2-19-98 facsimile correspondence from CR to BEW **(A/CP)**
  - 2-18-98 facsimile correspondence from CR to BEW **(A/CP)**
  - 3-18-98 facsimile correspondence from BEW to RB **(A/CP)**
  - 3-16-98 facsimile correspondence from Jeb Jeutter to Dwight Rich, file copy **(A/CP)**
  - undated list of Mayflower and SVE materials **(WP)**
  - 2-12-98 diagram of the corporate executive structure for IHI **(WP)**
  - undated GMM legal department listing of records and possession **(WP)**

- undated miscellaneous handwritten notes of BEW **(WP)**

- SEC – Deposition of Ken Rudd and miscellaneous documents

  - Miscellaneous handwritten notes of BEW accompanied by a set of deposition exhibits **(WP)**
  - 10-30-98 copy of 10-26-98 correspondence from Edwin B. Wainscott to SVE with handwritten note from CR to BEW **(WP)**
  - 2-10-98 draft Board of Directors minutes with handwritten notes of GMM **(WP)**
  - 11-4-97 facsimile correspondence from GMM to FDB **(A/CP)**
  - 12-30-98 memorandum from GMM to SVE **(A/CP)**

## BOX 96W342I 106

- SEC Settlement documents with SEC and IHI

  - 6-21-99 correspondence from BEW to SVE **(A/CP)**
  - 6-18-99 Rhonda Peditto copy of email transmission from Rhonda Peditto to Jackie Claire **(A/CP)**
  - 6-17-99 copy of Consent to Final Judgment with numerous handwritten notes of BEW **(WP)**
  - 4-12-99 draft communication from BEW to William Hicks **(WP)**
  - 6-3-99 draft facsimile correspondence from BEW to William Hicks **(WP)**
  - 6-17-99 draft communication from BEW to William Hicks **(WP)**
  - 6-17-99 copy of facsimile correspondence from BEW to Arnold Mitchell Greene, Esq.; Michael S. Schrieber, Esq.; Robert Sassloff, Esq. **(WP)**
  - 6-7-99 copy of draft communication from BEW to William Hicks **(WP)**
  - 6-19-99 facsimile correspondence from Vicki Jones to BEW **(WP)**
  - 6-15-99 facsimile correspondence from Holmes Harden to William Hicks, BEW, Mike Flanagan with handwritten note of BEW **(WP)**
  - 6-15-99 & 6-16-99 handwritten notes of BEW **(WP)**
  - 6-15-99 Mayflower Holdings, Inc. Balance Sheet **(WP)**
  - Miscellaneous handwritten notes of BEW **(WP)**
  - 6-15-99 facsimile correspondence from BEW to SVE and RB **(WP)**
  - undated draft consent to final judgment **(WP)**
  - undated draft final judgment of permanent injunction **(WP)**
  - 6-10-99 copy of Supreme Court decision **(WP)**
  - 6-10-99 Supreme Court research **(WP)**
  - 6-9-99 facsimile correspondence from AW to Brent Wood **(A/CP)**
  - 6-7-99 facsimile correspondence from William Hicks to BEW with handwritten notes of BEW **(A/CP)**
  - 6-3-99 & 6-1099 handwritten notes of BEW **(A/CP)**
  - 6-10-99 facsimile correspondence from AW to Rhonda Peditto **(A/CP)**
  - 6-7-99 copy of draft communication from BEW to William Hicks **(A/CP)**
  - 6-10-99 facsimile correspondence from AW to Rhonda Peditto **(A/CP)**
  - 6-10-99 facsimile of 5-11-99 cash flow information from Wood & Francis **(A/CP)**
  - 6-3-99 facsimile correspondence from BEW to RB, cc'd SVE **(A/CP)**
  - 5-11-99 facsimile correspondence from RB to BEW **(A/CP)**

- 5-4-99 correspondence from RB to BEW with attachment **(A/CP)**
- 5-4-99 facsimile correspondence from RB to BEW **(A/CP)**
- undated miscellaneous handwritten notes **(A/CP)**
- 5-4-99 facsimile correspondence from RB to BEW (5 pages) **(A/CP)**
- 5-14-99 facsimile correspondence from RB to BEW **(A/CP)**
- 5-10-99 facsimile correspondence from Holmes Harden to BEW with handwritten notes of BEW **(A/CP)**
- 2-16-99 handwritten notes of BEW **(WP)**
- 12-2-98 facsimile correspondence from William Hicks to BEW with handwritten note on yellow post-it attached **(A/CP)(WP)**

- Substitute Bond (Information and Correspondence)
  - 6-30-98 facsimile correspondence from BEW to RB **(A/CP)**
  - 6-30-98 facsimile correspondence from Scottie Frey, IHI employee, to BEW **(A/CP)**
  - 6-29-98 facsimile correspondence from RB to BEW **(A/CP)**
  - 6-29-98 facsimile correspondence from BEW to BEW **(A/CP)**
  - 6-12-98 facsimile correspondence from BEW to RB **(A/CP)**
  - 6-11-98 facsimile correspondence from RB to BEW **(A/CP)**
  - 6-10-98 facsimile correspondence from RB to BEW **(A/CP)**
  - 6-10-98 facsimile correspondence from BEW to RB **(A/CP)**
  - 6-10-98 facsimile correspondence from BEW to Rob Hukezalie **(A/CP)**
  - 6-9-98 handwritten notes of BEW **(WP)**
  - 3-27-98 Order approving substitution of cash bond with payment bond bearing handwritten notes **(WP)**
  - 6-9-99; 6-8-98; 6-5-98 handwritten notes of BEW **(WP)**
  - 3-27-98 draft order approving substitution of cash bond with payment bond **(WP)**
  - 6-3-98 facsimile correspondence from BEW to RB **(A/CP)**
  - 6-3-98 facsimile correspondence from BEW to Rob Hukezalie **(A/CP)**

- Substitute Bond (Information and Correspondence)

  - 7-2-98 facsimile correspondence from BEW to RB (11 pages) **(A/CP)**
  - 7-1-98 facsimile correspondence from BEW to RB 3 pages **(A/CP)**
  - 7-1-98 facsimile correspondence from BEW to SVE 4 pages **(A/CP)**
  - 7-1-98 facsimile correspondence from BEW to BML cc'd GMM and JB **(A/CP)**
  - 7-1-98 correspondence from BEW to RB **(A/CP)**
  - 7-1-98 facsimile correspondence from RB to BEW 2 pages **(A/CP)**
  - 6-30-98 facsimile correspondence from BEW to RB **(A/CP)**

- SEC v. IHI Correspondence # 11

  - 7-31-98 correspondence from GMM to BEW with attachment document marked confidential attorney-work product **(A/CP) (WP)**
  - 7-2-98 facsimile correspondence from BEW to RB cc'd JB, GMM & AEF **(A/CP)**
  - 8-12-98 facsimile correspondence from GMM to AEF 2 pages **(A/CP)**
  - 9-22-98 facsimile correspondence from BEW to RB **(A/CP)**
  - 9-22-98 correspondence from BEW to CS & LS with enclosures **(A/CP)**

- 9-22-98 correspondence from BEW to GMM with enclosures cc'd JB, SVE, LS, CS & RB **(A/CP)**
- 9-21-98 facsimile correspondence from RB to BEW **(A/CP)**
- 9-14-98 facsimile correspondence from GMM to BEW and RB 7 pages **(A/CP)**
- 9-3-98 correspondence from BEW to Rob Hukezalie with enclosures cc'd JB **(A/CP)**
- 9-3-98 facsimile correspondence from BEW to JB 3 pages **(A/CP)**
- 9-3-98 facsimile correspondence from BEW to RB 3 pages **(A/CP)**
- 9-2-98 correspondence from BEW to RB cc'd SVE, JB & CR with enclosures **(A/CP)**
- 9-1-98 facsimile correspondence from CR to BEW 3 pages **(A/CP)**
- 8-31-98 facsimile correspondence from RB to BEW 5 pages **(A/CP)**
- 8-31-98 facsimile correspondence from James Wardrick, Kutak Rock to BEW 2 pages **(A/CP)**
- 8-31-98 correspondence from BEW to RB cc'd SVE, JB, GMM, CR w/ enclosures **(A/CP)**
- 8-31-98 facsimile correspondence from BEW to Dawn McIntyre 23 pages **(A/CP)**
- 8-31-98 facsimile correspondence from RB to BEW 12 pages **(A/CP)**
- 8-29-98 draft correspondence from Shannon Zeko to David Ranii with handwritten notes and edits from BEW **(A/CP)**
- 8-28-98 facsimile correspondence from BEW to GMM 5 pages **(A/CP)**
- 8-28-98 facsimile correspondence from RB to BEW 7 pages **(A/CP)**
- 8-28-98 facsimile correspondence from BML to BEW 1 page **(A/CP)**
- 8-28-98 IHI memo from GMM to BEW, CR & Rob Hukezalie **(A/CP)**
- 8-28-98 correspondence from RB to BEW cc'd Michael Wolosky, David Gellan w/ encl **(A/CP)**
- 8-28-98 IHI memo from GMM to BEW, CR & Rob Hukezalie **(A/CP)**

## BOX 96W342I 107

- Research on Attorney-Client Privilege – Van Etten/SEC

    - undated legal article by Grace Giesel **(WP)**
    - Lexus search re: attorney-client privilege **(WP)**
    - undated internet documents regarding legal issues **(WP)**
    - various US Court opinions **(WP)**

- Correspondence # 12

    - 11-19-98 facsimile correspondence from BEW to CS 6 pages **(A/CP)**
    - 11-4-98 facsimile correspondence from BEW to SVE cc'd GMM **(A/CP)**
    - 10-2398 correspondence from GMM to RB w/ encl cc'd BEW **(A/CP)**
    - 10-21-98 correspondence from CR to RB cc'd GMM & BEW **(A/CP)**
    - 9-25-98 facsimile correspondence from RB to BEW 4 pages **(A/CP)**
    - 9-25-98 facsimile correspondence from RB to BEW 2 pages **(A/CP)**
    - 9-25-98 facsimile correspondence from BEW to CR 5 pages **(A/CP)**
    - 9-24-98 correspondence from GMM to AEF with encl cc'd BEW & RB **(A/CP)**
    - 9-23-98 facsimile correspondence from BEW to RB 3 pages **(A/CP)**
    - 9-23-98 Elaine Tarkington copy of email transmission from BEW to CR, GMM, AEF, Elaine Tarkington cc'd to JB and SVE **(A/CP)**

- 9-22-98 facsimile correspondence from RB to BEW 2 pages (A/CP)
- 9-22-98 facsimile correspondence from BEW to RB 7 pages (A/CP)
- 9-21-98 memo from AEF to BEW (A/CP)
- 9-18-98 facsimile correspondence from BEW to CR 3 pages (A/CP)
- 9-18-98 facsimile correspondence from BML to BEW 9 pages (A/CP)
- 9-18-98 facsimile correspondence from BEW to Mike Wolosky 3 pages (A/CP)
- 9-18-98 facsimile correspondence from BEW to RB 3 pages (A/CP)
- 9-18-98 facsimile correspondence from BEW to SVE 3 pages (A/CP)
- 9-18-98 facsimile correspondence from BEW to JB 3 pages (A/CP)
- 9-18-98 facsimile correspondence from CR to BEW 8 pages (A/CP)
- 9-17-98 correspondence from GMM to BEW and RB marked confidential attorney-work product with enclosures (A/CP)
- 9-17-98 facsimile correspondence from AW to BEW 3 pages (A/CP)
- 9-17-98 draft correspondence from BEW to William Hicks with handwritten notes of BEW (A/CP)
- 9-17-98 facsimile correspondence from AW to BEW 3 pages (A/CP)
- 9-16-98 facsimile correspondence from RB to GMM, CR, Kevin Jones, BEW 8 pages (A/CP)
- 9-16-98 facsimile correspondence from Gardere & Wynn to Wood & Francis 27 pages (A/CP)
- 9-14-98 correspondence from AEF to Gary Raiser cc'd BEW with encl (A/CP)
- 9-14-98 correspondence from BEW to RB cc'd SVE, JB, CR and GMM w/ encl (A/CP)
- 9-10-98 correspondence from BML to BEW cc'd Rob Hukezalie w/ encl (A/CP)
- 9-10-98 correspondence from Viola Speller (HJI employee) to Elaine Tarkington (A/CP)

- Correspondence # 13

  - 10-26-98 facsimile correspondence from Jungmin Choi to BEW (A/CP)
  - 10-26-98 faxed copy of handwritten draft of letter by BEW (WP)
  - 10-22-98 correspondence from BEW to Rob Hukezalie w/ encl cc'd SVE (A/CP)
  - 10-22-98 facsimile correspondence from BEW to GMM (A/CP)
  - 10-22-98 facsimile correspondence from BEW to GMM 3 pages (A/CP)
  - 10-16-98 facsimile correspondence from RB to BEW 12 pages (A/CP)
  - 10-15-98 facsimile correspondence from BEW to James Henry 42 pages (A/CP)
  - 10-13-98 facsimile correspondence from BEW to RB 11 pages (A/CP)
  - 10-12-98 facsimile correspondence from Wood & Francis to BEW 8 pages (A/CP)
  - 10-2-98 handwritten notes of BEW (WP)
  - 10-9-98 facsimile correspondence from RB to Kevin Jones, GMM, BEW 2 pages (A/CP)
  - 9-29-98 correspondence from RB to CR, cc'd BEW, Michael Wolosky, David Gellan w/ encl (A/CP)
  - 10-6-98 facsimile correspondence from BEW to RB 5 pages (A/CP)
  - 10-2-98 facsimile correspondence from BEW to Rob Hukezalie w/ encl (A/CP)
  - 10-2-98 facsimile correspondence from BEW to Rob Hukezalie 13 pages (A/CP)
  - 10-1-98 facsimile correspondence from RB to BEW 4 pages (A/CP)
  - 9-30-98 draft correspondence from BEW to RB cc'd SVE, JB, CR, Rob Hukezalie (WP)
  - 9-30-98 draft correspondence from BEW to Gerald Jeutter cc'd RB (WP)
  - 9-30-98 correspondence from BEW to RB w/ encl (A/CP)

- 9-29-98 facsimile correspondence from BEW to SVE 7 pages **(A/CP)**
- 9-29-98 facsimile correspondence from BEW to RB 17 pages **(A/CP)**
- 9-29-98 facsimile correspondence from BEW to Paul Greenburg 3 pages **(A/CP)**
- 9-29-98 correspondence from BEW to GMM cc'd SVE, LS, CS & RB w/ encl **(A/CP)**
- 9-29-98 facsimile correspondence from BEW to Paul Greenburg cc'd RB, SVE, LS, CS & GMM w/ encl **(A/CP)**
- 9-29-98 facsimile correspondence from BEW to RB cc'd SVE, AEF, LS & CS w/ encl **(A/CP)**
- 9-29-98 facsimile correspondence from BEW to SVE w/ encl **(A/CP)**
- 9-28-98 facsimile correspondence from RB to BEW 4 pages **(A/CP)**

- Correspondence # 14

  - 12-21-98 facsimile correspondence from BEW to CS 2 pages **(A/CP)**
  - 11-16-98 draft correspondence from SVE to Mike Russo w/ attachment **(WP)**
  - 12-4-98 facsimile correspondence from Rhonda Peditto to Carol 10 pages **(A/CP)**
  - 12-2-98 facsimile correspondence from Rhonda Peditto to Carol 15 pages **(A/CP)**
  - 12-8-98 facsimile correspondence from BEW to SVE w/ encl **(A/CP)**
  - 12-8-98 correspondence from BEW to CS, LS cc'd SVE **(A/CP)**
  - 12-1-98 facsimile correspondence from RB to BEW 6 pages **(A/CP)**
  - 11-24-98 facsimile correspondence from AW to BEW 14 pages **(A/CP)**
  - 11-2-98 facsimile correspondence from RB to BEW 26 pages **(A/CP)**
  - 10-22-98 facsimile correspondence from GMM to BEW 43 pages **(A/CP)**
  - 11-6-98 facsimile correspondence from BEW to SVE w/ encl **(A/CP)**
  - 11-5-98 facsimile correspondence from RB to BEW 7 pages **(A/CP)**
  - 11-30-98 facsimile correspondence from RB to BEW 10 pages **(A/CP)**
  - 11-24-98 facsimile correspondence to CS & LS cc'd SVE & RB **(A/CP)**
  - 11-24-98 facsimile correspondence from BEW to RB cc'd SVE w/ encl **(A/CP)**
  - 11-24-98 facsimile correspondence from BEW to Larry Robbins cc'd SVE & RB **(A/CP)**
  - 11-20-98 facsimile correspondence from BEW to RB 7 pages **(A/CP)**
  - 11-16-98 facsimile correspondence from RB to BEW 2 pages **(A/CP)**
  - 11-12-98 facsimile correspondence from RB to BEW 4 pages **(A/CP)**
  - 11-12-98 facsimile correspondence from RB to BEW 12 pages **(A/CP)**
  - 11-11-98 facsimile correspondence from RB to BEW 8 pages **(A/CP)**
  - 11-11-98 facsimile correspondence from RB to BEW 9 pages **(A/CP)**
  - 10-2-98 correspondence from GMM to BEW cc'd Kevin Jones, JB & CR **(A/CP)**
  - 11-12-98 facsimile correspondence from Rhonda Peditto/BEW to RB 1 page **(A/CP)**
  - 11-9-98 facsimile correspondence from SVE to Larry Robbins 14 pages **(A/CP)**
  - 11-3-98 facsimile correspondence from RB to BEW 7 pages **(A/CP)**
  - 11-3-98 draft motion to modify preliminary injunction order **(A/CP)**
  - 11-2-98 facsimile correspondence from BEW to SVE 7 pages **(A/CP)**
  - 10-30-98 facsimile correspondence from CTF to GMM 2 pages **(A/CP)**
  - 10-30-98 facsimile correspondence from Dawn McIntyre to BEW **(A/CP)**
  - 10-27-98 facsimile correspondence from BEW to Susan Halpern **(A/CP)**
  - 10-27-98 facsimile correspondence from BEW to FDB 5 pages **(A/CP)**
  - 10-27-98 facsimile correspondence from BEW to Mike Wolosky 5 pages **(A/CP)**
  - 10-27-98 facsimile correspondence from BEW to BML 5 pages **(A/CP)**
  - 10-21-98 facsimile correspondence from BEW to Shannon Zeko 2 pages **(A/CP)**

- Internet Ads for MLMs    IHI-SEC

  - 5-17-99 Rhonda Peditto copy of email transmission from BEW to Rhonda Peditto **(A/CP)**
  - 5-17-99 Rhonda Peditto copy of email transmission from BEW to Rhonda Peditto 8:53 a.m. **(A/CP)**
  - 5-17-99 Rhonda Peditto copy of email transmission from BEW to Rhonda Peditto 8:53 a.m. **(A/CP)**
  - 5-17-99 Rhonda Peditto copy of email transmission from BEW to Rhonda Peditto **(A/CP)**

- IHI – SEC Attorney Notes (Ocera)

  - 7-9-99 BEW attorney notes **(WP)**
  - 6-28-99 memorandum from AW to BEW and SVE **(A/CP)**
  - 6-28-99 Rhonda Peditto copy of email transmission from BEW to SVE, Rhonda Peditto, BEW & AW **(A/CP)**
  - 6-25-99 Rhonda Peditto copy of email transmission from AW to BEW cc'd Rhonda Peditto and SVE **(A/CP)**
  - 6-24-99 Rhonda Peditto copy of email transmission from BEW to Rhonda Peditto, Angie Cox, AW cc'd SVE **(A/CP)**

- Equinox    IHI – SEC

  - 8-10-99 article entitled Shaking the Money Tree **(WP)**
  - 8-10-99 article from The Insider entitled You Don't Say **(WP)**
  - undated draft document entitled Complaint for Permanent Injunction and Other Equitable Relief **(WP)**

- (First File with no label)

  - 6-30-99 handwritten notes of BEW **(WP)**
  - 1-9-95 correspondence from GMM to Christoper Dillon, Esq. **(A/CP)**
  - 1-5-95 correspondence from Christopher Dillon to SVE **(A/CP)**

## BOX 96W342I 109

- IHI General – Business Judgment Rule

  - Portions of Treateses and books
    - containing approximately 12 copied articles or copied book sections **(WP)**
  - Form books and text books
    - containing approximately 9 copied sections of books **(WP)**
  - Cases - Federal District Court Nevada
    - containing two district court decisions of the District of Nevada **(WP)**
  - Nevada Statutes
    - containing copy of Nevada Statute 78.138 **(WP)**

- North Carolina Law – (for general information)
  - containing copies of a section of one article and the entirety of another **(WP)**

- DSA (Direct Sales Association) Conference    IHI – General

  - 2-4-98 correspondence from CR to BEW cc'd SVE, JB, Pete Scanlon **(A/CP)**
  - 1-12-98 IHI memo from CR to Susan Beasley, Pete Scanlon, Mary Breen, Ashley Markum cc'd BEW, JB and Derrick Stryker **(A/CP)**
  - 1-15-98   1998 DSA MLM Seminar bearing handwritten notes of BEW **(WP)**
  - 1-13-98 facsimile correspondence from AS to BEW 5 pages **(A/CP)**
  - 1-15-98 miscellaneous handwritten notes of BEW **(WP)**

- IHI General    Centura Dispute

  - 7-23-98 facsimile correspondence from Elaine Tarkington to BEW 3 pages **(A/CP)**
  - 9-9-98 correspondence from BEW to Rob Hukezalie cc'd JB w/ encl **(A/CP)**
  - undated draft of Complaint IHI v. Centura Bank w/ handwritten notes of BEW **(WP)**
  - 7-30-98 facsimile correspondence from BEW to Farrad Ali **(A/CP)**
  - 7-30-98 facsimile correspondence from BEW to Farrad Ali 4 pages **(A/CP)**
  - 7-30-98 facsimile correspondence from BEW to JB 4 pages **(A/CP)**
  - 7-30-98 facsimile correspondence from BEW to Rob Hukezalie 4 pages **(A/CP)**
  - 6-8-98 memo from Gene Davis to file **(A/CP)**
  - 6-8-98 draft memo from Gene Davis to file **(A/CP)**
  - 6-8-98 draft memo from Gene Davis to file w/ numerous handwritten notes **(A/CP)**
  - 7-7-98 fax of Centura Bank Merchant Agreement from IHI to Wood & Francis **(A/CP)**
  - 7-7-98 facsimile correspondence from Debbie Blevens to Gene Davis 2 pages **(A/CP)**
  - 7-7-98 facsimile correspondence from Debbie Blevens to Gene Davis 4 pages **(A/CP)**
  - undated copies of various North Carolina General Statutes and case law concerning banking **(WP)**

- Netech Position of Lien

  - January 1998 memo from Gene Davis to file **(A/CP)**
  - 1-21-98 paralegal services form **(A/CP)**
  - 1-20-98 memo from BEW to Gene Davis **(A/CP)**

- Netech

  - Miscellaneous handwritten notes of BEW **(WP)**
  - 12-26-97 facsimile correspondence from Mark Burgess (Mayflower Capital) to BEW 4 pages **(A/CP)**
  - 2-23-98 handwritten notes of BEW **(WP)**
  - 2-6-98 handwritten notes of BEW **(WP)**
  - Miscellaneous handwritten notes of BEW **(WP)**
  - 1-13-98 correspondence from BEW to Mark Burgess **(A/CP)**
  - 2-4-98 facsimile correspondence from BEW to Mark Burgess **(A/CP)**
  - document heading attorney notes -- containing 10-2-98 handwritten notes **(WP)**
  - 3-5-98; 3-4-98 handwritten notes of BEW **(WP)**

105

- Miscellaneous handwritten notes of BEW **(WP)**

- International Heritage, Inc. Scruggs et al. v. Howell & IHI (Correspondence)

  - 1-13-99 facsimile from BEW to DL, Esq. cc'd J. Mason Davis, Terri Gardner, and SVE **(A/CP)**
  - 1-5-99 correspondence from Mason Davis to BEW **(A/CP)**
  - 9-17-98 correspondence from Mason Davis to BEW w/ encl **(A/CP)**
  - 8-13-98 correspondence from Mason Davis to BEW **(A/CP)**
  - 7-27-98 facsimile from Mason Davis to BEW **(A/CP)**
  - 7-23-98 facsimile from Mason Davis to BEW 2 pages **(A/CP)**
  - 6-4-98 correspondence from Mason Davis to BEW w/ encl **(A/CP)**
  - 3-18-98 facsimile from BEW to Mason Davis 21 pages **(A/CP)**
  - 3-4-98 facsimile from BEW to CR **(A/CP)**
  - 3-4-98 facsimile from BEW to CR **(A/CP)**
  - 3-4-98 facsimile from BEW to Mason Davis **(A/CP)**
  - 3-4-98 facsimile from BEW to Mason Davis 20 pages **(A/CP)**
  - 2-18-98 facsimile from BEW to CR **(A/CP)**
  - 2-24-97 correspondence from CR to BEW **(A/CP)**
  - 2-18-98 facsimile from BEW to CR w/ encl **(A/CP)**
  - 2-18-98 facsimile from CR to BEW 2 pages **(A/CP)**
  - 2-17-98 facsimile from CR to BEW **(A/CP)**
  - 2-17-98 facsimile from CR to BEW 13 pages **(A/CP)**
  - 2-18-98 internal document of Wood & Francis **(WP)**

**FILED**

**10**

**PEGGY B. DEANS, CLERK**
**U.S. BANKRUPTCY COURT**
**EASTERN DISTRICT OF N.C.**

- Sales Tax of Nutritionals  IHI General

  - 5-28-98 memo from Gene Davis to CR w/ exhibits **(A/CP)**

- International Heritage, Inc. General – Sales Tax/Nutritional Supplements

  - 5-28-98 two drafts of memorandum from Gene Davis to CR **(WP)**
  - undated copy of written text regarding taxation **(WP)**
  - 5-27-98 handwritten notes of BEW **(WP)**
  - 5-27-98 draft memo from Gene Davis to CR with handwritten notes **(WP)**
  - undated copy of Alabama Statutes governing the Department of Revenue **(WP)**
  - 2-19-98 memo from Gene Davis to file **(WP)**

- Shareholder List 1998 IHI General

  - Note from GMM to BEW **(WP)**
  - 1997 draft shareholder list **(WP)**
  - miscellaneous Defendant names and addresses for Frederick Dobbins et al **(WP)**
  - 8-22-97 facsimile correspondence from AS to GMM 21 pages **(A/CP)**
  - 1997 draft of shareholder list with handwritten notes **(WP)**
  - 1997 copy of first page of shareholders list with yellow post-it bearing notes from GMM attached **(WP)**

- Political Action Committee

  - 1-12-98 BEW handwritten notes attached to legislature list with numerous handwritten notes **(WP)**
  - 3-4-98 facsimile transmission from Mike Deckert to CTF with handwritten notes from CTF to BEW **(A/CP)**
  - 2-11-98; 2-10-98 handwritten notes of BEW **(WP)**
  - 2-12-98 facsimile correspondence from SVE to BEW 2 pages **(A/CP)**
  - 8-2-98 handwritten notes of BEW **(WP)**

- Termination Letters – IHI General

  - 11-17-97 facsimile correspondence from BEW to Jennifer Gruber, IHI employee 3 pages **(A/CP)**
  - 11-12-97 facsimile correspondence from BEW to CR **(A/CP)**
  - 11-12-97 facsimile correspondence from BEW to CR **(A/CP)**
  - 11-7-97 facsimile correspondence from BEW to Pete Scanlon cc'd CR w/ encl **(A/CP)**
  - 11-7-97 facsimile correspondence from IHI to BEW 1 page **(A/CP)**

- D&O Insurance Policy

  - 12-17-98 facsimile correspondence from BEW to Joy and Terri Gardner, Esq. 19 pages **(A/CP)**

- Lobbying   IHI

  - 2-27-98 facsimile from Robert Essay, Esq. to BEW 3 pages **(A/CP)**

- Jeff Hooks Loan Dispute

  - 1-23-98 copy of letter correspondence from Jeff Hooks to BEW w/ yellow post-it note from BEW to Elaine Tarkington attached **(A/CP)**

- Correspondence Swinney et al. v. IHI – N.C.

  - 5-15-98 correspondence from GMM to BML cc'd SVE, BEW w/ encl **(A/CP)**
  - 7-1-98 correspondence from BEW to SVE, JB, Sabrina Wei, Jimmy Knowles, Barry Ackle, CS & LS **(A/CP)**
  - 6-25-98 facsimile from BEW to Mark Lane 6 pages **(A/CP)**
  - 6-25-98 ten page facsimile from MV to BEW **(A/CP)**
  - 6-23-98 facsimile correspondence from Dennis Lawson to BEW 1 page **(A/CP)**
  - 6-19-98 facsimile from BML to BEW 6 pages **(A/CP)**
  - 6-16-98 facsimile from BML to BEW 6 pages **(A/CP)**
  - 6-11-98 facsimile correspondence from BEW to BML, cc'd SVE, JB & CR **(A/CP)**
  - 6-1-98 facsimile correspondence from AS to Elaine Tarkington 19 pages **(A/CP)**
  - 5-27-98 facsimile from BML to BEW 3 pages **(A/CP)**
  - 5-22-98 facsimile correspondence from BML to BEW **(A/CP)**
  - 5-20-98 facsimile from John Austin to BEW 14 pages **(A/CP)**

- 5-20-98 memo from John Austin to BEW **(A/CP)**
- 5-19-98 facsimile correspondence from Theodore Sonde to BEW 3 pages **(A/CP)**
- 5-19-98 facsimile from MV to BEW 2 pages **(A/CP)**
- 5-18-98 facsimile from BEW to Sonde, Lawton 16 pages **(A/CP)**
- 5-18-98 facsimile correspondence from BEW to Sonde & Lawton **(A/CP)**
- 5-28-98 three page fax from Lawton to CR **(A/CP)**
- 4-28-98 two page fax from Sonde to BEW **(A/CP)**
- 4-15-98 sixteen page fax from AW to BEW **(A/CP)**
- 4-9-98 fourteen page fax from GMM to BEW **(A/CP)**
- 4-14-98 Wood & Francis internal document **(WP)**

- Attorney Notes Swinney et al. v. IHI - NC

  - 6-23-98 deposition outline BEW notes **(WP)**
  - 6-24-98 BEW notes **(WP)**
  - 5-21-98 memo from Matthew Zeko to BEW **(WP)**
  - miscellaneous notes of BEW **(WP)**
  - undated draft memorandum in support of motion of IHI et al for transfer to Eastern District of North Carolina with handwritten notes of BEW **(WP)**
  - 6-12-98; 5-14-98; 5-13-98; 5-8-98 handwritten notes of BEW **(WP)**
  - 5-8-98 Elaine Tarkington copy of email transmission from AW to Elaine Tarkington **(WP)**
  - miscellaneous handwritten notes of BEW **(WP)**

- 8-K Information – IHI General

  - 5-6-98 six page facsimile from GMM to RSH and RB **(A/CP)**
  - 4-6-98 eight page facsimile from GMM to RSH, BEW, LWB and SVE **(A/CP)**
  - 4-13-98 correspondence from GMM to RB, RSH, BEW, FDB cc'd SVE, JB, CR and Marks Lane **(A/CP)**

- Vines, Matt

  - 12-4-97 correspondence BEW to CR **(A/CP)**
  - 11-17-97 handwritten notes of BEW **(WP)**
  - miscellaneous notes of BEW **(WP)**
  - 11-6-97 ten page facsimile from BEW to CR **(A/CP)**
  - 11-6-97 facsimile correspondence from BEW to CR **(A/CP)**
  - 10-24-97 two page facsimile from CR to BEW **(A/CP)**
  - 10-29-97; 10-23-97; 10-16-97 notes of BEW **(WP)**
  - 10-9-97 facsimile from BEW to CR **(A/CP)**
  - 10-9-97 facsimile from BEW to William Vines cc'd CR **(A/CP)**
  - 10-9-97 facsimile from BEW to CR **(A/CP)**
  - 10-9-97 four page facsimile from BEW to CR **(A/CP)**
  - 9-24-97 correspondence from BEW to CR **(A/CP)**
  - 9-23-97 three page facsimile from CR to BEW **(A/CP)**
  - 9-23-97 handwritten notes from BEW **(WP)**
  - 9-18-97 facsimile from BEW to CR **(A/CP)**

- 9-18-97 handwritten notes from BEW **(WP)**

- Insurance Info – Embezzlement Claim    IHI General

  - 2-29-97 handwritten notes of BEW **(WP)**

- Cash-out Denial Info    IHI General

  - 11-19-97 three page facsimile from BEW to CR **(A/CP)**
  - 11-19-97 facsimile from BEW to CR **(A/CP)**
  - 11-18-97 two page facsimile from CR to BEW **(A/CP)**

- Termination Letters        IHI General

  - 11-6-97 handwritten notes of BEW **(WP)**
  - 10-16-97 correspondence from BEW to CR cc'd SVE, JB, Pete Scanlon, Jeff Hooks w/ encl **(A/CP)**
  - 10-16-97 five page facsimile from CR to BEW cc'd Jennifer Gruver (IHI employee) **(A/CP)**
  - 10-24-97 seven page facsimile from Shannon Zeko to BEW **(A/CP)**
  - 10-24-97 one page facsimile from Shannon Zeko to BEW **(A/CP)**

- Common Law Marriage

  - 2-18-98 memo from Gene Davis to BEW **(A/CP)(WP)**
  - 9-5-95 Court opinion **(WP)**
  - 2-27-96 Court opinion **(WP)**

- Boswell, Rhonda        IHI General

  - 10-24-97 IHI memo Shannon Zeko to BEW cc'd Pete Scanlon & CR **(WP)(A/CP)**

- Kara International        IHI General

  - 3-9-98 correspondence from GMM to RB and Wolosky cc'd SVE, JB, RSH and BEW w/ attachment **(A/CP)**

- Better Business Bureau        IHI General

  - 8-19-97 two page facsimile from CR to BEW **(A/CP)**
  - 8-26-97 transcription of voice mail message from Jerry Meyers to BEW **(WP)**
  - 9-24-97 handwritten notes of BEW **(WP)**
  - 9-23-97 five page facsimile from Jerry Meyers to BEW **(A/CP)**
  - 9-15-97 draft Better Business Bureau report on IHI, handwritten notes of BEW **(WP)**
  - 9-3-97 two page facsimile from Meyers to BEW **(A/CP)**
  - July 1997 Better Business Bureau report re: IHI **(WP)**
  - miscellaneous notes of BEW **(A/CP)**
  - 9-5-97 four page facsimile from BEW to Meyers **(A/CP)**

- 9-5-97 four page facsimile from BEW to Meyers **(A/CP)**
- 9-5-97 facsimile from BEW to CR cc'd SVE, JB and FDB w/ encl **(A/CP)**
- 9-5-97 facsimile from BEW to Meyers cc'd CR, JB, SVE & FDB w encl **(A/CP)**
- draft proposal for Better Business Bureau report **(WP)**
- 8-29-97 three page facsimile from BEW to CR **(A/CP)**
- 8-29-97 facsimile from BEW to Meyers cc'd CR, JB, SVE and FDB **(A/CP)**
- 9-2-97 handwritten notes of BEW **(WP)**
- 8-29-97 facsimile from BEW to Meyers cc'd CR, JB, SVE & FDB **(A/CP)**
- 3-10-97 three page facsimile from Elaine Tarkington to Meyeres **(A/CP)**
- 8-29-97 facsimile from BEW to Meyers cc'd CR, JB, SVE & FDB **(A/CP)**
- 8-29-97 facsimile from BEW to CR 1 page **(A/CP)**
- 8-25-97 two page facsimile from CR to BEW **(A/CP)**
- 8-21-97 three page facsimile from Pete Scanlon to BEW **(A/CP)**
- 8-20-97 eight page facsimile from CR to BEW **(A/CP)**
- 12-16-97 web courier news article re: David and Martha Crowe **(WP)**

- TeleQuest        IHI General

  - 6-10-98 correspondence from BEW to JB w/ encl **(A/CP)**
  - 6-9-98 ten page facsimile from Ed Cary of IHI to BEW **(A/CP)**

- IHI Audit Letter Information

  - 4-2-98 correspondence from JB to BEW **(A/CP)**
  - 4-3-98 three page facsimile from JB to BEW **(A/CP)**
  - 1-15-98 correspondence from JB to BEW **(A/CP)**
  - Miscellaneous notes of BEW **(WP)**
  - 4-9-98 ten page facsimile from GMM to BEW **(A/CP)**

- WGST AM 750

  - Handwritten notes of BEW **(WP)**

- Compensation Slides

  - 11-9-97 draft compensation slides with handwritten notes of BEW **(WP)**

- D&O Insurance Policy

  - Miscellaneous handwritten notes of AEF **(WP)**
  - 6-18-98 eight page facsimile from BEW to GMM **(A/CP)**
  - 6-5-98 memo from Alan Woodlief to BEW **(A/CP)**
  - 4-16-98 correspondence from GMM to BEW **(A/CP)**
  - 4-1-99 correspondence from GMM to BEW cc'd JB and Richard Corbin w/ encl **(A/CP)**

- Wendell Property

  - 9-10-97 correspondence from BEW to SVE cc'd JB **(A/CP)**

110

- Miscellaneous handwritten notes **(WP)**

- Navy League

  - 5-6-98 Intrepid Museum Foundation confirmation **(A/CP)**
  - 5-18-98 two page facsimile from BEW to Michael Duncan **(A/CP)**
  - 10-6-97 six page facsimile from Linda Halsteadt, AS to AS but only two pages of the facsimile available **(A/CP)**
  - 10-16-97 correspondence from BEW to Robert Skirnick, Esq. **(A/CP)**
  - 10-16-97 correspondence from BEW to Commander R. C. Keller **(A/CP)**
  - 10-16-97 correspondence from BEW to Comadore Submarine Squadron 2, cc'd Commander RC Keller **(A/CP)**
  - 9-5-97 correspondence from BEW to SVE w/ encl **(A/CP)**
  - 8-29-97 facsimile correspondence one page **(A/CP)**
  - 9-5-97 correspondence from BEW to New York counsel Navy League, cc'd SVE and RSH **(A/CP)**
  - Miscellaneous handwritten notes of BEW **(WP)**
  - 9-5-97 correspondence from BEW to RSH **(WP)**
  - 8-29-97 two page facsimile from RSH to BEW **(A/CP)**

- October 24, 1998 Board Minutes          IHI General

  - 10-24-98 draft Board of Directors meeting of IHI **(WP)**
  - 12-9-98 four page facsimile from BEW to AW **(A/CP)**
  - 11-9-98 miscellaneous handwritten notes of BEW **(WP)**
  - 11-25-98 eight page fax from AW to BEW **(A/CP)**

- Bernath v. Stanley H. Van Etten & IHI          IHI General

  - 12-18-98 facsimile from BEW to SVE w/ encl **(A/CP)**

- Lobbying     .

  - 1-9-98; 3-6-98 handwritten notes of BEW **(WP)**
  - 3-6-98 five page facsimile Elaine Tarkington to BEW **(A/CP)**
  - 2-18-98 memo from Gene Davis to file w/ handwritten notes of BEW **(A/CP)**
  - 1-8-98; 8-3-98 handwritten notes of BEW **(WP)**
  - 2-9-98 correspondence from BEW to SVE cc'd JB, CR, Marks Lange, CTF and Gene Davis **(A/CP)**
  - 2-12-98 handwritten notes of BEW **(WP)**
  - 1-9-98 five page facsimile from SVE to BEW **(A/CP)**
  - 1-16-98 memo from Julie Bell to BEW **(A/CP)**
  - 1-14-98 three page facsimile from BEW to SVE **(A/CP)**
  - 1-8-97 correspondence from SVE to BEW **(A/CP)**
  - 1-14-98 handwritten notes of BEW **(WP)**
  - 1-14-98 facsimile from BEW to SVE **(A/CP)**
  - 2-12-97; 1-8-98; 1-6-98 handwritten notes of BEW **(A/CP)**
  - 11-12-97 three page facsimile from BEW to SVE **(A/CP)**

- 11-12-97 facsimile from BEW to SVE **(A/CP)**
- 9-27-97 message from JB to BEW **(A/CP)**
- 10-14-97 correspondence from BEW to JB w/ encl **(A/CP)**
- 10-8-97 correspondence from BEW to SVE cc'd CR, JB, CTF & Bernie Harrell, Esq. w/ encl **(A/CP)**
- 9-23-97 three page facsimile from CR to BEW **(A/CP)**
- 9-29-97 transcript of message from Wilma Sherrill to BEW **(A/CP)**
- 9-24-97 correspondence from BEW to SVE **(A/CP)**
- miscellaneous handwritten notes of BEW **(WP)**
- 9-25-97 correspondence from BEW to CR cc'd SVE, JB, CTF and Bernard Harrell w/ encl **(A/CP)**
- 9-16-97 three page facsimile from BEW to SVE and JB **(A/CP)**

- Win Capital Opinion Letter

  - 11-3-97 notes from BEW **(WP)**
  - 11-3-97 fourteen page facsimile from GMM to BEW **(A/CP)**
  - 8-1-97 correspondence from GMM to Win Capital Corp. attn: Steven Bayern cc'd SVE, Steven Wolosky, RSH & Albert Barbera **(A/CP)**
  - 7-14-97 copy of agency agreement between IHI and Win Capital Corp. **(A/CP)**
  - 11-3-97 consulting agreement between IHI and Win Capital Corp.

- Jeff Hooks Loan

  - 6-1-99 correspondence from BEW to SVE w/ encl **(A/CP)**
  - 5-21-99 four page facsimile from SVE to BEW **(A/CP)**
  - 12-15-98 four page facsimile from BEW to SVE **(A/CP)**
  - 12-21-98 correspondence from BEW to SVE **(A/CP)**
  - 3-4-98 correspondence from BEW to SVE w/ encl **(A/CP)**
  - 1-21-98 correspondence from BEW to Jeff Hooks cc'd SVE w/ encl **(A/CP)**
  - 1-21-98 correspondence from BEW to SVE w/ encl **(A/CP)**
  - 12-8-97 correspondence from BEW to Jeff Hooks cc'd SVE w/ encl **(A/CP)**
  - 12-8-97 correspondence from BEW to SVE w/ encl **(A/CP)**
  - 12-17-97 correspondence from BEW to SVE w/ encl **(A/CP)**
  - 12-17-97 correspondence from BEW to Jeff Hooks cc'd SVE w/ encl **(A/CP)**
  - 11-11-97 Elaine Tarkington copy of email transmission from BEW to Elaine Tarkington **(A/CP)**
  - 11-10-97 five page facsimile from AW to BEW w/ handwritten notes **(A/CP)**
  - 11-12-97 four page facsimile from AW to BEW **(A/CP)**
  - 11-11-97 memo from SVE to BEW and Bob Gluhareff **(A/CP)**

**BOX 96W342I 110**

- Dechart, Price & Rhoades Invoices

  - Invoices dated 7-10-98; 6-9-98; 6-23-98; 5-7-98; 9-28-98 **(A/CP)**
  - 11-28-98 facsimile from BML to BEW cc'd Rob Hukezalie **(A/CP)**
  - 12-17-98 facsimile from BML to BEW cc'd Rob Hukezalie **(A/CP)**

- 11-20-98 facsimile correspondence from BML to BEW cc'd Rob Hukezalie w/ encl **(A/CP)**
- 10-8-98 correspondence from BML to BEW **(A/CP)**
- 10-14-98 correspondence from BML to BEW cc'd Rob Hukezalie w/ encl **(A/CP)**
- 9-29-98 correspondence from BML to BEW cc'd Rob Hukezalie w/ encl **(A/CP)**
- 7-24-98 correspondence from BML to BEW cc'd Rob Hukezalie w/ encl **(A/CP)**
- 7-10-98 correspondence from BML to BEW cc'd Rob Hukezalie w/ encl **(A/CP)**
- 6-23-98 correspondence from BML to BEW cc'd Rob Hukezalie w/ encl **(A/CP)**
- 5-7-98 correspondence from Sonde to BEW cc'd Rob Hukezalie w/ encl **(A/CP)**

- Gardere & Wynn Invoices

  - Invoices dated 12-14-98; 1-28-99; 8-26-98; 9-16-98; 8-26-98; 7-9-98; 6-29-99; 6-29-98 **(A/CP)**
  - 11-6-98 correspondence from Sue Halpern to BEW and SVE w/ encl **(A/CP)**
  - 9-28-98 correspondence from BEW to Rob Hukezalie w/ encl cc'd JB & SVE **(A/CP)**
  - 7-9-98 correspondence from Lange to BEW w/ encl **(A/CP)**

- Kutak Rock Invoices

  - Invoices dated 4-9-98 **(A/CP)**
  - 4-27-98 note from AS to BEW **(A/CP)**

- Sirote & Permutt Invoices

  - Invoices dated 12-18-98; 2-1-98; 12-1-98; 9-23-98; 7-24-98; 7-24-98; 6-24-98; 5-25-98 **(A/CP)**

- Wyrick Robbins Invoices

  - 4-27-98 correspondence from Rob Hukezalie to FDB, cc'd BEW, SVE & JB **(A/CP)**
  - 4-27-98 correspondence from Rob Hukezalie to Paul Greenburg, cc'd BEW, SVE & JB **(A/CP)**
  - 4-27-98 correspondence from Rob Hukezalie to RB cc'd BEW, SVE & JB **(A/CP)**

- Brobeck, Phleger & Harrison Firm Brochure

  - 3-30-98 correspondence from John Missing to GMM **(A/CP)**
  - 4-15-98 correspondence from Sonde to BEW w/ encl **(A/CP)**

- Wiring Information and Invoices

  - 4-18-98 four page facsimile from Melissa to Elaine Tarkington with yellow post-it containing handwritten notes attached and taxi cab receipt attached **(WP)(A/CP)**
  - 3-28-98 correspondence from Paul Greenburg to BEW w/ encl **(A/CP)**

- Kentucky Statute and Article from Babener