U.S. Bankruptcy Court for the Eastern District of North Carolina
CLERK, U.S. BANKRUPTCY COURT
POST OFFICE BOX 1441
RALEIGH, N.C. 27602-1441

In Re a *Petition for Relief under Chapter 7 of Title 11, U.S. Code*, filed by or against the below-named Debtor on November 25, 1998:
DEBTOR: INTERNATIONAL HERITAGE, INC. of C/O TERRI L. GARDNER, POST OFFICE DRAWER 1389, RALEIGH, NC 27602; SSN: N/A, EIN: 56-1921093
CASE NO. 98-02675-5-ATS

ORDER AND NOTICE
BY THE COURT

FILED
JAN 13 2004
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing in said cause will be held:

DATE:   January 27, 2004
TIME:   01:00 P.M.
PLACE:
UNITED STATES BANKRUPTCY COURT
U.S. COURTHOUSE & P.O. BLDG., ROOM 208, 300 FAYETTEVILLE ST. MALL, RALEIGH, NC

to consider and act on the following matters:

Motion for Formal Investigation for Impropriety by Trustee, Motion to Remove IHI Trustee and Stay Disbursement of Attorney Fees and Expenses, Motion to Stay IHI Disbursements and Motion for Evidentary Hearing filed by Stan Van Etten on January 12, 2004.

and to transact all other business as may properly come before the court.

DATED:   JAN 13 2004

PEGGY B. DEANS
CLERK OF COURT

553    554

```
                  MAILING LIST FOR CASE [5] 98-02675-5-ATS

Mailing generated on: 01/13/04 At: 08:07:38 By: AM
Form: VAN-057


T        : Holmes P. Harden
           P.O. Box 17169
           Raleigh, NC 27619
================================================================
D        : INTERNATIONAL HERITAGE, INC.
           C/O TERRI L. GARDNER
           POST OFFICE DRAWER 1389
           RALEIGH, NC 27602
================================================================
DA       : Terri L. Gardner
           PO DRAWER 10096
           3600 GLENWOOD AVENUE
           RALEIGH, NC 27605-0096
================================================================
All parties with addresses were noticed.

           BA



           Stanley Van Etten
           7924 Lake Dr
           Raleigh, NC 27613
```