**FILED**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

JAN 20 2004

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | |
|---|---|
| IN RE: | CASE NO. |
| INTERNATIONAL HERITAGE, INC. | 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INCORPORATED | 98-02674-5-ATS |
| DEBTORS | |

### ORDER QUASHING SUBPOENA AND SETTING HEARING

Stanley H. Van Etten filed a Notice of Deposition and Issuance of Subpoena to depose Holmes P. Harden, chapter 7 trustee, on January 21, 2004. Mr. Harden filed a motion to quash the subpoena, contending that the subpoena is improperly issued and improperly served, that it seeks privileged or otherwise protected matter, and that the trustee will not be available on the noticed date.

The court will consider the motion to quash the subpoena at the hearing scheduled in related matters on January 27, 2004, in Raleigh, North Carolina. Accordingly, the subpoena is **QUASHED** as to a January 21, 2004, deposition date, and the motion to quash will be substantively considered on January 27, 2004.

SO ORDERED.

DATED: JAN 20 2004

A. Thomas Small
Bankruptcy Judge

cc: Harden, Van Etten 1/20/04 Am