Rev. 2/2000

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Raleigh Division

IN THE MATTER OF:
International Heritage, Inc.
International Heritage, Incorporated
**DEBTOR**

CASE NUMBER:
98:02675-S-AVS
98:02674-S-AVS

## SUBPOENA IN A CASE UNDER THE BANKRUPTCY CODE

TO: Michael Delgado

[ ] YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the above case.

| Place: | Date: |
|---|---|
|  | Time: |

[✓] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| Place: Attached Exhibit "A" | Date: |
|---|---|
|  | Time: |

[✓] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below:

(list documents or objects): Attached Exhibit "A"

| Place: | Date: |
|---|---|
|  | Time: |

[ ] YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| Premises: | Date: |
|---|---|
|  | Time: |

Any subpoenaed organization not a party to this proceeding case shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify, Fed. R. Civ. P. 30(b)(6) made applicable to this proceeding by Rule 7030, Fed. R. Bankr. P. See Rules 1018 and 9014, Fed.R. Bankr. P.

Issuing Officer Signature and Title: [signature] Pro Se   Date: 1/15/04

Issuing Officer's Name, Address and Phone Number:
Stanley H. VanEtten 7924 Lake Drive Raleigh, NC 27613

## SUBPOENA TO PRODUCE SPECIFIC DOCUMENTS AND INFORMATION
## EXHIBIT A

(1) Any and all files, correspondence, letters, notes, internal memorandum, telephone memorandum, accounting statements or other type record or document, of any description, whether on paper, film, computer diskette or other electronic medium, in your possession or subject to your custody or control, or that of any former or present employee, attorney, associate, investigator, paralegal, intern, administrative or other person, which, in any way, relate to any party to the Settlement Agreements argued in this matter; to include, but not limited to;

Stanley H. Van Etten (Party to Settlement), and/or;
Holmes P. Harden (Party to Settlement), and/or;
International Heritage, Inc. (Debtor Estate), and/or;
International Heritage Incorporated (Debtor Estate), and/or;
Mayflower Holdings, Inc. (Party to Settlement), and/or;
Mayflower Capital, LLC (Party to Settlement), and/or;
Brent E. Wood (Party to Settlement), and/or;
Bill Hicks (Party to Settlement-SEC), and/or;
Scott Wilkinson (Party to Settlement-AUSA), and/or;
Scott Schiller (Special Agent Internal Revenue Service), and/or;

AND

The Internal Revenue Service
The United States Attorney's Office, Raleigh, NC; Charlotte, NC; Atlanta, GA
The Securities Exchange Commission, Atlanta, GA
Federal Bureau of Investigation, Raleigh, NC
Any State Government (Tax, Regulatory or Law Enforcement) in the United States including but not limited to North Carolina, Montana, Virginia, Oklahoma, Georgia, Florida and Kansas.

for the period of **November 25, 1998** (Bankruptcy Filing Date) through and including **January 15, 2004.**

(2) The names and present/last known addresses and telephone numbers of all former or present attorneys, associates, employees or agents, investigators, interns, paralegal, support and administrative person who were, in any way, involved in or otherwise participated in, associated with or party to, in any manner, direct or indirect, with any and all Federal, State and Regulatory Agencies/Authority, including Law Enforcement, investigating or prosecuting International Heritage, Inc., International Heritage Incorporated, Stanley H. Van Etten, Mayflower Holdings or Mayflower Capital during the time period set forth herein.

## Definitions and Instructions

Any and all writings or documents, including, but not limited to correspondence notes, memoranda, memorializations, calendars, diaries or, telephone records which discuss, mention, refer or relate to, or otherwise involve, in any way, any communication or contact between Holmes P. Harden and any person or entity named herein, to include, but not limited to;

1. any federal and state regulatory authority, including but not limited to the Securities Exchange Commission and those named herein, and;
2. any federal and state law enforcement agency, or authority, including but not limited to those named herein, and;
3. any current or former member of the news media, and;

As used herein; "Writing" or "Document" means without limitation, a copy of the original or copy of each final or interim version of the following items, whether printed, recorded or reproduced by hand or any mechanical process; agreements, contracts, communications, state and federal governmental hearings and reports, correspondence, telegrams, memoranda, summaries or interviews, minutes, bulletins, diaries, graphs, studies, reports, notes, notebooks, books, checks, statements, specifications, receipts, returns, plans charts, diagrams, drawings, sketches, maps, summaries or reports of investigations or negotiations, interoffice communications, teletypes, telecopy's, opinions or reports of consultants, graphic or aural records or representations of any kind, including, but not limited to, photographic film, microfilm, microfiche, magnetic impulse, brochures, videotape recordings, pamphlets, advertisements, circulars, press releases, electronic or mechanical records of representations of any kind, including, but not limited to, tapes, cassettes, discs and recordings, media devices, drafts, letters, any marginal comments appearing on any document, and all other writings or physical or tangible materials.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

INTERNATIONAL HERITAGE, INC.
(TAX ID#: 56-1921093)

INTERNATIONAL HERITAGE
INCORPORATED
(Tax ID#: 87-0421191)

Address: 2626 Glenwood Avenue, Suite 200
Raleigh, NC 27608

Debtors.

Case No. 98:02675-5-AVS
CHAPTER 7

Case No. 98:02674-5-AVS
CHAPTER 7

NOTICE OF DEPOSITION
AND ISSUANCE OF SUBPOENA

Michael Delgado IRS-Civil

Defendant, Stanley H. Van Etten, Pro Se, respectfully submits his Notice of Deposition and Issuance of Subpoena.

### Introduction

The Honorable U.S. Bankruptcy Judge, A. Thomas Small, provided Notice of Hearing and Certificate of Service on January 14, 2004, for Hearing January 27, 2004. See attached Exhibit 1.

This matter is set for hearing on January 27, 2004 on Van Etten's Notice and Complaint for Breach of Settlement Agreement with Trustee and Request for Intervention and Resolution (Court Docket Filing #549, see attached Exhibit 2) for Government violations in the wrongful confiscation of more than $200,000 of Stanley H. Van Etten and Kerry L. Van Etten's Federal Tax Refund, and further in the Government's Prosecutorial Abuse and Investigative Abuse thereto.

This matter is set for hearing on January 27, 2004 on Van Etten's Supplemental Filing, filed January 12, 2004 (Court Docket Filing #553), containing additional violations of Settlement Agreement with Trustee and Request for Intervention and Resolution; violations of attorney-client privilege and a collusive scheme to violate rights.

## Notice

Please take notice that, pursuant to the Federal Rules of Civil Procedure, Stanley H. Van Etten issued a Notice of Deposition and Issuance of Subpoena in this matter, to produce TESTIMONY, and permit inspection and COPYING of documents and records, as specified herein:

**Witness:** Mr. Michael Delgado
Internal Revenue Service Agent-Civil
4405 Bland Road, Suite 100
Raleigh, NC 27609

**Date/Time:** January 22, 2004 at 10:00 a.m.
Ellis & Winters, LLP
1100 Crescent Green
Suite 200
Cary, NC 27511
(919) 865-7000

**Subject:** See Attached Subpoena, **Exhibit 4**

**Dated:** January 15, 2004

## CERTIFICATE OF SERVICE

This is to certify that I have this 15th day of January 2004, served a copy of the foregoing upon Michael Delgado, in this criminal matter, by HAND DELIVERY of the same in person to:

Mr. Michael Delgado
Internal Revenue Service
4405 Bland Road
Suite 100
Raleigh, NC 27609

Counsel Service via E-Mail, Fax or U.S. Mail

Maupin Taylor, P.A.
Mr. Holmes P. Harden
Highwoods Tower One
3200 Beechleaf Court, Suite 500
Raleigh, NC 27604

Terri L. Gardner
Poyner & Spruill, LLP
P.O. Drawer 10096
3600 Glenwood Avenue
Raleigh, NC 27605-0096

Mr. David W. Long
Attorney at Law
P.O. Box 10096
Raleigh, NC 27605
(919) 783-2808
(919) 783-1075 Fax

Mr. Jeffrey L. Burley
Attorney at Law
402 Lamar Street, Suite 108
Sherman, TX 75090
(903) 868-0005 Fax

Mr. John P. O'Hale
Attorney at Law
102 South Third Street
Smithfield, NC 27577
(919) 934-6280 Fax

Paul K. Sun
Attorney at Law
1100 Crescent Green
Suite 200
Cary, NC 27511
(919) 865-7000