FILED 1/21/2004 3:47:33 PM, USBC, Eastern District of North Carolina

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF: | CASE NO.  98:02675-5-ATS |
| | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC., | |
| AND INTERNATIONAL HERITAGE | CASE NO.  98:02674-5-ATS |
| INCORPORATED, | CHAPTER 7 |
| Debtors. | |

### AMENDED CERTIFICATE OF SERVICE

I do hereby certify that I have this 21st day of January, 2004, served a copy of the United States' Motion to Quash Subpoena and the United States' Memorandum in Support of Motion to Quash Subpoena electronically filed on January 21, 2004, by placing a copy of same in the U. S. Mails, addressed as follows:

> Stanley H. Van Etten
> 7924 Lake Drive
> Raleigh, NC 27613.

Respectfully submitted, this 21st day of January, 2004.

> FRANK D. WHITNEY
> United States Attorney
>
> BY: __/s/ Neal Fowler_____
>     NEAL FOWLER
> Assistant United States Attorney
> Civil Division
> 310 New Bern Avenue, Suite 800
> Raleigh, NC  27601-1461
> Telephone: (919) 856-4049