UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**FILED**
JAN 21 2004

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:                                              CASE NO.

INTERNATIONAL HERITAGE, INC.                        98-02675-5-ATS

INTERNATIONAL HERITAGE,                             98-02674-5-ATS
INCORPORATED

DEBTORS

### ORDER QUASHING SUBPOENA AND SETTING HEARING

Stanley H. Van Etten filed a Notice of Deposition and Issuance of Subpoena to depose Kristine L. Lanning, Assistant Attorney General for the State of North Carolina, on January 22, 2004. The State of North Carolina and Ms. Lanning filed a motion to quash the subpoena, contending, among other things, that the subpoena is void, the subpoena was not properly served and was not accompanied by the required fees, the subpoena fails to allow a reasonable time to comply, and the subpoena seeks the production of protected information.

The court will consider the motion to quash the subpoena at the hearing scheduled in related matters on January 27, 2004, in Raleigh, North Carolina. Accordingly, the subpoena is **QUASHED** as to a January 22, 2004, deposition date, and the motion to quash will be substantively considered on January 27, 2004.

SO ORDERED.

DATED:  JAN 21 2004

_A. Thomas Small_
A. Thomas Small
Bankruptcy Judge

cc: Van Etten, Govert, ATS, JRL 1/21/04 Am

568