UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                          CASE NUMBER:

INTERNATIONAL HERITAGE, INC.                                    98-02675-5-ATS

   DEBTOR                                                       CHAPTER 7

**FILED**
JAN 2 2 2004
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

CERTIFICATE OF TELEPHONIC NOTICE

I am a regularly appointed and qualified deputy clerk in the
office of the clerk, in and for said court and district, and I
hereby certify that the following individual(s) were given
telephonic notice on January 21, 2004, at the telephone numbers
listed below:

   Holmes P. Harden              919-981-4000
   Neal I. Fowler                919-856-4049
   Gary Govert                   919-716-6000

that hearing pursuant to the Court's Orders Quashing Subpoenas
and Setting Hearing entered January 21, 2004, will be held on:

   DATE:       January 27, 2004
   TIME:       1:00 P.M.
   PLACE:      UNITED STATES BANKRUPTCY COURT
               US COURTHOUSE AND POST OFFICE, ROOM 208
               300 FAYETTEVILLE STREET MALL
               RALEIGH, NORTH CAROLINA


DATED: JAN 2 2 2004       _____
                                 DEPUTY CLERK

567/563                                                                    569