U.S. Bankruptcy Court for the Eastern District of North Carolina

CLERK, U.S. BANKRUPTCY COURT
POST OFFICE BOX 1441
RALEIGH, N.C. 27602-1441

In Re a *Petition for Relief under Chapter 7 of Title 11, U.S. Code*, filed by or against the below-named Debtor on November 25, 1998:
DEBTOR: INTERNATIONAL HERITAGE, INC. of C/O TERRI L. GARDNER, POST OFFICE DRAWER 1389, RALEIGH, NC 27602; SSN: N/A, EIN: 56-1921093

CASE NO. 98-02675-5-ATS

## ORDER AND NOTICE BY THE COURT

FILED
MAR - 8 2004
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing in said cause will be held:

DATE: April 1, 2004
TIME: 11:00 A.M.
PLACE:
UNITED STATES BANKRUPTCY COURT
U.S. COURTHOUSE & P.O. BLDG., ROOM 208, 300 FAYETTEVILLE ST. MALL, RALEIGH, NC

to consider and act on the following matters:

Trustee's Motion to Approve and Settle Controversy filed February 13, 2004 and Response thereto and Motion to Make Determination under Title 11 USC 547 filed by Stanley H. Van Etten on March 2, 2004.

and to transact all other business as may properly come before the court.

DATED:
MAR - 8 2004

PEGGY B. DEANS
CLERK OF COURT

575

578

MAILING LIST FOR CASE [5] 98-02675-5-ATS

Mailing generated on: 03/08/04 At: 14:11:27 By: AM
Form: VAN-057

```
T      : Holmes P. Harden
         P.O. Box 17169
         Raleigh, NC 27619
==================================================================
D      : INTERNATIONAL HERITAGE, INC.
         C/O TERRI L. GARDNER
         POST OFFICE DRAWER 1389
         RALEIGH, NC 27602
==================================================================
DA     : Terri L. Gardner
         PO DRAWER 10096
         3600 GLENWOOD AVENUE
         RALEIGH, NC 27605-0096
==================================================================
```
All parties with addresses were noticed.



Stephani Humrickhouse
PO Box 18237
Raleigh, NC 27619

Stanley Van Etten
7924 Lake Dr
Raleigh, NC 27613