UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTERNATIONAL HERITAGE, INC. ) | Case No. 98:02675-5-ATS |
| (Tax ID#: 56-1921093) ) | CHAPTER 7 |
| ) | |
| INTERNATIONAL HERITAGE ) | Case No. 98:02674-5-ATS |
| INCORPORATED ) | CHAPTER 7 |
| (Tax ID#: 87-0421191) ) | |
| ) | |
| Address: 2626 Glenwood Avenue, Suite 200 ) | |
| Raleigh, NC 27608 ) | |
| ) | |
| Debtors. ) | |

**FILED**

APR - 1 2004

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT

## VAN ETTEN'S WAIVER OF APPEARANCE FOR THE APRIL 1, 2004 HEARING

### BACKGROUND

Holmes P. Hardin, Trustee, filed a Motion to Compromise and Settle Controversy (hereinafter referred to as "Motion to Settle") with Wood & Francis, PLLC and Brent E. Wood on February 13, 2004. On March 2, 2004, Van Etten filed a Response to the Trustee's Motion to Settle. Hardin re-filed the Motion to Settle on March 8, 2004 and properly served all interested parties. A hearing is scheduled for April 1, 2004.

### Notice

Stanley H. Van Etten respectfully waives his right to appear and argue his Response to Trustees Motion to Compromise and Settle Controversy and requests this Court to make a determination based on Van Etten's Response and any oral or written arguments presented on whether Brent Wood was an "insider" in addition to deciding the scope of the settlement, and provides notice to the Court and all interested parties.

### Facts

Van Etten individually retained the law firm Wood & Francis PLLC ("Wood & Francis"), on or about March 2, 1993. Wood & Francis individual representation of Van Etten started approximately two (2) years prior to the incorporation of IHI, which was not until April of 1995. Wood & Francis's representation of Van Etten, individually, was continuous and uninterrupted for approximately eight (8) years.

1

Van Etten has filed a Complaint with this court alleging that there were improprieties and conflicts of interest between the Trustee, Holmes P. Hardin and Brent Wood's representation of Van Etten and his bankruptcy claims. This court dismissed Van Etten's complaint against Trustee Hardin in which those allegations were made. Despite this court's dismissal, Van Etten may pursue civil remedies against Attorney Brent Wood.

Currently, Van Etten is defending himself from a criminal indictment in the Eastern District Court of North Carolina. Attorney Brent Wood has been cooperating with the U.S. Attorney's Office. Attorney Brent Wood has provided numerous documents and interviews to the U.S. Attorney's Office. Van Etten chooses not to examine Brent Wood on this issue and respectfully requests the court to consider Van Etten's response.

Van Etten does not want to waive his attorney-client privilege with Brent Wood as the waiver of attorney-client privilege issue is of the utmost importance in his criminal proceeding.

## CONCLUSION

Therefore, for the aforementioned reasons, Stanley H. Van Etten respectfully waives his right to appear and argue his Response to Trustees Motion to Compromise and Settle Controversy and requests this Court to make a determination based on Van Etten's Response and any oral or written arguments presented on whether Brent Wood was an "insider" in addition to deciding the scope of the settlement.

Respectfully submitted,

_____
Stanley H. Van Etten

## CERTIFICATE OF SERVICE

This is to certify that I have this 24 day of March 2004, served a copy of the foregoing upon the following by the CLERK OF COURT, of the same in person to:

Mr. Holmes P. Harden
Maupin Taylor, P.A.
3200 Beechleaf Court, Suite 500
Raleigh, NC 27604

Stephani W. Humrickhouse
Special Counsel for Trustee Holmes P. Hardin
Nichols & Crampton, P.A.
P.O. Box 18237
Raleigh, NC 27619

**Via e-mail and/or regular U.S. mail to:**

Terri L. Gardner
Poyner & Spruill, LLP
P.O. Drawer 10096
Raleigh, NC 27605-0096

Paul K. Sun
Attorney at Law
1100 Crescent Green, Suite 200
Cary, NC 27511

Respectfully submitted,

_____
Stanley H. Van Etten, Pro Se
7924 Lake Drive
Raleigh, NC 27613

3