UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

FILED
APR 21 2004
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:                                                    CHAPTER 7

INTERNATIONAL HERITAGE, INC.,                             CASE NO. 98-02675-5-ATS

Debtor.

## ORDER APPROVING
## COMPROMISE AND SETTLEMENT

This matter came on to be heard upon the Trustee's Motion to Compromise and Settle a controversy with Wood & Francis, PLLC and Brent E. Wood in this case.

It appearing to the Court that, in light of the defenses raised, the costs of negotiation and litigation, and the costs and ability to collect any judgment obtained, the agreement to pay the amount of $3,500.00 to the Trustee by Wood & Francis, PLLC and others in full settlement of the Controversy, pursuant to the Settlement Agreement and Release attached to the Motion, (the "Agreement"), is fair and reasonable and in the best interests of the estate and its creditors provided that the Agreement is modified consistent with the terms of this Order.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the proposed Agreement is approved and the Trustee is authorized to enter into the Agreement, which is modified so that IHI (as defined therein) does not release Wood & Francis (as defined therein) from any individual claim that any former officer, employee, or director may hold against Wood & Francis independent of IHI; however, this Order shall not be interpreted to create any claim which does not currently exist and shall not be interpreted to extend any statute of limitation which has already expired.

IT IS FURTHER ORDERED that the Agreement shall be deemed modified in accordance with this Order upon payment by Wood & Francis pursuant to the terms of the Agreement.

DATED: APR 21 2004

_____
UNITED STATES BANKRUPTCY JUDGE

O:\CLIENT\CHP7TR\InternationalHeritage\APs\Wood, Brent\compromise.ord.wpd

575                                                                                  580

Case Name: International Heritage, Inc.
Case No.: 98-02675-5-ATS

## CERTIFICATE OF MAILING

I am a regularly appointed and qualified deputy clerk in the Office of the Clerk, in and for said Court and District, and I hereby certify that a copy of the attached document was mailed in a postage prepaid envelope addressed to the following at their respective addresses, by placing said envelope in the regular mail in Raleigh, North Carolina on  APR 2 1 2004

_____
Deputy Clerk

Holmes P. Harden
PO Box 19764
Raleigh, NC 27619

Stephani Humrickhouse
PO Box 18237
Raleigh, NC 27619

Stanley H. Van Etten
7924 Lake Drive
Raleigh, NC 27613