May 7, 2004

United States Bankruptcy Court
Eastern District of North Carolina
Raleigh Division
P. O. Box 1441
Raleigh, NC 27602

**FILED**

**MAY 1 0 2004**

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

To Whom It May Concern:

I'm writing in connection with the case of International Heritage, Inc., Case No.
98-02675-5-ATS.

I wish to report a CHANGE OF ADDRESS regarding my involvement in this
case.

OLD ADDRESS:  Robert J. Marrigan
Development Direct, Inc.
76 Winn Street
Woburn, MA  01801

NEW ADDRESS:  Robert J. Marrigan
Development Direct, Inc.
P. O. Box 650
Bedford, MA  01730-0650

Thank you for your assistance in this matter.

Sincerely,

Robert J. Marrigan

Robert J. Marrigan


cc: Holmes P. Harden