FILED

MAY 1 7 2004

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

May 13, 2004

Clerk, U.S. Bankruptcy Court
P.O. Box 1441
Raleigh, NC  27602

Re:    Bankruptcy
       International Heritage, Inc.
       International Heritage, Incorporated

This is to inform you of my change of address and phone number as a claimant in the above bankruptcy:

Catherine C. Fligg
1456 Stratfield Circle
Atlanta, GA  30319
Ph: 404-664-2455

Sincerely,

*Catherine C. Fligg*

Catherine C. Fligg