IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**FILED**

MAY 2 1 2004

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE: )
)
INTERNATIONAL HERITAGE, INC. )   CASE NO. 98-02675-5-ATS
)   CHAPTER 7
)
)
)
Debtor. )

## FOURTH INTERIM APPLICATION FOR PAYMENT OF ACCOUNTANT'S FEES AND EXPENSES

NOW COMES Holmes P. Harden, Trustee in the above-referenced case, and applies to the Court for authority to pay Adams Consulting Group interim accountant's fees and expenses in the amount of Three Thousand Seven Hundred Thirteen and 40/100 ($3,713.40) representing compensation in the amount of $3,349.40 and reimbursement of necessary expenses in the amount of $364.00 for services rendered from September 20, 2002 through April 5, 2003. A copy of the accountant's bill is attached to this Application along with biographical information for each accountant rendering the services. In the opinion of the Trustee, such interim accountant's fees and expense reimbursement are reasonable and just.

Respectfully submitted, this 20th day of May, 2004.

_____
Holmes P. Harden
Trustee for Debtor
N. C. State Bar No. 9835
3200 Beechleaf Court
Post Office Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

415880

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, Trustee for International Heritage, Inc., do hereby certify that the Third Interim Application for Payment of Accountant's Fees and Expenses, hereto attached, was served upon the parties listed below by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the 20th day of May, 2004.

By: /s/ Holmes P. Harden
Holmes P. Harden
Trustee for Debtor
N. C. State Bar No. 9835
3200 Beechleaf Court
Post Office Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
Post Office Box 3039-Century Station
Raleigh, North Carolina 27602-3039

Craig Adams
Adams Consulting Group, P.A.
3622 Haworth Drive
Raleigh, NC 27609

Terri Gardner
Attorney for Debtor
Smith Debnam Narron & Myers, LLP
P. O. Drawer 1389
Raleigh, NC 27602

415880

# ADAMS, MARTIN & Associates PA
## Tax and Financial Consultants

3622 Haworth Drive / Raleigh, NC 27609 / 919.781.3581 / Fax: 919.881.0611 / www.amacpa.com

International Heritage, Inc  
c/o Mr. Holmes Harden, Trustee  
P O Drawer 19764  
Raleigh, NC  27619

Invoice Date:          April 6, 2004  
Invoice Number:        00105031  
Client Number:         9002 007

*For professional services rendered:*

Professional services rendered for the period September 20, 2002 through April 5, 2003 for the following:

Preparation of Form 7004, Application for Automatic Extension of Time to File 2002 U.S. Corporate Income Tax Return

Preparation of Form CD-419, Application for Extension of Time to File 2002 Franchise and Corporate Income Tax for North Carolina Return

Preparation of your 2002 Corporate Federal and North Carolina Income Tax Returns

Preparation of Form 7004, Application for Automatic Extension of Time to File 2003 U.S. Corporate Income Tax Return

Preparation of Form CD-419, Application for Extension of Time to File 2003 Franchise and Corporate Income Tax for North Carolina Return

Preparation of your 2003 Corporate Federal and North Carolina Income Tax Returns

See attached billing summary and detail.

Chapter 7 was filed on November 28, 1998

Order to employ Craig A. Adams as Certified Public Accountant was authorized on January 8, 1999.

Payment is requested upon Bankruptcy Court approval of fees.

Total Invoice Amount          $3,713.40

Member of American Institute of CPAs and the North Carolina Association of CPAs

## SUMMARY OF TIME AND EXPENSES

Client Name: **International Heritage Inc**

| Employee Name | Hours | Rate | Amount | Year |
|---|---|---|---|---|
| Craig A. Adams | | | | |
| | 0.60 | $ 150.00 | $ 90.00 | 2003 |
| | 0.30 | $ 155.00 | $ 46.50 | 2004 |
| CA Subtotal | 0.90 | | $ 136.50 | |
| | | | | |
| Ed Martin | | | | |
| | 1.40 | $ 145.00 | $ 203.00 | 2004 |
| EM Subtotal | 1.40 | | $ 203.00 | |
| | | | | |
| Elizabeth C. Berry | | | | |
| | 0.50 | $ 125.00 | $ 62.50 | 2002 |
| | 4.20 | $ 135.00 | $ 567.00 | 2003 |
| | 3.70 | $ 140.00 | $ 518.00 | 2004 |
| ECB Subtotal | 8.40 | | $ 1,147.50 | |
| | | | | |
| Jeannine Molek | | | | |
| | 5.40 | $ 120.00 | $ 648.00 | 2003 |
| JM Subtotal | 5.40 | | $ 648.00 | |
| | | | | |
| Sallie B. Reynolds | | | | |
| | 3.20 | $ 90.00 | $ 288.00 | 2003 |
| | 8.80 | $ 95.00 | $ 836.00 | 2004 |
| SR Subtotal | 12.00 | | $ 1,124.00 | |
| | | | | |
| Patricia Coggins | | | | |
| | 0.70 | $ 65.00 | $ 45.50 | 2003 |
| TC Subtotal | 0.70 | | $ 45.50 | |
| | | | | |
| Patricia Barnes | | | | |
| | 1.00 | $ 60.00 | $ 60.00 | 2004 |
| PB Subtotal | 1.00 | | $ 60.00 | |
| | | | | |
| **Total Hours & Fees** | 29.80 | | $ 3,364.50 | |
| Total Expenses | | | $ 364.00 | |
| **Total Fees & Expenses** | | | $ 3,728.50 | |

PRIOR BILLINGS

Client Name: 9002 007 - International Heritage, Inc

| Invoice Number | Invoice Date | Interim Invoices Dates Services Rendered | Services Total | Expenses Total | Invoice Total | Amount Approved | Date Approved | Amount Paid | Amount Outstanding |
|---|---|---|---|---|---|---|---|---|---|
| 36657 | 09/21/1999 | December 1, 1998 through September 20, 1999 | $ 26,898.50 | $ 540.09 | $ 27,438.59 | $ 27,438.59 | 10/25/1999 | $ 27,438.59 | $ - |
| 00100994 | 08/30/2000 | September 21, 1999 through August 25, 2000 | $ 9,353.50 | $ 750.58 | $ 10,104.08 | $ 10,104.08 | 10/23/2000 | $ 10,104.08 | $ - |
| 00102066 | 09/20/2001 | August 26, 2000 through September 20, 2001 | $ 7,874.50 | $ 390.64 | $ 8,265.14 | $ 8,265.14 | 10/30/2001 | $ 8,265.14 | $ - |
| 00103418 | 09/24/2002 | September 20, 2001 through September 19, 2002 | $ 2,588.50 | $ 184.40 | $ 2,772.90 | $ 2,772.90 | 11/07/2002 | $ 2,772.90 | $ - |
| | | Totals | $ 46,715.00 | $ 1,865.71 | $ 48,580.71 | $ 48,580.71 | | $ 48,580.71 | $ - |

| | | |
|---|---|---|
| International Heritage, Inc<br>c/o Mr. Holmes Harden, Trustee<br>P O Drawer 19764<br>Raleigh, NC 27619 | Invoice Date:<br>Invoice Number:<br>Client Number: | April 6, 2004<br>00105031<br>9002 007 |

*Detail Description:*

| Project / Description | Employee | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Bankruptcy Consulting<br>    Analyze billing & update schedule of prior bills | Elizabeth Berry | 9/25/02 | 0.50 | 125.00 | $62.50 |
| Bankruptcy - 1120 - 2002<br>    Prepare 2002 federal & NC income tax return extensions | Elizabeth Berry | 2/03/03 | 0.40 | 135.00 | 54.00 |
| Bankruptcy - 1120 - 2002<br>    Review & sign 2002 income tax return extension - 3/15 to 9/15/03 | Elizabeth Berry | 2/24/03 | 0.10 | 135.00 | 13.50 |
| Bankruptcy Consulting<br>    Search in 3 boxes for Corporate Minute Book to respond to FBI request of Trustee.  We do not have it. | Elizabeth Berry | 4/22/03 | 0.50 | 135.00 | 67.50 |
| Bankruptcy - 1120 - 2002<br>    Review 2002 docket and download motions and orders that may have tax consequences | Elizabeth Berry | 4/28/03 | 0.40 | 135.00 | 54.00 |
| Bankruptcy - 1120 - 2002<br>    Begin preparation of 2002 tax returns. Analyze transactions in 7 cash accounts. | Jeannine Molek | 5/12/03 | 2.20 | 120.00 | 264.00 |
| Bankruptcy - 1120 - 2002<br>    Continue on 2002 tax returns.  Cash out of balance by $25,000 (amt of SEC settlement).  However per review of prior year files SEC settlement monies all received as of 2001.  Prepare list of questions for Paralegal. | Jeannine Molek | 5/14/03 | 2.00 | 120.00 | 240.00 |
| Bankruptcy - 1120 - 2002<br>    Tele w/ Jeannine re: 2002 cash discrepancy | Elizabeth Berry | 5/19/03 | 0.20 | 135.00 | 27.00 |
| Bankruptcy - 1120 - 2002<br>    Continue on return based upon voicemail from Jenny Johnson.  Still unable to complete without revised trustee reports (cash still out of balance). | Jeannine Molek | 6/12/03 | 0.20 | 120.00 | 24.00 |
| Bankruptcy - 1120 - 2002<br>    Complete 2002 returns.  Revise returns and statements based upon revised forms 2 faxed over by Jenny Johnson. | Jeannine Molek | 6/23/03 | 1.00 | 120.00 | 120.00 |
| Bankruptcy - 1120 - 2002<br>    Review 2002 federal & NC corporate tax returns | Elizabeth Berry | 7/02/03 | 1.30 | 135.00 | 175.50 |
| Bankruptcy - 1120 - 2002<br>    Preparation of documents for taxing authorities related to 12-31-02 tax return. | Tricia Coggins | 7/03/03 | 0.70 | 65.00 | 45.50 |
| Bankruptcy - 1120 - 2002 | Craig Adams | 7/09/03 | 0.60 | 150.00 | 90.00 |

| | | |
|---|---|---|
| International Heritage, Inc<br>c/o Mr. Holmes Harden, Trustee<br>P O Drawer 19764<br>Raleigh, NC  27619 | Invoice Date:<br>Invoice Number:<br>Client Number: | April 6, 2004<br>00105031<br>9002 007 |

*Detail Description:*

Partner review and sign federal and NC corporate income tax returns and attached 505(b) correspondence

| | | | | | |
|---|---|---|---|---|---|
| Bankruptcy - 1120 - 2002<br>Review 2002 tax returns prior to mailing to Trustee | Elizabeth Berry | 7/09/03 | 0.20 | 135.00 | 27.00 |
| Bankruptcy - 1120 - 2002<br>Review 2002 tax return after Trustee signed.  Email Jenny re: expected final distribution & time needed when shes ready to complete final return., | Elizabeth Berry | 7/14/03 | 0.20 | 135.00 | 27.00 |
| Bankruptcy Consulting<br>Review recent docket entries.  Tele w/ Sandy for current Forms 1 & 2. | Elizabeth Berry | 10/21/03 | 0.20 | 135.00 | 27.00 |
| Bankruptcy Consulting<br>Download recent docket entries. | Sally Reynolds | 10/21/03 | 0.10 | 90.00 | 9.00 |
| Bankruptcy - 1120 - 2003<br>Analyze 2003 transactions in 8 cash accounts | Sally Reynolds | 10/22/03 | 2.90 | 90.00 | 261.00 |
| Bankruptcy - 1120 - 2003<br>Continue to analyze 2003 cash transactions | Sally Reynolds | 10/23/03 | 0.20 | 90.00 | 18.00 |
| Bankruptcy Consulting<br>Tele w/ Sharon then Craig re: problems reloading IHI software & mtg w/ US Atty tomorrow | Elizabeth Berry | 11/24/03 | 0.30 | 135.00 | 40.50 |
| Bankruptcy Consulting<br>Tele w/ Garry Mllot - US Atty  re: problems with software & solution. | Elizabeth Berry | 11/24/03 | 0.20 | 135.00 | 27.00 |
| Bankruptcy Consulting<br>Tele w/ Garry Mllot - US Atty Office  re: software & access to data | Elizabeth Berry | 11/24/03 | 0.20 | 135.00 | 27.00 |
| Bankruptcy - 1120 - 2003<br>Review updated forms 1 & 2. | Elizabeth Berry | 1/14/04 | 0.20 | 140.00 | 28.00 |
| Bankruptcy - 1120 - 2003<br>Analyze 2003 transactions in cash accounts. | Sally Reynolds | 1/21/04 | 3.30 | 95.00 | 313.50 |
| Bankruptcy - 1120 - 2003<br>Prepare 2003 fed. & NC tax returns. | Sally Reynolds | 1/22/04 | 4.50 | 95.00 | 427.50 |
| Bankruptcy - 1120 - 2003<br>Review 2003 Corporate Federal and State income tax returns | Ed Martin | 1/26/04 | 1.40 | 145.00 | 203.00 |
| Bankruptcy - 1120 - 2003<br>Tele w/ Jenny  re: 2003 tax return | Elizabeth Berry | 2/04/04 | 0.10 | 140.00 | 14.00 |

International Heritage, Inc  
c/o Mr. Holmes Harden, Trustee  
P O Drawer 19764  
Raleigh, NC 27619

Invoice Date: April 6, 2004  
Invoice Number: 00105031  
Client Number: 9002 007

*Detail Description:*

| Description | Timekeeper | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Bankruptcy - 1120 - 2003<br>Prepare federal & NC 2003 extensions to extend time to file corporate returns to 9-15-04 | Elizabeth Berry | 2/24/04 | 0.40 | 140.00 | 56.00 |
| Bankruptcy - 1120 - 2003<br>Review 2003 tax returns for bankruptcy assumptions & disclosures. Finalize prep of 2003 tax returns. | Elizabeth Berry | 3/20/04 | 2.70 | 140.00 | 378.00 |
| Bankruptcy - 1120 - 2001<br>Review govt documents | Sally Reynolds | 3/23/04 | 0.30 | 95.00 | 28.50 |
| Bankruptcy - 1120 - 2003<br>Preparation of documents for taxing authorites related to 2003 tax return. | Patricia Barnes | 3/24/04 | 1.00 | 60.00 | 60.00 |
| Bankruptcy - 1120 - 2000<br>Review govt documents | Sally Reynolds | 3/25/04 | 0.10 | 95.00 | 9.50 |
| Bankruptcy - 1099 - 2001<br>Review govt documents | Sally Reynolds | 3/25/04 | 0.20 | 95.00 | 19.00 |
| Bankruptcy - 1120 - 2003<br>Review processing of 2003 tax returns | Elizabeth Berry | 3/29/04 | 0.10 | 140.00 | 14.00 |
| Bankruptcy - 1120 - 2003<br>Partner review and sign 2003 federal and NC corporate income tax returns and attached 505(b) correspondence | Craig Adams | 3/29/04 | 0.30 | 155.00 | 46.50 |
| Bankruptcy - 1120 - 2003<br>Review govt documents | Sally Reynolds | 3/30/04 | 0.20 | 95.00 | 19.00 |
| Bankruptcy - 1120 - 2003<br>Review 2003 tax returns for trustee signature | Elizabeth Berry | 3/31/04 | 0.20 | 140.00 | 28.00 |
| Bankruptcy - 1120 - 2002<br>Review govt documents | Sally Reynolds | 4/03/04 | 0.20 | 95.00 | 19.00 |
| **Total Services** | | | **29.80** | | **3,364.50** |
| Bankruptcy - 1120 - 2002<br>Computer charge, 12-31-02 tax return | Administrative Ge | 7/03/03 | 135.00 | 1.00 | 135.00 |
| Bankruptcy - 1120 - 2002<br>Copies charge, 12-31-02 tax return | Administrative Ge | 7/03/03 | 21.00 | 1.00 | 21.00 |
| Bankruptcy - 1120 - 2002<br>1st class 3.85, Certified 15.10 estimated postage, 12-31-02 tax return | Administrative Ge | 7/03/03 | 18.95 | 1.00 | 18.95 |

| | | | | | |
|---|---|---|---|---|---|
| International Heritage, Inc<br>c/o Mr. Holmes Harden, Trustee<br>P O Drawer 19764<br>Raleigh, NC 27619 | | Invoice Date:<br>Invoice Number:<br>Client Number: | | April 6, 2004<br>00105031<br>9002 007 | |

*Detail Description:*

| | | | | | |
|---|---|---|---|---|---|
| Bankruptcy - 1120 - 2002<br>    3 certified 12/31/02 return // write-off - included in postage 7/3/03 | Administrative Ge | 7/14/03 | 15.10 | 1.00 | 15.10 |
| Bankruptcy - 1120 - 2003<br>    Copies: 2003 Tax Return | Administrative Ge | 3/24/04 | 20.00 | 1.00 | 20.00 |
| Bankruptcy - 1120 - 2003<br>    Computer Charge: 2003 | Administrative Ge | 3/24/04 | 135.00 | 1.00 | 135.00 |
| Bankruptcy - 1120 - 2003<br>    1st class Harden | Administrative Ge | 3/29/04 | 3.85 | 1.00 | 3.85 |
| Bankruptcy - 1120 - 2003<br>    Certified postage 2003 TR to Angela Fountain | Administrative Ge | 3/31/04 | 5.34 | 1.00 | 5.34 |
| Bankruptcy - 1120 - 2003<br>    Certified postage 2003 TR to IRS Greensboro | Administrative Ge | 3/31/04 | 4.88 | 1.00 | 4.88 |
| Bankruptcy - 1120 - 2003<br>    Certified postage 2003 TR to IRS OH | Administrative Ge | 3/31/04 | 4.88 | 1.00 | 4.88 |

|  |  |  |
|---|---|---|
| **Total Expenses** | | 364.00 |
| Services | | 3,364.50 |
| Expenses | | 364.00 |
| Courtesy Discount | | (15.10) |
| **Total** | 29.80 | 3,713.40 |
| Total Invoice Amount | | $3,713.40 |

# Professional Team at Adams, Martin & Associates PA

**Craig A. Adams*** is a Principal in and Founder of Adams, Martin & Associates PA. He graduated in 1979 with a B.A. in Accounting form North Carolina State University. Mr. Adams is a Certified Public Accountant licensed in the State of North Carolina. He has the Series 6 and Series 66 Investment License. He added bankruptcy to the practice in 1987.

**K. Edward Martin, Jr.*** is a Principal in Adams, Martin & Associates PA. He graduated from East Carolina University in 1986 with a B.S. in Accounting and is a Certified Public Accountant licensed in the state of North Carolina. His public accounting focus has been tax and business advisory services for closely-held businesses and their owners in most industries. He has attained his Certificate of Educational Achievement in Tax Planning and Advising for Closely-Held Businesses, which is issued by the American Institute of Certified Public Accountants. Mr. Martin also has his Series 6 and Series 66 Investment License.

**Elizabeth C. Berry*** is the Bankruptcy Manager at Adams, Martin & Associates PA. She graduated from North Carolina State University in 1990 with a B.A. in Accounting and the University of North Carolina at Chapel Hill in 1989 with a B.A. in English. Ms. Berry is a Certified Public Accountant licensed in the state of North Carolina and specializes in bankruptcy and reorganizations. She has attained the specialty designation of Certified Insolvency and Restructuring Advisor and is a member of the Association of Insolvency and Restructuring Advisors. Ms. Berry has also attained the specialty designation of Certified Fraud Examiner and is a member of the Association of Certified Fraud Examiners.

**Jeannine Molek*** graduated from Pennsylvania State University in 1992 with a B.S. in Accounting. She is a Certified Public Accountant licensed in the State of North Carolina. Ms. Molek specializes in corporate and individual taxation.

**Sally B. Reynolds*** attends North Carolina State University where she is fulfilling the accounting education requirements for a CPA license. She has interned at a local accounting firm focusing on individual tax preparation and audit. She graduated from The University of Chicago in 1976 with a Ph.D. in Romance Languages and in 1972 with an M.A. in Romance Languages and from Indiana University in 1969 with a B.A. in French and Music. She taught at UNC-Asheville for seven years before changing careers.

**Patricia Barnes** graduated from North Carolina State University in 1978 with a B.S. in Social Work. Prior to joining the ACG Team in 2000, she was in commercial sales and management with MCI Corporation. Ms. Barnes is also a certified Paper Tiger Consultant and owns an organizational business.

**Patricia Coggins** graduated from Salem College in 1975 with a B.A. in History and from Meredith College in 1989 with an M.B.A. Prior to joining the ACG Team in 2000, she represented Ashworth, Inc as an independent contractor in the golf industry.

---

* Members of the American Institute of Certified Public Accountants and North Carolina Association of Certified Public Accountants.

1

Revised 04/06/2004

STATE OF NORTH CAROLINA

COUNTY OF WAKE                                                                  VERIFICATION

Elizabeth C. Berry, being first duly sworn, deposes and says:

That Craig A. Adams is the court appointed Certified Public Accountant in the accounting firm of Adams, Martin & Associates PA, formerly named Adams Consulting Group, P.A., the bankruptcy estate's general accountant in this action, and that she has read the foregoing Application for Certified Public Accountant for the Trustee for Allowance of Interim Compensation and Reimbursement of Expenses and prepared the itemization of expenses and detail of services rendered attached to it; that the matters and things alleged therein are true of her own knowledge, except those matters alleged on information and belief and as those she believes the same to be true.

This the __6__ day of April 2004

_____
Elizabeth C. Berry for Craig A. Adams

Sworn to and subscribed before me,
This __6__ day of April 2004

_____
Notary Public

My Commission Expires: __November 19, 2008__

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

### NOTICE OF APPLICATION FOR INTERIM COMPENSATION
### FOR SERVICES OF ACCOUNTANT FOR TRUSTEE AND
### CERTIFICATE OF SERVICE

TO: ALL CREDITORS OF INTERNATIONAL HERITAGE, INC. AND OTHER PARTIES IN INTEREST

NOTICE HEREBY GIVEN of the Fourth Application for Interim Compensation for Services of Adams Consulting Group, Accountants for Trustee, for services rendered from September 20, 2002 through April 5, 2003 in the amount of $3,349.40 and reimbursement of expenses in the amount of $364.00 incurred during the same period filed simultaneously herewith by Holmes P. Harden, Attorney for Trustee.

An objection to the fees requested should be filed with the Clerk, U. S. Bankruptcy Court, Post Office Box 1441, Raleigh, North Carolina 27602 with a copy served on the trustee whose name appears at the bottom of this Notice within twenty (20) days of the date of this Notice. No hearing will be conducted on said objection unless the Court, in its discretion, deems a hearing necessary, or unless a hearing is requested by the party filing such request. Any party requesting a hearing shall appear at said hearing in support of such request or he may be assessed with costs.

DATE OF NOTICE: May 20, 2004

Holmes P. Harden, Trustee
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

415881

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing document was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the 20th day of _____May_____, 2004.

MAUPIN TAYLOR, P.A.

BY: _____
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:
Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

Patrick Anders, Esquire
Edger and Paul
1777 Durham-Chapel Hill Blvd.
Suite 204
Chapel Hill, NC 27514

James A. Roberts, III, Esquire
A. Graham Shirley, Esquire
Lewis & Roberts
P.O. Box 17529
Raleigh, NC 27619-7529

See Attached Mail Matrix and E-Mail List

RAL/179511/1

Terri I. Gardner
Poyner & Spruill, LLP
P. O. Box 10096
3600 Glenwood Avenue
Raleigh, NC 27605

Brent E. Wood
1135 Kildaire Farm Rd. #311-8
Cary, NC 27511

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
2520 Northwinds Pkwy #375
Alpharetta, GA 30004-2233

James Russell Tucker
Tucker & Ratcliffe, L.L.P.
500 N. Akard Street, Suite 3500
Dallas, TX 75201

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Dorothy H. Miller
102 Triangle Circle
Lafayette, LA 70508

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Stacey Ostrom
202 Oak Creek Drive
League City, TX 77573-1762

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Jane E. Chassey
1514 Azalea Drive
Saint Louis, Missouri 63119

Carolyn E. John
485 Broad River Blvd.
Beaufort, SC 29906

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL -9490 Vaduz   LIECHTENSTEIN

Gary D. McDowell
200 Ansley Close
Roswell, GA 30075

Jean Wedin
P. O. Box 753
LaConner, WA 98257

Lois Coone
P. O. Box 699
LaConner, WA 98257

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

RAL/179511/1

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen   SWITZERLAND

Managing Agent
Schweizerische Hypotheken
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich   SWITZERLAND

Stanley H. Van Etten
10504 Tredwood Drive
Raleigh, NC 27615

Managing Agent
UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich   SWITZERLAND

Charles Anderson
P. O. Box 33550
Raleigh, NC 27636

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Larry Smith
2435 E. North Street
Greenville, SC 29615

Anna M. Washburn
145 Christopher Drive
Clayton, NC 27520

Shawna Y. Staton
Brooks, Stevens & Pope, P.A.
P. O. Box 1870
Cary, NC 27512-1870

Henry W. Nozko, Jr., President
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Henry W. Nozko, Jr., President
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Managing Agent
Coeco
2525 Atlantic Avenue
Raleigh, NC 27604

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN 56258

Managing Agent
EDS Financial Services
4800 Six Forks Road
Raleigh, NC 27609

Managing Agent
Centrum Bank AGVaduz
Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz   LIECHTENSTEIN

Managing Agent
Accurata Treuhand und Revisions AG Vaduz
Abundt 36
FL-9490 Vaduz   LIECHTENSTEIN

Managing Agent
UBS AG, Zurich Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich   SWITZERLAND

Lloyd W. Gathings, II
Gathings & Associates
P. O. Box 10545
Birmingham, AL 35202

Managing Agent
TransAmerica-TIG Insurance
5205 N.O. Connor Blvd. Ste. B1
Irving, TX 75039-3724

Sherwin P. Robin
P. O. Box 9541
Savannah, GA 31412-9541

Tony Copeland
BTI
4300 Six Forks Road, Suite 500
Raleigh, NC 27609

RAL/179511/1

| | | |
|---|---|---|
| Michael P. Flanagan<br>Ward and Smith, P.A.<br>P. O. Box 8088<br>Greenville, NC 27835-8088 | Vickie Corbitt,<br>Attorney for Commissioner of Revenue<br>Tennessee Dept. of Revenue - Legal<br>312 8th Ave. N. #27 Fl.<br>Nashville, TN 37243-0001 | Jean Boyles<br>P. O. Box 10506<br>Raleigh, NC 27605 |
| James A. Roberts, III<br>Lewis & Roberts, PLLC<br>P. O. Box 17529<br>Raleigh, NC 27619-7529 | Stephani W. Humrickhouse, Esq.<br>Nicholls & Crampton<br>4300 Six Forks Road, Suite 700<br>Raleigh, NC 27609 | Paul Faison S. Winborne<br>300/200 Parham Street, Suite F<br>P. O. Box 1547<br>Raleigh, NC 27602 |
| Patrick H. Tyler<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX 78711-2548 | Janet Cradeur<br>P. O. Box 66658<br>Baton Rouge, LA 70896 | Missouri Department of Revenue<br>Attn: Brian S. Kuhlmann<br>P. O. Box 475<br>Jefferson City, MO 65105-0475 |
| James K. Austin<br>Ellis Painter Ratterree & Bart LLP<br>P. O. Box 9946<br>Savannah, GA 31412-9946 | Meredith P. Ezzell<br>Wyrick Robbins Yates & Ponton LLP<br>P. O. Drawer 17803<br>Raleigh, NC 27619 | Marcia McGair Ippolito<br>R.I. Division of Taxation<br>One Capitol Hill<br>Providence, RI 02908-5800 |
| | | Walter Calton<br>312 East Broad Street<br>Eufaula, AL 36072 |
| Keith M. Jensen<br>Law Office of Keith M. Jensen<br>514 East Beklnap<br>Fort Worth, TX 76102 | Joseph N. Calloway, Esq.<br>Battle, Winslow, Scott & Wiley, P.A.<br>P. O. Box 7100<br>Rocky Mount, NC 27804-0100 | L. C. Gilbert, Jr.<br>74 Hilltop Lane<br>Alpine, AL 35014 |
| Randall L. Greene<br>Rt. 1, Box 155<br>Randlett, OK 73562 | Maria Lee Siwierka<br>5507 Deerbourne Chase Dr.<br>Sugar Land, TX 77479-4194 | Jackson Wayne Murphy<br>Rt. 6, Box 154<br>Troy, AL 36081 |
| James H. Thomas<br>101 Robin Drive<br>Troy, AL 36081 | Craig T. Liebendorfer<br>7315 Hundley Blvd.<br>Dallas, TX 75231-4722 | Denise Marsh<br>709 Summit Ridge<br>Lewisville, TX 75067 |
| | | Sharon A. Meckenstock<br>1640 West 34th St., N.<br>Wichita, KS 67204 |

State Auditor's Office
Montana Securities Department
Mitchell Building, Room 270
State Capital Complex
Helen, MT 59620

William Swinney
3365 Silver Palm Drive
Jacksonville, FL 32250

Marshall Reddy
P. O. Box 806
Ponte Verde Beach, FL 32004

Henry W. Noziko, Jr.
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Gerald A. Jeutter
Kilpatrick Stockton, LLP
P. O. Box 300004
Raleigh, NC 27622

Henry W. Noziko, Jr.
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Michael K. Wolensky
Robert G. Brunton
David J. Gellen
Kutak Rock
225 Peachtree St., NE, Suite 2100
Atlanta, GA 30303-1731

Ray Burns
5633 NW Moonlight Meadow Ct.
Lees Summit, MO 64064

Robert J. Marrigan
Development Direct, Inc.
P.O. Box 650
Bedford, MA 01730-0650

Ronald H. Garber
Boxley Bolton & Garber
P. O. Drawer 1429
Raleigh, NC 27602

Virginia Andrews Burdette
P. O. Box 47
Mukilteo, WA 98275

Scott L. Wilkinson
Assistant U.S. Attorney
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Cathy Fligg
1456 Stratfield Circle
Atlanta, GA 30319

Betty Hesketh
7566 15th Lane
Vero Beach, FL 32966

James Burshtyn
Office of Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78712548

Jackie S. Hart
1706 Antigua Lane
Nassau Bay, TX 77058

RAL/179511/1

E-mail:  x2-song@worldnet.att.net
E-mail:  hual@airmail.net
E-mail:  mayfi23@marz.com
E-mail:  Buddha623@aol.com
E-mail:  pgorman@vantagepointcapital.com
E-mail:  wrightr@mindspring.com
E-mail:  mlafontaine@abbot-simses.com
E-mail:  rabbit@rockisland.com
E-mail:  cheryll.COSTANIINO@edmail.com
E-mail:  jasbircheema@amropictures.com
E-mail:  72320.316@compuserve.com
E-mail:  stann@colby.IXKS.com
E-mail:  gjack312@Intrstar.net
E-mail:  hdfrey@telusplanet.net
E-mail:  DLWARREN@BellSouth.net
E-mail:  michael_bhagat@hotmail.com
E-mail:  rliston@spartanburg4.0rg
E-mail:  ghromero@aol.com
E-mail:  joanchan@rocketmail.com
E-mail:  edeem@worldnet.att.net
E-mail:  DFITZPA400@aol.com
E-mail:  theboock@compuserve.com
E-mail:  pondman@memes.com
E-mail:  docchiro@ISLC.net
E-mail:  RIZMOE@NWRain.com
E-mail:  thodges@gateway.net
E-mail:  hlee@directv.com
E-mail:  fabb@telusplanet.net
E-mail:  cordw@deltapineseed.com
E-mail:  NBECK87570@aol.com
E-mail:  JYANG4@FORD.COM
E-mail:  mccarthy@mccarthyconsultant.com
E-mail:  digger@bcsupernet.com
E-mail:  BREIDYIII@aol.com
E-mail:  pak@jcnl.com
E-mail:  lpartr1072@aol.com
E-mail:  leadership.possibilities.mak@worldnet.att.net
E-mail:  mtheisen@efn.org
E-mail:  MLGeller@aol.com
E-mail:  mooreem@harpo.tnstate.edu
E-mail:  backpain@keynet.net
E-mail:  Hbeckbari@aol.com
E-mail:  mwarhurst@yahoo.com
E-mail:  js.baum@srs.gov
E-mail:  wynellh@flash.net
E-mail:  dlatray@mcn.net
E-mail:  bwood@woodfran.com
E-mail:  DickLynn Ferency@compuserve.com
E-mail:  CHASSEYRAY@email.msn.com
E-mail:  jim.griffith@erols.com
E-mail:  xiaokui.shan@bakernet.com
E-mail:  xshan@aol.com
E-mail:  kkandola@theresidences.com
E-mail:  lrochkind@jafferaitt.com
E-mail:  sdostrom@hotmail.com
E-mail:  michaelhopkins@mailcity.com
E-mail:  dana-charles@worldnet.att.net
E-mail:  options-galore@yahoo.com
E-mail:  bchap01@aol.com
E-mail:  ceissngr@midrivers.com
E-mail:  glassgs@cadvision.com
E-mail:  mbrown8967@aol.com
E-mail:  diemert@northerntel.net
E-mail:  cgrumer@manatt.com
E-mail:  shouli.yang@stjude.org
E-mail:  RJWNLAW@aol.com

RAL/179511/1

E-mail: sds98@eatel.net
E-mail: jwmaloy@aol.com
E-mail: kanelos@mindspring.com
E-mail: blairc@iname.com
E-mail: Larry_Fletcher@bc.sympatico.ca
E-mail: JNRRICH@Intur.net
E-mail: aadrezin@Epix.net
E-mail: kimball.peed@bigfoot.com
E-mail: tammyr@falcon.ukans.cc.edu
E-mail: VTPALMER27@yahoo.com
E-mail: crandall@rock-springs.dowell.slb.com
E-mail: gedler@bellsouth.net
E-mail: r_brown@email.msn.com
E-mail: hou@mail.med.upenn.edu
E-mail: dsbarron@bellsouth.net
E-mail: jamcgrath@yahoo.com
E-mail: bjsaw@ttc-cmc.net
E-mail: smsutom@aol.com
E-mail: lynn@dot.state.al.us
E-mail: pingnas@ica.net
E-mail: Hanna@tir.com
E-mail: buddunn@auantumworld.com
E-mail: Rahmati@ibm.net
E-mail: Docnielsen@webtv.net
E-mail: mjandcarlincc@juno.com
E-mail: loking@wixmail.com
E-mail: Jholt@Clemson.edu
E-mail: jsmusa@mindspring.com
E-mail: Mainland@ticnet.com
E-mail: cce3@juno.com
E-mail: mcnamer@bigsky.net
E-mail: mwa@wnonline.net
E-mail: lesterabs@mindspring.com
E-mail: shanson@kearney.net
E-mail: an667@hwcn.org
E-mail: yu241703@yorku.ca
E-mail: yu241703@yorku.ca
E-mail: lihen
E-mail: dsbarron@bellsouth.net
E-mail: jamcgrath@yahoo.com
E-mail: bbaum89@aol.com
E-mail: bjsaw@ttc-cmc.net
E-mail: smsutom@aol.com
E-mail: lynn@dot.state.al.us
E-mail: pingnas@ica.net
E-mail: Hanna@tir.com
E-mail: buddunn@quantumworld.com
E-mail: Rahmati@ibm.net
E-mail: docnielsen@webtv.net
E-mail: mjandcarlincc@juno.com
E-mail: loking@wixmail.com
E-mail: Jholt@Clemson.edu
E-mail: jsmusa@mindspring.com
E-mail: Mainland@ticnet.com
E-mail: cce3@juno.com
E-mail: mcnamer@bigsky.net
E-mail: mwa@wnonline.net
E-mail: lesterabs@mindspring.com
E-mail: shanson@kearney.net
E-mail: an667@hwcn.org
E-mail: yu241703@yorku.ca
E-mail: TJDeavers@aol.com
E-mail: BrAnDin420@aol.com
E-mail: hou@mail.med.upenn.edu
E-mail: CTBallard@aol.com
E-mail: beth_pattillo@shmm.org

RAL/179511/1

E-mail:  swede@dmea.net
E-mail:  kmaxeyjr@bayou.com
E-mail:  Wesglynn@aol.com
E-mail:  jwarren@wyche.com
E-mail:  dongming.zhao@jci.com
E-mail:  pkloosterman@juno.com
E-mail:  JEEPETTE99@aol.com
E-mail:  pingnas@ica.net
E-mail:  Karen0906@aol.com
E-mail:  lonni@pb.quik.com
E-mail:  Dana-Charles@Worldnet.Att.Net
E-mail:  Averitas@aol.com
E-mail:  kk_1200@kwikkopy.com
E-mail:  hewlett@cablelan.net
E-mail:  sonia_voldseth@burns.senate.gov
E-mail:  dzeigler@jsucc.jsu.edu
E-mail:  mchad@acnet.net
E-mail:  albourassa@bigfoot.com
E-mail:  albourassa@bigfoot.com
E-mail:  Harden, Holmes
E-mail:  Mgutierrez@pirnie.com
E-mail:  mayfi23@marz.com
E-mail:  shucko@prodigy.net
E-mail:  zuzuy2k@yahoo.com
E-mail:  Mgutierrez@pirnie.com
E-mail:  Mgutierrez@pirnie.com
E-mail:  RRALBRIGHT@AOL.COM
E-mail:  bcslaw@prodigy.net
E-mail:  rosieo@bigsky.net
E-mail:  mooreem@harpo.tnstate.edu
E-mail:  VANATTAL@VAX.CS.HSCSYR.EDU
E-mail:  leadership.possibilities.mak@worldnet.att.net
E-mail:  pingnas@ica.net
E-mail:  cr8on@flash.net
E-mail:  bsclaw@worldnet.att.net
E-mail:  hewlettlj@shaw.ca
E-mail:  ladevries@firstam.com
E-mail:  ihatch@ala.net
Rmggood@Prodigy.Net

RAL/179511/1