FILED

JUN 1 7 2004

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**

**IN RE:**

INTERNATIONAL HERITAGE, INC.

**DEBTOR(S)**

**CASE NO.:**

98-02675-5-ATS

**CHAPTER 7**

## ORDER ALLOWING PAYMENT OF
## INTERIM ACCOUNTANT'S FEES AND EXPENSES

THIS MATTER coming before the Court upon application of Holmes P. Harden, Trustee in the above-referenced case, for authority to pay Adams Consulting Group interim accountant's fees in the amount of Three Thousand Seven Hundred Thirteen and 40/100 ($3,713.40) representing compensation of fees in the amount of $3,349.40 and reimbursement of expenses in the amount of $364.00 for services rendered from September 20, 2002 through April 5, 2003 as set out in the attached statement, and it appearing to the Court that such fees and expenses are reasonable and necessary, and good cause exists for the allowance of such application,

IT IS THEREFORE ORDERED, adjudged and decreed that Holmes P.Harden, Trustee, be and hereby is authorized to pay Adams Consulting Group the amount of $3,713.40 as accountant's fees and expenses.

**DATED:**   JUN 1 7 2004

**A. THOMAS SMALL**
**U. S. BANKRUPTCY JUDGE**