FILED

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

JUN 1 7 2004

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:

INTERNATIONAL HERITAGE, INC.

DEBTOR(S)

CASE NO.:

98-02675-5-ATS

CHAPTER 7

## ORDER ALLOWING PAYMENT OF
## INTERIM ACCOUNTANT'S FEES AND EXPENSES

THIS MATTER coming before the Court upon application of Holmes P. Harden, Trustee in the above-referenced case, for authority to pay Adams Consulting Group interim accountant's fees in the amount of Three Thousand Seven Hundred Thirteen and 40/100 ($3,713.40) representing compensation of fees in the amount of $3,349.40 and reimbursement of expenses in the amount of $364.00 for services rendered from September 20, 2002 through April 5, 2003 as set out in the attached statement, and it appearing to the Court that such fees and expenses are reasonable and necessary, and good cause exists for the allowance of such application,

IT IS THEREFORE ORDERED, adjudged and decreed that Holmes P. Harden, Trustee, be and hereby is authorized to pay Adams Consulting Group the amount of $3,713.40 as accountant's fees and expenses.

DATED:   JUN 1 7 2004

A. THOMAS SMALL
U. S. BANKRUPTCY JUDGE

# CERTIFICATE OF SERVICE

```
District/off: 0417-5            User: glover_sa              Page 1 of 1              Date Rcvd: Jun 17, 2004
Case: 98-02675                  Form ID: pdf014              Total Served: 4

The following entities were served by first class mail on Jun 19, 2004.
db       +International Heritage, Inc.,   C/O TERRI L. GARDNER,   POST OFFICE DRAWER 1389,
           RALEIGH, NC 27602-1389
aty      +Terri L Gardner,   Poyner & Spruill, LLP,   PO DRAWER 10096,   3600 GLENWOOD AVENUE,
           RALEIGH, NC 27612-4945
tr       +Holmes P Harden,   P.O. Box 17169,   Raleigh, NC 27619-7169
smg       Bankruptcy Administrator,   PO Box 3039,   Raleigh, NC  27602-3039

The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 19, 2004**          **Signature:**   _Joseph Speetjens_

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234