UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| Debtor. | ) | |

FILED
AUG 0 2 2004
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

## TRUSTEE'S RESPONSE TO MOTION
## FOR APPROVAL OF COMPROMISE AND SETTLEMENT

NOW COMES Holmes P. Harden, Chapter 7 Trustee herein, by and through his counsel of record, and responds to the Motion for Approval of Compromise and Settlement filed by Stanley H. Van Etten as follows:

1. The Trustee supports the dismissal of all claims and causes of action against him, with prejudice, by Stanley H. Van Etten.

2. The Trustee takes no position regarding the other relief requested by Stanley H. Van Etten in his Motion for Approval of Compromise and Settlement.

This the 2nd day of August, 2004.

/s/ Stephani W. Humrickhouse
Stephani W. Humrickhouse
State Bar #9528
NICHOLLS & CRAMPTON, P.A.
Post Office Box 18237
Raleigh, North Carolina  27619
Telephone:  (919) 781-1311
Attorney for Holmes P. Harden, Trustee

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing **Trustee's Response to Motion for Approval of Compromise and Settlement** was served this day by placing a copy thereof in a depository under the exclusive care and custody of the United States Postal Service in a postage prepaid envelope and properly addressed as follows:

Holmes P. Harden
Maupin Taylor, P.A.
3200 Beechleaf Court, Suite 500
Raleigh, NC  27604

Brent E. Wood
Brent E. Wood, PLLC
1135 Kildaire Farm Road, Suite 311-8
Cary, NC  27511

Stanley H. Van Etten
7924 Lake Drive
Raleigh, NC  27613-4463

This the 2nd day of August, 2004.

Teresa E. Rogers
Legal Assistant

O:\CLIENT\CHP7TR\InternationalHeritage\APs\trustees.resp.van.etten.inc.wpd