August 18, 2004

Sara,

Please change address:

Case 982675 International Heritage

to New

Patty A. Wilson
8706 Wind Side Dr
Houston, Texas 77040

old: 8614 Twisting Vine
Houston, Texas 77040

Can you some how confirm that you received this by mail or telephone 832-467-2979.

Thank you
Patty A. Wilson

FILED
AUG 2 3 2004
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.