VAN–113 Hearing Conference Worksheet – Rev. 07/06/2004

Date:_____   Time: _____   Place: _____

Date:_____   Time: _____   Place: _____

Date:_____   Time: _____   Place: _____

IN RE:  
International Heritage, Inc.  
C/O TERRI L. GARDNER  
POST OFFICE DRAWER 1389  
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*646* – Motion For Show Cause Order filed by Stanley H Van Etten. (Attachments: # (1) Continuation of Document# (2) Continuation of Document# (3) Continuation of Document) (Brueggeman, Stacy)

Terri L Gardner  
Poyner & Spruill, LLP  
PO DRAWER 10096  
3600 GLENWOOD AVENUE  
RALEIGH, NC 27605–0096  
919 783–6400

Holmes P Harden  
Maupin Taylor, PA  
P. O. Drawer 19764  
Raleigh, NC 27619  
919 981–4000

Stanley H. Van Etten, Officer for IHI  
7924 Lake Drive  
Raleigh, NC 27613

Brent E. Wood  
1135 Kildaire Farm Rd. #311–8  
Cary, NC 27511

Wood & Francis, PLLC  
PO Box 164  
Raleigh, NC 27602

Scott L. Wilkinson  
617 Sarah Lawrence Court  
Raleigh, NC 27609 (919) 787–2370

DATED: September 21, 2004

Stacy Brueggeman