**VAN–057** Notice to Creditors and Other Parties In Interest – Rev. 01/09/2004

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street Mall
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
  ( debtor has no known aliases )
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:     Thursday, October 14, 2004
TIME:     09:30 AM
PLACE:    Room 208, 300 Fayetteville Street Mall, Raleigh, NC 27602

to consider and act on the following matters:

Motion For Show Cause Order filed by Stanley H Van Etten.

and to transact all other business as may properly come before the court.

DATED: September 22, 2004

Peggy B. Deans
Clerk of Court