VAN–057 Notice to Creditors and Other Parties In Interest – Rev. 01/09/2004

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street Mall
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
  ( debtor has no known aliases )

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:   Thursday, October 14, 2004
TIME:   09:30 AM
PLACE:  Room 208, 300 Fayetteville Street Mall, Raleigh, NC 27602

to consider and act on the following matters:

Motion For Show Cause Order filed by Stanley H Van Etten.

and to transact all other business as may properly come before the court.

DATED: September 22, 2004

Peggy B. Deans
Clerk of Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0417-5          User: mcneill_a          Page 1 of 1              Date Rcvd: Sep 22, 2004
Case: 98-02675               Form ID: van057          Total Served: 7


The following entities were served by first class mail on Sep 24, 2004.
 db        +International Heritage, Inc.,   C/O TERRI L. GARDNER,   POST OFFICE DRAWER 1389,
             RALEIGH, NC 27602-1389
 aty       +Terri L Gardner,   Poyner & Spruill, LLP,   PO DRAWER 10096,   3600 GLENWOOD AVENUE,
             RALEIGH, NC 27612-4945
 tr        +Holmes P Harden,   Maupin Taylor, PA,   P. O. Drawer 19764,   Raleigh, NC 27619-9764
 intp      +Brent E. Wood,   1135 Kildaire Farm Rd, #311-8,   Cary, NC 27511-7608
 intp      +Scott Wilkinson,   617 Sarah Lawrence Court,   Raleigh, NC 27609-6728
 ofc       +Stanley H Van Etten,   7924 Lake Drive,   Raleigh, NC 27613-4463
 intp      +Wood & Francis, PLLC,   PO Box 164,   Raleigh, NC 27602-0164

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 24, 2004**           Signature:   _Joseph Speetjens_