**VAN–113** Hearing Conference Worksheet – Rev. 09/29/2004

Date:_____     Time: _____     Place: _____

Date:_____     Time: _____     Place: _____

Date:_____     Time: _____     Place: _____

IN RE:
International Heritage, Inc.                    CASE NO.: 98–02675–5–ATS
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389                DATE FILED: November 25, 1998
RALEIGH, NC 27602
                                               CHAPTER: 7
TaxID: 56–1921093


HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*651* – Objection to (related document(s): [650] Motion) filed by Stanley H Van Etten (Bipes, Cheryl)

Terri L Gardner
Poyner & Spruill, LLP
PO DRAWER 10096
3600 GLENWOOD AVENUE
RALEIGH, NC 27605–0096
919 783–6400

Holmes P Harden
Maupin Taylor, PA
P. O. Drawer 19764
Raleigh, NC 27619
919 981–4000

Stanley H. Van Etten
7924 Lake Drive
Raleigh, NC 27613

B.A.

Wood & Francis, PLLC
P. O. Box 164
Raleigh, NC 27602

Brent Wood
1135 Kildaire Farm Rd.
Ste. 311–8
Cary, NC 27511

DATED: September 29, 2004

Cheryl Bipes