IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

SIXTH APPLICATION FOR INTERIM COMPENSATION FOR
SERVICES RENDERED BY ATTORNEY FOR TRUSTEE

      The application of Holmes P. Harden, attorney for Trustee in the above-captioned case, respectfully represents:

      1.     That on the 22nd day of January, 1999 your applicant was approved as attorney for Trustee in the above-referenced case, #98-02675-5-ATS, and has since performed certain services on behalf of the Trustee. The Court entered an Order Allowing Attorney for Trustee's First Interim Fees on November 1, 1999 for services rendered and time expended incurred for the period November 30, 1998 through September 22, 1999 and expenses incurred for the period January 27, 1999 through August 31, 1999. The Court entered a consent order on October 26, 2000 allowing applicant's Second interim compensation for services rendered from September 23, 1999 through September 12, 2000 in the amount of $20,674.75 and reimbursement of expenses in the amount of $24.50. The court also entered a consent order on October 25, 2001 allowing compensation in the amount of $6,089.50 for services rendered from September 18, 2000 through August 21, 2001. The court entered an order allowing compensation in the amount of $22,920.00 and reimbursement of expenses in the amount of $3.25 for services rendered from September 11,2001 through September 17, 2002. The court entered an order on October 30, 2003 allowing compensation in the amount of $47,693.00 and

reimbursement of expenses in the amount of $92.72 for services rendered from September 18, 2002 through September 29, 2003  Applicant's Sixth Interim Application for compensation are for services rendered from September 30, 2003 through September 30, 2004 and are itemized on Exhibit A attached hereto and incorporated herein by reference.

      2.      Attorney time is billed at a rate of $160.00 to $175.00 per hour.  Paralegal time is billed at $70.00 to $85.00 per hour.  The total amount of interim compensation being sought is $26,076.00.

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| H. P. Harden | $160.00 | 55.05 | $8,808.00 |
| | $175.00 | 9.80 | 1,715.00 |
| M. C. Hewitt | $170.00 | .40 | 68.00 |
| J. C. Dever | $175.00 | .80 | 140.00 |
| Paralegal | | | |
| Jenny D. Johnson | 70.00 | 104.10 | 7,287.00 |
| | $85.00 | 94.80 | 8,058.00 |
| Totals | | | $26,076.00 |

      Applicant believes that the compensation requested is fair and reasonable.  In addition to interim compensation, the applicant also requests reimbursement for reasonable and necessary expenses incurred in the amount of $110.10.

      3.      Reimbursement for travel expenses is requested at the rate of .375 per mile.  Reimbursement for photocopy expenses is requested only for photocopies disseminated at the direction of the Court or Clerk of Court or pursuant to Local Rules, at .20 per page. Reimbursement for postal expenses is requested only for the costs of mailings directed by the Court, the Clerk, or pursuant to Local Rules.

      4.      No agreement or understanding exists between the applicant and any other person for the sharing of compensation to be received for services rendered in or in connection with this case, other than with the professional association by which the undersigned is

RALEIGH\430685_1

employed.

Holmes P. Harden is the firm's senior creditor's rights and bankruptcy attorney and coordinator of its creditors' rights and bankruptcy practice group. He is certified in bankruptcy law by the North Carolina State Bar Board of Legal Specialization and in business bankruptcy law by the American Bankruptcy Board of Certification. He has over 17 years of business law experience. He is a Chapter 7 Bankruptcy Trustee for the Eastern District of North Carolina. His normal hourly billing rate is $280.00.

Mr. Harden received his undergraduate degree at Davidson College and his law degree at the University of North Carolina. He served as law clerk to the Honorable Naomi Morris, Chief Judge of the North Carolina Court of Appeals, from 1981 to 1982. He is a member of several professional organizations, including the North Carolina Bar Association, National Association of Bankruptcy Trustees, Council of Certified Bankruptcy Specialists, The Commercial Law League, and the American Bankruptcy Institute. He is AV rated by the *Martindale Hubble Law Directory*.

Jenny D. Johnson, Bankruptcy Paralegal, Johnston Community College, 1977, Associate Accounting; Atlantic Christian College, 1980, B.S.B.A.; Meredith College, (bankruptcy law course under legal assistant program); 8 years banking experience; 11 years experience in bankruptcy; 1 year probate experience; 95% of billable time is devoted to bankruptcy; Normal hourly billing rate is $85.00 per hour.

James Dever represents small, medium, and large businesses in connection with their employment litigation, commercial litigation and government contract needs. Mr. Dever received his law degree with high honors from the Duke University School of Law in 1987. While at Duke, he served as the Editor-in-Chief of the Duke Law Journal and was elected to

membership in the Order of the Coif. He also received a B.B.A., with high honors, from the University of Notre Dame in 1984.

He is a member of the American Bar Association, the North Carolina Bar Association and the Federalist Society. He is also 'A-V' rated by the Martindale-Hubbel Law Directory and is listed in the 2001 edition of The Best Lawyer's in America.  Mr. Dever's normal hourly billing rate is $250.00.

Marcus Hewitt practices in the areas of litigation and business. He focuses his practice primarily in litigation on commercial disputes, including contract disputes, unfair business practices and technology issues. He has also regularly been involved with a wide range of other business-related projects.  Mr. Hewitt served as a judge advocate in the United States Marine Corps from 1996 to 2000.  Mr. Hewitt is a member of the North Carolina Bar Association and the Wake County Bar Association (Young Lawyers Division, Habitat for Humanity Chair). Mr. Hewitt received his B.A. in 1993 from the University of North Carolina, with distinction and his J.D. in 1996 from the University of North Carolina.

WHEREFORE, your applicant prays that he be allowed and paid from the estate the above requested fifth interim compensation of $26,076.00 and reimbursement of expenses in the amount of $110.10.

_____
Attorney for Trustee


Sworn to and subscribed before me this the 7th day of October, 2004.

_____
Notary Public

My Commission Expires:

10/31/08

RALEIGH\430685_ 1

4

<u>CERTIFICATE OF SERVICE</u>

I, Holmes P. Harden, attorney for Trustee, do hereby certify that the Sixth Interim Application for Services of Attorney for Trustee's Fees hereto attached was served upon the party listed below by mailing a copy thereof to him at the address indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the _____ day of _____, 2004.

Holmes P. Harden
Attorney for Trustee
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
Post Office Box 3039
Raleigh, North Carolina

RALEIGH\430685_1

10/06/04                          BANK7A-HFN     0117

# MAUPIN TAYLOR, P.A.

ATTORNEYS AT LAW
3200 BEECHLEAF COURT
RALEIGH, NORTH CAROLINA 27604-1064
TELEPHONE (919) 981-4000
FEDERAL TAX ID# 56-1121795
ACCOUNTS RECEIVABLE (919) 981-4026


```
  UNITED STATES BANKRUPTCY COURT
  EASTERN DISTRICT OF NORTH CAROLINA
  CENTURY STATION P.O. BLDG.
  300 FAYETTEVILLE STREET MALL, ROOM 209
  P.O. BOX 1441
  RALEIGH, NC  27602


  INVOICE FOR OCTOBER 2004


  RE:   INTERNATIONAL HERITAGE, INC.
        ATTORNEY FOR TRUSTEE


  Current Fees For Professional Services          $26,076.00
  Current Expenses                                   $110.10
                                                -------------
  CURRENT INVOICE TOTAL                           $26,186.10


--------------------------------Services Summary:------------------------
HOLMES P. HARDEN           9.80  HOURS @ 175.00  PER HOUR    $  1715.00
JAMES C. DEVER             .80  HOURS @ 175.00  PER HOUR    $   140.00
MARCUS C. HEWITT           .40  HOURS @ 170.00  PER HOUR    $    68.00
HOLMES P. HARDEN         55.05  HOURS @ 160.00  PER HOUR    $  8808.00
JENNY D. JOHNSON         94.80  HOURS @  85.00  PER HOUR    $  8058.00
JENNY D. JOHNSON        104.10  HOURS @  70.00  PER HOUR    $  7287.00
```

```
MAUPIN TAYLOR, P.A.
UNITED STATES BANKRUPTCY COURT                          PAGE    2
INVOICE FOR OCTOBER 2004
INTERNATIONAL HERITAGE, INC.                            BANK7A-HFN     0117
ATTORNEY FOR TRUSTEE
```

```
----------------------------------OUTSTANDING INVOICE SUMMARY--------------------------------

   Date    Invoice No.     Charges          Credits        Last Credit        Balance Due
 --------  -----------   -------------    -------------   --------------     --------------
 10/06/04    ******        26,186.10           0.00                             26,186.10
                                                                              --------------
                                                                                26,186.10
                                                                              ==============
```

```
                            REMITTANCE COPY
                        PLEASE RETURN WITH PAYMENT
```

MAILING ADDRESS
POST OFFICE DRAWER 19764, RALEIGH, NORTH CAROLINA 27619-9764
TELEFAX (919) 981-4300

MAUPIN TAYLOR, P.A.
UNITED STATES BANKRUPTCY COURT                                      PAGE    3
INVOICE FOR OCTOBER 2004
INTERNATIONAL HERITAGE, INC.                                       BANK7A-HFN    0117
ATTORNEY FOR TRUSTEE


10/06/03 JDJ WORK ON OBJECTIONS TO CLAIMS.                    3.10    217.00

10/23/03 HPH TELEPHONE CALL FROM BAILEY DIXON ATTORNEY DAY     .30     48.00
             KING RE STATUS OF ERIE COVERAGE RE EMPLOYEE
             EMBEZZLEMENT.

10/24/03 HPH TELEPHONE CALL TO ATTORNEY DAY KING RE SUITS      .30     48.00
             AGAINST EMPLOYEES AND ERIE SETTLEMENT.

10/27/03 JDJ WORK ON OBJECTIONS TO CLAIMS.                    1.40     98.00

10/28/03 HPH TELEPHONE CALL FROM MR. BRENT WOOD RE JUDGMENT    .30     48.00
             LIEN.

10/28/03 HPH INTRA-OFFICE CONFERENCE WITH MR. HANNA RE         .30     48.00
             INVESTIGATION OF JUDGMENT LIEN.

11/06/03 HPH CONFERENCE CALL WITH STEPHANI HUMRICKHOUSE RE     .30     48.00
             CERTIFYING PREFERENCE JUDGMENTS TO OTHER
             DISTRICTS.

11/24/03 HPH INTRA-OFFICE CONFERENCES RE CLAIMS OBJECTIONS.    .30     48.00

11/25/03 HPH TELEPHONE CALL FROM MS. ANN MOELL, TELEPHONE      .30     48.00
             CALL TO MS. MOELL, BOTH RE VAN ETTEN MOTION RE
             BREAKING OF SETTLEMENT AGREEMENT.

12/01/03 HPH REVIEWED VAN ETTEN NOTICE AND COMPLAINT FOR       .30     48.00
             BREACH OF SETTLEMENT AGREEMENT.

12/03/03 HPH REVIEWED PROPOSED WOOD AND FRANCIS RELEASE.       .30     48.00

12/03/03 JDJ WORK ON OBJECTIONS TO CLAIMS.                    5.00    350.00

12/04/03 HPH INTRA-OFFICE CONFERENCE WITH MRS. JOHNSON RE      .60     96.00
             CLAIMS OBJECTIONS.

12/05/03 JDJ WORK ON OBJECTIONS TO CLAIMS.                    8.00    560.00

12/05/03 JDJ WORK ON OBJECTIONS TO CLAIMS.                    5.40    378.00

12/08/03 HPH ATTENTION TO EMAILS FROM MRS. JOHNSON RE CLAIMS   .25     40.00
             OBJECTIONS.

12/08/03 JDJ WORK ON OBJECTIONS TO CLAIMS.                    9.20    644.00

12/09/03 JDJ WORK ON OBJECTIONS TO CLAIMS.                    3.30    231.00

MAUPIN TAYLOR, P.A.
UNITED STATES BANKRUPTCY COURT                                    PAGE    4
INVOICE FOR OCTOBER 2004
INTERNATIONAL HERITAGE, INC.                                      BANK7A-HFN    0117
ATTORNEY FOR TRUSTEE

12/10/03 JDJ WORK ON OBJECTIONS TO CLAIMS.                    4.80    336.00

12/11/03 JDJ WORK ON  OBJECTIONS TO CLAIMS.                  10.70    749.00

12/12/03 HPH TELEPHONE CALL FROM AUSA GASTON WILLIAMS,        .60     96.00
             TELEPHONE CALL FROM MS. JOAN FLEMING, TELEPHONE
             CALL TO MS. FLEMING, ALL RE VAN ETTEN PLEADING
             RE SETTLEMENT AGREEMENT.

12/12/03 JDJ WORK ON OBJECTIONS TO CLAIMS.                    8.20    574.00

12/15/03 HPH TELEPHONE CALL TO MR. GASTON WILLIAMS RE VAN     .30     48.00
             ETTEN PLEADING RE SETTLEMENT AGREEMENT.

12/15/03 HPH INTRA-OFFICE CONFERENCE WITH MRS. JOHNSON RE     .30     48.00
             CLAIMS OBJECTIONS.

12/15/03 JDJ WORK ON OBJECTIONS TO CLAIMS.                   10.80    756.00

12/16/03 HPH WORKED ON OBJECTIONS TO CLAIMS.                  .30     48.00

12/17/03 JDJ WORK ON OBJECTIONS TO CLAIMS.                   10.80    756.00

12/18/03 JDJ WORK ON OBJECTIONS TO CLAIMS.                    3.50    245.00

01/05/04 JDJ WORK ON OBJECTIONS TO CLAIMS.                    6.90    483.00

01/09/04 HPH TELEPHONE CALL FROM MS. TERRI GARDNER RE VAN     .30     48.00
             ETTEN MOTIONS.

01/12/04 HPH INTRA-OFFICE CONFERENCES WITH MR. DEVER RE VAN   .30     48.00
             ETTEN MOTIONS.

01/12/04 JCD REVIEW MOTION BY MR. VAN ETTEN FOR              .80    140.00
             INVESTIGATION OF TRUSTEE (ALONG WITH
             ATTACHMENTS); CONFERENCE WITH MR. HARDEN.

01/13/04 HPH REVIEWED VAN ETTEN MOTIONS AND WORKED ON        1.30    208.00
             RESPONSE.

01/13/04 HPH REVIEWED VAN ETTEN PLEADINGS RE SPECIAL MASTER, 1.00    160.00
             BRIEF RE DOUBLE JEOPARDY, NOTICE OF ABUSE AND
             VIOLATION OF 6TH AMENDMENT.

01/15/04 HPH REVIEWED VAN ETTEN SUBPOENA; TELEPHONE CALL TO   .30     48.00
             MS. STEPHANI HUMRICKHOUSE.

01/15/04 HPH LEGAL RESEARCH RE RULE 45; DICTATED LETTER      1.60    256.00
             OBJECTING TO PRODUCTION; DICTATED MOTION TO
             QUASH.

```
MAUPIN TAYLOR, P.A.
UNITED STATES BANKRUPTCY COURT                               PAGE     5
INVOICE FOR OCTOBER 2004
INTERNATIONAL HERITAGE, INC.                                BANK7A-HFN    0117
ATTORNEY FOR TRUSTEE
```

01/15/04 HPH FINALIZE MOTION TO QUASH AND LETTER.                    .30     48.00

01/19/04 HPH LEGAL RESEARCH RE WHETHER NECESSARY TO PRODUCE    1.30    208.00
             OR APPEAR PURSUANT TO SUBPOENA IS REQUIRED
             WHILE MOTION TO QUASH IS PENDING.

01/19/04 HPH REVIEWED VAN ETTEN'S COMPLAINT FOR BREACH OF            .30     48.00
             SETTLEMENT AGREEMENT.

01/19/04 HPH REVIEWED MOTION TO INVESTIGATE TRUSTEE, MOTION     .80    128.00
             TO REMOVE, MOTION TO STAY.

01/20/04 HPH TELEPHONE CALL FROM NEAL FOWLER RE MOTION TO            .30     48.00
             QUASH.

01/21/04 HPH TELEPHONE CALL FROM MR. GEORGE OLIVER OF               .30     48.00
             ATTORNEY GENERAL'S OFFICE RE MOTION TO QUASH.

01/21/04 HPH TELEPHONE CALL TO MR. GARY GOVERT RE MOTIONS TO   .30     48.00
             QUASH.

01/22/04 HPH TELEPHONE CALL FROM JOHN BRUCE AND CLAY WHEELER   .30     48.00
             OF U.S. ATTORNEY'S OFFICE RE VAN ETTEN
             PLEADINGS..

01/23/04 HPH TELEPHONE CALL TO AUSA JOHN BRUCE RE JANUARY     .60     96.00
             27TH HEARING.

01/27/04 HPH PREPARE FOR HEARING ON VAN ETTEN MOTIONS;        1.00    160.00
             TELEPHONE CALL FROM MS. STEPHANI HUMRICKHOUSE
             RE SAME.

01/28/04 HPH REVIEWED FILE RE PREPARATION FOR JANUARY 29TH    1.00    160.00
             HEARING.

01/28/04 HPH WORKED ON SIX MONTH REPORT.                            .30     48.00

01/29/04 HPH PREPARE FOR HEARING; ATTEND HEARING.             2.00    320.00

01/30/04 HPH LEGAL RESEARCH RE RULE 7012 RE RESPONS TO VAN    .60     96.00
             ETTEN COMPLAINT; TELEPHONE CALL FROM MS.
             STEPHANI HUMRICKHOUSE RE AMETEK.

02/03/04 HPH TELEPHONE CALL FROM ATTORNEY STEVE BROWN AT      .30     48.00
             TITLE COMPANY RE JUDGMENT LIEN IN FAVOR OF IHI.

02/04/04 HPH REVIEWED ORDER DETERMINING THAT MOTIONS SHALL    .30     48.00
             PROCEED AS AP.

02/05/04 HPH TELEPHONE CALLS TO STEVE BROWN AND LAURA MOSCO   .30     48.00
             RE JUDGMENT LIEN.

MAUPIN TAYLOR, P.A.
UNITED STATES BANKRUPTCY COURT                                    PAGE     6
INVOICE FOR OCTOBER 2004
INTERNATIONAL HERITAGE, INC.                                     BANK7A-HFN    0117
ATTORNEY FOR TRUSTEE

02/05/04 HPH TELEPHONE CALL FROM MR. STEVE BROWN RE TITLE        .60    96.00
            COMPANY PROBLEMS RE JUDGMENT LIEN AND THREAT OF
            EQUITABLE SUBORDINATION.

02/09/04 HPH TELEPHONE CALL FROM MS. STEPHANI HUMRICKHOUSE       .30    48.00
            RE VAN ETTEN MOTIONS.

02/16/04 HPH TELEPHONE CALL TO MS. STEPHANI HUMRICKHOUSE RE      .30    48.00
            RESPONSE.

02/17/04 HPH MEET WITH STEPHANI HUMRICKHOUSE RE DEFENSE OF       .50    80.00
            VAN ETTEN A.P.

02/22/04 HPH REVIEWED PROPOSED MOTION TO DISMISS.                .30    48.00

02/25/04 HPH TELEPHONE CALL FROM STEPHANI HUMRICKHOUSE RE        .30    48.00
            MEETING WITH VAN ETTEN.

03/03/04 HPH REVIEW VAN ETTEN OBJECTIONS TO WOOD AND FRANCES     .30    48.00
            SETTLEMENT.

03/04/04 HPH TELEPHONE CALLS FROM MR. MICHAEL SCOTT AT U.S.      .30    48.00
            ATTORNEY'S OFFICE RE APRIL 5 TRIAL.

03/10/04 HPH TELEPHONE CALL FROM STEPHANI HUMRICKHOUSE RE        .80   128.00
            4/11 HEARING; PREPARE FOR HEARING BY REVIEWING
            FILE.

03/11/04 HPH MEET WITH COUNSEL; ATTEND HEARING ON VAN ETTEN    3.60   576.00
            MOTIONS.

03/17/04 HPH RESEARCH BACKGROUND OF STAN VAN ETTEN ON WEB.       .60    96.00

03/19/04 HPH REVIEWED JUDGE SMALL'S ORDER RE MOTION TO          .60    96.00
            DISMISS.

03/19/04 HPH LEGAL RESEARCH RE BR 7026.                          .30    48.00

03/22/04 HPH REVIEWED MATERIAL RE PREPETITION TRANSFERS TO      .30    48.00
            INSIDERS FROM US ATTORNEY.

03/22/04 HPH REVIEWED MATERIAL FROM US ATTORNEY.                 .30    48.00

03/30/04 HPH WORKED ON ANSWERING VAN ETTEN INTERROGATORIES.     .60    96.00

04/02/04 HPH REVIEWED PROPOSED SETTLEMENT ORDER RE BRENT        .30    48.00
            WOOD.

04/12/04 JDJ WORK ON ANSWERS TO VAN ETTEN'S INTERROGATORIES.   1.30   110.50

04/13/04 HPH WORKED ON ANSWERING VAN ETTEN DISCOVERY.           .80   128.00

MAUPIN TAYLOR, P.A.
UNITED STATES BANKRUPTCY COURT                                      PAGE     7
INVOICE FOR OCTOBER 2004
INTERNATIONAL HERITAGE, INC.                                       BANK7A-HFN    0117
ATTORNEY FOR TRUSTEE

04/13/04 HPH WORKED ON RESPONSES TO INTERROGATORIES FROM VAN   .60    96.00
         ETTEN.

04/13/04 HPH WORKED ON ANSWERING VAN ETTEN'S                 1.80   288.00
         INTERROGATORIES.

04/13/04 MCH CONSULT WITH MR. HARDEN RE DISCOVERY RESPONSES.   .40    68.00

04/13/04 JDJ WORK ON ANSWERS TO VAN ETTEN'S INTERROGATORIES; 12.00  1020.00
         CONFERENCES WITH MR. HARDEN RE SAME.

04/14/04 HPH WORKED ON ANSWERING INTERROGATORIES.             .60    96.00

04/14/04 HPH WORKED ON ANSWERING INTERROGATORIES.             .80   128.00

04/14/04 JDJ WORK ON MEMO TO MR. HARDEN RE ANSWERS TO        3.80   323.00
         INTERROGATORIES AND WORK ON ANSWERS TO VAN
         ETTEN'S INTERROGATORIES.

04/14/04 JDJ WORK ON ANSWERS TO INTERROGATORIES.             1.90   161.50

04/15/04 HPH WORKED ON RESPONSES TO VAN ETTEN               3.00   480.00
         INTERROGATORIES.

04/15/04 HPH WORKED ON RESPONSES TO VAN ETTAN               2.30   368.00
         INTERROGATORIES.

04/15/04 JDJ WORK ON ANSWERS TO INTERROGATORIES.           10.25   871.25

04/16/04 HPH REVISION OF RESPONSES TO INTERROGATORIES.      3.00   480.00

04/16/04 HPH REVISION OF ANSWERS TO INTERROGATORIES.        1.80   288.00

04/16/04 HPH WORKED ON REVISION OF INTERROGATORIES.          .30    48.00

04/17/04 JDJ WORK ON ANSWERS TO INTERROGATORIES.            2.50   212.50

04/19/04 HPH REVISION OF RESPONSES TO INTRROGATORIES.        .30    48.00

04/19/04 HPH REVISION OF ANSWERS TO INTERROGATORIES.         .30    48.00

04/19/04 HPH REVISION OF RESPONSES TO INTERROGATORIES.       .30    48.00

04/19/04 JDJ WORK ON ANSWERS TO INTERROGATORIES.           12.50  1062.50

04/20/04 HPH WORKED ON REVISIONS AND ATTACHMENTS TO         1.60   256.00
         INTERROGATORIES.

04/22/04 HPH REVIEWED ANSWERS TO INTERROGATORIES; LETTER TO  .30    48.00
         MS. HUMRICKHOUSE.

```
MAUPIN TAYLOR, P.A.
UNITED STATES BANKRUPTCY COURT                              PAGE    8
INVOICE FOR OCTOBER 2004
INTERNATIONAL HERITAGE, INC.                               BANK7A-HFN    0117
ATTORNEY FOR TRUSTEE
```

04/26/04 HPH FINALIZE RESPONSES TO INTERROGATORIES.            .30    48.00

04/29/04 HPH TELEPHONE CALL FROM AUSA. GASTON WILLIAMS RE      .30    48.00
         PREPETITION TRANSFERS.

04/29/04 HPH TELEPHONE CALL TO MR. GASTON WILLIAMS RE          .30    48.00
         PREPETITION TRANSFERS.

05/12/04 JDJ WORK ON OBJECTIONS TO CLAIMS.                    6.00   510.00

05/13/04 HPH TELEPHONE CALL TO MR. GASTON WILLIAMS RE          .30    48.00
         POSSIBLE FRAUDULENT CONVEYANCES.

05/14/04 HPH ATTENTION TO MEMO FROM MR. BRENT WOOD RE FIRST    .30    48.00
         DATA SUIT BOND AND RESPOND.

06/09/04 HPH INTRA-OFFICE CONFERENCE RE STATUS OF OBJECTIONS   .30    48.00
         TO CLAIMS AND PROCEDURE FOR FILING SAME.

06/09/04 JDJ WORK ON OBJECTIONS TO CLAIMS.                    3.00   210.00

06/11/04 HPH TELEPHONE CALL FROM MS. STEPHANI HUMRICKHOUSE     .30    48.00
         RE 6/14 DEPOSITION.

06/14/04 HPH REVIEWED FILE FOR CORRESPONDENCE RE PRIVILEGED   1.00   160.00
         DOCUMENTS.

06/15/04 HPH TELEPHONE CALL FROM MS. STEPHANI HUMRICKHOUSE     .30    48.00
         RE WORDING OF STIPULATION OF DISMISSAL.

06/15/04 JDJ WORK ON OBJECTIONS TO CLAIMS.                    1.00    85.00

06/21/04 HPH ATTENTION TO EMAIL REQUESTS FROM VAN ETTEN FOR    .80   128.00
         PRODUCTION OF DOCUMENTS.

06/21/04 HPH WORKED ON RESPONSIVE LETTER TO MR. PAUL SUN RE    .80   128.00
         ALLEGED AUDIO TAPES.

06/23/04 HPH INTRA-OFFICE CONFERENCE WITH MRS. JOHNSON RE      .30    48.00
         STATUS OF CLAIMS OBJECTIONS.

06/23/04 HPH REVIEWED FILE AND REVISION OF LETTER TO MR.       .60    96.00
         PAUL SUN.

06/23/04 JDJ WORK ON OBJECTIONS TO CLAIMS.                    9.25   786.25

06/24/04 HPH WORKED ON CLAIMS OBJECTIONS.                      .30    48.00

06/24/04 JDJ WORK ON OBJECTIONS TO CLAIMS.                   10.00   700.00

06/25/04 JDJ WORK ON OBJECTIONS TO CLAIMS.                    2.50   212.50

MAUPIN TAYLOR, P.A.
UNITED STATES BANKRUPTCY COURT                                       PAGE    9
INVOICE FOR OCTOBER 2004
INTERNATIONAL HERITAGE, INC.                                         BANK7A-HFN    0117
ATTORNEY FOR TRUSTEE

06/26/04 JDJ WORK ON OBJECTIONS TO CLAIMS.                      3.00    255.00

06/27/04 JDJ WORK ON OBJECTIONS TO CLAIMS.                      3.00    255.00

06/28/04 JDJ WORK ON OBJECTIONS TO CLAIMS.                      5.50    467.50

06/29/04 HPH TELEPHONE CALL FROM US ATTORNEY MIKE KEITH RE       .30     48.00
             MAYFLOWER HOLDINGS; REVIEWED SETTLEMENT
             AGREEMENT; TELEPHONE CALL TO MR. KEITH RE SAME.

06/29/04 HPH TELEPHONE CALL FROM MS. JOAN FLEMING RE STATUS      .30     48.00
             OF VAN ETTEN A.P. AGAINST HARDEN.

06/29/04 JDJ WORK ON OBJECTIONS TO CLAIMS.                      4.00    340.00

06/30/04 HPH WORKED ON OBJECTIONS TO CLAIMS OF INSIDERS.         .30     52.50

06/30/04 JDJ WORK ON OBJECTIONS TO CLAIMS.                      2.00    170.00

07/01/04 JDJ WORK ON OBJECTIONS TO CLAIMS.                      7.00    595.00

07/09/04 HPH INTRA-OFFICE CONFERENCES WITH MRS. JOHNSON RE       .30     52.50
             CLAIMS OBJECTIONS UNDERWAY.

07/09/04 JDJ WORK ON OBJECTIONS TO CLAIMS.                      2.30    195.50

07/10/04 JDJ WORK ON OBJECTIONS TO CLAIMS.                      2.00    170.00

07/12/04 JDJ WORK ON OBJECTIONS TO CLAIMS.                      3.00    255.00

07/26/04 HPH REVIEWED VAN ETTEN'S PROPOSED MOTION FOR           .60    105.00
             APPROVAL OF COMPROMISE AND SETTLEMENT.

07/26/04 HPH REVIEWED MOTION AS FILED BY VAN ETTEN.             .30     52.50

08/09/04 HPH ATTENTION TO CORRESPONDENCE FROM VAN ETTEN AND     .30     52.50
             CLERK'S OFFICE RE MOTION TO SETTLE.

08/10/04 HPH INTRA-OFFICE CONFERENCES RE PREPARATION OF 2004    .30     52.50
             FEE APPLICATION.

08/18/04 HPH TELEPHONE CALL FROM AUSA GASTON WILLIAMS.          .30     52.50

08/27/04 HPH INTRA-OFFICE CONFERENCE WITH MS. STEPHANI          .30     52.50
             HUMRICKHOUSE RE IRS CLAIM/AGREEMENT (8/26);
             INTRA-OFFICE CONFERENCE WITH MRS. JOHNSON RE
             SAME.

```
MAUPIN TAYLOR, P.A.
UNITED STATES BANKRUPTCY COURT                                   PAGE    10
INVOICE FOR OCTOBER 2004
INTERNATIONAL HERITAGE, INC.                                     BANK7A-HFN     0117
ATTORNEY FOR TRUSTEE

08/27/04 HPH REVIEWED JUDGE SMALL'S ORDER APPROVING              .60    105.00
             SETTLEMENT AND DISMISSING WITH PREJUDICE AND
             VAN ETTEN'S EMAIL RE MISSING GRAND JURY
             SUBPOENA; REVIEWED FILE RE SAME.

08/30/04 HPH ATTENTION TO CORRESPONDENCE FROM VAN ETTEN;         .30     52.50
             LEGAL RESEARCH RE SECTION 726.

08/31/04 HPH ATTENTION TO EMAILS FROM VAN ETTEN AND             .30     52.50
             HUMRICKHOUSE RE OBJECTION TO TAX CLAIM OR
             PAYMENT.

09/07/04 HPH TELEPHONE CALL TO MR. GASTON WILLIAMS.              .30     52.50

09/13/04 HPH REVIEWED VAN ETTEN MEMO AND OCTOBER 2003            .30     52.50
             PLEADING RE TAX CLAIM.

09/13/04 HPH REVIEWED VAN ETTEN SHOW CAUSE MOTION.               .30     52.50

09/13/04 HPH REVIEWED VAN ETTEN SHOW CAUSE MOTION.               .60    105.00

09/13/04 HPH REVIEWED LONG VAN ETTEN MOTION FOR                  .80    140.00
             COMPREHENSION.

09/14/04 HPH REVIEWED REVISED VAN ETTEN MOTION AND RESPOND.      .60    105.00

09/14/04 HPH WORKED ON FEE APPLICATION.                          .30     52.50

09/15/04 HPH REVIEWED SEVERAL EMAILS AND "PROPOSED LANGUAGE"     .30     52.50
             FOR MOTION FROM VAN ETTEN.

09/23/04 HPH ATTENTION TO VAN ETTEN EMAIL RE SUBROGATION OF      .60    105.00
             TAX CLAIM; REVIEWED HIS MOTION TO SHOW CAUSE
             AND FOR REMEDIAL ACTION.

09/24/04 HPH REVIEWED MR. BRENT WOOD'S RESPONSE TO VAN           .30     52.50
             ETTEN'S SHOW CAUSE MOTION.

09/27/04 HPH ATTENTION TO VAN ETTEN EMAIL RE BRENT WOOD          .30     52.50
             RESPONSE TO SHOW CAUSE MOTION.

09/28/04 HPH REVIEWED VAN ETTEN RESPONSE TO MOTION TO            .30     52.50
             DISMISS.

09/29/04 HPH REVIEWED VAN ETTEN'S SHOW CAUSE MOTION              .60    105.00
             EXHIBITS.

09/30/04 HPH ATTENTION TO VAN ETTEN REQUEST TO ISSUE             .30     52.50
             SUBPOENA.
```

```
MAUPIN TAYLOR, P.A.
UNITED STATES BANKRUPTCY COURT                        PAGE    11
INVOICE FOR OCTOBER 2004
INTERNATIONAL HERITAGE, INC.                          BANK7A-HFN    0117
ATTORNEY FOR TRUSTEE


TOTAL FEES. . . . . . . . . . . . .                                 $26,076.00


        FACSIMILE TRANSMISSION                          16.50
        FACSIMILE TRANSMISSION                          45.00
        MT PHOTOCOPY CENTER                             42.60
01/29/04 PARKING - HOLMES P. HARDEN                      2.00
03/11/04 PARKING - HOLMES P. HARDEN                      4.00



        TOTAL EXPENSES. . . . . . . . .                               $110.10


        TOTAL FEES PLUS EXPENSES . . . . . .                       $26,186.10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                   )
                                                )        CHAPTER 7
                                                )
          Debtor.                               )

<u>NOTICE OF APPLICATION FOR SIXTH  INTERIM COMPENSATION FOR SERVICES OF
ATTORNEY FOR TRUSTEE AND REIMBURSEMENT OF EXPENSES AND
CERTIFICATE OF SERVICE</u>

TO:  ALL CREDITORS OF INTERNATIONAL HERITAGE, INC. AND OTHER PARTIES IN
INTEREST

          NOTICE IS HEREBY GIVEN of the Sixth Application for Interim Compensation for
Services of Attorney for Trustee for services rendered from September 30, 2003 through September
30, 2004, in the amount of $26,076.00 and reimbursement of expenses in the amount of $110.10
filed simultaneously herewith by Holmes P. Harden, Attorney for Trustee.

          An objection to the fees requested should be filed with the Clerk, U. S. Bankruptcy
Court, Post Office Box 1441, Raleigh, North Carolina  27602 with a copy served on the trustee
whose name appears at the bottom of this Notice within twenty (20) days of the date of this Notice.
No hearing will be conducted on said objection unless the Court, in its discretion, deems a hearing
necessary, or unless a hearing is requested by the party filing such request.  Any party requesting a
hearing shall appear at said hearing in support of such request or he may be assessed with costs.

          DATE OF NOTICE: October 9, 2004

                                          Holmes P. Harden, Trustee
                                          N. C. State Bar No. 9835
                                          Post Office Drawer 19764
                                          Raleigh, North Carolina  27619
                                          Telephone: (919) 981-4000

RALEIGH\430729_ 1

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing document was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the 7th day of _October_, 2004.

MAUPIN TAYLOR, P.A.

BY: _____
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:
Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

Patrick Anders, Esquire
Edger and Paul
1777 Durham-Chapel Hill Blvd.
Suite 204
Chapel Hill, NC 27514

James A. Roberts, III, Esquire
A. Graham Shirley, Esquire
Lewis & Roberts
P.O. Box 17529
Raleigh, NC 27619-7529

See Attached Mail Matrix and E-Mail List

RAL/179511/1

## Maupin Taylor, P.A.

ATTORNEYS AT LAW
HIGHWOODS TOWER ONE, SUITE 500
3200 BEECHLEAF COURT
RALEIGH, NORTH CAROLINA  27604-1064
TELEPHONE (919) 981-4000

MAILING ADDRESS
POST OFFICE DRAWER 19764
RALEIGH, NORTH CAROLINA  27619-9764
TELEFAX (919) 981-4300

DURHAM/RESEARCHTRIANGLE PARK OFFICE
411 ANDREWS ROAD, SUITE 150
DURHAM, NORTH CAROLINA  27705
TELEPHONE (919) 382-0188

---

# FACSIMILE TRANSMISSION

### CONFIDENTIAL [ ]          RUSH [ ]

TO:  *Chittenden Bank*
*c/o Louis P. Rochkind*
*Jaffe, Raitt, Heuer & Weiss*
*One Woodward Avenue, Suite 2400*
Detroit MI 48226

FROM:  *Holmes P. Harden*

MAUPIN TAYLOR & ELLIS, P.A
POST OFFICE DRAWER 19764
RALEIGH, NORTH CAROLINA  27619-9764
**DIRECT DIAL #:** *919-981-4011*

CITY:                                                    DATE:

FACSIMILE #:  *313-961-8358*                  OUR FILE NUMBER:       *BANK7A-206*

TOTAL NUMBER OF PAGES, INCLUDING COVER SHEET:

The material transmitted and communicated herein ("communication") is intended only for the use of the individual or entity to which it is addressed, and may contain information that constitutes work product, or is subject to attorney-client privilege, or is confidential and exempt from disclosure under applicable law.  If the reader of this communication is not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  Thank you.

## *MESSAGE:*

Original to follow by mail?  **X**  Yes  ___ No

We are transmitting from Group III equipment.

Facsimile #:  919/981-4300

Help #:  919/981-4063

RAL/179511/1

Terri I. Gardner
Poyner & Spruill, LLP
P. O. Box 10096
3600 Glenwood Avenue
Raleigh, NC 27605

Brent E. Wood
1135 Kildaire Farm Rd. #311-8
Cary, NC 27511

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
2520 Northwinds Pkwy #375
Alpharetta, GA 30004-2233

James Russell Tucker
Tucker & Ratcliffe, L.L.P.
500 N. Akard Street, Suite 3500
Dallas, TX 75201

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Dorothy H. Miller
102 Triangle Circle
Lafayette, LA 70508

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Stacey Ostrom
202 Oak Creek Drive
League City, TX  77573-1762

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Jane E. Chassey
1514 Azalea Drive
Saint Louis, Missouri 63119

Carolyn E. John
485 Broad River Blvd.
Beaufort, SC 29906

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL.-9490 Vaduz  LIECHTENSTEIN

Gary D. McDowell
200 Ansley Close
Roswell, GA 30075

Jean Wedin
P. O. Box 753
LaConner, WA 98257

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen    SWITZERLAND

Managing Agent
Schweizerische Hypotheken
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich    SWITZERLAND

Stanley H. Van Etten
10504 Tredwood Drive
Raleigh, NC 27615

Managing Agent
UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich    SWITZERLAND

Charles Anderson
P. O. Box 33550
Raleigh, NC 27636

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Larry Smith
2435 E. North Street
Greenville, SC 29615

Anna M. Washburn
145 Christopher Drive
Clayton, NC 27520

Shawna Y. Staton
Brooks, Stevens & Pope, P.A.
P.O. Box 1870
Cary, NC 27512-1870

Henry W. Nozko, Jr., President
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Henry W. Nozko, Jr., President
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Managing Agent
Coeco
2525 Atlantic Avenue
Raleigh, NC 27604

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN 56258

Managing Agent
EDS Financial Services
4800 Six Forks Road
Raleigh, NC 27609

Managing Agent
Centrum Bank AGVaduz
Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz    LIECHTENSTEIN

Managing Agent
Accurata Treuhand und Revisions AG Vaduz
Abundt 36
 FL-9490 Vaduz    LIECHTENSTEIN

Managing Agent
UBS AG, Zurich Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich    SWITZERLAND

Lloyd W. Gathings, II
Gathings & Associates
P. O. Box 10545
Birmingham, AL 35202

Managing Agent
TransAmerica-TIG Insurance
5205 N.O. Connor Blvd. Ste. B1
Irving, TX 75039-3724

Sherwin P. Robin
P. O. Box 9541
Savannah, GA 31412-9541

Tony Copeland
BTI
4300 Six Forks Road, Suite 500
Raleigh, NC 27609

RAL/179511/1

Michael P. Flanagan
Ward and Smith, P.A.
P. O. Box 8088
Greenville, NC 27835-8088

Vickie Corbitt,
Attorney for Commissioner of Revenue
Tennessee Dept. of Revenue - Legal
312 8th Ave. N #27 Fl
Nashville, TN 37243-0001

Jean Boyles
P. O. Box 10506
Raleigh, NC 27605

James A. Roberts, III
Lewis & Roberts, PLLC
P. O. Box 17529
Raleigh, NC 27619-7529

Stephani W. Humrickhouse, Esq.
Nicholls & Crampton
4300 Six Forks Road, Suite 700
Raleigh, NC  27609

Paul Faison S. Winborne
300/200 Parham Street, Suite F
P. O. Box 1547
Raleigh, NC 27602

Patrick H. Tyler
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

Janet Cradeur
P. O. Box 66658
Baton Rouge, LA 70896

Missouri Department of Revenue
Attn: Brian S. Kuhlmann
P. O. Box 475
Jefferson City, MO 65105-0475

James K. Austin
Ellis Painter Ratterree & Bart LLP
P. O. Box 9946
Savannah, GA 31412-9946

Meredith P. Ezzell
Wyrick Robbins Yates & Ponton LLP
P. O. Drawer 17803
Raleigh, NC 27619

Marcia McGair Ippolito
R.I. Division of Taxation
One Capitol Hill
Providence, RI 02908-5800

Walter Calton
312 East Broad Street
Eufaula, AL 36072

Keith M. Jensen
Law Office of Keith M. Jensen
514 East Belknap
Fort Worth, TX 76102

Joseph N. Calloway, Esq.
Battle, Winslow, Scott & Wiley, P.A.
P. O. Box 7100
Rocky Mount, NC 27804-0100

L. C. Gilbert, Jr.
74 Hilltop Lane
Alpine, AL 35014

Randall L. Greene
Rt. 1, Box 155
Randlett, OK 73562

Maria Lee Siwierka
5507 Deerbourne Chase Dr.
Sugar Land, TX 77479-4194

Jackson Wayne Murphy
Rt. 6, Box 154
Troy, AL 36081

James H. Thomas
101 Robin Drive
Troy, AL 36081

Craig T. Liebendorfer
7315 Hundley Blvd.
Dallas, TX 75231-4722

Denise Marsh
709 Summit Ridge
Lewisville, TX 75067

Sharon A. Meckenstock
1640 West 34th St., N.
Wichita, KS 67204

State Auditor's Office
Montana Securities Department
Mitchell Building, Room 270
State Capital Complex
Helen, MT 59620

William Swinney
3365 Silver Palm Drive
Jacksonville, FL 32250

Marshall Reddy
P. O. Box 806
Ponte Verde Beach, FL 32004

Henry W. Noziko, Jr.
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Gerald A. Jeutter
Kilpatrick Stockton, LLP
P. O. Box 300004
Raleigh, NC 27622

Henry W. Noziko, Jr.
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Michael K. Wolensky
Robert G. Brunton
David J. Gellen
Kutak Rock
225 Peachtree St., NE, Suite 2100
Atlanta, GA 30303-1731

Ray Burns
5633 NW Moonlight Meadow Ct.
Lees Summit, MO 64064

Robert J. Marrigan
Development Direct, Inc.
P.O. Box 650
Bedford, MA 01730-0650

Ronald H. Garber
Boxley Bolton & Garber
P. O. Drawer 1429
Raleigh, NC 27602

Virginia Andrews Burdette
P. O. Box 47
Mukilteo, WA 98275

Scott L. Wilkinson
Assistant U.S. Attorney
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Cathy Fligg
1456 Stratfield Circle
Atlanta, GA 30319

Betty Hesketh
7566 15th Lane
Vero Beach, FL 32966

James Burshtyn
Office of Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78712548

Jackie S. Hart
1706 Antigua Lane
Nassau Bay, TX  77058

E-mail:  x2-song@worldnet.att.net
E-mail:  hual@airmail.net
E-mail:  mayfi23@marz.com
E-mail:  Buddha623@aol.com
E-mail:  pgorman@vantagepointcapital.com
E-mail:  wrightr@mindspring.com
E-mail:  mlafontaine@abbot-simses.com
E-mail:  rabbit@rockisland.com
E-mail:  cheryll.COSTANIINO@edmail.com
E-mail:  jasbircheema@amropictures.com
E-mail:  72320.316@compuserve.com
E-mail:  stann@colby IXKS.com
E-mail:  gjack312@Intrstar.net
E-mail:  hdfrey@telusplanet.net
E-mail:  DLWARREN@BellSouth.net
E-mail:  michael_bhagat@hotmail.com
E-mail:  rliston@spartanburg4.0rg
E-mail:  ghromero@aol.com
E-mail:  joanchan@rocketmail.com
E-mail:  edeem@worldnet.att.net
E-mail:  DFITZPA400@aol.com
E-mail:  theboock@compuserve.com
E-mail:  pondman@memes.com
E-mail:  docchiro@ISLC.net
E-mail:  RIZMOE@NWRain.com
E-mail:  thodges@gateway.net
E-mail:  hlee@directv.com
E-mail:  fabb@telusplanet.net
E-mail:  cordw@deltapineseed.com
E-mail:  NBECK87570@aol.com
E-mail:  JYANG4@FORD.COM
E-mail:  mccarthy@mccarthyconsultant.com
E-mail:  digger@bcsupernet.com
E-mail:  BREIDYIII@aol.com
E-mail:  pak@jcnl.com
E-mail:  lpartr1072@aol.com
E-mail:  leadership.possibilities.mak@worldnet.att.net
E-mail:  mtheisen@efn.org
E-mail:  MLGeller@aol.com
E-mail:  mooreem@harpo.tnstate.edu
E-mail:  backpain@keynet.net
E-mail:  Hbeckbari@aol.com
E-mail:  mwarhurst@yahoo.com
E-mail:  js.baum@srs.gov
E-mail:  wynellh@flash.net
E-mail:  dlatray@mcn.net
E-mail:  bwood@woodfran.com
E-mail:  DickLynn.Ferency@compuserve.com
E-mail:  CHASSEYRAY@email.msn.com
E-mail:  jim.griffith@erols.com
E-mail:  xiaokui.shan@bakernet.com
E-mail:  xshan@aol.com
E-mail:  kkandola@theresidences.com
E-mail:  lrochkind@jafferaitt.com
E-mail:  sdostrom@hotmail.com
E-mail:  michaelhopkins@mailcity.com
E-mail:  dana-charles@worldnet.att.net
E-mail:  options-galore@yahoo.com
E-mail:  bchap01@aol.com
E-mail:  ceissngr@midrivers.com
E-mail:  glassgs@cadvision.com
E-mail:  mbrown8967@aol.com
E-mail:  diemert@northerntel.net
E-mail:  cgrumer@manatt.com
E-mail:  shouli.yang@stjude.org
E-mail:  RJWNLAW@aol.com

E-mail:  sds98@eatel.net
E-mail:  jwmaloy@aol.com
E-mail:  kanelos@mindspring.com
E-mail:  blairc@iname.com
E-mail:  Larry_Fletcher@bc.sympatico.ca
E-mail:  JNRRICH@Intur.net
E-mail:  aadrezin@Epix.net
E-mail:  kimball.peed@bigfoot.com
E-mail:  tammyr@falcon.ukans.cc.edu
E-mail:  VTPALMER27@yahoo.com
E-mail:  crandall@rock-springs.dowell.slb.com
E-mail:  gedler@bellsouth.net
E-mail:  r_brown@email.msn.com
E-mail:  hou@mail.med.upenn.edu
E-mail:  dsbarron@bellsouth.net
E-mail:  jamcgrath@yahoo.com
E-mail:  bjsaw@ttc-cmc.net
E-mail:  smsutom@aol.com
E-mail:  lynn@dot.state.al.us
E-mail:  pingnas@ica.net
E-mail:  Hanna@tir.com
E-mail:  buddunn@auantumworld.com
E-mail:  Rahmati@ibm.net
E-mail:  Docnielsen@webtv.net
E-mail:  mjandcarlincc@juno.com
E-mail:  loking@wixmail.com
E-mail:  Jholt@Clemson.edu
E-mail:  jsmusa@mindspring.com
E-mail:  Mainland@ticnet.com
E-mail:  cce3@juno.com
E-mail:  mcnamer@bigsky.net
E-mail:  mwa@wnonline.net
E-mail:  lesterabs@mindspring.com
E-mail:  shanson@kearney.net
E-mail:  an667@hwcn.org
E-mail:  yu241703@yorku.ca
E-mail:  yu241703@yorku.ca
E-mail:  lihen
E-mail:  dsbarron@bellsouth.net
E-mail:  jamcgrath@yahoo.com
E-mail:  bbaum89@aol.com
E-mail:  bjsaw@ttc-cmc.net
E-mail:  smsutom@aol.com
E-mail:  lynn@dot.state.al.us
E-mail:  pingnas@ica.net
E-mail:  Hanna@tir.com
E-mail:  buddunn@quantumworld.com
E-mail:  Rahmati@ibm.net
E-mail:  docnielsen@webtv.net
E-mail:  mjandcarlincc@juno.com
E-mail:  loking@wixmail.com
E-mail:  Jholt@Clemson.edu
E-mail:  jsmusa@mindspring.com
E-mail:  Mainland@ticnet.com
E-mail:  cce3@juno.com
E-mail:  mcnamer@bigsky.net
E-mail:  mwa@wnonline.net
E-mail:  lesterabs@mindspring.com
E-mail:  shanson@kearney.net
E-mail:  an667@hwcn.org
E-mail:  yu241703@yorku.ca
E-mail:  TJDeavers@aol.com
E-mail:  BrAnDin420@aol.com
E-mail:  hou@mail.med.upenn.edu
E-mail:  CTBallard@aol.com
E-mail:  beth_pattillo@shmm.org

E-mail:  swede@dmea.net
E-mail:  kmaxeyjr@bayou.com
E-mail:  Wesglynn@aol.com
E-mail:  jwarren@wyche.com
E-mail:  dongming.zhao@jci.com
E-mail:  pkloosterman@juno.com
E-mail:  JEEPETTE99@aol.com
E-mail:  pingnas@ica.net
E-mail:  Karen0906@aol.com
E-mail:  lonni@pb.quik.com
E-mail:  Dana-Charles@Worldnet.Att.Net
E-mail:  Averitas@aol.com
E-mail:  kk_1200@kwikkopy.com
E-mail:  hewlett@cablelan.net
E-mail:  sonia_voldseth@burns.senate.gov
E-mail:  dzeigler@jsucc.jsu.edu
E-mail:  mchad@acnet.net
E-mail:  albourassa@bigfoot.com
E-mail:  albourassa@bigfoot.com
E-mail:  Harden, Holmes
E-mail:  Mgutierrez@pirnie.com
E-mail:  mayfi23@marz.com
E-mail:  shucko@prodigy.net
E-mail:  zuzuy2k@yahoo.com
E-mail:  Mgutierrez@pirnie.com
E-mail:  Mgutierrez@pirnie.com
E-mail:  RRALBRIGHT@AOL.COM
E-mail:  bcslaw@prodigy.net
E-mail:  rosieo@bigsky.net
E-mail:  mooreem@harpo.tnstate.edu
E-mail:  VANATTAL@VAX.CS.HSCSYR.EDU
E-mail:  leadership.possibilities.mak@worldnet.att.net
E-mail:  pingnas@ica.net
E-mail:  cr8on@flash.net
E-mail:  bsclaw@worldnet.att.net
E-mail:  hewlettlj@shaw.ca
E-mail:  ladevries@firstam.com
E-mail:  ihatch@ala.net
Rmggood@Prodigy.Net