FILED 10/8/2004 2:05:38 PM, USBC, Eastern District of North Carolina

```
              UNITED STATES BANKRUPTCY COURT
             EASTERN DISTRICT OF NORTH CAROLINA
                      RALEIGH DIVISION


IN THE MATTER OF:                  CASE NO.  98:02675-5-ATS
                                   CHAPTER 7
INTERNATIONAL HERITAGE, INC.,
AND INTERNATIONAL HERITAGE         CASE NO.  98:02674-5-ATS
INCORPORATED,                      CHAPTER 7

        Debtors.
```

## MOTION TO CONTINUE

The United States, by and through the United States Attorney for the Eastern District of North Carolina, requests this Court to remove from the October 14, 2004 calendar and continue the hearing on the Motion to Show Cause Order filed by Stanley H. Van Etten and reset at a time convenient for the Court.  Counsel for International Heritage, Inc., Terri Gardner, consents to this motion to continue.  Stanley H. Van Etten is appearing pro se in this matter and has not been contacted to ascertain his position regarding this motion to continue.

Respectfully submitted, this the 8th day of October, 2004.

```
                              FRANK D. WHITNEY
                              United States Attorney



                              BY:  /s/ Paul M. Newby (for)
                                   NEAL FOWLER
                              Assistant United States Attorney
                              Civil Division
                              310 New Bern Avenue
                              Federal Building, Suite 800
                              Raleigh, NC  27601-1461
                              Telephone: (919) 856-4049
                              FAX: (919) 856-4821
```

<u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have this the 8th day of October, 2004 served a copy of the foregoing upon the below-listed parties by placing a copy of the same in the U.S. Mails, addressed as follows:

        Stanley H. Van Etten
        7924 Lake Drive
        Raleigh, NC 27613

        Terri L. Gardner
        Poyner & Spruill, LLP
        P.O. Drawer 10096
        Raleigh, NC 27605-0096

        Holmes P. Harden
        Maupin, Taylor & Ellis, PA
        P.O. Drawer 19764
        Raleigh, NC 27619

        Marjorie K. Lynch
        Bankruptcy Administrator
        P.O. Box 3039
        Raleigh, NC 27602-3039

        Brent E. Wood
        1135 Kildaire Farm Road
        Suite 311-8
        Cary, NC 27511

        Stephani Humrickhouse
        Nicholls & Crampton, PA
        P.O. Box 18237
        Raleigh, NC 27619

        Scott L. Wilkinson
        P.O. Box 26193
        Raleigh, NC 27611

                      <u>/s/ Paul M. Newby (for)</u>
                      NEAL FOWLER
                      Assistant United States Attorney