**VAN–113** Hearing Conference Worksheet – Rev. 09/29/2004

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*657* – Objection to (related document(s): [646] Motion For Show Cause Order filed by Officer Stanley H Van Etten) filed by Neal Fowler on behalf of Scott Wilkinson (Bipes, Cheryl)

*657* – Motion to Dismiss and Memorandum of United States/ Interested Party Scott Wilkinson, (related document(s): [646] Motion For Show Cause Order filed by Stanley H Van Etten. (Attachments: # (1) Continuation of Document# (2) Continuation of Document# (3) Continuation of Document) (Brueggeman, Stacy)), (Bipes, Cheryl)
Add to 10/14/04 hearing calendar.

Terri L Gardner

Poyner & Spruill, LLP
PO DRAWER 10096
3600 GLENWOOD AVENUE
RALEIGH, NC 27605–0096
919 783–6400

Holmes P Harden

Maupin Taylor, PA
P. O. Drawer 19764
Raleigh, NC 27619
919 981–4000

Neal Fowler (919)856–4049
Asst. U.S. Atty. (for Scott Wilkinson)

DATED: October 13, 2004

Cheryl Bipes