UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. ) | CASE NO. 98-02675-5-ATS |
| ) | |
| INTERNATIONAL HERITAGE, ) | CHAPTER 7 |
| INCORPORATED, ) | CASE NO. 98-02674-5-ATS |
| ) | |
| Debtors. ) | |

## NOTICE OF APPLICATION

NOTICE IS HEREBY GIVEN of the Interim Application of Special Attorney for Trustee Fee and Expense Reimbursement previously filed by Nicholls & Crampton, P.A. attorneys for the Trustee seeking allowance of fees in the amount of $9,350.00 reimbursement of expenses in the amount of $223.13 for the period January 1, 2004 to October 25, 2004.

FURTHER NOTICE IS HEREBY GIVEN that this Application may be allowed provided no written response and request for hearing is made by the Debtor or other parties in interest in writing to the Clerk of this Court within TWENTY (20) DAYS of the date of this notice; and

FURTHER NOTICE IS HEREBY GIVEN that if a response and a request for a hearing is filed within the time indicated, a hearing will be conducted on the Application and response thereto at a date, time and place to be later set by this Court and all interested parties will be notified accordingly. If no response or request for a hearing is timely filed, the Court may rule on the Application ex parte without further notice.

DATE OF NOTICE: November 3 , 2004.

Holmes P. Harden
State Bar #9835
Chapter 7 Trustee
MAUPIN, TAYLOR & ELLIS, P.A.
Post Office Box 17169
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

O:\CLIENT\CHP7TR\InternationalHeritage\attyfeeapp not 013.wpd

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing document was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the 3rd day of November, 2004.

MAUPIN TAYLOR, P.A.

BY: _____
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:
Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

Patrick Anders, Esquire
Edger and Paul
1777 Durham-Chapel Hill Blvd.
Suite 204
Chapel Hill, NC 27514

James A. Roberts, III, Esquire
A. Graham Shirley, Esquire
Lewis & Roberts
P.O. Box 17529
Raleigh, NC 27619-7529

See Attached Mail Matrix and E-Mail List

RAL/179511/1

Terri I. Gardner
Poyner & Spruill, LLP
P. O. Box 10096
3600 Glenwood Avenue
Raleigh, NC 27605

Brent E. Wood
1135 Kildaire Farm Rd. #311-8
Cary, NC 27511

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
2520 Northwinds Pkwy #375
Alpharetta, GA 30004-2233

James Russell Tucker
Tucker & Ratcliffe, L.L.P.
500 N. Akard Street, Suite 3500
Dallas, TX 75201

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Dorothy H. Miller
102 Triangle Circle
Lafayette, LA 70508

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Stacey Ostrom
202 Oak Creek Drive
League City, TX 77573-1762

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Jane E. Chassey
1514 Azalea Drive
Saint Louis, Missouri 63119

Carolyn E. John
485 Broad River Blvd.
Beaufort, SC 29906

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL.-9490 Vaduz   LIECHTENSTEIN

Gary D. McDowell
200 Ansley Close
Roswell, GA 30075

Jean Wedin
P. O. Box 753
LaConner, WA 98257

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

RAL/179511/1

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St Gallen
Vadianstrasse 17
CH-9000 St Gallen   SWITZERLAND

Managing Agent
UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich   SWITZERLAND

Managing Agent
Schweizerische Hypotheken
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich   SWITZERLAND

Charles Anderson
P. O. Box 33550
Raleigh, NC 27636

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Stanley H. Van Etten
10504 Tredwood Drive
Raleigh, NC 27615

Larry Smith
2435 E. North Street
Greenville, SC 29615

Anna M. Washburn
145 Christopher Drive
Clayton, NC 27520

Shawna Y. Staton
Brooks, Stevens & Pope, P.A.
P. O. Box 1870
Cary, NC 27512-1870

Henry W. Nozko, Jr., President
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Henry W. Nozko, Jr., President
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Managing Agent
Coeco
2525 Atlantic Avenue
Raleigh, NC 27604

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN 56258

Managing Agent
EDS Financial Services
4800 Six Forks Road
Raleigh, NC 27609

Managing Agent
Centrum Bank AGVaduz
Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz   LIECHTENSTEIN

Managing Agent
Accurata Treuhand und Revisions AG Vaduz
Abundt 36
FL-9490 Vaduz   LIECHTENSTEIN

Managing Agent
UBS AG, Zurich Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich   SWITZERLAND

Lloyd W. Gathings, II
Gathings & Associates
P. O. Box 10545
Birmingham, AL 35202

Managing Agent
TransAmerica-TIG Insurance
5205 N.O. Connor Blvd. Ste B1
Irving, TX 75039-3724

Sherwin P. Robin
P. O. Box 9541
Savannah, GA 31412-9541

Tony Copeland
BTI
4300 Six Forks Road, Suite 500
Raleigh, NC 27609

RAL/179511/1

Michael P. Flanagan
Ward and Smith, P.A.
P. O. Box 8088
Greenville, NC 27835-8088

Vickie Corbitt,
Attorney for Commissioner of Revenue
Tennessee Dept. of Revenue - Legal
312 8th Ave. N #27 Fl
Nashville, TN 37243-0001

Jean Boyles
P. O. Box 10506
Raleigh, NC 27605

James A. Roberts, III
Lewis & Roberts, PLLC
P. O. Box 17529
Raleigh, NC 27619-7529

Stephani W. Humrickhouse, Esq.
Nicholls & Crampton
4300 Six Forks Road, Suite 700
Raleigh, NC 27609

Paul Faison S. Winborne
300/200 Parham Street, Suite F
P. O. Box 1547
Raleigh, NC 27602

Patrick H. Tyler
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

Janet Cradeur
P. O. Box 66658
Baton Rouge, LA 70896

Missouri Department of Revenue
Attn: Brian S. Kuhlmann
P. O. Box 475
Jefferson City, MO 65105-0475

James K. Austin
Ellis Painter Ratterree & Bart LLP
P. O. Box 9946
Savannah, GA 31412-9946

Meredith P. Ezzell
Wyrick Robbins Yates & Ponton LLP
P. O. Drawer 17803
Raleigh, NC 27619

Marcia McGair Ippolito
R.I. Division of Taxation
One Capitol Hill
Providence, RI 02908-5800

Walter Calton
312 East Broad Street
Eufaula, AL 36072

Keith M. Jensen
Law Office of Keith M. Jensen
514 East Beklnap
Fort Worth, TX 76102

Joseph N. Calloway, Esq
Battle, Winslow, Scott & Wiley, P.A.
P. O. Box 7100
Rocky Mount, NC 27804-0100

L. C. Gilbert, Jr.
74 Hilltop Lane
Alpine, AL 35014

Randall L. Greene
Rt 1, Box 155
Randlett, OK 73562

Maria Lee Siwierka
5507 Deerbourne Chase Dr.
Sugar Land, TX 77479-4194

Jackson Wayne Murphy
Rt. 6, Box 154
Troy, AL 36081

James H. Thomas
101 Robin Drive
Troy, AL 36081

Craig T. Liebendorfer
7315 Hundley Blvd.
Dallas, TX 75231-4722

Denise Marsh
709 Summit Ridge
Lewisville, TX 75067

Sharon A. Meckenstock
1640 West 34th St., N.
Wichita, KS 67204

RAL/179511/1

William Swinney
3365 Silver Palm Drive
Jacksonville, FL 32250

Gerald A. Jeutter
Kilpatrick Stockton, LLP
P. O. Box 300004
Raleigh, NC 27622

Ray Burns
5633 NW Moonlight Meadow Ct
Lees Summit, MO 64064

Virginia Andrews Burdette
P. O. Box 47
Mukilteo, WA 98275

Betty Hesketh
7566 15th Lane
Vero Beach, FL 32966

Marshall Reddy
P. O. Box 806
Ponte Verde Beach, FL 32004

Henry W. Noziko, Jr.
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Robert J. Marrigan
Development Direct, Inc.
P.O. Box 650
Bedford, MA 01730-0650

Scott L. Wilkinson
Assistant U.S. Attorney
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

James Burshtyn
Office of Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78712548

State Auditor's Office
Montana Securities Department
Mitchell Building, Room 270
State Capital Complex
Helen, MT 59620

Henry W. Noziko, Jr.
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Michael K. Wolensky
Robert G. Brunton
David J. Gellen
Kutak Rock
225 Peachtree St., NE, Suite 2100
Atlanta, GA 30303-1731

Ronald H. Garber
Boxley Bolton & Garber
P. O. Drawer 1429
Raleigh, NC 27602

Cathy Fligg
1456 Stratfield Circle
Atlanta, GA 30319

Jackie S. Hart
1706 Antigua Lane
Nassau Bay, TX 77058

E-mail: x2-song@worldnet.att.net
E-mail: hual@airmail.net
E-mail: mayfi23@marz.com
E-mail: Buddha623@aol.com
E-mail: pgorman@vantagepointcapital.com
E-mail: wrightr@mindspring.com
E-mail: mlafontaine@abbot-simses.com
E-mail: rabbit@rockisland.com
E-mail: cheryll.COSTANIINO@edmail.com
E-mail: jasbircheema@amropictures.com
E-mail: 72320.316@compuserve.com
E-mail: stann@colby.IXKS.com
E-mail: gjack312@Intrstar.net
E-mail: hdfrey@telusplanet.net
E-mail: DLWARREN@BellSouth.net
E-mail: michael_bhagat@hotmail.com
E-mail: rliston@spartanburg4.0rg
E-mail: ghromero@aol.com
E-mail: joanchan@rocketmail.com
E-mail: edeem@worldnet.att.net
E-mail: DFITZPA400@aol.com
E-mail: theboock@compuserve.com
E-mail: pondman@memes.com
E-mail: docchiro@ISLC.net
E-mail: RIZMOE@NWRain.com
E-mail: thodges@gateway.net
E-mail: hlee@directv.com
E-mail: fabb@telusplanet.net
E-mail: cordw@deltapineseed.com
E-mail: NBECK87570@aol.com
E-mail: JYANG4@FORD.COM
E-mail: mccarthy@mccarthyconsultant.com
E-mail: digger@bcsupernet.com
E-mail: BREIDYIII@aol.com
E-mail: pak@jcnl.com
E-mail: lpartr1072@aol.com
E-mail: leadership.possibilities.mak@worldnet.att.net
E-mail: mtheisen@efn.org
E-mail: MLGeller@aol.com
E-mail: mooreem@harpo.tnstate.edu
E-mail: backpain@keynet.net
E-mail: Hbeckbari@aol.com
E-mail: mwarhurst@yahoo.com
E-mail: js.baum@srs.gov
E-mail: wynellh@flash.net
E-mail: dlatray@mcn.net
E-mail: bwood@woodfran.com
E-mail: DickLynn.Ferency@compuserve.com
E-mail: CHASSEYRAY@email.msn.com
E-mail: jim.griffith@erols.com
E-mail: xiaokui.shan@bakernet.com
E-mail: xshan@aol.com
E-mail: kkandola@theresidences.com
E-mail: lrochkind@jafferaitt.com
E-mail: sdostrom@hotmail.com
E-mail: michaelhopkins@mailcity.com
E-mail: dana-charles@worldnet.att.net
E-mail: options-galore@yahoo.com
E-mail: bchap01@aol.com
E-mail: ceissngr@midrivers.com
E-mail: glassgs@cadvision.com
E-mail: mbrown8967@aol.com
E-mail: diemert@northerntel.net
E-mail: cgrumer@manatt.com
E-mail: shouli.yang@stjude.org
E-mail: RJWNLAW@aol.com

RAL/179511/1

E-mail: sds98@eatel.net  
E-mail: jwmaloy@aol.com  
E-mail: kanelos@mindspring.com  
E-mail: blairc@iname.com  
E-mail: Larry_Fletcher@bc.sympatico.ca  
E-mail: JNRRICH@Intur.net  
E-mail: aadrezin@Epix.net  
E-mail: kimball.peed@bigfoot.com  
E-mail: tammyr@falcon.ukans.cc.edu  
E-mail: VTPALMER27@yahoo.com  
E-mail: crandall@rock-springs.dowell.slb.com  
E-mail: gedler@bellsouth.net  
E-mail: r_brown@email.msn.com  
E-mail: hou@mail.med.upenn.edu  
E-mail: dsbarron@bellsouth.net  
E-mail: jamcgrath@yahoo.com  
E-mail: bjsaw@ttc-cmc.net  
E-mail: smsutom@aol.com  
E-mail: lynn@dot.state.al.us  
E-mail: pingnas@ica.net  
E-mail: Hanna@tir.com  
E-mail: buddunn@auantumworld.com  
E-mail: Rahmati@ibm.net  
E-mail: Docnielsen@webtv.net  
E-mail: mjandcarlincc@juno.com  
E-mail: loking@wixmail.com  
E-mail: Jholt@Clemson.edu  
E-mail: jsmusa@mindspring.com  
E-mail: Mainland@ticnet.com  
E-mail: cce3@juno.com  
E-mail: mcnamer@bigsky.net  
E-mail: mwa@wnonline.net  
E-mail: lesterabs@mindspring.com  
E-mail: shanson@kearney.net  
E-mail: an667@hwcn.org  
E-mail: yu241703@yorku.ca  
E-mail: yu241703@yorku.ca  
E-mail: lihen  
E-mail: dsbarron@bellsouth.net  
E-mail: jamcgrath@yahoo.com  
E-mail: bbaum89@aol.com  
E-mail: bjsaw@ttc-cmc.net  
E-mail: smsutom@aol.com  
E-mail: lynn@dot.state.al.us  
E-mail: pingnas@ica.net  
E-mail: Hanna@tir.com  
E-mail: buddunn@quantumworld.com  
E-mail: Rahmati@ibm.net  
E-mail: docnielsen@webtv.net  
E-mail: mjandcarlincc@juno.com  
E-mail: loking@wixmail.com  
E-mail: Jholt@Clemson.edu  
E-mail: jsmusa@mindspring.com  
E-mail: Mainland@ticnet.com  
E-mail: cce3@juno.com  
E-mail: mcnamer@bigsky.net  
E-mail: mwa@wnonline.net  
E-mail: lesterabs@mindspring.com  
E-mail: shanson@kearney.net  
E-mail: an667@hwcn.org  
E-mail: yu241703@yorku.ca  
E-mail: TJDeavers@aol.com  
E-mail: BrAnDin420@aol.com  
E-mail: hou@mail.med.upenn.edu  
E-mail: CTBallard@aol.com  
E-mail: beth_pattillo@shmm.org

E-mail: swede@dmea.net
E-mail: kmaxeyjr@bayou.com
E-mail: Wesglynn@aol.com
E-mail: jwarren@wyche.com
E-mail: dongming.zhao@jci.com
E-mail: pkloosterman@juno.com
E-mail: JEEPETTE99@aol.com
E-mail: pingnas@ica.net
E-mail: Karen0906@aol.com
E-mail: lonni@pb.quik.com
E-mail: Dana-Charles@Worldnet.Att.Net
E-mail: Averitas@aol.com
E-mail: kk_1200@kwikkopy.com
E-mail: hewlett@cablelan.net
E-mail: sonia_voldseth@burns.senate.gov
E-mail: dzeigler@jsucc.jsu.edu
E-mail: mchad@acnet.net
E-mail: albourassa@bigfoot.com
E-mail: albourassa@bigfoot.com
E-mail: Harden, Holmes
E-mail: Mgutierrez@pirnie.com
E-mail: mayfi23@marz.com
E-mail: shucko@prodigy.net
E-mail: zuzuy2k@yahoo.com
E-mail: Mgutierrez@pirnie.com
E-mail: Mgutierrez@pirnie.com
E-mail: RRALBRIGHT@AOL.COM
E-mail: bcslaw@prodigy.net
E-mail: rosieo@bigsky.net
E-mail: mooreem@harpo.tnstate.edu
E-mail: VANATTAL@VAX.CS.HSCSYR.EDU
E-mail: leadership.possibilities.mak@worldnet.att.net
E-mail: pingnas@ica.net
E-mail: cr8on@flash.net
E-mail: bsclaw@worldnet.att.net
E-mail: hewlettlj@shaw.ca
E-mail: ladevries@firstam.com
E-mail: ihatch@ala.net
Rmggood@Prodigy.Net

RAL/179511/1