```
                                                                    FILED
         UNITED STATES BANKRUPTCY COURT                          NOV 0 3 2004
         EASTERN DISTRICT OF NORTH CAROLINA
                  RALEIGH DIVISION                             PEGGY B. DEANS, CLERK
                                                              U.S. BANKRUPTCY COURT
                                                              EASTERN DISTRICT OF N.C.
```

| | | |
|---|---|---|
| IN RE: | ) | Case No. 98:02675-5-AVS |
| | ) | Chapter 7 |
| INTERNATIONAL HERITAGE, INC. | ) | |
| (TAX ID#: 56-1921093) | ) | Case No. 98:02674-5-AVS |
| | ) | Chapter 7 |
| INTERNATIONAL HERITAGE | ) | |
| INCORPORATED | ) | **NOTICE OF APPEAL** |
| (Tax ID#: 87-0421191) | ) | |
| | ) | |
| Address: 2626 Glenwood Avenue, Suite 200 | ) | |
| Raleigh, NC 27608 | ) | |

   Now comes Stanley H. Van Etten, Pro Se, in Appeal under 28 U.S.C. 158 from the Order Dismissing Motion to Show Cause entered in the above-captioned proceedings, entered on the 19th day of October 2004 with a BNC Certificate of Service entered on the 22nd day of October 2004.

   The names of all parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

| **Party** | **Attorney** |
|---|---|
| Stanley H. Van Etten | Pro Se<br>7949 Bridgestone Drive<br>Orlando, FL 32835 |
| Wood & Francis, PLLC | Brent E. Wood<br>P.O. Box 164<br>Raleigh, NC 27602 |
| Brent E. Wood | Attorney<br>1135 Kildaire Farm Road<br>Suite 311-8<br>Cary, NC 27511 |
| Scott Wilkinson | Attorney<br>617 Sarah Lawrence Court<br>Raleigh, NC 27609 |
| Office of the U.S. Attorney | AUSA Neal Fowler<br>310 New Bern Avenue |

1

|  |  |
|---|---|
|  | Suite 800 |
|  | Raleigh, NC 27601 |
| Marjorie K. Lynch | Bankruptcy Administrator |
|  | P.O. Box 3039 |
|  | Raleigh, NC 27602 |
| Terri Gardner | Debtors' Counsel |
|  | P.O. Drawer 10096 |
|  | Raleigh, NC 27605 |
| Holmes Harden | Debtors' Trustee |
|  | P.O. Drawer 19764 |
|  | Raleigh, NC 27619 |
| Stephani Humrickhouse | Trustee Counsel |
|  | P.O. Box 18237 |
|  | Raleigh, NC 27619 |

Respectfully submitted this 3rd day of November 2004.

*/s/ SVE*

Stanley H. Van Etten
7949 Bridgestone Drive
Orlando, Fl 32835
(407) 292-2161

## CERTIFICATE OF SERVICE

I, Stanley H. Van Etten, do hereby certify that all parties listed below are served a copy of the herein response, by mailing a complete copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office, to include those parties requesting electronic service via email.

Marjorie K. Lynch
Bankruptcy Administrator
P.O. Box 3039
Raleigh, NC 27602-3039

Terri L Gardner
Poyner & Spruill, LLP
PO DRAWER 10096
RALEIGH, NC 27605-0096

Holmes P Harden
Maupin, Taylor & Ellis, Pa
P. O. Drawer 19764
Raleigh, NC 27619

Stephani Wilson Humrickhouse
Nicholls & Crampton, P.A.
PO Box 18237 Raleigh, NC 27619

Wood & Francis, PLLC
P.O. Box 164
Raleigh, NC 27602

Scott Wilkinson
617 Sarah Lawrence Court
Raleigh, NC 27609

Office of the U.S. Attorney
AUSA Neal Fowler
310 New Bern Avenue
Suite 800
Raleigh, NC 27601

Brent Wood
1135 Kildaire Farm Road
Suite 311-8
Cary, NC 27511

Respectfully submitted,

_____
Stanley H. Van Etten, Pro Se
7949 Bridgestone Drive
Orlando, Fl 32835
(407) 292-2161

3