**FILED**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

NOV 0 3 2004

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

|  |  |  |
|---|---|---|
| IN RE: | ) | Case No. 98:02675-5-AVS |
|  | ) | Chapter 7 |
| INTERNATIONAL HERITAGE, INC. | ) |  |
| (TAX ID#: 56-1921093) | ) | Case No. 98:02674-5-AVS |
|  | ) | Chapter 7 |
| INTERNATIONAL HERITAGE | ) |  |
| INCORPORATED | ) | **DESIGNATION OF ITEMS** |
| (Tax ID#: 87-0421191) | ) | **TO BE INCLUDED IN RECORD** |
|  | ) | **ON APPEAL AND STATEMENT** |
| Address: 2626 Glenwood Avenue, Suite 200 | ) | **OF ISSUES** |
| Raleigh, NC  27608 | ) |  |

Now comes Stanley H. Van Etten, Pro Se, and pursuant to Rule 8006 of the Bankruptcy Rules, provide the following Designation of Items to be included in the Record on Appeal and Statement of Issues:

### Designation of Items to be Included in Record of Appeal

1. Van Etten's Motion to Show Cause, Request for Remedial Action and Notice to Parties in Interest, filed September 16, 2004, and within this Court's Record at docket entry #646.

2. Wood & Francis and Brent Wood Motions to Dismiss, filed September 27, 2004, and within this Court's Record at docket entry #650.

3. Van Etten's Objection and Response in Opposition to Wood & Francis and Brent Wood Motions to Dismiss, filed September 29, 2004, and within this Court's Record at docket entry #651.

4. Wilkinson Motion to Continue Hearing, filed October 8, 2004, and within this Court's Record at docket entry #655.

5. Wilkinson Objection, filed October 12, 2004, and within this Court's Record at docket entry #656.

6. Office of the U.S. Attorney Objection and Motion to Dismiss, filed October 13, 2004, and within this Court's Record at docket entry #657.

1

7. Van Etten Supplemental Response in Opposition to Wilkinson and the Office of the U.S. Attorney, filed October 14, 2004, and within this Court's Record at docket entry #659.

8. Transcript of Hearing of October 14, 2004, before the Honorable A. Thomas Small.

9. Order Dismissing Motion to Show Cause, filed October 19, 2004, BNC Certificate of Mailing filed October 22, 2004.

### Statement of Issues

1. Whether the Bankruptcy Court erred by entering the Order Dismissing Motion to Show Cause, thereby denying Van Etten's Request of Court to conduct a Judicial Inquiry of undisputed violations of Van Etten's Individual Rights and Privileges?

2. Whether the Bankruptcy Court erred by relying exclusively on the Bankruptcy Court Order dated June 7, 2000, thereby ignoring two additional court orders argued by Van Etten, Bankruptcy Court Order dated June 28, 2000 and the District Court Order dated July 14, 2000?

3. Whether the Bankruptcy Court violated Van Etten's Rights and Privileges protected within the Fifth and/or Sixth Amendments of the United States Constitution, in Dismissing Van Etten's Motion to Show Cause and Denying Request of Court to Conduct a Judicial Inquiry, inquiry of undisputed violations against Van Etten's Individual Rights and Privileges?

Respectfully submitted this 3rd day of November 2004.

Stanley H. Van Etten
7949 Bridgestone Drive
Orlando, Fl 32835
(407) 292-2161

2

## CERTIFICATE OF SERVICE

I, Stanley H. Van Etten, do hereby certify that all parties listed below are served a copy of the herein response, by mailing a complete copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office, to include those parties requesting electronic service via email.

Marjorie K. Lynch
Bankruptcy Administrator
P.O. Box 3039
Raleigh, NC 27602-3039

Terri L Gardner
Poyner & Spruill, LLP
PO DRAWER 10096
RALEIGH, NC 27605-0096

Holmes P Harden
Maupin, Taylor & Ellis, Pa
P. O. Drawer 19764
Raleigh, NC 27619

Stephani Wilson Humrickhouse
Nicholls & Crampton, P.A.
PO Box 18237 Raleigh, NC 27619

Wood & Francis, PLLC
P.O. Box 164
Raleigh, NC 27602

Scott Wilkinson
617 Sarah Lawrence Court
Raleigh, NC 27609

Office of the U.S. Attorney
AUSA Neal Fowler
310 New Bern Avenue
Suite 800
Raleigh, NC 27601

Brent Wood
1135 Kildaire Farm Road
Suite 311-8
Cary, NC 27511

Respectfully submitted,

Stanley H. Van Etten, Pro Se
7949 Bridgestone Drive
Orlando, Fl 32835
(407) 292-2161

3