**FILED**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

NOV 0 8 2004

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

### Order Allowing Sixth Interim Fees

This matter comes on for consideration upon the Attorney for Trustee's Fifth Application for Interim Compensation from September 30, 2003 through September 30, 2004 and Reimbursement of Expenses for the same period, and Notice mailed to creditors in this case and the court having considered the factors affecting the interim compensation requested, it is ordered that the following interim fees and expenses be, and they hereby are allowed:

_____, Trustee

| | |
|---|---|
| Attorney for Trustee interim fees | $26,076.00 |
| Attorney for Trustee interim expenses | $    110.10 |

SO ORDERED.

Dated: NOV 0 8 2004

_____
United States Bankruptcy Judge

RALEIGH\430689_1

cc: O, DA, T, BA
11-8-04 cB