**FILED**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

NOV 0 8 2004

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

### Order Allowing Sixth Interim Fees

This matter comes on for consideration upon the Attorney for Trustee's Fifth Application for Interim Compensation from September 30, 2003 through September 30, 2004 and Reimbursement of Expenses for the same period, and Notice mailed to creditors in this case and the court having considered the factors affecting the interim compensation requested, it is ordered that the following interim fees and expenses be, and they hereby are allowed:

_____, Trustee

Attorney for Trustee interim fees          $26,076.00
Attorney for Trustee interim expenses      $   110.10

SO ORDERED.

Dated:  NOV 0 8 2004

_____
United States Bankruptcy Judge

RALEIGH\430689_1

cc: O, DA, T, BA
11-8-04 cB

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0417-5           User: bipes_ch              Page 1 of 1              Date Rcvd: Nov 08, 2004
Case: 98-02675                 Form ID: pdf014             Total Served: 4

The following entities were served by first class mail on Nov 10, 2004.
db        +International Heritage, Inc.,   C/O TERRI L. GARDNER,   POST OFFICE DRAWER 1389,
             RALEIGH, NC 27602-1389
aty       +Terri L Gardner,   Poyner & Spruill, LLP,   PO DRAWER 10096,   3600 GLENWOOD AVENUE,
             RALEIGH, NC 27612-4945
tr        +Holmes P Harden,   Maupin Taylor, PA,   P. O. Drawer 19764,   Raleigh, NC 27619-9764
ba         Bankruptcy Administrator,   P. O. Box 3039,   Raleigh, NC  27602-3039

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 10, 2004**                    **Signature:**    *Joseph Speetjens*