**VAN–082** Memorandom – Rev. 01/09/2004

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street Mall
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

## MEMORANDUM

Pursuant to Rule 8006, Federal Rules of Bankruptcy Procedure, within ten (10) days of the date the appeal was filed, the appellant must file with the court, at the address shown above, a designation of the items to be included in the record on appeal and a statement of issues to be presented. A copy must be served on the appellee.

Within ten (10) days after service of the appellant's statement, the appellee may file a designation of additional items to be included in the record. A copy must be served on the appellant.

Any party filing a designation of the items to be included in the record must provide to the clerk a copy of the items designated. If the record designated by any party includes a transcript of any proceeding or a part thereof, the party must file with the clerk, a written request for the transcript. The cost of the transcript is the responsibility of the requesting party.

DATED: November 18, 2004

Peggy B. Deans
Clerk of Court