VAN–065 Certificate of Mailing – Rev. 09/29/2004

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street Mall
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

CERTIFICATE OF MAILING

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that a copy of the referenced document was mailed in a postage prepaid envelope addressed to the following at their respective addresses, by placing said envelope in the regular mail on this date.

☐ International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

☐

☑ Terri L Gardner
Poyner & Spruill, LLP
PO DRAWER 10096
3600 GLENWOOD AVENUE
RALEIGH, NC 27605–0096

☑ Holmes P Harden
Maupin Taylor, PA
P. O. Drawer 19764
Raleigh, NC 27619

Jeff Cook
Bankruptcy Administrator's Office
P. O. Box 3039
Raleigh, NC 27602–3039

Neal Fowler
U.S. Attorney's Office
310 New Bern Avenue, Ste. 800
Raleigh, NC 27601

Stephani Humrickhouse, Esq.
P. O. Box 18237
Raleigh, NC 27619–8237

Brent E. Wood, Esq.
1135 Kildaire Farm Road, Ste. 311
Cary, NC 27511–7608

Wood & Francis, PLLC
P. O. Box 164
Raleigh, NC 27602–0164

DATED: November 18, 2004

                                                  Cheryl Bipes
                                                  Deputy Clerk