FILED 11/23/2004 3:26:27 PM, USBC, Eastern District of North Carolina

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                                CASE NUMBER:

INTERNATIONAL HERITAGE, INC.                                          98-02675-5-ATS

INTERNATIONAL HERITAGE, INCORPORATED                                  98-02674-5-ATS

DEBTOR

ORDER ALLOWING MOTION
TO PROCEED WITH APPEAL IN FORMA PAUPERIS

The matter before the court is the motion filed by Stanley Van Etten to proceed in forma pauperis with respect to his appeal of this court's order dated October 19, 2004, dismissing his motion to show cause. He contends that the district court has found him to be indigent. The court finds cause to allow his request and he may proceed in forma pauperis with respect to the appeal.

SO ORDERED.

Dated:   November 23, 2004

                                               S/   A. Thomas Small
                                               United States Bankruptcy Judge