VAN–065 Certificate of Mailing – Rev. 09/29/2004

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street Mall
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093


## CERTIFICATE OF MAILING

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that a copy of the referenced document was mailed in a postage prepaid envelope addressed to the following at their respective addresses, by placing said envelope in the regular mail on this date.

- ☐ International Heritage, Inc.
  C/O TERRI L. GARDNER
  POST OFFICE DRAWER 1389
  RALEIGH, NC 27602

- ☐

- ☑ Terri L Gardner
  Poyner & Spruill, LLP
  PO DRAWER 10096
  3600 GLENWOOD AVENUE
  RALEIGH, NC 27605–0096

- ☑ Holmes P Harden
  Maupin Taylor, PA
  P. O. Drawer 19764
  Raleigh, NC 27619

BA

Stan Van Etten
7924 Lake Drive
Raleigh, NC 27613


DATED: November 23, 2004

Cheryl Bipes
Deputy Clerk