**VAN–065** Certificate of Mailing – Rev. 09/29/2004

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Room 209, 300 Fayetteville Street Mall
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

CERTIFICATE OF MAILING

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that a copy of the referenced document was mailed in a postage prepaid envelope addressed to the following at their respective addresses, by placing said envelope in the regular mail on this date.

☐
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

☐

☑
Terri L Gardner
Poyner & Spruill, LLP
PO DRAWER 10096
3600 GLENWOOD AVENUE
RALEIGH, NC 27605–0096

☑
Holmes P Harden
Maupin Taylor, PA
P. O. Drawer 19764
Raleigh, NC 27619

Jeff Cook, for BA

Stanley Van Etten
7949 Bridgestone Dr.
Orlando, FL 32835

DATED: December 2, 2004

Cheryl Bipes
Deputy Clerk