**FILED**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

DEC 0 7 2004

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| INTERNATIONAL HERITAGE, INCORPORATED, | ) | CHAPTER 7 |
| | ) | CASE NO. 98-02674-5-ATS |
| | ) | |
| Debtors. | ) | |

## ORDER ALLOWING INTERIM SPECIAL ATTORNEY FOR TRUSTEE FEES AND EXPENSES

This matter came on to be heard upon Application of Nicholls & Crampton, P.A. for allowance of interim Special Attorney for Trustee fees in the amount of $9,350.00 and reimbursement of expenses in the amount of $223.13 for the period January 1, 2004 to October 25, 2004 (the "Application"), and it appearing that no objections to the Application were filed, that the Application should be allowed as an Interim Application with fees and expenses allowed in full, that valuable services have been rendered to the Trustee, that the fees and expenses requested are reasonable, and for good cause shown, it is

ORDERED that the Application be allowed in full as an Interim Application, and that Nicholls & Crampton, P.A. be awarded interim fees in the amount of $9,350.00 and reimbursement of expenses in the amount of $223.13.

DATED: DEC 0 7 2004

_____
United States Bankruptcy Judge

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0417-5            User: bipes_ch            Page 1 of 1                Date Rcvd: Dec 07, 2004
Case: 98-02675                  Form ID: pdf014           Total Served: 5


The following entities were served by first class mail on Dec 09, 2004.
db       +International Heritage, Inc.,   C/O TERRI L. GARDNER,   POST OFFICE DRAWER 1389,
           RALEIGH, NC 27602-1389
aty      +Stephani Wilson Humrickhouse,   Nicholls & Crampton, P.A.,   PO Box 18237,   Raleigh, NC 27619-8237
aty      +Terri L Gardner,   Poyner & Spruill, LLP,   PO DRAWER 10096,   3600 GLENWOOD AVENUE,
           RALEIGH, NC 27612-4945
tr       +Holmes P Harden,   Maupin Taylor, PA,   P. O. Drawer 19764,   Raleigh, NC 27619-9764
ba       +Bankruptcy Administrator,   434 Fayetteville St. Mall, Ste. 620,   Raleigh, NC 27601-1888

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 09, 2004**                    Signature:   _Joseph Speetjens_