UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: )
)       5:05-CV-189-FL
INTERNATIONAL HERITAGE, INC. )       Case No. 98:02675-5-AVS
(TAX ID#: 56-1921093) )       CHAPTER 7
)
INTERNATIONAL HERITAGE )       Case No. 98:02674-5-AVS
INCORPORATED )       CHAPTER 7
(Tax ID#: 87-0421191) )
)       **NOTICE OF DISMISSAL OF APPEAL**
Address: 2626 Glenwood Avenue, Suite 200 )
Raleigh, NC  27608 )
)
Debtors. )

NOW COMES Stanley H. Van Etten, Pro Se, and respectfully provide Notice of the Dismissal of Appeal filed on March 15, 2005 in the above-captioned proceedings.

This the 1st day of June, 2005.

*[signature]*

Stanley H. Van Etten, Pro Se
7949 Bridgestone Drive
Orlando, FL 32835
(407) 292-2161

*[Certification stamp: I certify the foregoing to be a true and correct copy of the original. Fred L. Borch III, Clerk, United States District Court, Eastern District of North Carolina, By [signature], Deputy Clerk]*

1

## CERTIFICATE OF SERVICE

I, Stanley H. Van Etten, do hereby certify that the foregoing Notice of Dismissal of Appeal was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office, to include those parties requesting electronic service via email, after the close of postal hours on June 1, 2005.

Marjorie K. Lynch
Bankruptcy Administrator
P.O. Box 3039
Raleigh, NC 27602-3039

Terri L Gardner
Poyner & Spruill, LLP
PO DRAWER 10096
RALEIGH, NC 27605-0096

Holmes P Harden
Maupin, Taylor & Ellis, Pa
P. O. Drawer 19764
Raleigh, NC 27619

Stephani Wilson Humrickhouse
Nicholls & Crampton, P.A.
PO Box 18237 Raleigh, NC 27619

Wood & Francis, PLLC
P.O. Box 164
Raleigh, NC 27602

Honorable Fred L. Borch, II
Clerk, U.S. District Court
P.O. Box 25670
Raleigh, NC 27611

Scott Wilkinson
617 Sarah Lawrence Court
Raleigh, NC 27609

Office of the U.S. Attorney
AUSA Neal Fowler
310 New Bern Avenue
Suite 800
Raleigh, NC 27601

Brent Wood
1135 Kildaire Farm Road
Suite 311-8
Cary, NC 27511

Charles Francis
P.O. Box 164
Raleigh, NC 27602

Anthony Flanagan
7200 Stonehenge Drive
Suite 311
Raleigh, NC 27613

2