IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                        )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                 )
                                              )        CHAPTER 7
         Debtor.                              )

## OBJECTION TO CLAIM (VERIFIED), NOTICE THEREOF AND CERTIFICATE OF SERVICE

The undersigned Trustee objects to the following claim on the basis set forth and hereby gives notice to claimant of such objection:

| CLAIM NO. | NAME AND ADDRESS OF CREDITOR(CLAIMANT) | AMOUNT OF CLAIM | BASIS OF OBJECTION AND RELIEF REQUESTED |
|---|---|---|---|
| 15654 | Internal Revenue Service Insolvency Unit Attn: Managing Agent 320 Federal Place, Room 335 Greensboro, NC 27401 | $329,913.58 | Claim has been paid in the amount of $197,964.79. Allow in the amount of $131,948.89 as unsecured priority claim pursuant to §507(a)(8). Deny balance of claim as to IRS. |

NOTICE IS HEREBY GIVEN to the creditor/claimant named above that if no response to the above objection is filed in writing with the CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441, within THIRTY (30) DAYS of the date of this objection and notice, the relief requested by the Trustee herein may be granted without hearing or further notice. Any party desiring a hearing must request a hearing in writing with the above Clerk within the time herein set forth, otherwise, no hearing will be conducted unless the Court, in its discretion, directs that a hearing be set. If a hearing is requested, such hearing will be conducted at a date, time and place to be later affixed by the

Court and the parties requesting such hearing will be notified accordingly.  Any party filing a response and requesting a hearing shall attend the hearing or costs may be assessed against him.

DATE OF OBJECTION AND NOTICE: _*August 30, 2005*_

_Stephani S. Humrickhouse_
STEPHANI W. HUMRICKHOUSE
Attorney for Trustee

STATE OF NORTH CAROLINA
COUNTY OF WAKE

HOLMES P. HARDEN, being duly sworn, deposes and says:  That he is the duly appointed and acting trustee in bankruptcy for the above-captioned debtors' estate; that he has read the foregoing and knows the contents thereof, and that the same is true of his own knowledge, except as to the matters therein stated upon information and belief, and as to those matters he believes them to be true.

Holmes P. Harden, Trustee

Sworn to and subscribed before me this the 30th day of August, 2005.

Notary Public

My Commission Expires: _10/31/08_

RALEIGH\462298_ 1

<u>CERTIFICATE OF SERVICE</u>

I, Holmes P. Harden, of Post Office Drawer 19764, Raleigh, North Carolina

27619, certify:

That I am, and all times hereinafter mentioned was, more than eighteen (18) years

of age;

That on the 30 day of August, 2005, I served copies of the foregoing objection

to claims and notice of objection on creditors named therein and, if known, their counsel of

record, at the following addresses:


SERVED:
Marjorie K. Lynch
Bankruptcy Administrator
(electronically served)

Internal Revenue Service
Insolvency Unit
Attn:  Managing Agent
320 Federal Place, Room 335
Greensboro, NC 27401

Terri L. Gardner, Esq.
Poyner & Spruill, L.L.P.
3600 Glenwood Avenue
P.O. Box 10096
Raleigh, NC 27605

Stephani W. Humrickhouse
Attorney for Trustee


RALEIGH\462298_ 1