Leonard and Pamela Broiles  
7 Irving Street  
Johnstown, NY 12095

**FILED**

U.S. Bankruptcy Court  
Eastern District of NC  
P.O. Drawer 1441  
Raleigh, N.C. 27602

SEP 1 6 2005

PEGGY B. DEANS, CLERK  
U.S. BANKRUPTCY COURT  
EASTERN DISTRICT OF N.C.

Dear Sir or Ms:

I have filed a single claim #5518 for International Heritage Inc and been in contact with Ms. Jenny D. Johnson, Paralegal to Holmes P. Harden who is handling this claim.

We have moved since our original correspondence and I advised her of the fact at which time she said I should send a letter to you also so you may change your records.

Our new address is: Pamela and Len Broiles  
7 Irving St.  
Johnstown, NY 12095  
(518) 736-1007

*old address:*  
*PO Box 38*  
*Wells, NY 12190*

Thank you for attention to this change of records.

Best regards,

Pam Broiles