UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Jennifer H. Davison of Nicholls & Crampton, P.A., Post Office Box 18237, Raleigh, North Carolina certify that on October 5, 2005, I mailed a copy of the attached **Objection to Claim (verified) and Notice Thereof** regarding Claim No. 15654 filed August 30, 2005 to each party appearing below, by placing said copy in the United States Mail, postage prepaid.

| | |
|---|---|
| Civil Process Clerk of the United States Attorney 310 New Bern Avenue, Suite 800 Federal Building Raleigh, NC 27601-1461 | Attorney General 5137 Robert F. Kennedy Bldg. 10th Street & Constitution Avenue, NW Washington, DC 20530 |

I certify under penalty of perjury that the foregoing is true and correct.

Dated:     October 5, 2005

*s/Jennifer H. Davison*
Jennifer H. Davison
Legal Assistant
NICHOLLS & CRAMPTON, P.A.
Post Office Box 18237
Raleigh, North Carolina  27619
Telephone: 919-781-1311

*O:\CH7ATTYTR-SWH\InternationalHeritage(SWH)\objection.com.002.wpd*