FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Case No: 98-02675-5-ATS   Judge: ATS
Case Name: INTERNATIONAL HERITAGE INC.
For Period Ending: 09/30/05

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Date Filed (f) or Converted (c): 11/25/98 (f)
341(a) Meeting Date: 12/30/98
Claims Bar Date: 03/30/99

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Accounts Receivable | Unknown | 0.00 | | 12,019.61 | | 0.00 | 0.00 |
| 2. Funds in Bank Account Funds from Brent Wood's special account. Mr. Wood said funds were from credit card processes and a small liquidation of assets on Wicker Drive. | Unknown | 0.00 | | 26,559.96 | FA | 0.00 | 0.00 |
| Centura Bank CD Acct. #0219785949 to close | | | | | | | |
| 3. Refunds-Income Tax | Unknown | 737.49 | | 737.49 | FA | 0.00 | 0.00 |
| 4. Payment on Judgment for Embezzlement | Unknown | 6,386.68 | | 6,386.68 | FA | 0.00 | 0.00 |
| 5. Refunds-Other | Unknown | 7,563.74 | | 7,563.74 | FA | 0.00 | 0.00 |
| 6. Golf logo | Unknown | 0.00 | | 500.00 | FA | 0.00 | 0.00 |
| 7. Merchant Bankcard refunds | Unknown | 0.00 | | 955.93 | FA | 0.00 | 0.00 |
| 8. Auction Proceeds | Unknown | 22,635.00 | | 22,635.00 | FA | 0.00 | 0.00 |
| 9. Sale of database list | Unknown | 15,000.00 | | 15,000.00 | FA | 0.00 | 0.00 |
| 10. Cash Bonds 98CV011169 | Unknown | 2,500.00 | | 10,000.00 | FA | 0.00 | 0.00 |
| 11. Post-Petition Interest Deposits (u) | 0.00 | 280,632.39 | | 339,446.56 | FA | 0.00 | 0.00 |
| 12. Postage Refund | Unknown | 0.00 | | 7,292.15 | | 0.00 | 0.00 |
| Postage Meter refund | | | | | | | |
| 13. Executive Risk Settlement | Unknown | 1,787,500.00 | | 1,787,500.00 | FA | 0.00 | 0.00 |
| 14. SEC Settlement | Unknown | 0.00 | | 4,250,000.00 | FA | 0.00 | 0.00 |
| First scheduled payment on settlement | | | | | | | |
| 15. Preference Payments (u) | Unknown | 0.00 | | 485,684.27 | | 0.00 | 0.00 |
| 16. Collection (u) | Unknown | 0.00 | | 6,000.00 | FA | 0.00 | 0.00 |
| Collection of Duke Realty Rent | | | | | | | |
| 17. Erie Insurance Settlement | Unknown | 0.00 | | 60,000.00 | FA | 0.00 | 0.00 |
| 18. Kecia Peterson Judgment (u) | 0.00 | 17,332.99 | | 17,332.99 | FA | 0.00 | 0.00 |
| Paid off in full on 11/1/04 | | | | | | | |
| TOTALS (Excluding Unknown Values) | $ 0.00 | $ 2,140,288.29 | | $ 7,055,614.38 | Gross Value of Remaining Assets $0.00 | 0.00 | 0.00 |

LFORM1EX    Ver: 10.52a

Page: 2

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No:    98-02675-5-ATS    Judge: ATS
Case Name:  INTERNATIONAL HERITAGE INC.

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Date Filed (f) or Converted (c): 11/25/98 (f)
341(a) Meeting Date: 12/30/98
Claims Bar Date: 03/30/99

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| | | | | | (Total Dollar Amount in Column 6) | 0.00 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1/8/99 - Order Authorizing Employment of Accountant, Craig Adams
1/15/99 - Notice of Proposed Sale and Notice of Compensation of Auctioneer
1/22/99 - Order Authorizing Employment of Holmes P. Harden as Attorney
1/28/99 - Order Authorizing Appointment of Attorney Stephani Humrickhouse of Nicholls and Crampton
2/9/99 - Order Authorizing Appointment of Attorney James Roberts of Lewis & Roberts
2/9/99 - Order Authorizing Appointment of Attorney Janvier
2/18/99 - Order Authorizing Appointment of Attorney Jean Boyles
2/17/99 - Notice of Proposed Private Sale
3/17/99 - Report of Sale
3/18/99 - Harden v. Executive Risk Insurance
3/30/99 Order Approving Private Sale to Symmetry Group of database for $9,000.
4/6/99- Order Allowing 2004 Exam of Stanley Van Etten on 4/19/99 at 10:00 am.
4/29/99 Notice of Proposed Public Sale and Compensation of Auctioneer for remaining assets not sold at 1st public auction.
6/11/99 Report of Sale
6/22/99 Application of Trustee for Authority to Enter into Settlement Agreement with SEC. (approved)
6/23/99 Application of Trustee for Authority to Enter into Settlement Agreement with Van Etten (approved)
7/1/99 Harden v. Gilbert - Motion for 11 USC§105 Injunction

10/27/99 New Trustee Bond amount $2,000,000.00 premium $2,475.00 paid 10/27/99
9/27/99 Applications for Attorney's first interim fee application. Notice of Application for all attorney's fees filed 9/27/99
10/25/99 Orders entered allowing attorneys 1 interim fees.  10/28/99 Order allowing attorney's first interim fees and 11/1/99 Order entered allowing attorney's first interim fees and expenses.
Jean Boyles collecting receivables.
Order authorizing settlement of claims against Executive Risk.

LFORM1EX                                                                                                                            Ver: 10.52a

Page: 3

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| | | | |
|---|---|---|---|
| Case No: | 98-02675-5-ATS    Judge: ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | Date Filed (f) or Converted (c): | 11/25/98 (f) |
| | | 341(a) Meeting Date: | 12/30/98 |
| | | Claims Bar Date: | 03/30/99 |

Order allowing settlement of Montana Securities Commission litigation 6/14/00.

Acstar has paid in full on settlement amount of $4.1 million. Stanley VanEtten has paid $125,000 of the $150,000 settlement into the bankruptcy estate. Trustee employed Poorman Douglas Corporation to review claims and claims review is underway.

Order authorizing waiver of attorney client priviledge 6/7/00.

Humrickhouse will bring 547 and 548 claims before November 25, 2000. Humrickhouse filed 90+ complaints.

Janvier is examining potential actions listed on Schedule B, question 20.

Harden vs. TIG Insurance filed 11/9/99 being handled by Lewis & Roberts. Motion to dismiss denied 4/24/00.

Order denying claim of Acstar on appeal to Fourth Circuit.

Motion for approval of compromise and settlement (COECO) filed 2/15/01. Motions to approve compromise and settle adversary proceedings filed 2/15/01. Interim application for Stephani Humrickhouse, Attorney for Trustee fees and expenses. Order allowing fees and expenses entered March 31, 2001.

Filed several motions to approve compromise and settlements by Nicholls & Crampton.

Acstar order affirmed by the 4th Circuit
Summary Judgment granted in favor of TIG Insurance Company and against Trustee
Seven preference actions unresolved

All but three preference actions have been settled and motions to approve settlements have been filed. Collection against BTI, John Brothers and Brent Wood pending.
10/8/02 Fourth application for interim compensation for services rendered by attorney for trustee sent for filing.
Trustee is almost finished working on objections to claims and will be meeting with computer staff at court for help with the filing of the objections.
2/26/03 Motion for approval of compromise and settlement of Printing Plus, Inc. AP.
The last pending AP is against Brent Wood and Ms. Humrickhouse and working on a proposal for settlement.
Lewis & Roberts firm is handling the settlement of the claim against Erie Insurance. Order entered allowing Erie Insurance settlement on 3/12/03.
4/15/03 Letter to BTI from Humrickhouse advising of Trustee's decision not to pursue AP. 4/28/03 letter to John Brothers re settlement proposal sent by Humrickhouse.

Preference claim against Brent Wood still unresolved.

Trustee is still reviewing claims and working on objections.

Trustee is working on objections to claims and will be filed by early 2004. Upon resolution of the claims trustee will make a distribution of the SEC

LFORM4EX

Ver: 10.52a

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | |
|---|---|
| Case No: | 98-02675-5-ATS    Judge: ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Date Filed (f) or Converted (c): | 11/25/98 (f) |
| 341(a) Meeting Date: | 12/30/98 |
| Claims Bar Date: | 03/30/99 |

bond funds.

Brent Wood preference claim is settled.

Trustee is reviewing the prospects of collection on unpaid preference judgments.

7/3/03 - Application for compensation for services rendered by attorney specially (Lewis & Roberts) filed

8/15/03 - Order allowing fees to Lewis & Roberts entered

10/2/03 - Fifth application for interim compensation for services rendered by attorney for trustee and fifth application by Chapter 7 trustee for interim allowance of commission and reimbursement of expenses filed

10/30/03 - Order allowing fifth interim fees entered

1/12/04 - Notice of application of special attorney for trustee fees and expenses (Nicholls & Crampton) and Notice of Motion to compromise and settle adversary proceeding #S-00-00245-5-AP (John Brothers) filed

1/12/04 - Notice of Prosecutorial Abuse & Violation of the Sixth Amendment to the United States Constitution filed by Stanley Van Etten

1/13/04 - Van Etten's Response to United States' Request for the Appointment of a Special Master

1/14/04 - Notice of Motion to Compromise and Settle Adversary Proceeding (John Brothers)

1/14/04 - Notice of application for special attorneys fees (Nicholls & Crampton) filed

1/20/04 - Motion to Quash filed

1/20/04 - Order Quashing Subpoena and Setting hearing

1/21/04 - Objection to Subpoena for Production of Documents and Motion to Quash Non-Party Deposition Subpoena Purportedly served on Kristine L. Lanning, Assistant Attorney General, State of North Carolina

2/2/04 - Order entered determining that motions shall proceed as an adversary proceeding and order regardign motions to quash

Page: 5

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No:      98-02675-5-ATS    Judge: ATS                       Trustee Name:                        HOLMES P. HARDEN, TRUSTEE
Case Name:    INTERNATIONAL HERITAGE INC.                        Date Filed (f) or Converted (c):     11/25/98 (f)
                                                                 341(a) Meeting Date:                 12/30/98
                                                                 Claims Bar Date:                     03/30/99

2/9/04 - Order entered approving compromise and settlement in adversary proceeding (John Brothers)

2/13/04 - Motion to Compromise and Settle Controversy (Wood & Francis and Brent Wood)

2/23/04 - Motion to dismiss, or in the alternative, for summary judgment sent for filing by Stephani Humrickhouse on behalf of Trustee

2/24/04 - Motion requesting court to proceed and rule filed by Van Etten

3/9/04 - Notice of Motion to Compromise and Settle Controversy filed (Wood & Francis and Brent Wood)

3/18/04 - Order entered regarding defendant's motion to dismiss

Trustee is finishing reviewing the claims.

09/30/04 - Trustee reviewing spreadsheet re objections to claims before filing objections.

1/05 - JDJ making final review of spreadsheet of objections before filing -- hope to have objections filed in 2nd quarter of 2005

6/30/05 - JDJ making final review of spreadsheet of objections before filing - hope to have objections filed in 3rd quarter of 2005; JDJ will be meeting with court and EPI re assistance

9/05 - Hope to have objections filed in 4th quarter of 2005. Process is taking longer than expected; Amended claims will have to be reviewed before interim distribution is made; JDJ hopes to get assistance from court and EPI for filing objections; September - JDJ met with Mona Ellis and telephone conference with clerk's office in Wilson re entering claims that had been excluded on claims register; Stephani Humrickhouse filed objection to IRS claims

Initial Projected Date of Final Report (TFR): 12/30/01          Current Projected Date of Final Report (TFR): 12/31/06

/s/ HOLMES P. HARDEN, TRUSTEE    Date: 10/5/05

HOLMES P. HARDEN, TRUSTEE

LFORM1EX                                                                                                                Ver: 10.52a

Page: 1

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: *******1191
For Period Ending: 09/30/05

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6518 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  | 60,967.26 |
| 07/29/05 | 11 | BANK OF AMERICA | Interest Rate 0.250 | 12.94 |  | 60,980.20 |
| 08/31/05 | 11 | BANK OF AMERICA | Interest Rate 0.600 | 31.08 |  | 61,011.28 |
| 09/30/05 | 11 | BANK OF AMERICA | Interest Rate 0.600 | 30.09 |  | 61,041.37 |
|  |  |  | COLUMN TOTALS | 74.11 | 0.00 | 61,041.37 |
|  |  |  | Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
|  |  |  | Subtotal | 74.11 | 0.00 |  |
|  |  |  | Less: Payments to Debtors |  | 0.00 |  |
|  |  |  | Net | 74.11 | 0.00 |  |

Page Subtotals   74.11   0.00

LFORM2   Ver: 10.52a

Page: 2

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 98-02675-5-ATS | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6521 Checking - Non Interest |
| Taxpayer ID No: | *******1191 | | Blanket Bond (per case limit): | |
| For Period Ending: | 09/30/05 | | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| | | | | | | |
| | | | COLUMN TOTALS | 0.00 | 0.00 | |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 0.00 | |

Page Subtotals   0.00   0.00

Ver: 10.52a

LFORM2

Page: 3

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6534 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 09/30/05 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 20,908.40 |
| 07/29/05 | 11 | BANK OF AMERICA | Interest Rate 0.250 | 4.43 | | 20,912.83 |
| 08/31/05 | 11 | BANK OF AMERICA | Interest Rate 0.600 | 10.66 | | 20,923.49 |
| 09/30/05 | 11 | BANK OF AMERICA | Interest Rate 0.600 | 10.32 | | 20,933.81 |
| | | | COLUMN TOTALS | 25.41 | 0.00 | 20,933.81 |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 25.41 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 25.41 | 0.00 | |

Page Subtotals    25.41    0.00

LFORM2                                                                                                                    Ver: 10.52a

Page: 4

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: *******1191
For Period Ending: 09/30/05

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6819 Money Market - Interest Bearing
Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 1,028,127.37 |
| 07/07/05 | 001065 | BellSouth | Telephone Service 919 790-0128 010 0363 - $51.08 919 876-2161 450 0364 - $34.72 | | 85.80 | 1,028,041.57 |
| 07/25/05 | 001066 | AT&T | Telephone Service Acct. #056 390 8195 001 - $25.98 Acct. # 020 713 6257 001 - $16.23 | | 42.21 | 1,027,999.36 |
| 07/29/05 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 218.29 | | 1,028,217.65 |
| 08/09/05 | 001067 | International Sureties, Ltd. | Bond #016028231 | | 6,475.00 | 1,021,742.65 |
| 08/10/05 | 001068 | BellSouth | Telephone Service 919 790-0128 010 0363 - $50.99 919 876-2161 450 0364 - $34.63 | | 85.62 | 1,021,657.03 |
| 08/31/05 | 11 | BANK OF AMERICA | Interest Rate  0.600 | 522.35 | | 1,022,179.38 |
| 09/01/05 | 001069 | AT&T | Telephone Service 056 390 8195 001 - $25.98 020 713 6257 001 - $27.60 | | 53.58 | 1,022,125.80 |
| 09/08/05 | 001070 | BellSouth | Telephone Service 919 790-0128 010 0363 - $51.01 919 876-2161 450 0364 - $34.66 | | 85.67 | 1,022,040.13 |
| 09/30/05 | 11 | BANK OF AMERICA | Interest Rate  0.600 | 504.04 | | 1,022,544.17 |

Page Subtotals   1,244.68   6,827.88

Ver: 10.52a
LFORM2

Page: 5

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6819 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | Blanket Bond (per case limit): | |
| For Period Ending: | 09/30/05 | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | 1,022,544.17 |
| | | | COLUMN TOTALS | 1,244.68 | 6,827.88 | |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 1,244.68 | 6,827.88 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 1,244.68 | 6,827.88 | |

Page Subtotals    0.00    0.00

Ver: 10.52a

LFORM2

Page: 6

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6835  Checking - Non Interest

Taxpayer ID No: *******1191
For Period Ending: 09/30/05

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 259.60 |
| 07/29/05 | 11 | BANK OF AMERICA | Interest Rate 0.250 | 0.05 | | 259.65 |
| 08/31/05 | 11 | BANK OF AMERICA | Interest Rate 0.600 | 0.14 | | 259.79 |
| 09/30/05 | 11 | BANK OF AMERICA | Interest Rate 0.600 | 0.13 | | 259.92 |
| | | | COLUMN TOTALS | 0.32 | 0.00 | 259.92 |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 0.32 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 0.32 | 0.00 | |

Page Subtotals         0.32        0.00

LFORM2                                                                                          Ver: 10.52a

Page: 7

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6848 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | Blanket Bond (per case limit): | |
| For Period Ending: | 09/30/05 | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 4,268,153.34 |
| 07/29/05 | 11 | BANK OF AMERICA | Interest Rate 0.250 | 906.24 | | 4,269,059.58 |
| 08/31/05 | 11 | BANK OF AMERICA | Interest Rate 0.600 | 2,175.47 | | 4,271,235.05 |
| 09/30/05 | 11 | BANK OF AMERICA | Interest Rate 0.600 | 2,106.36 | | 4,273,341.41 |
| | | | COLUMN TOTALS | 5,188.07 | 0.00 | 4,273,341.41 |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 5,188.07 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 5,188.07 | 0.00 | |

Page Subtotals    5,188.07    0.00

Ver: 10.52a
LFORM2

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******7313 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | Blanket Bond (per case limit): | |
| For Period Ending: | 09/30/05 | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 505,967.44 |
| 07/29/05 | 11 | BANK OF AMERICA | Interest Rate 0.250 | 107.43 | | 506,074.87 |
| 08/31/05 | 11 | BANK OF AMERICA | Interest Rate 0.600 | 257.89 | | 506,332.76 |
| 09/30/05 | 11 | BANK OF AMERICA | Interest Rate 0.600 | 249.70 | | 506,582.46 |
| | | | COLUMN TOTALS | 615.02 | 0.00 | 506,582.46 |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 615.02 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 615.02 | 0.00 | |

Page Subtotals    615.02    0.00

LFORM2                                                                                                                      Ver: 10.52a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 9

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******7410  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | Blanket Bond (per case limit): | |
| For Period Ending: | 09/30/05 | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 5,447.45 |
| 07/29/05 | 11 | BANK OF AMERICA | Interest Rate 0.250 | 1.15 | | 5,448.60 |
| 08/31/05 | 11 | BANK OF AMERICA | Interest Rate 0.600 | 2.78 | | 5,451.38 |
| 09/30/05 | 11 | BANK OF AMERICA | Interest Rate 0.600 | 2.69 | | 5,454.07 |
| | | | COLUMN TOTALS | 6.62 | 0.00 | 5,454.07 |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 6.62 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 6.62 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - ********6518 | 74.11 | 0.00 | 61,041.37 |
| Checking - Non Interest - ********6521 | 0.00 | 0.00 | 0.00 |
| Money Market - Interest Bearing - ********6534 | 25.41 | 0.00 | 20,933.81 |
| Money Market - Interest Bearing - ********6819 | 1,244.68 | 6,827.88 | 1,022,544.17 |
| Checking - Non Interest - ********6835 | 0.32 | 0.00 | 259.92 |
| Money Market - Interest Bearing - ********6848 | 5,188.07 | 0.00 | 4,273,341.41 |
| Money Market - Interest Bearing - ********7313 | 615.02 | 0.00 | 506,582.46 |
| Money Market - Interest Bearing - ********7410 | 6.62 | 0.00 | 5,454.07 |
| | 7,154.23 | 6,827.88 | 5,890,157.21 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| Page Subtotals | 6.62 | 0.00 | |
| --- | --- | --- | --- |

LFORM2                                                                                                                                                     Ver: 10.52a