IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                    )
                                          )
INTERNATIONAL HERITAGE, INC.              )        CASE NO. 98-02675-5-ATS
                                          )               CHAPTER 7
                                          )
                                          )
        Debtor.                           )

SEVENTH APPLICATION FOR INTERIM COMPENSATION FOR
SERVICES RENDERED BY ATTORNEY FOR TRUSTEE

The application of Holmes P. Harden, attorney for Trustee in the above-captioned case,

respectfully represents:

1.      That on the 22nd day of January, 1999 your applicant was approved as attorney

for Trustee in the above-referenced case, #98-02675-5-ATS, and has since performed certain

services on behalf of the Trustee. The Court entered an Order Allowing Attorney for Trustee's

First Interim Fees on November 1, 1999 for services rendered and time expended incurred for the

period November 30, 1998 through September 22, 1999 and expenses incurred for the period

January 27, 1999 through August 31, 1999. The Court entered a consent order on October 26,

2000 allowing applicant's Second interim compensation for services rendered from September

23, 1999 through September 12, 2000 in the amount of $20,674.75 and reimbursement of

expenses in the amount of $24.50. The court also entered a consent order on October 25, 2001

allowing compensation in the amount of $6,089.50 for services rendered from September 18,

2000 through August 21, 2001. The court entered an order allowing compensation in the amount

of $22,920.00 and reimbursement of expenses in the amount of $3.25 for services rendered from

September 11,2001 through September 17, 2002. The court entered an order on October 30, 2003

471618

1

allowing compensation in the amount of $47,693.00 and reimbursement of expenses in the amount of $92.72 for services rendered from September 18, 2002 through September 29, 2003. The court entered an order on November 8, 2004 allowing compensation in the amount of $26,076.00 for services rendered from October 1, 2003 through September 30, 2004 and reimbursement of expenses in the amount of $110.10 for the same time period. Applicant's Seventh Interim Application for compensation are for services rendered from October 1, 2004 through September 30, 2005 and are itemized on Exhibit A attached hereto and incorporated herein by reference.

2.     Attorney time is billed at a rate of $175.00 to $200.00 per hour. Paralegal time is billed at $85.00 to $90.00 per hour. The total amount of interim compensation being sought is $49,282.50.

| Attorney | Rate | Hours | Amount |
| --- | ---: | ---: | ---: |
| H. P. Harden | $175.00 | 3.40 | $595.00 |
| | $200.00 | 21.10 | 4,220.00 |
| Paralegal | | | |
| Jenny D. Johnson | $85.00 | 7.50 | 637.50 |
| | $90.00 | 487.00 | 43,830.00 |
| Totals | | 519.00 | $49,282.50 |

Applicant believes that the compensation requested is fair and reasonable. In addition to interim compensation, the applicant also requests reimbursement for reasonable and necessary expenses incurred in the amount of $34.75.

3.     Reimbursement for travel expenses is requested at the rate of .375 per mile. Reimbursement for photocopy expenses is requested only for photocopies disseminated at the direction of the Court or Clerk of Court or pursuant to Local Rules, at .20 per page. Reimbursement for postal expenses is requested only for the costs of mailings directed by the Court, the Clerk, or pursuant to Local Rules.

471618

2

4.     No agreement or understanding exists between the applicant and any other person for the sharing of compensation to be received for services rendered in or in connection with this case, other than with the professional association by which the undersigned is employed.

Holmes P. Harden is the firm's senior creditor's rights and bankruptcy attorney and coordinator of its creditors' rights and bankruptcy practice group. He is certified in bankruptcy law by the North Carolina State Bar Board of Legal Specialization and in business bankruptcy law by the American Bankruptcy Board of Certification. He has over 17 years of business law experience. He is a Chapter 7 Bankruptcy Trustee for the Eastern District of North Carolina. His normal hourly billing rate is $290.00.

Mr. Harden received his undergraduate degree at Davidson College and his law degree at the University of North Carolina. He served as law clerk to the Honorable Naomi Morris, Chief Judge of the North Carolina Court of Appeals, from 1981 to 1982. He is a member of several professional organizations, including the North Carolina Bar Association, National Association of Bankruptcy Trustees, Council of Certified Bankruptcy Specialists, and the American Bankruptcy Institute. He is AV rated by the *Martindale Hubble Law Directory*.

Jenny D. Johnson, Bankruptcy Paralegal, Johnston Community College, 1977, Associate Accounting; Atlantic Christian College, 1980, B.S.B.A.; Meredith College, (bankruptcy law course under legal assistant program); 8 years banking experience; 16 years experience in bankruptcy; 1 year probate experience; 99% of billable time is devoted to bankruptcy; Normal hourly billing rate is $95.00 per hour.

WHEREFORE, your applicant prays that he be allowed and paid from the estate the above requested fifth interim compensation of $49,282.50 and reimbursement of expenses in the amount of $34.75.

471618

Attorney for Trustee

Sworn to and subscribed before me this the 18th day of Oct, 2005.

Notary Public

My Commission Expires:

10/31/08

471618

4

DATE: 10/18/05 10:48:38 PRO FORMA STATEMENT AS OF 101605 FOR FILE (BANK7A-HFN) BANK7A-HFN                 #167414(145719)   Page 1 (1)

```
*-----MATTER DESCRIPTION-----*                          *-----BILLING INSTRUCTIONS-----*
INTERNATIONAL HERITAGE, INC.
ATTORNEY FOR TRUSTEE

*-----CLIENT INFORMATION-----*        --CLIENT NUMBER--      --ORIGINATING--      --BILLING--        --SUPERVISING--
U.S. BANKRUPTCY COURT - EDNC          BANK7A                 0117 HPH             0117 HPH           0117 HPH
                                                             H HARDEN             H HARDEN           H HARDEN

*-----CLIENT ADDRESS-----*                              *-----MATTER ADDRESS-----*
U.S. BANKRUPTCY COURT - EDNC                            UNITED STATES BANKRUPTCY COURT
CENTURY STATION POST OFFICE BUILDING                    EASTERN DISTRICT OF NORTH CAROLINA
300 FAYETTEVILLE STREET MALL, ROOM 209                  CENTURY STATION P.O. BLDG.
P.O. BOX 1441                                           300 FAYETTEVILLE STREET MALL, ROOM 209
RALEIGH, NC 27602                                       P.O. BOX 1441
                                                        RALEIGH, NC 27602
*-----MATTER INFORMATION-----*                          PHONE:
PHONE:                                                  CONTACT:
REFERRED BY:

STATUS:        OP                   RATE:          1            TEMPLATE:      M1          MIN FEE:
DATE OPENED:   01/25/1999           DEPT:          100          TIME FORMAT:   34          MIN COST:
DATE CLOSED:                        LOCATION:      100          COST FORMAT:   1           MIN TOTAL:
LAST RATE:     02/01/1999           PRACTICE:      120          INTRST CODE:   0           FEE MARKUP:      $
HOLD FEES:                          FEE FREQ:      R            INT FREE DAY:              COST MARKUP:     $
HOLD COSTS:                         COST FREQ:     R            FIXED COSTS:   N           FIXED FEES:
TRUST RET ACCT:                     TRUST RETAIN:                ARRANGEMENT:   HR          CURRENCY:       USD
                                                                                           MAXIMUM BILLINGS:

Business


Last Bill Date: 10/31/2004

*-----TIME ENTRIES-----*
```

|  |  |  |  | WORKED | | BILLED | |  |  |
|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HOURS | AMOUNT | HOURS | AMOUNT | CUMULATIVE | DESCRIPTION |
| 1486074 | 0117 (HPH) | 100604 | B | .60 | 105.00 | .60 | 105.00 | 105.00 | WORKED ON FEE APPLICATION. |
| 1486148 | 0117 (HPH) | 100704 | B | .30 | 52.50 | .20 | 35.00 | 140.00 | FINALIZE SIXTH FEE APPLICATION. |
| 1486538 | 0117 (HPH) | 101104 | B | .30 | 52.50 | .30 | 52.50 | 192.50 | ATTENTION TO AUSA'S ANNOUNCEMENT OF FURTHER INDICTMENTS OF VAN ETTEN AND TO MOTION TO CONTINUE. REVIEWED VAN ETTEN RESPONSE. |
| 1487108 | 0117 (HPH) | 101204 | B | .30 | 52.50 | .20 | 35.00 | 227.50 | TELEPHONE CALL FROM MR. NEAL FOWLER. TELEPHONE CALL TO MR. FOWLER, ALL RE 10/14 HEARING. |
| 1489033 | 0117 (HPH) | 101304 | B | .30 | 52.50 | .30 | 52.50 | 280.00 | READ US ATTORNEY'S MOTION TO DISMISS AND MEMO RE VAN ETTEN SHOW CAUSE MOTION. |
| 1489712 | 0117 (HPH) | 101904 | B | .30 | 52.50 | .30 | 52.50 | 332.50 | REVIEWED VAN ETTEN'S RESPONSE TO US ATTORNEY MOTION TO DISMISS. |
| 1489715 | 0117 (HPH) | 101904 | B | .30 | 52.50 | .20 | 35.00 | 367.50 | REVIEWED ORDER DISMISSING SHOW CAUSE. |

DATE: 10/18/05 10:48:38   PRO FORMA STATEMENT AS OF 101605 FOR FILE (BANK7A-HFN) BANK7A-HFN   #167414(145719)   Page 2 (2)

| Index | TK | Init | Date | B | Hrs | Amount | Amount | Hrs | Amount | Total | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1492982 | 0117 | (HPH) | 102904 | B | .30 | 52.50 | 52.50 | .20 | 35.00 | 402.50 | INTRA-OFFICE CONFERENCE RE CLAIMS OBJECTIONS. |
| 1495950 | 0117 | (HPH) | 110504 | B | .30 | 52.50 | 52.50 | .30 | 52.50 | 455.00 | REVIEWED VAN ETTEN'S NOTICE OF APPEAL AND DESIGNATION OF RECORD, MOTION TO PROCEED IN FORMA PAUPERIS. |
| 1497046 | 0117 | (HPH) | 111204 | B | .30 | 52.50 | 52.50 | .30 | 52.50 | 507.50 | ATTENTION TO LETTER FROM U.S. ATTORNEY RE UPDATE ON VAN ETTEN PROSECTION. |
| 1505035 | 0117 | (HPH) | 120204 | B | .30 | 52.50 | 52.50 | .20 | 35.00 | 542.50 | INTRA-OFFICE CONFERENCE RE OBJECTIONS TO CLAIMS. |
| 1505061 | 0117 | (HPH) | 120304 | B | .30 | 52.50 | 52.50 | .30 | 52.50 | 595.00 | REVIEWED ORDER REGARDING VAN ETTEN APPEAL TRANSCRIPT. |
| 1511398 | 0534 | (JDJ) | 121704 | B | 7.50 | 637.50 | 637.50 | 7.50 | 637.50 | 1232.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1512881 | 0117 | (HPH) | 010505 | B | .30 | 60.00 | 60.00 | .30 | 60.00 | 1292.50 | INTRA-OFFICE CONFERENCES WITH MRS. JOHNSON RE CLAIMS OBJECTIONS ISSUES. |
| 1514554 | 0117 | (HPH) | 011405 | B | .30 | 60.00 | 60.00 | .20 | 40.00 | 1332.50 | WORKED ON CERTIFICATE OF SATISFACTION OF KECIA PETERSON JUDGMENT. |
| 1515518 | 0117 | (HPH) | 011805 | B | .60 | 120.00 | 120.00 | .60 | 120.00 | 1452.50 | INTRA-OFFICE CONFERENCES WITH MRS. JOHNSON RE PROPER FORM FOR CANCELLATION OF KECIA PETERSON JUDGMENT, REVISION OF CERTIFICATE OF SATISFACTION. |
| 1517208 | 0117 | (HPH) | 012505 | B | .30 | 60.00 | 60.00 | .30 | 60.00 | 1512.50 | TELEPHONE CALL FROM MR. GASTON WILLIAMS AND INTRA-OFFICE CONFERENCE RE WAIVER OF ATTORNEY/CLIENT PRIVILEGE. |
| 1517223 | 0117 | (HPH) | 012505 | B | .50 | 100.00 | 100.00 | .50 | 100.00 | 1612.50 | REVIEWED TRANSCRIPT OF OCT. 14 MOTION HEARING AND REVIEWED FILE RE WAIVER OF IMMUNITY ISSUE. |
| 1518990 | 0534 | (JDJ) | 012805 | B | .80 | 72.00 | 72.00 | .80 | 72.00 | 1684.50 | 2 TELEPHONE CONFERENCES WITH KECIA PETERSON: TELEPHONE CALL TO MS. PETERSON'S ATTORNEY: WORK ON SATISFACTION OF JUDGMENT. |
| 1519954 | 0117 | (HPH) | 013105 | B | .30 | 60.00 | 60.00 | .20 | 40.00 | 1724.50 | RESPOND TO EMAIL INQUIRY RE REPRESENTATION OF DEBTOR. |
| 1522387 | 0534 | (JDJ) | 020105 | B | 5.00 | 450.00 | 450.00 | 5.00 | 450.00 | 2174.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1521744 | 0117 | (HPH) | 020205 | B | .60 | 120.00 | 120.00 | .60 | 120.00 | 2294.50 | INTRA-OFFICE CONFERENCES RE OBJECTIONS TO CLAIMS. |
| 1522384 | 0534 | (JDJ) | 020205 | B | 4.00 | 360.00 | 360.00 | 4.00 | 360.00 | 2654.50 | WORK ON OBJECTIONS TO CLAIMS |
| 1522382 | 0534 | (JDJ) | 020305 | B | 4.90 | 441.00 | 441.00 | 4.90 | 441.00 | 3095.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1522380 | 0534 | (JDJ) | 020405 | B | 7.30 | 657.00 | 657.00 | 7.30 | 657.00 | 3752.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1522379 | 0534 | (JDJ) | 020705 | B | 8.00 | 720.00 | 720.00 | 8.00 | 720.00 | 4472.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1522390 | 0534 | (JDJ) | 020805 | B | 3.00 | 270.00 | 270.00 | 3.00 | 270.00 | 4742.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1523198 | 0534 | (JDJ) | 021005 | B | 1.50 | 135.00 | 135.00 | 1.50 | 135.00 | 4877.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1523344 | 0534 | (JDJ) | 021005 | B | 2.50 | 225.00 | 225.00 | 2.50 | 225.00 | 5102.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1523688 | 0117 | (HPH) | 021105 | B | .30 | 60.00 | 60.00 | .30 | 60.00 | 5162.50 | LEGAL RESEARCH RE SECTION 726. |
| 1523340 | 0534 | (JDJ) | 021105 | B | 4.50 | 405.00 | 405.00 | 4.50 | 405.00 | 5567.50 | WORK ON OBJECTIONS TO CLAIMS. |

DATE: 10/18/05  10:48:36    PRO FORMA STATEMENT AS OF 101605 FOR FILE (BANK7A-HFN)  BANK7A-HFN    #167414(145719)    Page 3  (3)

| Matter | TK | Hrs | Amount | Hrs | Amount | Total | Description |
|---|---|---|---|---|---|---|---|
| 1523591 0534 (JDJ) | 021405 B | 5.90 | 531.00 | 5.90 | 531.00 | 6098.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1523943 0534 (JDJ) | 021505 B | 5.50 | 495.00 | 5.50 | 495.00 | 6593.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1524308 0534 (JDJ) | 021605 B | 5.80 | 522.00 | 5.80 | 522.00 | 7115.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1524812 0534 (JDJ) | 021705 B | 1.50 | 135.00 | 1.50 | 135.00 | 7250.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1525369 0117 (HPH) | 021805 B | .20 | 40.00 | .20 | 40.00 | 7290.50 | WORKED ON CLAIMS OBJECTIONS. |
| 1524976 0534 (JDJ) | 021805 B | 3.30 | 297.00 | 3.30 | 297.00 | 7587.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1525536 0117 (HPH) | 022105 B | .30 | 60.00 | .30 | 60.00 | 7647.50 | INTRA-OFFICE CONFERENCE MRS. JOHNSON RE CLAIMS OBJECTIONS. |
| 1525377 0534 (JDJ) | 022105 B | 5.20 | 468.00 | 5.20 | 468.00 | 8115.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1526205 0534 (JDJ) | 022205 B | 3.80 | 342.00 | 3.80 | 342.00 | 8457.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1527071 0117 (HPH) | 022305 B | .30 | 60.00 | .30 | 60.00 | 8517.50 | INTRA-OFFICE CONFERENCE WITH MRS. JOHNSON RE CLAIMS OBJECTIONS. |
| 1527076 0117 (HPH) | 022305 B | .20 | 40.00 | .20 | 40.00 | 8557.50 | INTRA-OFFICE CONFERENCE WITH MRS. JOHNSON RE CLAIMS OBJECTIONS PROCESS. |
| 1526210 0534 (JDJ) | 022305 B | 8.20 | 738.00 | 8.20 | 738.00 | 9295.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1527081 0117 (HPH) | 022405 B | .30 | 60.00 | .30 | 60.00 | 9355.50 | WORKED ON OBJECTIONS TO CLAIMS TEMPLATES. |
| 1527090 0117 (HPH) | 022405 B | .20 | 40.00 | .20 | 40.00 | 9395.50 | INTRA-OFFICE CONFERENCE RE OBJECTIONS. |
| 1526530 0534 (JDJ) | 022405 B | 6.30 | 567.00 | 6.30 | 567.00 | 9962.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1526534 0534 (JDJ) | 022505 B | .00 | 0.00 | .00 | 0.00 | 9962.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1526994 0534 (JDJ) | 022605 B | 3.30 | 297.00 | 3.30 | 297.00 | 10259.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1527126 0534 (JDJ) | 022805 B | 1.00 | 90.00 | 1.00 | 90.00 | 10349.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1530292 0117 (HPH) | 030105 B | .30 | 60.00 | .30 | 60.00 | 10409.50 | CONFERENE WITH MRS. JOHNSON AND MS. CUMMINGS RE OBJECTIONS TO CLAIMS PROCEDURE. |
| 1530392 0534 (JDJ) | 030105 B | 2.80 | 252.00 | 2.80 | 252.00 | 10661.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1534932 0534 (JDJ) | 030205 B | 9.00 | 810.00 | 9.00 | 810.00 | 11471.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1534933 0534 (JDJ) | 030305 B | 9.50 | 855.00 | 9.50 | 855.00 | 12326.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1530270 0534 (JDJ) | 030405 B | .90 | 81.00 | .90 | 81.00 | 12407.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1530272 0534 (JDJ) | 030505 B | 4.60 | 414.00 | 4.60 | 414.00 | 12821.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1530185 0534 (JDJ) | 030605 B | 3.00 | 270.00 | 3.00 | 270.00 | 13091.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1531548 0117 (HPH) | 030705 B | .30 | 60.00 | .30 | 60.00 | 13151.50 | INTRA-OFFICE CONFERENCES WITH MRS. JOHNSON RE CLAIMS OBJECTION ISSUES. |
| 1530430 0534 (JDJ) | 030705 B | 6.40 | 576.00 | 6.40 | 576.00 | 13727.50 | WORK ON OBJECTIONS TO CLAIMS. |

DATE: 10/18/05   10:48:38   PRO FORMA STATEMENT AS OF 101605 FOR FILE (BANK7A-HFN) BANK7A-HFN                    #167414(145719)   Page 4  (4)

| ID | Code | Init | Date | | | | | | Running | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 1534928 | 0534 | (JDJ) | 030805 B | 10.70 | 963.00 | 963.00 | 10.70 | 963.00 | 14690.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1531854 | 0117 | (HPH) | 030905 B | .30 | 60.00 | 60.00 | .20 | 40.00 | 14730.50 | WORKED ON OBJECTIONS TO CLAIMS. |
| 1534929 | 0534 | (JDJ) | 031005 B | 8.50 | 765.00 | 765.00 | 8.50 | 765.00 | 15495.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1534919 | 0534 | (JDJ) | 031305 B | 1.50 | 135.00 | 135.00 | 1.50 | 135.00 | 15630.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1532268 | 0117 | (HPH) | 031405 B | .30 | 60.00 | 60.00 | .30 | 60.00 | 15690.50 | REVIEWED VAN ETTEN MEMO IN SUPPORT OF APPEAL. |
| 1534920 | 0534 | (JDJ) | 031405 B | 2.30 | 207.00 | 207.00 | 2.30 | 207.00 | 15897.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1533557 | 0117 | (HPH) | 031505 B | .30 | 60.00 | 60.00 | .20 | 40.00 | 15937.50 | REVIEWED VAN ETTEN MEMO OF LAW RE APPEAL. |
| 1534921 | 0534 | (JDJ) | 031505 B | 10.70 | 963.00 | 963.00 | 10.70 | 963.00 | 16900.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1534917 | 0534 | (JDJ) | 031805 B | 6.70 | 603.00 | 603.00 | 6.70 | 603.00 | 17503.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1533642 | 0117 | (HPH) | 032105 B | .30 | 60.00 | 60.00 | .30 | 60.00 | 17563.50 | REVIEWED MEMO OF LAW IN SUPPORT OF APPEAL AND ATTACHMENTS. |
| 1534886 | 0534 | (JDJ) | 032405 B | 9.50 | 855.00 | 855.00 | 9.50 | 855.00 | 18418.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1541699 | 0534 | (JDJ) | 040405 B | 4.90 | 441.00 | 441.00 | 4.90 | 441.00 | 18859.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1539071 | 0117 | (HPH) | 040505 B | .30 | 60.00 | 60.00 | .30 | 60.00 | 18919.50 | WORKED ON OBJECTION TO UNISOURCE TAX CLAIM. |
| 1541695 | 0534 | (JDJ) | 040605 B | 2.20 | 198.00 | 198.00 | 2.20 | 198.00 | 19117.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1541667 | 0534 | (JDJ) | 040805 B | 6.00 | 540.00 | 540.00 | 6.00 | 540.00 | 19657.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1541662 | 0534 | (JDJ) | 041505 B | 1.00 | 90.00 | 90.00 | 1.00 | 90.00 | 19747.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1541703 | 0534 | (JDJ) | 041705 B | 2.50 | 225.00 | 225.00 | 2.50 | 225.00 | 19972.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1542591 | 0117 | (HPH) | 041805 B | .30 | 60.00 | 60.00 | .30 | 60.00 | 20032.50 | INTRA-OFFICE CONFERENCE RE CLAIMS OBJECTIONS. |
| 1543165 | 0534 | (JDJ) | 041805 B | 8.80 | 792.00 | 792.00 | 8.80 | 792.00 | 20824.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1543070 | 0117 | (HPH) | 041905 B | .30 | 60.00 | 60.00 | .20 | 40.00 | 20864.50 | WORKED ON CLAIMS OBJECTIONS; LEGAL RESEARCH RE SECTION 726. |
| 1542026 | 0534 | (JDJ) | 041905 B | 9.40 | 846.00 | 846.00 | 9.40 | 846.00 | 21710.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1542633 | 0534 | (JDJ) | 042005 B | 4.70 | 423.00 | 423.00 | 4.70 | 423.00 | 22133.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1543170 | 0534 | (JDJ) | 042105 B | 7.10 | 639.00 | 639.00 | 7.10 | 639.00 | 22772.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1543171 | 0534 | (JDJ) | 042205 B | 6.30 | 567.00 | 567.00 | 6.30 | 567.00 | 23339.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1543675 | 0534 | (JDJ) | 042305 B | 1.00 | 90.00 | 90.00 | 1.00 | 90.00 | 23429.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1543676 | 0534 | (JDJ) | 042405 B | 2.50 | 225.00 | 225.00 | 2.50 | 225.00 | 23654.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1544085 | 0534 | (JDJ) | 042505 B | 7.50 | 675.00 | 675.00 | 7.50 | 675.00 | 24329.50 | WORK ON OBJECTIONS TO CLAIMS. |

DATE: 10/18/05  10:48:38   PRO FORMA STATEMENT AS OF 101605 FOR FILE (BANK7A-HFN) BANK7A-HFN        #167414(145719)   Page 5 (5)

| ID | Code | Hours | Amount | Amount | Balance | Description |
|---|---|---|---|---|---|---|
| 1544870 0117 (HPH) | 042605 B | .30 | 60.00 | 60.00 | 24389.50 | INTRA-OFFICE CONFERENCE WITH MRS. JOHNSON RE CLAIMS OBJECTIONS ISSUES. |
| 1544089 0534 (JDJ) | 042605 B | 10.10 | 909.00 | 909.00 | 25298.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1545796 0534 (JDJ) | 042705 B | 3.50 | 315.00 | 315.00 | 25613.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1549689 0534 (JDJ) | 050205 B | 11.00 | 990.00 | 990.00 | 26603.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1549690 0534 (JDJ) | 050305 B | 10.50 | 945.00 | 945.00 | 27548.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1548519 0117 (HPH) | 050405 B | .30 | 60.00 | 60.00 | 27608.50 | INTRA-OFFICE CONFERENCES RE STATUS OF CLAIMS OBJECTIONS. |
| 1551178 0534 (JDJ) | 050405 B | 9.00 | 810.00 | 810.00 | 28418.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1548462 0534 (JDJ) | 050505 B | 6.40 | 576.00 | 576.00 | 28994.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1549688 0534 (JDJ) | 050605 B | 5.00 | 450.00 | 450.00 | 29444.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1549177 0117 (HPH) | 050905 B | .30 | 60.00 | 60.00 | 29484.50 | WORKED ON CLAIMS OBJECTIONS. |
| 1549687 0534 (JDJ) | 050905 B | 10.50 | 945.00 | 945.00 | 30429.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1549685 0534 (JDJ) | 051005 B | 12.00 | 1080.00 | 1080.00 | 31509.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1549684 0534 (JDJ) | 051105 B | 8.00 | 720.00 | 720.00 | 32229.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1551177 0534 (JDJ) | 051305 B | 1.00 | 90.00 | 90.00 | 32319.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1551180 0534 (JDJ) | 051605 B | 11.00 | 990.00 | 990.00 | 33309.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1551731 0117 (HPH) | 051705 B | .50 | 100.00 | 100.00 | 33309.50 | INTRA-OFFICE CONFERENCES WITH MRS. JOHNSON RE CLAIMS OBJECTIONS; LEGAL RESEARCH RE SECTION 726. |
| 1551181 0534 (JDJ) | 051705 B | 5.00 | 450.00 | 450.00 | 33859.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1551182 0534 (JDJ) | 051805 B | 8.00 | 720.00 | 720.00 | 34579.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1551901 0117 (HPH) | 051905 B | .20 | 40.00 | 40.00 | 34619.50 | INTRA-OFFICE CONFERENCES WITH MRS. JOHNSON RE CLAIMS REVIEW. |
| 1553392 0534 (JDJ) | 051905 B | 3.80 | 342.00 | 342.00 | 34961.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1553400 0534 (JDJ) | 052305 B | 8.90 | 801.00 | 801.00 | 35762.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1553261 0117 (HPH) | 052405 B | .30 | 60.00 | 60.00 | 35822.50 | INTRA-OFFICE CONFERENCE WITH MRS. JOHNSON RE CLAIMS OBJECTIONS ISSUES. |
| 1553297 0117 (HPH) | 052405 B | .30 | 60.00 | 60.00 | 35882.50 | TELEPHONE CALL FROM AUSA MIKE KEITH RE WAIVER OF PRIVILEGE; REVIEWED FILE RE SAME. |
| 1553407 0534 (JDJ) | 052405 B | 10.80 | 972.00 | 972.00 | 36854.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1553415 0534 (JDJ) | 052505 B | 11.10 | 999.00 | 999.00 | 37853.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1554322 0117 (HPH) | 052605 B | .20 | 40.00 | 40.00 | 37893.50 | INTRA-OFFICE CONFERENCE WITH MRS. JOHNSON RE CLAIMS REVIEW QUESTIONS. |
| 1553673 0534 | 052605 B | 1.00 | 90.00 | 90.00 | 37983.50 | WORK ON OBJECTIONS TO CLAIMS. |

DATE: 10/18/05  10:48:38   PRO FORMA STATEMENT AS OF 101605 FOR FILE (BANK7A-HFN)  BANK7A-HFN           #167414(145719)   Page 6  (6)

| ID | Code | | Date | Hrs | Amount | Hrs | Amount | Running | Description |
|---|---|---|---|---|---|---|---|---|---|
| 1558054 | 0534 (JDJ) | B | 060705 | 5.50 | 495.00 | 5.50 | 495.00 | 38478.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1558190 | 0117 (HPH) | B | 060805 | .30 | 60.00 | .30 | 60.00 | 38538.50 | CONFERENCE WITH MR. STAN VAN ETTEN RE STATUS OF CRIMINAL PROSECUTIONS. |
| 1558202 | 0117 (HPH) | B | 060805 | .30 | 60.00 | .20 | 40.00 | 38578.50 | INTRA-OFFICE CONFERENCE WITH MRS. JOHNSON RE STATUS OF CLAIMS OBJECTIONS AND SCHEDULE. |
| 1559036 | 0117 (HPH) | B | 060905 | .30 | 60.00 | .30 | 60.00 | 38638.50 | INTRA-OFFICE CONFERENCE RE CLAIMS OBJECTIONS AND TIMETABLE FOR DISTRIBUTIONS. |
| 1560646 | 0534 (JDJ) | B | 062005 | 8.40 | 756.00 | 8.40 | 756.00 | 39394.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1560854 | 0534 (JDJ) | B | 062105 | 4.00 | 360.00 | 4.00 | 360.00 | 39754.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1561901 | 0117 (HPH) | B | 062205 | .30 | 60.00 | .30 | 60.00 | 39814.50 | ATTENTION TO CORRESPONDENCE FROM MR. JIM CRAVEN RE PAYMENT OF TAX CLAIMS. |
| 1561904 | 0117 (HPH) | B | 062205 | .30 | 60.00 | .20 | 40.00 | 39854.50 | LEGAL RESEARCH RE SECTION 507 RE ACCRUED VACATION; INTRA-OFFICE CONFERENCE WITH MRS. JOHNSON RE SAME. |
| 1561757 | 0534 (JDJ) | B | 062205 | 7.50 | 675.00 | 7.50 | 675.00 | 40529.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1562127 | 0117 (HPH) | B | 062305 | .30 | 60.00 | .30 | 60.00 | 40589.50 | WORKED ON CLAIMS OBJECTIONS. |
| 1561760 | 0534 (JDJ) | B | 062305 | 7.00 | 630.00 | 7.00 | 630.00 | 41219.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1563010 | 0117 (HPH) | B | 062705 | .30 | 60.00 | .20 | 40.00 | 41259.50 | TELEPHONE CALLS FROM MS. STEPHANI HUMRICKHOUSE RE RESPONSE TO JIM CRAVEN RE DISTRIBUTION ON TAX CLAIMS. |
| 1563021 | 0117 (HPH) | B | 062705 | .30 | 60.00 | .30 | 60.00 | 41319.50 | TELEPHONE CALL TO MS. HUMRICKHOUSE RE TAX CLAIM, SUBROGATION, WAIVER. |
| 1563041 | 0117 (HPH) | B | 062705 | .30 | 60.00 | .30 | 60.00 | 41379.50 | TELEPHONE CALL TO MS. HUMRICKHOUSE RE SUBROGATION ISSUES. |
| 1563829 | 0117 (HPH) | B | 062805 | .30 | 60.00 | .30 | 60.00 | 41439.50 | INTRA-OFFICE CONFERENCE WITH MRS. JOHNSON RE IRS CLAIMS. |
| 1564599 | 0117 (HPH) | B | 062905 | .30 | 60.00 | .30 | 60.00 | 41499.50 | REVIEWED VAN ETTEN AND MAYFLOWER CLAIMS, IRS CLAIMS; INTRA-OFFICE CONFERENCE RE OBJECTIONS. |
| 1564019 | 0534 (JDJ) | B | 062905 | 5.80 | 522.00 | 5.80 | 522.00 | 42021.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1564962 | 0117 (HPH) | B | 063005 | .30 | 60.00 | .30 | 60.00 | 42081.50 | TELEPHONE CALL FROM SEC LAWYER SUSAN SHERRILL. |
| 1564964 | 0117 (HPH) | B | 063005 | .30 | 60.00 | .20 | 40.00 | 42121.50 | TELEPHONE CALL TO MS. SUSAN SHERRILL. |
| 1569114 | 0534 (JDJ) | B | 070505 | 3.00 | 270.00 | 3.00 | 270.00 | 42391.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1568455 | 0117 (HPH) | B | 070705 | .30 | 60.00 | .30 | 60.00 | 42451.50 | TELEPHONE CALL FROM MR. JIM CRAVEN; TELEPHONE CALL TO MR. CRAVEN, BOTH RE VAN ETTEN TAX CLAIMS. |
| 1568456 | 0117 (HPH) | B | 070705 | .30 | 60.00 | .20 | 40.00 | 42491.50 | WORKED ON OBJECTIONS TO CLAIMS. |
| 1568457 | 0117 (HPH) | B | 070705 | .30 | 60.00 | .30 | 60.00 | 42551.50 | TELEPHONE CALL FROM MS. STEPHANI HUMRICKHOUSE RE TREATMENT OF TAX CLAIMS. |
| 1568686 | 0117 (HPH) | B | 070805 | .30 | 60.00 | .30 | 60.00 | 42611.50 | ATTENTION TO REQUESTS FOR INFORMATION RE TAX CLAIMS FROM MS. HUMRICKHOUSE. |
| 1568720 | 0117 (HPH) | B | 071205 | .30 | 60.00 | .30 | 60.00 | 42671.50 | WORKED ON CLAIMS OBJECTIONS. |

DATE: 10/18/05  10:48:38   PRO FORMA STATEMENT AS OF 101605 FOR FILE (BANK7A-HFN) BANK7A-HFN                H167414(145719)   Page 7  (7)

| ID | Matter | Init | | Date | Hrs | Amount | Hrs | Amount | Total | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 1669125 | 0534 | (JDJ) | B | 071205 | 6.80 | 612.00 | 6.80 | 612.00 | 43283.50 | WORK ON OBJECTIONS TO CLAIMS; REVIEW IRS CLAIMS AND CORRESPONDENCE WITH MR. HARDEN RE OBJECTIONS. |
| 1669131 | 0534 | (JDJ) | B | 071405 | 2.40 | 216.00 | 2.40 | 216.00 | 43499.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1570254 | 0534 | (JDJ) | B | 071805 | 4.60 | 414.00 | 4.60 | 414.00 | 43913.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1570739 | 0117 | (HPH) | B | 071905 | .30 | 60.00 | .20 | 40.00 | 43953.50 | TELEPHONE CALL FROM MS. SUSAN SHERRILL OF SEC, INTRA-OFFICE CONFERENCE WITH MRS. JOHNSON RE HER INQUIRIES. |
| 1570748 | 0117 | (HPH) | B | 071905 | .30 | 60.00 | .30 | 60.00 | 44013.50 | ATTENTION TO MEMO FROM MRS. JOHNSON RE SEC AND CLAIMS OBJECTIONS. |
| 1571131 | 0117 | (HPH) | B | 072505 | .30 | 60.00 | .30 | 60.00 | 44073.50 | REVIEWED MRS. JOHNSON'S MEMO RE CLAIMS OBJECTIONS. |
| 1571571 | 0534 | (JDJ) | B | 072605 | 2.10 | 189.00 | 2.10 | 189.00 | 44262.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1573263 | 0117 | (HPH) | B | 072905 | .30 | 60.00 | .30 | 60.00 | 44322.50 | REVIEWED LETTER. |
| 1573266 | 0117 | (HPH) | B | 072905 | .30 | 60.00 | .20 | 40.00 | 44362.50 | TELEPHONE CALL FROM MS. STEPHANI HUMRICKHOUSE RE VAN ETTEN SUBROGATION RIGHTS; TELEPHONE CALL FROM MS. HUMRICKHOUSE RE SAME. |
| 1579391 | 0534 | (JDJ) | B | 080305 | .50 | 45.00 | .50 | 45.00 | 44407.50 | TELEPHONE CONFERENCE WITH MS. HUMRICKHOUSE RE IRS CLAIMS AND CLAIMS OF STANLEY VAN ETTEN; REVIEW CLAIMS REGISTER AND FAX SAME TO MS. HUMRICKHOUSE. |
| 1576492 | 0117 | (HPH) | B | 080805 | .30 | 60.00 | .30 | 60.00 | 44467.50 | REVIEWED DRAFT LETTER TO MR. JIM CRAVEN, DRAFT OBJECTION TO IRS CLAIM, KELLY VAN ETTEN PROPOSED POC. |
| 1576494 | 0117 | (HPH) | B | 080805 | .30 | 60.00 | .30 | 60.00 | 44527.50 | TELEPHONE CALL FROM MS. STEPHANI HUMRICKHOUSE RE SUBROGATION OF IRS CLAIM. |
| 1576779 | 0534 | (JDJ) | B | 080805 | 2.20 | 198.00 | 2.20 | 198.00 | 44725.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1579224 | 0534 | (JDJ) | B | 081105 | 2.80 | 252.00 | 2.80 | 252.00 | 44977.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1579203 | 0534 | (JDJ) | B | 082105 | 1.00 | 90.00 | 1.00 | 90.00 | 45067.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1579120 | 0534 | (JDJ) | B | 081505 | 3.00 | 270.00 | 3.00 | 270.00 | 45337.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1580340 | 0117 | (HPH) | B | 081905 | .30 | 60.00 | .30 | 60.00 | 45397.50 | WORKED ON CLAIMS OBJECTIONS. |
| 1579112 | 0534 | (JDJ) | B | 081905 | 4.70 | 423.00 | 4.70 | 423.00 | 45820.50 | WORK ON OBJECTIONS TO CLAIMS. |
| 1582510 | 0117 | (HPH) | B | 082905 | .30 | 60.00 | .20 | 40.00 | 45860.50 | REVIEWED CRAVEN LETTER AND ATTENTION TO EMAIL FROM STEPHANI HUMRICKHOUSE RE SAME; RESEARCH RE SUBSTITUTION OF PRIORITY CLAIMANT. |
| 1582517 | 0117 | (HPH) | B | 082905 | .30 | 60.00 | .30 | 60.00 | 45920.50 | LEGAL RESEARCH RE SECTION 507(D), REVISION OF OBJECTION TO IRS CLAIM. |
| 1582518 | 0117 | (HPH) | B | 082905 | .20 | 40.00 | .20 | 40.00 | 45960.50 | TELEPHONE CALL FROM STEPHANI HUMRICKHOUSE, TELEPHONE CALL TO STEPHANI HUMRICKHOUSE; REVISION OF OBJECTION TO CLAIM. |
| 1583346 | 0117 | (HPH) | B | 083005 | 2.30 | 460.00 | 2.30 | 460.00 | 46420.50 | WORKED ON CLAIMS OBJECTIONS. |
| 1583347 | 0117 | (HPH) | B | 083005 | .30 | 60.00 | .30 | 60.00 | 46480.50 | TELEPHONE CALL FROM MS. STEPHANI HUMRICKHOUSE; LEGAL RESEARCH RE BR 3007; TELEPHONE CALL TO |

DATE: 10/18/05 10:48:38   PRO FORMA STATEMENT AS OF 101605 FOR FILE (BANK7A-HFN) BANK7A-HFN   #167414(145719)   Page 8 (8)

```
                                                              MS. HUMRICKHOUSE, ALL RE OBJECTION TO IRS
                                                              CLAIM.
1582030 0534  083005 B  1.40  126.00  1.40  126.00  46606.50  MEETING WITH MR. HARDEN QUESTIONS RE OBJECTIONS
  (JDJ)                                                        TO CLAIMS.
1584776 0534  083005 B  1.30  117.00  1.30  117.00  46723.50  MEETING AT CLERK'S OFFICE RE CLAIMS NOT
  (JDJ)                                                        ENTERED; TELEPHONE CONFERENCE WITH MONA ELLIS
                                                              AND WAYBURN RE SAME AND OBJECTIONS TO CLAIMS.
1583672 0117  083105 B   .30   60.00   .30   60.00  46783.50  ATTENTION TO EMAILS RE LOGISTICS OF HANDLING
  (HPH)                                                        CLAIMS OBJECTIONS.
1584784 0534  083105 B   .40   36.00   .40   36.00  46819.50  CONFERENCE WITH MS. HUMRICKHOUSE RE OBJECTION
  (JDJ)                                                        TO IRS CLAIM AND NEED TO OBJECT TO FIRST CLAIM
                                                              FILED BY IRS; FAX SAME TO MS. HUMRICKHOUSE.
1585664 0117  090105 B   .30   60.00   .30   60.00  46879.50  WORKED ON CLAIMS OBJECTIONS.
  (HPH)
1585675 0117  090105 B   .30   60.00   .30   60.00  46939.50  TELEPHONE CALL FROM MS. KATHY BOONE OF IRS RE
  (HPH)                                                        OBJECTION TO IRS CLAIM.
1585661 0117  090205 B   .20   40.00   .20   40.00  46979.50  ATTENTION TO EMAIL AND RESPONSE RE DISTRIBUTION
  (HPH)                                                        INQUIRY FROM ATTORNEY JIM CRAVEN.
1585811 0117  090605 B   .20   40.00   .20   40.00  47019.50  REVIEWED PROOF OF CLAIM AND ATTACHMENT OF KERRY
  (HPH)                                                        VAN ETTEN.
1593249 0534  090905 B  7.00  630.00  7.00  630.00  47649.50  WORK ON OBJECTIONS TO CLAIMS.
  (JDJ)
1593250 0534  091205 B  9.50  855.00  9.50  855.00  48504.50  WORK ON OBJECTIONS TO CLAIMS.
  (JDJ)
1593253 0534  091305 B  3.00  270.00  3.00  270.00  48774.50  WORK ON OBJECTIONS TO CLAIMS.
  (JDJ)
1595364 0534  091905 B  3.30  297.00  3.30  297.00  49071.50  WORK ON OBJECTIONS TO CLAIMS.
  (JDJ)
1590522 0117  092105 B   .20   40.00   .20   40.00  49111.50  REVIEWED OBJECTION TO CLAIM #7447.
  (HPH)
1595350 0534  092205 B  1.90  171.00  1.90  171.00  49282.50  WORK ON OBJECTIONS TO CLAIMS.
  (JDJ)
1597261 0117  101005 B   .50  100.00   .50  100.00  49382.50  WORKED ON SEVENTH FEE APPLICATION.
  (HPH)
                                                    ----------
                              FEE SUBTOTAL           49382.50
                                                    ----------
```

*-----COST ENTRIES------*

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 1561728 | 102104 | B | 0.50 * | FACSIMILE TRANSMISSION | 8050 | FIRM | |
| 1570464 | 102504 | B | 2.10 | COMPUTER RESEARCH | 8016 | FIRM | |
| 1570047 | 111004 | B | 0.50 * | FACSIMILE TRANSMISSION | 8050 | FIRM | |
| 1586580 | 012005 | B | 1.80 * | MT PHOTOCOPY CENTER | 8070 | FIRM | |
| 1589100 | 012005 | B | 4.50 | LOCAL MESSENGER SERVICE: WAKE COUNTY COURTHOUSE | 8086 | | |
| 1604239 | 020705 | B | 10.24 * | COMPUTER RESEARCH | 8016 | FIRM | |
| 1625400 | 062205 | B | 2.50 * | FACSIMILE TRANSMISSION, LONG DISTANCE | 8052 | FIRM | |
| 1632332 | 063005 | B | 0.36 * | LONG DISTANCE TELEPHONE CALL | 8040 | FIRM | |
| 1630870 | 070705 | B | 1.50 * | FACSIMILE TRANSMISSION | 8051 | FIRM | |
| 1634486 | 071905 | B | 6.25 * | FACSIMILE TRANSMISSION, LONG DISTANCE | 8052 | FIRM | |
| 1641633 | 082905 | B | 4.50 | LOCAL MESSENGER SERVICE: 4300 SIX FORKS RD | 8020 | | 8069 |

```
                                   ----------
                                     34.75
                                   ----------
```

DATE: 10/18/05 10:48:38  PRO FORMA STATEMENT AS OF 101605 FOR FILE (BANK7A-HFN) BANK7A-HFN          #167414(145719)  Page 9 (9)

```
        BALANCE DUE FROM PREVIOUS STATEMENT    .    .    .    .    .          0.00
        LESS PAYMENT(S)       .    .    .    .    .    .    .    .    .          0.00
                                                                           --------
        BALANCE FORWARD       .    .    .    .    .    .    .    .    .          0.00

        TIMECARD SUB-TOTAL ( 519.50)                                     49382.50
        DISBURSEMENT SUB-TOTAL                                              34.75
        SUBTOTAL CURRENT PERIOD                                           49417.25
        TOTAL DUE                                                                    49417.25

        TIME VALUE FOR THE MATTER AFTER THE CUTOFF DATE                    270.00
        COST VALUE FOR THE MATTER AFTER THE CUTOFF DATE                      0.00
```

```
*----------------------TIME AND FEE SUMMARY----------------------*
*-------TIMEKEEPER---------*   RATE    HOURS      $       FEES       $
HOLMES P. HARDEN            196.60    25.00     4.8    4915.00    10.0
JENNY D. JOHNSON             89.92   494.50    95.2   44467.50    90.1
                   TOTALS            519.50           49382.50
```

```
*-----COST CODE SUMMARY------------------------------*
*-----COST CODE-------------------------*    AMOUNT
8016   COMPUTER RESEARCH                      12.34
8020   LOCAL MESSENGER SERVICE                 9.00
8040   LONG DISTANCE TELEPHONE CALL            0.36
8050   FACSIMILE TRANSMISSION                  1.00
8051   FACSIMILE TRANSMISSION                  1.50
8052   FACSIMILE TRANSMISSSION, LONG DISTANCE  8.75
8070   MT PHOTOCOPY CENTER                     1.80

COST TOTAL                                     34.75
```

```
*----------LEDGER SUMMARY----------------------------------------------*
Ledger Code   Ledger Description       Debit        Credit      Credit Applied To
-----------   -----------------      ---------    ---------     -----------------
PAY           PAYMENT                              47785.72     47693.00   FEES
                                                                  92.72   SCOST

UNALL         UNALLOCATED                         146685.08    146328.00   FEES
                                                                  48.53   HCOST
                                                                 308.55   SCOST

FEES          FEES                  194021.00
HCOST         HARD COST                 48.53
SCOST         SOFT COST                401.27
                                   ----------    ----------
TOTAL                               194470.80    194470.80
```

```
AGED ACCOUNTS RECEIVABLE:      0.00 (-30)   0.00 (31-60)    0.00 (61-90)    0.00 (91-120)    0.00 (+)
```

DATE: 10/18/05 10:48:38 PRO FORMA STATEMENT AS OF 101605 FOR FILE (BANK7A-HFN) BANK7A-HFN       #167414(145719)   Page 10 (10)

( ) BILL COSTS AND FEES
( ) BILL FEES ONLY
( ) BILL COSTS ONLY

( ) DO NOT BILL
( ) CLOSE FILE
( ) FINAL BILL

DATE: 10/18/05 10:48:40  PRO FORMA STATEMENT AS OF 101605     JOINT GROUP SUMMARY FOR                    #167414(145719)  Page 11  (11)

```
                    TOTAL HOURS:          519.50
                     TOTAL FEES:        49382.50
              TOTAL DISBURSEMENTS:          34.75
               TOTAL FEE MARKUPS:             .00
              TOTAL COST MARKUPS:             .00

              TOTAL CURRENT CHARGES        49417.25

              TOTAL A/R BALANCE:             .00
```

*--------MATTER SUMMARY----------------------------------------------------------------------------------*

| CLIENT | CLIENT NAME | MATTER | DESCRIPTION | HOURS | STANDARD VALUE | MATTER VALUE | COSTS | RATE CODE |
|---|---|---|---|---|---|---|---|---|
| BANK7A | U.S. BANKRUPTCY CO | BANK7A-HEN | INTERNATIONAL HE | 519.50 | .00 | 49382.50 | 34.75 | 1 |

MATTER SUMMARY TOTAL.                       519.50        .00     49382.50    34.75

*--------TIME AND FEE SUMMARY---------------------------------------------------------*

| TIMEKEEPER | HOURS | STANDARD VALUE | MATTER VALUE | MATTER RATE | LATEST DATE ON SYSTEM |
|---|---|---|---|---|---|
| 0117  HOLMES P. HARDEN | 25.00 | .00 | 4915.00 | 196.60 | 10/14/2005 |

SUBTOTAL FOR CLASS 3:      25.00        .00    4915.00    196.60

| 0534  JENNY D. JOHNSON | 494.50 | .00 | 44467.50 | 89.92 | 10/18/2005 |

SUBTOTAL FOR CLASS 9:     494.50        .00   44467.50     89.92

TIME AND FEE SUMMARY TOTAL.    519.50        .00   49382.50     95.06

*----WORKED LOCATION SUMMARY----------*
*----LOCATION----------------* AMOUNT
100  Raleigh, NC                49382.50

LOCATION TOTAL                  49382.50

*--------COST CODE SUMMARY----------------------*
*----COST CODE-----------------------* AMOUNT

| 8016 | COMPUTER RESEARCH | 12.34 |
|---|---|---|
| 8020 | LOCAL MESSENGER SERVICE | 9.00 |
| 8040 | LONG DISTANCE TELEPHONE CALL | .36 |
| 8050 | FACSIMILE TRANSMISSION | 1.00 |
| 8051 | FACSIMILE TRANSMISSION | 1.50 |
| 8052 | FACSIMILE TRANSMISSION, LONG DISTANCE | 8.75 |
| 8070 | MT PHOTOCOPY CENTER | 1.80 |

SUBTOTAL FOR LEDGER CODE SCOST    SOFT COST      34.75

COST TOTAL                   34.75

DATE: 10/18/05 10:48:40 PRO FORMA STATEMENT AS OF 101605     JOINT GROUP SUMMARY FOR

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, attorney for Trustee, do hereby certify that the Sixth Interim Application for Services of Attorney for Trustee's Fees hereto attached was served upon the party listed below by mailing a copy thereof to him at the address indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the __18th__ day of __October__, 2005.

Holmes P. Harden
Attorney for Trustee
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, North Carolina  27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
(by electronic service)

471618

5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                      )    CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,               )
                                            )    CHAPTER 7
                                            )
        Debtor.                             )

## NOTICE OF APPLICATION FOR SEVENTH INTERIM COMPENSATION FOR SERVICES OF ATTORNEY FOR TRUSTEE AND REIMBURSEMENT OF EXPENSES AND CERTIFICATE OF SERVICE

TO: ALL CREDITORS OF INTERNATIONAL HERITAGE, INC. AND OTHER PARTIES IN INTEREST

        NOTICE IS HEREBY GIVEN of the Fifth Application for Interim Compensation for Services of Attorney for Trustee for services rendered from October 1, 2004 through September 30, 2005, in the amount of $49,282.50 and reimbursement of expenses in the amount of $34.75 filed simultaneously herewith by Holmes P. Harden, Attorney for Trustee.

        An objection to the fees requested should be filed with the Clerk, U. S. Bankruptcy Court, Post Office Box 1441, Raleigh, North Carolina  27602 with a copy served on the trustee whose name appears at the bottom of this Notice within twenty (20) days of the date of this Notice. No hearing will be conducted on said objection unless the Court, in its discretion, deems a hearing necessary, or unless a hearing is requested by the party filing such request.  Any party requesting a hearing shall appear at said hearing in support of such request or he may be assessed with costs.

        DATE OF NOTICE:____10|18|05_____

                                        Holmes P. Harden, Trustee
                                        N. C. State Bar No. 9835
                                        Post Office Drawer 19764
                                        Raleigh, North Carolina  27619
                                        Telephone: (919) 981-4000

471626

<u>CERTIFICATE OF SERVICE</u>

I, Holmes P. Harden, do hereby certify that the foregoing document was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the 18th day of ___October___, 2005.

MAUPIN TAYLOR, P.A.

BY: _____

Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:
Marjorie K. Lynch
Bankruptcy Administrator
(by electronic service)

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

Patrick Anders, Esquire
Edger and Paul
1777 Durham-Chapel Hill Blvd.
Suite 204
Chapel Hill, NC 27514

James A. Roberts, III, Esquire
A. Graham Shirley, Esquire
Lewis & Roberts
P.O. Box 17529
Raleigh, NC 27619-7529

See Attached Mail Matrix and E-Mail List

RAL/179511/1

## MAUPIN TAYLOR, P.A.

ATTORNEYS AT LAW
HIGHWOODS TOWER ONE, SUITE 500
3200 BEECHLEAF COURT
RALEIGH, NORTH CAROLINA  27604-1064
TELEPHONE (919) 981-4000

MAILING ADDRESS
POST OFFICE DRAWER 19764
RALEIGH, NORTH CAROLINA  27619-9764
TELEFAX (919) 981-4300

DURHAM/RESEARCHTRIANGLE PARK OFFICE
411 ANDREWS ROAD, SUITE 150
DURHAM, NORTH CAROLINA  27705
TELEPHONE (919) 382-0188

# FACSIMILE TRANSMISSION

CONFIDENTIAL [ ]          RUSH [ ]

TO:  *Chittenden Bank*
*c/o Louis P. Rochkind*
*Jaffe, Raitt, Heuer & Weiss*
*One Woodward Avenue, Suite 2400*
~~Detroit, MI 48226~~

FROM:  *Holmes P. Harden*

MAUPIN TAYLOR & ELLIS, P.A.
POST OFFICE DRAWER 19764
RALEIGH, NORTH CAROLINA  27619-9764
**DIRECT DIAL #:** *919-981-4011*

CITY:

DATE:

FACSIMILE #:  _313-961-8358_          OUR FILE NUMBER:  _BANK7A-206_

TOTAL NUMBER OF PAGES, INCLUDING COVER SHEET: 3

   The material transmitted and communicated herein ("communication") is intended only for the use of the individual or entity to which it is addressed, and may contain information that constitutes work product, or is subject to attorney-client privilege, or is confidential and exempt from disclosure under applicable law.  If the reader of this communication is not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  Thank you.

*MESSAGE:*

Original to follow by mail?  **X**  Yes  ___ No

We are transmitting from Group III equipment.

**Facsimile #:  919/981-4300**

**Help #:  919/981-4063**

RAL/179511/1

Terri I. Gardner
Poyner & Spruill, LLP
P. O. Box 10096
3600 Glenwood Avenue
Raleigh, NC 27605

Brent E. Wood
1135 Kildaire Farm Rd. #311-8
Cary, NC 27511

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
2520 Northwinds Pkwy #375
Alpharetta, GA 30004-2233

James Russell Tucker
Tucker & Ratcliffe, L.L.P.
500 N. Akard Street, Suite 3500
Dallas, TX 75201

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Dorothy H. Miller
102 Triangle Circle
Lafayette, LA 70508

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Stacey Ostrom
202 Oak Creek Drive
League City, TX  77573-1762

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Jane E. Chassey
1514 Azalea Drive
Saint Louis, Missouri 63119

Carolyn E. John
485 Broad River Blvd.
Beaufort, SC 29906

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL -9490 Vaduz   LIECHTENSTEIN

Gary D. McDowell
200 Ansley Close
Roswell, GA 30075

Jean Wedin
P. O. Box 753
LaConner, WA 98257

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

RAL/179511/1

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen    SWITZERLAND

Managing Agent
UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich    SWITZERLAND

Managing Agent
Schweizerische Hypotheken
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich    SWITZERLAND

Charles Anderson
P. O. Box 33550
Raleigh, NC 27636

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Larry Smith
2435 E. North Street
Greenville, SC 29615

Anna M. Washburn
145 Christopher Drive
Clayton, NC 27520

Shawna Y. Staton
Brooks, Stevens & Pope, P.A.
P. O. Box 1870
Cary, NC 27512-1870

Henry W. Nozko, Jr., President
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Henry W. Nozko, Jr., President
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Managing Agent
Coeco
2525 Atlantic Avenue
Raleigh, NC 27604

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN 56258

Managing Agent
EDS Financial Services
4800 Six Forks Road
Raleigh, NC 27609

Managing Agent
Centrum Bank AGVaduz
Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz    LIECHTENSTEIN

Managing Agent
Accurata Treuhand und Revisions AG Vaduz
Abundt 36
 FL-9490 Vaduz    LIECHTENSTEIN

Managing Agent
UBS AG, Zurich Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich    SWITZERLAND

Managing Agent
TransAmerica-TIG Insurance
5205 N.O. Connor Blvd. Ste. B1
Irving, TX 75039-3724

Sherwin P. Robin
P. O. Box 9541
Savannah, GA 31412-9541

Tony Copeland
BTI
4300 Six Forks Road, Suite 500
Raleigh, NC 27609

Michael P. Flanagan
Ward and Smith, P A
P. O. Box 8088
Greenville, NC 27835-8088

Vickie Corbitt,
Attorney for Commissioner of Revenue
Tennessee Dept. of Revenue - Legal
312 8th Ave. N  #27 Fl.
Nashville, TN 37243-0001

Jean Boyles
P. O. Box 10506
Raleigh, NC 27605

James A. Roberts, III
Lewis & Roberts, PLLC
P. O. Box 17529
Raleigh, NC 27619-7529

Stephani W. Humrickhouse, Esq.
Nicholls & Crampton
4300 Six Forks Road, Suite 700
Raleigh, NC   27609

Paul Faison S. Winborne
300/200 Parham Street, Suite F
P. O. Box 1547
Raleigh, NC 27602

Patrick H. Tyler
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

Janet Cradeur
P. O. Box 66658
Baton Rouge, LA 70896

Missouri Department of Revenue
Attn: Brian S. Kuhlmann
P. O. Box 475
Jefferson City, MO 65105-0475

James K. Austin
Ellis Painter Ratterree & Bart LLP
P. O. Box 9946
Savannah, GA 31412-9946

Meredith P. Ezzell
Wyrick Robbins Yates & Ponton LLP
P. O. Drawer 17803
Raleigh, NC 27619

Marcia McGair Ippolito
R.I. Division of Taxation
One Capitol Hill
Providence, RI 02908-5800

Walter Calton
312 East Broad Street
Eufaula, AL 36072

Keith M. Jensen
Law Office of Keith M. Jensen
514 East Beklnap
Fort Worth, TX 76102

Joseph N. Calloway, Esq.
Battle, Winslow, Scott & Wiley, P.A.
P. O. Box 7100
Rocky Mount, NC 27804-0100

L. C. Gilbert, Jr.
74 Hilltop Lane
Alpine, AL 35014

Randall L. Greene
Rt. 1, Box 155
Randlett, OK 73562

Maria Lee Siwierka
5507 Deerbourne Chase Dr.
Sugar Land, TX 77479-4194

Jackson Wayne Murphy
Rt. 6, Box 154
Troy, AL 36081

James H. Thomas
101 Robin Drive
Troy, AL 36081

Craig T. Liebendorfer
7315 Hundley Blvd.
Dallas, TX 75231-4722

Denise Marsh
709 Summit Ridge
Lewisville, TX 75067

Sharon A. Meckenstock
1640 West 34th St., N.
Wichita, KS 67204

State Auditor's Office
Montana Securities Department
Mitchell Building, Room 270
State Capital Complex
Helen, MT 59620

William Swinney
3365 Silver Palm Drive
Jacksonville, FL 32250

Marshall Reddy
P. O. Box 806
Ponte Verde Beach, FL 32004

Henry W. Noziko, Jr.
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Gerald A. Jeutter
Kilpatrick Stockton, LLP
P. O. Box 300004
Raleigh, NC 27622

Henry W. Noziko, Jr.
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Michael K. Wolensky
Robert G. Brunton
David J. Gellen
Kutak Rock
225 Peachtree St., NE, Suite 2100
Atlanta, GA 30303-1731

Robert J. Marrigan
Development Direct, Inc.
P.O. Box 650
Bedford, MA 01730-0650

Ronald H. Garber
Boxley Bolton & Garber
P. O. Drawer 1429
Raleigh, NC 27602

Virginia Andrews Burdette
P. O. Box 47
Mukilteo, WA 98275

Scott L. Wilkinson
Assistant U.S. Attorney
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Cathy Fligg
1456 Stratfield Circle
Atlanta, GA 30319

Betty Hesketh
7566 15th Lane
Vero Beach, FL 32966

James Burshtyn
Office of Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78712548

Jackie S. Hart
1706 Antigua Lane
Nassau Bay, TX  77058

RAL/179511/1

E-mail: x2-song@worldnet.att.net
E-mail: hual@airmail.net
E-mail: mayfi23@marz.com
E-mail: Buddha623@aol.com
E-mail: pgorman@vantagepointcapital.com
E-mail: wrightr@mindspring.com
E-mail: mlafontaine@abbot-simses.com
E-mail: rabbit@rockisland.com
E-mail: cheryll.COSTANIINO@edmail.com
E-mail: jasbircheema@amropictures.com
E-mail: 72320.316@compuserve.com
E-mail: stann@colby.IXKS.com
E-mail: gjack312@Intrstar.net
E-mail: hdfrey@telusplanet.net
E-mail: DLWARREN@BellSouth.net
E-mail: michael_bhagat@hotmail.com
E-mail: rliston@spartanburg4.0rg
E-mail: ghromero@aol.com
E-mail: joanchan@rocketmail.com
E-mail: edeem@worldnet.att.net
E-mail: DFITZPA400@aol.com
E-mail: theboock@compuserve.com
E-mail: pondman@memes.com
E-mail: docchiro@ISLC.net
E-mail: RIZMOE@NWRain.com
E-mail: thodges@gateway.net
E-mail: hlee@directv.com
E-mail: fabb@telusplanet.net
E-mail: cordw@deltapineseed.com
E-mail: NBECK87570@aol.com
E-mail: JYANG4@FORD.COM
E-mail: mccarthy@mccarthyconsultant.com
E-mail: digger@bcsupernet.com
E-mail: BREIDYIII@aol.com
E-mail: pak@jcnl.com
E-mail: lpartr1072@aol.com
E-mail: leadership.possibilities.mak@worldnet.att.net
E-mail: mtheisen@efn.org
E-mail: ML.Geller@aol.com
E-mail: mooreem@harpo.tnstate.edu
E-mail: backpain@keynet.net
E-mail: Hbeckbari@aol.com
E-mail: mwarhurst@yahoo.com
E-mail: js.baum@srs.gov
E-mail: wynellh@flash.net
E-mail: dlatray@mcn.net
E-mail: bwood@woodfran.com
E-mail: DickLynn.Ferency@compuserve.com
E-mail: CHASSEYRAY@email.msn.com
E-mail: jim.griffith@erols.com
E-mail: xiaokui.shan@bakernet.com
E-mail: xshan@aol.com
E-mail: kkandola@theresidences.com
E-mail: lrochkind@jafferaitt.com
E-mail: sdostrom@hotmail.com
E-mail: michaelhopkins@mailcity.com
E-mail: dana-charles@worldnet.att.net
E-mail: options-galore@yahoo.com
E-mail: bchap01@aol.com
E-mail: ceissngr@midrivers.com
E-mail: glassgs@cadvision.com
E-mail: mbrown8967@aol.com
E-mail: diemert@northerntel.net
E-mail: cgrumer@manatt.com
E-mail: shouli.yang@stjude.org
E-mail: RJWNLAW@aol.com

E-mail: sds98@eatel.net
E-mail: jwmaloy@aol.com
E-mail: kanelos@mindspring.com
E-mail: blairc@iname.com
E-mail: Larry_Fletcher@bc.sympatico.ca
E-mail: JNRRICH@Intur.net
E-mail: aadrezin@Epix.net
E-mail: kimball peed@bigfoot.com
E-mail: tammyr@falcon ukans cc.edu
E-mail: VTPALMER27@yahoo.com
E-mail: crandall@rock-springs.dowell.slb.com
E-mail: gedler@bellsouth.net
E-mail: r_brown@email.msn.com
E-mail: hou@mail.med.upenn.edu
E-mail: dsbarron@bellsouth.net
E-mail: jamcgrath@yahoo.com
E-mail: bjsaw@ttc-cmc.net
E-mail: smsutom@aol.com
E-mail: lynn@dot.state.al.us
E-mail: pingnas@ica.net
E-mail: Hanna@tir.com
E-mail: buddunn@auantumworld.com
E-mail: Rahmati@ibm.net
E-mail: Docnielsen@webtv.net
E-mail: mjandcarlincc@juno.com
E-mail: loking@wixmail.com
E-mail: Jholt@Clemson.edu
E-mail: jsmusa@mindspring.com
E-mail: Mainland@ticnet.com
E-mail: cce3@juno.com
E-mail: mcnamer@bigsky.net
E-mail: mwa@wnonline.net
E-mail: lesterabs@mindspring.com
E-mail: shanson@kearney.net
E-mail: an667@hwcn.org
E-mail: yu241703@yorku.ca
E-mail: yu241703@yorku.ca
E-mail: lihen
E-mail: dsbarron@bellsouth.net
E-mail: jamcgrath@yahoo.com
E-mail: bbaum89@aol.com
E-mail: bjsaw@ttc-cmc.net
E-mail: smsutom@aol.com
E-mail: lynn@dot.state.al.us
E-mail: pingnas@ica.net
E-mail: Hanna@tir.com
E-mail: buddunn@quantumworld.com
E-mail: Rahmati@ibm.net
E-mail: docnielsen@webtv.net
E-mail: mjandcarlincc@juno.com
E-mail: loking@wixmail.com
E-mail: Jholt@Clemson.edu
E-mail: jsmusa@mindspring.com
E-mail: Mainland@ticnet.com
E-mail: cce3@juno.com
E-mail: mcnamer@bigsky.net
E-mail: mwa@wnonline.net
E-mail: lesterabs@mindspring.com
E-mail: shanson@kearney.net
E-mail: an667@hwcn.org
E-mail: yu241703@yorku.ca
E-mail: TJDeavers@aol.com
E-mail: BrAnDin420@aol.com
E-mail: hou@mail.med.upenn.edu
E-mail: CTBallard@aol.com
E-mail: beth_pattillo@shmm.org

E-mail:  swede@dmea.net
E-mail:  kmaxeyjr@bayou.com
E-mail:  Wesglynn@aol.com
E-mail:  jwarren@wyche.com
E-mail:  dongming.zhao@jci.com
E-mail:  pkloosterman@juno.com
E-mail:  JEEPETTE99@aol.com
E-mail:  pingnas@ica.net
E-mail:  Karen0906@aol.com
E-mail:  lonni@pb.quik.com
E-mail:  Dana-Charles@Worldnet.Att.Net
E-mail:  Averitas@aol.com
E-mail:  kk_1200@kwikkopy.com
E-mail:  hewlett@cablelan.net
E-mail:  sonia_voldseth@burns.senate.gov
E-mail:  dzeigler@jsucc.jsu.edu
E-mail:  mchad@acnet.net
E-mail:  albourassa@bigfoot.com
E-mail:  albourassa@bigfoot.com
E-mail:  Harden, Holmes
E-mail:  Mgutierrez@pirnie.com
E-mail:  mayfi23@marz.com
E-mail:  shucko@prodigy.net
E-mail:  zuzuy2k@yahoo.com
E-mail:  Mgutierrez@pirnie.com
E-mail:  Mgutierrez@pirnie.com
E-mail:  RRALBRIGHT@AOL.COM
E-mail:  bcslaw@prodigy.net
E-mail:  rosieo@bigsky.net
E-mail:  mooreem@harpo.tnstate.edu
E-mail:  VANATTAL@VAX.CS.HSCSYR.EDU
E-mail:  leadership.possibilities.mak@worldnet.att.net
E-mail:  pingnas@ica.net
E-mail:  cr8on@flash.net
E-mail:  bsclaw@worldnet.att.net
E-mail:  hewlettlj@shaw.ca
E-mail:  ladevries@firstam.com
E-mail:  ihatch@ala.net
Rmggood@Prodigy.Net