IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                    )
                                          )
INTERNATIONAL HERITAGE, INC.              )      CASE NO. 98-02675-5-ATS
                                          )          CHAPTER 7
                                          )
        Debtor.                           )

### SIXTH APPLICATION BY CHAPTER 7 TRUSTEE
### FOR INTERIM ALLOWANCE OF COMMISSION AND
### REIMBURSEMENT OF EXPENSES

NOW COMES, Holmes P. Harden ("Applicant") and files this Sixth Interim application for Compensation and Reimbursement of Expenses to Chapter 7 Trustee and, in support thereof, shows the following:

1.      This Court has jurisdiction of this application pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. §§ 327 and 329.

2.      On November 25, 1998 a petition for relief under Chapter 7 of the Bankruptcy Code was filed by International Heritage, Inc. (the "Debtor"). On November 25, 1998 this Court entered an Order appointing Holmes P. Harden as Trustee of the Debtor ("Trustee").

3.      Applicant has complied with all provisions of the Bankruptcy Code, the Bankruptcy Rules, and other laws, regulations and administrative orders dealing with the duties of a trustee, has discharged his duties in a prompt and efficient manner and has otherwise complied with all other duties of a Chapter 7 trustee as set forth in the Bankruptcy Code.

4.      The Court entered an order allowing trustee's first interim commission in the amount of $5,919.07 and reimbursement of expenses in the amount of $11,628.39 for services rendered from November 30, 1998 through August 31, 1999 on November 1, 1999. The court also entered an order on October 28, 2000 allowing second interim commission in the amount of

472121

$32,719.94 and reimbursement of expenses in the amount of $1,291.21 for services rendered from September 1, 1999 through August 31, 2000. The court also entered an order allowing third interim commission in the amount of $9,820.24 and reimbursement of expenses in the amount of $1,719.80 for services rendered from September 12, 2000 through August 28, 2001. The court also entered an order allowing fourth interim commission in the amount of $4,946.14 and reimbursement of expenses in the amount of $608.43 for services rendered from September 1, 2001 through September 30, 2002. The court entered an order on October 30, 2003 allowing fifth interim commission in the amount of $1,952.47 and reimbursement of expenses in the amount of $648.07 for services rendered from October 1, 2002 through September 29, 2003.

5.     Applicant has collected $53,882.59 since the fifth interim application was filed with the court.

6.     Applicant has disbursed $115,235.56 to parties in interest in the case since the fifth interim application was filed with the court. Receipts and disbursements are itemized on Exhibit A attached hereto.

7.     Applicant's law firm has expended $607.57 in payment of expenses of trustee from October 1, 2003 through September 4, 2005. An accounting of expenses is attached hereto as Exhibit B.

8.     Applicant now prays that he be allowed the sum of $3,457.07 as interim trustee's fees, together with reimbursement of expenses in the amount of $607.57, which Applicant deems as reasonable for services rendered herein. This calculation is based on the parameters set forth in 11 U.S.C. Section 326 and the compensation scale established by the Local Rules for the Eastern District of North Carolina.

472121

9.    Applicant believes that this sum is fair and reasonable in this case and should be allowed.

10.    Applicant certifies that no agreements have been made directly or indirectly and that no understanding exists for division of fees between the Applicant and other parties, except other partners of his law firm.

11.    This is the sixth Application for compensation and reimbursement of expenses made by the Applicant in this case.

WHEREFORE, Applicant prays that he be allowed and paid the above compensation of $3,457.07 and reimbursement of expenses in the amount of $607.57 and that the court grant such other and further relief to which it deems him justly entitled.

This the 20th day of October, 2005.

HOLMES P. HARDEN, CHAPTER 7 TRUSTEE
FOR INTERNATIONAL HERITAGE, INC.

Holmes P. Harden
N.C. State Bar No. 9835
3200 Beechleaf Court, Suite 500
Post Office Drawer 19764
Raleigh, North Carolina 27619-9764
Telephone: (919) 981-40000

472121

"Exhibit A"

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Case No:             98-02675-5-ATS
Case Name:           INTERNATIONAL HERITAGE INC.

Taxpayer ID No:      *******1191
For Period Ending:   10/19/05

Trustee Name:        HOLMES P. HARDEN, TRUSTEE
Bank Name:           BANK OF AMERICA
Account Number / CD #:   ******6518 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable):   $  6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 60,803.14 |
| 09/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.200 | 10.00 | | 60,813.14 |
| 10/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.200 | 10.33 | | 60,823.47 |
| 11/28/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.200 | 9.99 | | 60,833.46 |
| 12/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.100 | 5.17 | | 60,838.63 |
| 01/30/04 | 11 | NATIONSBANK, N.A. | Interest Rate 0.100 | 5.15 | | 60,843.78 |
| 02/27/04 | 11 | NATIONSBANK, N.A. | Interest Rate 0.100 | 4.82 | | 60,848.60 |
| 03/31/04 | 11 | NATIONSBANK, N.A. | Interest Rate 0.100 | 5.16 | | 60,853.76 |
| 04/30/04 | 11 | NATIONSBANK, N.A. | Interest Rate 0.100 | 4.99 | | 60,858.75 |
| 05/28/04 | 11 | NATIONSBANK, N.A. | Interest Rate 0.100 | 5.15 | | 60,863.90 |
| 06/30/04 | 11 | NATIONSBANK, N.A. | Interest Rate 0.100 | 5.00 | | 60,868.90 |
| 07/30/04 | 11 | NATIONSBANK, N.A. | Interest Rate 0.100 | 5.15 | | 60,874.05 |
| 08/31/04 | 11 | BANK OF AMERICA | Interest Rate 0.100 | 5.16 | | 60,879.21 |
| 09/30/04 | 11 | BANK OF AMERICA | Interest Rate 0.100 | 4.99 | | 60,884.20 |
| 10/29/04 | 11 | BANK OF AMERICA | Interest Rate 0.100 | 5.15 | | 60,889.35 |
| 11/30/04 | 11 | BANK OF AMERICA | Interest Rate 0.100 | 4.99 | | 60,894.34 |
| 12/31/04 | 11 | BANK OF AMERICA | Interest Rate 0.100 | 5.16 | | 60,899.50 |
| 01/31/05 | 11 | BANK OF AMERICA | Interest Rate 0.100 | 5.17 | | 60,904.67 |
| 02/28/05 | 11 | BANK OF AMERICA | Interest Rate 0.250 | 11.68 | | 60,916.35 |
| 03/31/05 | 11 | BANK OF AMERICA | Interest Rate 0.250 | 12.93 | | 60,929.28 |
| 04/29/05 | 11 | BANK OF AMERICA | Interest Rate 0.250 | 12.51 | | 60,941.79 |
| 05/31/05 | 11 | BANK OF AMERICA | Interest Rate 0.250 | 12.95 | | 60,954.74 |
| 06/30/05 | 11 | BANK OF AMERICA | Interest Rate 0.250 | 12.52 | | 60,967.26 |
| 07/29/05 | 11 | BANK OF AMERICA | Interest Rate 0.250 | 12.94 | | 60,980.20 |
| 08/31/05 | 11 | BANK OF AMERICA | Interest Rate 0.600 | 31.08 | | 61,011.28 |
| 09/30/05 | 11 | BANK OF AMERICA | Interest Rate 0.600 | 30.09 | | 61,041.37 |

Page Subtotals                238.23                0.00

LFORM2                                          Ver: 10.52a

Page: 2

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:        98-02675-5-ATS
Case Name:      INTERNATIONAL HERITAGE INC.

Trustee Name:           HOLMES P. HARDEN, TRUSTEE
Bank Name:              BANK OF AMERICA
Account Number / CD #:  ******6518  Money Market - Interest Bearing

Taxpayer ID No:         *******1191
For Period Ending:      10/19/05

Blanket Bond (per case limit):
Separate Bond (if applicable):   $  6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | 61,041.37 |
| | | | COLUMN TOTALS | 238.23 | 0.00 | |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 238.23 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 238.23 | 0.00 | |

Page Subtotals        0.00        0.00

Ver: 10.52a

LFORM2

FORM 2
Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:         98-02675-5-ATS
Case Name:       INTERNATIONAL HERITAGE INC.

Trustee Name:           HOLMES P. HARDEN, TRUSTEE
Bank Name:              BANK OF AMERICA
Account Number / CD #:  *******6521  Checking - Non Interest

Taxpayer ID No:     *******1191
For Period Ending:  10/19/05

Blanket Bond (per case limit):
Separate Bond (if applicable):   $ 6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| | | | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 0.00 | |

Page Subtotals        0.00        0.00

LFORM2                                                        Ver: 10.52a

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-ATS | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | ******6534  Money Market - Interest Bearing |
| Taxpayer ID No: | ******1191 | | | |
| For Period Ending: | 10/19/05 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $  6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 20,852.09 |
| 09/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.200 | 3.44 | | 20,855.53 |
| 10/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.200 | 3.54 | | 20,859.07 |
| 11/28/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.200 | 3.42 | | 20,862.49 |
| 12/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 1.78 | | 20,864.27 |
| 01/30/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 1.76 | | 20,866.03 |
| 02/27/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 1.66 | | 20,867.69 |
| 03/31/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 1.77 | | 20,869.46 |
| 04/30/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 1.71 | | 20,871.17 |
| 05/28/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 1.77 | | 20,872.94 |
| 06/30/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 1.71 | | 20,874.65 |
| 07/30/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 1.76 | | 20,876.41 |
| 08/31/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 1.78 | | 20,878.19 |
| 09/30/04 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 1.71 | | 20,879.90 |
| 10/29/04 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 1.76 | | 20,881.66 |
| 11/30/04 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 1.72 | | 20,883.38 |
| 12/31/04 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 1.77 | | 20,885.15 |
| 01/31/05 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 1.77 | | 20,886.92 |
| 02/28/05 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 4.01 | | 20,890.93 |
| 03/31/05 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 4.44 | | 20,895.37 |
| 04/29/05 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 4.29 | | 20,899.66 |
| 05/31/05 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 4.44 | | 20,904.10 |
| 06/30/05 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 4.30 | | 20,908.40 |
| 07/29/05 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 4.43 | | 20,912.83 |
| 08/31/05 | 11 | BANK OF AMERICA | Interest Rate  0.600 | 10.66 | | 20,923.49 |
| 09/30/05 | 11 | BANK OF AMERICA | Interest Rate  0.600 | 10.32 | | 20,933.81 |

| | | | Page Subtotals | 81.72 | 0.00 | |

LFORM2

Ver:  10.52a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

| Case No: | 98-02675-5-ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | ******6534  Money Market - Interest Bearing |

| Taxpayer ID No: | *******1191 |
| For Period Ending: | 10/19/05 |

| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | 20,933.81 |
| | | | COLUMN TOTALS | 81.72 | 0.00 | |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 81.72 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 81.72 | 0.00 | |

Page Subtotals                81.72          0.00

LFORM2                                                                                        Ver: 10.52a

Page: 6

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: *******1191
For Period Ending: 10/19/05

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6819  Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|
| | | | | | | 1,108,812.28 |
| | | | | | ▓▓ | 1,108,727.43 |
| | | | | | | 1,108,696.61 |
| | | | | | ▓▓ | |
| | | | | | | 1,108,611.51 |
| | | | | | ▓▓ | |
| 09/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.200 | 182.26 | | 1,108,793.77 |
| 10/14/03 | 001030 | BellSouth | Telephone Service 919 876-2161 450 0364 - $1.13 | | 52.78 | 1,108,740.99 |
| 10/21/03 | 001031 | International Sureties, Ltd. 210 Baronne Street, Suite 1700 New Orleans, LA 70112 | 919 790-0128 010 0363 - $51.65 Trustee Bond Bond # 016028231 | | 6,475.00 | 1,102,265.99 |
| 10/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.200 | 188.20 | | 1,102,454.19 |
| 11/04/03 | 001032 | MAUPIN TAYLOR, P.A. | Fees-Attorney for Trustee BANK7A-HFN INTERIM FEES $47,693.00 EXPENSES $92.72 | | 47,785.72 | 1,054,668.47 |
| 11/04/03 | 001033 | HOLMES P. HARDEN, TRUSTEE FOR IHI | Fees-Trustee Commission/Fees BANK7A-206 INTERIM COMMISSION | | 2,600.54 | 1,052,067.93 |
| 11/17/03 | | Transfer to Acct #*******6835 | Bank Funds Transfer | | 105.68 | 1,051,962.25 |
| 11/28/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.200 | 174.58 | | 1,052,136.83 |

Page Subtotals    545.04    57,220.49

Ver: 10.52a

LFORM2

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    7

| Case No: | 98-02675-5-ATS | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | ******6819  Money Market - Interest Bearing |
| Taxpayer ID No: | ******1191 | | Blanket Bond (per case limit): | |
| For Period Ending: | 10/19/05 | | Separate Bond (if applicable): | $  6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/18/03 | 001034 | BellSouth | Telephone Service<br>Acct. No. 919 790-0128 010 0363 - $51.62<br>Acct. No. 919 876-2161 450 0364 - $35.26 | | 86.88 | 1,052,049.95 |
| 12/18/03 | 001035 | AT&T | Telephone Service<br>Acct. No. 020 713 6257 001 - $44.54<br>Acct. No. 056 390 8195 001 - $23.44 | | 67.98 | 1,051,981.97 |
| 12/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 89.36 | | 1,052,071.33 |
| 01/16/04 | 001036 | BellSouth | Telephone Service<br>Acct. No. 919 876-2161 450 0364 - $35.26<br>Acct. No. 919 790-0128 010 0363 | | 86.87 | 1,051,984.46 |
| 01/30/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 89.11 | | 1,052,073.57 |
| 02/02/04 | 11 | Transfer to Acct #*******6835 | Bank Funds Transfer | | 172.47 | 1,051,901.10 |
| 02/18/04 | 11 | Transfer to Acct #*******6835 | Bank Funds Transfer | | 82.02 | 1,051,819.08 |
| 02/18/04 | 11 | Transfer to Acct #*******6835 | Bank Funds Transfer | | 2,475.07 | 1,049,344.01 |
| 02/27/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 83.26 | | 1,049,427.27 |
| 03/18/04 | 11 | Transfer to Acct #*******6835 | Bank Funds Transfer | | 67.35 | 1,049,359.92 |
| 03/31/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 88.89 | | 1,049,448.81 |
| 04/23/04 | 001037 | AT&T | Telephone Service<br>Acct. # 056 390 8195 001 - $23.45<br>Acct. # 020 713 6257 001 - $59.16 | | 82.61 | 1,049,366.20 |
| 04/23/04 | 001038 | BellSouth | Telephone Service<br>Acct. # 919 876-2161 450 0364 - $35.22<br>Acct. # 919 790-0128 010 0363 - $103.12 | | 138.34 | 1,049,227.86 |
| 04/30/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 86.02 | | 1,049,313.88 |
| 05/24/04 | 10 | Clerk of Superior Court | REFUND<br>Refund of cash bond 97 cv 003683 sent to HPH from Brent<br>Wood explaining he had this bond several years for a<br>comlaint against IHI | 7,500.00 | | 1,056,813.88 |
| | | | Page Subtotals | 7,936.64 | 3,259.59 | |

Ver: 10.52a

LFORM2

FORM 2

Page: 8

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:                 98-02675-5-ATS
Case Name:               INTERNATIONAL HERITAGE INC.

Taxpayer ID No:          ******1191
For Period Ending:       10/19/05

Trustee Name:            HOLMES P. HARDEN, TRUSTEE
Bank Name:               BANK OF AMERICA
Account Number / CD #:   ******6819  Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable):   $   6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/25/04 | 001039 | BELLSOUTH | Telephone Service ACCT. # 919 876-2161 450 0364 | | 35.24 | 1,056,778.64 |
| 05/25/04 | 001040 | AT&T | Telephone Service Acct. # 056 390-8195 001 - $23.45 Acct. # 020 713 6257 001 - $29.89 | | 53.34 | 1,056,725.30 |
| 05/28/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 88.94 | | 1,056,814.24 |
| 06/10/04 | 001041 | BellSouth | Telephone Service 919 876-2161 450 0364   $35.22 919 790-0128 010 0363   $52.10 | | 87.32 | 1,056,726.92 |
| 06/18/04 | 001042 | Adams Consulting Group | Accounting fees | | 3,713.40 | 1,053,013.52 |
| 06/30/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 86.56 | | 1,053,100.08 |
| 06/30/04 | 001043 | AT&T | Telephone Service 056 390 8195 001 - $23.45 | | 50.26 | 1,053,049.82 |
| 07/13/04 | 001044 | BellSouth | 020 713 6257 001 - $26.81 Telephone Service Acct. # 919 876-2161 450 0364 - $35.22 Acct. # 919 790-0128 010 0363 - $51.58 | | 86.80 | 1,052,963.02 |
| 07/28/04 | 001045 | AT&T | Telephone Service Acct. # 020 713 6257 001 - $26.67 Acct. # 056 390 8195 001 - $46.84 | | 73.51 | 1,052,889.51 |
| 07/30/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 89.18 | | 1,052,978.69 |
| 08/04/04 | 001046 | BellSouth | Telephone Service Acct. # 919 790-0128 010 0363 | | 51.58 | 1,052,927.11 |
| 08/12/04 | 001047 | INTERNATIONAL SURETIES, LTD. | Trustee Bond #01602831 | | 6,475.00 | 1,046,452.11 |
| 08/25/04 | 001048 | BellSouth | Telephone Service Acct. # 919 876-2161 450 0364 | | 34.36 | 1,046,417.75 |
| 08/31/04 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 88.94 | | 1,046,506.69 |
| | | | Page Subtotals | 353.62 | 10,660.81 | |

LFORM2

Ver: 10.52a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 9

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | ******6819  Money Market - Interest Bearing |
| Taxpayer ID No: | ******1191 | | |
| For Period Ending: | 10/19/05 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/01/04 | 001049 | AT&T | Telephone Service<br>Acct. # 020 713 6257 001 | | 25.78 | 1,046,480.91 |
| 09/13/04 | 001050 | BellSouth | Telephone Service<br>Acct. # 919 790-0128 010 0363 - $50.48 | | 85.29 | 1,046,395.62 |
| | | | Acct. # 919 876-2161 450 0364 | | | |
| 09/29/04 | 001051 | AT&T | Telephone Service<br>Acct. # 056 390 8195 001 - $23.33 | | 61.80 | 1,046,333.82 |
| | | | Acct. # 020 713 6257 001 - $28.47 | | | |
| 09/30/04 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 85.77 | | 1,046,419.59 |
| 10/11/04 | 001052 | BellSouth | Telephone Service<br>#919 876-2161 450 0364 - $35.27 | | 87.19 | 1,046,332.40 |
| 10/25/04 | 001053 | AT&T | #919 790-0128 010 0363 - $51.92<br>Telephone Service<br>Acct. # 020 713 6257 001 - $45.06 | | 68.45 | 1,046,263.95 |
| | | | Acct. # 056 390-8195 001 - $23.39 | | | |
| 10/29/04 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 88.62 | | 1,046,352.57 |
| 11/01/04 | 18 | Glaxo Wellcome Employee's Credit Union<br>P. O. Box 13398, MAI-Ca428<br>Research Triangle Park, NC  27709 | Payment on Judgment | 17,332.99 | | 1,063,685.56 |
| 11/09/04 | 001054 | Maupin Taylor, P.A. | Fees-Attorney for Trustee<br>BANK7A-HFN | | 26,186.10 | 1,037,499.46 |
| 11/09/04 | 001055 | BellSouth | Telephone Service<br>Acct. #919 790-0128 010 0363 - $50.55 | | 84.73 | 1,037,414.73 |
| | | | Acct. #919 876-2161 450 0364 - $34.18 | | | |
| 11/23/04 | 001056 | AT&T | Telephone Service<br>Acct. # 020 713 6257 001 - $30.36 | | 53.75 | 1,037,360.98 |
| | | | Acct. # 056 390 8195 001 - $23.39 | | | |

| | | | Page Subtotals | 17,507.38 | 26,653.09 | |

LFORM2

Ver: 10.52a

Page: 10

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: ********1191
For Period Ending: 10/19/05

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: ******6819  Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable):   $ 6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/04 | 11 | BANK OF AMERICA | Interest Rate 0.100 | 85.90 | | 1,037,446.88 |
| 12/09/04 | 001057 | Nicholls & Crampton, PA | Attorney's fees (other firm) / Interim fees for Period 1/1/04 to 10/25/04 | | 9,573.13 | 1,027,873.75 |
| 12/15/04 | | Transfer to Acct #*******6835 | Bank Funds Transfer | | 85.13 | 1,027,788.62 |
| 12/23/04 | | Transfer to Acct #*******6835 | Bank Funds Transfer | | 52.05 | 1,027,736.57 |
| 12/31/04 | 11 | BANK OF AMERICA | Interest Rate 0.100 | 87.58 | | 1,027,824.15 |
| 01/14/05 | 001058 | BellSouth | Telephone Service / 919 876-2161 450 0364 - $34.49 / 919 790-0128 010 0363 - $50.90 | | 85.39 | 1,027,738.76 |
| 01/26/05 | | Transfer to Acct #*******6835 | Bank Funds Transfer | | 100.42 | 1,027,638.34 |
| 01/31/05 | 11 | BANK OF AMERICA | Interest Rate 0.100 | 87.27 | | 1,027,725.61 |
| 02/22/05 | 001059 | BellSouth | Telephone Service / 919 876-2161 450 0364 | | 34.71 | 1,027,690.90 |
| 02/28/05 | 11 | BANK OF AMERICA | Interest Rate 0.250 | 197.10 | | 1,027,888.00 |
| 03/02/05 | | Transfer to Acct #*******6835 | Bank Funds Transfer | | 102.08 | 1,027,785.92 |
| 03/21/05 | | Transfer to Acct #*******6835 | Bank Funds Transfer | | 89.83 | 1,027,696.09 |
| 03/31/05 | 11 | BANK OF AMERICA | Interest Rate 0.250 | 218.22 | | 1,027,914.31 |
| 04/07/05 | | Transfer to Acct #*******6835 | Bank Funds Transfer | | 85.67 | 1,027,828.64 |
| 04/27/05 | 001060 | AT&T | Telephone Service / 020 713 6257 001 - $30.50 / 056 390 8195 001 - $24.88 | | 55.38 | 1,027,773.26 |
| 04/29/05 | 11 | BANK OF AMERICA | Interest Rate 0.250 | 211.19 | | 1,027,984.45 |
| 05/11/05 | 001061 | BellSouth | Telephone Service / 919 790-0128 010 0363 - $51.07 / 919 876-2161-450 0364 - $34.80 | | 85.87 | 1,027,898.58 |
| 05/26/05 | 001062 | AT&T | Telephone Service / 020 713 6257 001 - $28.78 / 056 390-8195 001 - $24.88 | | 53.66 | 1,027,844.92 |
| 05/31/05 | 11 | BANK OF AMERICA | Interest Rate 0.250 | 218.27 | | 1,028,063.19 |
| 06/10/05 | 001063 | BellSouth | Telephone Service | | 85.79 | 1,027,977.40 |
| | | | Page Subtotals | 1,105.53 | 10,489.11 | |

LFORM2

Ver: 10.52a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 11

Case No:         98-02675-5-ATS
Case Name:       INTERNATIONAL HERITAGE INC.

Taxpayer ID No:      ******1191
For Period Ending:   10/19/05

Trustee Name:        HOLMES P. HARDEN, TRUSTEE
Bank Name:           BANK OF AMERICA
Account Number / CD #:   ******6819 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable):   $  6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/23/05 | 001064 | AT&T | 919 876-2161 450 0364 - $34.71<br>919 790-0128 010 0363 - $51.08<br>Telephone Service | | 61.26 | 1,027,916.14 |
| 06/30/05 | 11 | BANK OF AMERICA | 056 390 8195 001 - $24.88<br>020 713 6257 001 - $26.38<br>Interest Rate  0.250 | 211.23 | | 1,028,127.37 |
| 07/07/05 | 001065 | BellSouth | Telephone Service<br>919 790-0128 010 0363 - $51.08<br>919 876-2161 450 0364 - $34.72 | | 85.80 | 1,028,041.57 |
| 07/25/05 | 001066 | AT&T | Telephone Service<br>Acct. #056 390 8195 001 - $25.98<br>Acct. # 020 713 6257 001 - $16.23 | | 42.21 | 1,027,999.36 |
| 07/29/05 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 218.29 | | 1,028,217.65 |
| 08/09/05 | 001067 | International Sureties, Ltd. | Bond<br>#01602B231 | | 6,475.00 | 1,021,742.65 |
| 08/10/05 | 001068 | BellSouth | Telephone Service<br>919 790-0128 010 0363 - $50.99<br>919 876-2161 450 0364 - $34.63 | | 85.62 | 1,021,657.03 |
| 08/31/05 | 11 | BANK OF AMERICA | Interest Rate  0.600 | 522.35 | | 1,022,179.38 |
| 09/01/05 | 001069 | AT&T | Telephone Service<br>056 390 8195 001 - $25.98<br>020 713 6257 001 - $27.60 | | 53.58 | 1,022,125.80 |
| 09/08/05 | 001070 | BellSouth | Telephone Service<br>919 790-0128 010 0363 - $51.01<br>919 876-2161 450 0364 - $34.66 | | 85.67 | 1,022,040.13 |
| 09/30/05 | 11 | BANK OF AMERICA | Interest Rate  0.600 | 504.04 | | 1,022,544.17 |
| 10/03/05 | 001071 | AT&T | Telephone Service<br>020 713 6257 001 - $34.11<br>056 390 8195 001 - $51.96 | | 86.07 | 1,022,458.10 |
| 10/10/05 | 001072 | BellSouth | Telephone Service | | 85.67 | 1,022,372.43 |

Page Subtotals           1,455.91          7,060.88

Ver: 10.52a

LFORM2

FORM 2    Page: 12

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: ******6819  Money Market - Interest Bearing

Taxpayer ID No: ******1191
For Period Ending: 10/19/05

Blanket Bond (per case limit):
Separate Bond (if applicable):    $  6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | 919 790-0128 010 0363 - $51.01 919 876-2161 450 0364 - $34.66 | | | 1,022,372.43 |
| | | | COLUMN TOTALS | 28,904.12 | 115,343.97 | |
| | | | Less:  Bank Transfers/CD's | 0.00 | 3,417.77 | |
| | | | Subtotal | 28,904.12 | 111,926.20 | |
| | | | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 28,904.12 | 111,926.20 | |

Page Subtotals    0.00    0.00

LFORM2    Ver: 10.52a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 13

| Case No: | 98-02675-5-ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | *******1191 |
| For Period Ending: | 10/19/05 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6835  Checking - Non Interest |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 258.88 |
| 09/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.200 | 0.05 | | 258.93 |
| 10/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.200 | 0.04 | | 258.97 |
| 11/17/03 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 105.68 | | 364.65 |
| 11/17/03 | 001121 | BELLSOUTH | Telephone Service 919 876-2161 450 0364 | | 35.23 | 329.42 |
| 11/17/03 | 001122 | AT&T | Telephone Service 020 713 6257 001  $48.47 056 390-8195 001  $21.98 | | 70.45 | 258.97 |
| 11/28/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.200 | 0.04 | | 259.01 |
| 12/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 0.02 | | 259.03 |
| 01/30/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 0.02 | | 259.05 |
| 02/02/04 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 172.47 | | 431.52 |
| 02/02/04 | 001123 | BellSouth | Telephone Service 919 790-0128 010 0363 | | 103.68 | 327.84 |
| 02/02/04 | 001124 | AT&T | Telephone Service 020 713 6257 001  $45.38 056 390-8195 001  $23.41 | | 68.79 | 259.05 |
| 02/18/04 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 82.02 | | 341.07 |
| 02/18/04 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 2,475.07 | | 2,816.14 |
| 02/18/04 | 001125 | BELLSOUTH | Telephone Service 919 876-2161 450 0364 | | 35.20 | 2,780.94 |
| 02/18/04 | 001126 | AT&T | Telephone Service 056 390 8195 001 | | 46.82 | 2,734.12 |
| 02/18/04 | 001127 | Nicholls & Crampton, P.A. | Attorney's fees (other firm) interim fees from February 2003 through December 2003 - fees $2,358 - expenses $117.07 | | 2,475.07 | 259.05 |
| 02/27/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 0.06 | | 259.11 |
| 03/18/04 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 67.35 | | 326.46 |
| 03/18/04 | 001128 | BELLSOUTH | Telephone Service | | 35.22 | 291.24 |

| Page Subtotals | 2,902.82 | 2,870.46 |
|---|---|---|

Ver: 10.52a

LFORM2

Page: 14

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: *******1191
For Period Ending: 10/19/05

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: ******6835  Checking - Non Interest

Blanket Bond (per case limit):
Separate Bond (if applicable):  $ 6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|
| 03/18/04 | 001129 | AT&T | 919 876-2161 450 0364 Telephone Service 020 713 6257 001 | | 32.13 | 259.11 |
| 03/31/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 0.02 | | 259.13 |
| 04/30/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 0.02 | | 259.15 |
| 05/28/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 0.02 | | 259.17 |
| 06/10/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 0.02 | | 259.19 |
| 07/30/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 0.02 | | 259.21 |
| 08/31/04 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 0.02 | | 259.23 |
| 09/30/04 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 0.02 | | 259.25 |
| 10/29/04 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 0.02 | | 259.27 |
| 11/30/04 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 0.02 | | 259.29 |
| 12/15/04 | | Transfer from Acct #******6819 | Bank Funds Transfer | 85.13 | | 344.42 |
| 12/15/04 | 001130 | BellSouth | Telephone Service 919 790-0128 010 0363  $50.63 919 876-2161 450 0364 | | 85.13 | 259.29 |
| 12/23/04 | | Transfer from Acct #******6819 | Bank Funds Transfer | 52.05 | | 311.34 |
| 12/23/04 | 001131 | AT&T | Telephone Service 020 713 6257 001 - $28.47 056 390-8195 001 - $23.58 | | 52.05 | 259.29 |
| 12/31/04 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 0.02 | | 259.31 |
| 01/26/05 | | Transfer from Acct #******6819 | Bank Funds Transfer | 100.42 | | 359.73 |
| 01/26/05 | 001132 | AT&T | Telephone Service 056 390 8195 001 $23.97 020 713 6257 001 $25.39 | | 49.36 | 310.37 |
| 01/26/05 | 001133 | BellSouth | Telephone Service 919 790-0128 010 0363 | | 51.06 | 259.31 |
| 01/31/05 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 0.02 | | 259.33 |
| 02/28/05 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 0.05 | | 259.38 |
| 03/02/05 | | Transfer from Acct #******6819 | Bank Funds Transfer | 102.08 | | 361.46 |
| | | | Page Subtotals | 339.95 | 269.73 | |

Ver: 10.52a

LFORM2

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 15

| Case No: | 98-02675-5-ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | *******1191 |
| For Period Ending: | 10/19/05 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6835  Checking - Non Interest |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/02/05 | 001134 | AT&T | Telephone Service<br>056 390-8195 001 $24.78<br>020 713 6257 001 $26.29 | | 51.07 | 310.39 |
| 03/02/05 | 001135 | BELLSOUTH | Telephone Service<br>919 790-0128 010 0363 | | 51.01 | 259.38 |
| 03/21/05 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 89.83 | | 349.21 |
| 03/21/05 | 001136 | BellSouth | Telephone Service<br>#919 876-2161 450 0364 | | 34.66 | 314.55 |
| 03/21/05 | 001137 | AT&T | Telephone Service<br>020 713 6257 001  $30.39 | | 55.17 | 259.38 |
| | | | 056 390-8195 001  $24.78 | | | |
| 03/31/05 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 0.06 | | 259.44 |
| 04/07/05 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 85.67 | | 345.11 |
| 04/07/05 | 001138 | BellSouth | Telephone Service<br>919 876-2161 450 0364 - $34.66<br>919 790-0128 010 0363 - $51.01 | | 85.67 | 259.44 |
| 04/29/05 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 0.05 | | 259.49 |
| 05/31/05 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 0.06 | | 259.55 |
| 06/30/05 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 0.05 | | 259.60 |
| 07/29/05 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 0.05 | | 259.65 |
| 08/31/05 | 11 | BANK OF AMERICA | Interest Rate  0.600 | 0.14 | | 259.79 |
| 09/30/05 | 11 | BANK OF AMERICA | Interest Rate  0.600 | 0.13 | | 259.92 |

| Page Subtotals | 176.04 | 277.58 |

LFORM2

Ver: 10.52a

FORM 2

Page: 16

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: ******6835  Checking - Non Interest

Taxpayer ID No: ******1191
For Period Ending: 10/19/05

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | 259.92 |
| | | | COLUMN TOTALS | 3,418.81 | 3,417.77 | |
| | | | Less: Bank Transfers/CD's | 3,417.77 | 0.00 | |
| | | | Subtotal | 1.04 | 3,417.77 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 1.04 | 3,417.77 | |

Page Subtotals                0.00            0.00

Ver: 10.52a

LFORM2

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 17

| Case No.: | 98-02675-5-ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | *******1191 |
| For Period Ending: | 10/19/05 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6848  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 4,256,825.34 |
| | | | | | | 4,256,755.56 |
| 09/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.200 | 699.75 | | 4,257,455.31 |
| 10/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.200 | 723.18 | | 4,258,178.49 |
| 11/04/03 | 001014 | AT&T | Telephone Service  020 713 6257 001 | | 40.76 | 4,258,137.73 |
| 11/04/03 | 001015 | BELLSOUTH | Telephone Service  919 790-0218 010 0363 | | 51.60 | 4,258,086.13 |
| 11/28/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.200 | 699.96 | | 4,258,786.09 |
| 12/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 361.71 | | 4,259,147.80 |
| 01/30/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 360.77 | | 4,259,508.57 |
| 02/27/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 337.50 | | 4,259,846.07 |
| 03/31/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 360.81 | | 4,260,206.88 |
| 04/30/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 349.20 | | 4,260,556.08 |
| 05/28/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 360.86 | | 4,260,916.94 |
| 06/30/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 349.26 | | 4,261,266.20 |
| 07/30/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 360.92 | | 4,261,627.12 |
| 08/31/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 360.96 | | 4,261,988.08 |
| 09/30/04 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 349.34 | | 4,262,337.42 |
| 10/29/04 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 361.02 | | 4,262,698.44 |
| 11/30/04 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 349.40 | | 4,263,047.84 |
| 12/31/04 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 361.08 | | 4,263,408.92 |
| 01/31/05 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 362.03 | | 4,263,770.95 |
| 02/28/05 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 817.71 | | 4,264,588.66 |
| 03/31/05 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 905.49 | | 4,265,494.15 |
| 04/29/05 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 876.47 | | 4,266,370.62 |
| 05/31/05 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 905.88 | | 4,267,276.50 |
| 06/30/05 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 876.84 | | 4,268,153.34 |
| | | | Page Subtotals | 11,490.14 | 162.14 | |

Ver: 10.52a

LFORM2

FORM 2

Page: 18

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | ******6848  Money Market - Interest Bearing |
| Taxpayer ID No: | ******1191 | | |
| For Period Ending: | 10/19/05 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $  6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/05 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 906.24 | | 4,269,059.58 |
| 08/31/05 | 11 | BANK OF AMERICA | Interest Rate  0.600 | 2,175.47 | | 4,271,235.05 |
| 09/30/05 | 11 | BANK OF AMERICA | Interest Rate  0.600 | 2,106.36 | | 4,273,341.41 |

|  | | | COLUMN TOTALS | 16,678.21 | 162.14 | 4,273,341.41 |
| | | | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 16,678.21 | 162.14 | |
| | | | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 16,678.21 | 162.14 | |

Page Subtotals                      5,188.07                      0.00

Ver: 10.52a

LFORM2

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 19

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******7313 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | Blanket Bond (per case limit): | |
| For Period Ending: | 10/19/05 | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 498,609.49 |
| 09/30/03 | | | | | | 500,109.49 |
| 09/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.200 | 81.98 | | 500,191.47 |
| 10/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.200 | 84.96 | | 500,276.43 |
| 11/28/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.200 | 82.23 | | 500,358.66 |
| 12/11/03 | 15 | JOHN D. BROTHERS | PREFERENCE SETTLEMENT | 1,000.00 | | 501,358.66 |
| 12/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate 0.100 | 42.55 | | 501,401.21 |
| 01/30/04 | 11 | NATIONSBANK, N.A. | Interest Rate 0.100 | 42.46 | | 501,443.67 |
| 02/27/04 | 11 | NATIONSBANK, N.A. | Interest Rate 0.100 | 39.74 | | 501,483.41 |
| 03/31/04 | 11 | NATIONSBANK, N.A. | Interest Rate 0.100 | 42.48 | | 501,525.89 |
| 04/30/04 | 11 | NATIONSBANK, N.A. | Interest Rate 0.100 | 41.11 | | 501,567.00 |
| 05/14/04 | 15 | FRANCIS & AUSTIN, PLLC | PREFERENCE SETTLEMENT | 3,500.00 | | 505,067.00 |
| 05/28/04 | 11 | NATIONSBANK, N.A. | Interest Rate 0.100 | 42.59 | | 505,109.59 |
| 06/30/04 | 11 | NATIONSBANK, N.A. | Interest Rate 0.100 | 41.41 | | 505,151.00 |
| 07/30/04 | 11 | NATIONSBANK, N.A. | Interest Rate 0.100 | 42.79 | | 505,193.79 |
| 08/31/04 | 11 | BANK OF AMERICA | Interest Rate 0.100 | 42.79 | | 505,236.58 |
| 09/30/04 | 11 | BANK OF AMERICA | Interest Rate 0.100 | 41.41 | | 505,277.99 |
| 10/29/04 | 11 | BANK OF AMERICA | Interest Rate 0.100 | 42.80 | | 505,320.79 |
| 11/30/04 | 11 | BANK OF AMERICA | Interest Rate 0.100 | 41.42 | | 505,362.21 |
| 12/31/04 | 11 | BANK OF AMERICA | Interest Rate 0.100 | 42.80 | | 505,405.01 |
| 01/31/05 | 11 | BANK OF AMERICA | Interest Rate 0.100 | 42.92 | | 505,447.93 |
| 02/28/05 | 11 | BANK OF AMERICA | Interest Rate 0.250 | 96.94 | | 505,544.87 |
| 03/31/05 | 11 | BANK OF AMERICA | Interest Rate 0.250 | 107.34 | | 505,652.21 |
| 04/29/05 | 11 | BANK OF AMERICA | Interest Rate 0.250 | 103.90 | | 505,756.11 |
| 05/31/05 | 11 | BANK OF AMERICA | Interest Rate 0.250 | 107.39 | | 505,863.50 |
| 06/30/05 | 11 | BANK OF AMERICA | Interest Rate 0.250 | 103.94 | | 505,967.44 |
| 07/29/05 | 11 | BANK OF AMERICA | Interest Rate 0.250 | 107.43 | | 506,074.87 |
| 08/31/05 | 11 | BANK OF AMERICA | Interest Rate 0.600 | 257.89 | | 506,332.76 |

| | | | Page Subtotals | 7,723.27 | 0.00 | |

LFORM2

Ver: 10.52a

FORM 2
Page: 20

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: *******1191
For Period Ending: 10/19/05

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******7313  Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable):  $ 6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/05 | 11 | BANK OF AMERICA | Interest Rate 0.600 | 249.70 | | 506,582.46 |
| | | | COLUMN TOTALS | 7,972.97 | 0.00 | 506,582.46 |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 7,972.97 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 7,972.97 | 0.00 | |

Page Subtotals          249.70          0.00

Ver: 10.52a

LFORM2

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 21

| Case No: | 98-02675-5-ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | ******7410  Money Market - Interest Bearing |

| Taxpayer ID No: | ******1191 |
| For Period Ending: | 10/19/05 |

| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 5,432.76 |
| 09/30/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.200 | 0.90 | | 5,433.66 |
| 10/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.200 | 0.92 | | 5,434.58 |
| 11/28/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.200 | 0.88 | | 5,435.46 |
| 12/31/03 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 0.47 | | 5,435.93 |
| 01/30/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 0.46 | | 5,436.39 |
| 02/27/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 0.43 | | 5,436.82 |
| 03/31/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 0.47 | | 5,437.29 |
| 04/30/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 0.45 | | 5,437.74 |
| 05/28/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 0.46 | | 5,438.20 |
| 06/30/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 0.45 | | 5,438.65 |
| 07/30/04 | 11 | NATIONSBANK, N.A. | Interest Rate  0.100 | 0.46 | | 5,439.11 |
| 08/31/04 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 0.47 | | 5,439.58 |
| 09/30/04 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 0.45 | | 5,440.03 |
| 10/29/04 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 0.45 | | 5,440.48 |
| 11/30/04 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 0.46 | | 5,440.94 |
| 12/31/04 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 0.46 | | 5,441.40 |
| 01/31/05 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 0.46 | | 5,441.86 |
| 02/28/05 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 1.04 | | 5,442.90 |
| 03/31/05 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 1.16 | | 5,444.06 |
| 04/29/05 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 1.11 | | 5,445.17 |
| 05/31/05 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 1.16 | | 5,446.33 |
| 06/30/05 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 1.12 | | 5,447.45 |
| 07/29/05 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 1.15 | | 5,448.60 |
| 08/31/05 | 11 | BANK OF AMERICA | Interest Rate  0.600 | 2.78 | | 5,451.38 |
| 09/30/05 | 11 | BANK OF AMERICA | Interest Rate  0.600 | 2.69 | | 5,454.07 |

Page Subtotals             21.31             0.00

Ver: 10.52a

LFORM2

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 22

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******7410  Money Market - Interest Bearing |

Taxpayer ID No:   *******1191
For Period Ending:   10/19/05

Blanket Bond (per case limit):
Separate Bond (if applicable):   $  6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 21.31 | 0.00 | 5,454.07 |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 21.31 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 21.31 | 0.00 | |
| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | |
| | | | Money Market - Interest Bearing - *******6518 | 238.23 | 0.00 | 61,041.37 |
| | | | Checking - Non Interest - *******6521 | 0.00 | 0.00 | 0.00 |
| | | | Money Market - Interest Bearing - *******6534 | 81.72 | 0.00 | 20,933.81 |
| | | | Money Market - Interest Bearing - *******6819 | 28,904.12 | 111,926.20 | 1,022,372.43 |
| | | | Checking - Non Interest - *******6835 | 1.04 | 3,417.77 | 259.92 |
| | | | Money Market - Interest Bearing - *******6848 | 16,678.21 | 162.14 | 4,273,341.41 |
| | | | Money Market - Interest Bearing - *******7313 | 7,972.97 | 0.00 | 506,582.46 |
| | | | Money Market - Interest Bearing - *******7410 | 21.31 | 0.00 | 5,454.07 |
| | | | | 53,897.60 | 115,506.11 | 5,889,985.47 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    0.00

Ver: 10.52a

LFORM2

"Exhibit B"

DATE: 10/19/05  11:08:12  PRO FORMA STATEMENT AS OF 101905 FOR FILE (BANK7A-206) BANK7A-206          #167424 (145719)  Page 3 (3)

| 1566313 | 0534 (JDJ) | 063005 | B | .50 | 45.00 | 45.00 | 45.00 | 4622.00 WORK ON SIX MONTH REPORT. |
| 1598177 | 0534 (JDJ) | 100405 | B | .40 | 36.00 | .50 | 36.00 | 4658.00 WORK ON QUARTERLY REPORT. FILE SAME. |

FEE SUBTOTAL          4658.00
                      ----------

*------COST ENTRIES------*
Cost Date Range:  070103 to 101905

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1449406 | 100103 | B | 12.50 * | FACSIMILE TRANSMISSION. LONG DISTANCE | 8052 | FIRM | |
| 1449614 | 100103 | B | 46.40 * | MT PHOTOCOPY CENTER | 8070 | FIRM | |
| 1449479 | 100303 | B | 36.00 * | 100 MILES @$.36 EACH - HOLMES P. HARDEN. WILSON, NC | 860 | FIRM | 141326 |
| 1450061 | 100903 | B | 0.50 * | FACSIMILE TRANSMISSION | 8050 | FIRM | |
| 1457075 | 101303 | B | 1.25 * | FACSIMILE TRANSMISSION | 8050 | FIRM | |
| 1462339 | 112003 | B | 96.39 * | 1/2 SUPPLIES - BOISE CASCADE OFFICE PRODUCTS CORP., INVOICE 947051, TONER CARTRIDGE | 838 | FIRM | 142445 |
| 1472680 | 011204 | B | 35.22 * | POSTAGE | 8030 | FIRM | |
| 1474723 | 011204 | B | 60.40 * | MT PHOTOCOPY CENTER | 8070 | FIRM | |
| 1474724 | 011504 | B | 29.60 * | MT PHOTOCOPY CENTER | 8070 | FIRM | |
| 1475294 | 011504 | BNP | 0.00 | LOCAL MESSENGER SERVICE:   BTI BUILDING | 8020 | 8073 | |
| 1475580 | 011604 | B | 5.62 * | POSTAGE | 8030 | FIRM | |
| 1480092 | 013004 | B | 41.04 * | MT PHOTOCOPY CENTER | 8070 | FIRM | |
| 1488523 | 022304 | B | 5.50 * | FACSIMILE TRANSMISSION | 8051 | FIRM | |
| 1488527 | 022304 | B | 2.50 * | FACSIMILE TRANSMISSION | 8051 | FIRM | |
| 1489362 | 022304 | B | 2.00 * | MT PHOTOCOPY CENTER | 8070 | FIRM | |
| 1489363 | 022304 | B | 1.60 * | MT PHOTOCOPY CENTER | 8070 | FIRM | |
| 1494829 | 030504 | B | 3.75 * | FACSIMILE TRANSMISSION. LONG DISTANCE | 8052 | FIRM | |
| 1500744 | 033104 | B | 7.60 * | MT PHOTOCOPY CENTER | 8070 | FIRM | |
| 1500745 | 033104 | B | 8.40 * | MT PHOTOCOPY CENTER | 8070 | FIRM | |
| 1500746 | 033104 | B | 12.80 * | MT PHOTOCOPY CENTER | 8070 | FIRM | |
| 1500747 | 033104 | B | 20.60 * | MT PHOTOCOPY CENTER | 8070 | FIRM | |
| 1500748 | 033104 | B | 21.40 * | MT PHOTOCOPY CENTER | 8070 | FIRM | |
| 1506830 | 040104 | B | 0.12 * | LONG DISTANCE TELEPHONE CALL | 8040 | FIRM | |
| 1503319 | 040604 | B | 0.20 * | MT PHOTOCOPY CENTER | 8070 | FIRM | |
| 1504792 | 042004 | B | 17.80 * | MT PHOTOCOPY CENTER | 8070 | FIRM | |
| 1508327 | 042304 | B | 0.74 * | POSTAGE | 8030 | FIRM | |
| 1506902 | 042604 | B | 11.00 * | MT PHOTOCOPY CENTER | 8070 | FIRM | |
| 1508310 | 042604 | B | 2.44 * | POSTAGE | 8030 | FIRM | |
| 1511540 | 051904 | B | 31.80 * | MT PHOTOCOPY CENTER | 8070 | FIRM | |
| 1515539 | 052004 | B | 3.75 * | FACSIMILE TRANSMISSION. LONG DISTANCE | 8052 | FIRM | |
| 1518884 | 060204 | B | 1.00 * | FACSIMILE TRANSMISSION | 8051 | FIRM | |
| 1520829 | 060804 | B | 0.60 * | MT PHOTOCOPY CENTER | 8070 | FIRM | |
| 1520830 | 061004 | B | 13.80 * | MT PHOTOCOPY CENTER | 8070 | FIRM | |
| 1520831 | 061404 | B | 1.80 * | MT PHOTOCOPY CENTER | 8070 | FIRM | |
| 1520832 | 061404 | B | 2.00 * | MT PHOTOCOPY CENTER | 8070 | FIRM | |
| 1520833 | 061404 | B | 1.00 * | MT PHOTOCOPY CENTER | 8070 | FIRM | |
| 1520834 | 061404 | B | 0.80 * | MT PHOTOCOPY CENTER | 8070 | FIRM | |

```
DATE: 10/19/05 11:08:12 PRO FORMA STATEMENT AS OF 101905 FOR FILE (BANK7A-206) BANK7A-206                    #167424(1457119)  Page 4 (4)

1526650   061404 B   10.13   27 MILES @$.375 EACH - HOLMES P. HARDEN,            860    FIRM   146359
                             DEPOSITION
1526150   061504 B    0.12 * LONG DISTANCE TELEPHONE CALL                       8040   FIRM
1526151   061504 B    0.48 * LONG DISTANCE TELEPHONE CALL                       8040   FIRM
1523616   062304 B    2.00 * FACSIMILE TRANSMISSION                             8051   FIRM
1525594   062304 B    0.20 * MT PHOTOCOPY CENTER                                8070   FIRM
1527991   062904 B    0.24 * LONG DISTANCE TELEPHONE CALL                       8040   FIRM
1527992   063004 B    0.24 * LONG DISTANCE TELEPHONE CALL                       8040   FIRM
1533890   071204 B    0.48 * LONG DISTANCE TELEPHONE CALL                       8040   FIRM
1533891   071304 B    0.24 * LONG DISTANCE TELEPHONE CALL                       8040   FIRM
1540074   081204 B    0.37 * POSTAGE                                            8030   FIRM
1556332   100704 B   13.75 * FACSIMILE TRANSMISSION, LONG DISTANCE              8052   FIRM
1561772   102104 B    1.00 * FACSIMILE TRANSMISSION                             8051   FIRM
1572089   110104 B    0.24 * LONG DISTANCE TELEPHONE CALL                       8040   FIRM
1560034   110304 B    0.20 * MT PHOTOCOPY CENTER                                8070   FIRM
1560035   110304 B   25.40 * MT PHOTOCOPY CENTER                                8070   FIRM
1641517   083105 B    1.50 * FACSIMILE TRANSMISSION          @.                 8051   FIRM
1645387   090405 B    5.82   12 MILES @$.485 EACH - JENNY D. JOHNSON            860    FIRM   154925
1645388   090405 B    0.24   BUSINESS MEALS - JENNY D. JOHNSON                  851    FIRM   154925
                    --------
                     607.57
                    --------
```




UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )     CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,            )
                                                             )     CHAPTER 7
                                                             )
          Debtor.                                       )

NOTICE OF SIXTH APPLICATION FOR TRUSTEE'S INTERIM COMMISSION AND
REIMBURSEMENT OF EXPENSES AND CERTIFICATE OF SERVICE

TO:  ALL CREDITORS OF INTERNATIONAL HERITAGE, INC. AND OTHER PARTIES IN
INTEREST

          NOTICE IS HEREBY GIVEN of the Sixth Application for Interim Compensation for
Trustee for statutory commission, in the amount of $3,457.07 and reimbursement of expenses in the
amount of $607.57 incurred from September 30, 2003 through October 4, 2005, filed simultaneously
herewith by Holmes P. Harden, Trustee.

          An objection to the fees requested should be filed with the Clerk, U. S. Bankruptcy
Court, Post Office Box 1441, Raleigh, North Carolina  27602 with a copy served on the trustee
whose name appears at the bottom of this Notice within twenty (20) days of the date of this Notice.
No hearing will be conducted on said objection unless the Court, in its discretion, deems a hearing
necessary, or unless a hearing is requested by the party filing such request.  Any party requesting a
hearing shall appear at said hearing in support of such request or he may be assessed with costs.

DATE OF NOTICE:  October 20 2005

                                                             Holmes P. Harden, Trustee
                                                             N. C. State Bar No. 9835
                                                             Post Office Drawer 19764
                                                             Raleigh, North Carolina  27619
                                                             Telephone: (919) 981-4000

472123

<u>CERTIFICATE OF SERVICE</u>

I, Holmes P. Harden, do hereby certify that the foregoing document was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the 20th day of __October__, 2005.

MAUPIN TAYLOR, P.A.

BY: _____
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:
Marjorie K. Lynch
Bankruptcy Administrator
(by electronic service)

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

Patrick Anders, Esquire
Edger and Paul
1777 Durham-Chapel Hill Blvd.
Suite 204
Chapel Hill, NC 27514

James A. Roberts, III, Esquire
A. Graham Shirley, Esquire
Lewis & Roberts
P.O. Box 17529
Raleigh, NC 27619-7529

See Attached Mail Matrix and E-Mail List

RAL/179511/1

# MAUPIN TAYLOR, P.A.

ATTORNEYS AT LAW
HIGHWOODS TOWER ONE, SUITE 500
3200 BEECHLEAF COURT
RALEIGH, NORTH CAROLINA 27604-1064
TELEPHONE (919) 981-4000

MAILING ADDRESS
POST OFFICE DRAWER 19764
RALEIGH, NORTH CAROLINA 27619-9764
TELEFAX (919) 981-4300

DURHAM/RESEARCHTRIANGLE PARK OFFICE
411 ANDREWS ROAD, SUITE 150
DURHAM, NORTH CAROLINA 27705
TELEPHONE (919) 382-0188

# FACSIMILE TRANSMISSION

CONFIDENTIAL [ ]          RUSH [ ]

TO: *Chittenden Bank*
*c/o Louis P. Rochkind*
*Jaffe, Raitt, Heuer & Weiss*
*One Woodward Avenue, Suite 2400*
*Detroit, MI 48226*

FROM: *Holmes P. Harden*

MAUPIN TAYLOR & ELLIS, P.A.
POST OFFICE DRAWER 19764
RALEIGH, NORTH CAROLINA 27619-9764
**DIRECT DIAL #:** *919-981-4011*

CITY:

DATE: 10\20\05

FACSIMILE #:   *313-961-8358*

OUR FILE NUMBER:   *BANK7A-206*

TOTAL NUMBER OF PAGES, INCLUDING COVER SHEET: 2

The material transmitted and communicated herein ("communication") is intended only for the use of the individual or entity to which it is addressed, and may contain information that constitutes work product, or is subject to attorney-client privilege, or is confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

*MESSAGE:*

Original to follow by mail? __X__ Yes ____ No

We are transmitting from Group III equipment.

**Facsimile #: 919/981-4300**          **Help #: 919/981-4063**

RAL/179511/1

Terri I. Gardner
Poyner & Spruill, LLP
P. O. Box 10096
3600 Glenwood Avenue
Raleigh, NC 27605

Brent E. Wood
1135 Kildaire Farm Rd. #311-8
Cary, NC 27511

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
2520 Northwinds Pkwy #375
Alpharetta, GA 30004-2233

James Russell Tucker
Tucker & Ratcliffe, L.L.P.
500 N. Akard Street, Suite 3500
Dallas, TX 75201

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Dorothy H. Miller
102 Triangle Circle
Lafayette, LA 70508

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Stacey Ostrom
202 Oak Creek Drive
League City, TX  77573-1762

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Jane E. Chassey
1514 Azalea Drive
Saint Louis, Missouri 63119

Carolyn E. John
485 Broad River Blvd.
Beaufort, SC 29906

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL -9490 Vaduz   LIECHTENSTEIN

Gary D. McDowell
200 Ansley Close
Roswell, GA 30075

Jean Wedin
P. O. Box 753
LaConner, WA 98257

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen   SWITZERLAND

Managing Agent
Schweizerische Hypotheken
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich   SWITZERLAND

Managing Agent
UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich   SWITZERLAND

Charles Anderson
P. O. Box 33550
Raleigh, NC 27636

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Larry Smith
2435 E. North Street
Greenville, SC 29615

Anna M. Washburn
145 Christopher Drive
Clayton, NC 27520

Shawna Y. Staton
Brooks, Stevens & Pope, P.A.
P. O. Box 1870
Cary, NC 27512-1870

Henry W. Nozko, Jr., President
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Henry W. Nozko, Jr., President
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Managing Agent
Coeco
2525 Atlantic Avenue
Raleigh, NC 27604

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN 56258

Managing Agent
EDS Financial Services
4800 Six Forks Road
Raleigh, NC 27609

Managing Agent
Centrum Bank AGVaduz
Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz   LIECHTENSTEIN

Managing Agent
Accurata Treuhand und Revisions AG Vaduz
Abundt 36
FL-9490 Vaduz   LIECHTENSTEIN

Managing Agent
UBS AG, Zurich Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich   SWITZERLAND

Managing Agent
TransAmerica-TIG Insurance
5205 N.O. Connor Blvd. Ste. B1
Irving, TX 75039-3724

Sherwin P. Robin
P. O. Box 9541
Savannah, GA 31412-9541

Tony Copeland
BTI
4300 Six Forks Road, Suite 500
Raleigh, NC 27609

Michael P. Flanagan
Ward and Smith, P.A.
P. O. Box 8088
Greenville, NC 27835-8088

Vickie Corbitt,
Attorney for Commissioner of Revenue
Tennessee Dept. of Revenue - Legal
312 8th Ave. N. #27 Fl
Nashville, TN 37243-0001

Jean Boyles
P. O. Box 10506
Raleigh, NC 27605

James A. Roberts, III
Lewis & Roberts, PLLC
P. O. Box 17529
Raleigh, NC 27619-7529

Stephani W. Humrickhouse, Esq.
Nicholls & Crampton
4300 Six Forks Road, Suite 700
Raleigh, NC 27609

Paul Faison S. Winborne
300/200 Parham Street, Suite F
P. O. Box 1547
Raleigh, NC 27602

Patrick H. Tyler
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

Janet Cradeur
P. O. Box 66658
Baton Rouge, LA 70896

Missouri Department of Revenue
Attn: Brian S. Kuhlmann
P. O. Box 475
Jefferson City, MO 65105-0475

James K. Austin
Ellis Painter Ratterree & Bart LLP
P. O. Box 9946
Savannah, GA 31412-9946

Meredith P. Ezzell
Wyrick Robbins Yates & Ponton LLP
P. O. Drawer 17803
Raleigh, NC 27619

Marcia McGair Ippolito
R.I. Division of Taxation
One Capitol Hill
Providence, RI 02908-5800

Walter Calton
312 East Broad Street
Eufaula, AL 36072

Keith M. Jensen
Law Office of Keith M. Jensen
514 East Beklnap
Fort Worth, TX 76102

Joseph N. Calloway, Esq.
Battle, Winslow, Scott & Wiley, P.A.
P. O. Box 7100
Rocky Mount, NC 27804-0100

L. C. Gilbert, Jr.
74 Hilltop Lane
Alpine, AL 35014

Randall L. Greene
Rt. 1, Box 155
Randlett, OK 73562

Maria Lee Siwierka
5507 Deerbourne Chase Dr.
Sugar Land, TX 77479-4194

Jackson Wayne Murphy
Rt. 6, Box 154
Troy, AL 36081

James H. Thomas
101 Robin Drive
Troy, AL 36081

Craig T. Liebendorfer
7315 Hundley Blvd.
Dallas, TX 75231-4722

Denise Marsh
709 Summit Ridge
Lewisville, TX 75067

Sharon A. Meckenstock
1640 West 34th St., N.
Wichita, KS 67204

RAL/179511/1

State Auditor's Office
Montana Securities Department
Mitchell Building, Room 270
State Capital Complex
Helen, MT 59620

William Swinney
3365 Silver Palm Drive
Jacksonville, FL 32250

Marshall Reddy
P. O. Box 806
Ponte Verde Beach, FL 32004

Henry W. Noziko, Jr.
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Gerald A. Jeutter
Kilpatrick Stockton, LLP
P. O. Box 300004
Raleigh, NC 27622

Henry W. Noziko, Jr.
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Michael K. Wolensky
Robert G. Brunton
David J. Gellen
Kutak Rock
225 Peachtree St., NE, Suite 2100
Atlanta, GA 30303-1731

Robert J. Marrigan
Development Direct, Inc.
P.O. Box 650
Bedford, MA 01730-0650

Ronald H. Garber
Boxley Bolton & Garber
P. O. Drawer 1429
Raleigh, NC 27602

Virginia Andrews Burdette
P. O. Box 47
Mukilteo, WA 98275

Scott L. Wilkinson
Assistant U.S. Attorney
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Cathy Fligg
1456 Stratfield Circle
Atlanta, GA 30319

Betty Hesketh
7566 15th Lane
Vero Beach, FL 32966

James Burshtyn
Office of Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78712548

Jackie S. Hart
1706 Antigua Lane
Nassau Bay, TX  77058

RAL/179511/1

E-mail: x2-song@worldnet.att.net
E-mail: hual@airmail.net
E-mail: mayfi23@marz.com
E-mail: Buddha623@aol.com
E-mail: pgorman@vantagepointcapital.com
E-mail: wrightr@mindspring.com
E-mail: mlafontaine@abbot-simses.com
E-mail: rabbit@rockisland.com
E-mail: cheryll.COSTANIINO@edmail.com
E-mail: jasbircheema@amropictures.com
E-mail: 72320.316@compuserve.com
E-mail: stann@colby.IXKS.com
E-mail: gjack312@Intrstar.net
E-mail: hdfrey@telusplanet.net
E-mail: DLWARREN@BellSouth.net
E-mail: michael_bhagat@hotmail.com
E-mail: rliston@spartanburg4.0rg
E-mail: ghromero@aol.com
E-mail: joanchan@rocketmail.com
E-mail: edeem@worldnet.att.net
E-mail: DFITZPA400@aol.com
E-mail: theboock@compuserve.com
E-mail: pondman@memes.com
E-mail: docchiro@ISLC.net
E-mail: RIZMOE@NWRain.com
E-mail: thodges@gateway.net
E-mail: hlee@directv.com
E-mail: fabb@telusplanet.net
E-mail: cordw@deltapineseed.com
E-mail: NBECK87570@aol.com
E-mail: JYANG4@FORD.COM
E-mail: mccarthy@mccarthyconsultant.com
E-mail: digger@bcsupernet.com
E-mail: BREIDYIII@aol.com
E-mail: pak@jcnl.com
E-mail: lpartr1072@aol.com
E-mail: leadership.possibilities.mak@worldnet.att.net
E-mail: mtheisen@efn.org
E-mail: MLGeller@aol.com
E-mail: mooreem@harpo.tnstate.edu
E-mail: backpain@keynet.net
E-mail: Hbeckbari@aol.com
E-mail: mwarhurst@yahoo.com
E-mail: js.baum@srs.gov
E-mail: wynellh@flash.net
E-mail: dlatray@mcn.net
E-mail: bwood@woodfran.com
E-mail: DickLynn.Ferency@compuserve.com
E-mail: CHASSEYRAY@email.msn.com
E-mail: jim.griffith@erols.com
E-mail: xiaokui.shan@bakernet.com
E-mail: xshan@aol.com
E-mail: kkandola@theresidences.com
E-mail: lrochkind@jafferaitt.com
E-mail: sdostrom@hotmail.com
E-mail: michaelhopkins@mailcity.com
E-mail: dana-charles@worldnet.att.net
E-mail: options-galore@yahoo.com
E-mail: bchap01@aol.com
E-mail: ceissngr@midrivers.com
E-mail: glassgs@cadvision.com
E-mail: mbrown8967@aol.com
E-mail: diemert@northerntel.net
E-mail: cgrumer@manatt.com
E-mail: shouli.yang@stjude.org
E-mail: RJWNLAW@aol.com

E-mail: sds98@eatel.net
E-mail: jwmaloy@aol.com
E-mail: kanelos@mindspring.com
E-mail: blairc@iname.com
E-mail: Larry_Fletcher@bc.sympatico.ca
E-mail: JNRRICH@Intur.net
E-mail: aadrezin@Epix.net
E-mail: kimball.peed@bigfoot.com
E-mail: tammyr@falcon.ukans.cc.edu
E-mail: VTPALMER27@yahoo.com
E-mail: crandall@rock-springs.dowell.slb.com
E-mail: gedler@bellsouth.net
E-mail: r_brown@email.msn.com
E-mail: hou@mail.med.upenn.edu
E-mail: dsbarron@bellsouth.net
E-mail: jamcgrath@yahoo.com
E-mail: bjsaw@ttc-cmc.net
E-mail: smsutom@aol.com
E-mail: lynn@dot.state.al.us
E-mail: pingnas@ica.net
E-mail: Hanna@tir.com
E-mail: buddunn@auantumworld.com
E-mail: Rahmati@ibm.net
E-mail: Docnielsen@webtv.net
E-mail: mjandcarlincc@juno.com
E-mail: loking@wixmail.com
E-mail: Jholt@Clemson.edu
E-mail: jsmusa@mindspring.com
E-mail: Mainland@ticnet.com
E-mail: cce3@juno.com
E-mail: mcnamer@bigsky.net
E-mail: mwa@wnonline.net
E-mail: lesterabs@mindspring.com
E-mail: shanson@kearney.net
E-mail: an667@hwcn.org
E-mail: yu241703@yorku.ca
E-mail: yu241703@yorku.ca
E-mail: lihen
E-mail: dsbarron@bellsouth.net
E-mail: jamcgrath@yahoo.com
E-mail: bbaum89@aol.com
E-mail: bjsaw@ttc-cmc.net
E-mail: smsutom@aol.com
E-mail: lynn@dot.state.al.us
E-mail: pingnas@ica.net
E-mail: Hanna@tir.com
E-mail: buddunn@quantumworld.com
E-mail: Rahmati@ibm.net
E-mail: docnielsen@webtv.net
E-mail: mjandcarlincc@juno.com
E-mail: loking@wixmail.com
E-mail: Jholt@Clemson.edu
E-mail: jsmusa@mindspring.com
E-mail: Mainland@ticnet.com
E-mail: cce3@juno.com
E-mail: mcnamer@bigsky.net
E-mail: mwa@wnonline.net
E-mail: lesterabs@mindspring.com
E-mail: shanson@kearney.net
E-mail: an667@hwcn.org
E-mail: yu241703@yorku.ca
E-mail: TJDeavers@aol.com
E-mail: BrAnDin420@aol.com
E-mail: hou@mail.med.upenn.edu
E-mail: CTBallard@aol.com
E-mail: beth_pattillo@shmm.org

E-mail: swede@dmea.net
E-mail: kmaxeyjr@bayou.com
E-mail: Wesglynn@aol.com
E-mail: jwarren@wyche.com
E-mail: dongming.zhao@jci.com
E-mail: pkloosterman@juno.com
E-mail: JEEPETTE99@aol.com
E-mail: pingnas@ica.net
E-mail: Karen0906@aol.com
E-mail: lonni@pb.quik.com
E-mail: Dana-Charles@Worldnet.Att.Net
E-mail: Averitas@aol.com
E-mail: kk_1200@kwikkopy.com
E-mail: hewlett@cablelan.net
E-mail: sonia_voldseth@burns.senate.gov
E-mail: dzeigler@jsucc.jsu.edu
E-mail: mchad@acnet.net
E-mail: albourassa@bigfoot.com
E-mail: albourassa@bigfoot.com
E-mail: Harden, Holmes
E-mail: Mgutierrez@pirnie.com
E-mail: mayfi23@marz.com
E-mail: shucko@prodigy.net
E-mail: zuzuy2k@yahoo.com
E-mail: Mgutierrez@pirnie.com
E-mail: Mgutierrez@pirnie.com
E-mail: RRALBRIGHT@AOL.COM
E-mail: bcslaw@prodigy.net
E-mail: rosieo@bigsky.net
E-mail: mooreem@harpo.tnstate.edu
E-mail: VANATTAL@VAX.CS.HSCSYR.EDU
E-mail: leadership.possibilities.mak@worldnet.att.net
E-mail: pingnas@ica.net
E-mail: cr8on@flash.net
E-mail: bsclaw@worldnet.att.net
E-mail: hewlettlj@shaw.ca
E-mail: ladevries@firstam.com
E-mail: ihatch@ala.net
Rmggood@Prodigy.Net