# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| Debtor. ) | |

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Internal Revenue Service designated as claim no. 7447 in the above-captioned case in the amount of $503,770.77 and amended by claim No. 15654 and requesting that said claim be denied in full, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Internal Revenue Service, claim #7447 is denied in full.

**DATED:  November 2, 2005**

A. Thomas Small
United States Bankruptcy Judge