## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| Debtor. | ) | |

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Internal Revenue Service designated as claim no. 7447 in the above-captioned case in the amount of $503,770.77 and amended by claim No. 15654 and requesting that said claim be denied in full, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Internal Revenue Service, claim #7447 is denied in full.

**DATED:  November 2, 2005**

A. Thomas Small
United States Bankruptcy Judge

**BAE SYSTEMS**

**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0417-5          User: shumdrake          Page 1 of 1                    Date Rcvd: Nov 02, 2005
Case: 98-02675               Form ID: pdf014          Total Served: 2
```

```
The following entities were served by first class mail on Nov 04, 2005.
db          +International Heritage, Inc.,  C/O TERRI L. GARDNER,   POST OFFICE DRAWER 1389,
             RALEIGH, NC 27602-1389
cr          +IRS,   320 Federal Place Room 335,   Greensboro, NC 27401-2715

The following entities were served by electronic transmission.
NONE.                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2005**                    **Signature:**   _Joseph Speetjens_