IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
) CHAPTER 7
    Debtor. )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Internal Revenue Service designated as claim no. 15654 in the above-captioned case in the amount of $329,913.68 and requesting allowance of claim in the amount of $131,948.89 as unsecured priority claim pursuant to §507(a)(8) and denial of balance of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Internal Revenue Service, claim #15654 is allowed in the amount of $131,948.89 and denied as to balance.

**DATED: November 15, 2005**

A. Thomas Small
United States Bankruptcy Judge

RALEIGH\462298_1