UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

### Order Allowing Sixth Interim Fees

    This matter comes on for consideration upon the Trustee's Sixth Application for Interim Commission and Reimbursement of Expenses for services rendered from September 30, 2003 through October 4, 2005, and Notice mailed to creditors in this case and the court having considered the factors affecting the interim compensation requested, it is ordered that the following interim commission and expenses be, and they hereby are allowed:

s/Holmes P. Harden, Trustee

| | |
|---|---|
| Trustee interim commission | $3,457.07 |
| Trustee interim expenses | $ 607.57 |

    SO ORDERED.

**DATED:  November 17, 2005**

A. Thomas Small
United States Bankruptcy Judge

472122