**VAN–117** Hearing Conference Worksheet – Rev. 10/18/2005

Date:_____   Time: _____   Place: _____

Date:_____   Time: _____   Place: _____

Date:_____   Time: _____   Place: _____

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*698* – Seventh Application For Compensation for Holmes P Harden, Trustee's Attorney, Fee:$49,282.50, Expenses:$34.75. filed by Holmes P Harden. Responses due by 11/10/2005. (Harden, Holmes)
Telephone Conference

Terri L Gardner

Poyner & Spruill, LLP
PO DRAWER 10096
3600 GLENWOOD AVENUE
RALEIGH, NC 27605–0096

919 783–6400

Holmes P Harden

Maupin Taylor, PA
P. O. Drawer 19764
Raleigh, NC 27619

919 981–4000

BA

DATED: November 17, 2005

Kelly Shum–Drake