IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| Debtor. | ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Internal Revenue Service designated as claim no. 15654 in the above-captioned case in the amount of $329,913.68 and requesting allowance of claim in the amount of $131,948.89 as unsecured priority claim pursuant to §507(a)(8) and denial of balance of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Internal Revenue Service, claim #15654 is allowed in the amount of $131,948.89 and denied as to balance.

**DATED: November 15, 2005**

A. Thomas Small
United States Bankruptcy Judge

RALEIGH\462298_1

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0417-5           User: shumdrake           Page 1 of 1              Date Rcvd: Nov 15, 2005
Case: 98-02675                 Form ID: pdf014           Total Served: 2

The following entities were served by first class mail on Nov 17, 2005.
db         +International Heritage, Inc.,   C/O TERRI L. GARDNER,   POST OFFICE DRAWER 1389,
              RALEIGH, NC 27602-1389
cr         +IRS,   320 Federal Place Room 335,   Greensboro, NC 27401-2715

The following entities were served by electronic transmission.
NONE.                                                                                   TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 17, 2005**                    Signature:    *Joseph Speetjens*