VAN–018 Notice of Telephone Conference – Rev. 05/18/2004

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street Mall
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
 ( debtor has no known aliases )
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–ATS
DATE FILED: November 25, 1998
CHAPTER: 7

TaxID: 56–1921093

NOTICE OF TELEPHONE CONFERENCE

NOTICE IS HEREBY GIVEN that a hearing will be held by telephone as indicated below:

 DATE:   Monday, December 5, 2005
 TIME:    10:30 AM
to consider and act upon the following matters:

 Seventh Application For Compensation filed by Trustee Holmes P Harden.
The hearing will involve the following parties at the telephone numbers as indicated below:

A. THOMAS SMALL
Holmes P. Harden 919–981–4000
Jeff Cook, BA's Office 919–856–4886

Mr. Harden will intiate the telephone conference and be responsible for the cost. He is instructed to telephone the Judge last at 919–856–4604.

DATED: November 18, 2005

                                        Peggy B. Deans
                                        Clerk of Court