VAN–076 Certificate of Telephonic Notice – Rev. 09/29/2004

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street Mall
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

CERTIFICATE OF TELEPHONIC NOTICE

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that the following individual(s) were given telephonic notice on **November 18, 2005** at the telephone numbers listed below:

Holmes P. Harden 919–981–4000
Bankrtupcy Admin Office 919–856–4886

that a hearing will be held by telephone as indicated below:

DATE:     November 21, 2005
TIME:     09:30 AM

to consider and act on the following matters:

Seventh Application For Compensation filed by Holmes P Harden.

Rescheduled from December 5, 2005.

Mr. Harden will initiate the telephone conference and will be responsible for its cost. He is instructed to telephone the Judge last at 919–856–4604.

DATED: November 18, 2005

Allyson McNeill
Deputy Clerk