VAN–018 Notice of Telephone Conference – Rev. 05/18/2004

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street Mall
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
 ( debtor has no known aliases )

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

NOTICE OF TELEPHONE CONFERENCE

NOTICE IS HEREBY GIVEN that a hearing will be held by telephone as indicated below:

 DATE:   Monday, December 5, 2005
 TIME:   10:30 AM
to consider and act upon the following matters:

 Seventh Application For Compensation filed by Trustee Holmes P Harden.
The hearing will involve the following parties at the telephone numbers as indicated below:

A. THOMAS SMALL
Holmes P. Harden 919–981–4000
Jeff Cook, BA's Office 919–856–4886

Mr. Harden will intiate the telephone conference and be responsible for the cost. He is instructed to telephone the Judge last at 919–856–4604.

DATED: November 18, 2005

                                                    Peggy B. Deans
                                                  Clerk of Court

Case 98-02675-5-DMW   Doc 708   Filed 11/20/05   Entered 11/21/05 01:43:50   Page 2 of 2

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0417-5          User: mcneill_a          Page 1 of 1              Date Rcvd: Nov 18, 2005
Case: 98-02675               Form ID: van018          Total Served: 1

The following entities were served by first class mail on Nov 20, 2005.
db          +International Heritage, Inc.,   C/O TERRI L. GARDNER,   POST OFFICE DRAWER 1389,
              RALEIGH, NC 27602-1389
The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 20, 2005**           Signature:       *Joseph Speetjens*