UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

### Order Allowing Seventh Interim Fees

This matter comes on for consideration upon the Attorney for Trustee's Seventh Application for Interim Compensation from October 1, 2004 through September 30, 2005 and Reimbursement of Expenses for the same period, and Notice mailed to creditors in this case and the court having considered the factors affecting the interim compensation requested, it is ordered that the following interim fees and expenses be, and they hereby are allowed:

s/Holmes P. Harden, Trustee

| | |
|---|---|
| Attorney for Trustee interim fees | $49,282.50 |
| Attorney for Trustee interim expenses | $    34.75 |

SO ORDERED.

DATED:  November 21, 2005

A. Thomas Small
United States Bankruptcy Judge

471623