Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 98-02675-5-ATS    Judge: ATS
Case Name: INTERNATIONAL HERITAGE INC.

For Period Ending: 03/31/06

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Date Filed (f) or Converted (c): 11/25/98 (f)
341(a) Meeting Date: 12/30/98
Claims Bar Date: 03/30/99

| 1 Asset Description (Scheduled and Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=554(a) DA=554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets | 7 Lien Amount | 8 Exempt Amount |
|---|---|---|---|---|---|---|---|
| 1. Accounts Receivable Funds from Brent Wood's special account. Mr. Wood said funds were from credit card processes and a small liquidation of assets on Wicker Drive. | Unknown | 0.00 | | 12,019.61 | 0.00 | 0.00 | 0.00 |
| 2. Funds in Bank Account Centura Bank CD Acct. #0219785949 to close | Unknown | 0.00 | | 26,559.96 | FA | 0.00 | 0.00 |
| 3. Refunds-Income Tax | Unknown | 737.49 | | 737.49 | FA | 0.00 | 0.00 |
| 4. Payment on Judgment for Embezzlement | Unknown | 6,386.68 | | 6,386.68 | FA | 0.00 | 0.00 |
| 5. Refunds-Other | Unknown | 7,563.74 | | 7,563.74 | FA | 0.00 | 0.00 |
| 6. Golf logo | Unknown | 0.00 | | 500.00 | FA | 0.00 | 0.00 |
| 7. Merchant Bankcard refunds | Unknown | 0.00 | | 955.93 | FA | 0.00 | 0.00 |
| 8. Auction Proceeds | Unknown | 22,635.00 | | 22,635.00 | FA | 0.00 | 0.00 |
| 9. Sale of database list | Unknown | 15,000.00 | | 15,000.00 | FA | 0.00 | 0.00 |
| 10. Cash Bonds 98CV011169 | Unknown | 2,500.00 | | 10,000.00 | FA | 0.00 | 0.00 |
| 11. Post-Petition Interest Deposits (u) | 0.00 | 280,632.39 | | 360,475.17 | 0.00 | 0.00 | 0.00 |
| 12. Postage Refund Postage Meter refund | Unknown | 0.00 | | 7,292.15 | FA | 0.00 | 0.00 |
| 13. Executive Risk Settlement | Unknown | 1,787,500.00 | | 1,787,500.00 | FA | 0.00 | 0.00 |
| 14. SEC Settlement First scheduled payment on settlement | Unknown | 0.00 | | 4,315,308.30 | FA | 0.00 | 0.00 |
| 15. Preference Payments (u) | Unknown | 0.00 | | 485,684.27 | 0.00 | | |
| 16. Collecton (u) Collection of Duke Realty Rent | Unknown | 0.00 | | 6,000.00 | FA | | |
| 17. Erre Insurance Settlement | Unknown | 0.00 | | 60,000.00 | FA | 0.00 | 0.00 |
| 18. Keena Peterson Judgment (u) Paid off in full on 11/1/04 | 0.00 | 17,332.99 | | 17,332.99 | FA | 0.00 | 0.00 |

TOTALS (Excluding Unknown Values)    $ 0.00    $ 2,140,288.29    $ 7,141,951.29

Gross Value of Remaining Assets    $0.00

LFORM1EX

Ver. 11.00a

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Case No:    98-02675-5-ATS    Judge: ATS

Case Name:    INTERNATIONAL HERITAGE INC.

Trustee Name:    HOLMES P. HARDEN, TRUSTEE

Date Filed (f) or Converted (c):    11/25/98 (f)

341(a) Meeting Date:    12/30/98

Claims Bar Date:    03/30/99

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |

(Total Dollar Amount in Column 6)    0.00    0.00    0.00

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1/4/06 - check written to Huntrockhouse

1/06 - Reviewing omnibus claims objections per new BR 3007; hope to have objections filed in 2nd quarter of 2006;

2/27/06 - Met with Ms. Lynch, Mr. Kennedy and Ms. Deans re filing objections

3/14/06 - Draft letter to post office in Benson, NC re opening box; JDJ spoke with Mr. Kennedy re technology issues

Initial Projected Date of Final Report (TFR): 12/30/01    Current Projected Date of Final Report (TFR): 12/31/06

/s/ HOLMES P. HARDEN, TRUSTEE    Date: 04/19/06

HOLMES P. HARDEN, TRUSTEE

LFORM1EX

Ver: 11.00a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    1

| Case No: | 98-02675-5-ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | ******6518  Money Market - Interest Bearing |

| Taxpayer ID No: | ******1191 |
| For Period Ending: | 03/31/06 |

| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 61,133.73 |
| 01/31/06 | 11 | BANK OF AMERICA | Interest Rate  0.600 | 31.16 | | 61,164.89 |
| 02/28/06 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 43.57 | | 61,208.46 |
| 03/31/06 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 51.99 | | 61,260.45 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | | 126.72 | 0.00 | 61,260.45 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 |
| Subtotal | | 126.72 | 0.00 |
| Less:  Payments to Debtors | | | 0.00 |
| Net | | 126.72 | 0.00 |

Page Subtotals          126.72          0.00

Ver: 11.00a

LFORM2

FORM 2

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | ******6521 Checking - Non Interest |

| Taxpayer ID No: | ******1191 |
| For Period Ending: | 03/31/06 |

| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| | | | COLUMN TOTALS | 0.00 | 0.00 | |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 0.00 | |

Page Subtotals            0.00             0.00

Ver: 11.00a

LFORM2

FORM 2
Page: 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | ******6534  Money Market - Interest Bearing |

| Taxpayer ID No: | ******1191 |
| For Period Ending: | 03/31/06 |

| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 20,965.48 |
| 01/31/06 | 11 | BANK OF AMERICA | Interest Rate 0.600 | 10.69 | | 20,976.17 |
| 02/28/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 14.94 | | 20,991.11 |
| 03/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 17.83 | | 21,008.94 |
| | | | | | | |
| | | | COLUMN TOTALS | 43.46 | 0.00 | 21,008.94 |
| | | | Less:   Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 43.46 | 0.00 | |
| | | | Less:   Payments to Debtors | | 0.00 | |
| | | | Net | 43.46 | 0.00 | |

| Page Subtotals | 43.46 | 0.00 |

Ver: 11.00a

LFORM2

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| | | |
|---|---|---|
| Case No: | 98-02675-5-ATS | |
| Case Name: | INTERNATIONAL HERITAGE INC. | |
| | | |
| Taxpayer ID No: | ********1191 | |
| For Period Ending: | 03/31/06 | |

| | |
|---|---|
| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | ******6819 Money Market - Interest Bearing |
| | |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 970,149.69 |
| 01/02/06 | 001077 | Nicholls & Crampton, P.A. | Fees-Attorney for Trustee | | 1,756.29 | 968,393.40 |
| 01/12/06 | 001078 | BellSouth | Telephone Service 919 790-0128 010 0363 - $65.60 919 876-2161 450 0364 - $46.18 | | 111.78 | 968,281.62 |
| 01/31/06 | 11 | BANK OF AMERICA | Interest Rate  0.600 | 493.61 | | 968,775.23 |
| 01/31/06 | 001079 | AT&T | Telephone Service 056 390-8195 001 - $26.14 020 713 6257 001 - $36.05 | | 62.19 | 968,713.04 |
| 02/09/06 | 001080 | BellSouth | Telephone Service 919 790-0128 010 0363 - $65.60 919 876-2161 450 0364 - $46.18 | | 111.78 | 968,601.26 |
| 02/23/06 | 001081 | AT&T | Telephone Service 020 713 6257 001 - $30.54 056 390-8195 001 - $52.28 | | 82.82 | 968,518.44 |
| 02/28/06 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 690.00 | | 969,208.44 |
| 03/10/06 | 001082 | BellSouth | Telephone Service 919 790-0128 010 0363 - $59.32 919 876-2161 450 0364 - $40.95 | | 100.27 | 969,108.17 |
| 03/14/06 | 001083 | U.S. Postal Service | rental - po box | | 38.00 | 969,070.17 |
| 03/31/06 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 823.10 | | 969,893.27 |

| | | |
|---|---|---|
| Page Subtotals | 2,006.71 | 2,263.13 |

LFORM2

Ver: 11.00a

FORM 2

Page: 5

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:         98-02675-5-ATS
Case Name:       INTERNATIONAL HERITAGE INC.

Taxpayer ID No:  *******1191
For Period Ending: 03/31/06

Trustee Name:    HOLMES P. HARDEN, TRUSTEE
Bank Name:       BANK OF AMERICA
Account Number / CD #:  ******6819  Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable):   $  6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | 969,893.27 |
| | | | COLUMN TOTALS | 2,006.71 | 2,263.13 | |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 2,006.71 | 2,263.13 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 2,006.71 | 2,263.13 | |

Page Subtotals        0.00        0.00

Ver: 11.00a

LFORM2

FORM 2

Page: 6

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  98-02675-5-ATS
Case Name:  INTERNATIONAL HERITAGE INC.

Taxpayer ID No:  *******1191
For Period Ending:  03/31/06

Trustee Name:  HOLMES P. HARDEN, TRUSTEE
Bank Name:  BANK OF AMERICA
Account Number / CD #:  *******6835  Checking - Non Interest

Blanket Bond (per case limit):
Separate Bond (if applicable):  $ 6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| | | | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 0.00 | 0.00 | |
| | | | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 0.00 | |

Page Subtotals          0.00          0.00

LFORM2

Ver: 11.00a

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:        98-02675-5-ATS
Case Name:      INTERNATIONAL HERITAGE INC.

Taxpayer ID No:  *******1191
For Period Ending:  03/31/06

Trustee Name:        HOLMES P. HARDEN, TRUSTEE
Bank Name:           BANK OF AMERICA
Account Number / CD #:  ******6848  Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable):  $ 6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 4,279,807.35 |
| 01/31/06 | 11 | BANK OF AMERICA | Interest Rate 0.600 | 2,180.95 | | 4,281,988.30 |
| 02/28/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 3,050.18 | | 4,285,038.48 |
| 03/09/06 | 14 | United States District Court Northern District of Georgia | Settlement with SEC Lawsuit settlement | 65,308.30 | | 4,350,346.78 |
| 03/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 3,678.71 | | 4,354,025.49 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 74,218.14 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 74,218.14 | 0.00 |
| Less:  Payments to Debtors | | 0.00 |
| Net | 74,218.14 | 0.00 |

Page Subtotals          74,218.14          0.00

Ver: 11.00a

LFORM2

FORM 2

Page: 8

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******7313  Money Market - Interest Bearing |

| Taxpayer ID No: | *******1191 |
| For Period Ending: | 03/31/06 |

| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $  6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 507,348.96 |
| 01/31/06 | 11 | BANK OF AMERICA | Interest Rate  0.600 | 258.55 | | 507,607.51 |
| 02/28/06 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 361.58 | | 507,969.09 |
| 03/31/06 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 431.43 | | 508,400.52 |
| | | | COLUMN TOTALS | 1,051.56 | 0.00 | 508,400.52 |
| | | | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 1,051.56 | 0.00 | |
| | | | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 1,051.56 | 0.00 | |

Page Subtotals          1,051.56          0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 9

| Case No: | 98-02675-5-ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |

| Taxpayer ID No: | ••••••1191 |
| For Period Ending: | 03/31/06 |

Trustee Name:
Bank Name:    HOLMES P. HARDEN, TRUSTEE
Account Number / CD #:    BANK OF AMERICA
••••••7410  Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable):    $  6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 5,462.31 |
| 01/31/06 | 11 | BANK OF AMERICA | Interest Rate  0.600 | 2.79 | | 5,465.10 |
| 02/28/06 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 3.89 | | 5,468.99 |
| 03/31/06 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 4.64 | | 5,473.63 |
| | | | COLUMN TOTALS | 11.32 | 0.00 | 5,473.63 |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 11.32 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 11.32 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - ••••••6518 | 126.72 | 0.00 | 61,260.45 |
| Checking - Non Interest - ••••••6521 | 0.00 | 0.00 | 0.00 |
| Money Market - Interest Bearing - ••••••6534 | 43.46 | 0.00 | 21,008.94 |
| Money Market - Interest Bearing - ••••••6819 | 2,006.71 | 2,263.13 | 969,893.27 |
| Checking - Non Interest - ••••••6835 | 0.00 | 0.00 | 0.00 |
| Money Market - Interest Bearing - ••••••6848 | 74,218.14 | 0.00 | 4,354,025.49 |
| Money Market - Interest Bearing - ••••••7313 | 1,051.56 | 0.00 | 508,400.52 |
| Money Market - Interest Bearing - ••••••7410 | 11.32 | 0.00 | 5,473.63 |
| | 77,457.91 | 2,263.13 | 5,920,062.30 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    11.32    0.00

Ver: 11.00a

LFORM2