# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 98-02675-5-ATS | Judge: ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | | Date Filed (f) or Converted (c): | 11/25/98 (f) |
| | | | 341(a) Meeting Date: | 12/30/98 |
| For Period Ending: | 06/30/06 | | Claims Bar Date: | 03/30/99 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Accounts Receivable Funds from Brent Wood's special account. Mr. Wood said funds were from credit card processes and a small liquidation of assets on Wicker Drive. | Unknown | 0.00 | | 12,019.61 | FA | 0.00 | 0.00 |
| 2. Funds in Bank Account Centura Bank CD Acct. #0219785949 to close | Unknown | 0.00 | | 26,559.96 | FA | 0.00 | 0.00 |
| 3. Refunds-Income Tax | Unknown | 737.49 | | 737.49 | FA | 0.00 | 0.00 |
| 4. Payment on Judgment for Embezzlement | Unknown | 6,386.68 | | 6,386.68 | FA | 0.00 | 0.00 |
| 5. Refunds-Other | Unknown | 7,563.74 | | 7,563.74 | FA | 0.00 | 0.00 |
| 6. Golf logo | Unknown | 0.00 | | 500.00 | FA | 0.00 | 0.00 |
| 7. Merchant Bankard refunds | Unknown | 0.00 | | 955.93 | FA | 0.00 | 0.00 |
| 8. Auction Proceeds | Unknown | 22,635.00 | | 22,635.00 | FA | 0.00 | 0.00 |
| 9. Sale of database list | Unknown | 15,000.00 | | 15,000.00 | FA | 0.00 | 0.00 |
| 10. Cash Bonds 98CV011169 | Unknown | 2,500.00 | | 10,000.00 | FA | 0.00 | 0.00 |
| 11. Post-Petition Interest Deposits (u) | 0.00 | 280,632.39 | | 375,246.74 | | 0.00 | 0.00 |
| 12. Postage Refund Postage Meter refund | Unknown | 0.00 | | 7,292.15 | FA | 0.00 | 0.00 |
| 13. Executive Risk Settlement | Unknown | 1,787,500.00 | | 1,787,500.00 | FA | 0.00 | 0.00 |
| 14. SEC Settlement | Unknown | 0.00 | | 4,315,308.30 | FA | 0.00 | 0.00 |
| 15. Preference Payments (u) First scheduled payment on settlement | Unknown | 0.00 | | 485,684.27 | FA | 0.00 | 0.00 |
| 16. Collection (u) Collection of Duke Realty Rent | Unknown | 0.00 | | 6,000.00 | FA | 0.00 | 0.00 |
| 17. Erie Insurance Settlement | Unknown | 0.00 | | 60,000.00 | FA | 0.00 | 0.00 |
| 18. Kecia Peterson Judgment (u) Paid off in full on 11/1/04 | Unknown | 17,332.99 | | 17,332.99 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $ 0.00 | $ 2,140,288.29 | | $ 7,156,722.86 | Gross Value of Remaining Assets $0.00 | 0.00 | 0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 98-02675-5-ATS  Judge: ATS  Trustee Name: HOLMES P. HARDEN, TRUSTEE
Case Name: INTERNATIONAL HERITAGE INC.
Date Filed (f) or Converted (c): 11/25/98 (f)
341(a) Meeting Date: 12/30/98
Claims Bar Date: 03/30/99

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |

(Total Dollar Amount in Column 6)  0.00  0.00

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1/4/06 - check written to Humrichouse
1/06 - Reviewing omnibus claims objections per new BR 3007; hope to have objections filed by the end of 2006;
2/27/06 - Met with Ms. Lynch, Mr. Kennedy and Ms. Deans re filing objections
3/14/06 - Draft letter to post office in Benson, NC re opening box; JDJ spoke with Mr. Kennedy re technology issues
6/30/06 JDJ still trying to work on technical issues with filing objections.

Initial Projected Date of Final Report (TFR): 12/30/01    Current Projected Date of Final Report (TFR): 12/31/07

/s/ HOLMES P. HARDEN, TRUSTEE    Date: 07/18/06
HOLMES P. HARDEN, TRUSTEE

Page: 1

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: *******1191
For Period Ending: 06/30/06

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6518 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  | 61,133.73 |
| 01/31/06 | 11 | BANK OF AMERICA | Interest Rate 0.600 | 31.16 |  | 61,164.89 |
| 02/28/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 43.57 |  | 61,208.46 |
| 03/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 51.99 |  | 61,260.45 |
| 04/28/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 50.34 |  | 61,310.79 |
| 05/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 52.08 |  | 61,362.87 |
| 06/29/06 |  | Transfer to Acct #*******6835 | TRANSFERRING FUNDS TO NATIONSBANK |  | 115.30 | 61,247.57 |
| 06/30/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 50.44 |  | 61,298.01 |

COLUMN TOTALS                                     279.58          115.30          61,298.01
    Less: Bank Transfers/CD's                       0.00          115.30
Subtotal                                          279.58            0.00
    Less: Payments to Debtors                       0.00
Net                                               279.58            0.00

Page: 2

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: *******1191
For Period Ending: 06/30/06

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6521 Checking - Non Interest

Blanket Bond (per case limit): $ 6,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| | | | COLUMN TOTALS | 0.00 | 0.00 | |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 0.00 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: *******1191
For Period Ending: 06/30/06

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6534 Money Market - Interest Bearing

Blanket Bond (per case limit): $ 6,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 20,965.48 |
| 01/31/06 | 11 | BANK OF AMERICA | Interest Rate 0.600 | 10.69 | | 20,976.17 |
| 02/28/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 14.94 | | 20,991.11 |
| 03/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 17.83 | | 21,008.94 |
| 04/28/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 17.27 | | 21,026.21 |
| 05/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 17.86 | | 21,044.07 |
| 06/30/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 17.30 | | 21,061.37 |

COLUMN TOTALS 95.89 0.00 21,061.37
Less: Bank Transfers/CD's 0.00 0.00
Subtotal 95.89 0.00
Less: Payments to Debtors 0.00
Net 95.89 0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: **********1191
For Period Ending: 06/30/06

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *********6819 Money Market - Interest Bearing
Blanket Bond (per case limit): $ 6,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 970,149.69 |
| 01/02/06 | 001077 | Nicholls & Crampton, P.A. | Fees-Attorney for Trustee | | 1,756.29 | 968,393.40 |
| 01/12/06 | 001078 | BellSouth | Telephone Service 919 790-0128 010 0363 - $65.60 919 876-2161 450 0364 - $46.18 | | 111.78 | 968,281.62 |
| 01/31/06 | 11 | | Interest Rate 0.600 | 493.61 | | 968,775.23 |
| 01/31/06 | 001079 | AT&T | Telephone Service 056 390-8195 001 - $26.14 020 713 6257 001 - $36.05 | | 62.19 | 968,713.04 |
| 02/09/06 | 001080 | BellSouth | Telephone Service 919 790-0128 010 0363 - $65.60 919 876-2161 450 0364 - $46.18 | | 111.78 | 968,601.26 |
| 02/23/06 | 001081 | AT&T | Telephone Service 020 713 6257 001 - $30.54 056 390-8195 001 - $52.28 | | 82.82 | 968,518.44 |
| 02/28/06 | 11 | | Interest Rate 1.000 | 690.00 | | 969,208.44 |
| 03/10/06 | 001082 | BellSouth | Telephone Service 919 790-0128 010 0363 - $59.32 919 876-2161 450 0364 - $40.95 | | 100.27 | 969,108.17 |
| 03/14/06 | 001083 | U.S. Postal Service | rental - po box | | 38.00 | 969,070.17 |
| 03/31/06 | 11 | | Interest Rate 1.000 | 823.10 | | 969,893.27 |
| 03/31/06 | 001084 | AT&T | Telephone Service Acct # 020 713 6257 001 - $28.30 Acct #056 390 8195 001 - $26.32 | | 54.62 | 969,838.65 |
| 04/24/06 | 001085 | BANK OF AMERICA | Interest Rate 1.000 | 797.17 | | 970,635.82 |
| 04/28/06 | 11 | BellSouth | Telephone Service Acct. #919 876-2161 450 0364 - $41.01 Acct. #919 790-0128 010 0363 - $59.48 | | 100.49 | 970,535.33 |
| 05/12/06 | 001086 | BELLSOUTH | TELEPHONE SERVICE | | 59.37 | 970,475.96 |
| 05/25/06 | 001087 | AT&T | Telephone Service | | 55.68 | 970,420.28 |
| 05/25/06 | | | Page Subtotals | 2,803.88 | 2,533.29 | |

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6819 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 06/30/06 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/06 | 11 | BANK OF AMERICA | Interest Rate | 1.000 | 824.34 | | 971,244.62 |
| 06/30/06 | 11 | BANK OF AMERICA | Interest Rate | 1.000 | 798.28 | | 972,042.90 |

|  |  |
| --- | --- |
| COLUMN TOTALS | 4,426.50   2,533.29 |
| Less: Bank Transfers/CD's | 0.00   0.00 |
| Subtotal | 4,426.50   2,533.29 |
| Less: Payments to Debtors | 0.00 |
| Net | 4,426.50   2,533.29 |

972,042.90

Page: 6

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: *********1191
For Period Ending: 06/30/06

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *********6835 Checking - Non Interest

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 06/29/06 | | Transfer from Acct #*******6518 | TRANSFERRING FUNDS TO NATIONSBANK | 115.30 | | 115.30 |
| 06/29/06 | 001142 | AT&T | Telephone Service | | 55.93 | 59.37 |
| 06/29/06 | 001143 | BellSouth | Telephone Service | | | 59.37 |
| 06/29/06 | 001143 | BellSouth | Telephone Service | | | 59.37 |
| 06/29/06 | 001144 | BellSouth | Telephone Service | | 59.37 | 0.00 |

COLUMN TOTALS  115.30  115.30
Less: Bank Transfers/CD's  115.30  0.00
Subtotal  0.00  115.30
Less: Payments to Debtors  0.00
Net  0.00  115.30

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: *******1191
For Period Ending: 06/30/06

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6848 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 4,279,807.35 |
| 01/31/06 | 11 | BANK OF AMERICA | Interest Rate 0.600 | 2,180.95 | | 4,281,988.30 |
| 02/28/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 3,050.18 | | 4,285,038.48 |
| 03/09/06 | 14 | United States District Court Northern District of Georgia | Settlement with SEC Lawsuit settlement | 65,308.30 | | 4,350,346.78 |
| 03/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 3,678.71 | | 4,354,025.49 |
| 04/28/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 3,578.64 | | 4,357,604.13 |
| 05/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 3,700.99 | | 4,361,305.12 |
| 06/30/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 3,584.63 | | 4,364,889.75 |

| COLUMN TOTALS | 85,082.40 | 0.00 | 4,364,889.75 |
|---|---|---|---|
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 85,082.40 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 85,082.40 | 0.00 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: *******1191
For Period Ending: 06/30/06

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******7313  Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 507,348.96 |
| 01/31/06 | 11 | BANK OF AMERICA | Interest Rate 0.600 | 258.55 | | 507,607.51 |
| 02/28/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 361.58 | | 507,969.09 |
| 03/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 431.43 | | 508,400.52 |
| 04/28/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 417.86 | | 508,818.38 |
| 05/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 432.15 | | 509,250.53 |
| 06/30/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 418.56 | | 509,669.09 |

COLUMN TOTALS                                    2,320.13     0.00      509,669.09
       Less: Bank Transfers/CD's                     0.00     0.00
Subtotal                                         2,320.13     0.00
       Less: Payments to Debtors                              0.00
Net                                              2,320.13     0.00

Page: 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  98-02675-5-ATS
Case Name:  INTERNATIONAL HERITAGE INC.
Taxpayer ID No:  *******1191
For Period Ending:  06/30/06

Trustee Name:  HOLMES P. HARDEN, TRUSTEE
Bank Name:  BANK OF AMERICA
Account Number / CD #:  *******7410 Money Market - Interest Bearing
Blanket Bond (per case limit):
Separate Bond (if applicable):  $ 6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  |  | 5,462.31 |
| 01/31/06 | 11 | BANK OF AMERICA | Interest Rate 0.600 | 2.79 |  | 5,465.10 |
| 02/28/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 3.89 |  | 5,468.99 |
| 03/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 4.64 |  | 5,473.63 |
| 04/28/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 4.49 |  | 5,478.12 |
| 05/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 4.66 |  | 5,482.78 |
| 06/30/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 4.51 |  | 5,487.29 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 24.98 | 0.00 | 5,487.29 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 24.98 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 24.98 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - *********6518 | 279.58 | 0.00 | 61,298.01 |
| Checking - Non Interest - *********6521 | 0.00 | 0.00 | 0.00 |
| Money Market - Interest Bearing - *********6534 | 95.89 | 0.00 | 21,061.37 |
| Money Market - Interest Bearing - *********6819 | 4,426.50 | 2,533.29 | 972,042.90 |
| Checking - Non Interest - *********6835 | 0.00 | 115.30 | 0.00 |
| Money Market - Interest Bearing - *********6848 | 85,082.40 | 0.00 | 4,364,889.75 |
| Money Market - Interest Bearing - *********7313 | 2,320.13 | 0.00 | 509,669.09 |
| Money Market - Interest Bearing - *********7410 | 24.98 | 0.00 | 5,487.29 |
| | 92,229.48 | 2,648.59 | 5,934,448.41 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         24.98         0.00

LFORM2                                                              Ver: 11.50a

Page: 10

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: *******1191
For Period Ending: 06/30/06

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******7410 Money Market - Interest Bearing
Blanket Bond (per case limit): $ 6,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals       0.00       0.00