IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

EIGHTH APPLICATION FOR INTERIM COMPENSATION FOR
SERVICES RENDERED BY ATTORNEY FOR TRUSTEE

The application of Holmes P. Harden, attorney for Trustee in the above-captioned case, respectfully represents:

1.  That on the 22nd day of January, 1999 your applicant was approved as attorney for Trustee in the above-referenced case, #98-02675-5-ATS, and has since performed certain services on behalf of the Trustee. The Court entered an Order Allowing Attorney for Trustee's First Interim Fees on November 1, 1999 for services rendered and time expended incurred for the period November 30, 1998 through September 22, 1999 and expenses incurred for the period January 27, 1999 through August 31, 1999. The Court entered a consent order on October 26, 2000 allowing applicant's Second interim compensation for services rendered from September 23, 1999 through September 12, 2000 in the amount of $20,674.75 and reimbursement of expenses in the amount of $24.50. The court also entered a consent order on October 25, 2001 allowing compensation in the amount of $6,089.50 for services rendered from September 18, 2000 through August 21, 2001. The court entered an order allowing compensation in the amount of $22,920.00 and reimbursement of expenses in the amount of $3.25 for services rendered from September 11, 2001 through September 17, 2002. The court entered an order on October 30, 2003 allowing compensation in the amount of $47,693.00 and reimbursement of expenses in the

508024

1

amount of $92.72 for services rendered from September 18, 2002 through September 29, 2003. The court entered an order on November 8, 2004 allowing compensation in the amount of $26,076.00 for services rendered from October 1, 2003 through September 30, 2004 and reimbursement of expenses in the amount of $110.10 for the same time period. The court entered an order on November 21, 2005 allowing compensation in the amount of $49,282.59 for services rendered from October 1, 2004 through September 30, 2005 and reimbursement of expenses in the amount of $34.75 for the same time period.

2. Applicant's Eighth Interim Application for compensation are for services rendered from October 1, 2005 through September 30, 2006 and are itemized on Exhibit A attached hereto and incorporated herein by reference.

3. Attorney time is billed at a rate of $200.00 per hour. Paralegal time is billed at $90.00 per hour. The total amount of interim compensation being sought is $8,258.00.

| Attorney | Rate | Hours | Amount |
| --- | --- | --- | --- |
| H. P. Harden | $200.00 | 9.70 | $1,940.00 |
| Paralegal | | | |
| Jenny D. Johnson | $90.00 | 70.20 | 6,318.00 |
| Totals | | 79.9 | $8,258.00 |

Applicant believes that the compensation requested is fair and reasonable. In addition to interim compensation, the applicant also requests reimbursement for reasonable and necessary expenses incurred in the amount of $147.24.

3. Reimbursement for travel expenses is requested at the rate of .445 per mile. Reimbursement for photocopy expenses is requested only for photocopies disseminated at the direction of the Court or Clerk of Court or pursuant to Local Rules, at .20 per page. Reimbursement for postal expenses is requested only for the costs of mailings directed by the Court, the Clerk, or pursuant to Local Rules.

508024

2

4.   No agreement or understanding exists between the applicant and any other person for the sharing of compensation to be received for services rendered in or in connection with this case, other than with the professional association by which the undersigned is employed.

Holmes P. Harden is the firm's senior creditor's rights and bankruptcy attorney and coordinator of its creditors' rights and bankruptcy practice group. He is certified in bankruptcy law by the North Carolina State Bar Board of Legal Specialization and in business bankruptcy law by the American Bankruptcy Board of Certification. He has over 17 years of business law experience. He is a Chapter 7 Bankruptcy Trustee for the Eastern District of North Carolina. His normal hourly billing rate is $320.00.

Mr. Harden received his undergraduate degree at Davidson College and his law degree at the University of North Carolina. He served as law clerk to the Honorable Naomi Morris, Chief Judge of the North Carolina Court of Appeals, from 1981 to 1982. He is a member of several professional organizations, including the North Carolina Bar Association, National Association of Bankruptcy Trustees, Council of Certified Bankruptcy Specialists, and the American Bankruptcy Institute. He is AV rated by the *Martindale Hubble Law Directory*.

Jenny D. Johnson, Bankruptcy Paralegal, Johnston Community College, 1977, Associate Accounting; Atlantic Christian College, 1980, B.S.B.A.; Meredith College, (bankruptcy law course under legal assistant program); 8 years banking experience; 18 years experience in bankruptcy; 1 year probate experience; 99% of billable time is devoted to bankruptcy; Normal hourly billing rate is $95.00 per hour.

WHEREFORE, your applicant prays that he be allowed and paid from the estate the above requested eighth interim compensation of $8,258.00 and reimbursement of expenses in the amount of $147.24.

508024

3

Attorney for Trustee

Sworn to and subscribed before me this the 3rd day of October, 2006.

*Jennifer D. Johnson*
Notary Public

My Commission Expires:

1/25/2010



JENNIFER D. JOHNSON
NOTARY PUBLIC
JOHNSTON COUNTY, N.C.
My Commission Expires 1-25-2010

508024

4

CERTIFICATE OF SERVICE

I, Holmes P. Harden, attorney for Trustee, do hereby certify that the Eighth Interim Application for Services of Attorney for Trustee's Fees hereto attached was served upon the party listed below by mailing a copy thereof to him at the address indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the 3rd day of October, 2006.

*[signature]*
Holmes P. Harden
Attorney for Trustee
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
(by electronic service)

508024

```
*------MATTER DESCRIPTION------*
INTERNATIONAL HERITAGE, INC.
ATTORNEY FOR TRUSTEE

*------CLIENT INFORMATION------*                       --CLIENT NUMBER--    --ORIGINATING--   --BILLING--      --SUPERVISING--
U.S. BANKRUPTCY COURT - EDNC                             BANK7A                0117 HPH         0117 HPH        0117 HPH
                                                                              H HARDEN         H HARDEN        H HARDEN

-------CLIENT ADDRESS------*                           *-----MATTER ADDRESS------*
U.S. BANKRUPTCY COURT - EDNC                           UNITED STATES BANKRUPTCY COURT
CENTURY STATION POST OFFICE BUILDING                   EASTERN DISTRICT OF NORTH CAROLINA
300 FAYETTEVILLE STREET MALL, ROOM 209                 CENTURY STATION P.O. BLDG.
P.O. BOX 1441                                          300 FAYETTEVILLE STREET MALL, ROOM 209
RALEIGH, NC 27602                                      P.O. BOX 1441
                                                       RALEIGH, NC 27602
*------MATTER INFORMATION------*
                                                       PHONE:
                                                       CONTACT:

STATUS:             OP              RATE:       1      TEMPLATE:       M1           MIN FEE:
REFERRED BY:                        DEPT:     100      TIME FORMAT:    34           MIN COST:
DATE OPENED:  01/25/1999            LOCATION: 100      COST FORMAT:     3           MIN TOTAL:
DATE CLOSED:                        PRACTICE: 120      INTRST CODE:     0           FEE MARKUP: %
LAST RATE:    02/01/1999            FEE FREQ:   R      INT FREE DAY:                COST MARKUP: %
HOLD FEES:                          COST FREQ:  R      FIXED COSTS:    N            FIXED FEES:
HOLD COSTS:                         TRUST RETAIN: R    ARRANGEMENT:    HR           CURRENCY: USD
TRUST RET ACCT:                                                                     MAXIMUM BILLINGS:

Business

------Last Bill Date: 11/29/2005

------TIME ENTRIES------*

                              WORKED              BILLED
                          ---------------     ---------------
INDEX       INIT   DATE    STAT HOURS AMOUNT   HOURS  AMOUNT   CUMULATIVE DESCRIPTION
597261 0117                     .50   100.00    .50   100.00   100.00 WORKED ON SEVENTH FEE APPLICATION.
  (HPH)     101005 B
598850 0117                     .30    60.00    .30    60.00   160.00 WORKED ON FEE APPLICATION.
  (HPH)     101705 B
599007 0534                    4.30   387.00   4.30   387.00   547.00 WORK ON INTERIM FEE APPLICATION, NOTICE AND
  (JDJ)     101705 B                                                  ORDER FOR ATTORNEY FOR TRUSTEE.
599398 0117                     .20    40.00    .20    40.00   587.00 FINALIZE FEE APPLICATION.
  (HPH)     101805 B
598523 0534                    3.00   270.00   3.00   270.00   857.00 WORK ON SEVENTH INTERIM FEE APPLICATION, NOTICE
  (JDJ)     101805 B                                                  AND ORDER; CONFERENCE WITH MR. HARDEN AND MS.
                                                                      CUMMINGS RE SAME.
599974 0117                     .30    60.00    .30    60.00   917.00 REVIEWED REQUEST OF VAN ETTEN FOR LETTER RE SEC
  (HPH)     102005 B                                                  SETTLEMENT.
1603982 0117                    .30    60.00    .30    60.00   977.00 ATTENTION TO REQUEST FROM VAN ETTEN FOR LETTER
  (HPH)     103105 B

*------BILLING INSTRUCTIONS------*
```

DATE: 10/03/06 06:40:29   PRO FORMA STATEMENT AS OF 093006 FOR FILE (BANK7A-HFN) BANK7A-HFN    #184751(159563)   Page 2 (2)

| ID | Date | Code | Hours | Amount | Hrs2 | Amt2 | Balance | Description |
|---|---|---|---|---|---|---|---|---|
| 612393 0534 (JDJ) | 111805 | B | 1.00 | 90.00 | 1.00 | 90.00 | 1067.00 | AND ENCLOSURE TO U.S. PROBATION OFFICE. REVIEW CORRESPONDENCE FROM COURT RE HEARING TO BE HELD ON 12/5/05; TELEPHONE CALL TO CLERK'S OFFICE RE HEARING TO BE MOVED TO 11/21/05; TELEPHONE CALL TO MR. BOYLES AND MR. HARDEN RE NEW HEARING DATE AVAILABLE; TELEPHONE CALL TO MS. CUMMINGS RE CALENDARS; TELEPHONE CALL TO CLERK'S OFFICE RE SET NEW DATE; TELEPHONE CALL FROM MR. HARDEN RE SAME. |
| 613611 0117 (HPH) | 113005 | B | .30 | 60.00 | .30 | 60.00 | 1127.00 | LEGAL RESEARCH RE OMNIBUS CLAIMS OBJECTION PROCEDURE PER JUDGE SMALL. |
| 622743 0534 (JDJ) | 120605 | B | 2.00 | 180.00 | 2.00 | 180.00 | 1307.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 622752 0534 (JDJ) | 120705 | B | 3.90 | 351.00 | 3.90 | 351.00 | 1658.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 622767 0534 (JDJ) | 120805 | B | 4.00 | 360.00 | 4.00 | 360.00 | 2018.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 622358 0534 (JDJ) | 121305 | B | 3.70 | 333.00 | 3.70 | 333.00 | 2351.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 623813 0259 (WWB) | 121405 | BNP | .40 | 62.00 | .00 | 0.00 | 2351.00 | LEGAL RESEARCH RE PROVISIONS IN 2005 AMENDMENTS TO CODE RE OMBUDSMAN ; CORRESPONDENCE WITH MRS. JOHNSON RE SAME. |
| 623816 0259 (WWB) | 121405 | BNP | .20 | 31.00 | .00 | 0.00 | 2351.00 | CORRESPONDENCE WITH MS. CUMMINGS RE OMBUDSMAN OBJECTIONS UNDER BANKR. ABUSE PREVENTION AND CONSUMER PROTECTION ACT OF 2005. |
| 622365 0534 (JDJ) | 121405 | B | 4.80 | 432.00 | 4.80 | 432.00 | 2783.00 | WORK ON OBJECTIONS TO CLAIMS. |
| 624233 0259 (WWB) | 121505 | BNP | .30 | 46.50 | .00 | 0.00 | 2783.00 | INTRA-OFFICE CONFERENCE WITH MRS. JOHNSON RE OMBUDSMAN OBJECTIONS UNDER BANKR. ABUSE PREVENTION AND CONSUMER PROTECTION ACT OF 2005 AND AMENDMENTS TO BANKR. CODE AND FED. R. BANKR. P. RELEVANT TO SAME. |
| 622338 0534 (JDJ) | 121505 | B | .60 | 54.00 | .60 | 54.00 | 2837.00 | MEETING WITH MR. BOYLES RE RULES REGARDING OBJECTIONS TO CLAIMS AND FILING OF SAME. |
| 626812 0117 (HPH) | 011206 | B | .50 | 100.00 | .50 | 100.00 | 2937.00 | TELEPHONE CALL FROM MS. JAN HICKS RE OMNIBUS OBJECTIONS TO CLAIMS; LEGAL RESEARCH RE BR 3007. |
| 1626781 0117 (HPH) | 011306 | B | .30 | 60.00 | .30 | 60.00 | 2997.00 | LEGAL RESEARCH RE OMNIBUS OBJECTIONS TO CLAIMS. |
| 629850 0117 (HPH) | 012306 | B | .50 | 100.00 | .50 | 100.00 | 3097.00 | TELEPHONE CALL FROM SEC ATTORNEYS SUSAN SHERRILL AND BILL HICKS RE $60,000 DISTRICT COURT FUNDS AND STATUS OF CASE AND SEC CLAIM. |
| 629855 0117 (HPH) | 012306 | B | 2.00 | 400.00 | 2.00 | 400.00 | 3497.00 | TELEPHONE CALL FROM MS. SUSAN SHERRILL RE TAX ID NO FOR DISTRICT COURT. |
| 629856 0117 (HPH) | 012306 | B | .20 | 40.00 | .20 | 40.00 | 3537.00 | TELEPHONE CALL FROM MS. JOAN FLEMING RE MAYFLOWER TRIAL. |
| 631830 0117 (HPH) | 012706 | B | .30 | 60.00 | .30 | 60.00 | 3597.00 | REVISION OF SEC MOTION TO DIRECT N.O. GA. DISTRICT COURT CLERK TO DISBURSE FUNDS AND PROPOSED ORDER. |
| 638512 0117 (HPH) | 021506 | B | .30 | 60.00 | .30 | 60.00 | 3657.00 | LEGAL RESEARCH RE BR 3007. |
| 642334 0117 (HPH) | 022706 | B | .30 | 60.00 | .30 | 60.00 | 3717.00 | TELEPHONE CALL FROM MRS. JOHNSON RE COORDINATION WITH CLERK RE OBJECTIONS TO CLAIMS. |

DATE: 10/03/06 06:40:29   PRO FORMA STATEMENT AS OF 093006 FOR FILE (BANK7A-HFN) BANK7A-HFN   #184751(159563)   Page 3 (3)

| ID | Code | Date | | Hours | Amount | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 1641908 | 0534 (JDJ) | 022706 | B | 1.80 | 162.00 | 1.80 | 162.00 | 3879.00 MEETING WITH DAN KENNEDY OF TCMS AND MARGIE LYNCH RE OBJECTIONS TO CLAIMS. |
| 1641909 | 0534 (JDJ) | 022706 | B | 1.20 | 108.00 | 1.20 | 108.00 | 3987.00 MEETING WITH PEGGY DEANS RE OBJECTIONS TO CLAIMS. |
| 1643573 | 0117 (HPH) | 022806 | B | .20 | 40.00 | .20 | 40.00 | 4027.00 REVIEWED MEMO FROM MRS. JOHNSON RE MEETING WITH CLERK AND BA ON CLAIMS OBJECTIONS. |
| 1643011 | 0534 (HPH) | 022806 | B | 1.00 | 90.00 | 1.00 | 90.00 | 4117.00 WORK ON MEMO TO MR. HARDEN RE OBJECTIONS TO CLAIMS. |
| 1645140 | 0117 (JDJ) | 030106 | B | .30 | 60.00 | .30 | 60.00 | 4177.00 ATTENTION TO EMAILS RE TECHNOLOGY ISSUES RE CLAIMS OBJECTIONS. |
| 1645439 | 0534 (HPH) | 030106 | B | 2.50 | 225.00 | 2.50 | 225.00 | 4402.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1646156 | 0534 (JDJ) | 030606 | B | .50 | 45.00 | .50 | 45.00 | 4447.00 TELEPHONE CONFERENCE WITH DAN KENNEDY RE TECHNOLOGY ISSUES RELATING TO CLAIMS; CORRESPONDENCE WITH MR. HARDEN AND MS. LYNCH RE SAME. |
| 1646167 | 0534 (JDJ) | 030606 | B | 2.40 | 216.00 | 2.40 | 216.00 | 4663.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1646178 | 0534 (JDJ) | 030706 | B | 1.50 | 135.00 | 1.50 | 135.00 | 4798.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1647958 | 0534 (JDJ) | 031006 | B | 5.00 | 450.00 | 5.00 | 450.00 | 5248.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1647586 | 0117 (HPH) | 031406 | B | .20 | 40.00 | .20 | 40.00 | 5288.00 ATTENTION TO EMAIL FROM MRS. JOHNSON RE DOWNLOAD OF CLAIMS, RESPOND. |
| 1647602 | 0117 (HPH) | 031406 | B | .20 | 40.00 | .20 | 40.00 | 5328.00 REVISION OF DALE SHELTON LETTER RE EXPORT OF CLAIMS. |
| 1648273 | 0534 (JDJ) | 031406 | B | 1.50 | 135.00 | 1.50 | 135.00 | 5463.00 TELEPHONE CONFERENCE WITH DAN KENNEDY RE DOWNLOADING CLAIMS AND EXPORTING TO EPIQ; MEMO TO MR. HARDEN RE SAME; WORK ON LETTER RE APPROVAL TO EXPORT CASE TO EPIQ FOR IMPORTING CLAIMS AND ASSISTANCE NEEDED FROM EPIQ. |
| 1648279 | 0534 (JDJ) | 031406 | B | 5.00 | 450.00 | 5.00 | 450.00 | 5913.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1647965 | 0534 (JDJ) | 031506 | B | 6.10 | 549.00 | 6.10 | 549.00 | 6462.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1648255 | 0534 (JDJ) | 031606 | B | 2.50 | 225.00 | 2.50 | 225.00 | 6687.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1648788 | 0117 (HPH) | 031706 | B | .50 | 100.00 | .50 | 100.00 | 6787.00 REVIEWED PROPOSED OMNIBUS OBJECTIONS TO CLAIMS NOTICE. |
| 1648466 | 0534 (JDJ) | 031706 | B | 3.20 | 288.00 | 3.20 | 288.00 | 7075.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1648471 | 0534 (JDJ) | 031706 | B | .50 | 45.00 | .50 | 45.00 | 7120.00 REVIEW NOTES; WORK ON NOTICE RE OMNIBUS OBJECTIONS; WORK ON MEMO TO MR. HARDEN RE SAME. |
| 1649044 | 0117 (HPH) | 032006 | B | .30 | 60.00 | .30 | 60.00 | 7180.00 CONFERENCE WITH PEGGY DEANS AND CHRISTINE CASTELLOE RE OBJECTIONS TO CLAIMS. |
| 1649012 | 0534 (JDJ) | 032006 | B | 1.00 | 90.00 | 1.00 | 90.00 | 7270.00 WORK ON OBJECTIONS TO CLAIMS. |
| 650991 | 0117 (HPH) | 032306 | B | .30 | 60.00 | .30 | 60.00 | 7330.00 INTRA-OFFICE CONFERENCE WITH MRS. JOHNSON AND MS. CUMMINGS RE PREPARATION FOR FILING OBJECTIONS TO CLAIMS. |
| 6556355 | 0534 (JDJ) | 040306 | B | 2.50 | 225.00 | 2.50 | 225.00 | 7555.00 WORK ON OBJECTIONS TO CLAIMS. |
| 1656765 | 0534 (JDJ) | 040706 | B | .80 | 72.00 | .80 | 72.00 | 7627.00 WORK ON OBJECTIONS TO CLAIMS. |

```
DATE: 10/03/06 06:40:29  PRO FORMA STATEMENT AS OF 093006 FOR FILE (BANK7A-HFN) BANK7A-HFN           #184751(159563)   Page 4 (4)

INDEX        DATE  STAT    AMOUNT   DESCRIPTION                                                                    CODE   TKPER    VOUCHER
1656882      101805  B       3.96 * MT PHOTOCOPY CENTER                                                             8070   FIRM     159144
1700796      040306  B      31.60   AT&T, ACCOUNT NUMBER 020 713 6257 001, BILL                                      858   FIRM     159253
                                    DATED 03/09/2006
1702860      040706  B     111.68   BELLSOUTH, IHI TELEPHONE BILLS                                                   858   FIRM

                                                                                    147.24
                                                                                   --------

1658708 0534 041206 B        3.60    324.00      3.60     324.00   7951.00 WORK ON OBJECTIONS TO CLAIMS.
        (JDJ)
1668857 0117 051606 B         .30     60.00       .30      60.00   8011.00 INTRA-OFFICE CONFERENCE WITH MRS. JOHNSON RE
        (HPH)                                                              TRANSFER OF RECORDS FROM US ATTORNEY'S OFFICE.
1680335 0117 062106 B         .20     40.00       .20      40.00   8051.00 INTRA-OFFICE CONFERENCE WITH JENNY JOHNSON RE
        (HPH)                                                              CLAIMS OBJECTIONS.
1681859 0534 062906 B         .30     27.00       .30      27.00   8078.00 REVIEW AMENDED TAX LIENS FROM IRS; CONFERENCE
        (JDJ)                                                              WITH MR. HARDEN RE SAME.
1690454 0117 072506 B         .20     40.00       .20      40.00   8118.00 REVIEWED STATUS OF CLAIMS OBJECTIONS.
        (HPH)
1700782 0117 082106 B         .20     40.00       .20      40.00   8158.00 WORKED ON FEE APPLICATION.
        (HPH)
1709508 0117 091806 B         .20     40.00       .20      40.00   8198.00 ATTENTION TO CORRESPONDENCE FROM JIM CRAVEN RE:
        (HPH)                                                              SENTENCING OF STAN VAN ETTEN.
1712004 0117 092506 B         .30     60.00       .30      60.00   8258.00 TELEPHONE CALL TO AND EMAILS TO MS. JOHNSON RE
        (HPH)                                                              PREPARATION OF FEE APPLICATION.

*------COST ENTRIES------*
                                          FEE SUBTOTAL              8258.00
                                                                  ---------
                                                                    8258.00
                                                                  ---------

BALANCE DUE FROM PREVIOUS STATEMENT                                     0.00
LESS PAYMENT(S)                                                         0.00
                                                                   ---------
BALANCE FORWARD                                                         0.00

TIMECARD SUB-TOTAL (   79.90)                              8258.00
DISBURSEMENT SUB-TOTAL                                      147.24
SUBTOTAL CURRENT PERIOD                                    8405.24
TOTAL DUE                                                  8405.24

TIME VALUE FOR THE MATTER AFTER THE CUTOFF DATE                         0.00
COST VALUE FOR THE MATTER AFTER THE CUTOFF DATE                         0.00

*-----------TIMEKEEPER----------*----TIME AND FEE SUMMARY----------------*
                                  RATE      HOURS     %       FEES       %
HOLMES P. HARDEN                200.00       9.70   12.1   1940.00    23.5
W. WINBORNE BOYLES                 .00        .00     .0        .00     .0
JENNY D. JOHNSON                 90.00      70.20   87.9   6318.00    76.5
                    TOTALS                  79.90          8258.00

*---------COST CODE SUMMARY---------------------------------------------*
```