**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 98-02675-5-ATS | Judge: ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | | Date Filed (f) or Converted (c): | 11/25/98 (f) |
| | | | 341(a) Meeting Date: | 12/30/98 |
| For Period Ending: | 09/30/06 | | Claims Bar Date: | 03/30/99 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Accounts Receivable | Unknown | 0.00 | | 12,019.61 | FA | 0.00 | 0.00 |
| 2. Funds in Bank Account | Unknown | 0.00 | | 26,559.96 | FA | 0.00 | 0.00 |
| 3. Refunds-Income Tax | Unknown | 737.49 | | 737.49 | FA | 0.00 | 0.00 |
| 4. Payment on Judgment for Embezzlement | Unknown | 6,386.68 | | 6,386.68 | FA | 0.00 | 0.00 |
| 5. Refunds-Other | Unknown | 7,563.74 | | 7,563.74 | FA | 0.00 | 0.00 |
| 6. Golf logo | Unknown | 0.00 | | 500.00 | FA | 0.00 | 0.00 |
| 7. Merchant Bankcard refunds | Unknown | 0.00 | | 955.93 | FA | 0.00 | 0.00 |
| 8. Auction Proceeds | Unknown | 22,635.00 | | 22,635.00 | FA | 0.00 | 0.00 |
| 9. Sale of database list | Unknown | 15,000.00 | | 15,000.00 | FA | 0.00 | 0.00 |
| 10. Cash Bonds 98CV011169 | Unknown | 2,500.00 | | 10,000.00 | FA | 0.00 | 0.00 |
| 11. Post-Petition Interest Deposits (u) | 0.00 | 280,632.39 | | 390,212.64 | 0.00 | 0.00 | 0.00 |
| 12. Postage Refund | Unknown | 0.00 | | 7,292.15 | FA | 0.00 | 0.00 |
| 13. Executive Risk Settlement | Unknown | 1,787,500.00 | | 1,787,500.00 | FA | 0.00 | 0.00 |
| 14. SEC Settlement | Unknown | 0.00 | | 4,315,308.30 | FA | 0.00 | 0.00 |
| 15. Preference Payments (u) | Unknown | 0.00 | | 485,684.27 | FA | 0.00 | 0.00 |
| 16. Collection (u) | Unknown | 0.00 | | 6,000.00 | FA | 0.00 | 0.00 |
| 17. Erie Insurance Settlement | Unknown | 0.00 | | 60,000.00 | FA | 0.00 | 0.00 |
| 18. Kecia Peterson Judgment (u) | 0.00 | 17,332.99 | | 17,332.99 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $ 0.00 | $ 2,140,288.29 | | $ 7,171,688.76 | Gross Value of Remaining Assets $0.00 | 0.00 | 0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

JDJ still working on technology issues re filing objections to claims; 9/7/06 payment of trustee's bond; 10/2/06 worked on interim fee application; 10/3/06 filed interim fee app; responses due by 10/26/06; after codes are assigned all claims will have to be updated in EPI to determine the disbursement of the SEC funds; SEC funds will be disbursed first and then the remainder of funds will be in a regular distribution

Page: 1

LFORM1EX        Ver: 11.61

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No: 98-02675-5-ATS    Judge: ATS
Case Name: INTERNATIONAL HERITAGE INC.

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Date Filed (f) or Converted (c): 11/25/98 (f)
341(a) Meeting Date: 12/30/98
Claims Bar Date: 03/30/99

RE PROP# 1—Funds from Brent Wood's special account. Mr. Wood said funds were from credit card processes and a small liquidation of assets on Wicker Drive.
RE PROP# 2—Centura Bank CD Acct. #0219785949 to close
RE PROP# 12—Postage Meter refund
RE PROP# 14—First scheduled payment on settlement
RE PROP# 16—Collection of Duke Realty Rent
RE PROP# 18—Paid off in full on 11/1/04

Initial Projected Date of Final Report (TFR): 12/30/01    Current Projected Date of Final Report (TFR): 12/31/07

/s/    HOLMES P. HARDEN, TRUSTEE
    Date: 10/23/06

HOLMES P. HARDEN, TRUSTEE

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: ********1191
For Period Ending: 09/30/06

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: ********6518 Money Market - Interest Bearing

Blanket Bond (per case limit): $ 6,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 61,298.01 |
| 07/31/06 | | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 52.08 | | 61,350.09 |
| 08/16/06 | 11 | Transfer to Acct #********6835 | Bank Funds Transfer | 9999-000 | | 25.50 | 61,324.59 |
| 08/31/06 | | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 52.09 | | 61,376.68 |
| 09/19/06 | 11 | Transfer to Acct #********6835 | Bank Funds Transfer | 9999-000 | | 40.95 | 61,335.73 |
| 09/29/06 | | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 50.43 | | 61,386.16 |

| | | | COLUMN TOTALS | | 154.60 | 66.45 | 61,386.16 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 66.45 | |
| | | | Subtotal | | 154.60 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 154.60 | 0.00 | |

Page Subtotals    154.60    66.45

LFORM124    Ver: 11.61

Page: 2

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: *******1191
For Period Ending: 09/30/06

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6521  Checking - Non Interest

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| | | | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: ********1191
For Period Ending: 09/30/06

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: ********6534 Money Market - Interest Bearing

Blanket Bond (per case limit): $ 6,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 21,061.37 |
| 07/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 17.89 | | 21,079.26 |
| 08/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 17.90 | | 21,097.16 |
| 09/29/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 17.33 | | 21,114.49 |
| | | | COLUMN TOTALS | | 53.12 | 0.00 | 21,114.49 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 53.12 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 53.12 | 0.00 | |

LFORM24

Page Subtotals    53.12    0.00

Ver: 11.61

LFORM24

Page: 4

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS  
Case Name: INTERNATIONAL HERITAGE INC.  
Taxpayer ID No: ********1191  
For Period Ending: 09/30/06  

Trustee Name: HOLMES P. HARDEN, TRUSTEE  
Bank Name: BANK OF AMERICA  
Account Number / CD #: *******6819 Money Market - Interest Bearing  
Blanket Bond (per case limit): $ 6,000,000.00  
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 972,042.90 |
| 07/20/06 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 66.49 | 971,976.41 |
| 07/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 825.55 | | 972,801.96 |
| 08/03/06 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 89.55 | 972,712.41 |
| 08/17/06 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 40.95 | 972,671.46 |
| 08/22/06 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 26.18 | 972,645.28 |
| 08/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 826.12 | | 973,471.40 |
| 09/07/06 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 59.33 | 973,412.07 |
| 09/07/06 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 6,475.00 | 966,937.07 |
| 09/18/06 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 25.50 | 966,911.57 |
| 09/21/06 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 25.86 | 966,885.71 |
| 09/27/06 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 59.32 | 966,826.39 |
| 09/29/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 795.79 | | 967,622.18 |

COLUMN TOTALS                2,447.46      6,868.18      967,622.18  
Less: Bank Transfers/CD's          0.00      6,868.18  
Subtotal                    2,447.46          0.00  
Less: Payments to Debtors                      0.00  
Net                         2,447.46          0.00

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS  
Case Name: INTERNATIONAL HERITAGE INC.  
Taxpayer ID No: *********1191  
For Period Ending: 09/30/06  

Trustee Name: HOLMES P. HARDEN, TRUSTEE  
Bank Name: BANK OF AMERICA  
Account Number / CD #: *******6835 Checking - Non Interest  
Blanket Bond (per case limit): $ 6,000,000.00  
Separate Bond (if applicable):

Page: 5

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/20/06 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 66.49 | | 66.49 |
| 07/20/06 | 001145 | Bell South | Telephone Service 919-876-2161 | 2990-000 | | 40.99 | 25.50 |
| 07/20/06 | 001146 | AT&T | Telephone Service 056-390-8195 | 2990-000 | | 25.50 | 0.00 |
| 08/03/06 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 89.55 | | 89.55 |
| 08/03/06 | 001147 | BELLSOUTH | Telephone Service | 2990-000 | | 59.32 | 30.23 |
| 08/03/06 | 001148 | AT&T | Telephone Service | 2990-000 | | 30.23 | 0.00 |
| 08/16/06 | | Transfer from Acct #*******6518 | Bank Funds Transfer | 9999-000 | 25.50 | | 25.50 |
| 08/16/06 | 001149 | AT&T | Telephone Service | 2990-000 | | 25.50 | 0.00 |
| 08/17/06 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 40.95 | | 40.95 |
| 08/17/06 | 001150 | BellSouth | Telephone Service | 2990-000 | | 40.95 | 0.00 |
| 08/22/06 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 26.18 | | 26.18 |
| 08/22/06 | 001151 | AT&T | Telephone Service | 2990-000 | | 26.18 | 0.00 |
| 09/07/06 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 59.33 | | 59.33 |
| 09/07/06 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 6,475.00 | | 6,534.33 |
| 09/07/06 | 001152 | INTERNATIONAL SURETIES, LTD. 203 CARONDELET STREET, STE. 500 NEW ORLEANS, LA 70130 | Trustee Bond BOND #01602823 1 | 2300-000 | | 6,475.00 | 59.33 |
| 09/07/06 | 001153 | BELLSOUTH | Telephone Service 919790-0128010036 4 | 2990-000 | | 59.33 | 0.00 |
| 09/18/06 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 25.50 | | 25.50 |
| 09/18/06 | 001154 | AT&T | Telephone Service | 2990-000 | | 25.50 | 0.00 |
| 09/19/06 | | Transfer from Acct #*******6518 | Bank Funds Transfer | 9999-000 | 40.95 | | 40.95 |
| 09/19/06 | 001155 | BELLSOUTH | Telephone Service | 2990-000 | | 40.95 | 0.00 |
| 09/21/06 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 25.86 | | 25.86 |
| 09/21/06 | 001156 | AT&T | Telephone Service | 2990-000 | | 25.86 | 0.00 |
| 09/27/06 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 59.32 | | 59.32 |
| 09/27/06 | 001157 | BELLSOUTH | Telephone Service | 2990-000 | | 59.32 | 0.00 |

Page Subtotals     6,934.63     6,934.63

LFORM24         Ver: 11.61

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: ********1191
For Period Ending: 09/30/06

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: ********6835 Checking - Non Interest
Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 6,934.63 | 6,934.63 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 6,934.63 | 0.00 | |
| | | | Subtotal | | 0.00 | 6,934.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 6,934.63 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: *******1191
For Period Ending: 09/30/06

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6848 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 4,364,889.75 |
| 07/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3,707.17 | | 4,368,596.92 |
| 08/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3,710.32 | | 4,372,307.24 |
| 09/29/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3,593.67 | | 4,375,900.91 |

| | | |
|---|---|---|
| COLUMN TOTALS | 11,011.16 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 11,011.16 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 11,011.16 | 0.00 |

4,375,900.91

Page: 8

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: *******1191
For Period Ending: 09/30/06

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******7313  Money Market - Interest Bearing
Blanket Bond (per case limit): $ 6,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 509,669.09 |
| 07/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 432.87 | | 510,101.96 |
| 08/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 433.24 | | 510,535.20 |
| 09/29/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 419.61 | | 510,954.81 |

COLUMN TOTALS 1,285.72 0.00 510,954.81
Less: Bank Transfers/CD's 0.00 0.00
Subtotal 1,285.72 0.00
Less: Payments to Debitors 0.00
Net 1,285.72 0.00

Page Subtotals  1,285.72  0.00

LFORM24    Ver: 11.61

Page: 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: *******1191
For Period Ending: 09/30/06

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******7410 Money Market - Interest Bearing
Blanket Bond (per case limit): $ 6,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 5,487.29 |
| 07/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.66 | | 5,491.95 |
| 08/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.66 | | 5,496.61 |
| 09/29/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.52 | | 5,501.13 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 13.84 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 13.84 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 13.84 | 0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - ********6518 | 154.60 | 0.00 | 61,386.16 |
| Checking - Non Interest - ********6521 | 0.00 | 0.00 | 0.00 |
| Money Market - Interest Bearing - ********6534 | 53.12 | 0.00 | 21,114.49 |
| Money Market - Interest Bearing - ********6819 | 2,447.46 | 0.00 | 967,622.18 |
| Checking - Non Interest - ********6835 | 0.00 | 6,934.63 | 0.00 |
| Money Market - Interest Bearing - ********6848 | 11,011.16 | 0.00 | 4,375,900.91 |
| Money Market - Interest Bearing - ********7313 | 1,285.72 | 0.00 | 510,954.81 |
| Money Market - Interest Bearing - ********7410 | 13.84 | 0.00 | 5,501.13 |
| | 14,965.90 | 6,934.63 | 5,942,479.68 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ HOLMES P. HARDEN, TRUSTEE
Date: 10/23/06

LFORM24

Page Subtotals     13.84     0.00

Ver: 11.61

Page: 10

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: *******1191
For Period Ending: 09/30/06

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******7410 Money Market - Interest Bearing
Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|

HOLMES P. HARDEN, TRUSTEE

Page Subtotals   0.00   0.00

LFORM24

Ver: 11.61