**SO ORDERED.**

**SIGNED this 31 day of October, 2006.**

_____
**A. Thomas Small**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

**Order Allowing Eighth Interim Fees**

This matter comes on for consideration upon the Attorney for Trustee's Eighth Application for Interim Compensation from October 1, 2005 through September 30, 2006 and Reimbursement of Expenses for the same period, and Notice mailed to creditors in this case and the court having considered the factors affecting the interim compensation requested, it is ordered that the following interim fees and expenses be, and they hereby are allowed:

| | |
|---|---|
| Attorney for Trustee interim fees | $8,258.00 |
| Attorney for Trustee interim expenses | $ 147.24 |

**End of Document**

508026