IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## FIFTH INTERIM APPLICATION FOR PAYMENT
## OF ACCOUNTANT'S FEES AND EXPENSES

NOW COMES Holmes P. Harden, Trustee in the above-referenced case, and applies to the Court for authority to pay Adams, Martin & Associates, PA interim accountant's fees and expenses in the amount of Four Thousand Two Hundred Thirty and 30/100 ($4,230.30) representing compensation in the amount of $3,840.00 and reimbursement of necessary expenses in the amount of $390.30 for services rendered from April 6, 004 through November 30, 2006. A copy of the accountant's bill is attached to this Application along with biographical information for each accountant rendering the services. In the opinion of the Trustee, such interim accountant's fees and expense reimbursement are reasonable and just.

Respectfully submitted, this 18th day of December, 2006.

Holmes P. Harden
Trustee for Debtor
N. C. State Bar No. 9835
3200 Beechleaf Court
Post Office Drawer 19764
Raleigh, North Carolina  27619
Telephone:  (919) 981-4000

514625

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, Trustee for International Heritage, Inc., do hereby certify that the Fifth Interim Application for Payment of Accountant's Fees and Expenses, hereto attached, was served upon the parties listed below by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the 18th day of December, 2006.

By: _____

Holmes P. Harden
Trustee for Debtor
N. C. State Bar No. 9835
3200 Beechleaf Court
Post Office Drawer 19764
Raleigh, North Carolina  27619
Telephone:  (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
(via electronic service)

Craig Adams
Adams, Martin & Associates, PA
3801 Barrett Drive, Ste. 201
Raleigh, NC 27609

Terri Gardner
Attorney for Debtor
Poyner & Spruill, LLP
P. O. Drawer 10096
3600 Glenwood Avenue
Raleigh, NC  27605-0096

514625

# ADAMS, MARTIN & Associates PA

**Tax and Financial Consultants**    3801 Barrett Drive, Suite 201 / Raleigh, NC 27609 / 919.781.3581 / Fax: 919.881.0611 / www.amacpa.com

International Heritage, Inc
c/o Mr. Holmes Harden, Trustee
P O Drawer 19764
Raleigh, NC 27619

| | |
|---|---|
| Invoice Date: | December 11, 2006 |
| Invoice Number: | 00202018 |
| Client Number: | 9002 007 |

*For professional services rendered:*

Professional services rendered for the period April 6, 2004 through November 30, 2006 for the following:

Preparation of 2004 Federal Form 7004 & North Carolina Form D-419, Application for Extension of Time for Filing the Estate Tax Return for the Corporate and Franchise Income Tax Returns

Preparation of the 2004 Corporate Federal and North Carolina Income Tax Returns

Preparation of 2005 Federal Form 7004 & North Carolina Form D-419, Application for Extension of Time for Filing the Estate Tax Return for the Corporate and Franchise Income Tax Returns

Preparation of the 2005 Corporate Federal and North Carolina Income Tax Returns

Respond to various notices from governmental entities

See attached billing summary and detail.

Chapter 7 was filed on November 28, 1998

Order to employ Adams, Martin & Associates, PA as Certified Public Accountants was authorized on January 8, 1999

Payment is requested upon Bankruptcy Court approval of fees.

Total Invoice Amount                $4,230.30

*Summary of Time & Expenses by Staff & by Project*

## *International Heritage Inc*

| | Hours | Rate | Amount | Year |
|---|---|---|---|---|
| **Craig A. Adams** | | | | |
| | 0.30 | $165.00 | $49.50 | 2005 |
| | 0.20 | $175.00 | $35.00 | 2006 |
| **CAA** Total | *0.50* | | *$84.50* | |
| **K. Edward Martin, Jr.** | | | | |
| | 0.80 | $165.00 | $132.00 | 2006 |
| **EM** Total | *0.80* | | *$132.00* | |
| **Kathryn G. Zechman** | | | | |
| | 0.70 | $145.00 | $101.50 | 2006 |
| **KZ** Total | *0.70* | | *$101.50* | |
| **Elizabeth C. Berry** | | | | |
| | 1.40 | $140.00 | $196.00 | 2004 |
| | 3.20 | $150.00 | $480.00 | 2005 |
| **ECB** Total | *4.60* | | *$676.00* | |
| **Michelle Schiller** | | | | |
| | 17.00 | $100.00 | $1,700.00 | 2005/2-12 |
| | 6.10 | $105.00 | $640.50 | 2006 |
| **MS** Total | *23.10* | | *$2,340.50* | |
| **Ilona B. Tortorici** | | | | |
| | 0.80 | $95.00 | $76.00 | 2005 |
| | 1.30 | $100.00 | $130.00 | 2006 |
| **IBT** Total | *2.10* | | *$206.00* | |
| **Angela Allor** | | | | |
| | 0.90 | $65.00 | $58.50 | 2005 |
| | 0.40 | $70.00 | $28.00 | 2006 |
| **AA** Total | *1.30* | | *$86.50* | |
| **Patricia Coggins** | | | | |
| | 1.00 | $75.00 | $75.00 | 2005 |
| **TC** Total | *1.00* | | *$75.00* | |
| **Kimmy Phillips** | | | | |
| | 1.60 | $70.00 | $112.00 | 2006 |
| **KP** Total | *1.60* | | *$112.00* | |

## *International Heritage Inc*

| | Hours | Rate | Amount | Year |
|---|---|---|---|---|
| *Leah Wheeler* | | | | |
| | 0.40 | $65.00 | $26.00 | 2005 |
| **LW    Total** | **0.40** | | **$26.00** | |

| | | | |
|---|---|---|---|
| **Subtotal** | 36.10 | | $3,840.00 |
| Total Expenses | | | $390.30 |
| **Total Fees & Expenses** | | | $4,230.30 |

| Projects: Type & Year | Hours | Amount | % | Additional Description |
|---|---|---|---|---|
| 2004 Tax Rtns:  Corporation | 22.90 | 2,360.00 | 61.5% | |
| 2005 Tax Rtns:  Corporation | 10.40 | 1,086.50 | 28.3% | |
| Respond to Gov't Notices | 0.70 | 92.50 | 2.4% | |
| Consulting | 0.70 | 105.00 | 2.7% | |
| Fee App Exhibits | 1.40 | 196.00 | 5.1% | |
| **Totals** | **36.10** | **$3,840.00** | **100.0%** | |

## Prior Invoices

| Date | Period | Services | Expenses | Total Invoice | Amt Unpaid |
|---|---|---|---|---|---|
| **Interim Bill:** | | | | | |
| 9/21/1999 | 12/1/99-9/20/99 | $26,898.50 | $540.09 | $27,438.59 | $0.00 |
| **Approved:** | 10/25/1999 | $27,438.59 | | | |
| **Interim Bill:** | | | | | |
| 8/30/2000 | 9/21/99-8/25/00 | $9,353.50 | $750.58 | $10,104.08 | $0.00 |
| **Approved:** | 10/23/2000 | $10,104.08 | | | |
| **Interim Bill:** | | | | | |
| 9/20/2001 | 8/26/00-9/19/01 | $7,874.50 | $390.64 | $8,265.14 | $0.00 |
| **Approved:** | 10/30/2001 | $8,265.14 | | | |
| **Interim Bill:** | | | | | |
| 9/24/2002 | 9/20/01-9/19/02 | $2,588.50 | $184.40 | $2,772.90 | $0.00 |
| **Approved:** | 11/7/2002 | $2,772.90 | | | |
| **Interim Bill:** | | | | | |
| 4/6/2004 | 9/20/02-4/5/04 | $3,349.40 | $364.00 | $3,713.40 | $0.00 |
| **Approved:** | 6/17/2004 | $3,713.40 | | | |

## *International Heritage Inc*

| | **Hours** | **Rate** | **Amount** | **Year** | |
|---|---|---|---|---|---|
| **Total Prior Invoices** | *$50,064.40* | *$2,229.71* | *$52,294.11* | | *$0.00* |

*Total Prior Invoices Approved:*    *$52,294.11*

International Heritage, Inc
c/o Mr. Holmes Harden, Trustee
P O Drawer 19764
Raleigh, NC  27619

| | |
|---|---|
| Invoice Date: | December 11, 2006 |
| Invoice Number: | 00202018 |
| Client Number: | 9002 007 |
| Page: | 2 |

*Detail Description:*

| Project / Description | Employee | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BR - Prepare Fee App Exhibits<br>　Prepare attachments to interim fee app | Elizabeth Berry | 4/06/04 | 1.40 | 140.00 | $196.00 |
| Bankruptcy Consulting<br>　Tele w/ Jenny  re: case status | Elizabeth Berry | 1/05/05 | 0.10 | 150.00 | 15.00 |
| Bankruptcy Consulting<br>　Write notes to file re: tele w/ Jenny.  Review case to<br>　determine open projects & priorities. | Elizabeth Berry | 1/05/05 | 0.30 | 150.00 | 45.00 |
| Bankruptcy - 1120 - 2004<br>　Ensure docket & Forms 1 & 2 covers the entire 2004 year to<br>　facilitate 2004 tax prep | Ilona Tortorici | 1/27/05 | 0.30 | 95.00 | 28.50 |
| Bankruptcy - 1120 - 2004<br>　Review extensive docket & Q4 forms 1 & 2 to determine<br>　additional information needed for 2004 tax prep.  Email<br>　Jenny & Sandy  re: need form 2 that covers entire year | Elizabeth Berry | 2/21/05 | 0.40 | 150.00 | 60.00 |
| Bankruptcy - 1120 - 2004<br>　Prepare Federal Extension Form 7004 & NC Extension<br>　Forms CD-419 for Franchise & Income Taxes | Ilona Tortorici | 2/22/05 | 0.50 | 95.00 | 47.50 |
| Bankruptcy - 1120 - 2004<br>　Review 2004 cash transactions from form 2 that covers<br>　entire year emailed by Sandy. | Elizabeth Berry | 3/04/05 | 0.20 | 150.00 | 30.00 |
| Bankruptcy - 1120 - 2004<br>　Review & sign forms 7004 & CD-419, applications for<br>　extensions for 2004 tax returns.  Write transmittal letter to<br>　accompany extensions. | Elizabeth Berry | 3/11/05 | 0.30 | 150.00 | 45.00 |
| Bankruptcy Consulting<br>　Tele w/ Jenny  re: case status.  Notes to file  re: same. | Elizabeth Berry | 4/04/05 | 0.10 | 150.00 | 15.00 |
| Bankruptcy - 1120 - 2004<br>　Review docket for entries that may affect taxes. Begin to<br>　analyze estate transactions. Begin 505b correspondence. | Angela Allor | 5/05/05 | 0.90 | 65.00 | 58.50 |
| Bankruptcy - 1120 - 2004<br>　Read motions/orders that may have tax consequences. | Michelle Schiller | 5/10/05 | 1.00 | 100.00 | 100.00 |
| Bankruptcy - 1120 - 2004<br>　Begin to summarize Trustee transactions. | Michelle Schiller | 5/10/05 | 1.50 | 100.00 | 150.00 |
| Bankruptcy - 1120 - 2004<br>　Continue to summarize 2004 transactions. Read motions and<br>　orders that may have tax consequences. | Michelle Schiller | 5/12/05 | 3.90 | 100.00 | 390.00 |

International Heritage, Inc
c/o Mr. Holmes Harden, Trustee
P O Drawer 19764
Raleigh, NC  27619

| | | | | |
|---|---|---|---|---|
| Invoice Date: | | | December 11, 2006 |
| Invoice Number: | | | 00202018 |
| Client Number: | | | 9002 007 |
| Page: | | | 3 |

*Detail Description:*

| Description | Name | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Bankruptcy - 1120 - 2004<br>Analyze 7 bank accounts 2004 transactions. | Michelle Schiller | 5/12/05 | 1.80 | 100.00 | 180.00 |
| Bankruptcy - 1120 - 2004<br>Prepare 2004 corporate Federal and NC tax returns. | Michelle Schiller | 5/16/05 | 2.10 | 100.00 | 210.00 |
| Bankruptcy - 1120 - 2004<br>Continue to prepare 2004 Federal and NC tax returns.<br>Prepare bankruptcy disclosures. | Michelle Schiller | 5/16/05 | 3.30 | 100.00 | 330.00 |
| Bankruptcy - 1120 - 2004<br>Review 2004 Federal & NC tax returns | Elizabeth Berry | 5/18/05 | 1.10 | 150.00 | 165.00 |
| Bankruptcy - 1120 - 2004<br>Prepare 2004 Federal and NC tax returns. | Michelle Schiller | 5/19/05 | 1.50 | 100.00 | 150.00 |
| Bankruptcy - 1120 - 2004<br>Meet with ECB re 2004 NOL Contribution Carryover. | Michelle Schiller | 5/23/05 | 0.20 | 100.00 | 20.00 |
| Bankruptcy - 1120 - 2004<br>Telephone call with Jenny Johnson to determine source and<br>transaction information regarding Wood & Francis<br>compromise and income from Keena Peterson judgement. | Michelle Schiller | 5/23/05 | 0.50 | 100.00 | 50.00 |
| Bankruptcy - 1120 - 2004<br>Prepare 2004 Federal and NC tax return. | Michelle Schiller | 5/23/05 | 0.60 | 100.00 | 60.00 |
| Bankruptcy - 1120 - 2004<br>Research NOL Contribution Carryover. | Michelle Schiller | 5/23/05 | 0.60 | 100.00 | 60.00 |
| Bankruptcy - 1120 - 2004<br>Review 2004 corporate tax returns | Elizabeth Berry | 6/11/05 | 0.50 | 150.00 | 75.00 |
| Bankruptcy - 1120 - 2004<br>Preparation of documents for taxing authorities related to<br>2004 tax return. | Tricia Coggins | 6/14/05 | 1.00 | 75.00 | 75.00 |
| Bankruptcy - 1120 - 2004<br>Partner review and sign 2004 corporate Federal and NC<br>income tax retrurns and attached 505(b) correspondence | Craig Adams | 6/17/05 | 0.30 | 165.00 | 49.50 |
| Bankruptcy - 1120 - 2004<br>Review processing of 2004 federal and NC tax returns | Leah Wheeler | 6/20/05 | 0.30 | 65.00 | 19.50 |
| Bankruptcy - 1120 - 2004<br>Ensure Trustee signed in all appropriate places | Leah Wheeler | 6/23/05 | 0.10 | 65.00 | 6.50 |
| Bankruptcy Consulting<br>Review case status & update notes in file | Elizabeth Berry | 10/10/05 | 0.20 | 150.00 | 30.00 |

International Heritage, Inc
c/o Mr. Holmes Harden, Trustee
P O Drawer 19764
Raleigh, NC  27619

| | | | |
|---|---|
| Invoice Date: | December 11, 2006 |
| Invoice Number: | 00202018 |
| Client Number: | 9002 007 |
| Page: | 4 |

*Detail Description:*

| | | | | | |
|---|---|---|---|---|---|
| BR - 1120 - 2005<br>Prepare 2005 Forms 7004 & CD-419 for extension of time to file tax returns. | Ilona Tortorici | 3/07/06 | 0.30 | 100.00 | 30.00 |
| BR - 1120 - 2005<br>Review 2005 Federal & NC extensions | Katie Zechman | 3/15/06 | 0.20 | 145.00 | 29.00 |
| BR - 1120 - 2005<br>Review docket for entries that may affect taxes. Begin to analyze estate transactions. Begin 505b correspondence. | Ilona Tortorici | 4/27/06 | 0.70 | 100.00 | 70.00 |
| BR - 1120 - 2005<br>Begin to summarize 2005 trustee transactions. | Michelle Schiller | 5/31/06 | 0.70 | 105.00 | 73.50 |
| BR - 1120 - 2005<br>Continue to summarize 2005 transactions. Read motions and orders that may have tax consequences. | Michelle Schiller | 6/01/06 | 2.10 | 105.00 | 220.50 |
| BR - 1120 - 2005<br>Prepare Federal and NC corporate tax returns. | Michelle Schiller | 6/02/06 | 3.00 | 105.00 | 315.00 |
| BR - 1120 - 2005<br>Review 2005 Federal and NC State income tax returns | Ed Martin | 6/04/06 | 0.70 | 165.00 | 115.50 |
| BR - 1120 - 2005<br>Finalize 2005 Federal and NC tax returns. | Michelle Schiller | 6/05/06 | 0.30 | 105.00 | 31.50 |
| BR - 1120 - 2005<br>Preparation of documents for taxing authorities related to 2005 tax return | Kimmy Phillips | 6/06/06 | 1.60 | 70.00 | 112.00 |
| BR - 1120 - 2005<br>Review 2005 Federal and NC State income tax returns | Ed Martin | 6/06/06 | 0.10 | 165.00 | 16.50 |
| BR - 1120 - 2005<br>Review processing of 2005 Federal and NC tax returns | Angela Allor | 6/13/06 | 0.40 | 70.00 | 28.00 |
| BR - 1120 - 2005<br>Partner review and sign 2005 Federal and NC corporate income tax return and attached 505(b) correspondence | Craig Adams | 6/13/06 | 0.20 | 175.00 | 35.00 |
| BR - Respond to Govt Notices<br>Read & respond to 3 NCDR notices re: prepetiiton sales & payroll taxes | Katie Zechman | 6/19/06 | 0.50 | 145.00 | 72.50 |
| BR - Respond to Govt Notices<br>Prepare response to NCDR notices | Ilona Tortorici | 6/27/06 | 0.20 | 100.00 | 20.00 |

International Heritage, Inc
c/o Mr. Holmes Harden, Trustee
P O Drawer 19764
Raleigh, NC  27619

| | |
|---|---|
| Invoice Date: | December 11, 2006 |
| Invoice Number: | 00202018 |
| Client Number: | 9002 007 |
| Page: | 5 |

*Detail Description:*

| Description | Name | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BR - 1120 - 2005<br>Review NCDR 505b acceptance for 2005 tax return | Ilona Tortorici | 9/11/06 | 0.10 | 100.00 | 10.00 |
| **Total Services** | | | 36.10 | | 3,840.00 |
| BR - Prepare Fee App Exhibits<br>1st class postage for services. | Administrative Ge | 4/06/04 | 0.60 | 1.00 | 0.60 |
| Bankruptcy Consulting<br>PACER Charges 1-1-04 to 6-30-04 | Administrative Ge | 7/20/04 | 14.14 | 1.00 | 14.14 |
| Bankruptcy Consulting<br>Pacer charges 01/01/2005 through 01/31/2005 | Administrative Ge | 2/17/05 | 3.52 | 1.00 | 3.52 |
| Bankruptcy Consulting<br>Pacer charges 02/01/2005 through 02/28/2005 | Administrative Ge | 3/16/05 | 0.48 | 1.00 | 0.48 |
| Bankruptcy Consulting<br>Pacer charges 05/01/2005 through 5/31/2005 | Administrative Ge | 6/13/05 | 9.60 | 1.00 | 9.60 |
| Bankruptcy - 1120 - 2004<br>Copies charge 2004 return | Administrative Ge | 6/14/05 | 19.80 | 1.00 | 19.80 |
| Bankruptcy - 1120 - 2004<br>Computer charge 2004 return | Administrative Ge | 6/14/05 | 135.00 | 1.00 | 135.00 |
| Bankruptcy - 1120 - 2004<br>12/31/04 TR /  Harden | Administrative Ge | 6/21/05 | 3.85 | 1.00 | 3.85 |
| Bankruptcy - 1120 - 2004<br>2004 Tax Return / IRS Grennsboro | Administrative Ge | 6/23/05 | 4.88 | 1.00 | 4.88 |
| Bankruptcy - 1120 - 2004<br>2004 Tax Return / Angela Founain | Administrative Ge | 6/23/05 | 5.34 | 1.00 | 5.34 |
| Bankruptcy - 1120 - 2004<br>2004 Tax Return / IRS OH | Administrative Ge | 6/23/05 | 4.88 | 1.00 | 4.88 |
| Bankruptcy Consulting<br>PACER charges 07/01/2005 through 07/31/2005 | Administrative Ge | 8/11/05 | 2.88 | 1.00 | 2.88 |
| Bankruptcy Consulting<br>PACER charges for 3-1-06 to 3-31-06 | Administrative Ge | 4/12/06 | 3.68 | 1.00 | 3.68 |
| Bankruptcy Consulting<br>PACER charges for 04-01-06 to 04-30-06 | Administrative Ge | 5/10/06 | 2.40 | 1.00 | 2.40 |
| BR - 1120 - 2005<br>Copies Charge, 2005 Tax Return | Administrative Ge | 6/06/06 | 18.20 | 1.00 | 18.20 |

International Heritage, Inc
c/o Mr. Holmes Harden, Trustee
P O Drawer 19764
Raleigh, NC  27619

| | |
|---|---|
| Invoice Date: | December 11, 2006 |
| Invoice Number: | 00202018 |
| Client Number: | 9002 007 |
| Page: | 6 |

*Detail Description:*

| | | | | | |
|---|---|---|---|---|---|
| BR - 1120 - 2005<br>    Computer Charges, 2005 Tax Return | Administrative Ge | 6/06/06 | 135.00 | 1.00 | 135.00 |
| Bankruptcy Consulting<br>    Priority, 2005 Tax Returns to trustee | Administrative Ge | 6/13/06 | 4.05 | 1.00 | 4.05 |
| Bankruptcy Consulting<br>    3 Individual Certified mail, 2005 Tax Returns to IRS,<br>    Greensboro, State | Administrative Ge | 6/16/06 | 15.84 | 1.00 | 15.84 |
| Bankruptcy Consulting<br>    PACER charges for 6-1-06 to 6-30-06 | Administrative Ge | 7/14/06 | 6.16 | 1.00 | 6.16 |

|  |  |  |
|---|---|---|
| **Total Expenses** | | 390.30 |
| Services | | 3,840.00 |
| Expenses | | 390.30 |
| **Total** | 36.10 | 4,230.30 |
| Total Invoice Amount | | $4,230.30 |

# Professional Team at Adams, Martin & Assoicates PA

**Craig A. Adams, CPA**

Craig A. Adams* is a Principal in and Founder of Adams, Martin & Associates PA. He graduated in 1979 with a B.A. in Accounting form North Carolina State University. Mr. Adams is a Certified Public Accountant licensed in the State of North Carolina. He has the Series 6 and Series 66 Investment License. He added bankruptcy to the practice in 1987.

**K. Edward Martin, Jr., CPA**

K. Edward Martin, Jr.* is a Principal in Adams, Martin & Associates PA. He graduated from East Carolina University in 1986 with a B.S. in Accounting and is a Certified Public Accountant licensed in the state of North Carolina. His public accounting focus has been tax and business advisory services for closely-held businesses and their owners in most industries. He has attained his Certificate of Educational Achievement in Tax Planning and Advising for Closely-Held Businesses, which is issued by the American Institute of Certified Public Accountants. Mr. Martin also has his Series 6 and Series 66 Investment License.

**Kathryn G. Zechman, MBA, CPA**

Kathryn G. Zechman* graduated from the University of Nebraska in 1999 with an M.B.A. with emphasis in Accounting and in 1997 with a B.S. in Accounting. She is a Certified Public Accountant licensed to practice in the states of North Carolina and Texas. Ms. Zechman has extensive tax knowledge and experience, including complex consolidated returns for multi-million dollar corporations. In addition, she has preformed audits of banks, small companies and retirement plans.

**Elizabeth C. Berry, CPA, CIRA, CFE**

Elizabeth C. Berry* graduated from North Carolina State University in 1990 with a B.A. in Accounting and the University of North Carolina at Chapel Hill in 1989 with a B.A. in English. Ms. Berry is a Certified Public Accountant licensed in the state of North Carolina and specializes in bankruptcy and reorganizations. She has attained the specialty designation of Certified Insolvency and Restructuring Advisor and is a member of the Association of Insolvency and Restructuring Advisors. Ms. Berry has also attained the specialty designation of Certified Fraud Examiner and is a member of the Association of Certified Fraud Examiners.

**Michelle Schiller**

Michelle Schiller* graduated Magna cum Laude from South University in Savannah, Georgia in 2004 with a B.S. in Business Administration with an emphasis in Finance. Ms. Schiller worked extensively throughout college in management roles where her responsibilities included payroll and bookkeeping functions, including accounts payable, accounts receivable, payroll verification, bank reconciliations, and producing financial statements.

* Members of the American Institute of Certified Public Accountants and North Carolina Association of Certified Public Accountants.

# Professional Team at Adams, Martin & Assoicates PA

**Ilona B. Tortorici**
Ilona B. Tortorici is a paraprofessional working primarily in the bankruptcy department.   Ms. Tortorici has worked in various accounting positions since 1979, including owning / managing a business for which she increased revenues / demand to the point of choosing to sell the business instead of opening a second store.  She has worked in all aspects of industry accounting, including accounts payable, accounts receivable, general ledger adjustments and account reconciliation, supervisor and customer service.

**Angela Allor**
Angela Allor graduated from Wake Technical Community College in 2000 with an A.A. Degree in Human Services.  Ms. Allor has data processing, database maintenance, report preparation and report analyzing experience.

**Patricia Coggins**
Patricia Coggins graduated from Salem College in 1975 with a B.A. in History and from Meredith College in 1989 with an M.B.A.  Prior to joining the ACG Team in 2000, she represented Ashworth, Inc as an independent contractor in the golf industry.  Ms. Coggins has data processing, database maintenance, report preparation, report analyzing, and accounting experience.

**Kimmy Phillips**
Kimmy Phillips has accounting experience including accounts receivable, data processing, payroll time card processing and report preparation.

**Leah Wheeler**
Leah Wheeler has data processing, database maintenance, report preparation, report analyzing, and accounting experience.

* Members of the American Institute of Certified Public Accountants and North Carolina Association of Certified Public Accountants.

**Monday, December 11, 2006**                                                                                      AMA Team: Page 2 of 2

STATE OF NORTH CAROLINA

COUNTY OF WAKE                                                    VERIFICATION

Craig A. Adams, being first duly sworn, deposes and says:

That he is the court appointed Certified Public Accountant in the accounting firm of
Adams, Martin & Associates PA, the bankruptcy estate's general accountant in this action, and
that he has read the foregoing Application for Certified Public Accountant for the Trustee for
Interim Allowance of Compensation and Reimbursement of Expenses and prepared the
itemization of expenses and detail of services rendered attached to it; that the matters and things
alleged therein are true of his own knowledge, except those matters alleged on information and
belief and as those he believes the same to be true.

This the ___11___ day of December 2006.

_____
Craig A. Adams

Sworn to and subscribed before me,
This __7__ day of December 2006.

_____
Notary Public

My Commission Expires: _November 19, 2008_

[Notary Seal: SHARON S. NORWOOD, NOTARY PUBLIC, WAKE COUNTY, N.C.]

FeeAppAffidavit,Interim CAA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                  )   CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,           )
                                        )   CHAPTER 7
                                        )
        Debtor.                         )

NOTICE OF APPLICATION FOR INTERIM COMPENSATION
FOR SERVICES OF ACCOUNTANT FOR TRUSTEE AND
CERTIFICATE OF SERVICE

TO:  ALL CREDITORS OF INTERNATIONAL HERITAGE, INC. AND OTHER PARTIES IN
INTEREST

        NOTICE HEREBY GIVEN of the Fifth Application for Interim Compensation for
Services of Adams, Martin & Associates, PA, Accountants for Trustee, for services rendered from
April 6, 2004 through November 30, 2006 in the amount of $3,840.00 and reimbursement of
expenses in the amount of $390.30 incurred during the same period filed simultaneously herewith by
Holmes P. Harden, Attorney for Trustee.

        An objection to the fees requested should be filed with the Clerk, U. S. Bankruptcy
Court, Post Office Box 1441, Raleigh, North Carolina  27602 with a copy served on the trustee
whose name appears at the bottom of this Notice within twenty (20) days of the date of this Notice.
No hearing will be conducted on said objection unless the Court, in its discretion, deems a hearing
necessary, or unless a hearing is requested by the party filing such request.  Any party requesting a
hearing shall appear at said hearing in support of such request or he may be assessed with costs.

DATE OF NOTICE:  12/18/06

                                        Holmes P. Harden, Trustee
                                        N. C. State Bar No. 9835
                                        Post Office Drawer 19764
                                        Raleigh, North Carolina  27619
                                        Telephone: (919) 981-4000

514623

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing document was served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the 8th day of December, 2006.

MAUPIN TAYLOR, P.A.

BY: _____

Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:
Marjorie K. Lynch
Bankruptcy Administrator
(by electronic service)

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

Patrick Anders, Esquire
Edger and Paul
1777 Durham-Chapel Hill Blvd.
Suite 204
Chapel Hill, NC 27514

James A. Roberts, III, Esquire
A. Graham Shirley, Esquire
Lewis & Roberts
P.O. Box 17529
Raleigh, NC 27619-7529

See Attached Mail Matrix and E-Mail List

RAL/179511/1

Terri I. Gardner
Poyner & Spruill, LLP
P. O. Box 10096
3600 Glenwood Avenue
Raleigh, NC 27605

Brent E. Wood
3750 NW Cary Pkwy., Ste. 111
Cary, NC 27513-8432

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
2520 Northwinds Pkwy #375
Alpharetta, GA 30004-2233

James Russell Tucker
Tucker & Ratcliffe, L.L.P.
10647 Strait Lane
Dallas, TX 75229-5426

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Dorothy H. Miller
102 Triangle Circle
Lafayette, LA 70508

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Stacey Ostrom
202 Oak Creek Drive
League City, TX 77573-1762

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Jane E. Chassey
1514 Azalea Drive
Saint Louis, Missouri 63119

Carolyn E. John
485 Broad River Blvd.
Beaufort, SC 29906

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL -9490 Vaduz   LIECHTENSTEIN

Gary D. McDowell
200 Ansley Close
Roswell, GA 30075

Jean Wedin
P. O. Box 753
LaConner, WA 98257

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen   SWITZERLAND

Managing Agent
Schweizerische Hypotheken
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich   SWITZERLAND

Managing Agent
UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich   SWITZERLAND

Charles Anderson
P. O. Box 33550
Raleigh, NC 27636

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Larry Smith
2435 E. North Street
Greenville, SC 29615

Anna M. Washburn
145 Christopher Drive
Clayton, NC 27520

Shawna Y. Staton
Huchtens, Senter.

Henry W. Nozko, Jr., President
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Henry W. Nozko, Jr., President
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Managing Agent
Coeco
2525 Atlantic Avenue
Raleigh, NC 27604

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN 56258

Managing Agent
Centrum Bank AGVaduz
Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz   LIECHTENSTEIN

Managing Agent
Accurata Treuhand und Revisions AG Vaduz
Abundt 36
FL-9490 Vaduz   LIECHTENSTEIN

Managing Agent
UBS AG, Zurich Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich   SWITZERLAND

Managing Agent
TransAmerica-TIG Insurance
5205 N.O. Connor Blvd. Ste. B1
Irving, TX 75039-3724

Sherwin P. Robin
P. O. Box 9541
Savannah, GA 31412-9541

Tony Copeland
BTI
4300 Six Forks Road, Suite 500
Raleigh, NC 27609

Michael P. Flanagan
Ward and Smith, P.A.
P. O. Box 8088
Greenville, NC 27835-8088

Vickie Corbitt,
Attorney for Commissioner of Revenue
Tennessee Dept. of Revenue - Legal
312 8th Ave. N. #27 Fl.
Nashville, TN 37243-0001

Jean Boyles
P. O. Box 10506
Raleigh, NC 27605

James A. Roberts, III
Lewis & Roberts, PLLC
P. O. Box 17529
Raleigh, NC 27619-7529

Stephani W. Humrickhouse, Esq.
Nicholls & Crampton
4300 Six Forks Road, Suite 700
Raleigh, NC  27609

Paul Faison S. Winborne
300/200 Parham Street, Suite F
P. O. Box 1547
Raleigh, NC 27602

Patrick H. Tyler
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

Janet Cradeur
P. O. Box 66658
Baton Rouge, LA 70896

Missouri Department of Revenue
Attn: Brian S. Kuhlmann
P. O. Box 475
Jefferson City, MO 65105-0475

James K. Austin
Ellis Painter Ratterree & Bart LLP
P. O. Box 9946
Savannah, GA 31412-9946

Meredith P. Ezzell
Wyrick Robbins Yates & Ponton LLP
P. O. Drawer 17803
Raleigh, NC 27619

Marcia McGair Ippolito
R.I. Division of Taxation
One Capitol Hill
Providence, RI 02908-5800

Walter Calton
312 East Broad Street
Eufaula, AL 36072

Keith M. Jensen
Law Office of Keith M. Jensen
514 East Beklnap
Fort Worth, TX 76102

Joseph N. Calloway, Esq.
Battle, Winslow, Scott & Wiley, P.A.
P. O. Box 7100
Rocky Mount, NC 27804-0100

L. C. Gilbert, Jr.
74 Hilltop Lane
Alpine, AL 35014

Randall L. Greene
Rt. 1, Box 155
Randlett, OK 73562

Maria Lee Siwierka
5507 Deerbourne Chase Dr.
Sugar Land, TX 77479-4194

James H. Thomas
101 Robin Drive
Troy, AL 36081

Denise Marsh
709 Summit Ridge
Lewisville, TX 75067

Sharon A. Meckenstock
1640 West 34th St., N.
Wichita, KS 67204

State Auditor's Office
Montana Securities Department
Mitchell Building, Room 270
State Capital Complex
Helen, MT 59620

Marshall Reddy
P. O. Box 806
Ponte Verde Beach, FL 32004

Henry W. Noziko, Jr.
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Gerald A. Jeutter
Kilpatrick Stockton, LLP
P. O. Box 300004
Raleigh, NC 27622

Henry W. Noziko, Jr.
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Michael K. Wolensky
Robert G. Brunton
David J. Gellen
Kutak Rock
225 Peachtree St., NE, Suite 2100
Atlanta, GA 30303-1731

Robert J. Marrigan
Development Direct, Inc.
P.O. Box 650
Bedford, MA 01730-0650

Ronald H. Garber
Boxley Bolton & Garber
P. O. Drawer 1429
Raleigh, NC 27602

Scott L. Wilkinson
Assistant U.S. Attorney
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Cathy Fligg
1456 Stratfield Circle
Atlanta, GA 30319

Betty Hesketh
7566 15th Lane
Vero Beach, FL 32966

James Burshtyn
Office of Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78712548

Jackie S. Hart
1706 Antigua Lane
Nassau Bay, TX  77058

RAL/179511/1

E-mail: x2-song@worldnet.att.net
E-mail: hual@airmail.net
E-mail: mayfi23@marz.com
E-mail: Buddha623@aol.com
E-mail: pgorman@vantagepointcapital.com
E-mail: wrightr@mindspring.com
E-mail: mlafontaine@abbot-simses.com
E-mail: rabbit@rockisland.com
E-mail: cheryll.COSTANIINO@edmail.com
E-mail: jasbircheema@amropictures.com
E-mail: 72320.316@compuserve.com
E-mail: stann@colby.IXKS.com
E-mail: gjack312@Intrstar.net
E-mail: hdfrey@telusplanet.net
E-mail: DLWARREN@BellSouth.net
E-mail: michael_bhagat@hotmail.com
E-mail: rliston@spartanburg4.0rg
E-mail: ghromero@aol.com
E-mail: joanchan@rocketmail.com
E-mail: edeem@worldnet.att.net
E-mail: DFITZPA400@aol.com
E-mail: theboock@compuserve.com
E-mail: pondman@memes.com
E-mail: docchiro@ISLC.net
E-mail: RIZMOE@NWRain.com
E-mail: thodges@gateway.net
E-mail: hlee@directv.com
E-mail: fabb@telusplanet.net
E-mail: cordw@deltapineseed.com
E-mail: NBECK87570@aol.com
E-mail: JYANG4@FORD.COM
E-mail: mccarthy@mccarthyconsultant.com
E-mail: digger@bcsupernet.com
E-mail: BREIDYIII@aol.com
E-mail: pak@jcnl.com
E-mail: lpartr1072@aol.com
E-mail: leadership.possibilities.mak@worldnet.att.net
E-mail: mtheisen@efn.org
E-mail: MLGeller@aol.com
E-mail: mooreem@harpo.tnstate.edu
E-mail: backpain@keynet.net
E-mail: Hbeckbari@aol.com
E-mail: mwarhurst@yahoo.com
E-mail: js.baum@srs.gov
E-mail: wynellh@flash.net
E-mail: dlatray@mcn.net
E-mail: bwood@woodfran.com
E-mail: DickLynn Ferency@compuserve.com
E-mail: CHASSEYRAY@email.msn.com
E-mail: jim.griffith@erols.com
E-mail: xiaokui.shan@bakernet.com
E-mail: xshan@aol.com
E-mail: kkandola@theresidences.com
E-mail: lrochkind@jafferaitt.com
E-mail: sdostrom@hotmail.com
E-mail: michaelhopkins@mailcity.com
E-mail: dana-charles@worldnet.att.net
E-mail: options-galore@yahoo.com
E-mail: bchap01@aol.com
E-mail: ceissngr@midrivers.com
E-mail: glassgs@cadvision.com
E-mail: mbrown8967@aol.com
E-mail: diemert@northerntel.net
E-mail: cgrumer@manatt.com
E-mail: shouli.yang@stjude.org
E-mail: RJWNLAW@aol.com

E-mail:  sds98@eatel.net
E-mail:  jwmaloy@aol.com
E-mail:  kanelos@mindspring.com
E-mail:  blairc@iname.com
E-mail:  Larry_Fletcher@bc.sympatico.ca
E-mail:  JNRRICH@Intur.net
E-mail:  aadrezin@Epix.net
E-mail:  kimball.peed@bigfoot.com
E-mail:  tammyr@falcon.ukans.cc.edu
E-mail:  VTPALMER27@yahoo.com
E-mail:  crandall@rock-springs.dowell.slb.com
E-mail:  gedler@bellsouth.net
E-mail:  r_brown@email.msn.com
E-mail:  hou@mail.med.upenn.edu
E-mail:  dsbarron@bellsouth.net
E-mail:  jamcgrath@yahoo.com
E-mail:  bjsaw@ttc-cmc.net
E-mail:  smsutom@aol.com
E-mail:  lynn@dot.state.al.us
E-mail:  pingnas@ica.net
E-mail:  Hanna@tir.com
E-mail:  buddunn@auantumworld.com
E-mail:  Rahmati@ibm.net
E-mail:  Docnielsen@webtv.net
E-mail:  mjandcarlincc@juno.com
E-mail:  loking@wixmail.com
E-mail:  Jholt@Clemson.edu
E-mail:  jsmusa@mindspring.com
E-mail:  Mainland@ticnet.com
E-mail:  cce3@juno.com
E-mail:  mcnamer@bigsky.net
E-mail:  mwa@wnonline.net
E-mail:  lesterabs@mindspring.com
E-mail:  shanson@kearney.net
E-mail:  an667@hwcn.org
E-mail:  yu241703@yorku.ca
E-mail:  yu241703@yorku.ca
E-mail:  lihen
E-mail:  dsbarron@bellsouth.net
E-mail:  jamcgrath@yahoo.com
E-mail:  bbaum89@aol.com
E-mail:  bjsaw@ttc-cmc.net
E-mail:  smsutom@aol.com
E-mail:  lynn@dot.state.al.us
E-mail:  pingnas@ica.net
E-mail:  Hanna@tir.com
E-mail:  buddunn@quantumworld.com
E-mail:  Rahmati@ibm.net
E-mail:  docnielsen@webtv.net
E-mail:  mjandcarlincc@juno.com
E-mail:  loking@wixmail.com
E-mail:  Jholt@Clemson.edu
E-mail:  jsmusa@mindspring.com
E-mail:  Mainland@ticnet.com
E-mail:  cce3@juno.com
E-mail:  mcnamer@bigsky.net
E-mail:  mwa@wnonline.net
E-mail:  lesterabs@mindspring.com
E-mail:  shanson@kearney.net
E-mail:  an667@hwcn.org
E-mail:  yu241703@yorku.ca
E-mail:  TJDeavers@aol.com
E-mail:  BrAnDin420@aol.com
E-mail:  hou@mail.med.upenn.edu
E-mail:  CTBallard@aol.com
E-mail:  beth_pattillo@shmm.org

RAL/179511/1

E-mail:  swede@dmea.net
E-mail:  kmaxeyjr@bayou.com
E-mail:  Wesglynn@aol.com
E-mail:  jwarren@wyche.com
E-mail:  dongming.zhao@jci.com
E-mail:  pkloosterman@juno.com
E-mail:  JEEPETTE99@aol.com
E-mail:  pingnas@ica.net
E-mail:  Karen0906@aol.com
E-mail:  lonni@pb.quik.com
E-mail:  Dana-Charles@Worldnet.Att.Net
E-mail:  Averitas@aol.com
E-mail:  kk_1200@kwikkopy.com
E-mail:  hewlett@cablelan.net
E-mail:  sonia_voldseth@burns.senate.gov
E-mail:  dzeigler@jsucc.jsu.edu
E-mail:  mchad@acnet.net
E-mail:  albourassa@bigfoot.com
E-mail:  albourassa@bigfoot.com
E-mail:  Harden, Holmes
E-mail:  Mgutierrez@pirnie.com
E-mail:  mayfi23@marz.com
E-mail:  shucko@prodigy.net
E-mail:  zuzuy2k@yahoo.com
E-mail:  Mgutierrez@pirnie.com
E-mail:  Mgutierrez@pirnie.com
E-mail:  RRALBRIGHT@AOL.COM
E-mail:  bcslaw@prodigy.net
E-mail:  rosieo@bigsky.net
E-mail:  mooreem@harpo.tnstate.edu
E-mail:  VANATTAL@VAX.CS.HSCSYR.EDU
E-mail:  leadership.possibilities.mak@worldnet.att.net
E-mail:  pingnas@ica.net
E-mail:  cr8on@flash.net
E-mail:  bsclaw@worldnet.att.net
E-mail:  hewlettlj@shaw.ca
E-mail:  ladevries@firstam.com
E-mail:  ihatch@ala.net
Rmggood@Prodigy.Net