

**SO ORDERED.**

**SIGNED this 16 day of January, 2007.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

### Order Allowing Fifth Interim Fees For Accountant for Trustee

This matter comes on for consideration upon the Accountant for Trustee's Fifth Application for Interim Compensation from April 6, 2004 through November 30, 2006 and Reimbursement of Expenses for the same period, and Notice mailed to creditors in this case and the court having considered the factors affecting the interim compensation requested, it is ordered that the following interim fees and expenses be, and they hereby are allowed:

| | |
|---|---|
| Accountant for Trustee interim fees | $3,840.00 |
| Accountant for Trustee interim expenses | $  390.30 |

SO ORDERED.

**End of Document**

514628