

**SO ORDERED.**

**SIGNED this 16 day of January, 2007.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

### Order Allowing Fifth Interim Fees For Accountant for Trustee

This matter comes on for consideration upon the Accountant for Trustee's Fifth Application for Interim Compensation from April 6, 2004 through November 30, 2006 and Reimbursement of Expenses for the same period, and Notice mailed to creditors in this case and the court having considered the factors affecting the interim compensation requested, it is ordered that the following interim fees and expenses be, and they hereby are allowed:

| | |
|---|---|
| Accountant for Trustee interim fees | $3,840.00 |
| Accountant for Trustee interim expenses | $ 390.30 |

SO ORDERED.

**End of Document**

514628

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0417-5            User: shumdrake            Page 1 of 1            Date Rcvd: Jan 16, 2007
Case: 98-02675                  Form ID: pdf014            Total Served: 1

The following entities were served by first class mail on Jan 18, 2007.
db           +International Heritage, Inc.,   C/O TERRI L. GARDNER,    POST OFFICE DRAWER 1389,
               RALEIGH, NC 27602-1389
The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 18, 2007**          Signature:    _Joseph Speetjens_