Page: 1

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No: 98-02675-5-ATS    Judge: ATS
Case Name: INTERNATIONAL HERITAGE INC.
For Period Ending: 12/31/06

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Date Filed (f) or Converted (c): 11/25/98 (f)
341(a) Meeting Date: 12/30/98
Claims Bar Date: 03/30/99

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Accounts Receivable | Unknown | 0.00 | | 12,019.61 | FA | 0.00 | 0.00 |
| 2. Funds in Bank Account | Unknown | 0.00 | | 26,559.96 | FA | 0.00 | 0.00 |
| 3. Refunds-Income Tax | Unknown | 737.49 | | 737.49 | FA | 0.00 | 0.00 |
| 4. Payment on Judgment for Embezzlement | Unknown | 6,386.68 | | 6,386.68 | FA | 0.00 | 0.00 |
| 5. Refunds-Other | Unknown | 7,563.74 | | 7,563.74 | FA | 0.00 | 0.00 |
| 6. Golf logo | Unknown | 0.00 | | 500.00 | FA | 0.00 | 0.00 |
| 7. Merchant Bankcard refunds | Unknown | 0.00 | | 955.93 | FA | 0.00 | 0.00 |
| 8. Auction Proceeds | Unknown | 22,635.00 | | 22,635.00 | FA | 0.00 | 0.00 |
| 9. Sale of database list | Unknown | 15,000.00 | | 15,000.00 | FA | 0.00 | 0.00 |
| 10. Cash Bonds 98CV011169 | Unknown | 2,500.00 | | 10,000.00 | FA | 0.00 | 0.00 |
| 11. Post-Petition Interest Deposits (u) | 0.00 | 280,632.39 | | 405,189.00 | 0.00 | 0.00 | 0.00 |
| 12. Postage Refund | Unknown | 0.00 | | 7,292.15 | FA | 0.00 | 0.00 |
| 13. Executive Risk Settlement | Unknown | 1,787,500.00 | | 1,787,500.00 | FA | 0.00 | 0.00 |
| 14. SEC Settlement | Unknown | 0.00 | | 4,315,308.30 | FA | 0.00 | 0.00 |
| 15. Preference Payments (u) | Unknown | 0.00 | | 485,684.27 | FA | 0.00 | 0.00 |
| 16. Collection (u) | Unknown | 0.00 | | 6,000.00 | FA | 0.00 | 0.00 |
| 17. Erie Insurance Settlement | Unknown | 0.00 | | 60,000.00 | FA | 0.00 | 0.00 |
| 18. Kecia Peterson Judgment (u) | 0.00 | 17,332.99 | | 17,332.99 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $ 0.00 | $ 2,140,288.29 | | $ 7,186,665.12 | Gross Value of Remaining Assets $0.00 | 0.00 | 0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

JDJ still working on technology issues re filing objections to claims; 9/7/06 payment of trustee's bond; 10/2/06 worked on interim fee application; 10/3/06 filed interim fee app; responses due by 10/26/06; after codes are assigned all claims will have to be updated in EPI to determine the disbursement of the SEC funds; SEC funds will be disbursed first and then the remainder of funds will be in a regular distribution; 12/19/06

LFORM1EX

Ver: 11.80

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| | |
|---|---|
| Case No: | 98-02675-5-ATS   Judge: ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |

| | |
|---|---|
| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Date Filed (f) or Converted (c): | 11/25/98 (f) |
| 341(a) Meeting Date: | 12/30/98 |
| Claims Bar Date: | 03/30/99 |

application for interim accountant's fees filed; responses due by 1/10/07;

RE PROP# 1----Funds from Brent Wood's special account. Mr. Wood said funds were from credit card processes and a small liquidation of assets on Wicker Drive.

RE PROP# 2---Centura Bank CD Acct. #0219785949 to close

RE PROP# 12----Postage Meter refund

RE PROP# 14----First scheduled payment on settlement

RE PROP# 16----Collection of Duke Realty Rent

RE PROP# 18----Paid off in full on 11/1/04

Initial Projected Date of Final Report (TFR): 12/30/01    Current Projected Date of Final Report (TFR): 12/31/08

/s/   HOLMES P. HARDEN, TRUSTEE

Date: 01/24/07

HOLMES P. HARDEN, TRUSTEE

Ver. 11.80

LFORM1EX

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| Taxpayer ID No: | *******1191 | Account Number / CD #: | ******6518 Money Market - Interest Bearing |
| For Period Ending: | 12/31/06 | Blanket Bond (per case limit): | $ 6,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 61,298.01 |
| 07/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 52.08 | | 61,350.09 |
| 08/16/06 | 11 | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 25.50 | 61,324.59 |
| 08/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 52.09 | | 61,376.68 |
| 09/19/06 | 11 | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 40.95 | 61,335.73 |
| 09/29/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 50.43 | | 61,386.16 |
| 10/31/06 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 52.14 | | 61,438.30 |
| 11/30/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 50.50 | | 61,488.80 |
| 12/29/06 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 52.21 | | 61,541.01 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 309.45 | 66.45 |
| Less: Bank Transfers/CD's | 0.00 | 66.45 |
| Subtotal | 309.45 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 309.45 | 0.00 |

Page Subtotals    309.45    66.45

LFORM24    Ver: 11.80

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 98-02675-5-ATS | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6521 Checking - Non Interest |
| Taxpayer ID No: | *******1191 | | | |
| For Period Ending: | 12/31/06 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| | | | | | | | |
| | | | COLUMN TOTALS | | 0.00 | 0.00 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

Page Subtotals    0.00    0.00

LFORM24    Ver: 11.80

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 98-02675-5-ATS | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6534 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | | | |
| For Period Ending: | 12/31/06 | | Blanket Bond (per case limit): | $ 6,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 21,061.37 |
| 07/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 17.89 | | 21,079.26 |
| 08/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 17.90 | | 21,097.16 |
| 09/29/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 17.33 | | 21,114.49 |
| 10/31/06 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 17.94 | | 21,132.43 |
| 11/30/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 17.37 | | 21,149.80 |
| 12/29/06 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 17.95 | | 21,167.75 |

| | | |
|---|---|---|
| COLUMN TOTALS | 106.38 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 106.38 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 106.38 | 0.00 |

Page Subtotals         106.38         0.00         21,167.75

LFORM24                                                                 Ver: 11.80

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: *******1191
For Period Ending: 12/31/06

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6819 Money Market - Interest Bearing
Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 972,042.90 |
| 07/20/06 | | Transfer to Acct #********6835 | Bank Funds Transfer | 9999-000 | | 66.49 | 971,976.41 |
| 07/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 825.55 | | 972,801.96 |
| 08/03/06 | | Transfer to Acct #********6835 | Bank Funds Transfer | 9999-000 | | 89.55 | 972,712.41 |
| 08/17/06 | | Transfer to Acct #********6835 | Bank Funds Transfer | 9999-000 | | 40.95 | 972,671.46 |
| 08/22/06 | | Transfer to Acct #********6835 | Bank Funds Transfer | 9999-000 | | 26.18 | 972,645.28 |
| 08/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 826.12 | | 973,471.40 |
| 09/07/06 | | Transfer to Acct #********6835 | Bank Funds Transfer | 9999-000 | | 59.33 | 973,412.07 |
| 09/07/06 | | Transfer to Acct #********6835 | Bank Funds Transfer | 9999-000 | | 6,475.00 | 966,937.07 |
| 09/18/06 | | Transfer to Acct #********6835 | Bank Funds Transfer | 9999-000 | | 25.50 | 966,911.57 |
| 09/21/06 | | Transfer to Acct #********6835 | Bank Funds Transfer | 9999-000 | | 25.86 | 966,885.71 |
| 09/27/06 | | Transfer to Acct #********6835 | Bank Funds Transfer | 9999-000 | | 59.32 | 966,826.39 |
| 09/29/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 795.79 | | 967,622.18 |
| 10/11/06 | | Transfer to Acct #********6835 | Bank Funds Transfer | 9999-000 | | 40.79 | 967,581.39 |
| 10/18/06 | | Transfer to Acct #********6835 | Bank Funds Transfer | 9999-000 | | 50.74 | 967,530.65 |
| 10/24/06 | | Transfer to Acct #********6835 | Bank Funds Transfer | 9999-000 | | 59.17 | 967,471.48 |
| 10/31/06 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 821.77 | | 968,293.25 |
| 11/01/06 | | Transfer to Acct #********6835 | Bank Funds Transfer | 9999-000 | | 8,405.24 | 959,888.01 |
| 11/06/06 | | Transfer to Acct #********6835 | Bank Funds Transfer | 9999-000 | | 40.82 | 959,847.19 |
| 11/17/06 | | Transfer to Acct #********6835 | Bank Funds Transfer | 9999-000 | | 25.19 | 959,822.00 |
| 11/30/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 788.91 | | 960,610.91 |
| 12/05/06 | 001088 | AT&T | Telephone Service | 2990-000 | | 24.12 | 960,586.79 |
| 12/12/06 | | Transfer to Acct #********6835 | Bank Funds Transfer | 9999-000 | | 65.94 | 960,520.85 |
| 12/13/06 | | Transfer to Acct #********6835 | Bank Funds Transfer | 9999-000 | | 59.18 | 960,461.67 |
| 12/29/06 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 815.77 | | 961,277.44 |

Page Subtotals        4,873.91        15,639.37

LFORM24                                                                                            Ver: 11.80

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | ******6819 Money Market - Interest Bearing |
| Taxpayer ID No: | ******1191 | Blanket Bond (per case limit): | |
| For Period Ending: | 12/31/06 | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 961,277.44 |
| | | | COLUMN TOTALS | | 4,873.91 | 15,639.37 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 15,615.25 | |
| | | | Subtotal | | 4,873.91 | 24.12 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 4,873.91 | 24.12 | |

Page Subtotals        0.00        0.00

Ver: 11.80

LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| Taxpayer ID No: | *******1191 | Account Number / CD #: | *******6835 Checking - Non Interest |
| For Period Ending: | 12/31/06 | Blanket Bond (per case limit): | $ 6,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/20/06 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 66.49 | | 66.49 |
| 07/20/06 | 001145 | Bell South | Telephone Service | 2990-000 | | 40.99 | 25.50 |
| 07/20/06 | 001146 | AT&T | Telephone Service 919-876-2161 056-390-8195 | 2990-000 | | 25.50 | 0.00 |
| 08/03/06 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 89.55 | | 89.55 |
| 08/03/06 | 001147 | BELLSOUTH | Telephone Service | 2990-000 | | 59.32 | 30.23 |
| 08/03/06 | 001148 | AT&T | Telephone Service | 2990-000 | | 30.23 | 0.00 |
| 08/16/06 | | Transfer from Acct #*******6518 | Bank Funds Transfer | 9999-000 | 25.50 | | 25.50 |
| 08/16/06 | 001149 | AT&T | Telephone Service | 2990-000 | | 25.50 | 0.00 |
| 08/17/06 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 40.95 | | 40.95 |
| 08/17/06 | 001150 | BellSouth | Telephone Service | 2990-000 | | 40.95 | 0.00 |
| 08/22/06 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 26.18 | | 26.18 |
| 08/22/06 | 001151 | AT&T | Telephone Service | 2990-000 | | 26.18 | 0.00 |
| 09/07/06 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 59.33 | | 59.33 |
| 09/07/06 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 6,475.00 | | 6,534.33 |
| 09/07/06 | 001152 | INTERNATIONAL SURETIES, LTD. 203 CARONDELET STREET, STE. 500 NEW ORLEANS, LA 70130 | Trustee Bond BOND #016028231 | 2300-000 | | 6,475.00 | 59.33 |
| 09/07/06 | 001153 | BELLSOUTH | 919790-01280100364 | 2990-000 | | 59.33 | 0.00 |
| 09/18/06 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 25.50 | | 25.50 |
| 09/18/06 | 001154 | AT&T | Telephone Service | 2990-000 | | 25.50 | 0.00 |
| 09/19/06 | | Transfer from Acct #*******6518 | Bank Funds Transfer | 9999-000 | 40.95 | | 40.95 |
| 09/19/06 | 001155 | BELLSOUTH | Telephone Service | 2990-000 | | 40.95 | 0.00 |
| 09/21/06 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 25.86 | | 25.86 |
| 09/21/06 | 001156 | AT&T | Telephone Service | 2990-000 | | 25.86 | 0.00 |
| 09/27/06 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 59.32 | | 59.32 |
| 09/27/06 | 001157 | BELLSOUTH | Telephone Service | 2990-000 | | 59.32 | 0.00 |
| 10/11/06 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 40.79 | | 40.79 |
| | | | Page Subtotals | | 6,975.42 | 6,934.63 | |

LFORM24   Ver. 11.80

Page: 7

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: *******1191
For Period Ending: 12/31/06

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6835 Checking - Non Interest
Blanket Bond (per case limit): $ 6,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/11/06 | 001158 | BellSouth | Telephone Service | 2990-000 | | 40.79 | 0.00 |
| 10/18/06 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 50.74 | | 50.74 |
| 10/18/06 | 001159 | AT&T | Telephone Service | 2990-000 | | 25.19 | 25.55 |
| 10/18/06 | 001160 | AT&T | Telephone Service | 2990-000 | | 25.55 | 0.00 |
| 10/24/06 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 59.17 | | 59.17 |
| 10/24/06 | 001161 | BELLSOUTH | Telephone Service | 2990-000 | | 59.17 | 0.00 |
| 11/01/06 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 8,405.24 | | 8,405.24 |
| 11/01/06 | 001162 | MAUPIN TAYLOR, PA | ATTORNEY FEES (FIRM) BANK7A-HFN INTERIM FEES FROM 4/1/06 THROUGH 9/30/06 | | | 8,405.24 | 0.00 |
| | | | Fees  8,258.00 | 3110-000 | | | 0.00 |
| | | | Expenses  147.24 | 3120-000 | | | 0.00 |
| 11/06/06 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 40.82 | | 40.82 |
| 11/06/06 | 001163 | BellSouth | Telephone Service | 2990-000 | | 40.82 | 0.00 |
| 11/17/06 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 25.19 | | 25.19 |
| 11/17/06 | 001164 | AT&T | Telephone Service | 2990-000 | | 25.19 | 0.00 |
| 12/12/06 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 65.94 | | 65.94 |
| 12/12/06 | 001165 | Bellsouth | Telephone Service | 2990-000 | | 40.81 | 25.13 |
| 12/12/06 | 001166 | AT&T | Telephone Service | 2990-000 | | 25.13 | 0.00 |
| 12/13/06 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 59.18 | | 59.18 |
| 12/13/06 | 001167 | BELLSOUTH | Telephone Service | 2990-000 | | 59.18 | 0.00 |

Page Subtotals   8,706.28   8,747.07

8,706.28

LFORM24                                                                                                               Ver. 11.80

Page: 8

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-ATS | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6835 Checking - Non Interest |
| Taxpayer ID No: | *******1191 | | Blanket Bond (per case limit): | |
| For Period Ending: | 12/31/06 | | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| | | | COLUMN TOTALS | | 15,681.70 | 15,681.70 | |
| | | | Less: Bank Transfers/CD's | | 15,681.70 | 0.00 | |
| | | | Subtotal | | 0.00 | 15,681.70 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 15,681.70 | |

Page Subtotals    0.00    0.00

Ver: 11.80

LFORM24

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 9

| Case No: | 98-02675-5-ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | ******1191 |
| For Period Ending: | 12/31/06 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | ******6848  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 4,364,889.75 |
| 07/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3,707.17 | | 4,368,596.92 |
| 08/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3,710.32 | | 4,372,307.24 |
| 09/29/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3,593.67 | | 4,375,900.91 |
| 10/31/06 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 3,716.53 | | 4,379,617.44 |
| 11/30/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3,599.69 | | 4,383,217.13 |
| 12/29/06 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 3,722.73 | | 4,386,939.86 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 22,050.11 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 22,050.11 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 22,050.11 | 0.00 |

Page Subtotals  22,050.11  0.00

LFORM24                                                                                                                         Ver. 11.80

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 10

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| Taxpayer ID No: | *******1191 | Account Number / CD #: | *******7313 Money Market - Interest Bearing |
| For Period Ending: | 12/31/06 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 509,669.09 |
| 07/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 432.87 | | 510,101.96 |
| 08/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 433.24 | | 510,535.20 |
| 09/29/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 419.61 | | 510,954.81 |
| 10/31/06 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 433.97 | | 511,388.78 |
| 11/30/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 420.32 | | 511,809.10 |
| 12/29/06 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 434.68 | | 512,243.78 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | 2,574.69 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 2,574.69 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 2,574.69 | 0.00 |

Page Subtotals  2,574.69  0.00       512,243.78

Ver. 11.80

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 11

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******7410  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | Blanket Bond (per case limit): | $ 6,000,000.00 |
| For Period Ending: | 12/31/06 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 5,487.29 |
| 07/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.66 | | 5,491.95 |
| 08/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.66 | | 5,496.61 |
| 09/29/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.52 | | 5,501.13 |
| 10/31/06 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 4.67 | | 5,505.80 |
| 11/30/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.53 | | 5,510.33 |
| 12/29/06 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 4.68 | | 5,515.01 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 27.72 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 27.72 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 27.72 | 0.00 |

5,515.01

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market - Interest Bearing - ********6518 | 309.45 | 0.00 | 61,541.01 |
| Checking - Non Interest - ********6521 | 0.00 | 0.00 | 0.00 |
| Money Market - Interest Bearing - ********6534 | 106.38 | 0.00 | 21,167.75 |
| Money Market - Interest Bearing - ********6819 | 4,873.91 | 24.12 | 961,277.44 |
| Checking - Non Interest - ********6835 | 0.00 | 15,681.70 | 0.00 |
| Money Market - Interest Bearing - ********6848 | 22,050.11 | 0.00 | 4,386,939.86 |
| Money Market - Interest Bearing - ********7313 | 2,574.69 | 0.00 | 512,243.78 |
| Money Market - Interest Bearing - ********7410 | 27.72 | 0.00 | 5,515.01 |
| | 29,942.26 | 15,705.82 | 5,948,684.85 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     27.72     0.00

Ver. 11.80

LFORM24

Page: 12

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-ATS | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | BANK OF AMERICA |
| Taxpayer ID No: | *******1191 | | Account Number / CD #: | *******7410 Money Market - Interest Bearing |
| For Period Ending: | 12/31/06 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/ HOLMES P. HARDEN, TRUSTEE     Date: 01/24/07
HOLMES P. HARDEN, TRUSTEE

Page Subtotals     0.00     0.00

LFORM24     Ver: 11.80