TO WHOM IT MAY CONCERN,

My name is KOLO HSIN THE CREDITOR OF CASE # 98-02675-5-ATS I'VE SPOKE WITH PEGGY B. DEANS ABOUT MY CLAIM. ENCLOSE IS A COPY OF MY PROOF OF CLAIM STATEMENT, THAT I HAD FILED. PLEASE UPDATE MY CLAIM STATEMENT AND MY CURRENT ADDRESS NOW IS:

6108 RIPPLING WATER WALK
CLARKSVILLE, MD 21029

PLEASE CALL ME AT ANYTIME FOR ANY REQUEST. YOU CAN REACH AT.
(W) 410-997-1266 ASK FOR KOLO
THANK YOU AGAIN FOR YOUR HELP!

Sincerely
Kolo Hsin

[FILED MAR 16 2007 PEGGY B. DEANS, CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF N.C.]

*Copy for your knowledge of Filing*

ANY AND ALL ATTACHMENTS MUST BE ON 8 1/2" X 11" PAPER

FORM B10 (Official Form 10)(4/98)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**

**PROOF OF CLAIM**

| Name of Debtor: INTERNATIONAL HERITAGE, INC. | Case Number: 98-02675-5-ATS |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
KOLO HSIN
Name and Address where notices should be sent:

KOLO HSIN
1715 S. Diamond Bar Blvd.
Diamond Bar CA 91765

Telephone Number: (909) 373-0730
Account or other number by which creditor identifies debtor:

☑ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

FILED
98-02675-5-ATS
FEB 10 1999
PEGGY B. ____, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

THIS SPACE IS FOR COURT USE ONLY

Check here if ☐ replaces ☐ amends   a previously filed claim, dated _____
this claim

1. **Basis for Claim**
   ☐ Goods Sold
   ☐ Services Performed
   ☑ Money Loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other _____
   ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
     Your SS #: _____
     Unpaid Compensation for Services Performed
     from _____ to _____
           (date)         (date)

2. Date debt was incurred: Nov. 12, 1997

3. If court judgment, date obtained: _____

4. **Total Amount of Claim at Time Case Filed:** $ 750
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other_____
Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Priority Claim.**
☑ Check this box if you have an unsecured priority claim
Amount entitled to priority $ 750
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
☐ Up to $ 1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

THIS SPACE IS FOR COURT USE ONLY

7. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
8. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
9. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
|  |  |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**NOTE TO ALL CREDITORS IN CONVERTED CASES ONLY:**
**DO NOT FILE A CLAIM IF YOU FILED A CLAIM UNDER THE PREVIOUS CHAPTER**

023152