# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:  98-02675-5-ATS   Judge: ATS
Case Name:  INTERNATIONAL HERITAGE INC.
For Period Ending:  03/31/07

Trustee Name:  HOLMES P. HARDEN, TRUSTEE
Date Filed (f) or Converted (c):  11/25/98 (f)
341(a) Meeting Date:  12/30/98
Claims Bar Date:  03/30/99

Page: 1

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Accounts Receivable | Unknown | 0.00 | | 12,019.61 | FA | 0.00 | 0.00 |
| 2. Funds in Bank Account | Unknown | 0.00 | | 26,559.96 | FA | 0.00 | 0.00 |
| 3. Refunds-Income Tax | Unknown | 737.49 | | 737.49 | FA | 0.00 | 0.00 |
| 4. Payment on Judgment for Embezzlement | Unknown | 6,386.68 | | 6,386.68 | FA | 0.00 | 0.00 |
| 5. Refunds-Other | Unknown | 7,563.74 | | 7,563.74 | FA | 0.00 | 0.00 |
| 6. Golf logo | Unknown | 0.00 | | 500.00 | FA | 0.00 | 0.00 |
| 7. Merchant Bankcard refunds | Unknown | 0.00 | | 955.93 | FA | 0.00 | 0.00 |
| 8. Auction Proceeds | Unknown | 22,635.00 | | 22,635.00 | FA | 0.00 | 0.00 |
| 9. Sale of database list | Unknown | 15,000.00 | | 15,000.00 | FA | 0.00 | 0.00 |
| 10. Cash Bonds 98CV01169 | Unknown | 2,500.00 | | 10,000.00 | FA | 0.00 | 0.00 |
| 11. Post-Petition Interest Deposits (u) | 0.00 | 280,632.39 | | 419,858.56 | 0.00 | 0.00 | 0.00 |
| 12. Postage Refund | Unknown | 0.00 | | 7,292.15 | FA | 0.00 | 0.00 |
| 13. Executive Risk Settlement | Unknown | 1,787,500.00 | | 1,787,500.00 | FA | 0.00 | 0.00 |
| 14. SEC Settlement | Unknown | 0.00 | | 4,315,308.30 | FA | 0.00 | 0.00 |

LFORM1EX                                    Ver: 11.80

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No: 98-02675-5-ATS   Judge: ATS
Case Name: INTERNATIONAL HERITAGE INC.

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Date Filed (f) or Converted (c): 11/25/98 (f)
341(a) Meeting Date: 12/30/98
Claims Bar Date: 03/29/99

Page: 2

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 15. Preference Payments (u) | Unknown | 0.00 | | 485,684.27 | FA | 0.00 | 0.00 |
| 16. Collection (u) | Unknown | 0.00 | | 6,000.00 | FA | 0.00 | 0.00 |
| 17. Erie Insurance Settlement | Unknown | 0.00 | | 60,000.00 | FA | 0.00 | 0.00 |
| 18. Kecia Peterson Judgment (u) | 0.00 | 17,332.99 | | 17,332.99 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $ 0.00 | $ 2,140,288.29 | | $ 7,201,334.68 | | 0.00 | 0.00 |

Gross Value of Remaining Assets   $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Working on objections to claims; upon completion will file objections to claims and interim distribution to disburse $3.75 million set aside per order prior to filing final distribution.

RE PROP# 1---Funds from Brent Wood's special account. Mr. Wood said funds were from credit card processes and a small liquidation of assets on Wicker Drive.
RE PROP# 2---Centura Bank CD Acct. #0219785949 to close
RE PROP# 12---Postage Meter refund
RE PROP# 14---First scheduled payment on settlement
RE PROP# 16---Collection of Duke Realty Rent
RE PROP# 18---Paid off in full on 11/1/04

Initial Projected Date of Final Report (TFR): 12/30/01    Current Projected Date of Final Report (TFR): 12/31/08

/s/   HOLMES P. HARDEN, TRUSTEE

LFORM1EX    Ver: 11.80

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No: | 98-02675-5-ATS   Judge: ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Date Filed (f) or Converted (c): | 11/25/98 (f) |
| 341(a) Meeting Date: | 12/30/98 |
| Claims Bar Date: | 03/30/99 |

_____ Date: 04/15/07
HOLMES P. HARDEN, TRUSTEE

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6518 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | Blanket Bond (per case limit): | |
| For Period Ending: | 03/31/07 | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 61,541.01 |
| 01/17/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 4,355.30 | 57,185.71 |
| 01/31/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 50.49 | | 57,236.20 |
| 02/28/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 43.91 | | 57,280.11 |
| 03/30/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 48.64 | | 57,328.75 |
| | | | COLUMN TOTALS | | 143.04 | 4,355.30 | 57,328.75 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 4,355.30 | |
| | | | Subtotal | | 143.04 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 143.04 | 0.00 | |

Page Subtotals    143.04    4,355.30

Ver: 11.80

LFORM24

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: \*\*\*\*\*\*1191
For Period Ending: 03/31/07

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: \*\*\*\*\*\*6521 Checking - Non Interest

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 | 2 | | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | | | | COLUMN TOTALS | | 0.00 | 0.00 | |
| | | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | | Subtotal | | 0.00 | 0.00 | |
| | | | | Less: Payments to Debtors | | | 0.00 | |
| | | | | Net | | 0.00 | 0.00 | |

Page Subtotals   0.00   0.00

LFORM24    Ver: 11.80

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | ******6534 Money Market - Interest Bearing |
| Taxpayer ID No: | ******1191 | | |
| For Period Ending: | 03/31/07 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 21,167.75 |
| 01/31/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 17.99 | | 21,185.74 |
| 02/28/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 16.25 | | 21,201.99 |
| 03/30/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 18.01 | | 21,220.00 |

|  | COLUMN TOTALS | 52.25 | 0.00 | 21,220.00 |
| --- | --- | --- | --- | --- |
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 52.25 | 0.00 | |
|  | Less: Payments to Debtors |  | 0.00 | |
|  | Net | 52.25 | 0.00 | |

Page Subtotals    52.25    0.00

Ver: 11.80

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: *******1191
For Period Ending: 03/31/07

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6819 Money Market - Interest Bearing
Blanket Bond (per case limit): $ 6,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 961,277.44 |
| 01/02/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 24.07 | 961,253.37 |
| 01/31/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 816.42 | | 962,069.79 |
| 02/08/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 124.02 | 961,945.77 |
| 02/19/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 25.27 | 961,920.50 |
| 02/22/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 457.94 | 961,462.56 |
| 02/26/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 422.89 | 961,039.67 |
| 02/28/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 737.84 | | 961,777.51 |
| 03/08/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 405.00 | 961,372.51 |
| 03/16/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 40.74 | 961,331.77 |
| 03/16/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 310.27 | 961,021.50 |
| 03/23/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 373.51 | 960,647.99 |
| 03/30/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 816.31 | | 961,464.30 |
| 03/30/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 341.25 | 961,123.05 |

COLUMN TOTALS 2,370.57 2,524.96 961,123.05
Less: Bank Transfers/CD's 0.00 2,524.96
Subtotal 2,370.57 0.00
Less: Payments to Debtors 0.00
Net 2,370.57 2,524.96

Page Subtotals 2,370.57 2,524.96

LFORM24 Ver: 11.80

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| Taxpayer ID No: | *******1191 | Account Number / CD #: | ******6835 Checking - Non Interest |
| For Period Ending: | 03/31/07 | Blanket Bond (per case limit): | $ 6,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 01/02/07 |  | Transfer from Acct #******6819 | Bank Funds Transfer | 9999-000 | 24.07 |  | 24.07 |
| 01/02/07 | 001168 | AT&T | Telephone Service | 2990-000 |  | 24.07 | 0.00 |
| 01/17/07 |  | Transfer from Acct #******6518 | Bank Funds Transfer | 9999-000 | 4,355.30 |  | 4,355.30 |
| 01/17/07 | 001169 | AT&T | Telephone Service | 2990-000 |  | 25.27 | 4,330.03 |
| 01/17/07 | 001170 | BELLSOUTH | Telephone Service | 2990-000 |  | 99.73 | 4,230.30 |
| 01/17/07 | 001171 | ADAMS MARTIN & ASSOCIATES | Accounting fees |  |  | 4,230.30 | 0.00 |
|  |  |  | Fees | 3410-000 | 3,840.00 |  | 0.00 |
|  |  |  | Expenses | 3420-000 | 390.30 |  | 0.00 |
| 02/08/07 |  | Transfer from Acct #******6819 | Bank Funds Transfer | 9999-000 | 124.02 |  | 124.02 |
| 02/08/07 | 001172 | BellSouth | Telephone Service | 2990-000 |  | 99.83 | 24.19 |
| 02/08/07 | 001173 | AT&T | Telephone Service | 2990-000 |  | 24.19 | 0.00 |
| 02/19/07 |  | Transfer from Acct #******6819 | Bank Funds Transfer | 9999-000 | 25.27 |  | 25.27 |
| 02/19/07 | 001174 | AT&T | Telephone Service | 2990-000 |  | 25.27 | 0.00 |
| 02/22/07 |  | Transfer from Acct #******6819 | Bank Funds Transfer | 9999-000 | 457.94 |  | 457.94 |
| 02/22/07 | 001175 | AT&T | Telephone Service | 2990-000 |  | 24.19 | 433.75 |
| 02/22/07 | 001176 | MICHELLE EVERIDGE | Temporary Service | 2990-000 |  | 393.75 | 40.00 |
| 02/22/07 | 001177 | U. S. POSTAL MASTER | COST OF SERVICE | 2990-000 |  | 40.00 | 0.00 |
| 02/26/07 |  | Transfer from Acct #******6819 | Bank Funds Transfer | 9999-000 | 422.89 |  | 422.89 |
| 02/26/07 | 001178 | Michelle Everidge | Temporary Service | 2990-000 |  | 363.75 | 59.14 |
| 02/26/07 | 001179 | BellSouth | Telephone Service | 2990-000 |  | 59.14 | 0.00 |
| 03/08/07 |  | Transfer from Acct #******6819 | Bank Funds Transfer | 9999-000 | 405.00 |  | 405.00 |
| 03/08/07 | 001180 | MICHELLE EVERIDGE P. O. BOX 124 CLAYTON, NC 27528 | Temporary Service 27 hours @ $15.00 | 2990-000 |  | 405.00 | 0.00 |
| 03/16/07 |  | Transfer from Acct #******6819 | Bank Funds Transfer | 9999-000 | 40.74 |  | 40.74 |
| 03/16/07 |  | Transfer from Acct #******6819 | Bank Funds Transfer | 9999-000 | 310.27 |  | 351.01 |
| 03/16/07 | 001181 | AT&T | Telephone Service | 2990-000 |  | 25.27 | 325.74 |
| 03/16/07 | 001182 | Michelle Everidge | Temporary Service | 2990-000 |  | 285.00 | 40.74 |
|  |  |  |  | Page Subtotals | 6,165.50 | 6,124.76 |  |

Ver. 11.80

LFORM24

Page: 6

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: *******1191
For Period Ending: 03/31/07

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6835 Checking - Non Interest

Blanket Bond (per case limit): $ 6,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P. O. Box 124 Clayton, NC 27528 | | | | | 0.00 |
| 03/16/07 | 001183 | BellSouth | Telephone Service | 2990-000 | | 40.74 | 373.51 |
| 03/23/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 373.51 | | 28.51 |
| 03/23/07 | 001184 | MICHELLE EVERIDGE P. O. BOX 124 CLAYTON, NC 27528 | Temporary Service 23 HOURS AT $15.00 PER HOUR | 2990-000 | | 345.00 | |
| 03/23/07 | 001185 | AT&T | Telephone Service | 2990-000 | | 28.51 | 0.00 |
| 03/30/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 341.25 | | 341.25 |
| 03/30/07 | 001186 | MICHELLE EVERIDGE P. O. BOX 124 CLAYTON, NC 27528 | Temporary Service 22.75 hours @ $15.00 | 2990-000 | | 341.25 | 0.00 |

COLUMN TOTALS                          6,880.26    6,880.26
Less: Bank Transfers/CD's              6,880.26        0.00
 Subtotal                                  0.00    6,880.26
Less: Payments to Debtors                              0.00
 Net                                       0.00    6,880.26

Page Subtotals        714.76    755.50

LFORM24                                                                Ver: 11.80

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 7

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6848 Money Market - Interest Bearing

Taxpayer ID No: *******1191
For Period Ending: 03/31/07

Blanket Bond (per case limit): $ 6,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 4,386,939.86 |
| 01/31/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 3,725.90 | | 4,390,665.76 |
| 02/28/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 3,368.18 | | 4,394,033.94 |
| 03/30/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 3,731.91 | | 4,397,765.85 |

COLUMN TOTALS       10,825.99   0.00   4,397,765.85
  Less: Bank Transfers/CDs     0.00   0.00
Subtotal            10,825.99   0.00
  Less: Payments to Debtors          0.00
Net                 10,825.99   0.00

Page Subtotals   10,825.99   0.00

Ver: 11.80
LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 8

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | ******7313 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 03/31/07 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 512,243.78 |
| 01/31/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 435.06 | | 512,678.84 |
| 02/28/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 393.29 | | 513,072.13 |
| 03/30/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 435.75 | | 513,507.88 |
| | | | COLUMN TOTALS | | 1,264.10 | 0.00 | 513,507.88 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 1,264.10 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,264.10 | 0.00 | |

Page Subtotals        1,264.10        0.00

Ver. 11.80

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 9

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| Taxpayer ID No: | *******1191 | Account Number / CD #: | *******7410 Money Market - Interest Bearing |
| For Period Ending: | 03/31/07 | Blanket Bond (per case limit): Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 5,515.01 |
| 01/31/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 4.69 | | 5,519.70 |
| 02/28/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 4.23 | | 5,523.93 |
| 03/30/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 4.69 | | 5,528.62 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 13.61 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 13.61 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 13.61 | 0.00 |

5,528.62

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
| --- | --- | --- | --- |
| Money Market - Interest Bearing - ********6518 | 143.04 | 0.00 | 57,328.75 |
| Checking - Non Interest - ********6521 | 0.00 | 0.00 | 0.00 |
| Money Market - Interest Bearing - ********6534 | 52.25 | 0.00 | 21,220.00 |
| Money Market - Interest Bearing - ********6819 | 2,370.57 | 0.00 | 961,123.05 |
| Checking - Non Interest - ********6835 | 0.00 | 6,880.26 | 0.00 |
| Money Market - Interest Bearing - ********6848 | 10,825.99 | 0.00 | 4,397,765.85 |
| Money Market - Interest Bearing - ********7313 | 1,264.10 | 0.00 | 513,507.88 |
| Money Market - Interest Bearing - ********7410 | 13.61 | 0.00 | 5,528.62 |
| | 14,669.56 | 6,880.26 | 5,956,474.15 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    13.61    0.00

Trustee's Signature: /s/ HOLMES P. HARDEN, TRUSTEE    Date: 04/15/07

LFORM24    Ver: 11.80

Page: 10

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: *******1191
For Period Ending: 03/31/07

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******7410 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

HOLMES P. HARDEN, TRUSTEE

LFORM24                                                                                                                                     Ver: 11.80