United States Bankruptcy Court
Eastern District of North Carolina

Case No. 98-02675-5-ATS

**FILED**
MAY 29 2007
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

Please change my address on my claim as follows -

Jennifer Karen Bevan
9943 Country Club Dr
Denham Springs, LA. 70726
Phone 261-2919 (H)
926-2610 (W)

I was displaced due to Hurricane Katrina & just recently got a permanent address & located these papers. I would appreciate an update on the status of the case.

Thank you -
J. Karen Bevan