/01

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 98-02675-5-ATS   Judge: ATS
Case Name: INTERNATIONAL HERITAGE INC.

For Period Ending: 06/30/07

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Date Filed (f) or Converted (c): 11/25/98 (f)
341(a) Meeting Date: 12/30/98
Claims Bar Date: 03/30/99

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Accounts Receivable | Unknown | 0.00 | | 12,019.61 | FA | 0.00 | 0.00 |
| 2. Funds in Bank Account | Unknown | 0.00 | | 26,559.96 | FA | 0.00 | 0.00 |
| 3. Refunds-Income Tax | Unknown | 737.49 | | 737.49 | FA | 0.00 | 0.00 |
| 4. Payment on Judgment for Embezzlement | Unknown | 6,386.68 | | 6,386.68 | FA | 0.00 | 0.00 |
| 5. Refunds-Other | Unknown | 7,563.74 | | 10,436.22 | 0.00 | 0.00 | 0.00 |
| 6. Golf logo | Unknown | 0.00 | | 500.00 | FA | 0.00 | 0.00 |
| 7. Merchant Bankcard refunds | Unknown | 0.00 | | 955.93 | FA | 0.00 | 0.00 |
| 8. Auction Proceeds | Unknown | 22,635.00 | | 22,635.00 | FA | 0.00 | 0.00 |
| 9. Sale of database list | Unknown | 15,000.00 | | 15,000.00 | FA | 0.00 | 0.00 |
| 10. Cash Bonds 98CV011169 | Unknown | 2,500.00 | | 10,000.00 | FA | 0.00 | 0.00 |
| 11. Post-Petition Interest Deposits (u) | 0.00 | 280,632.39 | | 434,712.02 | 0.00 | 0.00 | 0.00 |
| 12. Postage Refund | Unknown | 0.00 | | 7,292.15 | FA | 0.00 | 0.00 |
| 13. Executive Risk Settlement | Unknown | 1,787,500.00 | | 1,787,500.00 | FA | 0.00 | 0.00 |
| 14. SEC Settlement | Unknown | 0.00 | | 4,315,308.30 | FA | 0.00 | 0.00 |

LFORMIEX

Ver: 12.10a

/01

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 98-02675-5-ATS    Judge: ATS
Case Name: INTERNATIONAL HERITAGE INC.

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Date Filed (f) or Converted (c): 11/25/98 (f)
341(a) Meeting Date: 12/30/98
Claims Bar Date: 03/30/99

Page: 2

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 15. Preference Payments (u) | Unknown | 0.00 | | 485,684.27 | FA | 0.00 | 0.00 |
| 16. Collection (u) | Unknown | 0.00 | | 6,000.00 | FA | 0.00 | 0.00 |
| 17. Erie Insurance Settlement | Unknown | 0.00 | | 60,000.00 | FA | 0.00 | 0.00 |
| 18. Kecia Peterson Judgment (u) | 0.00 | 17,332.99 | | 17,332.99 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $ 0.00 | $ 2,140,288.29 | | $ 7,219,060.62 | | 0.00 | 0.00 |

Gross Value of Remaining Assets    $0.00
(Total Dollar Amount in Column 6)

0.00    0.00
0.00    0.00

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Working on objections to claims and with clerk's office and EPI re issues on claims; upon filing objections to claims trustee will disburse $3.75 million and file interim distribution prior to filing final distribution.

RE PROP# 1---Funds from Brent Wood's special account. Mr. Wood said funds were from credit card processes and a small liquidation of assets on Wicker Drive.
RE PROP# 2---Centura Bank CD Acct #021978594 to close
RE PROP# 12---Postage Meter refund
RE PROP# 14---First scheduled payment on settlement
RE PROP# 16---Collection of Duke Realty Rent
RE PROP# 18---Paid off in full on 11/1/04

Initial Projected Date of Final Report (TFR): 12/30/01    Current Projected Date of Final Report (TFR): 12/31/08

/s/ HOLMES P. HARDEN, TRUSTEE

LFORM4EX

Ver. 12.10a

/01

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Case No:        98-02675-5-ATS       Judge: ATS

Case Name:      INTERNATIONAL HERITAGE INC.

Trustee Name:                         HOLMES P. HARDEN, TRUSTEE

Date Filed (f) or Converted (c):      11/25/98 (f)

341(a) Meeting Date:                  12/30/98

Claims Bar Date:                      03/30/99

HOLMES P. HARDEN, TRUSTEE

Date: 07/06/07

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Case No.: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: *******1191
For Period Ending: 06/30/07

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6518 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable):    $ 6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 61,541.01 |
| 01/17/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 4,355.30 | 57,185.71 |
| 01/31/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 50.49 | | 57,236.20 |
| 02/28/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 43.91 | | 57,280.11 |
| 03/30/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 48.64 | | 57,328.75 |
| 04/30/07 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 47.13 | | 57,375.88 |
| 05/31/07 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 48.73 | | 57,424.61 |
| 06/29/07 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 47.20 | | 57,471.81 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 286.10 | 4,355.30 | 57,471.81 |
| Less:  Bank Transfers/CD's | 0.00 | 4,355.30 | |
| Subtotal | 286.10 | 0.00 | |
| Less:  Payments to Debtors | 0.00 | | |
| Net | 286.10 | 0.00 | |

Page Subtotals           286.10           4,355.30

LFORM24

Ver: 12.10a

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6521 Checking - Non Interest |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 06/30/07 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals                    0.00                    0.00

Ver: 12.10a

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: *******1191
For Period Ending: 06/30/07

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6534 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

Page: 3

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 21,167.75 |
| 01/31/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 17.99 | | 21,185.74 |
| 02/28/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 16.25 | | 21,201.99 |
| 03/30/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 18.01 | | 21,220.00 |
| 04/30/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 17.44 | | 21,237.44 |
| 05/31/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 18.04 | | 21,255.48 |
| 06/29/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 17.47 | | 21,272.95 |

|  | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 105.20 | 0.00 | 21,272.95 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 105.20 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 105.20 | 0.00 | |

Page Subtotals    105.20    0.00

LFORM24

Ver: 12.10a

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

| Case No.: | 98-02675-5-ATS |
|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | *******1191 |
| For Period Ending: | 06/30/07 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6819 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 6,000,000.00 |
| Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 961,277.44 |
| 01/02/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 24.07 | 961,253.37 |
| 01/31/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 816.42 | | 962,069.79 |
| 02/08/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 124.02 | 961,945.77 |
| 02/19/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 25.27 | 961,920.50 |
| 02/22/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 457.94 | 961,462.56 |
| 02/26/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 422.89 | 961,039.67 |
| 02/28/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 737.84 | | 961,777.51 |
| 03/08/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 405.00 | 961,372.51 |
| 03/16/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 40.74 | 961,331.77 |
| 03/16/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 310.27 | 961,021.50 |
| 03/23/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 373.51 | 960,647.99 |
| 03/30/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 816.31 | | 961,464.30 |
| 03/30/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 341.25 | 961,123.05 |
| 04/02/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 59.07 | 961,063.98 |
| 04/12/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 40.74 | 961,023.24 |
| 04/12/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 465.00 | 960,558.24 |
| 04/19/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 2,872.48 | 957,685.76 |
| 04/30/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 788.71 | | 958,474.47 |
| 04/30/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 323.61 | 958,150.86 |
| 05/10/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 551.05 | 957,599.81 |
| 05/10/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 51.30 | 957,548.51 |
| 05/16/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 7.36 | 957,541.15 |
| 05/18/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 502.36 | 957,038.79 |
| 05/31/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 813.37 | | 957,852.16 |
| 06/08/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 337.50 | 957,514.66 |
| 06/14/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 237.06 | 957,277.60 |
| 06/15/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 58.66 | 957,218.94 |
| 06/21/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 311.25 | 956,907.69 |
| | | | Page Subtotals | | 3,972.65 | 8,342.40 | |

Ver: 12.10a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:           98-02675-5-ATS
Case Name:      INTERNATIONAL HERITAGE INC.

Taxpayer ID No:           *********1191
For Period Ending:      06/30/07

Trustee Name:              HOLMES P. HARDEN, TRUSTEE
Bank Name:                 BANK OF AMERICA
Account Number / CD #:     *********6819 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable):      $  6,000,000.00

Page:   5

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/28/07 | 5 | Maupin Taylor, PA | REFUNDS-OTHER<br>Reimbursement of payment made to Recall in error | 1221-000 | 2,872.48 | | 959,780.17 |
| 06/29/07 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 786.84 | | 960,567.01 |

| | | | | COLUMN TOTALS | 7,631.97 | 8,342.40 | 960,567.01 |
| | | | | Less:  Bank Transfers/CD's | 0.00 | 8,342.40 | |
| | | | | Subtotal | 7,631.97 | 0.00 | |
| | | | | Less:  Payments to Debtors | | 0.00 | |
| | | | | Net | 7,631.97 | 0.00 | |

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

| Case No: | 98-02675-5-ATS |
| --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | *******1191 |
| For Period Ending: | 06/30/07 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6835  Checking - Non Interest |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $  6,000,000.00 |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Uniform Tran. Code | Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/02/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 24.07 | | 24.07 |
| 01/02/07 | 001168 | AT&T | Telephone Service | 2990-000 | | 24.07 | 0.00 |
| 01/17/07 | | Transfer from Acct #*******6518 | Bank Funds Transfer | 9999-000 | 4,355.30 | | 4,355.30 |
| 01/17/07 | 001169 | AT&T | Telephone Service | 2990-000 | | 25.27 | 4,330.03 |
| 01/17/07 | 001170 | BELLSOUTH | Telephone Service | 2990-000 | | 99.73 | 4,230.30 |
| 01/17/07 | 001171 | ADAMS MARTIN & ASSOCIATES | Accounting fees | 3410-000 | | 4,230.30 | 0.00 |
| | | | Fees              3,840.00 | 3410-000 | | | |
| | | | Expenses        390.30 | 3420-000 | | | |
| 02/08/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 124.02 | | 124.02 |
| 02/08/07 | 001172 | BellSouth | Telephone Service | 2990-000 | | 99.83 | 24.19 |
| 02/08/07 | 001173 | AT&T | Telephone Service | 2990-000 | | 24.19 | 0.00 |
| 02/19/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 25.27 | | 25.27 |
| 02/19/07 | 001174 | AT&T | Telephone Service | 2990-000 | | 25.27 | 0.00 |
| 02/22/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 457.94 | | 457.94 |
| 02/22/07 | 001175 | AT&T | Telephone Service | 2990-000 | | 24.19 | 433.75 |
| 02/22/07 | 001176 | MICHELLE EVERIDGE | Temporary Service | 2990-000 | | 393.75 | 40.00 |
| 02/22/07 | 001177 | U. S. POSTAL MASTER | COST OF SERVICE | 2990-000 | | 40.00 | 0.00 |
| 02/26/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 422.89 | | 422.89 |
| 02/26/07 | 001178 | Michelle Everidge | Temporary Service | 2990-000 | | 363.75 | 59.14 |
| 02/26/07 | 001179 | BellSouth | Telephone Service | 2990-000 | | 59.14 | 0.00 |
| 03/08/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 405.00 | | 405.00 |
| 03/08/07 | 001180 | MICHELLE EVERIDGE P. O. BOX 124 CLAYTON, NC 27528 | Temporary Service 27 hours @ $15.00 | 2990-000 | | 405.00 | 0.00 |
| 03/16/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 40.74 | | 40.74 |
| 03/16/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 310.27 | | 351.01 |
| 03/16/07 | 001181 | AT&T | Telephone Service | 2990-000 | | 25.27 | 325.74 |
| 03/16/07 | 001182 | Michelle Everidge | Temporary Service | 2990-000 | | 285.00 | 40.74 |
| | | | | Page Subtotals | 6,165.50 | 6,124.76 | |

Ver: 12.10a

Page: 7

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: ******1191
For Period Ending: 06/30/07

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: ******6835 Checking - Non Interest
Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 03/16/07 | 001183 | BellSouth<br>P. O. Box 124<br>Clayton, NC 27528 | Telephone Service | 2990-000 | | 40.74 | 0.00 |
| 03/23/07 | | Transfer from Acct #******6819 | Bank Funds Transfer | 9999-000 | 373.51 | | 373.51 |
| 03/23/07 | 001184 | MICHELLE EVERIDGE<br>P. O. BOX 124<br>CLAYTON, NC 27528 | Temporary Service<br>23 HOURS AT $15.00 PER HOUR | 2990-000 | | 345.00 | 28.51 |
| 03/23/07 | 001185 | AT&T | Telephone Service | 2990-000 | | 28.51 | 0.00 |
| 03/30/07 | | Transfer from Acct #******6819 | Bank Funds Transfer | 9999-000 | 341.25 | | 341.25 |
| 03/30/07 | 001186 | MICHELLE EVERIDGE<br>P. O. BOX 124<br>CLAYTON, NC 27528 | Temporary Service<br>22.75 hours @ $15.00 | 2990-000 | | 341.25 | 0.00 |
| 04/02/07 | | Transfer from Acct #******6819 | Bank Funds Transfer | 9999-000 | 59.07 | | 59.07 |
| 04/02/07 | 001187 | BELLSOUTH | Telephone Service | 2990-000 | | 59.07 | 0.00 |
| 04/12/07 | | Transfer from Acct #******6819 | Bank Funds Transfer | 9999-000 | 465.00 | | 465.00 |
| 04/12/07 | | Transfer from Acct #******6819 | Bank Funds Transfer | 9999-000 | 40.74 | | 505.74 |
| 04/12/07 | 001188 | BellSouth | Telephone Service | 2990-000 | | 40.74 | 465.00 |
| 04/12/07 | 001189 | MICHELLE EVERIDGE | Temporary Service<br>31 HOURS @ $15.00 PER HOUR | 2990-000 | | 465.00 | 0.00 |
| 04/19/07 | | Transfer from Acct #******6819 | Bank Funds Transfer | 9999-000 | 2,872.48 | | 2,872.48 |
| 04/19/07 | 001190 | Recall | Removal of boxes from FBI office and delivery to<br>STORAGE UNIT RENTAL<br>Recall<br>Account #1004141 | 9999-000 | | 2,872.48 | 0.00 |
| 04/30/07 | | Transfer from Acct #******6819 | Bank Funds Transfer | 9999-000 | 323.61 | | 323.61 |
| 04/30/07 | 001191 | MICHELLE EVERIDGE<br>P. O. BOX 124<br>CLAYTON, NC 27528 | Temporary Service<br>4/24/07  7 1/2 HOURS AT $15.00<br>4/27/07  6 HOURS AT $15.00 | 2990-000 | | 202.50 | 121.11 |
| 04/30/07 | 001192 | AT&T | Telephone Service | 2990-000 | | 121.11 | 0.00 |
| | | | Page Subtotals | | 4,475.66 | 4,516.40 | |

LFORM24

Ver: 12.10a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 8

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| Taxpayer ID No: | *******1191 | Account Number / CD #: | *******6835 Checking - Non Interest |
| For Period Ending: | 06/30/07 | Blanket Bond (per case limit): | $ 6,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 05/10/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 551.05 | | 551.05 |
| 05/10/07 | 001193 | Michelle Everidge<br>P. O. Box 124<br>Clayton, NC 27528 | Temporary Service<br>34 hours at $15.00 | 2990-000 | | 510.00 | 41.05 |
| 05/10/07 | 001194 | AT&T | Telephone Service | 2990-000 | | 41.05 | 0.00 |
| 05/16/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 51.30 | | 51.30 |
| 05/16/07 | 001195 | AT&T | Telephone Service<br>Acct. #05639081950001 | 2990-003 | | 51.30 | 0.00 |
| 05/17/07 * | 001195 | AT&T | Telephone Service | 2990-003 | | -51.30 | 51.30 |
| 05/17/07 | 001196 | AT&T | Telephone Service | 2990-000 | | 26.03 | 25.27 |
| 05/18/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 7.36 | | 32.63 |
| 05/18/07 | 001197 | AT&T | Telephone Service<br>Acct. #020-713-6257-001 | 2990-000 | | 32.63 | 0.00 |
| 05/29/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 502.36 | | 502.36 |
| 05/29/07 | 001198 | Michelle Everidge<br>P. O. Box 124<br>Clayton, NC 27528 | Temporary Service<br>29.50 hours at $15.00/hr. | 2990-000 | | 442.50 | 59.86 |
| 05/29/07 | 001199 | AT&T | Telephone Service | 2990-000 | | 59.86 | 0.00 |
| 06/08/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 337.50 | | 337.50 |
| 06/08/07 | 001200 | MICHELLE EVERIDGE<br>P. O. BOX 124<br>CLAYTON, NC 27528 | Temporary Service<br>22.5 HOURS @ $15.00 | 2990-000 | | 337.50 | 0.00 |
| 06/14/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 237.06 | | 237.06 |
| 06/14/07 | 001201 | AT&T | Telephone Service<br>919-876-2161-450-0364 | 2990-000 | | 40.86 | 196.20 |
| 06/14/07 | 001202 | Recall-Total Information Mgt<br>P. O. Box 101057<br>Atlanta, GA 30392-1057 | STORAGE UNIT RENTAL<br>Invoice 1070178774 | 2990-000 | | 196.20 | 0.00 |
| 06/15/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 58.66 | | 58.66 |
| 06/15/07 | 001203 | AT&T | Telephone Service | 2990-000 | | 26.03 | 32.63 |
| | | | Page Subtotals | | 1,745.29 | 1,712.66 | |

LFORM24

Ver: 12.10a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 9

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: *******1191
For Period Ending: 06/30/07

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6835  Checking - Non Interest

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 06/15/07 | 001204 | AT&T | Acct # 056-390-8195-001 Telephone Service | 2990-000 | | 32.63 | 0.00 |
| 06/21/07 | 001205 | Michelle Everidge | Acct # 020-713-6257-001 Bank Funds Transfer Temporary Service 20.75 hours | 9999-000 2990-000 | 311.25 | 311.25 | 311.25 0.00 |

|  | COLUMN TOTALS | | 12,697.70 | 12,697.70 | 0.00 |
|---|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | | 12,697.70 | 0.00 | |
|  | Subtotal | | 0.00 | 12,697.70 | |
|  | Less: Payments to Debtors | | | 0.00 | |
|  | Net | | 0.00 | 12,697.70 | |

LFORM24

Ver: 12.10a

Page: 10

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: *******1191
For Period Ending: 06/30/07

Trustee Name: HOLMES P HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6848  Money Market - Interest Bearing
Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 4,386,939.86 |
| 01/31/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 3,725.90 | | 4,390,665.76 |
| 02/28/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 3,368.18 | | 4,394,033.94 |
| 03/30/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 3,731.91 | | 4,397,765.85 |
| 04/30/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3,614.61 | | 4,401,380.46 |
| 05/31/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3,738.16 | | 4,405,118.62 |
| 06/29/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3,620.64 | | 4,408,739.26 |

|  | | Deposits | Disbursements |
|---|---|---|---|
| COLUMN TOTALS | | 21,799.40 | 0.00 | 4,408,739.26 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 |
| Subtotal | | 21,799.40 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 21,799.40 | 0.00 |

Page Subtotals        21,799.40        0.00

LFORM24

Ver: 12.10a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 11

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| Taxpayer ID No: | *******1191 | Account Number / CD #: | *******7313  Money Market - Interest Bearing |
| For Period Ending: | 06/30/07 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 512,243.78 |
| 01/31/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 435.06 | | 512,678.84 |
| 02/28/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 393.29 | | 513,072.13 |
| 03/30/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 435.75 | | 513,507.88 |
| 04/30/07 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 422.07 | | 513,929.95 |
| 05/31/07 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 436.49 | | 514,366.44 |
| 06/29/07 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 422.76 | | 514,789.20 |

|  | COLUMN TOTALS | 2,545.42 | 0.00 | 514,789.20 |
|  | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 2,545.42 | 0.00 | |
|  | Less:  Payments to Debtors | | 0.00 | |
|  | Net | 2,545.42 | 0.00 | |

LFORM24

Page Subtotals          2,545.42          0.00

Ver: 12.10a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 12

| Case No: | 98-02675-5-ATS |
|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | *******1191 |
| For Period Ending: | 06/30/07 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******7410 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 5,515.01 |
| 01/31/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 4.69 | | 5,519.70 |
| 02/28/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 4.23 | | 5,523.93 |
| 03/30/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 4.69 | | 5,528.62 |
| 04/30/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 4.55 | | 5,533.17 |
| 05/31/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.70 | | 5,537.87 |
| 06/29/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.55 | | 5,542.42 |
| | | | Interest Rate 1.000 | 1270-000 | | | |
| | | | Interest Rate 1.000 | 1270-000 | | | |
| | | | Interest Rate 1.000 | 1270-000 | | | |

| | | | Deposits | Disbursements | |
|---|---|---|---|---|---|
| | | COLUMN TOTALS | | 27.41 | 0.00 | 5,542.42 |
| | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 27.41 | 0.00 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 27.41 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - *********6518 | 286.10 | 0.00 | 57,471.81 |
| Checking - Non Interest - *********6521 | 0.00 | 0.00 | 0.00 |
| Money Market - Interest Bearing - *********6534 | 105.20 | 0.00 | 21,272.95 |
| Money Market - Interest Bearing - *********6819 | 7,631.97 | 0.00 | 960,567.01 |
| Checking - Non Interest - *********6835 | 0.00 | 12,697.70 | 0.00 |
| Money Market - Interest Bearing - *********6848 | 21,799.40 | 0.00 | 4,408,739.26 |
| Money Market - Interest Bearing - *********7313 | 2,545.42 | 0.00 | 514,789.20 |
| Money Market - Interest Bearing - *********7410 | 27.41 | 0.00 | 5,542.42 |
| | 32,395.50 | 12,697.70 | 5,968,382.65 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          27.41          0.00

LFORM24

Ver: 12.10a

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 13

Case No:  98-02675-5-ATS
Case Name:  INTERNATIONAL HERITAGE INC.

Taxpayer ID No:  ********1191
For Period Ending:  06/30/07

Trustee Name:  HOLMES P. HARDEN, TRUSTEE
Bank Name:  BANK OF AMERICA
Account Number / CD #:  ********7410  Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable):  $ 6,000,000.00

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals                    0.00                    0.00

Trustee's Signature:  /s/ HOLMES P. HARDEN, TRUSTEE  Date: 07/06/07
HOLMES P. HARDEN, TRUSTEE

Ver: 12.10a