# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:        98-02675-5-ATS        Judge: ATS
Case Name:      INTERNATIONAL HERITAGE INC.
For Period Ending: 09/30/07

Trustee Name:                        HOLMES P. HARDEN, TRUSTEE
Date Filed (f) or Converted (c):     11/25/98 (f)
341(a) Meeting Date:                 12/30/98
Claims Bar Date:                     03/30/99

| 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Est Net Value<br>(Value Determined<br>by Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=554(a)<br>DA=554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets | 7<br>Lien<br>Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|
| 1. Accounts Receivable | Unknown | 0.00 | | 12,019.61 | FA | 0.00 | 0.00 |
| 2. Funds in Bank Account | Unknown | 0.00 | | 26,559.96 | FA | 0.00 | 0.00 |
| 3. Refunds-Income Tax | Unknown | 737.49 | | 737.49 | FA | 0.00 | 0.00 |
| 4. Payment on Judgment for Embezzlement | Unknown | 6,386.68 | | 6,386.68 | FA | 0.00 | 0.00 |
| 5. Refunds-Other | Unknown | 7,563.74 | | 10,436.22 | 0.00 | 0.00 | 0.00 |
| 6. Golf logo | Unknown | 0.00 | | 500.00 | FA | 0.00 | 0.00 |
| 7. Merchant Bankcard refunds | Unknown | 0.00 | | 955.93 | FA | 0.00 | 0.00 |
| 8. Auction Proceeds | Unknown | 22,635.00 | | 22,635.00 | FA | 0.00 | 0.00 |
| 9. Sale of database list | Unknown | 15,000.00 | | 15,000.00 | FA | 0.00 | 0.00 |
| 10. Cash Bonds 98CV011169 | Unknown | 2,500.00 | | 10,000.00 | FA | 0.00 | 0.00 |
| 11. Post-Petition Interest Deposits (u) | 0.00 | 280,632.39 | | 444,845.40 | 0.00 | 0.00 | 0.00 |
| 12. Postage Refund | Unknown | 0.00 | | 7,292.15 | FA | 0.00 | 0.00 |
| 13. Executive Risk Settlement | Unknown | 1,787,500.00 | | 1,787,500.00 | FA | 0.00 | 0.00 |
| 14. SEC Settlement | Unknown | 0.00 | | 4,315,308.30 | FA | 0.00 | 0.00 |

Page: 1

LFORM1EX        Ver: 12.60a

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Case No:      98-02675-5-ATS    Judge: ATS
Case Name:    INTERNATIONAL HERITAGE INC.

Trustee Name:                         HOLMES P. HARDEN, TRUSTEE
Date Filed (f) or Converted (c):      11/25/98 (f)
341(a) Meeting Date:                  12/30/98
Claims Bar Date:                      03/30/99

| 1 Asset Description (Scheduled and Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=554(a) DA=554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets | 7 Lien Amount | 8 Exempt Amount |
|---|---|---|---|---|---|---|---|
| 15. Preference Payments (u) | Unknown | 0.00 | | 485,684.27 | FA | 0.00 | 0.00 |
| 16. Collection (u) | Unknown | 0.00 | | 6,000.00 | FA | 0.00 | 0.00 |
| 17. Erie Insurance Settlement | Unknown | 0.00 | | 60,000.00 | FA | 0.00 | 0.00 |
| 18. Kecia Peterson Judgment (u) | 0.00 | 17,332.99 | | 17,332.99 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $0.00 | $2,140,288.29 | | $7,229,194.00 | $0.00 | $0.00 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Working on objections to claims and with clerk's office and EPI re techical issues of filing objections to claims; working on motion for clarification of order to make interim distribution; upon filing objections to claims trustee will disburse $3.75 million and file interim distribution prior to filing final distribution.

RE PROP# 1---Funds from Brent Wood's special account. Mr. Wood said funds were from credit card processes and a small liquidation of assets on Wicker Drive.
RE PROP# 2---Centura Bank CD Acct. #0219785949 to close
RE PROP# 12---Postage Meter refund
RE PROP# 14---First scheduled payment on settlement
RE PROP# 16---Collection of Duke Realty Rent
RE PROP# 18---Paid off in full on 11/1/04

Initial Projected Date of Final Report (TFR): 12/30/01    Current Projected Date of Final Report (TFR): 12/31/08

LFORM1EX    Ver: 12.60a

Page: 3

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| | |
|---|---|
| Case No: | 98-02675-5-ATS   Judge: ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |

| | |
|---|---|
| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Date Filed (f) or Converted (c): | 11/25/98 (f) |
| 341(a) Meeting Date: | 12/30/98 |
| Claims Bar Date: | 03/30/99 |

/s/ HOLMES P. HARDEN, TRUSTEE   Date: 10/01/07

HOLMES P. HARDEN, TRUSTEE

Ver: 12.60a

LFORM1EX

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6518 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 09/30/07 | Blanket Bond (per case limit): | $ 6,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 57,471.81 |
| 07/31/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 48.81 | | 57,520.62 |
| 08/31/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 48.85 | | 57,569.47 |
| | | | COLUMN TOTALS | | 97.66 | 0.00 | 57,569.47 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 97.66 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 97.66 | 0.00 | |

Page Subtotals  97.66  0.00

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | ******6521 Checking - Non Interest |
| Taxpayer ID No: | *******1191 | Blanket Bond (per case limit): | |
| For Period Ending: | 09/30/07 | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| | | | COLUMN TOTALS | | 0.00 | 0.00 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

Page Subtotals     0.00     0.00

LFORM24     Ver: 12.60a

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 98-02675-5-ATS |
| --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | *******1191 |
| For Period Ending: | 09/30/07 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6534 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 21,272.95 |
| 07/31/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 18.07 | | 21,291.02 |
| 08/31/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 18.08 | | 21,309.10 |
| 09/07/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 285.00 | 21,024.10 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 36.15 | 285.00 |
| Less: Bank Transfers/CD's | 0.00 | 285.00 |
| Subtotal | 36.15 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 36.15 | 0.00 |

21,024.10

Page Subtotals    36.15    285.00

LFORM24    Ver. 12.60a

Page: 4

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: *******1191
For Period Ending: 09/30/07

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6819 Money Market - Interest Bearing
Blanket Bond (per case limit): $ 6,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 960,567.01 |
| 07/06/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 562.50 | 960,004.51 |
| 07/12/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 477.27 | 959,527.24 |
| 07/23/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 85.60 | 959,441.64 |
| 07/26/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 417.89 | 959,023.75 |
| 07/31/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 814.94 | | 959,838.69 |
| 07/31/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 2,004.86 | 957,833.83 |
| 08/06/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 6,516.86 | 951,316.97 |
| 08/09/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 300.00 | 951,016.97 |
| 08/15/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 30.90 | 950,986.07 |
| 08/16/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 196.39 | 950,789.68 |
| 08/22/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 143.81 | 950,645.87 |
| 08/23/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 555.00 | 950,090.87 |
| 08/31/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 808.39 | | 950,899.26 |
| 08/31/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 61.11 | 950,838.15 |
| 09/27/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 533.89 | 950,304.26 |

COLUMN TOTALS                     1,623.33      11,886.08
  Less: Bank Transfers/CD's           0.00      11,886.08
Subtotal                          1,623.33          0.00
  Less: Payments to Debtors                         0.00
Net                               1,623.33      11,886.08

Page Subtotals    1,623.33    11,886.08    950,304.26

LFORM24    Ver: 12.60a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6835 Checking - Non Interest |
| Taxpayer ID No: | *******1191 | Blanket Bond (per case limit): | |
| For Period Ending: | 09/30/07 | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/06/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 562.50 | | 562.50 |
| 07/06/07 | 001206 | Michelle Everidge P. O. Box 124 Clayton, NC 27528 | Temporary Service 37.50 hours at $15.00 per hour | 2990-000 | | 562.50 | 0.00 |
| 07/12/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 477.27 | | 477.27 |
| 07/12/07 | 001207 | Michelle Everidge P. O. Box 124 Clayton, NC 27528 | Temporary Service 16 hours @ $15. | 2990-000 | | 240.00 | 237.27 |
| 07/12/07 | 001208 | Recall | Rent Invoice #1070185907 | 2410-000 | | 196.39 | 40.88 |
| 07/12/07 | 001209 | AT&T | Telephone Service 919 876 2161 4500364 | 2990-000 | | 40.88 | 0.00 |
| 07/23/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 85.60 | | 85.60 |
| 07/23/07 | 001210 | AT&T | Telephone Service #020-713-6257-001 | 2990-000 | | 54.70 | 30.90 |
| 07/23/07 | 001211 | AT&T | Telephone Service Acct # 056-390-8195-001 | 2990-000 | | 30.90 | 0.00 |
| 07/26/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 417.89 | | 417.89 |
| 07/26/07 | 001212 | Michelle Everidge P. O. Box 124 Clayton, NC 27528 | Temporary Service 23 hours @ $15.00 per hour | 2990-000 | | 345.00 | 72.89 |
| 07/26/07 | 001213 | AT&T | Telephone Service 056-332-1488-001 | 2990-000 | | 12.30 | 60.59 |
| 07/26/07 | 001214 | AT&T | Telephone Service 919-790-0128-010-0363 | 2990-000 | | 60.59 | 0.00 |
| 07/31/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 2,004.86 | | 2,004.86 |
| 07/31/07 | 001215 | AT&T | Telephone Service #919 790-0128 010 0363 | 2990-000 | | 59.56 | 1,945.30 |
| 07/31/07 | 001216 | Recall | STORAGE UNIT RENTAL | 2410-000 | | 1,945.30 | 0.00 |
| | | | Page Subtotals | | 3,548.12 | 3,548.12 | |

Ver: 12.60a

LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| Taxpayer ID No: | *******1191 | Account Number / CD #: | *******6835 Checking - Non Interest |
| For Period Ending: | 09/30/07 | Blanket Bond (per case limit): | $ 6,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/06/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer<br>Invoice #1070173983 | 9999-000 | 6,516.86 | | 6,516.86 |
| 08/06/07 | 001217 | AT&T | Telephone Service<br>919-876-2161-450-0364 | 2990-000 | | 41.86 | 6,475.00 |
| 08/06/07 | 001218 | International Sureties, Ltd.<br>203 Carondelet Street, Ste. 500<br>New Orleans, LA 70130 | Trustee Bond<br>Bond #016028231 | 2300-000 | | 6,475.00 | 0.00 |
| 08/09/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 300.00 | | 300.00 |
| 08/09/07 | 001219 | Michelle Everidge<br>P. O. Box 124<br>Clayton, NC 27528 | Temporary Service<br>20 hours @ $15.00 | 2990-000 | | 300.00 | 0.00 |
| 08/15/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 30.90 | | 30.90 |
| 08/15/07 | 001220 | AT&T | Telephone Service<br>056-390-8195-001 | 2990-000 | | 30.90 | 0.00 |
| 08/16/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 196.39 | | 196.39 |
| 08/16/07 | 001221 | Recall<br>P. O. Box 101057<br>Atlanta, GA 30392-1057 | Rent | 2410-000 | | 196.39 | 0.00 |
| 08/22/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 143.81 | | 143.81 |
| 08/22/07 | 001222 | U. S. Postal Service<br>402 S. Market Street<br>Benson, NC 27504 | COST OF SERVICE<br>Box #536 | 2990-000 | | 68.00 | 75.81 |
| 08/22/07 | 001223 | AT&T | Telephone Service<br>020-713-6257-001 | 2990-000 | | 44.91 | 30.90 |
| 08/22/07 | 001224 | AT&T | Telephone Service<br>056-332-1488-001 | 2990-000 | | 30.90 | 0.00 |
| 08/23/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 555.00 | | 555.00 |
| 08/23/07 | 001225 | Michelle Everidge<br>P. O. Box 124<br>Clayton, NC 27528 | Temporary Service<br>37 hours @ $15 per hour | 2990-000 | | 555.00 | 0.00 |

Page Subtotals        7,742.96        7,742.96

Ver. 12.60a

LFORM2A

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 7

| Case No: | 98-02675-5-ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | *******1191 |
| For Period Ending: | 09/30/07 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6835  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 6,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 61.11 | | 61.11 |
| 08/31/07 | 001226 | AT&T | Telephone Service 919-790-0128-010-0363 | 2990-000 | | 61.11 | 0.00 |
| 09/07/07 | | Transfer from Acct #*******6534 | Bank Funds Transfer | 9999-000 | 285.00 | | 285.00 |
| 09/07/07 | 001227 | Michelle Everidge P. O. Box 124 Clayton, NC  27528 | Temporary Service 19 hours @ $15.00 per hour | 2990-000 | | 285.00 | 0.00 |
| 09/18/07 | | Transfer from Acct #*******6848 | Bank Funds Transfer | 9999-000 | 540.49 | | 540.49 |
| 09/18/07 | 001228 | Michelle Everidge P. O. Box 124 Clayton, NC  27528 | Temporary Service 15 hours @ $15.00 | 2990-000 | | 225.00 | 315.49 |
| 09/18/07 | 001229 | Recall | STORAGE UNIT RENTAL Invoice #1070199586 | 2410-000 | | 196.39 | 119.10 |
| 09/18/07 | 001230 | AT&T | Telephone Service 919-876-2161-450-0364 | 2990-000 | | 41.81 | 77.29 |
| 09/18/07 | 001231 | AT&T | Telephone Service 056-390-8195-001 | 2990-000 | | 30.90 | 46.39 |
| 09/18/07 | 001232 | AT&T | Telephone Service 020-713-6257-001 | 2990-000 | | 46.39 | 0.00 |
| 09/27/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 533.89 | | 533.89 |
| 09/27/07 | 001233 | Michelle Everidge P. O. Box 124 Clayton, NC  27528 | Temporary Service 29.5 hours @ $15.00 | 2990-000 | | 442.50 | 91.39 |
| 09/27/07 | 001234 | AT&T | Telephone Service 056-332-1488-001 | 2990-000 | | 30.90 | 60.49 |
| 09/27/07 | 001235 | AT&T | Telephone Service 919-790-0128-010-0363 | 2990-000 | | 60.49 | 0.00 |

Page Subtotals        1,420.49        1,420.49

Ver. 12.60a

LFORM24

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 8

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | ******6835 Checking - Non Interest |
| Taxpayer ID No: | ******1191 | Blanket Bond (per case limit): | |
| For Period Ending: | 09/30/07 | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| | | | | | | 0.00 |
| --- | --- | --- | --- | --- | --- | --- |
| | | COLUMN TOTALS | | 12,711.57 | 12,711.57 | |
| | | Less: Bank Transfers/CD's | | 12,711.57 | 0.00 | |
| | | Subtotal | | 0.00 | 12,711.57 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 12,711.57 | |

Page Subtotals       0.00       0.00

Ver: 12.60a

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 9

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6848 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | Blanket Bond (per case limit): | |
| For Period Ending: | 09/30/07 | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 4,408,739.26 |
| 07/31/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3,744.42 | | 4,412,483.68 |
| 08/31/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 3,747.59 | | 4,416,231.27 |
| 09/18/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 540.49 | 4,415,690.78 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 7,492.01 | 540.49 |
| Less: Bank Transfers/CD's | 0.00 | 540.49 |
| Subtotal | 7,492.01 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 7,492.01 | 0.00 |

Page Subtotals    7,492.01    540.49    4,415,690.78

Ver: 12.60a

LFORM24

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 10

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| Taxpayer ID No: | *******1191 | Account Number / CD #: | *******7313 Money Market - Interest Bearing |
| For Period Ending: | 09/30/07 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 514,789.20 |
| 07/31/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 437.22 | | 515,226.42 |
| 08/31/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 437.59 | | 515,664.01 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 874.81 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 874.81 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 874.81 | 0.00 |

515,664.01

Page Subtotals  874.81  0.00

LFORM24  Ver: 12.60a

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 11

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| Taxpayer ID No: | *******1191 | Account Number / CD #: | *******7410 Money Market - Interest Bearing |
| For Period Ending: | 09/30/07 | Blanket Bond (per case limit): | $ 6,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 5,542.42 |
| 01/31/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.71 | | 5,547.13 |
| 08/31/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 4.71 | | 5,551.84 |

| | | | |
| --- | --- | --- | --- |
| COLUMN TOTALS | | 9.42 | 0.00 | 5,551.84 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 9.42 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 9.42 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market - Interest Bearing - ********6518 | 97.66 | 0.00 | 57,569.47 |
| Checking - Non Interest - ********6521 | 0.00 | 0.00 | 0.00 |
| Money Market - Interest Bearing - ********6534 | 36.15 | 0.00 | 21,024.10 |
| Money Market - Interest Bearing - ********6819 | 1,623.33 | 0.00 | 950,304.26 |
| Checking - Non Interest - ********6835 | 0.00 | 12,711.57 | 0.00 |
| Money Market - Interest Bearing - ********6848 | 7,492.01 | 0.00 | 4,415,690.78 |
| Money Market - Interest Bearing - ********7313 | 874.81 | 0.00 | 515,664.01 |
| Money Market - Interest Bearing - ********7410 | 9.42 | 0.00 | 5,551.84 |
| | 10,133.38 | 12,711.57 | 5,965,804.46 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    9.42    0.00

Trustee's Signature: /s/ HOLMES P. HARDEN, TRUSTEE    Date: 10/01/07
HOLMES P. HARDEN, TRUSTEE

LFORM24    Ver. 12.60a