**VAN–113** Hearing Conference Worksheet – Rev. 03/11/2005

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

## HEARING/CONFERENCE WORKSHEET

Matter to be heard:

Hearing to determine proper procedure for filing objections to claims
Docket Number(s):

Stephani Wilson Humrickhouse
Nicholls & Crampton, P.A.
PO Box 18237
Raleigh, NC 27619
919 781–1311

Holmes P Harden
Williams Mullen Maupin Taylor
A Professional Corporation
P. O. Drawer 19764
Raleigh, NC 27619–9764
919 981–4000

Jeffrey M. Cook for Bankruptcy Administrator

DATED: October 19, 2007

Julie Boyette