**VAN–047** Certificate of Telephonic Notice – Rev. 09/29/2004

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

### CERTIFICATE OF TELEPHONIC NOTICE

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that the following individual(s) were given telephonic notice on **October 19, 2007** at the telephone numbers listed below:

Holmes P. Harden – hharden@williamsmullen.com
jjohnson@williamsullen.com
Jeffrey M. Cook – jeffrey_cook@nceba.uscourts.gov
rick_hinson@nceba.uscourts.gov
janet_hicks@nceba.uscourts.gov

that a hearing will be held as indicated below:

DATE: October 22, 2007
TIME: 10:30 AM
PLACE: Room 208, 300 Fayetteville Street, Raleigh, NC 27602

to consider and act on the following matters:

hearing to establish procedure for filing objections to claims

DATED: October 19, 2007

Julie Boyette
Deputy Clerk