**CM/ECF**

**PDF FILE WITH AUDIO FILE ATTACHMENT**

Total Page Count: 1

Printed: Tuesday, October 23, 2007        07:31:07 AM
Application: CM/ECF AUDIO INTERFACE : 2007.10.3.3

| | |
|---|---|
| Office : | 5 |
| Case Type : | BK |
| Case Number : | 98-02675 |
| Debtor : | Inc. International Herita |
| Session Name : | 2007-10-22ats |
| Session Sequence : | 0001 |
| Session Date\Time | 10/22/2007 10:13:59 AM |
| Audio File Name : | 5-BK-98-02675-2007-10-22ats-0001.mp3 |
| Audio File Size : | 2856 KB |
| Audio Run Time : | [00:23:48] (hh:mm:ss) |