Holmes P. Harden, Trustee for IHI  
P.O. Box 536  
Benson, NC 27504  

Claim No.: 001895  
Amount: $4,300.00  

Basis for Objection: Claim filed as priority claim; Allow $4,300 as priority wages; Allow $1,950 as priority consumer deposits; Balance as unsecured.

0001 0004118 00000000 001 001 04118 INS: 0 0

JAMES B. LARUE  
1175 DEBRICK ROAD  
EUGENE, OR 97401  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF NORTH CAROLINA  
RALEIGH DIVISION  

IN RE:  
INTERNATIONAL HERITAGE, INC.  
Debtor.  

CASE NO: 98-02675-5-ATS  

CHAPTER 7  

### NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: **$4,300 of claim is filed as priority wages or commissions and $1,950 of claim is filed as priority consumer deposits but total claim exceeds those amounts. Trustee requests allowance of $4,300 as priority wages or commissions and allowance of $1,950 as priority consumer deposits, as limited by statute, and request that balance of claim be allowed as unsecured.**

You should read this objection carefully and discuss it with your attorney if you have one. ANY **CORRESPONDENCE MUST BE IN WRITING.** Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA  27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC  27504 within 30 days of the date of this notice, the relief requested by the Trustee may be granted without hearing or further notice. **If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina.  Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.**

Dated: October 26, 2007

BY:/s/ Holmes P. Harden  
**Holmes P. Harden, Trustee**

Form H97718 v.0.02

