Holmes P. Harden, Trustee for IHI  
P.O. Box 536  
Benson, NC 27504

Claim No.: 014344  
Amount: $397.25

0001 0006948 00000000 001 001 06948 INS: 0 0  
JOE W. ROMINES  
1403 W. OMEGA  
HENRIETTA, TX 76365

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF NORTH CAROLINA  
RALEIGH DIVISION

IN RE:  
INTERNATIONAL HERITAGE, INC.  
Debtor.

CASE NO:  98-02675-5-ATS

CHAPTER 7

NOTICE OF OBJECTION TO CLAIM

    NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

    NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows:  **The legal basis for your claim is unclear and/or there is no documentation attached to your claim or the attached documentation does not substantiate the amount claimed.  Trustee requests denial of claim.**

    You should read this objection carefully and discuss it with your attorney if you have one.  ANY CORRESPONDENCE MUST BE IN WRITING.  Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.

    NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC  27504 within 30 days of the date of this notice, the relief requested by the Trustee may be granted without hearing or further notice. **If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina.**  Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.

Dated:   October 26, 2007

                                              BY:/s/ Holmes P. Harden  
                                              Holmes P. Harden, Trustee

Form H9771 v.0.02

