Holmes P. Harden, Trustee for IHI　　　　　　　　　　　　　　　　　　　Claim No.: 015066
P.O. Box 536　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Amount: $891.00
Benson, NC 27504

0001 0002193 00000000 001 001 02193 INS: 0 0

MAUDREY B. ATKINSON
BOX 1356
STARKE, FL 32091

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:　　　　　　　　　　　　　　　　　　　　CASE NO: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.
Debtor.　　　　　　　　　　　　　　　　　　　　CHAPTER 7

NOTICE OF OBJECTION TO CLAIM

　　　NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

　　　NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: **Claim filed after the deadline to file claims. Trustee requests claim be allowed pursuant to §726(a)(3).**

　　　You should read this objection carefully and discuss it with your attorney if you have one. **ANY CORRESPONDENCE MUST BE IN WRITING.** Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.

　　　NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the **CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice**, the relief requested by the Trustee may be granted without hearing or further notice. If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina. **Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.**

**Dated:　October 26, 2007**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　BY:/s/ Holmes P. Harden
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Holmes P. Harden, Trustee**

Form H9777 v.0.02

