IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. | ) | |
| | ) | CHAPTER 7 |
| Debtor | ) | |

# Certificate of Service

The objection notices were mailed to the creditor at the address shown on the notice on October 26, 2007.

**Dated: October 26, 2007**

                **BY:** Epiq Systems Inc.
                     501 Kansas Ave
                     Kansas City, KS 66105

442263