# JOHN G. DUNCAN
5209 Foxhall Court
Greensboro, North Carolina
(919) 292-5885

10/30/07

**FILED**
NOV - 2 2007
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

To: Clerk US Bankrupcy Court

Copy to Holmes P Harden

What do you mean there is no legal basis, when I paid $1750 for 7 downlines at $250 apiece + $141.00 in supplies. I'm sure I.H. Inc had a record of such purchases or the US Bankrupcy ct would not have notified me in 1998.

I do not intend to attend the hearing but if there is any doubt, I'm sure I can locate the canceled check in my tax files which I had kept for the last 40 years

Thank you

John G Duncan