Lake Arthur, LA
2007

**FILED**

NOV -5 2007

PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

Dear sir:

    To whom it my concern!!

    I Trudy Charles admitting now that it has been many years for me to remember, I can't remember that far back but I do know that I was a member and lost a start up of a 1,000 dollars plus suffering and more money with the cost of products that I never got ,and waiting with the advertising which cost money.

    I did not realize that I needed to keep receipt. So I did not keep any. You are really going to take my word on it. I would like to get my money back along with the suffering. It should be $200,000 instead of $2,000, I know the lawyers are getting millions. It has been some years.

    I will not be able to make it to court in North Carolina because I have no money, but I know I was told that it could mean going to court. So if my claim is thrown out , I know that I did write and let you know that I deserve that and more up to 200,000 for my suffering and long long wait.

  P.S. I had to borrow money that cost me a lot to get in that club. CLAIm No. 03488

                                       Sincerely Yours!!
                                         Yours Truly,
                                         Trudy A. Charles