FILED

NOV - 6 2007

PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

Holmes P. Harden, Trustee for IHI
P.O. Box 536
Benson, NC 27504

Claim No.: 012631
Amount: $369.43

0001 0002772 00000000 001 001 02772 INS: 0 0

MARK F. THUL
503 WILLIAMS
GREAT BEND, KS 67530

*All I ASK for is the amount that was paid. No more*

*Thank you,*
*Mark Thul*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:
INTERNATIONAL HERITAGE, INC.
Debtor.

CASE NO: 98-02675-5-ATS

CHAPTER 7

## NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: **The legal basis for your claim is unclear and/or there is no documentation attached to your claim or the attached documentation does not substantiate the amount claimed. Trustee requests denial of claim.**

You should read this objection carefully and discuss it with your attorney if you have one. ANY CORRESPONDENCE MUST BE IN WRITING. Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice, the relief requested by the Trustee may be granted without hearing or further notice. **If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina.** Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.

Dated: October 26, 2007

BY:/s/ Holmes P. Harden
Holmes P. Harden, Trustee

# INTERNATIONAL HERITAGE, INC.

INDEPENDENT RETAIL SALES REPRESENTATIVE RETAIL RECEIPT FORM

---

**The Independent Retail Sales Representative Retail Receipt Form is a required document for all direct product purchases and all Retail Business Agreements. If this form is not attached to a product order or Retail Business Agreement the paperwork will not be processed and will be returned to the Selling Representative.**

---

**PURCHASING CUSTOMER INFORMATION**

Name: MARK THUL
Street Address: 503 Williams
City: Great Bend   State: KS   Zip: 67530
Home Phone: (316) 792-5224
Business Phone: ( )

**SELLING REPRESENTATIVE INFORMATION**

Name: Jane P. Anderson
Street Address: 251 NW 10th Ave #4
City: Great Bend   State: KS   Zip: 67530
Representative ID #: 462726194
Telephone: ( )

If the purchasing customer is considering joining International Heritage as a Representative but is purchasing product(s) prior or at the time of his/her association, this prospective Representative is making a retail product purchase as a non-member. If the purchasing customer subsequently becomes associated with the Company and orders products at a later date, those products would be considered purchases for personal consumption unless they are purchased for a retail sale.

*The cancellation provisions of this receipt form apply only to the retail product purchase associated with this transaction. These cancellation provisions are unrelated to the cash-out option of the Retail Business Agreement (RBA).

| ITEM # | PRODUCT DESCRIPTION | QTY. | SIZE | COST | TOTAL |
|---|---|---|---|---|---|
| 9210 | 14K Diamond Tennis Bracelet 1.25ct tw | 1 | 7" | 665.00 | 665.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | SUBTOTAL | 665.00 |
| | | | | TAX (n/a if RBA) | |
| | | | | SHIPPING (n/a if RBA) | |
| | | | | TOTAL | 665.00 |

**100% SATISFACTION GUARANTEE**
Thank you for your order! If for any reason you are not completely satisfied with your product selection, you may return it within 10 days after receipt for a full refund from your International Heritage Independent Retail Sales Representative.

Purchasing Customer Signature: Mark J. Thul
Date: 9-11-96

YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE NOTICE OF CANCELLATION FORM ON BACK FOR AN EXPLANATION OF THIS.

Form # 105 Revised 7/96          White: Customer          Yellow: Rep.          Pink: Company

# INTERNATIONAL HERITAGE, INC.
## RETAIL BUSINESS AGREEMENT

**BUYER'S INFORMATION**

Social Security Number / Federal Tax ID#
51348 3085

Name (Last): THUL    (First): MARK    (Initial): F

Company Name *(Contact name must be provided above)*
STICKNEY CODRS

Shipping Address *(no P.O. boxes)*
503 WILLIAMS

City/Town: GREAT BEND    State: KS    Zip Code: 67530

Home Phone: 316 792 5224

Business Phone:

Fax Number:    Cellular/Voice:

## PRODUCT INFORMATION

| Retail Business Center | RBA Product Item Number (3 RBA's per Business Center max.) | | |
|---|---|---|---|
| | RBA 1 | RBA 2 | RBA 3 |
| 0 0 1 | 9210 | | |
| 0 0 2 | | | |
| 0 0 3 | | | |
| 0 0 4 | | | |
| 0 0 5 | | | |
| 0 0 6 | | | |
| 0 0 7 | | | |
| | | | |
| | | | |
| | | | |

**(Check One)**

[X] **Development Leader**    250.00
(1 Retail Business Center with 60 day Cash-Out option)

[ ] **Development Leader One**    _____
(3 Retail Business Centers Cash-Out option not available)

[ ] **Development Leader Two**    _____
(7 Retail Business Centers Cash-Out option not available)

[ ] **Recertification**    [X]

[ ] **Other**    _____

**TOTAL** 250.00

**PAYMENT OPTIONS**

**A. Credit Card Authorization:** *(Must be filled out completely)*
☐ MasterCard   ☐ Visa (no other credit card accepted)

Card #_____

Expiration Date_____

Name of Cardholder_____

Signature_____

**B. Certified Check/Money Order #** _____

**C. Personal Check #** _____
(Personal Check Acceptance Form must be attached)

Mail Certified Check or Money Order along with original to:
INTERNATIONAL HERITAGE, INC.
2626 Glenwood Ave., Suite 200
Raleigh, NC 27608
Phone: (919) 571-4646
*Fax copies not accepted*

I agree to the above indicated information and will be bound by the terms and conditions contained on the reverse side, the policies and procedures, and the Independent Retail Sales Representative Agreement and Handbook.

Mark F Thul                                    9-11-96

# INTERNATIONAL HERITAGE, INC.
## INDEPENDENT RETAIL SALES REPRESENTATIVE APPLICATION

### REPRESENTATIVE INFORMATION (Applying Representative)

Social Security Number / Federal Tax ID#: 513483085

Name of Representative (Last): THUL  (First): MARK  (Initial): F

Mailing Address (No P.O. Boxes): 503 WILLIAMS

City/Town: GREAT BEND   State: KS   Zip Code: 67530

Home Phone: 316 792 5224

Business Phone:

Fax Number:

Check one of the following:
- [X] Development Leader (1 Retail Business Center - does not require immediate certification)
- [ ] Development Leader 1 (3 Retail Business Centers - requires immediate certification)
- [ ] Development Leader 2 (7 Retail Business Centers - requires immediate certification)
- [ ] Other: _____

### PLACEMENT SPONSOR INFORMATION (where this new Retail Business Center is to be placed)

Social Security Number / Federal Tax ID#: 462726194

Name of Representative (Last): ANDERSON  (First): JANE  (Initial): P

Number: EXTENSION 002   Left or Right (circle one): **L**  R

Home Phone: 316 792 [illegible]

AND/OR

Business Phone: 316 792 1375

Fax Number: 316 792 1390

### SPONSOR (if different from above)

Social Security Number / Federal Tax ID#:

Name of Sponsor (Last):   (First):   (Initial):

I AGREE TO THE ABOVE INDICATED INFORMATION AND AM BOUND BY THE TERMS OF THE POLICIES AND PROCEDURES MANUAL AND THE TERMS AND CONDITIONS OF THE INDEPENDENT RETAIL SALES REPRESENTATIVE AGREEMENT.

Representative's Signature: Mark [signature]   Date: 9-11-96

### PAYMENT OPTIONS

A. Credit Card Authorization: (Must be filled out completely)
- [ ] MasterCard    [ ] Visa (No other credit card accepted)

Card #: _____
Expiration Date: _____
Name of Cardholder: _____
Signature: _____

- Certified Check/Money Order #: _____
- Personal Check #: _____
  (Personal Check Acceptance Form must be attached)

Mail Certified Check or Money Order along with original to:
INTERNATIONAL HERITAGE, INC.
2626 Glenwood Ave., Suite 200 • Raleigh, NC 27608
Phone: (919) 571-4646
* Fax copies not accepted

| Item | Amount |
|---|---|
| Application Fee | $ 0 |
| Administrative Fee (optional) — Access to: Data & Commission processing, newsletter, back office support & communications, product updates, accounting & other customary services | $ 25.00 |
| Retail Business Career Kit — Start up materials, flip chart presentation, sample forms, audio/video, product catalogue, monthly planner, etc. (not for profit) | $ 75.00 |
| Career Kit State & Local Sales Tax 5.9 % | $ 4.43 |
| Delivery Charge on Retail Business Career Kit (choose one) [X] 2 Day Air $15.00  [ ] Ground $10.00 | $ 15.00 |
| Total from Product Order Form, Retail Business Agreement and Sales Aids Form | $ 250.00 |
| **TOTAL AMOUNT ENCLOSED** | **$ 369.43** |