CLERK, US BANKRUPTCY COURT
P.O. BOX 1441
RALEIGH, NORTH CAROLINA  27602-1441

**FILED**

NOV - 6 2007

PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C

RE:    International Heritage, Inc.
       Case No. 98-02675-5-ATS
       CHAPTER 7

       Claim No. 007301      $0.00
       Claim No. 006495      $0.00

Dear Clerk of Court:

I am not quite certain as to how I got two (2) claims filed but I concur that Claim No. 006495 be deleted.  I hope that I understood the letters correctly.


Sincerely,

CC:  Holmes P. Harden for IHI
P. O. Box 1441
Raleigh, North Carolina  27602-1441

409 S. Hood Street
Claita, SC 29114
Naomi Hannah