

**New York State Department of**
**Taxation and Finance**
Tax Compliance Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

**FILED**

November 1, 2007

NOV **0 6** 2007

Holmes P Harden, Trustee
P.O. Box 536
Benson, NC 27504

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N. C

Re:   International Heritage, Inc.
      ID # B 56-1921093
      98-02675
      Objection to Claim
      November 29, 2007

Dear Mr Harden:

Please be advised that this Department does not oppose the relief requested in the above objection filed on October 26, 2007.

Sincerely,

*Diane Hanley*

Diane Hanley
Tax Compliance Representative I
(518) 457-3160