November 3, 2007

Clerk US Bankruptcy Court
PO Box 1441
Raleigh NC 27602-1441

**FILED**

NOV - 8 2007

PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C

In RE

International Heritage Inc
Case # 98-02675-5-ATS Chapter 7

Dear Sirs,

I Do not understand why you have contacted me, Steve Harden, on a Chapter 7 Bankruptcy case. I HAVE NEVER FILED FOR BANKRUPTCY in any form. I DO NOT KNOW or HAVE EVER HAD ANY association with International Heritage Inc. I am and have been employed at the same company for 12 years.

Evidently, I am not the person you are seeking. I request confirmation IN WRITING that you have resolved this error and that I will not have any residual problems from this mistake.

Sincerely

*Steve Harden*

Steve Edward Harden

CC:

Holmes P Harden, Trustee for IHI
PO Box 536
Benson NC 27504

Holmes P. Harden, Trustee for IHI
P.O. Box 536
Benson, NC 27504

Claim No.: 004965
Amount: $750.00

0001 0002477 00000000 001 001 02477 INS: 0 0

STEVE HARDEN
5520 OLD HUNTER RD.
OOLTEWAH, TN 37363

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:
INTERNATIONAL HERITAGE, INC.
Debtor.

CASE NO: 98-02675-5-ATS

CHAPTER 7

## NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: The legal basis for your claim is unclear and/or there is no documentation attached to your claim or the attached documentation does not substantiate the amount claimed. Trustee requests denial of claim.

You should read this objection carefully and discuss it with your attorney if you have one. ANY CORRESPONDENCE MUST BE IN WRITING. Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice, the relief requested by the Trustee may be granted without hearing or further notice. If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina. Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.

Dated: October 26, 2007

BY: /s/ Holmes P. Harden
Holmes P. Harden, Trustee

Form H9771 v.0.02

