UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

**WITHDRAWAL OF TRUSTEE'S OBJECTION TO CLAIM**

NOW COMES Holmes P. Harden, Trustee in the above-captioned case, and withdraws his Objection to Claim #012342 of Michael C. Mooney filed with the court on October 26, 2007.

Respectfully submitted this the 8th day of November, 2007.

WILLIAMS MULLEN MAUPIN TAYLOR

BY: */s/ Holmes P. Harden*
Holmes P. Harden, Trustee
State Bar No. 9835
3200 Beechleaf Court
Post Office Drawer 19764
Raleigh, North Carolina  27619-9764
Telephone:  919/981-4000

541749

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, Trustee for International Heritage, Inc., do hereby certify that the Withdrawal of Objection to Claim, hereto attached, was served upon the parties listed below by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the 8th day of November, 2007.

By: */s/ Holmes P. Harden*
Holmes P. Harden
Attorney for Trustee
N. C. State Bar No. 9835
P. O. Drawer 19764
Raleigh, NC  27619
Telephone:  919/981-4000
Facsimile:  919/981-4300

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
(via electronic service)

International Heritage, Inc.
c/o Terri Gardner
Poyner & Spruill
(via electronic service)

International Heritage, Inc.
Smith Debnam Hibbert & Pahl
(via electronic service)

MICHAEL C. MOONEY
657 RUTLEDGE LANE
CANTON, GA 30114

541749