**FILED**

NOV 1 3 2007

PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

305 Rio Pinar Drive
Ormond Beach, FL 32184

November 8, 2007

Clerk, U.S. Bankruptcy Court
P.O. Box 1441
Raleigh, North Carolina 27602-1441

RE: International Heritage, Inc. Case No. 98-02675-5-ATS

To the Bankruptcy Court:

My position is simply this. W. A. Stafford of Clayton, Georgia got me involved in this mess and I charged $1,950.00 to my credit card.  That was several years ago and I do not have a record of it. However, International Heritage has a record and so does Mr. Stafford.

I certainly cannot come all the way to Raleigh, N.C. for a hearing. I did not have to go to Raleigh to join International Heritage.

Certainly there is a legal basis to support my claim and there is a moral basis. However, I would hate to confuse the system with honesty. I invested in this organization and I got scammed. I fully understand that I am at the mercy of the Court and this is the best I can do. I object to Mr. Harden's objection. He can not prove that I did not invest in the company. I realize that this is a moot point and that the burden of proof is on me.

So all I have to offer is my integrity as proof. Do what you think is right.

Very truly yours,

Sherman Overby