IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

FILED
NOV 13 2007
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

| | |
|---|---|
| IN RE: ) | |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CASE NO.: 98-02675-5-ATS |
| Debtor. ) | |
| ) | Chapter 7 |
| Claimant: Harold D. Fanning ) | |
| Claim No.: 005676 ) | |
| Amount Owed: $1,893.00 ) | |

### RESPONSE TO NOTICE OF OBJECTION TO CLAIM

Comes now the claimant, Harold D. Fanning, and files this response to the Notice of Objection to Claim filed by Holmes P. Harden, Trustee for International Heritage, Inc. and in support of his response says as follows:

1. The claim of Harold D. Fanning is based on money paid to International Heritage, Inc. for which nothing was received in return. The debtor, International Heritage, Inc. took the claimant's money and did not perform as promised.

2. Harold D. Fanning lost $1,893.00 due to the actions of the debtor in not fulfilling their obligations following his payment of $1,893.00.

3. The correct present address for Harold D. Fanning is 210 Haig Street, S.W., Hartselle, Alabama 35640 and NOT his previous address of 71 Malachi Road, Decatur, Alabama 35603.

WHEREFORE, premises considered, the claimant, Harold D. Fanning, hereby requests that his claim not be dismissed and that the debtor, International Heritage, Inc. be required to pay the debt.

Respectfully submitted,

*Harold D. Fanning*
Harold D. Fanning
210 Haig Street, S.W.
Hartselle, Alabama  35640

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Holmes P. Harden, Trustee for International Heritage, Inc., P.O. Box 536, Benson, North Carolina  27504, by placing a copy of same in the United States mail, postage prepaid to that address this the 9th day of November, 2007.

*Harold D. Fanning*
Harold D. Fanning