*Claim No 013510*

Holmes P. Harden, Trustee for IHI
P.O. Box 536
Benson, NC 27504

**FILED**

NOV 1 3 2007

PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

Claim No.: 013
Amount: $3,387.82

0001 0004597 00000000 001 001 04597 INS: 0 0
HARMANJIT S. SANGHA
12234-75 A AVE.
SURREY, BC V3W0K7

*MY NEW ADDRESS*
*HARMANJIT S. SANGHA*
*7345-122A. STREET*
*SURREY BC.*
*V3W 3T2*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          CASE NO: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.
Debtor.                                         CHAPTER 7

### NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: **The legal basis for your claim is unclear and/or there is no documentation attached to your claim or the attached documentation does not substantiate the amount claimed. Trustee requests denial of claim.**

**You should read this objection carefully and discuss it with your attorney if you have one. ANY CORRESPONDENCE MUST BE IN WRITING. Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.**

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice, the relief requested by the Trustee may be granted without hearing or further notice. **If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina. Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.**

**Dated: October 26, 2007**

BY:**/s/ Holmes P. Harden**
**Holmes P. Harden, Trustee**

Form H9771 v.0.02





**CENTRE VISA CENTRE**

| STATEMENT DATE DATE DU RELEVÉ | | FOR STATEMENT INQUIRIES- PLEASE CALL | ACCOUNT NUMBER NUMÉRO DE COMPTE |
|---|---|---|---|
| 05.08.98 M/M  D/J  Y/A | PO/CP 4058, STN/SUCC A, TORONTO, ON M5W 1L8 | (604)734-6121 ▲ POUR DE PLUS AMPLES DÉTAILS CONCERNANT LE RELEVÉ VEUILLEZ TÉLÉPHONER AU | 4503 352 345 945 |

| DATE MTH/DAY MOIS/JOUR | REFERENCE NO. RÉFÉRENCE N° | PARTICULARS DÉTAILS | | AMOUNT MONTANT |
|---|---|---|---|---|
| 0423 | 01    0427 | INTERNATIONAL HERITAGE | 919-571-2528   NC | 1462.86 |
|  | 2400870 | 1000.20 US DOLLAR EU @ 1.462567   5969 | | |
| 0505 | 02 800507 | VISIONS | SURREY        BC | 192.61 |
| | | --- | | |

RECEIVE A 5% REBATE ON ELIGIBLE TRAVEL EXPENSES WHEN YOU
BOOK YOUR TRAVEL THROUGH THE CIBC VISA TRAVEL SERVICE.
CALL 1 800 263-6300 TODAY FOR FULL DETAILS, AND ASSISTANCE
ON ALL YOUR TRAVEL NEEDS.

"G0031"

| CREDIT LIMIT LIMITE DE CRÉDIT | BALANCE ON LAST STATEMENT SOLDE DU RELEVÉ PRÉCÉDENT | TOTAL CREDITS TOTAL DES CRÉDITS | TOTAL DEBITS TOTAL DES DÉBITS | TOTAL INTEREST TOTAL DES INTÉRÊTS | YOUR NEW BALANCE VOTRE NOUVEAU SOLDE |
|---|---|---|---|---|---|
| 2000 | − | − | 1655.47 + | + | = 1655.47 |

| ANNUAL INTEREST RATE TAUX D'INTÉRÊT ANNUEL | DAILY INTEREST RATE TAUX D'INTÉRÊT QUOTIDIEN | PAYMENT DUE DATE MONTH  DAY  YEAR DATE D'ÉCHÉANCE DU VERSEMENT | PAST DUE ARRÉRAGES | CURRENT DUE DÛ POUR MOIS COURANT | MINIMUM PAYMENT DUE VERSEMENT MINIMUM ÉCHU |
|---|---|---|---|---|---|
| 16.500% | 0.04520% | 05.29.98 | + | 82.00 = | 82.00 |

CX 103 BIL-96/11

▲
OPTIONS

 **MasterCard**   Bank of Montreal
FirstHome® Program

| Last statement | Card number | This statement | Payment due by | Page |
|---|---|---|---|---|
| 05FEB1998 | 5191 2300 3767 5064 | 05MAY1998 | 28MAY1998 | 1 of |

| Trans. date M D | Posting date M D | Ref. no. | Description | Amount |
|---|---|---|---|---|
| | | | CARD NO: 5191 2300 3767 5064 | |
| 04/23 | 04/24 | 1 | 17US1,322.00@1.456100INTERNATIONAL H NC | 1,924.96 |
| 05/05 | 05/05 | 2 | FIRSTHOME $'S | 96CR |

AS A PREFERRED MASTERCARD CARDHOLDER
WE HAVE INCREASED YOUR CREDIT LIMIT TO
ACCOMMODATE FUTURE PURCHASING NEEDS.
YOUR NEW CREDIT LIMIT IS SHOWN ON THIS
STATEMENT.

BMO MASTERCARD NOW PROVIDES SELF-SERVE
OPTIONS ON OUR INTERNET SITE. ACCESS THE
SITE AT WWW.BMO.COM/MASTERCARD. TO CHECK
YOUR ACCOUNT BALANCE, REVIEW RECENT
TRANSACTIONS, VIEW STATEMENTS AND MORE!

*1924.96 MasterCard*
*1462.86 VISA CIBC*
*3387.82 Total*

| | |
|---|---|
| Previous balance | 0.00 |
| Purchases | 1,924.96 |
| Cash advances | |
| Interest | |
| Fees | |
| Debit adjustments | |
| Other | |
| Payments | |
| Credit adjustments | |
| Other | |
| New balance $ | 1,924.96 |
| Amount past due | 0.00 |
| Minimum payment | 57.00 |
| Credit limit | 2,000.00 |
| Credit available | 75.04 |
| Paid $ | *924.9* |

Registered trademark of Bank of Montreal

**FirstHome® Dollars Summary**

| | |
|---|---|
| Opening balance | 83 |
| Deposits/ Adjustments | 96CR |
| Withdrawals | |
| Closing balance | 179 |

**Interest information**   Interest charges posted on this statement are for transactions appearing on:

| | Current statement | Last month's statement | Previous statements | Total interest charge | Interest rate Annual % | next period Daily |
|---|---|---|---|---|---|---|
| Cash advances | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 18.40000 | 0.05041 |
| Purchases and other | 0.00 | 0.00 | 0.00 | 0.00 | 18.40000 | 0.05041 |

Please address any written enquiries to:

MASTERCARD P.O. BOX 4090, STATION A
TORONTO ON M5W2G8

Please report any items shown which do not agree with your records within 30 days.
Tear off here and return bottom portion with your payment.

| Toll-free calls Canada & U.S.A. | Local calls |
|---|---|
| Lost or stolen cards – 1-800-361-3361 | (800)361-3361 |
| Enquiries – 1-800-263-2263 | (604)421-2211 |
| Telephone Device for the Deaf – | (604)665-7111 |

**ANY AND ALL ATTACHMENTS MUST BE ON 8 1/2" x 11" PAPER**

| FORM B10 (Official Form 10)(4/98) | | **PROOF OF CLAIM** |
|---|---|---|

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**

| Name of Debtor | Case Number: |
|---|---|
| INTERNATIONAL HERITAGE, INC. | 98-02675-5-ATS |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503

Name of Creditor (The person or other entity to whom the debtor owes money or property):
HARMANJIT S. SANGHA
Name and Address where notices should be sent:

HARMANJIT S. SANGHA
12234-75 A Ave.
Surrey BC V3W0K7

7345-122A. STREET
SURREY BC
V3W 3T2

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☑ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

*98-02675-5-ATS*
THIS SPACE IS FOR COURT USE ONLY

Telephone Number: 604-572-1840

Account or other number by which creditor identifies debtor:

Check here if ☐ replaces ☐ amends a previously filed claim, dated _____
this claim

**1. Basis for Claim**
☐ Goods Sold
☐ Services Performed
☐ Money Loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Your SS #: _____
Unpaid Compensation for Services Performed
from _____ to _____
(date)          (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $_____
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
☐ Up to $1,950* of deposits toward purchase, lease, or rental of property services for personal, family, or household use - 11 U.S.C. § 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

THIS SPACE IS FOR COURT USE ONLY

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are voluminous, attach a summary.
**9. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Harmanjit Singh Sangha |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**NOTE TO ALL CREDITORS IN CONVERTED CASES ONLY:**
**DO NOT FILE A CLAIM IF YOU FILED A CLAIM UNDER THE PREVIOUS CHAPTER**