FILED
NOV 13 2007
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

Nov. 9, 2007

Dear Sir or Madam:

Please accept this letter requesting a hearing in response to the objection by Mr. Holmes P. Harden, Trustee for IMI. My claim is reasonable, sound and truthful. I have enclosed a copy of the letter that I sent to Mr. Harden.

Thank you for your consideration!

Joseph D. Well

Claim # 013262
Case # 98-02675-5-ATS

I am also sending a copy of this correspondence to my N.C. attorney Mr. Richard Steinbronn of Steinbronn and McNew, P.C. in Murphy, N.C.

Nov. 9, 2007

Dear Mr. Harden:

I still have records showing where I sent International Heritage checks for $2,079.75 and $1697.19 both dated 7/24 of the year in question. I received goods that were ordered and not finding the products suitable called IHI, requested and received a Return number, I spent over $40.00 returning the products and never heard from IHI again. I never received a refund nor did I receive the products back. This accounts for only part of the monies that are due me. IHI basically took the money, kept the products and closed the doors.

I object to your denial of my claim and hereby asked to be compensated for my loss. IHI received thorough documentation at the time the claim was filed. I expect for my claim to be upheld as this entire situation instigated by IHI is totally unacceptable.

Joseph D. Wells
Case no. 98-02675-5-ATS
Chapter 7

Holmes P. Harden, Trustee for IHI
P.O. Box 536
Benson, NC 27504

Claim No.: 013262
Amount: $4,380.00

0001 0002272 00000000 001 001 02272 INS: 0 0

JOSEPH D WELLS
24 DOLPHIN DR
TREASUNE ISLAND, FL 33706

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:
INTERNATIONAL HERITAGE, INC.
Debtor.

CASE NO: 98-02675-5-ATS

CHAPTER 7

### NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: The legal basis for your claim is unclear and/or there is no documentation attached to your claim or the attached documentation does not substantiate the amount claimed. Trustee requests denial of claim.

You should read this objection carefully and discuss it with your attorney if you have one. ANY CORRESPONDENCE MUST BE IN WRITING. Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice, the relief requested by the Trustee may be granted without hearing or further notice. If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina. Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.

Dated: October 26, 2007

BY:/s/ Holmes P. Harden
Holmes P. Harden, Trustee

Form H0771 v.0.02

