**Dara A. LaMunyon-Patterson**
Attorney at Law
Phone: 256-638-9272
Fax: 256-638-9273

FILED
NOV 13 2007
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

340 Main Street E,
Rainsville, Alabama 35986

P.O. Box 1970
Rainsville, Alabama 35986

November 8, 2007

RE:  Case 98-02675-5-ATS/ Claim 012241

Dear Sir or Ma'am:

I am writing on behalf of my client, an investor in International Heritage, Inc. Through the advisement of my client, Ricky Byrum, I have learned that (IHI) is a North Carolina corporation and solicits individuals throughout the United States to invest in a pyramid scheme through misleading videotapes, meetings, web pages, and international conference calls to increase investor's interests.

According to my own research, I understand (IHI) has been under investigation by the DOJ for Securities and Exchange Commission violations for giving misleading statements about financial conditions in order to sell stock, commonly known as a (pump-and-dump) manipulation scheme.

My client has informed me that he was approached by a local representative who unknowingly gave false financial information to my client, in exchange for his investment in (IHI).

Therefore, I believe the notice from this court that (IHI) has filed bankruptcy and sent notice to my client is enough evidence to prove that my client has a claim against this corporation and that it should be paid.

If this is not enough tangible evidence, I ask that this claim be held in abeyance until future investigation can be conducted in order to find the evidence needed for my clients claim to be paid.

Therefore, I ask that the hearing set for November 29th at 1 pm, be delayed or extended in order to effectively serve my clients right to due process over this $898.00 claim.

If this can not be done, I will need to know immediately in order to prepare a formal pleading for this court on behalf of my client. I can be reached at (205) 601-9621 or (256) 638-9272. My mailing address is P.O. Box 1970, Rainsville, AL 35986. I would prefer to be reached by phone or fax. My fax number is (256) 638-9273.

Thank you in advance for your prompt attention in this matter.

Sincerely,

Dara A. LaMunyon-Patterson
Attorney at Law, LLC.
Physical: 340 Main Street E
Mailing: P.O. Box 1970
Rainsville, AL 35986
(256) 638-9272


Cc.
U.S. Bankruptcy Court
Clerk
P.O. Box 1441
Raleigh, NC 27602-1411

Ricky Byrum
872 Everett Road
Rainsville, AL 35968

Dara A. LaMunyon-Patterson
Attorney at Law
Phone: 256-638-9272
Fax: 256-638-9273

340 Main Street E,                                                                 P.O. Box 1970
Rainsville, Alabama 35986                                                 Rainsville, Alabama 35986

November 7, 2007

RE:  Case 98-02675-5-ATS Claim 012241

Dear Mr. Harden,

I understand that you are the Trustee for International Heritage Incorporated. I represent Ricky Byrum, claim number 012241 in the amount of $898.00. We are in receipt of your notice of objection attached to this correspondence. I do have some questions and concerns regarding a request for a hearing in order to prepare an explanation.

I am not formally requesting a hearing, I am asking for your response with options to avoid the expense of travel for my client.

We are located in Rainsville, which is in North Alabama. It is approximately 534 miles away, and an eight and a half hour trip, one way. The cost of the trip will outweigh the cost of the claim for my client, and would therefore, effectively deny him due process of his claim.

My questions are as follows:

Could we schedule a teleconference for this matter, or have an extension of time to prepare necessary pleadings regarding forum convenience, so my client can be heard on case number 98-02675-5-ATS, claim number 012241 for the amount of $898.00.

I appreciate your prompt attention to this matter. I can be reached at (205) 601-9621 or (256) 638-9272. My mailing address is P.O. Box 1970, Rainsville, AL 35986.

I would prefer to be reached by phone or fax. My fax number is (256) 638-9273.

Thank you,

*[signature]*

Dara A. LaMunyon-Patterson
Attorney at Law, LLC.
Physical: 340 Main Street E
Mailing: P.O. Box 1970
Rainsville, AL 35986
(256) 638-9272


Cc.
U.S. Bankruptcy Court
Clerk
P.O. Box 1441
Raleigh, NC 27602-1411

Ricky Byrum
872 Everett Road
Rainsville, AL 35968

Holmes P. Harden, Trustee for IHI  
P.O. Box 536  
Benson, NC 27504

Claim No.: 012241  
Amount: $898.00

0001 0000383 00000000 001 001 00383 INS: 0 0

RICKEY R. BYRUM  
203 EVERETT RD.  
RAINSVILLE, AL 35986

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:  
INTERNATIONAL HERITAGE, INC.  
Debtor.

CASE NO: 98-02675-5-ATS

CHAPTER 7

### NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: **The legal basis for your claim is unclear and/or there is no documentation attached to your claim or the attached documentation does not substantiate the amount claimed. Trustee requests denial of claim.**

You should read this objection carefully and discuss it with your attorney if you have one. ANY CORRESPONDENCE MUST BE IN WRITING. Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice, the relief requested by the Trustee may be granted without hearing or further notice. **If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina. Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.**

Dated: October 26, 2007

BY:/s/ Holmes P. Harden  
Holmes P. Harden, Trustee