**FILED**

NOV 15 2007

PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

November 15, 2007

Clemmie J. Brown
901 Pine Forest Trail
Knightdale, NC  27545
(919) 266-2530

CLERK, U.S. BANKRUPTCY COURT
P. O. Box 1441
Raleigh, NC  27602

RE:  Claim #003634

IN RE:  CASE NO. 98-02675-5-ATS

Debtor   CHAPTER 7

Dear Clerk,

I am requesting such hearing be held on November 29, 2007 at 1:00 p.m. at United States Bankrputcy Courthouse and Post Office Building , Room 208, 300 Fayetteville Street Mall, Raleigh, NC.  I cannot afford an attorney.  I have called and called but have been unable to reach a legal aid attorney through the phone.  Thank you.

Clemmie J. Brown

cc:  Holmes P. Harden
     Trustee for IH
     P.O. Box 536
     Benson, NC  27504