**FILED**

NOV 15 2007

PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

3155 Beech Drive
East Point, Georgia 30344
November 9, 2007

Clerk, U. S. Bankruptcy Court
P. O. Box 1441
Raleigh, North Carolina 27662

Re:   Claim No.: 011142          Amount: $396.48

IN RE:                            Case No.   98-02676-5-ATS

INTERNATIONAL HERITAGE, INC.

Debtor                            Chapter 7

This letter is written as official objection to being denied in this proceeding; and as a formal request for a hearing in this matter.

The fact that you have my information indicates that it has already been established that I did indeed pay the amount of $396.48 to initiate an investment with INTERNATIONAL HERITAGE, INC. and was told that at a later date I could invest more with this company.

Since this was an investment, from which I believed I would receive addition benefits, I feel that I should be considered for a refund of the entire $396.48 plus any interest that my money may have accrued since the initial investment.

Therefore, I should not be denied my full initial investment amount; along with any profits that the INTERNATIONAL HERITAGE, INC. enjoyed over the years since the investment was made.

Your favorable consideration of this matter is greatly appreciated.

Sincerely,

Bernard Rice
cc: Holmes P. Harden, Trustee for IHI