IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

RALEIGH DIVISION

| | |
|---|---|
| IN RE:<br>INTERNATIONAL HERITAGE, INC<br>Debtor. | CASE NO: 98-02675-5-ATS<br>CHAPTER 7. |
| AMARJIT HUNJAN<br>DEEP DOLLAR DISCOUNT CENTRE<br>4871 MAIN STREET<br>VANCOUVER, BC, V5V 3R9<br>CANADA. | CLAIMANT |
| INTERNATIONAL HERITAGE, INC.<br>CAROLINA PLACE<br>2626 GLENWOOD AVENUE -SUITE 200<br>RALEIGH, NC 27608, U.S.A. | RESPONDENT |

FILED
NOV 16 2007
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

November 6, 2007.

### NOTICE OF CLAIM IN US$2,354.90

TAKE NOTICE THAT attached hereto my Affidavit claiming my loan to the above captioned matter- The Respondent INTERNATIONAL HERITAGE, INC., that I did lend money in the year 1998 by visa through CIBC Bank and NICOLE PAERRY, Supervisor of the said INTERNATIONAL HERITAGE, INC, has written to me in respect of the Refund of the sum of US$2,354.90 which is mentioned in my Affidavit as exhibit "E" admitted and confessed.

Based upon the said preponderance of facts, I respectfully submit that my money in US$2,354.90 ( TWO THOUSAND THREE HUNDRED AND FIFTY FOUR DOLLARS - NINETY CENTS) together with reasonable Court Order interest be granted at your earliest as I am Canadian residing in Vancouver, British Columbia, and I am unable to attend the Court with extra costs as expenses.

_____
AMARJIT HUNJAN
CLAIMANT

cc:- HOLMES P. HARDEN, ESQ.
    TRUSTEE for IHI
    P.O. BOX 536, BENSON
    NC 27504
    U.S.A.

| | |
|---|---|
| IN THE PROVINCE OF BRITISH COLUMBIA, CANADA. | ) IN THE MATTER OF UNITED STATES BANKRUPTCY ACT ) AND THE MATTER OF AMARJIT HUNJAN'S CLAIM OF ) US DOLLAR 2,354.90 PAID TO INTERNATIONAL HERITAGE ) BY VISA ON 18TH DAY OF JUNE, 1998 AND JENNY ) D. JOHNSON, PARSLEGAL HAD ADMITTED THAT ) THE TRUSTEE HOLMES P. HARDEN WILL BE MADE ON ) A PRORATA BASIS OF DISBURSEMENTS WHEREBY TRUSTEE ) HOLMES P. HARDEN HAD WRITTEN HIS ADMISSION THAT ) I AM A CREDITOR IN THE UNITED STATES BANKRUPTCY ) COURT IN CASE NO.98-02675-5-ATS CLAIM NUMBER ) BEING 000746 IN THE AMOUNT OF US$2,354.90 BE ) ALLOWED IN ACCORDANCE WITH LAW. |

### A F F I D A V I T

I, AMARJIT HUNJAN SOLE PROPRIETOR OF DEEP DOLLAR DISCOUNT CENTRE, situated at 4871 Main Street, in the City Of Vancouver, British Columbia, Canada, MAKE OATH AND SAY AS FOLLOWS:

1. THAT, I am Canadian citizen, and I am carrying on small business in the City Of Vancouver, in the Province of British Columbia, in the State Of Canada, with the agreement of International Heritage Inc., paid by my Visa in U.S. Dollars 2,354.90 on the 18th.day of June, 1998 and the receipt of which is shown in the CIBC Bank is submitted as exhibit "A" to this my Affidavit;

2. THAT, Paralegal Jenny D. JOHNSON had admitted in its letter of September 19, 2001 mentioning Case Number:98-02675-5-ATS is attached hereto this my Affidavit for perusal as exhibit "B" together with its letter of Sept 19, 2001 as Exhibit "B" for consideration;

3. THAT, Trustee Holmes P. Harden's letter of October 26, 2007 is enclosed hereto this my Affidavit confessing that I am a Creditor in the United States Bankruptcy Court, P.O.Box 1441, Raleigh, North Carolina 27602-1441, U.S.A. Claim No:000746 in the amount of U.S.$2,354.90, Case No.98-02675-5-ATS attached to this my Affidavit for consideration as exhibit "C"

4. THAT, I have filed Proof Of Claim Form duly filled-in and submitted to United States Bankruptcy Court, Eastern District of North Carolina, U.S.A. on December 25, 1998 attached copy of which is submitted as exhibit "D" to this my Affidavit for consideration and ask the Honourable Court to allow my Claim with reasonable Court Order Interest;

5. THAT, Nicole Paerry, Supervisor of International Heritage Inc, had written to me in respect of the Refund and I humbly submit the copy of the said letter as exhibit "E" to this my Affidavit for order of Refund with Court Order Interest thereon.

On the basis of yhe above preponderance of facts, I MAKE THIS AFFIDAVIT and solemn statement conscientiously believing it to be true and knowing that it is of the same force and effect as if made under oath by virtue of Canada Evidence Act.

SWORN BEFORE ME )
at the City of Vancouver, )
in the Province Of B.C. )
this _____ day of Nov 2007. )

AMARJIT HUNJAN

Bad # 6719888

NOTARY PUBLIC for taking
Affidavits in B.C.

Pritpal S. Narwal
Notary Public
208 - 6628 Fraser St.
Vancouver, B.C. V5X 3T5

**CIBC Aerogold** / **CIBC Aero Or**

"A"

Att'n Kiran
From: Deep Dollar

**CIBC GOLD VISA CENTRE / CENTRE VISA OR CIBC**
PO/CP 4058, STN/SUCC A, TORONTO ON M5W 1L8

| CREDIT LIMIT / LIMITE DE CRÉDIT | ACCOUNT NUMBER / NUMÉRO DE COMPTE | FOR STATEMENT INQUIRIES PLEASE CALL / POUR PLUS DE DÉTAILS CONCERNANT LE RELEVÉ, TÉLÉPHONEZ À CE NUMÉRO | DAILY INTEREST RATE / TAUX D'INTÉRÊT QUOTIDIEN | ANNUAL INTEREST RATE / TAUX D'INTÉRÊT ANNUEL |
|---|---|---|---|---|
| 8000 | 4500 625 092 247 | 1-800-465-4653 | 0.04794% | 17.50% |

| DATE MTH/DAY MOIS/JOUR | PARTICULARS / DETAILS | | | AMOUNT MONTANT | PERS EXP FRAIS PERS | BUS EXP FRAIS PROF |
|---|---|---|---|---|---|---|
| 0526 | GAS BAR #17 | VANCOUVER | BC0527 | 41.00 | | |
| 0502 | PETROCAN 1390 E. 33RD AVE | VANCOUVER | BC0505 | 39.33 | | |
| 0512 | GAS BAR #17 | VANCOUVER | BC0513 | 38.00 | | |
| 0514 | INTERNATIONAL HERITAGE | 919-571-2528 | NC0520 | 3480.15 | | |
|  | 2354.90US DOLLAR @ 1.477833 | | US | | | |
| 0523 | ESSO FRASER - MARINE | VANCOUVER | BC0528 | 15.00 | | |
| 0512 | PAYMENT THANK YOU - PAIEMENT MERCI | | 0513 | 423.84- | | |
| 0528 | ANNUAL FEE | | 0528 | 120.00 | | |
|  | INTEREST - INTERETS | | | 0.70 | | |

TO AVOID INTERRUPTION IN DELIVERY OF PRODUCTS OR SERVICES PLEASE
NOTIFY ANY MERCHANTS PROCESSING PRE-AUTHORIZED CHARGES OF YOUR
NEW CIBC VISA ACCOUNT NUMBER.

THANK YOU FOR BECOMING A CIBC AEROGOLD VISA CARDHOLDER.

3,536 MILES WILL BE AWARDED TO YOUR AEROPLAN
ACCOUNT # 920626173.  WE WILL AWARD  2,500 MILES TO
YOUR AEROPLAN ACCOUNT AS A SPECIAL WELCOME BONUS.

110

**SUMMARY / SOMMAIRE**

| RESTAURANTS | HOTELS / HÔTELS | AIRLINES / COMPAGNIES AÉRIENNES | CAR RENTAL / LOCATION DE VOITURES | MERCHANDISE / MARCHANDISES | OTHER PURCHASES / AUTRES ACHATS | CASH ADVANCES / AVANCES EN ESPÈCES |
|---|---|---|---|---|---|---|
| .00 | .00 | .00 | .00 | .00 | 3613.48 | .00 |

| BALANCE ON LAST STATEMENT / SOLDE DU RELEVÉ PRÉCÉDENT | TOTAL CREDITS / TOTAL DES CRÉDITS | TOTAL DEBITS / TOTAL DES DÉBITS | TOTAL INTEREST / TOTAL DES INTÉRÊTS | YOUR NEW BALANCE / VOTRE NOUVEAU SOLDE | STATEMENT DATE MONTH DAY YEAR / MOIS JOUR ANNÉE DATE DU RELEVÉ |
|---|---|---|---|---|---|
| 423.84 | 423.84 | 3733.48 | .70 | 3734.18 | 05.28.98 |

| | OVERLIMIT / DÉPASSEMENT DE LIMITE | PAST DUE / ARRÉRAGES | CURRENT DUE / DÛ POUR MOIS COURANT | MINIMUM PAYMENT DUE / VERSEMENT MIN. ÉCHU | PAYMENT DUE DATE MONTH DAY YEAR / MOIS JOUR ANNÉE DATE D'ÉCHÉANCE DU VERSEMENT |
|---|---|---|---|---|---|
| CIBC | OR OU | + | 109.00 = | 109.00 | 06.18.98 |

ᴰ Aerogold and Aeroplan are Registered Trademarks of Air Canada, CIBC, Authorized Licensee of Marks.
ᴹᴼ Aéro Or et Aéroplan sont des marques déposées d'Air Canada. La CIBC est titulaire de licence autorisé de ces marques.

AG 103 BIL-98/01

This is Exhibit "A" to the Statutory
Declaration declared before me by
...AMERJIT HUNDAL...
on this ......6...... day of ......NOV......
20...07...

A Notary in and for the Province of British Columbia
Pritpal S. Narwal #203-6622 Fraser St. Van BC V5X 3T5
Tel. 604-325-4744  Fax 604-325-7723



MAUPIN TAYLOR & ELLIS, P.A.
ATTORNEYS AT LAW
HIGHWOODS TOWER ONE
SUITE 500
3200 BEECHLEAF COURT
RALEIGH, NORTH CAROLINA
27604-1064
TELEPHONE 919.981.4000
TELEFAX 919.981.4300

MAILING ADDRESS
POST OFFICE DRAWER 19764
RALEIGH, NORTH CAROLINA
27619-9764

WWW.MAUPINLAW.COM

**JENNIFER D. JOHNSON**

480 BETA BUILDING
HEADQUARTERS PARK
2222 CHAPEL HILL-NELSON HWY.
DURHAM, NORTH CAROLINA
27713
TELEPHONE 919.361.4900
TELEFAX 919.361.2262

MAILING ADDRESS
POST OFFICE BOX 13646
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709-3646

WRITER'S DIRECT DIAL NUMBER

919-981-4019

jjohnson@maupintaylor.com

September 19, 2001

Deep Dollar Discount Center
4871 Main Street
Vancouver, B.C.
V5V3R9  Canada

> This is Exhibit B to the Statutory Declaration declared before me by AMARJIT HUNJAN on this 6 day of NOV 07 20......
>
> A Notary in and for the Province of British Columbia
> Pritpal S. Narwal  #205-6628 Fraser St. Van BC V5X 3T5
> Tel. 604-325-4744  Fax 604-325-7723

Re:   International Heritage, Inc.
Case No.: 98-02675-5-ATS

Dear Mr. Hunjon:

    In response to your letter of September 6, 2001, we are currently checking claims in the above-referenced case. We are about 80% through the process of checking and then we will begin filing objections. This is a very long and tedious process. We have employed Poorman Douglas to help with the duplicative claims. We are devoting 1-3 days per week on this project.

    We are also settling preferences and are filing notices of the settlements with the court. This means bringing more money into the bankruptcy estate.

    Please put your change of address in writing and mail to U.S. Bankruptcy Court, Eastern Distict of NC, P. O. Box 1441, Raleigh, NC  27602. We do not have the claims in our office as they are filed with the court rather than the trustee.

    You can view the latest developments of the case on our six month report filed in July at www.nceb.uscourts.gov.

Sincerely,

*Jenny D. Johnson*
Jenny D. Johnson
Paralegal

Holmes P. Harden, Trustee for IHI
P.O. Box 536
Benson, NC 27504

Claim No.: 000746
Amount: $2,354.90

"C"

0001 0006667 00000000 001 001 06667 INS: 0 0
DEEP DOLLAR DISCOUNT CENTRE
4871 MAIN STREET
VANCOUVER, BC V5V3R9

Ph. 604-484-2523

This is Exhibit "C" to the Statutory Declaration declared before me by ........Pamprlit Hunjan........ on this......6......day of......Nov..... 20.....07

A Notary in and for the Province of British Columbia
Price S. Narwal #203-6628 Fraser St. Van BC V5X 3T5
Tel. 604-325-4744   Fax 604-325-7723

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:
INTERNATIONAL HERITAGE, INC.
Debtor.

CASE NO: 98-02675-5-ATS

CHAPTER 7

### NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: **Claimant appears to be a creditor of IHI of Canada, not the debtor. Trustee requests denial of claim.**

You should read this objection carefully and discuss it with your attorney if you have one. **ANY CORRESPONDENCE MUST BE IN WRITING. Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.**

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the **CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice**, the relief requested by the Trustee may be granted without hearing or further notice. If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina. **Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.**

**Dated: October 26, 2007**

BY:/s/ Holmes P. Harden
Holmes P. Harden, Trustee

Form H9778 v.0.02



ANY AND ALL ATTACHMENTS MUST BE ON 8 1/2" x 11" PAPER

FORM B10 (Official Form 10)(4/98)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

**PROOF OF CLAIM**

| Name of Debtor: INTERNATIONAL HERITAGE, INC. | Case Number: 98-02675-5-ATS |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
DEEP DOLLAR DISCOUNT CENTRE
Name and Address where notices should be sent:

DEEP DOLLAR DISCOUNT CENTRE
4879 Main Street
Vancouver BC V5V3R9
604-484-2523
Telephone Number: 604-874-5600

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☑ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

98-02675-5-ATS
DEC 23 1998
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC
THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if ☐ replaces ☐ amends   a previously filed claim, dated _____
this claim

**1. Basis for Claim**
☐ Goods Sold
☑ Services Performed
☐ Money Loaned
☐ Personal injury/wrongful death
☐ Taxes
☑ Other  Lend Money to IHI

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Your SS #: _____ _____ _____
Unpaid Compensation for Services Performed
from _____ to _____
     (date)         (date)

**2. Date debt was incurred:** MAY 14/98

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 2354-90 U.S.
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other_____
Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 2354-90 U.S

**6. Unsecured Priority Claim.**
☑ Check this box if you have an unsecured priority claim
Amount entitled to priority $ 2354-90 U.S
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
☐ Up to $ 1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**8. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY
This is Exhibit "A" to the Statutory Declaration declared before me _____ day of Nov 22
_____
A Notary in and for the Province of British Columbia
Pritpal S. Nanwal
Tel 604-325-4744  Fax 604-325-7723

Date: Dec 15/98
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Deep Dollar Discount Centre  [signature]

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NOTE TO ALL CREDITORS IN CONVERTED CASES ONLY:
DO NOT FILE A CLAIM IF YOU FILED A CLAIM UNDER THE PREVIOUS CHAPTER

009708





06/12/98

Deep Dollar Discount Center
4879 Main Street
Vancouver, BC  V5V3R9

Dear Deep Dollar Discount Center:

We are in receipt of your letter regarding a refund. Our Refund Department is working to process all such requests, including yours. Upon completion of the review, you will receive a letter regarding your refund. Any calls into the department inquiring about the status of your refund will slow down the process. Thank you for your patience.

Sincerely,

Nicole Perry, Supervisor
Refund Department
International Heritage, Inc.

