# Bankers Trust Company
Four Albany Street, New York, New York 10015

CORPORATE TRUST AND AGENCY GROUP

Mailing Address:
P.O. Box 318, Church Street Station
New York, New York 10015

TO THE HOLDERS OF
MHS HOLDINGS CORPORATION
<u>16 7/8% SUBORDINATED PAY-IN-KIND DEBENTURES DUE 2004</u>

MHS Holdings Corporation has elected to pay the April 1, 1992 interest payment for the above captioned issue in additional debentures in lieu of a cash payment. The attached certificate, therefore, represents the amount of interest payable to you on April 1, 1992. The rate per dollar is .084375.

BANKERS TRUST COMPANY,<br>
AS PAYING AGENT

Dated: April 1, 1992

Attachment

# MHS HOLDINGS CORPORATION

## 16 7/8% SUBORDINATED PAY-IN-KIND DEBENTURE DUE 2004

**REGISTERED** R-10191

**REGISTERED** CUSIP 553024 AA 8
SEE REVERSE FOR CERTAIN DEFINITIONS

16 7/8% DUE 2004

HOLDERS SHOULD BE AWARE THAT THIS SECURITY IS ISSUED WITH ORIGINAL ISSUE DISCOUNT AND THAT DENOMINATION OR PAYMENTS RECEIVED ON THIS SECURITY (WHETHER AS INTEREST OR PRINCIPAL) WILL NOT BE DETERMINATIVE FOR FEDERAL INCOME TAX PURPOSES.

TREASURY SECTION 1275 OF THE UNITED STATES INTERNAL REVENUE CODE AND REGULATIONS PROMULGATED THEREUNDER, THE AMOUNT OF ORIGINAL ISSUE DISCOUNT CONCERNING "ORIGINAL ISSUE DISCOUNT" ACCRUED PER $1,000 PRINCIPAL ISSUE DATE IS SEPTEMBER 22, 1989, (iii) THE YIELD TO MATURITY IS 17% OCTOBER 1, 1989, CALCULATED UNDER THE APPROXIMATE METHOD, IS $1,000 PRINCIPAL AMOUNT.

HOLDERS SHOULD BE AWARE THAT THIS SECURITY IS ISSUED WITH ORIGINAL ISSUE DISCOUNT AND THAT THE DENOMINATION OF PAYMENTS RECEIVED ON THIS SECURITY WILL NOT BE DETERMINATIVE FOR FEDERAL INCOME TAX PURPOSES.

MHS Holdings Corporation, a Delaware corporation, promises to pay to

LONNIE T EVANS
309 E 9TH AVENUE
DILLON
SC 29536

***ONE HUNDRED SEVENTEEN AND 12/100***     ****117.12*******

or registered assigns, the principal sum of _____ DOLLARS on the date of maturity.

Interest Payment Dates: April 1 and October 1
Record Dates: March 15 and September 15
Date of Maturity: September 22, 2004

Dated: 04/01/92

TRUSTEE'S CERTIFICATE OF AUTHENTICATION
This is one of the Securities described in the within-mentioned Indenture.
BANKERS TRUST COMPANY, as Trustee

By _____ Authorized Signature

MHS HOLDINGS CORPORATION

By _____ Treasurer

By _____ President

[MHS HOLDINGS CORPORATION SEAL 1988 DELAWARE]

**REGISTERED**

553024AA8   R   00010191   LONT EVANS   01   000000000   AMERICAN BANK NOTE COMPANY

# Bankers Trust Company

Four Albany Street, New York, New York 10006
FAX Machine: 212-250-6961/6392

**CORPORATE TRUST AND AGENCY GROUP**

Mailing Address:
P.O. Box 318, Church Street Station
New York, New York 10008

TO THE HOLDERS OF
MHS HOLDINGS CORPORATION
16 7/8% SUBORDINATED PAY-IN-KIND DEBENTURES DUE 2004

MHS Holdings Corporation has elected to pay the October 1, 1992 interest payment for the above captioned issue in additional debentures in lieu of a cash payment. The attached certificate, therefore, represents the amount of interest payable to you on October 1, 1992. The rate per dollar is .084375.

BANKERS TRUST COMPANY,
AS PAYING AGENT

Dated:   October 1, 1992

Attachment

553024AA8   R   0001699   LON T EVANS   01   000000000

REGISTERED

R 10998

CUSIP 553024 AA 8
SEE REVERSE FOR CERTAIN DEFINITIONS

**16 7/8%**
**DUE 2004**

# MHS HOLDINGS CORPORATION
## 16 7/8% SUBORDINATED PAY-IN-KIND DEBENTURE DUE 2004

MHS Holdings Corporation, a Delaware corporation, promises to pay to

**LONNIE T EVANS**
**300 S 9TH AVENUE**
**DILLON      SC 29536**

**ONE HUNDRED TWENTY-SEVEN**

*******127*********
*******127*********
*******127*********
*******127*********

DOLLARS

or registered assigns, the principal sum of _____ on the date of maturity.

Interest Payment Dates: April 1 and October 1
Record Dates: March 15 and September 15
Date of Maturity: September 22, 2004

Dated: **10/01/92**

By _____ Treasurer
By _____ President

MHS HOLDINGS CORPORATION

[Seal: MHS HOLDINGS CORPORATION CORPORATE SEAL 1988 DELAWARE]

TRUSTEE'S CERTIFICATE OF AUTHENTICATION
This is one of the Securities described in the within-mentioned Indenture.
**BANKERS TRUST COMPANY,**
as Trustee
By _____ Authorized Signature

AS REQUIRED BY SECTION 1275 OF THE UNITED STATES INTERNAL [REVENUE CODE OF] 1986 AND THE TREASURY REGULATIONS PROMULGATED THEREUNDER, THE [ISSUER SETS] FORTH THE FOLLOWING INFORMATION CONCERNING "ORIGINAL ISSUE DISCOUNT" ON THIS SECURITY: (i) THE AMOUNT OF ORIGINAL ISSUE DISCOUNT PER $1,000 PRINCIPAL AMOUNT IS $5,924.99; (ii) THE ISSUE DATE IS SEPTEMBER 22, 1989; (iii) THE YIELD TO MATURITY IS 41.77%; AND (iv) THE AMOUNT OF THE ORIGINAL ISSUE DISCOUNT ALLOCABLE TO THE SHORT ACCRUAL PERIOD ENDING OCTOBER 1, 1989, CALCULATED UNDER THE APPROXIMATE METHOD, IS $___ PER $1,000 PRINCIPAL AMOUNT.

HOLDERS SHOULD BE AWARE THAT THIS SECURITY IS ISSUED WITH ORIGINAL ISSUE DISCOUNT AND THAT THE DENOMINATION OF PAYMENTS RECEIVED ON THIS SECURITY (WHETHER AS INTEREST OR PRINCIPAL) WILL NOT BE DETERMINATIVE FOR FEDERAL INCOME TAX PURPOSES.

HOLDERS SHOULD BE AWARE THAT THIS SECURITY IS ISSUED WITH ORIGINAL ISSUE DISCOUNT AND THAT DENOMINATION OF PAYMENTS RECEIVED ON THIS SECURITY (WHETHER AS INTEREST OR PRINCIPAL) WILL NOT BE DETERMINATIVE FOR FEDERAL INCOME TAX PURPOSES.

AMERICAN BANK NOTE COMPANY

REGISTERED

R-14150

16 7/8%
DUE 2004

CUSIP 553024 AA 8
SEE REVERSE FOR CERTAIN DEFINITIONS

# MHS HOLDINGS CORPORATION

## 16 7/8% SUBORDINATED PAY-IN-KIND DEBENTURE DUE 2004

HOLDERS SHOULD BE AWARE THAT THIS SECURITY IS ISSUED WITH ORIGINAL ISSUE DISCOUNT AND THAT DENOMINATION OF PAYMENTS RECEIVED OR PRINCIPAL OR INTEREST AS INTEREST OR PRINCIPAL WILL NOT BE DETERMINATIVE FOR FEDERAL INCOME TAX PURPOSES.

REQUIRED PURSUANT TO SECTION 1275 OF THE UNITED STATES INTERNAL REVENUE CODE AND THE TREASURY REGULATIONS PROMULGATED THEREUNDER, THE COMPANY IS PROVIDING THE FOLLOWING INFORMATION CONCERNING "ORIGINAL ISSUE DISCOUNT": (i) THE AMOUNT OF ORIGINAL ISSUE DISCOUNT PER $1,000 PRINCIPAL AMOUNT IS $424.99; (ii) THE ISSUE DATE IS SEPTEMBER 22, 1989; (iii) THE YIELD TO MATURITY IS 41.___%; AND (iv) THE AMOUNT OF THE ORIGINAL ISSUE DISCOUNT ALLOCABLE TO THE ACCRUAL PERIOD ENDING OCTOBER 1, 1989, CALCULATED UNDER THE APPROXIMATE METHOD, IS $1.46 PER $1,000 PRINCIPAL AMOUNT.

MHS Holdings Corporation, a Delaware corporation, promises to pay to

LONNIE T EVANS
100 S 9TH AVENUE
DILLON
SC 29536

***137.71******
*****137.71*****
******137.71****
*******137.71***
********137.71**

**ONE HUNDRED THIRTY-SEVEN AND 71/10**

DOLLARS

or registered assigns, the principal sum of
on the date of maturity.

Interest Payment Dates: April 1 and October 1
Record Dates: March 15 and September 15
Date of Maturity: September 22, 2004

Dated: 04/01/93

TRUSTEE'S CERTIFICATE OF AUTHENTICATION
This is one of the Securities described in the within-mentioned Indenture.
BANKERS TRUST COMPANY,
as Trustee
By _____
Authorized Signature

By _____ Treasurer

By _____ President

MHS HOLDINGS CORPORATION




REGISTERED

16 7/8%
DUE 2004

REGISTERED

**REGISTERED**

R-14834

No. 553024 AA8    R 00014834    LON T EVANS    01    00000000

**16 7/8%**
**DUE 2004**

CUSIP 553024 AA 8
SEE REVERSE FOR CERTAIN DEFINITIONS

# MHS HOLDINGS CORPORATION

## 16 7/8% SUBORDINATED PAY-IN-KIND DEBENTURE DUE 2004

REQUIRED BY SECTION 1275 OF THE UNITED STATES INTERNAL REVENUE CODE AND THE TREASURY REGULATIONS PROMULGATED THEREUNDER, THE COMPANY SETS FORTH THE FOLLOWING INFORMATION CONCERNING "ORIGINAL ISSUE DISCOUNT" ON THIS SECURITY: (i) THE AMOUNT OF ORIGINAL ISSUE DISCOUNT IS $1,000 PRINCIPAL AMOUNT IS $5,924.99; (ii) THE ISSUE DATE IS SEPTEMBER 22, 1989; (iii) THE YIELD TO MATURITY IS 41.77%; AND (iv) THE AMOUNT OF THE ORIGINAL ISSUE DISCOUNT ALLOCABLE TO THE SHORT ACCRUAL PERIOD ENDING OCTOBER 1, 1989, CALCULATED UNDER THE APPROXIMATE METHOD, IS $1.46 PER $1,000 PRINCIPAL AMOUNT.

HOLDERS SHOULD BE AWARE THAT THIS SECURITY IS ISSUED WITH ORIGINAL ISSUE DISCOUNT AND THAT THE DENOMINATION OF PAYMENTS RECEIVED ON THIS SECURITY (WHETHER AS INTEREST OR PRINCIPAL) WILL NOT BE DETERMINATIVE FOR FEDERAL INCOME TAX PURPOSES.

HOLDERS SHOULD BE AWARE THAT THIS SECURITY IS ISSUED WITH ORIGINAL ISSUE DISCOUNT AND THAT THE DENOMINATION OF PAYMENTS RECEIVED ON THIS SECURITY (WHETHER AS INTEREST OR PRINCIPAL) WILL NOT BE DETERMINATIVE FOR FEDERAL INCOME TAX PURPOSES.

MHS Holdings Corporation, a Delaware corporation, promises to pay to

LONNIE T EVANS
300 S 9TH AVENUE
DILLON
SC 29536

****149.33*******
****149.33*****
****149.33****
****149.33***
****149.33**
**ONE HUNDRED FORTY-NINE AND 33/100**

or registered assigns,
the principal sum of
on the date of maturity.

Interest Payment Dates: April 1 and October 1
Record Dates: March 15 and September 15
Date of Maturity: September 22, 2004

By _____ Treasurer
By _____ President

MHS HOLDINGS CORPORATION

[SEAL: MHS HOLDINGS CORPORATION DELAWARE 1988]

Dated: **10/01/93**

TRUSTEE'S CERTIFICATE OF AUTHENTICATION
This is one of the Securities described in the within-mentioned Indenture.
BANKERS TRUST COMPANY,
as Trustee
By _____ Authorized Signature

**REGISTERED**

**16 7/8%**
**DUE 2004**

DOLLARS

# Bankers Trust Company
Four Albany Street, New York, New York 10006

Mailing Address:
P.O. Box 318, Church Street Station
New York, New York 10008

**CORPORATE TRUST AND AGENCY GROUP**

TO THE HOLDERS OF
MHS HOLDINGS CORPORATION
16 7/8% SUBORDINATED PAY-IN-KIND DEBENTURES DUE 2004

MHS Holdings Corporation has elected to pay the April 1, 1994 interest payment for the above captioned issue in additional debentures in lieu of a cash payment. The attached certificate, therefore, represents the amount of interest payable to you on April 1, 1994. The rate per dollar is .084375.

BANKERS TRUST COMPANY,
AS PAYING AGENT

Dated: April 1, 1994

Attachment

553024AA8  R  0016179  LON T EVANS  01  000000000

REGISTERED  
R  161[?]

REGISTERED  
CUSIP 553024 AA 8  
SEE REVERSE FOR CERTAIN DEFINITIONS

16 7/8%  
DUE 2004

16 7/8%  
DUE 2004

# MHS HOLDINGS CORPORATION

16 7/8% SUBORDINATED PAY-IN-KIND DEBENTURE DUE 2004

HOLDERS SHOULD BE AWARE THAT THIS SECURITY IS ISSUED WITH ORIGINAL ISSUE DISCOUNT AND THAT THE DENOMINATION OF PAYMENTS RECEIVED ON THIS SECURITY (WHETHER AS INTEREST OR PRINCIPAL) WILL NOT BE DETERMINATIVE FOR FEDERAL INCOME TAX PURPOSES.

REQUIRED BY SECTION 1275 OF THE UNITED STATES INTERNAL REVENUE CODE OF 1986 AND THE TREASURY REGULATIONS PROMULGATED THEREUNDER, THE COMPANY SETS FORTH THE FOLLOWING INFORMATION CONCERNING "ORIGINAL ISSUE DISCOUNT" ON THIS SECURITY (i) THE AMOUNT OF ORIGINAL ISSUE DISCOUNT PER $1,000 PRINCIPAL AMOUNT IS $[924.99], (ii) THE ISSUE DATE IS SEPTEMBER 22, 1989, (iii) THE YIELD TO MATURITY IS 41.77%; [...] ([...]) THE AMOUNT OF THE ORIGINAL ISSUE DISCOUNT ALLOCABLE TO THE SHORT ACCRUAL PERIOD ENDING OCTOBER 1, 1989, CALCULATED UNDER THE APPROXIMATE METHOD, IS $1.46 PER $1,000 PRINCIPAL AMOUNT.

HOLDERS SHOULD BE AWARE THAT THIS SECURITY IS ISSUED WITH ORIGINAL ISSUE DISCOUNT AND THAT THE DENOMINATION OF PAYMENTS RECEIVED ON THIS SECURITY (WHETHER AS INTEREST OR PRINCIPAL) WILL NOT BE DETERMINATIVE FOR FEDERAL INCOME TAX PURPOSES.

MHS Holdings Corporation, a Delaware corporation, promises to pay to

LONNIE T EVANS  
300 S 9TH AVENUE  
DILLON  SC 29536

**ONE HUNDRED SIXTY-ONE AND 93/100**  
****161.93******

or registered assigns, the principal sum of

on the date of maturity.

Interest Payment Dates: April 1 and October 1  
Record Dates: March 15 and September 15  
Date of Maturity: September 22, 2004

Dated: 04/01/94



[MHS HOLDINGS CORPORATE SEAL 1988 DELAWARE]

TRUSTEE'S CERTIFICATE OF AUTHENTICATION  
This is one of the Securities described in the within-mentioned Indenture.  
BANKERS TRUST COMPANY, as Trustee  
By _____  
Authorized Signature

MHS HOLDINGS CORPORATION  
By _____ Treasurer  
By _____ President

DOLLAR$

AMERICAN BANK NOTE COMPANY



# Form 1040 U.S. Individual Income Tax Return 1988

Department of the Treasury—Internal Revenue Service

For the year Jan.–Dec. 31, 1988, or other tax year beginning _____, 1988, ending _____, 19__   OMB No. 1545-0074

**Label** (Use IRS label. Otherwise, please print or type.)

Your first name and initial (if joint return, also give spouse's name and initial): **Lonnie**
Last name: **Evans**

Your social security number: _____

Present home address (number, street, and apt. no. or rural route). (If a P.O. Box, see page 6 of Instructions.)

Spouse's social security number: _____

City, town or post office, state, and ZIP code

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

**Presidential Election Campaign**
Do you want $1 to go to this fund? ............ Yes [ ]  No [✓]
If joint return, does your spouse want $1 to go to this fund? ... Yes [ ]  No [ ]

Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status** (Check only one box.)
1. [ ] Single
2. [ ] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's social security no. above and full name here.
4. [✓] Head of household (with qualifying person). (See page 7 of Instructions.) If the qualifying person is your child but not your dependent, enter child's name here.
5. [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19___). (See page 7 of Instructions.)

**Exemptions** (See Instructions on page 8.)

6a [✓] Yourself    If someone (such as your parent) can claim you as a dependent, do not check box 6a. But be sure to check the box on line 33b on page 2.
b [ ] Spouse

No. of boxes checked on 6a and 6b: **1**

c Dependents:

| (1) Name (first, initial, and last name) | (2) Check if under age 5 | (3) If age 5 or older, dependent's social security number | (4) Relationship | (5) No. of months lived in your home in 1988 |
|---|---|---|---|---|
| Clara Evans | | 247:24:8916 | mother | 12 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of your children on 6c who:
- lived with you: ___
- didn't live with you due to divorce or separation: ___

No. of other dependents listed on 6c: **1**

If more than 6 dependents, see Instructions on page 8.

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ [ ]
e Total number of exemptions claimed.

Add numbers entered on lines above ▶ **2**

**Income** (Please attach Copy B of your Forms W-2, W-2G, and W-2P here. If you do not have a W-2, see page 6 of Instructions.)

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. (attach Form(s) W-2) | 7 | 24791 — |
| 8a | Taxable interest income (also attach Schedule B if over $400) | 8a | 242 — |
| b | Tax-exempt interest income (see page 11). DON'T include on line 8a  8b | | |
| 9 | Dividend income (also attach Schedule B if over $400) | 9 | 8 |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 11 of Instructions | 10 | 364 — |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss) (attach Schedule C) | 12 | |
| 13 | Capital gain or (loss) (attach Schedule D) | 13 | |
| 14 | Capital gain distributions not reported on line 13 (see page 11) | 14 | |
| 15 | Other gains or (losses) (attach Form 4797) | 15 | |
| 16a | Total IRA distributions   16a _____   16b Taxable amount (see page 11) | 16b | |
| 17a | Total pensions and annuities  17a  718 —  17b Taxable amount (see page 12) | 17b | ~~~~ |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 18 | |
| 19 | Farm income or (loss) (attach Schedule F) | 19 | |
| 20 | Unemployment compensation (insurance) (see page 13) | 20 | |
| 21a | Social security benefits (see page 13)    21a _____ | | |
| b | Taxable amount, if any, from the worksheet on page 13 | 21b | |
| 22 | Other income (list type and amount—see page 13) _____ | 22 | |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your **total income** ▶ | 23 | 26123 — |

Please attach check or money order here.

**Adjustments to Income** (See Instructions on page 13.)

| | | |
|---|---|---|
| 24 | Reimbursed employee business expenses from Form 2106, line 13 | 24 | |
| 25a | Your IRA deduction, from applicable worksheet on page 14 or 15 | 25a | |
| b | Spouse's IRA deduction, from applicable worksheet on page 14 or 15 | 25b | |
| 26 | Self-employed health insurance deduction, from worksheet on page 15 | 26 | |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 | |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid (recipient's last name _____ and social security no. _____) | 29 | |
| 30 | Add lines 24 through 29. These are your **total adjustments** ▶ | 30 | |

**Adjusted Gross Income**

31 Subtract line 30 from line 23. This is your **adjusted gross income**. If this line is less than $18,576 and a child lived with you, see "Earned Income Credit" (line 56) on page 19 of the Instructions. If you want IRS to figure your tax, see page 16 of the Instructions. ▶ | 31 | 26123 —

| PAYER'S NAME, ADDRESS, ZIP CODE & FEDERAL I.D. NO. | | CORRECTED COPY (if checked) ☐ | |
|---|---|---|---|
| MOHASCO CORPORATION COMMON STOCK 14-1419275          0050 % MANUFACTURERS HANOVER TRUST COMPANY PO BOX 24103 CHURCH STREET STATION NEW YORK, NY 10249 | | 1. TOTAL INCOME 8.35 | 2. INVESTMENT EXPENSES INCLUDED IN BOX 1 |
| | | 3. CAPITAL GAIN DISTRIBUTION | 4. FEDERAL INCOME TAX WITHHELD |
| **1988** This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this income is taxable and the IRS determines that it has not been reported. | | 5. NONTAXABLE DISTRIBUTIONS (IF DETERMINABLE) | |
| | | RECIPIENTS IDENTIFICATION NO. | SUBSTITUTE FORM 1099-DIV |
| Statement for Recipients of    DIVIDEND INCOME | | 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 | |
| LONNIE T EVANS 300 S 9TH AVE DILLON, SC 29536-3810 | | | |
| | | ACCT 2641611530 | Copy B for Recipient OMB No. 1545-0110 |
| ~1099SP~      14      45122 | | Department of the Treasury—Internal Revenue Service | |

---

BANKERS TRUST COMPANY AS AGENT FOR
MRS HOLDINGS CORPORATION
16 7/8% SUB PAY-IN-KIND DEB DUE 2004
P O BOX 2529
CHURCH STREET STATION
NEW YORK, N.Y. 10008

13-3672113

Statement for 1988
Recipients of

**ORIGINAL ISSUE DISCOUNT**

| Record owner's identifying number | 1 Total original issue discount | 2 Other periodic interest | 3 Early withdrawal penalty | 4 Federal income tax withheld |
|---|---|---|---|---|
| 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 | 16.03 | | | .00 |

LONNIE T EVANS
300 S 9TH AVENUE
DILLON        SC  29536

M 0310-0006

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanctions will be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Department of the Treasury—Internal Revenue Service

Substitute Form 1099-OID  OMB No. 1545-0117

*COULD NOT FIND 1990 2 - SORRY*

| PAYER | MANUFACTURERS HANOVER TRUST CO<br>TRUSTEE FOR MOHASCO SAL&PAYSOP<br>530 5TH AVENUE, 4TH FLOOR<br>NEW YORK          NY 10036 | Year 1988<br>13-3192633 | OMB No. 1545-0008<br>Statement for Recipients of<br>Annuities, Pensions, Retired Pay,<br>or IRA Payments |
|---|---|---|---|
| | | | Copy C For Recipient's Records — This information is being furnished to the IRS and appropriate State officials. |

| Recipient's social security no. | Gross annuity, pension, etc.<br>713.23 | 10 Taxable amount<br>713.23 | 11 Federal Income tax withheld<br>0.00 |
|---|---|---|---|
| | | TA not determined / Deceased / Legal rep. | Distribution code |

Recipient's name
LONNIE   T EVANS
300 S 9TH AVE
DILLON              SC 29536

State income tax withheld   0.00

Name of State

FORM W-2P — Department of the Treasury Internal Revenue Service
Recipient's address and ZIP code

Schedules A&B (Form 1040) 1989

Name(s) shown on Form 1040. (Do not enter name and social security number if shown on other side.)

Lonnie T. Evans

OMB No. 1545-0074   Page 2
Your social security number

## Schedule B—Interest and Dividend Income

Attachment Sequence No. 08

**Part I Interest Income**

(See Instructions on pages 10 and 27.)

If you received more than $400 in taxable interest income, you must complete Parts I and III. List ALL interest received in Part I. If you received, as a nominee, interest that actually belongs to another person, or you received or paid accrued interest on securities transferred between interest payment dates, see page 27.

### Interest Income

1  Interest income from seller-financed mortgages. (See Instructions and list name of payer.) ▶

2  Other interest income. (List name of payer.) ▶
First Citizens Bank
Bankers Trust
South Carolina National Bank

| | Amount |
|---|---|
| 1 | |
| 2 | 332 — |
| | 90 — |

**Note:** If you received a Form 1099-INT or Form 1099-OID from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

3  Add the amounts on lines 1 and 2. Enter the total here and on Form 1040, line 8a. ▶ | 3 | 438 — |

**Part II Dividend Income**

(See Instructions on pages 10 and 27.)

If you received more than $400 in gross dividends and/or other distributions on stock, you must complete Parts II and III. If you received, as a nominee, dividends that actually belong to another person, see page 27.

### Dividend Income

4  Dividend income. (List name of payer—include on this line capital gain distributions, nontaxable distributions, etc.) ▶

| | Amount |
|---|---|
| 4 | |

**Note:** If you received a Form 1099-DIV from a brokerage firm, list the firm's name as the payer and enter the total dividends shown on that form.

5  Add the amounts on line 4. Enter the total here . . . . . . . . . . . . . . 5
6  Capital gain distributions. Enter here and on Schedule D* . . . . . . 6
7  Nontaxable distributions. (See the Instructions for Form 1040, line 9.) 7
8  Add the amounts on lines 6 and 7. Enter the total here . . . . . . . . . . 8
9  Subtract line 8 from line 5. Enter the result here and on Form 1040, line 9 ▶ 9

*If you received capital gain distributions but do not need Schedule D to report any other gains or losses, see the Instructions for Form 1040, lines 13 and 14.

**Part III Foreign Accounts and Foreign Trusts**

(See Instructions on page 27.)

If you received more than $400 of interest or dividends, OR if you had a foreign account or were a grantor of, or a transferor to, a foreign trust, you must answer both questions in Part III.

10a  At any time during 1989, did you have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (See page 27 of the Instructions for exceptions and filing requirements for Form TD F 90-22.1.) . . . . . . | Yes | No |

b  If "Yes," enter the name of the foreign country ▶

11  Were you the grantor of, or transferor to, a foreign trust that existed during 1989, whether or not you have any beneficial interest in it? If "Yes," you may have to file Form 3520, 3520-A, or 926. . . . . .

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

BANKERS TRUST COMPANY AS AGENT FOR
MHS HOLDINGS CORPORATION
16 7/8% SUB PAY-IN-KIND DEB DUE 2004
P.O. BOX 2579
CHURCH STREET STATION
NEW YORK, N.Y. 10008

13-3472113

**Statement for 1989
Recipients of**

**ORIGINAL ISSUE
DISCOUNT**

| Record owner's identifying number | 1 Total original issue discount | 2 Other periodic interest | 3 Early withdrawal penalty | 4 Federal income tax withheld |
|---|---|---|---|---|
| [redacted] | 16.08 | | | .00 |

LONNIE T EVANS
300 S 9TH AVENUE
DILLON           SC 29536

M 0310-0006

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanctions will be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Department of the Treasury—Internal Revenue Service

Substitute Form 1099-OID  OMB No. 1545-0117

| Schedule 1 (Form 1040A) | Department of the Treasury—Internal Revenue Service<br>**Interest and Dividend Income for Form 1040A Filers** (H) | 1991 | OMB No. 1545-0085 |
|---|---|---|---|

Name(s) shown on Form 1040A: Lonnie T. Evans

Your social security number: [redacted]

## Part I

**Interest income**

(See pages 26 and 50.)

Complete this part and attach Schedule 1 to Form 1040A if:
- You have over $400 in taxable interest, or
- You are claiming the exclusion of interest from series EE U.S. savings bonds issued after 1989.

If you are claiming the exclusion or you received, as a nominee, interest that actually belongs to another person, see page 50.

**Note:** *If you received a Form 1099–INT, Form 1099–OID, or substitute statement, from a brokerage firm, enter the firm's name and the total interest shown on that form.*

| 1 | List name of payer | Amount |
|---|---|---|
|   | Bankers Trust | 146 13 |
|   | First Citizens | 441 35 |
|   | SCN | 194 64 |
|   | SC Credit Union | 22 42 |
| 2 | Add the amounts on line 1. |   |
| 3 | Enter the excludable savings bond interest, if any, from Form 8815, line 14. Attach Form 8815 to Form 1040A. |   |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040A, line 8a. | 804 54 |

## Part II

**Dividend income**

(See pages 26 and 51.)

Complete this part and attach Schedule 1 to Form 1040A if you received over $400 in dividends.

If you received, as a nominee, dividends that actually belong to another person, see page 51.

**Note:** *If you received a Form 1099–DIV, or substitute statement, from a brokerage firm, enter the firm's name and the total dividends shown on that form.*

| 5 | List name of payer | Amount |
|---|---|---|
|   |   |   |
| 6 | Add the amounts on line 5. Enter the total here and on Form 1040A, line 9. |   |

For Paperwork Reduction Act Notice, see Form 1040A instructions.   Cat. No. 12075R   Schedule 1 (Form 1040A) 1991