MHS HOLDINGS CORP

16 7/8 % SUB PIK DO NOT DELETE

BANKERS TRUST COMPANY, PAYING AGENT
P.O. BOX 1878
CHURCH STREET STATION
NEW YORK, N.Y. 10008-1878

Statement for
Recipients of     1991

ORIGINAL ISSUE
DISCOUNT

PAYER EIN# 13-3472113    CUSIP # 553024AA8

| Record owner's identifying number | 1 Total original issue discount for this calendar year | 2 Other periodic interest | 3 Early withdrawal penalty | 4 Federal income tax withheld |
|---|---|---|---|---|
| [redacted] | 146.13 | | .00 | .00 |

LONNIE T EVANS
300 S 9TH AVENUE
DILLON              SC 29536

ACCOUNT ID
LON T EVANS    01    0060054296

Substitute Form 1099-OID  OMB No. 1545-0117

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanctions will be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Department of the Treasury—Internal Revenue Service

*Do NOT SHOW RECEIVING 1992 STATEMENT.*

Schedule 1
(Form 1040A)

Department of the Treasury—Internal Revenue Service

**Interest and Dividend Income for Form 1040A Filers** (H)

**1993**

OMB No. 1545-0085

Name(s) shown on Form 1040A: Lonnie T. Evans

Your social security number: [redacted]

## Part I
**Interest income**
(See pages 25 and 56.)

**Note:** *If you received a Form 1099–INT, Form 1099–OID, or substitute statement from a brokerage firm, enter the firm's name and the total interest shown on that form.*

1  List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page 56 and list this interest first. Also, show that buyer's social security number and address.

| Payer | Amount |
|---|---|
| SCN | 101 29 |
| Bankers Trust | ~~228 12~~ |
| SC State Credit Union | 73 09 |
| First Citizens | 224 48 |

2  Add the amounts on line 1.  **2**  626 98

3  Excludable interest on series EE U.S. savings bonds issued after 1989 from Form 8815, line 14. You MUST attach Form 8815 to Form 1040A.  **3**  —

4  Subtract line 3 from line 2. Enter the result here and on Form 1040A, line 8a.  **4**  626 98

## Part II
**Dividend income**
(See pages 25 and 57.)

**Note:** *If you received a Form 1099–DIV or substitute statement from a brokerage firm, enter the firm's name and the total dividends shown on that form.*

5  List name of payer    Amount

6  Add the amounts on line 5. Enter the total here and on Form 1040A, line 9.  **6**

For Paperwork Reduction Act Notice, see Form 1040A instructions.    Cat. No. 12075R    1993 Schedule 1 (Form 1040A) page 1

**Bankers Trust**
PO Box 290489, Nashville, TN 37229
1-800-735-7777

LONNIE T EVANS
300 S 9TH AVENUE
DILLON SC 29536

### Instructions for Recipient

Original issue discount (OID) is the difference between the stated redemption price at maturity and the issue price of a bond, debenture, note, or other evidence of indebtedness, or the acquisition price of a stripped bond or coupon. OID rules also apply to **certificates of deposit** (CD), time deposits, bonus savings plans, and other deposit arrangements having a term of more than 1 year, provided the payment of interest is deferred until maturity.

OID is taxable as interest over the life of the obligation. If you are the holder of one of these obligations, you must include a part of OID in your gross income each year you hold the obligation.

If, as the record holder, you receive Form 1099-OID showing amounts belonging to another person, you are considered a **nominee** recipient. You must file Form 1099-OID for each of the other owners showing the amounts allocable to each. Furnish a Form 1099-OID to each owner. File Form(s) 1099-OID with **Form 1096,** Annual Summary and Transmittal of U.S. Information Returns, with the Internal Revenue Service Center for your area. On each Form 1099-OID, list yourself as the "payer" and the other owner as the "recipient." On Form 1096, list yourself as the "filer". A husband or wife is not required to file a nominee return to show amounts owned by the other. If you bought or sold an obligation during the year and you are not a nominee, you are not required to issue or file Form 1099-OID showing the OID or stated interest allocable to the seller/buyer of the obligation.

**Box 1.**—Shows the OID on the obligation for the part of the year you owned it. Report the entire amount in box 1 as interest income on your income tax return. However, if you paid acquisition or bond premium, or if the obligation is a stripped bond or stripped coupon, you must compute your proper amount of OID. If you must compute your proper OID or you bought at market discount, see Pub. 1212, List of Original Issue Discount Instruments, to figure the correct OID to report on your tax return.

**Box 2.**—Shows other interest on this obligation for the year, which is an amount separate from the OID. If you held the obligation the entire year, report this amount as interest income on your tax return. If you disposed of the obligation or acquired it from another holder during the year, see **Pub. 550,** Investment Income and Expenses, for reporting instructions. If you are a regular interest holder in a single-class REMIC (as defined in regulations under section 67(c)), this amount includes your share of the investment expenses of the REMIC, deductible as a "Miscellaneous Deduction" on **Schedule A (Form 1040)** subject to the 2% limit.

**Box 3.**—Shows the interest or principal forfeited by you if you withdrew the money before the maturity date of the obligation, such as from a CD. You may deduct this on your Federal income tax return only on the specific line of Form 1040 under "Adjustments to Income."

**Box 4.**—Shows backup withholding. For example, persons not furnishing their taxpayer identification number to the payer become subject to backup withholding at a 31% rate on certain payments shown on the form. See **Form W-9,** Request for Taxpayer Identification Number and Certification, for information on backup withholding. **Include this amount on your income tax return as tax withheld.**

**Box 5.**—Shows the identification number (CUSIP number) or description of the obligation. The description may include the stock exchange, issuer, coupon rate, and year of maturity.

--- DETACH HERE ---

IHS HOLDINGS CORP
.6 7/8 % SUB PIK DO NOT DELETE

1993
☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, and ZIP code<br>BANKERS TRUST COMPANY, PAYING AGENT<br>P.O. BOX 1878<br>CHURCH STREET STATION<br>NEW YORK, N.Y. 10008-1878 | 1 Original issue discount for 1993<br>$ 228.12 | OMB No. 1545-0117<br><br>1993 | **Original Issue Discount** |
|---|---|---|---|
| | 2 Other periodic interest<br>$ | | |
| PAYER'S Federal Identification number<br>13-3472113 | RECIPIENT'S identification number | 3 Early withdrawal penalty<br>$ | 4 Federal income tax withheld<br>$ .00 | **Copy B For Recipient** |
| RECIPIENT'S name, address, and ZIP code<br>LONNIE T EVANS<br>300 S 9TH AVENUE<br>DILLON SC 29536 | 5 Description<br><br><br><br>CUSIP No.<br>553024AA8 | | For Paperwork Reduction Act Notice and instructions for completing this form, **see Instructions for Forms 1099, 1098, 5498,** |
| Account number (optional) | 2nd TIN Not. | | |

| Schedule 1<br>(Form 1040A) | Department of the Treasury—Internal Revenue Service<br>**Interest and Dividend Income<br>for Form 1040A Filers** (H) | **1994** | OMB No. 1545-0085 |
|---|---|---|---|

Name(s) shown on Form 1040A: LONNIE T. EVANS

Your social security number: [redacted]

### Part I
**Interest income**
(See pages 25 and 68.)

**Note:** If you received a Form 1099–INT, Form 1099–OID, or substitute statement from a brokerage firm, enter the firm's name and the total interest shown on that form.

1  List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page 68 and list this interest first. Also, show that buyer's social security number and address.

| Payer | Amount |
|---|---|
| * BANKERS TRUST (SEE ATTACHMENT) | 325 | 52 |
| FIRST CITIZENS BK. OF S.C. | 132 | 42 |
| S.C. STATE CREDIT UNION | 48 | 49 |
| WACHOVIA BANK OF S.C. | 52 | 36 |

| | | |
|---|---|---|
| 2 | Add the amounts on line 1. | 558 | 79 |
| 3 | Excludable interest on series EE U.S. savings bonds issued after 1989 from Form 8815, line 14. You MUST attach Form 8815 to Form 1040A. | | 00 |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040A, line 8a. | 558 | 79 |

### Part II
**Dividend income**
(See pages 26 and 69.)

**Note:** If you received a Form 1099–DIV or substitute statement from a brokerage firm, enter the firm's name and the total dividends shown on that form.

5  List name of payer

| Payer | Amount |
|---|---|
| | |

6  Add the amounts on line 5. Enter the total here and on Form 1040A, line 9.

For Paperwork Reduction Act Notice, see Form 1040A instructions.     Cat. No. 12075R     1994 Schedule 1 (Form 1040A) page 1

**Bankers Trust**
PO Box 290489, Nashville, TN 37229
1-800-735-7777

LONNIE T EVANS
300 S 9TH AVENUE
DILLON SC 29536

## Instructions for Recipient

Original issue discount (OID) is the difference between the stated redemption price at maturity and the issue price of a bond, debenture, note, or other evidence of indebtedness, or the acquisition price of a stripped bond or coupon. OID rules also apply to **certificates of deposit (CDs),** time deposits, bonus savings plans, and other deposit arrangements having a term of more than 1 year, provided the payment of interest is deferred until maturity.

OID is taxable as interest over the life of the obligation. If you are the holder of one of these obligations, you must include a part of OID in your gross income each year you hold the obligation.

If, as the record holder, you receive Form 1099-OID showing amounts belonging to another person, you are considered a **nominee** recipient. You must file Form 1099-OID for each of the other owners showing the amounts allocable to each. Furnish a Form 1099-OID to each owner. File Form(s) 1099-OID with **Form 1096,** Annual Summary and Transmittal of U.S. Information Returns, with the Internal Revenue Service Center for your area. On each Form 1099-OID, list yourself as the "payer" and the other owner as the "recipient." On Form 1096, list yourself as the "filer". A husband or wife is not required to file a nominee return to show amounts owned by the other. If you bought or sold an obligation during the year and you are not a nominee, you are not required to issue or file Form 1099-OID showing the OID or stated interest allocable to the seller/buyer of the obligation.

**Box 1.** Shows the OID on the obligation for the part of the year you owned it. Report the entire amount in box 1 as interest income on your income tax return. However, if you paid acquisition or bond premium, or if the obligation is a stripped bond or stripped coupon, you must compute your proper amount of OID. If you must compute your proper OID or you bought at market discount, see **Pub. 1212,** List of Original Issue Discount Instruments, to figure the correct OID to report on your tax return.

**Box 2.** Shows other interest on this obligation for the year, which is an amount separate from the OID. If you held the obligation the entire year, report this amount as interest income on your tax return. If you disposed of the obligation or acquired it from another holder during the year, see **Pub. 550,** Investment Income and Expenses, for reporting instructions. If you are a regular interest holder in a single-class REMIC (as defined in regulations under section 67(c)), this amount includes your share of the investment expenses of the REMIC, deductible as a "Miscellaneous Deduction" on **Schedule A (Form 1040)** subject to the 2% limit.

**Box 3.** Shows the interest or principal forfeited by you if you withdrew the money before the maturity date of the obligation, such as from a CD. You may deduct this on your Federal income tax return only on the specific line of Form 1040 under "Adjustments to Income."

**Box 4.** Shows backup withholding. For example, persons not furnishing their taxpayer identification number to the payer become subject to backup withholding at a 31% rate on certain payments shown on the form. See **Form W-9,** Request for Taxpayer Identification Number and Certification, for information on backup withholding. **Include this amount on your income tax return as tax withheld.**

**Box 5.** Shows the identification number (CUSIP number) or description of the obligation. The description may include the stock exchange, issuer, coupon rate, and year of maturity.

--- DETACH HERE ---

MHS HOLDINGS CORP
16 7/8 % SUB PIK DO NOT DELETE

☐ VOID   1994  ☐ CORRECTED

| PAYER'S name, street address, city, state, and ZIP code<br>BANKERS TRUST COMPANY, PAYING AGENT<br>P.O. BOX 1878<br>CHURCH STREET STATION<br>NEW YORK, N.Y. 10008-1878 | 1 Original issue discount for 1994<br>$   325.52<br>2 Other periodic interest<br>$ | OMB No. 1545-0117<br><br>**1994** | **Original Issue Discount** |
|---|---|---|---|
| PAYER'S Federal Identification number<br>13-3472113 | RECIPIENT'S identification number | 3 Early withdrawal penalty<br>$ | 4 Federal Income tax withheld<br>$        .00 | Copy B<br>For Recipient |
| RECIPIENT'S name, address, and ZIP code<br>LONNIE T EVANS<br>300 S 9TH AVENUE<br>DILLON SC 29536 | 5 Description<br><br><br><br>CUSIP No.<br>553024AA8 | | For Paperwork Reduction Act Notice and instructions for completing this form, see **Instructions for Forms 1099, 1098, 5498, and W-2G** |
| Account number (optional) | 2nd TIN Not. | | |

# Schedule 1
## (Form 1040A)

Department of the Treasury—Internal Revenue Service

**Interest and Dividend Income for Form 1040A Filers**   (H)

**1995**

OMB No. 1545-0085

Name(s) shown on Form 1040A: Connie T. Evans

Your social security number: [redacted]

## Part I
### Interest income
(See pages 28 and 71.)

**Note:** *If you received a Form 1099–INT, Form 1099–OID, or substitute statement from a brokerage firm, enter the firm's name and the total interest shown on that form.*

**1** List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page 71 and list this interest first. Also, show that buyer's social security number and address.

| Payer | Amount |
|---|---|
| Bankers Trust | [redacted] |
| First Citizens Bank of S.C. | 106 | 73 |
| S.C. State Credit Union | 4 | 28 |

**2** Add the amounts on line 1. — **2**  481 | 52

**3** Excludable interest on series EE U.S. savings bonds issued after 1989 from Form 8815, line 14. You **must** attach Form 8815 to Form 1040A. — **3**

**4** Subtract line 3 from line 2. Enter the result here and on Form 1040A, line 8a. — **4**  481 | 52

## Part II
### Dividend income
(See pages 28 and 72.)

**Note:** *If you received a Form 1099–DIV or substitute statement from a brokerage firm, enter the firm's name and the total dividends shown on that form.*

**5** List name of payer — Amount

**6** Add the amounts on line 5. Enter the total here and on Form 1040A, line 9. — **6**

5/15AAA

For Paperwork Reduction Act Notice, see Form 1040A instructions.    Cat. No. 12075R    1995 Schedule 1 (Form 1040A) page 1

**Schedule 1**  
**(Form 1040A)**  
Department of the Treasury—Internal Revenue Service  
**Interest and Dividend Income for Form 1040A Filers**   (H)   **1996**   OMB No. 1545-0085

Name(s) shown on Form 1040A: First and initial(s) | Last | Your social security number

## Part I — Interest Income   (See pages 19 and 50.)

Note: *If you received a Form 1099–INT, Form 1099–OID, or substitute statement from a brokerage firm, enter the firm's name and the total interest shown on that form.*

**1** List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page 50 and list this interest first. Also, show that buyer's social security number and address.

Amount

| Payer | Amount |
|---|---|
| BANKERS TRUST CO (P.O. Box 290489 Nashville, TN 37229) | 1 $ 378.20 |
| FIRST CITIZENS BK of S.C. (1314 Park St. Columbia, S.C. 29201) | $ 92.58 |
| SC CREDIT UNION (P.O. Box 726 Columbia, S.C. 29202) | $ 1.19 |

**2** Add the amounts on line 1.   2 $ 471.97

**3** Excludable interest on series EE U.S. savings bonds issued after 1989 from Form 8815, line 14. You **must** attach Form 8815 to Form 1040A.   3 $

**4** Subtract line 3 from line 2. Enter the result here and on Form 1040A, line 8a.   4 $ 471.97

## Part II — Dividend Income   (See pages 20 and 50.)

Note: *If you received a Form 1099–DIV or substitute statement from a brokerage firm, enter the firm's name and the total dividends shown on that form.*

**5** List name of payer                                                                                                Amount

5 $

**6** Add the amounts on line 5. Enter the total here and on Form 1040A, line 9.   6 $

For Paperwork Reduction Act Notice, see Form 1040A instructions.   Cat. No. 12075R   1996 Schedule 1 (Form 1040A)

☐ CORRECTED (if checked)  (keep for your records)

| PAYER'S name, street address, city, state, and ZIP code<br>MHS HOLDINGS CORP<br>C/O BANKER TRUST COMPANY<br>PAYING AGENT<br>P.O. BOX 290489<br>NASHVILLE TN 37229 | 1 Original issue discount for 1995*<br>$ 370.51<br>2 Other periodic interest<br>$ | OMB No. 1545-0117<br>**1995**<br>Form **1099-OID** | **Original Issue Discount**<br>Department of the Treasury<br>Internal Revenue Service |
|---|---|---|---|
| PAYER'S Federal identification number | RECIPIENT'S identification number<br>13-3472113 | 3 Early withdrawal penalty<br>$ | 4 Federal income tax withheld<br>$ .00 | Copy B<br>For Recipient |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code<br>LONNIE T EVANS<br>300 S 9TH AVENUE<br>DILLON        SC 29536 | 5 Description<br>CUSIP #<br>553024AA8 | | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Account number (optional)<br>LON T EVANS            01 | * This may not be the correct figure to report on your income tax return. See instructions on back. | | |

1 800-735-7777

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code<br>MHS HOLDINGS CORP<br>C/O BANKERS TRUST CO. PAY. AG.<br>P.O. BOX 290489<br>NASHVILLE TN 37229 | 1 Original issue discount for 1996*<br>$ 378.20<br>2 Other periodic interest<br>$ .00 | OMB No. 1545-0117<br>**1996**<br>Form **1099-OID** | **Original Issue Discount** |
|---|---|---|---|
| PAYER'S Federal identification number<br>13-3472113 | RECIPIENT'S identification number | 3 Early withdrawal penalty<br>$ | 4 Federal income tax withheld<br>$ .00 | Copy B<br>For Recipient |
| RECIPIENT'S name, address, and ZIP code<br>LONNIE T EVANS<br>300 S 9TH AVENUE<br>DILLON        SC 29536 | 5 Description<br>CUSIP #<br>553024AA8 | | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Account number (optional)<br>LON T EVANS            01 | * This may not be the correct figure to report on your income tax return. See instructions on the back. | | |

Form **1099-OID**        (Keep for your records.)        Department of the Treasury - Internal Revenue Service

| Schedule 1 | Department of the Treasury—Internal Revenue Service | | | |
|---|---|---|---|---|
| (Form 1040A) | **Interest and Dividend Income for Form 1040A Filers** | (H) | **1997** | OMB No. 1545-0085 |

| Name(s) shown on Form 1040A: First and initial(s) | Last | Your social security number |
|---|---|---|
| | | |

### Part I — Interest Income (See pages 18 and 49.)

**Note:** *If you received a Form 1099–INT, Form 1099–OID, or substitute statement from a brokerage firm, enter the firm's name and the total interest shown on that form.*

**1** List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page 49 and list this interest first. Also, show that buyer's social security number and address.

| | Dollars | Cents |
|---|---|---|
| [handwritten entries, illegible] | | |

**2** Add the amounts on line 1.

**3** Excludable interest on series EE U.S. savings bonds issued after 1989 from Form 8815, line 14. You **must** attach Form 8815 to Form 1040A.

**4** Subtract line 3 from line 2. Enter the result here and on Form 1040A, line 8a.

### Part II — Dividend Income (See pages 19 and 49.)

**Note:** *If you received a Form 1099–DIV or substitute statement from a brokerage firm, enter the firm's name and the total dividends shown on that form.*

**5** List name of payer

| | Dollars | Cents |
|---|---|---|
| | | |

**6** Add the amounts on line 5. Enter the total here and on Form 1040A, line 9.

Paperwork Reduction Act Notice, see Form 1040A instructions.    Cat. No. 12075R    1997 Schedule 1 (Form 1040A)

| Schedule 1 (Form 1040A) | Department of the Treasury—Internal Revenue Service<br>**Interest and Ordinary Dividends for Form 1040A Filers** (H) | **1998** | OMB No. 1545-0085 |
|---|---|---|---|
| Name(s) shown on Form 1040A | | | Your social security number |

### Part I
**Interest**

(See pages 24 and 56.)

**Note:** *If you received a Form 1099–INT, Form 1099–OID, or substitute statement from a brokerage firm, enter the firm's name and the total interest shown on that form.*

**1** List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page 56 and list this interest first. Also, show that buyer's social security number and address.

| Payer | Amount |
|---|---|
| FIRST CITIZENS BANK OF S.C.  1314 PARK ST. COLUMBIA S.C. 29201 | 112 | 64 |
| S.C. CREDIT UNION - P.O. BOX 726  COLUMBIA, S.C. 29202 | 1 | 24 |
| BANKERS TRUST  P.O. BOX 290489  NASHVILLE, TN. 37229 | 401 | 14 |

**2** Add the amounts on line 1.  **2**  515 | 02

**3** Excludable interest on series EE U.S. savings bonds issued after 1989 from Form 8815, line 14. You **must** attach Form 8815 to Form 1040A. **3**

**4** Subtract line 3 from line 2. Enter the result here and on Form 1040A, line 8a. **4**

### Part II
**Ordinary dividends**

(See pages 24 and 56.)

**Note:** *If you received a Form 1099–DIV or substitute statement from a brokerage firm, enter the firm's name and the ordinary dividends shown on that form.*

**5** List name of payer — Amount

**6** Add the amounts on line 5. Enter the total here and on Form 1040A, line 9. **6**

For Paperwork Reduction Act Notice, see Form 1040A instructions.     Cat. No. 12075R     **1998 Schedule 1 (Form 1040A)**

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 1997* | OMB No. 1545-0117 | **Original Issue Discount** |
|---|---|---|---|
| 1 800-735-7777<br>MNS HOLDINGS CORP<br>C/O BANKERS TRUST CO. PAY.AGT.<br>P.O. BOX 290489<br>NASHVILLE TN 37229 | $ 386.91 | **1997** | |
| | 2 Other periodic interest<br>$ .00 | Form **1099-OID** | |
| PAYER'S Federal identification number | RECIPIENT'S identification number | 3 Early withdrawal penalty<br>$ | 4 Federal income tax withheld<br>$ .00 | **Copy B For Recipient** |
| 13-3473113 | ███████ | | | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported |
| RECIPIENT'S name, address, and ZIP code<br>LONNIE T EVANS<br>300 S 9TH AVENUE<br>DILLON                SC 29536 | 5 Description<br>CUSIP #<br>553024AA3 | | |
| Account number (optional)<br>LON T EVANS             01 | * This may not be the correct figure to report on your income tax return. See instructions on the back. | | |

Form **1099-OID**     (Keep for your records.)     Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 1998* | OMB No. 1545-0117 | **Original Issue Discount** |
|---|---|---|---|
| 1 800-735-7777<br>MNS HOLDINGS CORP<br>C/O BANKERS TRUST CO. PAY.AGT.<br>P.O. BOX 290489<br>NASHVILLE TN 37229 | $ 401.14 | **1998** | |
| | 2 Other periodic interest<br>$ .00 | Form **1099-OID** | |
| PAYER'S Federal identification number | RECIPIENT'S identification number | 3 Early withdrawal penalty<br>$ | 4 Federal income tax withheld<br>$ .00 | **Copy B For Recipient** |
| 13-3473113 | ███████ | | | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name, address, and ZIP code<br>LONNIE T EVANS<br>300 S 9TH AVENUE<br>DILLON                SC 29536 | 5 Description<br>CUSIP #<br>553024AA3 | | |
| Account number (optional)<br>LON T EVANS             01 | * This may not be the correct figure to report on your income tax return. See instructions on the back. | | |

Form **1099-OID**     (Keep for your records.)     Department of the Treasury - Internal Revenue Service

| Schedule 1 | Department of the Treasury—Internal Revenue Service | | | |
|---|---|---|---|---|
| (Form 1040A) | **Interest and Ordinary Dividends for Form 1040A Filers** | (H) | **1999** | OMB No. 1545-0085 |

Name(s) shown on Form 1040A | Your social security number

### Part I
**Interest**

(See page 60 and the instructions for Form 1040A, line 8a.)

**Note.** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, enter the firm's name and the total interest shown on that form.

1 List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page 60 and list this interest first. Also, show that buyer's social security number and address.

| Payer | Amount |
|---|---|
| FIRST CITIZENS BANK OF SC 1314 PARK ST COLUMBIA SC 29201 | 148 75 |
| S.C. CREDIT UNION PO BOX 726 COLUMBIA, SC 29202 | 1 28 |
| BANKERS TRUST PO BOX 290489 NASHVILLE TN 37229 | 421 93 |

| | | | |
|---|---|---|---|
| 2 | Add the amounts on line 1. | 2 | 571 96 |
| 3 | Excludable interest on series EE and I U.S. savings bonds issued after 1989 from Form 8815, line 14. You **must** attach Form 8815. | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040A, line 8a. | 4 | |

### Part II
**Ordinary dividends**

(See page 60 and the instructions for Form 1040A, line 9.)

**Note.** If you received a Form 1099-DIV or substitute statement from a brokerage firm, enter the firm's name and the ordinary dividends shown on that form.

| 5 List name of payer | Amount |
|---|---|
| 5 | |

| | | | |
|---|---|---|---|
| 6 | Add the amounts on line 5. Enter the total here and on Form 1040A, line 9. | 6 | |

For Paperwork Reduction Act Notice, see Form 1040A instructions.    Cat. No. 12075R    Schedule 1 (Form 1040A) 1999

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>1 800-735-7777<br>MHS HOLDINGS CORP<br>C/O BANKERS TRUST CO. PAY. AGT.<br>P.O. BOX 290489<br>NASHVILLE TN 37229 | 1 Original issue discount for 1999*<br>$ 421.73<br>2 Other periodic interest<br>$ .00 | OMB No. 1545-0117<br>1999<br>Form 1099-OID | Original Issue Discount |
|---|---|---|---|
| PAYER'S Federal identification number: 13-3472113 | RECIPIENT'S identification number | 3 Early withdrawal penalty<br>$ | 4 Federal income tax withheld<br>$ .00 | Copy B<br>For Recipient |
| RECIPIENT'S name, address, and ZIP code<br>LONNIE T EVANS<br>300 S 9TH AVENUE<br>DILLON                     SC 29536 | | 5 Description<br>CUSIP #<br>553024AA8 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 6 Original issue discount on U.S. Treasury obligations*<br>$ | |
| | | 7 Investment expenses<br>$ | |
| Account number (optional)<br>LON T EVANS           01 | | * This may not be the correct figure to report on your income tax return. See instructions on the back. | |

Form **1099-OID**        (Keep for your records.)        Department of the Treasury - Internal Revenue Service

## Form 1099-OID (2000)

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2000* | OMB No. 1545-0117 |
|---|---|---|
| 1 800-735-7777<br>MHS HOLDINGS CORP<br>C/O BANKERS TRUST CO. PAY-AGT.<br>P.O. BOX 290489<br>NASHVILLE TN 37229 | $ 453.50 | **2000**<br>Form **1099-OID** |
| | 2 Other periodic interest<br>$ .00 | |

**Original Issue Discount**

| PAYER'S Federal identification number | RECIPIENT'S identification number | 3 Early withdrawal penalty<br>$ | 4 Federal income tax withheld<br>$ .00 |
|---|---|---|---|
| 13-3472113 | [redacted] | | |

| RECIPIENT'S name, address, and ZIP code | 5 Description |
|---|---|
| LONNIE T EVANS<br>300 S 9TH AVENUE<br>DILLON    SC 29536 | CUSIP #<br>553024AA8 |

6 Original issue discount on U.S. Treasury obligations*
$

7 Investment expenses
$

**Copy B For Recipient**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Account number (optional): LON T EVANS    01

* This may not be the correct figure to report on your income tax return. See instructions on the back.

Form **1099-OID**    (Keep for your records.)    Department of the Treasury - Internal Revenue Service

---

## Form 1099-OID (2001)

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2001* | OMB No. 1545-0117 |
|---|---|---|
| 1 800-735-7777<br>MHS HOLDINGS CORP<br>C/O BANKERS TRUST CO. PAY-AGT.<br>P.O. BOX 290489<br>NASHVILLE TN 37229 | $ 496.70 | **2001**<br>Form **1099-OID** |
| | 2 Other periodic interest<br>$ .00 | |

**Original Issue Discount**

| PAYER'S Federal identification number | RECIPIENT'S identification number | 3 Early withdrawal penalty<br>$ | 4 Federal income tax withheld<br>$ .00 |
|---|---|---|---|
| 13-3472113 | [redacted] | | |

| RECIPIENT'S name, address, and ZIP code | 5 Description |
|---|---|
| LONNIE T EVANS<br>300 S 9TH AVENUE<br>DILLON    SC 29536 | CUSIP #<br>553024AA8 |

6 Original issue discount on U.S. Treasury obligations*
$

7 Investment expenses
$

**Copy B For Recipient**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Account number (optional): LON T EVANS    01

* This may not be the correct figure to report on your income tax return. See instructions on the back.

Form **1099-OID**    (Keep for your records.)    Department of the Treasury - Internal Revenue Service

**Schedule 1**
**(Form 1040A)**

Department of the Treasury—Internal Revenue Service

**Interest and Ordinary Dividends for Form 1040A Filers**

(H)  **2001**

OMB No. 1545-0085

Name(s) shown on Form 1040A

Your social security number

**Part I**

**Interest**

(See page 61 and the instructions for Form 1040A, line 8a.)

**Note.** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, enter the firm's name and the total interest shown on that form.

1  List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page 61 and list this interest first. Also, show that buyer's social security number and address.

| Payer | Amount |
|---|---|
| FIRST CITIZENS BANK + TRUST - 1314 PARK ST - COLUMBIA SC 29201 | 210 61 |
| BANKERS TRUST CO. P.O. BOX 290489 - NASHVILLE TN. 37229 | 496 70 |

2  Add the amounts on line 1.    **2**    707 31

3  Excludable interest on series EE and I U.S. savings bonds issued after 1989 from Form 8815, line 14. You **must** attach Form 8815.    **3**

4  Subtract line 3 from line 2. Enter the result here and on Form 1040A, line 8a.    **4**

**Part II**

**Ordinary dividends**

(See page 61 and the instructions for Form 1040A, line 9.)

**Note.** If you received a Form 1099-DIV or substitute statement from a brokerage firm, enter the firm's name and the ordinary dividends shown on that form.

5  List name of payer. Include only ordinary dividends. If you received any capital gain distributions, see the instructions for Form 1040A, line 10.

Amount

6  Add the amounts on line 5. Enter the total here and on Form 1040A, line 9.    **6**

For Paperwork Reduction Act Notice, see Form 1040A instructions.    Cat. No. 12075R    Schedule 1 (Form 1040A) 2001

**Schedule 1 (Form 1040A)**

Department of the Treasury—Internal Revenue Service

**Interest and Ordinary Dividends for Form 1040A Filers** (H)

**2000**

OMB No. 1545-0085

Name(s) shown on Form 1040A

Your social security number

## Part I

**Interest**

(See page 62 and the instructions for Form 1040A, line 8a.)

**Note.** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, enter the firm's name and the total interest shown on that form.

1  List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page 62 and list this interest first. Also, show that buyer's social security number and address.

| Payer | Amount |
|---|---|
| FIRST CITIZENS BANK OF SC, 1314 PARK ST, COLUMBIA, S.C. 29201 | 226 | 79 |
| S.C. CREDIT UNION P.O. BOX 726 COLUMBIA, SC 29202 | 1 | 81 |
| BANKERS TRUST P.O. BOX 290489 NASHVILLE, TN 37229 | 453 | 50 |

2  Add the amounts on line 1.  **2**  681 | 96

3  Excludable interest on series EE and I U.S. savings bonds issued after 1989 from Form 8815, line 14. You **must** attach Form 8815.  **3**

4  Subtract line 3 from line 2. Enter the result here and on Form 1040A, line 8a.  **4**

## Part II

**Ordinary dividends**

(See page 62 and the instructions for Form 1040A, line 9.)

**Note.** If you received a Form 1099-DIV or substitute statement from a brokerage firm, enter the firm's name and the ordinary dividends shown on that form.

5  List name of payer. Include only ordinary dividends. If you received any capital gain distributions, see the instructions for Form 1040A, line 10.

Amount

6  Add the amounts on line 5. Enter the total here and on Form 1040A, line 9.  **6**

For Paperwork Reduction Act Notice, see Form 1040A instructions.   Cat. No. 12075R   Schedule 1 (Form 1040A) 2000