**VAN–117** Hearing Conference Worksheet – Rev. 10/18/2005

Date:_____   Time: _____   Place: _____

Date:_____   Time: _____   Place: _____

Date:_____   Time: _____   Place: _____

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

HEARING/CONFERENCE WORKSHEET

Matter to be heard:


Stephani Wilson Humrickhouse
Nicholls & Crampton, P.A.
PO Box 18237
Raleigh, NC 27619
919 781–1311

Holmes P Harden
Williams Mullen Maupin Taylor
A Professional Corporation
P. O. Drawer 19764
Raleigh, NC 27619–9764
919 981–4000


DATED: November 16, 2007

Allyson McNeill