November 5, 2007

**FILED**

NOV 1 6 2007

PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

Angelie Graham
1214 NE Leisure St.
Coupeville, Wa. 98239
360-678-3959

Clerk, U.S. Bankruptcy Court,
P.o> Box 1441, Raleigh, NC. 27602-1441

Ref:  Case No.  98-02675-5 ATS  Chapter 7
Claim No.  003506

This is in response to your Notice of Objection to said Claim
It states that the legal bases for my claim is unclear & no documentation of said claim or the attached documentation does not substantiate the amount said claim.

The amount $ 427. 62 was my entry level investment with this company. Within a short time I was informed that IHI was going to file bankruptcy, I then submitted a letter requesting a refund of my investment. (see attached copy of letter).  I received a notice that IHI filed a chapter 7.
Bonny Halstead was my up line her IDCC# was 1551050.

I have no intention of requesting a hearing. I trust that this claim will again be reviewed.

Regards,

*Angelie Graham*
Angelie Graham

Cc : Holmes P. Harden, Trustee for IHI
P.O. Box 536, Benson, NC  27504

International Heritage Inc.
2626 Glenwood Ave.
Suite 200
Raleigh, NC 27608

29 November 1998

Attention: Mr. Stan Van Etten

It has been brought to my attention, through my local upline contact Bonnie Halstead, that IHI is no longer in business.

Being a fairly new business center purchaser, I'm very concerned about my present status.

Please respond as quickly as you can concerning a complete total refund as my kit is untouched. I understand that my status as a representative is null and void, therefore a refund seems to be in order.

Sincerely yours,

Angelie Graham, IHI membership/account number 1607794, kit order number 783246.
1214 N.E. Leisure St., Coupeville, WA 98239
Phone: 360-678-3959

PS: I'm going out of town on 21 Dec. 1998, for ten days, and would appreciate a response before I leave. Thank you.