Robert G. Wisby
353 Gloria Avenue
Shreveport, LA  71105

**FILED**
NOV 1 6 2007
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

November 6, 2007

Clerk
U. S. Bankruptcy Court
P.O. Box 1441
Raleigh, NC  27602-1441

Re:    Case #98-02675-5-ATS
       Claim #014372

To Whom It May Concern:

I received this notice regarding a notice of objection to claim.  Please advise me as to what company is being represented by Holmes P. Harden.

Sincerely,

Robert G. Wisby

cc:    Holmes P. Harden
       Trustee for IHI
       P.O. Box 536
       Benson, NC  27504

Holmes P. Harden, Trustee for IHI  
P.O. Box 536  
Benson, NC 27504

Claim No.: 014372  
Amount: $750.00

0001 0002939 00000000 001 001 02939 INS: 0 0

ROBERT G. WISBY  
353 GLORIA AVE.  
SHREVEPORT, LA 71105

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF NORTH CAROLINA  
RALEIGH DIVISION

IN RE:  
INTERNATIONAL HERITAGE, INC.  
Debtor.

CASE NO: 98-02675-5-ATS

CHAPTER 7

### NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: **The legal basis for your claim is unclear and/or there is no documentation attached to your claim or the attached documentation does not substantiate the amount claimed. Trustee requests denial of claim.**

You should read this objection carefully and discuss it with your attorney if you have one. ANY CORRESPONDENCE MUST BE IN WRITING. Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice, the relief requested by the Trustee may be granted without hearing or further notice. **If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina.** Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.

Dated: October 26, 2007

BY:/s/ Holmes P. Harden  
**Holmes P. Harden, Trustee**

Form H9771 v.0.02



☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2000* | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|
| 1 800-735-7777<br>MHS HOLDINGS CORP<br>C/O BANKERS TRUST CO. PAY.AGT.<br>P.O. BOX 290489<br>NASHVILLE TN 37229 | $ 453.50 | **2000** | |
| | 2 Other periodic interest<br>$ .00 | Form **1099-OID** | |
| PAYER'S Federal identification number | RECIPIENT'S identification number | 3 Early withdrawal penalty<br>$ | 4 Federal income tax withheld<br>$ .00 | Copy B For Recipient |
| 13-3472113 | | | | |
| RECIPIENT'S name, address, and ZIP code | 5 Description<br>CUSIP #<br>553024AA8 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| LONNIE T EVANS<br>300 S 9TH AVENUE<br>DILLON  SC  29536 | |
| | 6 Original issue discount on U.S. Treasury obligations*<br>$ | |
| | 7 Investment expenses<br>$ | |
| Account number (optional)<br>LON T EVANS          01 | * This may not be the correct figure to report on your income tax return. See instructions on the back. | |

Form **1099-OID**          (Keep for your records.)          Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2001* | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|
| 1 800-735-7777<br>MHS HOLDINGS CORP<br>C/O BANKERS TRUST CO. PAY.AGT.<br>P.O. BOX 290489<br>NASHVILLE TN 37229 | $ 496.70 | **2001** | |
| | 2 Other periodic interest<br>$ .00 | Form **1099-OID** | |
| PAYER'S Federal identification number | RECIPIENT'S identification number | 3 Early withdrawal penalty<br>$ | 4 Federal income tax withheld<br>$ .00 | Copy B For Recipient |
| 13-3472113 | | | | |
| RECIPIENT'S name, address, and ZIP code | 5 Description<br>CUSIP #<br>553024AA8 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| LONNIE T EVANS<br>300 S 9TH AVENUE<br>DILLON  SC  29536 | |
| | 6 Original issue discount on U.S. Treasury obligations*<br>$ | |
| | 7 Investment expenses<br>$ | |
| Account number (optional)<br>LON T EVANS          01 | * This may not be the correct figure to report on your income tax return. See instructions on the back. | |

Form **1099-OID**          (Keep for your records.)          Department of the Treasury - Internal Revenue Service