

## State of Wisconsin   •   DEPARTMENT OF REVENUE

2135 RIMROCK ROAD • P.O. BOX 8901 • MADISON, WISCONSIN 53708-8901
FAX (608) 267-1037 • http://www.revenue.wi.gov

November 13, 2007

**FILED**

NOV 1 9 2007

PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

CLERK, U.S. BANKRUPTCY COURT
PO BOX 1441
RALEIGH, NC  27602-1441

RE:    International Heritage Inc
       Case # 98-02675-5-ATS
       Supplemental claim, filed on 6/24/99, in the amount of $1,464.38

This letter is in response to the Trustee's Objection to Claim, filed on October 26, 2007.

The objection states that the supplemental claim, as filed by the Wisconsin Department of Revenue, includes penalties.  The trustee requests that the claim be allowed as priority, however, the penalty would only be allowed under Section 726(a)(4) of the Bankruptcy Code.

The Department has no objection to handling our claim as such and agrees to a priority claim in the amount of $1,100.00.

Sincerely,

Hiram Cutting
Revenue Agent, Bankruptcy Unit
(608) 267-0833 ext. 17689
hcutting@dor.state.wi.us

cc:    Holmes P. Hardin, Trustee