Joni Westberg  
1772 Moffit Gulch Road  
Bozeman, MT 59715

November 15, 2007

To:  
Clerk, U.S. Bankruptcy Court  
P.O. Box 1441  
Raleigh, North Carolina 27602-1441

To:  
Holmes P. Harden, Trustee for IHI  
P.O. Box 536  
Benson, NC 27504

**FILED**

NOV 19 2007

PEGGY B. DEANS, CLERK  
U.S. BANKRUPCY COURT  
EASTERN DISTRICT OF N.C.

Regarding:   International Heritage, Inc   Case No. 98-027675-5-ATS   Chapter 7.  
and the **NOTICE OF OBJECTION TO CLAIM (*copy attached*)**.  
Claim No.: 002136    Amount $765.00

Notice states in part, "*The legal basis for your claim is unclear and/or there is no documentation attached to your claim or the attached documentation does not substantiate the amount claimed. Trustee requests denial of claim.*"

Please clarify what documentation is requested, and it will be provided.

Also, please correct my address in your records.

Listed as:  
Joni Westberg  
206 S. Cypress  
Bozeman, MT 59715

**Correct address is:**  
Joni Westberg  
1772 Moffit Gulch Road  
Bozeman, MT 59715

Respectfully,

*Joni Westberg*  
Joni Westberg

Holmes P. Harden, Trustee for IHI
P.O. Box 536
Benson, NC 27504

Claim No.: 002136
Amount: $765.00

0001 0000599 00000000 001 001 00599 INS: 0 0

JONI WESTBERG
206 S. CYPRESS
BOZEMAN, MT 59715

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:
INTERNATIONAL HERITAGE, INC.
Debtor.

CASE NO: 98-02675-5-ATS

CHAPTER 7

## NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: The legal basis for your claim is unclear and/or there is no documentation attached to your claim or the attached documentation does not substantiate the amount claimed. Trustee requests denial of claim.

You should read this objection carefully and discuss it with your attorney if you have one. ANY CORRESPONDENCE MUST BE IN WRITING. Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice, the relief requested by the Trustee may be granted without hearing or further notice. If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina. Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.

Dated: October 26, 2007

BY:/s/ Holmes P. Harden
Holmes P. Harden, Trustee

Form H9771 v.0.02

