FILED
NOV 1 9 2007
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

November 14, 2007

This letter is regards to the notice of objection to claim for CASE NO: 98-02675-5-ATS against International Heritage, Inc. My claim number is 0137777 in the amount of $1205.88. I have enclosed copies of the cancelled check I wrote to International Heritage, Inc. on February 21, 1998 in the amount of $1891.00. Also enclosed is a copy of the 1099-Miscellaneous income form they sent to me for my 1998 tax records. If you have any questions or need any additional information to process this claim, feel free to contact me at 319-465-4607.

Sincerely,


Chris Gillmore
22346 Song Bird Drive
Monticello, IA 52310

Holmes P. Harden, Trustee for IHI  
P.O. Box 536  
Benson, NC 27504

Claim No.: 013777  
Amount: $1,205.88

0001 0002641 00000000 001 001 02641 INS: 0 0

CHRIS W GILLMORE  
2377 335TH ST.  
HOPKINTON, IA 52237

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF NORTH CAROLINA  
RALEIGH DIVISION

IN RE:  
INTERNATIONAL HERITAGE, INC.  
Debtor.

CASE NO: 98-02675-5-ATS

CHAPTER 7

### NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: **The legal basis for your claim is unclear and/or there is no documentation attached to your claim or the attached documentation does not substantiate the amount claimed. Trustee requests denial of claim.**

You should read this objection carefully and discuss it with your attorney if you have one. **ANY CORRESPONDENCE MUST BE IN WRITING. Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.**

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice, the relief requested by the Trustee may be granted without hearing or further notice. If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina. Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.

Dated: October 26, 2007

BY:/s/ Holmes P. Harden  
Holmes P. Harden, Trustee

Form H9771 v.0.02



```
CHRIS OR MARCINE GILLMORE                    72-2119/734           6142
 2377 335TH ST. PH. 319-926-2730             145110
 HOPKINTON, IA 52237              DATE 2-21-98
                                           → 0739-2119-6 ←
PAY TO THE
ORDER OF  International Heritage              $ 1891 no/100

 One thousand eight hundred + ninety one dollars   DOLLARS

    CITIZENS STATE BANK              CITIZENS STATE BANK
    Monticello, Iowa 52310            MONTICELLO, IOWA
    Offices in Hopkinton and Ryan

MEMO Bus. Investment           Chris Gillmore

⑈073921190⑈ 145 110⑈ 6142           ⑈0000189100⑈
```

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>International Heritage, Inc.<br>Holmes Harden, Trustee<br>PO Drawer 17169<br>Raleigh           NC 27619<br>(919) 981-4033 | 1 Rents<br>$<br>2 Royalties<br>$<br>3 Other income<br>$ | OMB No. 1545-0115<br>**1998**<br>Form 1099-MISC | **Miscellaneous Income** |
|---|---|---|---|
| PAYER'S Federal identification number<br>561921093 | RECIPIENT'S identification number<br>479 96 7587 | 4 Federal income tax withheld<br>$ | 5 Fishing boat proceeds<br>$ | **Copy B**<br>**For Recipient** |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code<br>Chris W Gillmore<br><br>2377 335Th St.<br><br>Hopkinton           IA 52237 | | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ 671.88 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 8 Substitute payments in lieu of dividends or interest<br>$ | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | |
| | | 10 Crop insurance proceeds<br>$ | 11 State income tax withheld<br>$ | |
| Account number (optional) | | 12 State/Payer's state number | 13<br>$ | |

Form **1099-MISC**          (Keep for your records.)          Department of the Treasury - Internal Revenue Service

PAY TO THE ORDER OF CENTURA BANK 053100850 FOR DEPOSIT ONLY INTERNATIONAL HERITAGE, INC. 0212430608
CENTURA BANKS
551 WINSTEAD AVE EXT.
ROCKY MOUNT, N.C.

```
Reference Number:                  479967587
International Heritage ID Number:  1588452
Representative Name:               Gillmore, Chris W
```

*********************************************** Earnings Detail ***********************************************

```
       Year/Week (Bilateral)    Check #    Check Date    Total for Week
       Year/Week (Flexlevel)

          98 / 10                567398     04/13/98         671.88

              Total Earnings for 1998:        671.88
```

****************************************************************************************************************