*c/o The Clerk - U.S Bankruptcy Court*

*Case # 98-02675-5-ATS*

Dear Mr. Holmes p. Harden, (Trustee For IHI)

I bought into IHI on 3/26/1998. I was introduced to the company by brother and his wife ( Tom and Lisa Dodson ). Along with several of our friends, we all joined IHI.

**FILED**

NOV 1 9 2007

PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

I received a letter from your office in Dec. of 1998, to inform me that IHI was filing bankruptcy. I followed your directions at that time and I Was told you would be in touch.

I am now writing in response to your latest letter. I am sending you copies of what I can at this time, I still have a lot my past papers in storage. I will try to get to them as soon as I can, and will send you anything that is linked to this case.

Please keep me informed on what's going on, and anything else I can do to help get back some of what I lost.

Thank You
Grace E. Siegwarth
1645 S. 272nd St. # 134
Federal Way, Wa. 98003-2304

Phone; 253-941-0386

Holmes P. Harden, Trustee for IHI
P.O. Box 536
Benson, NC 27504

Claim No.: 004490
Amount: $2,229.90

0001 0004310 00000000 001 001 04310 INS: 0 0

GRACE E. SIEGWARTH
P.O. BOX 548
GRAND COULEE, WA 99133

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. | |
| Debtor. | CHAPTER 7 |

### NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: **The legal basis for your claim is unclear and/or there is no documentation attached to your claim or the attached documentation does not substantiate the amount claimed. Trustee requests denial of claim.**

You should read this objection carefully and discuss it with your attorney if you have one. **ANY CORRESPONDENCE MUST BE IN WRITING. Your claim may be reduced, modified, or disallowed in its entirety** if the bankruptcy court sustains the trustee's objections.

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice, the relief requested by the Trustee may be granted without hearing or further notice. **If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina. Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.**

Dated: October 26, 2007

BY:/s/ Holmes P. Harden
Holmes P. Harden, Trustee

Form H9771 v.0.02



**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service  (99)

# Capital Gains and Losses

▶ Attach to Form 1040.     ▶ See Instructions for Schedule D (Form 1040).
▶ Use Schedule D-1 for more space to list transactions for lines 1 and 8.

OMB No.1545-0074

**1998**

Attachment
Sequence No.  **12**

Name(s) shown on Form 1040
JOHN L AND GRACE E SIEGWARTH

Your social security number
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

## Part I   Short-Term Capital Gains and Losses – Assets Held One Year or Less

| (a) Description of property (Example, 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-6) | (e) Cost or other basis (see page D-6) | (f) GAIN or (LOSS) Subtract (e) from (d) | |
|---|---|---|---|---|---|---|
| INTERNATIONAL HERITAGE INC | 3/26/98 | 11/30/98 | 100 | 4,594 | -4,494 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2 Enter your short-term totals, if any, from Schedule D-1, line 2 . . . . . . . . . . . . . . . . . . . | **2** | | | | |
| 3 Total short-term sales price amounts. Add column (d) of lines 1 and 2 . . . . . . . . . . . | **3** | 100 | | | |
| 4 Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . . . . . . . | | | **4** | | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | **5** | | |
| 6 Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 1997 Capital Loss Carryover Worksheet . . . . . . . . . . . . . . . . | | | **6** ( | | ) |
| 7 Net short-term capital gain or (loss). Combine lines 1 through 6 in column (f) . . . . . . . . . . ▶ | | | **7** | -4,494 | |

## Part II   Long-Term Capital Gains and Losses – Assets Held More Than One Year

| (a) Description of property (Example, 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-6) | (e) Cost or other basis (see page D-6) | (f) GAIN or (LOSS) Subtract (e) from (d) | (g) 28% RATE GAIN or (LOSS) * (see instr. below) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 Enter your long-term totals, if any, from Schedule D-1, line 9 . . . . . . . . . . . . . . . . . | **9** | | | | | |
| 10 Total long-term sales price amounts. Add column (d) of lines 8 and 9 . . . . . . . . . . . . | **10** | | | | | |
| 11 Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . | | | **11** | | | |
| 12 Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . | | | **12** | | | |
| 13 Capital gain distributions. See page D-2 . . . . . . . . . . . . . . . . . . . . . . . . . | | | **13** | | | |
| 14 Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 13 of your 1997 Capital Loss Carryover Worksheet . . . . . . . . | | | **14** ( | ) ( | ) | |
| 15 Combine lines 8 through 14 in column (g). . . . . . . . . . . . . . . . . . . . . . . . | | | **15** | | | |
| 16 Net long-term capital gain or (loss). Combine lines 8 through 14 in column (f) . . . . . . . . . . . ▶ | | | **16** | | | |

**Next:** Go to Part III on the back.

* **28% Rate Gain or Loss** includes all "collectibles gains and losses" (as defined on page D-6) and part or all of the eligible gain on qualified small business stock (see page D-5).

For Paperwork Reduction Act Notice, see Form 1040 Instructions.                   Schedule D (Form 1040) 1998

KFA