FILED
NOV 20 2007
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

15 NOV 2007

Dear Sir,

I joined this company (International Heritage, Inc.) in the 1980's I think. I remember paying them the money in case # 98-02675-5-ATS claim # 014473 and I never received any products or services from them. They took my money and now they are trying legally to keep it to further their scam. Give me the year (I don't remember) and I will pull my records. Could be in the early 90's. I just don't remember the year. I can't come to North Carolina for a hearing. I'm too busy taking care of injured soldiers at Brooke Army Medical Center San Antonio, TX. Please do the right thing and return my money.

Thanks,
William R. Ansley, RPh
6346 Meadow Haven
San Antonio, TX 78239

Phone home - 210-656-2099
Phone cell - 210-393-8893

Holmes P. Harden, Trustee for IHI
P.O. Box 536
Benson, NC 27504

Claim No.: 014473
Amount: $1,897.75

0001 0003536 00000000 001 001 03536 INS: 0 0

WILLIAM R. ANSLEY
6346 MEADOW HAVEN
SAN ANTONIO, TX 78239

Rec 29 oct 2007

227-8208

mailed 15 nov 2007 @ BAMC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:
INTERNATIONAL HERITAGE, INC.
Debtor.

CASE NO: 98-02675-5-ATS

CHAPTER 7

### NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: **The legal basis for your claim is unclear and/or there is no documentation attached to your claim or the attached documentation does not substantiate the amount claimed. Trustee requests denial of claim.**

You should read this objection carefully and discuss it with your attorney if you have one. ANY CORRESPONDENCE MUST BE IN WRITING. Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice, the relief requested by the Trustee may be granted without hearing or further notice. **If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina.** Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.

Dated: October 26, 2007

BY: /s/ Holmes P. Harden
Holmes P. Harden, Trustee

Form H9771 v.0.02

