U.S. Bankruptcy Court
P.O. Box 1441,
Raleigh, North Carolina, NC 27602-1441

**FILED**

**NOV 2 0 2007**

PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

November 14, 2007

Pingna Sheng
22 Roker Crescent,
Scarborough, Ontario, M1S 1P4
Canada

### RE: CASE NO: 98-02675-5-ATS  INTERNATIONAL HERITAGE INC

Dear Mr. Clerk,

I, Pingna Sheng have filed a claim for amount of USD $1,750.00 that is the IHI owed to me as I had ordered goods from the company but never received any thing.

I have received the Objection letter from trustee Mr. Holmes P. Harden dated October 26, 2007. I don't understand that is this to reject my claim or just to correct the duplicated document? (Claim No 004948)

I have sent in the claim form to the court back to the time when the IHI became bankrupt. I did receive the e-mails regarding the progress on the IHI case. In year 2000, I have moved and changed my e-mail address. I had written a note to notify the court and the trustee about these change (but not to dup my claim).

To clarify, I have filed one claim for $1,750 only. I had never received any correspondence nor e-mail regarding the file number. My current address on Mr. Harden's letter is correct and that showed me my contact information is up-to-date on your file. My e-mail address is pingnas@yahoo.com. Please let me know if there anything I should do to justify my claim.

Yours truly,

*[signature]*
Pingna Sheng


Cc: Mr. Holmes P. Harden,
Trustee for IHI
P.O. Box 536,
Benson, NC 27504
USA

Holmes P. Harden, Trustee for IHI
P.O. Box 536
Benson, NC 27504

Claim No.: 004948
Amount: $1,750.00

Basis for Objection: Amended and replaced by claim no. 7913. Deny.

0001 0006715 00000000 001 001 06715 INS: 0 0
PINGNA PS. SHENG
22 ROKER CRESCENT
SCARBOROUGH, ON M1S1P4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:
INTERNATIONAL HERITAGE, INC.
Debtor.

CASE NO: 98-02675-5-ATS

CHAPTER 7

## NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: **Claim is a duplicate claim. Trustee requests denial of duplicate claim.**

**You should read this objection carefully and discuss it with your attorney if you have one. Any correspondence must be in writing. Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.**

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the **CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice**, the relief requested by the Trustee may be granted without hearing or further notice. **If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina. Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.**

Dated: October 26, 2007

BY:/s/ **Holmes P. Harden**
**Holmes P. Harden, Trustee**

Form H97710 v.0.02

