<u>**Jian Ying Liu**</u>
**901 Noahs Cir,**
<u>**Warrington, PA 18976**</u>    <u>11/16/07</u>

**FILED**
NOV 2 0 2007
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

Holmes P. Harden. Trustee for IHI
P.O. Box 536
Benson, NC 27504       Case NO: 98-02675-5-ATS

Dear Holmes:

My name is Jian Ying Liu, and I have a claim with IHI with the case number **98-02675-5-ATS.**

I have received you notice of objection to my claim that shows me that my claim has been denied because of what you called "Duplication".

I spent $825.70 to purchase products from IHI years ago, and I never received the products I ordered, and I never get my money back from IHI, neither. On Oct. 14th, 1997, I filed a claim with claim #: 98-02675-5-ATS in United States Bankrupcy Court-Eastern District of North Carolina against "**International Heritage, INC**" for either getting my ordered products or money back. This claim (98-02675-5-ATS) is the **only** claim I have filed in your court, and I never claimed this case in duplication.

Please verify your decision, and give me your explanation or any proof that can show the "duplication" of my claim. Please remember my last name is Liu, and first name is Jian Ying when you do the verification. I understand that some people may get confused by similar last or first Chinese names.

My new home address is **901 Noahs Cir, Warrington, PA 18976**, and my home phone is 215-343-4876 and my work phone is 215-628-7056. Please update my file in your record. Please contact me at any time you need to reach me by phone or email: <u>jliu9@hotmail.com</u>

Thank you so much for your attention. I am looking forward to your correct decision for my claim.

Sincerely yours;
Jian Ying Liu  (Liu, Jian Ying)

*Liu, Jianying*

CC: Clerk, U.S. Bankruptcy Court.

Holmes P. Harden, Trustee for IHI
P.O. Box 536
Benson, NC 27504

Claim No.: 015338
Amount: $825.70

Basis for Objection: Duplicate claim of claim no. 2905. Deny.

0001 0001009 00000000 001 001 01009 INS: 0 0

JIAN YING LIU
38 MANOR DR.
HILLSBOROUGH, NJ 08844

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:
INTERNATIONAL HERITAGE, INC.
Debtor.

CASE NO: 98-02675-5-ATS

CHAPTER 7

### NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: **Claim is a duplicate claim. Trustee requests denial of duplicate claim.**

You should read this objection carefully and discuss it with your attorney if you have one. Any correspondence must be in writing. Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the **CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice**, the relief requested by the Trustee may be granted without hearing or further notice. If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina. Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.

Dated: October 26, 2007

BY:/s/ Holmes P. Harden
**Holmes P. Harden, Trustee**

Form H97710 v.0.02



ANY AND ALL ATTACHMENTS MUST BE ON 8 1/2" x 11" PAPER

FORM B10 (Official Form 10)(4/98)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**                                        PROOF OF CLAIM

| Name of Debtor | Case Number: |
|---|---|
| INTERNATIONAL HERITAGE, INC. | 98-02675-5-ATS |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
JIAN YING LIU

Name and Address where notices should be sent:
JIAN YING LIU
43-47 Byrd St. Ste. B
Flushing NY 11355

Telephone Number: 718-886-0382

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☒ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

FILED
JAN 19 1999
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if ☐ replaces ☐ amends a previously filed claim, dated _____

**1. Basis for Claim**
☐ Goods Sold
☐ Services Performed
☐ Money Loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other  Goods purchased never received

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Your SS #: ___ ___ ___
Unpaid Compensation for Services Performed
from _____ to _____
       (date)              (date)

**2. Date debt was incurred:** Oct 14, 1997; May, 98

**3. If court judgment, date obtained:** N/A

**4. Total Amount of Claim at Time Case Filed:** $ 825.70

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other_____
Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
☐ Up to $ 1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 01/10/99 | Liu, Jian Ying       Liu Jian Ying |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NOTE TO ALL CREDITORS IN CONVERTED CASES ONLY:
DO NOT FILE A CLAIM IF YOU FILED A CLAIM UNDER THE PREVIOUS CHAPTER

000200

FORM B9D (Chapter 7 Corporation/Partnership Asset Case)(9/97)

Case Number 98-02675-5-ATS

# UNITED STATES BANKRUPTCY COURT
## Eastern District of North Carolina

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor corporation listed below was filed on November 25, 1998.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**See Reverse Side For Important Explanations.**

Debtor (name(s) and address):
INTERNATIONAL HERITAGE, INC.

2626 GLENWOOD AVE., #200
RALEIGH, NC 27608

| Case Number: | Taxpayer ID Nos.: |
|---|---|
| 98-02675-5-ATS | 56-1921093 |

| Attorney for Debtor (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Terri L. Gardner | Holmes P. Harden |
| Smith, Debnam, Hibbert & Pahl | P.O. Box 17169 |
| P. O. Box 26268 | Raleigh, NC 27619 |
| Raleigh, NC 27611-6268 | |
| Telephone number: (919) 250-2000 | Telephone number: (919) 981-4033 |

### Meeting of Creditors:

Date:  December 30, 1998    Time:  9:30 A.M.

Location:  USBA Meeting Rm, Room 443, Century Station Bldg, 300 Fayetteville St, Raleigh, NC

### Deadline to File a Proof of Claim:

Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit): March 8, 1999

For a governmental unit: May 24, 1999

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| CLERK, U.S. BANKRUPTCY COURT | |
| POST OFFICE BOX 1441 | Clerk of the Bankruptcy Court: |
| RALEIGH, N.C. 27602-1441 | Peggy B. Deans |
| Telephone number: (919) 856-4752 | |
| Hours Open: | Date: |
| 8:30 a.m. - 4:30 p.m. | December 3, 1998 |

000200