11/16/07

**FILED**
NOV 21 2007
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

To Whom It May Concern:

I am responding to confirm the claim of money spent with IHI. The paperwork enclosed will verify the amount of $750.00. My new contact information is: 250 Beach Street, Vidor, TX 77662 and (409) 781-5178. I hope this will help the suit move forward.

Thank You

*Aaron Pickering*
Aaron Pickering

Holmes P. Harden, Trustee for IHI
P.O. Box 536
Benson, NC 27504

Claim No.: 003871
Amount: $750.00

0001 0003485 00000000 001 001 03485 INS: 0 0

AARON W. PICKERING
625 CONCORD
VIDOR, TX 77662

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:
INTERNATIONAL HERITAGE, INC.
Debtor.

CASE NO: 98-02675-5-ATS

CHAPTER 7

### NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: The legal basis for your claim is unclear and/or there is no documentation attached to your claim or the attached documentation does not substantiate the amount claimed. Trustee requests denial of claim.

You should read this objection carefully and discuss it with your attorney if you have one. ANY CORRESPONDENCE MUST BE IN WRITING. Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice, the relief requested by the Trustee may be granted without hearing or further notice. If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina. Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.

Dated: October 26, 2007

BY:/s/ Holmes P. Harden
Holmes P. Harden, Trustee

Form H9771 v.0.02



# INTERNATIONAL HERITAGE, INC.

INDEPENDENT RETAIL SALES REPRESENTATIVE RETAIL RECEIPT FORM

> The Independent Retail Sales Representative Retail Receipt Form is a required document for all direct product purchases and all Retail Business Agreements. If this form is not attached to a product order or Retail Business Agreement the paperwork will not be processed and will be returned to the Selling Representative.

**PURCHASING CUSTOMER INFORMATION**

Name: Aaron W. Pickering
Street Address: 625 Concord
City: Victor, State: Texas, Zip: 77662
Home Phone: (409) 769-7610
Business Phone:

**SELLING REPRESENTATIVE INFORMATION**

Name: Earl R. Pickering, Sr.
Street Address: 625 Concord
City: Victor, State: Texas, Zip: 77662
Representative ID #: 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
Telephone: (409) 769-7610

If the purchasing customer is considering joining International Heritage as a Representative but is purchasing product(s) prior or at the time of his/her association, this prospective Representative is making a retail product purchase as a non-member. If the purchasing customer subsequently becomes associated with the Company and orders products at a later date, those products would be considered purchases for personal consumption unless they are purchased for a retail sale.

*The cancellation provisions of this receipt form apply only to the retail product purchase associated with this transaction. These cancellation provisions are unrelated to the Cash-Out option of the Retail Business Agreement (RBA).

| ITEM # | PRODUCT DESCRIPTION | QTY. | SIZE | COST | TOTAL |
|---|---|---|---|---|---|
| 926RR | RCH Series 96 Graphite - right hand - 10° regular shaft | 1 | | 450.00 | 450.00 |
| 928RR | RCH Series 96 Graphite - right hand 3-wood regular shaft | 1 | | 380.00 | 380.00 |
| 930RR | RCH Series 96 Graphite - right hand 5-wood regular shaft | 1 | | 380.00 | 380.00 |
| | | | SUBTOTAL | | 1210.00 |
| | | | TAX (n/a if RBA) | | |
| | | | SHIPPING (n/a if RBA) | | |
| | | | TOTAL | | 1210.00 |

**100% SATISFACTION GUARANTEE**
Thank you for your order! If for any reason you are not completely satisfied with your product selection, you may return it within 10 days after receipt for a full refund from your International Heritage Independent Retail Sales Representative.

Purchasing Customer Signature: Aaron Pickering
Date: 7/17/97

YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE NOTICE OF CANCELLATION FORM ON BACK FOR AN EXPLANATION OF THIS.

Form # 105 Revised 10/96        White: Customer        Yellow: Rep.        Pink: Company

# INTERNATIONAL HERITAGE, INC.
## INDEPENDENT RETAIL SALES REPRESENTATIVE APPLICATION

**For Internal Use Only**
ID# _____
Order# _____

### REPRESENTATIVE INFORMATION (Applying Representative)

Social Security Number / Federal Tax ID#: 454893413

Name of Representative (Last): Pickering  (First): Aaron  (Initial): W

Mailing Address (No P.O. Boxes): 625 Concord

City/Town: Vidor   County: _____   State: TX   Zip Code: 77662

Home Phone: 409 769 7610

Business Phone: _____

Fax Number: _____

**Check one of the following:**
- [ ] Development Leader (1 Retail Business Center - does not require immediate certification)
- [✓] Development Leader 1 (3 Retail Business Centers - requires immediate certification)
- [ ] Development Leader 2 (7 Retail Business Centers - requires immediate certification)
- [ ] Other: _____

### PLACEMENT SPONSOR INFORMATION (where this new Retail Business Center is to be placed)

Representative ID# (or Social Security # / Federal Tax ID#): 459528099

EXTENSION Number: 003   Left or **Right** (circle one)

Name of Representative (Last): Pickering Sr.   (First): Earl   (Initial): R

Home Phone: 409 769 7610

Business Phone: _____   AND/OR   Fax Number: _____

### SPONSOR (if different from above)

Representative ID# (or Social Security # / Federal Tax ID#): _____

Name of Sponsor (Last): _____   (First): _____   (Initial): _____

I AGREE TO THE ABOVE INDICATED INFORMATION AND AM BOUND BY THE TERMS OF THE POLICIES AND PROCEDURES MANUAL AND THE TERMS AND CONDITIONS OF THE INDEPENDENT RETAIL SALES REPRESENTATIVE AGREEMENT.

Representative's Signature: _Aaron Pickering_   Date: 7/11/97

### PAYMENT OPTIONS

**A. Credit Card Authorization:** (Must be filled out completely)
- [ ] MasterCard   [ ] Visa (No other credit cards accepted)

Card #: _____
Expiration Date: _____
Name of Cardholder: _____
Signature: _____

**B. Certified Check/Money Order #:** _____

**C. Personal Check#:** 507
(Personal Check Acceptance Form must be attached)

Mail Certified Check or Money Order along with original to:
INTERNATIONAL HERITAGE, INC.
2626 Glenwood Ave., Suite 200 • Raleigh, NC 27608
Phone: (919) 571-4646
* Fax copies not accepted

| | |
|---|---|
| Application Fee | $ 0 |
| Administrative Fee (optional) — Access to: Data & Commission processing, newsletter, back office support & communications, product updates, accounting & other customary services | $ 25.00 |
| Retail Business Career Kit (not for profit) — Start up materials, flip chart presentation, sample forms, audio/video, product catalogue, monthly planner, etc. | $ 100.00 |
| Career Kit State & Local Sales Tax 8.25% | $ 8.25 |
| Delivery Charge on Retail Business Career Kit (choose one) [✓] 2 Day Air $15.00 [ ] Ground $10.00 | $ 15.00 |
| Total from Product Order Form, Retail Business Agreement and Sales Aids Form | $ 750.00 |
| **TOTAL AMOUNT ENCLOSED** | $ 892.25 |

Form #101 revised 10/96   White - Company   Yellow - Sponsor   Pink - Representative