Carol. A. Robbins
Box 83
Waterton Lake's AB.
Tok-2m0 Canada
1-306-493-2711

**FILED**

NOV 2 6 2007

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

Dear:
Holmes P. Harden.

I am writing to you in regaurds to a bankruptcy claim, with I.H.I. When I invested my money with this company, we were told nothing but Lie after Lie. After one week of being in this organization, I knew it was a big mistake. I had always delt with the American office in Raleigh, North Carolina. There were never any dealings with the Canada office at any time.

Maybe we should just say good bye to my money and move on, but that is not the case. It is about right & wrong. This people set out to willingly cheat other's, by misleading them with, no truth or honesty, just Lies.

You see I'am fifty years of age, in 1988 I had two strokes, witch took most of my eye sight & the use of my right arm.

Through all of the years, I have never given up on myself, I continue to work and support myself. To this day I have not

taken any help from Gov. programs, as long as I am able to work from my home I will.

We truly felt that I.H.I would have been a business I could do from home. It didn't take me long to find out that this outfit was not on the up & up. We phoned the office many times to get our money back but got no where.

At the end of it all, we were told to send all of the paper work in to the court, and bankrutcy office, to file a claim of $1786.45. hoping to get it back.

On Oct 19/2007 we recieved this letter from your office, saying we had until Nov 26 to have this relook at.

Being unable to come to the hearing, I, would still like to try one last time to hopefully recieve my money back. This amount of money is probably nothing to the court or lawyers, but to me it's a lot, and could go a long ways.

I have a communitee helper writing this letter for me, because I my not do it myself.

Thankyou for taking the time to read my letter, you probably have hundreds of claims to look at. Take care

Happy Thanks Giving

Carol A Robbins

Holmes P. Harden, Trustee for IHI
P.O. Box 536
Benson, NC 27504

Claim No.: 004039
Amount: $1,786.45

0001 0006375 00000000 001 001 06375 INS: 0 0
CAROL A. ROBBINS
GENERAL DELIVERY BOX 83
WATERTON LAKES, AB T0K2M0

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:
INTERNATIONAL HERITAGE, INC.
Debtor.

CASE NO: 98-02675-5-ATS   252-237-024

CHAPTER 7

### NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: **Claimant appears to be a creditor of IHI of Canada, not the debtor. Trustee requests denial of claim.**

You should read this objection carefully and discuss it with your attorney if you have one. ANY CORRESPONDENCE MUST BE IN WRITING. **Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.**

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the **CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice**, the relief requested by the Trustee may be granted without hearing or further notice. If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina. **Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.**

Dated: October 26, 2007

BY:/s/ Holmes P. Harden
Holmes P. Harden, Trustee

Fax -                                                  - 919-856-4752

