# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

FILED
NOV 26 2007
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

| | |
|---|---|
| In re ) ) INTERNATIONAL HERITAGE, INC. ) ) Debtor ) ) | Chapter 7, No. 98-02675-5-ATS |

## ANSWER TO OBJECTION TO CLAIM

Flora Chang, the claimant pursuant to the attached Notice of Objection to Claim, hereby objects to the Objection to Claim. The Claim is valid. I paid $1,000.00 for materials of which I am still in possession, still in their original packaging. Copies of the shipping label and the list of Contents that were in the package are attached hereto. No hearing is requested on this matter.

. **WHEREFORE,** Flora Chang requests that the Objection to Claim be denied and my claim be allowed in full.

FLORA CHANG

Date: November 21, 2007

_____
Flora Chang
1000 Escalon Ave., #3099
Sunnyvale, CA 94086

## CERTIFICATE OF SERVICE

I, Flora Chang, hereby certify that by November 21, 2007, I served a copy of the preceding, by first class mail postage prepaid and/or electronic transmission to the attached service list.

_____
Flora Chang

## SERVICE LIST

Holmes P. Harden, Trustee
P.O. Box 536
Benson, NC 27504

Clerk, U.S. Bankruptcy Court
P.O. Box 1441
Raleigh, North Carolina 27602-1441

for
Flora Chang
1000 Escalon Ave
# 3099
Sunnyvale CA
94086

## IHI Retail Business Center Career Kit

| Initials | Contents |
|---|---|
| SA/SB | **Presentation Binder with:**<br>  Flip Chart Binder with Insert<br>  10 Copies of the Following Forms:<br>    Representative Applications<br>    Retail Business Agreements<br>    Sales Aide Order Forms<br>    Retail Product Order Forms<br>    Customer Order/Receipt Forms<br>  New Product folder |
| SH/PW | **Brown Envelope with:**<br>  IDCC Flyer & IDCC Flow Chart<br>  Check Acceptance Memo/Form<br>  Info. Change Form<br>  Compliance Department Memo<br>  1 Copy of Credit Card Authorization Form<br>  1 Stationery Order Form<br>  Return Envelope<br>  W-9<br>  Certification letter<br>  Representative Handbook |
| VA/P.B | **White Envelope with:**<br>  1 Jewelry Catalog with Price Guide<br>  1 Collectibles Catalog with Price Guide<br>  1 Jewelry Value Series Brochure w/ Price List<br>  1 Collectibles Value Series Brochure/Price List<br>  Network Marketing Brochure by Jeffrey Babener<br>  Opportunity Brochure<br>  Apparel Catalog, Insurance, New Representative Ltr., MMM, Pin Brochures, Newsletter |
| (signed) | Audio Tape<br>"Getting The Business" Sales Training Handbook<br>Day Planner with Inserts<br>5 Video Tapes |

(Additional items may be added periodically for special promotions, updates, etc.)

Kit prepared by: _____

Kit inspected by: _____

PPIHI-05

*[Handwritten note in margin: "for Flora Chang, 1000 Escalon Ave #3099, Sunnyvale CA 94086"]*