FILED

NOV 2 6 2007

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

Nov. 18th, 2007

Clerk
U.S. Bankruptcy Court
P.O. Box 1441
Raleigh, North Carolina  27602-1441

In ref:
International Heritage, Inc.
Case Number: 98-02675-5-ATS
Claim Number:  011962
Amount:  $890.00

To whom it may concern:

On 10/26/07, I received notice that my claim for reimbursement of $890.00 from
International Heritage, Inc. might be denied due to lack of documentation.  I have no
attorney, nor do I feel it is reasonable for me to travel from Montana to North Carolina to
resolve this matter.  It would be foolishness for me to request a hearing.  Therefore, in my
absence, I am including information to substantiate my claim (i.e. a copy of my cancelled
check written on 2/14/98).

I paid International Heritage, Inc. $890.00—in good faith—for goods/services that I
never received.  Almost 10 years has passed without International Heritage, Inc returning
my money to me.  I realize that I'm a small investor in a large corporate venture, but my
money is important to me.  My claim is valid.

Thank you.

Kristine R. Schofield
3115 Sour Dough Road
Bozeman, MT  59715

Cc to Holmes P. Harden, Trustee for IHI

Holmes P. Harden, Trustee for IHI
P.O. Box 536
Benson, NC 27504

Claim No.: 011962
Amount: $890.00

0001 0000600 00000000 001 001 00600 INS: 0 0

KRISTINE R SCHOFIELD
3115 SOUR DOUGH ROAD
BOZEMAN, MT 59715

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                    CASE NO: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.
Debtor.                                   CHAPTER 7

### NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: **The legal basis for your claim is unclear and/or there is no documentation attached to your claim or the attached documentation does not substantiate the amount claimed. Trustee requests denial of claim.**

**You should read this objection carefully and discuss it with your attorney if you have one. ANY CORRESPONDENCE MUST BE IN WRITING. Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.**

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice, the relief requested by the Trustee may be granted without hearing or further notice. **If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina. Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.**

**Dated: October 26, 2007**

BY:**/s/ Holmes P. Harden**
**Holmes P. Harden, Trustee**



ANY AND ALL ATTACHMENTS MUST BE ON 8 1/2" x 11" PAPER

FORM B10 (Official Form 10)(4/98)

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF NORTH CAROLINA | PROOF OF CLAIM |
|---|---|

| Name of Debtor INTERNATIONAL HERITAGE, INC. | Case Number: 98-02675-5-ATS |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
KRISTINE R SCHOFIELD
Name and Address where notices should be sent:

KRISTINE R SCHOFIELD
3115 Sour Dough Road
Bozeman MT 59715

Telephone Number: 406 587-9663

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

98-02675-5-ATS

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor: 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

Check here if ☐ replaces ☐ amends a previously filed claim, dated _____
this claim

**1. Basis for Claim**
☐ Goods Sold
☐ Services Performed
☐ Money Loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other Deposit on goods/services not received

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Your SS #: _____
Unpaid Compensation for Services Performed
from _____ to _____
(date)       (date)

**2. Date debt was incurred:** 2/14/98

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 890.00
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other_____
Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $ 890.00
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
☒ Up to $ 1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date 3/1/99 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): KRISTINE R SCHOFIELD, Creditor |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NOTE TO ALL CREDITORS IN CONVERTED CASES ONLY:
DO NOT FILE A CLAIM IF YOU FILED A CLAIM UNDER THE PREVIOUS CHAPTER

013169

# STATE AUDITOR
## STATE OF MONTANA



*Mark O'Keefe*
STATE AUDITOR

COMMISSIONER OF INSURANCE
COMMISSIONER OF SECURITIES

To:     IHI Representatives
From:   Mark O'Keefe
Re:     Status of Refunds and Administrative Action
Date:   November 2, 1998

As I am sure you are aware, IHI has failed to make refunds to Montana representatives by November 1st, as required by the consent agreement signed by Stanley VanEtten on May 1, 1998. IHI has not asked the Department for an extension of the time period to make the refunds in writing nor verbally.

I have attached a copy of my letter to Stanley Van Etten and IHI that notifies them I have reinstituted the Cease and Desist order and have asked the hearings officer to set a hearing date. I would expect that date to be set in January, 1999, and that a final decision from that hearing would be made in late February, 1999. You should be aware that the decision from the hearings process may be appealed to district court.

You have my assurance that I will do everything within my power to pursue this case and to get refunds for Montana residents. The process will be time consuming and I cannot guarantee that I will be successful. In fact, the two other states that reached consent agreements with IHI prior to Montana have had difficulty and delays in getting refunds for their residents.

I have asked my staff to set up a recorded message to provide updates. You can reach that message by calling toll-free, 1-800-332-6148. If you prefer to speak to one of my staff, please ask for Lynne Egan, Fred Sargeson or Fiona Harpster. Please appreciate that with the volume of calls we have been receiving that we may not be able to return every call as quickly as we would like, but we will return every call.

# STATE AUDITOR
## STATE OF MONTANA



**Mark O'Keefe**
STATE AUDITOR

COMMISSIONER OF INSURANCE
COMMISSIONER OF SECURITIES

November 2, 1998

VIA FACSIMILE #919-571-4620
VIA CERTIFIED MAIL

Stanley Van Etten, President and CEO
International Heritage, Inc.
2626 Glenwood Ave., Ste. 200
Raleigh, NC 27608

RE:    Consent Agreement, MT Securities Dept. Case No. 04-02-98-004

Dear Mr. Van Etten:

As you are aware, you entered into a consent agreement with the State of Montana regarding the offer and sale of IHI retail business agreements in Montana. Among IHI's obligations under the consent agreement was the obligation to refund to Montana residents all costs associated with entering into a retail business agreement, less the value of commissions and products received.

IHI has failed to pay these refunds, despite repeated verbal assurances to our department that such refunds would be made by the deadline. Our department received a written assurance of IHI's commitment to honor the consent agreement's terms from your counsel, Brent Wood, on September 18, 1998. My staff and Montana residents relied on these continued assurances by IHI. However, these assurances appear to be worthless.

I read with interest the Raleigh News & Observer article in which you indicated a desire to persuade me to grant an extension on the refund obligation deadline. I have not received a request for IHI either verbally or in writing. I believe that granting a request for an extension would not be in the best interests of Montana residents. I am reinstating the Cease and Desist Order. I have asked the hearings officer to set a hearing date. We will also be reviewing other legal options designed to hold IHI and its officers and directors to their obligations to Montanans who have dealt with the company in good faith.

Sincerely,

Mark O'Keefe
State Auditor and
Commissioner of Securities



**INTERNATIONAL
HERITAGE**
INCORPORATED

06/22/98

Kristine Schofield
3115 Sour Dough road
Bozeman, MT 59715

Dear Kristine Schofield:

We are in receipt of your letter regarding a refund. Our Refund Department is working
to process all such requests, including yours. Upon completion of the review, you will
receive a letter regarding your refund. Any calls into the department inquiring about the
status of your refund will slow down the process. Thank you for your patience.

Sincerely,

Nicole Perry, Supervisor
Refund Department
International Heritage, Inc.

FORM  B9B (Chapter 7 Corporation/Partnership No Asset Case)(9/97)          Case Number **98-02674-5-ATS**

# UNITED STATES BANKRUPTCY COURT
## Eastern District of North Carolina

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor corporation listed below was filed on November 25, 1998.

You may be a creditor of the debtor.  You may want to consult an attorney to protect your rights.  All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.  NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

| Debtor (name(s) and address): | |
| --- | --- |
| INTERNATIONAL HERITAGE, INCORPORATED<br><br>2626 GLENWOOD AVENUE, #200<br>RALEIGH, NC 27608 | |
| Case Number:<br>98-02674-5-ATS | Taxpayer ID Nos.:<br>87-0421191 |
| Attorney for Debtor (name and address):<br>Terri L. Gardner<br>Smith, Debnam, Hibbert & Pahl<br>P. O. Box 26268<br>Raleigh, NC 27611-6268<br>Telephone number: (919) 250-2000 | Bankruptcy Trustee (name and address):<br>Holmes P. Harden<br>P.O. Box 17169<br>Raleigh, NC 27619<br><br>Telephone number: (919) 981-4033 |

## Meeting of Creditors:

Date:          **December 30, 1998**          Time:          **9:30 A.M.**

Location:          **USBA Meeting Rm, Room 443, Century Station Bldg, 300 Fayetteville St, Raleigh, NC**

## Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property.  If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

## Please Do Not File A Proof of Claim Unless You Receive a Notice To Do So.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
| --- | --- |
| CLERK, U.S. BANKRUPTCY COURT<br>POST OFFICE BOX 1441<br>RALEIGH, N.C. 27602-1441<br>          Telephone number: (252)237-0248 | Clerk of the Bankruptcy Court:<br>Peggy B. Deans |
| Hours Open:<br>8:30 a.m. - 4:30 p.m. | Date:<br>December 3, 1998 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN THE MATTER OF:                                                    CASE NUMBER:

INTERNATIONAL HERITAGE, INC.                                         98-02675-5-ATS
INTERNATIONAL HERITAGE, INCORPORATED                                 98-02674-5-ATS
                                        Debtors

NOTICE OF CASE MANAGEMENT PROCEDURE

        Due to the size, complexity and number of creditors in these cases, the court has established a case
management procedure as follows:

1.              **LIMITING NOTICE.**  Bankruptcy Rule 2002(l) authorizes the court to order that notices be
        made by publication if notice by mail is impracticable.  In this case there are over 190,000 creditors
        and notice to all creditors of future matters may be impracticable.  In the future, **in lieu of notice by
        mail,** notice will be given in three ways: (1) - notices will be posted the court's web page shown in
        paragraph 3 below; (2) - notices will be available by calling toll free 1-888-895-8385; (3) - a creditor
        may receive notices by E-mail if the creditor notifies the trustee by first-class mail in writing at the
        trustee's address in paragraph 2 below that the creditor wishes to receive notices by E-mail address and
        the notification by the creditor includes the creditor's name, mail address, telephone number and E-
        mail address.

2.              **TRUSTEE.**  The trustee appointed in this case is **HOLMES P. HARDEN, P. O. BOX 17169,
        RALEIGH, NC 27619, TELEPHONE NUMBER (919) 981-4033.**  Case status updates may be
        obtained by calling toll free 1-888-895-8385.

3               **COURT'S WEB PAGE.**  The trustee will provide updates on the progress of the case which
        will be posted on the court's web page at:                    **www.nceb.uscourts.gov**

4.              **MEETING OF CREDITORS.**  The meeting of creditors called pursuant to 11 U.S.C. § 341(a)
        will be held at the location on the date and time specified in the attached notice.  Since space is limited,
        an ancillary site in Room 208, second floor, in the courthouse will be used for closed-circuit viewing of
        the meeting.  Questioning by creditors may be limited by time constraints.  To facilitate the expeditious
        questioning of the debtor, creditors should submit written questions in advance to the trustee.

        A transcript or summary of the meeting of creditors may be available on the Court's web site within 30
        days following the conclusion of the meeting.

5.              **FILING OF PROOFS OF CLAIM.**  Two cases have been filed, International Heritage, Inc.,
        98-02675-5-ATS and International Heritage, Incorporated, 98-02674-5-ATS.  The only case that has
        been identified as having assets that may provide funds available for distribution in the future is
        INTERNATIONAL HERITAGE, INC. , 98-02675-5-ATS. **This is the only case in which you are
        being requested to file a proof of claim.**

        **DO NOT file a proof of claim at this time in INTERNATIONAL HERITAGE,
        INCORPORATED, 98-02674-5-ATS.**  Filing of unrequested proofs of claim complicates
        administration of the cases, takes time away from the trustee, his staff, and the court that could be more
        productively used to administer the assets of INTERNATIONAL HERITAGE, INC., 98-02675-5-ATS.
        In the future, if assets are discovered in International Heritage, Incorporated, which would be available
        for distribution, you will be notified to file a proof of claim in that case and a form will be provided at
        that time.

