FILED
NOV 26 2007
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

**Dara A. LaMunyon-Patterson**
Attorney at Law
Phone: 256-638-9272
Fax: 256-638-9273

340 Main Street E,
Rainsville, Alabama 35986

P.O. Box 1970
Rainsville, Alabama 35986

November 20, 2007

Via Facsimile: 919-981-4300
Hard copy to follow by mail

RE:  Case 98-02675-5-ATS Claim 012242

Dear Mr. Harden,

I understand that you are the Trustee for International Heritage Incorporated. I represent Ronnie L. Helton, claim number 012242 for the amount of $898.00. We are in receipt of your notice of objection attached to this correspondence. I do have some questions and concerns regarding a request for a hearing in order to prepare an explanation.

I am not formally requesting a hearing, I am asking for your response with options to avoid the expense of travel for my client.

We are located in Rainsville, which is in North Alabama. It is approximately 534 miles away, and an eight and a half hour trip, one way. The cost of the trip will outweigh the cost of the claim for my client, and would therefore, effectively deny him due process of his claim.

My questions are as follows:

Could we schedule a teleconference for this matter, or have an extension of time to prepare necessary pleadings regarding forum convenience, so my client can be heard on case number 98-02675-5-ATS, claim number 012242 in the amount of $898.00.

I appreciate your prompt attention to this matter. I can be reached at (205) 601-9621 or (256) 638-9272. My mailing address is P.O. Box 1970, Rainsville, AL 35986.

Therefore, I ask that the hearing set for November 29th at 1 pm, be delayed or extended in order to effectively serve my clients right to due process over this claim.

If this cannot be done, I will need to know immediately in order to prepare a formal pleading for this court on behalf of my client. I can be reached at (205) 601-9621 or (256) 638-9272. My mailing address is P.O. Box 1970, Rainsville, AL 35986. I would prefer to be reached by phone or fax. My fax number is (256) 638-9273.

Thank you in advance for your prompt attention in this matter.

Sincerely,

*Dara A. LaMunyon-Patterson*
Dara A. LaMunyon-Patterson
Attorney at Law, LLC.
Physical: 340 Main Street E
Mailing: P.O. Box 1970
Rainsville, AL 35986
(256) 638-9272


Cc.
U.S. Bankruptcy Court
Clerk
P.O. Box 1441
Raleigh, NC 27602-1411

Ronnie L. Helton
71 Circle Drive
Rainsville, AL 35968


Dictated but not yet read.

**Dara A. LaMunyon-Patterson**
Attorney at Law
Phone: 256-638-9272
Fax: 256-638-9273

340 Main Street E,                                          P.O. Box 1970
Rainsville, Alabama 35986                                   Rainsville, Alabama 35986

November 20, 2007

RE:   Case 98-02675-5-ATS/ Claim 012242
Via Facsimile: 252-243-4870
Hard copy to follow by mail.

Dear Ms. Dissette:

I am writing on behalf of my client, an investor in International Heritage, Inc. Through the advisement of my client, Ronnie Helton, I have learned that (IHI) is a North Carolina corporation and solicits individuals throughout the United States to invest in a pyramid scheme through misleading videotapes, meetings, web pages, and international conference calls to increase investor's interests.

According to my own research, I understand (IHI) has been under investigation by the DOJ for Securities and Exchange Commission violations for giving misleading statements about financial conditions in order to sell stock, commonly known as a (pump-and-dump) manipulation scheme.

My client has informed me that he was approached by a local representative who unknowingly gave false financial information to my client, in exchange for his investment in (IHI).

Therefore, I believe the notice from this court that (IHI) has filed bankruptcy and sent notice to my client is enough evidence to prove that my client has a claim against this corporation and that it should be paid.

If this is not enough tangible evidence, I ask that this claim be held in abeyance until future investigation can be conducted in order to find the evidence needed for my clients claim to be paid.

Therefore, I ask that the hearing set for November 29th at 1 pm, be delayed or extended in order to effectively serve my clients right to due process over this claim.

If this cannot be done, I will need to know immediately in order to prepare a formal pleading for this court on behalf of my client. I can be reached at (205) 601-9621 or (256) 638-9272. My mailing address is P.O. Box 1970, Rainsville, AL 35986. I would prefer to be reached by phone or fax. My fax number is (256) 638-9273.

Thank you in advance for your prompt attention in this matter.

Sincerely,

Dara A. LaMunyon-Patterson
Attorney at Law, LLC.
Physical: 340 Main Street E
Mailing: P.O. Box 1970
Rainsville, AL 35986
(256) 638-9272


Cc.
U.S. Bankruptcy Court
Clerk
P.O. Box 1441
Raleigh, NC 27602-1411

Ronnie L. Helton
71 Circle Drive
Rainsville, AL 35968


Dictated but not yet read.