# HNC

HAYES NOTARY CORPORATION *

*DENOTES PROFESSIONAL NOTARY CORPORATION

38162 Cleveland Avenue
P.O. Box 2330
Squamish, B.C. V8B 0B6

Phone: (604) 892-2366
Fax:  (604) 892-2388

Email:  hnc@telus.net

MEMBER        JOHN A. STEWARD, NOTARY PUBLIC

CLERK
U.S. BANKRUPTCY COURT
P.O. BOX 1441
RALEIGH
NORTH CAROLINA
27602-1441

Without Prejudice    November 09, 2007

**FILED**
**NOV 2 6 2007**
PEGGY B. DEANS
U.S. BANKRUPTCY, CLERK
EASTERN DISTRICT OF N.C.

Dear Sir:

Re: Case No 98-02675-5-ATS

I write on behalf of Ram Singh Sangha, one of my regular clients who has asked that I obtain clarification of your three letters relating to ;
1. claim 006185 in the amount of $1,901.85
2. claim 002246 in the amount of $1,902.40
3. claim003431 in the amount of $0.000

Firstly he does not understand the terms of the letter from Holmes P. Harden Trustee for IHI indicating the "Claim is a duplicate claim…Trustee requests denial of duplicate claim".

Mr. Sangha tendered two amount to IHI in the United States of America, not to any company or person that would lead him to believe his claim was against IHC Canada, as was suggested in an earlier letter to his attention.

The two amounts tendered to IHI were the first two amounts indicated above as #1 and #2.

Kindly clarify his position in order that he might request a hearing.

Yours very truly

JOHN A. STEWARD

c.c  Holmes P. Harden, Trustee for IHI, P.O. BOX 536, Benson, NC 27504