November 20, 2007

FILED
NOV 26 2007
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

To: Holmes P. Harden, Trustee for IHI

From: Jennifer Hebert

Regarding: Claim No: 002472

I received your letter dated October 26, 2007. To be honest I did not believe I would ever here back regarding this claim since it is now almost 10 years old. I am confused as to the manner in which you place debtor and creditor. I put in a claim to IHI before the bankruptcy and then after based on <u>direction from the president and CEO Mr. Stan Van Etten</u> that we would be allowed a 90% refund on our purchases. I also foolishly sent $500.00 in trust to Mr. Van Etten to "save the company", which he, with no reason and no cause cashed. Hopefully the claim will stand.

Sincerely,

*[signature]*

Jennifer Hebert