FILED

NOV 2 6 2007

PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N. C.

Clerk, U.S. Bankrupcy Court                    November 18, 2007
P.O. Box 1441
Raleigh, NC 27602-1441

Re:   Duplicate claim of claim # 5793;
      IHI-Case No. 98-02675-5-ATS
      Claim No.: 010141, amount: $1866.00

Dear Officer:

I received a letter from Holmes P. Harden, Trustee for IHI regarding a
duplicate claim of claim# 5793. See attached letter.

I might file a duplicate claim. If it is I will withdraw the duplicate and please
keep the first claim (010141). I am sorry that I didn't keep the copy of my
claims. In my mind I did my claim at Highland Park, NJ before June, 1998.
In July, 1998 I moved to Princeton, NJ. Maybe I worry about that I would
miss the information from you. I sent my claim to you again to let you know
my new address. I never want to ask double refunds.

I asked IHI to refund me before IHI bankruptcy. The IHI policy allowed any
member to get money back. I believe that I should get full refund.

I am over 67 yeas old now. Three years ago I lost my job. I still live in 236
William Livingston Princeton, NJ 08540. I have no ability to be the court for
hearing. But I am interested in it, and I like to answer your any question.

Thank you again.

Zongsen Wang

CC: Holmes P. Harden, Trustee for IHI. P.O. Box536 Benson, NC 27504

Holmes P. Harden, Trustee for IHI
P.O. Box 536
Benson, NC 27504

Claim No.: 010141
Amount: $1,866.00

Basis for Objection: Duplicate claim of claim # 5793.
Deny.

0001 0001003 00000000 001 001 01003 INS: 0 0

lll...l..l..l.l..l..lll...l...l.ll..l.l..ll....ll..ll..ll..l
ZONGSEN WANG
236 WILLIAM LIVINGSTON COURT
PRINCETON, NJ 08540

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:
INTERNATIONAL HERITAGE, INC.
Debtor.

CASE NO: 98-02675-5-ATS

CHAPTER 7

### NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: **Claim is a duplicate claim.   Trustee requests denial of duplicate claim.**

**You should read this objection carefully and discuss it with your attorney if you have one.  Any correspondence must be in writing.  Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.**

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the **CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice, the relief requested by the Trustee may be granted without hearing or further notice. If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina. Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.**

Dated:   October 26, 2007

BY:/s/ Holmes P. Harden
Holmes P. Harden, Trustee

Form H97710 v 0.02

