November 20, 2007

FILED
NOV 26 2007
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

To: The United States Bankruptcy Court
    For the Eastern District of North Carolina
    Raleigh Division

Re: Claim No: 014128, Amount $3,500.00
    International Heritage, Inc.    Case No: 98-02675-5-ATS
    Debtor    Chapter 7

In response to the Notice of Objection to Claim

The requests for denial of claim by the Trustee should not be granted for the fact that we do have legal basis and the documentation that substantiate the amount of claim.

Enclosed are the copies of the document that International Heritage, Inc. issued to my family, Hong Seto, Jean Seto and Lawrence Seto. Along with the post cards that we received from them indicated that fact and the amount that is being claim for.

Please do not granted the request from the debtor. We are requesting this claim to be valid and stand with our position with claim against the trustee.

Please inform me what is the update of the matter.


By: Hong Seto

Holmes P. Harden, Trustee for IHI
P.O. Box 536
Benson, NC 27504

Claim No.: 014128
Amount: $3,500.00

0001 0001034 00000000 001 001 01034 INS: 0 0

HONG SETO
167 MOTT ST. APT #6A
NEW YORK, NY 10013

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:
INTERNATIONAL HERITAGE, INC.
Debtor.

CASE NO: 98-02675-5-ATS

CHAPTER 7

## NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: The legal basis for your claim is unclear and/or there is no documentation attached to your claim or the attached documentation does not substantiate the amount claimed. Trustee requests denial of claim.

You should read this objection carefully and discuss it with your attorney if you have one. ANY CORRESPONDENCE MUST BE IN WRITING. Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice, the relief requested by the Trustee may be granted without hearing or further notice. If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina. Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.

Dated: October 26, 2007

BY: /s/ Holmes P. Harden
Holmes P. Harden, Trustee

Form H9771 v.0.02



```
International Heritage, Inc.                    RECAP STATEMENT
2626 Glenwood Ave., Suite 120
Raleigh, NC  27608



                              05/02/97                    *******.**




    Seto, Hong
    167 Mott St. Apt #6A

    New York NY 10013
```

```
Printed: 04/30/97 22:47    Intl Heritage Recap                    PAGE    1
Week 16 for Seto, Hong                 --->> 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
*****************************************************************************
PERSONAL PURCHASE SECTION:                       Previous Balance     0.00
                                                      Vol  Tot Inv  Amt Pd
 Date   Number       BC  Type  Description       --------- -------- --------
 -----  ------------ --- ----- -----------------
 4/22   372198       419 INVC  HONG, SETO              .00    25.00      .00
 4/22   372198       000 PYMT  65615668433             .00      .00   -25.00
 4/22   372202       419 INVC  HONG, SETO              .00  1750.00      .00
 4/22   372202       001 INVC  HONG, SETO           200.00      .00      .00
 4/22   372202       002 INVC  HONG, SETO           200.00      .00      .00
 4/22   372202       003 INVC  HONG, SETO           200.00      .00      .00
 4/22   372202       004 INVC  HONG, SETO           200.00      .00      .00
 4/22   372202       005 INVC  HONG, SETO           200.00      .00      .00
 4/22   372202       006 INVC  HONG, SETO           200.00      .00      .00
 4/22   372202       007 INVC  HONG, SETO           200.00      .00      .00
 4/22   372202       000 PYMT  65615668733             .00      .00 -1750.00
                                          TOTALS  1400.00                .00
*****************************************************************************
Income Center   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-0Q1
***************************************************
* You need to recertify by volume week: 29/97     *
***************************************************
Starting --->>>   AMT LEFT         0   AMT RIGHT       0   STEP     0
INVOICE NO        PURCHASER ID         PURCHASER                AMT LEFT   AMT RIGHT   VOL WEEK
-----------       ------------         ---------                --------   ---------   --------
   372202         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-002  Seto, Hong                        200                  16
   372202         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-003  Seto, Hong                                   200       16
   372202         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-004  Seto, Hong                        200                  16
   372202         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-005  Seto, Hong                        200                  16
   372202         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-006  Seto, Hong                                   200       16
   372202         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-007  Seto, Hong                                   200       16
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 372228 | 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-001 | Seto, Lawrence | | | | 200 | 16 |
| 372228 | 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-002 | Seto, Lawrence | | | | 200 | 16 |
| 372228 | 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-003 | Seto, Lawrence | | | | 200 | 16 |
| 372228 | 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-004 | Seto, Lawrence | | | | 200 | 16 |
| 372228 | 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-005 | Seto, Lawrence | | | | 200 | 16 |
| 372228 | 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-006 | Seto, Lawrence | | | | 200 | 16 |
| 372228 | 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-007 | Seto, Lawrence | | | | 200 | 16 |
| 372275 | 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-001 | Seto, Jean | | | 200 | | 16 |
| 372275 | 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-002 | Seto, Jean | | | 200 | | 16 |
| 372275 | 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-003 | Seto, Jean | | | 200 | | 16 |
| 372275 | 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-004 | Seto, Jean | | | 200 | | 16 |
| 372275 | 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-005 | Seto, Jean | | | 200 | | 16 |
| 372275 | 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-006 | Seto, Jean | | | 200 | | 16 |
| 372275 | 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-007 | Seto, Jean | | | 200 | | |

Total Retail Sales Business Volume:                                                     2000       2000
================================================================================
Ending ----->>>     AMT LEFT     2000   AMT RIGHT     2000   STEP  1
                                        Steps Paid:                    500.00
                                        Value of Product:             -500.00
================================================================================
                                        Total Check Amount:                .00

International Heritage, Inc.
2626 Glenwood Ave, Suite 200
Raleigh, NC 27608

Welcome to the International
Heritage Team!!

Please detach the card below with
your new Representative ID number.
Use this number for all sponsor
placement, paperwork, IDCC and calls
to the home office.

Lawrence Seto
167 Mott St. Apt. 6A
New York, NY
10013

Your Representative ID is:
   1489504
Important Numbers:
IDCC 1-888-444-6242
Fax on Demand 1-800-363-4375
Home Office 1-919-571-4646
Canadian Office 1-604-...

RALEIGH APR 24 '97
04/24/97 NC RTR 276 OOR#4
U.S. POSTAGE $0.20

International Heritage, Inc.
2626 Glenwood Ave, Suite 200
Raleigh, NC 27608

Welcome to the International
Heritage Team!!

Please detach the card below with
your new Representative ID number.
Use this number for all sponsor
placement, paperwork, IDCC and calls
to the home office.

Seto Hong
167 Mott St. Apt #6A
New York , NY
    10013

Your Representative ID is:
    1489493
Important Numbers:
IDCC 1-888-444-6242
Fax on Demand 1-800-363-4375
Home Office 1-919-571-4646
Canadian Office 1-604-482-1875

---

International Heritage, Inc.
2626 Glenwood Ave, Suite 200
Raleigh, NC 27608

Welcome to the International
Heritage Team!!

Please detach the card below with
your new Representative ID number.
Use this number for all sponsor
placement, paperwork, IDCC and calls
to the home office.

Seto Tean
167 Mott St. Apt.6A
New York , NY
    10013

Your Representative ID is:
    1489500
Important Numbers:
IDCC 1-888-444-6242
Fax on Demand 1-800-363-4375
Home Office 1-919-571-4646
Canadian Office 1-604-482-1875

# INTERNATIONAL HERITAGE, INC.

INDEPENDENT RETAIL SALES REPRESENTATIVE RETAIL RECEIPT FORM

**The Independent Retail Sales Representative Retail Receipt Form is a required document for all direct product purchases and all Retail Business Agreements. If this form is not attached to a product order or Retail Business Agreement the paperwork will not be processed and will be returned to the Selling Representative.**

**PURCHASING CUSTOMER INFORMATION**

Name: Hong SeTo
Street Address: 167 Mott ST apt #6A
City/State/Zip: New York NY 10013
Home Phone: (26) 226-1301
Business Phone: ( )

**SELLING REPRESENTATIVE INFORMATION**

Name: Chen, Yi-Hong
Street Address: 88 Hester ST apt #3A
City/State/Zip: New York NY 10002
Representative ID #: 147910
Telephone: (212) 966-7312

If the purchasing customer is considering joining International Heritage as a Representative but is purchasing product(s) prior or at the time of his/her association, this prospective Representative is making a retail product purchase as a non-member. If the purchasing customer subsequently becomes associated with the Company and orders products at a later date, those products would be considered purchases for personal consumption unless they are purchased for a retail sale.

*The cancellation provisions of this receipt form apply only to the retail product purchase associated with this transaction. These cancellation provisions are unrelated to the Cash-Out option of the Retail Business Agreement (RBA).

| ITEM # | PRODUCT DESCRIPTION | QTY. | SIZE | COST | TOTAL |
|---|---|---|---|---|---|
| 4033 | 10z China Panda w/14k Bezel | 1 | | $500.- | $500.- |
| 4033 | " | " | | $500.- | $500.- |
| 4033 | " | " | | $500.- | $500.- |
| 4033 | " | " | | $500.- | $500.- |
| 4033 | " | " | | $500.- | $500.- |
| 4033 | " | " | | $500.- | $500.- |
| 4033 | " | " | | $500.- | $500.- |
| | | | | SUBTOTAL | 3,500.- |
| | | | | TAX (n/a if RBA) | |
| | | | | SHIPPING (n/a if RBA) | |
| | | | | TOTAL | 3,500.- |

**100% SATISFACTION GUARANTEE**
Thank you for your order! If for any reason you are not completely satisfied with your product selection, you may return it within 10 days after receipt for a full refund from your International Heritage Independent Retail Sales Representative.

X Hong SeTo
Purchasing Customer Signature

Date: April 6, 97

YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE NOTICE OF CANCELLATION FORM ON BACK FOR AN EXPLANATION OF THIS.

Form # 105 Revised 10/96    White: Customer    Yellow: Rep.    Pink: Company

# INTERNATIONAL HERITAGE, INC.
## INDEPENDENT RETAIL SALES REPRESENTATIVE APPLICATION

For Internal Use Only
ID#_____
Order#_____

**REPRESENTATIVE INFORMATION** (Applying Representative)

Social Security Number / Federal Tax ID#
`126320214`

Name of Representative (Last) / (First) / (Initial)
`Hong Soto`

Mailing Address (No P.O. Boxes)
`167 Mott St apt #6A`

City/Town: `New York NY`    County: ____    State: `NY`    Zip Code: `10013`

Home Phone: `212 226 1521`    Business Phone: ____    Fax Number: ____

Check one of the following:
- ☐ Development Leader  (1 Retail Business Center - does not require immediate certification)
- ☐ Development Leader 1 (3 Retail Business Centers - requires immediate certification)
- ☑ Development Leader 2 (7 Retail Business Centers - requires immediate certification)
- ☐ Other: _____

**PLACEMENT SPONSOR INFORMATION** (where this new Retail Business Center is to be placed)

Representative ID# (or Social Security # / Federal Tax ID#): `26`    EXTENSION: `007`    Left or Right (circle one): **R**

Name of Representative (Last) / (First) / (Initial)
`Chen Yi-Hung`

Home Phone: `212 966 7310`    AND/OR    Business Phone: ____    Fax Number: ____

**SPONSOR** (if different from above)
Representative ID# (or Social Security # / Federal Tax ID#): ____

Name of Sponsor (Last) / (First) / (Initial): ____

I AGREE TO THE ABOVE INDICATED INFORMATION AND AM BOUND BY THE TERMS OF THE POLICIES AND PROCEDURES MANUAL AND THE TERMS AND CONDITIONS OF THE INDEPENDENT RETAIL SALES REPRESENTATIVE AGREEMENT.

X _Hong Soto_    Date: `April 6, 97`
**Representative's Signature**

**PAYMENT OPTIONS**
A. Credit Card Authorization: (Must be filled out completely)
  ☐ MasterCard    ☐ Visa (No other credit cards accepted)
Card #_____
Expiration Date_____
Name of Cardholder_____
Signature_____
B. Certified Check/Money Order # `1615 140133`
C. Personal Check#_____
(Personal Check Acceptance Form must be attached)

Mail Certified Check or Money Order along with original to:
INTERNATIONAL HERITAGE, INC.
2626 Glenwood Ave., Suite 200 • Raleigh, NC 27608
Phone: (919) 571-4646
* Fax copies not accepted

| | |
|---|---|
| **Application Fee** | $ 0 |
| **Administrative Fee** (optional) | $ 25.00 |
| Access to: Data & Commission processing, newsletter, back office support & communications, product updates, accounting & other customary services | |
| **Retail Business Career Kit** (not for profit) | $ 100.00 |
| Start up materials, flip chart presentation, sample forms, audio/video, product catalogue, monthly planner, etc. | |
| **Career Kit State & Local Sales Tax** ___% | $ ____ |
| **Delivery Charge** | $ ____ |
| on Retail Business Career Kit (choose one) ☐ 2 Day Air $15.00  ☐ Ground $10.00 | |
| **Total** from Product Order Form, Retail Business Agreement and Sales Aids Form | $ 750 |
| **TOTAL AMOUNT ENCLOSED** | $ 775 |

Form #101 revised 10/96    White - Company    Yellow - Sponsor    Pink - Representative

# INTERNATIONAL HERITAGE, INC.
## RETAIL BUSINESS AGREEMENT

**BUYER'S INFORMATION**

Social Security Number / Federal Tax ID#
126326214

Name (Last) — Hong     (First) — Soto     (Initial)

Company Name (Contact name must be provided above)

Shipping Address (no P.O. boxes)
167 Mott St apt #6A

City/Town — New York     State — NY     Zip Code — 20013

Home Phone — 212 226 1321

Business Phone

Fax Number

Cellular/Voice

**PRODUCT INFORMATION**

| Retail Business Center | | | RBA Product Item Number (3 RBA's per Business Center max.) | | |
|---|---|---|---|---|---|
| | | | RBA 1 | RBA 2 | RBA 3 |
| 0 | 0 | 1 | 4033 | | |
| 0 | 0 | 2 | 4033 | | |
| 0 | 0 | 3 | 4033 | | |
| 0 | 0 | 4 | 4033 | | |
| 0 | 0 | 5 | 4033 | | |
| 0 | 0 | 6 | 4033 | | |
| 0 | 0 | 7 | 4033 | | |
| | | | | | |
| | | | | | |
| | | | | | |

(Check One)

☐ Development Leader  _____
(1 Retail Business Center with 60 day Cash-Out option)

☐ Development Leader One  _____
(3 Retail Business Centers Cash-Out option not available)

✓ Development Leader Two  170
(7 Retail Business Centers Cash-Out option not available)

☐ Recertification  x

☐ Other  _____

TOTAL  170

**PAYMENT OPTIONS**

**A. Credit Card Authorization:** (Must be filled out completely)
   ☐ MasterCard     ☐ Visa (no other credit card accepted)

Card # _____

Expiration Date _____

Name of Cardholder _____

Signature _____

**B. Certified Check/Money Order #** t61f11732

**C. Personal Check #** _____
(Personal Check Acceptance Form must be attached)

Mail Certified Check or Money Order along with original to:
INTERNATIONAL HERITAGE, INC.
2626 Glenwood Ave., Suite 200
Raleigh, NC 27608
Phone: (919) 571-4646
*Fax copies not accepted

I agree to the above indicated information and will be bound by the terms and conditions contained on the reverse side, the policies and procedures, and the Independent Retail Sales Representative Agreement and Handbook.

x  Hong Soto                                 April 6 97
Purchaser's Signature                        Date

White - Company     Yellow - Company     Pink - Representative

# INTERNATIONAL HERITAGE, INC.
INDEPENDENT RETAIL SALES REPRESENTATIVE RETAIL RECEIPT FORM

The Independent Retail Sales Representative Retail Receipt Form is a required document for all direct product purchases and all Retail Business Agreements. If this form is not attached to a product order or Retail Business Agreement the paperwork will not be processed and will be returned to the Selling Representative.

**PURCHASING CUSTOMER INFORMATION**

Name: Jean, Seto
Street Address: 167 Mott St apt#6A
City/State/Zip: New York, NY 10013
Home Phone: (212) 226-1321
Business Phone: ( )

**SELLING REPRESENTATIVE INFORMATION**

Name: Hong, Seto
Street Address: 167 Mott St.
City/State/Zip: New York, NY 10013
Representative ID #: 106-32-601C
Telephone: (212) 226-1321

If the purchasing customer is considering joining International Heritage as a Representative but is purchasing product(s) prior or at the time of his/her association, this prospective Representative is making a retail product purchase as a non-member. If the purchasing customer subsequently becomes associated with the Company and orders products at a later date, those products would be considered purchases for personal consumption unless they are purchased for a retail sale.

*The cancellation provisions of this receipt form apply only to the retail product purchase associated with this transaction. These cancellation provisions are unrelated to the Cash-Out option of the Retail Business Agreement (RBA).

| ITEM # | PRODUCT DESCRIPTION | QTY. | SIZE | COST | TOTAL |
|---|---|---|---|---|---|
| 4033 | 1oz China Panda w/14K Bezel | 1 | | $500.- | $500.- |
| 4033 | " | " | | $500.- | $500.- |
| 4033 | " | " | | $500.- | $500.- |
| 4033 | " | " | | $500.- | $500.- |
| 4033 | " | " | | $500.- | $500.- |
| 4033 | " | " | | $500.- | $500.- |
| 4033 | " | " | | $500.- | $500.- |
| | | | | SUBTOTAL | 3,500.- |
| | | | | TAX (n/a if RBA) | |
| | | | | SHIPPING (n/a if RBA) | |
| | | | | TOTAL | 3,500.- |

**100% SATISFACTION GUARANTEE**
Thank you for your order! If for any reason you are not completely satisfied with your product selection, you may return it within 10 days after receipt for a full refund from your International Heritage Independent Retail Sales Representative.

Purchasing Customer Signature: Jean Seto
Date: 4/07/97

YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE NOTICE OF CANCELLATION FORM ON BACK FOR AN EXPLANATION OF THIS.

Form # 105 Revised 10/96    White: Customer    Yellow: Rep.    Pink: Company

# INTERNATIONAL HERITAGE, INC.
## RETAIL BUSINESS AGREEMENT

**BUYER'S INFORMATION**

Social Security Number / Federal Tax ID#
132609607

Name (Last): Jean    (First): Seto    (Initial):

Company Name *(Contact name must be provided above)*
167 Mott ST apt #6A

Shipping Address *(no P.O. boxes)*
167 Mott ST apt #6A

City/Town: New York    State: NY    Zip Code: 10013

Home Phone: 212 226 1321

Fax Number:

Business Phone:

Cellular/Voice:

**PRODUCT INFORMATION**

| Retail Business Center | RBA Product Item Number (3 RBA's per Business Center max.) | | |
|---|---|---|---|
| | RBA 1 | RBA 2 | RBA 3 |
| 0 0 1 | 4033 | | |
| 0 0 2 | 4033 | | |
| 0 0 3 | 4033 | | |
| 0 0 4 | 4033 | | |
| 0 0 5 | 4033 | | |
| 0 0 6 | 4033 | | |
| 0 0 7 | 4033 | | |

(Check One)

☐ **Development Leader** _____
(1 Retail Business Center with 60 day Cash-Out option)

☐ **Development Leader One** _____
(3 Retail Business Centers Cash-Out option not available)

✓ **Development Leader Two** 1750
(7 Retail Business Centers Cash-Out option not available)

☐ **Recertification** _____

☐ **Other** _____

**TOTAL** 1750

**PAYMENT OPTIONS**
A. **Credit Card Authorization:** (Must be filled out completely)
☐ MasterCard ☐ Visa (no other credit card accepted)

Card #_____

Expiration Date_____

Name of Cardholder_____

Signature_____

B. **Certified Check/Money Order #** 561146349

C. **Personal Check #** _____
(Personal Check Acceptance Form must be attached)

Mail Certified Check or Money Order along with original to:
INTERNATIONAL HERITAGE, INC.
2626 Glenwood Ave., Suite 200
Raleigh, NC 27608
Phone: (919) 571-4646
*Fax copies not accepted

I agree to the above indicated information and will be bound by the terms and conditions contained on the reverse side, the policies and procedures, and the Independent Retail Sales Representative Agreement and Handbook.

Purchaser's Signature: Jean Seto    Date: 11/07/97

# INTERNATIONAL HERITAGE, INC.
## INDEPENDENT RETAIL SALES REPRESENTATIVE APPLICATION

For Internal Use Only
ID# _____
Order# _____

**REPRESENTATIVE INFORMATION** *(Applying Representative)*

Social Security Number / Federal Tax ID#: 132 60 9607

Name of Representative (Last): Jean    (First) Soto    (Initial)

Mailing Address *(No P.O. Boxes)*: 167 Mott St Apt #6A

City/Town: New York    County:    State: NY    Zip Code: 10013

Home Phone: 212 226 1321    Business Phone:

Fax Number:

Check one of the following:
- ☐ Development Leader   *(1 Retail Business Center - does not require immediate certification)*
- ☐ Development Leader 1 *(3 Retail Business Centers - requires immediate certification)*
- ☑ Development Leader 2 *(7 Retail Business Centers - requires immediate certification)*
- ☐ Other: _____

---

**PLACEMENT SPONSOR INFORMATION** *(where this new Retail Business Center is to be placed)*

Representative ID# (or Social Security # / Federal Tax ID#): 1263202 14    Number EXTENSION: 004    Left or Right (circle one): ☑L  R

Name of Representative (Last): Hong    (First) Soto    (Initial)

Home Phone: 212 226 1321    AND/OR    Business Phone:

Fax Number:

**SPONSOR** *(if different from above)*

Representative ID# (or Social Security # / Federal Tax ID#):

Name of Sponsor (Last):    (First)    (Initial)

---

I AGREE TO THE ABOVE INDICATED INFORMATION AND AM BOUND BY THE TERMS OF THE POLICIES AND PROCEDURES MANUAL AND THE TERMS AND CONDITIONS OF THE INDEPENDENT RETAIL SALES REPRESENTATIVE AGREEMENT.

Representative's Signature: Jean Soto    Date: 4/7/97

**PAYMENT OPTIONS**
A. Credit Card Authorization: (Must be filled out completely)
   ☐ MasterCard    ☐ Visa (No other credit cards accepted)
Card #: _____
Expiration Date: _____
Name of Cardholder: _____
Signature: _____
B. Certified Check/Money Order # t615662 7
C. Personal Check# _____
   (Personal Check Acceptance Form must be attached)

Mail Certified Check or Money Order along with original to:
INTERNATIONAL HERITAGE, INC.
2626 Glenwood Ave., Suite 200 • Raleigh, NC 27608
Phone: (919) 571-4646
* Fax copies not accepted

Application Fee    $ 0
Administrative Fee (optional)    $ 25.00
   Access to: Data & Commission processing, news-
   letter, back office support & communications, product
   updates, accounting & other customary services

Retail Business Career Kit (not for profit)    $ 100.00
   Start up materials, flip chart presentation,
   sample forms, audio/video, product catalogue,
   monthly planner, etc.

Career Kit State & Local Sales Tax ___%    $ 150

Delivery Charge    $ _____
   on Retail Business Career Kit (choose one)
   ☐ 2 Day Air $15.00  ☐ Ground $10.00

Total from Product Order Form, Retail    $ 150
   Business Agreement and Sales Aids Form

TOTAL AMOUNT ENCLOSED    $ 225

Form #101 revised 10/96    White - Company    Yellow - Sponsor    Pink - Representative

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN THE MATTER OF:                                              CASE NUMBER:

INTERNATIONAL HERITAGE, INC.                                   98-02675-5-ATS
INTERNATIONAL HERITAGE, INCORPORATED                           98-02674-5-ATS
                                    Debtors

NOTICE OF CASE MANAGEMENT PROCEDURE

   Due to the size, complexity and number of creditors in these cases, the court has established a case management procedure as follows:

1.       **LIMITING NOTICE.** Bankruptcy Rule 2002(l) authorizes the court to order that notices be made by publication if notice by mail is impracticable. In this case there are over 190,000 creditors and notice to all creditors of future matters may be impracticable. In the future, **in lieu of notice by mail**, notice will be given in three ways: (1) - notices will be posted the court's web page shown in paragraph 3 below; (2) - notices will be available by calling toll free 1-888-895-8385; (3) - a creditor may receive notices by E-mail if the creditor notifies the trustee by first-class mail in writing at the trustee's address in paragraph 2 below that the creditor wishes to receive notices by E-mail address and the notification by the creditor includes the creditor's name, mail address, telephone number and E-mail address.

2.       **TRUSTEE.** The trustee appointed in this case is **HOLMES P. HARDEN, P. O. BOX 17169, RALEIGH, NC 27619, TELEPHONE NUMBER (919) 981-4033.** Case status updates may be obtained by calling toll free 1-888-895-8385.

3        **COURT'S WEB PAGE.** The trustee will provide updates on the progress of the case which will be posted on the court's web page at:         **www.nceb.uscourts.gov**

4.       **MEETING OF CREDITORS.** The meeting of creditors called pursuant to 11 U.S.C. § 341(a) will be held at the location on the date and time specified in the attached notice. Since space is limited, an ancillary site in Room 208, second floor, in the courthouse will be used for closed-circuit viewing of the meeting. Questioning by creditors may be limited by time constraints. To facilitate the expeditious questioning of the debtor, creditors should submit written questions in advance to the trustee.

   A transcript or summary of the meeting of creditors may be available on the Court's web site within 30 days following the conclusion of the meeting.

5.       **FILING OF PROOFS OF CLAIM.** Two cases have been filed, International Heritage, Inc., 98-02675-5-ATS and International Heritage, Incorporated, 98-02674-5-ATS. The only case that has been identified as having assets that may provide funds available for distribution in the future is INTERNATIONAL HERITAGE, INC. , 98-02675-5-ATS. **This is the only case in which you are being requested to file a proof of claim.**

   **DO NOT file a proof of claim at this time in INTERNATIONAL HERITAGE, INCORPORATED, 98-02674-5-ATS.** Filing of unrequested proofs of claim complicates administration of the cases, takes time away from the trustee, his staff, and the court that could be more productively used to administer the assets of INTERNATIONAL HERITAGE, INC., 98-02675-5-ATS. In the future, if assets are discovered in International Heritage, Incorporated, which would be available for distribution, you will be notified to file a proof of claim in that case and a form will be provided at that time.

018434

FORM B9D (Chapter 7 Corporation/Partnership Asset Case)(9/97)    Case Number **98-02675-5-ATS**

## UNITED STATES BANKRUPTCY COURT
### Eastern District of North Carolina

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor corporation listed below was filed on November 25, 1998.

You may be a creditor of the debtor. **This notice lists important deadlines**. You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor (name(s) and address):
INTERNATIONAL HERITAGE, INC.

2626 GLENWOOD AVE., #200
RALEIGH, NC 27608

| Case Number: | Taxpayer ID Nos.: |
|---|---|
| 98-02675-5-ATS | 56-1921093 |

| Attorney for Debtor (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Terri L. Gardner | Holmes P. Harden |
| Smith, Debnam, Hibbert & Pahl | P.O. Box 17169 |
| P. O. Box 26268 | Raleigh, NC 27619 |
| Raleigh, NC 27611-6268 | |
| Telephone number: (919) 250-2000 | Telephone number: (919) 981-4033 |

### Meeting of Creditors:

Date:   **December 30, 1998**    Time:   **9:30 A.M.**

Location:   USBA Meeting Rm, Room 443, Century Station Bldg, 300 Fayetteville St, Raleigh, NC

### Deadline to File a Proof of Claim:

Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:
For all creditors (except a governmental unit): March 8, 1999          For a governmental unit: May 24, 1999

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| CLERK, U.S. BANKRUPTCY COURT | Clerk of the Bankruptcy Court: |
| POST OFFICE BOX 1441 | Peggy B. Deans |
| RALEIGH, N.C. 27602-1441 | |
| Telephone number: (919)856-4752 | |
| Hours Open: | Date: |
| 8:30 a.m. - 4:30 p.m. | December 3, 1998 |

018434

FORM B9D (Chapter 7 Corporation/Partnership Asset Case)(9/97)                    Case Number **98-02675-5-ATS**

# UNITED STATES BANKRUPTCY COURT
### Eastern District of North Carolina

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor corporation listed below was filed on November 25, 1998.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor (name(s) and address):
INTERNATIONAL HERITAGE, INC.

2626 GLENWOOD AVE., #200
RALEIGH, NC 27608

| Case Number:<br>98-02675-5-ATS | Taxpayer ID Nos.:<br>56-1921093 |
|---|---|
| Attorney for Debtor (name and address):<br>Terri L. Gardner<br>Smith, Debnam, Hibbert & Pahl<br>P. O. Box 26268<br>Raleigh, NC 27611-6268<br>Telephone number: (919) 250-2000 | Bankruptcy Trustee (name and address):<br>Holmes P. Harden<br>P.O. Box 17169<br>Raleigh, NC 27619<br><br>Telephone number: (919) 981-4033 |

### Meeting of Creditors:

Date:       **December 30, 1998**       Time:       **9:30 A.M.**

Location:       USBA Meeting Rm, Room 443, Century Station Bldg, 300 Fayetteville St, Raleigh, NC

### Deadline to File a Proof of Claim:

Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:
For all creditors (except a governmental unit): March 8, 1999          For a governmental unit: May 24, 1999

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

| **Address of the Bankruptcy Clerk's Office:**<br>CLERK, U.S. BANKRUPTCY COURT<br>POST OFFICE BOX 1441<br>RALEIGH, N.C. 27602-1441<br>      Telephone number: (919)856-4752 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Peggy B. Deans |
|---|---|
| Hours Open:<br>8:30 a.m. - 4:30 p.m. | Date:<br>December 3, 1998 |

018435

FORM B9D (Chapter 7 Corporation/Partnership Asset Case)(9/97)     Case Number **98-02675-5-ATS**

# UNITED STATES BANKRUPTCY COURT
## Eastern District of North Carolina

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor corporation listed below was filed on November 25, 1998.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor (name(s) and address):
INTERNATIONAL HERITAGE, INC.

2626 GLENWOOD AVE., #200
RALEIGH, NC 27608

| Case Number:<br>98-02675-5-ATS | Taxpayer ID Nos.:<br>56-1921093 |
|---|---|
| Attorney for Debtor (name and address):<br>Terri L. Gardner<br>Smith, Debnam, Hibbert & Pahl<br>P. O. Box 26268<br>Raleigh, NC 27611-6268<br>Telephone number: (919) 250-2000 | Bankruptcy Trustee (name and address):<br>Holmes P. Harden<br>P.O. Box 17169<br>Raleigh, NC 27619<br><br>Telephone number: (919) 981-4033 |

## Meeting of Creditors:

Date:     **December 30, 1998**     Time:     **9:30 A.M.**

Location:     **USBA Meeting Rm, Room 443, Century Station Bldg, 300 Fayetteville St, Raleigh, NC**

## Deadline to File a Proof of Claim:

Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:
For all creditors (except a governmental unit): March 8, 1999     For a governmental unit: May 24, 1999

## Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

| Address of the Bankruptcy Clerk's Office:<br>CLERK, U.S. BANKRUPTCY COURT<br>POST OFFICE BOX 1441<br>RALEIGH, N.C. 27602-1441<br>    Telephone number: (919)856-4752 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Peggy B. Deans |
|---|---|
| Hours Open:<br>8:30 a.m. - 4:30 p.m. | Date:<br>December 3, 1998 |

018433

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN THE MATTER OF:                                     CASE NUMBER:

INTERNATIONAL HERITAGE, INC.                          98-02675-5-ATS
INTERNATIONAL HERITAGE, INCORPORATED                  98-02674-5-ATS
                          Debtors

NOTICE OF CASE MANAGEMENT PROCEDURE

Due to the size, complexity and number of creditors in these cases, the court has established a case management procedure as follows:

1.   **LIMITING NOTICE.** Bankruptcy Rule 2002(l) authorizes the court to order that notices be made by publication if notice by mail is impracticable. In this case there are over 190,000 creditors and notice to all creditors of future matters may be impracticable. In the future, **in lieu of notice by mail**, notice will be given in three ways: (1) - notices will be posted the court's web page shown in paragraph 3 below; (2) - notices will be available by calling toll free 1-888-895-8385; (3) - a creditor may receive notices by E-mail if the creditor notifies the trustee by first-class mail in writing at the trustee's address in paragraph 2 below that the creditor wishes to receive notices by E-mail address and the notification by the creditor includes the creditor's name, mail address, telephone number and E-mail address.

2.   **TRUSTEE.** The trustee appointed in this case is **HOLMES P. HARDEN, P. O. BOX 17169, RALEIGH, NC 27619, TELEPHONE NUMBER (919) 981-4033.** Case status updates may be obtained by calling toll free 1-888-895-8385.

3.   **COURT'S WEB PAGE.** The trustee will provide updates on the progress of the case which will be posted on the court's web page at:     **www.nceb.uscourts.gov**

4.   **MEETING OF CREDITORS.** The meeting of creditors called pursuant to 11 U.S.C. § 341(a) will be held at the location on the date and time specified in the attached notice. Since space is limited, an ancillary site in Room 208, second floor, in the courthouse will be used for closed-circuit viewing of the meeting. Questioning by creditors may be limited by time constraints. To facilitate the expeditious questioning of the debtor, creditors should submit written questions in advance to the trustee.

A transcript or summary of the meeting of creditors may be available on the Court's web site within 30 days following the conclusion of the meeting.

5.   **FILING OF PROOFS OF CLAIM.** Two cases have been filed, International Heritage, Inc., 98-02675-5-ATS and International Heritage, Incorporated, 98-02674-5-ATS. The only case that has been identified as having assets that may provide funds available for distribution in the future is INTERNATIONAL HERITAGE, INC. , 98-02675-5-ATS. **This is the only case in which you are being requested to file a proof of claim.**

**DO NOT file a proof of claim at this time in INTERNATIONAL HERITAGE, INCORPORATED, 98-02674-5-ATS.** Filing of unrequested proofs of claim complicates administration of the cases, takes time away from the trustee, his staff, and the court that could be more productively used to administer the assets of INTERNATIONAL HERITAGE, INC., 98-02675-5-ATS. In the future, if assets are discovered in International Heritage, Incorporated, which would be available for distribution, you will be notified to file a proof of claim in that case and a form will be provided at that time.

018434

FORM B9D (Chapter 7 Corporation/Partnership Asset Case)(9/97)  Case Number **98-02675-5-ATS**

# UNITED STATES BANKRUPTCY COURT
## Eastern District of North Carolina

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor corporation listed below was filed on November 25, 1998.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor (name(s) and address):
INTERNATIONAL HERITAGE, INC.

2626 GLENWOOD AVE., #200
RALEIGH, NC 27608

| Case Number: | Taxpayer ID Nos.: |
|---|---|
| 98-02675-5-ATS | 56-1921093 |

| Attorney for Debtor (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Terri L. Gardner<br>Smith, Debnam, Hibbert & Pahl<br>P. O. Box 26268<br>Raleigh, NC 27611-6268<br>Telephone number: (919) 250-2000 | Holmes P. Harden<br>P.O. Box 17169<br>Raleigh, NC 27619<br><br>Telephone number: (919) 981-4033 |

### Meeting of Creditors:

Date: **December 30, 1998**   Time: **9:30 A.M.**

Location: USBA Meeting Rm, Room 443, Century Station Bldg, 300 Fayetteville St, Raleigh, NC

### Deadline to File a Proof of Claim:

Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:
For all creditors (except a governmental unit): March 8, 1999        For a governmental unit: May 24, 1999

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| CLERK, U.S. BANKRUPTCY COURT<br>POST OFFICE BOX 1441<br>RALEIGH, N.C. 27602-1441<br>   Telephone number: (919)856-4752 | Clerk of the Bankruptcy Court:<br>Peggy B. Deans |
| Hours Open:<br>8:30 a.m. - 4:30 p.m. | Date:<br>December 3, 1998 |

018434

FORM B9D (Chapter 7 Corporation/Partnership Asset Case)(9/97)    Case Number **98-02675-5-ATS**

# UNITED STATES BANKRUPTCY COURT
## Eastern District of North Carolina

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor corporation listed below was filed on November 25, 1998.

**You may be a creditor of the debtor. This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor (name(s) and address):
INTERNATIONAL HERITAGE, INC.

2626 GLENWOOD AVE., #200
RALEIGH, NC 27608

| Case Number: | Taxpayer ID Nos.: |
|---|---|
| 98-02675-5-ATS | 56-1921093 |

| Attorney for Debtor (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Terri L. Gardner | Holmes P. Harden |
| Smith, Debnam, Hibbert & Pahl | P.O. Box 17169 |
| P. O. Box 26268 | Raleigh, NC 27619 |
| Raleigh, NC 27611-6268 | |
| Telephone number: (919) 250-2000 | Telephone number: (919) 981-4033 |

### Meeting of Creditors:

Date:    **December 30, 1998**    Time:    **9:30 A.M.**

Location:    USBA Meeting Rm, Room 443, Century Station Bldg, 300 Fayetteville St, Raleigh, NC

### Deadline to File a Proof of Claim:

Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:
For all creditors (except a governmental unit): March 8, 1999    For a governmental unit: May 24, 1999

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| CLERK, U.S. BANKRUPTCY COURT | Clerk of the Bankruptcy Court: |
| POST OFFICE BOX 1441 | Peggy B. Deans |
| RALEIGH, N.C. 27602-1441 | |
| Telephone number: (919)856-4752 | |
| **Hours Open:** | **Date:** |
| 8:30 a.m. - 4:30 p.m. | December 3, 1998 |

018435

FORM B9D (Chapter 7 Corporation/Partnership Asset Case)(9/97)                                        Case Number 98-02675-5-ATS

# UNITED STATES BANKRUPTCY COURT
### Eastern District of North Carolina

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor corporation listed below was filed on November 25, 1998.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor (name(s) and address):
INTERNATIONAL HERITAGE, INC.

2626 GLENWOOD AVE., #200
RALEIGH, NC 27608

| Case Number: | Taxpayer ID Nos.: |
|---|---|
| 98-02675-5-ATS | 56-1921093 |
| **Attorney for Debtor (name and address):**<br>Terri L. Gardner<br>Smith, Debnam, Hibbert & Pahl<br>P. O. Box 26268<br>Raleigh, NC 27611-6268<br>Telephone number: (919) 250-2000 | **Bankruptcy Trustee (name and address):**<br>Holmes P. Harden<br>P.O. Box 17169<br>Raleigh, NC 27619<br><br>Telephone number: (919) 981-4033 |

## Meeting of Creditors:

Date:     **December 30, 1998**          Time:     **9:30 A.M.**

Location:     USBA Meeting Rm, Room 443, Century Station Bldg, 300 Fayetteville St, Raleigh, NC

## Deadline to File a Proof of Claim:

Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:
For all creditors (except a governmental unit): March 8, 1999           For a governmental unit: May 24, 1999

## Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

| **Address of the Bankruptcy Clerk's Office:**<br>CLERK, U.S. BANKRUPTCY COURT<br>POST OFFICE BOX 1441<br>RALEIGH, N.C. 27602-1441<br>Telephone number: (919)856-4752 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Peggy B. Deans |
|---|---|
| Hours Open:<br>8:30 a.m. - 4:30 p.m. | Date:<br>December 3, 1998 |

018433