Mr. Wayne Thorhaug
Box 312
Willow Bunch, Sask.
S0H 4K0

**FILED**

NOV 27 2007

PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

November 13, 2007

Clerk
U.S. Bankruptcy Court
P.O. Box 1441
Raleigh, North Carolina
27602-1441

      Re:  International Heritage Inc.
      (Case No:  98-02675-5-ATS)

Dear Sir:

I am writing to object to the trustee's request of denial.  We purchased a product and did not receive said product and feel we should definitely be compensated.  $901.55 is a substantial amount and is definitely important to me and my family.  I feel I have been misled and cheated and feel I deserve to be reimbursed.

I am _not_ requesting a hearing as it is simply too costly for me to attend.  I request that you please take my letter into consideration.  I thank you for your attention in this matter.

Yours truly,

*Wayne Thorhaug*

Mr. Wayne Thorhaug
Box 312
Willow Bunch, Sask.  Canada
S0H 4K0


Cc:  Holmes P. Harden
Trustee for IHI
Box 536
Benson, North Carolina
27504

0001 0006225 00000000 001 001 06225 INS: 0 0

WAYNE THORHAUG
8 AVENUE G
WILLOW BUNCH, SK S0H 4K0

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: <br> INTERNATIONAL HERITAGE, INC. <br> Debtor. | CASE NO: 98-02675-5-ATS <br><br> CHAPTER 7 |

## NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: **Claimant appears to be a creditor of IHI of Canada, not the debtor. Trustee requests denial of claim.**

You should read this objection carefully and discuss it with your attorney if you have one. **ANY CORRESPONDENCE MUST BE IN WRITING.** Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the **CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice**, the relief requested by the Trustee may be granted without hearing or further notice. If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina. **Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.**

Dated: October 26, 2007

BY:/s/ Holmes P. Harden
Holmes P. Harden, Trustee



Form H9778 v.0.02