A.D. Baylor
230 Daleshire Pl.
Montgomery, Al. 36117

11/23/07

FILED
NOV 27 2007
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

To whom it might Concern,

    Attached you will find a letter that I was sent to International Heritage, Inc. on March 6, 1998. I was requesting my money back which I have not received to this date. Your letter indicated the amount that I paid.

    My address is now 230 Daleshire Pl. Montgomery, Alabama, 36117. If you need anyothers information please let me know.

    Also attached is a letter that I received from IHI indicating that I had paid them the money that they requested.

Thanks

[signature]

ARTHUR BAYLOR
3414 MOBILE DRIVE
MONTGOMERY, ALABAMA   36108

(H) 334-264-4487
(W) 334-241-2670

March 6, 1998

International Heritage, Inc.
2626 Glenwood Avenue, Suite 200
Raleigh, North Carolina   27608

Attention:   Compliance Department

On or about June 19, 1997, I entered into a Retail Business Agreement with International Heritage.  Several weeks after I received my kit, and after reviewing the contents I solicited the help of another representative, Tommy Logan, #001492438, to train me to the point I might feel comfortable extending this opportunity to someone else.  After several weeks of educating myself, I was ready to proceed in getting "my two" and so on. It was then I was told that the program, its compensation and some of its products were about to change radically.  As I went to a weekly meeting, I found that I was going to have to work significantly more for less money.  This is not what I signed up for.  I was not deceived but feel that I have no hope in signing up any of my friends as the program is not attractive enough for my circle of acquaintances.  I never had any intentions of going beyond my area of influence and IHI should not, in good faith, expect me to do more than I originally agreed to do.  I have not used anything in my kit, so I will gladly return it to the company.

With this having been stated, I am officially requesting my money back.  I look forward to your speedy reply, as I wish to resolve this issue in an expedient manner.

Sincerely,

*Arthur Baylor*
Arthur Baylor
SS# ▓▓▓▓▓
Representative ID# 1521487

/ADB



INTERNATIONAL HERITAGE
INCORPORATED

3/9/98

Arthur Baylor
3414 Mobile Dr.
Montgomery, AL 36108

Dear Arthur Baylor:

We are in receipt of your letter dated 3/9/98 regarding a cash out request. Currently, the Cash Out Department is reviewing your request. This review may take up to 30 days. Once the review is completed someone from our department will be contacting you. Thank you for your patience.

Sincerely,

Nicole Artis, Supervisor
Cash Out Department
International Heritage, Inc.