Gary L. Bisbey
31698 S Skagit Hwy.
Sedro Woolley, WA   98284

FILED
NOV 2 7 2007
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

November 20, 2007

Clerk
U.S. Bankruptcy Court
P.O. Box 1441
Raleigh, NC   27602-1441

RE:   International Heritage, Inc.
         Case No:  98-02675-5-ATS
         Chapter 7

         Claim No:  003341
         Amount:  $49,771.00

Dear People:

I am writing asking for further consideration of lost wages from International Heritage Incorporated. I will itemize this for you. $23,271 in lost weekly wages; $19,000 unpaid wages for Pin Rank---one month of Presidential Director @$1500 and seven months of Ambassador @$2500; $7,500 unpaid Flex Plan wages for consumables. Plus, I had purchased products which I did not receive.

However, I realize that I do not have written proof of most of these lost wages, but put them on my list as they compiled. Therefore I am requesting the $4,300 of wages earned within 90 days before the bankruptcy filing. I am submitting copies of my 1998 calendar as proof for months September and October which show some of my earnings, more than the allowed $4,300. Please note the Friday columns. Week 36, or September 4th shows G (Gary 01) which made $2,500; week 40, or October 2nd, 01-G (Gary) $2,500; week 42 G (Gary 01) $2,500. I actually made more, but the way it is written I can understand it, but you cannot. I swear that this calendar is authentic and has been kept intact since September of 1998. Information was collected from IDCC, our International Heritage Incorporated communication system. We were able to listen to how much our earnings were for each center we had week by week. I did this and recorded it on my calendar.

Thank you for your time,

*Gary Bisbey* (signature)
Gary Bisbey

Cc: Holmes P. Harden, Trustee for IHI; P.O. Box 536; Benson, NC   27504





## October 1998 — Near Cynthiana, Kentucky

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | 1 Annual Mtg Dinner 7:30 | 2 (40) 2500 oi-G FKO 750 2o3 "FKO Jendersy" | 3 |
| 4 — Fire Prevention Week, 4-10 | 5 Full Moon | 6 | 7 | 8 | 9 (41) 2500 warra 1123 1000 oi18 1000 w -494 prod. | 10 Brendon 2500 |
| 11 | 12 Columbus Day Observed / Thanksgiving Day (Canada) / Last Quarter | 13 Brendon Gary & Dave N. Dak | 14 N. Dakota | 15 N. Dakota | 16 (42) GOT 2500 Pd# Brendon-S. Dakota Medford Leif Erikson Day / Fire Prevention Day | 17 S. Dakota BH Brendon 2500 Coos Bay |
| 18 | 19 Revolutionary War Ended, 1781 | 20 Girl Mtg So Gunn | 21 | 22 Gain Mpio – Olympic Bcn | 23 (43) Leave Bahamas Brendan 2500 | 24 Bahamas |
| 25 Bahamas Daylight Saving Time Ends | 26 Bahamas | 27 Bahamas | 28 Bahamas Return New Moon | 29 George & Staff here 3:00 | 30 (44) Brian BEER 2:30 here Bay 6:00 Coos Bay | 31 Everett United Nations Day / Halloween |

West Jet 800-538-5696 403-250-5839

Holmes P. Harden, Trustee for IHI  
P.O. Box 536  
Benson, NC 27504

Claim No.: 003341  
Amount: $49,771.00

0001 0000156 00000000 001 001 00156 INS: 0 0

GARY L. BISBEY  
31698 S. SKAGIT HWY  
SEDRO-WOOLLEY, WA 98284

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF NORTH CAROLINA  
RALEIGH DIVISION

IN RE:  
INTERNATIONAL HERITAGE, INC.  
Debtor.

CASE NO: 98-02675-5-ATS

CHAPTER 7

### NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: **The legal basis for your claim is unclear and/or there is no documentation attached to your claim or the attached documentation does not substantiate the amount claimed. Trustee requests denial of claim.**

You should read this objection carefully and discuss it with your attorney if you have one. ANY CORRESPONDENCE MUST BE IN WRITING. Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice, the relief requested by the Trustee may be granted without hearing or further notice. If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina. Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.

Dated:  October 26, 2007

BY:/s/ Holmes P. Harden  
Holmes P. Harden, Trustee

Form H9771 v.0.02

