Wendy J. Bisbey Ethington
31698 S Skagit Hwy.
Sedro Woolley, WA  98284

**FILED**

**NOV 2 7 2007**

PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

November 20, 2007

Clerk
U.S. Bankruptcy Court
P.O. Box 1441
Raleigh, NC  27602-1441

RE:  International Heritage, Inc.
       Case No.: 98-02675-5-ATS
       Chapter 7
       Claim No.: 003343
       Amount:  $14,850.00

Dear People:

I am writing to ask for reconsideration of lost wages from International Heritage Incorporated.  Following is an itemization of my lost wages:  $10,500 in weekly wages; $3,000 lost wages for Pin Rank—six months at Director @$500 per month; $1,350 wages not paid for the Flex Plan for consumables sold.  I also did not receive products which I had paid for.

I realize that written proof is needed for lost wages and that I only have my compiled list of unpaid earnings which I kept track of week to week.  Therefore, I am requesting the $4,300 of wages earned within 90 days before the bankruptcy filing.  I am submitting copies of my parents' calendar of 1998 as proof of wages, more than the allowed $4,300.  My wages are written in the Friday column.  Please note week 39, September 25th, Wendy $2,500; week 41, October 9th, Wendy $2500.  I swear that this calendar is authentic and has been kept intact since September of 1998.  Information was collected from IDCC, our International Heritage Incorporated communication system.  We were able to listen to how much our earnings were for each center we had week to week.  My mother listened to my information weekly and recorded it on her calendar.

Thank you very much,

*Wendy J. Bisbey Ethington*
Wendy Bisbey Ethington

Cc:  Holmes P. Harden, Trustee for IHI; P.O. Box 536; Benson, NC  27504



September 1998 — Blue Ridge Parkway, Peaks of Otter, Virginia



Holmes P. Harden, Trustee for IHI
P.O. Box 536
Benson, NC 27504

Claim No.: 003343
Amount: $14,850.00

0001 0000154 00000000 001 001 00154 INS: 0 0

WENDY J. BISBEY
31698 S. SKAGIT HWY
SEDRO-WOOLLEY, WA 98284

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:
INTERNATIONAL HERITAGE, INC.
Debtor.

CASE NO: 98-02675-5-ATS

CHAPTER 7

### NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: **The legal basis for your claim is unclear and/or there is no documentation attached to your claim or the attached documentation does not substantiate the amount claimed. Trustee requests denial of claim.**

You should read this objection carefully and discuss it with your attorney if you have one. ANY CORRESPONDENCE MUST BE IN WRITING. Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice, the relief requested by the Trustee may be granted without hearing or further notice. If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina. Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.

Dated: October 26, 2007

BY:/s/ Holmes P. Harden
Holmes P. Harden, Trustee

Form H9771 v.0.02

