Valorie Bisbey
31698 S Skagit Hwy.
Sedro Woolley, WA   98284

**FILED**
**NOV 27 2007**
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

November 20, 2007

Clerk
U.S. Bankruptcy Court
P.O. Box 1441
Raleigh, NC   27602-1441

RE:   International Heritage, Inc.
        Case No.: 98-92675-5-ATS
        Chapter 7
        Claim No.: 003338
        Amount: $1,000

I am writing for reconsideration of wages for my defunct company, FiberKraft Dezines, dba Valorie Bisbey.  Please note that all correspondence should now be to Valorie Bisbey.  I had lost weekly wages of $1,000.  However, I only have written proof on my calendar of 1998 for $750.  I had bought products also, but have no written proof.  Therefore I am requesting $750 of lost wages earned within 90 days before the bankruptcy filing.  I am submitting a copy of my 1998 calendar as proof of wages.  Please note week 40, October 2nd.... FKD (FiberKraft Dezines) $750 for levels 2 and 3.

Information was collected from IDCC, our International Heritage Incorporated communication system.  We were able to listen to how much our earnings were for each week.  I listened to this weekly and recorded it on my calendar.  I swear that this calendar is authentic and intact since October of 1998.

Most sincerely,

*Valorie Bisbey*
Valorie Bisbey

Cc:  Holmes P. Harden, Trustee for IHI; P.O. Box 536; Benson, NC   27504



# October 1998
Near Cynthiana, Kentucky

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | 1 Dinner Sunday 7:20 | 2 ㊵ 2500 oil-G FKD 750 2x3 "FKD Sunday" | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 ㊶ 2500 Wendi 1:30 1000 oil-G 1000 W. —494 prod. | 10 Brendan 2500 |
| 11 Fire Prevention Week, 4-10 | 12 Full Moon | 13 Brendan Gary/Jo N. Baja | 14 N. Dakota | 15 N. Dakota | 16 ㊷ -Go! 2500 Pot H Brendan-S.Dallao Medford Leif Erikson Day Fire Prevention Day | 17 S. Dakota BF Brendan 2500 Coos Bay |
| 18 | 19 Columbus Day Observed Thanksgiving Day (Canada) Last Quarter | 20 Gary mtg sq gunn mtg | 21 Govt. Olympic Bar | 22 | 23 ㊸ Leave Bahamas | 24 Bahamas Brendan 2500 |
| 25 Bahamas | 26 Bahamas | 27 Bahamas New Moon | 28 Bahamas Return | 29 George & Stair here 3:00 | 30 ㊹ Brian Sears 2:30 Hartford 6:00 Coos Bay call | 31 Everett Halloween |

Revolutionary War Ended, 1781

SEPTEMBER
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

NOVEMBER
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

WestJet
800-538-5696
403-250-5839

Holmes P. Harden, Trustee for IHI  
P.O. Box 536  
Benson, NC 27504

Claim No.: 003338  
Amount: $1,000.00

0001 0000157 00000000 001 001 00157 INS: 0 0

FIBERKRAFT DEZINES  
31698 S. SKAGIT HWY  
SEDRO WOOLLEY, WA 98284

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF NORTH CAROLINA  
RALEIGH DIVISION

IN RE:  
INTERNATIONAL HERITAGE, INC.  
Debtor.

CASE NO: 98-02675-5-ATS

CHAPTER 7

## NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: **The legal basis for your claim is unclear and/or there is no documentation attached to your claim or the attached documentation does not substantiate the amount claimed. Trustee requests denial of claim.**

You should read this objection carefully and discuss it with your attorney if you have one. ANY CORRESPONDENCE MUST BE IN WRITING. Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice, the relief requested by the Trustee may be granted without hearing or further notice. **If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina. Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.**

Dated: October 26, 2007

BY:/s/ Holmes P. Harden  
Holmes P. Harden, Trustee

Form H9771 v.0.02

