**CM/ECF**
**PDF FILE WITH AUDIO FILE ATTACHMENT**

Total Page Count: 1

Printed: Wednesday, November 28, 2007    08:52:35 AM
Application: CM/ECF AUDIO INTERFACE : 2007.10.17.4

| | |
|---|---|
| Office : | 5 |
| Case Type : | BK |
| Case Number : | 98-02675 |
| Debtor : | Inc. International Herita |
| Session Name : | 2007-11-27ats |
| Session Sequence : | 0006 |
| Session Date\Time : | 11/27/2007 1:06:43 PM |
| Audio File Name : | 5-BK-98-02675-2007-11-27ats-0006.mp3 |
| Audio File Size : | 331 KB |
| Audio Run Time : | [00:02:45] (hh:mm:ss) |