November 25, 2007

**FILED**
NOV 2 8 2007
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

Clerk U.S. Bankruptcy Court
P.O. Box 1441
Raleigh, NC 27602-1441

RE: Case No. 98-02675-5-ATS
      International Heritage

In response to your letter dated October 26, 2007 we have just received your letter due to a change of address, please change all future correspondence to our current address of:

   Douglas L. Renfroe
   108 Devonport Cr.
   Raymond, MS 39154

Also, can you send mean explanation as to how the amount of $ 1897.00 was arrived at since we had invested over $ 13,000.00.

Thank you for your assistance,

*[signature]*
Douglas L. Renfroe

Cc: Holmes P. Harden
     Trustee for IHI
     P.O. Box 536
     Benson, NC 27504