L. Ray Richardson
4067 Main Street
Greenwood, CA 95635-9209

**FILED**

NOV 2 8 2007

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

Claim No.: 015422
Amount:    $750.00

HOLMES P. HARDEN, TRUSTEE for IHI
P.O. BOX 536
BENSON, NC 27504

RE:   CLAIM NO:   015422
      AMOUNT:     $750.00
      CASE NO:    98-02675-5-ATS

TO WHOM IT MAY CONCERN:

My investment claim began in late 1996 continuing into early 1997; with some people I met in a trailer park where we lived Albuquerque, New Mexico. The $750.00 paid to these investment people was going to be our second chance. Because I had recently been given a buy-out from my previous employer in Sacramento California. We had to give up our home to a loan company. So my wife and I moved to Albuquerque, New Mexico and started our lives over.

As our lives began to look up once again we moved out of the trailer park into a house located in Rio Rancho, NM. The investment people called me into the early part of 1997 to inform us the company was have financial problems. I was left with the impression the home office would be making contact. That was the last I ever heard.

My mother's health became very bad, so we moved back to California in September of 1997. Here we are in Greenwood, CA in the year of 2007, ten/eleven years later, and you want me to find proof of a BAD investment. I guess I lost here too.

I have been on the road on a business trip for about six weeks. When I finally opened the last hand full of mail discovering your letter of: **NOTICE OF OBJECTION TO CLAIM.** Dated October 26 and requesting a timely response, I didn't have enough time to respond within the 30-day request.

The "NOTICE" does not have a phone or fax number to make contact nor did it come registered.

You may call my home phone  530 – 885 - 2397

Thank you,

*[signature: Ray Richardson]*

L. Ray Richardson

Holmes P. Harden, Trustee for IHI  
P.O. Box 536  
Benson, NC 27504

Claim No.: 015422  
Amount: $750.00

0001 0004094 00000000 001 001 04094 INS: 0 0

L. RAY RICHARDSON  
4067 MAIN ST.  
GREENWOOD, CA 95635-9209

### IN THE UNITED STATES BANKRUPTCY COURT  
### FOR THE EASTERN DISTRICT OF NORTH CAROLINA  
### RALEIGH DIVISION

IN RE:  
INTERNATIONAL HERITAGE, INC.  
Debtor.

CASE NO: 98-02675-5-ATS

CHAPTER 7

### NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: **The legal basis for your claim is unclear and/or there is no documentation attached to your claim or the attached documentation does not substantiate the amount claimed. Trustee requests denial of claim.**

You should read this objection carefully and discuss it with your attorney if you have one. **ANY CORRESPONDENCE MUST BE IN WRITING. Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.**

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice, the relief requested by the Trustee may be granted without hearing or further notice. **If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina.** Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.

Dated: October 26, 2007

BY:/s/ **Holmes P. Harden**  
**Holmes P. Harden, Trustee**

Form H9771 v.0.02

