Deborah A. Broughton
499 Campbellville Rd.,
RR#2 Campbellville, Ontario,
Canada, L0P1B0
905-659-3574
email – equestriandreams@mdswireless.com

FILED

NOV 2 9 2007

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

To: Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC. 27504

Re: Claim # 008772
Amount $20,000.00
Case No. 98-02675-5-ATS
Chapter 7
International Heritage Inc., Debtor.

Copy to: Clerk, U.S. Bankruptcy Court,
P.O. Box 1441, Raleigh, North Carolina,
27602-1441


To Whom It May Concern:

I gave my money to IHI in good faith and being promised a return on my investment. Now I am told that because of Government intervention I have lost my investment. If this company was originally investigated as an illegal MLM operation, then why are they (the operators of the company) not responsible to return my money and instead file bankruptcy to protect themselves from paying out honest people.

This is an unfair practice on all parties concerned.

I certainly did not know about the danger signs as Stanley Van Etten was highly recommended for start up companies.

These guys start these schemes and get the money out of the company and then file bankruptcy. Meanwhile they are laughing with their full bank accounts and claim bankruptcy, and to heck with everyone else who invested with them in good faith.

These operators of these companies especially if they are illegal operations should have to pay back the money out of their own personal pockets and maybe

they would think twice before starting up schemes to rip other good people off while they line their pockets.

$20,000.00 is a huge amount of money to me. I don't know why they don't pay everybody back their investment. I think at the time it cost me $25,000.00 Canadian.

Department of Justice letter dated November 22, 2006 states that United States District Judge Terence W. Boyle ordered Van Etten to serve two 60 month terms in prison and to make restitution in the amount of $14,339,820.00 to the victims of the now defunct Mayflower Venture Capital Fund 111.

According to the official letters about Stanley Van Etten and his co conspirators they should be made to give me back my money.

Sincerely,
Deborah A. Broughton

Dated November 25, 2007

Holmes P. Harden, Trustee for IHI  
P.O. Box 536  
Benson, NC 27504

Claim No.: 008772  
Amount: $20,000.00

0001 0006797 00000000 001 001 06797 INS: 0 0  
DEBORAH A. BROUGHTON  
499 CAMPBELLVILLE RD. RR#2  
CAMPBELLVILLE, ON L0P1B0

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF NORTH CAROLINA  
RALEIGH DIVISION

IN RE:  
INTERNATIONAL HERITAGE, INC.  
Debtor.

CASE NO: 98-02675-5-ATS

CHAPTER 7

## NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: **Claimant is a common stockholder with an equity claim. Trustee requests denial of claim.**

You should read this objection carefully and discuss it with your attorney if you have one. **ANY CORRESPONDENCE MUST BE IN WRITING. Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.**

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice, the relief requested by the Trustee may be granted without hearing or further notice. **If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina. Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.**

Dated:   October 26, 2007

BY:/s/ Holmes P. Harden  
Holmes P. Harden, Trustee

Form H97716 v.0.02

