FILED

NOV 3 0 2007

PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

Holmes P. Harden
Trustee for IHI
P O Box 536
Benson, NC 27504

Alonzo C. Ellis Jr.
502 LANIER St.
New Boston, TX 75570
November 24, 2007

To Whom It May Concern,

   In response to your notice of objection to claim associated with case No; 98-02675-5-ATS, I hereby request consideration for claim No 0073707. I respectfully request remittance of $1,895.75 that was invested in the International Heritage Inc to establish the seven (7) Centers needed to qualify as a distributor under this company.

   Juanita Edwards was my sponsor who encouraged the following participants to join I H I as a family business. The following members were signed under her sponsorship during the period of April 29, 1997 through November 30 1997. These totals include payment for the centers and representative kit.

   Juanita Edwards - 7 centers; total invested $1,895.75
   Robert Edwards - 7 centers; total invested $1,895.75
   Lillie Gray      - 7 centers; total invested $1,895.75
   **Alonzo C. Ellis  - 7 centers; total invested $1,895.75**
   Peter Edwards   - 3 centers; total invested $1,000.00
   Hazel Mitchell  - 7 centers; total invested $1,895.75

   On behalf of my sponsor Juanita Edwards I request consideration for distribution of all money invested in the International Heritage Incorporated noted above. Verification of all distributions listed above is not available at this time. My sponsor who hasn't located her registration documentation requested information issued on behalf of her investors. I am forwarding a copy of the cashier's check submitted to initiate this account.

Respectfully,

A. C. Ellis, Jr.

**State First National Bank**
8000 State Line Plaza
Texarkana, AR 75502

265737
81-75/829

REMITTER
A C ELLIS*************************************

April 29, 19 97

PAYABLE TO    IHI*************************************    $ *****1,895.75

****One Thousand Eight Hundred Ninety Five Dollars and 75 Cents****    DOLLARS

CASHIER'S CHECK

FOR _____ MEMORANDUM

PURCHASER'S RECEIPT
RETAIN FOR YOUR RECORDS

NON - NEGOTIABLE    AMB5709

NOTICE TO CUSTOMERS
The purchase of an Indemnity Bond will be required before this check will be replaced or refunded in the event it is lost, misplaced or stolen.