**CM/ECF**

**PDF FILE WITH AUDIO FILE ATTACHMENT**

Total Page Count: 1

Printed: Monday, December 03, 2007   11:38:21 AM
Application: CM/ECF AUDIO INTERFACE : 2007.10.17.4

| | |
|---|---|
| Office : | 5 |
| Case Type : | BK |
| Case Number : | 98-02675 |
| Debtor : | Heritage International |
| Session Name : | 2007-11-29ats |
| Session Sequence : | 0003 |
| Session Date\Time | 11/29/2007 1:09:56 PM |
| Audio File Name : | 5-BK-98-02675-2007-11-29ats-0003.mp3 |
| Audio File Size : | 549 KB |
| Audio Run Time : | [00:04:34] (hh:mm:ss) |