November 9 , 2007

**FILED**
**DEC -3 2007**
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

REGARDING CLAIM NUMBER 008216  AMOUNT  $2156.20

Please be advised that I wish to continue in this claim for all my monies to be returned to me. I paid in good faith only to be met with this organization filing for bankruptcy.

I am unable to attend the hearing scheduled for November 29, 2007 and request that I be kept updated if possible .

Also , for future correspondence , update my address to

JOE CAFARIELLO

2528 E PENDER STREET

VANCOUVER BC

V5K 2B5

TELEPHONE  778 686-7677

EMAIL  jcaf@shaw.ca

Thank you