

Enid R. Britt
#106 - 102 Begin Street
Coquitlam, B.C. V3K 1V2
Canada

**FILED**
DEC - 4 2007
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

Home: 604 523-0697
Mobile: 778 231-1994
email: britt@zimbra.sfu.ca
http:///www.sfu.ca/archives

November 19, 2007

*FAXED TO HARDEN P. HOLMES*

Holmes P. Harden, Trustee for IHI
P.O. Box 536
Benson, NC  27504

Claim No:  008617
Amount: $1,823.26

Basis for Objection: Amended and replace by claim no 12892.  Deny.

Claim No.  012892
Amount: $1,823.26
Claim No.  012444
Amount: $2,515.98

IN RE:
INTERNATIONAL HERITAGE, INC.
Debtor

CASE NO: 98-02675-5-ATS

CHAPTER 7

I am, finally, responding to the three (3) letters dated October 26, 2007 sent regarding NOTICE OF OBJECTION TO CLAIM, due to limited time allowance (I received these letters while on vacation November 9-12, 2007).  It is not feasible for me to travel to Raleigh, North Carolina, because I live on the **west coast** of Southern British Columbia.

I agree with your decision to deny Claim No. 0008617 as it is a duplicate.  However, I strongly feel that your denial of Claim No. 012892 is an unfair judgement as I am not a creditor of IHI of Canada.  Surjit Siddoo (a business associate) submitted this claim on my behalf.  This, I believe is a partial duplicate of my claim, Claim No. 012444.  Claim No. 122444 minus Claim No. 012892 is $ 692.72, which depicts my expenses to aid the principle owners to succeed.

But, I do not understand "*The legal basis for your claim is unclear and/or there is no documentation attached to your claim or the **attached documentation** does not substantiate the amount claimed.*"

My claim is to IHI because they did not deliver their promise of financial success with them. I am simply one of the many thousands of people who believed, invested much time and funds aiding the principle people involved to pursue their fraudulent activities. Thus, my claim is to be reimbursed the expenses I incurred.

I am sending this by facsimile and mailing the original copy Canada and U.S. Post. Thank you for your assistance and attention to this matter.

Sincerely

Enid Britt
Ex-representative for IHI