TO WHOM IT MAY CONCERN,

CASE NO: 98-02675-5-ATS

CLAIM NO: 006989

CHAPTER 7

RE: I.H.I.

I DENY THE CLAIM MADE BY I.H.I.

THANK YOU.

BALA PILLAY.

**FILED**

DEC -4 2007

PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.