**SO ORDERED.**

**SIGNED this 10 day of December, 2007.**

_____
**A. Thomas Small**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Brendan L. Bisbey designated as claim no. 003342 in the above-captioned case in the amount of $41,100.00 and Trustee having requested denial of the claim, and an amended claim having been filed after notice;

IT IS HEREBY ORDERED that the claim of Brendan L. Bisbey, claim no. 003342, is allowed as a priority claim in the amount of $4,300.00.

**End of Document**

543333