**SO ORDERED.**

**SIGNED this 10 day of December, 2007.**

_____
**A. Thomas Small**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Rodney K. Lee and Carol A. Lee designated as claim no. 008555 in the above-captioned case in the amount of $40,750.00 and Trustee having requested the allowance of the portion of the claim that is for stock or convertible notes purchased in 1997 and the denial of the balance of the claim, and a response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Rodney K. Lee and Carol A. Lee , claim no. 008555, is allowed in the amount of $25,000.00 for the portion of their claim that is for stock or convertible notes purchased in 1997 and that the balance of the claim is denied.

.

**End of Document**

543331