Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001785 00000000 001 001 01785 INS: 0 0

KEVIN R. HUDSON
26 BROOKDALE ACRES DR.
LYMAN, SC 29365

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                             )
                                                          )        CHAPTER 7
                                                          )
Debtor.                                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Kevin R. Hudson designated as claim no. 000010 in the above-captioned case in the amount of $453.90 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Kevin R. Hudson, claim no. 000010, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

