Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001050 00000000 001 001 01050 INS: 0 0

JOSEPH M. REICHER
12 NORGE AVE
NANVET, NY 10954

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | |
| | CHAPTER 7 |
| Debtor. | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Joseph M. Reicher designated as claim no. 000082 in the above-captioned case in the amount of $394.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Joseph M. Reicher, claim no. 000082, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

