Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001551 00000000 001 001 01551 INS: 0 0

TRAVIS L. HINSON
3008 CHAROLAIS DRIVE
GREENSBORO, NC 27406

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                           )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                      )          CHAPTER 7
                                                      )
Debtor.                                          )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Travis L. Hinson designated as claim no. 000087 in the above-captioned case in the amount of $1,890.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Travis L. Hinson, claim no. 000087, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

