Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000514 00000000 001 001 00514 INS: 0 0

CHRIS R. YOUNG
747 WEST 9TH ST.
HAVRE, MT 59501

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                          )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
                                )        CHAPTER 7
                                )
Debtor.                         )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Chris R. Young designated as claim no. 000088 in the above-captioned case in the amount of $1,750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Chris R. Young, claim no. 000088, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

