Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004273 00000000 001 001 04273 INS: 0 0

JOHN D. PRICE
E. 1408 NEBRASKA
SPOKANE, WA 99207

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                          )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,      )
                                                                    )          CHAPTER 7
                                                                    )
Debtor.                                                       )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of John D. Price designated as claim no. 000101 in the above-captioned case in the amount of $1,048.93 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of John D. Price, claim no. 000101, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

