Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000356 00000000 001 001 00356 INS: 0 0

JACKIE L. ROBERTS
6401 MEADOWBROOK LANE
FORT PAYNE, AL 35967

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                            )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                                     )         CHAPTER 7
                                                     )
Debtor.                                          )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Jackie L. Roberts designated as claim no. 000119 in the above-captioned case in the amount of $1,898.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Jackie L. Roberts, claim no. 000119, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

