Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004347 00000000 001 001 04347 INS: 0 0
SCOTT SUSAG
209 MAIN ST.
SCOBEY, MT 59263

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                                )           CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,              )
                                                                         )           CHAPTER 7
                                                                         )
Debtor.                                                              )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Scott Susag designated as claim no. 000153 in the above-captioned case in the amount of $1,500.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Scott Susag, claim no. 000153, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

