Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003770 00000000 001 001 03770 INS: 0 0

HIU-YONG KWAN AN
502 SOUTH DOBSON #16
MESA, AZ 85202

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Hiu-yong Kwan An designated as claim no. 000236 in the above-captioned case in the amount of $1,897.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Hiu-yong Kwan An, claim no. 000236, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

