Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003176 00000000 001 001 03176 INS: 0 0

DAVID A. DANIELS
18616 HIGHLAND CREEK LANE
DALLAS, TX 75252

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                     )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,              )
                                           )          CHAPTER 7
                                           )
Debtor.                                    )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of David A. Daniels designated as claim no. 000318 in the above-captioned case in the amount of $2,000.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of David A. Daniels, claim no. 000318, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

