Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000110 00000000 001 001 00110 INS: 0 0
JACK YUEN LIK WONG
50 SILVER STAR BLVD UNIT 206
SCARBOROUGH, ON M1V3L3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
 ) CHAPTER 7
 )
Debtor. )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Jack Yuen Lik Wong designated as claim no. 004036 in the above-captioned case in the amount of $2,500.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Jack Yuen Lik Wong, claim no. 004036, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

