Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004344 00000000 001 001 04344 INS: 0 0

JULIE A. SMITH
P.O. BOX 899
HOMER, AK 99603

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                              )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                                          )          CHAPTER 7
                                                          )
Debtor.                                              )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Julie A. Smith designated as claim no. 004139 in the above-captioned case in the amount of $365.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Julie A. Smith, claim no. 004139, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

