Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003060 00000000 001 001 03060 INS: 0 0

MARGARET A. DESAIRE
3154 EDELWEISS DR.
GRAND PRAIRIE, TX 75052

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
                                                     )         CHAPTER 7
                                                     )
Debtor.                                         )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Margaret A. Desaire designated as claim no. 004159 in the above-captioned case in the amount of $1,500.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Margaret A. Desaire, claim no. 004159, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

