Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001734 00000000 001 001 01734 INS: 0 0

SYLVIA R. SAIN
700 12TH AVE SO.
NORTH MYRTLE BE, SC 29582

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
 ) CHAPTER 7
 )
Debtor. )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Sylvia R. Sain designated as claim no. 004198 in the above-captioned case in the amount of $800.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Sylvia R. Sain, claim no. 004198, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

