Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000389 00000000 001 001 00389 INS: 0 0

WESLEY K. HAZEN & BRANDI L. HAZEN
4232 MITCHELL AVENUE
BILLINGS, MT 59101

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                                )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                                           )        CHAPTER 7
                                                           )
Debtor.                                                )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Wesley K. Hazen & Brandi L. Hazen Hazen Hazen Hazen designated as claim no. 004221 in the above-captioned case in the amount of $890.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Wesley K. Hazen & Brandi L. Hazen Hazen Hazen Hazen, claim no. 004221, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

