Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004271 00000000 001 001 04271 INS: 0 0

CONI J. ZIMICK
11423 E. 10TH AVE.
SPOKANE, WA 99206

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Coni J. Zimick designated as claim no. 004267 in the above-captioned case in the amount of $250.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Coni J. Zimick, claim no. 004267, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

