Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002251 00000000 001 001 02251 INS: 0 0

MAE GRAN
351 CANAL WAY
OLDSMAR, FL 34677

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                                   )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,            )
                                                             )          CHAPTER 7
                                                             )
Debtor.                                                  )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Mae Gran designated as claim no. 004362 in the above-captioned case in the amount of $274.50 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Mae Gran, claim no. 004362, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

