Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003948 00000000 001 001 03948 INS: 0 0

GINA MANSOUR
1662 SHORELINE DRIVE
CAMERILLO, CA 93010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:  )  CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,  )
  )  CHAPTER 7
  )
Debtor.  )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Gina Mansour designated as claim no. 004503 in the above-captioned case in the amount of $1,750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Gina Mansour, claim no. 004503, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

