Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000669 00000000 001 001 00669 INS: 0 0

GLINDA J. SIMS
107 E. SOUTH ST.
HARRISONVILLE, MO 64701

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                  )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,           )
                                        )        CHAPTER 7
                                        )
Debtor.                                 )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Glinda J. Sims designated as claim no. 004524 in the above-captioned case in the amount of $1,369.29 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Glinda J. Sims, claim no. 004524, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

