Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000121 00000000 001 001 00121 INS: 0 0
CHIU LIN CHEUNG
9410 157TH STREET
SURREY, BC V4N3B5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )      CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,      )
                                                         )      CHAPTER 7
                                                         )
Debtor.                                            )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Chiu Lin Cheung designated as claim no. 004526 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Chiu Lin Cheung, claim no. 004526, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

