Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003022 00000000 001 001 03022 INS: 0 0

BETTY L. SCOTT
5609 N. FRANKFORT PL.
TULSA, OK 74126

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                         )      CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                  )
                                               )      CHAPTER 7
                                               )
Debtor.                                        )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Betty L. Scott designated as claim no.

004532 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no response

having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Betty L. Scott, claim no. 004532, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

