Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002549 00000000 001 001 02549 INS: 0 0

ARLENE MILLER
10924 MOGADORE AVE NW
UNIONTOWN, OH 44685

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )     CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                       )
                                                    )     CHAPTER 7
                                                    )
Debtor.                                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Arlene Miller designated as claim no. 004547 in the above-captioned case in the amount of $1,896.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Arlene Miller, claim no. 004547, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

