Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003547 00000000 001 001 03547 INS: 0 0

CONCEPCION D. SAINZ
3005 OLD ALICE RD. #1200E
BROWNSVILLE, TX 78521

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                         )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                  )
                                               )        CHAPTER 7
                                               )
Debtor.                                        )

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Concepcion D. Sainz designated as claim no. 004600 in the above-captioned case in the amount of $1,800.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Concepcion D. Sainz, claim no. 004600, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

