Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004064 00000000 001 001 04064 INS: 0 0

RICHARD E. BLOCH
1628 E 26TH AVENUE
EUGENE, OR 97403

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )           CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,          )
                                                         )           CHAPTER 7
                                                         )
Debtor.                                              )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Richard E. Bloch designated as claim no.

000380 in the above-captioned case in the amount of $1,588.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Richard E. Bloch, claim no. 000380, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

