Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001251 00000000 001 001 01251 INS: 0 0

BASSAGE PENNY M.
75 CROSBY ST.
HORNELL, NY 14843

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                              )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                    )        CHAPTER 7
                                    )
Debtor.                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Bassage Penny M. designated as claim no. 004610 in the above-captioned case in the amount of $893.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Bassage Penny M., claim no. 004610, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

