Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004467 00000000 001 001 04467 INS: 0 0
DONALD D. PESICKA
48 HIGHWAY 437
TOSTON, MT 59643

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                             )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,      )
                                                        )         CHAPTER 7
                                                        )
Debtor.                                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Donald D. Pesicka designated as claim no. 004635 in the above-captioned case in the amount of $250.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Donald D. Pesicka, claim no. 004635, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

