Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004468 00000000 001 001 04468 INS: 0 0
SHEILA D. JOHNSON
904 HICKORY STREET
LUMBERTON, MS 39455

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                    )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )         CHAPTER 7
                                          )
Debtor.                                   )

### ORDER

   HOLMES P. HARDEN, Trustee, having objected to the claim of Sheila D. Johnson designated as claim no.

004645 in the above-captioned case in the amount of $250.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

   IT IS HEREBY ORDERED that the claim of Sheila D. Johnson, claim no. 004645, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

