Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002446 00000000 001 001 02446 INS: 0 0

DIANA L. JOHNSON
110 RILEYS CREEK RD.
KINGSTON, TN 37763

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: )   CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
 )   CHAPTER 7
 )
Debtor. )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Diana L. Johnson designated as claim no. 004649 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Diana L. Johnson, claim no. 004649, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

