Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002278 00000000 001 001 02278 INS: 0 0

TINA R. HOWELL
3800 CRENSHAW LOT 6.
WETUMPKA, AL 36092

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )    CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,     )
                                                              )    CHAPTER 7
                                                              )
Debtor.                                                 )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Tina R. Howell designated as claim no. 004673 in the above-captioned case in the amount of $898.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Tina R. Howell, claim no. 004673, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

