Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004477 00000000 001 001 04477 INS: 0 0
REBECCA H. REEDY
532 GRAYSON PKWY
INDEPENDENCE, VA 24348-3674

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                              )      CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                    )      CHAPTER 7
                                    )
Debtor.                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Rebecca H. Reedy designated as claim no. 004806 in the above-captioned case in the amount of $389.50 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Rebecca H. Reedy, claim no. 004806, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

