Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002882 00000000 001 001 02882 INS: 0 0

JOHN A. SINON
65508 MAPLE STREET
MANDEVILLE, LA 70448

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                         )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
                                                     )        CHAPTER 7
                                                     )
Debtor.                                        )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of John A. Sinon designated as claim no.
004896 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no
response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of John A. Sinon, claim no. 004896, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

