Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002776 00000000 001 001 02776 INS: 0 0

NICHOLS E. PEITZ
P.O. BOX 952
HOLCOMB, KS 67851

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                  )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                           )
                                                        )          CHAPTER 7
                                                        )
Debtor.                                                 )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Nichols E. Peitz designated as claim no. 004967 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Nichols E. Peitz, claim no. 004967, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

