Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004487 00000000 001 001 04487 INS: 0 0
REGINA M SMITH
6052 18OTH AVENUE
ANAMOSA, IA 52205-7683

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                            )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
                                                       )        CHAPTER 7
                                                       )
Debtor.                                          )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Regina M Smith designated as claim no. 005146 in the above-captioned case in the amount of $1,891.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Regina M Smith, claim no. 005146, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

