Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002225 00000000 001 001 02225 INS: 0 0

THERESA GUNBY
12850 WEST ST. RD. 84
FT LAUDERDALE, FL 33325

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                            )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,         )
                                                                      )          CHAPTER 7
                                                                      )
Debtor.                                                        )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Theresa Gunby designated as claim no. 005174 in the above-captioned case in the amount of $616.06 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Theresa Gunby, claim no. 005174, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

