Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001922 00000000 001 001 01922 INS: 0 0

LARRY T. MOORE
5501 LAKEVIEW PARKWAY
VILLA RICA, GA 30180

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                          )     CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                             )     CHAPTER 7
                             )
Debtor.                      )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Larry T. Moore designated as claim no. 005265 in the above-captioned case in the amount of $1,850.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Larry T. Moore, claim no. 005265, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

