Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003029 00000000 001 001 03029 INS: 0 0

DAVID D. AMBROSE
RR 1, BOX 1570
CHECKOTAH, OK  74426-9787

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                    )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )          CHAPTER 7
                                          )
Debtor.                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of David D. Ambrose designated as claim no. 005338 in the above-captioned case in the amount of $893.38 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of David D. Ambrose, claim no. 005338, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

