Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003008 00000000 001 001 03008 INS: 0 0

J. R. BRAY
600 WATERVIEW RD.
OKLAHOMA, OK 73170

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: )            CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
) CHAPTER 7
)
Debtor. )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of J. R. Bray designated as claim no. 005341

in the above-captioned case in the amount of $893.38 and having requested denial of claim, and no response

having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of J. R. Bray, claim no. 005341, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

