Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004490 00000000 001 001 04490 INS: 0 0
HILDA R. EICHSTEDT
16576 COUNTY ROAD
NEWELL, AL 36270

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                    )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )         CHAPTER 7
                                          )
Debtor.                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Hilda R. Eichstedt designated as claim no. 005367 in the above-captioned case in the amount of $1,800.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Hilda R. Eichstedt, claim no. 005367, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

