Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004491 00000000 001 001 04491 INS: 0 0
JIN MING MA
25 LYDIA LN
EDISON, NJ 8817

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                         )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,          )
                                                                      )         CHAPTER 7
                                                                      )
Debtor.                                                         )

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Jin Ming Ma designated as claim no. 005430 in the above-captioned case in the amount of $725.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Jin Ming Ma, claim no. 005430, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

