Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003585 00000000 001 001 03585 INS: 0 0

TINA N. AVERY
P. O. BOX 1323
ROCKDALE, TX  76567-1323

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                        )     CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                 )
                                              )     CHAPTER 7
                                              )
Debtor.                                       )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Tina N. Avery designated as claim no. 005711 in the above-captioned case in the amount of $250.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Tina N. Avery, claim no. 005711, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

