Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000578 00000000 001 001 00578 INS: 0 0

TONETTE LEE KURTZ
908 S. TRACY AVENUE, APT. E2
BOZEMAN, MT  59715-5375

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | |
| | CHAPTER 7 |
| Debtor. | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Tonette Lee Kurtz designated as claim no. 005807 in the above-captioned case in the amount of $1,890.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Tonette Lee Kurtz, claim no. 005807, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

