Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003038 00000000 001 001 03038 INS: 0 0

ELIZABETH C. DRAKE
3129 CHESTNUT
CARROLLTON, TX 75007

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                    )       CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )       CHAPTER 7
                                          )
Debtor.                                   )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Elizabeth C. Drake designated as claim no. 005854 in the above-captioned case in the amount of $550.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Elizabeth C. Drake, claim no. 005854, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

