Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000157 00000000 001 001 00157 INS: 0 0
TARSEM SINGH LIDHAR
11696 90TH AVE.
DELTA, BC V4C3H6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                        )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
                                                   )         CHAPTER 7
                                                   )
Debtor.                                       )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Tarsem Singh Lidhar designated as claim no. 005873 in the above-captioned case in the amount of $4,800.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Tarsem Singh Lidhar, claim no. 005873, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

