Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000161 00000000 001 001 00161 INS: 0 0
MAY TONG
22- 795 WEST 8TH AVE.
VANCOUVER, BC V5Z1C9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                     )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,              )
                                           )        CHAPTER 7
                                           )
Debtor.                                    )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of May Tong designated as claim no. 005928 in the above-captioned case in the amount of $1,750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of May Tong, claim no. 005928, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

