Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000170 00000000 001 001 00170 INS: 0 0
KAREN J. MATTHEW
555 9TH AVE.
BURNS LAKE, ABC V0J1E0

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | )   CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) |
| | )   CHAPTER 7 |
| | ) |
| Debtor. | ) |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Karen J. Matthew designated as claim no. 006031 in the above-captioned case in the amount of $2,354.90 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Karen J. Matthew, claim no. 006031, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

