Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC 27504

0001 0004341 00000000 001 001 04341 INS: 0 0

MIKE E SLAUGHTER
POST OFFICE BOX 881
ANCHOR POINT, AK 99556

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,         )
                                      )        CHAPTER 7
                                      )
Debtor.                               )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Mike E Slaughter designated as claim no. 000564 in the above-captioned case in the amount of $890.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Mike E Slaughter, claim no. 000564, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

