Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000171 00000000 001 001 00171 INS: 0 0
ALOIS WAIBEL
7033 VEYANESS RD
SAANICHTON, BC V8M 1W1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                      )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,  )
                                                    )        CHAPTER 7
                                                    )
Debtor.                                         )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Alois Waibel designated as claim no. 006050 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Alois Waibel, claim no. 006050, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

