Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000175 00000000 001 001 00175 INS: 0 0
JOHN P. VAN BAKEL
163 2345 CEDAR HILL X ROAD
VICTORIA, BC V8P5M8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                            )     CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,     )
                                  )     CHAPTER 7
                                  )
Debtor.                           )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of John P. Van Bakel designated as claim no. 006061 in the above-captioned case in the amount of $902.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of John P. Van Bakel, claim no. 006061, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

