Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000759 00000000 001 001 00759 INS: 0 0

LYNN C. HOOVER
2317 W 126 STREET
LEAWOOD, KS 66209

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:  ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,  )
 ) CHAPTER 7
 )
Debtor.  )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Lynn C. Hoover designated as claim no. 006200 in the above-captioned case in the amount of $1,750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Lynn C. Hoover, claim no. 006200, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

