Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004197 00000000 001 001 04197 INS: 0 0

BRETT C. TEGEN
3581 CHEYNE
ZILLAH, WA 98953

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                  )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,           )
                                        )        CHAPTER 7
                                        )
Debtor.                                 )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Brett C. Tegen designated as claim no. 006252 in the above-captioned case in the amount of $1,897.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Brett C. Tegen, claim no. 006252, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

