Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004502 00000000 001 001 04502 INS: 0 0
DAVID L. BEALS JR.
462 HIGHLAND VALLEY RD.
MORTON, WA 98356

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                           )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                    )
                                                 )         CHAPTER 7
                                                 )
Debtor.                                          )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of David L. Beals Jr. designated as claim no. 006259 in the above-captioned case in the amount of $500.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of David L. Beals Jr., claim no. 006259, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

