Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000177 00000000 001 001 00177 INS: 0 0
RASIKA PATEL
12354-92A AVENUE
SURREY, BC V3V7A8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
) CHAPTER 7
)
Debtor. )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Rasika Patel designated as claim no. 006375 in the above-captioned case in the amount of $1,867.70 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Rasika Patel, claim no. 006375, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

