Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002007 00000000 001 001 02007 INS: 0 0

PATRICIA Y. ROLLINS
738 SATTERFIELD RD.
CLEVELAND, GA 30528

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                   )      CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,            )
                                         )      CHAPTER 7
                                         )
Debtor.                                  )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Patricia Y. Rollins designated as claim no. 006454 in the above-captioned case in the amount of $248.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Patricia Y. Rollins, claim no. 006454, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

