Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001941 00000000 001 001 01941 INS: 0 0

JAMES C. MCGILL
360 S. MAIN STREET
THOMASTON, GA 30286

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE: | )      CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) |
| | )      CHAPTER 7 |
| | ) |
| Debtor. | ) |

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of James C. Mcgill designated as claim no.

006466 in the above-captioned case in the amount of $650.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of James C. Mcgill, claim no. 006466, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

