Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC 27504

0001 0003132 00000000 001 001 03132 INS: 0 0

LINDA B ALLEN
207 MODENE AVENUE
WASAHACHIE, TX 75165

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                           )    CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                    )
                                                 )    CHAPTER 7
                                                 )
Debtor.                                          )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Linda B Allen designated as claim no. 006580 in the above-captioned case in the amount of $960.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Linda B Allen, claim no. 006580, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

