Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000150 00000000 001 001 00150 INS: 0 0

M&M INSURANCE
P.O. BOX 424
SEDRO WOOLLEY, WA 98284

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                         )        CHAPTER 7
                                                         )
Debtor.                                            )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of M&m Insurance designated as claim no. 006600 in the above-captioned case in the amount of $250.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of M&m Insurance, claim no. 006600, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

