Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004122 00000000 001 001 04122 INS: 0 0

MIKELL THOMPSON
9803 CRYSTAL LAKE DR.
WOODINVILLE, WA 98072

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                              )    CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                    )    CHAPTER 7
                                    )
Debtor.                             )

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Mikell Thompson designated as claim no. 006609 in the above-captioned case in the amount of $345.10 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Mikell Thompson, claim no. 006609, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

