Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004513 00000000 001 001 04513 INS: 0 0
MATTHEW A. BARSTAD
9645 INDEPENDENCE D 203
ANCHORAGE, AK 99507

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                             )
                                                          )         CHAPTER 7
                                                          )
Debtor.                                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Matthew A. Barstad designated as claim no. 006638 in the above-captioned case in the amount of $890.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Matthew A. Barstad, claim no. 006638, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

