Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001781 00000000 001 001 01781 INS: 0 0

JEANNE H. MELLETTE
P. O. BOX 170593
SPARTANBURG, SC 29301-0029

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                         )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                     )         CHAPTER 7
                                                     )
Debtor.                                         )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Jeanne H. Mellette designated as claim no. 000594 in the above-captioned case in the amount of $500.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Jeanne H. Mellette, claim no. 000594, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

