Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003133 00000000 001 001 03133 INS: 0 0

MICHAEL J. LEATH
1613 LITTLE CREEK
WAXAHACHIE, TX 75165

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                          )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                     )          CHAPTER 7
                                                     )
Debtor.                                           )

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Michael J. Leath designated as claim no.

006805 in the above-captioned case in the amount of $397.75 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Michael J. Leath, claim no. 006805, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

