Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000189 00000000 001 001 00189 INS: 0 0
HARDEEP BHATTI
42026 GARIBALDI HIGHLANDS
SQUAMISH, BC V0N1T0

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,      )
                                                          )         CHAPTER 7
                                                          )
Debtor.                                              )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Hardeep Bhatti designated as claim no. 006857 in the above-captioned case in the amount of $2,354.90 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Hardeep Bhatti, claim no. 006857, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

