Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002952 00000000 001 001 02952 INS: 0 0

NICKY J. BORDELON
P O BOX 625
MANSURA, LA 71350

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                      )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,               )
                                            )        CHAPTER 7
                                            )
Debtor.                                     )

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Nicky J. Bordelon designated as claim no. 006880 in the above-captioned case in the amount of $1,500.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Nicky J. Bordelon, claim no. 006880, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

