Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001199 00000000 001 001 01199 INS: 0 0

DANUTA WOINSKI
1710 E 17 ST. APT. C 4
BROOKLYN, NY 11229

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: )  CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
 )  CHAPTER 7
 )
Debtor. )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Danuta Woinski designated as claim no. 006918 in the above-captioned case in the amount of $4,750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Danuta Woinski, claim no. 006918, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

