Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003624 00000000 001 001 03624 INS: 0 0

JOHN K. BARNES
5919 16TH STREET
LUBBOCK, TX 79416

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                           )      CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                 )      CHAPTER 7
                                 )
Debtor.                          )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of John K. Barnes designated as claim no. 000604 in the above-captioned case in the amount of $396.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of John K. Barnes, claim no. 000604, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

