Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000193 00000000 001 001 00193 INS: 0 0
JUNE M. RIPLEY
3164 TAUNTON RD E.
ORONO, ON L0B1M0

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                   )
                                                )         CHAPTER 7
                                                )
Debtor.                                         )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of June M. Ripley designated as claim no. 006999 in the above-captioned case in the amount of $2,749.87 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of June M. Ripley, claim no. 006999, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

