Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003442 00000000 001 001 03442 INS: 0 0

SHANNON E. JUNER
2302 BARAK LANE
BRYAN, TX 77802

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                             )    CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,      )
                                                       )    CHAPTER 7
                                                       )
Debtor.                                           )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Shannon E. Juner designated as claim no. 007071 in the above-captioned case in the amount of $400.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Shannon E. Juner, claim no. 007071, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

