Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000379 00000000 001 001 00379 INS: 0 0

DEAN & CONNIE BARRICK
2225 RIVER VIEW LANE
LAUREL, MT 59044-9502

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
 ) CHAPTER 7
 )
Debtor. )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Dean & Connie Barrick designated as claim no. 007290 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Dean & Connie Barrick, claim no. 007290, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

