Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002389 00000000 001 001 02389 INS: 0 0

WALLACE LUK
153 TOSHA LANE
BIG ROCK, TN  37023-3181

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                        )         CHAPTER 7
                                                        )
Debtor.                                            )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Wallace Luk designated as claim no. 007351 in the above-captioned case in the amount of $1,000.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Wallace Luk, claim no. 007351, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

