Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC 27504

0001 0003990 00000000 001 001 03990 INS: 0 0

DAVID Y. HSIA
720 TENDER LANE
FOSTER CITY, CA 94404

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,            )
                                                             )          CHAPTER 7
                                                             )
Debtor.                                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of David Y. Hsia designated as claim no. 007377 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of David Y. Hsia, claim no. 007377, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

