Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000537 00000000 001 001 00537 INS: 0 0

B-DREAMIN'
2175 COLORADO GULCH RD.
HELENA, MT 59601

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of B-dreamin' designated as claim no. 007434 in the above-captioned case in the amount of $4,250.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of B-dreamin', claim no. 007434, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

