Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004202 00000000 001 001 04202 INS: 0 0

AUNT B'S
P.O. BOX 1036
MORTON, WA 98356

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                  )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                                            )         CHAPTER 7
                                                            )
Debtor.                                              )

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Aunt B's designated as claim no. 007435 in the above-captioned case in the amount of $2,225.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Aunt B's, claim no. 007435, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

