Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000368 00000000 001 001 00368 INS: 0 0

PHILLIP D HANVEY
73 JERRIE DALE DRIVE
ANNISTON, AL 36201

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                      )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,               )
                                            )        CHAPTER 7
                                            )
Debtor.                                     )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Phillip D Hanvey designated as claim no.

000640 in the above-captioned case in the amount of $1,943.10 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Phillip D Hanvey, claim no. 000640, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

