Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC 27504

0001 0002652 00000000 001 001 02652 INS: 0 0

ERNEST BECK
3892 SANDPIPER
HANOVER PARK, IL 60103

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )    CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,      )
                                                              )    CHAPTER 7
                                                              )
Debtor.                                                  )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Ernest Beck designated as claim no. 007481 in the above-captioned case in the amount of $250.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Ernest Beck, claim no. 007481, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

