Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004217 00000000 001 001 04217 INS: 0 0

KARI L. JACOBSON
1501 34TH ST S.E.
PUYALLUP, WA 98372

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,        )
                                                             )          CHAPTER 7
                                                             )
Debtor.                                                  )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Kari L. Jacobson designated as claim no.

007486 in the above-captioned case in the amount of $1,250.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Kari L. Jacobson, claim no. 007486, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

