Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004526 00000000 001 001 04526 INS: 0 0
KRISTA D. BATES
103 BUTTERNUT DRIVE
NORRIS, TN 37828

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                          )     CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
                                )     CHAPTER 7
                                )
Debtor.                         )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Krista D. Bates designated as claim no. 007559 in the above-captioned case in the amount of $871.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Krista D. Bates, claim no. 007559, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

