Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000350 00000000 001 001 00350 INS: 0 0

JOYCE K. PALMER
1002 OLD SIBERT MILL RD.
GLENCOE, AL 35905

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                               )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                          )        CHAPTER 7
                                                          )
Debtor.                                            )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Joyce K. Palmer designated as claim no. 007567 in the above-captioned case in the amount of $890.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Joyce K. Palmer, claim no. 007567, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

