Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000504 00000000 001 001 00504 INS: 0 0

SHONNY K. NORDLUND
824 CASTLE BUTTE ROAD
LEWISTOWN, MT 59457

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Shonny K. Nordlund designated as claim

no. 007572 in the above-captioned case in the amount of $860.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Shonny K. Nordlund, claim no. 007572, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

