Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003936 00000000 001 001 03936 INS: 0 0

ELSA BUGARINI
793 AMIGOS WAY
NEWPORT BEACH, CA 92660

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,     )
                                                         )         CHAPTER 7
                                                         )
Debtor.                                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Elsa Bugarini designated as claim no. 007608 in the above-captioned case in the amount of $6,401.14 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Elsa Bugarini, claim no. 007608, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

