Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002590 00000000 001 001 02590 INS: 0 0

DEE L. MCCABE
3267 34TH ST.
GRANDVILLE, MI 49418

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE:                              ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC.,       ) | |
|                                     ) | CHAPTER 7 |
|                                     ) | |
| Debtor.                             ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Dee L. Mccabe designated as claim no. 007708 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Dee L. Mccabe, claim no. 007708, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

