Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000538 00000000 001 001 00538 INS: 0 0

MARTHA J. WATSON
21 SOUTH DAKOTA
HELENA, MT 59601

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                    )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )         CHAPTER 7
                                          )
Debtor.                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Martha J. Watson designated as claim no. 007749 in the above-captioned case in the amount of $765.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Martha J. Watson, claim no. 007749, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

