Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001806 00000000 001 001 01806 INS: 0 0

HAVEN L. HART
222 SWINGABOUT
GREENWOOD, SC 29646

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                          )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                   )
                                                )        CHAPTER 7
                                                )
Debtor.                                         )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Haven L. Hart designated as claim no.

008211 in the above-captioned case in the amount of $270.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Haven L. Hart, claim no. 008211, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

