Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001807 00000000 001 001 01807 INS: 0 0

DANA FREE
105 EAST DURST AVE.
GREENWOOD, SC 29649

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Dana Free designated as claim no. 008212 in the above-captioned case in the amount of $270.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Dana Free, claim no. 008212, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

