Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC 27504

0001 0001341 00000000 001 001 01341 INS: 0 0

I..I.I...II..I.I...II.I.I...I.I...II.II....I.I.I...I.I...III

FAYE A. MITCHELL
6624 EBERLE DR. #202
BALTIMORE, MD 21215

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Faye A. Mitchell designated as claim no.

008231 in the above-captioned case in the amount of $250.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Faye A. Mitchell, claim no. 008231, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

