Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004534 00000000 001 001 04534 INS: 0 0
KATHLEEN A. CASHMORE
955 DELPHINIUM DE
BILLINGS, MT 59102-3411

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                           )      CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                 )      CHAPTER 7
                                 )
Debtor.                          )

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Kathleen A. Cashmore designated as claim no. 008240 in the above-captioned case in the amount of $10,818.44 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Kathleen A. Cashmore, claim no. 008240, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

