Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000233 00000000 001 001 00233 INS: 0 0
SAKATTAR SINGH
7136 143A ST.
SURREY, BC V3W0Y3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                              )         CHAPTER 7
                                                              )
Debtor.                                                )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Sakattar Singh designated as claim no. 008325 in the above-captioned case in the amount of $1,867.70 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Sakattar Singh, claim no. 008325, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

