Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002610 00000000 001 001 02610 INS: 0 0

DAVID HECKMANN
13103 PIONEER RD
NEWTON, WI 53063

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                      )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,               )
                                            )        CHAPTER 7
                                            )
Debtor.                                     )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of David Heckmann designated as claim no. 008335 in the above-captioned case in the amount of $890.10 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of David Heckmann, claim no. 008335, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

