Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002623 00000000 001 001 02623 INS: 0 0

NANCY SCHOFIELD
901A HAMILTON ST
MANITOWOC, WI 54220

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                        )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,      )
                                                                  )         CHAPTER 7
                                                                  )
Debtor.                                                     )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Nancy Schofield designated as claim no. 008336 in the above-captioned case in the amount of $775.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Nancy Schofield, claim no. 008336, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

