Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004214 00000000 001 001 04214 INS: 0 0

KEVIN M. REID
1203 S. DISCOVERY RD.
PORT TOWNSEND, WA 98368

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                              )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,        )
                                                                       )          CHAPTER 7
                                                                       )
Debtor.                                                          )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Kevin M. Reid designated as claim no. 008384 in the above-captioned case in the amount of $1,647.90 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Kevin M. Reid, claim no. 008384, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

