Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001986 00000000 001 001 01986 INS: 0 0

KATHY D. RAE
1631 ARNAUD CT.
DUNWOODY, GA 30338

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                       )
                                                    )        CHAPTER 7
                                                    )
Debtor.                                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Kathy D. Rae designated as claim no.

008434 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Kathy D. Rae, claim no. 008434, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

