Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001848 00000000 001 001 01848 INS: 0 0

JUDY C. HARDY
1755 HABERSHAM MARINA RD.
CUMMING, GA 30041

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | |
| | CHAPTER 7 |
| Debtor. | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Judy C. Hardy designated as claim no. 000718 in the above-captioned case in the amount of $869.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Judy C. Hardy, claim no. 000718, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

