Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000247 00000000 001 001 00247 INS: 0 0
732373 ALBERTA INC.
104 552 18TH ST. SW
MEDICINE HAT, AB T1A8A7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:  ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,  )
  ) CHAPTER 7
  )
Debtor.  )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of 732373 Alberta Inc. designated as claim no. 008596 in the above-captioned case in the amount of $892.80 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of 732373 Alberta Inc., claim no. 008596, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

