Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000253 00000000 001 001 00253 INS: 0 0
RANBIR S. DHILLON
9387-133A STREET
SURREY, BC V3V 5R7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                            )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                     )
                                                  )        CHAPTER 7
                                                  )
Debtor.                                           )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Ranbir S. Dhillon designated as claim no. 008640 in the above-captioned case in the amount of $2,354.90 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Ranbir S. Dhillon, claim no. 008640, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

