Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000427 00000000 001 001 00427 INS: 0 0

WES J. TRAEHOLT
HC 30 BOX 2112
WOLF POINT, MT 59201

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                            )    CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,      )
                                                      )    CHAPTER 7
                                                      )
Debtor.                                         )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Wes J. Traeholt designated as claim no. 008739 in the above-captioned case in the amount of $865.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Wes J. Traeholt, claim no. 008739, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

