Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002273 00000000 001 001 02273 INS: 0 0

VICKI S. SANDERS
101A  W. ELM STREET
TROY, AL 36081

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                                )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                  )
                                                                          )         CHAPTER 7
                                                                          )
Debtor.                                                              )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Vicki S. Sanders designated as claim no. 008817 in the above-captioned case in the amount of $1,147.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Vicki S. Sanders, claim no. 008817, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

