Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002274 00000000 001 001 02274 INS: 0 0

CAROL B. STARLING
205 BUTTER & EGG RD
TROY, AL 36081

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )        CHAPTER 7
                                          )
Debtor.                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Carol B. Starling designated as claim no. 008851 in the above-captioned case in the amount of $897.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Carol B. Starling, claim no. 008851, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

