Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004547 00000000 001 001 04547 INS: 0 0
KIMBERLY K. CABARETT
P.0. BOX 366
SCOBEY, MT 59263

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )        CHAPTER 7
                                          )
Debtor.                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Kimberly K. Cabarett designated as claim no. 008862 in the above-captioned case in the amount of $273.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Kimberly K. Cabarett, claim no. 008862, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

