Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001632 00000000 001 001 01632 INS: 0 0

VIRGINIA H. JOHNSON
808 LITTLE ROCK CHURCH ROAD
P.O. BOX 324
LUCAMA, NC 27851

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                  )       CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,           )
                                        )       CHAPTER 7
                                        )
Debtor.                                 )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Virginia H. Johnson designated as claim no. 008950 in the above-captioned case in the amount of $864.50 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Virginia H. Johnson, claim no. 008950, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

