Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004549 00000000 001 001 04549 INS: 0 0

LISA A. PECORARO
P.O. BOX 5031
WILMINGTON, NC 28403

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                    )   CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )   CHAPTER 7
                                          )
Debtor.                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Lisa A. Pecoraro designated as claim no. 008990 in the above-captioned case in the amount of $392.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Lisa A. Pecoraro, claim no. 008990, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

