Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001546 00000000 001 001 01546 INS: 0 0

MARY T. NEEDHAM
PO BOX 4343
GREENSBORO, NC 27404-4343

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                              )       CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                    )       CHAPTER 7
                                    )
Debtor.                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Mary T. Needham designated as claim no. 009041 in the above-captioned case in the amount of $805.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Mary T. Needham, claim no. 009041, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

