Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000049 00000000 001 001 00049 INS: 0 0

KYLE E. TENKLEY
3520 CEDARVILLE RD.
BELLINGHAM, WA 98226

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
) CHAPTER 7
)
Debtor. )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Kyle E. Tenkley designated as claim no. 009047 in the above-captioned case in the amount of $897.80 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Kyle E. Tenkley, claim no. 009047, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

