Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000268 00000000 001 001 00268 INS: 0 0
PARAMJIT SINGH BIRK
13920-92ND AVENUE
SURREY B.C. V3V1J4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                      )      CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,               )
                                            )      CHAPTER 7
                                            )
Debtor.                                     )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Paramjit Singh Birk designated as claim no. 009097 in the above-captioned case in the amount of $896.55 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Paramjit Singh Birk, claim no. 009097, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

