Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004550 00000000 001 001 04550 INS: 0 0
BRENT SONNIER
2700 AMBASSADOR CAFF PKWY
APT. 106
LAFAYETTE, LA 70506

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Brent Sonnier designated as claim no. 009202 in the above-captioned case in the amount of $1,750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Brent Sonnier, claim no. 009202, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

