Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001243 00000000 001 001 01243 INS: 0 0

WILLIAM D. MILLER
P.O. BOX 179
UNION SPRINGS, NY 13160

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                        )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                 )
                                              )        CHAPTER 7
                                              )
Debtor.                                       )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of William D. Miller designated as claim no. 000758 in the above-captioned case in the amount of $1,900.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of William D. Miller, claim no. 000758, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

