Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001344 00000000 001 001 01344 INS: 0 0

NI LI LIU
46 WINSLOW PARK DRIVE
CANTONSVILLE, MD  21228-3688

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                       )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                )
                                             )        CHAPTER 7
                                             )
Debtor.                                      )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Ni Li Liu designated as claim no. 009294 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Ni Li Liu, claim no. 009294, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

