Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC 27504

0001 0000671 00000000 001 001 00671 INS: 0 0

MARY F. SMARR BRAND
501 N. MAIN ST.
CLINTON, MO 64735

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                        )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
                                                  )        CHAPTER 7
                                                  )
Debtor.                                      )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Mary F. Smarr Brand designated as claim no. 009337 in the above-captioned case in the amount of $1,500.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Mary F. Smarr Brand, claim no. 009337, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

