Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003283 00000000 001 001 03283 INS: 0 0

TONYA GILMORE
1202 E. COMMERCE
HENRIETTA, TX 76365

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                           )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                     )        CHAPTER 7
                                                     )
Debtor.                                          )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Tonya Gilmore designated as claim no. 009581 in the above-captioned case in the amount of $3,110.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Tonya Gilmore, claim no. 009581, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

