Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003800 00000000 001 001 03800 INS: 0 0

CLAUDIA MENDIOLA
223 E. GYPSY
HOBBS, NM 88240

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                        )    CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                 )
                                              )    CHAPTER 7
                                              )
Debtor.                                       )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Claudia Mendiola designated as claim no. 009603 in the above-captioned case in the amount of $800.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Claudia Mendiola, claim no. 009603, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

