Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000528 00000000 001 001 00528 INS: 0 0

TONY L. BOOS
BOX 248
MALTA, MT 59538

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: )   CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
 )   CHAPTER 7
 )
Debtor. )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Tony L. Boos designated as claim no. 009646 in the above-captioned case in the amount of $4,000.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Tony L. Boos, claim no. 009646, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

