Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001201 00000000 001 001 01201 INS: 0 0

SANDY Y. LAM
1420 AVE. R
BROOKLYN, NY 11229

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
 ) CHAPTER 7
 )
Debtor. )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Sandy Y. Lam designated as claim no. 009652 in the above-captioned case in the amount of $1,866.19 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Sandy Y. Lam, claim no. 009652, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

