Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002669 00000000 001 001 02669 INS: 0 0

JACK R. JEROZAL
9626 S. ALBANY
EVERGREEN PARK, IL 60805

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                              )       CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                    )       CHAPTER 7
                                    )
Debtor.                             )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Jack R. Jerozal designated as claim no. 009815 in the above-captioned case in the amount of $2,000.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Jack R. Jerozal, claim no. 009815, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**


A. Thomas Small
United State Bankruptcy Judge

