Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002906 00000000 001 001 02906 INS: 0 0

JUDY MORGAN
3993 STUART
BOSSIER CITY, LA 71112

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                      )
                                                   )          CHAPTER 7
                                                   )
Debtor.                                            )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Judy Morgan designated as claim no.

009820 in the above-captioned case in the amount of $860.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Judy Morgan, claim no. 009820, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

