Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001862 00000000 001 001 01862 INS: 0 0

STACIE M. SLOAN
247 ROBBIE LN. SW
MARIETTA, GA 30060

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                               )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                         )        CHAPTER 7
                                                         )
Debtor.                                            )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Stacie M. Sloan designated as claim no. 009839 in the above-captioned case in the amount of $300.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Stacie M. Sloan, claim no. 009839, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

