Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004559 00000000 001 001 04559 INS: 0 0
RICK/ JENNIFER WERDAL
BOX A27
PEERLESS, MT 59253

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                              )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                    )        CHAPTER 7
                                    )
Debtor.                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Rick/ Jennifer Werdal designated as claim no. 009853 in the above-captioned case in the amount of $977.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Rick/ Jennifer Werdal, claim no. 009853, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

