Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000567 00000000 001 001 00567 INS: 0 0

JAMES K. HUFF
1013 SO. DAKOTA
BUTTE, MT 59701

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                  )            CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                                            )            CHAPTER 7
                                                            )
Debtor.                                                )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of James K. Huff designated as claim no.

009888 in the above-captioned case in the amount of $250.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of James K. Huff, claim no. 009888, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

