Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003281 00000000 001 001 03281 INS: 0 0

DOROTHY F. HEATON
801 W. IKARD
HENRIETTA, TX 76365

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                         )           CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,      )
                                                                    )           CHAPTER 7
                                                                    )
Debtor.                                                      )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Dorothy F. Heaton designated as claim no. 000822 in the above-captioned case in the amount of $897.25 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Dorothy F. Heaton, claim no. 000822, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

