Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003751 00000000 001 001 03751 INS: 0 0

JOHN B. STAHL
9917 CASCADE PARK DR
SANDY, UT 84070-4254

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                              )        CHAPTER 7
                                                              )
Debtor.                                                 )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of John B. Stahl designated as claim no. 010035 in the above-captioned case in the amount of $250.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of John B. Stahl, claim no. 010035, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

