Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000391 00000000 001 001 00391 INS: 0 0

DONNA R. COOPER
334 ALDERSON
BILLINGS, MT 59101

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                          )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
                                                      )        CHAPTER 7
                                                      )
Debtor.                                          )

### ORDER

    HOLMES P. HARDEN, Trustee, having objected to the claim of Donna R. Cooper designated as claim no. 010262 in the above-captioned case in the amount of $400.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

    IT IS HEREBY ORDERED that the claim of Donna R. Cooper, claim no. 010262, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

