Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000968 00000000 001 001 00968 INS: 0 0

JOHN M. MICHAEL
711 OLD DANVILLE ROAD
AUBURN, ME  04210-8665

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,           )
                                                              )         CHAPTER 7
                                                              )
Debtor.                                                  )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of John M. Michael designated as claim no.

010290 in the above-captioned case in the amount of $1,897.75 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of John M. Michael, claim no. 010290, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

