Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003220 00000000 001 001 03220 INS: 0 0

DEBBIE D. RUDY
3600 BIG BEAR LAKE CT.
ARLINGTON, TX 76016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                            )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                                     )        CHAPTER 7
                                                                     )
Debtor.                                                        )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Debbie D. Rudy designated as claim no. 010406 in the above-captioned case in the amount of $872.75 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Debbie D. Rudy, claim no. 010406, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

