Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001788 00000000 001 001 01788 INS: 0 0

S. LYNN GARRISON
449 E. HAYNE ST.
WOODRUFF, SC 29388

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                           )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                    )
                                                 )        CHAPTER 7
                                                 )
Debtor.                                          )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of S. Lynn Garrison designated as claim no.

010420 in the above-captioned case in the amount of $895.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of S. Lynn Garrison, claim no. 010420, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

