Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002263 00000000 001 001 02263 INS: 0 0

E. BERNADETTE GOODSON
141 PINEWOOD DRIVE
MILLBROOK, AL 36054

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,        )
                                                              )          CHAPTER 7
                                                              )
Debtor.                                                  )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of E. Bernadette Goodson designated as claim no. 010424 in the above-captioned case in the amount of $1,500.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of E. Bernadette Goodson, claim no. 010424, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

