Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003183 00000000 001 001 03183 INS: 0 0

PANTIOS M MANIAS
5590 E SPRING VALLEY #E204
DALLAS, TX 75240

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) |  |
|  | ) | CHAPTER 7 |
|  | ) |  |
| Debtor. | ) |  |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Pantios M Manias designated as claim no.

010457 in the above-captioned case in the amount of $880.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Pantios M Manias, claim no. 010457, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

