Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001283 00000000 001 001 01283 INS: 0 0

TERESA L S KIRKHOPE
20 LAUREL PARK DR BOX 289
LONG POND, PA 18334

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                              )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                    )         CHAPTER 7
                                    )
Debtor.                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Teresa L S Kirkhope designated as claim no. 010547 in the above-captioned case in the amount of $1,369.50 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Teresa L S Kirkhope, claim no. 010547, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

