Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004168 00000000 001 001 04168 INS: 0 0

JULIE HOUCK
333 5TH AVE SE
EPHRATA, WA 98923

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                           )        CHAPTER 7
                                                           )
Debtor.                                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Julie Houck designated as claim no. 010682 in the above-captioned case in the amount of $2,216.87 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Julie Houck, claim no. 010682, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

