Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001835 00000000 001 001 01835 INS: 0 0

WAYNE E. THOMPSON
3405 MILLWATER CROSSING
DACULA, GA 30019

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                              )         CHAPTER 7
                                                              )
Debtor.                                              )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Wayne E. Thompson designated as claim no. 010750 in the above-captioned case in the amount of $2,500.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Wayne E. Thompson, claim no. 010750, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

