Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004583 00000000 001 001 04583 INS: 0 0
ANDY G. NEMO
28622 68TH AVE. NW
STANWOOD, WA 98292

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                             )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                       )        CHAPTER 7
                                                       )
Debtor.                                          )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Andy G. Nemo designated as claim no. 010798 in the above-captioned case in the amount of $1,892.80 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Andy G. Nemo, claim no. 010798, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

