Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001652 00000000 001 001 01652 INS: 0 0

MABEL Y. BREMER
5501 STONE MILL ROAD
WAXHAW, NC 28173

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | |
| | CHAPTER 7 |
| Debtor. | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Mabel Y. Bremer designated as claim no. 000859 in the above-captioned case in the amount of $398.25 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Mabel Y. Bremer, claim no. 000859, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

