Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004586 00000000 001 001 04586 INS: 0 0
LUIS A REYNA
3703 W RODGERS RD.
EDINBURGH, TX 78539

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                   )
                                                )          CHAPTER 7
                                                )
Debtor.                                         )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Luis A Reyna designated as claim no.

010951 in the above-captioned case in the amount of $2,258.13 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Luis A Reyna, claim no. 010951, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

