Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003019 00000000 001 001 03019 INS: 0 0

CAROL D. PETERMAN
RT 1 BOX 207 A
CLEVELAND, OK 74020

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                  )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,        )
                                                           )         CHAPTER 7
                                                           )
Debtor.                                                )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Carol D. Peterman designated as claim no.

010987 in the above-captioned case in the amount of $392.75 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Carol D. Peterman, claim no. 010987, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

