Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000288 00000000 001 001 00288 INS: 0 0
ANNA WONG
6349 NANAIMO ST.
VANCOUVER, BC V5P4K6

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                          )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                     )         CHAPTER 7
                                                     )
Debtor.                                          )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Anna Wong designated as claim no. 011083 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Anna Wong, claim no. 011083, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

