Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004138 00000000 001 001 04138 INS: 0 0

HUNG CHENG
3406 24TH AVE. S
SEATTLE, WA 98144

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                       )
                                                    )          CHAPTER 7
                                                    )
Debtor.                                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Hung Cheng designated as claim no. 011172 in the above-captioned case in the amount of $893.60 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Hung Cheng, claim no. 011172, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

