Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004596 00000000 001 001 04596 INS: 0 0
SCOTT JENKINS
221 CONWAY ACRES
AUBURN, AL 36830

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                   )
                                                )        CHAPTER 7
                                                )
Debtor.                                         )

ORDER

        HOLMES P. HARDEN, Trustee, having objected to the claim of Scott Jenkins designated as claim no.

011258 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

        IT IS HEREBY ORDERED that the claim of Scott Jenkins, claim no. 011258, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

