Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004601 00000000 001 001 04601 INS: 0 0
STEVEN W. FLEMING
6622--56TH PL. N.E.
MARYSVILLE, WA 98270

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                           )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                    )         CHAPTER 7
                                                    )
Debtor.                                         )

ORDER

   HOLMES P. HARDEN, Trustee, having objected to the claim of Steven W. Fleming designated as claim

no. 011301 in the above-captioned case in the amount of $397.80 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

   IT IS HEREBY ORDERED that the claim of Steven W. Fleming, claim no. 011301, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

