Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003703 00000000 001 001 03703 INS: 0 0

RICHARD FLINT
C/O ROBERT K. WHITTAKER
4497 MUD CREEK ROAD
BUHL, ID 83316

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Richard Flint designated as claim no. 011327 in the above-captioned case in the amount of $1,750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Richard Flint, claim no. 011327, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

