Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003729 00000000 001 001 03729 INS: 0 0

MARGIE WILKINS
C/O ROBERT K WHITTAKER
4497 MUD CREEK ROAD
BUHL, ID 83316

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )       CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,        )
                                                         )       CHAPTER 7
                                                         )
Debtor.                                             )

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Margie Wilkins designated as claim no. 011353 in the above-captioned case in the amount of $1,750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Margie Wilkins, claim no. 011353, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

