Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003558 00000000 001 001 03558 INS: 0 0

ILSA A. DE LEON
2804 FRANCISCO
MISSION, TX 78572

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                   )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,            )
                                                             )          CHAPTER 7
                                                             )
Debtor.                                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Ilsa A. De Leon designated as claim no.

011426 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Ilsa A. De Leon, claim no. 011426, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

