Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002264 00000000 001 001 02264 INS: 0 0

GEORGE E. HUTCHINSON
131 CHASE WAY DR.
PIKE ROAD, AL 36064

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE:            ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC.,   ) | |
|               ) | CHAPTER 7 |
|               ) | |
| Debtor.           ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of George E. Hutchinson designated as claim no. 011464 in the above-captioned case in the amount of $1,897.50 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of George E. Hutchinson, claim no. 011464, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

