Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003753 00000000 001 001 03753 INS: 0 0

CHRISTY L. FRAZIER
1475 RUBY WAY
SYRACUSE, UT 84075

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                              )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                                        )          CHAPTER 7
                                                        )
Debtor.                                             )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Christy L. Frazier designated as claim no. 011492 in the above-captioned case in the amount of $1,547.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Christy L. Frazier, claim no. 011492, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

