Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000099 00000000 001 001 00099 INS: 0 0

NEIL A. HALL
PO BOX 1265
LYMAN, WA 98263

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
                                                         )          CHAPTER 7
                                                         )
Debtor.                                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Neil A. Hall designated as claim no. 011541 in the above-captioned case in the amount of $1,897.80 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Neil A. Hall, claim no. 011541, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

