Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002719 00000000 001 001 02719 INS: 0 0

LEA OXFORD
421 E. PARKWAY AVENUE
SALINA, KS 67401

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                          )      CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
                                )      CHAPTER 7
                                )
Debtor.                         )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Lea Oxford designated as claim no.

011557 in the above-captioned case in the amount of $2,258.30 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Lea Oxford, claim no. 011557, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

