Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003135 00000000 001 001 03135 INS: 0 0

MARY E. JONES
914 CREEK VALLEY
MESQUITE, TX 75181

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                            )   CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,  )
                                                      )   CHAPTER 7
                                                      )
Debtor.                                          )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Mary E. Jones designated as claim no. 011618 in the above-captioned case in the amount of $398.25 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Mary E. Jones, claim no. 011618, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

