Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000337 00000000 001 001 00337 INS: 0 0

MAXWELL H. LEE
151 DERWENT LANE
HUNTSVILLE, AL 35810

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                     )       CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,              )
                                           )       CHAPTER 7
                                           )
Debtor.                                    )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Maxwell H. Lee designated as claim no. 011650 in the above-captioned case in the amount of $26,401.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Maxwell H. Lee, claim no. 011650, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

