Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003874 00000000 001 001 03874 INS: 0 0

MAXWEALTH
3453 ASHBOURNE PLACE
ROWLAND HTS, CA 91748

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                                         )        CHAPTER 7
                                                         )
Debtor.                                              )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Maxwealth designated as claim no. 011709 in the above-captioned case in the amount of $1,750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Maxwealth, claim no. 011709, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

