Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000316 00000000 001 001 00316 INS: 0 0

LORILL A. WIDNER
555 TELEPHONE TOWNER ROAD
LACEY'S SPRING, AL 35754-7124

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                     )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,      )
                                                               )          CHAPTER 7
                                                               )
Debtor.                                                  )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Lorill A. Widner designated as claim no. 011742 in the above-captioned case in the amount of $393.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Lorill A. Widner, claim no. 011742, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

