Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003094 00000000 001 001 03094 INS: 0 0

JAMIE M. EASTERWOOD
1604 SUNSET HILL
ROCKWALL, TX 75087

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                      )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,        )
                                                                )          CHAPTER 7
                                                                )
Debtor.                                                     )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Jamie M. Easterwood designated as claim no. 011777 in the above-captioned case in the amount of $1,000.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Jamie M. Easterwood, claim no. 011777, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

