Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC 27504

0001 0002728 00000000 001 001 02728 INS: 0 0

ROSEMARY P. SIMMONS
704 N. 5TH
LINCOLN, KS 67455

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                  )       CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,           )
                                        )       CHAPTER 7
                                        )
Debtor.                                 )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Rosemary P. Simmons designated as claim no. 011876 in the above-captioned case in the amount of $777.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Rosemary P. Simmons, claim no. 011876, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

