Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000643 00000000 001 001 00643 INS: 0 0

STACEY E. HERRINGTON
1401 S. HARDING ST
OAK GROVE, MO 64075 - 9347

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                             )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
                                                        )         CHAPTER 7
                                                        )
Debtor.                                           )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Stacey E. Herrington designated as claim no. 011922 in the above-captioned case in the amount of $295.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Stacey E. Herrington, claim no. 011922, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

