Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000299 00000000 001 001 00299 INS: 0 0
RANJIT-KAUR DULAI
7100-125 ST.
SURREY, BC V3W0T9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
 ) CHAPTER 7
 )
Debtor. )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Ranjit-kaur Dulai designated as claim no. 011985 in the above-captioned case in the amount of $857.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Ranjit-kaur Dulai, claim no. 011985, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

