Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000067 00000000 001 001 00067 INS: 0 0

BRENDA J. LINDSTROM
10952 MARY LANE
BURLINGTON, WA 98233

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )        CHAPTER 7
                                          )
Debtor.                                   )

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Brenda J. Lindstrom designated as claim

no. 011993 in the above-captioned case in the amount of $300.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Brenda J. Lindstrom, claim no. 011993, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

