Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000303 00000000 001 001 00303 INS: 0 0
RANJIT S. LITT
5644 ORMIDALE STREET
VANCOUVER, BC V5R4P9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )       CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                                        )       CHAPTER 7
                                                        )
Debtor.                                              )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Ranjit S. Litt designated as claim no. 012043 in the above-captioned case in the amount of $1,901.55 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Ranjit S. Litt, claim no. 012043, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

