Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004626 00000000 001 001 04626 INS: 0 0
TERI J. TREMBLAY
703 N. 4TH
LINCOLN, KS 67455

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                      )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,               )
                                            )        CHAPTER 7
                                            )
Debtor.                                     )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Teri J. Tremblay designated as claim no. 012134 in the above-captioned case in the amount of $1,500.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Teri J. Tremblay, claim no. 012134, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

