Case 98-02675-5-DMW Doc 10437 Filed 12/12/07 Entered 12/12/07 11:19:42 Page 1 of 1

Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC 27504

0001 0000286 00000000 001 001 00286 INS: 0 0

MABLE D. DAVIS
4803 JOE DAVIS DR.
DECATUR, AL 35603

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )        CHAPTER 7
                                          )
Debtor.                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Mable D. Davis designated as claim no.

012181 in the above-captioned case in the amount of $1,800.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Mable D. Davis, claim no. 012181, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

