Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001893 00000000 001 001 01893 INS: 0 0

MISHAYLA BETKE
2503 CLUB PLACE NW
DULUTH, GA 30096

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                              )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                    )         CHAPTER 7
                                    )
Debtor.                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Mishayla Betke designated as claim no. 012186 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Mishayla Betke, claim no. 012186, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

