Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

CYNTHIA K. KENNEDY
6198 WEANT ROAD
ARCHDALE, NC 27263

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Cynthia K. Kennedy designated as claim no. 012320 in the above-captioned case in the amount of $864.50 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Cynthia K. Kennedy, claim no. 012320, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

