Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001860 00000000 001 001 01860 INS: 0 0

HATTIE P. COOPER
2086 TEAL COVE
LITHONIA, GA 30058

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: )  CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
)  CHAPTER 7
)
Debtor. )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Hattie P. Cooper designated as claim no. 012365 in the above-captioned case in the amount of $1,399.52 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Hattie P. Cooper, claim no. 012365, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

