Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004109 00000000 001 001 04109 INS: 0 0

VICKI WILLIAMSON
8446 NE 7TH ST.
MEDINA, WA 98039

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                    )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )         CHAPTER 7
                                          )
Debtor.                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Vicki Williamson designated as claim no. 012387 in the above-captioned case in the amount of $225.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Vicki Williamson, claim no. 012387, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

