Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001646 00000000 001 001 01646 INS: 0 0

WAYNE COLE
POST OFFICE BOX 743
LOCUST, NC 28097

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                          )        CHAPTER 7
                                                          )
Debtor.                                              )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Wayne Cole designated as claim no.

012405 in the above-captioned case in the amount of $1,891.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Wayne Cole, claim no. 012405, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

