Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000179 00000000 001 001 00179 INS: 0 0

LINDA A. FULTZ
P.O. BOX 1770
SULTAN, WA 98294

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                               )         CHAPTER 7
                                                               )
Debtor.                                               )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Linda A. Fultz designated as claim no. 012411 in the above-captioned case in the amount of $1,897.80 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Linda A. Fultz, claim no. 012411, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

