Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000308 00000000 001 001 00308 INS: 0 0
RYAN VALE
3 MADONNA DR.
ST. ALBERT, AB T8N1G8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
 ) CHAPTER 7
 )
Debtor. )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Ryan Vale designated as claim no. 012413 in the above-captioned case in the amount of $399.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Ryan Vale, claim no. 012413, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

