Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003195 00000000 001 001 03195 INS: 0 0

ROSA C. CHEATAM
10 KAY CIRCLE
NASH, TX 75569

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                               )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                        )
                                                     )          CHAPTER 7
                                                     )
Debtor.                                              )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Rosa C. Cheatam designated as claim no.

012498 in the above-captioned case in the amount of $1,897.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Rosa C. Cheatam, claim no. 012498, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

