Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000039 00000000 001 001 00039 INS: 0 0

JACOB C. HERZOG
17432 35TH AVE. N E #44
ARLINGTON, WA 98223

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Jacob C. Herzog designated as claim no.

012531 in the above-captioned case in the amount of $1,892.80 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Jacob C. Herzog, claim no. 012531, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

