Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000573 00000000 001 001 00573 INS: 0 0

NANCY L. GREEN
28 ENGLISH GULCH
ANACONDA, MT 59711

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: )    CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
)    CHAPTER 7
)
Debtor. )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Nancy L. Green designated as claim no.

012627 in the above-captioned case in the amount of $865.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Nancy L. Green, claim no. 012627, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

