Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001323 00000000 001 001 01323 INS: 0 0

HSIAO WEN YANG
15021 GOOD MEADOW CT.
GAITHERSBURG, MD 20878

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                         )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                  )
                                               )         CHAPTER 7
                                               )
Debtor.                                        )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Hsiao Wen Yang designated as claim no. 012636 in the above-captioned case in the amount of $1,000.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Hsiao Wen Yang, claim no. 012636, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

