Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000743 00000000 001 001 00743 INS: 0 0

EDWARD T. FORSYTH
1005 S PALMER DRIVE
OLATHE, KS  66061-5138

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                       )     CASE NO.: 98-02675-5-ATS

INTERNATIONAL HERITAGE, INC.,     )

                               )     CHAPTER 7

                               )

Debtor.                   )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Edward T. Forsyth designated as claim no. 012644 in the above-captioned case in the amount of $1,750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Edward T. Forsyth, claim no. 012644, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

