Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002102 00000000 001 001 02102 INS: 0 0

GARY D. HITT
2569 US HWY 82 WEST
SYLVESTER, GA 31791

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )        CHAPTER 7
                                          )
Debtor.                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Gary D. Hitt designated as claim no.

012677 in the above-captioned case in the amount of $1,897.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Gary D. Hitt, claim no. 012677, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

