Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001702 00000000 001 001 01702 INS: 0 0

EDMUND G. NETTLE
909 CLUB LANE
SUMTER, SC 29154

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                       )
                                                    )        CHAPTER 7
                                                    )
Debtor.                                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Edmund G. Nettle designated as claim no. 001076 in the above-captioned case in the amount of $350.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Edmund G. Nettle, claim no. 001076, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

