Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001703 00000000 001 001 01703 INS: 0 0

GARLAND G. NETTLES
909 CLUB LANE
SUMTER, SC 29154

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                     )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,              )
                                           )         CHAPTER 7
                                           )
Debtor.                                    )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Garland G. Nettles designated as claim no. 001077 in the above-captioned case in the amount of $350.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Garland G. Nettles, claim no. 001077, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

