Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001061 00000000 001 001 01061 INS: 0 0

WANG JUNTAO
C/O HUA LING
147-41 38TH AVE D26
FLUSHING, NY 11354

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )        CHAPTER 7
                                          )
Debtor.                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Wang Juntao designated as claim no.

012875 in the above-captioned case in the amount of $250.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Wang Juntao, claim no. 012875, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

