Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000321 00000000 001 001 00321 INS: 0 0
HARCHANDER K. MANGAT
12597-56 AVENUE
SURREY, BC V3W2Y7

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                          )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
                                                    )          CHAPTER 7
                                                    )
Debtor.                                        )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Harchander K. Mangat designated as

claim no. 012904 in the above-captioned case in the amount of $7,500.00 and having requested denial of claim,

and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Harchander K. Mangat, claim no. 012904, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

