Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003801 00000000 001 001 03801 INS: 0 0

KIM K. LARA
1201 TERRY CT.
HOBBS, NM 88240

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                            )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,     )
                                                      )          CHAPTER 7
                                                      )
Debtor.                                           )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Kim K. Lara designated as claim no.

012978 in the above-captioned case in the amount of $4,500.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Kim K. Lara, claim no. 012978, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

