Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002345 00000000 001 001 02345 INS: 0 0

MILDRED CHESSER
1704 GARDEN STREET
ANDALUSIA, AL 36421-2316

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                           )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                    )
                                                 )        CHAPTER 7
                                                 )
Debtor.                                          )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Mildred Chesser designated as claim no. 013094 in the above-captioned case in the amount of $395.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Mildred Chesser, claim no. 013094, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

