Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003110 00000000 001 001 03110 INS: 0 0

BRUNSON VICKI
BOX 54
FATE, TX 75132

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | |
|---|---|
| IN RE:  ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC.,  ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor.  ) | |

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Brunson Vicki designated as claim no. 013155 in the above-captioned case in the amount of $2,000.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Brunson Vicki, claim no. 013155, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

