Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001228 00000000 001 001 01228 INS: 0 0

SYED MOHAMMAD ABBAS
1099 Old Country Rd.
PLAINVIEW, NY 11803

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                    )          CHAPTER 7
                                                    )
Debtor.                                         )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Syed Mohammad Abbas designated as

claim no. 013178 in the above-captioned case in the amount of $250.00 and having requested denial of claim, and

no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Syed Mohammad Abbas, claim no. 013178, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

