Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000356 00000000 001 001 00356 INS: 0 0
GEOFFREY LAM
26 GRENBECK DR.
SCARBOROUGH, ON M1V2H6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )      CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                       )
                                                    )      CHAPTER 7
                                                    )
Debtor.                                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Geoffrey Lam designated as claim no. 013187 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Geoffrey Lam, claim no. 013187, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

