Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000361 00000000 001 001 00361 INS: 0 0
KWOK LEUNG CHAN
8 BELINDA SQUARE
SCARBOROUGH, ON M1W3M2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                            )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,        )
                                                      )        CHAPTER 7
                                                      )
Debtor.                                           )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Kwok Leung Chan designated as claim

no. 013192 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Kwok Leung Chan, claim no. 013192, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

