Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001051 00000000 001 001 01051 INS: 0 0

l..ll..ll...llll....ll.l.l..l.l..ll.l.l....l.l.l.l...lll

LOAN T. HUYANH
30-78 34TH ST., APT. #2B
LONG ISLAND CIT, NY 11103

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Loan T. Huyanh designated as claim no. 013304 in the above-captioned case in the amount of $1,870.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Loan T. Huyanh, claim no. 013304, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

