Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003761 00000000 001 001 03761 INS: 0 0

PAUL F. ASHTON
1728 W. 1100 N.
PROVO, UT 84604

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                        )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                 )
                                              )        CHAPTER 7
                                              )
Debtor.                                       )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Paul F. Ashton designated as claim no.

013315 in the above-captioned case in the amount of $857.32 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Paul F. Ashton, claim no. 013315, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

