Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001244 00000000 001 001 01244 INS: 0 0

ALICE L. GOLDEN
119 LOEHR AVE.
SYRACUSE, NY 13204

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                              )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                    )        CHAPTER 7
                                    )
Debtor.                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Alice L. Golden designated as claim no. 013344 in the above-captioned case in the amount of $250.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Alice L. Golden, claim no. 013344, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

