Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001123 00000000 001 001 01123 INS: 0 0

CHU F. MA
83-60 VIETOR AVE. #3-H
ELMHURST, NY 11373

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                      )
                                                   )          CHAPTER 7
                                                   )
Debtor.                                            )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Chu F. Ma designated as claim no.

013347 in the above-captioned case in the amount of $5,520.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Chu F. Ma, claim no. 013347, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

