Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004234 00000000 001 001 04234 INS: 0 0

JASON PALMER
3921 159TH ST, CT. E
TACOMA, WA 98446-6203

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                  )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,           )
                                        )        CHAPTER 7
                                        )
Debtor.                                 )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Jason Palmer designated as claim no. 013471 in the above-captioned case in the amount of $2,000.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Jason Palmer, claim no. 013471, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

