Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000399 00000000 001 001 00399 INS: 0 0
INDERJIT S. BASRA
6616 142-A STREET
SURREY, BC V3W1C8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                             )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,      )
                                                       )          CHAPTER 7
                                                       )
Debtor.                                           )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Inderjit S. Basra designated as claim no. 013486 in the above-captioned case in the amount of $2,368.50 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Inderjit S. Basra, claim no. 013486, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

