Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002598 00000000 001 001 02598 INS: 0 0

GILBERT C. KOPP
19540 ROCKDALE RD.
MAQUOKETA, IA 52060

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                      )       CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,               )
                                            )       CHAPTER 7
                                            )
Debtor.                                     )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Gilbert C. Kopp designated as claim no. 013554 in the above-captioned case in the amount of $2,250.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Gilbert C. Kopp, claim no. 013554, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

