Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001908 00000000 001 001 01908 INS: 0 0

TORIA J. BELLINO
593 SYCAMORE DRIVE
CANTON, GA 30115

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
) CHAPTER 7
)
Debtor. )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Toria J. Bellino designated as claim no. 013597 in the above-captioned case in the amount of $1,795.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Toria J. Bellino, claim no. 013597, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

