Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003016 00000000 001 001 03016 INS: 0 0

DEBIE E. WAEGER
5 MEADOWLARK
KINGFISHER, OK 73750

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                            )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                     )
                                                  )         CHAPTER 7
                                                  )
Debtor.                                           )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Debie E. Waeger designated as claim no. 013601 in the above-captioned case in the amount of $1,900.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Debie E. Waeger, claim no. 013601, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

