Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000304 00000000 001 001 00304 INS: 0 0

ELIZABETH M. GUENTHER
205 JACKSON COURT
SHEFFIELD, AL 35660

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                              )           CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,      )
                                                                        )           CHAPTER 7
                                                                        )
Debtor.                                                           )

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Elizabeth M. Guenther designated as claim no. 013705 in the above-captioned case in the amount of $1,893.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Elizabeth M. Guenther, claim no. 013705, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

