Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001566 00000000 001 001 01566 INS: 0 0

RHONDA F. PARRISH
6400 OLD OAK RIDGE ROAD D-10
GREENSBORO, NC 27410

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,      )
                                                              )          CHAPTER 7
                                                              )
Debtor.                                                  )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Rhonda F. Parrish designated as claim no.

013734 in the above-captioned case in the amount of $3,000.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Rhonda F. Parrish, claim no. 013734, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

