Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000550 00000000 001 001 00550 INS: 0 0

DIANNE L. HOFFMAN
3102 TERRACE AVENUE
HELENA, MT 59602-9213

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                 )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,        )
                                                          )        CHAPTER 7
                                                          )
Debtor.                                               )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Dianne L. Hoffman designated as claim

no. 013780 in the above-captioned case in the amount of $12,500.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Dianne L. Hoffman, claim no. 013780, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

