Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000153 00000000 001 001 00153 INS: 0 0

ERIK BEUVAIS
5057 AERIE LN.
SEDRO WOOLLEY, WA 98284

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                             )       CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,      )
                                )       CHAPTER 7
                                )
Debtor.                        )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Erik Beuvais designated as claim no. 013786 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Erik Beuvais, claim no. 013786, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

