Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004147 00000000 001 001 04147 INS: 0 0

CHARLOTTE R. PULS
3322 NE 200TH STREET
LAKE FOREST PARK, WA  98155-1541

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          )       CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                   )
                                                )       CHAPTER 7
                                                )
Debtor.                                         )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Charlotte R. Puls designated as claim no. 013892 in the above-captioned case in the amount of $900.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Charlotte R. Puls, claim no. 013892, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

