Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004667 00000000 001 001 04667 INS: 0 0

YAN LINDA QIAO
8829 FT. HAMILTON PWAY.
APT. #A 65
BROOKLYN, NY 11209

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: )<br>INTERNATIONAL HERITAGE, INC., )<br>)<br>)<br>Debtor. ) | CASE NO.: 98-02675-5-ATS<br><br>CHAPTER 7 |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Yan Linda Qiao designated as claim no. 013940 in the above-captioned case in the amount of $900.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Yan Linda Qiao, claim no. 013940, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

