Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC 27504

0001 0003567 00000000 001 001 03567 INS: 0 0

HECTOR D. RODRIGUEZ
1204 S. DANNER
PHARR, TX 78577

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                         )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
                                                    )        CHAPTER 7
                                                    )
Debtor.                                          )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Hector D. Rodriguez designated as claim no. 014002 in the above-captioned case in the amount of $398.25 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Hector D. Rodriguez, claim no. 014002, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

