Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000158 00000000 001 001 00158 INS: 0 0

CINDY A. CARLSON
4709 PRAIRIE LANE
SEDRO-WOOLLEY, WA 98284

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,          )
                                                             )          CHAPTER 7
                                                             )
Debtor.                                                   )

ORDER

    HOLMES P. HARDEN, Trustee, having objected to the claim of Cindy A. Carlson designated as claim no.

014019 in the above-captioned case in the amount of $1,500.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

    IT IS HEREBY ORDERED that the claim of Cindy A. Carlson, claim no. 014019, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

