Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000521 00000000 001 001 00521 INS: 0 0

ANDREA E. HENRY
P.O. BOX 363
BIG SANDY, MT 59520

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                               )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,      )
                                                         )          CHAPTER 7
                                                         )
Debtor.                                               )

ORDER

    HOLMES P. HARDEN, Trustee, having objected to the claim of Andrea E. Henry designated as claim no.

001227 in the above-captioned case in the amount of $365.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

    IT IS HEREBY ORDERED that the claim of Andrea E. Henry, claim no. 001227, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

