Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002994 00000000 001 001 02994 INS: 0 0

DAVID R. SHAVER
611 ALICE
MOUNTAIN HOME, AR 72653

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                           )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                    )
                                                 )          CHAPTER 7
                                                 )
Debtor.                                          )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of David R. Shaver designated as claim no. 014220 in the above-captioned case in the amount of $250.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of David R. Shaver, claim no. 014220, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

