Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001184 00000000 001 001 01184 INS: 0 0

SIUHA LAU
864 BAY RIDGE AVE
BROOKLYN, NY 11220

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:            )  CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,  )
               )  CHAPTER 7
               )
Debtor.           )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Siuha Lau designated as claim no. 014243 in the above-captioned case in the amount of $1,868.25 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Siuha Lau, claim no. 014243, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

