Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001989 00000000 001 001 01989 INS: 0 0

NIANJUN YU
2942 ASHLYN POINTE DRIVE
DORAVILLE, GA  30340-2264

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,        )
                                                          )          CHAPTER 7
                                                          )
Debtor.                                              )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Nianjun Yu designated as claim no.

014383 in the above-captioned case in the amount of $1,800.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Nianjun Yu, claim no. 014383, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

