Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000426 00000000 001 001 00426 INS: 0 0
ANUJOT DEOL
1133-E54 AVENUE
VANCOUVER, BC V5X1M1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                         )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,        )
                                                                     )        CHAPTER 7
                                                                     )
Debtor.                                                      )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Anujot Deol designated as claim no. 014387 in the above-captioned case in the amount of $1,867.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Anujot Deol, claim no. 014387, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

