Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC 27504

0001 0002095 00000000 001 001 02095 INS: 0 0

RUSTY WILSON
371 LARRY DUNN RD.
OMEGA, GA 31775

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Rusty Wilson designated as claim no. 014397 in the above-captioned case in the amount of $1,869.50 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Rusty Wilson, claim no. 014397, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge