Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004689 00000000 001 001 04689 INS: 0 0
DONNA R. HICKS
1004-5TH AVE. W
DICKINSON, ND 58601

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Donna R. Hicks designated as claim no. 014460 in the above-captioned case in the amount of $1,986.75 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Donna R. Hicks, claim no. 014460, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

