Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002642 00000000 001 001 02642 INS: 0 0

JUDITH C. HICKS
1004 5TH AVE WEST
DICKINSON, ND 58601

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: )           CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
)           CHAPTER 7
)
Debtor. )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Judith C. Hicks designated as claim no. 014461 in the above-captioned case in the amount of $6,251.08 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Judith C. Hicks, claim no. 014461, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

