Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000119 00000000 001 001 00119 INS: 0 0

ALLEN W. BYRD
25114 174TH ST SE
MONROE, WA 98272

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                       )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,        )
                                                                 )         CHAPTER 7
                                                                 )
Debtor.                                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Allen W. Byrd designated as claim no. 014463 in the above-captioned case in the amount of $1,897.80 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Allen W. Byrd, claim no. 014463, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

