Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002086 00000000 001 001 02086 INS: 0 0

LUCILE C. WINGATE
161 J W WINGATE ROAD
DOERUN, GA 31744

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:   )   CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
  )   CHAPTER 7
  )
Debtor.   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Lucile C. Wingate designated as claim no. 014465 in the above-captioned case in the amount of $869.50 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Lucile C. Wingate, claim no. 014465, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

