Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000490 00000000 001 001 00490 INS: 0 0

LARRY MCCAIN JR.
305 29TH AVE. N.E.
GT FALLS, MT 59404

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                      )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,               )
                                            )        CHAPTER 7
                                            )
Debtor.                                     )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Larry Mccain Jr. designated as claim no. 014482 in the above-captioned case in the amount of $1,390.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Larry Mccain Jr., claim no. 014482, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

