Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002855 00000000 001 001 02855 INS: 0 0

REBECCA A. WAGUESPACK
713 BETZ AVE.
JEFFERSON, LA 70121

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                        )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                 )
                                              )        CHAPTER 7
                                              )
Debtor.                                       )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Rebecca A. Waguespack designated as claim no. 014522 in the above-captioned case in the amount of $250.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Rebecca A. Waguespack, claim no. 014522, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

