Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000800 00000000 001 001 00800 INS: 0 0

JOSH BROUSSARD
223 GUIDRY ROAD, APT. A
LAFAYETTE, LA  70503

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                    )     CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )     CHAPTER 7
                                          )
Debtor.                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Josh Broussard designated as claim no. 014571 in the above-captioned case in the amount of $1,825.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Josh Broussard, claim no. 014571, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

