Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004239 00000000 001 001 04239 INS: 0 0

BEVERLY M. HINSON
8027 AFFLERBAUGH CT SE
LACEY, WA 98503

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                       )       CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                )
                                             )       CHAPTER 7
                                             )
Debtor.                                      )

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Beverly M. Hinson designated as claim no. 014579 in the above-captioned case in the amount of $893.10 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Beverly M. Hinson, claim no. 014579, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

