Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003372 00000000 001 001 03372 INS: 0 0

TOMMY A. PETERS
12 SOUTH WOODSTOCK CIR
THE WOODLANDS, TX 77381

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                  )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,            )
                                                            )          CHAPTER 7
                                                            )
Debtor.                                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Tommy A. Peters designated as claim no. 014582 in the above-captioned case in the amount of $1,187.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Tommy A. Peters, claim no. 014582, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

