Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000775 00000000 001 001 00775 INS: 0 0

BARBARA J. LUTJEMEIER
1051 KEYSTONE ROAD
MARYSVILLE, KS 66508

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                             )      CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,      )
                                                       )      CHAPTER 7
                                                       )
Debtor.                                           )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Barbara J. Lutjemeier designated as claim no. 014655 in the above-captioned case in the amount of $800.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Barbara J. Lutjemeier, claim no. 014655, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

