Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004699 00000000 001 001 04699 INS: 0 0
HENRY C. RICHIE JR.
1 SKYLINE DR.
CHILDERSBURG, AL 35044

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Henry C. Richie Jr. designated as claim

no. 014760 in the above-captioned case in the amount of $1,750.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Henry C. Richie Jr., claim no. 014760, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

