Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001380 00000000 001 001 01380 INS: 0 0

JOHN B. MEREDITH III.
4145 WHITE DOVE LN.
ROANOKE, VA 24018

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                   )
                                                )        CHAPTER 7
                                                )
Debtor.                                         )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of John B. Meredith Iii. designated as claim no. 014848 in the above-captioned case in the amount of $1,025.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of John B. Meredith Iii., claim no. 014848, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

