Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000177 00000000 001 001 00177 INS: 0 0

THERESA KERR
26020 72ND N.W.
STANWOOD, WA 98292

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                   )    CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,            )
                                         )    CHAPTER 7
                                         )
Debtor.                                  )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Theresa Kerr designated as claim no. 014925 in the above-captioned case in the amount of $1,272.80 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Theresa Kerr, claim no. 014925, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

