Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000508 00000000 001 001 00508 INS: 0 0

STACEY L SIMMONS
RT 1 BOX 1855
LEWISTON, MT 59457

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                      )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,      )
                                                                )         CHAPTER 7
                                                                )
Debtor.                                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Stacey L Simmons designated as claim no. 015086 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Stacey L Simmons, claim no. 015086, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

