Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004229 00000000 001 001 04229 INS: 0 0

||.|..|.|..|.|.|.|.|..|.|.|.|.|..|.||.....||..||..||..||

DAN LIU
10931 PARK AVE., S. #B203
TACOMA, WA 98444

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                            )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                       )        CHAPTER 7
                                                       )
Debtor.                                          )

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Dan Liu designated as claim no. 015142

in the above-captioned case in the amount of $1,750.00 and having requested denial of claim, and no response

having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Dan Liu, claim no. 015142, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

