Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004287 00000000 001 001 04287 INS: 0 0

ARLENE L. SIEGLER
6515 W. CLEARWATER AVE.
KENNEWICK, WA 99336

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                   )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,            )
                                         )          CHAPTER 7
                                         )
Debtor.                                  )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Arlene L. Siegler designated as claim no. 015150 in the above-captioned case in the amount of $1,890.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Arlene L. Siegler, claim no. 015150, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

