Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004321 00000000 001 001 04321 INS: 0 0

JULIANA L. CHAU
344 RIVERWOOD
RICHLAND, WA 99352

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,      )
                                                        )          CHAPTER 7
                                                        )
Debtor.                                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Juliana L. Chau designated as claim no. 015185 in the above-captioned case in the amount of $1,890.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Juliana L. Chau, claim no. 015185, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

