Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003233 00000000 001 001 03233 INS: 0 0

MARSANNE D. HOWARD
535 E DOVE RD
SOUTHLAKE TX 76092-3701

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Marsanne D. Howard designated as claim no. 015233 in the above-captioned case in the amount of $2,733.32 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Marsanne D. Howard, claim no. 015233, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

