Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002631 00000000 001 001 02631 INS: 0 0

STEVE D. CRANE
1344 SUMMIT LANE
SAINT PAUL, MN 55105

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | |
| | CHAPTER 7 |
| Debtor. | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Steve D. Crane designated as claim no. 015326 in the above-captioned case in the amount of $1,875.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Steve D. Crane, claim no. 015326, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

