Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004233 00000000 001 001 04233 INS: 0 0

MARIBETH G. MENDOZA
1114 130TH ST. E
TACOMA, WA 98445

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | |
| | CHAPTER 7 |
| Debtor. | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Maribeth G. Mendoza designated as claim no. 015387 in the above-captioned case in the amount of $1,894.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Maribeth G. Mendoza, claim no. 015387, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

