Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000456 00000000 001 001 00456 INS: 0 0
RAM LAGHAN
6075 125 A ST.
SURRY, B.C. V3X 3L6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,          )
                                                              )        CHAPTER 7
                                                              )
Debtor.                                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Ram Laghan designated as claim no.

015401 in the above-captioned case in the amount of $1,867.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Ram Laghan, claim no. 015401, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

