Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000457 00000000 001 001 00457 INS: 0 0
EDWIN R. LAGHAN
6075 125 A ST.
SURREY, BC V3X 3L6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,         )
                                      ) CHAPTER 7
                                      )
Debtor.                               )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Edwin R. Laghan designated as claim no. 015418 in the above-captioned case in the amount of $2,059.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Edwin R. Laghan, claim no. 015418, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

