Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000463 00000000 001 001 00463 INS: 0 0
HARDEEP K. BATH
13303 80TH AVE
SURREY, BC V3W3B5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                           )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                     )        CHAPTER 7
                                                     )
Debtor.                                          )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Hardeep K. Bath designated as claim no. 015471 in the above-captioned case in the amount of $1,901.55 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Hardeep K. Bath, claim no. 015471, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

