Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001723 00000000 001 001 01723 INS: 0 0

PAM B. ETHERIDGE
206 WHITE MAGNOLIA AVE.
DARLINGTON, SC 29532

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                      )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,               )
                                            )        CHAPTER 7
                                            )
Debtor.                                     )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Pam B. Etheridge designated as claim no. 015517 in the above-captioned case in the amount of $1,896.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Pam B. Etheridge, claim no. 015517, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

