Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000474 00000000 001 001 00474 INS: 0 0
KAREN H. LUE-PEACOCK
16 FIELDCREST AVE.
COURTICE, ON L1E2X3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Karen H. Lue-peacock designated as claim no. 015594 in the above-captioned case in the amount of $1,500.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Karen H. Lue-peacock, claim no. 015594, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

