Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004725 00000000 001 001 04725 INS: 0 0
DONNA B. KAMAN
14552-24TH AVE.
MARNE, MI 49435

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                                        )          CHAPTER 7
                                                        )
Debtor.                                             )

ORDER

        HOLMES P. HARDEN, Trustee, having objected to the claim of Donna B. Kaman designated as claim no.

015626 in the above-captioned case in the amount of $250.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

        IT IS HEREBY ORDERED that the claim of Donna B. Kaman, claim no. 015626, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
        A. Thomas Small
        United State Bankruptcy Judge

