Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002177 00000000 001 001 02177 INS: 0 0

BETTY B. COTHRAN
5807 BAYFRONT DR.
PANAMA CITY, FL 32404

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                           )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                    )
                                                 )          CHAPTER 7
                                                 )
Debtor.                                          )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Betty B. Cothran designated as claim no.

001469 in the above-captioned case in the amount of $2,000.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Betty B. Cothran, claim no. 001469, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

