Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000642 00000000 001 001 00642 INS: 0 0

PHILLIP A. SZAJUNK
409 N.E. CORDER
LEES SUMMIT, MO 64063

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                     )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,              )
                                           )         CHAPTER 7
                                           )
Debtor.                                    )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Phillip A. Szajunk designated as claim no. 015652 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Phillip A. Szajunk, claim no. 015652, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

