Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000961 00000000 001 001 00961 INS: 0 0

RUBIN LI
28 CALVIN ST.
LEXINGTON, MA 02420

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                     )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,              )
                                           )        CHAPTER 7
                                           )
Debtor.                                    )

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Rubin Li designated as claim no. 015699

in the above-captioned case in the amount of $325.00 and having requested denial of claim, and no response

having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Rubin Li, claim no. 015699, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

