Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000782 00000000 001 001 00782 INS: 0 0

MALEY DELBERT G.
1753 RD. E #234
EMPORIA, KS 66801

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

### ORDER

   HOLMES P. HARDEN, Trustee, having objected to the claim of Maley Delbert G. designated as claim no.

015718 in the above-captioned case in the amount of $450.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

   IT IS HEREBY ORDERED that the claim of Maley Delbert G., claim no. 015718, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

