Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003796 00000000 001 001 03796 INS: 0 0

KIM TIVIS
258 E. N.M. 267
PORTALES, NM 88130

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

### ORDER

   HOLMES P. HARDEN, Trustee, having objected to the claim of Kim Tivis designated as claim no. 011500

in the above-captioned case in the amount of $250.00 and having requested denial of claim, and no response

having been filed with the Court in writing after notice;

   IT IS HEREBY ORDERED that the claim of Kim Tivis, claim no. 011500, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**


_____
A. Thomas Small
United State Bankruptcy Judge

