Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001981 00000000 001 001 01981 INS: 0 0

CHARLIE ROBINSON
387 S. HOWARD ST.
ATLANTA, GA 30317

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,          )
                                                       )          CHAPTER 7
                                                       )
Debtor.                                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Charlie Robinson designated as claim no.

011728 in the above-captioned case in the amount of $391.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Charlie Robinson, claim no. 011728, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

