Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000503 00000000 001 001 00503 INS: 0 0
LINH TRAN
126 BELLAMY ROAD #1211
SCARB, ON M1J2L1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                    )     CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
                       )     CHAPTER 7
                       )
Debtor.                )

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Linh Tran designated as claim no. 001402 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Linh Tran, claim no. 001402, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

