Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000505 00000000 001 001 00505 INS: 0 0
ANDRE DESAULNIERS
291 GERIN LAJOIE
YAMACHICHE, PQ G0X3L0

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,        )
                                                             )          CHAPTER 7
                                                             )
Debtor.                                               )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Andre Desaulniers designated as claim no.

001411 in the above-captioned case in the amount of $902.80 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Andre Desaulniers, claim no. 001411, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

