Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000515 00000000 001 001 00515 INS: 0 0
JASBIR S CHEEMA
1283 EAST-64TH AVE
VANCOUVER, BC V5X2N8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                             )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
                                                        )        CHAPTER 7
                                                        )
Debtor.                                            )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Jasbir S Cheema designated as claim no. 001745 in the above-captioned case in the amount of $2,354.90 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Jasbir S Cheema, claim no. 001745, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

