Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004388 00000000 001 001 04388 INS: 0 0
ALICE M. ADAMS
7710 63RD ST CT NW
GIA HARBOR, WA 98335

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Alice M. Adams designated as claim no.

001507 in the above-captioned case in the amount of $2,247.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Alice M. Adams, claim no. 001507, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

