Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000532 00000000 001 001 00532 INS: 0 0
ANGEARD HEATHER & FABIEN
12875 64 AVE
SURREY, BC V3W1X4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: )      CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
 )      CHAPTER 7
 )
Debtor. )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Angeard Heather & Fabien designated as claim no. 002151 in the above-captioned case in the amount of $903.20 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Angeard Heather & Fabien, claim no. 002151, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

