Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000582 00000000 001 001 00582 INS: 0 0
JANICE E. GIRARD MILES
101-1575 BALSAM ST.
VANCOUVER, BC V6K3L7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                         )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                  )
                                               )         CHAPTER 7
                                               )
Debtor.                                        )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Janice E. Girard Miles designated as claim no. 002869 in the above-captioned case in the amount of $1,750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Janice E. Girard Miles, claim no. 002869, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

