Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000591 00000000 001 001 00591 INS: 0 0
SUKHMANDER S. BRAR
8321 134TH STREET
SURREY, BC V3W-0X6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,        )
                                                              )          CHAPTER 7
                                                              )
Debtor.                                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Sukhmander S. Brar designated as claim

no. 002928 in the above-captioned case in the amount of $2,351.40 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Sukhmander S. Brar, claim no. 002928, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

