Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000633 00000000 001 001 00633 INS: 0 0
PHILIP P.K. NG
2884 NASH DR.
COQUITLAM, BC V3B6R1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                                )           CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,               )
                                                                        )           CHAPTER 7
                                                                        )
Debtor.                                                              )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Philip P.k. Ng designated as claim no. 003312 in the above-captioned case in the amount of $901.55 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Philip P.k. Ng, claim no. 003312, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

