Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000635 00000000 001 001 00635 INS: 0 0
FRED MESTON
BOX 247
BENGOUGH, SK S0C0K0

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Fred Meston designated as claim no.

003317 in the above-captioned case in the amount of $901.55 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Fred Meston, claim no. 003317, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

