Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000639 00000000 001 001 00639 INS: 0 0
MICHEL POIRIER
1265 CROISSANT SEVILLE
BROSSARD, PQ J4X1J3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,     )
                                                          )         CHAPTER 7
                                                          )
Debtor.                                              )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Michel Poirier designated as claim no. 003326 in the above-captioned case in the amount of $1,902.80 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Michel Poirier, claim no. 003326, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

