Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000656 00000000 001 001 00656 INS: 0 0
JAGIR S. GILL
7889-124TH STREET
SURREY, BC V3W3X7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                   )
                                                )          CHAPTER 7
                                                )
Debtor.                                         )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Jagir S. Gill designated as claim no. 003543 in the above-captioned case in the amount of $401.55 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Jagir S. Gill, claim no. 003543, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

