Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000727 00000000 001 001 00727 INS: 0 0
FRANCE NADEAU INC.
3460 SIMPSON ST.
MONTREAL, PQ H3G2J4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                      )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,               )
                                            )         CHAPTER 7
                                            )
Debtor.                                     )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of France Nadeau Inc. designated as claim no. 003977 in the above-captioned case in the amount of $3,530.10 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of France Nadeau Inc., claim no. 003977, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

