Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000741 00000000 001 001 00741 INS: 0 0
TRICIA L CHRISTENSEN
5410-64 STREET
TABER, AB T1G1X6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )       CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,      )
                                                             )       CHAPTER 7
                                                             )
Debtor.                                                 )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Tricia L Christensen designated as claim no. 004133 in the above-captioned case in the amount of $776.75 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Tricia L Christensen, claim no. 004133, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

