Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000765 00000000 001 001 00765 INS: 0 0
MARINA T.M. TCHERNOVA
#52-4151 REGENT ST.
RICHMOND, BC V7E459

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                         )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                  )
                                               )         CHAPTER 7
                                               )
Debtor.                                        )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Marina T.m. Tchernova designated as claim no. 004299 in the above-captioned case in the amount of $2,455.70 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Marina T.m. Tchernova, claim no. 004299, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

