Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000773 00000000 001 001 00773 INS: 0 0
TAM T. CHU
1088 EAST 52ND AVENUE
VANCOUVER, BC V5X1H2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,          )
                                                              )        CHAPTER 7
                                                              )
Debtor.                                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Tam T. Chu designated as claim no. 004412 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Tam T. Chu, claim no. 004412, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

