Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000774 00000000 001 001 00774 INS: 0 0
THI HOA NGUYEN
3312 CHURCH ST.
VANCOUVER, BC V5R4W6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                    )     CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )     CHAPTER 7
                                          )
Debtor.                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Thi Hoa Nguyen designated as claim no. 004413 in the above-captioned case in the amount of $1,750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Thi Hoa Nguyen, claim no. 004413, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

