Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000806 00000000 001 001 00806 INS: 0 0
XUAN-PHAT TO
7 SONGWOOD DR.
NORTH YORK, ON M9M1XH

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                  )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,     )
                                                            )         CHAPTER 7
                                                            )
Debtor.                                               )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Xuan-phat To designated as claim no. 004447 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Xuan-phat To, claim no. 004447, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

