Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000809 00000000 001 001 00809 INS: 0 0
MANH TIEN TRAN
3335 VENABLE ST.
VANCOUVER, BC V5K2S7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                        )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,        )
                                                                   )          CHAPTER 7
                                                                   )
Debtor.                                                    )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Manh Tien Tran designated as claim no. 004450 in the above-captioned case in the amount of $250.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Manh Tien Tran, claim no. 004450, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

