Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000817 00000000 001 001 00817 INS: 0 0
THI LING NGUYEN
3335 VENABLE ST.
VANCOUVER, BC V5K 2S7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                   )
                                                )        CHAPTER 7
                                                )
Debtor.                                         )

ORDER

    HOLMES P. HARDEN, Trustee, having objected to the claim of Thi Ling Nguyen designated as claim no. 004458 in the above-captioned case in the amount of $1,750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

    IT IS HEREBY ORDERED that the claim of Thi Ling Nguyen, claim no. 004458, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

