Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001069 00000000 001 001 01069 INS: 0 0

YONGHE ZHANG
138-10 FRANKLIN AVENUE, 16N
FLUSHING, NY 11355

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                           )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                    )
                                                 )         CHAPTER 7
                                                 )
Debtor.                                          )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Yonghe Zhang designated as claim no. 001630 in the above-captioned case in the amount of $980.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Yonghe Zhang, claim no. 001630, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

