Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000830 00000000 001 001 00830 INS: 0 0
RICHARD & SHANNON FISHER
P.O. BOX 69
DAYSLAND, AB T0B1A0

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )        CHAPTER 7
                                          )
Debtor.                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Richard & Shannon Fisher designated as claim no. 004501 in the above-captioned case in the amount of $2,286.71 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Richard & Shannon Fisher, claim no. 004501, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

