Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000835 00000000 001 001 00835 INS: 0 0
VALERIE S. THORHAUG
2837 PASQUA
REGINA, SK  S4S 2H4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
) CHAPTER 7
)
Debtor. )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Valerie S. Thorhaug designated as claim no. 004542 in the above-captioned case in the amount of $401.55 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Valerie S. Thorhaug, claim no. 004542, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

