Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000836 00000000 001 001 00836 INS: 0 0
SHERRI G. THORHAUG
#4 180 PINEHOUSE DR.
SASKATOON, SK S7K5H7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | |
| | CHAPTER 7 |
| Debtor. | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Sherri G. Thorhaug designated as claim no. 004544 in the above-captioned case in the amount of $295.60 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Sherri G. Thorhaug, claim no. 004544, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

