Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000838 00000000 001 001 00838 INS: 0 0
NACHHATTAR KAUR DULLAY
8987-156 ST.
SURREY, BC V3R4K9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                       )
                                                    )        CHAPTER 7
                                                    )
Debtor.                                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Nachhattar Kaur Dullay designated as claim no. 004550 in the above-captioned case in the amount of $2,354.90 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Nachhattar Kaur Dullay, claim no. 004550, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

