Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000842 00000000 001 001 00842 INS: 0 0
MAXINE L. CORNET
SEC. 13 T27 R17 BOX 309
ELROSE, SK S0L0Z0

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                  )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,           )
                                        )        CHAPTER 7
                                        )
Debtor.                                 )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Maxine L. Cornet designated as claim no. 004556 in the above-captioned case in the amount of $401.55 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Maxine L. Cornet, claim no. 004556, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

