Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000865 00000000 001 001 00865 INS: 0 0
GURINDER BIR SANDHU
615 EAST-56 AVE
VANCOUVER, BC V5X1R6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                    )       CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )       CHAPTER 7
                                          )
Debtor.                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Gurinder Bir Sandhu designated as claim

no. 004622 in the above-captioned case in the amount of $2,343.50 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Gurinder Bir Sandhu, claim no. 004622, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

