Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000872 00000000 001 001 00872 INS: 0 0
JO ANN M MILLER
GENERAL DELIVERY BOX 7842
DRAYTON VALLEY, AB T7A159

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

|                                    |     |                          |
| ---------------------------------- | --- | ------------------------ |
| IN RE:                             | )   | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC.,      | )   |                          |
|                                    | )   | CHAPTER 7                |
|                                    | )   |                          |
| Debtor.                            | )   |                          |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Jo Ann M Miller designated as claim no. 004644 in the above-captioned case in the amount of $399.80 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Jo Ann M Miller, claim no. 004644, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

