Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000015 00000000 001 001 00015 INS: 0 0
BALDEV S. GILL
7662 - 116 ST.
DELTA, BC V4C 5T6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,          )
                                                               )        CHAPTER 7
                                                               )
Debtor.                                                    )

ORDER

　　　HOLMES P. HARDEN, Trustee, having objected to the claim of Baldev S. Gill designated as claim no. 001649 in the above-captioned case in the amount of $510.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

　　　IT IS HEREBY ORDERED that the claim of Baldev S. Gill, claim no. 001649, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

