Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000879 00000000 001 001 00879 INS: 0 0
BRIEN BRAMFIELD
108 RAILROAD AVE E
HANNA, AB T0J1P0

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                      )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,          )
                                                               )          CHAPTER 7
                                                               )
Debtor.                                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Brien Bramfield designated as claim no.

004739 in the above-captioned case in the amount of $1,500.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Brien Bramfield, claim no. 004739, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

