Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000896 00000000 001 001 00896 INS: 0 0
SAMITTRA MEHRA
3400 WESTON ROAD APT. #706
NORTH YORK, ON M9M2W2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          )      CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
                                                   )      CHAPTER 7
                                                   )
Debtor.                                        )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Samittra Mehra designated as claim no. 004876 in the above-captioned case in the amount of $2,398.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Samittra Mehra, claim no. 004876, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

