Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000914 00000000 001 001 00914 INS: 0 0
KULVENDER K. THOOR
13340 6OTH AVE.
SURREY, BC V3W 1R7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                   )
                                                )        CHAPTER 7
                                                )
Debtor.                                         )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Kulvender K. Thoor designated as claim

no. 005077 in the above-captioned case in the amount of $3,544.12 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Kulvender K. Thoor, claim no. 005077, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

