Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000915 00000000 001 001 00915 INS: 0 0
MICHELE A. HAAPAMAKI
7240 NO. 4 ROAD
RICHMOND, BC V6Y2T3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                            )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                                      )        CHAPTER 7
                                                      )
Debtor.                                            )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Michele A. Haapamaki designated as claim no. 005086 in the above-captioned case in the amount of $901.55 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Michele A. Haapamaki, claim no. 005086, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

