Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000925 00000000 001 001 00925 INS: 0 0
KARAMJIT K. JATTANA
6344-133 B STREET
SURREY, BC V3X1L5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )       CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,      )
                                                              )       CHAPTER 7
                                                              )
Debtor.                                               )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Karamjit K. Jattana designated as claim no. 005127 in the above-captioned case in the amount of $801.55 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Karamjit K. Jattana, claim no. 005127, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

