Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000935 00000000 001 001 00935 INS: 0 0
RAYMOND PENO
BOX 58 HIGHWAY #18
BRACKEN, SK S0N0G0

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                              )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                    )        CHAPTER 7
                                    )
Debtor.                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Raymond Peno designated as claim no. 005172 in the above-captioned case in the amount of $2,786.75 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Raymond Peno, claim no. 005172, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

