Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000937 00000000 001 001 00937 INS: 0 0
ROY C. EVANS
129 1ST ST E
PONTEIX, SK S0N1Z0

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                 )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,     )
                                                           )         CHAPTER 7
                                                           )
Debtor.                                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Roy C. Evans designated as claim no. 005176 in the above-captioned case in the amount of $901.55 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Roy C. Evans, claim no. 005176, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

