Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000944 00000000 001 001 00944 INS: 0 0
RANJIT S. KALAR
13373 84A AVENUE
SURREY, BC V3W6Y6

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) |  |
|  | ) | CHAPTER 7 |
|  | ) |  |
| Debtor. | ) |  |

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Ranjit S. Kalar designated as claim no. 005194 in the above-captioned case in the amount of $1,867.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Ranjit S. Kalar, claim no. 005194, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

