Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC 27504

0001 0000983 00000000 001 001 00983 INS: 0 0
NARINDERPAL S. SINGH
11693-83 AVE
DELTA, BC V4C2H3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                              )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                    )        CHAPTER 7
                                    )
Debtor.                             )

ORDER

   HOLMES P. HARDEN, Trustee, having objected to the claim of Narinderpal S. Singh designated as claim

no. 005296 in the above-captioned case in the amount of $2,368.50 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

   IT IS HEREBY ORDERED that the claim of Narinderpal S. Singh, claim no. 005296, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

