Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000992 00000000 001 001 00992 INS: 0 0
BEANT K. BRAR
26548-32 A AVE
ALDERGROVE, BC V4W3G1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:  ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
 ) CHAPTER 7
 )
Debtor. )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Beant K. Brar designated as claim no. 005305 in the above-captioned case in the amount of $158.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Beant K. Brar, claim no. 005305, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

