Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001008 00000000 001 001 01008 INS: 0 0
HARMAIL RAI
11791 OLDFEILD AVENUE
RICHMOND, BC V6X1M3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,      )
                                                              )         CHAPTER 7
                                                              )
Debtor.                                               )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Harmail Rai designated as claim no. 005347 in the above-captioned case in the amount of $2,351.40 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Harmail Rai, claim no. 005347, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

