Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001018 00000000 001 001 01018 INS: 0 0
BLAYNE D. KLEIN
N.W.-23-5-6-W3
GLENTWORTH, SK S0H1V0

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                        )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                    )        CHAPTER 7
                                                    )
Debtor.                                        )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Blayne D. Klein designated as claim no. 005432 in the above-captioned case in the amount of $396.55 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Blayne D. Klein, claim no. 005432, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

