Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC 27504

0001 0001023 00000000 001 001 01023 INS: 0 0
MELISSA MYERS
303 4TH AVE.
SWIFT CURRENT, SK S9H3L7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                       )    CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                )
                                             )    CHAPTER 7
                                             )
Debtor.                                      )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Melissa Myers designated as claim no. 005469 in the above-captioned case in the amount of $901.55 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Melissa Myers, claim no. 005469, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

