Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003159 00000000 001 001 03159 INS: 0 0

PERRY B. STEVENSON
10661 STEPPINGTON DRIVE
DALLAS, TX 75230

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                         )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                  )
                                               )         CHAPTER 7
                                               )
Debtor.                                        )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Perry B. Stevenson designated as claim no. 005740 in the above-captioned case in the amount of $939.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Perry B. Stevenson, claim no. 005740, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

