Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001061 00000000 001 001 01061 INS: 0 0
WONG YEE-TIN
835 GERRARD ST. EAST
TORONTO, ON M4M 1Y8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                        )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                 )
                                              )         CHAPTER 7
                                              )
Debtor.                                       )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Wong Yee-tin designated as claim no.

005752 in the above-captioned case in the amount of $1,750.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Wong Yee-tin, claim no. 005752, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

