Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001070 00000000 001 001 01070 INS: 0 0
LEE YAO CHIN
430 BATHURST ST.
TORONTO, ON M5T 2S6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                         )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                  )
                                               )          CHAPTER 7
                                               )
Debtor.                                        )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Lee Yao Chin designated as claim no. 005761 in the above-captioned case in the amount of $250.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Lee Yao Chin, claim no. 005761, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

