Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001095 00000000 001 001 01095 INS: 0 0
GREG KORNFELD
201 CENTER ST., BOX 30
VAL MARIE, SK SON2T0

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                              )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                                        )          CHAPTER 7
                                                        )
Debtor.                                             )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Greg Kornfeld designated as claim no. 005840 in the above-captioned case in the amount of $499.62 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Greg Kornfeld, claim no. 005840, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

