Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001097 00000000 001 001 01097 INS: 0 0
JULIA & LUCIEN PERRAULT
BOX 2632 #215 3RD AVE. WEST
KINDERSLEY, SK S0L1S0

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Julia & Lucien Perrault designated as claim no. 005853 in the above-captioned case in the amount of $901.55 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Julia & Lucien Perrault, claim no. 005853, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

