Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001098 00000000 001 001 01098 INS: 0 0
BOOTA S. SIDHU
11390- 86 AVE.
DELTA, BC V4C2X2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,          )
                                                              )          CHAPTER 7
                                                              )
Debtor.                                                   )

ORDER

   HOLMES P. HARDEN, Trustee, having objected to the claim of Boota S. Sidhu designated as claim no.

005868 in the above-captioned case in the amount of $870.50 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

   IT IS HEREBY ORDERED that the claim of Boota S. Sidhu, claim no. 005868, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
   A. Thomas Small
   United State Bankruptcy Judge

