Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004756 00000000 001 001 04756 INS: 0 0
KARNAIL SINGH SANGHERA
725 57TH
VANCOUVER, BC V5X1T3
CANADA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Karnail Singh Sanghera designated as claim no. 005869 in the above-captioned case in the amount of $2,378.42 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Karnail Singh Sanghera, claim no. 005869, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

