Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001144 00000000 001 001 01144 INS: 0 0
M M A HIGH TECH INDUSTRIES LTD
9585-127TH ST.
SURREY, BC V3V5H8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                     )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,              )
                                           )        CHAPTER 7
                                           )
Debtor.                                    )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of M M A High Tech Industries Ltd Ltd Ltd Ltd designated as claim no. 006094 in the above-captioned case in the amount of $1,896.20 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of M M A High Tech Industries Ltd Ltd Ltd Ltd, claim no. 006094, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

