Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001159 00000000 001 001 01159 INS: 0 0
VERDIE BLAKE
1510  MADRONNA DR.
NANOOSE BAY, BC V9P9C9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,              )
                                                          )          CHAPTER 7
                                                          )
Debtor.                                              )

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Verdie Blake designated as claim no.

006121 in the above-captioned case in the amount of $917.90 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Verdie Blake, claim no. 006121, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

