Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001166 00000000 001 001 01166 INS: 0 0
HOLLI DAWSON
147 SUNBANK WAY S E
CALGARY, AB T2X2E4

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                                      )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,        )
                                                               )        CHAPTER 7
                                                               )
Debtor.                                                    )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Holli Dawson designated as claim no. 006128 in the above-captioned case in the amount of $401.55 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Holli Dawson, claim no. 006128, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

