Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001174 00000000 001 001 01174 INS: 0 0
LOUISA WONG
6638 BERKELEY ST.
VANCOUVER, BC V5S2J6

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                          )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                    )          CHAPTER 7
                                                    )
Debtor.                                         )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Louisa Wong designated as claim no. 006242 in the above-captioned case in the amount of $250.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Louisa Wong, claim no. 006242, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

