Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003102 00000000 001 001 03102 INS: 0 0

CARROLL J RICHARDSON
3327 BENT OAK STREET W
GREENVILLE, TX  75401

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                                        )         CHAPTER 7
                                                        )
Debtor.                                            )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Carroll J Richardson designated as claim no. 001774 in the above-captioned case in the amount of $400.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Carroll J Richardson, claim no. 001774, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

