Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001205 00000000 001 001 01205 INS: 0 0
MARIE-CLAUDE CORMIER
1785 CR.SEGUIN
BROSSARD, PQ J4X1K9

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

|                           |   |                          |
|---------------------------|---|--------------------------|
| IN RE:                    | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) |                      |
|                           | ) | CHAPTER 7                |
|                           | ) |                          |
| Debtor.                   | ) |                          |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Marie-claude Cormier designated as claim no. 006468 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Marie-claude Cormier, claim no. 006468, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

