Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001226 00000000 001 001 01226 INS: 0 0
LORRAINE E. LOZO
573-16TH STREET, N.E.
MEDICINE HAT, AB T1A5X1

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                              )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                       )
                                                    )          CHAPTER 7
                                                    )
Debtor.                                             )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Lorraine E. Lozo designated as claim no.

006568 in the above-captioned case in the amount of $1,340.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Lorraine E. Lozo, claim no. 006568, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

