Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001230 00000000 001 001 01230 INS: 0 0
CARL PILAT
715 3RD N W
SWIFT CURRENT, SK S9H0T2

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                              )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                                          )        CHAPTER 7
                                                          )
Debtor.                                              )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Carl Pilat designated as claim no. 006582

in the above-captioned case in the amount of $584.90 and having requested denial of claim, and no response

having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Carl Pilat, claim no. 006582, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

