Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001233 00000000 001 001 01233 INS: 0 0
HONG LIAO
222 ELM STREET APT.902
TORONTO, ON M5T1K5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                          )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,          )
                                                                     )         CHAPTER 7
                                                                     )
Debtor.                                                       )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Hong Liao designated as claim no. 006633 in the above-captioned case in the amount of $1,400.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Hong Liao, claim no. 006633, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

