Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001246 00000000 001 001 01246 INS: 0 0
RUSS W. TRESSEL
1121 VIEW PLACE
COURTENAY, BC V9N9B6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                           )       CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,     )
                                                      )       CHAPTER 7
                                                      )
Debtor.                                          )

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Russ W. Tressel designated as claim no. 006796 in the above-captioned case in the amount of $1,875.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Russ W. Tressel, claim no. 006796, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

