Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001258 00000000 001 001 01258 INS: 0 0
J & P ENTERPRISES
6928 128TH STREET
SURREY, BC V3W4C9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                            )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
                                                       )         CHAPTER 7
                                                       )
Debtor.                                          )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of J & P Enterprises designated as claim no. 006882 in the above-captioned case in the amount of $801.55 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of J & P Enterprises, claim no. 006882, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

