Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002436 00000000 001 001 02436 INS: 0 0

TARA S. PLUMLEE
2133 CLEMATIS DRIVE
HIXSON, TN 37343

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                               )     CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,        )
                                     )     CHAPTER 7
                                     )
Debtor.                              )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Tara S. Plumlee designated as claim no. 001810 in the above-captioned case in the amount of $2,000.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Tara S. Plumlee, claim no. 001810, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

