Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001269 00000000 001 001 01269 INS: 0 0
GLENDA M. KNOX
BOX 157, ELEVATOR RAILWAY ST.
CRANE VALLEY, SK  S0H1B0

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                              )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                    )         CHAPTER 7
                                    )
Debtor.                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Glenda M. Knox designated as claim no. 006937 in the above-captioned case in the amount of $901.55 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Glenda M. Knox, claim no. 006937, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

