Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001274 00000000 001 001 01274 INS: 0 0
MURRAY FACCA
BOX 70
GRANDORA, SK S00K 1V0

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                        )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                 )
                                              )          CHAPTER 7
                                              )
Debtor.                                       )

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Murray Facca designated as claim no.

006971 in the above-captioned case in the amount of $345.64 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Murray Facca, claim no. 006971, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

