Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001276 00000000 001 001 01276 INS: 0 0
TODD L PETRUNIA
2232 KELWOOD DRIVE S W
CALGARY, AB T3E326

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                        )       CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                 )
                                              )       CHAPTER 7
                                              )
Debtor.                                       )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Todd L Petrunia designated as claim no. 006981 in the above-captioned case in the amount of $276.75 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Todd L Petrunia, claim no. 006981, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

