Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001286 00000000 001 001 01286 INS: 0 0
SANDRA A. WHITTAKER
UNIT 1 - 61 - 12TH STREET
NANAIMO, BC V9R6L2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Sandra A. Whittaker designated as claim no. 007044 in the above-captioned case in the amount of $2,148.50 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Sandra A. Whittaker, claim no. 007044, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

