Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001293 00000000 001 001 01293 INS: 0 0
OPINDER K. GILL
8058 156 STREET
SURREY, BC V3S3R5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                             )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,      )
                                   )        CHAPTER 7
                                   )
Debtor.                            )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Opinder K. Gill designated as claim no. 007079 in the above-captioned case in the amount of $1,867.70 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Opinder K. Gill, claim no. 007079, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

