Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001301 00000000 001 001 01301 INS: 0 0
LUCY A. HUGHES
BOX 359
MANKOTA, SK S0H2W0

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                   )
                                                )          CHAPTER 7
                                                )
Debtor.                                         )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Lucy A. Hughes designated as claim no.

007122 in the above-captioned case in the amount of $470.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Lucy A. Hughes, claim no. 007122, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

