Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001302 00000000 001 001 01302 INS: 0 0
JEAN CHAMPOUX
3368 PICARDIE
TERREBONNE, PQ J6X3V3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                               )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,        )
                                                         )          CHAPTER 7
                                                         )
Debtor.                                              )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Jean Champoux designated as claim no. 007130 in the above-captioned case in the amount of $778.75 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Jean Champoux, claim no. 007130, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

