Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001303 00000000 001 001 01303 INS: 0 0
IAN D MACLEOD
#614 -689 ALEXANDER STREET
VANCOUVER, BC V6A4H6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                          )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,          )
                                                                   )          CHAPTER 7
                                                                   )
Debtor.                                                      )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Ian D Macleod designated as claim no. 007132 in the above-captioned case in the amount of $1,778.50 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Ian D Macleod, claim no. 007132, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

