Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001322 00000000 001 001 01322 INS: 0 0
PARKASH K. KANG
7100 125TH STREET
SURREY, BC V3W0T9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                  )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                                            )         CHAPTER 7
                                                            )
Debtor.                                              )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Parkash K. Kang designated as claim no. 007294 in the above-captioned case in the amount of $1,750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Parkash K. Kang, claim no. 007294, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

