Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001325 00000000 001 001 01325 INS: 0 0
XIAORONG LI
200 ELM ST. APT. 506
TORONTO, ON M5T1K4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                  )           CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
                                                            )           CHAPTER 7
                                                            )
Debtor.                                              )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Xiaorong Li designated as claim no. 007374 in the above-captioned case in the amount of $887.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Xiaorong Li, claim no. 007374, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

