Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001331 00000000 001 001 01331 INS: 0 0
YUK-YING LEE
5198 DOMINION ST.
BURNABY, BC V5G1C9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                           )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                       )         CHAPTER 7
                                                       )
Debtor.                                          )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Yuk-ying Lee designated as claim no. 007443 in the above-captioned case in the amount of $250.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Yuk-ying Lee, claim no. 007443, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

