Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001349 00000000 001 001 01349 INS: 0 0
SUKHVIR SIDHU
4166-28 AVE.
EDMONTON, AB T6L 4W1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Sukhvir Sidhu designated as claim no. 007659 in the above-captioned case in the amount of $228.50 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Sukhvir Sidhu, claim no. 007659, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

