Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001355 00000000 001 001 01355 INS: 0 0
GRAHAM F. CORKE
14 CLARIDGE
NEPEAN, ON K2J4L8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,            )
                                                          )        CHAPTER 7
                                                          )
Debtor.                                               )

ORDER

　　HOLMES P. HARDEN, Trustee, having objected to the claim of Graham F. Corke designated as claim no.

007724 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

　　IT IS HEREBY ORDERED that the claim of Graham F. Corke, claim no. 007724, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
　　A. Thomas Small
　　United State Bankruptcy Judge

