Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001389 00000000 001 001 01389 INS: 0 0
YANLING LI
50 WINNIFRED AVENUE 2ND FLOOR
TORONTO, ON M4M2X3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
  ) CHAPTER 7
  )
Debtor. )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Yanling Li designated as claim no. 007908 in the above-captioned case in the amount of $1,211.67 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Yanling Li, claim no. 007908, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

