Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002806 00000000 001 001 02806 INS: 0 0

JIM A. DOWNEY
RR #1 BOX #27
MAYWOOD, NE 69038

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
) CHAPTER 7
)
Debtor. )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Jim A. Downey designated as claim no. 001837 in the above-captioned case in the amount of $866.70 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Jim A. Downey, claim no. 001837, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

