Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001415 00000000 001 001 01415 INS: 0 0
CHRISTINE-ALEXANDRA WONG
103 REANSBURY CRESCENT
MARKHAM, ON L6C1X6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                   )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,            )
                                         )        CHAPTER 7
                                         )
Debtor.                                  )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Christine-alexandra Wong designated as claim no. 007980 in the above-captioned case in the amount of $250.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Christine-alexandra Wong, claim no. 007980, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

