Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001426 00000000 001 001 01426 INS: 0 0
RICHARD CHEUNG
7 DELHI CRESCENT
UNIONVILLE, ON L3R4J4

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                      )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,               )
                                            )          CHAPTER 7
                                            )
Debtor.                                     )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Richard Cheung designated as claim no.

007991 in the above-captioned case in the amount of $250.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Richard Cheung, claim no. 007991, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

