Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001430 00000000 001 001 01430 INS: 0 0
JEFFREY LAU
4394 STEELES AVE. EAST D8 BOX33
MARKHAM, ON L3R9V9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | |
| | CHAPTER 7 |
| Debtor. | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Jeffrey Lau designated as claim no. 008033 in the above-captioned case in the amount of $404.45 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Jeffrey Lau, claim no. 008033, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

