Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001438 00000000 001 001 01438 INS: 0 0
SUKHBIR S. GAHUNIA
4422 COLUMBIA DR.
VICTORIA, BC V8N3J3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                            )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,     )
                                                       )        CHAPTER 7
                                                       )
Debtor.                                            )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Sukhbir S. Gahunia designated as claim no. 008098 in the above-captioned case in the amount of $2,368.50 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Sukhbir S. Gahunia, claim no. 008098, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

