Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001468 00000000 001 001 01468 INS: 0 0
BONNIE L. TWETEN
341 MIGOWSKY CRES
LEADER, SK S0N1H0

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,         )
                                      )        CHAPTER 7
                                      )
Debtor.                               )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Bonnie L. Tweten designated as claim no. 008199 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Bonnie L. Tweten, claim no. 008199, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

