Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001482 00000000 001 001 01482 INS: 0 0

JUDY D. SMITH
155-3 STREET. N.E.
MEDICINE, AB T1A5M2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:  ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,  )
 ) CHAPTER 7
 )
Debtor.  )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Judy D. Smith designated as claim no. 008282 in the above-captioned case in the amount of $675.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Judy D. Smith, claim no. 008282, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

