Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001574 00000000 001 001 01574 INS: 0 0
PARMJIT K. BIRAL
8725 - 129 STREET
SURREY, BC V3W0L1

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Parmjit K. Biral designated as claim no.

008683 in the above-captioned case in the amount of $2,350.70 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Parmjit K. Biral, claim no. 008683, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

