Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003290 00000000 001 001 03290 INS: 0 0

JOYCE L. STRANGE
126 STRANGE DRIVE
HOLLIDAY, TX 76366-4404

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE:  ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC.,  ) | |
|  ) | CHAPTER 7 |
|  ) | |
| Debtor.  ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Joyce L. Strange designated as claim no. 001890 in the above-captioned case in the amount of $1,897.25 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Joyce L. Strange, claim no. 001890, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

