Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001576 00000000 001 001 01576 INS: 0 0
EDWARD J. NEMETH
2 COVINGTON RD SUITE 807
TORONTO, ON M6A3E2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Edward J. Nemeth designated as claim no. 008692 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Edward J. Nemeth, claim no. 008692, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

