Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001598 00000000 001 001 01598 INS: 0 0
RICHARD D. BODNARK
2399 WARRENTON AVE.
COQUITLAM, BC V3K3M4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: )    CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
 )    CHAPTER 7
 )
Debtor. )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Richard D. Bodnark designated as claim no. 008837 in the above-captioned case in the amount of $952.50 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Richard D. Bodnark, claim no. 008837, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

