Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001625 00000000 001 001 01625 INS: 0 0
MALKIAT K. SHOKAR
7780 YULE AVENUE
BURNABY, BC V5J2M4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,        )
                                                        )         CHAPTER 7
                                                        )
Debtor.                                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Malkiat K. Shokar designated as claim no.

009092 in the above-captioned case in the amount of $1,896.55 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Malkiat K. Shokar, claim no. 009092, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

