Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001651 00000000 001 001 01651 INS: 0 0
GURPARKASH S. SEKHON
PO BOX 274 101A-7750-128 ST.
SURREY, BC V3W4E6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | |
| | CHAPTER 7 |
| Debtor. | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Gurparkash S. Sekhon designated as claim no. 009123 in the above-captioned case in the amount of $1,896.55 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Gurparkash S. Sekhon, claim no. 009123, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

