Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC 27504

0001 0001654 00000000 001 001 01654 INS: 0 0
TARSEM S. BAINS
14359-90A AVE.
SURREY, BC V3V7X9

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

IN RE: ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
) CHAPTER 7
)
Debtor. )

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Tarsem S. Bains designated as claim no. 009126 in the above-captioned case in the amount of $1,225.50 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Tarsem S. Bains, claim no. 009126, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

