Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001663 00000000 001 001 01663 INS: 0 0
PARAMJIT SANGHERA
9353-156A STREET
SURREY B.C. V4N3B4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,          )
                                                              )        CHAPTER 7
                                                              )
Debtor.                                                  )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Paramjit Sanghera designated as claim no. 009136 in the above-captioned case in the amount of $1,867.70 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Paramjit Sanghera, claim no. 009136, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

