Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001665 00000000 001 001 01665 INS: 0 0
KARMJIT KAUR DHALIWAL
12290- 64 AVE.
SURREY, BC V3W1W7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                                          )         CHAPTER 7
                                                          )
Debtor.                                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Karmjit Kaur Dhaliwal designated as

claim no. 009138 in the above-captioned case in the amount of $1,901.55 and having requested denial of claim,

and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Karmjit Kaur Dhaliwal, claim no. 009138, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

