Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002739 00000000 001 001 02739 INS: 0 0

JEANIE R. ROBERTS
3904 FAIRWAY DR.
HAYS, KS 67601

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Jeanie R. Roberts designated as claim no. 001921 in the above-captioned case in the amount of $2,250.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Jeanie R. Roberts, claim no. 001921, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

