Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001681 00000000 001 001 01681 INS: 0 0
PAVAN BASRAM
8090-132A SE
SURREY, BC V3W4P3

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                            )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
                                                       )          CHAPTER 7
                                                       )
Debtor.                                          )

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Pavan Basram designated as claim no.

009254 in the above-captioned case in the amount of $1,750.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Pavan Basram, claim no. 009254, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

