Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC 27504

0001 0001682 00000000 001 001 01682 INS: 0 0
ANUP LOODU
5748-126TH ST.
SURREY, BC V3V3N1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                   )     CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,            )
                                         )     CHAPTER 7
                                         )
Debtor.                                  )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Anup Loodu designated as claim no. 009255 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Anup Loodu, claim no. 009255, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

