Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001692 00000000 001 001 01692 INS: 0 0
ALEC KIRKER
856 PARKLANDS DR.
VICTORIA, BC V9A4L5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                              )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,              )
                                                                       )          CHAPTER 7
                                                                       )
Debtor.                                                          )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Alec Kirker designated as claim no. 009298 in the above-captioned case in the amount of $901.55 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Alec Kirker, claim no. 009298, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

