Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001699 00000000 001 001 01699 INS: 0 0
MALKIT S. RAI
7096 BREWSTER
DELTA, BC V4E1V6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
 ) CHAPTER 7
 )
Debtor. )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Malkit S. Rai designated as claim no. 009460 in the above-captioned case in the amount of $1,896.55 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Malkit S. Rai, claim no. 009460, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

