Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001706 00000000 001 001 01706 INS: 0 0
SARBJIT BHATTI
P.O. BOX 715, BIRCH CT. #4
OSOYOOS, BC V0H 1V0

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )        CHAPTER 7
                                          )
Debtor.                                   )

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Sarbjit Bhatti designated as claim no. 009657 in the above-captioned case in the amount of $1,750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Sarbjit Bhatti, claim no. 009657, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

