Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000600 00000000 001 001 00600 INS: 0 0

KELLI L. JOHNSON
2206 LANDUSKY CT.
MISSOULA, MT 59801

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )        CHAPTER 7
                                          )
Debtor.                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Kelli L. Johnson designated as claim no. 001933 in the above-captioned case in the amount of $890.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Kelli L. Johnson, claim no. 001933, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

