Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001715 00000000 001 001 01715 INS: 0 0
PARKASH K. BAJAJ
32174 MOUAT DRIVE
ABBORTSFORD, BC V2T4G6

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )        CHAPTER 7
                                          )
Debtor.                                   )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Parkash K. Bajaj designated as claim no. 009836 in the above-captioned case in the amount of $1,750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Parkash K. Bajaj, claim no. 009836, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_A. Thomas Small_
A. Thomas Small
United State Bankruptcy Judge

