Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001720 00000000 001 001 01720 INS: 0 0
KERRY L. POMPONIO
523 BROUGH PLC.
VICTORIA, BC V9C3E8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                              )    CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                    )    CHAPTER 7
                                    )
Debtor.                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Kerry L. Pomponio designated as claim no. 010103 in the above-captioned case in the amount of $901.20 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Kerry L. Pomponio, claim no. 010103, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

