Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC 27504

0001 0001734 00000000 001 001 01734 INS: 0 0
SUKHWINDER S. SAGGU
6716-124 A. STREET
SURREY, BC V3W345

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                              )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                    )          CHAPTER 7
                                    )
Debtor.                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Sukhwinder S. Saggu designated as claim no. 010397 in the above-captioned case in the amount of $2,354.90 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Sukhwinder S. Saggu, claim no. 010397, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

