Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001743 00000000 001 001 01743 INS: 0 0
NARANJAN SINGH MAAN
6641-122 ST
SURREY, BC V3W3R9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,            )
                                                              )          CHAPTER 7
                                                              )
Debtor.                                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Naranjan Singh Maan designated as claim

no. 010535 in the above-captioned case in the amount of $250.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Naranjan Singh Maan, claim no. 010535, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

