Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001747 00000000 001 001 01747 INS: 0 0
AMANDEEP S. DHALIWAL
330-75 ST S.W.
EDMONTON, AB T6X1A3

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

|                                          |     |                          |
|------------------------------------------|-----|--------------------------|
| IN RE:                                   | )   | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC.,            | )   |                          |
|                                          | )   | CHAPTER 7                |
|                                          | )   |                          |
| Debtor.                                  | )   |                          |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Amandeep S. Dhaliwal designated as claim no. 010566 in the above-captioned case in the amount of $2,226.75 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Amandeep S. Dhaliwal, claim no. 010566, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

