Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001756 00000000 001 001 01756 INS: 0 0
DAVINDER S. DHANOYA
5869-123-A STREET
SURREY, BC V3X1Y3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:  ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,  )
  ) CHAPTER 7
  )
Debtor.  )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Davinder S. Dhanoya designated as claim no. 010575 in the above-captioned case in the amount of $867.70 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Davinder S. Dhanoya, claim no. 010575, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

