Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001759 00000000 001 001 01759 INS: 0 0
SUKHVIR DHANOYA
14327 90TH AVENUE
SURREY, BC V3V7W2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          )      CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
                                                      )      CHAPTER 7
                                                      )
Debtor.                                        )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Sukhvir Dhanoya designated as claim no. 010578 in the above-captioned case in the amount of $867.70 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Sukhvir Dhanoya, claim no. 010578, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

