Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001760 00000000 001 001 01760 INS: 0 0
GURJIT K. DHANOYA
5869 123 A STREET
SURREY, BC V3X1Y3

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,            )
                                         )        CHAPTER 7
                                         )
Debtor.                                  )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Gurjit K. Dhanoya designated as claim no. 010579 in the above-captioned case in the amount of $867.70 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Gurjit K. Dhanoya, claim no. 010579, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

