Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001779 00000000 001 001 01779 INS: 0 0
EDWARD J. WARNOCK
5226 - 4TH AVE.
EDSON, AB T7E1L4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | |
| | CHAPTER 7 |
| Debtor. | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Edward J. Warnock designated as claim no. 011002 in the above-captioned case in the amount of $250.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Edward J. Warnock, claim no. 011002, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

