Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001788 00000000 001 001 01788 INS: 0 0
KAREN A. SPENCER
5014-10TH AVE
EDSON, AB T7E1T7

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                          )       CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                   )
                                                )       CHAPTER 7
                                                )
Debtor.                                         )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Karen A. Spencer designated as claim no. 011011 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Karen A. Spencer, claim no. 011011, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

