
Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001815 00000000 001 001 01815 INS: 0 0
MAUREEN G. SCHLEMKO
70 KING CLOSE
RED DEER, AB T4P3P5

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | |
|---|---|
| IN RE:                                         ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC.,    ) | |
|                                                     ) | CHAPTER 7 |
|                                                     ) | |
| Debtor.                                        ) | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Maureen G. Schlemko designated as claim no. 011198 in the above-captioned case in the amount of $1,750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Maureen G. Schlemko, claim no. 011198, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

