Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001826 00000000 001 001 01826 INS: 0 0
MARGARET M. LAM
7511 MCMATH RD.
RICHMOND, BC V6Y1B8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                                             )        CHAPTER 7
                                                             )
Debtor.                                                  )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Margaret M. Lam designated as claim no. 011387 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Margaret M. Lam, claim no. 011387, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

