Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001832 00000000 001 001 01832 INS: 0 0
JAGSIR S. BHULLAR
11675 94A AVE.
DELTA, BC V4C3S4

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Jagsir S. Bhullar designated as claim no. 011393 in the above-captioned case in the amount of $2,368.50 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Jagsir S. Bhullar, claim no. 011393, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

