Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001863 00000000 001 001 01863 INS: 0 0
NOLA J. WARDLOW
5230-15TH AVE.
EDSON, AB T7E1H2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
                                                        )         CHAPTER 7
                                                        )
Debtor.                                           )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Nola J. Wardlow designated as claim no. 011703 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Nola J. Wardlow, claim no. 011703, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

