Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001864 00000000 001 001 01864 INS: 0 0
TONY TREMBLAY
12075 COUSINEAU
MONTREAL, PQ H4K1P7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                      )           CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,               )
                                            )           CHAPTER 7
                                            )
Debtor.                                     )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Tony Tremblay designated as claim no. 011727 in the above-captioned case in the amount of $1,902.80 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Tony Tremblay, claim no. 011727, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

