Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001890 00000000 001 001 01890 INS: 0 0
TONY JS. RANA
9268 123A ST.
SURREY, BC V3V6X8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                      )     CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,               )
                                            )     CHAPTER 7
                                            )
Debtor.                                     )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Tony Js. Rana designated as claim no. 011995 in the above-captioned case in the amount of $1,867.70 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Tony Js. Rana, claim no. 011995, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

