Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001906 00000000 001 001 01906 INS: 0 0
SURINDER S. MATTU
13134-64TH AVE.
SURREY, BC V3W1X7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                    )       CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )       CHAPTER 7
                                          )
Debtor.                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Surinder S. Mattu designated as claim no. 012151 in the above-captioned case in the amount of $401.50 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Surinder S. Mattu, claim no. 012151, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

