Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001907 00000000 001 001 01907 INS: 0 0
HOLDNER H. JAY
13134-64TH AVE.
SURREY, BC V32 1X7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                            )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,     )
                                                     )          CHAPTER 7
                                                     )
Debtor.                                          )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Holdner H. Jay designated as claim no.

012152 in the above-captioned case in the amount of $395.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Holdner H. Jay, claim no. 012152, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

