Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001961 00000000 001 001 01961 INS: 0 0
ALEXIS C. BIRNIE
175-3031 WILLIAMS ROAD
RICHMOND, BC V7E4G1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | |
| | CHAPTER 7 |
| Debtor. | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Alexis C. Birnie designated as claim no. 012810 in the above-captioned case in the amount of $396.20 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Alexis C. Birnie, claim no. 012810, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

