Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004782 00000000 001 001 04782 INS: 0 0

LORI A PARKIN
390 COWICHAN
COURTENAY, BC V9N 7T4
CANADA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )        CHAPTER 7
                                          )
Debtor.                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Lori A Parkin designated as claim no.

012870 in the above-captioned case in the amount of $1,840.13 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Lori A Parkin, claim no. 012870, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

