Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001974 00000000 001 001 01974 INS: 0 0
JASMINDER DEOL
9703 - 161 A ST.
SURREY, BC V3R4P7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Jasminder Deol designated as claim no. 012924 in the above-captioned case in the amount of $1,268.79 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Jasminder Deol, claim no. 012924, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

