Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001982 00000000 001 001 01982 INS: 0 0
GARY A. MOORE
416-1350 STANLEY AVE
VICTORIA, BC V8S3S7

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                          )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                   )
                                                )        CHAPTER 7
                                                )
Debtor.                                         )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Gary A. Moore designated as claim no. 012968 in the above-captioned case in the amount of $401.55 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Gary A. Moore, claim no. 012968, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

