Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001987 00000000 001 001 01987 INS: 0 0
CORE / NET MANAGEMENT SERV LTD
1626 WILMOT PLACE
VICTORIA, BC V8R5S4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                     )
                                                                          )        CHAPTER 7
                                                                          )
Debtor.                                                            )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Core / Net Management Serv Ltd

designated as claim no. 012999 in the above-captioned case in the amount of $750.00 and having requested denial

of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Core / Net Management Serv Ltd, claim no. 012999, is

denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

