Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001992 00000000 001 001 01992 INS: 0 0
BALJIT KAUR SANGHERA
7693-147 A ST
SURREY, BC V3W8B9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )      CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                       )
                                                    )      CHAPTER 7
                                                    )
Debtor.                                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Baljit Kaur Sanghera designated as claim no. 013040 in the above-captioned case in the amount of $901.55 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Baljit Kaur Sanghera, claim no. 013040, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

