Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001997 00000000 001 001 01997 INS: 0 0
DONNA M. PRELYPCHAN
175 OLIVE ST.
VICTORIA, BC V8S3H4

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                          )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
                                                     )          CHAPTER 7
                                                     )
Debtor.                                          )

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Donna M. Prelypchan designated as claim no. 013056 in the above-captioned case in the amount of $371.20 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Donna M. Prelypchan, claim no. 013056, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

