Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002006 00000000 001 001 02006 INS: 0 0
TZU LIANG PAUL WU
1761 REGAN AVE.
COQUITLAN, BC V3J3C1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                   )     CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,            )
                                         )     CHAPTER 7
                                         )
Debtor.                                  )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Tzu Liang Paul Wu designated as claim no. 013089 in the above-captioned case in the amount of $1,903.02 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Tzu Liang Paul Wu, claim no. 013089, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

