Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002011 00000000 001 001 02011 INS: 0 0
HAI SAN WU
331-8051-A RYAN ROAD
RICHMOND, BC V7A2E4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                        )    CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                 )
                                              )    CHAPTER 7
                                              )
Debtor.                                       )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Hai San Wu designated as claim no. 013108 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Hai San Wu, claim no. 013108, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

