Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002012 00000000 001 001 02012 INS: 0 0
YANG LIU
6 GORE ST APT 4
TORONTO, ON M6J2C6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )        CHAPTER 7
                                          )
Debtor.                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Yang Liu designated as claim no. 013111 in the above-captioned case in the amount of $167.05 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Yang Liu, claim no. 013111, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

