Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002043 00000000 001 001 02043 INS: 0 0
JAGTAR BISLA
13895 90TH AVENUE
SURREY, BC V3V1C2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,      )
                                                             )        CHAPTER 7
                                                             )
Debtor.                                                  )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Jagtar Bisla designated as claim no.

013368 in the above-captioned case in the amount of $1,867.70 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Jagtar Bisla, claim no. 013368, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

