Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002066 00000000 001 001 02066 INS: 0 0
BRUCE B. CURRY
#2-5131 52ND ST.
LACOMBE, AB  T4L1H9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:  ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,  )
 ) CHAPTER 7
 )
Debtor.  )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Bruce B. Curry designated as claim no. 013584 in the above-captioned case in the amount of $1,102.20 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Bruce B. Curry, claim no. 013584, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

