Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC 27504

0001 0002073 00000000 001 001 02073 INS: 0 0
RICHARD K. VERBICKAS
2412 BIRCH STREET
VANCOUVER, BC V6H3X9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                   )
                                                )        CHAPTER 7
                                                )
Debtor.                                         )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Richard K. Verbickas designated as claim

no. 013659 in the above-captioned case in the amount of $2,350.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Richard K. Verbickas, claim no. 013659, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

