Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002074 00000000 001 001 02074 INS: 0 0
DEBORAH A. PERRY
18474-65 A AVENUE
CLOVERDALE, BC V3S8T3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) |
| | ) CHAPTER 7 |
| | ) |
| Debtor. | ) |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Deborah A. Perry designated as claim no. 013678 in the above-captioned case in the amount of $1,750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Deborah A. Perry, claim no. 013678, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

