Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002083 00000000 001 001 02083 INS: 0 0
ANN LESLEY JEFFERY
105-2747 QUADRA STREET
VICTORIA, BC V8T4E5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE:                                     ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC.,   ) | |
|                                                 ) | CHAPTER 7 |
|                                                 ) | |
| Debtor.                                   ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Ann Lesley Jeffery designated as claim no. 013770 in the above-captioned case in the amount of $1,901.55 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Ann Lesley Jeffery, claim no. 013770, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

