Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002091 00000000 001 001 02091 INS: 0 0
NAVNEET K. SANDHU
6881-142 A STREET
SURREY, BC V3W0P3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                         )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                  )
                                               )        CHAPTER 7
                                               )
Debtor.                                        )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Navneet K. Sandhu designated as claim no. 013864 in the above-captioned case in the amount of $2,750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Navneet K. Sandhu, claim no. 013864, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

