Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002116 00000000 001 001 02116 INS: 0 0
JAMES A. SEREDA
2730 ASQUITA STREET
VICTORIA, BC V8R3Y5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                      )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,        )
                                                               )         CHAPTER 7
                                                               )
Debtor.                                                  )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of James A. Sereda designated as claim no. 014697 in the above-captioned case in the amount of $901.55 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of James A. Sereda, claim no. 014697, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

