Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002123 00000000 001 001 02123 INS: 0 0
PAUL S. SANDHU
8339-142A ST.
SURREY, BC V3W0V7

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                          )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                   )
                                                )        CHAPTER 7
                                                )
Debtor.                                         )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Paul S. Sandhu designated as claim no.

014831 in the above-captioned case in the amount of $2,351.40 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Paul S. Sandhu, claim no. 014831, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

