Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002135 00000000 001 001 02135 INS: 0 0
MARILYN HARDIE
885 SORRENTO AVE
OSHAWA, ON L1J6V6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                               )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                        )
                                                     )         CHAPTER 7
                                                     )
Debtor.                                              )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Marilyn Hardie designated as claim no. 014989 in the above-captioned case in the amount of $88.20 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Marilyn Hardie, claim no. 014989, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

