Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002162 00000000 001 001 02162 INS: 0 0
HENKA CAMPBELL
P O BOX 115
BARNWELL, AB T0K0B0

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                            )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                        )         CHAPTER 7
                                                        )
Debtor.                                            )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Henka Campbell designated as claim no. 015373 in the above-captioned case in the amount of $1,299.60 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Henka Campbell, claim no. 015373, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

