Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002175 00000000 001 001 02175 INS: 0 0
TEHAL S. BATH
8707 128A ST.
SURREY, BC V3W0K3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                   )
                                                )          CHAPTER 7
                                                )
Debtor.                                         )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Tehal S. Bath designated as claim no. 015501 in the above-captioned case in the amount of $250.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Tehal S. Bath, claim no. 015501, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

