Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002186 00000000 001 001 02186 INS: 0 0
LARKIN INVESTMENTS LTD.
932 COBBLESTONE LANE
VICTORIA, BC V8Y3G3

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                              )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                       )
                                                    )        CHAPTER 7
                                                    )
Debtor.                                             )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Larkin Investments Ltd. designated as claim no. 015691 in the above-captioned case in the amount of $36,750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Larkin Investments Ltd., claim no. 015691, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

