Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002189 00000000 001 001 02189 INS: 0 0
SAMINDER S. NATT
13840 92A. AVE.
SURREY, BC V3V6Y6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                                              )          CHAPTER 7
                                                              )
Debtor.                                                  )

ORDER

        HOLMES P. HARDEN, Trustee, having objected to the claim of Saminder S. Natt designated as claim no.

015809 in the above-captioned case in the amount of $190.55 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

        IT IS HEREBY ORDERED that the claim of Saminder S. Natt, claim no. 015809, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
        A. Thomas Small
        United State Bankruptcy Judge

