Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000762 00000000 001 001 00762 INS: 0 0

MARILYN J TOLLEFSON
11215 W. 109 STREET
OVERLAND PARK, KS 66210

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                           )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
                                                      )        CHAPTER 7
                                                      )
Debtor.                                         )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Marilyn J Tollefson designated as claim no. 001502 in the above-captioned case in the amount of $5,163.30 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Marilyn J Tollefson, claim no. 001502, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

