Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001392 00000000 001 001 01392 INS: 0 0

RUSSELL L. BOWLING
507 MCGUIRE LANE
PEARISBURG, VA 24134

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,            )
                                          )        CHAPTER 7
                                          )
Debtor.                                   )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Russell L. Bowling designated as claim no. 000175 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Russell L. Bowling, claim no. 000175, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

