Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004795 00000000 001 001 04795 INS: 0 0
BRANDY J. CRISWELL BELL
135 ITICHA GIN ROAD
VILLA RICH, GA  30180

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Brandy J. Criswell Bell designated as

claim no. 000354 in the above-captioned case in the amount of $1,869.50 and having requested denial of claim,

and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Brandy J. Criswell Bell, claim no. 000354, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

