Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002661 00000000 001 001 02661 INS: 0 0

XIAOHUI DIAO
3142 S. LITUANICA AVENUE
CHICAGO, IL 60608-6649

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,          )
                                                        )          CHAPTER 7
                                                        )
Debtor.                                             )

ORDER

     HOLMES P. HARDEN, Trustee, having objected to the claim of Xiaohui Diao designated as claim no. 000725 in the above-captioned case in the amount of $866.25 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

     IT IS HEREBY ORDERED that the claim of Xiaohui Diao, claim no. 000725, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

