Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001237 00000000 001 001 01237 INS: 0 0

MARGARET C. GADSBY
22 HAVENS AVE.
AUBURN, NY 13021

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                   )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,     )
                                                             )          CHAPTER 7
                                                             )
Debtor.                                              )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Margaret C. Gadsby designated as claim no. 002441 in the above-captioned case in the amount of $1,895.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Margaret C. Gadsby, claim no. 002441, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

