Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003388 00000000 001 001 03388 INS: 0 0

MARLA LEE SIWIERKA
2943 COLONY DRIVE
SUGAR LAND, TX 77479

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Marla Lee Siwierka designated as claim no. 002603 in the above-captioned case in the amount of $31.66 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Marla Lee Siwierka, claim no. 002603, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

