Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002912 00000000 001 001 02912 INS: 0 0

DANNY K. PRINGLE
106 SAVOY DR.
MONROE, LA 71203

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                                              )        CHAPTER 7
                                                              )
Debtor.                                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Danny K. Pringle designated as claim no. 003217 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Danny K. Pringle, claim no. 003217, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

