Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001925 00000000 001 001 01925 INS: 0 0

JAMES I. TENNESSEE
78 CAMDEN WAY
FAIRBURN, GA  30312

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | |
| | CHAPTER 7 |
| Debtor. | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of James I. Tennessee designated as claim no. 003600 in the above-captioned case in the amount of $682.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of James I. Tennessee, claim no. 003600, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

