Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001188 00000000 001 001 01188 INS: 0 0

YING WU
5803 8TH AVE.
BROOKLYN, NY 11220

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                        )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                              )        CHAPTER 7
                                              )
Debtor.                                       )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Ying Wu designated as claim no. 003750 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Ying Wu, claim no. 003750, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

