Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002208 00000000 001 001 02208 INS: 0 0
RICHARD SCHON
BOX 84
ST. LAURENT, MB R0C2S0

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                  )       CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                    )       CHAPTER 7
                                    )
Debtor.                              )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Richard Schon designated as claim no. 004147 in the above-captioned case in the amount of $1,078.50 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Richard Schon, claim no. 004147, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_A. Thomas Small_
A. Thomas Small
United State Bankruptcy Judge

