Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004811 00000000 001 001 04811 INS: 0 0
MOLLY A. DICKENSON
210 GRANITE LANE
INDEPENDENCE, VA 24348

                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF NORTH CAROLINA
                             RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

                                     ORDER

    HOLMES P. HARDEN, Trustee, having objected to the claim of Molly A. Dickenson designated as claim no. 004217 in the above-captioned case in the amount of $389.50 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

    IT IS HEREBY ORDERED that the claim of Molly A. Dickenson, claim no. 004217, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

