Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001462 00000000 001 001 01462 INS: 0 0

FRED W. WEATHERMAN
1283 POWERHOUSE ROAD
INDEPENDENCE, VA 24348-3708

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,        )
                                                              )         CHAPTER 7
                                                              )
Debtor.                                                   )

ORDER

     HOLMES P. HARDEN, Trustee, having objected to the claim of Fred W. Weatherman designated as claim

no. 004686 in the above-captioned case in the amount of $889.50 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

     IT IS HEREBY ORDERED that the claim of Fred W. Weatherman, claim no. 004686, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

