Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004820 00000000 001 001 04820 INS: 0 0
JENNIFER L. WALTERS
111 ALABAMA AVENUE
COLUMBIANA, AL  35051

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
                                                     )        CHAPTER 7
                                                     )
Debtor.                                        )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Jennifer L. Walters designated as claim no. 005183 in the above-captioned case in the amount of $1,898.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Jennifer L. Walters, claim no. 005183, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

