Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001409 00000000 001 001 01409 INS: 0 0

SHERMAN L. BROWN
1440 STONES CHAPEL RD.
ELK CREEK, VA 24326

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE:                                                ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC.,          ) | |
|                                                           ) | CHAPTER 7 |
|                                                           ) | |
| Debtor.                                              ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Sherman L. Brown designated as claim no. 005336 in the above-captioned case in the amount of $889.50 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Sherman L. Brown, claim no. 005336, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

