Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004823 00000000 001 001 04823 INS: 0 0
JOHN E. DICKENSON
210 GRANITE LANE
INDEPENDENCE, VA 24348

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,        )
                                                         )         CHAPTER 7
                                                         )
Debtor.                                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of John E. Dickenson designated as claim

no. 005371 in the above-captioned case in the amount of $889.50 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of John E. Dickenson, claim no. 005371, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

