Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004419 00000000 001 001 04419 INS: 0 0
GEORGE WALTER MARTIN
4365 MAGNOLIA LN
SNELLVILLE, GA 30039

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | |
| | CHAPTER 7 |
| Debtor. | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of George Walter Martin designated as claim no. 002219 in the above-captioned case in the amount of $3,700.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of George Walter Martin, claim no. 002219, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

