Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

ADAM P. PLATZ
7635 JEFFREY LANE
COLORADO SPRING, CO 80919

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | |
| | CHAPTER 7 |
| Debtor. | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Adam P. Platz designated as claim no. 005499 in the above-captioned case in the amount of $634.04 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Adam P. Platz, claim no. 005499, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

