Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002221 00000000 001 001 02221 INS: 0 0
KAREN L. ESQUIRO
6801 LONGACRE DRIVE
VERNON, BC V1H 1H6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                     )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,              )
                                           )          CHAPTER 7
                                           )
Debtor.                                    )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Karen L. Esquiro designated as claim no. 006044 in the above-captioned case in the amount of $1,052.10 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Karen L. Esquiro, claim no. 006044, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

