Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003640 00000000 001 001 03640 INS: 0 0

MIGUEL SOLIS, ESQ.
700 E. OVERLAND, SUITE C
EL PASO, TX 79901

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | |
|---|---|
| IN RE:                              ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC.,       ) | |
|                                     ) | CHAPTER 7 |
|                                     ) | |
| Debtor.                             ) | |

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Miguel Solis, Esq. designated as claim no. 006296 in the above-captioned case in the amount of $898.25 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Miguel Solis, Esq., claim no. 006296, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

