Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004829 00000000 001 001 04829 INS: 0 0
JENNIFER CHAN
2821 BIRCHMONT
TORONTO, ONT M1W 2C8
CANADA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                              )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,            )
                                                                        )         CHAPTER 7
                                                                        )
Debtor.                                                          )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Jennifer Chan designated as claim no. 007058 in the above-captioned case in the amount of $2,052.65 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Jennifer Chan, claim no. 007058, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

