Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002775 00000000 001 001 02775 INS: 0 0

IVA WOODARD
2304 BELMONT PL
GARDEN CITY, KS 67846

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE:    ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC.,    ) | |
|    ) | CHAPTER 7 |
|    ) | |
| Debtor.    ) | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Iva Woodard designated as claim no. 007493 in the above-captioned case in the amount of $2,500.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Iva Woodard, claim no. 007493, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

