Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002633 00000000 001 001 02633 INS: 0 0

DONA M. CULVER
1307 SCHLETTI
ST PAUL, MN 55117

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                         )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,      )
                                                                    )        CHAPTER 7
                                                                    )
Debtor.                                                       )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Dona M. Culver designated as claim no. 002267 in the above-captioned case in the amount of $800.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Dona M. Culver, claim no. 002267, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

