Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001410 00000000 001 001 01410 INS: 0 0

TRACY MOSS
3076 CATY SAGE ROAD
ELK CREEK, VA  24326

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
 ) CHAPTER 7
 )
Debtor. )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Tracy Moss designated as claim no. 009287 in the above-captioned case in the amount of $389.50 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Tracy Moss, claim no. 009287, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

