Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001382 00000000 001 001 01382 INS: 0 0

HENRY D. DEHART
438 ROCKWOOD PARK RD.
BASSETT, VA 24055

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                             )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
                                                        )        CHAPTER 7
                                                        )
Debtor.                                            )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Henry D. Dehart designated as claim no. 009565 in the above-captioned case in the amount of $889.50 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Henry D. Dehart, claim no. 009565, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

