Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004843 00000000 001 001 04843 INS: 0 0
STEPHEN A. SMITH
ROUTE 1, BOX 5
MOUTH OF WILSON, VA 24363

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                )    CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,         )
                                      )    CHAPTER 7
                                      )
Debtor.                               )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Stephen A. Smith designated as claim no. 009631 in the above-captioned case in the amount of $889.50 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Stephen A. Smith, claim no. 009631, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

