Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004225 00000000 001 001 04225 INS: 0 0

ERLING ELLENDERSEN
1623 SO. AINSWORTH
TACOMA, WA 98405

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:  )   CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,  )
 )   CHAPTER 7
 )
Debtor.  )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Erling Ellendersen designated as claim no. 010236 in the above-captioned case in the amount of $1,898.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Erling Ellendersen, claim no. 010236, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

