Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002950 00000000 001 001 02950 INS: 0 0

CONNIE WARNER
P. O. BOX 681
FERIDAY, LA  71334

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,         )
                                      ) CHAPTER 7
                                      )
Debtor.                               )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Connie Warner designated as claim no. 010694 in the above-captioned case in the amount of $892.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Connie Warner, claim no. 010694, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

