Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001413 00000000 001 001 01413 INS: 0 0

ROXIE B. JONES
12 SUNBOW LANE
ELK CREEK, VA 24326

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                                               )        CHAPTER 7
                                                               )
Debtor.                                                  )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Roxie B. Jones designated as claim no. 011976 in the above-captioned case in the amount of $889.50 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Roxie B. Jones, claim no. 011976, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

