Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002234 00000000 001 001 02234 INS: 0 0
RAJINDER K. VIRK
9238-124 ST.
SURREY, BC V3V4S3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                        )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                 )
                                              )        CHAPTER 7
                                              )
Debtor.                                       )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Rajinder K. Virk designated as claim no. 012235 in the above-captioned case in the amount of $1,867.70 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Rajinder K. Virk, claim no. 012235, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

