Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001833 00000000 001 001 01833 INS: 0 0

LORNE T. CORTEZ
1215 WILLOW DR.
AUBURN, GA 30011

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )        CHAPTER 7
                                          )
Debtor.                                   )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Lorne T. Cortez designated as claim no.

012364 in the above-captioned case in the amount of $1,783.62 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Lorne T. Cortez, claim no. 012364, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

