Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000256 00000000 001 001 00256 INS: 0 0

PEGGY C. MCCLESKEY
4812 WINNEBAGO DRIVE
BIRMINGHAM, AL 35244

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,              )
                                                              )          CHAPTER 7
                                                              )
Debtor.                                                   )

ORDER

     HOLMES P. HARDEN, Trustee, having objected to the claim of Peggy C. Mccleskey designated as claim

no. 012384 in the above-captioned case in the amount of $1,932.95 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

     IT IS HEREBY ORDERED that the claim of Peggy C. Mccleskey, claim no. 012384, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
     A. Thomas Small
     United State Bankruptcy Judge

