Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002237 00000000 001 001 02237 INS: 0 0
GURMINDERJIT CHERA
7926 WEDGEWOOD ST
SURREY, BC V5E2E8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                             )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
                                                      )        CHAPTER 7
                                                      )
Debtor.                                          )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Gurminderjit Chera designated as claim

no. 012795 in the above-captioned case in the amount of $1,870.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Gurminderjit Chera, claim no. 012795, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

