Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003380 00000000 001 001 03380 INS: 0 0

WAYNE J. SHEPPARD
4111 PALMER PLANTATION
MISSOURI CITY, TX 77459

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                        )    CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                 )
                                              )    CHAPTER 7
                                              )
Debtor.                                       )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Wayne J. Sheppard designated as claim no. 012830 in the above-captioned case in the amount of $1,900.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Wayne J. Sheppard, claim no. 012830, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

