Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002427 00000000 001 001 02427 INS: 0 0

GARY D. MCDOWELL
C/O C. LEE DANIEL III
P.O. BOX 1105
DALTON, GA 30722

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                     )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,              )
                                           )        CHAPTER 7
                                           )
Debtor.                                    )

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Gary D. Mcdowell designated as claim no. 013019 in the above-captioned case in the amount of $70,000.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Gary D. Mcdowell, claim no. 013019, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

