Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002244 00000000 001 001 02244 INS: 0 0

MARILEE A. SAVAGE
422 HAMPTON AVE.
LAKELAND, FL 33801

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                          )     CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                          )     CHAPTER 7
                          )
Debtor.                    )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Marilee A. Savage designated as claim no. 013742 in the above-captioned case in the amount of $956.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Marilee A. Savage, claim no. 013742, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

