Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002921 00000000 001 001 02921 INS: 0 0

JASON A. BROWN
783 STYLES RANCH ROAD
CHOUDRANT, LA 71227

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                  )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                                            )          CHAPTER 7
                                                            )
Debtor.                                                 )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Jason A. Brown designated as claim no.

014504 in the above-captioned case in the amount of $1,891.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Jason A. Brown, claim no. 014504, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

