Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004279 00000000 001 001 04279 INS: 0 0

SMITH BOB
3121 E 33 AVE
SPOKANE, WA 99223

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                            )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
                                                    )        CHAPTER 7
                                                    )
Debtor.                                         )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Smith Bob designated as claim no.

014879 in the above-captioned case in the amount of $2,200.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Smith Bob, claim no. 014879, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

