Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003789 00000000 001 001 03789 INS: 0 0

WILLIAM A. RITEZEL
2600 MURIEL NE APT B
ALBUQUERUQE, NM 87109

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,         )
                                                              )          CHAPTER 7
                                                              )
Debtor.                                                 )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of William A. Ritezel designated as claim no. 000539 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of William A. Ritezel, claim no. 000539, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

