Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003151 00000000 001 001 03151 INS: 0 0

TERESA ANN CLOUSE
2616 TISINGER
DALLAS, TX 75228

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                    )      CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )      CHAPTER 7
                                          )
Debtor.                                   )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Teresa Ann Clouse designated as claim no. 002085 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Teresa Ann Clouse, claim no. 002085, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

