Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001713 00000000 001 001 01713 INS: 0 0

JOYCE HENICKS
3700 WINLARK DRIVE.
FLORENCE, SC 29506

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                           )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                      )          CHAPTER 7
                                                      )
Debtor.                                          )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Joyce Henicks designated as claim no. 003894 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Joyce Henicks, claim no. 003894, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

