Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004284 00000000 001 001 04284 INS: 0 0

BARBARA A. WRENCHEY
408 SE 3RD STREET
COLLEGE PLACE, WA  99324

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | )    CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) |
| | )    CHAPTER 7 |
| | ) |
| Debtor. | ) |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Barbara A. Wrenchey designated as claim no. 004068 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Barbara A. Wrenchey, claim no. 004068, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

