Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001912 00000000 001 001 01912 INS: 0 0

CYNTHIA S. EVANS
15 HORSESHOE BEND
CARROLLTON, GA 30167

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                     )           CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                              )
                                                           )           CHAPTER 7
                                                           )
Debtor.                                                    )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Cynthia S. Evans designated as claim no. 004666 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Cynthia S. Evans, claim no. 004666, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

