Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002673 00000000 001 001 02673 INS: 0 0

FRANK L. WADE
409 W. PRAIRIE ST.
PONTIAC, IL 61764

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                           )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                    )
                                                 )         CHAPTER 7
                                                 )
Debtor.                                          )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Frank L. Wade designated as claim no. 004892 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Frank L. Wade, claim no. 004892, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

