Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004880 00000000 001 001 04880 INS: 0 0
VALERIE ELLIOTT
3421 C. MIDDLEBRANCH RD
RALEIGH, NC 27610

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                      )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,               )
                                            )        CHAPTER 7
                                            )
Debtor.                                     )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Valerie Elliott designated as claim no.

005615 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no response

having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Valerie Elliott, claim no. 005615, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

