Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001259 00000000 001 001 01259 INS: 0 0

MICHAEL S. KURDILLA
713 VERNON DR.
BELLE VERNON WE, PA 15012

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Michael S. Kurdilla designated as claim no. 005925 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Michael S. Kurdilla, claim no. 005925, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

