Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001022 00000000 001 001 01022 INS: 0 0

YU JULIAN
136 BOWERY 2ND FLOOR ,#824
NEW YORK, NY 10013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE:               ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC.,  ) | |
|               ) | CHAPTER 7 |
|               ) | |
| Debtor.        ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Yu Julian designated as claim no. 006290 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Yu Julian, claim no. 006290, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

