Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000884 00000000 001 001 00884 INS: 0 0

MARK W. LEWIS
505 AUSTIN RD.
YOUNGSVILLE, LA 70592

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                   )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,            )
                                         )         CHAPTER 7
                                         )
Debtor.                                  )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Mark W. Lewis designated as claim no.

007309 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no response

having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Mark W. Lewis, claim no. 007309, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

