Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001290 00000000 001 001 01290 INS: 0 0

CHUN-XIAN YU
159 ASHBY RD.
UPPER DARBY, PA 19082

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                             )     CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,        )
                                                      )     CHAPTER 7
                                                      )
Debtor.                                           )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Chun-xian Yu designated as claim no. 007765 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Chun-xian Yu, claim no. 007765, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

