Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000284 00000000 001 001 00284 INS: 0 0

FRED J. ASHMORE
1954 E. BROWNSTONE CT. SW
DECATUR, AL 35603

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE:  ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC.,  ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor.  ) | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Fred J. Ashmore designated as claim no. 002438 in the above-captioned case in the amount of $250.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Fred J. Ashmore, claim no. 002438, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

