Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC 27504

0001 0000447 00000000 001 001 00447 INS: 0 0

ROGER SIMONSON & KATHLEEN SIMONSON
HC 74 BOX 200
SACO, MT 59261

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE:<br>INTERNATIONAL HERITAGE, INC.,<br><br><br>Debtor. | )<br>)<br>)<br>)<br>) | CASE NO.: 98-02675-5-ATS<br><br>CHAPTER 7 |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Roger Simonson & Kathleen Simonson designated as claim no. 008402 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Roger Simonson & Kathleen Simonson, claim no. 008402, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge