Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001377 00000000 001 001 01377 INS: 0 0

l..l.l.l..lll.....ll..l.ll..l..ll.....lll..lll.....lll..l.l

JOHN D. KING
2001 BLUE HILLS CIR.
ROANOKE, VA 24012

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          )           CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                   )
                                                )           CHAPTER 7
                                                )
Debtor.                                         )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of John D. King designated as claim no.

008832 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no response

having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of John D. King, claim no. 008832, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

