Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000035 00000000 001 001 00035 INS: 0 0
B. S. CONSTRUCTION
#106 12975 84TH AVE.
SURREY, BC V3W0K5

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of B. S. Construction designated as claim no. 002448 in the above-captioned case in the amount of $2,351.90 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of B. S. Construction, claim no. 002448, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_A. Thomas Small_
A. Thomas Small
United State Bankruptcy Judge

