Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000036 00000000 001 001 00036 INS: 0 0
UNICO INSTALLATIONS
#106-12975 84TH AVE.
SURREY, BC V3W0K5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,          )
                                                              )        CHAPTER 7
                                                              )
Debtor.                                                  )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Unico Installations designated as claim no. 002449 in the above-captioned case in the amount of $2,351.90 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Unico Installations, claim no. 002449, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

