Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002276 00000000 001 001 02276 INS: 0 0
BI YING ZHAO
78 BELLEVUE AVE
TORONTO, ON M5T2N7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,   )
                                                    )          CHAPTER 7
                                                    )
Debtor.                                        )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Bi Ying Zhao designated as claim no.

010208 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no response

having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Bi Ying Zhao, claim no. 010208, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

