Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002277 00000000 001 001 02277 INS: 0 0
JIN Q. FANG
49 NASSAU ST
TORONTO, ON M5T1M3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                )           CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                          )           CHAPTER 7
                                                          )
Debtor.                                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Jin Q. Fang designated as claim no. 010209 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Jin Q. Fang, claim no. 010209, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

