Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003905 00000000 001 001 03905 INS: 0 0

LORI E ROEDER
11743 PAPAGALLO COURT
SAN DIEGO, CA 92124-2802

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                        )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                     )        CHAPTER 7
                                                     )
Debtor.                                        )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Lori E Roeder designated as claim no.

010918 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no response

having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Lori E Roeder, claim no. 010918, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

