Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003042 00000000 001 001 03042 INS: 0 0

JUDITH A MCINTOSH
6853 BARBICAN DRIVE
PLANO, TX 75023

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,      )
                                                             )        CHAPTER 7
                                                             )
Debtor.                                                 )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Judith A Mcintosh designated as claim no.

011452 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no response

having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Judith A Mcintosh, claim no. 011452, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

