Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002296 00000000 001 001 02296 INS: 0 0
ARTHUR A. WIESBLATT
2412 BIRCH ST.
VANCOUVER, BC V6K3X9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                        )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                 )
                                              )        CHAPTER 7
                                              )
Debtor.                                       )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Arthur A. Wiesblatt designated as claim no. 013660 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Arthur A. Wiesblatt, claim no. 013660, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

