Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002689 00000000 001 001 02689 INS: 0 0

TERRY C. BOOHER
1218 CLEARVIEW DR.
ST CHARLES, MO 63303

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                      )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,         )
                                                                 )         CHAPTER 7
                                                                 )
Debtor.                                                    )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Terry C. Booher designated as claim no. 013831 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Terry C. Booher, claim no. 013831, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

