Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002299 00000000 001 001 02299 INS: 0 0
CHARLOTTE P. BUTZ
BOX 24 KENS AUTO R.R. AVE
DEWBERRY, AB T0B1G0

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )        CHAPTER 7
                                          )
Debtor.                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Charlotte P. Butz designated as claim no.

014477 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no response

having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Charlotte P. Butz, claim no. 014477, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

