Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002884 00000000 001 001 02884 INS: 0 0

JENNIFER L. WOOD
525 COFFEE STREET
MANDEVILLE, LA 70448

                   UNITED STATES BANKRUPTCY COURT
                  EASTERN DISTRICT OF NORTH CAROLINA
                           RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

                                  ORDER

    HOLMES P. HARDEN, Trustee, having objected to the claim of Jennifer L. Wood designated as claim no. 014547 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

    IT IS HEREBY ORDERED that the claim of Jennifer L. Wood, claim no. 014547, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

                                                                    A. Thomas Small
                                                                    United State Bankruptcy Judge

