Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001824 00000000 001 001 01824 INS: 0 0

JENKINS DANNY R
22 CROWN RIDGE RD
TRAVELERS REST, SC 29690

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Jenkins Danny R designated as claim no. 003041 in the above-captioned case in the amount of $2,186.25 and having requested allowance of $1,950.00 as a priority claim and allowance of the balance of the claim as unsecured, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Jenkins Danny R, claim no. 003041, is allowed in the amount of $1,950.00 as a priority claim and that the balance of the claim is allowed as an unsecured claim.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

