Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002644 00000000 001 001 02644 INS: 0 0

GAYLE E. HANNA
P.O. BOX 68
BERTHOLD, ND 58718

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                 )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                            )        CHAPTER 7
                                                            )
Debtor.                                            )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Gayle E. Hanna designated as claim no. 009159 in the above-captioned case in the amount of $2,206.50 and having requested allowance of $1,950.00 as a priority claim and allowance of the balance of the claim as unsecured, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Gayle E. Hanna, claim no. 009159, is allowed in the amount of $1,950.00 as a priority claim and that the balance of the claim is allowed as an unsecured claim.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

