Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004922 00000000 001 001 04922 INS: 0 0
DENISE L. DICK
3375 S. PARKMONT CT.
SPRINGFIELD, MO 65807

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | |
| | CHAPTER 7 |
| Debtor. | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Denise L. Dick designated as claim no. 009168 in the above-captioned case in the amount of $2,364.88 and having requested allowance of $1,950.00 as a priority claim and allowance of the balance of the claim as unsecured, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Denise L. Dick, claim no. 009168, is allowed in the amount of $1,950.00 as a priority claim and that the balance of the claim is allowed as an unsecured claim.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

