Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004923 00000000 001 001 04923 INS: 0 0
NOMA A. KRUSE
3148 W. FARM ROAD, #168
SPRINGFIELD, MO 65807

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | )    CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) |
|  | )    CHAPTER 7 |
|  | ) |
| Debtor. | ) |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Noma A. Kruse designated as claim no. 009766 in the above-captioned case in the amount of $2,114.11 and having requested allowance of $1,950.00 as a priority claim and allowance of the balance of the claim as unsecured, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Noma A. Kruse, claim no. 009766, is allowed in the amount of $1,950.00 as a priority claim and that the balance of the claim is allowed as an unsecured claim.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

