Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004924 00000000 001 001 04924 INS: 0 0

JASBIR SANDHU
254-03 84TH RD., FLORAL PARK
NEW YORK, NY 11001

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Jasbir Sandhu designated as claim no. 010584 in the above-captioned case in the amount of $2,232.13 and having requested allowance of $1,950.00 as a priority claim and allowance of the balance of the claim as unsecured, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Jasbir Sandhu, claim no. 010584, is allowed in the amount of $1,950.00 as a priority claim and that the balance of the claim is allowed as an unsecured claim.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

