Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002307 00000000 001 001 02307 INS: 0 0

JEAN GARIEPY
933 BOISSY
ST.LAMBERT, PQ J4R1K1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
) CHAPTER 7
)
Debtor. )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Jean Gariepy designated as claim no. 013034 in the above-captioned case in the amount of $2,259.94 and having requested allowance of $1,950.00 as a priority claim and allowance of the balance of the claim as unsecured, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Jean Gariepy, claim no. 013034, is allowed in the amount of $1,950.00 as a priority claim and that the balance of the claim is allowed as an unsecured claim.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

