Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000073 00000000 001 001 00073 INS: 0 0

RANDAL D. TOLF
1012 BURLINGTON HEIGHTS DRIVE
BURLINGTON, WA 98233-1489

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) |
| | ) CHAPTER 7 |
| | ) |
| Debtor. | ) |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Randal D. Tolf designated as claim no. 003468 in the above-captioned case in the amount of $219,157.00 and having requested allowance of $4,300.00 of the claim as a priority commission claim, allowance of $1,950.00 of the claim as a priority deposit claim and allowance of the balance of the claim as an unsecured claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Randal D. Tolf, claim no. 003468, is allowed in the amount of $4,300.00 as a priority commission claim, allowed in the amount of $1,950.00 as a priority deposit claim and that the balance of the claim is allowed as an unsecured claim.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

