Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003064 00000000 001 001 03064 INS: 0 0

F. LYNN GRAVELY
P. O. BOX 322
GUNTER, TX 75058

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of F. Lynn Gravely designated as claim no.015327 in the above-captioned case in the amount of $15,000.00 and having requested allowance of the claim as an unsecured claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of F. Lynn Gravely, claim no. 015327, is allowed as a general unsecured claim.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

