Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003747 00000000 001 001 03747 INS: 0 0

CHRIS P. FINCH
1115 NORTH 140 EAST
OREM, UT 84057

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,          )
                                                              )          CHAPTER 7
                                                              )
Debtor.                                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Chris P. Finch designated as claim no. 015057 in the above-captioned case in the amount of $1,950.00 and having requested allowance of the claim pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Chris P. Finch, claim no. 015057, is allowed pursuant to 11 U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

