Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000181 00000000 001 001 00181 INS: 0 0

NEIL C. KAMPHOUSE
POBOX 101
SUMAS, WA 98295

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                            )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,       )
                                                     )          CHAPTER 7
                                                     )
Debtor.                                           )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Neil C. Kamphouse designated as claim

no. 015079 in the above-captioned case in the amount of $1,872.80 and having requested allowance of the claim

pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Neil C. Kamphouse, claim no. 015079, is allowed pursuant to

11 U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

