Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001846 00000000 001 001 01846 INS: 0 0

MADONNA C. PITTARD
4940 JEKYLL ROAD
CUMMING, GA  30040

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | |
| | CHAPTER 7 |
| Debtor. | |

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Madonna C. Pittard designated as claim no. 015105 in the above-captioned case in the amount of $891.00 and having requested allowance of the claim pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Madonna C. Pittard, claim no. 015105, is allowed pursuant to 11 U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

---

A. Thomas Small
United State Bankruptcy Judge

