Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002100 00000000 001 001 02100 INS: 0 0

l·ll··ll·lll··ll·ll·ll··ll·ll·ll·l·ll··l·ll·ll
GLADYS E. WILLIAMS
304 STANFILL RD.
MOULTRIE, GA 31768

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Gladys E. Williams designated as claim no. 015107 in the above-captioned case in the amount of $1,896.00 and having requested allowance of the claim pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Gladys E. Williams, claim no. 015107, is allowed pursuant to 11 U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

