Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000840 00000000 001 001 00840 INS: 0 0

ALVIN P. BOUDREAUX
537 LOUISIANA
LAKE ARTHUR, LA 70549

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                     )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,              )
                                           )        CHAPTER 7
                                           )
Debtor.                                    )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Alvin P. Boudreaux designated as claim no. 015119 in the above-captioned case in the amount of $390.00 and having requested allowance of the claim pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Alvin P. Boudreaux, claim no. 015119, is allowed pursuant to 11 U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

