Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002101 00000000 001 001 02101 INS: 0 0

GAIL P. TAYLOR
212 OLD TIMEY TRAIL
MOULTRIE, GA 31768

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                      )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,               )
                                            )        CHAPTER 7
                                            )
Debtor.                                     )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Gail P. Taylor designated as claim no. 015134 in the above-captioned case in the amount of $1,869.50 and having requested allowance of the claim pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Gail P. Taylor, claim no. 015134, is allowed pursuant to 11 U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

