Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC 27504

0001 0000964 00000000 001 001 00964 INS: 0 0

MICHAEL A. MARAVELIAS
188 FAIRVIEW LANE
PLYMOUTH, MA 02360-8208

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Michael A. Maravelias designated as claim no. 015137 in the above-captioned case in the amount of $1,363.75 and having requested allowance of the claim pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Michael A. Maravelias, claim no. 015137, is allowed pursuant to 11 U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

