Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002306 00000000 001 001 02306 INS: 0 0

LINDA D. JORDAN
405 WEST FAIRVIEW
TROY, AL 36081

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                   )
                                                )          CHAPTER 7
                                                )
Debtor.                                         )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Linda D. Jordan designated as claim no.

015205 in the above-captioned case in the amount of $397.00 and having requested allowance of the claim

pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Linda D. Jordan, claim no. 015205, is allowed pursuant to 11

U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

