Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001979 00000000 001 001 01979 INS: 0 0

WANDA G. POPE
466 TERRACE ROAD
ZEBULON, GA 30295

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                      )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,               )
                                            )         CHAPTER 7
                                            )
Debtor.                                     )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Wanda G. Pope designated as claim no. 015216 in the above-captioned case in the amount of $896.00 and having requested allowance of the claim pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Wanda G. Pope, claim no. 015216, is allowed pursuant to 11 U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

