Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003609 00000000 001 001 03609 INS: 0 0

VICTOR G MERCADO
3201 JOHN CAMBELLS TRAIL
AUSTIN, TX 78735

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Victor G Mercado designated as claim no. 015271 in the above-captioned case in the amount of $898.25 and having requested allowance of the claim pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Victor G Mercado, claim no. 015271, is allowed pursuant to 11 U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

