Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002235 00000000 001 001 02235 INS: 0 0

ANONA M. FIELD
2202 RIVER HAMMOCK LN
FT PIERCE, FL 34981

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) |
| | ) CHAPTER 7 |
| | ) |
| Debtor. | ) |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Anona M. Field designated as claim no. 015273 in the above-captioned case in the amount of $983.25 and having requested allowance of the claim pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Anona M. Field, claim no. 015273, is allowed pursuant to 11 U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

