Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004949 00000000 001 001 04949 INS: 0 0
BUFFY J. BEERY
102 SHNSHINE COURT
CIRCLE, MT 59215

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                   )      CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,            )
                                         )      CHAPTER 7
                                         )
Debtor.                                  )

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Buffy J. Beery designated as claim no. 015278 in the above-captioned case in the amount of $385.00 and having requested allowance of the claim pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Buffy J. Beery, claim no. 015278, is allowed pursuant to 11 U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

