Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000241 00000000 001 001 00241 INS: 0 0

ELIZABETH A. EDWARDS
4065 OVERLOOK CIRCLE
TRUSSVILLE, AL  35173-3845

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:  )  CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,  )
 )  CHAPTER 7
 )
Debtor.  )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Elizabeth A. Edwards designated as claim no. 015281 in the above-captioned case in the amount of $1,400.00 and having requested allowance of the claim pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Elizabeth A. Edwards, claim no. 015281, is allowed pursuant to 11 U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

