Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000017 00000000 001 001 00017 INS: 0 0

DAVID W. DEMPSEY
21100 NW ADCOCK RD
YAMHILL, OR 97148

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                      )      CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,               )
                                            )      CHAPTER 7
                                            )
Debtor.                                     )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of David W. Dempsey designated as claim no. 015379 in the above-captioned case in the amount of $1,750.00 and having requested allowance of the claim pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of David W. Dempsey, claim no. 015379, is allowed pursuant to 11 U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

