Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004108 00000000 001 001 04108 INS: 0 0

ROGER L. BURRIS
20430 63RD PLACE WEST
LYNNWOOD, WA 98036

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | |
| | CHAPTER 7 |
| Debtor. | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Roger L. Burris designated as claim no. 015403 in the above-captioned case in the amount of $1,500.00 and having requested allowance of the claim pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Roger L. Burris, claim no. 015403, is allowed pursuant to 11 U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

