Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002407 00000000 001 001 02407 INS: 0 0

ROY F. BUCKINGHAM JR.
607 SHOMA DR.
SHELBYVILLE, TN 37162

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Roy F. Buckingham Jr. designated as claim no. 015421 in the above-captioned case in the amount of $898.00 and having requested allowance of the claim pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Roy F. Buckingham Jr., claim no. 015421, is allowed pursuant to 11 U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

