Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001068 00000000 001 001 01068 INS: 0 0

ZHI RU HUANG
14330 ROOSEVELT AVE, APT. 6E
FLUSHING, NY 11354

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE:                             ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC.,      ) | |
|                                    ) | CHAPTER 7 |
|                                    ) | |
| Debtor.                            ) | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Zhi Ru Huang designated as claim no. 015433 in the above-captioned case in the amount of $750.00 and having requested allowance of the claim pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Zhi Ru Huang, claim no. 015433, is allowed pursuant to 11 U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

