Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000948 00000000 001 001 00948 INS: 0 0

THERESE A. DONARSKI
P.O. BOX 3316
CHRISTIANSTED, VI 00822

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                         )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                  )
                                               )          CHAPTER 7
                                               )
Debtor.                                        )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Therese A. Donarski designated as claim

no. 015452 in the above-captioned case in the amount of $397.50 and having requested allowance of the claim

pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Therese A. Donarski, claim no. 015452, is allowed pursuant

to 11 U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

