Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003847 00000000 001 001 03847 INS: 0 0

EL INTERNATIONAL CORP.
2300 S. LOS ROBLES AVE.
SAN MARINO, CA 91108

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of El International Corp. designated as claim no. 015465 in the above-captioned case in the amount of $2,002.65 and having requested allowance of the claim pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of El International Corp., claim no. 015465, is allowed pursuant to 11 U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

