Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002442 00000000 001 001 02442 INS: 0 0

JOHN D. LIVESAY
207 YOUNG
BULLS GAP, TN 37711

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,      )
                                                        )        CHAPTER 7
                                                        )
Debtor.                                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of John D. Livesay designated as claim no. 015531 in the above-captioned case in the amount of $1,898.75 and having requested allowance of the claim pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of John D. Livesay, claim no. 015531, is allowed pursuant to 11 U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

