Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003652 00000000 001 001 03652 INS: 0 0

STEVEN G. PON
5210 DOVER ST.
ARVADA, CO 80002

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                        )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                 )
                                              )        CHAPTER 7
                                              )
Debtor.                                       )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Steven G. Pon designated as claim no. 015554 in the above-captioned case in the amount of $1,750.00 and having requested allowance of the claim pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Steven G. Pon, claim no. 015554, is allowed pursuant to 11 U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

