Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001308 00000000 001 001 01308 INS: 0 0

HENRY C., JR. & WINIFRED E. TURNER
1501 PERNELL COURT
BOWIE, AL 20716

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,        )
                                                        )         CHAPTER 7
                                                        )
Debtor.                                              )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Henry C., Jr. & Winifred E. Turner Turner Turner Turner designated as claim no. 015557 in the above-captioned case in the amount of $4,000.00 and having requested allowance of the claim pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Henry C., Jr. & Winifred E. Turner Turner Turner Turner, claim no. 015557, is allowed pursuant to 11 U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

