Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003783 00000000 001 001 03783 INS: 0 0

DEBORAH L. JENKINS
5186 W TONOPAH
GLENDALE, AZ 85308

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                   )
                                                )          CHAPTER 7
                                                )
Debtor.                                         )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Deborah L. Jenkins designated as claim

no. 015581 in the above-captioned case in the amount of $1,872.25 and having requested allowance of the claim

pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Deborah L. Jenkins, claim no. 015581, is allowed pursuant to

11 U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

