Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001013 00000000 001 001 01013 INS: 0 0

||..|IIII..|II..||I..|.|.|.|.|.|.|.|I.|..|III.|.|.|.|

LISA WANG
34 LUDLOW STREET, APT. #18
NEW YORK, NY 10002

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Lisa Wang designated as claim no. 015584 in the above-captioned case in the amount of $1,893.00 and having requested allowance of the claim pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Lisa Wang, claim no. 015584, is allowed pursuant to 11 U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_A. Thomas Small_
A. Thomas Small
United State Bankruptcy Judge

