Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003071 00000000 001 001 03071 INS: 0 0

VICTORIA REYMUNDO-OIAZ
3830 YELLOWSTONE ST.
IRVING, TX 75062

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                      )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,               )
                                            )          CHAPTER 7
                                            )
Debtor.                                     )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Victoria Reymundo-oiaz designated as

claim no. 015628 in the above-captioned case in the amount of $1,871.26 and having requested allowance of the

claim pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after

notice;

IT IS HEREBY ORDERED that the claim of Victoria Reymundo-oiaz, claim no. 015628, is allowed

pursuant to 11 U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

