Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001576 00000000 001 001 01576 INS: 0 0

JACQUE A. PERKINS
5202 SOUTHWIND RD.
GREENSBORO, NC 27455

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Jacque A. Perkins designated as claim no. 015634 in the above-captioned case in the amount of $1,865.50 and having requested allowance of the claim pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Jacque A. Perkins, claim no. 015634, is allowed pursuant to 11 U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

