Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003314 00000000 001 001 03314 INS: 0 0

BETTY [SUSIE] PHILLIPS
1637 CATALINA
SAN ANGELO, TX 76901

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) |
| | ) CHAPTER 7 |
| | ) |
| Debtor. | ) |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Betty [susie] Phillips designated as claim no. 015635 in the above-captioned case in the amount of $370.82 and having requested allowance of the claim pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Betty [susie] Phillips, claim no. 015635, is allowed pursuant to 11 U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

