Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001869 00000000 001 001 01869 INS: 0 0

YONGMEI HO
2021 DROGHEDA LANE
MARIETTA, GA 30066

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Yongmei Ho designated as claim no.

015675 in the above-captioned case in the amount of $1,863.75 and having requested allowance of the claim

pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Yongmei Ho, claim no. 015675, is allowed pursuant to 11

U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

