Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002574 00000000 001 001 02574 INS: 0 0

BIN OUYANG
3125 BAYPOINT DR.
ROCHESTER HILLS, MI 48309

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Bin Ouyang designated as claim no. 015709 in the above-captioned case in the amount of $1,890.00 and having requested allowance of the claim pursuant to 11 U.S.C. Section 726(a)(3), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Bin Ouyang, claim no. 015709, is allowed pursuant to 11 U.S.C. Section 726(a)(3).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

