Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003604 00000000 001 001 03604 INS: 0 0

TEXAS COMPTROLLER OF PUBLIC ACCOUNT
OFFICE OF ATTORNEY GENERAL
PO BOX 12548
AUSTIN, TX 78711-2548

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Texas Comptroller Of Public Account designated as claim no. 005249 in the above-captioned case in the amount of $260,341.30 and having requested allowance of the claim as a priority tax claim and allowance of the penalty portion of the claim pursuant to 11 U.S.C. Section 726(a)(4), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Texas Comptroller Of Public Account, claim no. 005249, is allowed as a priority tax claim and that the penalty portion of the claim is allowed pursuant to 11 U.S.C. Section 726(a)(4).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

