Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0004966 00000000 001 001 04966 INS: 0 0
STATE OF IOWA
DEPT. OF REVENUE & FINANCE
HOOVER STATE OFFICE BUILDING
DES MOINES, IA 50319

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of State Of Iowa designated as claim no. 015642 in the above-captioned case in the amount of $4,860.00 and having requested allowance of the claim as a priority tax claim and allowance of the penalty portion of the claim pursuant to 11 U.S.C. Section 726(a)(4), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of State Of Iowa, claim no. 015642, is allowed as a priority tax claim and that the penalty portion of the claim is allowed pursuant to 11 U.S.C. Section 726(a)(4).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

