Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002616 00000000 001 001 02616 INS: 0 0

STATE OF WISCONSIN
DEPARTMENT OF REVENUE
P. O. BOX 8902
MADISON, WI 53708

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: ) CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC., )
) CHAPTER 7
)
Debtor. )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of State Of Wisconsin designated as claim no. 015677 in the above-captioned case in the amount of $1,464.38 and having requested allowance of the claim as a priority tax claim and allowance of the penalty portion of the claim pursuant to 11 U.S.C. Section 726(a)(4), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of State Of Wisconsin, claim no. 015677, is allowed as a priority tax claim and that the penalty portion of the claim is allowed pursuant to 11 U.S.C. Section 726(a)(4).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

