Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002635 00000000 001 001 02635 INS: 0 0

STATE OF MINNESOTA
MINNESOTA DEPARTMENT OF REVENUE
POST OFFICE BOX 64447
ST PAUL, MN 55164-0447

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) |
| | ) CHAPTER 7 |
| | ) |
| Debtor. | ) |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of State Of Minnesota designated as claim no. 015741 in the above-captioned case in the amount of $8,985.64 and having requested allowance of the claim as a priority tax claim and allowance of the penalty portion of the claim pursuant to 11 U.S.C. Section 726(a)(4), and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of State Of Minnesota, claim no. 015741, is allowed as a priority tax claim and that the penalty portion of the claim is allowed pursuant to 11 U.S.C. Section 726(a)(4).

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

