Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002565 00000000 001 001 02565 INS: 0 0

LARRY A. KING SR.
4751 OLD PARIS RD
W TERRE HAUTE, IN 27885

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                       )
                                                    )        CHAPTER 7
                                                    )
Debtor.                                             )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Larry A. King Sr. designated as claim no.

006075 in the above-captioned case in the amount of $2,890.00 and having requested allowance of the portion of

the claim that is for stock or convertible notes purchased in 1997 and denial of the balance of the claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Larry A. King Sr., claim no. 006075, is allowed in the amount

of $890.00 for the portion of the claim that is for stock or convertible notes purchased in 1997 and that the balance

of the claim is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

