Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000470 00000000 001 001 00470 INS: 0 0

BCD FARMS INC.
NORTH RURAL ROUTE, P.O. BOX 412
SCOBEY, MT 59263

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | |
| | CHAPTER 7 |
| Debtor. | |

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Bcd Farms Inc. designated as claim no. 010966 in the above-captioned case in the amount of $10,279.82 and having requested allowance of the portion of the claim that is for stock or convertible notes purchased in 1997 and denial of the balance of the claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Bcd Farms Inc., claim no. 010966, is allowed in the amount of $3,279.82 for the portion of the claim that is for stock or convertible notes purchased in 1997 and that the balance of the claim is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

