Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002447 00000000 001 001 02447 INS: 0 0

REINE R. & DAVID HEMELRIGHT
3602 HOLLAND TRAIL
LENIOR CITY, TN 37772

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Reine R. & David Hemelright designated as claim no. 012127 in the above-captioned case in the amount of $3,781.37 and having requested allowance of the portion of the claim that is for stock or convertible notes purchased in 1997 and denial of the balance of the claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Reine R. & David Hemelright, claim no. 012127, is allowed in the amount of $1,781.37 for the portion of the claim that is for stock or convertible notes purchased in 1997 and that the balance of the claim is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

