Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000078 00000000 001 001 00078 INS: 0 0

JEFFERY G. LANGNESS
20067 GINA MARIE LANE
BURLINGTON, WA 98233

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Jeffery G. Langness designated as claim no. 014867 in the above-captioned case in the amount of $461,395.25 and having requested allowance of the portion of the claim that is for stock or convertible notes purchased in 1997 and denial of the balance of the claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Jeffery G. Langness, claim no. 014867, is allowed in the amount of $200,000.00 for the portion of the claim that is for stock or convertible notes purchased in 1997 and that the balance of the claim is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

