Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002316 00000000 001 001 02316 INS: 0 0
FACTUM AG
HINTERGASS 19, POSTFACH 174
FL-9490 VADUZ

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Factum Ag designated as claim no. 015080 in the above-captioned case in the amount of $475,000.00 and having requested allowance of the portion of the claim that is for stock or convertible notes purchased in 1997 and denial of the balance of the claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Factum Ag, claim no. 015080, is allowed in the amount of $200,000.00 for the portion of the claim that is for stock or convertible notes purchased in 1997 and that the balance of the claim is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge



```
IHI                              ord                    CONTROL PAGE:        4


----END OF PRINT----                     RUN DATE: 12/07/07 RUN TIME: 15:02:58
-----OPERATIONS-----                     ---UNKNOWN MAIL---
@ QUALITY CONTROL @                      DATE:             _____

DATE  _____               FOLDER EMP#       _____
                                         FOLDER COUNT      _____
                              MC
PRINTED          PULLED      TOTAL       DAMAGED PCS       _____

# MAIL PCS-2313  _____    _____

# PAGES   -2313  _____    _____


BEG PAGE #          4                    BEG SEQ #         4

END PAGE #         2316                  END SEQ #        2316

LIST ALL PULLED SEQ# OF ACCTS#
(IDENTIFY TYPE BY CIRCLING ONE)          MACHINE #            _____
  1 _____       INSERT OPR #         _____
  2 _____       BEG METER READING    _____
  3 _____       END METER READING    _____
  4 _____       TOTAL POSTAGE USED   _____
  5 _____       TOTAL POSTAGE DIVIDED BY POSTAGE RATE
  6 _____       TOTAL METERED PIECES _____
  7 _____       LOST PIECES          _____
  8 _____       DAMAGED PIECES       _____
  9 _____       # MAIL PCS - 2313    _____
 10 _____       TOTAL MAILING PCS    _____
 11 _____       TRAYS #       _____ - _____
 12 _____
```