Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001605 00000000 001 001 01605 INS: 0 0

CHRISTOPHER A. REID
1224 STONEFERRY LN
RALEIGH, NC 27606

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Christopher A. Reid designated as claim no. 014827 in the above-captioned case in the amount of $0.00 and having requested denial of entitlement to the SEC bond settlement funds per court order of June 21, 1999, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that Christopher A. Reid, who filed claim no. 014827, is denied entitlement to the SEC bond settlement funds per court order of June 21, 1999.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

