Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0001618 00000000 001 001 01618 INS: 0 0

MAYFLOWER HOLDINGS INC.
C/O STANLEY H. VAN ETTEN
7924 LAKE DRIVE
RALEIGH, NC 27613

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Mayflower Holdings Inc. designated as claim no. 014829 in the above-captioned case in the amount of $113,456.00 and having requested denial of entitlement to the SEC bond settlement funds per court order of June 21, 1999, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that Mayflower Holdings Inc., who filed claim no. 014829, is denied entitlement to the SEC bond settlement funds per court order of June 21, 1999.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

