Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002198 00000000 001 001 02198 INS: 0 0

HARRY B. MAINS
1345 N. HIGHWAY A1A
INDIALANTIC, FL  32903-2754

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Harry B. Mains designated as claim no. 014903 in the above-captioned case in the amount of $1,634.37 and having requested denial of entitlement to the SEC bond settlement funds per court order of June 21, 1999, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that Harry B. Mains, who filed claim no. 014903,  is denied entitlement to the SEC bond settlement funds per court order of June 21, 1999.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

