Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC 27504

0001 0000058 00000000 001 001 00058 INS: 0 0
DONALD A. POLLOCK
6261 CENTRAL SAANICH ROAD
VICTORIA, BC V8Z5T8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Donald A. Pollock designated as claim no. 002726 in the above-captioned case in the amount of $250.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Donald A. Pollock, claim no. 002726, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

