Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002066 00000000 001 001 02066 INS: 0 0

EDGAR W. WEBB
4404 RADIUM SPRINGS ROAD
ALBANY, GA 31705-9076

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                    )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )         CHAPTER 7
                                          )
Debtor.                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Edgar W. Webb designated as claim no. 002855 in the above-captioned case in the amount of $1,865.50 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Edgar W. Webb, claim no. 002855, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

