Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000684 00000000 001 001 00684 INS: 0 0

GERHARD ESSON
3309 S. JACKSON
JOPLIN, MO 64804

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                                           )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                )
                                                                      )          CHAPTER 7
                                                                      )
Debtor.                                                          )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Gerhard Esson designated as claim no. 002860 in the above-captioned case in the amount of $891.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Gerhard Esson, claim no. 002860, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

