Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000060 00000000 001 001 00060 INS: 0 0
RICK H. BAZUIN
11528 141A. ST.
SURREY, BC V3R3K5

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | |
|---|---|
| IN RE:                              ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC.,  ) | |
|                                     ) | CHAPTER 7 |
|                                     ) | |
| Debtor.                         ) | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Rick H. Bazuin designated as claim no.

002863 in the above-captioned case in the amount of $250.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Rick H. Bazuin, claim no. 002863, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

