Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000421 00000000 001 001 00421 INS: 0 0

KELLY ERICKSON
5836 FOXTAIL LOOP N
BILLINGS, MT 59106-2214

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE:   ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC.,   ) | |
|   ) | CHAPTER 7 |
|   ) | |
| Debtor.   ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Kelly Erickson designated as claim no. 002891 in the above-captioned case in the amount of $165.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Kelly Erickson, claim no. 002891, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

