Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC 27504

0001 0000063 00000000 001 001 00063 INS: 0 0
HARJINDER MANN
13469 80TH AVEN
SURREY, BC V3W3C2

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                                     )          CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,          )
                                                              )          CHAPTER 7
                                                              )
Debtor.                                                    )

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Harjinder Mann designated as claim no. 003001 in the above-captioned case in the amount of $2,351.90 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Harjinder Mann, claim no. 003001, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

