Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000067 00000000 001 001 00067 INS: 0 0
THUA-BAO LUONG
719 SCOTTSDALE DRIVE
GUELPH, ON N1G3P3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                        )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                 )
                                              )        CHAPTER 7
                                              )
Debtor.                                       )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Thua-bao Luong designated as claim no. 003014 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Thua-bao Luong, claim no. 003014, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

