Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000070 00000000 001 001 00070 INS: 0 0
AMY LEE
20 REID COURT
GUELPH, ON N1G3R6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,          )
                                                              )        CHAPTER 7
                                                              )
Debtor.                                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Amy Lee designated as claim no. 003017

in the above-captioned case in the amount of $857.00 and having requested denial of claim, and no response

having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Amy Lee, claim no. 003017, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____

A. Thomas Small
United State Bankruptcy Judge

