Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002511 00000000 001 001 02511 INS: 0 0

JOHN D. LEWIS
1955 UNITY CHURCH
HARDIN, KY 42048

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                    )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,             )
                                          )        CHAPTER 7
                                          )
Debtor.                                   )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of John D. Lewis designated as claim no. 003168 in the above-captioned case in the amount of $1,500.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of John D. Lewis, claim no. 003168, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

