Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000933 00000000 001 001 00933 INS: 0 0

BRYAN K SLAYDON
6866 SUMRALL DRIVE
BATON ROUGE, LA 70812

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) |
| | ) CHAPTER 7 |
| | ) |
| Debtor. | ) |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Bryan K Slaydon designated as claim no. 003225 in the above-captioned case in the amount of $750.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Bryan K Slaydon, claim no. 003225, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

