Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003156 00000000 001 001 03156 INS: 0 0

MARVIN L SILCOTT
7609 PEBBLESTONE DR.
DALLAS, TX 75230

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

## ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Marvin L Silcott designated as claim no. 003371 in the above-captioned case in the amount of $858.25 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Marvin L Silcott, claim no. 003371, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

