Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002282 00000000 001 001 02282 INS: 0 0

SUSAN L. SPRUCE
4328 DELMAR DR.
MONTGOMERY, AL 36109

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                              )         CHAPTER 7
                                                              )
Debtor.                                                 )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Susan L. Spruce designated as claim no. 003385 in the above-captioned case in the amount of $2,148.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Susan L. Spruce, claim no. 003385, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

