Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0003311 00000000 001 001 03311 INS: 0 0

WESLEY HODGES
RT 1 BOX 280A
RISING STAR, TX 76471

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                   )
                                                )         CHAPTER 7
                                                )
Debtor.                                         )

ORDER

   HOLMES P. HARDEN, Trustee, having objected to the claim of Wesley Hodges designated as claim no.

003388 in the above-captioned case in the amount of $495.00 and having requested denial of claim, and no

response having been filed with the Court in writing after notice;

   IT IS HEREBY ORDERED that the claim of Wesley Hodges, claim no. 003388, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

