Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0000086 00000000 001 001 00086 INS: 0 0
LENA NAZARAK
4 76 PRYDE AVE
NANAIMO, BC V9S4R3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    )         CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,     )
                                                              )         CHAPTER 7
                                                              )
Debtor.                                                 )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Lena Nazarak designated as claim no. 003579 in the above-captioned case in the amount of $638.72 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Lena Nazarak, claim no. 003579, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

