Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002451 00000000 001 001 02451 INS: 0 0

DAVID B. PEERMAN
210 EAST MAIN STREET
SEVIERVILLE, TN 37862

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          )       CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,    )
                                                    )       CHAPTER 7
                                                    )
Debtor.                                         )

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of David B. Peerman designated as claim no. 004022 in the above-captioned case in the amount of $1,885.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of David B. Peerman, claim no. 004022, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

