HOLMES. P HARDEN
TRUSTEE for IHI

PO BOX 836
Benton NC 27504

**FILED**

DEC 12 2007

PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C

MOTIRAM MORILEK
11471-51 AVE.
GDMONTON A.B.
T6H OL8
CANADA
Dec 02/07

This is to inform you that I have just received this letter as I was away overseas for 2 months. unfortunately I am unable to travel at this time to the USA as it is ~~quickly~~ quite costly and will not cover my claim. I do not have a lawyer either.

I have already lost the money I am claeming of $746.72.

Please do understand and reconsider that-that money is to cover the cost, while I was member of IHI which hopefully I do get refended.

I sincerely would like you to consider my situation

Faithfully,
M Morikerr.

Holmes P. Harden. Trustee for IHI
P.O. Box 536
Benson. NC 27504

Claim No.: 010580
Amount: $746.72

0001 0005365 00000000 001 001 05365 INS: 0 0
MOTIRAM L. MORKER
11471-51 AVE
EDMONTON, AB T6H0L8

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:
INTERNATIONAL HERITAGE. INC.
Debtor.

CASE NO:  98-02675-5-ATS

CHAPTER 7

## NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: **Claimant appears to be a creditor of IHI of Canada, not the debtor.  Trustee requests denial of claim.**

**You should read this objection carefully and discuss it with your attorney if you have one.  ANY CORRESPONDENCE MUST BE IN WRITING.  Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.**

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the **CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice**, the relief requested by the Trustee may be granted without hearing or further notice. If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina. **Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.**

**Dated:  October 26, 2007**

BY:/s/ Holmes P. Harden
Holmes P. Harden, Trustee

Form H9778 v.0.02

