Charles David Ficken
(2550-B Glenwood Ave, Raleigh, NC 27608) → OLD
→ PO Box 17863, Raleigh NC 27619-7863 → NEW ADDRESS

I would like a full refund for the fees I paid IHI. The fees I paid amounted to over $2000 in 1998 - or around that time

Case # 9802675-5-ATS

FILED
DEC 13 2007
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

Sincerely
C. DAVID Ficken, Jr.
11/20/07