**SO ORDERED.**

**SIGNED this 10 day of December, 2007.**

_____
**A. Thomas Small
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Rodney K. Lee and Carol A. Lee designated as claim no. 008555 in the above-captioned case in the amount of $40,750.00 and Trustee having requested the allowance of the portion of the claim that is for stock or convertible notes purchased in 1997 and the denial of the balance of the claim, and a response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Rodney K. Lee and Carol A. Lee , claim no. 008555, is allowed in the amount of $25,000.00 for the portion of their claim that is for stock or convertible notes purchased in 1997 and that the balance of the claim is denied.
.

**End of Document**

543331

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0417-5           User: am_bisset            Page 1 of 1              Date Rcvd: Dec 11, 2007
Case: 98-02675                 Form ID: pdf014            Total Served: 3
```

```
The following entities were served by first class mail on Dec 13, 2007.
db          +International Heritage, Inc.,    C/O TERRI L. GARDNER,    POST OFFICE DRAWER 1389,
              RALEIGH, NC 27602-1389
ofc         +Stanley H Van Etten,    7949 Bridgestone Dr.,    Orlando, FL 32835-5390
1021095     +RODNEY R. LEE & CAROL A. LEE,    3254 NE SUMNER STREET,    PORTLAND, OR 97211-6928

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 13, 2007**                    **Signature:**   _Joseph Speetjens_