Holmes P. Harden, Trustee for IHI,
U.S. Bankruptcy Court,

FILED
DEC 18 2007
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

Yes International Heritage Inc. owes me $373.00 for the fraudulent scam they pulled. I've tried repeatedly to reach I.H.I over the last 10 years, but with no success. I greatly appreciate your help in this matter and look forward to hearing back from you —

Sincerely,

John Scott Tinsley