**FILED**
DEC 1 4 2007
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

**FILED**
DEC 1 4 2007
_____, CLERK
U.S. _____
EASTERN DISTRICT OF N.C.

November 26, 2007

Holmes P. Harden, Trustee
U. S. Bankruptcy Court
Post Office Box 1441
Raleigh, NC  27602-1441

<u>**RE: Holmes P. Harden, Trustee for IHI – Case No. 98-02675-5-ATS**</u>

To Whom It May Concern:

Thank you for your letter, dated October 26, 2007 regarding the above caption.  This response is to verify receipt and to inform you that I will not be attending the scheduled hearing for IHI (International Heritage Inc.).

If you need additional information or have any questions, please note that my new mailing address is **78 Camden Way, Fairburn, GA  30213**.

Sincerely,

*[signature]*

James I. Tennessee

/jit

| | |
|---|---|
| Holmes P. Harden, Trustee for IHI<br>P.O. Box 536<br>Benson, NC 27504 | Claim No.: 003600<br>Amount: $682.00 |

Basis for Objection: Amended and replaced by claim no. 4364.  Deny.

0001 0002004 00000000 001 001 02004 INS: 0 0

I..II.II.....I.II.I....I..I...II.I..I.I.I..I...II...I.I..II..I

JAMES I. TENNESSEE
3675 CHIMNEY RIDGE COURT
ELLENWOOD, GA 30049

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE:<br>INTERNATIONAL HERITAGE, INC.<br>Debtor. | CASE NO: 98-02675-5-ATS<br><br>CHAPTER 7 |

### NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows:  **Claim is a duplicate claim.   Trustee requests denial of duplicate claim.**

**You should read this objection carefully and discuss it with your attorney if you have one.  Any correspondence must be in writing.  Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.**

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the **CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice**, the relief requested by the Trustee may be granted without hearing or further notice.  **If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina.  Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.**

**Dated:   October 26, 2007**

BY:/s/ Holmes P. Harden
**Holmes P. Harden, Trustee**

Form H97710 v.0.02

