**SO ORDERED.**

**SIGNED this 21 day of December, 2007.**

_____
**A. Thomas Small
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

ORDER

THIS MATTER coming before the Court upon Motion of Holmes P. Harden, Trustee in the above-referenced case, requesting revocation of an Order entered by the court on December 12, 2007 regarding the claim of Eric J. Peterson designated as claim no. 012565, and it appearing to the court that good cause exists for the revocation of such order;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Order entered by the court on December 12, 2007 regarding claim no. 012565 of Eric J. Petersen be and hereby is REVOKED.

END OF DOCUMENT

544890

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0417-5           User: am_bisset            Page 1 of 1              Date Rcvd: Dec 21, 2007
Case: 98-02675                 Form ID: pdf014            Total Served: 4

The following entities were served by first class mail on Dec 23, 2007.
db          +International Heritage, Inc.,   C/O TERRI L. GARDNER,   POST OFFICE DRAWER 1389,
              RALEIGH, NC 27602-1389
ofc         +Stanley H Van Etten,   7949 Bridgestone Dr.,   Orlando, FL 32835-5390
911451      +EARLIENE C. KENNON,   7828 S. MACTAVISH WAY,   JACKSONVILLE, FL 32244-5525
949797      +ERIC J. PETERSEN,   1340 WASHINGTON AVE,   HAVRE, MT 59501-5104

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 23, 2007**                    **Signature:** _Joseph Speetjens_