UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )        CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,                       )
                                                    )        CHAPTER 7
                                                    )
            Debtor.                                 )

## MOTION TO REVOKE ORDER ALLOWING OBJECTION TO CLAIM

NOW COMES Holmes P. Harden, Chapter 7 Trustee for International Heritage, Inc. and requests the court to revoke the Order Allowing Objection to Claim no. 014788 ("Order") of David A. Saenz, ("Claimant") entered by the court on December 12, 2007. Claimant responded to Trustee's Objection to claim after entry of the Court's December 12, 2007 Order and satisfactorily addressed Trustee's Objection to his claim.

Respectfully submitted, this the 27th day of December, 2007.

WILLIAMS MULLEN MAUPIN TAYLOR

BY*: /s/ Holmes P. Harden*
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

545555

CERTIFICATE OF SERVICE

I, Holmes P. Harden, Trustee for International Heritage, Inc., do hereby certify that the Motion to Revoke Order Allowing Objection to Claim, hereto attached, was served upon the parties listed below by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the 27th day of December, 2007.

By: */s/ Holmes P. Harden*
Holmes P. Harden
Trustee for Debtor
N. C. State Bar No. 9835
P. O. Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

SERVED:
Marjorie K. Lynch
Bankruptcy Administrator
(via electronic service)

International Heritage, Inc.
c/o Terri Gardner
Poyner & Spruill
(via electronic service)

International Heritage, Inc.
Smith Debnam Hibbert & Pahl
(via electronic service)

DAVID A SAENZ
4548 HIDDEN MEADOWS BLVD.
BROWNSVILLE, TX 78520

545555