**SO ORDERED.**

**SIGNED this 27 day of December, 2007.**

_____
**A. Thomas Small**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

<u>ORDER</u>

THIS MATTER coming before the Court upon Motion of Holmes P. Harden, Trustee in the above-referenced case, requesting revocation of an Order entered by the court on December 12, 2007 regarding the claim of William R. Barton designated as claim no. 013144, and it appearing to the court that good cause exists for the revocation of such order;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Order entered by the court on December 12, 2007 regarding claim no. 013144 of William R. Barton be and hereby is REVOKED.

END OF DOCUMENT

545093