**SO ORDERED.**

**SIGNED this 02 day of January, 2008.**

*A. Thomas Small*
**A. Thomas Small**
**United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

ORDER

THIS MATTER coming before the Court upon Motion of Holmes P. Harden, Trustee in the above-referenced case, requesting revocation of an Order entered by the court on December 12, 2007 regarding the claim of Limin Mu, Sr. designated as claim no. 004543, and it appearing to the court that good cause exists for the revocation of such order;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Order entered by the court on December 12, 2007 regarding claim no. 004543 of Limin Mu, Sr. be and hereby is REVOKED.

END OF DOCUMENT

545472