**SO ORDERED.**

**SIGNED this 02 day of January, 2008.**

_____
**A. Thomas Small**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

ORDER

THIS MATTER coming before the Court upon Motion of Holmes P. Harden, Trustee in the above-referenced case, requesting revocation of an Order entered by the court on December 12, 2007 regarding the claim of David A. Saenz, designated as claim no. 014788, and it appearing to the court that good cause exists for the revocation of such order;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Order entered by the court on December 12, 2007 regarding claim no. 014788 of David A. Saenz, be and hereby is REVOKED.

END OF DOCUMENT

545555

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0417-5           User: skinner_d            Page 1 of 1              Date Rcvd: Jan 02, 2008
Case: 98-02675                 Form ID: pdf014            Total Served: 2

The following entities were served by first class mail on Jan 04, 2008.
db          +International Heritage, Inc.,   C/O TERRI L. GARDNER,   POST OFFICE DRAWER 1389,
              RALEIGH, NC 27602-1389
963368      +DAVID A. SAENZ,   3445 LARKSPUR DRIVE,   LONGMONT, CO 80503-7525

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 04, 2008**                    **Signature:** *Joseph Speetjens*