**SO ORDERED.**

**SIGNED this 08 day of January, 2008.**

_____
**A. Thomas Small
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE:  ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC.,  ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor.  ) | |

ORDER

THIS MATTER coming before the Court upon Motion of Holmes P. Harden, Trustee in the above-referenced case, requesting revocation of an Order entered by the court on December 12, 2007 regarding the claim of Steve M. Brown & Kim Brown, designated as claim no. 006357, and it appearing to the court that good cause exists for the revocation of such order;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Order entered by the court on December 12, 2007 regarding claim no. 006357 of Steve M. Brown & Kim Brown, be and hereby is REVOKED.

END OF DOCUMENT

545860