**SO ORDERED.**

**SIGNED this 15 day of January, 2008.**

*[signature]*

**A. Thomas Small**
**United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

**Order Allowing Interim Fees**

This matter comes on for consideration upon the Attorney for Trustee's Ninth Application for Interim Compensation from October 2, 2006 through December 17, 2007 and Reimbursement of Expenses for the same period, Trustee's Seventh Application for Interim Commission and Reimbursement of Expenses for time period October 4, 2005 through December 17, 2007 and Notice mailed to creditors in this case and the court having considered the factors affecting the interim compensation requested, it is ordered that the following interim fees and expenses be, and they hereby are allowed:

| | |
|---|---|
| Trustee interim commission | $ 93,147.08 |
| Trustee interim expenses | $     613.96 |
| Attorney for Trustee interim fees | $133,241.50 |
| Attorney for Trustee interim expenses | $        7.37 |

**End of Document**

545125