January 15, 2008

**FILED**
**JAN 2 2 2008**
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

U.S. Bankruptcy Court for the Eastern District of North Carolina
1760A Parkwood Blvd.
Wilson, NC  27894

To Whom It May Concern:

In regards to case no. 98-02675-5ATS, International Heritage, Inc., please note my current mailing address:

Sabrina Keidel
1406 E 21st Terrace
Lawrence, KS  66046

The city I lived in when I was involved with IHI was in Holcomb, KS.  Please make these changes.  My phone number is 785-218-6585 if you need to contact me.

Thanks!

*Sabrina Keidel*
Sabrina Keidel