U.S. Bankruptcy Court
P.O. Box 1441
RALEIGH, N.C. 27602-1441
January 15, 2008

**FILED**

JAN 2 2 2008

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

I, RICKEY V. HARRELL , CASE  # 98-02675-5-ATS, CLAIM #  005887.

PLEASE CHANGE THE ADDRESS FROM:
    132 DOROTHY DRIVE
    JACKSONVILLE AL 36265

TO THE FOLLOWING ADDRESS:

    213 BELMONT CIRCLE SE
    JACKSONVILLE AL 36265-3404

FOR ANY FUTURE CORROSPONDENCE

THANKS


RICKEY V HARRELL

*[signature]*