UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

REPORT ON UNCLAIMED DIVIDENDS

     HOLMES P. HARDEN, TRUSTEE, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

     1.    That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | Amount |
|---|---:|
| RALPH L. KING<br>504 DUNHAM RD.<br>GASTONIA, NC 28054 | 365.66 |
| MARTHA M. BROWN SEWELL<br>5200 KELLER SPRINGS RD  APT 1434<br>DALLAS, TX 75248-2755 | 73.84 |
| SURJIT K. GHOTRA<br>17464 AMBAUM BLVD S. #206<br>SEATTLE, WA 98148 | 71.61 |
| TOTAL | 511.11 |

     2.    That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

     WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED: January 23, 2008

      /s/Holmes P. Harden
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300

547538