UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

REPORT ON UNCLAIMED DIVIDENDS

      HOLMES P. HARDEN, TRUSTEE, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

      1.    That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | Amount |
|---|---:|
| E. DORIS NICHOLS<br>2458 GRANADA AVENUE<br>SOUTH DAYTONA, FL 32119 | 137.34 |
| LISA M. JACOBS<br>ROUTE #1 BOX 431<br>PEMBROKE, NC 28372 | 92.93 |
| JANICE JACKSON<br>94 JOHNSON AVENUE<br>MANCHESTER, GA 31816 | 225.80 |
| ROBERT M. PICKETT<br>ROUTE 1 BOX 406<br>IVANHOE, VA 24350 | 224.16 |
| SABRINA M. JONES<br>112B WINDING WAY<br>LEESBURG, GA 31763 | 225.80 |
| MARLA J. SHENK<br>828 OAK STREET<br>DENVER, PA 17517 | 69.30 |
| BILL C. PARRAMORE JR.<br>600 BARBER ROAD, LOT #19<br>RAY CITY, GA 31645 | 453.61 |
| ANNE R. ADAMS<br>1103 W. HARRIS STREET<br>PAVO, GA 31778 | 441.01 |

| | |
|---|---:|
| KYRUS B. FRAMES<br>1508 SHADOW RIDGE CIRCLE<br>WOODSTOCK, GA 30188 | 441.01 |
| CHAD E. WRIGHT<br>52 BEECHNUT CR.<br>RIDGEWAY, VA 24148 | 277.21 |
| TRACY E. RUSH<br>6700 ROSEBUD DR.<br>ROWLETT, TX 75088 | 126.00 |
| MARK A. MCWHITE<br>64 STROME COURT<br>RICHMOND HILL, GA 31324 | 225.80 |
| XIAOHONG ZHU<br>P. O. BOX 442<br>SOUTH BOUND BRO, NJ 08880 | 441.01 |
| G. DOUGLAS HAYNES<br>509 CHARITY HWY.<br>WOOLWINE, VA 24185 | 476.16 |
| BETTY SCHULTZ<br>124 NELMS LOOP<br>COLPAX, LA 71417 | 259.06 |
| BOB BURKETT<br>301 W. HWY 82<br>SYLVESTER, GA 31791 | 441.01 |
| PING ZHANG<br>827-C DONALDSON STREET<br>HIGHLAND PARK, NJ 8904 | 470.24 |
| SCARLETT R. WALL<br>225 FRIENDSHIP LANE<br>SYLACAUGA, AL 35151 | 478.31 |
| SABRINA JONES<br>112 B WINDING WAY<br>LEESBURG, GA 31763 | 225.80 |
| SHINYOUNG AHN<br>31-17 74ST.<br>E ELMHURST, NY 11370 | 441.01 |
| IVA M. EWING<br>517 FIDALGO ST.<br>SEDRO-WOOLLEY, WA 98284 | 478.26 |
| NAJI D. SALMAN<br>3257 E. FLAMINGO #103<br>LAS VEGAS, NV 89121 | 225.99 |
| ROGER G. DODSON<br>105 DEVONSHIRE DR.<br>RIDGEWAY, VA 24148 | 224.16 |
| LI JIAN YANG<br>166 ELIZABETH ST #1A<br>NEW YORK, NY 10012 | 441.01 |

| Name / Address | Amount |
|---|---:|
| PATRICIA M. MURPHY<br>1105 31ST AVENUE N.E.<br>MOULTRIE, GA 31768 | 93.12 |
| BAK ENG KOK<br>436W 27TH DRIVE #7H<br>NEW YORK, NY 10001 | 378.01 |
| FOSTER B & P SERVICE INC.<br>241 CANAL STREET<br>SUITE #406-408<br>NEW YORK, NY 10013 | 189.00 |
| ROBERT W. BOONE<br>RT. 1 BOX 47, 913 WHITE<br>GALAX, VA 24333 | 189.00 |
| MOUSER CHARLES<br>3506 DEWBERRY DR<br>SHREVEPORT, LA 71118 | 519.26 |
| JUDY E. HOBBS<br>132 DALE LANE<br>CHILDERSBURG, AL 35044 | 478.31 |
| PING YING HUANG LI<br>92-05 WHITNEY AVE<br>ELMHURST, NY 11373 | 441.01 |
| CAROL J. CONWAY<br>RT. 2 BOX 77B<br>GOSHEN, AL 36035 | 218.49 |
| KAI CUI<br>141-10 CHERRY AVENUE<br>FLUSHING, NY 11355 | 441.01 |
| MICHELLE S. BROWN<br>RT. 81 BOX 21<br>BOZOO, WV 24963 | 478.81 |
| CHAD V. BURHART<br>1673 &quot;G&quot; S<br>SPRINGFIELD LANE, OR 97477 | 475.03 |
| CAROL J. HIGGINS<br>RT. 1, BOX 71<br>GALAX, VA 24333 | 98.16 |
| CHRISTINE A. WISIAN<br>4113 HARRY<br>CORPUS CHRISTI, TX 78411 | 261.49 |
| RUBY F. MOODY<br>1509 EAST AVE.<br>OLLA, LA 71465 | 470.24 |
| SHANNON L. JACKSON<br>2534 W. YVONNE DRIVE<br>FAYETTEVILLE, AR 72704 | 63.00 |

| | |
|---|---:|
| FOREMAN H. DOWLING<br>3020 LEESBOURG TRAIL<br>WOODSTOCK, GA 30189 | 467.47 |
| THANE C HISAW<br>1245 SW GROVER #202<br>PORTLAND, OR 97201 | 189.00 |
| JOYCE E. PARKER<br>1813 WINCHESTER ROAD<br>HUNTSVILLE, AL 35811 | 463.06 |
| SHANE P. CARLEY<br>4002 287 AVE. SE<br>FALL CITY, WA 98024 | 63.00 |
| D.J. LONG<br>4002 287 AVE. SE<br>FALL CITY, WA 98024 | 63.00 |
| HENRY J. KING<br>4002 287 AVE S E<br>FALL CITY, WA 98024 | 63.00 |
| ROBERT E. LIVINGSTON<br>4002 287 AVE SE<br>FALL CITY, WA 98024 | 63.00 |
| ANTHONY A. PRODIGO<br>4002 287 AVE. SE<br>FALL CITY, WA 98024 | 378.01 |
| ANGELIQUE M. GEBBEN<br>4002 287 AVE. SE<br>FALL CITY, WA 98024 | 189.01 |
| KATHY R. CUSHMAN<br>MOUNTAIN VIEW DR.<br>SHAFTSBURY, VT 05262 | 189.00 |
| GINA S. PULLUM<br>205 BRENDA LANE<br>NEWTON, AL 36352 | 478.31 |
| HEATHER A. ADKINS<br>1670 MT. OLIVE ROAD<br>QUITMAN, LA 71268 | 63.00 |
| LONI J. TROMBURG<br>355 MERITT PL. N.E.<br>NORTH BEND, WA 98045 | 398.63 |
| JUSTIN W. THAMES<br>1149 HWY 483<br>MORTON, MS 39117 | 447.31 |
| BOB MELTON<br>C/O METTER BANKING CO<br>METTER, GA 30439 | 474.02 |
| KARLA C. COOPER<br>134 FOX DEN COURT<br>COLLINSVILLE, VA 24078 | 476.16 |

| | |
|---|---:|
| TRACIE WILSON<br>295 COX CIRCLE<br>CANTON, GA 30114 | 471.25 |
| MARNITA K. AMUNDSON<br>21858 S.E 266TH ST.<br>MAPLE VALLEY, WA 98038 | 570.24 |
| ROBERT B. CHAMBERLAIN<br>6540 S.E. 142 AVE.<br>PORTLAND, OR 97236 | 1,018.77 |
| TANYA JEAN DEAVERS<br>113 MEADOWVIEW DRIVE<br>MIDLAND CITY, AL 36350 | 441.01 |
| CAROL H. GARDNER<br>RT. 1, BOX 392<br>RAMER, AL 36069 | 755.75 |
| JILL UNGERMAN<br>C/O BOSWELL & KOBER<br>750 N ST PAUL ST STE 750<br>DALLAS, TX 75201 | 441.01 |
| KIMBERLY K. BELL<br>RT 7 BOX 21<br>GALAX, VA 24333 | 224.16 |
| DOUGLAS R. YARBROUGH<br>7245 F.M. 429<br>KAUFMAN, TX 75142 | 126.00 |
| XU YUN<br>141-07 CHERRY AVE.<br>FLUSHING, NY 11355 | 441.01 |
| SHANNON EDWARDS<br>3013 MARSH RD.<br>BLADENBORO, NC 28320 | 93.12 |
| GOLDIE EDWARDS<br>3013 MARSH RD.<br>BLADENBORO, NC 28320 | 93.11 |
| DEIRDRE EDWARDS<br>3013 MARSH RD.<br>BLADENBORO, NC 28320 | 93.12 |
| JOE NELSON<br>19101 NW COLLINS RD<br>HILLSBORO, OR 97124 | 778.44 |
| MICHAEL L GRIMES<br>315 EAST ROSS<br>WAXACHACHIE, TX 75165 | 478.24 |
| LISA R. RUTH<br>45 REINHOLDS ROAD APT. #1<br>REINHOLDS, PA 17569 | 69.30 |

| Name / Address | Amount |
|---|---:|
| MARY SUE BENNETT<br>145 CEDAR VIEW DRIVE LOT 7<br>MURFREESBORO, TN 37130 | 1,429.94 |
| ROY D. INGHAM<br>RT. 3 BOX 2080<br>CORSICANA, TX 75110 | 100.36 |
| KATHRYN W. HORNSBY<br>2930 COUNTY ROAD 63<br>TUSKEGEE, AL 36083 | 478.05 |
| RYAN S. MCBRIDE<br>2405 ARTILLERY DR.<br>CHALMETTE, LA 70043 | 338.35 |
| MICHAEL D. EGAN<br>13 RUNNER RD.<br>SAVANNAH, GA 31412 | 441.01 |
| CHARLES F. MCBRIDE<br>2405 ARTILLERY DRIVE<br>CHALMETTE, LA 70043 | 189.00 |
| SUHUA ZHOU<br>140 OAKVIEW AVENUE<br>FARMINGDALE, NY 11735 | 252.01 |
| BONNIE S. NORMAN<br>327 GREEN CHASE CIRCLE<br>MONTGOMERY, AL 36117 | 252.01 |
| JANE R. MCKNIGHT<br>1103 W. HARRIS ST.<br>PAVO, GA 31778 | 441.01 |
| MELISSA N. CORBETT<br>RT 1 BOX 1008<br>LAKE PARK, GA 31636 | 466.21 |
| LINDA L. THOMAS<br>RT. 2 BOX 447C HWY 37<br>ADEL, GA 31620 | 441.01 |
| LISA R. HASLEY<br>505 CARL SENTER<br>FORNEY, TX 75126 | 189.00 |
| WALLY L. JR. HELUS<br>1667 CO RD. 45<br>AKRON, AL 35441 | 478.31 |
| JANE L. HELUS<br>1625 CO. RD 45<br>AKRON, AL 35441 | 478.31 |
| JOSEPH F. MILLER<br>8648 KNOX BRIDGE HWY<br>CANTON, GA 30114 | 266.68 |
| SUSAN L. BOWEN-SYKES<br>6850 LEE ROAD 379<br>SALEM, AL 36874 | 289.05 |

| | |
|---|---:|
| DON BREWER<br>9248 BRIDGE POINTE<br>MONTGOMERY, AL 36117 | 100.30 |
| BALWINDER SINGH<br>80-07 225 ST.<br>FLORAL PK, NY 11002 | 772.39 |
| GLENDA C. DENHAM<br>147 CHEWALLA CIRCLE<br>EUFAULA, AL 36027 | 541.05 |
| DIANE E. ALAIMO<br>2294 SEVENTH STREET<br>EAST MEADOW, NY 11554 | 63.00 |
| JANE & MATTHEW GILLIS<br>ROUTE 6 BOX 753<br>ENTERPRISE COFF, AL 36330 | 441.01 |
| JAMES B. PHILLIPS<br>210 PINEVIEW CIRCLE<br>CROPWELL, AL 35054 | 378.01 |
| EWC [INVESTMENTS] LTD.<br>17250- STONY PLAIN RD.<br>EDMONTON, AB T5S1K6<br>FOREIGN, FN 99999 | 193.13 |
| DOROTHY M. MARTIN<br>RT. 3 BOX 246<br>GOODWATER, AL 35072 | 441.01 |
| JAMES B. AIME, JR.<br>821 PONTABLA STREET<br>NEW ORLEANS, LA 70124 | 99.17 |
| ROCHELE A. DENISOFF<br>457 BRAIDWOOD WALK<br>ACWORTH, GA 30101 | 469.99 |
| DEBORAH A. ALAIMO<br>2294 7TH STREET<br>EAST MEADOW, NY 11554 | 63.01 |
| JEAN Y WHIPPLE<br>9500 SE 92ND AVENUE<br>PORTLAND, OR 97266 | 35.53 |
| R. MILTON COLEMAN<br>4651 BLUFF DRIVE<br>SHALLOTTE, NC 28459 | 218.93 |
| ODESSA FULTON<br>206A STANLEY COURT<br>WHITEVILLE, NC 28472 | 218.93 |
| KAREN MCELVEEN<br>RT 2. BOX 879<br>BLADENBORO, NC 28320 | 218.93 |

| | |
|---|---:|
| AMY L. HOLBROOK<br>6150 LUTHER LANE<br>DALLAS, TX 75225 | 220.06 |
| MARTA RAMIREZ<br>RT 4 BOX 139- C<br>ROBSTOWN, TX 78380 | 252.01 |
| ELLEN M. MOORE<br>244 DANDRIDGE DRIVE<br>FRANKLIN, TN 37067 | 478.37 |
| BABARA L. WHETSTONE<br>282 NEBO ST.<br>GOODWATER, AL 35072 | 99.04 |
| RHETT G. KOPINESS<br>8464 MEHAFFEY ROAD<br>MIDLAND, GA 31820 | 403.21 |
| RONGFENG ZHANG<br>TULANE DR. APT #32<br>HYATTSVILLE, MD 20783 | 241.92 |
| MELL GAGE SMITH<br>6 OFFICE PARK CIRCLE SUITE 308<br>BIRMINGHAM, AL 35223 | 189.00 |
| WINTHROP G MILLER<br>6700 CONTINENTAL CIRCLE SE<br>SALEM, OR 97306 | 175.14 |
| ROBIN R. DICKERSON<br>1225 JACKSON HILL RD.<br>HERMITAGE, TN 37076 | 289.36 |
| CAPSHAW PEGGY<br>175 DANIEL LANE<br>WEST BLOCTON, AL 35184 | 225.04 |
| CAI FENG LIN<br>42-26 MARPTOR ST<br>ELMHURST, NY 11373 | 189.01 |
| GUAN XIAO YUM<br>55 PIKE ST.<br>MANHATTAN, NY 10002 | 189.01 |
| MARGARET E. GREGORY<br>2820 GOODE ROAD<br>GOODE, VA 24556 | 378.01 |
| RICHARD L. HAWKS<br>POST OFFICE BOX 94<br>137 LEE DR<br>FRIES, VA 24330 | 224.16 |
| GLORIA JEANNETTE MARTIN<br>1759 BURNEY FORD ROAD<br>CLARKTON, NC 28433 | 244.22 |

| | |
|---|---:|
| WINNIE L RENFROE<br>1225 HIGHWAY 80<br>VICKSBURG, MS 39180 | 478.05 |
| AMY R. SMITH<br>16259 AL HWY 117<br>HENAGAR, AL 35978 | 441.01 |
| TIM W MCNAIR<br>2406 SE HARRISON<br>MILWAUKIE, OR 97222 | 224.29 |
| STEVEN L. WATTS<br>7103 N.E. 101ST AVENUE<br>VANCOUVER, WA 98662 | 226.17 |
| SUSAN E. BURDICK<br>46900 CADIZ HARRISVILLE RD.<br>CADIZ, OH 43907 | 476.67 |
| RICHARD C LAMBERT<br>1424 COUNTY RD 411<br>FYFFE, AL 35971 | 226.30 |
| DAVID YAU<br>217-23 56TH AVENUE<br>BAYSIDE HILLS, NY 11364 | 477.11 |
| JAMES R. SMYRE<br>P.O. BOX 5125<br>FORT MCCLELLAN, AL 36205 | 225.04 |
| PAUL G. VIDAL<br>12 PAMELA PLACE<br>ARABI, LA 70032 | 63.00 |
| SHERRY A. CURRY<br>11086 N PRIVATE RD. 235 W.<br>BRAZIL, IN 47834 | 655.43 |
| KAIDA WANG<br>C/O LING HUA<br>167-41 38 AVE. D26<br>FLUSHING, NY 11354 | 189.00 |
| JOYCE ANDRASSY<br>1666 S MORGANTOWN ROAD<br>GREENWOOD, IN 46143 | 108.05 |
| MARGIE J. SMITH<br>RT.2 BOX 457<br>HENAGAR, AL 35978 | 470.24 |
| HEIDI R. ESPANOL<br>15830 N E 15TH ST.<br>BELLEVUE, WA 98008 | 189.00 |
| SHI-HUNG WONG<br>441 GREENWOOD DRIVE<br>WILMINGTON, DE 19808 | 483.74 |

| | |
|---|---:|
| RONNY J. SANDERS<br>3565 HARRIS RD<br>MINDEN, LA 71055 | 1,023.62 |
| INTERNATIONAL MISSION, INC.<br>PO BOX 454<br>WAGRAM, NC 28396 | 471.12 |
| RAMA WEAVER<br>RT #1, BOX 1853<br>BOX SPRINGS, GA 31801 | 441.01 |
| SUSAN K. BUSH<br>113 SEA HAMMAK WAY<br>PONTE VEDRA BEA, FL 32082 | 232.68 |
| JOHN NORDSTROM<br>72O 10TH AVE., #1<br>NEW YORK, NY 10019 | 344.29 |
| JIA ZU<br>720 10TH AVENUE #1<br>NEW YORK, NY 10019 | 218.44 |
| LARRY CAMERON<br>743 BAKER RD.<br>CAMERON, NC 28326 | 476.54 |
| BAOAN CAO<br>720 10TH AVE #1<br>NEW YORK, NY 10019 | 470.29 |
| TOTAL | 46,088.79 |

2.    That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C.§347.

DATED:  January 23, 2008

                                      **/s/ Holmes P. Harden**
                                      Holmes P. Harden, Trustee
                                      State Bar No. 9835
                                      Post Office Drawer 19764
                                      Raleigh, NC 27619-9764
                                      Telephone: (919) 981-4000
                                      Facsimile: (919) 981-4300