**CM/ECF**

**PDF FILE WITH AUDIO FILE ATTACHMENT**

Total Page Count: 1

Printed: Tuesday, January 22, 2008    12:47:05 PM
Application: CM/ECF AUDIO INTERFACE : 2007.10.17.4

| | |
|---|---|
| Office : | ~~0~~ 5 |
| Case Type : | ~~05~~ BK |
| Case Number : | ~~67-00340~~ 98-02675 |
| Debtor : | International Heritage |
| Session Name : | 2008-01-15ats |
| Session Sequence : | 0056 |
| Session Date\Time : | 1/15/2008 11:03:23 AM |
| Audio File Name : | 0-05-67-00340-2008-01-15ats-0056.mp3 |
| Audio File Size : | 142 KB |
| Audio Run Time : | [00:01:11] (hh:mm:ss) |