# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 98-02675-5-ATS    Judge: ATS
Case Name: INTERNATIONAL HERITAGE INC.
For Period Ending: 12/31/07

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Date Filed (f) or Converted (c): 11/25/98 (f)
341(a) Meeting Date: 12/30/98
Claims Bar Date: 03/30/99

Page: 1

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Accounts Receivable | Unknown | 0.00 | | 12,019.61 | FA | 0.00 | 0.00 |
| 2. Funds in Bank Account | Unknown | 0.00 | | 26,559.96 | FA | 0.00 | 0.00 |
| 3. Refunds-Income Tax | Unknown | 737.49 | | 737.49 | FA | 0.00 | 0.00 |
| 4. Payment on Judgment for Embezzlement | Unknown | 6,386.68 | | 6,386.68 | FA | 0.00 | 0.00 |
| 5. Refunds-Other | Unknown | 7,563.74 | | 10,436.22 | 0.00 | 0.00 | 0.00 |
| 6. Golf logo | Unknown | 0.00 | | 500.00 | FA | 0.00 | 0.00 |
| 7. Merchant Bankcard refunds | Unknown | 0.00 | | 955.93 | FA | 0.00 | 0.00 |
| 8. Auction Proceeds | Unknown | 22,635.00 | | 22,635.00 | FA | 0.00 | 0.00 |
| 9. Sale of database list | Unknown | 15,000.00 | | 15,000.00 | FA | 0.00 | 0.00 |
| 10. Cash Bonds 98CV011169 | Unknown | 2,500.00 | | 10,000.00 | FA | 0.00 | 0.00 |
| 11. Post-Petition Interest Deposits (u) | 0.00 | 280,632.39 | | 458,491.54 | 0.00 | 0.00 | 0.00 |
| 12. Postage Refund | Unknown | 0.00 | | 7,292.15 | FA | 0.00 | 0.00 |
| 13. Executive Risk Settlement | Unknown | 1,787,500.00 | | 1,787,500.00 | FA | 0.00 | 0.00 |
| 14. SEC Settlement | Unknown | 0.00 | | 4,315,308.30 | FA | 0.00 | 0.00 |

LFORM1EX                                                                                                                           Ver: 12.61a

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Case No:      98-02675-5-ATS    Judge: ATS
Case Name:    INTERNATIONAL HERITAGE INC.

Trustee Name:                        HOLMES P. HARDEN, TRUSTEE
Date Filed (f) or Converted (c):     11/25/98 (f)
341(a) Meeting Date:                 12/30/98
Claims Bar Date:                     03/30/99

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 15. Preference Payments (u) | Unknown | 0.00 | | 485,684.27 | FA | 0.00 | 0.00 |
| 16. Collection (u) | Unknown | 0.00 | | 6,000.00 | FA | 0.00 | 0.00 |
| 17. Erie Insurance Settlement | Unknown | 0.00 | | 60,000.00 | FA | 0.00 | 0.00 |
| 18. Kecia Peterson Judgment (u) | 0.00 | 17,332.99 | | 17,332.99 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $0.00 | $2,140,288.29 | | $7,242,840.14 | $0.00 | $0.00 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Interim distribution of $3,000,000 of SEC funds to be disbursed on 1/11/08; Hearing on fees scheduled for 1/15/08; Trustee needs to disburse remaining SEC funds and then make a regular distribution of non- SEC funds.

RE PROP# 1----Funds from Brent Wood's special account. Mr. Wood said funds were from credit card processes and a small liquidation of assets on Wicker Drive.
RE PROP# 2----Centura Bank CD Acct. #0219785949 to close
RE PROP# 12----Postage Meter refund
RE PROP# 14----First scheduled payment on settlement
RE PROP# 16----Collection of Duke Realty Rent
RE PROP# 18---Paid off in full on 1/1/04

Initial Projected Date of Final Report (TFR): 12/30/01        Current Projected Date of Final Report (TFR): 12/31/08

/s/    HOLMES P. HARDEN, TRUSTEE

LFORM1EX                                                                                                               Ver: 12.61a

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 98-02675-5-ATS  Judge: ATS
Case Name: INTERNATIONAL HERITAGE INC.

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Date Filed (f) or Converted (c): 11/25/98 (f)
341(a) Meeting Date: 12/30/98
Claims Bar Date: 03/30/99

_____ Date: 01/08/08
HOLMES P. HARDEN, TRUSTEE

Page: 3

Ver. 12.61a

LFORM1EX

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: *******1191
For Period Ending: 12/31/07

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6518 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 57,606.14 |
| 10/31/07 | 11 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 36.70 | | 57,642.84 |
| 11/30/07 | 11 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 30.80 | | 57,673.64 |
| 12/31/07 | 11 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 27.57 | | 57,701.21 |
| | | | COLUMN TOTALS | | 95.07 | 0.00 | 57,701.2 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 95.07 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 95.07 | 0.00 | |

Page Subtotals        95.07        0.00

Ver. 12.61a
LFORM24

Page: 2

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: *******1191
For Period Ending: 12/31/07

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6521 Checking - Non Interest

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| | | | | | | | |
| | | | COLUMN TOTALS | | 0.00 | 0.00 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

Page Subtotals    0.00    0.00

Ver: 12.61a

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 98-02675-5-ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | ******1191 |
| For Period Ending: | 12/31/07 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | ******6534  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 21,037.53 |
| 10/31/07 | 11 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 13.40 | | 21,050.93 |
| 11/30/07 | 11 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 11.25 | | 21,062.18 |
| 12/31/07 | 11 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 10.07 | | 21,072.25 |
| | | | COLUMN TOTALS | | 34.72 | 0.00 | 21,072.25 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 34.72 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 34.72 | 0.00 | |

Page Subtotals        34.72        0.00

LFORM24                                                                                                                         Ver: 12.61a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 98-02675-5-ATS |
| --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | *******1191 |
| For Period Ending: | 12/31/07 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6819  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 6,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 950,909.88 |
| 10/09/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 318.75 | 950,591.13 |
| 10/23/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 1,048.57 | 949,542.56 |
| 10/31/07 | 11 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 605.38 | | 950,147.94 |
| 11/05/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 772.50 | 949,375.44 |
| 11/09/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 440.88 | 948,934.56 |
| 11/12/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 1,215.00 | 947,719.56 |
| 11/29/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 581.25 | 947,138.31 |
| 11/30/07 | 11 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 506.67 | | 947,644.98 |
| 12/03/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 825.00 | 946,819.98 |
| 12/11/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 555.00 | 946,264.98 |
| 12/18/07 | | Transfer to Acct #*******6835 | Bank Funds Transfer | 9999-000 | | 337.50 | 945,927.48 |
| 12/31/07 | 11 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 452.47 | | 946,379.95 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | 1,564.52 | 6,094.45 |
| Less: Bank Transfers/CD's | 0.00 | 6,094.45 |
| Subtotal | 1,564.52 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 1,564.52 | 0.00 |

Page Subtotals     1,564.52     6,094.45     946,379.95

LFORM24                                                                                                                                                                 Ver: 12.61a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| Taxpayer ID No: | *******1191 | Account Number / CD #: | *******6835  Checking - Non Interest |
| For Period Ending: | 12/31/07 | Blanket Bond (per case limit): | $ 6,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 10/09/07 |  | Transfer from Acct #******6819 | Bank Funds Transfer | 9999-000 | 318.75 |  | 318.75 |
| 10/09/07 | 001236 | Emile R. Lancaster<br>115 Heatherstone Court<br>Benson, NC 27504 | Temporary Service<br>21.25 hours @ $15 | 2990-000 |  | 318.75 | 0.00 |
| 10/23/07 |  | Transfer from Acct #******6819 | Bank Funds Transfer | 9999-000 | 1,048.57 |  | 1,048.57 |
| 10/23/07 | 001237 | MICHELLE EVERIDGE<br>P. O. BOX 124<br>CLAYTON, NC 27528 | Temporary Service<br>19 HOURS @ $15.00 | 2990-000 |  | 285.00 | 763.57 |
| 10/23/07 | 001238 | EMILE LANCASTER<br>115 HEATHERSTONE COURT<br>BENSON, NC 27504 | Temporary Service<br>27 HOURS @ $15.00 | 2990-000 |  | 405.00 | 358.57 |
| 10/23/07 | 001239 | RECALL<br>P. O. BOX 101057<br>ATLANTA, GA 30392-1057 | STORAGE UNIT RENTAL<br>1070206336 | 2410-000 |  | 285.95 | 72.62 |
| 10/23/07 | 001240 | AT&T | Telephone Service<br>919-876-2161-450-0364 | 2990-000 |  | 41.79 | 30.83 |
| 10/23/07 | 001241 | AT&T | Telephone Service<br>056-390-8195-001 | 2990-000 |  | 30.83 | 0.00 |
| 11/05/07 |  | Transfer from Acct #******6819 | Bank Funds Transfer | 9999-000 | 772.50 |  | 772.50 |
| 11/05/07 | 001242 | Michelle Everidge<br>P. O. Box 124<br>Clatyon, NC 27528 | Temporary Service<br>34.5 hours at $15 | 2990-000 |  | 517.50 | 255.00 |
| 11/05/07 | 001243 | Emile Lancaster<br>115 Heatherstone Court<br>Benson, NC 27504 | Temporary Service<br>17 hours at $15 | 2990-000 |  | 255.00 | 0.00 |
| 11/09/07 |  | Transfer from Acct #******6819 | Bank Funds Transfer | 9999-000 | 440.88 |  | 440.88 |
| 11/09/07 | 001244 | EMILE LANCASTER<br>115 HEATHERSTONE COURT<br>BENSON, NC 27504 | Temporary Service<br>24 HOURS @ $15.00 | 2990-000 |  | 360.00 | 80.88 |

Page Subtotals  2,580.70   2,499.82

Ver. 12.61a
LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

| Case No: | 98-02675-5-ATS |
| --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | *******1191 |
| For Period Ending: | 12/31/07 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6835 Checking - Non Interest |
| Blanket Bond (per case limit): | $ 6,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/09/07 | 001245 | AT&T | Telephone Service 056-332-1488-001 | 2990-000 | | 30.83 | 50.05 |
| 11/09/07 | 001246 | AT&T | TELEPHONE SERVICE 020-713-6257-001 | 2990-000 | | 50.05 | 0.00 |
| 11/12/07 | 001247 | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 1,215.00 | | 1,215.00 |
| 11/12/07 | 001248 | MICHELLE EVERDIGE P. O. BOX 124 CLAYTON, NC 27528 | Temporary Service 23.5 HOURS @ $15 | 2990-000 | | 352.50 | 862.50 |
| 11/12/07 | 001249 | BETH ROGERS 1451 TARHEEL ROAD BENSON, NC 27504 | Temporary Service 36.5 HOURS @ $15 | 2990-000 | | 547.50 | 315.00 |
| 11/12/07 | | MATTHEW JOHNSON 500 WEST HARNETT STREET BENSON, NC 27504 | Temporary Service 21 HOURS @ $15 | 2990-000 | | 315.00 | 0.00 |
| 11/15/07 | | Transfer from Acct #*******6848 | Bank Funds Transfer | 9999-000 | 133.41 | | 133.41 |
| 11/15/07 | 001250 | AT&T | Telephone Service 919-876-2161 | 2990-000 | | 41.79 | 91.62 |
| 11/15/07 | 001251 | AT&T | Telephone Service 919-790-0128-010-0363 | 2990-000 | | 60.79 | 30.83 |
| 11/15/07 | 001252 | AT&T | Telephone Service 056-390-8195-001 | 2990-000 | | 30.83 | 0.00 |
| 11/20/07 | | Transfer from Acct #*******6848 | Bank Funds Transfer | 9999-000 | 855.00 | | 855.00 |
| 11/20/07 | 001253 | MICHELLE EVERIDGE P. O. BOX 124 CLAYTON, NC 27528 | Temporary Service 24 HOURS @ $15 | 2990-000 | | 360.00 | 495.00 |
| 11/20/07 | 001254 | BETH ROGERS 1451 TARHEEL ROAD BENSON, NC 27504 | Temporary Service 11 HOURS @ $15 | 2990-000 | | 165.00 | 330.00 |
| 11/20/07 | 001255 | MATTHEW JOHNSON 500 W. HARNETT STREET | Temporary Service 22 HOURS @ $15 | 2990-000 | | 330.00 | 0.00 |
| | | | Page Subtotals | | 2,203.41 | 2,284.29 | |

LFORM24    Ver. 12.61a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 7

| Case No: | 98-02675-5-ATS | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | BANK OF AMERICA |
| Taxpayer ID No: | *******1191 | | Account Number / CD #: | ******6835 Checking - Non Interest |
| For Period Ending: | 12/31/07 | | Blanket Bond (per case limit): | $ 6,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/27/07 | | BENSON, NC 27504 Transfer from Acct #*******6848 | Bank Funds Transfer | 9999-000 | 91.48 | | 91.48 |
| 11/27/07 | 001256 | AT&T | Telephone Service 919-790-0128-010-0363 | 2990-000 | | 60.65 | 30.83 |
| 11/27/07 | 001257 | AT&T | Telephone Service 919-876-2161 | 2990-000 | | 30.83 | 0.00 |
| 11/29/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 581.25 | | 581.25 |
| 11/29/07 | 001258 | MATTHEW JOHNSON 500 W. HARNETT STREET BENSON, NC 27504 | Temporary Service 29.5 HOURS @ $15 | 2990-000 | | 442.50 | 138.75 |
| 11/29/07 | 001259 | RENNA JOHNSON 500 W. HARNETT STREET BENSON, NC 27504 | Temporary Service 9.25 HOURS @ $15 | 2990-000 | | 138.75 | 0.00 |
| 12/03/07 | | Transfer from Acct #*******6848 | Bank Funds Transfer | 9999-000 | 305.31 | | 305.31 |
| 12/03/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 825.00 | | 1,130.31 |
| 12/03/07 | 001260 | BETH ROGERS 1451 TARHEEL ROAD BENSON, NC 27504 | Temporary Service 15 HOURS @ $15 | 2990-000 | | 225.00 | 905.31 |
| 12/03/07 | 001261 | MICHELLE EVERIDGE P. O. BOX 124 CLAYTON, NC 27528 | Temporary Service 21 HOURS @ $15 | 2990-000 | | 315.00 | 590.31 |
| 12/03/07 | 001262 | MATTHEW JOHNSON 500 W. HARNETT STREET BENSON, NC 27504 | Temporary Service 19 HOURS @ $15 | 2990-000 | | 285.00 | 305.31 |
| 12/03/07 | 001263 | AT&T | Telephone Service 020 713 6257 001 | 2990-000 | | 100.75 | 204.56 |
| 12/03/07 | 001264 | RECALL | STORAGE UNIT RENTAL INVOICE 31070213142 | 2410-000 | | 204.56 | 0.00 |
| 12/11/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 555.00 | | 555.00 |
| 12/11/07 | 001265 | MICHELLE EVERIDGE | Temporary Service | 2990-000 | | 555.00 | 0.00 |
| | | | Page Subtotals | | 2,358.04 | 2,358.04 | |

LFORM24                                                                                                                                                                                    Ver: 12.61a

Case 98-02675-5-DMW    Doc 15830    Filed 01/29/08    Entered 01/29/08 16:51:15    Page 11 of 20

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 8

| Case No: | 98-02675-5-ATS |
| --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | *******1191 |
| For Period Ending: | 12/31/07 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6835 Checking - Non Interest |
| Blanket Bond (per case limit): | $ 6,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P. O. BOX 124 CLAYTON, NC 27528 | 37 HOURS @ $15 | | | | 337.50 |
| 12/18/07 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 337.50 | | 0.00 |
| 12/18/07 | 001266 | MATTHEW JOHNSON 500 W. HARNETT STREET BENSON, NC 27504 | Temporary Service 22.5 HOURS @ $15 | 2990-000 | | 337.50 | |
| 12/20/07 | | Transfer from Acct #*******6848 | Bank Funds Transfer | 9999-000 | 292.56 | | 292.56 |
| 12/20/07 | 001267 | Recall | STORAGE UNIT RENTAL Invoice #1070218533 | 2410-000 | | 204.56 | 88.00 |
| 12/20/07 | 001268 | AT&T | Telephone Service 919-876-2161 450 0364 | 2990-000 | | 42.32 | 45.68 |
| 12/20/07 | 001269 | AT&T | Telephone Service 020 713 6257 001 | 2990-000 | | 14.85 | 30.83 |
| 12/20/07 | 001270 | AT&T | Telephone Service 056 390 8195 001 | 2990-000 | | 30.83 | 0.00 |
| 12/21/07 | | Transfer from Acct #*******6848 | Bank Funds Transfer | 9999-000 | 240.00 | | 240.00 |
| 12/21/07 | 001271 | MICHELLE EVERIDGE P. O. BOX 124 CLAYTON, NC 27528 | Temporary Service 16 HOURS @ $15.00 | 2990-000 | | 240.00 | 0.00 |
| 12/27/07 | | Transfer from Acct #*******6848 | Bank Funds Transfer | 9999-000 | 525.00 | | 525.00 |
| 12/27/07 | 001272 | Matthew Johnson 500 W. Harnett St. Benson, NC 27504 | Temporary Service 35 hours @ $15.00 | 2990-000 | | 525.00 | 0.00 |

Page Subtotals    1,395.06    1,395.06

LFORM24    Ver: 12.61a

Page: 9

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-ATS | | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | | | Bank Name: | BANK OF AMERICA | | |
| | | | | Account Number / CD #: | *******6835 Checking - Non Interest | | |
| Taxpayer ID No: | *******1191 | | | | | | |
| For Period Ending: | 12/31/07 | | | Blanket Bond (per case limit): | | | |
| | | | | Separate Bond (if applicable): | $ 6,000,000.00 | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| | | | COLUMN TOTALS | | 8,537.21 | 8,537.21 | |
| | | | Less: Bank Transfers/CD's | | 8,537.21 | 0.00 | |
| | | | Subtotal | | 0.00 | 8,537.21 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 8,537.21 | |

Page Subtotals  0.00  0.00

LFORM24  Ver: 12.61a

Page: 10

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: ********1191
For Period Ending: 12/31/07

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: ********6848  Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 6,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 4,418,503.71 |
| 10/31/07 | 11 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 2,814.53 | | 4,421,318.24 |
| 11/15/07 | | Transfer to Acct #********6835 | Bank Funds Transfer | 9999-000 | | 133.41 | 4,421,184.83 |
| 11/20/07 | | Transfer to Acct #********6835 | Bank Funds Transfer | 9999-000 | | 855.00 | 4,420,329.83 |
| 11/27/07 | | Transfer to Acct #********6835 | Bank Funds Transfer | 9999-000 | | 91.48 | 4,420,238.35 |
| 11/30/07 | 11 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 2,361.86 | | 4,422,600.21 |
| 12/03/07 | | Transfer to Acct #********6835 | Bank Funds Transfer | 9999-000 | | 305.31 | 4,422,294.90 |
| 12/20/07 | | Transfer to Acct #********6835 | Bank Funds Transfer | 9999-000 | | 292.56 | 4,422,002.34 |
| 12/21/07 | | Transfer to Acct #********6835 | Bank Funds Transfer | 9999-000 | | 240.00 | 4,421,762.34 |
| 12/27/07 | | Transfer to Acct #********6835 | Bank Funds Transfer | 9999-000 | | 525.00 | 4,421,237.34 |
| 12/31/07 | 11 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 2,114.11 | | 4,423,351.45 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 7,290.50 | 2,442.76 |
| Less: Bank Transfers/CD's | | 0.00 | 2,442.76 |
| Subtotal | | 7,290.50 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 7,290.50 | 0.00 |

Page Subtotals          7,290.50          2,442.76          4,423,351.45

Ver: 12.61a

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-ATS | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | ********7313 Money Market - Interest Bearing |
| Taxpayer ID No: | ********1191 | | Blanket Bond (per case limit): | |
| For Period Ending: | 12/31/07 | | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 515,992.48 |
| 10/31/07 | 11 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 328.68 | | 516,321.16 |
| 11/30/07 | 11 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 275.84 | | 516,597.00 |
| 12/31/07 | 11 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 246.98 | | 516,843.98 |
| | | | COLUMN TOTALS | | 851.50 | 0.00 | 516,843.98 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 851.50 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 851.50 | 0.00 | |

Page Subtotals 851.50 0.00

Ver: 12.61a

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 12

| Case No: | 98-02675-5-ATS |
| --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | *******1191 |
| For Period Ending: | 12/31/07 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | ********7410 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 5,555.37 |
| 10/31/07 | 11 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 3.55 | | 5,558.92 |
| 11/30/07 | 11 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 2.97 | | 5,561.89 |
| 12/31/07 | 11 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 2.66 | | 5,564.55 |
| | | | COLUMN TOTALS | | 9.18 | 0.00 | 5,564.55 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 9.18 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 9.18 | 0.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market - Interest Bearing - ********6518 | 95.07 | 0.00 | 57,701.24 |
| Checking - Non Interest - ********6521 | 0.00 | 0.00 | 0.00 |
| Money Market - Interest Bearing - ********6534 | 34.72 | 0.00 | 21,072.23 |
| Money Market - Interest Bearing - ********6819 | 1,564.52 | 0.00 | 946,379.95 |
| Checking - Non Interest - ********6835 | 0.00 | 8,537.21 | 0.00 |
| Money Market - Interest Bearing - ********6848 | 7,290.50 | 0.00 | 4,423,351.4 |
| Money Market - Interest Bearing - ********7313 | 851.50 | 0.00 | 516,843.98 |
| Money Market - Interest Bearing - ********7410 | 9.18 | 0.00 | 5,564.55 |
| TOTAL - ALL ACCOUNTS | 9,845.49 | 8,537.21 | 5,970,913.3 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     9.18     0.00

Trustee's Signature: /s/ HOLMES P. HARDEN, TRUSTEE    Date 01/08/08

LFORM24     Ver: 12.61a

Page: 13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 98-02675-5-ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******7410 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | Blanket Bond (per case limit): | |
| For Period Ending: | 12/31/07 | Separate Bond (if applicable): | $ 6,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

HOLMES P. HARDEN, TRUSTEE

| | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|

LFORM24                                                                                                                              Ver: 12.61a

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 07-00400-5-ATS    Judge: ATS
Case Name: ZIEGER, TARA A.
For Period Ending: 12/31/07

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Date Filed (f) or Converted (c): 02/28/07 (f)
341(a) Meeting Date: 04/04/07
Claims Bar Date: 01/06/08

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 1/3 interest in common on 53.5 acres in Buckingham | 15,000.00 | 0.00 | | 18,000.00 | FA | 0.00 | 2,500.00 |
| 2. Debtor's bank account | 25.00 | 0.00 | DA | 0.00 | FA | 0.00 | 25.00 |
| 3. Household goods and furnishings | 1,850.00 | 0.00 | DA | 0.00 | FA | 0.00 | 1,850.00 |
| 4. Clothing | 500.00 | 0.00 | DA | 0.00 | FA | 0.00 | 500.00 |
| 5. 2001 Toyota Corolla | 6,000.00 | 0.00 | DA | 0.00 | FA | 0.00 | 6,000.00 |
| 6. Post-Petition Interest Deposits (u) | Unknown | N/A | | 32.24 | Unknown | | |
| TOTALS (Excluding Unknown Values) | $23,375.00 | $0.00 | | $18,032.24 | $0.00 | $0.00 | $10,875.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Filed objection to claim no. 1 on 1/8/07; upon resolution of claims case will be ready to close.

RE PROP# 1---Debtor Claimed Exemption
RE PROP# 2---Wachovia
    Debtor Claimed Exemption
RE PROP# 3---Debtor Claimed Exemption
RE PROP# 4---Debtor Claimed Exemption
RE PROP# 5---Debtor Claimed Exemption

Initial Projected Date of Final Report (TFR): 07/31/07    Current Projected Date of Final Report (TFR): 07/31/08

LFORM1EX    Ver. 12.61a

FORM 1

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2

| | |
|---|---|
| Case No: | 07-00400-5-ATS    Judge: ATS |
| Case Name: | ZIEGER, TARA A. |
| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Date Filed (f) or Converted (c): | 02/28/07 (f) |
| 341(a) Meeting Date: | 04/04/07 |
| Claims Bar Date: | 01/06/08 |

/s/   HOLMES P. HARDEN, TRUSTEE                Date: 01/08/08

_____
HOLMES P. HARDEN, TRUSTEE

LFORM1EX    Ver: 12.61a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 07-00400-5-ATS | | | Trustee Name: | | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | ZIEGER, TARA A. | | | Bank Name: | | BANK OF AMERICA |
| Taxpayer ID No: | *******2737 | | | Account Number / CD #: | | *******5122  Money Market Account (Interest Earn |
| For Period Ending: | 12/31/07 | | | Blanket Bond (per case limit): | | $ 200,000.00 |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 09/20/07 | 1 | BB&T<br>for William & Elizabeth Zieger | purchase of real property | | 1110-000 | 18,000.00 | | 18,000.00 |
| 09/28/07 | 6 | BANK OF AMERICA | INTEREST REC'D FROM BANK | | 1270-000 | 2.56 | | 18,002.56 |
| 10/09/07 | 001001 | International Sureties, LTD<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | Trustee Bond<br>Bond #016024980 | | 2300-000 | | 28.18 | 17,974.38 |
| 10/31/07 | 6 | BANK OF AMERICA | Interest Rate 0.750 | | 1270-000 | 11.47 | | 17,985.85 |
| 11/30/07 | 6 | BANK OF AMERICA | Interest Rate 0.650 | | 1270-000 | 9.61 | | 17,995.46 |
| 12/31/07 | 6 | BANK OF AMERICA | Interest Rate 0.500 | | 1270-000 | 8.60 | | 18,004.06 |

```
                                          COLUMN TOTALS                       18,032.24           28.18        18,004.06
                                          Less: Bank Transfers/CD's                0.00            0.00
                                          Subtotal                            18,032.24           28.18
                                          Less: Payments to Debtors                                0.00
                                          Net                                 18,032.24           28.18
```

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|---|
| | Money Market Account (Interest Earn - *******5122 | 18,032.24 | 28.18 | 18,004.02 |
| | | 18,032.24 | 28.18 | 18,004.02 |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     18,032.24     28.18

Trustee's Signature:  /s/ HOLMES P. HARDEN, TRUSTEE   Date: 01/08/08

LFORM24                                                                                                    Ver: 12.61a

Page: 2

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-00400-5-ATS
Case Name: ZIEGER, TARA A.
Taxpayer ID No: ******2737
For Period Ending: 12/31/07

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: ******5122 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 200,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

HOLMES P. HARDEN, TRUSTEE

Page Subtotals    0.00    0.00

LFORM24    Ver: 12.61a