IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| INTERNATIONAL HERITAGE, INC. | § | CASE NO.  98-02675-5 |
| | § | |
| Debtor | § | Chapter 7 |

**NOTICE OF CHANGE OF APPEARANCE IN LEAD COUNSEL
FOR THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS AND
REQUEST FOR NOTICE AND REQUEST TO BE ADDED TO MAILING MATRIX**

Please take notice that the Texas Comptroller of Public Accounts ("Comptroller"), creditor and party-in-interest in the above referenced case, hereby gives Notice of Change in the Appearance of its Lead Counsel from James Burshtyn to the undersigned:

John Mark Stern
Assistant Attorney General
Office of the Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

Pursuant to § 1109(b) and Bankruptcy Rule 9010, the Comptroller through its said counsel request that it be served with copies of all notices, papers, and other documents issued by the Clerk of the Court and all other pleadings and notices to parties-in-interest filed by the Debtor, any Creditors' Committee, or any other interested parties in this case, including plans, disclosure statements, and/or schedules, notices or any application, complaint, demand, hearing, motion, petition, settlement, pleading or request whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex, or otherwise, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

KENT C. SULLIVAN
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ John Mark Stern*
JOHN MARK STERN
Assistant Attorney General
Texas State Bar No. 19175662

Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
(512) 475-4868
Fax:  (512) 482-8341

ATTORNEYS FOR THE COMPTROLLER
OF PUBLIC ACCOUNTS

## CERTIFICATE OF SERVICE

I certify that on January 30, 2008, a true copy of the foregoing was served by the method and to the following parties as indicated:

By Regular First Class Mail:

International Heritage, Inc.
C/O Terril Gardner
Post Office Drawer 1389
Raleigh, NC 27602

Stephani Wilson Humbrickhouse
Nicholls & Crampton, P.A.

2

PO Box 18237
Raleigh, NC 27619

Holmes P. Harden
Williams Mullen Maupin Taylor
A Professional Corporation
PO Box 19764
Raleigh, NC 27619 9764

Terri L. Gardner
Poyner & Sruill, LLP
PO Box 10096
3600 Glenwood Ave.
Raleigh, NC 27605 0096

/s/ John Mark Stern
JOHN MARK STERN

3