Case No. 98-02675-A13

Joyce A. Andrassy
7658 Bishops Green
Zionsville, IN
46077

JOYCE ANN ANDRASSY
7658 Bishops Green
Zionsville, IN 46077

FILED
JAN 31 2008
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C

January 26, 2008

To: U.S. Bankruptcy Court
Raleigh NC 27601

I have been notified by Homer P. Harden, trustee for IHI, that a ck. in the amount of $108.05 was returned to them marked "undeliverable" and forwarded to you.

I am no longer at 1666 S. Morgantown Rd. Greenwood IN 46143

To advise you my new address is:
Joyce A. Andrassy
7658 Bishops Green
Zionsville IN 46077

Please forward any unclaimed dividends to me at the present address. Thank You