Page 1

1/21-08

Dear US Bankrupty Court

**FILED**
**JAN 31 2008**
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

Reason for my letter is concerning, my husband + I paid and signed up to be in IHI and the stock plan as well we invested in it.

My sister informed me that you all sent she + her husband and son a refund check for the fees they paid in to IHI My sister gave me your adress my sister + her husband are Richey + Matlene Boatner Wiergate, TX 75977.

My husband and I, Jesse L. Nicholson + myself Glenda Nicholson at that time we lived in Arlington TX @ 605 Oakwood Ln Trl. #21 Arlington, TX 76012

Since being in IHI I've moved from Arlington TX to my new adress.

Jesse & Glenda Nicholson
Rt 1 Box 65-A
Wiergate, TX
75977

Just in case you all have tried to mail a refund check and it has returned to you that's the reason why. Please use this adress and if you need to call please call

409-594-6043

Thank you so much

Glenda Nicholson

P.S. Would you please respond
Thank you so much