117 Louthian Way
Blythewood, SC 29016
January 28, 2008

FILED
JAN 3 1 2008
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

Holmes P. Harden, Trustee for IHI
P.O. Box 536
Benson, NC 27504

  Re: International Heritage, Inc (IHI)
    Debtor
      vs
  US Bankruptcy Court
  Eastern District of North Carolina
  Raleigh Division
  Case No: 98-02675-5-ATS
  Chapter 7

Dear Mr. Holmes:

I was an investor in IHI in prior years and have reason to believe that I am due to receive a distribution of funds resulting from the settlement in the case referenced above.

At the time of my involvement with IHI, I was a resident of North Carolina, but have since moved to South Carolina. I am writing to ask that any proceeds which I am due be sent to my current address as shown below.

2.

FORMER ADDRESS:

    JUDITH C. HINSON (MS. LOUIE C. HINSON)
    240 EAST DAVIE ST.
    RALEIGH, NC 27601

CURRENT ADDRESS:

    JUDITH C. HINSON (MS. LOUIE C. HINSON)
    117 LOUTHIAN WAY
    BLYTHEWOOD, SC 29016

THANK YOU FOR YOUR ATTENTION TO MY REQUEST.

YOURS TRULY,

*Judith C. Hinson* (signature)

JUDITH C. HINSON

TEL: 803-333-9116

C: US BANKRUPTCY COURT
    EASTERN DISTRICT OF NORTH CAROLINA
    RALEIGH DIVISION