Holmes P. Harden, Trustee for IHI
P.O. Box 536
Benson, NC 27504

New Address —



00NN 0006214 00000000 001 001 06214 INS: 0 0

Ms. Sarah Rivera
487 Holyoke Ln.
Lake Worth, FL 33467

**FILED**

**FEB - 1 2008**

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

SARAH RIVERA
222 SUNNY LANE
LAFAYETTE, LA 70506

(old Address)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                )
                                      )  CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,         )
                                      )  CHAPTER 7
        Debtor                        )

The attached check payable to SARAH RIVERA is an interim payment for the claim 008727. Please cash this check upon receipt to avoid any delays in future distributions.