VAN–065 Certificate of Mailing – Rev. 02/23/2006

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

## CERTIFICATE OF MAILING

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that a copy of the referenced document was mailed in a postage prepaid envelope addressed to the following at their respective addresses, by placing said envelope in the regular mail on this date.

- ☐ International Heritage, Inc.
  C/O TERRI L. GARDNER
  POST OFFICE DRAWER 1389
  RALEIGH, NC 27602

- ☐

- ☐ Stephani Wilson Humrickhouse
  Nicholls & Crampton, P.A.
  PO Box 18237
  Raleigh, NC 27619

- ☐ Holmes P Harden
  Williams Mullen Maupin Taylor
  A Professional Corporation
  P. O. Drawer 19764
  Raleigh, NC 27619–9764

United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601–1461

DATED: February 4, 2008

Kelly Shum–Drake
Deputy Clerk