**FILED**

JAN 3 1 2008

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N. C

January 28, 2008

U.S. Bankruptcy Court for the Eastern District of North Carolina
1760A Parkwood Blvd.
Wilson, NC  27894

To Whom It May Concern:

In regards to case no. 98-02675-5ATS, International Heritage, Inc., please note my **current** mailing address:

**Phillip Keidel**
**303 College #1**
**Garden City, KS  67846**

The address I did live at when I was involved with IHI was:

300 Oak Street
P.O. Box 885
Holcomb, KS

Please make these changes.  My phone number is 620-276-7395 if you need to contact me.


Sincerely,

*Phillip Keidel*
Phillip Keidel