UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: | CASE NO: |
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

### REPORT ON UNCLAIMED DIVIDENDS

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---:|
| ELIZABETH G. AARON<br>2795 PEACHTREE ROAD B4<br>ATLANTA, GA 30305 | 25.20 |
| JR. RAUL ABREGO<br>1463 MORTON<br>BROWNSVILLE, TX 78520 | 109.34 |
| ETIONDEM ACHA-MDRFAW<br>17730 LARCHMONT TERRACE<br>GAITHERSBURG, MD 20877 | 480.57 |
| ODILIA C. ACHA-MORFAW<br>7732 ORA COURT<br>GREENBELT, MD 20770 | 476.29 |
| TATJANA L. ACKER<br>455 SILVERTHORNE PT<br>LAWRENCEVILLE, GA 30043 | 146.16 |
| MATTHEW L. ADAMS<br>2012 WENONAH AVE<br>WICHITA FALLS, TX 76309 | 472.07 |

| | |
|---|---:|
| TRAVIS J. ADAMS<br>2606 E. PAWNEE APT. 15<br>GARDEN CITY, KS 67846 | 414.96 |
| ROBYN J. AGE<br>2632 MORNINGSIDE TRAIL<br>KENNESAW, GA 30144 | 225.80 |
| MARK ALANO<br>644 OAKWOOD DR. #1<br>SPARKS, NV 89431 | 415.81 |
| YVONNE H. ALDAMA<br>14841 RED RIVER DRUVE<br>CORPUS CHRISTI, TX 78410 | 476.98 |
| ELLEN ALDRICH<br>8 PINE TREE CIRCLE<br>PELHAM, MA 1002 | 477.55 |
| PENNY M. ALEXANDER<br>349 E. SUNCREST<br>SLIDELL, LA 70458 | 214.20 |
| RONALD ALEXANDER<br>4921 W. TONTO RD.<br>GLENDALE, AZ 85308 | 470.53 |
| DAVID S. ALISAUSKI<br>1515 RIO GRANDE #1415<br>PLANO, TX 75075 | 478.37 |
| C.L. ALLEN<br>800 W HWY 82<br>NOCONA, TX 76255 | 63.00 |
| KELLY M. ALLEN<br>23 BRISBANE GLEN<br>ST. CATHARINES, ON L2N3L2<br>FOREIGN, FN 99999 | 281.95 |
| MYRNA J. ALLEN<br>2301 HIGHLAND AVE<br>EVERETT, WA 98201 | 478.26 |

| | |
|---|---:|
| PATRICIA A ALLEN<br>POST BOX 738<br>MARSHVILLE, NC 28103 | 224.54 |
| ANNETTE M. ALLIS<br>111 BRADFORD CK TR<br>DULUTH, GA 30096 | 63.00 |
| TIMOTHY R. ALLOWITZ<br>1290 WALNUT AVE.<br>GRAND JUNCTION, CO 81501 | 98.97 |
| MARGIE M. ALLRED<br>166 LAKE DR,<br>RIPLEY, TN 38063 | 478.50 |
| NARCISA M. ALVARDO<br>RT.5 BOX 446A1<br>SAN BENITO, TX 78586 | 220.06 |
| PAMELA A. ALVARADO<br>20 DEERFEED PATH<br>EAST QUOGUE, NY 11942 | 251.56 |
| QI AN<br>43 SACO ST.<br>NEWTON, MA 02164 | 441.01 |
| ZHI HUA AN<br>92-05 WHITNEY AVE #B24<br>ELMHURST, NY 11373 | 189.00 |
| GLORIA V. ANDERSON<br>312 BASSWOOD CT.<br>BELLEVUE, NE 68005 | 476.66 |
| HENRY L. ANDERSON<br>4600 ELMWOOD<br>WICHITA FALLS, TX 76303 | 93.81 |
| JENNIFER MAE ANDERSON<br>425 CARTAGENA DR.<br>CORPUS CHRISTI, TX 78418 | 224.98 |
| KELLY R. ANDERSON<br>3810 LONG MEADOW DRIVE | 544.65 |

| | |
|---|---:|
| MEBANE, NC 27302 | |
| OFELIA N ANDERSON<br>506 AVOCADO DRIVE<br>LA FERIA, TX 78559 | 191.52 |
| VICTOR ANDERSON<br>516 E MAIN<br>WHT SULPHUR SPR, MT 59645 | 63.00 |
| LEANN ANGLIN<br>5831 FERN AVE.<br>SHREVEPORT, LA 71105 | 289.81 |
| CHAD W. ANNUNZIATA<br>4411 B. ABERDEEN DR.<br>MOUNT LAUREL, NJ 08054 | 222.52 |
| JIAN AO<br>1170 KENSINGTON RD.<br>TEANECK, NJ 7666 | 189.00 |
| ALBERT M. ARCHER<br>1506 WILLOWBROOK PL.<br>BELLINGHAM, WA 98226 | 704.61 |
| ALEXANDER AREFOLOV<br>1298 COMMONWEACTH AVE. APT D.<br>ALLSTON, MA 02134 | 189.01 |
| SULEMA ARGULLIN<br>1 1/2 MI N.<br>LOZANO, TX 78526 | 63.00 |
| ELIZABETH F. ARMSTRONG<br>4611 SPANISH TRACE NO. J-2<br>WICHITA FALL, TX 76310 | 219.81 |
| LEOLA H. ARMSTRONG<br>730 PARKSIDE DR.<br>PORT TOWNSEND, WA 98368 | 163.27 |
| JOHNNIE ARNOLD<br>1317 SARATOGA DR<br>ALPHARETTA, GA 30022 | 224.79 |

| | |
|---|---|
| STEVEN R. ARTHUR<br>11200 E 233<br>PECULIAR, MO 64078 | 509.82 |
| DEBBIE L. ASHIDA<br>301 N. MAIN<br>ULYSSES, KS 67880 | 534.11 |
| LORI A. ASHIDA<br>301 N. MAIN<br>ULYSSES, KS 67880 | 408.11 |
| SUSAN K. ASHIDA-BUTLER<br>228 N. 10TH<br>PARSONS, KS 67357 | 408.15 |
| LISA J. ASHTON<br>POST OFFICE BOX 1195<br>MALAKOFF, TX 75148 | 100.30 |
| HONDA L. ASHWORTH<br>816 BANKENS ROAD<br>SULPHUR, LA 70663 | 226.49 |
| ROSEMARY ASKINS<br>3100 CHARRING CROSS<br>PLANO, TX 75025 | 63.00 |
| CAROLE AUGARE<br>CORNER OF JOHNSON & AUGARE<br>CUT BANK GLACIE, MT 59427 | 224.28 |
| JANICE C. AUSTIN<br>537 UPSALL DR<br>ANTIOCH, TN 37013 | 477.24 |
| LISA AVERILL<br>6591 REFLECTION DRIVE #208<br>SAN DIEGO, CA 92124 | 195.30 |
| CARYL AVERY<br>3355 VICTORIA<br>BATON ROUGE, LA 70805 | 100.30 |
| MICHELLE M. BABCOCK<br>2303 MEADOWMONT DR | 485.11 |

| | |
|---|---|
| SAN JOSE, CA 95133 | |
| DEBBY BAILEY<br>RT. 1, BOX 263<br>ARCHIE, MO 64725 | 345.06 |
| KERISSA M. BAILEY<br>908 MAGNOLIA DR.<br>SYLACAUGA, AL 35150 | 99.79 |
| ROBERT L. BAILEY<br>PO BOX 2326<br>SYLACAUGA, AL 35150 | 566.51 |
| ROBERT L. BAILEY JR.<br>PO BOX 2326<br>SYLACAUGA, AL 35150 | 504.01 |
| ROBERT BAILEY JR.<br>3896 16TH ST.<br>WYANDOTTE, MI 48192 | 225.80 |
| STEPHEN R. BAILEY<br>2988 OLD BROWNSVILLE ROAD<br>RIPLEY, TN 38063 | 226.49 |
| PARAM PS BAINS<br>13745 56TH AVE SOUTH APT# B302<br>TWKWILA, WA 98168 | 563.02 |
| CHRIS J. BAIR<br>3507 SW 29TH TERR #1<br>TOPEKA, KS 66614 | 189.00 |
| GAYLE M. BAKER<br>11929 THELEN RD.<br>AGUA DULCE, CA 91350 | 547.91 |
| JANICE M BAKER<br>104 PEAFOWL DRIVE<br>BLYTHEWOOD, SC 29016 | 189.00 |
| LAURIE A. BAKER<br>2401 COLONY LANE<br>PEARLAND, TX 77581 | 441.01 |

| | |
|---|---|
| PATRICIA L. BAKER<br>ROUTE 2 BOX 58B<br>HASKELL, OK 74436 | 63.01 |
| KATHY P. BALDWIN<br>4815 DICKENS<br>WICHITA, TX 76308 | 219.94 |
| KEVIN W. BALDWIN<br>4815 DICKENS<br>WICHITA FALLS, TX 76308 | 100.24 |
| NANDA BALJIT<br>1365 MOREHEAD DRIVE<br>ANN ARBOR, MI 48103 | 100.42 |
| DIANE BALSAMO<br>3640 S. 16TH ST.<br>MILWAUKEE, WI 53221 | 225.55 |
| CRAIG A. BALTER<br>15723 WALNUT CREEK DR.<br>SAN ANTONIO, TX 78247 | 189.00 |
| I. KAREN BANNON<br>POST OFFICE BOX 285<br>WINFIELD, KS 67156 | 378.01 |
| LIU BAOKU<br>147-37 ROOSEVELT APT #1G<br>FLUSHING, NY 11354 | 63.00 |
| KELLY H BARACKER<br>P.O. BOX 8103<br>COLUMBIA FALLS, MT 59912 | 189.00 |
| MELISSA A. BARAN<br>303 FOXCROFT DRIVE<br>WINSTON-SALEM, NC 27103 | 222.02 |
| TERRY G BARBER<br>204 MOCKINGBIRD<br>HOOKS, TX 75561 | 158.20 |
| ERIC C. BAREFOOT<br>104 MONMOUTH COURT | 224.28 |

| | |
|---|---:|
| GREER, SC 29650 | |
| ROLAND C. BAREFOOT<br>3210 BETHEL RD #39<br>SIMPSONVILLE, SC 29681 | 224.29 |
| OPAL FAYE BARNES<br>5404 SOMERSET DRIVE<br>AMARLILLO, TX 79109 | 100.36 |
| RICHARD H. BARNES II<br>5404 SOMERSET DR.<br>AMARILLOW, TX 79109 | 113.13 |
| SHELLEY BARNES<br>7132 MUSTANG RD.<br>SHEPHERD, MT 59079 | 189.00 |
| TODD W. BARNES<br>122 INMAN ST.<br>MARTINSVILLE, VA 24112 | 224.16 |
| JOHN H. BARNHART<br>6361 EASTWOOD GLEN. PL.<br>MONTGOMERY, AL 36117 | 252.00 |
| AMY E. BARR<br>10114 TRACY AVE.<br>KANSAS CITY, MO 64131 | 189.00 |
| CAROL W. BARR<br>10114 TRACY AVE.<br>KANSAS CITY, MO 64131 | 189.01 |
| JAMES M. BARR<br>10114 TRACY AVE.<br>KANSAS CITY, MO 64131 | 189.01 |
| DIANE BARRETT<br>223 SOUTH CHACE<br>ATLANTA, GA 30328 | 449.58 |
| SHEILA L. BARRETT<br>1115 JETTON DR.<br>MURFREESBORO, TN 37130 | 216.98 |

| Name / Address | Amount |
|---|---:|
| DAVID M. BARRON<br>15 RIVERDALE DR.<br>COVINGTON, LA 70433 | 63.00 |
| DANIEL M. BARROW<br>71 SEAVIEW<br>BUYNTON BEACH, FL 33435 | 240.16 |
| MISTY D. BARRY<br>5412 PAGE DR<br>WICHITA FALLS, TX 76306 | 189.00 |
| ALTARENA C. BASGALL<br>310 WEST 1ST<br>LACROSSE, KS 67548 | 408.10 |
| AMBER M. BATES<br>PO BOX 48<br>GALLATIN GATEWA, MT 59730 | 441.01 |
| DAYABIR S. BATH<br>12132 S.E. 260TH PLACE<br>KENT, WA 98031 | 470.90 |
| ROD R. BATKE<br>1515 COEURD'ALENE STREET #251<br>RATHDRIM, ID 83858 | 189.00 |
| GORDON B. BAUDAIS<br>1963 COMOX AVE<br>COMOX, BC V9M3M4<br>FOREIGN, FN 99999 | 441.01 |
| DENNIS J. BAUER<br>2761 RIVERWALK LOOP<br>EUGENE, OR 97401 | 525.18 |
| MICHELLE R. BAUER<br>3285 CANYON DRIVE APT 31<br>BILLINGS, MT 59102 | 441.01 |
| LIBBY S. BAUERLEIN<br>4040 SCHANEN, #321<br>CORPUS CHRISTI, TX 78413 | 219.17 |
| CHAD J. BAUM | 441.01 |

| | |
|---|---|
| 812 8TH AVENUE NORTH<br>BUHL, ID 83316 | |
| ANITA K. BAYER<br>6309 PINEVIEW<br>DALLAS, TX 75248 | 189.00 |
| NANCY C. BEACH<br>RD. #2 EISMAN RD.<br>ARKPORT, NY 14807 | 317.96 |
| LESTER BEAIRD JR.<br>4110 BELOIR PARK DR.<br>KATY, TX 77450 | 225.10 |
| JANIE W BEAL<br>2660 HWY 4<br>JONESBORO, LA 71251 | 224.54 |
| JON S. BEAMER<br>775 GATEWAY DR., S.E. APT. #816<br>LEESBURG, VA 20175 | 63.00 |
| STEVE BEAUCOUDRAY<br>2100 COLLEGE DR. APT. 169<br>BATON ROUGE, LA 70808 | 63.00 |
| DONALD C. BEAVERS<br>1302 MOCKINGBIRD<br>IOWA PARK, TX 76367 | 491.41 |
| CYNTHIA L. BECHARD<br>15923 SMOKEY PT. BLVD., UNIT B<br>ARLINGTON, WA 98223 | 225.09 |
| DAWN M BECHARD<br>923 NW 61ST ST.<br>SEATTLE, WA 98107 | 225.09 |
| CHRISTOPHER G. BECK<br>703 MOORE ST., #309B<br>SAN MARCOS, TX 78666 | 213.45 |
| HOLLY C. BECK<br>533 OAKCREST LANE<br>COPPELL, TX 75019 | 219.12 |

| | |
|---|---|
| SUSAN J. BECKETT<br>9920 97 ST BOX 396<br>WEMBLEY, AB T0H3S0<br>FOREIGN, FN 99999 | 259.69 |
| STACY L BECKMAN<br>2375 WEST BECK LANE<br>PHOENIX, AZ 85023 | 441.01 |
| JAMES H. BEEBE<br>534-B EAST CALL STREET<br>TALLAHASSEE, FL 32301 | 457.89 |
| CARMON L. BELANGER<br>786 N MOORLAND RD<br>RAVENNA, MI 49451 | 189.00 |
| MARGARET BELISLE<br>R.R.8 10-24<br>LETHBRIDGE, AB T1J4P4<br>FOREIGN, FN 99999 | 162.04 |
| GEORGE D. BELL<br>PO BOX 2155<br>OREM, UT 84059 | 477.86 |
| VIRGINIA L. BELL<br>3635 LONGLEAF DRIVE<br>ELM CITY, NC 27822 | 406.86 |
| PETRE BELYANSKLY<br>107 BAY 25TH STREET APT 3A<br>BROOKLYN, NY 11214 | 189.00 |
| GEORGE E. BENEDETTO<br>1344 SUDDEN VALLEY<br>BELLINGHAM, WA 98226 | 657.18 |
| DANNY A. BENHAM<br>1357 PECAN RIDGE<br>MIDLOTHIAN, TX 75065 | 378.01 |
| ELAINE BENEFIELD<br>103 DYER<br>MT HOME, AR 72653 | 470.40 |

| | |
|---|---:|
| ELLA S. BENOZA<br>635 PROSPECT AVENUE<br>SOUTH PASADENA, CA 91030 | 63.00 |
| MICHELE K. BENTLEY<br>195 LORELEI CIRCLE<br>HOT SPRINGS, AR 71913 | 189.00 |
| DYLAN BERG<br>103A BRANEGAN COURT<br>BOZEMAN, MT 59715 | 472.51 |
| ALEXANDER BERIC<br>458 N CALLE SANTA ROSA<br>PALM SPRINGS, CA 92262 | 478.81 |
| MICHAEL L. BERNIER<br>1216 9TH AVENUE E.<br>TWIN FALLS, ID 83301 | 477.55 |
| CHARLENE F. BERRY<br>1569B HWY 16 W<br>GRIFFIN, GA 30224 | 63.00 |
| LAURIE L. BERRY<br>PO BOX 2395<br>PAWLEYS ISLAND, SC 29585 | 495.95 |
| TAMMY K. BERRY<br>3306 E. UNIVERSITY<br>URBANA, IL 31802 | 231.69 |
| TONI R. BEVERING<br>ROUTE 4 BOX 317<br>WICHITA FALLS, TX 76301 | 441.01 |
| JIMMY L. BEVERS<br>406 SHERMAN ST.<br>NOCONA, TX 76255 | 441.01 |
| MICHAEL F. BHAGAT<br>3771 SALISBURY ROAD<br>SOUTH EUCLID, OH 44121 | 471.75 |
| **TOTAL** | **38,072.65** |

2.    That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    February 3, 2008

*[signature]*
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC 27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300