UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| THOMAS E. BERNHARDT<br>2517 OLSON DRIVE<br>BILLINGS, MT 59102 | 656.22 |
| DARLENE T. FRANKART<br>421 BELLINGHAM DR.<br>SUGAR HILL, GA 30518 | 189.00 |
| JENNIFER HENSON<br>C/O DURYEA<br>4277 NELSON RD.<br>BELGRADE, MT 59714 | 189.00 |
| DERRELL LEE HOLT<br>C/O STEVE BROWN<br>1114 S. GREEN ST.<br>THOMASTON, GA 30286 | 189.00 |
| GEORGE HUMBERT<br>5224 OAK LAEF DR. A-8<br>INDIANAPOLIS, IN 46220 | 206.01 |
| YI DE HUANG | 441.01 |

| Name / Address | Amount |
|---|---:|
| 3920 MYSTIC VALLEY PKWY #114<br>MEDORD, MA 2155 | |
| INCENTIVE CONSULTANTS<br>808 BRADFORD PLACE<br>MONROE, NC 28110 | 1,058.47 |
| MIN LI<br>50 NORTH EVERGREEN RD APT 51-C<br>EDISON, NJ 08837 | 441.01 |
| LINMARK ENTERPRISES<br>2422 H STREET<br>BELLINGHAM, WA 98225 | 622.96 |
| CHASE C. NATALIE<br>P O BOX 1019<br>MALTA, MT 59538 | 100.30 |
| DAVID K. PARK<br>14232 PALISADES DR.<br>POWAY, CA 92064 | 114.91 |
| DIXIE L. ROSE<br>207 N. 13TH ST.<br>SALINA, KS 67401 | 577.55 |
| LARRY RUTH SR.<br>116 ARISTOTLE DRIVE<br>LAFAYETTE, LA 70508 | 410.75 |
| DONNA M. VALEK<br>11676 100TH PLACE NO.<br>MAPLE GROVE, MN 55369 | 441.01 |
| VOLT USA INC.<br>1673 S.W. 176TH ST.<br>SEATTLE, WA 98166 | 536.52 |
| CRAIG WERHAN<br>9344 W. HINSDALE PL<br>LITTLETON, CO 80128 | 441.01 |
| MARCIA D. WHITING<br>105 S. PEARSON ST<br>WAVERLY, KS 66871 | 470.34 |

| Name and Address | Amount |
|---|---:|
| BARBARA J. WRIGHT<br>4277 NELSON RD.<br>BELGRADE, MT 59714 | 63.01 |
| ZHIGANG WU<br>1611 LAUREL AVE., APT. #101<br>KNOXVILLE, TN 37916 | 63.01 |
| GUANG-YI XU<br>3920 MYSTIC VALLEY PKWY #114<br>MEDFORD, MA 2155 | 441.00 |
| YU ZHANG<br>47 LINDEN ST. APT.3<br>ALLSTON, MA 2134 | 63.00 |
| ROSEMARIE A. INCROVATO<br>210 EAST TICKNOR<br>FAIRFIELD, WA 99012 | 189.00 |
| ZHIYUN J. JIN<br>1641 WESTMINSTER DR. #203<br>NAPERVILLE, IL 60563 | 469.99 |
| MICHAEL W. JOHNSON<br>7103 N.E. 101ST AVENUE<br>VANCOUVER, WA 98662 | 447.31 |
| SHARON VIRGINIA JOHNSON<br>5078 BELLE MEAD DRIVE<br>AIKEN, SC 29803 | 441.01 |
| EDWARD M. JONES III<br>36-E MILANO STREET<br>HANAHAN, SC 29406 | 441.01 |
| JEFF E. JONES<br>11328 SOUTH POST OAK STE. 104<br>HOUSTON, TX 77035 | 111.89 |
| DANYA M. JORDAN<br>1103 WESTCHASE DRIVE<br>CHARLESTON, SC 29407 | 360.24 |
| TERRY KELLER | 99.62 |

| | |
|---|---|
| 2011 HERMITAGE PIKE DR.<br>HERMITAGE, TN 37076 | |
| ROBERT J. KELSEY<br>BOX 1102<br>MALTA, MT 59538 | 189.01 |
| JACKIE D. KEMNITZ<br>2310 TIFFANY COURT<br>GARLAND, TX 75043 | 1,083.62 |
| JACKIE D. KEMNITZ<br>2310 TIFFANY COURT<br>GARLAND, TX 75043 | 6,320.79 |
| GINGER KERRIGAN<br>HCR 69 BOX 529<br>SUNRISE BEACH, MO 65079 | 63.00 |
| FRANCES L. KING<br>626 6TH ST- P O BOX 101<br>MATHER, PA 15346 | 478.37 |
| JENNIFER KOAY<br>133-04 41 AVE<br>FLUSHING, NY 11355 | 189.01 |
| ROBERT B KULA<br>2255 N. HARVESWT HILL PLACE<br>ROUND LAKE BEAC, IL 60073- | 441.01 |
| CHRISTOPHER R. LANGLEY<br>5738 DEERFIELD DRIVE #2<br>MEMPHIS, TN 38134 | 189.01 |
| SHU WAH LAU<br>535 WEST 111 ST APT 64<br>NEW YORK, NY 10025 | 470.29 |
| DENISE L LAUNAY<br>601 S. LASALLE, 6 FLR #L-402<br>CHICAGO, IL 60605 | 212.94 |
| SUSAN K. LEWIS<br>2005 DOWLEN APT. #8<br>BEAUMONT, TX 77706 | 189.00 |

| | |
|---|---:|
| MARY A. LEWIS<br>1207 BOULDERWOOD<br>HOUSTON, TX 77062 | 226.80 |
| GUANG PING LI<br>21 LEE AVE<br>BETHPAGE, NY 11714 | 506.31 |
| LIAN LI<br>C/O XINGCHUN HU<br>144 MERRIMACK ST.<br>LOWELL, MA 01852 | 189.01 |
| LIN LI<br>31A MORGAN AVE.<br>THORNHILL, ON L3T1P9<br>FOREIGN, FN 99999 | 441.01 |
| WEI LIN LI<br>50 W. 34TH ST. 11A13<br>NEW YORK, NY 10001 | 189.00 |
| MARY M. LIPPMAN<br>3410 WONDER VIEW DRIVE<br>HOLLYWOOD, CA 90068 | 486.90 |
| YING LIU<br>7514 20TH AVE<br>BROOKLYN, NY 11214-1226 | 483.22 |
| ZHEN-YING LIU<br>7200 DOUGLASTON PKWY.<br>DOUGLASTON, NY 11362 | 189.00 |
| MICHEAL L. LONG<br>508 S. RUSSELL<br>CHAMPAIGN, IL 61821 | 491.41 |
| DAVID E. LOWD<br>541 LONGBOW RD.<br>DANVERS, MA 01923 | 441.01 |
| BRENDA F. MADDOX<br>116 THIRD ST.<br>MANCHESTER, GA 31816 | 63.00 |

| Name and Address | Amount |
|---|---|
| DAN MADLUNG<br>848 BELLA VISTA LANE<br>BURLINGTON, WA 98233-1487 | 595.61 |
| TARA L MADLUNG<br>848 BELLA VISTA LANE<br>BURLINGTON, WA 98233-1487 | 252.01 |
| ELWOOD T. MAI SR.<br>1623 WASHINGTON ST.<br>GREAT BEND, KS 67530 | 471.11 |
| CONSTANCE W. MALOTT<br>9401 ROBERTS DR. 7J<br>ATLANTA, GA 30350 | 441.01 |
| MICHAEL A. MARAVELIAS<br>188 FAIRVIEW LANE<br>PLYMOUTH, MA 02360-8208 | 343.67 |
| PATRICK A. MARKSBURY<br>1115 BESSEMER RD.<br>HUNTSVILLE, AL 35816 | 441.01 |
| VERA M. MARTINEZ<br>622 HOLFORDS PR. # 22<br>LEWISVILLE, TX 75056 | 206.49 |
| LESLI D. MATHIS<br>604 EAST PACES FERRY ROAD, N.E.<br>ATLANTA, GA 30305 | 473.19 |
| CHLOE J. MAY<br>7703 WAYFARER LANE<br>HOUSTON, TX 77075 | 225.10 |
| KRISTI MAY<br>1921 NELSON ROAD<br>BOZEMAN, MT 59718-8739 | 441.01 |
| MARK D. MCCLELLAN<br>52 HEATH ST.<br>NEWTON, NH 03858 | 504.01 |
| DANA L. MCDONALD | 477.11 |

| | |
|---|---:|
| 4167 ROSSER SQUARE<br>DALLAS, TX 75244 | |
| GLENN N MCGOFF<br>407 KENKIRK PL<br>BURLINGTON, WA 98233 | 819.02 |
| LINDA L. MILLER<br>P. O. BOX 92<br>BOULDER, MT 59632 | 478.26 |
| BRENDA G. MILLS<br>482 OLD THICKET PLACE<br>AIKEN, SC 29803 | 239.72 |
| STACEY S. MOBLEY<br>2723 CASH CT<br>THOMPSONS STATION, TN 37179-9289 | 477.63 |
| SHARON J. MONTEFESCO<br>20053 - 3RD PLACE S.W.<br>SEATTLE, WA 98166 | 89.23 |
| GAYLE E. MOORE<br>3 MODENA ISLAND RD.<br>SAVANNAH, GA 31411 | 477.80 |
| SUSAN G. MORRIS<br>604 ADAMS ST.<br>KIMBERLY, ID 83341 | 477.55 |
| SHELIA A. MORROW<br>670 NORTH FORTY STREET<br>E ST LOUIS, IL 62205 | 100.11 |
| LIMIN MU<br>1288 WOODSBORO RD.<br>KNOXVILLE, TN 37922 | 758.54 |
| MICHAEL M. MUNN<br>10511 WYATT STREET<br>DALLAS, TX 75218 | 270.91 |
| SCOTT D. NEWMAN<br>622 CHICKERING ROAD<br>NORTH ANDOVER, MA 01845-2815 | 441.01 |

| | |
|---|---|
| MARGRET E. NORLIN<br>2303 AVONDALE DR.<br>GREENVILLE, TX 75402 | 219.17 |
| GEORGE JR. A. OLIVER<br>P.O. BOX 407<br>JACKPOT, NV 89825 | 630.01 |
| LARRY D. OSBORNE<br>1238 ELLIOTT PLACE<br>INDEPENDENCE, VA 24348 | 98.15 |
| TAIMENG PAN<br>130 MAMMOTH RD. APT.#20<br>HOOKSETT, NH 3106 | 171.02 |
| SAM D. PARKS<br>1951 NEW RIVER PARKWAY<br>INDEPENDENCE, VA  24348 | 224.16 |
| BHANU PATEL<br>45 HIGHMONT DR<br>ROBBINSVILLE, NJ 8691 | 508.04 |
| BETTY [SUSIE] PHILLIPS<br>1637 CATALINA<br>SAN ANGELO, TX 76901 | 93.45 |
| PING INTERNATIONAL INC<br>92-05 WHITNEY AVE APT B24<br>ELMHURST, NY 11373 | 441.01 |
| MADONNA C. PITTARD<br>4940 JEKYLL ROAD<br>CUMMING, GA  30040 | 224.54 |
| ADAM P. PLATZ<br>7635 JEFFREY LANE<br>COLORADO SPRING, CO 80919 | 159.78 |
| STEVEN G. PON<br>5210 DOVER ST.<br>ARVADA, CO 80002 | 441.01 |
| WANDA G. POPE | 225.80 |

| Name / Address | Amount |
|---|---|
| 466 TERRACE ROAD<br>ZEBULON, GA 30295 | |
| AMY J POPPE<br>2716 206TH AVE CT E<br>SUMNER, WA 98390 | 368.78 |
| CARRIE QUILLEN<br>105 CIRCLE DRIVE<br>GALAX, VA 24333 | 343.86 |
| PAUL D RICH<br>PEACHTREE LANE 3228-4<br>MURPHY, NC 28906 | 477.80 |
| ALBERT RAY RICHARD<br>397 POINTE NOIR ROAD<br>BRANCH, LA 70516-3505 | 478.18 |
| NATHANIEL RITTER<br>6 BARTON RD.<br>ALLENDALE, SC 29810 | 477.55 |
| AUDRA D. ROBERTS<br>815 OLIVE ST<br>CARTHAGE, MO 64836 | 225.83 |
| BILLY L. ROBERTSON<br>399 DEVONSHIRE DR.<br>RIDGEWAY, VA 24148 | 476.16 |
| NEAL S. ROBINSON<br>1767 GENEVA SHORE LANE<br>BELLINGHAM, WA 98229-2628 | 560.19 |
| LISA D. ROESER<br>15120 OLD HWY 18<br>MANHATTAN, KS 66502 | 98.57 |
| JOE DAN ROGERS<br>24 S. LOCUST AVE<br>PROVIDENCE, RI 02911 | 756.02 |
| DANIEL W. SAULTER<br>3 AVENUE A<br>COUDERSPORT, PA 16915-9702 | 265.74 |

| | |
|---|---:|
| LUCINDA K. SCOTT<br>2005 CLUB VIEW CIRCLE<br>CORINTH, TX 76210-3062 | 98.85 |
| MARTHA M. BROWN SEWELL<br>5200 KELLER SPRINGS RD APT 1434<br>DALLAS, TX 75248-2755 | 1,083.62 |
| LES L. SHOCKLEY<br>10110 S.E. HWY 26<br>GALENA, KS 66739 | 477.80 |
| BREE M SHOOK<br>1252 TINAS COMA DR<br>BURLINGTON, WA 98233 | 126.00 |
| JUNE M SMALL<br>2716 206TH AVE CT E<br>SUMNER, WA 98390 | 371.35 |
| CHARLES W. SMITH<br>3113 NE BRENTWOOD DRIVE<br>LAWTON, OK 73507-1909 | 482.06 |
| KRISIE SMITH<br>8805 W. 71ST TER.<br>OVERLAND PARK, KS 66204-1126 | 378.01 |
| SANDRA K. SMITH<br>3338 HOLLY RD<br>CORPUS CHRISTI, TX 78415-3212 | 189.00 |
| MIGUEL SOLIS, ESQ.<br>1301 N. OREGON STREET<br>EL PASO, TX 79902-4025 | 226.36 |
| XIAOMIN SONG<br>15748 HEATHERCROFT DRIVE<br>CHESTERFIELD, MO 63017 | 441.01 |
| VIJAYA M SRINIVASAN<br>15 ATRIUM DRIVE<br>TRENTON, NJ 08620 | 447.31 |
| XIAOYAN SUN | 189.00 |

| | |
|---|---:|
| 147-37 ROOSEVELT APT.#1 G<br>FLUSHING, NY 11354 | |
| MALGORZATA SWIERCZEK<br>19 MARINE AVENUE<br>BROOKLYN, NY 11209 | 189.00 |
| GREGORY D. TIEGS<br>1200 SOUTH SHARRON<br>KENNEWICK, WA 99337 | 4,290.39 |
| LAUREL TRAWICK<br>PO BOX 83<br>THOMASTON, GA 30286 | 502.75 |
| DORIS J. VONGLAHN<br>5175 LAKE FORREST DRIVE<br>ATLANTA, GA 30342 | 441.01 |
| GRACE E. WAGNER<br>227 PEACH ROSE COURT<br>BROWNSVILLE, TX 78520-9358 | 226.36 |
| SANDRA H. WAGONER<br>RT. 1 BOX 814<br>INDEPENDENCE, VA 24348 | 224.16 |
| CHERYL J. WALTER<br>2448 E MARKET ST<br>AKRON, OH 44312 | 224.54 |
| JENNIFER L. WALTERS<br>113 HILLSIDE DRIVE<br>MAYLENE, AL 35114 | 478.31 |
| SHUZHI WANG<br>34-50 LINDEN PL.<br>FLUSHING, NY 11354 | 441.01 |
| ORLANDO WATSON<br>201 PURVIS ST<br>GARNER, NC 27529 | 67.44 |
| REG W WEEKES<br>18200 VANTAGE HWY<br>ELLENSBURG, WA 98926 | 249.87 |

| | |
|---|---:|
| RICHARD WIMBERLY<br>5250 JEFFERSONVILLE RD.<br>DRY BRANCH, GA 31020 | 441.01 |
| JEREMY A. WRIGHT<br>1640 LAKEVIEW PL.<br>GAINESVILLE, GA 30501 | 441.01 |
| LA WU<br>1611 LAUREL AVENUE<br>APT. 502<br>KNOXVILLE, TN 37916 | 567.53 |
| WAN WAN WU<br>9879 SOUTH SPRING HILL DR<br>HIGH LANDS RANC, CO 80126 | 504.01 |
| YING WU<br>5803 8TH AVE.<br>BROOKLYN, NY 11220 | 189.00 |
| SHOULI YANG<br>8751 CLEAR SKY PATH<br>CORDOVA, TN 38018-1470 | 189.00 |
| WENQIAN YANG<br>3678 SHERBROOKE DR<br>CINCINNATI, OH 45241-3200 | 470.24 |
| JIANGHONG YU<br>5321 LAWRENCEVILLE HWY<br>LILBURN, GA 30247 | 441.01 |
| LILI YUAN<br>40-28 74TH STREET<br>ELMHURST, NY 11373 | 693.01 |
| JING ZHANG<br>2000 COMMONWEALTH AVE. #411<br>BRIGHTON, MA 2135 | 189.00 |
| FENG ZHOU<br>67 MANHATTAN AVE. APT. 20P<br>BROOKLYN, NY 11206 | 259.14 |

| | |
|---|---:|
| **TOTAL** | 57,502.98 |

2.    That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    February 2, 2008

*(signature)*
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300