UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: | CASE NO: |
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

        HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

    1.    That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| DAVID P ACCURSO<br>1070 ST. GEORGE RD.<br>MERRITT ISLAND, FL 32952 | 448.57 |
| SHARON K. ALLEN<br>14 MI NE OF ORLA<br>ORLA, TX 79770 | 393.79 |
| IRENE O. ALVARADO<br>327 LEMUR DRIVE<br>SAN ANTONIO, TX 78213-3425 | 225.04 |
| MAUDREY B. ATKINSON<br>BOX 1356<br>STARKE, FL 32091 | 224.54 |
| STEPHON AUTERY<br>819 GREEN STREET<br>DURHAM, NC 27703 | 1,008.02 |
| JIN LIANG BAO<br>111 S. BARRANCA ST. #225<br>W COVINA, CA 91791 | 189.00 |

| | |
|---|---:|
| SARAH F. BARNHART<br>208 TIMBERLINE DRIVE<br>NO LITTLE ROCK, AR 72118 | 453.61 |
| RUSSELL B. BARTON<br>112 SNAPFINGER WAY<br>ATHENS, GA 30605-4448 | 441.01 |
| DAVID G BAUM<br>8812 N. 9150 W.<br>LEHI, UT 84043 | 441.01 |
| PHYLLIS J. BAXENDALE<br>795 KANSAS AVE<br>PHILLIPSBURG, KS 67661 | 408.11 |
| TERRI J. BENTLEY<br>3076 ODENA RD. NORTH<br>SYLACAUGA, AL 35150 | 477.05 |
| VICTORIA O. BERRY<br>2999 SMITH SPRINGS ROAD #B23<br>NASHVILLE, TN 37217 | 225.62 |
| BARRY BISHOP<br>3815-50TH, SUITE 16<br>LUBBOCK, TX 79413 | 100.27 |
| DONALD W BUTLER JR.<br>907 IDLEWILD CT<br>FRANKLIN, TN 37069 | 225.62 |
| JAN E. & KAREN CALLEN<br>2014 MEADOW SPRINT<br>MARTINSBURG WV 25401 | 441.01 |
| JOHN A. CARICO<br>833 FRIES RD<br>GALAX, VA 24333 | 98.16 |
| BRANT CASSELL<br>299 PEACH BOTTOM RD.<br>INDEPENDENCE, VA 24348 | 224.16 |
| PAULINE CHAMBLEE | 441.01 |

| | |
|---|---|
| 778 HWY 169 S<br>SEALE, AL 36875 | |
| CHRISTY M. CHAPMAN<br>105 JULIA CIRCLE<br>MANCHESTER, GA 31816 | 126.00 |
| OWSLEY CHEEK<br>740 ALBAR DR.<br>NASHVILLE, TN 37221 | 225.62 |
| EDWARD CHEN<br>1919 AVE. U<br>BROOKLYN, NY 11229 | 225.23 |
| MEI-CHIN CHEN<br>14404 SETTLERS LANDING WAY<br>N POTOMAC, MD 20878 | 189.00 |
| YANGMING CHU<br>549 WEST 123RD STREET<br>NEW YORK, NY 10027 | 470.29 |
| MARGARET A CHUMAN<br>320 MARCHE CHASE DR #130<br>EUGENE, OR 97401 | 106.60 |
| MARGARET A. CLEVELAND<br>106 HARBOR LAKE RD<br>RIDGELAND, MS 39157 | 112.39 |
| JAMES B COOK<br>9702 DETROIT<br>LUBBOCK, TX 79423 | 478.28 |
| LORNE T. CORTEZ<br>1215 WILLOW DR.<br>AUBURN, GA 30011 | 449.48 |
| CAROLYN S. CROUSE<br>310 N LINCOLN ST'<br>GREEN CITY, MO 63545-1079 | 233.28 |
| CZYWCZYNSKI LARRY J<br>RR2 BOX 75<br>BOWMAN, ND 58623 | 316.08 |

| | |
|---|---:|
| SMITH DAVID<br>25 RUE GRAND DUCAL<br>NEWPORT BEACH, CA 92660 | 466.21 |
| JASON N. DAVIDSON<br>20TH 5TH AVE. SE<br>CUT BANK, MT 59427 | 63.00 |
| SHEILA S. DEFATTA<br>11835 MEADOWVIEW DRIVE<br>CYPRESS, TX 77429 | 903.79 |
| XIAOHUI DIAO<br>1453 W TAYLOR ST<br>CHICAGO, IL 60607 | 218.30 |
| LINDA DICIOLLA<br>5410 WEST GALE CIRCLE<br>SMITHVILLE, MO 64089 | 220.50 |
| JOHN E. DICKENSON<br>118 N. INDEPENDENCE AVENUE<br>INDEPENDENCE, VA 24348 | 224.16 |
| MOLLY A. DICKENSON<br>210 GRANITE LANE<br>INDEPENDENCE, VA 24348 | 98.16 |
| PATRICIA A. DOBBS<br>1490 DAILY CHAPEL RD.<br>ONEONTA, AL 35121 | 225.04 |
| CARYN R. DYER<br>C/O CURTIS B. DYER<br>PO BOX 2100<br>CORPUS CHRISTI, TX 78403-2100 | 224.98 |
| CURTIS B. DYER<br>6714 PHAROAH<br>CORPUS CHRISTI, TX 78412 | 224.98 |
| BERNARD F. EARTHY<br>R.R.1, SITE 20, COMP. 9<br>SUMMERLAND, BC V0H1Z0<br>FOREIGN, FN 99999 | 459.91 |

| | |
|---|---|
| DAN P. ELLERBROEK<br>4235 NW HEESACKER RD<br>FOREST GROVE, OR 97116 | 526.44 |
| SHELLY ELLIOTT<br>BOX 33<br>CALHOUN, MO 65323 | 99.91 |
| CECILIA I. ERISMAN<br>P. O. BOX 511<br>SPRING HILL, KS 66083 | 504.01 |
| JEAN-PAUL FAY<br>901 N. VANGUARD ST<br>MC PHERSON, KS 67460-3112 | 189.00 |
| ANONA M. FIELD<br>2202 RIVER HAMMOCK LN<br>FT PIERCE, FL 34981 | 247.78 |
| PAMELA FLEMING<br>5224 ETON DRIVE<br>COLUMBUS, GA 31907 | 378.01 |
| RICHARD C. FLORES<br>415 MARGO<br>SAN ANTONIO, TX 78223 | 92.67 |
| LARRY M. FOSTER<br>1366 COUNTRY LANE<br>BELLINGHAM, WA 98225 | 75.86 |
| CHERIE L. FURBACK<br>1419-180TH AVE, NE<br>BELLEVUE, WA 98008 | 89.24 |
| MARGARET C. GADSBY<br>22 HAVENS AVE.<br>AUBURN, NY 13021 | 478.31 |
| EARLEY GARNEL<br>331 RALEIGH AVE.<br>WEIRTON, WV 26062 | 477.80 |
| DENISE L. DICK | 491.41 |

| | |
|---|---:|
| 3375 S. PARKMONT CT.<br>SPRINGFIELD, MO 65807 | |
| DENISE L. DICK<br>3375 S. PARKMONT CT.<br>SPRINGFIELD, MO 65807 | 104.55 |
| YVETTE M. GARRETT<br>3809 BAUVAIS<br>METAIRIE, LA 70001 | 195.30 |
| LARRY KEITH GIBSON<br>2649 JEFF DAVIS RD<br>THOMASTON, GA 30286 | 441.01 |
| JULIE M. GILMORE<br>7 E THIRD AVENUE<br>MALTA, MT  59538 | 189.00 |
| JOAN T. GREEN<br>815 OLIVE ST<br>CARTHAGE, MO 64836 | 715.69 |
| SURJIT K. GHOTRA<br>17464 AMBAUM BLVD S. #206<br>SEATTLE, WA 98148 | 491.41 |
| SANDRA M. GONSALVES<br>1539 ROULEAU<br>CALGARY, AB T2A 1Y8<br>CANADA | 510.12 |
| GRICE FRED W.<br>3607 PETERFORD DRIVE<br>GREENSBORO, NC 27405-9313 | 1,083.62 |
| GRICE FRED W.<br>3607 PETERFORD DRIVE<br>GREENSBORO, NC 27405-9313 | 378.01 |
| NANCY D. GROSS<br>610 DOGWOOD TR.<br>GADSDEW, AL 39901 | 477.05 |
| GRAHAM R HAINES<br>7296 HIDEAWAY LN | 471.96 |

| | |
|---|---:|
| CONCRETE, WA 98237-9458 | |
| JOANNE E. HAMPTON<br>625 VERANDA CT. #2144<br>GRAND PRAIRIE, TX 75050 | 960.14 |
| CATHERINE HARRIS<br>320 S. MAIN ST.<br>FAIRMONT, NC 28340 | 471.12 |
| GERALD D HARRIS<br>7700 SPRINGS LANE, APT B<br>NORCROSS, GA 30092 | 202.23 |
| RUTH L. HAYS<br>P.O. BOX 1528<br>CLEMSON, SC 29633 | 264.61 |
| DANA W. HICKMAN<br>209 GOVERNORS COURT<br>CARTERSVILLE, GA 30121 | 98.53 |
| JIM L HICKMAN<br>209 GOVERNORS COURT<br>CARTERSVILLE, GA 30121 | 477.05 |
| SANDRA B. HOLLEY<br>410 DRAYTON DRIVE<br>SELMA, AL 36701 | 478.56 |
| DAVID A. HOLT & KATHY J. HOLT<br>23162 MOSIER ROAD<br>SEDRO WOOLLEY, WA 98284-8288 | 126.00 |
| BRIAN G. HONNOLD<br>414 46TH PLACE<br>WEST DES MOINES, IA 50265-2967 | 225.54 |
| LEE CHU HSU<br>7836 ELM LEAF DRIVE<br>GERMANTOWN, TN 38138 | 477.11 |
| HUIXING HU<br>10803 GLENHURST PASS<br>DULUTH, GA 30097 | 1,083.62 |

| | |
|---|---:|
| HUIXING HU<br>10803 GLENHURST PASS<br>DULUTH, GA 30097 | 1,466.88 |
| ZHI RU HUANG<br>142-20 41 AVE #4C<br>FLUSHING, NY 11355 | 189.00 |
| **TOTAL** | 27,955.43 |

2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:   February 1, 2008

*/s/ Holmes P. Harden*
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300