UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

### REPORT ON UNCLAIMED DIVIDENDS

      HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

      1.      That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| RUDRESH BIHALLI<br>3380 RIVER SUMMIT TRAIL<br>DULUTH, GA 30097 | 441.01 |
| SANDY A. BILLINGER<br>1702 E. 25TH<br>HAYS, KS 67601 | 836.51 |
| KENNY J. BILLINGS<br>804 S. MAIN ST.<br>GALAX, VA 24333 | 98.03 |
| JIANG BIN<br>1700 BUTLER PIKE<br>APT. 36D<br>CONSHOHOCKEN, PA 19428 | 567.53 |
| BRUCE W. BINGHAM<br>2719 SHAUNTEL<br>PEARLAND, TX 77581 | 192.03 |
| GERMAINE A. BIRDWELL<br>333 W. CLAFLIN AVE. | 315.01 |

| | |
|---|---:|
| SALINA, KS 67401 | |
| CHAD & TINA BISHOP<br>5201 TOMAH CIRCLE<br>COLORADO SPRING, CO 80918 | 189.00 |
| STEPHEN J. BITGOOD<br>7640 PROVINCIAL DR., #207<br>MC LEAN, VA 22102 | 126.00 |
| JANIS O. BLACKBURN<br>2399 SHIRE COURT<br>AUSTELL, GA 30106 | 98.53 |
| BRENDA G. BLACKMON<br>4375 HOGAN ROAD<br>DEATSVILLE, AL 36022 | 441.01 |
| JOHN P. BLACKMON<br>253 HONEY SUCKLE RD.<br>SYLACAUGA, AL 35150 | 441.01 |
| JUDY D. BLACKMON<br>100 EDGEWOOD CIRCLE<br>ONEONTA, AL 35121 | 478.31 |
| CAROL A BLACKSTOCK<br>921 N BANNING<br>MARSHFIELD, MO 65706 | 105.02 |
| DARLENE G. BLACKWELL<br>3724 STEPHENS RD NE<br>APT. 89<br>CLEVELAND, TN 37312 | 63.00 |
| DAVID M. BLADT<br>18511 EGRET BAY APT. 206<br>HOUSTON, TX 77574 | 72.07 |
| JAMES C. BLAIR<br>129 RANCH LAND GAP<br>WILLIAMSON, GA 30292 | 189.00 |
| JOHN E. BLAIR<br>1506-B WINDWARD DRIVE<br>KILLEEN, TX 76543 | 92.80 |

| | |
|---|---:|
| JOHN P. & SUE E. BLAIR<br>245 TENTH FAIRWAY<br>ROSWELL, GA 30076 | 403.21 |
| DIANE H. BLAKE<br>401 POWELL ROAD<br>MARTIN, TN 38237 | 218.28 |
| PATRICIA E. BLANCHETTE<br>UNIT #1 -210 RAILWAY AVE. BOX 1087<br>ASHCROFT, BC V0K1A0<br>FOREIGN, FN 99999 | 479.20 |
| LISA J BLEDSOE<br>500 S. STREVELL AVE.<br>MILES CITY, MT 59301 | 210.93 |
| JUDY BLENKARN<br>201 E LYNDALE AVE #50-145<br>HELENA, MT 59601 | 126.00 |
| RANDY J. BLENKLE<br>417 NUGGET DR.<br>ROGUE RIVER, OR 97537 | 163.17 |
| CARL A. BLUMBERG<br>6504 WELCH AVENUE<br>FORT WORTH, TX 76133 | 211.50 |
| MARSHA F. BJORKLUND<br>2910 BLUFFVIEW DRIVE<br>GARLAND, TX 75043 | 459.91 |
| REGINA BODDY<br>343 WILLOW AVE.<br>BILOXI, MS 39531 | 93.31 |
| DEBRA S. BOLLING<br>1680 HASTINGS AVE. W.<br>PORT TOWNSEND, WA 98368 | 226.28 |
| MARY M. BOND<br>6581 AMBLESIDE DR.<br>COLS, OH 43229 | 477.55 |

| | |
|---|---|
| RAHNISHA T. BOONE<br>7050 JOHN T. WHITE RD. #1038<br>FORT WORTH, TX 76016 | 491.41 |
| RON & KAREN BOQUIST<br>188 BOROVEC ROAD<br>CHEHALIS, WA 98532-8714 | 189.00 |
| BETTY DR. BORSA<br>1104 ASCOTT VALLEY DR.<br>DULUTH, GA 30097 | 252.01 |
| LYNNE D. BOS<br>2190 SHEEPSHANK DR.<br>BELGRADE, MT 59714 | 441.01 |
| SALLY BOS<br>5427 HARBORTOWN DRIVE<br>DALLAS, TX 75287 | 63.00 |
| NAOMI K BOWERS<br>801 7TH STREET<br>HAVRE, MT 39501 | 476.29 |
| KERMIT A. BOWMAN<br>HOUSE #57, HWY 457<br>LECOMPTE, LA 71346 | 478.31 |
| MELINDA K. BOWMAN<br>304 S. JORDAN<br>MILES CITY, MT 59301 | 216.72 |
| RANDALL L. BOWMAN<br>307 F WELBORN STREET<br>THOMASVILLE, NC 27360 | 219.07 |
| MARTY W. BOYD<br>4510 BOB WALLACE AVE<br>HUNTSVILLE, AL 35805 | 411.02 |
| IRMA O. BOYER<br>1405 BOCA CHICA BLVD. #97<br>BROWNSVILLE, TX 78520 | 100.36 |
| BRENDA E. BOYKIN<br>8830 CLOISTER DRIVE, APT. B | 217.67 |

| | |
|---|---:|
| MYRTLE BEACH, SC 29575-4893 | |
| MICHAEL J. BRADLEY<br>985 COBBLERS CROSSING ROAD<br>ELGIN, IL 60120 | 491.41 |
| SUE B. BRADLEY<br>1760 PARSONS WAY<br>MYRTLE BEACH, SC 29575 | 466.21 |
| KELLI D. BRADSHAW<br>867 GARDEN OF EDEN<br>SEDRO VALLEY, WA 98284 | 189.00 |
| LARRY & CAROLYN BRALY<br>1519 WEST FAIRMONT<br>LONGVIEW, TX 75604 | 478.37 |
| GINNY N. BRANDENBURGER<br>1006 LONG<br>GARDEN CITY, KS 67846 | 408.11 |
| PAMELA A BRANUM<br>713 S MOORE RD HAMILTON<br>CHATTANOOGA, TN 37412 | 189.00 |
| MICHELE R. BRASHEAR<br>955 WATER ST.<br>PORT TOWNSEND, WA 98368 | 289.28 |
| BONI L. BRAUNBECK<br>1106 W. SPRING<br>LEWISTOWN, MT 59457 | 97.02 |
| ANNA BREAUX<br>979 LYDIA<br>ORANGE, TX 77632 | 226.43 |
| JOSH M. BRENNER<br>6712 HART DR.<br>KALAMAZOO, MI 49009 | 219.95 |
| SABRINA BRIDGES<br>307 GARNER ST.<br>THOMASTON, GA 30286 | 453.61 |

| | |
|---|---:|
| SAUL M. BRIDGES<br>1516 E. STEWART AVE<br>LAS VEGAS, NV 89101 | 441.01 |
| MURRY L. BROACH JR.<br>407 FOXWOOD DR.<br>W MONROE, LA 71291 | 224.54 |
| PAUL W. BROADBENT<br>100 HOLLOW TREE #1048<br>HOUSTON, TX 77090 | 226.36 |
| DRAKE A BRODAHL<br>623 S. BLAINE STREET<br>MOSCOW, ID 83843 | 245.70 |
| BEVERLY J. BROOKS<br>206 S. DEPOT STREET<br>PILOT MOUNTAIN, NC 27041 | 243.97 |
| CARRIE M. BROOKS<br>11D BROWN HOMES<br>OZARK, AL 36360 | 218.74 |
| MINIO F. BROUSE<br>8727 CLOVERLEAF DR.<br>HAYDEN LAKE, ID 83835 | 477.55 |
| BART A. BROWN<br>143 OLD PUMP COURT<br>MONTGOMERY, AL 36117 | 478.31 |
| BETTY R. BROWN<br>701 LEGACY #1515<br>PLANO, TX 75023 | 252.01 |
| DEBBIE S. BROWN<br>3100 CHARRING CROSS<br>PLANO, TX 75025 | 1,458.61 |
| HORACE E. BROWN<br>701 LEGACY #1515<br>PLANO, TX 75023 | 189.00 |
| JUDITH A BROWN<br>1640 TANDA LANE | 566.26 |

| | |
|---|---:|
| WENATCHEE, WA 98801 | |
| JULIE BROWN<br>1240 12TH STREET<br>HAVRE, MT 59501 | 453.61 |
| KIM A. BROWN<br>RR1 BOX 605<br>BIG SANDY, MT 59520 | 74.34 |
| ROBERT T. BROWN<br>3651 BROOKVIEW<br>CASPER, WY 82604 | 400.30 |
| RUSSELL D. BROWN<br>ROUTE 2, BOX 369<br>NEW BOSTON, TX 75570 | 63.00 |
| SHAYLEEN BROWN<br>P.O. BOX 923<br>MANHATTAN, KS 66505-0923 | 63.01 |
| WILLIAM J. BROWN<br>4414 WINN ROAD #1<br>MONROE, LA 71202-9585 | 258.31 |
| BEVERLY BRUBAKER<br>8021 SO. CEDAR ST.<br>LITTLETON, CO 80120 | 477.24 |
| AMY M. BRUMFIELD<br>629 COPAL ST.<br>MANDEVILLE, LA 70448 | 189.00 |
| ANN H. BRUSICH<br>5430 SILK OAK WAY<br>SUGAR HILL, GA 30518 | 189.00 |
| BILL BRYANT, JR.<br>122 SPRING VALLEY ROAD<br>NASHVILLE, TN 37214 | 189.01 |
| BOB D. BRYANT<br>108 MORELAND DR.<br>NACOGDOCHES, TX 75961 | 472.57 |

| Name and Address | Amount |
|---|---|
| KAREN S. BRYANT<br>13 CARDINAL COURT<br>STOCKBRIDGE, GA 30281 | 98.28 |
| TIM D. BRYANT<br>1324 PRUITT HILL DRIVE #304<br>NACOGDOCHES, TX 75961 | 220.06 |
| WILLIAM R. BUBB<br>7627 EAST 37TH ST. N #2504<br>WICHITA, KS 67226 | 441.01 |
| PETER A. BUCHBERGER<br>955 WATER ST.<br>PORT TOWNSEND, WA 98368 | 225.11 |
| SEAN R. BUDDENHAGEN<br>RR 1 BOX 102<br>BRONAUGH, MO 64728 | 230.06 |
| RUBY J. BUFORD<br>RT 5 BOX 24<br>GORDO, AL 35466 | 303.92 |
| SALLY J. BUGANSKI<br>332 E. LAUDER LN.<br>CAMANO ISLAND, WA 98292 | 189.00 |
| NANCY L. BULLOCK<br>2308 WICKERSHAM LN., APT. 1806<br>AUSTIN, TX 78741 | 93.54 |
| GUSTAVO B. BULLON<br>12 KINGSPORT DRIVE<br>SCHAUMBURG, IL 60193 | 63.00 |
| MICHAEL BUONO<br>50 S. U.S. HWY. 1, SUITE 313<br>JUPITER, FL 33477 | 529.21 |
| ALAN L. BURCH<br>3203 HILLCREST<br>HAYS, KS 67601 | 189.00 |
| GEORGE D. BURGESS<br>P.O. BOX 7077 | 320.51 |

| | |
|---|---:|
| CHANDLER, AZ 85246 | |
| BURKE EARL S<br>2353 KENTUCK WAY<br>NORTH BEND, OR 97459 | 246.21 |
| BARBARA L. BURLESON<br>2010 SANTE FE APT. 125<br>WICHITA FALLS, TX 76309 | 226.30 |
| LILLIAN P. BURNETT<br>9045 W. HATCHER RD.<br>PEORIA, AZ 85345 | 90.72 |
| CYNTHIA B. BURNS<br>9711 SMOKEFEATHER LN.<br>DALLAS, TX 75243 | 472.07 |
| ROGER L. BURRIS<br>20430 63RD PLACE WEST<br>LYNNWOOD, WA 98036 | 378.01 |
| DAVID BURT<br>1939 GREEN RD #210<br>CLEVELAND, OH 44121 | 160.20 |
| LYDIA A. BURTON<br>12490 QUIVIRA #2511<br>OVERLAND PARK, KS 66213 | 477.99 |
| RYAN J BUSHNELL<br>7300 STATE AVE APT 516<br>KANSAS CITY, KS 66112 | 477.99 |
| JULISSA BUSTAMANTE<br>2499 W. SACATON RD<br>PECOS, TX 79772 | 111.12 |
| JUDY BYRD<br>530 WARNER STREET #4<br>SEDRO, WA 98284 | 478.26 |
| TOTAL | 28,752.49 |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    February 4, 2008

*[signature]*
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300