UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

         HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

        1.     That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| LONNI ADAMS<br>5093 SE INKWOOD WAY<br>HOBE SOUND, FL 33455 | 508.04 |
| EMMANUEL & FRANCES BOBADILLA<br>8157 DELRIDGE WAY, S.W., #3<br>SEATTLE, WA 98106 | 478.46 |
| BRANDON K. CABLE<br>3532 THANTON S.E.<br>ALBUQUERQUE, NM 87106 | 705.61 |
| CAROLE R. CACCIATORE<br>319 HOMEWOOD AV.<br>TROY, AL 36081 | 541.05 |
| YING CAI<br>30 SOUTH ADELAIDE AVENUE<br>APT, F<br>HIGHLAND PARK, NJ 08904 | 508.76 |
| ALBERT WILLIAM CAIAZZA<br>136 LAFAYETTE AVENUE | 225.80 |

| | |
|---|---|
| ANNAPOLIS, MD 21401 | |
| KRISTIN R. CALCUT<br>12910 S.E. 240TH APT. H-8<br>KENT, WA 98031 | 472.51 |
| RICHARD G. CALDWELL<br>3800 OLDE MOSS<br>SCHERTZ, TX 78154 | 255.74 |
| SETH T CALKINS<br>816 AVENUE B<br>BILLINGS, MT 59102 | 50.40 |
| ALFONSO CALVANESE<br>166 ALTHEA ST.<br>WEST SPRINGFIEL, MA 01089 | 477.55 |
| S. GENE CALVERT<br>4525 PENTLALLA PT.<br>LEXINGTON, KY 40515 | 477.90 |
| STACEY R CALVERT<br>4525 PENTLALLA PT<br>LEXINGTON, KY 40515 | 414.80 |
| JOHN E. CAMERON<br>4515 ALAMO DRIVE<br>WICHITA FALLS, TX 76302 | 100.36 |
| JUDITH C. CAMPBELL<br>975 HOLLY LANE<br>CANTON, GA 30115 | 107.31 |
| ANNEKA CANNELLA<br>103 JANEZ PLACE<br>PINEVILLE, LA 71360 | 19.84 |
| CARLOS CANTU<br>733 S. PARKER RD.<br>LA FERIA, TX 78559 | 226.37 |
| SUYI CAO<br>133-B DUMBATON ROAD<br>BALTIMORE, MD 21212 | 441.01 |

| | |
|---|---:|
| YILIN CAO<br>67 FRANK ST. APT #173<br>WORCESTER, MA 1604 | 189.00 |
| YUYING CAO<br>5713 S. GRANT ST. #F<br>HINSDALE, IL 60521 | 441.01 |
| HERMAN J. CAPERS JR.<br>15 SPLIT TREE RD.<br>SCARSDALE, NY 10583 | 441.01 |
| LUPITA CAPISTRAN<br>RT.10 BOX 138<br>SAN BENITO, TX 78586 | 93.16 |
| GORDON C. CAREY<br>205-2349 JAMES WHITE BLVD.<br>SIDNEY, BC V8L 1Z7<br>FOREIGN, FN 99999 | 63.00 |
| RETA L. CARNEY<br>5419 BEVERLY LANE<br>EVERETT, WA 98203 | 297.57 |
| GUY M. CARPENTER<br>1778 HILL COURT<br>BURLINGTON, WA 98233 | 478.26 |
| KATHY CARPENTER<br>2941 DIMRILL STAIR<br>MANHATTAN, KS 66503 | 471.29 |
| ELIZABETH A. CARR<br>1973 HWY 138 N.<br>CONYERS, GA 30208 | 477.80 |
| J. BARRETT CARTER<br>2158 CUMBERLAND PARKWAY #10206<br>ATLANTA, GA 30339 | 441.01 |
| MARILYN CARVER<br>POST OFFICE BOX 111<br>O BRIEN, TX 79539 | 100.11 |
| CARLOS S. CASAVANTES JR. | 189.00 |

| | |
|---|---|
| 2233 WALDRON<br>CORPUS CHRISTI, TX 78418 | |
| PATRICIA A CASE<br>16800 E 152 AVE<br>BRIGHTEN, CO 80601 | 99.37 |
| RICHARD M. CASELLO<br>POST OFFICE BOX 322<br>MARYSVILLE, WA 98270 | 378.01 |
| DON F. CASHMAN<br>RT 2 BOX 145<br>VERSAILLES, MO 65084 | 441.01 |
| DON F. CASHMAN JR.<br>200 SOUTH VANBUREN ST.<br>VERSAILLES, MO 65084 | 189.00 |
| NANCY L. CASTILLO<br>RT. 1 BOX 2100<br>DONNA, TX 78537 | 226.36 |
| FRANK J CATANIA<br>RT 2 BOX 164<br>BELLEVUE, TX 76228 | 63.00 |
| RUTH M. CAVANAGH<br>39D FOX MEADOW ROAD<br>LEOMINISTER, MA 1453 | 257.86 |
| SCOTT P CEDRO<br>115 ST STEPHENS ST #58<br>BOSTON, MA 2115 | 441.01 |
| YUE MEI CEN<br>1369 67TH STREET<br>BROOKLYN, NY 11219 | 63.00 |
| SHIRLEEN CELMER<br>1015 AOLOA PLACE #331<br>KAILUA, HI 96734 | 177.54 |
| ANSLEY WATSON CHAMBERS<br>141 HARBOR LN<br>TOWNVILLE, SC 29689 | 99.79 |

| | |
|---|---:|
| BRENDA A. CHAMBLEY<br>1321 MOUNTAIN BROOK DRIVE<br>THOMASTON, GA 30286 | 63.01 |
| ANGELA K. CHAN<br>116 S. CHAPEL AVE APT L<br>ALHAMBRA, CA 91801 | 447.31 |
| GEE-SING CHAN<br>4325 HWY 55<br>DURHAM, NC 27713 | 469.86 |
| NANCY CHAN<br>22 RUBINSTEIN ST., APT. N1<br>STATEN ISLAND, NY 10305 | 310.97 |
| SHIOW L. CHAN<br>22 RUBENSTEIN ST. #C<br>STATEN ISLAND, NY 10305 | 201.60 |
| YIN WAN CHAN<br>1519 ROCKAWAY PARKWAY<br>BROOKLYN, NY 11236 | 441.01 |
| ALICE CHANG<br>22 RUBENSTEIN ST. #C<br>STATEN ISLAND, NY 10305 | 403.21 |
| EDMOND CHANG<br>145 GIBBS<br>NEWTON, MA 2159 | 83.74 |
| HYEJIN CHANG<br>10824 SE. 241ST. PL. #K201<br>KENT, WA 98031 | 226.25 |
| JANE CHANG<br>54 SHADY LANE<br>FANWOOD, NJ 7023 | 504.01 |
| CHARLES E CHAPIN<br>73556 363 ST<br>KIMBALL, MN 55353 | 558.10 |
| ANNEMARIE CHARNLEY | 92.23 |

| | |
|---|---:|
| 309 CHRISTMAS TREE LANE<br>PANAMA CITY BEA, FL 32413 | |
| ROBERT C. CHASE<br>425 CHUCKANUT DR. N. #32<br>BELLINGHAM, WA 98226 | 478.26 |
| JANE E. CHASSEY<br>1514 AZALEA DR.<br>ST LOUIS, MO 63119 | 378.01 |
| CHRISTINA M. CHAVEZ<br>4635 NW 78ST<br>KANSAS CITY, MO 64151 | 225.99 |
| KAREN L. CHAVIERS<br>896-B FM 980<br>HUNTSVILLE, TX 77340 | 195.30 |
| HAI YAN CHEN<br>254 LORD BRYON LANE<br>COCKEYSVILLE, MD 21030 | 509.05 |
| HONGTAO CHEN<br>8109 COLQUITT RD. #F<br>DUNWOODY, GA 30350 | 63.00 |
| HUA CHEN<br>1921 BRUNSON APT 2<br>HOUSTON, TX 77030 | 320.05 |
| JIANGNAN CHEN<br>254 LORD BYRON LN.<br>COCKEYSVILLE, MD 21030 | 441.01 |
| JIN HUI CHEN<br>140-65 BEECH AVE. APT. 6B<br>FLUSHING, NY 11355-2848 | 189.00 |
| SHU-HUA CHEN<br>1802 EDISON GLEN TERRACE<br>EDISON, NJ 8837 | 189.00 |
| YUN GUANG CHEN<br>25 PELL ST., APT. #2R<br>NEW YORK, NY 10013 | 477.11 |

| | | |
|---|---|---|
| PO HUNG CHEUNG<br>80 BRENTOOD ST.<br>ALLSTON, MA 02134 | | 477.11 |
| YUAN CHENG<br>22 RUBINSTEIN ST. APT Z<br>STATEN ISLAND, NY 10305 | | 441.01 |
| KARRON G. CHESTER<br>2017 PALMETTO DUNES COURT<br>DULUTH, GA 30155 | | 453.61 |
| KATRINA L CHEVALIER<br>1316 DAWN CT<br>AZLE, TX 76020 | | 899.66 |
| LOUISE CHIBURIS<br>6010 H-STREET<br>OMAHA, NE 68117 | | 63.00 |
| DENA K. CHILDERS<br>510 SAYLES<br>ABILENE, TX 79605 | | 109.34 |
| BEVERLY A. CHILTON<br>1585 WESTCHESTER LN.<br>MOBILE, AL 36695 | | 630.01 |
| CHINA AMERICA ENTERPRISE SVS<br>22 RUBINSTEIN STREET, 3RD FL<br>STATEN ISLAND, NY 10305 | | 453.61 |
| MEI-YU CHIU<br>8877 A PAISLEY DR N E<br>SEATTLE, WA 98115 | | 441.01 |
| DIANA CHIZHEVSKAYA<br>39821 CEDAR BLVD.# 304<br>NEWARK, CA 94560 | | 296.17 |
| CHOICE AUTO REPAIR SERVICE<br>304 STATE STREET<br>SEDRO WOOLLEY, WA 98284 | | 63.00 |
| NGOOKLAN CHONG | | 63.00 |

| | |
|---|---|
| 147-37 ROOSEVELT APT#1 G<br>FLUSHING, NY 11354 | |
| ELMER E. CHRISTNER<br>3015 ELIZABETH<br>BELLINGHAM, WA 98225 | 63.00 |
| ELAINE CHU<br>6300 RANCHESTER DR. #206A<br>HOUSTON, TX 77036 | 189.00 |
| KRISTINE CHUBB<br>4672 GOLD STRIKE CT.<br>RENO, NV 89511 | 189.00 |
| CHUN B. CHUI<br>1277 7TH AVE.<br>SAN FRANSISCO, CA 94122 | 441.01 |
| KAREN A. CLARK<br>292 BLACK HAWK LANE<br>BELGRADE, MT 59714 | 101.76 |
| KIRK B. CLARK<br>102 WEST WALNUT<br>ANAMOSA, IA 52205 | 476.29 |
| ROGER CLARK<br>P.O. BOX 1961<br>GARDEN CITY, KS 67846 | 471.25 |
| SADIE B. CLARK<br>22 RUBINSTEIN STREET<br>STATEN ISLAND, NY 10305 | 201.61 |
| CAROL L. CLARKE<br>551 CLOVERBROOK DRIVE<br>EPHRATA, PA 17522 | 63.00 |
| LARRY D. CLAYTON<br>PO BOX 1562<br>RED OAK, TX 75154 | 226.36 |
| RIP CLAYTON<br>215 WHITE BRIDGE ROAD<br>NASHVILLE, TN 37209 | 99.23 |

| | | |
|---|---|---|
| PATRICIA J. CLELAND<br>5798 EAST LAKE DRIVE<br>HASLETT, MI 48840 | | 478.31 |
| KENNETH V. CLENDENIN<br>PARKVIEW CIRCLE LOT #7<br>PILOT MTN, NC 27041 | | 224.54 |
| WILLIAM D. CLENNEY<br>5359 VINELAND RD.<br>ORLANDO, FL 32811 | | 239.66 |
| MARK S. CLEVENGER<br>1781 E. HWY 69 SUITE 7-158<br>PRESCOTT, AZ 86301 | | 218.55 |
| YOLANDA G. CLIFTON<br>4934 FRANKLIN<br>CORPUS CHRISTI, TX 78415 | | 476.98 |
| SHELBY C. CLODFELTER<br>2515 G MERRITT DRIVE<br>GREENSBORO, NC 27407 | | 239.78 |
| SHERI J. CLUNAN<br>437 ARBOR STATION DR.<br>LONG BEACH, MS 39560 | | 224.54 |
| FAYE B. COATES<br>2919 NORTH COLONIAL DRIVE<br>MONTGOMERY, AL 36111 | | 477.55 |
| NATALIE K. COBURN<br>5845 DANA ROGERS DR<br>LAS VEGAS, NV 89110 | | 189.00 |
| ROBERT W. COCKBURN<br>5752 ASHWORTH AVENUE N.<br>SEATTLE, WA 98103 | | 476.79 |
| CHRIS W. COCKERHAM<br>1005 BATTLEGROUND AVE.<br>GREENSBORO, NC 27408 | | 217.86 |
| LANA G COCKRUM | | 99.66 |

| | |
|---|---|
| NO. 10 COURT SQUARE<br>GAINESVILLE, MO 65655 | |
| RAYMUND CODINA<br>15902 BROAD OAK CT.<br>TOMBALL, TX 77375 | 453.61 |
| DONALD K. CODY<br>1800 S. 17TH<br>MT VERNON, WA 98273 | 478.26 |
| COEFIELD JULIE L.<br>757 DOMINGO DRIVE, #D<br>NEWPORT BEACH, CA 92660 | 603.56 |
| DEAN COELING<br>6681 N. WENTWARD CT.<br>HUDSONVILLE, MI 49426 | 189.00 |
| JUDSON D. COESTER<br>1006 N. CHURCH<br>OLATHE, KS 66061 | 477.99 |
| SUE A. COFFMAN<br>C/O SUDA VENTURES<br>14200 1ST AVE. S, #338<br>BURIEN, WA 98168 | 89.23 |
| SHARON W. COGAN<br>806 CRAWFORD AVENUE<br>ENTERPRISE, AL 36330 | 504.01 |
| BILLY J COKER<br>1622 SIBERT DR<br>GIENCOE, AL 35905 | 477.05 |
| SCOTT D. COLE<br>159 CEDAR CREEK ROAD<br>ACWORTH, GA 30101 | 477.80 |
| DIANA D. COLEMAN<br>ROUTE 1 BOX 52<br>MARLOW, OK 73055 | 444.79 |
| JUDY H. COLEMAN<br>1 LEDGE EAST | 519.00 |

| | |
|---|---|
| GLEN, NH 3838 | |
| SYDNEY R. COLES<br>3404 GEMINI DRIVE<br>RALEIGH, NC 27604 | 226.05 |
| STACEY COLL<br>706 LEICESTER LANE<br>HOUSTON, TX 77034 | 100.36 |
| DEAN R. COLLINS<br>411 CHESSINGTON CIRCLE<br>SUMMERVILLE, SC 29485 | 449.83 |
| ROBERT E. COLLINS<br>110 MONROE AVE # 1103<br>MEMPHIS, TN 38103 | 92.81 |
| CHERIE E COLON<br>2051 CAROUSEL<br>HOLLISTER, CA 95023 | 81.90 |
| CARL M COMBA<br>1022 SANTA FE<br>SCOTT CITY, KS 67871 | 224.51 |
| MICHAEL L. COMPTON<br>6026 CURTIS CT.<br>ANACORTES, WA 98221 | 441.01 |
| SHARON G. COMPTON<br>RT 1 BOX 207A SULLIVAN RD.<br>HOLLAND, TX 76534 | 226.36 |
| COMPUTER TECHNOLOGIES INC.<br>3551 WINTROP DRIVE<br>LEXINGTON, KY 40533 | 93.75 |
| DAVID L. CONDER<br>2855 W. ROME AVE.<br>ANAHEIM, CA 92804 | 267.30 |
| ROBERT D.S. CONDIT<br>DIANE CONDIT<br>3375 BUCKINGHAMMOCK DR.<br>VERO BEACH, FL 32960 | 291.23 |

| | | |
|---|---|---|
| HARRY T. CONDRON<br>1645B MERCURY DR.<br>VALDOSTA, GA 31605 | | 469.99 |
| JELSEY V CONLEY<br>810 SE PARKSIDE PLACE<br>COLLEGE PLACE, WA 99324 | | 262.77 |
| SHARON CONLEY<br>1278 LIBERTY WAY<br>COLLEGE PLACE, WA 99362 | | 523.76 |
| TIMOTHY J. CONNER<br>1531 SOUTH HICKORY, APT # 6<br>OTTAWA, KS 66067 | | 997.73 |
| BEVERLY A. COOK<br>65522 77TH AVE.<br>HARTFORD, MI 49057 | | 91.99 |
| ERNESTINE M COOK<br>4720 STALLCUP<br>MESQUITE, TX 75150 | | 63.00 |
| GREG J. COOK<br>5185 REDLAND RD.<br>FRANKLIN, GA 30217 | | 419.82 |
| KENNETH C. COONC<br>804 METCALF ST.<br>SEDRO WOOLLEY, WA 98284 | | 136.08 |
| AVIS S. COOPER<br>802 THICKET WAY<br>DECATUR, GA 30035 | | 98.53 |
| L BANCROFT COOPER<br>2600 OLD HWY 231 N<br>TROY, AL 36079 | | 478.05 |
| KEVIN W. COOPER<br>1779 DUCHAMP #3<br>BROUSSARD, LA 70518 | | 441.01 |
| ROBERT JR. J. COOPER | | 441.01 |

| | |
|---|---:|
| 1779 DUCHAMP #3<br>BROUSSARD, LA 70518 | |
| CRAIG A. CORBETT<br>ROUTE 3, BOX 381-F<br>METTER, GA 30439 | 225.80 |
| ROGER CORBIN<br>200 W. RAILWAY<br>MIDLOTHIAN, TX 76065 | 501.74 |
| MARTHA M. CORDEIRO<br>5054 S. CHARLESTON<br>SPRINGFIELD, MO 65804 | 258.36 |
| CORNELISON LEANNE R<br>2125 S. TOME RD. APT. 113<br>ARLINGTON HEIGH, IL 60005 | 477.83 |
| AMY T. CORNETT<br>103 WESTWOOD CHATEAU DRIVE<br>MARION, NC 28752 | 224.54 |
| STACY L. COSTA<br>1381 HIGHLAND DRIVE<br>HOLLISTER, CA 95023 | 63.00 |
| VIRGIL J. COTTINI<br>225 GREEN KNOLL LN.<br>STREAMWOOD, IL 60107 | 63.00 |
| VICKIE J. COUGHLIN<br>600 WEST 4TH<br>ANACONDA, MT 59711 | 223.02 |
| BOBBIE J. COURSON<br>2475 SEMINOLE TRAIL<br>WAYCROSS, GA 31501 | 219.50 |
| JONALEE COYLE<br>558 BLACKSTRAP RETREAT<br>MT PLEASANT, SC 29464 | 224.54 |
| GUYLA L. CRAFT<br>2512 SOUTH DRIVE<br>NORTH LITTLE RO, AR 72118 | 216.72 |

| | |
|---|---:|
| KAREN J. CRAFT<br>2570 HAMPSTEAD DRIVE<br>BIRMINGHAM, AL 35235 | 225.80 |
| SUSAN A. CRAIN<br>1309 RIMROCK ROAD<br>BILLINGS, MT 59102 | 539.29 |
| JOSHUA J. CRANMER<br>222 CRAWFORD ST.<br>CLAY CENTER, KS 67432 | 441.01 |
| TTEE BETTY A CRAWFORD<br>1429 JULIE DR.<br>WAMEGO, KS 66547 | 478.00 |
| JANET L. CRAWFORD<br>507 MEADOW DR.<br>HAYS, KS 67601 | 345.10 |
| CHARLENE M. CREEKMUR<br>103 LINKSIDE COURT<br>WOODSTOCK, GA 30189 | 189.00 |
| CHARLOTTE N. CREELY<br>343 WILLOW AVE.<br>BILOXI, MS 39531 | 112.21 |
| THEODORE D. CROCCO JR.<br>124 E. OAKHILL DR.<br>FLORENCE, AL 35633 | 479.72 |
| STANLEY J. CROCHET JR.<br>1334 SHADYBROOK DR.<br>BATON ROUGE, LA 70816 | 189.00 |
| MIKE J. CROSSER<br>34 NO. WALNUT<br>DILLON, MT 59725 | 189.00 |
| NADINE CROUCH<br>828 TRACY LANE<br>MOUNT VERNON, MO 65712 | 99.79 |
| JEAN CROW | 415.30 |

| | |
|---|---:|
| 400 COOKE APT. 12<br>NOCONA, TX 76255 | |
| DEREK A. CROWE<br>26 FIR LANE<br>CARTHAGE, MO 64836 | 226.04 |
| DARLA L. CRUMP<br>RT. 3 BOX 172 J<br>AMITY, AR 71921 | 224.54 |
| XIAOYING CUI<br>1735 ASHLEY HALL RD. #362<br>CHARLESTON, SC 29407 | 447.31 |
| SANDY J CUMMINS<br>1300 W. BRIER<br>DODGE CITY, KS 67801 | 98.64 |
| BERNI J. CUNNINGHAM<br>2837 S.W. MAXFIELD<br>TOPEKA, KS 66614 | 225.82 |
| PATRICIA C CUNNINGHAM<br>44 PEMBROKE DRIVE<br>MENDHAM, NJ 7945 | 477.80 |
| CLAUDE F CUPP<br>4612 SEAGRAVES DR<br>JOPLIN, MO 64804 | 955.65 |
| JEFF CURTIS<br>1115 EASTON AVE.<br>BELLINGHAM, WA 98225 | 100.25 |
| ARTHUR J. CUSHING<br>308 E. 34TH AVE.<br>COVINGTON, LA 70433 | 63.00 |
| RICHARD CYSEWSKI<br>323 106TH STREET SE<br>EVERETT, WA 98208 | 567.01 |
| **TOTAL** | 51,292.50 |

2.    That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    February 5, 2008

Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300