UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

### REPORT ON UNCLAIMED DIVIDENDS

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| LINDA K. DAGOSTINO<br>P.O. BOX 759<br>TITUSVILLE, FL 32781 | 396.91 |
| TRAN K. DAIGLE<br>126 WILD IRIS DR.<br>EVANGELINE, LA 70537 | 99.29 |
| GAIL C. DAIGRE<br>635 BAYOU TORTUE RD.<br>NEW IBERIA, LA 70560 | 100.05 |
| PATRICIA J. DALEY<br>RT. BOX 1096<br>ANDERSON, TX 77830 | 225.10 |
| C. JENNALYN DALRYMPLE<br>104 PEAFOWL DRIVE<br>BLYTHEWOOD, SC 29016 | 158.44 |
| LOU J. DAMELIO<br>14846 JEFFERSON STREET<br>ANACORTES, WA 98221 | 478.05 |

| | |
|---|---:|
| WINONA D DANCER<br>1128 ANDREW ST.<br>CROWLEY, TX 76036 | 510.46 |
| DIANNA DANDURAND<br>657 WINTER HILL LANE<br>LEXINGTON, KY 40509 | 63.00 |
| DANNA R. DANDURAND<br>657 WINTER HILL LANE<br>LEXINGTON, KY 40509 | 211.31 |
| SHARI B DANIEL<br>2069 HUNTERS BRANCH CT<br>LAWRENCEVILLE, GA 30243 | 378.01 |
| HUGH W. DANIELS JR<br>15719 E. 4TH #67<br>VERADALE, WA 99037 | 63.00 |
| CARLA M. DANIELSON<br>1101 HILTY RD.<br>COLFAX, WA 99111 | 563.20 |
| DAGFINN DANKERTSON<br>7149-30TH S.W.<br>SEATTLE, WA 98126 | 106.60 |
| JUDY W. DARNELL<br>6007 HIGHCOURT PLACE<br>DALLAS, TX 75240 | 478.37 |
| GAYLE L. DAVIS<br>PO BOX 3534<br>ARLINGTON, WA 98223 | 63.00 |
| JEFF R. DAVIS<br>70425 K STREET<br>COVINGTON, LA 70433 | 244.01 |
| JULIE M DAVIS<br>1919 ROBERTS LANE<br>LAWRENCEVILLE, GA 30243 | 378.01 |
| LEIGH L. DAVIS | 345.12 |

| | |
|---|---:|
| 25 MOUNTAIN BRIAR<br>BURLINGTON, CT 06013 | |
| MARSHA C. DAVIS<br>113 HAYWOOD AVE.<br>ROCKINGHAM, NC 28379 | 225.80 |
| PHILIP M DAVIS<br>PO BOX 1050<br>SUTTER CREEK, CA 95685 | 477.05 |
| ELIJAH DAWSON JR.<br>102 WILSHIRE CT.<br>IRVING, TX 75060 | 471.17 |
| JEFFERY P DAWSON<br>204 SANDTA FE TRAIL #3004<br>IRVING, TX 75063 | 85.68 |
| LIZA DAYLEG<br>22 RUBINSTEIN STREET APT L1<br>STATEN ISLAND, NY 10305 | 201.60 |
| ARCH R. DE CASTRIQUE<br>8232 BELLFIELD PL.<br>CHARLOTTE, NC 28270 | 163.80 |
| DE HAI LIANGHAO TRADING CORP<br>25 PELL ST., #3B<br>NEW YORK, NY 10013 | 441.01 |
| WILSON DEAN<br>4103 225PL SW<br>MOUNTLAKE TERRA, WA 98043 | 108.45 |
| VERNON P. DEADMOND<br>89 OLD ALHAMBRA RD.<br>CLANCY, MT 59634 | 441.01 |
| WENDELL A DEADMOND<br>6 ASPEN LANE<br>CLANCY, MT 59634 | 340.21 |
| CEDRIC M. DEBARDELABEN<br>27 BURLINGTON<br>BEAUFORT, SC 29902 | 378.01 |

| Name and Address | Amount |
|---|---|
| DENISE M. DECAP<br>PO BOX 535<br>LAFLECHE, SK S0H2K0<br>FOREIGN, FN 99999 | 33.04 |
| BRIAN DECHANT<br>1310 E. 13TH AVE.<br>HUTCHINSON, KS 67501 | 345.24 |
| KATHY C. DECKER<br>208 ADAMS STREET<br>PARK HILLS, MO 63601 | 110.61 |
| MARI L. DECLEMENTS<br>9801 176TH ST. S.E<br>SNOHOMISH, WA 98290 | 434.56 |
| DENNIS W. DEKING<br>1880 NORTH HILLS ROAD<br>SPRAGUE, WA 99032 | 63.00 |
| KELLY N. DEKRAMER<br>124 BLUE LAKES BLVD. SUITE #10<br>TWIN FALLS, ID 83301 | 189.01 |
| EVELYN DELANEY<br>9 DEER LANE<br>IVORYTON, CT 6442 | 98.29 |
| SHERRI D. DELAY<br>12424 N. FAIRWOOD DR. #5<br>SPOKANE, WA 99218 | 478.26 |
| TRACI DELEON<br>1001 HARBOR LIGHTS<br>CORPUS CHRISTI, TX 78412 | 218.68 |
| STEVE & DENISE DELISLE<br>6618 SAHARA DRIVE<br>CORPUS CHRISTI, TX 78412 | 478.24 |
| C. LEWIS DEMASTERS<br>3340 CREEK HOLLOW DR.<br>MARIETTA, GA 30062 | 471.12 |

| | |
|---|---:|
| LEI DENG<br>88-30 51TH AVE 1A<br>ELMHURST, NY 11373 | 195.30 |
| KATHERINE W. DENNEY<br>54200 E. #249 ROAD<br>AFTON, OK 74331 | 189.00 |
| TIM M. DENNY<br>RT.#1 BOX 206<br>PILOT MOUNTAIN, NC 27041 | 209.17 |
| RICHELLE R. DEO<br>410 WEST CHERRY<br>POTTERVILLE, MI 48876 | 477.80 |
| JOHN A. DEPP<br>317 KARLA KT.<br>MARTINSBURG, WV 25401 | 518.68 |
| TUISHA DESAI<br>POST OFFICE BOX 6146<br>LAWRENCEVILLE, NJ 08648 | 508.04 |
| UMA DESAI<br>POST OFFICE BOX 6146<br>LAWRENCEVILLE, NJ 08648 | 508.05 |
| JASON D. DESJARLAIS<br>1810 A OAK PLACE<br>MCKINLEYVILLE, CA 95519 | 511.57 |
| JUDY G DESJARLAIS<br>1903 JEROME PL #3<br>HELENA, MT 59601 | 224.29 |
| DUANE J. DESMARTEAU<br>240 N. ROCK ROAD SU 307<br>WICHITA, KS 67206 | 478.15 |
| RICK DESSING<br>1310 C STREET<br>BUTTE, MT 59701 | 187.85 |
| NORBERT DEUTSCHER<br>891 ELLIS AVE. | 92.21 |

| Name / Address | Amount |
|---|---|
| ELLIS, KS 67637 | |
| WANDA R. DEUTSCHER<br>715 WEST 10TH<br>ELLIS, KS 67637 | 408.10 |
| AMELIA H. DEWITT<br>102 FOXBOROUGH ROAD<br>GOOSE CREEK, SC 29445 | 224.54 |
| MALKIT S. DHALIWAL<br>2625 QUILCHENA AVENUE<br>MERRITT, BC V1K1A4<br>FOREIGN, FN 99999 | 672.86 |
| AN DI<br>5713 S. GRANT ST. #F<br>HINSDALE, IL 60521 | 441.01 |
| JENNIFER A. DIEDRICH<br>6020 GABLES LANE<br>ATLANTA, GA 30350 | 98.53 |
| MICHAEL G. DILLARD<br>3453 NORTH DRUID HILLS ROAD, APT. I<br>DECATUR, GA 30033 | 224.79 |
| HONG DING<br>147-37 ROOSEVELT APT #1 G<br>FLUSHING, NY 11354 | 189.00 |
| SHUHAI DING<br>22 RUBINSTEIN STREET APT D1<br>STATEN ISLAND, NY 10305 | 453.61 |
| JANICE L. DIVAN<br>204 SOUTH CHICAGO STREET<br>SIDELL, IL 61876 | 189.00 |
| ORVAL W. DJALA<br>899 WINLOCK VADER RD.<br>WINLOCK, WA 98596 | 565.23 |
| CHARLES L. DODSON<br>7401 BRAMPTON COURT<br>MONTGOMERY, AL 36117 | 441.01 |

| Name/Address | Amount |
|---|---:|
| NETA E. DODSON<br>CEMETARY LANE<br>CAYUGA, NY 13034 | 126.00 |
| KAREN K. DOERZAPH<br>3228 FERNAN TERRACE DRIVE<br>COEUR D'ALENE, ID 83814 | 469.99 |
| ANTHONY [TONY] W. DOLLARHIDE<br>ROUTE 2 BOX 364<br>NEW BOSTON, TX 75570 | 478.37 |
| KRISTIN A. DOLYNSKI<br>10523 125B ST.<br>SURREY, BC V3V5AB<br>FOREIGN, FN 99999 | 275.82 |
| KELLY J. DOMSCH<br>9225 W. CHARLESTON APT. 2196<br>LAS VEGAS, NV 89117 | 408.10 |
| KEVIN DOMSCH<br>PO BOX 621<br>CHEYENNE WELLS, CO 80810 | 407.93 |
| DONG DONG JI<br>10731 WEST DR. APT.#304<br>FAIRFAX, VA 22030 | 441.01 |
| YAN DONG<br>533 NORTH 4TH ST. APT 6<br>NEWARK, NJ 7107 | 189.00 |
| CECIL E. DORSEY<br>2527 LAZY LAKE<br>HOUSTON, TX 77058 | 226.37 |
| RYAN D. DORSEY<br>2527 LAZY LAKE DR.<br>HOUSTON, TX 77058 | 100.36 |
| DEBRA A. DOSHIER<br>POST OFFICE BOX 1327<br>YELLVILLE, AR 72687 | 471.12 |

| | |
|---|---|
| RICCI W DOUGLAS<br>4824 WINNETT<br>BURLESON, TX 76028 | 217.91 |
| KRISTIE L. DOVER<br>190 CAT TAIL LN.<br>MT AIRY, GA 30563 | 226.05 |
| KIMBERLY S DOWEY<br>44 COACHMENS COURT<br>COLUMBIA, SC 29229 | 441.01 |
| MAXINE S. DOWNEY<br>2410 KENDALL RD.<br>KENDALL, NY 14476 | 99.04 |
| GLORIA J. DOWNING<br>107A CONNIE AVE.<br>SALTILLO, MS 38866 | 477.61 |
| JOHN SR. & PAMELA DOWSON<br>1111 N. MEADE<br>GLENDIVE, MT 59330 | 98.29 |
| CARR DEBORAH D<br>7117 DOGWOOD CREEK LANE<br>DALLAS, TX 75252 | 687.47 |
| MIKE J. DRAKE<br>P.O. BOX 5176<br>HELENA, MT 59604 | 224.28 |
| JOHN W. DRAWDY<br>2626 G PARK ROAD<br>CHARLOTTE, NC 28209 | 162.80 |
| MING DU<br>5188 BALBOA ARMS DR. #B1<br>SAN DIEGO, CA 92117 | 756.02 |
| XIAN JU DU<br>74 HARVARD ST. APT. 4<br>WALTHAM, MA 2154 | 63.00 |
| ZHENGMING DU<br>146 BRADFORD ST. | 470.24 |

| | |
|---|---:|
| NEW PROVIDENCE, NJ 07974 | |
| EARL JOPEPH DUGAS<br>181 BEECHWOOD LANE<br>NATCHITOCHES, LA 71457 | 218.74 |
| KANWALJIT S. DULAI<br>23232 114TH PLACE SE<br>KENT, WA 98031 | 563.02 |
| ANTOINE L. DULIN<br>12827 BEXLEY DRIVE<br>HOUSTON, TX 77099 | 218.80 |
| DWIGHT L. DUNCAN<br>6636 BRIARLEIGH WAY<br>ALEXANDRIA, VA 22315 | 625.14 |
| WILLIAM M. DUNN JR.<br>PO BOX 1703<br>SISTERS, OR 97759 | 189.00 |
| MARSHA M. DUNSKER<br>2314 LIME ROCK ROAD<br>BIMINGHAM, AL 35216 | 189.00 |
| DIDIER J. DUPIN<br>371 BRICKMAN ROAD<br>HURLEYVILLE, NY 12747 | 564.27 |
| DENNIS R. DURDEN<br>1 VILLAGE ROAD<br>BLUFFTON, SC 29910 | 176.41 |
| JOSEPH A. BRIGHTWELL<br>175 PEBBLE CREEK DR.<br>ATHENS, GA 30683 | 441.01 |
| JOEY E. EAGERTON<br>2600 OLD HWY 231 N.<br>TROY, AL 36079 | 541.06 |
| SHERRIL A. EASTRIDGE<br>7325 SUNSET DR.<br>THEODORE, AL 36582 | 223.02 |

| | |
|---|---|
| SERVICES INC. EHCO<br>5429 WHITEMARSH DRIVE<br>CORPUS CHRISTI, TX 78413 | 214.05 |
| DON G. EDWARDS<br>2705 226TH AVE., N.E.<br>REDMOND, WA 98053 | 226.25 |
| LLOYD M. EDWARDS<br>356 WEST 7TH STREET<br>LOVELL, WY 82431 | 477.55 |
| WILLIAM L. EDWARDS<br>4029 AZALEA COURT<br>MANDEVILLE, LA 70448 | 476.79 |
| PAMELA F. EHLI<br>165 MONROE STREET<br>BIG FORK, MT 59911 | 378.01 |
| CYNTHIA R. EIDE<br>HC 87 BOX 2220<br>BIG TIMBER, MT 59011 | 216.72 |
| KAY ELLINGSON<br>4242 N. CAPISTRANO #177<br>DALLAS, TX 75287 | 142.83 |
| JEAN A. ELY<br>937 21 ROAD<br>FRUITA, CO 81521 | 224.29 |
| RENEE S. ENGEBRETSEN<br>6503 BLUFF SPRINGS<br>AUSTIN, TX 78744 | 90.72 |
| KRISTI A. ENGER<br>709 4TH AVE E.<br>THREE FORKS, MT 59752 | 224.28 |
| DAN P. ENGLISH<br>1116 6TH AVE EAST<br>KALISPELL, MT 59901 | 224.28 |
| ALISON J. ENICK<br>218 GLENVIEW DRIVE | 441.01 |

| | |
|---|---:|
| LAWRENCE, KS 66049 | |
| WES AND JUNE ERDAHL<br>1447 TERRESSA LANE<br>BELLINGHAM, WA 98225 | 478.26 |
| BRYAN ERISMAN<br>181 BEECH<br>GARDNER, KS 66030 | 100.80 |
| BRYAN J. ERISMAN<br>181 BEECH<br>GARDNER, KS 66030 | 100.00 |
| CHRISTOPHER F. ERNST<br>6146 FULGHUM DR.<br>DOUGLASVILLE, GA 30134 | 522.46 |
| CLAIRE E. ERNEST<br>2340 ARTILLERY DRIVE<br>CHALMETTE, LA 70043 | 63.00 |
| ARMANDO ESCAMILLA<br>RT. 10, BOX 138<br>SAN BENITO, TX 78586 | 126.00 |
| BERTHA ESCAMILLA<br>RT. 10 BOX 138<br>BENITO, TX 78586 | 63.01 |
| DIANA M. ESTEP<br>2121 236 ST. NE<br>ARLINGTON, WA 98223 | 478.26 |
| ESTES JO ANN<br>12803 KNOBCREST CT<br>HOUSTON, TX 77060 | 225.10 |
| RAMIREZ EULAIO<br>2417 JONQUIL<br>MCALLEN, TX 78501 | 314.57 |
| ANNETTE C. EVANS<br>410 E. 70TH<br>KANSAS CITY, MO 64131 | 63.00 |

| | |
|---|---:|
| BRAD G. EVANS<br>10012 ELWICK LN.<br>SEDRO WOOLLEY, WA 98284 | 329.37 |
| EDNA E. EVANS<br>10327 WHITESVILLE RD.<br>FORTSON, GA 31808 | 471.12 |
| JOAN M. EVANS<br>700 DEMARET DR. &quot;<br>COLUMBIA, MO 65202 | 126.00 |
| MARY H. EVANS<br>1250 DORCHESTER #115<br>ALEXANDRIA, LA 71303 | 201.61 |
| MELINDA B. EVANS<br>3882D SW. HARBOR DR.<br>LEES SUMMIT, MO 64082 | 224.66 |
| MELISSA L. EVANS<br>1105 WASHINGTON AVE. #8<br>HAVRE, MT 59501 | 214.20 |
| SAMATHA A. EVANS<br>755 ACADEMIC DRIVE, APT. #A<br>TWIN FALLS, ID 83301 | 328.24 |
| **TOTAL** | 38,357.26 |

2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:   February 6, 2008

                                                   *(signature)*
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300