UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| TARA L. BALCH<br>P O BOX 142<br>SILVER LAKE, KS 66539-0142 | 189.01 |
| DWAYNE LEE DUNCAN<br>116 CALVARY RD.<br>CONCORD, GA 30206 | 441.01 |
| SARAH BEECHINOR<br>RT. 3, BOX 305<br>WALLA WALLA, WA 99362 | 69.30 |
| ANNE R. FACENDO<br>634 RIVER RD.<br>FAIR HAVEN, NJ 7704 | 961.25 |
| DAVID W FACHE<br>PO BOX 701<br>CHELAN, WA 98816 | 85.92 |
| VINCENT J. FAGGION<br>2396 HORNET DRIVE<br>LEMOORE, CA 93245 | 231.72 |

| | |
|---|---:|
| INC. FAIR INV. & INS. AGENCY<br>42 E. CLAYBOURNE AVE.<br>SALT LAKE CITY, UT 84115 | 442.27 |
| ALBERT A. FALL<br>130 HILLTOP DRIVE<br>KINGSTON, TN 37763 | 189.00 |
| HUIFANG FAN<br>507 MCGUIGAN PLACE 2ND FL.<br>HARRISON, NJ 7029 | 441.01 |
| ANDY FANG<br>19811 E. COLIMA ROAD #250<br>WALNUT, CA 91789 | 441.01 |
| LESLIE E. FARLEY<br>906 CR 4421<br>RHOME, TX 76078 | 47.69 |
| SANDRA FARNSWORTH<br>PO BOX 1202<br>SNOHOMISH, WA 98290 | 545.05 |
| ASHLEY P. FARRIS<br>103 GREENWOOD DR.<br>GREENVILLE, NC 27834-6825 | 217.86 |
| CARREN S. FASOLINO<br>6100 E. 60TH ST. SOUTH<br>DERBY, KS 67037-9303 | 219.54 |
| SHEILA FAUTH<br>139 GREENBRIAR<br>KALISPELL, MT 59901 | 224.29 |
| KEVIN J FEHELEY<br>210 MARY DRIVE<br>JACKSONVILLE, AL 36265 | 189.00 |
| ZHIFEN FEI<br>84 FORDHAM RD.<br>NEWTON, MA 2165 | 441.01 |
| CHIH HUI FENG | 189.00 |

| | |
|---|---:|
| 54 SHADY LANE<br>FANWOOD, NJ 7023 | |
| JIN PING FENG<br>2805 WASHINGTON AVE<br>EL MONTE, CA 91733 | 189.00 |
| DAVID E. FENSKE<br>168 HILLSBOROUGH DR<br>SORRENTO, FL 32776 | 106.98 |
| ALEXANDER G. FERGUSON<br>4002 TIFTON DR.<br>COLUMBUS, GA 31907 | 471.12 |
| KERRY FERRIER<br>2502 BELMONT BLVD.<br>BOSSIER CITY, LA 71111 | 218.24 |
| BONNIE L. FIELDS<br>RT. 1 BOX 72<br>FORTUNA, MO 65034 | 189.01 |
| PAMELA W FIELDS<br>2317 CAMPGROUND RD.<br>GREENSBORO, NC 27406 | 315.01 |
| WANDA F. FIELDS<br>P.O.BOX 698 RT3 BOX 58<br>STOVER, MO 65078 | 504.01 |
| STACIE L FIGLER<br>6431 FOREST GLEN<br>VICTOR, NY 14564 | 126.00 |
| CARMEN M. FIGUEROA<br>3870 5TH AVE N<br>STPETERSBURG, FL 33713 | 241.27 |
| LORI L. FILIPPINI<br>2430 LITTLE COYOTE ROAD<br>BIG SKY, MT 59716 | 476.28 |
| LEONA S FINCH<br>2167 WAPPOO DRIVE<br>CHARLESTON, SC 29412 | 225.80 |

| | |
|---|---|
| KERRY L. FINK<br>8827 ALLMAN ROAD<br>LENEXA, KS 66219 | 218.46 |
| FLOYD FINKE<br>RT.1 BOX 660 HWY 105<br>NAVASOTA, TX 77868 | 225.10 |
| THERON R. FINSTAD<br>2933 PEABODY AVE.<br>COLUMBUS, GA 31904 | 477.80 |
| MELISSA P. FIRESTONE<br>2568 PALMETTO HALL BLVD<br>MT PLEASANT, SC 29464 | 260.47 |
| KAY D. FISHER<br>299 EMMERAM RD.<br>ELLIS, KS 67637 | 408.11 |
| LANCE M FISHER<br>299 EMMERAM ROAD<br>ELLIS, KS 67637 | 345.10 |
| LYNN R. FISHER<br>299 EMMERAM RD.<br>ELLIS, KS 67637 | 282.10 |
| RON W. & T. J. FISHER<br>1081 MOORING ROAD<br>COLUMBIA FALLS, MT 59912 | 476.29 |
| TAMI S. FISHER<br>4631 EL CAPITAN<br>WICHITA FALLS, TX 76310 | 471.82 |
| 5-STAR VENTURES<br>1252 N. MERIDIAN #6<br>KALISPELL, MT 59901 | 210.42 |
| DORIS E. FISK<br>28 MAIN STREET<br>ARKPORT, NY 14807 | 165.38 |
| VINESSA M. FITZWATER | 534.82 |

| | |
|---|---:|
| 1007 JEWEL<br>BURKBURNETT, TX 76354 | |
| GARY C. FLECK<br>747 SAYBROOK CIRCLE<br>LILBURN, GA 30047 | 477.30 |
| ROBERT S. FLEETWOOD<br>6353 WEDGEVIEW<br>TUCKER, GA 30084 | 224.54 |
| MAXIE FLEMING<br>8730 THOMAS DR #1103-A<br>PANAMA CITY BEA, FL 32408 | 480.07 |
| PHYLLIS FLEMING<br>14507 LANTERN<br>HOUSTON, TX 77015 | 226.30 |
| STEPHANIE L. FLETCHALL<br>8015 N. HICKORY #8312<br>KANSAS CITY, MO 64118 | 69.30 |
| DOROTHY L. FLETCHER<br>705 E. COLLEGE<br>TERRELL, TX 75160 | 63.00 |
| JOSEPH T. FLOOD<br>1964 OAKTREE LANE<br>MT PLEASANT, SC 29464 | 189.00 |
| ELIZABETH FLORES<br>396 S. PALM DR.<br>HARLINGEN, TX 78552 | 189.00 |
| NINFA R. FLORES<br>ROUTE 2 BOX 300 AMISTAD ROAD<br>HARLINGEN, TX 78550 | 189.01 |
| BILLYE K. FLOWERS<br>5914 S. WESTCREEK CT.<br>FORT WORTH, TX 76133 | 478.31 |
| KENNETH W. FLOWERS II<br>315 N. PRESTON ROAD<br>VINTON, VA 24179 | 98.79 |

| | |
|---|---:|
| MARY H. FLOWERS<br>241 WEST VANDERBILT LOOP<br>MONTGOMERY, AL 36109 | 478.31 |
| JOHN FLUCE<br>7021 HURRICANE ROAD<br>WISE, VA 24293 | 197.82 |
| ROSEMARY FOGARTY<br>1112 IRONWOOD CT.<br>BELLEVUE, NE 68005 | 225.92 |
| MICHAEL R. FOLKERTS SR.<br>2507 PINE LAKE RD.<br>TUCKER, GA 30084 | 591.46 |
| MERIBETH FOLKERTS<br>2507 PINE LAKE ROAD<br>TUCKER, GA 30084 | 479.82 |
| JING M. FONG<br>4626 FELDSPAR RD.<br>MIDDLETOWN, MD 21769 | 441.01 |
| TESS J. FORNANDER<br>BOX 641<br>AVOCA, NE 68307 | 553.32 |
| JERI H. FORREST<br>8 MARGUERITA COURT<br>BURTON, SC 29906 | 189.00 |
| THOMAS C. FORREST<br>P.O. BOX 1735<br>WARREN, MI 48090 | 1,199.04 |
| DOUGLAS L. FORSBERG<br>2125 E. AMITY RD.<br>MERIDIAN, ID 83642 | 1,180.48 |
| TRINA B. FORSEY<br>3509 RAVALLI<br>BOZEMAN, MT 59718 | 342.73 |
| TREVA A. FORT | 231.84 |

| | |
|---|---:|
| 606 WINDGATE COURT<br>ARLINGTON, TX 76012 | |
| ANTHONY B. FOSTER<br>945 PHANIEL CHURCH RD.<br>ROCKWELL, NC 28138 | 212.44 |
| **TOTAL** | **21,711.34** |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:   February 7, 2008

_/s/ Holmes P. Harden_
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300