**FILED**
**FEB -7 2008**
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

February 4, 2008

U.S. Bankruptcy Court
Eastern District of North Carolina
P.O. Box 1441
Raleigh, North Carolina 27602

Re Case: 98-02675-5-ATS
Claim No: 9437 and 9438   Susan A. Lee and Contemporary Classics

To Whom It May Concern:

I am writing to ask for reconsideration for the above stated claims in the International Heritage Case. Due a change of address in 2006 and the expiration of our forwarding **address we did not receive the correspondence pursuant to this case.** We learned of the disbursement of funds through associates that were involved and I have been in contact with the Trustees and received their response.
**I would ask that our claims be reconsidered for future distributions as we could not respond to communication that was not received.** We invested much time, effort and financial support in this enterprise and would hope to recover some of our investment.
The previous address for Susan Lee and Contemporary Classics was:
7509 Maplecrest Drive. Dallas, Texas 75254.
Our new address is: **14909 Hillcrest Road, Dallas Texas 75248**
**Thanks for your consideration and I expect a reply at your earliest convenience.**

Sincerely,
Susan Lee   *Susan Lee*
Contemporary Classics—Austin Lee
14909 Hillcrest Road
Dallas, Texas  75248
972-934-3249   leesuzalee@aol.com

Subj: **RE: Case No: 98-02675-5-ATS**
Date: 2/4/2008 6:26:42 A.M. Central Standard Time
From: jjohnson@williamsmullen.com
To: Leesuzalee@aol.com

Ms. Lee,

You may ask the court to reconsider your claims but as Trustee, we do not have that authority. We did mail the objections to your claim no. 9437 and your son's claim is in the name of Contemporary Classics, claim no. 9438. As I stated in my letter, it is the claimant's responsibility to notify the court of any address changes, we have no way of knowing. When we received return mail as undeliverable, we tried to find claimant's so we could forward the mail. However, there were over 30 Susan Lee's in Dallas and most had unlisted addresses. We simply do not have time to lookup 30 names and this is not a duty that the Trustee is required, we were just trying our very best since there were so many creditors in the case. We also could not find a listing for Contemporary Classics. This is over and beyond the duty of a Trustee and I have personally worked 60-80 weeks since August trying to make the interim distribution take place. Please know that I am dealing with thousands of creditors and getting inquiries from people that never even filed a claim.

If we had heard from you before we made the distribution we would have reconsidered your claim and could have withdrawn our objection. We even went as far as January 6, 2008 asking the court to revoke orders if we heard from the claimants but there had to be a deadline so we could disburse funds on January 11, 2008.

The court's address is U. S. Bankruptcy Court, Eastern District of NC, P. O. Box 1441, Raleigh, NC 27602 and anything would need to be in writing. If the court approves your claim you may be entitled to future distributions but you would not be eligible to participate in the funds we have already disbursed. Since the objection was filed and the order was entered and no response from you until we disbursed, I have no idea if the court would allow the reconsideration of your claim or not. We expect to make another distribution which I do not think will be as large as this one which was 25% of their allowed amount, but no claimant will receive 100% of their claim due to funds on hand.

Jenny Johnson, Paralegal

**From:** Leesuzalee@aol.com [mailto:Leesuzalee@aol.com]
**Sent:** Sunday, February 03, 2008 8:53 AM

**To:** Johnson, Jenny
**Cc:** Leesuzalee@aol.com
**Subject:** Case No: 98-02675-5-ATS

Dear Jenny,

I appreciate your timely response to my letter regarding the disbursement of IHI payments. I am writing for myself and my son Austin Lee who received the same letter.

Neither of us received the objection letter dated Oct 26, 2007 as we had moved and the forwarding had expired. PLEASE reconsider our claim as we both had rightful claim to that reimbursement due to our active participation in IHI. **We could not respond to something that we did not receive. We invested much time and many dollars in this enterprise and expect to recover as much as possible.**

As stated in our letters our previous address was:
7509 Maplecrest Drive
Dallas, Texas 75254

We moved from that address in 2006 so we would not have received any correspondence in 2007.

My phone number is 972-934-3249 if you need to contact me.

Thank you for your consideration and I will expect to hear from you at your earliest convenience.

Sincerely,
Susan A. Lee
Austin T. Lee

Who's never won? Biggest Grammy Award surprises of all time on AOL Music.

Monday, February 04, 2008 America Online: Leesuzalee