**KAREN & GARY THORN**
**18099 EAGLE PEAK DR.**
**LINDALE, TX 75771**

February 5, 2008

FILED

U.S. Bankruptcy Court
P. O. Box 1441
Raleigh, NC 27602

FEB 11 2008

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

Re:   International Heritage, Inc.
      Case No. 98-02675-5-ATS

Gentlemen:

It has come to my attention that distributions are in the process of being made in connection with the above-referenced case. I would ask to the Court to consider the following facts:

1. Our initial claim forms for this case did not come to our address but rather the address of the individual who introduced us to International Heritage, Inc. (IHI);
2. This individual completed and submitted the forms in attempt to help but without our knowledge or input;
3. We received a letter in November (I believe that's correct) informing us of the Court's objection to our claim with the statement that we must appear before the Court in North Carolina to address the objections;
4. Due to the distance, that was not an option for us and we considered the matter closed and out of our hands;
5. It has now come to our attention that payments are being made to one of the investors we introduced to IHI – with our same fact pattern;

Therefore, this letter is to request a re-determination of our claim in this matter. I would be more than appreciative of the opportunity to provide any information to facilitate this request.

Thanking you in advance for your consideration of this request.

Sincerely,

*Karen B. Thorn*

Karen B. Thorn
on behalf of
Gary D. Thorn
Brent A. Thorn
Amy Lumley

kbt
cc:   Mr. Harden
      P. O. Box 536
      Benson, NC 27504