2/4/08

Clerk, U.S. Bankruptcy Court
PO Box 1441
Raleigh, NC 27602-1441

FILED

Re: International Heritage, Inc
    Case # 98-02675-5-ATS

I received notice of October 26, 2007 denying my claim. The letter stated I needed to respond to the trustee's objection and request a hearing. And any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with cost. I am in Texas and hearing was in North Carolina, it was not feasible to travel to North Carolina. Now I understand from Mr. Holmes Harden's office and other parties that are apart of this case that it was not necessary to attend a hearing. The letter was very misleading. I would like my claim paid. I do not understand why my claim was denied to start with. I realize I did not respond to the 10/26/07 letter and I have explained why. Other parties who have the exact same circumstances in this case did not have their claims denied and have received disbursement checks. Why was my claim denied? When will I receive my first disbursement check?

Thank You

*Vonda Printz*

Vonda Printz
5215 Royal Parkway
Friendswood, TX 77546

CC: Holmes P. Harden, Trustee for IHI
    PO Box 536
    Benson, NC 27504