FILED
FEB 12 2008
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

31408 68th Ave NW
Stanwood WA 98292

Your Honor,

I am writing to request a reconsideration by the courts, of International Heritage Corporation Claim # 98-02675-5ATS.

I had moved and never received a letter of objection, or any letter regarding this matter, and only wrote with my change of address after hearing of the claim distribution from others who had joined about the same time and under the same or similar circumstances.

I respectfully ask you to reconsider my claim. I appreciate your time and effort and await your reply.

Sincerely
Darlene M Lizotte
31408 68th Ave N.W.
Stanwood, WA 98292
360-939-0922

Please find enclosed copies of initial correspondence.

## JEFF SONDRA LOREE

**From:** "Johnson, Jenny" <jjohnson@williamsmullen.com>
**To:** "JEFF SONDRA LOREE" <jsloree@msn.com>
**Sent:** Tuesday, February 05, 2008 4:52 AM
**Subject:** RE: IHI, 98-02675-5-ATS

Ms. Lizotte,

You may ask the court to reconsider your claim and explain that you moved and never received the notice of objection. Everything needs to be in writing and mailed to U. S. Bankrupty Court, P. O. Box 1441, Raleigh, NC 27602. If the court allows, you will be entitled to future distributions. You also need to serve a copy on Holmes P. Harden, Trustee for IHI, P. O. Box 536, Benson, NC 27504.

Jenny Johnson, Paralegal

---

**From:** JEFF SONDRA LOREE [mailto:jsloree@msn.com]
**Sent:** Tuesday, February 05, 2008 12:28 AM
**To:** Johnson, Jenny
**Subject:**

February 4, 2007

Dear Jenny D. Johnson:

I am writing in regards to your reply about the International Heritage Inc.; case #98-02675-5-ATS. Your letter, dated January 30, 2008, states that I was to respond to an objection letter dated October 26, 2007 within 30 days...I did not receive a letter at any time regarding this matter. The 1st I heard of any action regarding this case, was when others began receiving their checks from this office.
Since I had not, I wrote in regards to my address change, knowing I had filled out all the necessary paperwork correctly in the beginning. Of 6 people spoken to within the same group and circumstances, no one else had received notices beforehand of an objection letter to be replied to, thus, I would not have known to respond then.
I am very confused as to why I would've had an objection, or even what that means, since I did not receive any letter!
Could you please explain to me the details, and what I can do to resolve this issue promptly with a better result.
I appreciate your help on this matter and am confident we can work this out.
Please respond at this email...jsloree@msn.com. Thank you!

Respectfully,

Darlene Lizotte

2/5/2008

*[handwritten note: Letter received right after letter written — change of address letter]*

January 30, 2008

Darlene M. Lizotte
31408 68th Ave, NW
Stanwood, WA 98292

       Re:    International Heritage, Inc.
       Case No.:    98-02675-5-ATS

Dear Ms. Lizotte:

    We received your letter regarding the interim payments we just disbursed in the above-referenced case. The Trustee objected to your claim and all objections were mailed out on October 26, 2007 to the address shown on your claim. Each claimant had 30 days to respond to the objection prior to the hearing which was held on November 29, 2007. After no response from you to the court or to the trustee, the court entered the order denying your claim on December 12, 2007. It is the claimant's responsibility to inform the court of all address changes.

    If you have any questions, you may email me directly at jjohnson@williamsmullen.com or use the Benson post office box.

                                  Sincerely,

                                  Jenny D. Johnson, Paralegal