UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

       HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

       1.    That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---:|
| DEANNA L. FOSTER<br>4404 MONARCH DR NORTH<br>MOBILE, AL 36609 | 441.01 |
| LISA FOSTER<br>100 RIGGINS CT.<br>FOLSOM, CA 95630 | 189.00 |
| CHRISTOPHER R. FOX<br>3407 NORTHSIDE RD.<br>NEW IBERIA, LA 70563 | 63.00 |
| CHRIS D. FOXWORTH<br>5339 CALHOUN ROAD NE<br>ADAIRSVILLE, GA 30103 | 478.05 |
| MARY C. FRASER<br>1256 CENTER ST.<br>PORT TOWNSEND, WA 98368 | 541.28 |
| FREDERICK DOUGLAS R<br>2431 BENTZEN CIR<br>ANCHORAGE, AK 99517 | 692.07 |

| | |
|---|---:|
| KENNETH D. FREDERICK<br>3641 E. 19TH<br>ANCHORAGE, AK 99508 | 224.28 |
| MELBA M. FREE<br>301 JANET STREET<br>WILLISTON, SC 29853 | 189.00 |
| GLEN M. FREEDMAN<br>3764-79TH AVE S.E.<br>MERCER ISLAND, WA 98040 | 114.31 |
| PERRY W. FREEMAN<br>34 BUGGER HOLLOW ROAD<br>FAYETTEVILLE, TN 37334 | 252.01 |
| DAVID R. FRESWICK<br>9220 SHORECREST DR.<br>ANCHORAGE, AK 99515 | 476.29 |
| PEGGY L. FRICK<br>175 MEADOWCREEK DRIVE<br>CHINA GROVE, NC 28023 | 298.63 |
| BECKY D. FRYE<br>125 BAYOU GLEN<br>HITCHCOCK, TX 77563 | 218.23 |
| DONNA J. FRYE<br>181 GRIFFIN AVE.<br>LINEVILLE, AL 36266 | 495.04 |
| TACKSON FU<br>13240 ARABELLA ST.<br>CERRITOS, CA 90703 | 31.06 |
| KENNETH W. FULLER<br>413 WEST ALABAMA<br>RUSTON, LA 71270 | 224.54 |
| ROBERT J. FULTON<br>601 MYRTLE<br>SCOTT CITY, KS 67871 | 441.01 |
| INEZ FUQUA | 477.11 |

| | |
|---|---|
| ROUTE 4 BOX 12<br>NAVASOTA, TX 77868 | |
| JOHN R. FULFORD<br>Rt 1, Box 329<br>DALEVILLE, AL 36322 | 225.04 |
| SAMUEL L. GAINES<br>12785 TANGLEWOOD DR.<br>KNOXVILLE, TN 37922 | 478.06 |
| ANNA GALVAN<br>4502 CORONA APT. 27B<br>CORPUS CHRISTI, TX 78411 | 189.00 |
| SHU FONG GAO<br>136-35 MAPLE AVE. APT. #7A<br>FLUSHING, NY 11355 | 448.57 |
| NAOMI I. GARBER<br>11309 W. 49TH STREET<br>SHAWNEE, KS 66203 | 441.01 |
| ALLEN D. GARBS<br>1801A CHERYL DR<br>CALDWELL, TX 77836 | 225.10 |
| GREGORY L. GARBS<br>RT. 2 BOX 11B<br>CALDWELL, TX 77836 | 226.36 |
| ALICIA A. GARCIA<br>5246 W. BLAIR ST.<br>ODESSA, TX 79764 | 562.49 |
| HILDA C. GARCIA<br>475 E. JEFFERSON<br>SAN BENITO, TX 78586 | 189.00 |
| JUNE D. GARCIA<br>2339 RAMADA DRIVE<br>HOUSTON, TX 77062 | 226.36 |
| LINDA C. GARCIA<br>3736 GLENFIELD DR<br>CLOVIS, NM 88101 | 226.27 |

| | |
|---|---:|
| AMBER M. GARDNER<br>331 CO. RD. 1498<br>TUPELO, MS 38801 | 63.00 |
| ROBERT M GARDNER<br>1718 TWELVE OAKS DRIVE<br>BIRMINGHAM, AL 35215 | 477.05 |
| RONALD P. GARIGLIETTI<br>5443 ROSEBUD CIR.<br>JOPLIN, MO 64804 | 98.91 |
| RUTHANN GARNER<br>8760 WESTHEIMER RD #77<br>HOUSTON, TX 77063 | 477.11 |
| DAN H. GARRISON<br>507 C WEST CENTER ST.<br>LEXINGTON, NC 27292 | 405.73 |
| DIANNE GARRON<br>RT. 3 BOX 598<br>CLINTON, SC 29325 | 36.54 |
| GRACIELA GARZA<br>RT 10 BOX 138<br>SAN BENITO, TX 78586 | 63.00 |
| JESUS GARZA JR.<br>RT 8 BOX 3212<br>MISSION, TX 78572 | 477.11 |
| MARLENE J. GASTON<br>4721 176TH STREET, SW, G-11<br>LYNNWOOD, WA 98037 | 70.35 |
| KRISTOPHER K. GAUDIN<br>15815 HAYNES BLUFF<br>BATON ROUGE, LA 70817 | 219.24 |
| TRACEY M. GAUVEY<br>106 KENSINGTON DRIVE #17<br>SPARTANBURG, SC 29306 | 218.93 |
| MEI JUAN GE | 1,063.46 |

| Name / Address | Amount |
|---|---|
| 249 BROOME ST. APT 26<br>NEW YORK, NY 10002 | |
| ZHONG CHANG GE<br>249 BROOME ST. APT. 26<br>NEW YORK, NY 10002 | 826.83 |
| WAYNE D. GEIST<br>P.O. BOX 5<br>BURRTON, KS 67020 | 225.54 |
| ANITA GELLER<br>10031 S.W. 15 TERRACE<br>MIAMI, FL 33174 | 189.00 |
| MICHAEL L. GELLER<br>7906 SHINING WILLOW #278<br>DALLAS, TX 75230 | 441.01 |
| XUELING GENG<br>6 NIGHTINGALE CR.<br>NEWARK, DE 19711 | 441.01 |
| DAVID C GENTRY II<br>1212 SO SILVER STAR WAY<br>ANAHEIM HILLS, CA 92808 | 228.08 |
| DAVID B. GIBSON<br>816 GARDEN TR.<br>ANNISTON, AL 36207 | 225.04 |
| SPENCER M. GIBSON<br>1212 B APRILBLOOM<br>COLLEGE STATION, TX 77840 | 99.10 |
| DWIGHT E. GIDDENS<br>811 HILLSIDE DR<br>GAINESVILLE, GA 30501 | 476.79 |
| SHIRLEY A. GILBERT<br>16784 BENNETT ROAD<br>MT VERNON, WA 98273 | 63.00 |
| JOHN E GILLESPIE<br>PO BOX 3247<br>BREMERTON, WA 98310 | 567.07 |

| | |
|---|---:|
| PATRICIA A. GILLESPIE<br>11400 N.E. 32ND STREET #K201<br>KIRKLAND, WA 98034 | 99.10 |
| SONJA M. GILLESS<br>3110 S. 20TH STREET<br>COUNCIL BLUFFS, IA 51501 | 189.01 |
| JOHN J. GILLIGAN III<br>3702 NORTHVIEW<br>JOPLIN, MO 64801 | 99.84 |
| KAREN A. GILMORE<br>1910 S. SEEHORN<br>SPOKANE, WA 99212 | 595.12 |
| GARY GILREATH<br>ROUTE 2, BOX 353<br>WADESBORO, NC 28170 | 506.26 |
| PILIN HSU GILSON<br>22 RUBENSTEIN ST. #G<br>STATEN ISLAND, NY 10305 | 327.61 |
| ROBERT E. GLASSMAN<br>1706 MAIN STREET<br>HAYS, KS 67601 | 345.10 |
| MICHAEL P. GLOYSTEIN<br>14727 SUMMERWAY LANE<br>HOUSTON, TX 77014 | 478.37 |
| BETTY & MIKE GLYNN<br>5340 ANNABEL LANE<br>PLANO, TX 75093 | 441.01 |
| KAREN P. GOERTZ<br>RT#1 BOX 1388<br>LIVINGSTON, TX 77351 | 2,150.49 |
| WILLIE E. GODWIN<br>4714 HAVENWOODS DR.<br>HOUSTON, TX 77066 | 491.41 |
| JEAN D. GOEDEN | 477.55 |

| | |
|---|---:|
| 502 POLAR BOX 643<br>AVOCA, NE 68307 | |
| KEITH R. GOINS<br>2208 E. GREEN DR.<br>HIGH POINT, NC 27260 | 387.42 |
| LINDA S. GOLAY<br>3849 N. 2000 E<br>FILER, ID 83328 | 225.54 |
| PHYLLIS M. GOLDSTEIN<br>33 PATMAS DR.<br>TOMS RIVER, NJ 8755 | 225.80 |
| JOSHUA M. GOLSTON<br>27775 S.E. EAGLECREEK RD.<br>ESTALADA, OR 97023 | 476.29 |
| JUSTIN M. GOLSTON<br>27775 SE EAGLE CRK RD.<br>ESTACADA, OR 97023 | 476.29 |
| MICHAEL T. GOLSTON<br>27775 S.E. EAGLE CREEK RD.<br>ESTACADA, OR 97023 | 476.29 |
| JO ANN GOODFELLOW<br>816 W. MAIN STREET<br>ELDORADO, OK 73537 | 224.79 |
| JANET Y. GOOLESBY<br>P.O. BOX 681295<br>FORT PAYNE, AL 35968 | 226.30 |
| ANGELA G GORDON<br>1625 AUSTIN CHANEY ROAD<br>WINGATE, NC 28174 | 96.77 |
| CLIFTON H. GORDON<br>4069 DEERPARK DR.<br>HARVEY, LA 70058 | 478.18 |
| DINA MICHELE GORDON<br>322 FALWORTH<br>HOUSTON, TX 77060 | 94.06 |

| | |
|---|---:|
| AMELIA GORMAN<br>1601 WOODMERE LOOP<br>MONTGOMERY, AL 36117 | 441.01 |
| MARK V. GORSKI<br>404 LITTLE CREEK DR.<br>STREAMWOOD, IL 60107 | 539.86 |
| MARY & MICHAEL E. GOSSETT<br>105 DAVID COURT<br>FORT MILL, SC 29715 | 476.54 |
| SHANE D. GRAHAM<br>P.O. BOX 1655<br>CORNELIA, GA 30531 | 227.56 |
| KYLE A. GRAHN<br>314 N. CAPRON ST.<br>BERLIN, WI 54923 | 161.28 |
| CARLDON GRANT<br>2600 OLD HWY 231 N<br>TROY, AL 36079 | 63.00 |
| CHEREE GRANT<br>RT 4 BOX 411<br>BOWIE, TX 76230 | 63.00 |
| ILENE GRANT<br>2600 OLD HWY. 231 N.<br>TROY, AL 36079 | 534.75 |
| LARRY GRANT<br>2600 OLD HWY 231 N<br>TROY, AL 36079 | 478.06 |
| GRANT MAYA T<br>RR1 C73 MISSION SITE<br>SECHELT, BC V0N3A0<br>FOREIGN, FN 99999 | 115.99 |
| PAUL W. GRANT<br>2600 OLD HWY 231 N<br>TROY, AL 36079 | 63.00 |

| Name / Address | Amount |
|---|---:|
| RANDY GRANT<br>RT 1 BOX 181-L<br>ELBA, AL 36323 | 99.54 |
| ALANA C. GRAW<br>1410 CRESTVIEW DRIVE<br>BLACKSBURG, VA 24060 | 90.72 |
| MARY A. GRAY<br>SO. NORTON AVE.<br>SYLACAUGA, AL 35150 | 441.01 |
| STEPHEN L. GRAY<br>433 S. 100TH AVE.<br>OSBORNE, KS 67473 | 441.01 |
| RICHARD R. GRAY<br>820 1ST ST. SUITE #200<br>WEST DESMOINES, IA 50265 | 225.54 |
| SARINA GREEN<br>BOX 197<br>MALTA, MT 59538 | 216.72 |
| MICHAEL A GREENSPAN<br>6106 SUMMER CREEK<br>DALLAS, TX 75231 | 136.09 |
| GREENWICH WORKSHOP INC.<br>C/O STEVEN RESNICK<br>POST OFFICE BOX 875<br>SHELTON, CT 06484 | 807.43 |
| HOMER GREER<br>11710 202ND APT. A N.E.<br>BRUSH PRAIRE, WA 98606 | 441.01 |
| JOANN GREER<br>705 PINNACLE COURT<br>LEXINGTON, KY 40515 | 225.80 |
| DARREN P. GREMILLION<br>550 LEE DRIVE APT 63<br>BATON ROUGE, LA 70808 | 99.04 |
| DANIEL S. III GRESSANG | 189.00 |

| | |
|---|---:|
| 101 JASMINE DR.<br>OZARK, AL 36360 | |
| KATHY E. GRICE<br>5323-A FOX COVE LANE<br>GREENSBORO, NC 27407 | 262.09 |
| RYAN W. GRICE<br>5323-A FOX COVE LANE<br>GREENSBORO, NC 27407 | 224.16 |
| RYAN H. GRIFFIN<br>416 UNION AVE.<br>NATOMA, KS 67651 | 345.10 |
| TAMMY L. GRIFFIN<br>1715 BROWNLEE RD. #20<br>OXFORD, AL 36203 | 441.01 |
| JAMES H. GRIFFITH<br>17 WESTOVER DRIVE<br>POQUOSON, VA 23662 | 98.03 |
| PRISCILLA R. GRIFFITH<br>3 BAYSHORE<br>LAPORTE, TX 77571 | 441.01 |
| GERALD T. GRIGGS<br>7924 NEW JERSEY AVE.<br>KANSAS CITY, KS 66112 | 164.81 |
| AMY GRINDLE<br>510 N. 7TH<br>HILL CITY, KS 67642 | 63.00 |
| DARCI GRINDLE<br>510 N. 7TH<br>HILL CITY, KS 67642 | 63.00 |
| TERRY GRINDLE<br>510 N. 7TH<br>HILL CITY, KS 67642 | 378.01 |
| PAUL V. GROME<br>5803 TREE SUMMIT<br>ATLANTA, GA 30096 | 441.01 |

| | |
|---|---:|
| JOAN W. GROSS<br>3953 N., CLAREY<br>EUGENE, OR 97402 | 476.29 |
| DOROTHY A. GROVE<br>3000 VILLARD #145A<br>HELENA, MT 59601 | 214.20 |
| MARY M. GROVER<br>2007 LANCASTER ROAD<br>BIRMINGHAM, AL 35209 | 151.20 |
| TREVOR T GROVER<br>9 WARREN STREET<br>RUSHVILLE, NY 14544 | 224.79 |
| YVONNE L. GRUNDY<br>1321 HARBOR LIGHTS<br>CORPUS CHRISTI, TX 78412 | 218.68 |
| YU FENG GU<br>140-65 BEECH AVE APT. 6B<br>FLUSHING, NY 11355-2848 | 189.00 |
| JUDITH Z. GUDGEL<br>434 BURLINGTON<br>MISSOULA, MT 59801 | 189.01 |
| KERRIGAN L. GUDGEL<br>434 BURLINGTON<br>MISSOULA, MT 59801 | 189.00 |
| SERAFIN J. GUERRA<br>RT. 1 BOX 73D<br>RIO GRANDE CITY, TX 78582 | 189.00 |
| ALICIA C. GUERRERO<br>RT 1 BOX 126-A<br>DONNA, TX 78537 | 262.16 |
| RENEE O. GUGICH<br>2615 LINCOLN<br>BELLINGHAM, WA 98225 | 203.87 |
| JONATHAN O. GUIDRY | 418.33 |

| | |
|---|---:|
| 927 PATRICIA ST<br>RAYNE, LA 70578 | |
| NICOLE R. GUIDRY<br>P.O. BOX 2353<br>CROWLEY, LA 70527 | 441.01 |
| JACK GUILLETT<br>2511 TURKEY NECK CIRCLE<br>ROCKPORT, TX 78382 | 509.10 |
| KRISTI M. GUNERIUS<br>415 METCALF ST. UNIT A<br>SEDRO-WOOLLEY, WA 98284 | 189.00 |
| JIANLE GUO<br>41-33 GLEANE ST.<br>ELMHURST, NY 11373 | 218.80 |
| INEZ J. GURULE<br>3734 GLENFIELD DRIVE<br>CLOVIS, NM 88101 | 226.27 |
| PHILLIPPA SELINA GUSTAFSON<br>1293 W SMITH<br>BELLINGHAM, WA 98226 | 478.26 |
| DANIEL GUTIERREZ<br>137 STARCREST<br>BROWNSVILLE, TX 78521 | 189.00 |
| ARLEEN GUTIERREZ-HURD<br>2 GREENRIDGE AVE., 2F<br>WHITE PLAINS, NY 10605 | 289.81 |
| BRUCE A. DANIELSON<br>27775 S E EAGLE CREEK RD.<br>ESTALADA, OR 97023 | 476.29 |
| MARCY ALLEN<br>1207 MARSTELLER AVENUE<br>COLLEGE STATION, TX 77840 | 220.07 |
| JOHNATHAN J. BUCKLEY<br>813 WYNDMERE PLACE<br>GARDEN CITY, GA 31408 | 441.01 |

| | |
|---|---:|
| ARCILLE J. ASHBY<br>600 JEFFERSON STREET<br>MARTINSVILLE, VA 24112 | 224.16 |
| **TOTAL** | **42,651.18** |

  2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

  WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED: February 9, 2008

                */s/Holmes P. Harden*
                Holmes P. Harden, Trustee
                State Bar No. 9835
                Post Office Drawer 19764
                RALEIGH, NC  27619-9764
                Telephone: (919) 981-4000
                Facsimile: (919) 981-4300