UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: | CASE NO: |
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1.     That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| CAROL A. HAAS<br>19117 SCENIC HIGHWAY 98<br>FAIRHOPE, AL 36532 | 218.24 |
| THEODORE G. HAASE<br>15309 E. 42ND TER.<br>INDEPENDENCE, MO 64055 | 195.30 |
| KAREN S. HAGER<br>679 MORNINGSIDE DR.<br>WINTERSVILLE, OH 43953 | 218.24 |
| BEN L. HAHN<br>2510 LEE AVE.<br>GARDEN CITY, KS 67846 | 225.96 |
| KENNETH HAIRSTON<br>229 A OAK LAKE RUN CRESENT<br>CHESEPEAKE, VA 23320 | 345.37 |
| DENNIS R. HAJEK<br>105 S. MAIN STREET<br>FERRIS, TX 75125 | 252.01 |

| | |
|---|---:|
| LOWELL D. HAKE<br>4117 ADAMS ST. APT. 201<br>KANSAS CITY, KS 66103 | 477.99 |
| LESLIE D. HALL<br>1100 RAPATEL ST. #71<br>MANDEVILLE, LA 70448 | 192.78 |
| STEWART M. HALL<br>577 CHESTNUT AVE.<br>WAYNESBORO, VA 22980 | 504.01 |
| MAXINE HALLERMAN<br>5346 BROOKE RIDGE DRIVE<br>DUNWOODY, GA 30338 | 224.54 |
| ANA HAMILTON<br>27 CLIFTON HILL<br>C'STED, VI 851 | 478.18 |
| ANTHONY N. HAMILTON<br>POST OFFICE BOX 607<br>ABSAROKEE, MT 59001 | 476.29 |
| CHERYL HAMILTON<br>PO BOX 271<br>LAFLECHE, SK S0H2K0<br>FOREIGN, FN 99999 | 17.63 |
| OPAL FAYE HAMMOND<br>4011 W. CHARLESTON BLVD<br>LAS VEGAS, NV 89102 | 189.00 |
| PAMELA H HAMMONDS<br>35375 US HWY 280<br>SYLACAUGA, AL 35150 | 189.00 |
| PATRICK J HAMPER<br>PO BOX 30058<br>PHOENIX, AZ 85046 | 226.11 |
| JINGDONG HAN<br>504 E. 81ST ST., APT. 4K<br>NEW YORK, NY 10028 | 441.01 |

| | |
|---|---:|
| KITTY L. HAN<br>63-33 DOUGLASTON PARKWAY<br>DOGLASTON, NY 11362 | 477.11 |
| TUNG-CHANG HAN<br>41-42 42ND STREET #6-A<br>LONG ISLAND, NY 11104 | 447.31 |
| DIANA R. HANDY<br>22802 MORNING STORY<br>SPRING, TX 77373 | 478.24 |
| ANTHONY J HANKS<br>454 N JOHNSON STREET<br>SULPHUR, LA 70663 | 478.49 |
| DEBRA A. HANKS<br>2044 N. RICELAND RD.<br>RAYNE, LA 70578 | 220.38 |
| AMY K. HANSON<br>3309 COYOTE<br>GREAT FALLS, MT 59404 | 98.28 |
| KEVIN L. HANSON<br>3060 SNOWDRIFT LANE<br>MISSOULA, MT 59808 | 441.01 |
| MICHAEL E. HANSON<br>3309 COYOTE LANE<br>GREAT FALLS, MT 59404 | 224.29 |
| SUSAN HANSON<br>3060 SNOWDRIFT LANE<br>MISSOULA, MT 59808 | 441.01 |
| DAVID B. HARE<br>106 SAN SALVADORE LANE<br>SANTA FE, NM 87501 | 326.12 |
| ELMA I HARKINS<br>958 BYHAN RD<br>WINLOCK, WA 98596 | 565.24 |
| WILLIS W. HARNEY<br>3129 QUILTINE ROAD | 224.54 |

| | |
|---|---:|
| MATTHEWS, NC 28105 | |
| CONST HARPER<br>P.O. BOX 693<br>STOVER, MO 65078 | 504.01 |
| MICHAEL S. HARPER<br>825 N. LAMB #327E<br>LAS VEGAS, NV 89110 | 92.48 |
| STACY HARRELSON<br>2600 OLD HWY 231 N<br>TROY, AL 36079 | 232.35 |
| CALLIE M. HARRIS<br>1812 U S A DRIVE<br>PLANO, TX 75025 | 226.36 |
| JIMMY R. HARRIS<br>428 W. DEER TRACK DR.<br>WETUMPKA, AL 36093 | 441.01 |
| LISA C. HARRISON<br>125 BUTCHER STREET<br>LAFAYETTE, LA 70503 | 100.17 |
| ZACHARY C. HART<br>555 PARK LANE<br>EAGLE, ID 83616 | 220.00 |
| DOUG HASKINS<br>2620 VALENCIA STREET<br>BELLINGHAM, WA 98226 | 447.31 |
| SUSAN A HAWK<br>415 SHAWNEE DRIVE<br>WETUMPKA, AL 36092 | 225.54 |
| ANTIONETTE GREEN HAWKINS<br>1290 EUCLID ST.<br>BEAUMONT, TX 77705 | 100.05 |
| PATRICIA E. HAWKINS<br>507 S. 10TH AVE.<br>BOZEMAN, MT 59715 | 28.59 |

| | |
|---|---:|
| ROBERT LOYD HAWKINS<br>902 SALEM DR<br>CORPUS CHRISTI, TX 78412 | 189.00 |
| TIM R. HAYDEN<br>33801 1ST WAY SOUTH SUITE 101<br>FEDERAL WAY, WA 98003 | 114.31 |
| JAMES E. HAYES<br>RT.4 BOX 4321<br>ATHENS, TX 75751 | 189.00 |
| ROGER S. HAYZLETT<br>2009 PEMBROKE BAY DR.<br>LEAGUE CITY, TX 77573 | 226.36 |
| MEI HE<br>10010 DICKENS AVE.<br>BETHESDA, MD 20814 | 476.16 |
| KAREN HEBERT<br>12419 S. 87TH E. AVE.<br>BIXBY, OK 74008 | 459.91 |
| MARIA A. HEBERT<br>3698 LAUREL PARK HWY.<br>HENDERSONVILLE, NC 28739 | 466.21 |
| RICHARD J. HEBERT<br>3600 EAST SIMCOE #9<br>LAFAYETTE, LA 70503 | 478.18 |
| MICHELLE J. HECK<br>135 MEADOW LN<br>MILES CITY, MT 59301 | 189.00 |
| SHERAH R. HEFNER<br>ROUTE 4 BOX 802-C<br>BLANCHARD, OK 73010 | 472.07 |
| MARK A. HEGGENES<br>4461 E. GLENDALE RD.<br>CLINTON, WA 98236 | 189.00 |
| MARY JANE HEGGENES<br>4461 E. GLENDALE RD. | 252.01 |

| | |
|---|---:|
| CLINTON, WA 98236 | |
| STACEY L. HEGGENES<br>4461 E GLENDALE ROAD<br>CLINTON, WA 98236 | 252.01 |
| LOUBELLE R. HEIMAN<br>422 E. COURT<br>LINCOLN, KS 67455 | 63.00 |
| LAVERNE E. HELLEBUSCH<br>11511 HAUSER<br>OVERLAND PARK, KS 66210 | 476.76 |
| SUZANNE M. HELLEBUSCH<br>11511 HAUSER<br>OVERLAND PARK, KS 66210 | 63.00 |
| KURTIS M. HELM<br>4011 SANROBERTO AVE.<br>ANCHORAGE, AK 99508 | 224.28 |
| DEAN P. HELT<br>13305 NE 171ST. ST.<br>APT. C-325<br>WOODINVILLE, WA 98072 | 540.17 |
| VIRGIL D. HEMEL<br>925 WEST FIFTH<br>COLBY, KS 67701 | 93.10 |
| MICHAEL E. HENDRICK<br>104 BRADD ST.<br>SUMMERVILLE, SC 29483 | 476.54 |
| MILLARD F. HENDRICKSON JR.<br>491 SWANPOND CIRCLE<br>HARRIMAN, TN 37748 | 189.00 |
| HENNESSY INC<br>6555 S STAATS DR<br>CLINTON, WA 98236 | 252.01 |
| LARRY R. HENRICKSEN<br>12804 NE 120TH R12<br>KIRKLAND, WA 98034 | 114.31 |

| | |
|---|---:|
| LEE HENRY<br>15128 OCASO AVE.<br>LA MIRADA, CA 90638 | 120.71 |
| DEBORAH L. HENSLEY<br>4804 JOHNSON RD.<br>WICHITA FALLS, TX 76310 | 100.36 |
| FRED M HENSLEY<br>RT 1 BOX 40-B-1<br>PARADISE, TX 76073 | 189.00 |
| DONNA L. HERNANDEZ<br>7811 TRUMBAL<br>LIVE OAK, TX 78233 | 476.54 |
| WILLIAM K. HERNDON<br>P.O. BOX 494<br>MOUNT HOLLY, NC 28120 | 217.86 |
| SONIA J. HESS<br>2303 TIMBERCREEK DRIVE<br>MANHATTAN, KS 66502 | 219.29 |
| ROSAURA P. HESSE<br>18595 MARTINIQUE DR.<br>HOUSTON, TX 77058 | 441.01 |
| JUDITH G. HEWITT<br>3120 S.E. SHAWNEE HEIGHTS RD.<br>TECUMSEH, KS 66542 | 218.27 |
| DANNY D. HIBDON<br>16813 SPRING VALLEY<br>BELTON, MO 64012 | 192.78 |
| SHIRLEY A. HIBDON<br>18818 HWY. 135<br>STOVER, MO 65078 | 693.01 |
| JAMES D. HICKMAN<br>12 VALLEY PIKE<br>LEXINGTON, VA 24450 | 224.16 |
| CLIFF L. HICKS | 441.01 |

| | |
|---|---|
| 3601 JORDAN AVE<br>MIDLAND, TX 79707 | |
| GARTH L HIGHLAND<br>15715 SWITZER RD<br>OVERLAND PARK, KS 66221 | 63.00 |
| **TOTAL** | **21,953.94** |

2.      That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:     February 11, 2008

*/s/Holmes P. Harden*
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300