UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE:<br><br>INTERNATIONAL HERITAGE INC.<br><br>DEBTOR(S) | CASE NO:<br><br>98-02675-5-ATS<br><br><br><br>CHAPTER 7 |
|---|---|

### REPORT ON UNCLAIMED DIVIDENDS

    HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

  1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---:|
| LEWIS A. [TONY] MCKENZIE<br>110 DON RICH DRIVE<br>CARROLLTON, GA 30117 | 219.12 |
| ROY E. RICHE<br>POST OFFICE BOX 24<br>ARABI, LA 70032 | 63.00 |
| MARVIN DRAKE<br>HCR 31 BOX 520<br>DEER, AR 72628 | 189.00 |
| DELPHINE M. SCHMIDT<br>1707 AGNES DR.<br>HAYS, KS 67601 | 39.94 |
| LUPE A. ESQUER<br>2535 EAST VICTORY DRIVE<br>TEMPE, AZ 85281 | 478.05 |
| LEE R. MARSH<br>402 SHOMA DR.<br>SHELBYVILLE, TN 37160 | 226.30 |

| | |
|---|---:|
| D.E. LIGON<br>730 TEXAS AVENUE<br>CORPUS CHRISTI, TX 78404 | 63.00 |
| DEAN E. MCATEER<br>4240 BROOK FOREST DR.<br>BESSEMER, AL 35022 | 441.01 |
| LINDA A. HIGHLAND<br>15715 SWITZER RD.<br>OVERLAND PARK, KS 66221 | 597.73 |
| HOLLY A. HILFIKER<br>8770 SW ILLAHEE CT #C-307<br>WILSONVILLE, OR 97070 | 525.24 |
| GREGORY A. HILL<br>2610 CARRINGTON LANE<br>GRAND PRAIRIE, TX 75052 | 63.00 |
| LEWIS A. HILL<br>2610 CARRINGTON LANE<br>GRAND PRAIRIE, TX 75052 | 189.00 |
| RICHARD & JANINE W. HILL<br>1600 COURTNEY DRIVE<br>SALINA, KS 67401 | 352.30 |
| VICKY S. HILL<br>#205 4524 8AVE<br>EDSON, AB T7E1B3<br>FOREIGN, FN 99999 | 103.64 |
| C. DALE HILLARD<br>1723 E. REDFIELD ROAD<br>TEMPE, AZ 85283 | 249.76 |
| ANGIE M. HILLIER<br>1898-28 PRAIRIE RD.<br>SEDRO-WOOLLEY, WA 98284 | 189.00 |
| CHAD L. HILLIER<br>1898-28 PRAIRIE ROAD<br>SEDRO-WOLLEY, WA 98284 | 478.26 |

| | |
|---|---:|
| ROBERT D. HILLIER<br>1898-28 PRAIRIE RD<br>SEDRO-WOOLLEY, WA 98284 | 174.61 |
| VELMA J. HINTON<br>441 RIVER ROAD<br>THOMASTON, GA 30286 | 63.00 |
| LEE M. HIRSHEY<br>3176 S SERENE LANES<br>JOPLIN, MO 64804 | 161.51 |
| MICHAEL W HIRST<br>117 ASHFORD LANE<br>YOUNGSVILLE, LA 70592 | 474.21 |
| CSILLA HIRTH<br>24532 TABUENCO<br>MISSION VIEJO, CA 92692 | 478.26 |
| DEE & CHARLIE HILTON<br>ROUTE 73 BOX 15<br>LLOYD, MT 59535 | 598.38 |
| CHRISTOPHER M. HITT<br>86 BOWDEN STREET<br>COMMERCE, GA 30529 | 224.28 |
| NANCY E. & JOHN HOBBS<br>7807 MOONFLOWER<br>AUSTIN, TX 78750 | 441.01 |
| SANDRA K. HOELTING<br>231 S. ST. MARY'S<br>NAZARETH, TX 79063 | 100.88 |
| WADE A. HOELTING<br>2210 B QUARRY<br>AUSTIN, TX 78703 | 92.80 |
| DAVID C. HOFMEISTER<br>21806 HWY. T<br>VERSAILLES, MO 65084 | 189.01 |
| EVE L HOLDER<br>7011 PASADENA AVE | 541.74 |

| | |
|---|---:|
| DALLAS, TX 75214 | |
| LISA A. HOLDERMAN<br>602 BUTTERCUP CIRCLE<br>GARLAND, TX 75040 | 440.76 |
| BRIAN HOLLIDAY<br>#5 SHADOWBROOK SHORES, HWY 903<br>LITTLETON, NC 27850 | 100.80 |
| E. ROY HOLLIFIELD<br>RT. 2 BOX 2098<br>CLAYTON, GA 30525 | 224.54 |
| ROCHELLE R. HOLLINGSWORTH<br>4603 CYPRESSWOOD DR. V12<br>SPRING, TX 77379 | 441.01 |
| KAREN HOOPER<br>6405 W. COVENTRY DRIVE<br>STILLWATER, OK 74074 | 387.18 |
| ANNIE R. HOWARD<br>870 THURMAN ROAD<br>STOCKBRIDGE, GA 30281 | 441.01 |
| DEANNA D. HOWARD<br>800 STADIUM CIRCLE<br>FRIENDSWOOD, TX 77546 | 478.24 |
| CHEN HUNG TUAN HSU<br>14 SOARING HAWK<br>IRVINE, CA 92714 | 441.01 |
| LIANG HUA HU<br>7714 RENWICK DR. #109<br>HOUSTON, TX 77081 | 441.01 |
| QINGHUA HU<br>4958 CROCKETT DRIVE<br>HILLIARD, OH 43026 | 189.00 |
| ROSALYN HU<br>4401 SPRUCE ST. APT. 202<br>PHILADELPHIA, PA 19104 | 63.00 |

| | |
|---|---:|
| XING CHUN HU<br>74 HARVARD ST. APT 4<br>WALTHAM, MA 2154 | 441.01 |
| CAI FENG HUANG<br>1170 KENSINGTON RD.<br>TEANECK, NJ 7666 | 189.00 |
| GUOXING HUANG<br>279 LORD BYRON LN, APT. 104<br>COCKEYSVILLE, MD 21030 | 441.01 |
| JENNIE HUANG<br>92-05 WHITNEY AVE APT B24<br>ELMHURST, NY 11373 | 441.01 |
| SHUHUA HUANG<br>92-05 WHITNEY AVE APT B24<br>ELMHURST, NY 11373 | 189.00 |
| WEI HUANG<br>2116 E. THACKERY ST.<br>W COVINA, CA 91791 | 441.01 |
| XIANYAN HUANG<br>688 MASS. AVE APT# 4<br>BOXBOROUGH, MA 1719 | 441.01 |
| XUETAO HUANG<br>92-05 WHITNEY AVE. APT. B24<br>ELMHURST, NY 11373 | 441.01 |
| YI MIN HUANG<br>80 BRENTWOOD ST.<br>ALLSTON, MA 02134 | 63.00 |
| ZIQI HUANG<br>80 BRENTWOOD ST.<br>ALLSTON, MA 02134 | 63.00 |
| JOAN C. HUBBARD<br>9857 ROWE RD.<br>DANSVILLE, NY 14437 | 224.79 |
| J.V. HUFF<br>1730 WANDA DR. | 98.98 |

| | |
|---|---:|
| VERNON, TX 76384 | |
| JANICE R. HUFF<br>129 RANCHLAND GAP<br>WILLIAMSON, GA 30292 | 945.02 |
| JANET L. HUGHES<br>1010 W ALIAK<br>KENAI, AK 99611 | 441.01 |
| TRACY J. HULE<br>1893 CONCORD AVENUE<br>MOSCOW, ID 83843 | 296.11 |
| LARRY A. HULME<br>286 AVENIDA DEL RIO<br>TWIN FALLS, ID 83301 | 473.77 |
| DELANE R. HULTMAN<br>37617 VINTAGE DR.<br>PALMDALE, CA 93550 | 244.94 |
| YAN SIUMEI HUNG<br>3518 LANGREHR RD. APT 2A<br>BALTIMORE, MD 21244 | 441.01 |
| LEUNG HUNGKEI<br>69-40 OLCOTT ST<br>FOREST HILLS, NY 11375 | 99.11 |
| RODDRICK L. HUNTER<br>RT. 6, BOX 434-4<br>JOPLIN, MO 64801 | 79.38 |
| MATTHEW R HURLEY<br>48 BEAVER RUN DR.<br>SAVANNAH, GA 31419 | 441.01 |
| JAMES M. HUTCHENS<br>809 S. CENTRAL AVE.<br>SIDNEY, MT 59270 | 189.00 |
| NENITA HUTCHISON<br>654 SYLVAN STREET<br>DALY CITY, CA 94014 | 63.00 |

| | |
|---|---:|
| SHANNON W. HUTSON<br>704 GALAXIE AVE.<br>HARRISONVILLE, MO 64701 | 345.07 |
| PEGGY D HYDE<br>204 OLD TEMPLE ROAD<br>HEWITT, TX 76643 | 100.36 |
| JAN IBACH<br>1437 TILLAMACK<br>BILLINGS, MT 59101 | 262.09 |
| KEVIN W. IMAN<br>511 JEFFERSON ST.<br>VERSAILLES, MO 65084 | 441.01 |
| BRENDA & STEVE INGRAM<br>274 WEST MAIN STREET<br>OWINGSVILLE, KY 40360 | 224.28 |
| GINA L. INGRAM<br>4798 MARY DALE CT.<br>LILBURN, GA 30047 | 224.29 |
| JANICE D. INMAN<br>128 HERITAGE PL #281<br>BURLINGTON, WA 98233 | 63.01 |
| JUD IRISH<br>24229 26 PL S<br>DES MOINES, WA 98198 | 189.00 |
| JAMIE C. ISAACSON<br>1508 B. ST.<br>BUTTE, MT 59701 | 98.28 |
| DANA D. ISON<br>107 WOODY ACRES COURT<br>ANDERSON, SC 29625 | 99.54 |
| TERRY L. IVY<br>125 A JUPITER<br>SHEPPARD AFB, TX 76311 | 1,261.85 |
| FAYE D. IWANAGA<br>1204 NEW HORIZON STREET | 428.41 |

| | |
|---|---:|
| POWDER SPRINGS, GA 30127 | |
| ANDREW JACKSON<br>3524 NW PRINCETON, APT. 103<br>SILVERDALE, WA 98383 | 441.01 |
| JOEY JACKSON<br>230 GIRARD PARK CIRCLE APT. 23<br>USL BOX 42609<br>LAFAYETTE, LA 70507 | 553.66 |
| LILLY JACKSON<br>1902 WEST WALL ST.<br>HARRISONVILLE, MO 64701 | 347.59 |
| NORMA J. JACKSON<br>314 S. TRACY<br>BOZEMAN, MT 59715 | 63.00 |
| GLORIA J. JACOBS<br>1001 S. CHESTNUT APT. 425<br>ELLENSBURG, WA 98926 | 401.12 |
| LEO J. JACOBS<br>1204 ST. ANDREW CT.<br>BURLINGTON, WA 98233 | 315.01 |
| NEVA JAIN<br>POST OFFICE BOX 6146<br>LAWRENCEVILLE, NJ 08648 | 508.04 |
| CURTIS JAMES JR.<br>214 OLYMPIA DR.<br>HOMEWOOD, AL 35209 | 107.85 |
| CHARLENE C. JAMES-OWENS<br>2025 WOODMONT BLVD APT. 323<br>NASHVILLE, TN 27215 | 195.30 |
| LANA M. JAMES<br>PO BOX 384<br>VERSAILLES, MO 65084 | 477.61 |
| DOROTHY L. JAUDON<br>301 CULBVIEW<br>MOULTRIE, GA 31768 | 471.12 |

| | |
|---|---:|
| CATHERINE H. JEAN<br>3106 KINROSS CIRCLE<br>HERNDON, VA 20171 | 441.01 |
| TODD JEFFERY<br>14053 JASMINE LOOP<br>PENN VALLEY, CA 95946 | 100.11 |
| JENKINS DANNY R<br>22 CROWN RIDGE RD<br>TRAVELERS REST, SC 29690 | 491.41 |
| JENKINS DANNY R<br>22 CROWN RIDGE RD<br>TRAVELERS REST, SC 29690 | 59.54 |
| JR. WILLIAM P. JENKINS<br>RT. 1306 SHERWOOD & BERKSHIRE<br>BURGESS, VA 22432 | 600.38 |
| LI JIA<br>13 PARK ST 2FL<br>LITTLE FERRY, NJ 7643 | 218.19 |
| XIAO M. JIANG<br>41 - 10 160 STREET<br>FLUSHING, NY 11358 | 693.01 |
| YING JIANG<br>249 BROOME ST. APT#26<br>NEW YORK, NY 10002 | 877.73 |
| OSCAR JIMISON<br>HEATH COURTS, APT. 10<br>NEW BOSTON, TX 75570 | 108.74 |
| HUI JIN<br>147-37 ROOSEVELET APT #1 G<br>FLUSHING, NY 11354 | 63.01 |
| ZHANG JING<br>78 MILL ST<br>WOBURN, MA 1801 | 441.01 |
| DEGENSTIEN JOHN | 76.61 |

| | |
|---|---:|
| P.O. BOX 412<br>MORTON, WA 98356 | |
| ASHLY L. JOHNSON<br>12355 HWY 45 N<br>MARTIN, TN 38237 | 195.30 |
| BETTY L. JOHNSON<br>7535 SW HALL BLVD #33<br>BEAVERTON, OR 97008 | 524.93 |
| BILL JOHNSON<br>6010 N. VIA TRES PATOS<br>TUCSON, AZ 85750 | 756.02 |
| BRAD W. JOHNSON<br>165 1/2 WEST MAIN ST<br>ST CLAIRSVILLE, OH 43950 | 88.20 |
| CATHY M. JOHNSON<br>1509-E BRITTANY DR.<br>FLORENCE, SC 29501 | 252.01 |
| CHRISTINA D. JOHNSON<br>3100 CHARRING CROSS<br>PLANO, TX 75025 | 63.00 |
| ERICA L. JOHNSON<br>1256 CENTER ST.<br>PORT TOWNSEND, WA 98368 | 478.36 |
| EUGENE D. JOHNSON<br>RR 2 BOX 110A<br>CUBA, KS 66940 | 315.01 |
| JOHNSON FAITH<br>PO BOX 33897<br>INDIALANTIC, FL 32903 | 835.08 |
| H. JAMES JOHNSON<br>955 WATER STREET<br>PORT TOWNSEND, WA 98368 | 69.30 |
| JENNIE W. JOHNSON<br>3074 KENT CT.<br>DULUTH, GA 30096 | 214.20 |

|  |  |
|---|---:|
| JUDY A. JOHNSON<br>182 KITETOWN RD<br>SEALE, AL 36875 | 242.71 |
| KRISTIE L. JOHNSON<br>316 SNYDER AVE.<br>GLENDIVE, MT 59330 | 69.30 |
| ROBERT R. JOHNSON<br>12353 HWY. 45 N<br>MARTIN, TN 38237 | 329.48 |
| ROY E. JOHNSON<br>3512 E. BROADWAY #1113<br>PEARLAND, TX 77581 | 226.36 |
| SHANNON H. JOHNSON<br>5007 SAND BEACH<br>WICHITA FALLS, TX 76310 | 449.39 |
| SUSAN J. JOHNSON<br>3716 W. SUNSET<br>ROGERS, AR 72756 | 99.79 |
| THERESA A. JOHNSON<br>30250 NORTH HWY 281<br>PRATT, KS 67124 | 378.01 |
| TONY D. JOHNSON<br>605 S DONALD<br>SEYMOUR, TX 76380 | 226.36 |
| J.H.E. JOHNSTON<br>178 OJO DE LAS VACA<br>SANTA FE, NM 87505 | 521.65 |
| JEANETTE JONES<br>68880 NICOLAI RD.<br>RAINIER, OR 97048 | 189.00 |
| JOANNE JONES<br>6202 HAGAN STONE PARK RD.<br>PLEASANT GARD, NC 27313 | 378.01 |
| MARY E. JONES | 224.98 |

| | |
|---|---:|
| 7313 RIDGE CREEK<br>CORPUS CHRISTI, TX 78413 | |
| MARY LOU JONES<br>460 W. 3RD<br>COLBY, KS 67701 | 189.00 |
| BEATRICE L JONES<br>1201 SOUTH E STREET<br>CULPEPER, VA 22701 | 491.41 |
| CLIFFY JONES<br>677 EDGEMERE AVE.<br>UNIONDALE, NY 11553 | 485.11 |
| COY E. JONES<br>P.O. BOX 415<br>HANSEN, ID 83334 | 441.01 |
| KERRY G. JONES<br>169 BLACK ROAD<br>JASPER, AL 35504 | 470.24 |
| KEVIN L. JONES<br>964 ASPENWOOD LANE<br>TWIN FALLS, ID 83301 | 224.28 |
| NEVADA & WENDY JORGENSON<br>3101 MOONSTONE LN<br>BISMARK, ND 58501 | 550.44 |
| BENITO R. JUAREZ<br>RT 8 BOX 509<br>SAN BENITO, TX 78586 | 100.36 |
| ACO ENTERPRISES<br>1516 KENWOOD DR.<br>ARANSAS PASS, TX 78336 | 533.24 |
| KEN AMBROSE<br>1516 KENWOOD DR.<br>ARANSAS PASS, TX 78336 | 126.00 |
| DEBORAH J. BRATTON<br>3524 LAKESIDE DRIVE<br>ROCKWALL, TX 75087 | 219.45 |

|  |  |
|---|---:|
| GERRI EDLER<br>513 DODSON ST.<br>NEW IBERIA, LA 70563 | 218.74 |
| GINO FARRAH<br>2120 DE LA REGENCE<br>ST. BRUNO, QUEBEC J3V-4B6  CANADA<br>FOREIGN, FN 99999 | 260.92 |
| JR MICHAEL R. FOLKERTS<br>2507 PINE LAKE ROAD<br>TUCKER, GA 30084 | 479.82 |
| HUDSON D. HUGHES JR.<br>703 DEMPSTER DRIVE<br>SYLACAUGA, AL 35151 | 441.01 |
| **TOTAL** | **42,988.52** |

      2.    That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

      WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    February 12, 2008

                                          */s/Homes P. Harden*
                                          Holmes P. Harden, Trustee
                                          State Bar No. 9835
                                          Post Office Drawer 19764
                                          RALEIGH, NC  27619-9764
                                          Telephone: (919) 981-4000
                                          Facsimile: (919) 981-4300