UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

      HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

    1.    That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| STEVEN KAHM<br>110 MAIN<br>CIRCLE, MT 59215 | 90.73 |
| JONATHAN L. KALASNIK<br>1949 CASSINGHAM CIRCLE<br>OCOEE, FL 34761 | 237.00 |
| CYNTHIA KANELOS<br>PO BOX 472854<br>CHARLOTTE, NC 28247-2854 | 441.01 |
| WIBOWO M. KARFENDI<br>515 JURUPA AVE.<br>REDLANDS, CA 92374 | 510.78 |
| GEORGE J. KARPATI<br>282 WYANT LANE.<br>HAMILTON, MT 59840 | 224.28 |
| MICHAEL KARRAS<br>3360 TRAVIS LANE<br>ANCHORAGE, AK 99507 | 223.02 |

| | |
|---|---:|
| INC KASKA CORPORATION<br>22 RUBINSTEIN STREET APT. K1<br>STATEN ISLAND, NY 10305 | 201.60 |
| BAVANDEEP KAUR<br>3100 S 208TH ST APT A-201<br>SEATTLE, WA 98198 | 564.28 |
| NEENA KAUR<br>11355 3RD AVE NE APT#F105<br>SEATTLE, WA 98125 | 562.98 |
| VONDA K. KEEL<br>4504 MCNIEL AVENUE<br>WICHITA FALLS, TX 76308 | 478.12 |
| SANDRA D. KEEN<br>273 CLARECASTLE LANE<br>VINCENT, AL 35178 | 476.54 |
| WILLIAM A KELLER<br>1061 OLD JACKSON HWY<br>JACKSON, SC 29831 | 241.17 |
| FREDINE O KELLEY<br>2124 IMPERIAL DRIVE<br>GAINESVILLE, GA 30501 | 453.61 |
| THOMAS J. KELLOGG<br>16724 X STREET<br>OMAHA, NE 68135 | 189.00 |
| CAROLE KELLY<br>308 BATTLE AVE.<br>FRANKLIN, TN 37064 | 189.00 |
| KIMBERLY A. KELLY<br>1536 PACIFIC BEACH DR.<br>APT. #3<br>SAN DIEGO, CA 92109 | 620.59 |
| MASAKO W. KELLY<br>2220 ASCOT VALLEY TRACE<br>DURUTH, GA 30097 | 476.79 |

| | |
|---|---:|
| BYRON N. KENNARD<br>418 HOLLY LANE<br>DAYTON, TX 77535 | 225.10 |
| GERALD D. KENNEDY<br>711 1ST STREET SOUTH<br>SHELBY, MT 59474 | 224.28 |
| RAYMOND I. KEPNER<br>2010 KRISTIAN WAY<br>ROSWELL, GA 30076 | 224.54 |
| JR. TRUST THE JOHN H. KERR<br>8024 267TH PLACE N.W.<br>STANWOOD, WA 98292 | 477.00 |
| SHANNON W. KERR<br>11607 BERTELL LANE<br>CYPRESS, TX 77429 | 362.51 |
| HEATHER A. KERSTEN<br>18625 HERON COURT<br>ARLINGTON, WA 98223 | 567.01 |
| JAMES R. KESTER<br>434 2. 200 S #2<br>LOGAN, UT 84321 | 189.00 |
| RONALD E. KESTER<br>1081 AVENIDA CAMPANA<br>FALLBROOK, CA 92028 | 189.00 |
| CAROLE KEYSER<br>RR2 SANITARIUM RD<br>ESPERANCE, NY 12066 | 189.00 |
| HARRY E. IV KILLEN<br>337 BEACON AVE.<br>WASHINGTON, PA 15301 | 225.80 |
| DUSTY A. KILLINGSWORTH<br>2414 N. INDIANA<br>JOPLIN, MO 64801 | 99.82 |
| KYONGOK KELLY KIM<br>19816 53RD AVE. W. | 491.41 |

| | |
|---|---:|
| LYNNEWOOD, WA 98036 | |
| JAMIE L KIMZEY<br>2051 CAROUSEL<br>HOLLISTER, CA 95023 | 63.01 |
| JIM G KIMZEY<br>2051 CAROUSEL<br>HOLLISTER, CA 95023 | 68.04 |
| PRISCILLA P. KINARD<br>6711 JOHN HANCOCK PLACE<br>PROSPECT, KY 40059 | 954.09 |
| VICKIE M. KINCAID<br>12500 WEST 100 STREET<br>LENEXA, KS 66215 | 63.00 |
| KARL A. KING<br>465 SUDDEN VALLEY<br>BELLINGHAM, WA 98226 | 478.25 |
| KELLY KINSEY<br>2216 ALDERSON AVE. #D<br>BILLINGS, MT 59102 | 75.60 |
| MOLLY A. KIRCHER<br>2710 SHELLEY CIRCLE<br>LINCOLN, NE 68516 | 777.69 |
| KEITH R. &/OR ROBIN KIRSCHER<br>49 LOWER RAY CREEK<br>TOWNSEND, MT 59644 | 189.00 |
| MICHAEL S. KIRTLEY<br>130 1/2 BANK AVE.<br>NEW IBERIA, LA 70560 | 63.95 |
| NANCY E. KITE<br>34103 SOUTH STATE RT 0<br>DREXEL, MO 64742 | 740.16 |
| RAY & NANCY KIZER<br>5301 JAVELINA<br>CORPUS CHRISTI, TX 78413 | 52.42 |

| | |
|---|---:|
| NORMA J. KLEIN<br>400 ATLANTA<br>VERNON, TX 76384 | 476.98 |
| ASHLEE KLEINERT<br>6505 VALLEY BROOK DR.<br>DALLAS, TX 75240 | 477.11 |
| NATHANAEL D. KLOOSTERMAN<br>2973 HILLCREST DR.<br>DYER, IN 46311 | 218.24 |
| DEBORAH A. KLOSSNER<br>305 ERASTE LANDRY RD.<br>LAFAYETTE, LA 70506 | 572.05 |
| MARILYN L. KNIGHT<br>210 S. LYNCH, PO BOX 846<br>HOLCOMB, KS 67851 | 452.35 |
| MICHAEL KNIGHT<br>18298 SMITH RD.<br>GULFPORT, MS 39503 | 92.54 |
| JAMES R. KNOX<br>30318 KENT-BLACK DIAMOND ROAD<br>KENT, WA 98042 | 226.35 |
| SHARI D. KNUDSON<br>2224 U.S. HWY 87 E #129<br>BILLINGS, MT 59101 | 224.28 |
| MARY ANNE KOCHUT<br>681 D DOVER COURT<br>SOMERVILLE, NJ 08876 | 309.00 |
| DAWN M. KOGER<br>86 BALDWIN BLVD.<br>SELINSGROVE, PA 17870 | 224.54 |
| CHADD G. KOHN<br>1006 WEST 3RD STREET<br>NORTH PLATTE, NE 69101 | 237.26 |
| POLLY D. KOLLMAN<br>6301 TEJAS DRIVE | 476.86 |

| | |
|---|---|
| PASADENA, TX 77503 | |
| JEFFERY W. KOONCE<br>1273 STUART AVE.<br>BATON ROUGE, LA 70808 | 189.00 |
| BRIAN KONWALER<br>718 S.W. BELMONT CIR.<br>PORT ST LUCIE, FL 34953 | 241.99 |
| WAYNE H. KROM<br>3127B FOREST DR.<br>COLUMBIA, SC 29204 | 99.54 |
| WESLEY H. KRUEGER<br>890 HIGH OAK DR. #107<br>BELLVILLE, TX 77418 | 63.00 |
| LARRY J. KRULL<br>20833 145TH ST.<br>ANAMOSA, IA 52205 | 539.61 |
| ZLATA D KRYCER<br>19 CHARLOTTE DR.<br>WESLEY HILLS, NY 10977 | 477.55 |
| MAO KUAI<br>22 RUBINSTEIN STREET APT K1<br>STATEN ISLAND, NY 10305 | 403.21 |
| SHELIA L. KUCH<br>2214 S. AVENIDA GUILLERMO<br>TUCSON, AZ 85710 | 478.05 |
| CONNIE J. KUCHENREUTHER<br>4392 NORTHWEST DR.<br>BELLINGHAM, WA 98226 | 478.26 |
| MARJORIE L. KUEHLER<br>5096 FM 367<br>WICHITA FALLS, TX 76301 | 478.37 |
| ANGELA D. KUHN<br>4600 ELMWOOD<br>WICHITA FALLS, TX 76309 | 219.81 |

| | |
|---|---:|
| JERRY L. KUHN<br>1907 HOLMES RD.<br>HAYS, KS 67601 | 504.01 |
| CHARLIE B. KUMBERG<br>12513 NW SPRING CREEK ROAD<br>MEDICINE LODGE, KS 67104 | 189.00 |
| ALBERT T. KUNG<br>P.O. BOX 1924<br>ARCADIA, CA 91077 | 565.75 |
| JONATHAN K. KUO<br>518 CLUSTER LANE<br>REDONDO BEACH, CA 90278 | 63.00 |
| JOANNA L. KUO<br>518 CLUSTER LANE<br>REDONDO BEACH, CA 90278 | 477.11 |
| LI-SHENG KWAN<br>25 BOERUM STREET #17K<br>BROOKLYN, NY 11206 | 189.00 |
| LEE KWOK-KEUNG<br>596 9TH AVE #1FLOOR<br>NEW YORK, NY 10036 | 551.71 |
| GEIS GLORIA KAY<br>304 SO JORDAN<br>MILES CITY, MT 59301 | 476.29 |
| KENT H KEISER<br>5 WOODSIDE<br>KANKAKEE, IL 60901 | 476.61 |
| **TOTAL** | **24,318.61** |

    2.    That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

    WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    February 13, 2008

                                                      */s/Holmes P. Harden*
                                                     Holmes P. Harden, Trustee
                                                     State Bar No. 9835
                                                     Post Office Drawer 19764
                                                     RALEIGH, NC  27619-9764
                                                     Telephone: (919) 981-4000
                                                     Facsimile: (919) 981-4300