UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

**REPORT ON UNCLAIMED DIVIDENDS**

        HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

    1.    That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---:|
| EMALINE M. LABEAU<br>1138 LEWIS AVENUE<br>BILLINGS, MT 59102 | 239.44 |
| DAWN M. LACHER<br>3319 E. UNIVERSITY #272<br>MESA, AZ 85213 | 189.00 |
| JAMIE L. LACHER<br>3319 EAST UNIVERSITY #272<br>MESA, AZ 85213 | 861.60 |
| BARRY L. LACY<br>114 PENNBROOKE DRIVE<br>LAPLACE, LA 70068 | 441.01 |
| CINDY S. LAI<br>9333 MEMORIAL DRIVE<br>SUITE 320<br>HOUSTON, TX 77024 | 126.01 |
| MIN FAI LAI<br>P.O. BOX 16328 | 578.35 |

| | |
|---|---:|
| KNOXVILLE, TN 37996 | |
| LESLIE LAKE<br>RR # 1 BOX 183 C<br>MINEOLA, TX 75773 | 56.95 |
| SHERRI LAMAR<br>1010 GRAYSON ST.<br>NOCONA, TX 76255 | 378.01 |
| ELLEN F. LAMM<br>1803 CAVALIER CIRCLE<br>WILSON, NC 27893 | 154.85 |
| TRACI L. LAMMEY<br>1515 EAST IRON AVENUE APT 301<br>SALINA, KS 67401 | 224.51 |
| STEVEN F. LAMONT<br>4024 WASHINGTON #209<br>KENOSHA, WI 53144 | 441.01 |
| MONICA W. LAMOUR<br>4815 HILL CREEK CT.<br>MARIETTA, GA 30062 | 476.29 |
| FRANCES K. LAMPO<br>3708 BRIGHTON DR.<br>BRYAN, TX 77802 | 441.01 |
| CLOYD LAND - DECEASED<br>C/O ESTHER L. GRIMES LAND<br>PO BOX 667<br>6524 FLETCH RD.<br>LAND O' LAKES, FL 34639 | 218.24 |
| ALICE FAYE LANDRY<br>4002 GAINES CT.<br>AUSTIN, TX 78735 | 224.98 |
| JOHN M. LANE<br>406 NORTH MADISON STREET<br>PO BOX 369<br>MADISONVILLE, TX 77864 | 477.11 |
| PATRICIA J. LANGE | 470.37 |

| | |
|---|---:|
| 1119 S. 155TH ST.<br>OMAHA, NE 68144 | |
| MARGARET E. LANGON<br>34 FAIRHAVEN LN<br>MARSTONS MILLS, MA 02648 | 478.56 |
| MICHAEL L. LAPAILLE<br>308 BALWIN<br>CLYDE, KS 66938 | 345.10 |
| BAXTER D. LAPORTE<br>4870 COTE DES NEIGES, STE 1510<br>MONTREAL, QC H3V 1H3 CANADA<br>FOREIGN, FN 99999 | 576.99 |
| PATRICIA Y. LAPRADE<br>4406 NEW KENT AVE.<br>RICHMOND, VA 23225 | 98.16 |
| DOROTHY G. LARSEN<br>17712 W. COUNTRY CLUB DR.<br>ARLINGTON, WA 98223 | 539.79 |
| JOYCE L. LAUBY<br>13529 W. 74 TERRACE<br>SHAWNEE, KS 66216 | 189.00 |
| BETTY JUNE LAWRENCE<br>511 HOLLONVILLE RD<br>WILLIAMSON, GA 30292 | 441.01 |
| LUKE J. LAYDON<br>1474 MAYFIELD CIRCLE<br>LONGMONT, CO 80501 | 226.02 |
| KATHARAN M. LAYTON<br>9010 HERMOSA ROAD<br>BAKERSFIELD, CA 93307 | 478.05 |
| ALEJANDRO A. LEE, JR.<br>2501 NOLANA LOOP M-2<br>MC ALLEN, TX 78504 | 378.01 |
| DOUGLAS W. LEAMON<br>4402 WOOD HOLLOW CIRCLE | 224.54 |

| Name / Address | Amount |
|---|---|
| VALDOSTA, GA 31605 | |
| CYNTHIA A. LEDOUX<br>501 S 10TH AVE.<br>BOZEMAN, MT 59715 | 59.49 |
| HOONG YEE LEE<br>14-16 ORCHARD STREET APT 4B<br>NEW YORK, NY 10002 | 447.31 |
| KENNETH E. LEE<br>9045 HOBBLE CREEK DRIVE<br>BILLINGS, MT 59101 | 441.01 |
| LU LEE<br>22 RUBENSTEIN STREET, 1ST FL<br>STATEN ISLAND, NY 10305 | 158.76 |
| RUTH M. LEE<br>112 KAYLA DR.<br>MACON, GA 31216 | 441.01 |
| XUE XUE LEE<br>411 NEWPORT AVE.<br>QUINCY, MA 2170 | 215.20 |
| ANNITA W. LEFAN<br>1715 CREEKMORE LANE<br>HATTIESBURG, MS 39401 | 126.00 |
| DONNA L. LEGLEITER<br>1713 VOLGA DR. APT. A<br>HAYS, KS 67601 | 315.01 |
| GRACE M LEINO<br>N 11445 CO A LOT #19<br>TOMAHAWK, WI 54487 | 69.93 |
| MITCHEL W. LELEUX<br>252 TOUCHET RD. 2B<br>LAFAYETTE, LA 70506 | 226.43 |
| LON K. LEMASTER<br>3106 ASTOR CT.<br>SUGAR LAND, TX 77478 | 1,027.33 |

| | |
|---|---:|
| JULIE S. LENAMON<br>1813 PEBBLE BROOK DR.<br>OFALLON, MO 63366 | 189.00 |
| JILL A. LENZ<br>17817 COIT RD., #4202<br>DALLAS, TX 75252 | 226.36 |
| GENE R. LENTZ<br>512 WORTHINGTON CT.<br>CONCORD, NC 28026 | 469.87 |
| ALICE S. LEPAK<br>6170 ELMHURST CIRCLE<br>AUBURN, NY 13021 | 100.30 |
| ANGEL LEUNG<br>1912 LINCOLN DR.<br>STEWARTSVILLE, NJ 08886 | 441.01 |
| CAROLYN S LEUTY<br>4011 TRAILRIDGE DRIVE<br>FRANKLIN, TN 37067 | 562.13 |
| KENDRA B LEVINGSTON<br>1212 E 1ST<br>EL DORADO, AR 71730 | 100.80 |
| BARBARA R. LEWIS<br>94 PONY RD.<br>LIVINGSTON, MT 59047 | 441.01 |
| JUDITH LEWIS<br>ROUTE 3 BOX 116<br>OZARK, AL 36360 | 226.30 |
| KIM A LEWIS<br>207 WEST WEBSTER<br>SMITHTON, MO 65350 | 441.01 |
| ROBBIE K. LEWIS<br>7033 SANDYBROOK DR.<br>FORT WORTH, TX 76120 | 219.17 |
| RUTH N. LEWIS<br>PO BOX 874 | 531.98 |

| | |
|---|---|
| BOKEELA, FL 33922 | |
| STANLEY F. LEWIS<br>665 N. COUNTRY CLUB DR.<br>CRYSTAL RIVER, FL 34429 | 219.17 |
| BAITAO LI<br>589 SANGA ROAD<br>CORDOVA, TN 38018 | 97.84 |
| CHUN LI<br>2329 FIRETHORN RD.<br>BRIDGEVILLE, PA 15017 | 476.79 |
| FANG LI<br>749 ORLEAN CIRCLE<br>LEXINGTON, KY 40517 | 476.54 |
| HUIMIN LI<br>15040 MARWOOD ST<br>HACIENDA HTS, CA 91745 | 189.00 |
| HOLLI T BIANCHI<br>3321 SOUTH 3010 EAST<br>SALT LAKE CITY, UT 84109 | 153.45 |
| ANDREW J. BEVOLO<br>3239 NASHVILLE AVE.<br>NEW ORLEANS, LA 70125 | 441.01 |
| MARK I. COPELAND<br>455 SILVERTHORNE PT<br>LAWRENCEVILLE, GA 30043 | 248.93 |
| IYESHU B. DUNNIGAN<br>1022 MAPLE LEAF RIDGE<br>JONESBORO, GA 30236 | 471.50 |
| HENRY L. FLINT<br>226 COMMISSARY RD., BOX 9572<br>DYESS AFB, TX 79607 | 478.28 |
| TIMOTHY E. HILL<br>1960 HOPEWELL FRIENDS ROAD<br>ASHEBORO, NC 27203 | 217.73 |

| | |
|---|---:|
| DONNA LIERZ<br>8164 CONSTANCE<br>LENEXA, KS 66215 | 390.61 |
| TURMSAK LATTHITHAM<br>294 SAN CLEMENTE<br>VENTURA, CA 93001 | 478.12 |
| KIMBERLY B. LEWIS-FREELAND<br>3846 W GALVESTON PLACE<br>BROKEN ARROW, OK 74012 | 219.46 |
| GRICE LAUREN S.<br>5323-A FOX COVE LANE<br>GREENSBORO, NC 27402 | 224.16 |
| MARIE-CLAIRE DUBUC-BOYER<br>811 RINGUET<br>MONT-ST-HILAIRE, PQ J3H3W9<br>FOREIGN, FN 99999 | 94.50 |
| BEATRIZ I FLORES<br>8209 MEADOW ROAD APT. 1017<br>DALLAS, TX 75231 | 226.36 |
| KATHRYN D. LEEMAN<br>130 DEXTER AVENUE<br>BIRMINGHAM, AL 35213 | 478.31 |
| **TOTAL** | **23,032.15** |

2.     That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:   February 20, 2008

                                                                                                            _____

                                                                                                            Holmes P. Harden, Trustee  
                                                                                                             State Bar No. 9835  
                                                                                                             Post Office Drawer 19764  
                                                                                                             RALEIGH, NC  27619-9764  
                                                                                                             Telephone: (919) 981-4000  
                                                                                                             Facsimile: (919) 981-4300