**SO ORDERED.**

**SIGNED this 21 day of February, 2008.**

_____
**A. Thomas Small**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: |
| International Heritage, Inc. | 98-02675-5-ATS |
| DEBTOR | CHAPTER 7 |

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $100.24 constituting unclaimed funds is declared due to Kevin W. Baldwin, 3366 Horseshoe Bend Estates, Iowa Park, TX 76367, by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

"End of Document"