Feb. 18, 2008

Dear Sir,

I am making a written claim for my interest in M & C Thyfault Trust, I did not receive any communication about this till now because of illness of several months. I am trustee to my husbands estate — M & C Thyfault Trust Sending copies of our stock of I H I — Please send the money of my interest.

Thank You
Carmella Thyfault
Trustee —
M & C Thyfault Trust

(over)

Mrs. Carmella Thyfault
Apt H
502 W 39th St
Hays, KS 67601

I sent a letter recently to Holmes P. Harden - Trustee IHI - They asked I refer my request to U.S. Bankruptcy Court. I appreciate your immediate reply.

I am also trustee of Ray Desmarteau Trust Case no. 98-02675-5-ATS

Thank You
Carmella Thypault

Enclosed - We were No 114 on list of claims

| | | | |
|---|---|---:|---:|
| 109 | JOHN M. SNYDER | $10,000.00 | $.00 |
| 110 | JOHN TAYLOR | $5,000.00 | $.00 |
| 111 | LYLE B. TAYLOR | $20,000.00 | $.00 |
| 112 | JAYNE L. TEDRAHN, TRUSTEE | $30,000.00 | $.00 |
| 113 | ALBERT B. THORNE | $20,000.00 | $.00 |
| 114 | MOSE AND CARMELLA THYFAULT | $5,000.00 | $.00 |
| 115 | JOHN TILSTRA | $5,000.00 | $.00 |
| 116 | RICHARD TILTON | $10,000.00 | $.00 |
| 117 | RICHARD C. TINKER | $10,000.00 | $.00 |
| 118 | JAMES AND MARGARET TOLBERT | $10,000.00 | $.00 |
| 119 | SHELDON TOOMER | $20,000.00 | $.00 |
| 120 | ROBERT D. UNGARD, TRUSTEE | $10,000.00 | $.00 |
| 121 | ROBERT F. AND DOLORES D. VA | $10,000.00 | $.00 |
| 122 | LINDA M. VINING | $5,000.00 | $.00 |
| 123 | S. GEORGE WAGNER | $15,000.00 | $.00 |
| 124 | DAVID R. WATSON | $10,000.00 | $.00 |
| 125 | EARL AND MYRTLE WATSON | $10,000.00 | $.00 |
| 126 | DALE WESTPHAL | $10,000.00 | $.00 |
| 127 | KENT W. WILHELM | $10,000.00 | $.00 |
| 128 | CARL RAY WILLIAMS | $10,000.00 | $.00 |
| 129 | W. DAVID WIMAN | $20,000.00 | $.00 |
| 130 | KENNETH AND TAMRA WINSTON | $10,000.00 | $.00 |
| 131 | J. DONALD & CHARLOTTE WOLFE | $10,000.00 | $.00 |
| 132 | JOHN ROSS WORKMAN | $10,000.00 | $.00 |
| 133 | B. LEAURA WRIGHT | $20,000.00 | $.00 |
| 134 | JOHN J. GRACE | $80,000.00 | $.00 |
| 135 | FAYE W. BARBER | $5,000.00 | $.00 |
| 136 | ROBERT L. BROWN, TRUSTEE | $5,000.00 | $.00 |
| 137 | BEVERLY ERHARDT | $10,000.00 | $.00 |
| 138 | MILES W. HANSLER | $10,000.00 | $.00 |
| 139 | MARIAN L. FORBERT | $5,000.00 | $.00 |
| 140 | WILLIAM T. FREEMAN | $5,000.00 | $.00 |
| 141 | LORNA PYRTLE | $10,000.00 | $.00 |
| 142 | RANDALL N. WAITMAN | $5,000.00 | $.00 |
| 143 | KEVIN BERRY | $10,000.00 | $.00 |
| 144 | MARKUS WOLLENWEBER | $20,000.00 | $.00 |
| 145 | MAX R. FORBERT | $5,000.00 | $.00 |
| 146 | THEODORE W. MORAN | $10,000.00 | $.00 |
| 147 | VERLE D. HANKINS | $32,500.00 | $.00 |
| 148 | MR & MRS W. BALKENHOL | $10,000.00 | $.00 |
| 149 | JOSEPH J. TUSO | $20,000.00 | $.00 |
| 150 | JERRY N. CLARK | $10,000.00 | $.00 |
| 151 | RANDY STAMPER | $20,250.00 | $.00 |
| 152 | KAREN SCHIPANI-TEDRAHN | $10,000.00 | $.00 |
| 153 | JOHN C. OWEN | $10,000.00 | $.00 |
| 154 | RONALD ASBERG | $20,000.00 | $.00 |
| 155 | ALOYS & DONALD TOBER | $5,000.00 | $.00 |



NUMBER 235

INTERNATIONAL HERITAGE INCORPORATED

COMMON STOCK

SHARES 200

This Certifies that Thyfault Trust M & C is the owner of Two Hundred (200) fully paid and non-assessable .01 par Shares of the Capital Stock of International Heritage, Inc. a North Carolina corporation, transferable only on the books of Corporation by the holder hereof in person or by duly authorised Attorney upon surrender of this Certificate properly endorsed.

The Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this 18th day of March A.D. 19 96

Secretary/Treasurer

President

