U.S. Bankruptcy Court  
P.O. Box 1441  
Raleigh, NC 27504

Feb. 20, 2008

**FILED**

FEB 2 5 2008

PEGGY B. DEANS, CLERK  
U.S. BANKRUPTCY COURT  
EASTERN DISTRICT OF N. C

To the U.S. Bankruptcy Court,

    I am writing to you in hopes that you will reconsider denying my claim. I did not receive the objection that you had sent me and therefore couldn't respond. I apologize for the mix up but I had thought that the post office would forward my mail if I received any.

    I have gotten married since the claim was sent to the courts. My name previously was Linda C. Durham, and the claim number that I was given was 10866. The case number was 98-02675-5-ATS.

    Would you please consider me for further distributions? I am a single mother of 4 children and I could really use any thing that I had coming to me. Please take this into consideration.

    Thank you for your time.

Sincerely,

*Linda Rask*

Linda Rask