UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

    HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

  1.  That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| MANYIN LI<br>94-31 60 AVE #4F<br>ELMHURST, NY 11373 | 189.00 |
| NAI WEN LI<br>5 HENLEY PLACE<br>TRENTON, NJ 08638 | 189.01 |
| RONG LI<br>2924 NORTH CALVERT STREET<br>BALTIMORE, MD 21218 | 441.01 |
| SHUANGYAN LI<br>804 STRAFTFORD DR. APT.14<br>STATE COLLEGE, PA 16801 | 283.00 |
| SONGPING LI<br>122 EDWARDS ST., 3RD FLOOR<br>NEW HAVEN, CT 06511 | 189.00 |
| YIMING LI<br>43 GERRY ROAD<br>CHESTNUT HILL, MA 02467 | 441.01 |

| | |
|---|---:|
| YUANJUN LI<br>3435 PLUM TREE DR., APT. E<br>ELLICOTT CITY, MD 21042 | 189.00 |
| ZHAOAN LI<br>180 MULBERRY ST. #3B<br>NEW YORK, NY 10012 | 378.01 |
| NIAN YUN LI/GUO<br>167-43 148 AVE. SUIT#201<br>JAMAICA, NY 11434 | 229.73 |
| JESSICA H LIANG<br>57 HIGHLAND AVENUE<br>DALY CITY, CA 94015 | 189.00 |
| MUSEN LIANG<br>5 HENLEY PLACE<br>TRENTON, NJ 08638 | 567.01 |
| ZHAN-YING LIANG<br>5015 WILLOW BLUFF DRIVE<br>ATLANTA, GA 30350 | 469.67 |
| DOLORES F. LICKAR<br>20315 NE SANDY BLVD<br>TROUTDALE, OR 97060 | 476.29 |
| ANTHONY LIEM<br>212 FAIRMONT AVE.<br>JERSEY CITY, NJ 7306 | 189.00 |
| JOAN LIN<br>454 PROSPECT AVE #73<br>WEST ORANGE, NJ 7052 | 63.00 |
| LIANG YING LIN<br>628 CEDAR LN #9<br>KNOXVILLE, TN 37912 | 567.52 |
| XUN LIN<br>765 W. CONCOURSE VILLAGE<br>BRONX, NY 10451 | 861.10 |
| YA BAO LIN | 441.01 |

| | |
|---|---:|
| 92-05 WHITNEY AVE., APT. B24<br>ELMHURST, NY 11373 | |
| YANG-HANG LIN<br>132-09 MAPLE AVE<br>FLUSHING, NY 11355 | 441.01 |
| YI QUN LIN<br>41-10 160 ST.<br>FLUSHING, NY 11358 | 189.00 |
| YUAN LIN<br>919 W. 35TH ST., #1F<br>CHICAGO, IL 60609 | 221.77 |
| DAVID R. LIND<br>37603 50TH AVE. S.<br>AUBURN, WA 98001 | 189.00 |
| M. TAW LINDSEY<br>141 NORTH 1000 EAST<br>OREM, UT 84057 | 414.86 |
| JAMES E. LIPPERT<br>12737 RICHARDS<br>OVERLAND PARK, KS 66213 | 218.45 |
| DAIMING LIU<br>71 DEMAREST PL<br>MAYWOOD, NJ 07607 | 466.21 |
| FENG LIU<br>7561 MURRAY HILL RD. #135<br>COLUMBIA, MD 21046 | 212.99 |
| GUISU LIU<br>250 GORGE RD., APT 21A<br>CLIFFSIDE PARK, NJ 07010 | 405.73 |
| JIAN LIU<br>10904 GRAND TRUNK LANE<br>JACKSONVILLE, FL 32257 | 508.04 |
| JIANGUO LIU<br>105 BEECH STREET #3<br>BELMONT, MA 2178 | 189.00 |

| | |
|---|---:|
| PENG LIU<br>1611 LAUREL AVENUE APT 818<br>KNOXVILLE, TN 37916 | 567.53 |
| WEIDONG LIU<br>300 WALNUT ST. APT. #602<br>RIDLEY PARK, PA 19078 | 189.00 |
| ZHENG LIU<br>4225-98 PORTE DE MERANO<br>SAN DIEGO, CA 92122 | 441.01 |
| DORI LO<br>333 ACACIA RD.<br>SCOTCH PLAINS, NJ 7076 | 447.31 |
| MARGIE L LOCKE<br>3010 FERRY AVE.207<br>BELLINGHAM, WA 98225 | 566.26 |
| CINDY L. LOCKHART<br>805 MITCHELL BRIDGE RD.<br>ATHENS, GA 30606 | 224.79 |
| MARGARET A. LOFLIN<br>511 E. LAKE CIRCLE DR.<br>CHESAPEAKE, VA 22320 | 224.16 |
| MARY O. LOLLI<br>4515 SPRING DR.<br>RENO, NV 89502 | 100.80 |
| GLORIA M. LOMANTO<br>1620 CUSHMAN STREET<br>HOLLISTER, CA 95023 | 63.00 |
| LINDSAY A. LONG<br>3882 D. SW HARBOR DR.<br>LEE'S SUMMIT, MO 64082 | 218.36 |
| RUTH A. LONG<br>606 PALACE AVE.<br>GADSDEN, AL 35901 | 504.01 |
| JAMES A. LONGINO, III | 441.01 |

| | |
|---|---:|
| 4308 COALESWAY DR.<br>MOBILE, AL 36693 | |
| BYRON A. LOONEY<br>2010 LINDY DR<br>GRAHAM, TX 76450 | 100.36 |
| MARGARITA M. LOPEZ<br>RT. 1 BOX 2100<br>DONNA, TX 78537 | 63.00 |
| JEFF LOREE<br>11155 BLUE HERON RD<br>BOW, WA 98232 | 252.01 |
| KONNIE K. LOSEY<br>18625 MIDWAY RD. #515<br>DALLAS, TX 75287 | 441.01 |
| RANDY LOTHER<br>3306 S.E. PENGUIN LANE<br>PORT ORCHARD, WA 98367 | 441.01 |
| CLAUDE A. LOUVIERE JR.<br>121 TRENTON DRIVE<br>YOUNGSVILLE, LA 70592 | 441.01 |
| TIM D. LOVING<br>13097 PULVER RD.<br>MOUNT VERNON, WA 98273 | 478.51 |
| MARGARET L. LOWE<br>2427 S. HOLMAN CIRCLE<br>LAKEWOOD, CO 80228 | 441.01 |
| RANDALL R. LOWE<br>POST OFFICE BOX 252<br>CLEARLAKE, WA 98235 | 478.26 |
| STACY LOWERY<br>15090 EAST AVE.<br>OLLA, LA 71465 | 189.00 |
| FRANCISCA P. LOZANO<br>945 E. HIDALGO<br>RAYMONDVILLE, TX 78580 | 226.36 |

| | |
|---|---:|
| GERONIMO G. LOZANO JR<br>1300 C. WEST MAIN ST.<br>RIO GRANDE, TX 78582 | 441.01 |
| SANTOS V. LOZANO, JR.<br>945 E HIDALGO<br>RAYMONDVILLE, TX 78580 | 126.00 |
| VIVENCIO G. LOZANO<br>6020 GABLES LANES<br>ATLANTA, GA 30350 | 98.53 |
| MARIA F. LEAL<br>RT. 4 BOX 208F<br>SAN BENITO, TX 78586 | 100.36 |
| BONNIE F. LINDLEY<br>3330 COUNTRY SQUARE DRIVE<br>APT. 902<br>CARROLLTON, TX 75006 | 550.14 |
| CAILAN LU<br>2660 RIKKARD DRIVE<br>THOUSAND OAKS, CA 91362 | 426.64 |
| GEORGE P. LU<br>134-54 MAPLE AVENUE #4-C<br>FLUSHING, NY 11355 | 441.01 |
| MARYLOU R. LU<br>134-54 MAPLE AVE. APT 4-C<br>FLUSHING, NY 11355 | 441.01 |
| WEI-YUAN LU<br>955 WATER ST.<br>PORT TOWNSEND, WA 98368 | 477.02 |
| MICHAEL L LUETZEN<br>24801 30TH AVE NW<br>BERTHOLD, ND 58718 | 260.20 |
| RANDY E. LUETZEN<br>BOX 65<br>BERTHOLD, ND 58718 | 260.19 |

| | |
|---|---:|
| KATHLEEN LUNA-WREN<br>2003 RIVER CT.<br>WOODSTOCK, GA 30188 | 214.20 |
| KIM S. LUNA<br>419 SPRUCE STREET<br>HALSTEAD, KS 67056 | 189.01 |
| LYNN E. LUNDE<br>LUNDE DEVELOPMENT, INC.<br>510 PHOENIX WAY<br>VANCOUVER, WA 98661 | 226.80 |
| SHA LUO<br>1685 NORMAN ST.APT.1R<br>RIDGEWOOD, NY 11385 | 508.82 |
| XUEFEI LUO<br>2234 WINDING WAY<br>BROOMALL, PA 19008 | 447.31 |
| ZHI LUO<br>68A CHARLES BANK WAY<br>WALTHAM, MA 2154 | 63.00 |
| MARK A LUOND<br>4308 TYLER WAY<br>ANACORTES, WA 98221 | 378.01 |
| CLIFFORD E. LUTTER<br>PO BOX 71<br>MONMOUTH JUNCTI, NJ 8852 | 92.23 |
| LYDAY DEBRA D<br>4525 22ND AVE SE #2<br>LACEY, WA 98503 | 255.28 |
| STEPHANIE L. LYDAY<br>P.O. BOX 142<br>MINERAL, WA 98355 | 100.20 |
| CAROLINE K. LYKINS<br>4245 WINTERGREEN LN. #113<br>BELLINGHAM, WA 98226 | 478.26 |
| JOAN LYNCH | 226.49 |

| | |
|---|---:|
| RT. 1 BOX 1727<br>BANDON, OR 97411 | |
| TRAVIS W. LYON<br>1936 8TH APT. 4<br>CLAY CENTER, KS 67432 | 315.01 |
| M & L INCORPORATED<br>197 N. SOUTHLAWN DRIVE<br>LAFAYETTE, LA 70503 | 100.80 |
| NOEL H. MA<br>9726 OLNEY ST.<br>ROSEMEAD, CA 91770 | 193.10 |
| DAVID MA<br>22 RUBINSTEIN STREET APT. M1<br>STATEN ISLAND, NY 10305 | 453.61 |
| HONG YU MA<br>33-51 PRINCE ST 2A<br>FLUSHING, NY 11354 | 441.01 |
| LAN MA<br>514-B CASTLE DR.<br>BALTIMORE, MD 21212 | 189.00 |
| STEVEN Y MA<br>5 HENLEY PLACE<br>TRENTON, NJ 08638 | 63.00 |
| JASJEET S. MAAN<br>8611-161A STREET<br>SURREY, BC V4N4R9<br>FOREIGN, FN 99999 | 92.66 |
| HEATHER A. MACLEAN<br>P.O BOX 1476<br>CHINOOK, MT 59523 | 224.28 |
| MADORE WENDY A<br>275 E WHITMARSH #41<br>BURLINGTON, WA 98233 | 63.00 |
| ARTHUR A. MAGGIN<br>5801 CAMINO DEL SOL #105 | 26.71 |

| | |
|---|---:|
| BOCA RATON, FL 33433 | |
| VIRGINIA G. MAGISTRO<br>2421 SKYVIEW DRIVE<br>CENTERVILLE, TN 37033 | 477.11 |
| LESLIE MAGNESS<br>6865 BLUEBIRD LN.<br>OLIVE BRANCH, MS 38654 | 1,335.63 |
| MARGIE L. MALEK<br>RT. 6, BOX 43-G [CNTY RD 308]<br>CALDWELL, TX 77836 | 252.01 |
| MARILYN S MALIN<br>8231 NW 45 CT<br>LAUDERHILL, FL 33351 | 204.12 |
| TAMMY LEE MANGUN<br>2200 NORTH I-35 #15<br>CARROLLTON, TX 75006 | 83.84 |
| CARRIE J. MANNA<br>14 LEDGEWOOD DRIVE<br>BROOKFIELD, CT 6804 | 341.90 |
| JOE MANNO<br>5375 LONG ISLAND DRIVE, N.W.<br>ATLANTA, GA 30327 | 225.80 |
| WANDA A MANNING<br>110 PARK AVENUE EAST<br>GREENEVILLE, TN 37745 | 478.31 |
| CAROLYN MANSON<br>ROUTE 1 BOX 60A<br>DALTON, MO 65246 | 704.00 |
| GLEN B MARBLE<br>40 W. 100 N<br>HYRUM, UT 84319 | 375.82 |
| **TOTAL** | **30,789.65** |

       2.      That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    February 21, 2008

                                              /s/Holmes P. Harden
                                              Holmes P. Harden, Trustee
                                              State Bar No. 9835
                                              Post Office Drawer 19764
                                              RALEIGH, NC  27619-9764
                                              Telephone: (919) 981-4000
                                              Facsimile: (919) 981-4300