UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

        HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

    1.    That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---:|
| CHARLES A. MARCH<br>33 S. 4TH ST. EAST<br>MALTA, MT 59538 | 28.94 |
| ROBERT J MARCHESE<br>OR ANDREA MARCHESE<br>415 CORNWALL MEADOWS<br>PATTERSON, NY 12563 | 680.39 |
| RONALD J. MARCOE<br>7611 PACIFIC AVE APT B2<br>TACOMA, WA 98408 | 113.86 |
| DOROTHY A. MARCOS<br>481 LAKE DRIVE<br>WARE SHOALS, SC 29692 | 99.80 |
| MARY S. MARGAITIS<br>6565 HOLLISTER DRIVE<br>HOUSTON, TX 77040 | 37.45 |
| MICHAEL L. MARINO<br>2 AIRWAY DRIVE | 63.00 |

| | |
|---|---:|
| BELLMORE, NY 11710 | |
| JOHN W. MARKS<br>135 GHOST CANYON COURT<br>BELGRADE, MT 59714 | 441.01 |
| EMMETT F. MARKULIS<br>828 NORD AVE #13<br>CHICO, CA 95926 | 529.21 |
| BARBARA M. MARR<br>7 APPLETREE LANE<br>GREENSBORO, NC 27455 | 469.86 |
| BEVERLY W. MARRIGAN<br>P. O. BOX 650<br>BEDFORD, MA  01730-0650 | 81.09 |
| ROBERT J. MARRIGAN<br>DEVELOPMENT DIRECT, INC.<br>P. O. BOX 650<br>BEDFORD, MA  01730 | 1,177.50 |
| PEGGY D. MARSH<br>4400 BOSTIC MILL RD.<br>WADLEY, GA 30477 | 224.54 |
| KEVIN L. MARSHALL<br>18818 HWY. 135<br>STOVER, MO 65078 | 198.45 |
| CHERYL J. MARTENS<br>1311 BERRY RIDGE RD.<br>EAGAN, MN 55123 | 208.49 |
| LEIGH D. MARTIN<br>127 HERITAGE DR<br>ALEXANDER CITY, AL 35010 | 477.55 |
| PEGGY D. MARTIN<br>3218 PIPERSGAP RD.<br>GALAX, VA 24333 | 189.00 |
| TIFFANY P. MARTIN<br>4600 ELMWOOD<br>WICHITA FALLS, TX 76308 | 93.81 |

| | |
|---|---:|
| GABE L. MARTINEZ<br>12303 HARBOUR PT. BLVD. E-104<br>MUKILTEO, WA 98275 | 478.81 |
| JOE A. MARTINEZ<br>4416 BOSTON<br>PLANO, TX 75093 | 477.11 |
| JOSE A. MARTINEZ SR.<br>9626 SAN LEON<br>DALLAS, TX 75217 | 195.30 |
| MEL MARTINEZ<br>3825 HOLLIDAY<br>DALLAS, TX 75224 | 441.01 |
| PEDRO A. MARTINEZ<br>8209 MEADOW RD, APT 2076<br>DALLAS, TX 75231 | 100.36 |
| SANDRA L. MARTON<br>4553 EAST FARR ROAD<br>FRUITPORT, MI 49415 | 309.95 |
| LISA G. MASSON<br>3511 SINCLAIR AVE.<br>CHALMETTE, LA 70043 | 63.00 |
| JOYCE A. MATHER<br>1725 W. LA CADENA DR.<br>RIVERSIDE, CA 92501 | 638.30 |
| LINDA D. MATTHEWS<br>610 NORTH 300 EAST<br>RUPERT, ID 83350 | 189.00 |
| MONICA M MATTSON<br>1711 PREYER AVE.#1<br>CLEVELAND, OH 44118 | 244.70 |
| DEBRA MAXEY<br>2140 INGLESIDE AVE. APT. E-4<br>MACON, GA 31204 | 477.80 |
| CYNTHIA J. MAY | 472.07 |

| Name and Address | Amount |
|---|---:|
| 216 CAMINO PRINCIPAL<br>BELTON BELL, TX 76513 | |
| MICHELLE L. MAYFIELD<br>710 COTTONWOOD<br>BUFFALO, MO 65622 | 99.82 |
| DOUGLAS MC ALEAR<br>1515 ASHBERRY CT. #6<br>MISSOULA, MT 59801 | 488.90 |
| RUSTY D. MCBEE<br>5733 RED BARN ROAD<br>MONTGOMERY, AL 36116 | 441.01 |
| DARRELL K. MCBROOM<br>105 N. JULIE<br>CALIFORNIA, MO 65018 | 494.82 |
| RANDY L. MCCALL<br>2061 ROCK SPRINGS CIRCLE<br>DENVER, NC 28037 | 35.91 |
| MABEL E. MCCALLISTER<br>10114 TRACY AVE.<br>KANSAS CITY, MO 64131 | 126.00 |
| CHERYL R. MCCARTY<br>807 CAMDEN<br>YUKON, OK 73099 | 579.11 |
| BETTY JEAN MCCASKILL<br>405 STIRRUP CT.<br>MOBILE, AL 36608 | 466.21 |
| NANCY G. MCCLOUD<br>2627 N. 41ST.<br>ORANGE, TX 77630 | 218.00 |
| NANCY L. MCCLOUD<br>4510 GALVESTON<br>BEAUMONT, TX 77703 | 69.93 |
| CARL P. MCCLURE<br>P.O. BOX 1275<br>RUSSELL SPRINGS, KY 42642 | 247.85 |

| | |
|---|---:|
| MIKE MCCLURE<br>11160 SEA LILLY DR.<br>ALPHARETTA, GA 30022 | 88.21 |
| CONDOR F. MCCOLLUM<br>3309 QUAKER SPRING RD.<br>AUGUSTA, GA 30909 | 225.80 |
| JOSEPH E. MCCOOL<br>3521 ARGONNE FORREST LANE<br>DUNCANVILLE, AL 35456 | 75.09 |
| LISA H. MCCULLOUGH<br>1025 LANGLINAIS #8<br>YOUNGSVILLE, LA 70592 | 69.30 |
| BRIGITTE H. MCDANIEL<br>104 BRADD STREET<br>SUMMERVILLE, SC 29483 | 108.05 |
| JESSICA L MCDONALD<br>1025 E. AIRPORT DRIVE<br>CARTHAGE, MO 64836 | 213.22 |
| OTIS MCDONALD JR.<br>2623 WEST PULLEN<br>PINE BLUFF, AR 71601 | 477.93 |
| STANLEY MCFARLAND<br>669 PEORIA ST. NO. 265<br>AURORA, CO 80011 | 189.00 |
| GERRY V. MCFEE<br>10840 CO ROAD 9 UNIT 312<br>PLYMOUTH, MN 55442 | 261.36 |
| SANDRA G. MCHONE<br>7914 HIGHFILL ROAD<br>SUMMERFIELD, NC 27358 | 628.45 |
| DENISE H. MCKNIGHT<br>ROUTE 3 BOX 279<br>KINGSTREE, SC 29556 | 479.94 |
| DONNA J. MCLAMB | 226.30 |

| | |
|---|---|
| 3953 N CLAREY<br>EUGENE, OR 97402 | |
| LISA A. MCLAUGHLIN<br>1502 ERNEST #5<br>MISSOLA, MT 59801 | 63.00 |
| LARRY A. MC LENDON<br>132 SPRING DRIVE<br>BISCOE, NC 27209 | 91.85 |
| ALYSIA N. MCLEOD<br>322 FALWORTH<br>HOUSTON, TX 77060 | 93.81 |
| CHRISTOPHER M. MC LEOD<br>318 FALWORTH<br>HOUSTON, TX 77060 | 219.81 |
| ERIC M. MCLEOD<br>322 FALWORTH<br>HOUSTON, TX 77060 | 412.32 |
| JAMES M. MCLEOD<br>322 FALWORTH<br>HOUSTON, TX 77060 | 441.01 |
| DOROTHY JO MCMASTER<br>123 YORK DRIVE<br>MONROE, LA 71203 | 32.14 |
| JENNIFER L MCMICHAEL<br>12 MARSHALL AVE.<br>HORNELL, NY 14843 | 340.96 |
| KAMLA K. MCPHERSON<br>1553 CEDAR ELM<br>EULESS, TX 76039 | 225.10 |
| MARGARET MCQUILKIN<br>292 WOODLAKE DR.<br>ATHENS CLARKE, GA 30606 | 476.80 |
| INC. OLEQUA MEADOWS<br>1068 WINLOCK-VADER RD.<br>PO BOX A | 350.79 |

| | |
|---|---:|
| WINLOCK, WA 98596 | |
| CAROLYN S. MECKLEY<br>5440 VILLAGE GREEN DRIVE<br>MESQUITE, TX 75150 | 219.17 |
| VI K. MEIER<br>10050 N.W. HWY 24 #4<br>SILVER LAKE, KS 66539 | 69.31 |
| LOUISE A. MELFI<br>3957 LAURELBROOK AVE.<br>LAS VEGAS, NV 89117 | 224.79 |
| STEVEN E. MELGREN<br>7414 W 253RD<br>OSAGE CITY, KS 66523 | 447.31 |
| RANDALL L. MELTON<br>521 HIGHLANDS DRIVE<br>DESOTO, TX 75115 | 126.00 |
| DALE MELVIN<br>6013 S. ELKINS ST.<br>TAMPA, FL 33611 | 110.37 |
| TINA A MELVIN<br>2412 ASHLAND DRIVE<br>BIRMINGHAM, AL 35226 | 92.23 |
| XIAN MENG<br>5058 RAINTREE DR.<br>WEST DES MOINES, IA 50265 | 464.82 |
| NAZARALI N. MERCHANT<br>6401 N. SHERIDAN, #502<br>CHICAGO, IL 60626 | 218.43 |
| MARY CATHERINE MESHAD<br>201 SOUTH GEORGIA AVENUE<br>MOBILE, AL 36604 | 540.55 |
| MATTHEW W. MESHAD<br>115 WILLIAMS CT.<br>MOBILE, AL 36606 | 477.80 |

| | |
|---|---:|
| KENNETH L. MEYER<br>2101 HASKETT AVE<br>SALINA, KS 67401 | 378.01 |
| HUAQUAN MIAO<br>50 BABCOCK STREET APT 8<br>BROOKLINE, MA 2146 | 66.78 |
| CHARLES E. MILLAR<br>221 SOUTH WALLACE<br>LAS VEGAS, NV 89107-2557 | 441.01 |
| ANTHONY T. MILLER<br>9055 CARDELLA<br>DALLAS, TX 75217 | 219.17 |
| JACQUELINE B. MILLER<br>1100 RAPATEL ST. BOX 39<br>MANDEVILLE, LA 70448 | 390.61 |
| JOSEPH W. MILLER<br>1128 LAFAYETTE ST.<br>SAN GABRIEL, CA 91776 | 99.10 |
| KRISTEN J. MILLER<br>12492 GWEN DR. #2<br>BURLINGTON, WA 98233 | 300.60 |
| LOTTIE D. MILLER<br>ROUTE 2, BOX 58-B<br>HASKELL, OK 74436 | 63.00 |
| PAT MILLER<br>1403 SILVER LEAF DR.<br>FRIENDSWOOD, TX 77546 | 150.51 |
| SHIRLEY L. MILLER<br>9270 EAGLE RANCH RD #1511<br>ALBUQUERQUE, NM 87114 | 338.67 |
| SUNI G. MILLER<br>3802 S. ROCKINGHAM RD.<br>GREENSBORO, NC 27407 | 469.86 |
| DAVID T. MILLS<br>45 SKYLINE DRIVE. | 225.80 |

| | |
|---|---:|
| SAVANNAH, GA 31406 | |
| BILLYE J. MISENER<br>724 S. W. 34TH ST<br>OKLAHOMA CITY, OK 73109 | 200.78 |
| ANDREW F. MITCHELL<br>1505 GRAYLAND HILLS DR.<br>LAWRENCEVILLE, GA 30045 | 189.00 |
| C. LYNN MITCHELL<br>2545 MONTGOMERY HWY<br>DOTHAN, AL 36303 | 478.30 |
| CHARLENE R. MITCHELL<br>281 TOLBERT STREET<br>CUMMING, GA 30040 | 189.00 |
| TIMOTHY W. MIXON<br>427 40TH COURT W.<br>PALMETTO, FL 34221 | 655.21 |
| JEFFREY D. MOEN<br>6013 S. ELKIN STREET<br>TAMPA, FL 33611 | 441.01 |
| MARC B. MOFFITT<br>3606-A LYNHAVEN DRIVE<br>GREENSBORO, NC 27406 | 469.86 |
| GINA K. MOLKJER<br>206 OLD HWY 93 SO.<br>SOMERS, MT 59932 | 97.02 |
| PAUL J. MOLLER<br>5110 AVENUE R.<br>SANTE FE, TX 77510 | 396.47 |
| JAMES M. MONAGHAN<br>760 S. 27TH STREET<br>RENTON, WA 98055 | 567.07 |
| WAYNE MONCSKO<br>329 SUMMITT AVE., APT. 1<br>BRIGHTON, MA 02135 | 189.01 |

| | |
|---|---:|
| MARGARET A. MONROE<br>1252 N. MERIDIAN #6<br>KALISPELL, MT 59901 | 179.20 |
| LUCY MONTANARELLO<br>314 TIBURON CT.<br>ORLANDO, FL 32835 | 441.01 |
| CARMALETA L MONTEITH<br>146 K OLD GAP ROAD<br>CHEROKEE, NC 28719 | 225.80 |
| ALICIA MONTES<br>LA JOYA S.C.C. LEO & 9 1/2 ST.<br>LA JOYA, TX 78560 | 63.00 |
| BONNIE M. MOODY<br>1218 HAVECOST ROAD<br>ANACORTES, WA 98221 | 100.25 |
| ERIC MOORE<br>709 E. 6TH STREET<br>JUNCTION CITY, AR 71749 | 92.99 |
| GORDON D MOORE<br>RT 2 193G<br>VERSAILLES, MO 65084 | 441.01 |
| LYMAN A. MOORE<br>RT. 2 BOX 193 F<br>VERSAILLES, MO 65084 | 504.01 |
| SCOTT A. MOORS<br>1812 E. LAFAYETTE ST.<br>BLOOMINGTON, IL 61701 | 25.20 |
| KATHLEEN G. MORAN<br>2901 HIILLTOP DR.<br>EULESS, TX 76039 | 99.10 |
| JUDI A. MOREL<br>4302 PALAMINO RD.<br>KEARNEY, NE 68847 | 225.80 |
| JANEN M. MORRIS<br>144 MALLARD LOOP | 195.30 |

| | |
|---|---:|
| WHITEFISH, MT 55937 | |
| TRICIA L. MORRIS<br>12500 W. 100 ST.<br>LENEXA, KS 66215 | 224.73 |
| GAIL M. MORRISON<br>12304 WEDD<br>OVERLAND PARK, KS 66213 | 470.05 |
| JOSEPH T. MORRISSETTE<br>173 GREENLAND DR.<br>SYRACUSE, NY 13208 | 749.97 |
| JOHN D. MORTEN<br>23960 ROBERTA CIRCLE<br>WAYNESVILLE, MO 65583 | 189.01 |
| SAMUEL C. MOSES<br>44 COACHMENS COURT<br>COLUMBIA, SC 29229 | 378.00 |
| DEBORAH G. MOSS<br>RT. 2, BOX 208-1<br>BERNICE, LA 71222 | 189.00 |
| HELEN L. MRDCZEK<br>1019 W WHITETAIL COURT<br>BRAZIL, IN 47834 | 108.05 |
| TRUONG MUI<br>1044 WEA VER ST<br>EL MONTE, CA 91733 | 189.01 |
| JOHN E. MULLEN JR.<br>1026 WETHERBY WAY<br>ALPHARETTA, GA 30202 | 447.31 |
| MICHELLE R. MUNSCH<br>1443 DEVILLE<br>WICHITA FALLS, TX 76305 | 225.10 |
| ROSEMARIE A. MUNSCH<br>5412 PAGE DR.<br>WICHITA FALLS, TX 76306 | 477.11 |

| | |
|---|---:|
| SEAN S. MUNSCH<br>1640 CONKLING<br>WICHITA FALLS, TX 76303 | 189.01 |
| CHRISTOPHER ALLEN MURPHEE<br>2500 DAUPHIN WOOD DR. #40<br>MOBILE, AL 36606 | 441.01 |
| CAROLE MURPHY<br>5733 NORTH SHERIDAN RD. #7-A<br>CHICAGO, IL 60660 | 225.23 |
| CRYSTAL MURPHY<br>818 N. COLORADO<br>HASTINGS, NE 68901 | 217.99 |
| NANCY MURPHY<br>2715 WINDWARD CIRCLE<br>BILLINGS, MT 59105 | 476.29 |
| ARDELLA MURRAY<br>628 GISE ST.<br>PORTTOWNSEND, WA 98368 | 478.28 |
| BRENT E. MURRAY<br>955 WATER ST.<br>PORT TOWNSEND, WA 98368 | 225.11 |
| MURRAY EVELYN N<br>3710 BAY AVENUE, APT. A<br>TAMPA, FL 33611 | 112.71 |
| ERIK S. MUSIEK<br>111 LYME RD<br>HANOVER, NH 3755 | 75.60 |
| JEANETTE M. MYERS<br>3041 OVERLAND TR.<br>DICKINSON, TX 77539 | 189.00 |
| RICHARD E. MYERS, JR.<br>5901 WEBER, APT 1208<br>CORPUS CHRISTI, TX 78413 | 63.00 |
| THOMAS E. MYERS<br>1604 N. GARNET DRIVE | 126.00 |

| PRESCOTT, AZ 86301 | |
|---|---|
| **TOTAL** | **37,325.03** |

     2.     That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

     WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    February 23, 2008

                                                   s/s Holmes P. Harden  
                                                   Holmes P. Harden, Trustee  
                                                   State Bar No. 9835  
                                                 Post Office Drawer 19764  
                                                 RALEIGH, NC  27619-9764  
                                                 Telephone: (919) 981-4000  
                                                 Facsimile: (919) 981-4300