UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

        HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

        1.    That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---:|
| HOLLY B NAGIE<br>4565 EAST LAKE CREEK FARMS RD<br>HEBERT CTIY, UT 84032 | 256.00 |
| RAJIQBAL S. NATT<br>8421-AMRITA CT.<br>SACRAMENTO, CA 95828 | 476.92 |
| CHRISTOPHER NEAL<br>677 EDGEMERE AVE.<br>UNIONDALE, NY 11553 | 554.41 |
| LISA NELSON<br>31 L ST. #110<br>SALT LAKE CITY, UT 84103 | 468.02 |
| TYLEY R NELSON<br>3970 SOUTH LAW AVENUE<br>BOISE, ID 83706 | 477.55 |
| SAM & LOIS NERSTEN<br>2881 WALBERG ROAD<br>SEDROWOOLLEY, WA 98284 | 172.31 |

| | |
|---|---:|
| SHANE D. NEWELL<br>782 W. POPLAR<br>FAYETTEVILLE, AR 72703 | 378.00 |
| TRAVIS A. NEWELL<br>1400 PHYLLIS DR., APT. 610<br>BENTONVILLE, AR 72712 | 378.01 |
| JERRY J. NEY<br>607 ALBRO<br>CLAFLIN, KS 67525 | 378.01 |
| SWEE NG<br>8215 TUCKERMAN LANE<br>POTOMAC, MD 20854 | 217.67 |
| SLOANE T. NGUYEN<br>4039 CAETER DRIVE<br>LILBURN, GA 30047 | 189.00 |
| JENNIFER K NICHOLS<br>709 TWIN OAKS AVENUE<br>CHULA VISTA, CA 91910 | 184.79 |
| JOSEPH A. NICOSIA<br>2502 FAIRMONT CT.<br>GRAND PRAIRIE, TX 75052 | 738.90 |
| LEI NIE<br>13240 E ARABELLA ST<br>CERRITOS, CA 90703 | 391.38 |
| CINDY NIE<br>13240 ARABELLA ST<br>CERRITOS, CA 90703 | 31.06 |
| ZUQIN NIE<br>2818 ASPEN HILL RD.<br>BALTIMORE, MD 21234 | 441.01 |
| STANLEY J. NIERMEIER<br>1150 S. FRANKLIN AVE #24<br>COLBY, KS 67701 | 378.01 |
| YAOYU NING | 189.00 |

| | |
|---|---:|
| 5 HENLEY PLACE<br>TRENTON, NJ 08638 | |
| HIROKO NISHIDA<br>218 WEST 10TH ST #6G<br>NEW YORK, NY 10014 | 189.00 |
| LUCY D. NOBLIN<br>813 CANBERRA RD.<br>LAFAYETTE, LA 70503 | 189.00 |
| TRACY NOEL<br>4519 146TH PLACE S.W.<br>LYNWOOD, WA 98037 | 321.16 |
| FRANCES S. CURRY NOLAN<br>1826 HUNTER CIRCLE<br>SHREVEPORT, LA 71119 | 567.01 |
| JACQUELYN A. NOLAN<br>4431 WORTH DRIVE WEST<br>JACKSONVILLE, FL 32207 | 441.01 |
| MARY G. NORLIN<br>P.O. BOX 1050<br>SUTTER CREEK, CA 95685 | 470.68 |
| ONIE NORMAN<br>4321 OLIVE, APT #11<br>PINEBLUFF, AR 71603 | 477.80 |
| GREGORY J. NORRIS<br>405 LEBESQUE ROAD<br>LAFAYETTE, LA 70507 | 226.17 |
| NOWAK-ZIARNIK RENATA V<br>1726 66TH STREET, APT B1<br>BROOKLYN, NY 11204 | 63.00 |
| ANGELA R. NAVARRE<br>308 MADELINE STREET<br>LAFAYETTE, LA 70501 | 115.55 |
| RHONDA D. JOHNSON<br>412 ACORN GROVE LANE, APT. H<br>CHESAPEAKE, VA 23320 | 189.00 |

| | |
|---|---:|
| AN QI GUO<br>177 WHITE PLAINS ROAD, APT. 15E<br>TARRYTOWN, NY 10591 | 189.00 |
| KARLA P. DAVIDSON<br>POST OFFICE BOX 568<br>WINNFIELD, LA 71483 | 189.00 |
| ALESA T. OLIVIER<br>POST OFFICE BOX 1037<br>BREAUX BRIDGE, LA 70517-1037 | 100.17 |
| DUANE R. OLESON<br>1917 ROAD 44<br>PASCO, WA 98301 | 477.19 |
| ROBERT G. OLDREIVE<br>2301 HAYES #7504<br>HOUSTON, TX 77077 | 189.00 |
| CHRISTOPHER J. OKON<br>10933 FARRAGUT HILLS BLVD<br>KNOXVILLE, TN 37922 | 378.01 |
| DIANE R. O'KEY<br>5330 S.W. 11TH CT.<br>CAPE CORAL, FL 33914 | 204.12 |
| JANET J. O'KELLEY<br>2124 IMPERIAL DRIVE<br>GAINESVILLE, GA 30501 | 87.95 |
| MARIE U. OWENS<br>10224 PEPPERHILL LANE<br>RICHMOND, VA 23233 | 478.43 |
| AUTREY L. OWENS<br>5604 CAMBRIDGE EXT<br>PO BOX 4297<br>KANSAS CITY, KS 66104 | 99.99 |
| TERRY L. OTT<br>100 EAST CASCADE<br>BELGRADE, MT 59714 | 489.08 |

| | |
|---|---:|
| WANRONG C. OUTTRIM<br>15 RUDDER CT. SW<br>WASHINGTON, DC 20032 | 63.00 |
| JEANNE OURSLER<br>100 SOUTHSHORE CT.<br>ROSWELL, GA 30076 | 478.05 |
| CECIL D. OURSBOURN<br>P.O. BOX 97<br>LONOKE, AR 72086 | 378.01 |
| THOMAS M. O'TOOLE<br>134 VERA CRUZ<br>NEW IBERIA, LA 70560 | 98.79 |
| THOMAS M. O'TOOLE<br>134 VERA CRUZ<br>NEW IBERIA, LA 70560 | 478.81 |
| VICKIE A. OSWALT<br>211 SILVER BIRCH CT.<br>ALPHARETTA, GA 30004 | 441.01 |
| LISA L. OSTMAN<br>1225 EAST FIR STREET<br>MT VERNON, WA 98273 | 219.95 |
| ALLEN M. OSMIALOWSKI<br>863 H AVE.<br>CORANADO, CA 92118 | 192.91 |
| NOEMI ORTIZ<br>P.O. BOX 533523<br>HARLINGEN, TX 78553 | 226.36 |
| KRISTINE E. ORR<br>3481 LAKESIDE DR. #1608<br>ATLANTA, GA 30326 | 441.00 |
| CHARLENE B. ORR<br>206 LINDSEY LANE<br>HARTSELLE, AL 35640 | 478.31 |
| ROBERT M. OTIS<br>EAST 636 MAGNESIUM ROAD. #0-360 | 8,212.84 |

| | |
|---|---:|
| SPOKANE, WA  99208 | |
| ROBERT M. OTIS<br>EAST 636 MAGNESIUM ROAD. #0-360<br>SPOKANE, WA  99208 | 1,083.62 |
| BERTRAM A OQUIN JR<br>127 EDDIEWEBB<br>TYLERTOWN, MS 39667 | 470.49 |
| BERNADETTE OOLEY<br>249 RIDGETOP DRIVE #138<br>REDDING, CA 96003 | 189.00 |
| CHARLENE P. ONSTOTT<br>4218 PROTHRO<br>WICHITA FALLS, TX 76308 | 189.00 |
| BARBARA E. OHMS<br>14002 HAWKSNEST BAY DR.<br>CORPUS CHRISTI, TX 78418 | 476.98 |
| DUANE L. O'HARA<br>8020 E CENTRAL SU 120<br>WICHITA, KS 67206 | 477.78 |
| BEATRICE O'CONNOR<br>1 SANSBURY STREET CASTLE PLAZA<br>DALEVILLE, AL 36322 | 63.00 |
| STACY L. OBRINGER<br>12927 S. WIDMER<br>OLATHE, KS 66062 | 224.73 |
| NANCY F. O'BRIEN<br>2088 LAC DU MONT<br>HASLETT, MI 48840 | 477.80 |
| KATHLEEN O'BRIEN<br>720 PITCHERS WAY 9A<br>HYANNIS, MA 2601 | 477.55 |
| **TOTAL** | **28,270.36** |

   2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    February 24, 2008

                                                Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300