UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

    HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

  1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---:|
| SUSAN E. PADGETT<br>60 RICHARDSON RD.<br>BARNWELL, SC 29812 | 126.00 |
| BOBBIE J. PADGETT<br>60 RICHARDSON RD.<br>BARNWELL, SC 29812 | 225.55 |
| GEORGINA PADILLA<br>630 E EXPRESSWAY 83<br>SAN BENITO, TX 78586 | 100.36 |
| MILLIE R. PADILLA<br>109 JASPER COURT<br>HERCULES, CA 94547 | 226.36 |
| VED PAL<br>15421 DESMOINS MEM DR S APT #302<br>BURIEN, WA 98148 | 563.02 |
| DEBRA B. PALERMO<br>7921 W. 118TH STREET<br>OVERLAND PARK, KS 66210 | 476.73 |

| | |
|---|---:|
| BETTY C. PALMER<br>1009 DEMOREST MT. AIRY ROAD<br>MT AIRY, GA 30563 | 98.79 |
| SYLVIA PALOZZI<br>38562 CHAPARROSA WAY<br>PALM DESERT, CA 92260 | 476.98 |
| JING PAN<br>1105 PIPER ROAD<br>WILMINGTON, DE 19803 | 148.68 |
| WEIJUN PAN<br>1105 PIPER RD.<br>WILMINGTON, DE 19803 | 441.01 |
| STEFANIE PAPIC<br>9022 E. CRYSTAL DR.<br>SUN LAKES, AZ 85248 | 98.53 |
| BRADLEY S. PARADIS<br>2901 MANITO DR.<br>MOUNT VERNON, WA 98273 | 471.96 |
| JACK PARISH<br>4800 STAN ROAD<br>CLIMAX, NC 27233 | 63.00 |
| NINA I. PARISH<br>4800 STAN ROAD<br>CLIMAX, NC 27233 | 532.86 |
| ILA DAWN PARKER<br>2780 OCEAN SHORE BLVD UNIT 4 S<br>ORMOND BEACH, FL 32176 | 70.56 |
| KEVIN W. PARKER<br>305 E. MAIN<br>VICTORIA, KS 67671 | 345.16 |
| KATIA PARKHAM<br>12318 SHANNON HILLS DRIVE<br>HOUSTON, TX 77099 | 216.28 |
| ROBERT D. PARSONS | 226.25 |

| | |
|---|---:|
| 9467 PIERCE LN.<br>SEDRO-WOOLLEY, WA 98284 | |
| DARYL S. PATERNOSTRO<br>110 ELM CT.<br>WESTWEGO, LA 70094 | 470.87 |
| ALYCE PATTON<br>5522 SOUTH LEA LANE<br>COLUMBUS, GA 31909 | 225.80 |
| DARIN PATTON<br>PO BOX 166012<br>ORLANDO, FL 32816 | 35.53 |
| PATTY & PEARL CO.<br>102 CHERRY HILL LANE<br>LAUREL, MD 20724 | 441.01 |
| DONALD M. PAUL<br>6021 N. ENCINITA<br>TEMPLE CITY, CA 91780 | 81.90 |
| PATRICIA F. PAUL<br>314 PIONEER TRAIL<br>BIG SANDY, MT 59520 | 189.00 |
| SHARON M. PAULY<br>4175 ELDER LANE<br>DULUTH, GA 30096 | 112.27 |
| CRAIG J. PAUST<br>POST OFFICE BOX 502<br>BURLINGTON, WA 98233 | 478.25 |
| CHERYL A. PAVLICEK<br>15007 CORAL SANDS<br>HOUSTON, TX 77062 | 478.37 |
| ROBERT P PEARSON<br>20 GREENBRIAR<br>MATTOON, IL 61938 | 466.21 |
| KIMBALL L. PEED<br>3024 FIRESIDE DRIVE<br>SNELLVILLE, GA 30078 | 466.84 |

| | |
|---|---:|
| AILI PEI<br>34 TANGLEWOOD DRIVE<br>SMITHTOWN, NY 11787 | 63.00 |
| PAUL A. PEKSENAK<br>304 STATE ST.<br>SEDRO WOOLLEY, WA 99284 | 478.25 |
| PING PENG<br>102 CHERRY HILL LANE<br>LAUREL, MD 20724 | 441.01 |
| WEI PENG<br>10904 GRAND TRUNK LANE<br>JACKSONVILLE, FL 32257 | 508.04 |
| BARRY M. PENNINGTON<br>2715 CROCKETT ROAD<br>PALESTINE, TX 75801 | 553.15 |
| COLBY L. PENNINGTON<br>2715 CROCKETT RD.<br>PALESTINE, TX 75801 | 63.00 |
| MICHAEL J. PENNINGTON<br>5855-A REO TERRACE<br>SAN DIEGO, CA 92139 | 95.76 |
| GARY P. PERCH<br>2120 DUGALD RD<br>WINNIPEG, MB R2C2Z5<br>FOREIGN, FN 99999 | 915.95 |
| JOHN G. PERCIVAL<br>778 KURT ROAD<br>BELLVILLE, TX 77418 | 441.01 |
| MARIA G PEREZ<br>ROUTE 7 BOX 512<br>MISSION, TX 78572 | 63.00 |
| RUDY S. PEREZ<br>330 VIRGINIA AVE<br>LA FERIA, TX 78559 | 478.37 |

| | |
|---|---:|
| LEO C. PERKINS<br>209 CLARK STREET<br>DEER LODGE, MT 59722 | 275.82 |
| TARA L. PERKINS<br>209 CLARK<br>DEER LODGE, MT 59722 | 189.01 |
| LARA L. PERRIN<br>56 S. GUM AVENUE<br>ALTUS AFB, OK 73521 | 100.80 |
| DELORES B. PETENTLER<br>25 STANFORD CT.<br>BILLINGS, MT 59102 | 224.28 |
| RENEE PETERS<br>139 RANCHLAND GAP<br>WILLIAMSON, GA 30292 | 63.00 |
| DARIN B. PETERSEN<br>3185 VAN DORN ST<br>LINCOLN, NE 68502 | 954.85 |
| LEANN JOHNSON PETERSON<br>200 S. VALLEY DR.<br>NAMPA, ID 83686 | 225.54 |
| PEGGY PETRAGLIA<br>43 ROSEDOWN BLVD.<br>DEBARY, FL 32713 | 106.98 |
| BARBARA E. PFAFF<br>18708 3RD AVE. SOUTH<br>SEATTLE, WA 98148 | 378.01 |
| ANNE M. PFEIFAUF<br>15122 WEST PARK ST<br>CAPAC, MI 48014 | 63.00 |
| ANNA-LIZA A. PHAM<br>2186 STRATTON PLACE<br>SAN JOSE, CA 95131 | 325.86 |
| PATRICIA B. PHELPS<br>6202 BRIXWORTH PLACE N.E. | 287.54 |

| | |
|---|---:|
| ATLANTA, GA 30319 | |
| SANDRA B. PHILLIPS<br>5403 ECKERSON RD.<br>GREENSBORO, NC 27405 | 217.86 |
| RANDY J. PICCINI<br>408 S.E. ASHTON DRIVE<br>LEE'S SUMMIT, MO 64063 | 126.00 |
| JENNIFER L. PIERCE<br>937 GLEN ARDEN WAY<br>ALTANTA, GA 30306 | 466.21 |
| KATHIE D PIERCE<br>3192 BLENHEIM WAY<br>LEXINGTON, KY 40503 | 317.78 |
| LARRY J. PINNICK<br>29152 BAKER<br>CHESTERFIELD, MI 48047 | 69.30 |
| MICHELE C. PITTMAN<br>1515 STONEHAM<br>SUPERIOR, CO 80027 | 63.00 |
| PLANTATION SALES<br>5104 N. ORANGE BLOSSOM TR #117<br>ORLANDO, FL 32810 | 456.10 |
| KIM BRIAN POE<br>2718 DENISE DRIVE<br>GREENSBORO, NC 27407 | 217.86 |
| ANTHONY L. POHLMANN JR.<br>2701 CORINNE DR.<br>CHALMETTE, LA 70043 | 441.01 |
| SAMUEL HENRY PONS<br>1309 CARROLLTON, #312<br>METAIRIE, LA 70005 | 63.00 |
| MARYANNE PORPER<br>9 MADISON AVE.<br>GLOUCESTER, MA 1930 | 224.28 |

| | |
|---|---:|
| JEAN S. POSEY<br>3005 WOODLEY TERRACE<br>MONTGOMERY, AL 36106 | 327.61 |
| PATRICIA J. POSVIC<br>1822 ELIZABETH<br>WICHITA FALLS, TX 76301 | 219.82 |
| LLOYD F. POULIN<br>2855 WEST ROME AVE.<br>ANAHEIM, CA 92804 | 226.24 |
| ERIC POULLAND<br>P.O. BOX 44784<br>LAFAYETTE, LA 70504 | 226.18 |
| KAREN K. POWELL<br>W 4105 ROWAN<br>SPOKANE, WA 99205 | 471.25 |
| MARCIA L. POWELL<br>410 NORTH MASSACHUSETTS<br>WINFIELD, KS 67156 | 406.99 |
| LI LI YUE POWER<br>529 SOUTH YORK #A<br>ELMHURST, IL 60126 | 466.21 |
| FRED L. PRATT<br>5950 WALKER RD.<br>BOZEMAN, MT 59715 | 476.29 |
| CHOM IM PRAY<br>955 WATER ST<br>PORTTOWNSEND, WA 98368 | 441.01 |
| DIANNA JOE PREJSNAR<br>528 CROSBY ROAD<br>VA BEACH, VA 23452 | 250.40 |
| RON P. PREST<br>122 BRADLEY PLACE<br>BELLE CHASSE, LA 70037 | 88.22 |
| ROBERT L. PRESTON<br>RT 1 BOX 26 | 224.98 |

| | |
|---|---:|
| OLUSTEE, OK 73560 | |
| PRICE LIVING TRUST<br>RT 2 BOX 2111<br>LINN CREEK, MO 65052 | 477.61 |
| ANITA PRICE<br>1210 SHEPPARD AVE E. #408<br>TORONTO, ON M2K1E3<br>FOREIGN, FN 99999 | 573.09 |
| CHAD S. PRICE<br>3557 GRANITE WAY<br>AUGUSTA, GA 30907 | 441.01 |
| DENNIS L. PRICE<br>2739 GLENEAGLES<br>SALEM, VA 24153 | 910.87 |
| KATHY J. PRICE<br>P.O. BOX BOX 1553<br>GALAX, VA 24333 | 453.61 |
| TERRI L. PRICE<br>728 ST. CHARLES<br>JOPLIN, MO 64801 | 99.80 |
| ELIZABETH A. PRICHARD<br>185 GOSNEY CROSSROAD<br>COLUMBIA FALLS, MT 59912 | 98.28 |
| AMANDA HOLLY PROFFITT<br>P. O. BOX 269<br>MURRAYVILLE, GA 30564 | 476.79 |
| KELLY A. PROKOP<br>6718 SW WENTLEY LANE<br>TOPEKA, KS 66614 | 223.03 |
| DALIA PUGA<br>ROUTE 2, BOX 290X<br>HARLINGEN, TX 78550 | 226.36 |
| STEVE PURDY<br>212 STARLING AVE.<br>MARTINSVILLE, VA 24112 | 224.16 |

| | |
|---|---:|
| MIKE J. PURVIANCE<br>659 OAK VALLEY BLVD.<br>ADVANCE, NC 27006 | 466.21 |
| **TOTAL** | **26,807.78** |

    2.    That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

    WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    February 25, 2008

    Holmes P. Harden, Trustee
    State Bar No. 9835
    Post Office Drawer 19764
    RALEIGH, NC  27619-9764
    Telephone: (919) 981-4000
    Facsimile: (919) 981-4300