**SO ORDERED.**

**SIGNED this 25 day of February, 2008.**

_____
**A. Thomas Small**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          CASE NUMBER:

International Heritage, Inc.                     98-02675-5-ATS

          DEBTOR                                CHAPTER 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $570.24 constituting unclaimed funds is declared due to Marnita Amundson, 2802 Queens Way, Apt. D1, Milton, WA 98354-9008, by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

"End of Document"

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0417-5          User: boyette_j         Page 1 of 1                  Date Rcvd: Feb 25, 2008
Case: 98-02675               Form ID: pdf014         Total Served: 1

The following entities were served by first class mail on Feb 27, 2008.
cr          +Marnita Amundson,    2802 Queens Way Apt. D1,    Milton, WA 98354-9008

The following entities were served by electronic transmission.
NONE.                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 27, 2008                    Signature:    _Joseph Speetjens_