UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN RE:  
INTERNATIONAL HERITAGE, INC.

CASE NO. 98-02675-5-ATS

**FILED**

MOTION TO RELEASE UNCLAIMED DIVIDENDS

FEB 2 8 2008

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C

A dividend check in the amount of $541.05 was issued by the trustee to Carole R. Cacciatore, a creditor in the above referenced case.

The dividend check was not negotiated by the creditor payee so the trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk of the United States Bankruptcy Court. The United States Treasury is currently holding these funds.

The creditor's current address and social security or tax identification number are:

Name: *Carole R. Cacciatore*  
Address: *912 Haddington Dale Pelham, Al. 35124*  
Social Security/Tax ID #: *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*

The creditor's address at the time the creditor filed his/her claim was:  
*Carole R. Cacciatore 319 Homewood Av. Troy, Al. 36081*

The creditor did not receive the dividend check for the following reason:

*Undeliverable*

I am the creditor named in paragraph #1. Proof of my identity is attached (copy of drivers license, passport or other photo identification)

I hereby certify that a copy of this Motion to Release Unclaimed Funds was served upon the United States Attorney for the Eastern District of North Carolina, 310 New Bern Avenue, Suite 800, Federal Building, Raleigh, NC 27601.

Wherefore, claimant requests that the court issue an order directing the clerk to make disbursement of said unclaimed funds to the undersigned.

Dated:

*Carole R. Cacciatore*  
Petitioner's Signature



