**SO ORDERED.**

**SIGNED this 28 day of February, 2008.**

_____
**A. Thomas Small
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: |
| International Heritage, Inc. | 98-02675-5-ATS |
| DEBTOR | CHAPTER 7 |

O R D E R

The matter before the court is the motion to set aside the order granting the trustee's objection to the claim of M & C Thyfault Trust, claim no. 5041. The court finds that the motion should be allowed with respect to future distributions only. The trustee has made the first payment to creditors; therefore, these claims will not be included in the initial distribution. However, this claim will be included in future distributions.

"End of Document"