Hwa Lu-Chao
12083 County Road E35
Bryan, OH   43506

February 17, 2008

U.S. Bankruptcy Court
P.O. Box 1441
Raleigh, NC 27602

Re: International Heritage, Inc.
    Case No: 98-02675-5-ATS

Your Honor,

This letter is to ask the Court to reconsider my claim regarding the above referenced case. Since I filed my claim, I have moved from Hamilton, Ontario, Canada, to Bryan, Ohio, USA, and did not receive the objection filed by the Trustee for International Heritage, Inc. I would have filed an objection against the Trustee's objection, if I had received the letter. If your honor allows me to file it now, I am hereby filing an objection to the Trustee's objection in the above referenced case.

Sincerely Yours

Hwa Lu-Chao

cc: P. Harden, Trustee for IHI, P.O. Box 536, Benson, NC  27504

FILED

FEB 2 6 2008


PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N. C.