**SO ORDERED.**

**SIGNED this 03 day of March, 2008.**

_____

**A. Thomas Small
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:  CASE NUMBER:

International Heritage, Inc.  98-02675-5-ATS

DEBTOR  CHAPTER 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $441.01 constituting unclaimed funds is declared due to Cynthia Kanelos, PO Box 49408, 15100 Wyndham Oaks Drive, Charlotte, NC 28277, by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

"End of Document"