Marsha L. McDonald
1709 Aspen Lane
Seabrook, Texas 77586

FILED

MAR 03 2008

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

Judge A. Thomas Small
United States Bankruptcy Judge
1706 A Tarkwood Blvd.
Wilson, North Carolina 27894

Dear Judge A. Thomas Small,

I am writing this letter to ask you for a motion to reconcider this Order because I did not receive the Claim letter.

Claim No. 010512
In Re:
International Heritage

Thank you for your time reading this letter and I hope reconcider the claim.

Sincerely,
Marsha L. McDonald