**VAN–126** Order for Refund of Unclaimed Funds – Rev. 03/03/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.  
Wilson, NC 27893

IN RE:  
International Heritage, Inc.  
  *( debtor has no known aliases )*  
C/O TERRI L. GARDNER  
POST OFFICE DRAWER 1389  
RALEIGH, NC 27602  

CASE NO.: 98–02675–5–ATS  
DATE FILED: November 25, 1998  
CHAPTER: 7

TaxID: 56–1921093

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of 63.00 constituting unclaimed funds is declared due to 1203 19th Street West, Cut Bank, MT 59427 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: March 6, 2008

  A. THOMAS SMALL  
  United States Bankruptcy Judge