March 3, 2008

**FILED**

MAR 1 0 2008

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

Ted L. Fields
101 Pearlie St.
New Boston, TX  75570

U. S. Bankruptcy Court
P. O. Box 1441
Raleigh, NC 27602

    Re: International Heritage, Inc.
    Case No.:   98-02675-5-ATS

Dear Ms. Johnson:

The purpose of my letter is to request the Bankruptcy Court reconsider the ruling to deny my claim for distribution of IHI Bankruptcy Funds.

I recently learned of the IHI, Inc. Bankruptcy Court through a friend that had been notified that IHI, Inc. was in Bankruptcy Court and I immediately took action.

If possible, please review the record of mailings to insure that a notice was sent to my address. I have not moved or changed my address since I was a member of IHI, Inc.

Sincerely,

*Ted L. Fields*
Ted L. Fields

CF: Holmes P. Harden, Trustee for IHI, Inc.