Copy: U.S. BANKRUPTCY COURT

To: Holmes P. Harden
    Trustee for IHI

**FILED**
**MAR 0 4 2008**
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

I was told to send you a letter about my claim for monies owed from International Heritage Inc.

The trustee objected to my claim. I never received any letter from anyone. I was told they were sent out on Oct. 26, 2007.

I am asking you to reconsider my claim for future distributions.

This is all I can say. I never received any letter.

My son didn't either, Yet he received a check. I don't understand why he did and I didn't.

I would appreciate the courts reconsidering my entitlement.

Thank you

Marilyn Lazarz
Case no: 98-02675-5-ATS

**From:** "Johnson, Jenny" <jjohnson@williamsmullen.com>
**To:** <rlazarz@comcast.net>
**Subject:** RE: bankruptcy
**Date:** Thursday, February 21, 2008 5:46:38 AM

Ms. Lazar,

You may ask the court to reconsider your claim for entitlement to future distributions. You will need to put everything in writing, the reason you did not respond to our objection and if due to change of address you need to include your old address and present address. Please mail to U. S. Bankruptcy Court, P. O. Box 1441, Raleigh, NC 27602 and serve a copy on Holmes P. Harden, Trustee for IHI, P. O. Box 536, Benson, NC 27504.

Thank you
Jenny Johnson, Paralegal

---

**From:** rlazarz@comcast.net [mailto:rlazarz@comcast.net]
**Sent:** Wednesday, February 20, 2008 8:26 PM
**To:** Johnson, Jenny
**Subject:** FW: bankruptcy

------------- Forwarded Message: -------------
From: rlazarz@comcast.net
To: jjohnson@williamsmullen..com
Subject: bankruptcy
Date: Wed, 20 Feb 2008 21:22:04 +0000
Dear Jenny Johnson

I received your letter regarding the interim panyments that were disbursed in the case of International Heritage,Inc.

The trustee objected to my claim. saying objections yowuere mailed out on Oct. 26, 2007.

I never received any letter of this intent.

My son received a check from these claims and he never received any letter either.

Yet, I didn't receive any letter either and I am being denied any re-imbursement. I feel this is unfair.
I would appreiciate if the courts would re-look at this and send me my fair share of the moneys owed.

Please see what you can do in this matter, I would appreciate it. I feel being denied was unfair .

thank you

Marilyn Lazarz
Case No. : 98-02675-5-ATS