*[Handwritten at top:] Feb. 20/08*

*[Handwritten:] To whom it may concern; U.S. Bankruptcy Court*

*[Handwritten:] I would ask for reconsideration to my claim #002217 in the amount of $1,200.00, as per the following replies to Holmes P. Harden Trustee for IHI.*

FILED
MAR 0 4 2008
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C

February 20, 2008

Marcel Folk
20 Ross Glen Way, S.E.
Med Hat, AB  T1B1P1
Canada

Re:   International Heritage, Inc.
Case No.:   98-02675-5-ATS

Dear Mr. Folk:

    We received your letter of February 11, 2008 today regarding the above-referenced case. As I explained to you in my January 30, 2008 letter, your claim had no amount on it, therefore we did not know how much your claim was for.  Our job is to review the claims that are filed with the court.  Mr. Harden is the court appointed Chapter 7 Trustee and we do not represent IHI. It is his duty to pay valid claims and Mr. Baigent had an amount on his claim and we did not object to this claim, so he would not have received an objection to his claim on October 26, 2007.  We have no way of knowing who the claimants are or their addresses and we are in no way involved with the company other than to administer the estate.  If we had heard from you prior to the distribution we made on January 11, 2008, we could have withdrawn our objection or asked the court to revoke the order that was entered.

    You may ask the court to reconsider your claim for future distributions in writing.  You will need to put the amount of your claim on your letter and reference your claim number and the reason you did not respond to our objection.  The request should be mailed to U. S. Bankruptcy Court, P. O. Box 1441, Raleigh, NC  27602 with a copy served on Holmes P. Harden, Trustee for IHI, P. O. Box 536, Benson, NC  27504.  If the court allows, you will be entitled to future distributions but not to funds we have already disbursed.

    If you have any questions, you may email me directly at jjohnson@williamsmullen.com or use the Benson post office box.

Sincerely,

Jenny D. Johnson, Paralegal

*[Handwritten:] Thks,*

*[Handwritten at bottom:] Re: Marcel Folk      Claim #2217*

*[Handwritten annotations: "②", "Feb. 10/08", "As noted in letter dated Jan. 22/08 how would you know I had a claim if I had not paid out amount?", "Howard Burgent Claim #003985 is receiving payments and did not respond on the Oct. 26/07 objections.", "Re: Marcel Folk", "# 2217  $1,300.00"]*

January 30, 2008

Marcel Folk
20 Ross Glen Way, S.E.
Med Hat, AB  T1B1P1
Canada

      Re:    International Heritage, Inc.
      Case No.:    98-02675-5-ATS

Dear Mr. Folk:

    We received your letter regarding the interim payments we just disbursed in the above-referenced case.  Marcel Folk filed claim no. 2217 with the court and the Trustee objected to your claim on the basis that there was no dollar amount on your claim and no priority of the claim set forth on the proof of claim.  The objections were mailed out on October 26, 2007 to your address shown on your claim.  Each claimant had 30 days to respond to the objection and after no response from you, the court entered the order denying your claim on December 12, 2007.  If you reside at the same address and you received an order you should have also received the objection to your claim.  It is the claimant's responsibility to inform the court of all address changes.

    If you have any questions, you may email me directly at jjohnson@williamsmullen.com or use the Benson post office box.

                    Sincerely,

                    Jenny D. Johnson, Paralegal

Holmes P. Harden, Trustee for IHI
P.O. Box 536
Benson, NC 27504

③ Ⓐ  Jan 22/08

Claim No.: 002217
Amount: $0.00

*You know by your records that my claim amount was $1,200.00. At an amount of $0.00 why would my name ever be on your records?*

0001 0006768 00000000 001 001 06768 INS: 0 0
MARCEL FOLK
20 ROSS GLEN WAY S.E.
MED HAT, AB T1B1P1

*Re: Marcel Folk*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:
INTERNATIONAL HERITAGE, INC.
Debtor.

CASE NO: 98-02675-5-ATS

CHAPTER 7

## NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: **No amount or priority of claim is set forth on the proof of claim. Trustee requests denial of claim.**

You should read this objection carefully and discuss it with your attorney if you have one. ANY CORRESPONDENCE MUST BE IN WRITING. Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice, the relief requested by the Trustee may be granted without hearing or further notice. **If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina.** Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.

Dated: October 26, 2007

BY:/s/ Holmes P. Harden
Holmes P. Harden, Trustee

Form H97711 v 0.02



Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC 27504

*Jan. 22/08*

*Claim # 003985*
*Howard Baigent / Medicine Hat,*
*AB. Canada*

*is receiving payments for his input, so why is mine denied?*

```
0001 0002246 00000000 001 001 02246 INS: 0 0
MARCEL FOLK
20 ROSS GLEN WAY S.E.
MED HAT, AB T1B1P1
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7  *Re: Marcel Folk* |
| | ) | |
| Debtor. | ) | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Marcel Folk designated as claim no. 002217 in the above-captioned case in the amount of $0.00 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Marcel Folk, claim no. 002217, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

_____
A. Thomas Small
United State Bankruptcy Judge

