UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---:|
| MARK A. REICHLIN<br>1778 HILLCOURT<br>BURLINGTON, WA 98233 | 478.26 |
| TENNISA J. REICHEL<br>PO BOX 182<br>HANSEN, ID 83334 | 189.00 |
| JEFF REICHEL<br>P.O. BOX 363<br>HANSEN, ID 83334 | 441.01 |
| JEANIE REHDER<br>2209 ACORN RIDGE RD<br>GREENSBORO, NC 27407 | 217.86 |
| GARY A. REH<br>109 N. JACKSON<br>PRATT, KS 67124 | 315.01 |
| BEVERLY A. REESE<br>RT. 2, BOX 558<br>WARREN, TX 77664 | 63.00 |

| | |
|---|---:|
| LEIOLA I. REEDER<br>6801 WOODWARD<br>OVERLAND PARK, KS 66204 | 444.79 |
| SUSAN K. REED<br>25 BAINBRIDGE AVE.<br>HAMPTON, VA 23663 | 189.01 |
| DENESE E. REDLIN<br>430 CEDAR STREET<br>OMRO, WI 54963 | 189.00 |
| RENEE P. REDDY<br>2400-2ND AVENUE APT #1<br>COLUMBUS, GA 31909 | 352.81 |
| GINA RECTOR<br>5933 KNOTTY OAKS TRAIL<br>CORPUS CHRISTI, TX 78414 | 224.98 |
| STEPHEN REAVES<br>RT. 3, BOX 1790<br>NOCONA, TX 76255 | 441.00 |
| BEVERLY R. REANEY<br>2301 CHARLES DRIVE<br>CHALMETTE, LA 70043 | 214.20 |
| SUSAN J RAYMOND<br>50 BROWN ST<br>KENNEBUNK, ME 4043 | 486.37 |
| WESLEY P. RASMUSSEN<br>1335 WESTMEADOW DR.<br>BEAUMONT, TX 77706 | 99.10 |
| JAMES W. RAPER<br>1983 BARNSBURY WAY #2<br>CORDOVA, TN 38018 | 200.77 |
| BERYL ANN S. RANDOLPH<br>ROUTE 1 BOX 135<br>MARION, NC 28752 | 224.54 |
| TARLOCHAN RANDHAWA | 563.02 |

| | |
|---|---|
| 1402 SOUTH 308 LANE F.E.<br>FEDERAL WAY, WA 98003 | |
| KRISTI A. RAMOS<br>6600 LINDA VISTA BLVD.<br>MISSOULA, MT 59803 | 478.81 |
| LISA S RAMIREZ<br>5820 NORTH 28TH LANE<br>MC ALLEN, TX 78504 | 226.36 |
| CHARLENE J. RAMIREZ-FARSAI<br>7241 N.E. 160TH STREET<br>BOTHEL, WA 98011 | 589.69 |
| ABLE W. RAMIREZ<br>9719 BEACH ST.<br>BELLFLOWER, CA 90706 | 547.58 |
| JODI L. RAIMONDO<br>1645 DUNLAWTON AVENUE #1924<br>PORT ORANGE, FL 32127 | 13.86 |
| ANGIE D. RADER<br>208 LIVINGSTON<br>FT HOOD, TX 76544 | 345.55 |
| LARRY J. RACETTE<br>116 E 15TH<br>LARNED, KS 67550 | 258.72 |
| HONG QI<br>D-25 E.S. KING VILLAGE<br>RALEIGH, NC 27607 | 189.00 |
| MIN QI<br>140-65 BEECH AVE. APT. 6B<br>FLUSHING, NY 11355 | 189.01 |
| AN QIAN<br>88-29 51 AVENUE<br>ELMHURST, NY 11373 | 441.01 |
| ZHIPING QIAN<br>2D MONARCH CT.<br>COCKEYSVILLE, MD 21030 | 502.00 |

| | |
|---|---:|
| JOHN QIN<br>147-37 ROOOSEVELT APT # 1 G<br>FLUSHING, NY 11354 | 63.00 |
| YUMING QIU<br>#301 8669 HEATHER STREET<br>VANCOUVER, BC V6P3S6<br>FOREIGN, FN 99999 | 504.01 |
| XUE LING QU<br>319 N. BOWMAN AVENUE<br>MERION, PA 19066 | 441.01 |
| RUHUI QUI<br>25 CHESTNUT ST.<br>MALDEN, MA 2148 | 378.01 |
| CHAD A. QUICK<br>8617 DUNDALK CT.<br>CINCINNATI, OH 45236-1635 | 100.60 |
| KYLE A. QUICK<br>4806-A COUNTRY CLUB<br>MIDLAND, TX 79703 | 100.60 |
| CHAOFU QIN<br>716 DRESSLER LANE<br>ROCHESTER HILLS, MI 48307 | 441.01 |
| LAWRENCE E. MANDRAS<br>610 SWEET GUM FOREST LANE<br>ALPHARETTA, GA 30202 | 477.55 |
| HENRY K. MAXWELL<br>1834 HICKORY RD.<br>CHAMBLEE, GA 30341 | 225.29 |
| PAMELA S. LOGGINS<br>PO BOX 2313<br>GREENWOOD, SC 29649 | 225.54 |
| AUGUSTINA L. PACE<br>5615 BELLE TERRE ROAD<br>MARRERO, LA 70072 | 63.00 |

| | |
|---|---:|
| FRED BALDWIN<br>7601 TIMBERLAKE RD.<br>LYNCHBURG, VA 24502 | 98.15 |
| JERRINE M. DAVIS<br>729 ENGLEMAN AVE.<br>BURLINGTON, NC 27215 | 469.87 |
| **TOTAL** | **12,702.96** |

2.	That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:	March  4, 2008

					s/s Holmes P. Harden
					Holmes P. Harden, Trustee
					State Bar No. 9835
					Post Office Drawer 19764
					RALEIGH, NC  27619-9764
					Telephone: (919) 981-4000
					Facsimile: (919) 981-4300