UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

**REPORT ON UNCLAIMED DIVIDENDS**

        HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

    1.    That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---:|
| JOSEPH L. REICKS<br>520 CLEVELAND ST.<br>ELKHORN, NE 68022 | 195.30 |
| DIANE REISINGER<br>10100 W. 80TH ST. #88<br>OVERLAND PARK, KS 66204 | 477.99 |
| FRANK R RENAU<br>2075 SOMERTON COURT<br>MT PLEASANT, SC 29464 | 316.77 |
| R. J. RENFROE<br>RT. 2 BOX 212<br>NAVASOTA, TX 77868 | 100.81 |
| PETER R. REIMER<br>2302 E. AVE.<br>ANACORTES, WA 98221 | 452.85 |
| SHAYNE K. REMINGTON<br>7075 SOUTHWEST HYLAND WAY<br>BEAVERTON, OR 97008 | 259.09 |

| | |
|---|---:|
| KEVIK S RENSINK<br>3610 CAPE HORN ROAD<br>CONCRETE, WA 98237 | 226.25 |
| DIANNE REYNA<br>201 E. ADAMS APT. I<br>HARLINGEN, TX 78550 | 100.35 |
| LISA M. REYNOLDS<br>103 BILTMORE STREET<br>GREENWOOD, SC 29649 | 218.93 |
| KRISTIE K. RHODES<br>800 22ND ST. NO<br>BOZEMAN, MT 59718 | 189.00 |
| TINA K RICE<br>P.O BOX 861<br>FULTON, TX 78358 | 112.14 |
| BRYANT M. RICHARD<br>POST OFFICE BOX 163<br>PAULINA, LA 70763 | 476.04 |
| CORY J. RICHARD<br>8015 SOUTH WHEELING #N<br>TULSA, OK 74136 | 459.91 |
| **TOTAL** | **3,585.43** |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:   March 5, 2008

                                                  s/s Holmes P. Harden
_____
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300