UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: | CASE NO: |
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | |
| | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| JENNIFER B. RICHARDSON<br>22616-120TH AVE NE #B<br>ARLINGTON, WA 98223 | 477.00 |
| MARY K. RICHARDSON<br>4634 S E SOUTH VILLAGE PKWY<br>TOPEKA, KS 66609-1830 | 225.83 |
| ROBERT B. RICHARDSON<br>1001 N. NATCHEZ #G-20<br>CHATTANOOGA, TN 37405 | 67.55 |
| JOSEPH A. RIEBE<br>322 BENTON AVENUE<br>MISSOULA, MT 59801 | 224.29 |
| MARCIA A. RIEKE<br>3053 JONATHON CT.<br>BILLINGS, MT 59102 | 224.28 |
| DENISE A. RIETCHECK<br>10 HEATHER LANE<br>GULFPORT, MS 39503 | 378.01 |

| | |
|---|---|
| RITA S RIGGS<br>518 E. MITCHELL DR.<br>PHOENIX, AZ 85012 | 103.45 |
| RICHARD T. RILEY<br>5731 CRESTWOOD BLVD<br>BIRMINGHAM, AL 35212 | 50.40 |
| KELVIN R. RION<br>2801 WEST SUNSET DRIVE #G-54<br>ORANGE, TX 77630 | 478.43 |
| RONALD R. RISING<br>12522 ELM COUNTRY LANE<br>SAN ANTONIO, TX 78230 | 214.20 |
| MU S. RIVAS<br>1211 S. MACARTHUR BLVD<br>IRVING, TX 75060 | 85.98 |
| CRESCENS ROACH<br>421 TRAPIER DRIVE<br>CHARLESTON, SC 29412 | 453.61 |
| LANCE L ROBBINS<br>1848 S.ORONOGO #5D<br>WEBB CITY, MO 64870 | 100.80 |
| AMADO ROBELDO JR.<br>920 NORTH MAIN ST.<br>MCALLEN, TX 78501 | 226.37 |
| MATTHEW J. ROBERSON<br>2063 E. 3000 N. RD<br>BOURBONNAIS, IL 60914 | 477.80 |
| DOROTHY P. ROBERTS<br>3340 PROGRESS HILLS BLVD.<br>PIGEON FORGE, TN 37863 | 189.00 |
| JEFF D. ROBERTS<br>1909 BROADWAY<br>CONCORDIA, KS 66901 | 406.94 |
| TERRY E. ROBERTS | 478.43 |

| | |
|---|---:|
| 6921 MENLO<br>BATON ROUGE, LA 70808 | |
| LA VOLA R. ROBINDEAUX<br>730 PARKSIDE DR.<br>PORT TOWNSEND, WA 98368 | 226.28 |
| REUBEN ROBINSON<br>RT 2 BOX 369<br>NEW BOSTON, TX 75570 | 108.74 |
| WAYNE V. RODOLFICH<br>11107 APT 1 LAMEY BRIDGE ROAD<br>DILBERVILLE, MS 39532 | 245.20 |
| LUIS RODRIGUEZ<br>22 RUBINSTEIN ST. APT. R-2<br>STATEN ISLAND, NY 10305 | 201.60 |
| TED JW ROGERS<br>4802 LEGEND WELL<br>SAN ANTONIO, TX 78247 | 63.00 |
| KATHY L. ROLLER<br>7 EAST CANAL STREET<br>WABASH, IN 46992 | 226.43 |
| MELISSA ROLLINS<br>3035 OCALALA TRAIL<br>CROSSVILLE, TN 38555 | 226.30 |
| PRICILLES D. ROMMELAERE<br>BOX 41<br>LAFLECHE, SK S0H2K0<br>FOREIGN, FN 99999 | 33.04 |
| BEVERLY G. ROOT<br>4808 HAVERWOOD LANE #923<br>DALLAS, TX 75287 | 94.50 |
| JAMES L. HEBERT & IDA V. ROPPOLO<br>7902 OAKLAND DRIVE<br>DENHAM SPRINGS, LA 70726 | 234.62 |
| LAURA R. ROSE<br>C/O PAUL WINBORNE | 224.29 |

| | |
|---|---:|
| POST OFFICE BOX 1547<br>RALEIGH, NC 27602 | |
| HILDA ROSENCRANS<br>P.O. BOX 4<br>OPHEIM, MT 59250 | 169.60 |
| JASON ROSS<br>3831 SOUTH 46TH #4<br>LINCOLN, NE 68506 | 476.67 |
| LYNETTE S. ROSSOW<br>2525 BARRY ROSE ROAD #211<br>PEARLAND, TX 77581 | 478.37 |
| JAMES G. ROTHROCK<br>5222 CONGRESSIONAL PLACE<br>LAWRENCE, KS 66049 | 695.89 |
| MICHAEL D. ROUSE<br>1021 6TH AVE., S.W.<br>DECATUR, AL 35601 | 441.01 |
| RONALD D. ROWE<br>4331 PINEBROOK DR.<br>COLUMBUS, GA 31907 | 453.61 |
| BARRY D. ROY<br>7543 HABLO DRIVE<br>HOUSTON, TX 77083 | 226.36 |
| ERIC A. ROY<br>404 E PROSPER STREET<br>CHALMETTE, LA 70043 | 63.00 |
| JEANNETTE N. ROY<br>423 E URQUHART STREET<br>CHALMETTE, LA 70043 | 63.00 |
| WILLIAM B. ROY<br>2516 MARIETTE ST.<br>CHALMETTE, LA 70043 | 187.23 |
| BO RUAN<br>75R WYOMING AVE.<br>MALDEN, MA 2148 | 462.18 |

| | |
|---|---:|
| WEN L. RUAN<br>2316 W. ARTHUR<br>CHICAGO, IL 60645 | 441.01 |
| LEZLIE L. RUBE<br>5007 SAND<br>WICHITA FALLS, TX 76310 | 472.07 |
| ANTHONY T. RUFFIN<br>5905 JACOB GLEN<br>AUSTIN, TX 78727 | 189.00 |
| LARRY RUSH<br>6311 CELESTE RD.<br>SARALAND, AL 36571 | 441.01 |
| LINDA D. RUSSELL<br>RT.5 BOX 158<br>PERRY, FL 32347 | 529.21 |
| FRANCES P. RUSHING<br>202-A BOB DODSON ROAD<br>PLAINS, GA 31780 | 471.12 |
| BRIAN P. RUST<br>1410 HARRY ROAD<br>MANHATTON, KS 66502 | 189.00 |
| CHRISTINE K. RUST<br>2908 JAMES AVE.<br>MANHATTAN, KS 66502 | 63.00 |
| EILEEN K. RUST<br>2908 JAMES AVENUE<br>MANHATTAN, KS 66502 | 441.01 |
| DAGFINN RUSTEN<br>4519 146TH PLACE S.W.<br>LYNNWOOD, WA 98037 | 478.50 |
| DEVON D. RUTHERFORD<br>253 OCEAN AVE.<br>KENNEBUNKPORT, ME 4046 | 476.54 |
| LESLIE J. RUTHERFORD | 517.87 |

| | |
|---|---:|
| 253 OCEAN AVENUE<br>KENNEBUNKPORT, ME 4046 | |
| DON T. RUYLE<br>4003 KENDALL #303<br>SAN ANTONIO, TX 78212 | 189.00 |
| GLENDA A. RYAN<br>120 E. GILMAN AVE.<br>ARLINGTON, WA 98223 | 478.26 |
| **TOTAL** | **15,839.89** |

2.      That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:     March 6, 2008

 /s/Holmes P. Harden
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300