UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

**REPORT ON UNCLAIMED DIVIDENDS**

      HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

    1.    That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---:|
| KENT D. SHOCKLEY<br>539 W. 8TH STREET<br>BAXTER SPRINGS, KS 66713 | 451.09 |
| GENA K. SHIPLEY<br>1104 B SOUTH MAIN<br>HARRISONVILLE, MO 64701 | 477.95 |
| MELINDA E. SHILLINGS<br>711 EMORY HEIGHTS RD.<br>HARRIMAN, TN 37748 | 92.86 |
| HOU SHIHE<br>4401 SPRUCE STREET APT 202<br>PHILADELPHIA, PA 19104 | 63.00 |
| MARK Z SHIEH<br>19811 E COLIMA ROAD #250<br>WALNUT, CA 91789 | 441.01 |
| FEINAN SHI<br>2 ALBERT ST.<br>SOUTH RIVER, NJ 8882 | 466.47 |

| | |
|---|---:|
| WAYNE R. SHEVOKAS<br>1422 BURRY ST.<br>JOLIET, IL 60435 | 445.23 |
| ANN B. SHERIDAN<br>409 LOCUST<br>ANACONDA, MT 59711 | 441.01 |
| PEGGY S. SHEPPARD<br>5108 4TH PLACE<br>MERIDIAN, MS 39305 | 225.80 |
| MICHAEL L. SHEPARD<br>74 HARTINGTON DR.<br>MADISON, AL 35758 | 196.06 |
| YUE SHENG<br>14 BUSWELL STREET #111<br>BOSTON, MA 2215 | 441.01 |
| KEVIN SHEN<br>191 COLUMBIA STREET<br>BROOKLYN, NY 11231 | 189.00 |
| JU FANG SHEN<br>175-15 74 AVE.<br>FRESH MEADOWS, NY 11366 | 441.01 |
| TAMARA L. SHELLEY<br>16722 PETERSON RD.<br>BURLINGTON, WA 98233 | 256.21 |
| ELIZBETH A SHEEHAN<br>2166 CENTRAL AVE<br>AUGUSTA, GA 30904 | 471.12 |
| SUSAN L SHEARD<br>516 N GRAND<br>BOZEMAN, MT 59715 | 224.28 |
| KARL J SHAW<br>1308 BIRCHWOOD DRIVE<br>ANNISTON, AL 36207 | 582.64 |
| KERRY E. SHAVER | 220.06 |

| | |
|---|---:|
| ROUTE 3, BOX 521-S<br>WICHITA FALLS, TX 76308 | |
| REX E. SHARRAI<br>7614 RICHARDS DRIVE<br>SHAWNEE, KS 66216 | 441.01 |
| RICHARD A. SHARP<br>9205 LINDA VISTA<br>ROWLETT, TX 75088 | 219.17 |
| YUSHAN SHAO<br>144-39 SANFORD AVE #5D<br>FLUSHING, NY 11355 | 441.01 |
| KENNETH J. SHANNON<br>1606-B CAROLEWOOD COURT<br>TALLAHASSEE, FL 32308 | 478.05 |
| RITA SHAHA<br>208 CONOVER RD.<br>ROBINSONVILLE, NJ 8691 | 476.54 |
| CATHY E. SHAFFER<br>34495 HAMILTON CEMETARY RD.<br>SEDRO WOOLLEY, WA 98284 | 226.25 |
| ANDREW M. SENFIELD<br>PO BOX 8538<br>RENO, NV 89507 | 63.00 |
| WENDY SEMLER<br>2362 PARSONAGE RD APT 3G<br>CHARLESTON, SC 29414 | 239.66 |
| CHARLES E SELF<br>509 W. WASHINGTON<br>VERSAILLES, MO 65084 | 441.01 |
| NATALIE L. SELF<br>ROUTE 1 BOX 79<br>ALEXANDER CITY, AL 35010 | 441.01 |
| CHAD S SEIM<br>5820 S 100 PLAZA 1B<br>OMAHA, NE 68127 | 225.92 |

| | |
|---|---:|
| ED F. SEGHERS<br>606 TORREY PINES<br>GARLAND, TX 75044 | 195.30 |
| JANICE C. SEGALL<br>10943 MARY LANE<br>BURLINGTON, WA 98233 | 478.26 |
| TROY N. SEEGER<br>200 SPRING AVE SW<br>JACKSONVILLE, AL 36265 | 225.04 |
| JOHN R. SEAMAN<br>15894 EAST 17 PLACE<br>AURORA, CO 80011 | 139.43 |
| LYNDA M SEAGLE<br>10779 SCRIPPS RANCH ROW<br>SAN DIEGO, CA 92131 | 112.93 |
| SAM R. SCRIBNER<br>12562 C STREET<br>MOUNT VERNON, WA 98273 | 478.26 |
| JONI SCRIBNER<br>5243 TURKEY RANCH RD.<br>WICHITA FALLS, TX 76308 | 309.26 |
| ANTHONY W. SCREWS JR.<br>10900 KUHLMAN ROAD S.E. #77<br>OLYMPIA, WA 98513 | 220.50 |
| VICTORIA J. SCOTT<br>2913E 3600N TRLR 43<br>TWIN FALLS, ID 83301 | 224.28 |
| JUDY K. SCOTT<br>1021 WEST BUCHANAN<br>CALIFORNIA, MO 65018 | 326.52 |
| CHARLES C. SCOTT<br>13814 S.E. 62ND ST.<br>BELLEVUE, WA 98006 | 86.94 |
| CANDELYN H SCOTT | 126.00 |

| | |
|---|---:|
| 2600 OLD HWY 231N<br>TROY, AL 36079 | |
| ALICE A SCOTT<br>POST OFFICE BOX 1353<br>LA FERIA, TX 78559 | 189.00 |
| SUSAN CROWTHER SCHULTZ<br>157 GYPSY LANE<br>KING OF PRUSSIA, PA 19406 | 378.01 |
| JEFF D SCHULTZ<br>1118 WILSON<br>WEBB CITY, MO 64870 | 99.80 |
| KERRY SCHUETZ<br>3304 SW 29TH TERR APT 2<br>TOPEKA, KS 66614 | 63.00 |
| JANET L. SCHROEDER<br>1013 LYNDA LANE<br>ARLINGTON, TX 76013 | 226.36 |
| GLEN J. SCHROCK<br>300 BAKER STREET<br>BLACKVILLE, SC 29817 | 441.01 |
| DEBORAH SCRIMSHIRE<br>9270 EAGLE RANCH RD, NW, #1511<br>ALBUQUERQUE, NM 87114 | 25.20 |
| TENA E. MEASLES-SCHWARZ<br>316 13TH ST.<br>HEMPSTEAD, TX 77445 | 100.37 |
| B. L. SCHOENBERGER<br>3936 NORTH EDGEMOOR<br>WICHITA, KS 67220 | 345.11 |
| CAREY D. SCHOENEBERG<br>1103 BENTON<br>MACON, MO 63552 | 372.21 |
| TROY R SCHOCK<br>3805 SLALOM DR. #298<br>BILLINGS, MT 59102 | 476.29 |

| Name and Address | Amount |
|---|---:|
| DAVID N. SCHNEIDER<br>311 S 1ST ST.<br>SELAH, WA 98942 | 476.94 |
| TASHA M. SCHMITZ<br>2011 WEST SANDSTONE CT.<br>BARDSTOWN, KY 40004 | 226.17 |
| JOSEPH B. SCHMITZ<br>819 BIRCH AVENUE<br>HELENA, MT 59601 | 476.29 |
| KENT L. SCHMIDT<br>1114 CARROLL<br>LARNED, KS 67550 | 408.11 |
| PAUL SCHLOEMER<br>2600 OLD HWY 231 N<br>TROY, AL 36079 | 63.00 |
| NADINE G. SCHLOEMER<br>2600 OLD HWY 231 N.<br>TROY, AL 36079 | 534.13 |
| KAREN E. SCHLOEMER<br>2600 OLD HWY 231 N<br>TROY, AL 36079 | 226.05 |
| HUGH SCHILTZ<br>2901 BURNING TREE<br>BRYAN, TX 77802 | 472.07 |
| ROSE-MARIE SCHEEL<br>735 UNIVERSITY AVE SPO 1130<br>SEWANEE, TN 37383 | 478.31 |
| TAMI SCHAFFER<br>2723 AUGUSTA UNIT A<br>HAYS, KS 67601 | 378.00 |
| DONNA S. SCHAEFER<br>101 RAINBOW DRIVE #9701<br>LIVINGSTON, TX 77351 | 360.98 |
| PHEBE Y. SATTERFIELD | 327.61 |

| | |
|---|---:|
| P.O. BOX 592<br>SIMPSONVILLE, SC 29681 | |
| GARY B. SAPPENFIELD<br>2909 NEW GARDEN ROAD EAST<br>GREENSBORO, NC 27455 | 217.86 |
| BRIAN SCOTT SAPP<br>1521 BRIDFORD PARKWAY #14-L<br>GREENSBORO, NC 27407 | 476.16 |
| DE ETTA J. SANCHEZ<br>1710 ARLENE AVE.<br>OXNARD, CA 93030 | 478.12 |
| MICHAEL E. SADOFF<br>1601 ONSLOW DR.<br>CHARLOTTE, NC 28205 | 435.71 |
| RUDOLPH SADLER<br>RT. 1, BOX 762<br>PERRY, FL 32347 | 512.70 |
| ALBERT J. SAMUELSON<br>901 E. VALLEY BLVD.<br>SAN GABRIEL, CA 91776 | 378.01 |
| A. WADE SAMPLE<br>1908 W. 20TH STREET<br>JOPLIN, MO 64804 | 189.01 |
| JENNIFER SALMON<br>3815-L COTSWOLD TERRACE<br>GREENSBORO, NC 27410 | 98.53 |
| BENJAMIN Z. SALINAS<br>10617 ALTA VISTA DRIVE<br>SEDRO WOOLLEY, WA 98284 | 63.00 |
| CHIN-WEN K. CHANG<br>9108 BELLLAIRE BLVD #1<br>HOUSTON, TX 77036 | 189.00 |
| JOE A SALAMONE<br>121 RACCOON TRACE<br>HUNTSVILLE, AL 35806 | 535.26 |

| | |
|---|---:|
| CAROLE M. SALAK<br>404 ANACAPA CIR.<br>NEWBURY PARK, CA 91320 | 441.01 |
| ANITA SAHAI<br>2488 EAST 33RD AVE<br>VANCOUVER, BC V5R2S3<br>FOREIGN, FN 99999 | 593.45 |
| BARRY E. SHOOK<br>7117 N. DESCHUTES DR.<br>SPOKANE, WA 99208 | 478.26 |
| SHELLEY R. SHOPE<br>3430 CLARKS BRIDGE CROSSING<br>GAINESVILLE, GA 30506 | 224.54 |
| MARTY W. WOODS<br>12419 REED SIMPSON ROAD<br>NORTHPORT, AL 35475 | 478.31 |
| PAL S. DULAI<br>11612 S.E. 219 PLACE<br>KENT, WA 98031 | 470.90 |
| KT N. SUNN<br>2517 PINEY WOODS DRIVE<br>PEARLAND, TX 77581 | 226.36 |
| **TOTAL** | **26,371.37** |

  2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

  WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED: March 7, 2008

 s/s Holmes P. Harden
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300