UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

**REPORT ON UNCLAIMED DIVIDENDS**

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| RENEE HOOKS<br>3410 ARGYLE LANE<br>GREENSBORO, NC 27406 | 106.09 |
| STEVEN C. WOODS<br>12419 REED SIMPSON RD<br>NORTHPORT, AL 35475 | 226.30 |
| GREGORY S. WOODS<br>12419 REED SIMPSON RD<br>NORTHPORT, AL 35475 | 226.30 |
| LORRAYNE F. REYNOLDS<br>P.O. BOX 92763<br>ALBUQUERQUE, NM 87199 | 63.00 |
| FELICIA D. WALDON<br>5400 MEMORIAL DRIVE, 8C<br>STONE MOUNTAIN, GA 30083 | 907.22 |
| JIANG YULEI YU YONGJUN<br>13209 TWINBROOK PARKWAY #304<br>ROCKVILLE, MD 20851 | 217.98 |

|  |  |
|---|---:|
| WENDY K. SALLAS<br>9105 HIGHWAY 44<br>MIDDLETON, ID 83644 | 378.01 |
| HYEIN SO<br>2749 BOLKER DRIVE<br>PORT HUENEME, CA 93041 | 315.01 |
| ANDREW P. SNYDER<br>5161 S.W. RAINTREE PKWY<br>LEE'S SUMMIT, MO 64082 | 241.94 |
| LAURETTA K. SNODGRASS<br>725 SO. ILLINOIS AVE.<br>LEAGUE CITY, TX 77573 | 231.37 |
| MAUREEN A. SNELGROVE<br>1350 PARKHILL ROAD<br>SANTA MARGARITA, CA 93453 | 477.05 |
| SHERRY M. SMYRE<br>3022 NE 13TH DRIVE<br>GAINESVILLE, FL 32609 | 99.79 |
| DONNA M. SMYDER<br>1898 CO. RT. 50<br>ARKPORT, NY 14807 | 477.05 |
| WINDY L. SMITH<br>1344 PINETREE DRIVE<br>MAPLEWOOD, MN 55119 | 441.01 |
| SARAH W. SMITH<br>RT.1 BOX 48 A<br>RABUN GAP, GA 30568 | 189.00 |
| RONNIE L SMITH<br>7134 ADIRONDACK TRAIL<br>AMARILLO, TX 79106 | 93.16 |
| R. J. SMITH<br>910 W. INTERSTATE 30<br>APT. 608<br>GARLAND, TX 75043-5725 | 126.00 |

| | |
|---|---:|
| MICHAEL B. SMITH<br>102 STEPHEN ST.<br>WILLIAMSON, GA 30292 | 441.01 |
| MABRY B. SMITH<br>7513 CRESVIEW LN.<br>DORA, AL 35062 | 478.31 |
| LYNDA KATY SMITH<br>8787 WOODWAY DR. #9107<br>HOUSTON, TX 77063 | 133.56 |
| KENY P. SMITH<br>42905 N. AMOY ST<br>LANCASTER, CA 93536 | 208.79 |
| KAREN L. SMITH<br>5307 KIAMESHA WAY<br>MESQUITE, TX 75150 | 219.17 |
| JEWEL P. SMITH<br>ROUTE 1 BOX 133<br>MARION, NC 28752 | 98.53 |
| JANA M. SMITH<br>701 CHELSEA DRIVE<br>BLOOMINGTON, IL 61704 | 92.28 |
| HAZEL R. SMITH<br>POST OFFICE BOX 5818<br>SAN LEON, TX 77539 | 219.17 |
| DANIEL SMITH<br>916 E. CYPRESS<br>LOMPOC, CA 93436 | 105.16 |
| D ALLEN SMITH JR.<br>9010 NESBIT FERRY RD #202<br>ALPHARETTA, GA 30022 | 189.00 |
| SMITH BRUNETTA D<br>6433 SO. STAPLES #106<br>CORPUS CHRISTI, TX 78413 | 189.00 |
| ADAM G. SMALL<br>8000 WATERS AVE, APT 10 | 189.00 |

| | |
|---|---:|
| SAVANNAH, GA 31406 | |
| JEFF D. SLATE<br>PO BOX 67<br>DOCHOW, KS 66901 | 226.14 |
| WILLIAM J. SKINNER<br>801 N. ERIE<br>LEXINGTON, NE 68850 | 225.80 |
| SUSAN K. SKIDMORE<br>S. 5341 CONIFER LANE<br>HARRISON, ID 83833 | 441.01 |
| DALE A. SKELTON<br>304 EAST RT 71<br>NEWARK, IL 60541 | 477.99 |
| CELINE SIU<br>RR 3 BOX 255A OAK SUMMIT<br>MILLBROOK, NY 12545 | 477.11 |
| ZORAWAR SINGH<br>24010 137 AVE S.E.<br>KENT, WA 98042 | 478.46 |
| RAMANDIP SINGH<br>11020 S.E. KENT-KANGLY RD<br>KENT, WA 98031 | 563.02 |
| RAGHBIR SINGH<br>11101 SE 208TH ST APT# 1411<br>KENT, WA 98031 | 563.02 |
| GURMAIL SINGH<br>132 SW 332ND ST APT# 406<br>FEDERAL WAY, WA 98032 | 563.02 |
| BHADUR SINGH<br>11101 SE 208TH ST. APT#1411<br>KENT, WA 98031 | 563.17 |
| BEANT K. SINGH<br>#104 2512 40ST<br>EDMONTON, AB T6L5L1<br>FOREIGN, FN 99999 | 561.16 |

| | |
|---|---:|
| AMRIK SINGH<br>11101 SE 208TH ST APT #1411<br>KENT, WA 98031 | 563.02 |
| MICHAEL DARIN SINCLAIR<br>1301 E. 81 TERR<br>KANSAS CITY, MO 64131 | 882.02 |
| DAVID K SIN<br>7924 FRONTENAC COURT<br>FONTANA, CA 92336 | 189.00 |
| RANDALL R. SIMS JR.<br>45 POND PATH<br>DALLAS, GA 30132 | 476.54 |
| KYLE E. SIMS<br>32 BARBERRY ST.<br>MONTGOMERY, AL 36109 | 441.01 |
| DANNY G SIMS<br>7676 WINDSONG DRIVE<br>TRUSSVILLE, AL 35173 | 441.01 |
| WILLIAMS R. SIMONE<br>31008 DEVONSHIRE DR.#107<br>PLANO, TX 75075 | 478.37 |
| VINCENT D. SIMMONS<br>516 WEST 12TH<br>LANNED, KS 67550 | 315.01 |
| TERRY A. SIMMONS<br>3038 16TH STREET S.E.<br>AUBURN, WA 98092 | 436.60 |
| SANDRA SIMMONS<br>330 LONGVUE COURT<br>DULUTH, GA 30097 | 470.50 |
| CLARENCE SIMMONS<br>3038 16TH STREET SE<br>AUBURN, WA 98092 | 756.65 |
| PAUL C. SIEMER | 226.36 |

| | |
|---|---:|
| 5800 BRODIE LN. #732<br>AUSTIN, TX 78745 | |
| JAMES R. SIEHR<br>2213 B. WASHINGTON STREET<br>TWO RIVERS, WI 54241 | 195.30 |
| RUSSELL A. SIEGEL<br>HC 37, BOX 103D<br>LEWISBURG, WV 24901 | 251.91 |
| KUNYANG SI<br>159 FRANKLIN ST. U-D6<br>STONEHAM, MA 2180 | 189.00 |
| DAN SHULDA<br>4032 LUNETA DRIVE<br>SAN JOSE, CA 95136 | 315.01 |
| PATRICIA A. SHORTER<br>922 E. VERMONT<br>OSBORNE, KS 67473 | 408.10 |
| SHORT VELYNDA L.<br>628 MOUNTAINSIDE<br>ALLEN, TX 75002 | 225.11 |
| SONYA SHORES<br>RT 1, BOX 896-A<br>STATEROAD, NC 28676 | 78.88 |
| LEE E. SZYMBORSKI<br>112 N. 39TH PLACE<br>MOUNT VERNON, WA 98273 | 478.26 |
| BARBARA Y. SZUREK<br>7431 SAN BENITO NW<br>ALBUQUERQUE, NM 87120 | 361.11 |
| POKYOL SO<br>2749 BOLKER DR.<br>PORT HUENEME, CA 93041 | 441.01 |
| CRAIG J. SODERQUIST<br>1509 SOUTH TALON DRIVE<br>LOGAN, UT 84321 | 225.83 |

| | |
|---|---:|
| TIAN ZHENG SONG<br>22 RUBINSTEIN ST APT 51<br>STATEN ISLAND, NY 10305 | 201.61 |
| YAN GANG SONG<br>5713 S. GRANT ST. #F<br>HINSDALE, IL 60521 | 441.01 |
| YAN MING SONG<br>5713 S. GARNT S.T #F<br>HINSDALE, IL 60521 | 189.00 |
| ZHI LING SONG<br>448 68ST APT 3R<br>BROOKLYN, NY 11220 | 216.71 |
| RIMPLE SONI<br>25834-26TH PLACE SOUTH<br>APT. G-201<br>KENT, WA 98032 | 378.01 |
| SANDRA SOODEEN<br>333 B. MAYVIEW CRES.<br>WATERLOO, ON N2V1P9<br>FOREIGN, FN 99999 | 108.68 |
| NELSON J. SORRELL<br>1131 S 8TH AVE.<br>KANKAKEE, IL 60901 | 285.77 |
| DAWN C. SORROW<br>931 COKER RD.<br>WHIGHAM, GA 31797 | 477.80 |
| JEANNETTE L. SOULE<br>RR 1 BOX 1388<br>LIVINGSTON, TX 77351 | 99.10 |
| GEORGE E. SPADE<br>10502 FOUNTAIN LAKE DR.<br>APT. 1523<br>STAFFORD, TX 77477 | 94.50 |
| NEDRA J. SPAULDING<br>321 NORTH 15TH | 470.75 |

| | |
|---|---:|
| CANON CITY, CO 81212 | |
| CLARE M. SPELLMAN<br>887 ROAD N.<br>OLPE, KS 66865 | 63.00 |
| CLARA A. SPENCE<br>8500 GREENBROOK PARKWAY<br>SOUTHAVEN, MS 38671 | 100.04 |
| GERRY K. SPENCER<br>4729 CHAMPIONS DRIVE<br>CORPUS CHRISTI, TX 78413 | 254.89 |
| TROY R. SPENCER<br>1120 NASA RD. ONE STE. #610<br>HOUSTON, TX 77058 | 93.24 |
| MELINDA L. SPITZ<br>12103 N. FARM RD 221<br>FAIR GROVE, MO 65648 | 519.74 |
| GARY SPIVEY<br>5317 STOUSLAND<br>COLLEGE STATION, TX 77845 | 126.00 |
| DONALD SPREIER<br>PO BOX 107<br>LARNED, KS 67550 | 491.87 |
| ST-LAURENT CECILE<br>11285 YAMASKA<br>ST-HYACINTHE, PQ J2S8B1<br>FOREIGN, FN 99999 | 69.30 |
| REESE P. STANLEY<br>6520 OAK VALLEY DR.<br>CUMMING, GA 30040 | 476.54 |
| DAVID & DIANNE R. STANTON<br>710 W. WEBSTER DR.<br>JEFFERSONVILLE, IN 47130 | 289.18 |
| K. RICHARD STANWOOD<br>2024 WESTGATE<br>BOISE, ID 83704 | 469.99 |

| | |
|---|---:|
| ANITA L. STARGEL<br>824 STAFFORD STATION DRIVE<br>SAGINAW, TX 76131 | 478.43 |
| STEVEN E. STATON<br>7216 PRINCE WILBERT WAY<br>WEST CHESTER, OH 45069 | 189.00 |
| JAMES N. STAUBES<br>2 PETTIGREW DRIVE<br>SAVANNAH, GA 31411 | 189.00 |
| LOU ANN STEELE<br>812 S. MAIN ST.<br>REIDSVILLE, NC 27322 | 224.54 |
| STEINBERG & ASSOCIATES INC.<br>1141 SHERIDAM RD. 2ND FL.<br>ATLANTA, GA 30324 | 476.80 |
| BOYD D. STEPHENS<br>2229 EDINBURGH DRIVE<br>MONTGOMERY, AL 36116 | 226.30 |
| DAN R. STEPHENSON<br>3413 LANCASTER DRIVE<br>FORT COLLINS, CO 80525 | 98.69 |
| JAMES STEVENS<br>831 FISHER CIRCLE<br>STAUNTON, VA 24401 | 224.16 |
| GRACE M STEPHENSON<br>3126 BELLINGHAM DR<br>ORLANDO, FL 32825 | 132.55 |
| ANGELENA STEVENSON<br>2904 INWOOD RD.<br>DALLAS, TX 75235 | 63.01 |
| MARK STEVENSON<br>2904 INWOOD ROAD<br>DALLAS, TX 75235 | 63.00 |
| ROCKY STEVENSON | 63.00 |

| | |
|---|---:|
| 2904 INWOOD RD<br>DALLAS, TX 75235 | |
| PEGGY J. STEWART<br>ROUTE 1 BOX 281<br>CADDO, OK 74729 | 88.20 |
| STEWART SYLVIA D.<br>753 HILLCREST DRIVE<br>STAUNTON, VA 24401 | 224.16 |
| DAVID W. STODDARD<br>91 MORROW DRIVE BOX E-6<br>BEDFORD, TX 76021 | 36.42 |
| ANN A. STOEGER<br>PO BOX 1845<br>RIVERTON, WY 82501 | 69.30 |
| THOMAS J. STOFFEL<br>2251 LOTUS COURT<br>NAPERVILLE, IL 60565 | 441.01 |
| BRAD J. STOKES<br>8960 CYNTHIA ST. #108<br>LOS ANGELES, CA 90069 | 305.18 |
| STOLCON INC.<br>PO BOX 422343<br>ATLANTA, GA 30342 | 476.79 |
| ART E STOLTMAN<br>5983 VANTAGE HWY<br>ELLENSBURG, WA 98926 | 564.73 |
| TIFFANY L. STOLTMAN<br>5983 VANTAGE HWY.<br>ELLENSBURG, WA 98926 | 107.58 |
| STEPHEN K STORNETTA<br>PO BOX 9192<br>RENO, NV 89507 | 108.11 |
| GARY W. STOVALL<br>1212 EAST FIRST<br>ELDORADO, AR 71730 | 252.01 |

| | |
|---|---:|
| ROBERT STRICKLAND<br>12940 HENRY RD.<br>HENRY, VA 24102 | 224.16 |
| LUCILLE E. STROHL<br>1805 B EAST 24TH<br>HUTCHINSON, KS 67502 | 406.84 |
| TROY A. STRONG<br>1115 EASTON AVENUE<br>BELLINGHAM, WA 98225 | 124.74 |
| LINLI SU<br>1840 RHODES ROAD #353<br>KENT, OH 44240 | 189.00 |
| DON C. SULLIVAN SR.<br>RT 2 BOX 136<br>FAIRFAX, SC 29827 | 189.00 |
| JAMES A. SULLIVAN<br>406 JUSTIN CT.<br>CHEROKEE, GA 30188 | 477.55 |
| GRETCHEN SULTZER<br>205 S. CHURCH AVE.<br>BOZEMAN, MT 59715 | 441.01 |
| FRANCES SUN<br>147-37 ROOSEVELT APT #1 G<br>FLUSHING, NY 11354 | 63.00 |
| LISHA SUN<br>105 N. 4TH STREET, APT. E<br>ALHAMBRA, CA 91801 | 441.01 |
| WILSON SUN<br>999 BRANNAN #128<br>SAN FRANCISCO, CA 94103 | 441.01 |
| MICHELE M. SUNDBERG<br>143 HIGH MEADOWS STREET<br>RICHLAND, WA 99352 | 441.01 |
| MONIKA SUNDBERG | 69.30 |

| | |
|---|---:|
| 143 HIGH MEADOWS STREET<br>RICHLAND, WA 99352 | |
| WILMA F. SUTTON<br>111 HWY 63 N<br>BONO, AR 72416 | 217.69 |
| CONSUELO L. SWAIM<br>318 FRANK PATTERSON RD.<br>HAZEL GREEN, AL 35750 | 576.05 |
| MERLE SWARTZENTRUBER<br>P.O. BOX 329<br>BERLIN, OH 44610 | 378.01 |
| BRIAN R. SWEENEY<br>1472 COLONY RD.<br>BOW, WA 98232 | 219.95 |
| JULIE M. SWEEZEA<br>P.O. BOX 683<br>ZILLAH, WA 98953 | 554.13 |
| JON & SUZANNE M. SWETT<br>14517 CHRONICLE ST.<br>MEAD, WA 99021 | 478.33 |
| WILLIE F. SYKES<br>RT. 1 BOX 216<br>TOXEY, AL 36921 | 477.80 |
| SHERRY A SYRIE<br>PO BOX 930<br>ROYAL CITY, WA 99357 | 126.00 |
| MITCH J. JALBERT<br>P.O BOX 7034<br>BEND, OR 97708 | 462.90 |
| **TOTAL** | **39,381.96** |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:   March 8, 2008

                                              /s/Holmes P. Harden
                                              Holmes P. Harden, Trustee
                                              State Bar No. 9835
                                              Post Office Drawer 19764
                                              RALEIGH, NC  27619-9764
                                              Telephone: (919) 981-4000
                                              Facsimile: (919) 981-4300