UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                              CASE NO:

INTERNATIONAL HERITAGE INC.                         98-02675-5-ATS


DEBTOR(S)

                                                    CHAPTER 7

**REPORT ON UNCLAIMED DIVIDENDS**

        HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

        1.    That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---:|
| KATHRYN ROUTSON<br>430 WEST 28TH AVE<br>SPOKANE, WA 99203 | 565.51 |
| ELLEN M. TAFT<br>901 FIDALGO #3 APT.<br>SEDRO WOOLLEY, WA 98284 | 478.26 |
| JEREMY M. TALBOTT<br>6847 D. YALHTHAVEN ROAD<br>FRIDAYHARBOR, WA 98250 | 226.25 |
| SHIU YUEN TAM<br>22 RUBINSTEIN STREET APT. T1<br>STATEN ISLAND, NY 10305 | 143.64 |
| WINNIE TAM<br>2368 E. 22ND STREET<br>BROOKLYN, NY 11229 | 475.33 |
| DINO TAMEZ<br>440 MADRID CT.<br>SAN BENITO, TX 78586 | 204.63 |

| | |
|---|---:|
| JOSE A. TAMEZ<br>440 MADRID CT.<br>SAN BENITO, TX 78586 | 252.01 |
| JUDITH TAMEZ<br>440 MADRID COURT<br>SAN BENITO, TX 78586 | 189.00 |
| TABATHA TAMEZ<br>440 MADRID COURT<br>SAN BENITO, TX 78586 | 226.36 |
| GENE TAN<br>3 CYPRESS DR.<br>CEDAR KNOLLS, NJ 7927 | 441.01 |
| JOSEPH R. TAN<br>2643 BRANDON AVENUE S.W.<br>ROANOKE, VA 24015 | 98.16 |
| ALVARO D. TANCHEZ<br>2315 W. ESPLANADE AVE. APT. D<br>KENNER, LA 70065 | 189.00 |
| AI TANG<br>84 B MARION PEPE DR.<br>LODI, NJ 07644 | 224.54 |
| LIANGZHONG TANG<br>35 W. 38TH STREET APT 1-F<br>MANHATTAN, NY 10018 | 63.01 |
| ANNEMARIE TASSELLO<br>23 BURNET ST.<br>AVENEL, NJ 7001 | 504.01 |
| JEANINE R. TATUM<br>5209 OLD CORNELIA HWY.<br>LULA, GA 30554 | 99.88 |
| SHARON S. TAUR<br>1405 REDWOOD DR.<br>LOS ALTOS, CA 94024 | 189.00 |
| MARK J. TAYLOR | 105.50 |

| | |
|---|---:|
| 5257 S. APRIL DR.<br>LANGLEY, WA 98260 | |
| ROYCE M. TAYLOR<br>PO BOX 381<br>RIVERSIDE, TX 77367 | 225.10 |
| TRISH C. TAYLOR<br>P.O. BOX 734<br>RUSTON, LA 71273 | 265.08 |
| SHAWN H. TEAGUE<br>3953 NORTH CLAREY<br>EUGENE, OR 97402 | 476.29 |
| TED J. TEDESCO<br>912 CAROLYNDON DR.<br>HIGH POINT, NC 27262 | 469.86 |
| MARIA T. TELLEZ<br>104 LOS EBANOS<br>BROWNSVILLE, TX 78521 | 100.36 |
| RICHARD D. TELLES<br>3003 DOVER RD.<br>ALBUQUERQUE, NM 87105 | 63.00 |
| HANNA H.T. TENG<br>5625 DUMFRIEF ST.<br>VANCOUVER, BC V5P3A5<br>FOREIGN, FN 99999 | 214.20 |
| DAN TENNANT<br>5964 S. WALLFLOWER PL.<br>BOISE, ID 83716 | 225.54 |
| JAMES I. TENNESSEE<br>3675 CHIMNEY RIDGE COURT<br>ELLENWOOD, GA 30049 | 171.87 |
| PATRICK M. TERAN<br>78850 AURORA WAY<br>LA QUINTA, CA 92253 | 478.24 |
| JILL M. TERRY<br>1403 SILVERLEAF | 100.36 |

| | |
|---|---:|
| FRIENDSWOOD, TX 77546 | |
| SUSAN TESLOW<br>508 KATHY LANE<br>BELGRADE, MT 59714 | 466.21 |
| CHESTER E. THACKER<br>1068 CEDAR<br>JUNCTION CITY, KS 66441 | 189.00 |
| AYE A. THEIN<br>41-06 50TH STREET APT 4L<br>WOODSIDE, NY 11377 | 189.00 |
| MARGARET M. THEISEN<br>878 GLORY DR.<br>EUGENE, OR 97404 | 340.21 |
| TERRANCE THOMAS<br>414 SOUTH CEDAR PATH DR<br>BIRMINGHAM, AL 35209 | 261.58 |
| BILLY THOMPSON<br>166 MIRACLE HILLS<br>SPRINGVILLE, AL 35146 | 550.95 |
| CAROL J. THOMPSON<br>483 EAGLE ROAD<br>CEDAR VALE, KS 67024 | 477.78 |
| RICHARD R.S. THOMPSON<br>1344 WHISPERWOOD DR<br>COLUMBUS, GA 31907 | 478.81 |
| THOMAS THOMPSON<br>534 SOUTH 3RD W.<br>MISSOULA, MT 59801 | 378.01 |
| PER PLT THOMSEN<br>500 KENSINGTON FARMS DR.<br>ALPHARETTA, GA 30004 | 526.94 |
| KATHRYN M. THORNTON<br>4392 U.S. HWY 522-NORTH<br>LEWISTOWN, PA 17044 | 189.00 |

| | | |
|---|---|---|
| DONALD R. THRASH<br>8380 CHILDERSBURG-FAYETTEVILLE HWY<br>CHILDERSBURG, AL 35044 | | 441.01 |
| FAYE C. THURSTON<br>500 RED BARN TR.<br>MATTHEWS, NC 28104 | | 468.73 |
| PIREN TIAN<br>1705 COIT RD. #1078<br>PLANO, TX 75075 | | 478.38 |
| ED A. TIGRETT<br>4101 CALLFIELD RD.<br>WICHITA FALLS, TX 76308 | | 506.28 |
| VICKIE E. TILLEMANS<br>218 S WATER<br>DERBY, KS 67037 | | 441.01 |
| ALAN R. TILLMAN<br>408 W. BROADWAY<br>SUMMERDALE, AL 36580 | | 478.31 |
| JIM E. TILLEY<br>202 SOUTH THIRD AVE<br>MAYODAN, NC 27027 | | 224.28 |
| WILLIAM L. TILLMAN<br>12 DEERFIELD ROAD<br>OSTERVILLE, MA 2655 | | 224.28 |
| CYNTHIA A. TISINAI<br>1303 HOLIDAY DR.<br>SANDWICH, IL 60548 | | 477.86 |
| CINDY P. TO<br>2805 WASHINGTON AVE<br>EL MONTE, CA 91733 | | 189.00 |
| MICHAEL TODD<br>1109 EAST HILLS DRIVE<br>MOORE, OK 73160 | | 441.01 |
| HENRY TOM | | 158.77 |

| | |
|---|---:|
| 22 RUBINSTEIN ST., APT. T2<br>STATEN ISLAND, NY 10305 | |
| RICHARD T. TOMPKINS<br>102 GREENWAY DRIVE<br>VICTORIA, TX 77904 | 478.37 |
| YIM-NGOR TONG<br>123 LUDLOW ST, APT 23<br>NEW YORK, NY 10002 | 225.10 |
| MAY D. TOOLE<br>1716 GRAND AVENUE SW<br>FORT PAYNE, AL 35967 | 478.30 |
| JERRY TOOT<br>1583 N. LINCOLN AVE.<br>SALEM, OH 44460 | 92.23 |
| LOUISE A TOPIE<br>4820 BELLE RIVER ROAD<br>ATTICA, MI 48412 | 469.87 |
| TOWERY JOYCE A.<br>1302 DEUPREE<br>AUSTIN, TX 78753 | 37.36 |
| THOMAS V TOWNSEND JR.<br>1427 5TH STREET<br>SHALLOWWATER, TX 79363 | 478.37 |
| JAMES L. TRACY<br>P.O. BOX 53<br>REXVILLE, NY 14877 | 477.05 |
| KAYA N. TRAHAN<br>3101 LAKE STREET<br>LAKE CHARLES, LA 70601 | 85.31 |
| LOLITA L. TRAHAN<br>6103-B WIGMORE LANE<br>ALEXANDRIA, VA 22315 | 685.01 |
| BYRON L. TRAVIS<br>932 TALLOW ROAD<br>LAKE CHARLES, LA 70607 | 208.85 |

| | |
|---|---:|
| JODY L. TRAVIS<br>3010 WHIRLWIND<br>PEARLAND, TX 77581 | 264.68 |
| WANDA A. TREVINO<br>6730 MITZI CT.<br>MONTGOMERY, AL 36116 | 189.00 |
| JO A TRIPPIE<br>100 OAKWOOD<br>MARION, NC 28752 | 224.54 |
| MATTHEW M. TRUE<br>PO BOX 2699<br>HAVELOCK, NC 28532 | 477.80 |
| GAIL Y TSAI<br>955 WATER ST.<br>PORT TOWNSEND, WA 98368 | 289.28 |
| SAU YING TSE<br>2200 E. 21 ST.<br>OAKLAND, CA 94606 | 189.00 |
| SHIRLEY C. TSO<br>955 WATER STREET<br>PORT TOWNSENT, WA 98368 | 364.12 |
| DAN E TUCKER<br>5636 PINE DRIVE<br>RALEIGH, NC 27606 | 469.86 |
| ERIC C. TURNER & ALFIE L. TURNER<br>3059-A VON STEUBEN PLACE<br>WEST POINT, NY 10996 | 338.44 |
| HERMON B. TURNER<br>1711 HWY 17 SOUTH #396<br>SURFSIDE BEACH, SC 29575 | 91.67 |
| DIANE H. TYNDALL<br>135 HICKORY RIDGE DR.<br>GLENCOE, AL 35905 | 441.01 |
| WILLIAM E. TYNDALL | 189.00 |

| | |
|---|---:|
| P.O. BOX 132<br>CENTER, AL 35960 | |
| LINDA L. UMBARGER<br>PO BOX 132<br>OVERBROOK, KS 66524 | 477.99 |
| JEFFERSON UNDERWOOD<br>2992 OLD FARM ROAD<br>MONTGOMERY, AL 36111 | 461.67 |
| UNIQUE PROPERTIES INC.<br>PO BOX 1183<br>CLEMMONS, NC 27012 | 222.02 |
| MAUREEN UPHILL<br>#1202 - 811 HELMEKEN STREET<br>VANCOUVER, BC V6Z 1B1<br>FOREIGN, FN 99999 | 997.94 |
| BETTY J. URIE<br>4392 NORTHWEST DR.<br>BELLINGHAM, WA 98226 | 315.01 |
| KATHERINE S. UYENO<br>9554 MEADOWLARK DRIVE<br>BOZEMAN, MT 59718 | 63.00 |
| MONTY A. VALDEZ<br>RT 73 BOX 79<br>LLOYD, MT 59535 | 476.29 |
| MATTHEW A. VALENTINO<br>750 W. BASELINE RD. #1066<br>TEMPE, AZ 85283 | 225.80 |
| DARLENE I. VALIGORA<br>1306 HARBOR VILLAGE DR.<br>CORPUS CHRISTI, TX 78412 | 518.84 |
| ANDY T. VALINSKI<br>1736 CRESTLINE<br>TROY, MI 48083 | 189.00 |
| LARRY G. VANDERPOOL<br>600 NORTH SHORE DR. #1 | 485.11 |

| | |
|---|---:|
| BELLINGHAM, WA 98226 | |
| JAMES G. VANDYCK<br>9516 SOUTH CASTLE RIDGE CIR.<br>HIGHLANDS RANCH, CO 80126 | 378.01 |
| THERESA M. VANSICKLE<br>1722 BARRINGTON HILLS LANE<br>KATY, TX 77450 | 257.18 |
| GAIL E. VAN SLYKE<br>701 S. 53RD<br>LINCOLN, NE 68510 | 98.66 |
| DON L. VARDAMAN<br>450 T. SCHILLINGER ROAD #289<br>MOBILE, AL 36608 | 478.31 |
| RAYMOND J. VARS<br>2109 DEVON STREET<br>MONTROSE, CO 81401 | 100.17 |
| VARNELL DONALD M<br>707 SE BIRCH M<br>COLLEGE PLACE, WA 99324 | 645.24 |
| BONNIE P. VARON<br>3068 RIVERWOOD TERRACE<br>BIRMINGHAM, AL 35242 | 226.30 |
| SPERO VASILAKIS<br>2810 SW 87TH AVE<br>UNIT 901<br>DAVIE, FL 33328 | 266.22 |
| ROBERT A VASOLD<br>1231 ADIAL ROAD<br>FABER, VA 22938 | 559.06 |
| ANN VAUGHN<br>1014 NORTH BEND<br>RALEIGH, NC 27609 | 476.54 |
| DAVID W. VAUGHAN<br>13085 N 91ST WAY<br>SCOTTSDALE, AZ 85260 | 259.25 |

| | |
|---|---:|
| CHRISTOPHER L. VEAZEY<br>12419 S. 87TH E. AVE.<br>BIXBY, OK 74008 | 207.90 |
| VELMA N. VELA<br>RT. 3, BOX 133-H [LOC. 6 MI.<br>MISSION, TX 78572 | 441.01 |
| WIGBERTO P. VELUZ<br>22330 HARTLAND ST.<br>CANOGA PARK, CA 91303 | 441.01 |
| DOROTHY MAE VERMEULEN<br>P.O. BOX 181055<br>CORPUS CHRISTI, TX 78480 | 75.38 |
| ROBERT J. VEROULIS<br>601 W. KENT<br>MISSOULA, MT 59801 | 476.29 |
| BARBARA J. VETETO<br>1111 W. 19TH STREET<br>KENNEWICK, WA 99337 | 189.00 |
| LORRAINE K. VICARI<br>2313 ROBY ROAD<br>MECHANICSBURG, IL 62545 | 63.00 |
| REBEKAH J. VICKERS<br>1125 BRIARWOOD DR.<br>GARLAND, TX 75041 | 189.00 |
| SADIE VIERSTRA<br>1070 CALLEDELCERRO, #1609<br>SAN CLEMENTE, CA 92672 | 262.76 |
| MECHELLE S. VOGEL<br>4519 146TH PLACE S.W.<br>LYNNWOOD, WA 98037 | 478.50 |
| LISA L VIOLETT<br>POST OFFICE BOX 527<br>POWELL PARK, WY 82432 | 441.01 |
| MARY ANN WEAKLEY | 27.49 |

| | |
|---|---:|
| 4518 PRATT LN.<br>FRANKLIN, TN 37064 | |
| MARY ANN WEAKLEY<br>4518 PRATT LN.<br>FRANKLIN, TN 37064 | 176.41 |
| STEPHANIE P. WYATT<br>COYLE, BASCOM & BERGMAN, P.C.<br>1000 CAMBRIDGE SQUARE, SUITE C<br>ALPHARETTA, GA 30004 | 476.54 |
| SUSAN WU<br>22 RUBENSTEIN STREET<br>STATEN ISLAND, NY 10305 | 201.61 |
| HONG WU<br>1010 60TH STREET, 2F/L<br>BROOKLYN, NY 11219 | 189.00 |
| TROY A. WRIGHT<br>P.O. BOX 344<br>MANOR, TX 78653 | 768.62 |
| RITA M. WRIGHT<br>P.O. BOX 521038<br>BIG LAKE, AK 99652 | 477.00 |
| PETER E. WRIGHT<br>RR1 BOX 38C<br>TYRONE, OK 73951 | 225.80 |
| NATHANIEL V. WRIGHT<br>3479 ORMOND CIR.<br>LEXINGTON, KY 40517 | 224.54 |
| EDDIE READHIMER<br>2871 MAPLE CIRCLE<br>THOMPSON STATIO, TN 37179 | 441.01 |
| **TOTAL** | **37,936.12** |

    2.    That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.


DATED:    March  9, 2008


_____
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300