UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| MARY R. WRIGHT<br>600 HOLLY DR. #36<br>ALBANY, GA 31705 | 99.79 |
| SHERRIE A. WOOLDRIDGE<br>1227 BAYHILL DRIVE<br>BURLINGTON, WA 98233 | 670.81 |
| MARTHA I. WOOLLEY<br>7721 WALKER STREET<br>PENSACOLA, FL 32506 | 511.44 |
| WILLIAM H. WOODYARD JR.<br>309 REDBUD PLACE<br>RIDGELAND, MS 39157 | 478.05 |
| CHARLES W. WOODY<br>42433 MAY PEN RD.<br>BERMUDA DUNES, CA 92201 | 77.62 |
| SAM K WOODS<br>715 E 5TH ST<br>BOTTINEAU, ND 58318 | 550.95 |

| | |
|---|---:|
| DWAYNE WOODFILL<br>316 GARDEN<br>LOS LUNAS, NM 87031 | 98.60 |
| TERESA L. WOODALL<br>145 SHAWNEE DR.<br>BUCKHANNON, WV 26201 | 189.00 |
| DAVID G. WOOD<br>11309 BRANDON PARK DRIVE<br>SANDY, UT 84092 | 441.01 |
| BRENDA J. WOOD<br>6619 CLUBHOUSE CIRCLE<br>DALLAS, TX 75240 | 478.37 |
| HELENA C.P. WOO<br>281-1551 EAST 4TH AVE<br>VANCOUVER, BC V5N1J7<br>FOREIGN, FN 99999 | 63.00 |
| KAM M. WONG<br>656 130TH AVE. NE<br>BELLEVUE, WA 98005 | 478.46 |
| DR. HENRY HILL WOLMARANS<br>15594 RIPARIAN RD.<br>POWAY, CA 92064 | 223.68 |
| DARWIN WOGAN<br>7172 AQUA CT.<br>ANACORTES, WA 98221 | 408.15 |
| GLENDA M. WITMAN OR RICHARD MYERS<br>840 CLIFF DRIVE #12<br>PROTLAND, TX 78374 | 219.38 |
| II MARTIN WISE<br>7920 RIDEOUT ROAD<br>TAMPA, FL 33619 | 511.44 |
| MARIE WINTHER<br>4225 ETHEL AVENUE #29<br>STUDIO CITY, CA 91604 | 189.01 |

| | |
|---|---:|
| SHEILA H WINSTEAD<br>1827 SIERRA AVE<br>SPRINGFIELD, OH 45503 | 471.08 |
| HONG-TSANG WING<br>3009 FOWLER ROAD<br>SAN JOSE, CA 95135 | 441.01 |
| TONYA A. WINDERS<br>17237 MONITOR AVENUE<br>BATON ROUGE, LA 70817 | 225.04 |
| SUSAN I. WINDERS<br>503 S. WALKER ST.<br>COLUMBIA, SC 29205 | 69.93 |
| LINDWINA L. WIN<br>4215 SUNSET BLVD.<br>HOUSTON, TX 77005 | 472.07 |
| ROBERT D. WILTSE<br>325-19TH AVE., W.<br>GOODING, ID 83330 | 189.00 |
| ROSS R. WILSON<br>370 CURRY DR.<br>FERNLEY, NV 89408 | 63.00 |
| JOHN T. WILSON<br>1550 TERRACE ROAD<br>ROANOKE, VA 24015 | 224.16 |
| SHELLY S WILLS<br>3019 FM 50<br>BRENHAM, TX 77833 | 478.37 |
| JUNE A. WILMARTH<br>RT 31<br>WEEDSPORT, NY 13166 | 226.30 |
| SCOTT E. WILLIAMS<br>96 LAKE SAMISH RD.<br>BELLINGHAM, WA 98226 | 30.95 |
| SCOTT & AMANDA WILLIAMS | 189.00 |

| | |
|---|---:|
| 6111 W. WILLIAMETTE<br>KENNEWICK, WA 99336 | |
| NORA J. WILLIAMS<br>145 TOURA LANE<br>CHARLESTON, SC 29414 | 477.80 |
| MELISSA E. WILLIAMS<br>8400 SPRING VALLEY DR.<br>AUSTIN, TX 78736 | 100.36 |
| KITTY WILLIAMS<br>4858 BATTERY LANE #207<br>BETHESDA, MD 20814 | 257.86 |
| JESSE M. WILLIAMS<br>2160 WOODLEY ROAD<br>MONTGOMERY, AL 36111 | 509.81 |
| JEROME WILLIAMS II<br>301 CLUBVIEW<br>MOULTRIE, GA 31768 | 93.12 |
| DREW H. WILLIAMS<br>412 OVERLOOK DR.<br>MIDLOTHIAN, TX 76065 | 477.11 |
| BONNIE L WILLIAMS<br>41444 GRESSETT ROAD<br>PRAIRIEVILLE, LA 70769 | 478.18 |
| KELLY C. WILD<br>3171 RADFORD<br>TOLEDO, OH 43614 | 63.00 |
| GAIL WILCOX<br>12001 CRYSTAL HILL RD.<br>MAUMELLE, AR 72113 | 377.32 |
| RONNIE D WILBURN<br>1300 BUFORD ST<br>HUNTVILLE, AL 35801 | 441.01 |
| VIOLETTA A. WIKLE<br>108 SOUTH 5TH<br>SABETHA, KS 66534 | 353.96 |

| | |
|---|---:|
| SHARON L. WILKISON<br>201 W POSEY<br>BRAZIL, IN 47834 | 78.25 |
| SHANE P. WIGGINS<br>1231 ROBERT STREET<br>RAYNE, LA 70578 | 63.00 |
| LORNA WIGGINS<br>20 FIRST PLAZA SUITE 710<br>ALBUQUERQUE, NM 87103 | 476.54 |
| BETTY M. WIGGINS<br>231 E 3RD<br>BONNER SPRINGS, KS 66012 | 470.03 |
| GARY S. WIEGAND<br>3902 SENECA DR.<br>MT VERNON, WA 98273 | 478.05 |
| CAROL M WICKLANDER<br>3710 MASTERS DRIVE<br>LEAGUE CITY, TX 77573 | 478.37 |
| CHER WICHMANN-MCDOWELL<br>353 SUMMERSET LANE N.E.<br>ATLANTA, GA 30328 | 441.01 |
| TERI T. WHITTINGTON<br>265 ELDORADO #1400<br>WEBSTER, TX 77598 | 189.01 |
| LISA A. WHITTAKER<br>2912 CITRIS GLEN DR.<br>RALEIGH, NC 27610 | 447.31 |
| RHETT WHITLEY<br>1933 TREE TOP LANE<br>BIRMINGHAM, AL 35216 | 63.00 |
| KIMBERELY WHITNEY<br>11503 RABBIT SPRINGS<br>SAN ANTONIO, TX 78245 | 100.30 |
| JAMES A. WHITLEY III. | 267.13 |

| | |
|---|---:|
| 1005 BATTLEGROUND AVENUE<br>GREENSBORO, NC 27408 | |
| CHUCK WHITLEY<br>1933 TREE TOP LANE<br>BIRMINGHAM, AL 35216 | 63.00 |
| STEVEN K. WHITESIDES<br>143 HIGH MEADOWS STREET<br>RICHLAND, WA 99352 | 441.01 |
| MARGIE A. WHITE<br>926 N. 22ND STREET<br>BILLINGS, MT 59101 | 226.80 |
| JOHN D. WHITE<br>3103 HERITAGE COURT #72<br>MANHATTAN, KS 66503 | 195.30 |
| JACK C. WHITE<br>RD# 1 BOX 203<br>ARKPORT, NY 14807 | 447.31 |
| HOLLY J. WHITE<br>487 BIELBY RD.<br>LAWRENCEBURG, IN 47025 | 93.12 |
| DOROTHY J. WHITE<br>RD. #1 BOX 203<br>ARKPORT, NY 14807 | 225.04 |
| DONNA M. WHITE<br>8 WELLS STREET<br>HORNELL, NY 14843 | 477.04 |
| DENI K. WHITE<br>813 1/2 7TH STREET<br>ANACORTES, WA 98221 | 478.26 |
| DAVID D. WHITE<br>4117 KINCAID DR.<br>RALEIGH, NC 27604 | 224.54 |
| WILLIAM M. WHITCOMB<br>PO BOX 7097<br>METAIRIE, LA 70010-7097 | 189.00 |

| | |
|---|---:|
| CORA M. WHITAKER<br>2184 STOCKER ST.<br>POMONA, CA 91767 | 756.02 |
| MICHELLE M. WHITACRE<br>5127 S. 2975 W.<br>ROY, UT 84067 | 113.38 |
| MARJORIE K. WHATLEY<br>759 WILLOW STREET<br>ALEX CITY, AL 35010 | 533.03 |
| RONDA D. WETZEL<br>PO BOX 75<br>NASHUA, MT 59248 | 183.19 |
| RONALD L. WEST<br>RT. BOX 153<br>WHITESBORO, TX 76273 | 586.19 |
| BRIAN G. WELLS<br>313 OAKDALE ST.<br>MARTINSVILLE, VA 24112 | 476.16 |
| DAVID A. WELCH IV<br>113 HONEYSUCKLE LN.<br>SUMMERVILLE, SC 29485 | 226.80 |
| JUDI WELBAUM<br>17264 FOREST HILL DRIVE<br>ATHENS, AL 35613 | 445.29 |
| NURITH WEITZ<br>102 COUGAR RIDGE #1<br>LAFAYETTE, LA 70508 | 224.91 |
| HUBERT P. WEIR<br>136 FESCUE DR.<br>ADVANCE, NC 27006 | 222.02 |
| TAMMY H. WEIGEL<br>1316 SCHWALLER AVENUE<br>HAYS, KS 67601 | 378.01 |
| GREG E WEHRWEIN | 225.80 |

| | |
|---|---:|
| 9 ROBERTA ST<br>FARMINGDALE, ME 4344 | |
| DAN J. WEGNER<br>2525 E 53RD AVE APT G 207<br>SPOKANE, WA 99223 | 225.04 |
| JEFFREY B. WEDDALL<br>625 NEW SCHOOL LN. APT. D<br>DALLASTOWN, PA 17313 | 99.79 |
| SARAH J. WEBER<br>5016 LONDON ROAD #5<br>LINCOLN, NE 68516 | 552.18 |
| WARREN H. WEBB<br>2312 SUMMER OAKS COURT<br>ARLINGTON, TX 76011 | 100.36 |
| JASON E. WEAVER<br>3525 SAGE #1504<br>HOUSTON, TX 77056 | 478.31 |
| VANESSA J. WEAVER<br>5549-A RHINE ROAD<br>BERLIN, OH 44610 | 224.60 |
| JOHN R. WEATHERFORD<br>217 MIMOSA DRIVE<br>FERRIS, TX 75125 | 219.17 |
| MARGARET D WAYMAN<br>RT 5 BOX 109<br>SAN BENITO, TX 78586 | 226.37 |
| ROSE A. WATTS<br>361 PILGRIM CR. ROAD<br>NOXON, MT 59853 | 223.02 |
| CHANDAL E. WATKINS<br>387 NORTH LABURNUM AVENUE #3<br>RICHMOND, VA 23223 | 536.77 |
| CAROLYN J WATKINS<br>504 E 22ND ST<br>GALENA, KS 66739 | 477.83 |

|  |  |
|---|---:|
| NANCY J. WASSENAAR<br>102 EMERSON ROAD<br>EVERSON, WA 98247 | 189.00 |
| **TOTAL** | **26,933.86** |

    2.    That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

    WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    March 11, 2008

    s/s Holmes P. Harden
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300