UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

  HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

  1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| QING WANG<br>16215 VIA ARRIBA #211<br>SAN LORENZO, CA 94580 | 225.99 |
| QIANG WANG<br>1812 CANAL WAY<br>SAN JOSE, CA 95132 | 470.81 |
| YAN JUN WANG<br>48 FAXON STREET<br>NEWTON, MA 02458 | 252.00 |
| XIN XW WANG<br>2832 CORTINA<br>UNION CITY, CA 94587 | 527.95 |
| YIJIA WANG<br>1114 OAKCROFT LANE<br>SOMERSET, NJ 8873 | 189.01 |
| YUEJIAO WANG<br>5011 SOUTH ALSTON AVE #H104<br>DURHAM, NC 27704 | 567.01 |

552349

| | |
|---|---:|
| TIM XIN WANG<br>14-D CEDAR LANE<br>HIGHLAND PARK, NJ 08904 | 189.00 |
| SHAQING WANG<br>6323 GRANDVALE DRIVE<br>HOUSTON, TX 77072 | 189.00 |
| RUI-HONG WANG<br>4611 LA MIRADA AVE.<br>LOS ANGELOS, CA 90029 | 378.01 |
| MIN WANG<br>153-44 77 ROAD<br>FLUSHING, NY 11367 | 441.01 |
| LUCY YIYI WANG<br>415 WASHINGTON BL #908<br>MARINA DEL REY, CA 90292 | 441.01 |
| LI WANG<br>2832 CORTINA WAY<br>UNION CITY, CA 94587 | 263.35 |
| JINGZHU WANG<br>803 C DONALDSON ST.<br>HIGHLAND PARK, NJ 8904 | 470.24 |
| JIN WANG<br>7050 ARAPAHO RD. #1054<br>DALLAS, TX 75248 | 252.01 |
| JIAN-GUO WANG<br>921 WHARTON DRIVE<br>NEWARK, DE 19711 | 189.00 |
| HUAN WANG<br>1685 NORMAN ST APT 1R<br>RIDGEWOOD, NY 11385 | 189.01 |
| GUO-TONG WANG<br>102 CHERRY HILL LANE<br>LAUREL, MD 20724 | 441.01 |
| LINDA J. WARRICK | 102.78 |

552349

| | |
|---|---:|
| 4 PARKER DRIVE<br>OZARK, AL 36360 | |
| TOMMIE M. WARNER<br>9055 W. DESCHUTES DR.<br>KENNEWICK, WA 99336 | 441.01 |
| TIMOTHY M. WARNER<br>10357 SW 118 STREET<br>MIAMI, FL 33176 | 463.56 |
| LINDA M. WARNER<br>10357 SW 118TH STREET<br>MIAMI, FL 33176 | 463.56 |
| KEITH A. WARNER<br>600 MIXON A-6<br>NEW IBERIA, LA 70560 | 100.05 |
| EDWARD A. WARE<br>535 ORVILLE<br>KANSAS CITY, MO 66101 | 224.69 |
| DAN S. WARDLE<br>P.O. BOX 387<br>LEWISTON, CA 96052 | 224.85 |
| ROBERT E. WARD<br>4301 E. RENFRO<br>ALVARADO, TX 76009 | 441.01 |
| GAYLON T. WARD<br>1426 MILLER ST.<br>CARTHAGE, MO 64836 | 99.82 |
| ARIN R. WARD<br>3140 EXACTA LANE, APT. 816<br>RALEIGH, NC 27613 | 441.01 |
| ZHEN PING WANG<br>270 FOXRUN<br>EXTON, PA 19341 | 448.57 |
| WEI WAN<br>1812 CANAL WAY<br>SAN JOSE, CA 95132 | 470.81 |

552349

| | |
|---|---:|
| GUODONG WAN<br>4604 SHAMROCK PLACE<br>MABLETON, GA 30059 | 441.01 |
| VIOLA WALTJEN<br>HCR-1 BOX 5689<br>KEAAU HAWAII, HI 96749 | 104.08 |
| JAMES WALTJEN<br>H.C.R. 1 BOX 5689<br>KEAAU, HI 96749 | 29.99 |
| ROSA L. WALTERS<br>RT. 2 BOX 105<br>FAYETTEVILLE, MS 39069 | 220.50 |
| ALISHA WALTERS<br>6305 HWY 559<br>COLUMBIA, LA 71418 | 450.62 |
| ALANNA WALTERS<br>6305 HWY 559<br>COLUMBIA, LA 71418 | 441.01 |
| MARK A. WALROD<br>10344 COLLEGE SQUARE<br>COLUMBIA, MD 21044 | 466.21 |
| NORMA J. WALLACE<br>9812 EDGECOVE DR.<br>DALLAS, TX 75238 | 478.37 |
| B. J. WALL<br>1405 COUNTRY CLUB DR.<br>VIDALIA, GA 30474 | 225.80 |
| SHIRLEY D. WALKER<br>2718 VICTORIA PARK<br>CORPUS CHRISTI, TX 78414 | 63.00 |
| LESLIE W WALKER<br>1809 W. RUNDBERG LANE #228<br>AUSTIN, TX 75758 | 63.00 |
| JOAN A. WALKER | 766.82 |

552349

| | |
|---|---:|
| 1309 RIMROCK ROAD<br>BILLINGS, MT 59102 | |
| COLEEN W. WALKER<br>6670 WEDGEWOOD DRIVE<br>BEAUMONT, TX 77706 | 101.78 |
| RANDALL N. WAITMAM<br>23673 HILLVIEW ROAD<br>SAN BERNADINO, CA 92404 | 478.24 |
| MICHAEL R. WAGHORNE<br>4211 LAFAYETTE #624<br>DALLAS, TX 75204 | 378.01 |
| CHI WAI CHOW<br>85-08 GRAND AVE.<br>ELMHURST, NY 11373 | 225.10 |
| GARY DURHAM<br>3263 CARLISLE #157<br>DALLAS, TX 75204 | 476.29 |
| ZHAOYING XIANG<br>SUNFLOWER ROAD 9-C<br>MAPLE SHADE, NJ 8052 | 189.00 |
| DOROTHY XIAO<br>950 HUTCHINGS DRIVE<br>SAN LEANDRO, CA 94577 | 126.00 |
| ANNIE XIE<br>35-27 80TH ST. APT. 41<br>JACKSON HEIGHTS, NY 11372 | 218.80 |
| LINJUN XIE<br>104-63 41ST AVENUE<br>CORONA, NY 11368 | 189.00 |
| WEI XIE<br>9300 RIDINGS WAY<br>LAUREL, MD 20723 | 441.01 |
| XIAOMING XIE<br>147-37 ROOSEVELT APT #1 G<br>FLUSHING, NY 11354 | 63.00 |

552349

| | |
|---|---:|
| CHONG XU<br>2329 FIRETHORN RD.<br>BRIDGEVILLE, PA 15017 | 476.29 |
| CHONG WEI XU<br>250 GORGE RD., APT. 21A<br>CLIFFSIDE PARK, NJ 07010 | 325.59 |
| HUANLIU XU<br>250 GORGE ROAD APT. 21A<br>CLIFFSIDE PARK, NJ 7010 | 444.29 |
| QIANG XU<br>2517 W FULLERTON #312<br>CHICAGO, IL 60647 | 494.54 |
| SHANG XU<br>3450 WAYNE AVE. APT. 15F<br>BRONX, NY 10467 | 189.00 |
| SHUQIN XU<br>C/O WANRONG OUTTRIM<br>15 RUDDER CT. SW<br>WASHINGTON, DC 20032 | 63.00 |
| CUIHUA XUE<br>2705 KINGSBERRY CT.<br>JAMESTOWN, NC 27282 | 469.87 |
| REGINALD A YAGLE<br>1700 SCHOFIELD LANE #2<br>FARMINGTON, NM 87401 | 697.62 |
| EMILY M. YAMADA<br>8404 SAINT REGIS WAY<br>GAITHERSBURG, MD 20886 | 469.99 |
| NANCY M. YAMADA<br>8404 SAINT REGIS WAY<br>GAITHERSBURG, MD 20886 | 469.99 |
| SACHI YAMADA<br>8404 SAINT REGIS WAY<br>GAITHERSBURG, MD 20886 | 268.39 |

552349

| | |
|---|---:|
| KENTOKU YAMAMOTO<br>21450 TIMCO WAY<br>CASTRO VALLEY, CA 94552 | 259.72 |
| FOROUGH YAMINI<br>106-15 5L QUEENS BLVD., APT. #5L<br>FOREST HILLS, NY 11375 | 441.01 |
| JINGSONG YAN<br>312 N. MONTEREY ST. #2<br>ALHAMBRA, CA 91801 | 517.03 |
| CHUN LAI YC. YANG<br>11 EMBASSY RD. APT. #31<br>BRIGHTON, MA 2135 | 189.00 |
| JIAN-LI YANG<br>147-37 ROOSEVELT APT#1 G<br>FLUSHING, NY 11354 | 441.01 |
| JIE YANG<br>43 COLONIAL DRIVE<br>MANSFIELD, MA 2048 | 189.00 |
| WEI YANG<br>48 WESTGATE DR.<br>EDISON, NJ 08820 | 441.01 |
| WU YANG<br>6032 THOROUGHBRED WAY<br>COLUMBIA, MD 21044 | 189.01 |
| XIANGLI YANG<br>644 J IDLEWOOD CIRCLE<br>BIRMINGHAM, AL 35205 | 344.24 |
| ZHIPING YANG<br>51 CARUY AVENUE APT #G3<br>WATERTOWN, MA 2172 | 195.30 |
| YILI YAO<br>76 LAS CASAS ST.<br>MALDEN, MA 2148 | 441.01 |
| TAN YE<br>147-37 ROOSEVELT APT #1 G | 63.00 |

552349

| | |
|---|---:|
| FLUSHING, NY 11354 | |
| JUDY K. YELDERMAN<br>4308 TURTLE CREEK<br>ROSENBERG, TX 77471 | 99.16 |
| CHUNLIEN YEN<br>22 RUBENSTEIN STREET, 3RD FL<br>STATEN ISLAND, NY 10305 | 382.30 |
| SUSAN CHUN WEI YONG<br>5537 1/2 SULTANA AVE.<br>TEMPLE CITY, CA 91780 | 441.01 |
| BETTY YORK<br>325 N. TAYLOR<br>GAINESVILLE, TX 76240 | 226.11 |
| DONNA A. YOUNG<br>1210 SHEPPARD AVE EAST #408<br>TORONTO, ON M2K1E3<br>FOREIGN, FN 99999 | 573.09 |
| LES M. YOUNG<br>147 SHELTER ROCK COURT<br>WOODLANDS, TX 77382 | 478.37 |
| MAGGIE J. YOUNG<br>4028 WEBER ROAD<br>CORPUS CHRISTI, TX 78411 | 63.00 |
| MICHAEL YOUNG<br>11309 W. 129TH TERRACE<br>OVERLAND PARK, KS 66213 | 311.14 |
| SHANNON YOUNG<br>3711 MEADOW BROOK AVE.<br>NASHVILLE, TN 37205 | 189.00 |
| STEVEN J. YOUNG<br>7083 BEAVER VALLEY RD.<br>CHIMACUM, WA 98325 | 478.26 |
| KAI YU<br>3717 PARKVIEW AVE. 3RD FL<br>PITTSBURGH, PA 15213 | 313.75 |

552349

|  |  |
|---|---:|
| GUO-YUE YU<br>6501 RANCHESTER DR., #214<br>HOUSTON, TX 77036 | 441.01 |
| KIMMY C. YU<br>APT 1617 1445 LAKESIDE ESTATE<br>HOUSTON, TX 77042 | 189.00 |
| PUI-YAN YU<br>4123 GREENLEAF CT. #307<br>PARK CITY, IL 60085 | 218.80 |
| WENXUE YUAN<br>215 PARKLAND DR.<br>ROCHESTER HILLS, MI 48307 | 320.05 |
| ZHENYU YUE<br>500E, 63RD STREET, #7E<br>NEW YORK, NY 10021 | 189.00 |
| JOE G. KLEIN<br>332 WILLOW BEND RD.<br>BIRMINGHAM, AL 35209 | 226.80 |
| DONALD A. ZASIMOWICH<br>9812 EDGECOVE DR.<br>DALLAS, TX 75238 | 478.37 |
| AARON J. ZEESE<br>16141 N. 91ST DR.<br>PEORIA, AZ 85382 | 92.49 |
| BARRY L. ZEESE<br>16141 NORTH 91ST DRIVE<br>PEORIA, AZ 85382 | 224.78 |
| TINA M ZELLNER<br>105 DUBLIN COURT<br>SLIDELL, LA 70461 | 224.92 |
| YI QIN ZENG<br>20 CROFT COURT<br>STATEN ISLAND, NY 10306 | 477.11 |
| LI RUI ZHANG | 189.00 |

552349

| | |
|---|---:|
| 132-25 POPLE AVE.<br>FLUSHING, NY 11355 | |
| HUI ZHANG<br>19 MARVIN LN<br>PISCATAWAY, NJ 08854 | 441.01 |
| QI CHUN ZHANG<br>1011 E. ORANGE ST. #73<br>TEMPE, AZ 85281 | 189.01 |
| TONG-SHUAI ZHANG<br>955 WATER ST.<br>PORT TOWNSEND, WA 98368 | 225.01 |
| WEIXI ZHANG<br>153-38 58 AVENUE<br>FLUSHING, NY 11355 | 478.81 |
| YI HUAN ZHANG<br>147-37 ROOSEVELT APT #1G<br>FLUSHING, NY 11354 | 189.01 |
| XIAO LING ZHANG<br>842 KEARNY AVE. 2FL.<br>KEARNY, NJ 7032 | 189.00 |
| ZHIYUAN ZHANG<br>7988 CAMINO JONATA<br>SAN DIEGO, CA 92122 | 476.69 |
| BONAN ZHAO<br>21622 MARGUERITE PKWY APT#306<br>MISSION VIEJO, CA 92692 | 189.00 |
| DONGMING ZHAO<br>1005 PINEGROVE DR. #204<br>HOLLAND, MI 49423 | 508.04 |
| HONG TIAN ZHAO<br>34 APRIL LANE<br>LEXINGTON, MA 02173 | 189.00 |
| SHEN ZHAO<br>1108 HIGHWAY 35<br>OCEAN TWP, NJ | 521.40 |

552349

|  |  |
|---|---:|
| QIU X ZHEN<br>1893 CONCORD AVENUE<br>MOSCOW, ID 83843 | 81.90 |
| ZHU-AI ZHEN<br>, | 189.00 |
| DONGHONG R. ZHENG<br>111-54 SHEARWATER COURT<br>JERSEY CITY, NJ 7305 | 441.01 |
| SHAOZHI ZHENG<br>3126 WILLIAMSBURG DRIVE<br>STATE COLLEGE, PA 16801 | 165.60 |
| TIANLI TZ ZHENG<br>5137 REVERE RD APT 38<br>DURHAM, NC 27713 | 189.00 |
| NINGZHEN ZHONG<br>200-11 33RD AVE.<br>BAYSIDE, NY 11361 | 477.11 |
| ZHUOLI ZHONG<br>51 WEXFORD RD.<br>NORTH WALES, PA 19454 | 63.00 |
| CHENYANG ZHU<br>33 S. MARGUERITA AVE. #5<br>ALHAMBRA, CA 91801 | 278.54 |
| JIAN-ZHONG ZHOU<br>10 WOODWARD DRIVE<br>WILMINGTON, DE 19808 | 220.51 |
| CHAOYING ZHU<br>25 ARAPAHO TR.<br>SOMERVILLE, NJ 8876 | 441.01 |
| GEORGE ZHU<br>124 W. FRANKLIN STREET<br>APT. 402<br>BALTIMORE, MD 21201 | 441.01 |
| HONG ZHU | 222.90 |

552349

| | |
|---|---:|
| 6 LAVA CT., 3C<br>BALTIMORE, MD 21234 | |
| JIANG ZHU<br>6710 BRETTON RIDGE<br>NORTH OLMSTED, OH 44070 | 476.92 |
| QIZHI ZHU<br>270 FOX RUN<br>EXTON, PA 19341 | 195.30 |
| REN JUN ZHU<br>142-05 ROOSEVELT AVE APT 619<br>FLUSHING, NY 11354 | 189.00 |
| YONGXIN ZHU<br>286 LEXINGTON HEIGHTS<br>ATHENS, GA 30605 | 502.12 |
| JIN ZHUO<br>5506 FIFTH AVE APT #307D<br>PITTSBURGH, PA 15232 | 170.11 |
| QIN ZHUOWEN<br>147-37 ROOSEVELT APT #1G<br>FLUSHING, NY 11354 | 63.00 |
| JUANITA D. ZIEBELL<br>W. 6044 KLEIN LANE<br>JOHNSON CREEK, WI 53038 | 441.01 |
| KELLY L. ZIMBELMAN<br>2986 WINTERSET DR<br>CARMEL, IN 46032 | 85.89 |
| TERRY L. ZIMMERMAN<br>611 WEST PERSIMMON LANE<br>SPOKANE, WA 99224 | 223.03 |
| GEORGE R ZIMMERMANN<br>112 DEER HOLLOW RD<br>BOGART, GA 30622 | 224.54 |
| CRAIG A. ZOCH<br>417 CORAL LILLY DR.<br>LEAGUE CITY, TX 77573 | 132.18 |

552349

| | |
|---|---:|
| TONY A. ZUO<br>4234 MAXSON ROAD<br>EL MONTE, CA 91732 | 241.92 |
| MICHAEL L. ZWIEBEL<br>618 18TH S.W.<br>LOVELAND, CO 80537 | 541.18 |
| **TOTAL** | **41,431.98** |

    2.    That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

    WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    March 13, 2008

    /s/ Holmes P. Harden
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300

552349