

**US. Bankruptcy Court**
**P.O. Box 1441**
**Raleigh, NC 27602**

Eddie and Sharon Webster
5721 Hwy 77 West
Atlanta, TX. 75551

FILED

3 2008

BANKRUPTCY CLERK
DISTRICT COURT
DISTRICT OF N C

March 9, 2008

Re: International Heritage, Inc.
Case No.: 98-02675-5-ATS

Dear Court,

The letter you received was sent from Kevin and Karen Forte on behalf of the recipients who purchased business centers under their leadership. Four weeks ago was the first time we had been informed of any lawsuit against International Heritage. And last week, we received the reply from the Court regarding compensation. When we were involved in International Heritage, we resided in New Boston, TX and the business had a New Boston address. No data in October 26, 2007, regarding any lawsuit could have been mailed to address 5721 Hwy 77 West, Atlanta TX. 75551, due to our family just moved to this address last year November 20, 2007 just before Thanksgiving.

Your decision deeply upsets us. We purchased the maximum about of business centers and bought business centers for 3 of our recruits. We depleted all financial resources believing in a Company that misled us to recruit people; not knowing the only way to make money was getting others to invest in an "ENDLESS CHAIN". Every weekend we traveled from state to state, or town to town, risking our jobs that had substantial income, possible overtime and future benefits. We purchased projectors, screens, easels, boards, books and business cards for all our recruits. Excited about doing everything Stan Van Etten and the top leaders instructed us to do to help our business grow. At company meetings help by Mr. Etten, we were brain-washed to believe this was the opportunity that one day would open the doors to financial stability. We were so excited, willing to work, and blinded by false teaching, that we were not able to realize that the only people making a profit, were the leaders at the top. However, we kept pushing forward, getting closer and closer to financial ruin attempting to follow this plan guided and directed by International Heritage. Finally, one day everything we had was gone with a network of "ZERO", causing us to put all our hopes and dreams on hold for many years to follow. We had to move from New Boston to Atlanta TX and live in a 2 room tin building for 8 years. We had plans to build a home at the time we were introduced to International Heritage, yet we were so excited about the IHI "(Too Good To Be True Opportunity)" that we used those financial resources believing we would have a brighter future. Later on, we found out that the leader over our town trained our leaders incorrectly and that is another reason we saw only a few dollars in profit. We were probably some of the last people in our area still trying to work the business back then, hoping to recover some kind of profit because we had nothing else to loose and all hope was gone.

● Page 2                                                                                                 March 9, 2008

International Heritage caused our family a major setback in moving toward a wonderful and blessed life. Please reconsider our claim and help us restore our pride, dignity and financial resources. We suffered a great loss and we surely would have responded within 30 day for all claims to financial recovery, if we had known about the lawsuit. We heard about the lawsuit by word of mouth from some of the former IHI representatives that had recently received compensation as a result of the suit filed through the U.S. Bankruptcy Court.

Here is a list of people under us; some have sent letters to you on behalf of their claims already.

Flora Walker
1001 Hwy 8
New Boston, TX. 75570

Nellie Shavers
200 Oak Lane
New Boston, TX. 75570

Gloria Shavers
2203 Harrison Lane
Texarkana, TX 75501

Felicia Walker
1001 Hwy 8
New Boston, TX. 75570

Helen Turner
200 Oak Lane
New Boston, TX. 75570

Jessie and Lois Green
1032 Westlake Drive
Desoto, TX. 75115

Quinton Green
1032 Westlake Drive
Desoto, TX. 75115

Frontis Green
1032 Westlake Drive
Desoto, TX. 75115

Lou Ann Jones
1032 Westlake Drive
Desoto, TX 75115

Debbie R. Jones
1032 Westlake Drive
Desoto, TX 75115

Margaret Lane
1541 Mountain Laurel
Desoto, TX 75115

Joe Webster
452 CR 3319
Atlanta, TX 75551

Sharod Webster
5721 Hwy 77 W
Atlanta, TX. 75551

Teresa Cook
5721 Hwy 77 W
Atlanta, TX. 75551

Sandra Haynes
5721 Hwy 77 W
Atlanta, TX. 75551

Very Sincerely Yours,

Eddie Webster
Sharon Webster