3/14

10426

Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC 27504

12169
INV.

RE: International Heritage, Inc.   Claim no. 013959

To whom it may Concern:

I understand that you are distributing monies for International Heritage. I was an associate and have since moved from the address that is in your file.

My name is _Yanet Mejia Valdez_ and I reside at _317 N. Glasscock Rd._ ~~Rt 1 Box 325~~ _Mission_, Texas _78572_

[x] My former address was: _Rt 4 Box 325 Mission, TX 78572_

[ ] I have moved several times and the following addresses could be on record:

_____
_____
_____
_____
_____
_____

[ ] I am not positive what my address was at the time because it has been over 10 years.

[x] I **never** received a notice or information regarding this matter and I am claiming my part of the distribution.

Your consideration will be greatly appreciated....Please let me know what else I need to do.

Thank you,

_Yanet Mejia Valdez_

I invested $250.00 and I would like to claim my part of the disbursement from the settlement.