
10427

Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC 27504

12170
INV.

RE: International Heritage, Inc.    Claim no. 013959

To whom it may Concern:

I understand that you are distributing monies for International Heritage. I was an associate and have since moved from the address that is in your file.

My name is *Dora Mejia* and I reside at *317 N. Glasscock Rd.* ~~Rt 1, Box 325~~
*Mission*, Texas *78572*

☑ My former address was: *Rt 4 Box 325 Mission, Tx 78572*

☐ I have moved several times and the following addresses could be on record:

_____
_____
_____
_____
_____

☐ I am not positive what my address was at the time because it has been over 10 years.

☑ I **never received a notice** or information regarding this matter and I am claiming my part of the distribution.

Your consideration will be greatly appreciated...Please let me know what else I need to do.

Thank you,

*Dora Mejia*

Comments: *I invested $250.00 & I would like to claim my part of the disbursement from settlement.*