3/14

10428

Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC 27504

12171
INV.

RE: International Heritage, Inc.   Claim no. 013959

To whom it may Concern:

I understand that you are distributing monies for International Heritage.  I was an associate and have since moved from the address that is in your file.

My name is _Gua dalupe Rodriguez_ and I reside at _317 N. Glasscock Rd_ _Rt 1, Box 325_ _Mission_, Texas _78572_

☑ My former address was: _Rt 4 Box 325 Mission, Tx 7852_

☐ I have moved several times and the following addresses could be on record:

_____
_____
_____
_____
_____

☐ I am not positive what my address was at the time because it has been over 10 years.

☑ I **never**  **received a notice** or information regarding this matter and I am claiming my part of the distribution.

Your consideration  will be greatly appreciated....Please let me know what else I need to do.

Thank you,

_Guadalupe Rodriguez_

Comments:
    I invested $750.⁰⁰ and I would like to claim my part of the disbursement from the settlement.

Wednesday, March 19, 2008 (10).max