3/14
10429

Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC 27504

12172
INV.

RE: International Heritage, Inc.   Claim no. 013959

To whom it may Concern:

I understand that you are distributing monies for International Heritage. I was an associate and have since moved from the address that is in your file.

My name is _Maria L. Cuellar_ and I reside at _2528 Juegara Alcocer_, _McAllen_, Texas _78504_

c/o Diana
710 Briar Way
Mission, TX 78572

☑ My former address was: _SAME_

☐ I have moved several times and the following addresses could be on record:

_____
_____
_____
_____
_____

☐ I am not positive what my address was at the time because it has been over 10 years.

☑ I **never received a notice** or information regarding this matter and I am claiming my part of the distribution.

Your consideration will be greatly appreciated....Please let me know what else I need to do.

Thank you,

_Maria L. Cuellar_

Comments:
I invested $250.00 and I would like to claim my part of the disbursement from the settlement.