Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC 27504

12173
NV

RE: International Heritage, Inc.    Claim no. 013959

To whom it may Concern:

I understand that you are distributing monies for International Heritage. I was an associate and have since moved from the address that is in your file.

My name is Celina Cuellar Maya and I reside at 3920 Viewpoint Drive Edinburg, Texas 78539

☑ My former address was: 2528 Buee McAllen, TX 78504

c/o Diana Alcocel
710 Briarway
Mission, TX 78572

☐ I have moved several times and the following addresses could be on record:

☐ I am not positive what my address was at the time because it has been over 10 years.

☑ I **never** received a notice or information regarding this matter and I am claiming my part of the distribution.

Your consideration will be greatly appreciated....Please let me know what else I need to do.

Thank you,

Celina Cuellar Maya

I invested $250.00 and I would like to claim my part of the disbursement from the settlement.