

**SO ORDERED.**

**SIGNED this 17 day of March, 2008.**

_____

**A. Thomas Small**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              CASE NUMBER:

International Heritage, Inc.                        98-02675-5-ATS

              DEBTOR                                CHAPTER 7


O R D E R

The matter before the court is the motion to set aside the order granting the trustee's objection to the claim of Marcel Folk, claim no. 2217. The court finds that the motion should be allowed with respect to future distributions only. The trustee has made the first payment to creditors; therefore, this claim will not be included in the initial distribution. However, this claim will be included in future distributions.

"End of Document"

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0417-5          User: boyette_j          Page 1 of 1                    Date Rcvd: Mar 17, 2008
Case: 98-02675               Form ID: pdf014          Total Served: 1
```

```
The following entities were served by first class mail on Mar 19, 2008.
cr          Marcel Folk,    20 Ross Glen Way, SE,    Med Hat, AB T1B1P1,    CANADA

The following entities were served by electronic transmission.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 19, 2008**                    **Signature:**