Holmes P. Harden, Trustee for IHI
P.O. Box 536
Benson, NC 27504

FILED

MAR 1 9 2008

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N. C.

This letter is regarding Case No 98-02675-5-ATS and the matter of International Heritage Inc. Enclosed is a copy of the letter I received.

This is to confirm International Heritage Inc. owes $2,354.90 to Nirmal K. Mattu.

Thank you,


Nirmal K. Mattu
4535 Victory Street
Burnaby, B.C.
V5j 1R6
Canada

Holmes P. Harden, Trustee for IHI  
P O Box 536  
Benson, NC 27504

Claim No.: 014834  
Amount: $2,354.90

```
LOC1 00P5008 00000000 001 001 05008  NS
```
NIRMAL K. MATTU  
4535 VICTORY ST.  
BURNABY, BC V5J1R6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE  
INTERNATIONAL HERITAGE, INC  
Debtor

CASE NO. 98-02675-5-ATS

CHAPTER 7

### NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows. **Claimant appears to be a creditor of IHI of Canada, not the debtor.  Trustee requests denial of claim.**

You should read this objection carefully and discuss it with your attorney if you have one.  **ANY CORRESPONDENCE MUST BE IN WRITING.  Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.**

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the **CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice**, the relief requested by the Trustee may be granted without hearing or further notice.  If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina  **Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.**

Dated:  October 26, 2007

BY: /s/ Holmes P. Harden  
Holmes P. Harden, Trustee
