To,
U.S. BANKRUPTCY COURT
P.O. Box 1441,
Raleigh NC, 27602

**FILED**
MAR 19 2008
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

Dear Sir, Madam,

[Request]   CASE NO - 98-02675-5-ATS

I received your letter regarding the International Heritage Inc. I change my address long time ago I still have a copy when I change my address. please I want find out can I start my claims all distribution hearings in writing. I am really thankfull to you

Your Sincerely.

THANKS

RACHWINDER. S. GILL

9419 - 161ST
Surrey B.C
V4N 2P3
CANADA

February 29, 2008

Rachwinder S. Gill
9419- 161 St.
Surrey, BC  V4N 2P3
Canada

  Re: International Heritage, Inc.
  Case No.: 98-02675-5-ATS

Dear Mr. Gill:

  We received your letter regarding the interim payments we disbursed in the above-referenced case. The Trustee filed an objection to your claim. The objection was mailed out on October 26, 2007 to your address shown on your claim. Each claimant had 30 days to respond to the objection and after no response from you, the court entered the order denying your claim on December 12, 2007. It is the claimant's responsibility to inform the court of all address changes.

  You may ask the court to reconsider your claim for future distributions in writing. The request should be mailed to U. S. Bankruptcy Court, P. O. Box 1441, Raleigh, NC  27602 with a copy served on Holmes P. Harden, Trustee for IHI, P. O. Box 536, Benson, NC  27504. If the court allows, you will be entitled to future distributions but to no funds that have been disbursed thus far.

  If you have any questions, you may email me directly at jjohnson@williamsmullen.com or use the Benson post office box.

            Sincerely,

            Jenny D. Johnson, Paralegal

*Returned 2/29/08*

*look up*

January 30, 2008

Rachwinder S. Gill
9419-1G1S7
Surrey, BC  V4N 2P3

    Re:    International Heritage, Inc.
    Case No.:    98-02675-5-ATS

Dear Mr. Gill:

    We received your letter regarding the interim payments we just disbursed in the above-referenced case. The Trustee objected to your claim and all objections were mailed out on October 26, 2007 to the address shown on your claim. Each claimant had 30 days to respond to the objection prior to the hearing which was held on November 29, 2007. After no response from you to the court or to the trustee, the court entered the order denying your claim on December 12, 2007. It is the claimant's responsibility to inform the court of all address changes.

    If you have any questions, you may email me directly at jjohnson@williamsmullen.com or use the Benson post office box.

                                                                       Sincerely,

                                                                       Jenny D. Johnson, Paralegal