**VAN–126** Order for Refund of Unclaimed Funds – Rev. 03/03/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

1760–A Parkwood Blvd.
Wilson, NC 27893

| | |
|---|---|
| IN RE:<br>International Heritage, Inc.<br>*( debtor has no known aliases )* | CASE NO.: 98–02675–5–ATS |
| C/O TERRI L. GARDNER<br>POST OFFICE DRAWER 1389<br>RALEIGH, NC 27602 | DATE FILED: November 25, 1998<br><br>CHAPTER: 7 |

TaxID: 56–1921093

### ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $954.09 constituting unclaimed funds is declared due to Priscilla P. Lyle, 22 Riding Ridge Road, Prospect, KY 40059–9460 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: March 21, 2008

                                                  A. THOMAS SMALL
                                                  United States Bankruptcy Judge

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0417-5           User: whitehead            Page 1 of 1                  Date Rcvd: Mar 21, 2008
Case: 98-02675                 Form ID: van126            Total Served: 1

The following entities were served by first class mail on Mar 23, 2008.
cr            Priscilla P. Lyle,    fka Priscilla P. Kinard,    22 Riding Ridge Road,    Prospect, KY  40059-9460
The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 23, 2008**               Signature:       _Joseph Speetjens_