**VAN–127** Notice To Creditor and Motion to Release Unclaimed Funds – Rev. 02/07/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

| | |
|---|---|
| IN RE:<br>International Heritage, Inc.<br>*( debtor has no known aliases )* | CASE NO.: 98–02675–5–ATS |
| C/O TERRI L. GARDNER<br>POST OFFICE DRAWER 1389<br>RALEIGH, NC 27602 | DATE FILED: November 25, 1998<br><br>CHAPTER: 7 |
| TaxID: 56–1921093 | |

NOTICE

The court received correspondence from you regarding unclaimed funds. Before any money can be released from the court, certain information must be provided. Since all required information has not been provided, the court will take no action on your request.

Attached is a form for your use in requesting release of the funds. After completing the form, attach proof of your identity (ex. copy of driver's license, passport, or other photo identification). The motion with your original signature should be mailed to the court at the address shown above. A copy must also be mailed to the U. S. Attorney at the address shown in the motion.

The court will consider your request for release of funds upon receipt of the motion containing all required information.

                                                         Peggy B. Deans
                                                         Clerk of Court

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

1760−A Parkwood Blvd.
Wilson, NC 27893

IN RE:
International Heritage, Inc.
 ( debtor has no known aliases )
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98−02675−5−ATS

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56−1921093

## MOTION TO RELEASE UNCLAIMED FUNDS

A dividend check in the amount of $_____ was issued by the trustee to _____, creditor in the above referenced case.

The dividend check was not negotiated by said payee and the trustee, pursuant to 11 U.S.C. § 347(a), delivered the unclaimed funds to Clerk, U. S. Bankruptcy Court. The United States Treasury is currently holding these funds.

The creditor's current address, and social security or tax identification number are:

Name:
Address:
Social Security/Tax ID#:

The creditor did not receive the dividend check for the following reason:


I am the creditor named in paragraph #1. Proof of my identity is attached (ex. copy of driver's license, passport, or other photo identification).

I hereby certify that a copy of the foregoing Motion to Release Unclaimed Funds was served upon the United States Attorney for the Eastern District of North Carolina, 310 New Bern Avenue, Suite 800, Federal Building, Raleigh, NC 27601.

Wherefore creditor requests that the court issue an order directing the clerk to make disbursement of said unclaimed funds for the benefit of the above creditor.

Dated:


_____
Creditor

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0417-5         User: boyette_j           Page 1 of 1              Date Rcvd: Mar 21, 2008
Case: 98-02675               Form ID: van127           Total Served: 1

The following entities were served by first class mail on Mar 23, 2008.
cr            +Ruth N. Lewis,    403 Waterwood Drive,    Yalaha, FL 34797-3171

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 23, 2008**                    Signature:    _Joseph Speetjens_