March 19, 2008

FILED

MAR 24 2008

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

U.S. Bankruptcy Court
P. O. Box 1441
Raleigh, NC  27602

RE:  International Heritage, Inc.
Case No.:  98-02675-5-ATS

To Whom It May Concern:

In response to your letter of March 13, 2008, I was called many times over a 4 year period to testify at the trial on behalf of the government.  I have since learned that the case has been decided.

I never received the initial letters that were sent out that dealt with the commissions due me.  I understand that Linda Durham's claim, from Miles City, MT, also was 'rejected'.  After she had contacted your dept. you have reconsidered in her favor.

The failure of IHI almost broke me, and I am still recovering financially.  I gave up my professional as a University professor and went full time as a sales rep for IHI.  I really believe that I deserve to be included in the future distributions for compensation.  Thank you for your consideration in this matter.

Sincerely,

Loren E. Baker
Box 113
Ramsay, MT 59748

Cc:  Holmes P. Harden, Trustee for IHI
     Jenny D. Johnson, Paralegal