March 19, 2008

I'm Writing again in Reference to Case no. 98-02675-5-ATS. I Would like To know Why the Trustee filed an Objection to my Claim. I Never made a dime on my investment & I think I should be allowed to get some of my Money back. Some people that got me to sign up, made a lot of Money Yet, they are Getting more back. I'm a single Mom, trying to get Just a little ahead, & that is why I got into FHI To begin With. My Mom Put it in for me & that Was "lost" for her. Please reconsider my Claim. My address has not Changed so that is no excuse!

Thank you again.
Donna Jennings
1097 Cedar Lane
Gadsden, Al. 35907

FILED

MAR 24 2008

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.