P.O. Box 8604
Alexandria, Louisiana 71306

March 18, 2008

**FILED**
MAR 24 2008
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

U.S. Bankruptcy Court
P.O. Box 1441
Raleigh, North Carolina 27602

Re: International Heritage
Case No: 98-02675-5-ATS

To Whom It Concerns:

Please allow the disbursement of funds to me in the abovementioned matter. I was not included in the October 26, 2007 notification, and, thereby did not receive my claim.

Any reconsideration will be appreciated.

Respectfully,
Carolyn Hammond