**SO ORDERED.**

**SIGNED this 26 day of March, 2008.**



_____
A. Thomas Small
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NUMBER: |
|---|---|
| International Heritage, Inc. | 98-02675-5-ATS |
| DEBTOR | CHAPTER 7 |

O R D E R

The matter before the court is the motion to set aside the order granting the trustee's objection to the claim of Yanet Mejia Valdez, claim no. 12169. The court finds that the motion should be allowed with respect to future distributions only. The trustee has made the first payment to creditors; therefore, this claim will not be included in the initial distribution. However, this claim will be included in future distributions.

"End of Document"