VAN–126 Order for Refund of Unclaimed Funds – Rev. 03/26/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
International Heritage, Inc.
 ( debtor has no known aliases )
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

## ORDER

The matter before the court is the motion to set aside the order granting the trustee's objection to the claim of Carolyn Hammond , claim number 14721 . The court finds that the motion should be allowed with respect to future distributions only. The trustee has made the first payment to creditors; therefore, this claim will not be included in the initial distribution. However, this claim will be included in future distributions.

DATED: March 26, 2008

A. THOMAS SMALL
United States Bankruptcy Judge