UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

       HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

    1.    That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---:|
| MEIQUING FU<br>763 FRANKLIN #423<br>OAKLAND, CA 94607 | 189.01 |
| XITAO WANG<br>10402 BARRETT'S DELIGHT DR<br>COCKEYSVILLE, MD 21030 | 252.01 |
| SHOUQI SHUI<br>67 CLAREMONT STREET<br>TORONTO, ON M6J 2M7<br>FOREIGN, FN 99999 | 100.80 |
| **TOTAL** | **541.82** |

    2.    That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

    WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    March 26, 2008

    /s/Holmes P. Harden
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300