Harbhajan. S. Tumber
1239 EAST 63rd Ave
Vancouver, B.C   V5X 2L3
CANADA

**FILED**

MAR 2 6 2008

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

United States Bankruptcy Court
Eastern District of North Carolina
Raleigh Division

RE: International Heritage, Inc.
Case No.: 98-02675-5-ATS
Claim No.: 014275
Amount: $2354.90

I Harbhajan .S. Tumber would like to inform the United States Bankruptcy Court of North Carolina, Raleigh Division a address change, the correct change is listed at the top of this notice. The NOTICE OF OBJECTION TO CLAIM letter dated October 26, 2007 was sent to my previous address therefore I was unable to respond to that letter sent, so be the Claim for Harbhajan .S. Tumber ultimately being denied. I apologize to the the court for failing to notify of updated address information. I am asking the court to please reconsider my claim.

THANK YOU

Harbhajan .S. Tumber

DATED: MAR 19/08

Holmes P. Harden, Trustee for IHI  
P.O. Box 536  
Benson, NC 27504

Claim No.: 014275  
Amount: $2,354.90

0001 0005029 00000000 001 001 05029 INS: 0 0  
HARBHAJAN TUMBER  
1252 E 63RD AVENUE  
VANCOUVER, BC V5X 2L4

→ UPDATED ADDRESS

1239 EAST 63rd Ave  
Vancouver, B.C  
V5X 2L3

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF NORTH CAROLINA  
RALEIGH DIVISION

IN RE:  
INTERNATIONAL HERITAGE, INC.  
Debtor.

CASE NO: 98-02675-5-ATS

CHAPTER 7

## NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN of the Trustee's Objection to Claim filed with the court on October 26, 2007 pursuant to which the trustee objects to one or more proofs of claim filed by you in the above-captioned case.

NOTICE IS FURTHER GIVEN THAT the specific basis of the Trustee's objection to your claim is as follows: **Claimant appears to be a creditor of IHI of Canada, not the debtor. Trustee requests denial of claim.**

You should read this objection carefully and discuss it with your attorney if you have one. **ANY CORRESPONDENCE MUST BE IN WRITING.** Your claim may be reduced, modified, or disallowed in its entirety if the bankruptcy court sustains the trustee's objections.

NOTICE IS FURTHER GIVEN that if no response to the trustee's objection explaining your position and requesting a hearing is filed in writing with the **CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441 with a copy to Holmes P. Harden, Trustee for IHI at P. O. Box 536, Benson, NC 27504 within 30 days of the date of this notice**, the relief requested by the Trustee may be granted without hearing or further notice. If a hearing is requested such hearing will be held on November 29, 2007 at 1:00 p.m. at the United States Bankruptcy Courthouse and Post Office Building, Room 208, 300 Fayetteville Street Mall, Raleigh, North Carolina. **Any party requesting a hearing shall attend said hearing in support of such request or (s)he may be assessed with costs.**

Dated: October 26, 2007

BY:/s/ Holmes P. Harden  
Holmes P. Harden, Trustee

Form H9778 v 0.02



Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC  27504

0001 0002104 00000000 001 001 02104 INS: 0 0
HARBHAJAN TUMBER
1252 E 63RD AVENUE
VANCOUVER, BC V5X 2L4

NEW ADDRESS    1239 EAST 63rd Ave
Vancouver, B.C   V5X 2L3
CANADA

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Harbhajan Tumber designated as claim no. 014275 in the above-captioned case in the amount of $2,354.90 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Harbhajan Tumber, claim no. 014275, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

