**SO ORDERED.**

**SIGNED this 26 day of March, 2008.**



_____
A. Thomas Small
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: |
| International Heritage, Inc. | 98-02675-5-ATS |
| DEBTOR | CHAPTER 7 |

O R D E R

The matter before the court is the motion to set aside the order granting the trustee's objection to the claim of Rachwinder S. Gill, claim no. 4475.  The court finds that the motion should be allowed with respect to future distributions only.  The trustee has made the first payment to creditors; therefore, this claim will not be included in the initial distribution.  However, this claim will be included in future distributions.

"End of Document"

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0417-5            User: boyette_j           Page 1 of 1              Date Rcvd: Mar 26, 2008
Case: 98-02675                  Form ID: pdf014           Total Served: 1

The following entities were served by first class mail on Mar 28, 2008.
cr           Rachwinder S. Gill,   9419 - 161st,   Surrey B.C. V4N 2P3,    CANADA

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 28, 2008**                 Signature:     *Joseph Speetjens*