FILED

APR 0 1 2008

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N. C

1810 Spruce Street
Unit #121
Martinsville, VA 24112

March 28, 2008

U S BANKRUPTCY COURT
PO BOX 1441
RALEIGH NC  27602

Re:  Bankruptcy International Heritage
     Case #98-2675

This is to update my address for any settlement which I may be due concerning the above:

OLD ADDRESS:              399 Devonshire Drive
                          Ridgeway, VA 24148


CURRENT ADDRESS:          1810 Spruce Street
                          Unit #121
                          Martinsville, VA 24112

If anything further is needed, please let me know.

Thank you.

                          Very truly yours,

                          *Billy L. Robertson* (signature)

                          Billy L. Robertson