29 March 2008

From: Alvin L. Fields
 118 Pearlie St
 New Boston, TX 755570


To:  U. S. Bankruptcy Court
 P. O. Box 1441
 Raleigh, NC 27602

 Re   International Heritage, Inc.
 Case No.: 98-02675-5-ATS

Dear Ms. Jenny D. Johnson,

I never received official notice that International Heritage, Inc. is in bankruptcy court. I am informed that this is true and that there is a chance that I might be reimbursed some or all of the money that I spent to become a part of that operation. I distinctly remember my expenditure for one of the so called business centers was in the amount of $431.50.

Therefore, I hereby request that the court reconsider or consider my claim for any future distribution of payments disbursed in the above referenced case.


Sincerely,

*[signature]*

Alvin L. Fields


CF: Holmes P. Harden, Trustee for IHI