**Frank H. Kline & Loretta D. Kline**
1290 Victoria Falls Drive
Redmond OR 97756-8287
Telephone: 541-923-2345
FAX: 541-504-1307
E-Mail Address: fhldk@bendbroadband.com
Cell: 541-350-7893 (L.)
Cell: 541-977-7811 (F.)

Friday, April 04, 2008

U S Bankruptcy Court
P O Box 1441
Raleigh NC 27602

**FILED**
APR - 8 2008
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C

Re: International Heritage, Inc.
Case No. 98-02675-5-ATS

To Whom It May Concern:

    I have received notice from Jenny D. Johnson, Paralegal, that we may request reconsideration of our claim in the above-captioned matter which was denied for lack of documentation and response on December 12, 2007. The ID assigned to me for the business I did with IHI is 001554971. It is my understanding that you can use this number to pull up documentation of my claim. I am enclosing a completed Proof of Claim form. If you need further information, please contact me and I will send copies of my application with IHI.

    I am serving a copy of this correspondence on Holmes P. Harden as directed by Ms. Johnson. The above numbers are current if you wish to contact me by telephone in order to expedite any further information needed.

Very truly yours,

Frank H. Kline

Cc: Holmes P. Harden