March 18/08.

To.

U.S. Bankruptcy court
P.O. Box 91441
Raleigh, NC, 27602 )

C.C: HOLMES. P. HARDEN, TRUSTEE for this

FILED
APR - 8 2008
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C

Dear Sir,

Myself Piara .S. HEER, my daughter Hasleen Heer (previous address 15691-83 AvE SURREY, BC) invested in THi along with my relative Rajwinder K. Kang. We moved from that address to 718 E 60th AvE, Vancouver, BC. However were always checking our mail from previous address. When Rajwinder Kang (1185 E 63 AvE Van, BC) recieved a settlement in DEC 07. We wrote to Holmes P. Harden why Hasleen/Piara Heer did not recieve anything. They sent us this letter. Please look into our claims as we did not get any objection letter. nor our relative recieved anything, but she got the cheque. We have one case no. 98-02675-5-ATS.

Sincerely,
Piara Heer
Hasleen Heer.
718 E 60th AvE
Vancouver, BC
V5X 2A4    604-327-5516.

February 12, 2007

Harleen Heer
718 East 60th Avenue
Vancouver, BC  v5X 2A4
Canada

  Re: International Heritage, Inc.
  Case No.: 98-02675-5-ATS

Dear Mr. Heer:

  We received your letter regarding the interim payments we disbursed in the above-referenced case. The Trustee filed an objection to your claim. The objection was mailed out on October 26, 2007 to your address shown on your claim. Each claimant had 30 days to respond to the objection and after no response from you, the court entered the order denying your claim on December 12, 2007. It is the claimant's responsibility to inform the court of all address changes. We found no claim in the name of Binderpal K. Heer. Piara S. Heer filed a claim using you old address.

  You may ask the court to reconsider your claim in writing. The request should be mailed to U. S. Bankruptcy Court, P. O. Box 1441, Raleigh, NC  27602 with a copy served on Holmes P. Harden, Trustee for IHI, P. O. Box 536, Benson, NC  27504.

  If you have any questions, you may email me directly at jjohnson@williamsmullen.com or use the Benson post office box.

            Sincerely,

            Jenny D. Johnson, Paralegal