UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| TAMMY F BABINEAUX<br>2820 TEAL DRIVE<br>NEW IBERIA, LA  70560 | 315.01 |
| GARY C. BOWEN<br>153 CROSSBROOK DR.<br>CHELSEA, AL 35043 | 63.00 |
| KAM LIN THAM<br>135-09 38 AVE. #3B<br>FLUSHING, NY 11354 | 220.25 |
| LUCY YANG<br>4105 CARMICHAEL DR<br>PLANO, TX 75024 | 441.01 |
| REGINA B. CALLAHAN<br>1031 E. ANGELA<br>GONZALES, LA 70737 | 465.71 |
| **TOTAL** | **1,504.98** |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED: April 8, 2008

/s/Holmes P. Harden
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300