FILED

APR 1 4 2008

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N C

A. Thomas Small
United State Bankruptcy Judge
P. O. Box 1441
Raleigh, N C 27602

RE:   International Heritage, Inc.          Case No.:  98-02675-5-ATS
                                            Claim No.: 012655
                                            Chapter 7

Dear Mr. Small:
 I am trying to do what is necessary for my claim to be honored. I have filled out all the forms I was given and mailed them back.

After receiving the letter saying my claim has been denied I tried to contact Mr. Harden, Trustee IHI by phone. First attempt I was told he would return my call. After waiting a week I tried several more times and got his voice mail. Each time I left my name, telephone number and case number ask him to please call me. When their was no responds to those calls I wrote him a letter. Jenny Johnson, Paralegal responded with a letter telling me to write to you. I would greatly appreciate you reconsidering my claim. If there is something I have failed to do please notify me. I will be 82 years young in June and have had open heart surgery and could sure use the $2025.00.

Thank you in advance for your cooperation in this matter.


Sincerely;

*Louise M Green*

Louise M Green
501 Union Grove Road
Adamsville Al 35005