**VAN–126** Order for Refund of Unclaimed Funds – Rev. 04/02/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
International Heritage, Inc.
  ( debtor has no known aliases )
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

ORDER

The matter before the court is the motion to set aside the order granting the trustee's objection to the claim of Louise M. Green , claim number 12655 . The court finds that the motion should be allowed with respect to future distributions only. The trustee has made the first payment to creditors; therefore, this claim will not be included in the initial distribution. However, this claim will be included in future distributions.

DATED: April 15, 2008

A. THOMAS SMALL
United States Bankruptcy Judge