UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| WAHNESE A. ANTONIONI<br>21 CLASSIC AVE.<br>TORONTO, ON M5S 2Z3<br>FOREIGN, FN 99999 | 110.54 |
| RUI LI<br>21 FOREST GLEN DRIVE<br>HIGHLAND PARK, NJ 08904 | 533.65 |
| RUI LI<br>21 FOREST GLEN DRIVE<br>HIGHLAND PARK, NJ 08904 | 226.41 |
| KIT HUNG CHAN<br>6728 RIDGE BLVD.<br>BROOKLYN, NY 11220 | 477.11 |
| **TOTAL** | **1,347.71** |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    April 15, 2008

                                                     */s/Holmes P. Harden*
                                                    Holmes P. Harden, Trustee
                                                    State Bar No. 9835
                                                    Post Office Drawer 19764
                                                    RALEIGH, NC  27619-9764
                                                    Telephone: (919) 981-4000
                                                    Facsimile: (919) 981-4300