UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1.  That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---:|
| JINLI ZENG<br>88 MUTUAL ST APT 608<br>TORONTO, ON M5B2N3<br>FOREIGN, FN 99999 | 189.00 |
| **TOTAL** | **189.00** |

2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    April 22, 2008

                                              */s/ Holmes P. Harden*

                                              Holmes P. Harden, Trustee
                                              State Bar No. 9835
                                              Post Office Drawer 19764
                                              RALEIGH, NC  27619-9764
                                              Telephone: (919) 981-4000
                                              Facsimile: (919) 981-4300