**NIELSEN DRILLING COMPANY (1984) LIMITED**

126 FAIRFAX DR., HINTON, ALBERTA T7V 1J6
PHONE: 865-4853

International Heritage

Nielsen Drilling Co.(1984) Ltd.
126 Fairfax Dr.,
Hinton, Ab  T7V 1J6

Re: case # 98-02675-5-ATS

Dear U.S Bankruptcy Court:

**FILED**

APR 2 8 2008

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N. C

We definitely want to ask the court to reconsider our claim as we are totally disappointed with this result; after all our claim has been on file for years.

I think correspondence of such importance should be sent via quick and guaranteed delivery; it seems to take forever to receive mail from your area, why that would be, I don't know.

When do you expect future distributions?

Thank you for responding

A. Nielsen