Dorothy Hoffert
203-1476 West 19th Avenue
Vancouver, B.C.  V6H 1J9

April 21, 2008

**FILED**

MAY 0 1 2008

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

U.S. Bankruptcy Court
P.O. Box 1441
Raleigh, NC
USA   27602

Dear Sirs,

RE:     International Heritage, Inc.
Case No:  98-02675-5-ATS

This letter is written to the U.S. Bankruptcy Court on the advice of Jenny D. Johnson, Paralegal for Holmes P. Harden, Trustee for International Heritage, Inc. advising that I may ask the court to reconsider my claim against IHI for future distributions.

Please find enclosed a copy of all correspondence I have received from Holmes P. Harden and my responses to their letters which will provide you with the explanation regarding the dismissal of my claim.  I respectfully request the court to reconsider my claim against International Heritage, Inc.

I also wish to apologize for my tardiness in responding to the correspondence, as I had a very serious accident in late November which kept me hospitalized and bedridden for an extended period and am still dealing with related medical problems.

Thank you for your consideration of my request.

Yours truly,

*[signature]*

Dorothy Hoffert

Encls – 5
Cc:  Jenny D. Johnson, Paralegal
       Holmes P. Harden

March 13, 2008

Dorothy Hoffert
#203-1476 West 10th Avenue
Vancouver, BC V6H 1J9
CANADA

    Re:    International Heritage, Inc.
    Case No.:    98-02675-5-ATS

Dear Ms. Hoffert:

    We received your letter regarding the interim payments we disbursed in the above-referenced case. The Trustee filed an objection to your claim. The objection was mailed out on October 26, 2007 to your address shown on your claim. Each claimant had 30 days to respond to the objection and after no response from you, the court entered the order denying your claim on December 12, 2007. It is the claimant's responsibility to inform the court of all address changes.

    You may ask the court to reconsider your claim for future distributions in writing. The request should be mailed to U. S. Bankruptcy Court, P. O. Box 1441, Raleigh, NC 27602 with a copy served on Holmes P. Harden, Trustee for IHI, P. O. Box 536, Benson, NC 27504. If the court allows, you will be entitled to future distributions but to no funds that have been disbursed thus far.

    If you have any questions, you may email me directly at jjohnson@williamsmullen.com or use the Benson post office box.

    Sincerely,

    *[signature]*

    Jenny D. Johnson, Paralegal

Dorothy Hoffert
#203-1476 West 10th Avenue
Vancouver, B.C.  V6H 1J9

February 20, 2008

Holmes P. Harden, Trustee for IHI
P.O. Box 536
Benson, NC
USA  27504

Attention:  Jenny D. Johnson, Paralegal

Dear Ms. Johnson,

RE:  International Heritage, Inc.
Case No:  98-02675-5-ATS

Thank you for your letter dated January 30, 2008 regarding the above noted claim.

I am enclosing a copy of my previous letter to you and advise you that I have not had an address change and did not receive any other communication from you other than the one in which my claim was denied, a copy of which is also attached. I respectfully request that my claim against International Heritage Inc. be re-registered.

Thank you for your assistance.

Yours truly,

*Dorothy Hoffert*

Dorothy Hoffert

Encls -2

January 30, 2008

Dorothy Hoffert
#203-1476 West 10th Avenue
Vancouver, BC   V6H 1J9

    Re:    International Heritage, Inc.
    Case No.:    98-02675-5-ATS

Dear Ms. Hoffert:

    We received your letter regarding the interim payments we just disbursed in the above-referenced case. The Trustee objected to your claim and all objections were mailed out on October 26, 2007 to the address shown on your claim. Each claimant had 30 days to respond to the objection prior to the hearing which was held on November 29, 2007. After no response from you to the court or to the trustee, the court entered the order denying your claim on December 12, 2007. It is the claimant's responsibility to inform the court of all address changes.

    If you have any questions, you may email me directly at jjohnson@williamsmullen.com or use the Benson post office box.

                                 Sincerely,

                                 Jenny D. Johnson, Paralegal

Dorothy Hoffert
#203-1476 West 10th Avenue
Vancouver, B.C. V6H 1J9

January 4, 2008

Holmes P. Harden, Trustee for IHI
P.O. Box 536
Benson, NC
USA 27504

Dear Sirs

RE: INTERNATIONAL HERITAGE, INC
    CASE NO. 98-02675-5-ATS
    CLAIM NO. 013436

Thank you for your notification regarding my claim against the above mentioned company, a copy of which is attached.

I wish to inform you that this letter is the first communication I have had from you. I have not received any letters requesting any kind of response from me and I respectfully request that you re-enter my claim against International Heritage, Inc.

Thank you for your attention to this matter.

Yours truly,

*Dorothy Hoffert*

DOROTHY HOFFERT

Encl.

Holmes P. Harden, Trustee for IHI
P. O. Box 536
Benson, NC 27504

0001 0002049 00000000 001 001 02049 INS: 0 0
DOROTHY E. HOFFERT
#203-1476 WEST 10TH AVENUE
VANCOUVER, BC V6H1J9

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) |
| | ) CHAPTER 7 |
| | ) |
| Debtor. | ) |

### ORDER

HOLMES P. HARDEN, Trustee, having objected to the claim of Dorothy E. Hoffert designated as claim no. 013436 in the above-captioned case in the amount of $1,933.05 and having requested denial of claim, and no response having been filed with the Court in writing after notice;

IT IS HEREBY ORDERED that the claim of Dorothy E. Hoffert, claim no. 013436, is denied.

**SO ORDERED**

**Signed this 12th day of December, 2007.**

A. Thomas Small
United State Bankruptcy Judge

