UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: | CASE NO: |
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1.    That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| JILL E BERETTA<br>149 HOPFIELD DR<br>FOLSOM, CA 95630 | 157.66 |
| CEARA C. DAWSON<br>1630 HORSELEG CREEK RD.<br>ROME, GA 30165 | 477.80 |
| SHERRY L. FLORIAN<br>175 CAMBRIAN WAY<br>BIRMINGHAM, AL 35242 | 478.31 |
| OSCAR OMAR ELIZONDO<br>2800 QUINCE<br>MC ALLEN, TX 78501 | 225.54 |
| PATRICIA L. HOLCOMB<br>220 WINCHESTER DR.<br>LENOIR CITY, TN 37772 | 566.17 |
| DONNA M. CARGLE<br>6417 SACHSE STREET<br>SACHSE, TX 75048 | 94.50 |

| | |
|---|---:|
| XIAOWEN LI<br>217 HAZELL WAY<br>SAN GABRIEL, CA 91776 | 258.56 |
| YING-YING HU<br>134-54 MAPLE AVE. #5V<br>FLUSHING, NY 11355 | 390.57 |
| VICKIE J. MARSHALL<br>610 CHESTNUT DR. #3<br>GRETNA, NE 68028 | 98.66 |
| TIAN MING LIANG<br>147-41 38 AVE. D26<br>FLUSHING, NY 11354 | 189.00 |
| CHANG ZHI LIN<br>238 W. 231 STREET<br>BRONX, NY 10463 | 510.31 |
| SARAH M JENKINS<br>4990 BEECHWOOD HILLS<br>SHREVEPORT, LA 71107 | 476.54 |
| SHARI K. FORD<br>218 LIVE OAK AVE.<br>CHARLESTON, SC 29407 | 441.01 |
| DAVID A. FINKEL<br>350 NORTH SALTAIR<br>LOS ANGELES, CA 90049 | 214.87 |
| KIMBERLY D. NORWOOD<br>608 PIEDMONT AVENUE<br>GIBSONVILLE, NC 27249 | 217.86 |
| TIMOTHY M. SCHULTZ<br>895 8TH ST. SW<br>WELLS, MN 56097 | 224.66 |
| SHU FANG LI<br>140-65 BEECH AVE ATP. 6B<br>FLUSHING, NY 11355 | 189.00 |
| BYRON A. WHITE | 252.00 |

| | |
|---|---:|
| 7302 SANDY BLUFF COURT<br>MONTGOMERY, AL 36117 | |
| LANNY H. KWUAN<br>1223 - 37TH AVENUE<br>SAN FRANCISCO, CA 94116 | 477.17 |
| ELLEN CLEMENTS<br>616 CARDIGAN CT.<br>LEXINGTON, KY 40503 | 224.54 |
| KELLI F. SMITH<br>4341 BLUE RIBBON<br>BATON ROUGE, LA 70814 | 92.23 |
| SANDRA K. KULP<br>6041 GLEN HEATHER<br>SAN ANTONIO, TX 78240 | 441.01 |
| BENNETT JUSTIN B.<br>6041 GLEN HEATHER<br>SAN ANTONIO, TX 78240 | 63.00 |
| JASBIR SANDHU<br>254-03 84TH RD., FLORAL PARK<br>NEW YORK, NY 11001 | 71.10 |
| KARMEN L. NICHOLSON<br>8823 W. PECK DR.<br>GLENDALE, AZ 85305 | 195.31 |
| D. JANE DAVIS<br>3437 OAK SHADOW LN.<br>MONTGOMERY, AL 36116 | 218.99 |
| MEI MEI JOW<br>4515 RANGER RUN<br>SUGAR LAND, TX 77479 | 441.01 |
| KWEI-NG LIM<br>2824 W 22ND STREET<br>BROOKLYN, NY 11224 | 63.00 |
| KARON K GUENTHER<br>&#037; 2300 IS 35 SOUTH<br>SAN MARCOS, TX 78666 | 93.49 |

| | |
|---|---:|
| MING MAO HUANG<br>305 WEST 45TH STREET APT 5C<br>NEW YORK, NY 10036 | 441.01 |
| LEWIS W. MELTON<br>4311 QUIET LN.<br>DALLAS, TX 75211 | 63.00 |
| XIUJUAN WANG<br>410 RUSSELL PARK #5<br>DAVIS, CA 95616 | 441.01 |
| CHENG SHAN CAI<br>384 GRAND ST. 5-C<br>NEW YORK, NY 10002 | 189.00 |
| YUNHUA ZHAI<br>88 LIVINGSTON AVE.<br>STATEN ISLAND, NY 10314 | 894.62 |
| MIKE J. CRAIG<br>1405 EAST BROADWAY, APTF106<br>MISSOULA, MT 59802 | 224.28 |
| JIN XU<br>97-37 63 RD. APT. 10B<br>REGO PARK, NY 11374 | 441.01 |
| WANG RONG<br>C/O LING HUA<br>147-41 38 AVE D26<br>FLUSHING, NY 11354 | 378.01 |
| HONG YIN ZHAN<br>41-28 MAIN STREET APT. 25<br>FLUSHING, NY 11355 | 189.00 |
| HONG YOU<br>9 EAST 17TH STREET #2R<br>NEW YORK, NY 10003 | 470.81 |
| NAIHONG ZHU<br>801-A DONALDSON STREET<br>HIGHLAND PARK, NJ 08904 | 631.52 |

| | |
|---|---:|
| HENGQUN SHI<br>801-A DONALDSON STREET<br>HIGHLAND PARK, NJ 08904 | 441.01 |
| KUNG-WEI WANG<br>837-B DONALDSON STREET<br>HIGHLAND PARK, NJ 8904 | 470.24 |
| RU WEI<br>37 WHITE BIRCHLANE<br>NORTH ANDOVER, MA 01845-6268 | 470.24 |
| CHAOHUA FENG<br>508 SUSSEX STREET<br>HARRISON, NJ 07029 | 470.24 |
| HESHENG ZHANG<br>425 MT. PROSPECT AVE APT 410<br>NEWARK, NJ 7104 | 441.01 |
| STEVEN O. AXE<br>256 N. WOODBRIDGE RD.<br>CHILLICOTHE, OH 45601 | 477.93 |
| KATE CONG ZOU<br>38-17 52ND STREET<br>SUNNYSIDE, NY 11104 | 189.00 |
| SYLVIA M. LOCK<br>3111 S.W. 17TH AVENUE<br>CAPE CORAL, FL 33991 | 91.86 |
| DORIS P. WATSON<br>3428 DUNDEE LANE<br>JACKSON, MS 39212 | 601.79 |
| XUESU WU<br>222 ELM STREET  APT. 215<br>TORONTO, ON M5T1K5<br>FOREIGN, FN 99999 | 471.50 |
| QI YUN HE<br>1527 81ST 1 FL<br>BROOKLYN, NY 11228 | 576.93 |
| REYNALD MORENCY | 189.00 |

| | |
|---|---:|
| 828 EAST 34TH STREET<br>BROOKLYN, NY 11210 | |
| RICARDO SANTANA SR.<br>174 17TH ST.<br>BROOKLYN, NY 11215 | 69.30 |
| MARIA E. SANTANA<br>174-17 ST.<br>BROOKLYN, NY 11215 | 69.30 |
| LISA R. BYRNES<br>314 W. GREENLAWN<br>LANSING, MI 48910 | 477.80 |
| BRENDA M. MCGAHEE<br>P.O. BOX 393<br>DEARING, GA 30808 | 477.80 |
| QINGSU ZHANG<br>32-33 LEAVITT STREET<br>FLUSHING, NY 11354 | 441.01 |
| HELEN INTERNATIONAL INC.<br>142-10 CHERRY AVE.<br>FLUSHING, NY 11355 | 510.80 |
| ANGEL GOMEZ<br>1654 ARTHUR STREET<br>BROWNSVILLE, TX 78520 | 109.34 |
| PHEE HWANG<br>C/O LING HUA<br>147-41 38 AVE. D26<br>FLUSHING, NY 11354 | 63.00 |
| DAVID BLAKER<br>11922 HONEY TRAIL<br>CORPUS CHRISTI, TX 78410 | 560.58 |
| ALVIN K GREEN<br>1515 GRANITE HILLS DR<br>EL CAJON, CA 92019 | 303.74 |
| QIONG LI<br>2600 DON MILLS RD. APT. 1912 | 126.00 |

| | |
|---|---:|
| WILLOWDALE, ON M2J3B4<br>FOREIGN, FN 99999 | |
| MARY L. LOWERY<br>1181 HATTON FORD RD.<br>HARTWELL, GA 30643 | 225.80 |
| GLADYS B. THRASHER<br>1183 HATTONFORD RD.<br>HARTWELL, GA 30643 | 225.80 |
| TOM HOLZMEISTER<br>1919 ROBERTS LN.<br>LAWRENCEVILLE, GA 30243 | 63.01 |
| JOSHUA P. HAMILTON<br>124 RUE ESPLANADE<br>SLIDELL, LA 70461 | 63.00 |
| YING CHI YAO<br>308 W 234TH STREET<br>BRONX, NY 10463 | 458.16 |
| LAURIE M. LANDRY<br>P.O. BOX 5328<br>BELLINGHAM, WA 98227 | 63.00 |
| YAN-MAI L. FU<br>3355 N. SUTTON SQ.<br>STAFFORD, TX 77477 | 227.92 |
| CHAD W. CHAVIERS<br>434 REDWAY LN.<br>WEBSTER, TX 77598 | 63.00 |
| KATHLEEN C. RANDOL<br>128 GLYNNDALE AVENUE<br>LAFAYETTE, LA 70506 | 441.01 |
| BRUCE E. MARTIN<br>358 VAN WAGNER RD.<br>POUGHKEEPSIE, NY 12603 | 73.37 |
| LINDA ELLINGTON<br>508 JASIN DRIVE<br>GASTONIA, NC 28054 | 465.20 |

| | |
|---|---:|
| YIMIN LIN<br>159-07 SANFORD AVE.<br>FLUSHING, NY 11358 | 63.00 |
| DEBBIE BOGGS<br>1601 SHANNON CIRCLE<br>BRYAN, TX 77802 | 126.00 |
| PATSY A. SPIVEY<br>20929 CO RD 124<br>IOLA, TX 77861 | 126.01 |
| CHUNFAN LI<br>142-14 CHERRY AVE<br>FLUSHING, NY 11355 | 252.01 |
| ROBERT E. WHITE<br>RT. 2 BOX 523<br>DECATUR, TN 37322 | 441.01 |
| MARY ANN MYERS<br>111 FAIRLAWN CIRCLE<br>GREENVILLE, SC 29617 | 126.00 |
| ERIC NGAN<br>3516 WYMAN CRESCENT<br>GLOUCESTER, ON K1V0Y9<br>FOREIGN, FN 99999 | 227.93 |
| JOHN ROGERS<br>1504 CARDIFF LANE<br>HIGH POINT, NC 27265 | 523.23 |
| KEN E. NORRIS<br>317 TOWNSHIP ST.<br>SEDRO WOOLLEY, WA 98284 | 441.01 |
| TIMOTHY J. COX<br>PO BOX 633<br>INDEPENDENCE, VA 24348 | 224.16 |
| HENRY HUANG<br>171-40 ASHBY AVE<br>FLUSHING, NY 11358 | 252.01 |

| | |
|---|---:|
| CHUNFAN LI<br>142-14 CHERRY AVE<br>FLUSHING, NY 11355 | 441.01 |
| LAURA J. DUVAL<br>504 NORTH STREET<br>BROWNSVILLE, TX 78521 | 122.73 |
| XIAO DONG SHEN<br>201 N. MONTEREY ST. APT 1<br>ALHAMBRA, CA 91801 | 567.01 |
| HAI NAN QI<br>201 N. MONTEREY ST.APT.#1<br>ALHAMBRA, CA 91801 | 441.01 |
| AI QUN CAO<br>201 N. MONTEREY ST. APT.#1<br>ALHAMBRA, CA 91801 | 189.01 |
| XIAO MING SHEN<br>201 N. MONTEREY ST. APT#1<br>ALHAMBRA, CA 91801 | 63.00 |
| ZHU LONG<br>201 N. MONTEREY ST. APT.#1<br>ALHAMBRA, CA 91801 | 63.00 |
| XIAOPING QI<br>201 N. MONTEREY ST.APT.#1<br>ALHAMBRA, CA 91801 | 189.01 |
| LI XIN LIU<br>201 N. MONTEREY ST. APT 1<br>ALHAMBRA, CA 91801 | 189.00 |
| GUI QIN MA<br>31-105 SAN ARDO AVE.<br>CATHEDRAL CITY, CA 92234 | 189.00 |
| JIANWEN JI<br>201 N MONTEREY ST. APT 1<br>ALHAMBRA, CA 91801 | 189.00 |
| STEPHEN HUGGINS<br>4002 BRADLEY LN | 471.94 |

| | |
|---|---:|
| ARLINGTON TARRA, TX 76017 | |
| BILL SWARTHOUT<br>2333 15TH AVE. SO.<br>GREAT FALLS, MT 59405 | 252.01 |
| EDWIN W. PATTON<br>2906 15TH ST.<br>VERNON, TX 76384 | 98.97 |
| RYAN K. BUSCH<br>7029 HELWEG LANE<br>BLAINE, WA 98230 | 63.00 |
| DONALD CRUSAN<br>7029 HELWEG LANE<br>BLAINE, WA 98230 | 447.31 |
| MARGARET D SPIRES<br>6627 HEATHERBROOKE CIRCLE<br>PINSON, AL 35126 | 550.95 |
| YING LIU<br>7514 20TH AVE<br>BROOKLYN, NY 11214-1226 | 63.00 |
| SAHIL ENTERPRISES INC<br>PO BOX 274 101A-7750-128 ST.<br>SURREY, BC V3W4E6<br>FOREIGN, FN 99999 | 491.41 |
| RICHARD E. GALLIART<br>4170 E. HWY 50 LOT #321<br>GARDEN CITY, KS 67846 | 471.11 |
| KEITH J. CHRISTIAN<br>2304 NORTH 7TH STREET<br>GARDEN CITY, KS 67846 | 225.96 |
| RHONDA K. GILLESPIE<br>5355 HIBBS<br>FT WORTH, TX 76137 | 99.10 |
| JAMES K. CHANG<br>11010 BELLSPRINGS<br>HOUSTON, TX 77072 | 189.00 |

| | |
|---|---:|
| DING GU<br>138 N. 10TH STREET<br>PHILADELPHIA, PA 19107 | 539.79 |
| DIANN F. PETRUS<br>308 LAWN<br>SINTON, TX 78387 | 219.94 |
| LANCE LASTINGER<br>PO BOX 152<br>TY TY, GA 31795 | 471.12 |
| AURELIA BACIU<br>705 SW 9TH CT.<br>CAPE CORAL, FL 33991 | 91.86 |
| ROSALINDA S. WELDO<br>2831 ALMEDA PLAZA<br>HOUSTON, TX 77045 | 225.10 |
| LEI XIN<br>2948 WINDCHASE BLVD<br>HOUSTON, TX 77082 | 108.10 |
| PING WEI<br>138 N. 10TH ST.<br>PHILADELPHIA, PA 19107 | 536.02 |
| MARGARET A. LESLIE<br>20020 JANE LN.<br>TOMBALL, TX 77375 | 99.10 |
| AGNES L.C. DUNN<br>900 BUSH ST. #219<br>SAN FRANCISCO, CA 94109 | 189.00 |
| WEIHANG SUN<br>116 NASSAU ST.<br>TORONTO, ON M5T1M7<br>FOREIGN, FN 99999 | 79.54 |
| JUDY CHAO YANG<br>1226 12TH AVE #1<br>SAN FRANCISCO, CA 94122 | 470.29 |

| | |
|---|---:|
| XIU LING MA<br>1170 KENSINGTON RD.<br>TEANECK, NJ 7666 | 441.01 |
| WEI XUAN LI<br>1170 KENSINTON RD.<br>TEANECK, NJ 7666 | 491.93 |
| SHUK WAH YUEN<br>1170 KENSINGTON ROAD<br>TEANECK, NJ 7666 | 493.44 |
| DUNSHU ZHANG<br>43222 STARR ST., #2<br>FREMONT, CA 94539 | 470.29 |
| DEREK P. CHAPUT<br>10 CLAYTON LN.<br>STATESBORO, GA 30461 | 214.21 |
| DAO CHENG DAI<br>13317 SANFORD, 2K<br>FLUSHING, NY 11355 | 189.00 |
| JIN PING XU<br>133-17 SANFORD AVE #2K<br>FLUSHING, NY 11355 | 63.00 |
| YU MIN QI<br>144-15 41 AVENUE APT. #407<br>FLUSHING, NY 11355 | 441.01 |
| LI ZHEN ZHANG<br>89 PITT ST. 5B<br>NEW YORK, NY 10002 | 441.01 |
| KERRY S. AND JAMES BARRETTA<br>738 ST. ALBANS DRIVE<br>BOCA RATON, FL 33486 | 225.83 |
| DOUGLAS G. OGDEN<br>P.O. BOX 53<br>VERSAILLES, MO 65084 | 441.01 |
| KEVIN L. MORRIS<br>16448 W. 139 STREET | 477.99 |

| | |
|---|---:|
| OLATHE, KS 66062 | |
| YIMEI CHEN<br>860 VINDICATOR DIRVE, APT. 210<br>COLORADO SPRINGS, CO 80919-3612 | 224.54 |
| SHARON G. PETERSON<br>111 SOUTHLAND SUBDIVISON<br>AMERICUS, GA 31709 | 219.12 |
| BALJINDER B.K. BOPARAI<br>8367 155A ST.<br>SURREY, BC V357W7<br>FOREIGN, FN 99999 | 223.15 |
| JOSEPHINE STERLEY<br>6852 SOUTHKNOLL AVE.<br>MILLINGTON, TN 38053 | 287.47 |
| WILLIE GIPSON<br>16 EDGEMERE DRIVE<br>TROPHY CLUB, TX 76262 | 37.54 |
| PAUL W. HAVENS<br>103 MEADOWVUE DR.<br>HENDERSONVILLE, TN 37075 | 798.38 |
| GAIL THOMASON<br>1879 HWY. 52 EAST<br>PORTLAND, TN 37148 | 88.20 |
| MARTHA K. THOMPSON<br>36045 VAUGHN<br>CLINTON TWP, MI 48035 | 478.81 |
| YIN XUE<br>140-65 BEECH AVE., #6-B<br>FLUSHING, NY 11355 | 63.00 |
| SUSAN M. KOON<br>304 MADISON AVE.<br>OMRO, WI 54963 | 287.29 |
| JIAN LI<br>140-65 BEECH AVE. #6-B<br>FLUSHING, NY 11355 | 139.11 |

| | |
|---|---:|
| LIN YING ZHANG<br>89 PITT ST. 5B<br>NEW YORK, NY 10002 | 189.00 |
| KRISTAL E. BECKER<br>4578 W. JONES AVE.<br>GARDEN CITY, KS 67846 | 225.80 |
| MIKHAIL LEVITIN<br>1704 E. 15TH ST. APT. B7<br>BROOKLYN, NY 11229 | 92.99 |
| JOYCE CHANG<br>837 CLEMENT ST.<br>SAN FRANCISCO, CA 94118 | 252.01 |
| YUXIANG HUANG<br>2230 STEAMBOAT RUN<br>SUGARLAND, TX 77478 | 185.13 |
| LI LEI<br>9205 HUNTING PINES PLACE<br>FAIRFAX, VA 22032 | 378.01 |
| KENNETH G. KINGSTON<br>4770 SHARP ROAD<br>MANDEVILLE, LA 70471 | 315.01 |
| MELANIE DAVIES<br>282 INDIAN ROAD CRESCENT<br>TORONTO, ON M6P 2G7 CANADA<br>FOREIGN, FN 99999 | 77.18 |
| YVETTE C. RAMSEY<br>670 PARLIAMENT STREET APT 614<br>TORONTO, ON M4X1R4<br>FOREIGN, FN 99999 | 108.68 |
| BARBARA A. STEINMETZ<br>2050 MAGIC WAY #251<br>HENDERSON, NV 89015 | 63.00 |
| NANCY LIN<br>2230 STEAMBOAT RUN<br>SUGAR LAND, TX 77478 | 63.00 |

| | |
|---|---:|
| KUN ZHAO<br>201 N. MONTEREY ST. APT 1<br>ALHAMBRA, CA 91801 | 189.01 |
| HUI LI<br>201 N MONTEREY ST. APT 1<br>ALHAMBRA, CA 91801 | 189.00 |
| LIWEI XI<br>201 N MONTEREY ST. APT 1<br>ALHAMBRA, CA 91801 | 189.00 |
| CHRISTA E. CRUSON<br>7029 HELWEG LANE<br>BLAINE, WA 98230 | 69.30 |
| CARL J. CRUSON<br>7029 HELWEG LANE<br>BLAINE, WA 98230 | 69.30 |
| MAURINE J. MAZARUK<br>7029 HELWEG LANE<br>BLAINE, WA 98230 | 195.30 |
| SHANNON BUTLER<br>1118 HARBOR LIGHTS<br>CORPUS CHRISTI, TX 78412 | 218.68 |
| ROCHELLE L. GREEN<br>1801 WILSON AVE.<br>BELLINGHAN, WA 98225 | 63.00 |
| YVONNE LLAO<br>80-11 WOODHAVEN BLVD.<br>GLENDALE, NY 11385 | 441.01 |
| YOU ZHONG CHEN<br>111 - 39 76 RD, APT B4<br>FOREST HILLS, NY 11375 | 189.00 |
| DANNY LAW<br>339 ELDERT LANE<br>BROOKLYN, NY 11208 | 441.01 |
| WO KWOK LAU | 447.31 |

| | |
|---|---:|
| 1010 AVE. M<br>BROOKLYN, NY 11230 | |
| MERLE G. HAKES JR.<br>1099 STILLWOOD DRIVE<br>ATLANTA, GA 30306 | 476.79 |
| CYNTHIA A. BRIDEN<br>17046 GLENEAGLE DR. S<br>CONROE, TX 77385 | 441.01 |
| YING DU<br>57-40 79 ST<br>ELMHURST, NY 11373 | 189.00 |
| MELISSA L. LEEP<br>36 N. BAXTER<br>COQUILLE, OR 97423 | 100.30 |
| CONNIE HERMOSILLE<br>HWY 112, #79, BOX 335<br>REGINA, NM 87046 | 93.45 |
| STEPHEN D. MELBY<br>HWY 112 #79, BOX 335<br>REGINA, NM 87046 | 470.13 |
| AIQI A.L. LU<br>458 MARGUERETTA STREET<br>TORONTO, ON M6H3S5<br>FOREIGN, FN 99999 | 63.00 |
| KAISI K.L. LU<br>458 MARGUERETTA STREET<br>TORONTO, ON M6H3S5<br>FOREIGN, FN 99999 | 63.00 |
| SUYUN YANG<br>458 MARGUERETTA ST.<br>TORONTO, ON M6H3S5<br>FOREIGN, FN 99999 | 441.01 |
| LISA L. RICE<br>1424 10TH AVE.<br>HOLDREGE, NE 68949 | 224.54 |

| | |
|---|---:|
| LI-JUAN XU<br>41-09 149 ST. 3F<br>FLUSHING, NY 11355 | 441.01 |
| SHERRILL R. TUBBS<br>306 COLLEGE<br>SCOTT CITY, KS 67871 | 217.84 |
| MICHAEL W. WORTENDYKE<br>6951 NW CHAPEL WOODS LN.<br>KANSAS CITY, MO 64152 | 225.98 |
| F. LYNN GRAVELY<br>P. O. BOX 322<br>GUNTER, TX 75058 | 3,780.08 |
| JANET S. ADAMS<br>11 LAMBETS WAY<br>ALPAHARETTA, GA 30005 | 504.01 |
| JOHN L. MARTINEC<br>714 RAMADA<br>HOUSTON, TX 77062 | 845.56 |
| VLASTA L. MARTINEC<br>714 RAMADA<br>HOUSTON, TX 77062 | 164.75 |
| WENDY C. MARTINEC<br>714 RAMADA DRIVE<br>HOUSTON, TX 77062 | 567.53 |
| BRYAN C. WILLIAMS<br>15 COLONIAL CV.<br>JACKSON, TN 38305 | 17.60 |
| PATRICIA A. LESTER<br>460 LEE RD., 941 LEE<br>SMITHS, AL 36877 | 441.01 |
| STANLEY A. SPOFFORD II.<br>POST OFFICE BOX 5407<br>SAN LEON, TX 77539 | 93.16 |
| CLARENCE R. MUMPHREY<br>3733 MELISSA DR. | 189.00 |

| | |
|---|---:|
| HARVEY, LA 70058 | |
| MICHAEL A. SLOAN<br>1767 HIGHWAY #15 SOUTH<br>WARREN, AR 71671 | 189.00 |
| MELVIN R. SR. BOYD<br>4205 FAIRSIDE DR.<br>GREENSBORO, NC 27405 | 476.54 |
| BOBBY L SHOCKLEY<br>P.O. BOX 541<br>LULA, GA 30554 | 224.79 |
| BERTROM HUNTER SR.<br>3346 JUNALUSKA DRIVE<br>COLUMBUS, GA 31907 | 441.01 |
| TERRY HUNTER<br>3628 STEDMAN PLACE<br>DULUTH, GA 30096 | 63.00 |
| DOUGLAS BROWN<br>630 MAPLE ST.<br>ORANGEBURG, SC 29115 | 98.53 |
| PEARL O SADLER<br>1007 COLLINS CIRCLE<br>GAINESVILLE, GA  30501 | 219.12 |
| JENNIFER A MCGRATH<br>745 LODGE AVENUE<br>RENO, NV 89503 | 289.05 |
| LYNN NICOLAI<br>80 NORTH COBB PARKWAY<br>MARIETTA, GA 30062 | 441.01 |
| CRAIG J. KOCIUBA<br>1016 S. CEDARCREST DR.<br>SCHAUMBURG, IL 60193 | 189.01 |
| MICHAEL K. WHITAKER<br>808 W. 29TH STREET<br>AUSTIN, TX 78705 | 216.72 |

| | | |
|---|---|---:|
| NANCY E MCCLURE<br>5930 67TH AVENUE NORTH EAST<br>OLYMPIA, WA 98516 | | 225.04 |
| KERRY L. CONRAD<br>301 RAYBURN ST. #576<br>LAFAYETTE, LA 70506 | | 441.01 |
| JEFFRY G CONRAD<br>301 RAYBURN STREET APT 576<br>LAFAYETTE, LA 70506 | | 478.18 |
| TOMMEE C. CALDWELL<br>P.O. BOX 251<br>ARCADIA, LA 71001 | | 476.54 |
| KEVIN B. FENNER<br>#20 CAMDEN COURT<br>MANDEVILLE, LA 70471 | | 63.00 |
| DAVID E. RANDOLPH<br>1200 EAST BYERS AVE. APT. #F623<br>OWENSBORO, KY 42303 | | 224.54 |
| RAJINDERPAL VIRK<br>7385-116 ST.<br>DELTA, BC V4C 5T1<br>FOREIGN, FN 99999 | | 596.88 |
| ARNOLD JUAREZ<br>463 CARLOS STREET<br>SAN BENITO, TX 78586 | | 93.16 |
| ANTHONY L. LATINA<br>200 MASSMILL DR. APT. 118<br>LOWELL, MA 01854 | | 225.54 |
| ANDREA S LAROSSA<br>9612 LEEWARD WAY<br>NAVARRE, FL 32566 | | 441.01 |
| DAVID F. LITOLFF<br>502 MONSANTO AVE.<br>LULING, LA 70070 | | 466.21 |
| NANCY J. PORTER | | 441.01 |

| | |
|---|---:|
| 1254 CATALPA CIRCLE<br>BROOMFIELD, CO 80020 | |
| CHRISTOPHER SHEN<br>418 W. 17TH STREET APT. 5E<br>NEW YORK, NY 10011 | 470.81 |
| JANNIE LAI<br>20 PATTY COURT<br>STATEN ISLAND, NY 10312 | 470.81 |
| BONNIE V. MITTELSTADT<br>2303 BRIARLEIGH WAY<br>ATLANTA, GA 30338 | 441.01 |
| LAWRENCE ABRAMS<br>3900 SPRING VALLEY RD.<br>BIRMINGHAM, AL 35223 | 496.51 |
| LORI A. CRAMP<br>176 N. MAIN ST.<br>HORNELL, NY 14843 | 225.04 |
| TERRY A. DOWNEY<br>44 SCOTT ST.<br>HORNELL, NY 14843 | 225.04 |
| SARAH E HOLMES<br>4764 WILDGINGER RUN<br>LITHONIA, GA 30038 | 225.54 |
| LINDA A. TRABUCCO<br>12 ELIZABETH ROAD<br>BILLERICA, MA 1821 | 257.86 |
| NANCY L. PENICK<br>6224 WEBER RD.<br>CORPUS CHRISTI, TX 78413 | 218.68 |
| SHIPING CAI<br>92-29 QUEEN BLVD., APT. 14E<br>REGO PARK, NY 11374 | 477.11 |
| MERLE STEIN<br>190 EAST UNIVERSITY DR., APT. 1305<br>AUBURN, AL 36832 | 189.00 |

| | |
|---|---:|
| ADA MONTEMAYOR<br>2018 W.ADRIAN<br>HARLINGEN, TX 78552 | 220.06 |
| RAMIRO C. RODRIGUEZ SR.<br>P. O. BOX 997<br>SANTA ROSA, TX 78593 | 111.12 |
| LUPE GARZA JR.<br>POST OFFICE BOX 1494<br>LA FERIA, TX 78559 | 478.37 |
| DORA M. GARZA<br>1314 OAK CT.<br>HARLINGEN, TX 78550 | 245.74 |
| ORALIA E. RIOS<br>2816 HIBISCUS<br>MCALLEN, TX 78501 | 471.17 |
| LUCY S. GONZALEZ<br>1210 LOS ARBROLES<br>HARLINGEN, TX 78550 | 478.37 |
| RICKY R. GONZALEZ<br>1210 LOS ARBOLES<br>HARLINGEN, TX 78550 | 189.00 |
| ESMERALDA TORRES<br>RR 6 BOX 396<br>HARLINGEN, TX 78552 | 252.01 |
| GREGG R. GROSRENAUD<br>6440 W. TURQUOISE AVE.<br>GLENDALE, AZ 85302 | 740.90 |
| ERNESTO F. MORALES<br>135 CANDLEWICK<br>BROWNSVILLE, TX 78520 | 189.00 |
| ALDO TAMEZ<br>2725 GAMBLE ROAD<br>SAN BENITO, TX 78586 | 126.00 |
| ERENDIRA TAMEZ | 126.00 |

| | |
|---|---:|
| 5801 W. BUS.83 #19<br>HARLINGEN, TX 78552 | |
| MEREDITH T. GARCIA<br>440 MARDID CT.<br>SAN BENITO, TX 78586 | 226.36 |
| KURTIS L. FISK<br>4615 BLANK HILL RD<br>DANSVILLE, NY 14437 | 98.79 |
| DEBORAH W HASH<br>101 BLOOMFIELD LANE<br>FRIES, VA  24330 | 224.16 |
| DAQING ZHANG<br>63-129 ALDERTON ST.<br>REGO PARK, NY 11374 | 218.81 |
| BRANDI D. DRAWE<br>8023 N. MACARTHUR BLVD.<br>APT. 2098<br>IRVING, TX 75063 | 226.36 |
| DAVID K MORRISON<br>1885 DIAMOND STR #2-101<br>SAN DIEGO, CA 92109 | 224.98 |
| CYNTHIA D. MCNEIL<br>2978 HOLLY HALL<br>HOUSTON, TX 77054 | 487.18 |
| CHARLES S. BRUTON<br>609 W. SAM RAYBURN DR.<br>BONHAM, TX 75418 | 194.48 |
| DOLORES JUAN<br>9155 BELCARO DRIVE<br>BATON ROUGE, LA 70815 | 90.72 |
| RAJDAIE S DOTSON<br>2978 HOLLY HALL<br>HOUSTON, TX 77054 | 487.18 |
| RENEE F. DIAGLE<br>2406 INTREPID WAY | 89.23 |

| | |
|---|---|
| LEAGUE CITY, TX 77573 | |
| JIAN ZHAN MA<br>350 OLMSTEAD STREET<br>SAN FRANCISCO, CA 94134 | 441.01 |
| SHING YAU LAM<br>176 HESTER ST. #4A<br>NEW YORK, NY 10002 | 189.00 |
| JIE TIAN<br>133-17 SANFORD AVE. #2K<br>FLUSHING, NY 11355 | 441.01 |
| JUDI N. CIRE<br>25 N. HEIGHTS<br>LAMARQUE, TX 77568 | 175.46 |
| FELICIA G. BERGUIN<br>13847 MAISEMORE RD<br>HOUSTON, TX 77015 | 589.90 |
| HARMANJIT S. SANGHA<br>12234-75 A AVE.<br>SURREY, BC V3W0K7<br>CANADA | 853.75 |
| JUNE M. JENNEY<br>5 APPLEWOOD COURT<br>AUSTIN, TX 78738 | 746.96 |
| DEMPSEY POLLARD<br>10187 CLAYBROOKE DR.<br>CHARLOTTE, NC 28262 | 487.11 |
| BRIAN J. TOWNSEND<br>2709 S. CONNOR AVE.<br>JOPLIN, MO 64804 | 227.32 |
| REBECCA L. MCCULLOUGH<br>100 WESTHAVEN CIRCLE<br>GENEVA, IL 60134 | 188.50 |
| TIAN-DONG ZOU<br>79-23 CALAMUS AVE.<br>ELMHURST, NY 11373 | 567.01 |

| | | |
|---|---|---|
| TRACEY L. QUEENIN<br>1050 TOWNE MANOR CT.<br>KENNESAW, GA 30144 | | 483.96 |
| JOSEPH T. ANTONIETTI<br>207 FARVIEW DRIVE<br>KALISPELL, MT 59901 | | 110.91 |
| TERRY GAUTREAUX<br>P.O. BOX 978<br>RAYNE, LA 70578 | | 225.54 |
| MALKIAT S. BAINS<br>12885-85 AVE<br>SURREY, BC V3WOK8<br>FOREIGN, FN 99999 | | 470.67 |
| KAREN S. WILKINSON<br>15405 DES MOINES MEMORIAL DR<br>apt. #a301<br>BURIEN, WA 98148 | | 733.12 |
| JENNIFER M. BUCHMANN-<br>CUNNINGHAM<br>24 EAST BIRCH<br>THREE FORKS, MT 59752 | | 161.28 |
| FRANCY TIEN<br>39-21 JANET PLACE<br>FLUSHING, NY 11354 | | 189.00 |
| JIANGUO YUAN<br>5635 MARKET STREET<br>PHILADELPHIA, PA 19139 | | 476.79 |
| TINGJUN ZHAO<br>5635 MARKET ST.<br>PHILADELPHIA, PA 19139 | | 587.12 |
| BETTY T. PHILLIPS<br>10254 S CRYSTAL DRIVE<br>MORRISON, CO 80465 | | 100.80 |
| BARBARA PHILLIPS<br>10254 CRYSTAL DRIVE | | 252.01 |

| | |
|---|---:|
| MORRISON, CO 80465 | |
| JOYCE CHAN<br>332 RAYMERVILLE DR<br>MARKHAM, ON L3P6N5<br>FOREIGN, FN 99999 | 63.00 |
| LINDA C BIMLE<br>726 SHERRY DRIVE<br>SULPHUR, LA 70663 | 189.00 |
| PROSPECT VIEW ENTERPRISES INC.<br>84-18 60 DR 1FL<br>ELMHURST, NY 11373 | 441.01 |
| DAVID D. STUCK<br>236 HUNSTATON DR.<br>WINNSBORO, SC 29180 | 224.28 |
| EDUARDO NOGUERAS<br>P.O. BOX 384<br>GUAYNABO, PR 970 | 315.01 |
| DONNA L. HUESTIS<br>8733 1ST ST. WEST<br>HAVRE, MT 59501 | 189.00 |
| YONG TIAN<br>39-21 JANET PLACE<br>FLUSHING, NY 11354 | 189.01 |
| GUOHUA PENG<br>142-14 Cherry Ave.<br>FLUSHING, NY 11355 | 189.00 |
| SHI-TUN DU<br>C/O LING HUA<br>147-41 38TH AVE D26<br>FLUSHING, NY 11354 | 63.00 |
| PIER ANGELIE S GASMENA<br>C/O LING HUA<br>147-41 38TH AVE D26<br>FLUSHING, NY 11354 | 441.01 |
| PEI LI | 441.01 |

| | |
|---|---|
| 40-22 MAIN STREET 2ND FLOOR<br>FLUSHING, NY 11354 | |
| MONTANY INT'L [USA] CORP.<br>C/O HUA LING<br>147-41 38TH AVE D26<br>FLUSHING, NY 11354 | 63.00 |
| CHEN HUA<br>C/O HUA LING<br>147-41 38TH AVE D26<br>FLUSHING, NY 11354 | 189.00 |
| MA YU QIU<br>D/O HUA LING<br>147-41 38TH AVE D26<br>FLUSHING, NY 11354 | 189.00 |
| KRISTINA WANG<br>C/O HUA LING<br>147-41 38TH AVE D26<br>FLUSHING, NY 11354 | 189.00 |
| FAN ZHANG<br>C/O MAU LING<br>147-41 38TH AVE D26<br>FLUSHING, NY 11354 | 63.00 |
| RICHARD L. DENNEY<br>908 FIRST ST.<br>WINNFIELD, LA 71483 | 92.23 |
| SOO-KHOON LOH<br>848 55TH ST. FL. B<br>BROOKLYN, NY 11220 | 215.91 |
| CAROLYN A. QUANTRILLE<br>8419 E. NORA<br>SPOKANE, WA 99212 | 63.00 |
| YAN WANG<br>142-14 CHERRY AVE 2 FL<br>FLUSHING, NY 11355 | 441.01 |
| YUAN FU<br>41-03 60TH ST. | 189.00 |

| | |
|---|---|
| WOODSIDE, NY 11377 | |
| SHAWN C. SKOGSTAD<br>2410 PINE DRIVE<br>FERNDALE, WA 98248 | 113.97 |
| LARRY A SKOGSTAD<br>2410 PINE DRIVE<br>FERNDALE, WA 98248 | 461.70 |
| AUGUSTINE N. OGUERI<br>9655 CHIMNEY HILLS LANE #2004<br>DALLAS, TX 75243 | 88.20 |
| CHAO YING WANG<br>137 -45 B JERANIUM AVE.<br>FLUSHING NY, NY 11355 | 126.00 |
| TAMMY L. ASHORN<br>1903 SANDY SCHOALS<br>LEAGUE CITY, TX 77573 | 216.47 |
| GUOPING ZHANG<br>82-31 ANKENER AVE.<br>ELMHURST, NY 11373 | 441.01 |
| LIU JIANWEN<br>61-58 80 ST<br>MIDDLE VILLAGE, NY 11379 | 441.01 |
| XIAOLI CAI<br>88-36 50 AVE. ELMHURST<br>NEW YORK, NY 11373 | 477.11 |
| TONG ZHANG<br>14-18 31 DR<br>ASTORIA, NY 11106 | 189.01 |
| JEANNE M. MARANGONE<br>104 DALE AVENUE<br>LADSON, SC 29456 | 441.01 |
| ENTERPRISES LTD PALWINDER<br>6877-124 ST<br>SURREY, BC V3W3W6<br>FOREIGN, FN 99999 | 441.01 |

| | |
|---|---:|
| BARBARA K. BLOUNT<br>7225 W. DEVONSHIRE<br>PHOENIX, AZ 85033 | 478.06 |
| BENNIE L. BRUTON<br>COUNTY ROAD 3705 #10129<br>QUINLAN, TX 75474 | 99.10 |
| Total | 90,575.10 |

     2.     That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

     WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    May 12, 2008

                          */s/Holmes P. Harden*
                          Holmes P. Harden, Trustee
                          State Bar No. 9835
                          Post Office Drawer 19764
                          RALEIGH, NC  27619-9764
                          Telephone: (919) 981-4000
                          Facsimile: (919) 981-4300