UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

**REPORT ON UNCLAIMED DIVIDENDS**

        HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

        1.    That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| | |
|---|---:|
| J. S. HALBERT<br>2211 N. GARRETT<br>DALLAS, TX 75206 | 99.10 |
| RANDY L. HANKS<br>217 CANAL ST.<br>SULPHUR, LA 70663 | 100.49 |
| SAHIL ENTERPRISES INC<br>PO BOX 274 101A-7750-128 ST.<br>SURREY, BC V3W4E6<br>FOREIGN, FN 99999 | 670.33 |
| DONNA E. DOWELL<br>2419-9 ST. JOHN AVE.<br>DYERSBURG, TN 38024 | 478.49 |
| JIANXIONG HAN<br>1747 73RD ST 2FL<br>BROOKLYN, NY 11204 | 477.11 |
| YA F. JIANG<br>24-42 154TH ST. WHITESTONE<br>FLUSHING, NY 11357 | 477.11 |

| | |
|---|---|
| NANCY E. PERALES<br>5010 LETHABY<br>CORPUS CHRISTI, TX 78413 | 226.80 |
| ANDREA J. MARKELL<br>12536 SE MADISON STREET<br>PORTLAND, OR 97233 | 145.41 |
| NELSON M. RAMOS<br>9257 STANWIN AVE.<br>ARLETA, CA 91331 | 75.60 |
| SU LING SITU<br>2121 E. 16TH STREET<br>BROOKLYN, NY 11229 | 301.57 |
| DAVID L. MATTFOUZ<br>855 ROCKY BAYOU<br>PINEVILLE, LA 71360 | 218.24 |
| HOWARD CHEN<br>6285 SUNNY SPRING<br>COLUMBIA, MD 21044 | 441.01 |
| JAMES E. CLARY<br>1108 NE INDEPENDENCE #1003<br>LEE'S SUMMIT, MO 64086 | 504.01 |
| GOLDENBRIGHT MERCHANDISE &<br>760 DEMPSTER ST. #D207<br>MOUNT PROSPECT, IL 60056613 | 378.01 |
| LINDA M. PFEIFFER<br>366 WESTCHESTER SQ. N<br>BILLINGS, MT 59105 | 189.01 |
| BIRONG ZHANG<br>364 MALCOLM AVE. APT. #1<br>BELMONT, CA 94002 | 504.01 |
| LUCILLE E. BOWYER<br>1209A CALHOUN ST.<br>CHILLICOTHE, MO 64601 | 99.79 |

| | |
|---|---:|
| CHAO HUI LIN<br>1963 HAVILAND AVE.<br>BRONX, NY 10472 | 189.00 |
| WONG AL WAH<br>1409 NECK RD.<br>BROOKLYN, NY 11229 | 189.00 |
| KENNETH R. CHAVIERS<br>434 REDWAY LANE<br>WEBSTER, TX 77598 | 225.10 |
| CHUCK QUALLS<br>1003 GENE ROSE DRIVE<br>SYLACAUGA, AL 35151 | 441.01 |
| COLETTE J. BARACKER<br>645 W. THIRD ST.<br>WHITEFISH, MT 59937 | 476.29 |
| SHARAN L. BARACKER<br>645 W. 3RD ST.<br>WHITEFISH, MT 59937 | 441.01 |
| SHERRI K. BILLINGTON<br>1011 OLD FARM ESTATES<br>HUTCHINSON, KS 67502 | 225.96 |
| CHRISTINA M. LOPOS<br>320 LAKEMOORE DRIVE #7<br>ATLANTA, GA 30342 | 224.54 |
| JIANG YONGSHENG<br>11805 CHASE COURT<br>WESTMINSTER, CO 80020 | 189.00 |
| BONNIE L. NEWBERRY<br>1605 STOCKTON AVE.<br>BAKERSFIELD, CA 93308 | 189.00 |
| MAXEY KENNETH W<br>1013 1/2 NORTH 5TH STREET<br>MONROE, LA  71201 | 77.29 |

| | |
|---|---:|
| LIN LI<br>78 SOUTH TRAYMORE AVENUE<br>IVYLAND, PA 18974 | 470.24 |
| WAIYUEN LEUNG<br>85-21 52 AVENUE<br>ELMHURST, NY 11373 | 225.10 |
| BETTY ESTES<br>1602 HOPPER RD<br>HOUSTON, TX 77093 | 478.37 |
| GLENN M. TOLAR<br>PO BOX 428<br>DEER PARK, TX 77536 | 441.01 |
| LINDA P LESTER<br>10315 LIBBY LN<br>DALLAS, TX 75228 | 189.01 |
| ROBERT J BAKER<br>POST OFFICE BOX 737<br>CANNON BEACH, OR 97110 | 441.01 |
| MARY L MCVICKER<br>2815 GREENRIDGE DR. #69A<br>HOUSTON, TX 77057 | 333.13 |
| ADRIENE M. WENTZ<br>3913 PITT STREET<br>SCHELLSBURG, PA 15559 | 220.51 |
| RAYMOND TW POON<br>7298 MISSION ST.<br>DALY CITY, CA 94014 | 189.00 |
| ROBIN A. MOUNTFORD<br>180 S 400 E<br>OREM, UT 84097 | 111.25 |
| NGA TING YUEN<br>8320 15TH AVENUE 2ND FL<br>BROOKLYN, NY 11228 | 99.10 |

| | |
|---|---:|
| MARY HORSCH<br>411 LAWRENCE<br>PRATT, KS 67124 | 408.10 |
| HAK P. WADDLE<br>3612 COUNTRY CLUB ROAD #175<br>IRVING, TX 75062 | 100.37 |
| DANSHEN CHEN<br>9726 WOOLLEY ST.<br>TEMPLE CITY, CA 91780 | 831.62 |
| JOEL E. BOYD<br>6301 SCRIBNER RD<br>HOUSTON, TX 77074 | 396.91 |
| KATHI S. DECKER<br>2865 RIDGEVIEW WAY<br>MARION, IA 52302 | 552.64 |
| YI-HUA YING<br>38-24 150 ST, 2ND FL<br>FLUSHING, NY 11354 | 441.01 |
| SHAO-JING XU<br>38-24 150 ST, 2ND FL<br>FLUSHING, NY 11354 | 441.01 |
| HSIEN HWA YING<br>38-24 150 ST 2ND FL<br>FLUSHING, NY 11354 | 189.01 |
| HENRY WONG<br>1349 63RD ST., 3RD FLOOR<br>BROOKLYN, NY 11219 | 225.10 |
| ROBERT M. COOKSEY<br>2144 ASBURY SQUARE<br>DUNWOODY, GA 30346 | 115.92 |
| TAMARA A. ROMME<br>8812 WEST 77 STREET<br>OVERLAND PARK, KS 66204 | 408.26 |

| | |
|---|---:|
| DAVID L. RAINWATER JR.<br>42 ASHTON POINTE DR.<br>N AUGUSTA, SC 29841 | 224.28 |
| SUKHWINDER S. TAKHI<br>8275-132 A STREET<br>SURREY, BC V3W8Z5<br>FOREIGN, FN 99999 | 593.45 |
| LESLIE L. KINMAN<br>15053 N. HAARMANN DR<br>EFFINGHAM, IL 62401 | 225.92 |
| TWI ENTERPRISES<br>P.O. BOX 1209<br>NEWPORT, NC 28570 | 441.01 |
| EARL & GLADYS MORRIS<br>219 SLATE AVENUE<br>OWINGSVILLE, KY 40360 | 225.80 |
| YAN XIAO<br>326 JOHN ST.<br>HARRISON, NJ 7029 | 63.00 |
| JOEL G. PIAZZA<br>220 CARMEL DR.<br>MANDEVILLE, LA 70448 | 75.60 |
| CAROLYN F. ADAMS<br>3403 WELLINGTON<br>WICHITA FALLS, TX 76305 | 471.82 |
| ROBERT W. NEWBERRY<br>8909 HICKORY HILLS AVENUE<br>BAKERSFIELD, CA 93312 | 189.00 |
| SHUNLI LOU<br>942 BOWMAN DR<br>LEWES, DE 19958 | 441.01 |
| MARSHA A. KUHN<br>415 JANA LANE | 189.64 |

| | |
|---|---|
| MCDONOUGH, GA 30252 | |
| MARLENA K. GALLIART<br>2109 COMMANCHE DRIVE<br>GARDEN CITY, KS 67846 | 441.01 |
| RON W NORLIN<br>42-500 IOWA<br>PALM DESERT, CA 92211 | 477.05 |
| HONG LIU<br>78 FERNCLIFF RD.<br>BLOOMFIELD, NJ 07003 | 189.00 |
| RICHARD A. SPOFFORD II<br>POST OFFICE BOX 5407<br>SAN LEON, TX 77539 | 93.16 |
| PEDRO L HINOJOSA<br>1026 3RD STREET<br>MERCEDES, TX 78570 | 378.01 |
| RODRIGUEZ RAMIRO<br>2006 N. BREEDLOVE<br>HARLINGEN, TX 78550 | 111.12 |
| LEI SHI<br>31-50 140TH ST. APT. 6C<br>FLUSHING, NY 11354 | 441.01 |
| KRISTI L. BAUMHARDT<br>1647 ARDATH<br>WICHITA FALLS, TX 76301 | 63.00 |
| BRENDA L. BRADLEY<br>102 W MIDLAND<br>SHAWNEE, OK 74801 | 49.90 |
| MINYIE ZEN<br>138-11 62ND RD.<br>FLUSHING, NY 11367 | 189.00 |
| JODIE A. CHAVIERS<br>434 REDWAY LANE | 63.00 |

| | |
|---|---|
| WEBSTER, TX 77598 | |
| JACK M. BUCKLEY<br>4913 CALLE DE TIERRA N.E.<br>ALBUQUERQUE, NM 87111 | 678.30 |
| KATHRYN E. BROWN<br>3626 OAK RIDGE LANE<br>DOTHAN, AL 63603 | 441.01 |
| JUN XU<br>62-16 39TH AVENUE<br>WOODSIDE, NY 11377 | 470.81 |
| JIAPING ZHANG<br>57 BRIGHTON AVE. APT. 8<br>ALLSTON, MA 2134 | 214.31 |
| LANCE A. LEWIS<br>1613 KEYSTONE DR.<br>FRIENDSWOOD, TX 77546 | 466.46 |
| JANET K. GUNDERSON<br>2113 EMERY LN.<br>FRANKLIN, TN 37064 | 225.04 |
| YUN MENG<br>7707 DUNOON LANE<br>CHARLOTTE, NC 27269 | 507.02 |
| FRANK E. RAAB<br>4132 POMMARD DRIVE<br>KENNER, LA 70065 | 471.17 |
| ELSA H. MA<br>3608 TANNER LN.<br>RICHARDSON, TX 75082 | 381.79 |
| JAMES J. MOORE<br>4116 MCKNIGHT ROAD<br>TEXARKANA, TX 75501 | 472.07 |
| YUE HUA WANG<br>4716 BRADLEY BLVD. #102 | 63.00 |

| | |
|---|---|
| CHEVY CHASE, MD 20815 | |
| DANA L. DE LOS SANTOS<br>2129 LONDON STREET<br>VERNON, TX 76384 | 98.97 |
| JONATHAN NEIL KENDRICK<br>102 LANCELOT CIRCLE<br>PRATTVILLE, AL 36067 | 441.01 |
| YANSHENG ZHOU<br>9247 LONGFELLOW PLACE<br>APOPKA, FL 32703 | 154.23 |
| SANDRA MCLAREN<br>108 PALMETTO<br>LUFKIN, TX 75901 | 258.45 |
| ROCK T. WHITE<br>18403 IVAN ST. SW<br>ROCHESTER, WA 98579 | 491.01 |
| BILLY BOS<br>4210 SANDAL WOOD LANE<br>FRISCO, TX 75035 | 504.01 |
| SHIRLEY D SELFRIDGE<br>30 MCMILLAN STREET<br>BRENT, AL 35034 | 189.00 |
| GEORGIA T. FLYNN<br>4210 SANDAL WOOD LANE<br>FRISCO, TX 75035 | 504.01 |
| ALICE FUNG<br>2635 RAMONA ST.<br>PINOLE, CA 94564 | 378.01 |
| STEPHEN P WHITING<br>2201 ROCKBROOK DR #816<br>LEWISVILLE, TX 75067 | 441.01 |
| MARVIN L. DETERS<br>1916 MORNING GLORY DRIVE | 224.64 |

| | |
|---|---:|
| MANHATTAN, KS 66502 | |
| BRETT M. HOLZER<br>1707 GREEKWAY<br>BOZEMAN, MT 59715 | 223.02 |
| NATHAN A. RICE<br>3001 NASSACHUSETTS<br>JOPLIN, MO 64804 | 99.82 |
| CHERYL J. WELLS<br>8106 OAK ARBOR ROAD<br>GREENSBORO, NC 27455 | 441.01 |
| JODI MARTIN<br>4000 SW CARMAN DR #2<br>LAKE OSWEGO, OR 97035 | 679.54 |
| XUESU WU<br>222 ELM STREET  APT. 215<br>TORONTO, ON M5T1K5<br>FOREIGN, FN 99999 | 471.51 |
| WILDA VAUGHAN<br>205 MT OLIVE DR.<br>PELL CITY, AL 35125 | 550.95 |
| DIANA L. AYALA<br>216 COLLEGE ST. #4<br>GARDEN CITY, KS 67846 | 189.00 |
| CHRISTOPHER C. CORNWALL<br>4974 STONERIDGE CIRCLE<br>BILLINGS, MT  59106 | 477.55 |
| GANG BAO<br>49 ROYAL DR. APT. 193<br>PISCATAWAY, NJ 8854 | 531.31 |
| YISHENG XU<br>1831 S. 8TH ST.<br>PHILADELPHIA, PA 19148 | 441.01 |
| ZHENGPING GU | 189.00 |

| | |
|---|---|
| 9503 BELLAIRE #100<br>HOUSTON, TX 77036 | |
| SHANNON L. REYNOLDS<br>4324 RABBIT BRUSH<br>ALBUQUERQUE, NM 87120 | 189.00 |
| SYLVIA CHAN<br>1050 ARTHUR AVE.<br>SAN LEANDRO, CA 94577 | 189.00 |
| ERIC ZHAO<br>1050 ARTHUR AVE<br>SAN LEANDRO, CA 94577 | 63.00 |
| LORENE N. HALL<br>66 ROUND VIEW DR.<br>BASSETT, VA 24055 | 98.16 |
| YOUQIN ZHOU<br>1050 ARTHUR AVE.<br>SAN LEANDRO, CA 94577 | 189.01 |
| YU LIAN TAO<br>827 GARFIELD STREET<br>SAN FRANCISCO, CA 94132 | 189.00 |
| CLARISSA Y. ZHAO<br>1050 ARTHUR AVE.<br>SAN LEANDRO, CA 94577 | 441.01 |
| KRUSE MARGUERTITE L.<br>P. O. BOX 7<br>SEDRO WOOLLEY, WA 98284 | 453.61 |
| CHRISTOPHER P. ERKEL<br>203 ESTATE DR. SOUTH<br>MANDEVILLE, LA 70448 | 226.36 |
| LAURA L. NEUBERT<br>PO BOX 21106<br>SHREVEPORT, LA 71156 | 262.35 |
| GUO RONG LI | 189.00 |

| Address | Amount |
|---|---:|
| 1508 TAYLOR ST APT 7<br>SAN FRANCISCO, CA 94133 | |
| TAO SHA<br>1525 S. MONTEREY STREET<br>ALHAMBRA, CA 91801 | 441.01 |
| ANDREA S. WEBB<br>535 LAKE MEDLOCK DR.<br>ALPHARETTA, GA 30022 | 305.34 |
| SHEILA R. DAUT<br>P. O. BOX 2485<br>14560 AVON ALLEN ROAD<br>MOUNT VERNON, WA 98273 | 466.21 |
| TINA M. WILLIAMS<br>P.O. BOX 271062<br>CORPUS CHRISTI, TX 78427 | 224.54 |
| THERON W. SIMMS JR.<br>1241 FLORIDA<br>CORPUS CHRISTI, TX 78404 | 218.68 |
| MAXINE A. MONTGOMERY RYAN<br>RT. 2 BOX 128<br>LINCOLN, KS 67455 | 154.84 |
| TAMALA A. DAY<br>7001 KINSGHOLLOW DRIVE<br>DALLAS, TX 75248 | 441.01 |
| JOSEPH P. MORGAN III.<br>202 SUMMIT POINTE WAY NE<br>ATLANTA, GA 31029 | 225.80 |
| DAVID C. HEIN<br>106 NELSON<br>SEDRO-WOOLLEY, WA 98284 | 478.18 |
| LIN ZHANG<br>27 BRAND STREET<br>ARLINGTON, MA 2174 | 189.00 |

| | |
|---|---|
| CARRIE A. SKAGGS<br>2245 KING ARTHUR BLVD. #21<br>BATON ROUGE, LA 70816 | 226.05 |
| YE FENG ZHU<br>9201 CLAREWOOD APT #172<br>HOUSTON, TX 77036 | 189.00 |
| JEAN B. AVERETTE<br>7734 BROKER AVE.<br>BATON ROUGE, LA 70817 | 218.24 |
| DAVID D. KELEHER<br>P.O. BOX 10850<br>PENSACOLA, FL 32524085 | 243.06 |
| YANLI ZHU<br>203N. RAYMOND AVE #C<br>ALHAMBRA, CA 91801 | 441.01 |
| RICHARD W. STEVENS<br>106 EDWARDS ST.<br>ABBEVILLE, LA 70510-4766 | 476.92 |
| JESUS A. MALDONADO<br>2206 ROSENDO GARCIA S.W.<br>ALBUQUERQUE, NM 87105 | 219.50 |
| RANDY C. VENABLE<br>416 NORTH TRAILWOOD<br>SULPHUR, LA 70663 | 441.01 |
| JUN GUAN<br>5126 CALHOUN APT 11<br>HOUSTON, TX 77021 | 243.01 |
| JOYCE E. BULLUCK<br>11819 HIGH DESERT CT.<br>JACKSONVILLE, FL 32218 | 219.12 |
| TIFFANY A. BRADSHAW<br>213 W. CANVILLE<br>ERIE, KS 66733 | 163.05 |

| | | |
|---|---|---|
| WEIPING HAN<br>32-15 DOWNING STREET<br>FLUSHING, NY 11354 | | 441.01 |
| HERMAN HODGES<br>1911 BLUEHAVEN CT.<br>SAN DIEGO, CA 92154 | | 351.99 |
| YI ZHEN LIAN<br>1435 1ST. AVE. APT 6<br>OAKLAND, CA 94606 | | 162.04 |
| SIULING YEUNG<br>43-16 BYRD STREET<br>FLUSHING, NY 11355 | | 126.00 |
| MAO LI<br>17821 JERSEY AVE.<br>ARTESIA, CA 90701 | | 441.01 |
| SUNK SUM<br>43-16 BYRD STREET<br>FLUSHING, NY 11355 | | 189.00 |
| SHU NGOK NL. LIM<br>2250 27TH AVE.<br>SAN FRANCISCO, CA 94116 | | 477.11 |
| ALICE S. CHU<br>3362 VISTAVIEW DR.<br>SAN JOSE, CA 95132 | | 441.01 |
| VIVIAN K HO<br>535 PIERCE STREET, UNIT 3311<br>ALBANY, CA  94706 | | 253.05 |
| DONNA J. MCCALLUM<br>BOX 922<br>SECHELT, BC V0N3A0<br>FOREIGN, FN 99999 | | 118.00 |
| JOHN E. KEEN<br>13544 NEW WOOD AVE<br>BATON ROUGE, LA 70818 | | 226.30 |

| | | |
|---|---|---|
| AARON S. WILLIS<br>200 ANDOVER<br>RAYNE, LA 70578 | | 189.00 |
| DOUGLAS F. HALL<br>6513 SEVEN LOCKS ROAD<br>CABIN JOHN, MD 20818 | | 224.28 |
| CHUN LANG SU<br>228 N. 9TH ST.<br>PHILADELPHIA, PA 19107 | | 478.05 |
| PAUL J. VERDE<br>400 PEACHTREE IND. BLVD<br>SUWANEE, GA 30024 | | 476.79 |
| THOMAS J WOODLEY<br>10611 DONOVAN'S HILL DRIVE<br>FAIRFAX STATION, VA 22039 | | 529.21 |
| JIANFENG GE<br>132 BERGEN ST.<br>HARRISON, NJ 07029 | | 195.30 |
| SHASTA A KEEN<br>13544 NEW WOOD AVE<br>BATON ROUGE, LA 70818 | | 100.30 |
| KAM WAH LAM<br>684 ONDERDONK AVE. APT 3F<br>RIDDGEWOOD, NY 11385 | | 493.40 |
| SHUHSIEN W. BATAMO<br>5731 GULFTON DR. APT. #2631<br>HOUSTON, TX 77081 | | 441.01 |
| PROSPERITY NETWORKING<br>1980 PARKSIDE AVE.<br>HILLSBOROUGH, CA 94010 | | 63.00 |
| JOHN A. LESLIE<br>2902 N. GESSNER<br>HOUSTON, TX 77080 | | 477.11 |

| | |
|---|---:|
| SHAHLA S. AMIN<br>3431 LOST VALLEY DRIVE<br>JONESBORO, GA 30236 | 477.80 |
| THOMAS B. WHEELER<br>111 EUGENIA AVE.<br>HODGENVILLE, KY 42748 | 441.01 |
| LORAH L. BENWELL<br>215 N WALL ST<br>MT VERNON, WA 98273 | 479.19 |
| MICHELLE W. JACKSON<br>5560 POLLMAN COURT<br>COLUMBUS, GA 31907 | 477.80 |
| XIAOKUI KATIE SHAN<br>155 NORTH HARBOR DRIVE, #3111<br>CHICAGO, IL 60601 | 441.01 |
| MCKENNEY RAYMOND N.<br>P.O. BOX 26686<br>GREENVILLE, SC 29616 | 30.24 |
| YUAN ZHU<br>724 S. CHAPEL AVE.#13<br>ALHAMBRA, CA 91801 | 189.00 |
| JIE CAO<br>724 S. CHAPEL AVE. #13<br>ALHAMBRA, CA 91801 | 63.00 |
| BGO-PLC<br>1895 GREAT OAK RD.<br>FOREST, VA 24551 | 107.23 |
| YOU NING ZHANG<br>8811 FORT HAMILTON<br>BROOKLYN, NY 11209 | 441.01 |
| XUEZHU TONG<br>355 BARD AVE., APT 5F<br>STATEN ISLAND, NY 10310 | 81.80 |

| | | |
|---|---|---|
| MICHAEL A CASTINO<br>1041 W. BERWYN<br>CHICAGO, IL 60640 | | 189.00 |
| ROY F. DICKEY<br>5402 PENINSULA WAY<br>GARLAND, TX 75043 | | 478.37 |
| DERRILL H. METHVIN<br>373 PINCHBACK<br>BEAUMONT, TX 77707 | | 100.36 |
| CINDY SANDERSON<br>ROUTE 1 BOX 433<br>PEMBROKE, NC 28372 | | 218.93 |
| DANIEL R. PHELPS<br>1145 MEADOW PERCH COURT<br>LAWRENCEVILLE, GA  30043-6688 | | 532.74 |
| PAMELA E TAYLOR<br>422 PLEASANT ROAD<br>CAMP HILL, AL 36850 | | 225.04 |
| CATHERINE E CLARK<br>1098 E. WINSLOW<br>MERIDAN, ID 83642 | | 50.97 |
| LOIS SCHNEIDER<br>210 S. WATER APT. 43<br>OLATHE, KS 66061 | | 478.00 |
| ROBERT C. CRISP<br>2810 WINDRUSH LANE<br>ROSWELL, GA 30076 | | 441.01 |
| DANEIL C. CHEN<br>14 MILL BROOK RD.<br>PISCATAWAY, NJ 8854 | | 441.01 |
| JOEL R. UNDERWOOD<br>POST OFFICE BOX 134<br>MONTEZUMA, GA 31063 | | 477.80 |

| | |
|---|---|
| KEVIN B. HESTER<br>2337 PITTS RD.<br>ELON COLLEGE, NC 27244 | 217.86 |
| LULA D. WEBB<br>303 OLD BOSTON RD.<br>TEYARKANA, TX 75501 | 108.89 |
| ALAN B. MALKIN<br>1790 FRONT STREET APT #25<br>EAST MEADOW, NY 11554 | 63.00 |
| CATHY M. GROUCHY<br>2879 DRUSILLA LANE<br>BATON ROUGE, LA 70806 | 69.30 |
| YUN HUANG<br>1214 POLK ST.APT.304<br>SAN FRANCISCO, CA 94109 | 378.01 |
| SHUI-JIAO XU<br>1831 S. 8TH ST.<br>PHILADELPHIA, PA 19148 | 189.00 |
| CHARITY JAMISON<br>2966 HAKALA HILLS DR.<br>TRAVERSE CITY, MI 49686 | 225.80 |
| XINGSHENG LI<br>26 NEW BROOKLYN RD.<br>EDISON, NJ 8817 | 243.15 |
| ANIL A. ALLY<br>1122 WARD AVE.<br>BRONX, NY 10472 | 63.00 |
| RUSSELL KENT ZUSI<br>113 SUMMER CROSSING<br>DUNWOODY, GA 30350 | 170.10 |
| LI LAN<br>321 BRIELLE AVE.<br>STATEN ISLAND, NY 10314 | 260.57 |

| | |
|---|---:|
| DIANE REIN<br>1401 LAKE AVENUE #E2<br>METAIRIE, LA 70005 | 63.00 |
| JUN TANG<br>139-25 31 ROAD<br>FLUSHING, NY 11354 | 378.01 |
| HEATHER N. MORRIS<br>9249 BRADFORD PLACE<br>MONTGOMERY, AL 36117 | 226.30 |
| PING WU<br>40-35 72ND ST.APT.4C WOODSIDE<br>QUEENS NY, NY 11377 | 189.00 |
| LAIPING WONG<br>52-06 94 ST.<br>QUEENS, NY 11373 | 233.11 |
| JAMES R RATCLIFF<br>8945 GAYLORD ST., #218<br>HOUSTON, TX 77024 | 71.98 |
| SHELLEY A. WELLS<br>115 K. ST. SW.<br>QUINCY, WA 98848 | 189.00 |
| KAY SCHOLLIAN<br>8024 FRONTAGE ROAD<br>IOWA, LA 70647 | 100.36 |
| VENICE WALLS<br>100 RIDGECREEK RD.<br>THOMASTON, GA 30286 | 414.80 |
| PREM S. GILLAR<br>379 EAST 59TH AVE<br>VANCOUVER, BC V5X1X8<br>FOREIGN, FN 99999 | 278.84 |
| JEFF[BAOLIANG] ZHANG<br>P.O. BOX 525240<br>FLUSHING, NY 11352 | 189.00 |

| | |
|---|---:|
| MERL B. LINDNER<br>BOX 633<br>GARDEN CITY, KS 67846 | 477.97 |
| ANNE M. WOOTEN<br>5540 ROSEMARY ROAD<br>MT OLIVE, AL 35117 | 110.13 |
| DAVID E. FIERCE<br>4444 ORMOND TRACE<br>MARIETTA, GA 30066 | 530.32 |
| RUTH O. HUNTER<br>15602 LAONA COVE<br>AUSTIN, TX 78717 | 63.00 |
| ANDREA MOORE<br>537 COMMERICAL ST<br>NEOSHO RAPIDS, KS 66864 | 17.12 |
| GUAN YING LEI<br>108 ELISE TERRANCE DRIVE<br>NORTH YORK, ON M2R2X1<br>FOREIGN, FN 99999 | 189.00 |
| STELLA A. DIXON<br>4579 OLD HOBOKEN ROAD<br>BLACKSHEAR, GA 31516 | 471.50 |
| DAI WANG<br>410 MELODY LANE<br>CARY, NC 27513 | 441.01 |
| ZHIYONG FU<br>314-1001 MAIN ST. W.<br>HAMILTON, ON 18S 1A9<br>FOREIGN, FN 99999 | 189.00 |
| MABEL DIXON<br>3524 PINE LOG RD<br>LUMBERTON, NC 28360 | 218.93 |
| BARRY HAWKINS<br>11506 FREMANTLE DRIVE<br>CINCINNATI, OH 45240 | 93.30 |

| | |
|---|---:|
| ALICE JOHNSON ANTIOCH<br>1313 ECHO GLEN RD.<br>CHARLOTTE, NC 28213 | 471.12 |
| STACY HILLARD<br>205 WEDGEWOOD ARMS<br>GREENVILLE, NC 27258 | 218.93 |
| SHIRLEY WILLIAMS<br>529 MURRAY STREET<br>MARION, SC 29571 | 218.93 |
| PAUL LEBLANC<br>233 WOODVALE AVENUE<br>LAFAYETTE, LA 70503 | 199.71 |
| LINDA S. CROUCH<br>1132 CHESTNUT DRIVE<br>LONGMONT, CO 80503 | 225.80 |
| RAYMOND E BURNS<br>1230 N KIGER ROAD<br>INDEPENDENCE, MO 64050 | 517.16 |
| JOSHUA R. WHELLAMS<br>5475 SILVER HILLS CR.<br>SPARKS, NV 89431 | 189.00 |
| JIAN J. CHEN<br>165 VILLAGE GREENWAY W<br>NORTH YORK, ON M2J1L1<br>FOREIGN, FN 99999 | 189.00 |
| CATHERINE A. MCGAUGHY<br>4528 LAKE BREEZE DRIVE<br>MORGANTON, NC 28655 | 220.50 |
| VU LUAN CHUNG<br>3335 VENABLE STREET<br>VANCOUVER, BC V5K 2S7<br>FOREIGN, FN 99999 | 189.00 |
| PAMELA K YOUNG | 16.96 |

| | |
|---|---:|
| 305 N ROSEWOOD COURT<br>COUPEVILLE, WA 98926 | |
| DOROTHY E. WHITAKER<br>2 MAGNOLIA DR. SOUTH<br>ORMAND BEACH, FL 32174 | 504.01 |
| STEPHEN G. LOWE<br>1288 BROOKSHIRE LANE<br>ATLANTA, GA 30319 | 32.33 |
| SHANFA YAN<br>243 SARGENT ST.<br>SAN FRANCISCO, CA 94132 | 441.01 |
| YANG QING ZHENG<br>128 HESTER ST #4<br>NEW YORK, NY 10002 | 477.11 |
| PETER CHAN<br>P. O. BOX 2034<br>LAGUNA HILLS, CA 92654 | 107.62 |
| LI LI<br>509 VALLEY AVE. #208<br>BIRMINGHAM, AL 35209 | 441.01 |
| TRACY LIN<br>51-24 HILLYER ST.<br>ELMHURST, NY 11373 | 195.31 |
| SHAN REN<br>145 ESSEX STREET APT C<br>NEW YORK, NY 10002 | 195.30 |
| BONNIE L. BLUM<br>1520 TENNESSEE<br>LAKE CHARLES, LA 70607 | 478.43 |
| JOSEPH E. SCRAGGS<br>8514 PINE SHORES DR.<br>HUMBLE, TX 77346 | 181.91 |
| LESLEY A. DORSEY | 100.30 |

| | |
|---|---:|
| 3062 NORTH COLONIAL DRIVE<br>MONTGOMERY, AL 36111 | |
| ELAINE KEY<br>103 HICKORY LN.<br>DENTON, TX 76205 | 499.71 |
| SONNY PAYNE<br>7 EARLHAM<br>FRIENDWOOD, TX 77546 | 441.01 |
| OPAL L. DUKE<br>7 EARLHAM<br>FRIENDSWOOD, TX 77546 | 132.30 |
| HUA CHEN<br>153-17 59TH AVENUE<br>FLUSHING, NY 11355 | 154.73 |
| ROZ NANDA<br>1214 BANKS<br>HOUSTON, TX 77006 | 478.37 |
| RANI NANDA<br>1214 BANKS<br>HOUSTON, TX 77006 | 226.36 |
| LINDA M. EDMUNDS<br>5399 WYNHALL DR.<br>NORCROSS, GA 30071 | 224.54 |
| BRIAN E. WELCH<br>1006-C SUMMER BRAZOS<br>COLLEGE STATION, TX 77840 | 100.36 |
| JENNIFER K. REDDING<br>303 S 20TH AVE APT B<br>BOZEMAN, MT 59715 | 98.29 |
| ANITA BROWN<br>2902 WESDELL LANE NW<br>CLEVELAND, TN 37312 | 295.98 |
| O'DANIEL JAMES H | 478.43 |

| | |
|---|---:|
| 1520 TENNESEE STREET<br>LAKE CHARLES, LA 70607 | |
| JOYCE & HOWARD KEYES<br>334 CHRISTOFFERSON LN.<br>CORVALLIS, MT 59828 | 214.20 |
| MICKIE S. ALLRED<br>6264 ASBURY GLIMP RD.<br>RIPLEY, TN 38063 | 226.49 |
| NORMAND MARCOTTE<br>330 BONNEVILLE<br>ST-MATHIEU LAPRAIRI, PQ J0L2H0<br>FOREIGN, FN 99999 | 279.43 |
| PENNY A. LINDELL<br>130 WILD ROSE LANE<br>ROCKSPRINGS, WY 82901 | 88.20 |
| ASIF ALLY<br>1122 WARD AVENUE<br>BRONX, NY 10472 | 189.00 |
| ELLA ZIMMERMAN<br>23 TIMBER ROCK RD<br>GAITHERSBURG, MD 20878 | 224.16 |
| LOIS ZAKOWICZ<br>418 HIGHLAND RD.<br>POTTSTOWN, PA 19464 | 166.32 |
| RENATE G CARNAL<br>305 HUDSON CIRCLE<br>OZARK, AL 36360 | 477.04 |
| SHUHUI ZHANG<br>132-59 MAPLE AVENUE 2 FL<br>FLUSHING, NY 11355 | 503.68 |
| XIAOHONG HU<br>31 SEQUOIA DRIVE<br>DAYTON, NJ 8810 | 126.00 |

| | | |
|---|---|---|
| SHEILA D. JEFFERSON<br>8518 SANDY GLEN LANE<br>HOUSTON, TX 77071 | | 219.54 |
| MARILYN F. BEECH<br>333 CONNELL<br>MISSOULA, MT 59801 | | 254.78 |
| MCGAHEY II. HAYSE<br>714 CRESTVIEW DRIVE<br>SPRINGFIELD, TN 37172 | | 63.00 |
| BEILING HUANG<br>36 GORHAM ST.<br>CAMBRIDGE, MA 2138 | | 189.00 |
| WEI RONG<br>4313 8 AVE., 2ND FLOOR<br>BROOKLYN, NY 11232 | | 189.00 |
| JENNIFER L. RIDGE VAN WINKLE<br>907 E. 3RD STREET<br>LEHIGH, FL 33972 | | 471.25 |
| BETH C. ALEXANDER<br>107B WEST ASHLEY<br>JEFFERSON CITY, MO 65101 | | 302.41 |
| HELEN T FISHER<br>1211 LARKHALL CT<br>CARY, NC 27511 | | 25.20 |
| NGAICHIU YUEN<br>42-64 SAULL STREET<br>FLUSHING, NY 11355 | | 189.00 |
| STEVE R. KLIMES<br>1022 CEDAR FOREST CT.<br>STONE MOUNTAIN, GA 30083 | | 63.00 |
| SAM S. CHEN<br>660 BUSH ST. #B1<br>SAN FRANCISCO, CA 94108 | | 189.01 |

| | |
|---|---|
| GUO HUA SU<br>9 FOWLER ST<br>STAMFORD, CT 6905 | 217.86 |
| TRINH TU DIEP<br>9662 MADISON CIR.<br>GARDEN GROVE, CA 92844 | 441.01 |
| ADRIA D. JENKINS<br>8555 FAIR OAKS XING #411<br>DALLAS, TX 75243 | 226.36 |
| KARLENE A. IVY<br>3135 W. 32ND S.<br>WICHITA, KS 67217 | 100.60 |
| LAN LI<br>321 BRIELLE AVE.<br>STATEN ISLAND, NY 10314 | 235.37 |
| KENNETH R. HAYES<br>9309 MARS AVENUE<br>CORPUS CHRISTI, TX 78409 | 441.01 |
| CHRISTOPHER R. HAYES<br>9309 MARS AVE<br>CORPUS CHRISTI, TX 78409 | 224.98 |
| TONG FU<br>58-44 136TH STREET<br>FLUSHING, NY 11355 | 69.30 |
| YA DAN LIANG<br>12050 CLORA PL.<br>EL MONTE, CA 91732 | 63.00 |
| GILES C. TUCKFIELD<br>721 AMIGOS WAY #8<br>NEWPORT BEACH, CA 92660-3072 | 322.23 |
| MAJOR S. GILL<br>3569 TRETHEWEY STREET<br>ABBOTSFORD, BC V2T5A9<br>FOREIGN, FN 99999 | 592.59 |

| | |
|---|---:|
| DANIEL A. JACOB<br>2807 BINKLEY #108<br>DALLAS, TX 75205 | 478.37 |
| TUFFY HUDSON<br>2334 PARKWOOD<br>PORTLAND, TX 78374 | 1,696.85 |
| RENE J. FOURNET<br>3105 ARLINGTON ST.<br>JEFFERSON, LA 70121 | 218.93 |
| TERRI J. HEBARD<br>2420 9TH AVENUE<br>LEWISTON, ID 83501 | 568.30 |
| ALEXANDER T. PIEHET<br>2341 TORTOISE DR<br>MANDEVILLE, LA 70448 | 88.20 |
| SHANNON FRITH<br>114 SANDAL LOT #4<br>WEST MONROE, LA 71292 | 112.14 |
| GARY E. CATHCART<br>3376 FOREST GLEN DRIVE<br>CHARLESTON, SC 29414 | 476.54 |
| MARIA ACOSTA<br>14651 S.W. 50. ST.<br>MIAMI, FL 33175 | 408.22 |
| TODD J RONEY<br>8209 320TH PL NW<br>STANWOOD, WA 98292 | 476.99 |
| MING XING HUANG<br>92-18 52 AVE<br>ELMHURST, NY 11373 | 195.30 |
| MARLA LEE SIWIERKA<br>2943 COLONY DRIVE<br>SUGAR LAND, TX 77479 | 7.98 |

| | |
|---|---:|
| THAM AH FATT<br>257 CLINTON STREET, #11D<br>NEW YORK, NY 10002 | 226.28 |
| ZHENBO LI<br>2355 63 ST APT 2F<br>BROOKLYN, NY 11204 | 189.00 |
| KEVIN E. DOIDGE<br>2186 MAUREEN DR.<br>FERNDALE, WA 98248 | 635.66 |
| KEITH BASS<br>P.O. BOX 3513<br>VALDOSTA, GA 31604 | 100.80 |
| LESLIE D. HAWKINS<br>30 SHALLOWFORD ROAD<br>KENNESSAW, GA 30144 | 74.34 |
| YEW EAN LAU<br>257 CLINTON STREET, #11D<br>NEW YORK, NY 10002 | 225.10 |
| SUSAN L GUTHRIE<br>46 GOLDEN OAKS LANE<br>FLETCHER, NC 28732 | 469.67 |
| SHARON K. O'BRIEN<br>2321 VIRGINIA AVENUE<br>EVERETT, WA  98201 | 126.00 |
| ANITA RAMSEY<br>3017 CATALPA<br>GARLAND, TX 75044 | 604.37 |
| JING ZHAO<br>125-16 83RD DR. APT 1C<br>KEW GARDENS, NY 11415 | 470.81 |
| Total | 87,533.94 |

     2.     That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.


DATED:     May 12, 2008


/s/Holmes P. Harden
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300