UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: | CASE NO: |
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## **REPORT ON UNCLAIMED DIVIDENDS**

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1.    That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| CHRIS D. SCHELLING<br>5110 HWY 2 E LOT C19<br>MINOT, ND 58701 | 388.60 |
| BARBARA J. TURNER<br>1885 HOLLOW TRACE WAY NW<br>NORCROSS, GA 30071 | 577.60 |
| KANG XIA<br>101 BUTLER ST. #1F<br>BROOKLYN, NY 11231 | 189.00 |
| YOLANDA H. RADOC<br>1260 38TH AVE. N<br>SAN FRANCISCO, CA 94122 | 63.00 |
| FELISA R. TURNER<br>925 WEST BASELINE RD. #105-K8<br>TEMPE, AZ 85283 | 955.60 |
| LAURA L. JONES<br>81 DANIEL BATHON DRIVE<br>ELKTON, MD 21921 | 447.31 |

| | |
|---|---:|
| LIU LING<br>16E-6128 PATTERSON AVE<br>BURNABY, BC V5H4P3<br>FOREIGN, FN 99999 | 189.00 |
| JIA NING TAN<br>6013 20TH AVE<br>BROOKLYN, NY 11204 | 63.01 |
| AMY S MCDANIEL<br>814 LANE<br>CLAY CENTER, KS 67432 | 63.00 |
| BIZNET INTERNATIONAL NETWORKIN<br>5858 WEST RIVERBEND LANE<br>BOISE, ID 83703 | 504.01 |
| DYNAMIC MARKETING SOLUTIONS<br>5858 WEST RIVERBEND LANE<br>BOISE, ID 83703 | 252.01 |
| MICHAEL H. MCKITRICK<br>5858 W. RIVERBEND LN<br>BOISE, ID 83703 | 660.25 |
| MARIA J. BOWLES<br>957  S. CHESTER<br>COLVILLE, WA 99114 | 441.01 |
| PAULETTE SHAW<br>313 SEA GATE<br>PORTLAND, TX 78374 | 189.00 |
| KIRAN TIWANA<br>13368-61 A AVE.<br>SURREY, BC V3X1L9<br>FOREIGN, FN 99999 | 230.58 |
| YOON-MEE CHANG<br>#306 - 13201 GREENWOOD AVE<br>SEATTLE, WA 98133 | 63.00 |
| FAYE H LIAO<br>80-11 WOODHAVEN BLVD<br>GLENDALE, NY 11385 | 189.00 |

| | |
|---|---:|
| HONG LI<br>16 BELLE TERRACE<br>BELLEVILLE, NJ 07109 | 63.00 |
| ROY W. PATE<br>105 31ST AVENUE NORTHEAST<br>MOULTRIE, GA 31776 | 942.25 |
| STEPHANIE D. KNOWLTON<br>962 GLEN ARDEN WAY<br>ATLANTA, GA 30306 | 476.54 |
| KEVIN T. ARMSTEAD<br>707 E. FIRST ST<br>NEW IBERIA, LA 70560 | 478.81 |
| ANGELINA BROUSSARD<br>707 E. FIRST STREET<br>NEW IBERIA, LA 70560 | 478.81 |
| ELIAS JOHN HENRY, JR.<br>1103 ABRAHAM ROY<br>NEW IBERIA, LA 70560 | 100.05 |
| HILDA EVANS<br>707 E. FIRST STREET<br>NEW IBERIA, LA 70560 | 226.05 |
| CAROLYN WEISLEDER<br>1117 N. SATURN AVE<br>CLEARWATER, FL 33755 | 268.42 |
| ALETHIA M. CORNEIL<br>275 EASY ST.<br>MISSOULA, MT 59802 | 98.28 |
| BEVERLY A. MORTIMER<br>433 VALLEYMEADE DR.<br>KERNERSVILLE, NC 27284 | 478.43 |
| LI CHENG<br>141 W. CLINTON AVE.<br>BERGENFIELD, NJ 7621 | 189.00 |
| JANICE A. CARSON | 476.73 |

| | |
|---|---:|
| 3619 MARION COURT<br>INDEPENDENCE, MO 64055 | |
| DOROTEA N MAGTANGOB<br>5570 MISSION STREET #9<br>SAN FRANCISCO, CA 94112 | 63.00 |
| FABIOLA DUMPIT<br>338 LINFIELD DRIVE<br>VALLEJO, CA 94589 | 63.00 |
| DAVID RYLEY<br>526 3RD AVE #2<br>BROOKLYN, NY 11215 | 243.12 |
| D. SHAH PRABHAV<br>57-54 VAN DOREN STREET, 1ST FL<br>CORONS, NY 11368 | 151.20 |
| CYNTHIA A. LAWRENCE<br>527 NORTH VILLAGE CREEK PARKWAY,<br>NO. 1B<br>LUMBERTON, TX 77657 | 226.30 |
| JOAN T. SIGMAN<br>6404 CYPRESS POINT DRIVE<br>PLANO, TX 75093 | 108.36 |
| JOHNNY LUU<br>517 EAST 12 ST. APT.#7<br>NEW YORK, NY 10009 | 441.01 |
| NORMAN A. GILKEY<br>2716 206TH AVE CT E.<br>SUMNER, WA 98390 | 259.87 |
| YUNHUI ZHANG<br>58-46 MAIN ST., 1F<br>FLUSHING, NY 11355 | 477.17 |
| WEIWEN HUANG<br>162-09 43 AVENUE<br>FLUSHING, NY 11358 | 441.01 |
| MARK TIEN<br>1357 64TH STREET | 218.81 |

| | |
|---|---:|
| BROOKLYN, NY 11219 | |
| TERRY D. BALLARD<br>1038 S. PITT<br>OLATHE, KS 66061 | 94.27 |
| ROYCE G. O'DONNELL<br>3413 HANFORD LANE<br>BIRMINGHAM, AL 35226 | 485.87 |
| L. COLEMAN MARTEZ<br>3201 CLAPMAN ROAD<br>ANTIOCH, TN 37013 | 225.10 |
| QUN QIU<br>57-26 KISSENA BLVD.<br>FLUSHING, NY 11355 | 504.01 |
| JOHN T. CHANG<br>71-21 70ST GLENDALE<br>QUEENS, NY 11385 | 189.00 |
| ZI W. PENG<br>71-21 70 ST. GLENDALE<br>QUEENS, NY 11385 | 189.00 |
| BRANTLEY A. FOSTER<br>P.O. BOX 142<br>BRENT, AL 35034 | 470.24 |
| SUSAN SPENCE<br>5826 DIANNE ST.<br>SHREVEPORT, LA 71119 | 466.21 |
| JYL C. BARNETT<br>31-A SOUTHERN COURT<br>STATESBORO, GA 30458 | 476.79 |
| EVELYN L. MILLS<br>11815 DUCK CIRCLE<br>SPOTSYLVANIA, VA 22553 | 252.01 |
| JODY A. BENJAMIN<br>1437 TILLAMACK<br>BILLINGS, MT 59101 | 224.28 |

| | | |
|---|---|---:|
| DAMON L. SOPER<br>RR BOX 107 FUHRMAN ROAD<br>LARSLAN, MT 59244 | | 217.98 |
| INFINITY MARKETING<br>8000 HWY 20 WEST STE. #D102-<br>MADISON, AL 35758 | | 630.01 |
| MARK A YATES<br>2127 N. HARRISON ST<br>ARLINGTON, VA 22205 | | 714.68 |
| ROCK T. WHITE<br>18403 IVAN ST. SW<br>ROCHESTER, WA 98579 | | 1,083.62 |
| CUI JIN WANG<br>1905 5TH AVE. APT #1<br>OAKLAND, CA 94606 | | 189.00 |
| XIAO QING MEI<br>53 COLUMBUS AVE #201<br>SAN FRANCISCO, CA 94111 | | 189.00 |
| YUHENG LIN<br>1368 SUTTER ST.<br>SAN FRANCISCO, CA 94109 | | 189.00 |
| DENNIS C. JONES<br>160 AUTUMN LANE<br>KALISPELL, MT 59901 | | 189.00 |
| QING SONG ZHOU<br>43-70 KISSENA BLVD #14M<br>FLUSHING, NY 11355 | | 441.01 |
| YUAN CAO ZHANG<br>43-70 KISSENA BLVD. #14M<br>FLUSHING, NY 11355 | | 441.01 |
| JUDY C. HO<br>23506 NE. 24TH COURT<br>REDMOND, WA 98053 | | 99.19 |
| TAMMY E. SLOAN<br>7183 BROOKWOOD VALLEY CIR NE | | 470.93 |

| | |
|---|---|
| ATLANTA, GA 30309 | |
| DANIEL R RODREICK<br>3855 CEDAR VALLEY DRIVE<br>HELENA, MT 59602 | 476.29 |
| LINDA KENDZIORRA<br>14680 EAGLES LOOKOUT COURT<br>FT MYERS, FL 33912 | 214.20 |
| BOBBY L. GANT<br>3622 COLUMBINE DR<br>AUGUSTA, GA 30906 | 470.24 |
| DAVID SCOTT BLACKEWLL<br>2408 MAGAZINE ST. APT. A<br>NEW ORLEANS, LA 70130 | 548.31 |
| KIM V ADDISON<br>3622 COLUMBINE DRVIE<br>AUGUSTA, GA 30906 | 425.13 |
| SHANA NORWOOD<br>3622 COLUMBINE DR.<br>AUGUSTA, GA 30906 | 242.43 |
| JANICE Y. YU<br>258 NAPLES ST.<br>SAN FRANCISCO, CA 94112 | 189.01 |
| SUSAN D. HAWKE<br>2735 GOODWIN<br>BUTTE, MT 59701<br>59701 | 189.00 |
| KAREN P. ROBERTS<br>1500 STAPLES STREET #13<br>RADFORD, VA 24141 | 224.03 |
| CHARLENE GOBER<br>8120 ROYAL ST GEORGE'S<br>DULUTH, GA 30097 | 98.54 |
| WEN-HWEI KWAN<br>17 MCKINLEY ST.<br>EDISON, NJ 8820 | 476.54 |

| | |
|---|---:|
| BENNIE O. HASTINGS<br>5112 CRESTWOOD<br>ALEXANDRIA, LA 71301 | 92.23 |
| LISHA LI<br>621 OVERBROOK RD.<br>BALTIMORE, MD 21212 | 189.01 |
| MARK HENRIE<br>1865 MAPLE VIEW DR.<br>BOUNTIFUL, UT 84010 | 92.27 |
| HAINING GU<br>600 ASHWOOD AVE.<br>ROSELLE PARK, NJ 7204 | 189.00 |
| PRISCILLA M. BOND<br>1099 TOWNE LAKE HILLS EAST<br>WOODSTOCK, GA 30189 | 477.55 |
| TIMOTHY L. FEW<br>360 SEDGEFIELD DRIVE<br>MARTINSVILLE, VA 24112 | 522.54 |
| BETTY J. PITTMAN<br>401 CINDY WAY<br>DESOTO, TX 75115 | 226.37 |
| SCOTT R. WAGNER<br>C/O JUANTIA S. GATCH<br>128-C ASHLEY VILLA CIRCLE<br>CHARLESTON, SC 29414 | 63.00 |
| MING HAI ZHOU<br>1579 LA SALLE AVENUE<br>SAN FRANCISCO, CA 94124 | 189.00 |
| JULIE ZHOU CHU<br>1579 LA SALLE AVE.<br>SAN FRANCISCO, CA 94124 | 470.87 |
| THOMAS SHEA<br>210 OAK RIDGE DRIVE SOUTH<br>ENTERPRISE COFF, AL 36330 | 477.05 |

| | |
|---|---:|
| KELLEY R. NICOSIA<br>6321 PURINGTON AVENUE<br>FORT WORTH, TX 76112 | 295.94 |
| HAZEL V. LITCHFIELD<br>612 E 9TH<br>PITTSBURG, KS 66762 | 63.00 |
| VIC P. MENDE<br>1987 QUAIL HOLLOW ROAD<br>MORRISTOWN, TN 37814 | 225.10 |
| SUSAN S LIU<br>11823 BUSHMILLS RD<br>DALLAS, TX 75243 | 92.80 |
| GURMIT SINGH<br>3405 TALBOT RD S<br>RENTON, WA 98055 | 563.02 |
| SAISRI LO<br>377 W WOODRUFF AVE<br>ARCADIA, CA 91007 | 819.52 |
| LAN MA<br>147-47 BARCLAY AVE. #2M<br>FLUSHING, NY 11355 | 441.01 |
| EARLINE R. CARTER<br>500 AUGUSTA ST.<br>WEST COLUMBIA, SC 29169 | 269.33 |
| JIAO Y. LAN<br>1831 S. 8TH ST.<br>PHILADELPHIA, PA 19148 | 189.00 |
| ENRIGUE LONGORIA<br>6529 INWOOD RD.<br>DALLAS, TX 75209 | 441.01 |
| MICHELLE E. RICHARD<br>21289 CONSTANCE RD.<br>IOWA, LA 70647 | 100.49 |
| INC. NOS REVES<br>8024 FRONTAGE RD. | 100.39 |

| | |
|---|---|
| IOWA, LA 70647 | |
| WEI BIAN<br>4018 PENN MAR AVE. #A<br>EL MONTE, CA 91732 | 63.00 |
| JERRY W. MARTIN<br>111 FARMINGTON CT<br>MARTINSVILLE, VA 24112 | 504.51 |
| SHUQIN LIU<br>3522 BEECH AVE. # C<br>BALTIMORE, MD 21211 | 189.01 |
| KOLO HSIN<br>6108 RIPPLING WATER WALK<br>CLARKSVILLE, MD  21029 | 189.00 |
| R. W. CHESHIER<br>390 MONMOUTH DRIVE<br>MILPITAS, CA 95035 | 476.98 |
| MARIO R. GUERRA<br>121 FAIRVIEW<br>RIO GRANDE, TX 78582 | 63.00 |
| MARIO R. GUERRA<br>121 FAIRVIEW<br>RIO GRANDE CITY, TX 78582 | 224.98 |
| ADELFA R. GUERRA<br>121 FAIRVIEW<br>RIO GRANDE CITY, TX 78582 | 63.00 |
| ALMA GUERRA<br>119 FAIRVIEW<br>RIO GRANDE, TX 78582 | 63.00 |
| MARIO R. GUERRA<br>121 FAIRVIEW<br>RIO GRANDE CITY, TX 78582 | 189.01 |
| SANDRA K. KWANT<br>489-A LETHA PL.<br>CAMANO IS, WA 98292 | 441.01 |

| | | |
|---|---|---|
| N-RA GONG<br>532 36TH AVE<br>SAN FRANCISCO, CA 94121 | | 189.00 |
| YUK HING LEUNG<br>532 36TH AVE<br>SAN FRANCISCO, CA 94121 | | 189.01 |
| HELEN TSOI<br>532 36TH AVENUE<br>SAN FRANCISCO, CA 94121 | | 189.00 |
| WENDY WAN ZHEN HUANG<br>916 PACDIFIC AVE #8<br>SAN FRANCISCO, CA 94133 | | 189.00 |
| MAN FONG HO<br>2564 OLMSTEAD COURT<br>SAN FRANCISCO, CA 94080 | | 189.00 |
| SANDRA G. JOE<br>1201 19TH AVE.<br>SAN FRANCISCO, CA 94122 | | 302.41 |
| KATHY GONG<br>1201 19TH AVENUE<br>SAN FRANCISCO, CA 94122 | | 378.01 |
| STEVE KUPLESKY<br>296 CHRISTINE LANE<br>SIMMESPORT, LA 71369 | | 477.05 |
| TERRIE HUTSON<br>405 BOLERO COURT<br>RUNAWAY BAY, TX 76426 | | 273.90 |
| D'DEE A. LANE<br>1901 TANGLEWOOD BLVD.<br>WICHITA FALLS, TX 76309 | | 100.36 |
| LATIVIA WHITTLESEY<br>974 SISTRUNK CT.<br>COLUMBUS, GA 31907 | | 224.54 |
| CARYN C. BARECICH<br>354 WOODBROOK CREST | | 476.79 |

| | |
|---|---:|
| CANTON, GA 30075 | |
| RUTH BURLEIGH<br>12003 BINGHAMPTON<br>HOUSTON, TX 77089 | 93.16 |
| ELISABETH A. GUFFEY<br>311 VALLEY FORGE COURT<br>LAVERGNE, TN 37086 | 441.01 |
| STEPHANIE J. DUHON<br>1218 TEXAS STREET<br>SULPHUR, LA 70663 | 478.43 |
| LINDA LO<br>377 W. WOODRUFF AVE.<br>ARCADIA, CA 91007 | 37.71 |
| M. BEN LO<br>377 W. WOODRUFF AVE.<br>ARCADIA, CA 91007 | 75.42 |
| STEPHEN K. LO<br>377 W. WOODRUFF AVE.<br>ARCADIA, CA 91007 | 56.57 |
| DAVID A. LEMASTERS<br>1026 HOWLAND SPRINGS BLVD. SE<br>WARREN, OH 44484 | 477.74 |
| XIAO LI JIN<br>34-51 106TH 3RD FLOOR<br>CORONA, NY 11368-1229 | 485.46 |
| LYNETTE TAYLOR<br>440 POND PATH<br>SETAUKET, NY 11733 | 173.38 |
| RYAN W DOOD<br>440 POND PATH<br>SETAUKET, NY 11733 | 63.00 |
| POH-LIN LIM<br>41-27 FORLEY ST. #2 FL<br>ELMHURST, NY 11373 | 477.11 |

| | | |
|---|---|---:|
| ENTERPRISES SHOKARG<br>15456-99A AVE.<br>SURREY, BC V3R9H4<br>FOREIGN, FN 99999 | | 479.20 |
| INEZ C. VANCE<br>625 ALLEN STREET<br>DUNCAN, OK 73533 | | 562.60 |
| JAMES SCOTT JOHNSON<br>1256 CENTER STREET<br>PORT TOWNSEND, WA 98368 | | 478.28 |
| RICK FLEMING<br>291 ROLLING HILLS LN.<br>MOCKSVILLE, NC 27028 | | 239.65 |
| WILLIAM E. HOLLANDSWORTH<br>87 BIRCHLEAF CIRCLE<br>BASSETT, VA 24055 | | 224.16 |
| MICHAEL L. NORRIS<br>2314 RECKORD RD.<br>JOPPA, MD 21085 | | 441.01 |
| SYLVIA T. HUA<br>1280 PECOSWAY<br>SUNNYVALE, CA 94089 | | 472.07 |
| BARBARA A. BONNER<br>426 CAVIAR DRIVE<br>FORT WALTON BEA, FL 32548 | | 471.12 |
| TOMMY R. HOLBROOK<br>4823 BAKER PLANTATION DR.<br>ACWORTH, GA 30101 | | 224.28 |
| THERESA MICHALSKI<br>25467 YOUNTVILLE<br>LAKE FOREST, CA 92630 | | 98.97 |
| ELLIS NEDERHOFF<br>BOX 191<br>ROULEAU, SK S0G4H0<br>FOREIGN, FN 99999 | | 120.71 |

| | | |
|---|---|---|
| JESSIC JIANG<br>136-73 41ST AVE. #3A<br>FLUSHING, NY 11355 | | 223.02 |
| JACKIE V. RUSSELL<br>348 EDGEHILL<br>PLEASANTON, TX 78064 | | 478.24 |
| CESAR BASALLO<br>1260 38TH STREET<br>SAN FRANCISCO, CA 94122 | | 63.00 |
| JANE ILUKOWICZ<br>3 DOCK COURT<br>PORT JEFFERSON, NY 11777 | | 499.92 |
| GINGER CARTER<br>13226 CANTINA<br>SAINT LOUIS, MO 63141 | | 99.55 |
| SIEW S. TOH<br>135-17 38TH RD. #1B<br>FLUSHING, NY 11354 | | 567.01 |
| IRMA G. BEST-WILLIAMS<br>3841 SNAPFINGER RD.<br>LITHONIA, GA 30038 | | 654.75 |
| VIKKY SHOLLEY<br>127 PLANE TREET LANE<br>CARY, NC 27511 | | 561.42 |
| MINH D. TRAN<br>142 GRANT AVENUE<br>NUTLEY, NJ 7110 | | 470.81 |
| RHONDA A. HENLEY<br>106 SAVOY DR.<br>MONROE, LA 71203 | | 63.00 |
| DANNY K. PRINGLE<br>106 SAVOY DR.<br>MONROE, LA 71203 | | 189.00 |
| JEFFREY K. HONG<br>6104 VISTA DR. | | 489.83 |

| | |
|---|---:|
| FALLS CHURCH, VA 22041 | |
| YI QUN JIN<br>1001 ROCKVILLE PK APT #911<br>ROCKVILLE, MD 20852 | 189.00 |
| DOUGLAS C. JOHNSON<br>812 GREGG ST.<br>COLUMBIA, SC 29201 | 729.55 |
| WILLBEE J. FRUGE JR.<br>2138 CEDAR LANE<br>SULPHUR, LA 70663 | 478.43 |
| MICHAEL SULLIVAN<br>166 ALTHEA ST.<br>WEST SPRINGFIEL, MA 01089 | 225.54 |
| HSINMEI CHEN<br>1250 38TH AVENUE<br>SAN FRANCISCO, CA 94122 | 63.00 |
| AQUILINA F. GARCIA<br>1260 38TH AVE.<br>SAN FRANCISCO, CA 94122 | 63.00 |
| VICKIE L. METSKER<br>51 BELL RAPIDS RD.<br>HAGERMAN, ID 83332 | 97.98 |
| SUET LAN CHIN<br>134-27 MAPLE AVE. 2 FL<br>FLUSHING, NY 11355 | 216.72 |
| TIFFANY S. ABERNATHY<br>2343 BARWYN PLACE NORTH<br>CORDOVA, TN 38018 | 239.66 |
| PAMELA L. SMALL<br>7840 DOUBLETREE<br>MISSOULA, MT 59804 | 224.28 |
| SAMIR MOSHREKI<br>11470 AUDELIA RD. APT. 166<br>DALLAS, TX 75243 | 93.16 |

| | | |
|---|---|---:|
| JEFF W. MC WILLIAMS<br>1486 JAMIE LANE<br>SOUTHSIDE, AL 35907 | | 99.04 |
| NEAL J. FONTENOT<br>3370 LANSE BLEU RD<br>VILLE PLATTE, LA 70586 | | 189.00 |
| GLADYS I. MEYER<br>200 MIDLOTHIAN ROAD<br>ST LOUIS, MO 63137 | | 71.06 |
| PETER J. DONOVAN<br>18395 MYRTLE DR<br>BURLINGTON, WA 98233 | | 100.74 |
| BARBARA L. PETTY<br>421 W. ROGERS DRIVE<br>WICHITA FALLS, TX 76309 | | 100.11 |
| ERIC A. KREBS<br>816 N. BELL AVE. APT. #56<br>DENTON, TX 76201 | | 226.05 |
| PATRICIA K. ONEAL<br>632 SECOND STREET<br>HINESVILLE, GA 31313 | | 477.81 |
| SHAWN M. FOLLIS<br>1846 PHILLIPS STREET<br>LEWISBURG, TN 37091 | | 63.00 |
| YI-LIN LIN<br>2 STONEATTER COURT<br>NORTH POTOMAC, MD 20878 | | 189.00 |
| BRENDA S. O'NEAL<br>632 SECOND ST.<br>HINESVILLE, GA 31313 | | 225.80 |
| MICHAEL R. JONES<br>833 KINGS HWY.<br>LIBERTY, MO 64068 | | 225.99 |
| KRISTIN O. SONNIER<br>38250 CHARLESTON ROAD | | 204.82 |

| | |
|---|---:|
| PRAIRIEVILLE, LA 70769 | |
| EUNICE HENDARY<br>760 LAVA WAY<br>SAN JOSE, CA 95133 | 189.00 |
| BERNICE FIELDS<br>1240 SCUFFLING HILL RD<br>ROCKY MT, VA 24151 | 256.70 |
| SHIJUN CUI<br>16 BELLE TERRACE<br>BELLEVILLE, NJ 7109 | 441.01 |
| MARYSUE KOEHLER<br>3073 CHARLES BRYAN RD.<br>BARTLETT, TN 38134 | 214.20 |
| BRIAN K. WADE<br>5125 LAURELVIEW AVE<br>CARMICHAEL, CA 95608 | 189.00 |
| STEVEN C. HUGHES<br>107 REGENCY DR.<br>CONWAY, SC 29526 | 476.29 |
| KIM LOON YIH<br>724 57TH STREET<br>BROOKLYN, NY 11220 | 441.01 |
| JAMES M DOIDGE<br>2186 MAUREEN DRIVE<br>FERNDALE, WA 98248 | 764.03 |
| MARJORIE A. WARHURST<br>1202 DICKSON AVE<br>HANAHAN, SC 29406 | 189.00 |
| YUN LI<br>75-19 185 STREET<br>FRESH MEADOWS, NY 11366 | 189.00 |
| TAMMIE R. GREEN<br>6400 STONEBROOK CIR.<br>PLANO, TX 75093 | 97.53 |

| | | |
|---|---|---:|
| RONALD M. JAMES<br>PO BOX 40422<br>CHARLESTON, SC 29423 | | 476.54 |
| HELEN CHANG<br>1405 REDWOOD DR.<br>LOS ALTOS, CA 94024 | | 189.00 |
| BEN M. HSU<br>12911 WINTERTHUR LANE<br>SILVER SPRING, MD 20904 | | 441.00 |
| CHANGLIEN HSU<br>12911 WINTERTHUR LANE<br>SILVER SPRING, MD 20904 | | 441.01 |
| TIMOTHY G. WALKER<br>210-C NORTH CHURCH ROAD<br>ANDERSON, SC 29621 | | 92.93 |
| ALICE ROBINSON<br>3990 BIRCHWOOD COVE<br>DECATUR, GA 30034 | | 476.54 |
| TONYA R. GRULLON<br>3990 BIRCHWOOD COVE<br>DECATUR, GA 30034 | | 224.54 |
| LIN FEN<br>10242 16TH AVENUE SW<br>SEATTLE, WA 98146 | | 441.01 |
| ROBERT SIMYON<br>1819 NOBLIN WOODS TRAIL<br>DULUTH, GA 30097 | | 224.79 |
| HUAHUI LUO<br>67-25 CLYDE ST. #5E<br>FOREST HILLS, NY 11375 | | 441.01 |
| ALBERT A. EVERETTE JR.<br>#7 SWITCHBUD PL<br>THE WOODLANDS, TX 77380 | | 94.00 |
| JOGINDER SANDHU<br>18652 172ND PLACE SE | | 563.02 |

| | |
|---|---:|
| RENTON, WA 98058 | |
| HAI FENG HUANG<br>579 84TH STREET<br>BROOKLYN, NY 11209 | 441.01 |
| GLO-SUCCESS<br>1405 REDWOOD DR<br>LOS ALTOS, CA 94024 | 138.60 |
| WILLIAM D. WALKER<br>136 GUY PEART RD.<br>ALEXANDRIA, LA 71302 | 228.82 |
| SANDRA E. ROBINSON<br>317 THURSTON AVE.<br>THOMASTON, GA 30286 | 63.00 |
| RIDER ASHLIE N.<br>1911 S.W. CAMPUS DR. #356<br>FEDERAL WAY, WA 98023 | 441.01 |
| BRANDON R. RIDER<br>1911 S.W. CAMPUS DRIVE #356<br>FEDERAL WAY, WA 98023 | 63.00 |
| LELI XU<br>523 MONTEREY BLVD<br>SAN FRANCISCO, CA 94127 | 219.21 |
| CINDY C. CUADRA<br>935 THIRD STREET<br>NORCO, CA 91760 | 477.05 |
| JAGMEET S. BHAMBER<br>1507 145TH PL SE APT# B-2<br>BELVUE, WA 98007 | 563.02 |
| MALKIT SINGH<br>23914-113TH PLACE SE<br>KENT, WA 98031 | 563.02 |
| TROY E. SPILLER<br>3550 WATERMELON RD APT. 30-F<br>NORTHPORT, AL 35403 | 478.31 |

| | | |
|---|---|---:|
| FONG HAP CHOU<br>515 GELLERT BLVD<br>DALY CITY, CA 94015 | | 63.00 |
| YVONNE J. SADDLER<br>7738 ENFIELD AVE., APT. 104<br>NORFOLK, VA 23505 | | 92.17 |
| FAYE T. WLODYKA<br>205-3 ACADEMY PLACE<br>MOORESVILLE, NC 28115 | | 77.49 |
| YU QING LOU<br>347 EDDY ST #507<br>SAN FRANCISCO, CA 94102 | | 189.00 |
| SCOTT FULKERSON<br>33318 29TH PL S.W.<br>FEDERAL WAY, WA 98023 | | 567.07 |
| JILL A. WILLIAMS<br>33318 29TH PL SW<br>FEDERAL WAY, WA 98023 | | 114.32 |
| HARRIET L. EDWARDS<br>313 MYRTLE AVENUE<br>CROSSVILLE, TN 38555 | | 854.65 |
| QI LU<br>10 MATTHEW COURT<br>EDISON, NJ 08820 | | 368.68 |
| IRN, INC.<br>172 CINDY LANE<br>LUTHERSVILLE, GA 30251 | | 441.01 |
| DAOSHENG CHEN<br>1489 23 AVE<br>SAN FRANSICO, CA 94122 | | 189.00 |
| DARRELL W. CRUMP<br>102 ECHO<br>FRIENDSWOOD, TX 77546 | | 514.86 |
| KWAN YUK IVY CHAN<br>1489 23RD AVENUE | | 441.01 |

| | |
|---|---:|
| SAN FRANCISCO, CA 94122 | |
| SARBJIT LEHAL<br>743 NORTH CENTRAL AVE.<br>KENT, WA 98032 | 441.01 |
| HONG ZHENG<br>3900 N. CHARLES ST. APT 713<br>BALTIMORE, MD 21218 | 189.00 |
| MONA F. MILLS<br>304 JORDAN AVE.<br>TALLASSSEE, AL 36078 | 478.56 |
| ETHEL A. SIZEMORE<br>104 STRATSHIRE LANE<br>PELHAM, AL 35124 | 476.54 |
| SHERRY A. GRANGER<br>9885 MULBERRY ROAD<br>NEOSHO, MO 64850 | 477.83 |
| HOLLY P. VANHOOTEGEM<br>3314 IVYWOOD CT<br>DECATUR, IL 62522 | 478.18 |
| HOA L. SLEN<br>4015 LINCOLN AVE.<br>EL MONTE, CA 91731 | 189.00 |
| ANNA PO-LING HO<br>#16, 6333 NO. 1 ROAD<br>RICHMOND, BC V7C1T4<br>FOREIGN, FN 99999 | 263.58 |
| KIM MING CHIU<br>46-14 204 STREET<br>BAYSIDE, NY 11361 | 189.00 |
| TING LI<br>454 CLIPPER<br>SAN FRANCISCO, CA 94114 | 217.20 |
| ANH T LAM<br>4015 LINCOLN AV<br>EL MONTE, CA 91731 | 189.00 |

| | |
|---|---:|
| DIN LONG<br>10414 WEAVER ST<br>EL MONTE, CA 91733 | 189.00 |
| CAREN SIMMONS<br>141 TEMPLETON DR.<br>LAFAYETTE, LA 70508 | 189.00 |
| CESAR E. GRILLON<br>9410 E. CALUSA CLUB DRIVE<br>MIAMI, FL 33186 | 408.22 |
| WEIHONG XU<br>13-10 33RD AVE. 1ST FLR.<br>LONG ISLAND CIT, NY 11106 | 491.41 |
| KO CHAN SAU-KING<br>154-22 BARCLAY AVENUE<br>FLUSHING, NY 11354 | 571.54 |
| TONG QIANG<br>1742 SANTA YSABELA DR<br>ROWLAND HEIGHTS, CA 91748 | 441.01 |
| REY G. CANTU<br>3800 SENECA DRIVE<br>MT VERNON, WA 98273 | 478.81 |
| KIMBERLY R. OWENS<br>5063 INSPIRATION DRIVE<br>HILLIARD, OH 43026 | 378.01 |
| JEANNIE M. MARIE<br>30320 PIONEER HWY<br>STANWOOD, WA 98292 | 674.84 |
| NATHAN WARRINGTON<br>1318 S. BROAD STREET<br>PLEASANTVILLE, NJ 08232 | 225.80 |
| HUI LU<br>90-29 56TH AVENUE<br>ELMHURST, NY 11373 | 477.11 |
| MICHAEL S. DOVER | 477.63 |

| | |
|---|---:|
| 11303 CROWN BROOK CIR<br>FRANKLIN, TN 37067 | |
| PHYLLIS TEMPLE<br>1209 GARTLAND AVE.<br>NASHVILLE, TN 37206 | 477.63 |
| JAE W. SHIN<br>4365 RAMSDELL AVE.<br>LA CRESCENTA, CA 91214 | 226.36 |
| DOROTHY J. FILSON<br>3381 SOURDOUGH ROAD<br>BOZEMAN, MT 59715 | 189.00 |
| LI YANG<br>87-15 BRITTON AVE. APT #32<br>ELMHURST, NY 11373 | 189.00 |
| MARY E. KILLIAN<br>2208 14TH STREET<br>VERNON, TX 76384 | 224.98 |
| ANITA M. POGANY<br>3594 HOERTA DR.<br>LAS VEGAS, NV 89121 | 81.90 |
| JANA MAI MATTHES<br>210 S. PRAIRIE VIEW DR.<br>#716<br>W. DES MOINES, IA 50266 | 91.84 |
| APRIL DAISY WHITE<br>C/O BARRY S. ZELNER<br>9777 WILSHIRE BLVD, SUITE 1000<br>BEVERLY HILLS, CA 90212 | 453.61 |
| INC. DAY DREAMER UNLIMITED<br>1833 S. OCEAN DRIVE #1208<br>HALLANDALE, FL 33009 | 239.82 |
| DENISE M. BALLEW<br>1207 INDIANA<br>GRAHAM, TX 76450 | 30.68 |
| SUZANNE K. CUSATO | 265.23 |

| | |
|---|---:|
| 11818 148 ST E<br>PUYALLUP, WA 98374 | |
| HILDA B. LAMONT<br>7406 ELLERBY POINT<br>SAN ANTONIO, TX 78240 | 81.90 |
| JENNEY HO<br>26 BEECHLAND ST. #143<br>ROSLINDALE, MA 02131 | 189.00 |
| JOHN MORIN<br>8085 148 A STREET<br>SURREY, BC V35 7H4<br>FOREIGN, FN 99999 | 593.22 |
| SHAO-XIA LIN<br>517 WEST 26TH ST. 1ST FLR.<br>CHICAGO, IL 60616 | 441.01 |
| DANNY H COOK<br>3379 HENDRICKS CHURCH RD<br>THOMASTON, GA 30286 | 63.00 |
| SYLVIA R. WHEELER<br>112 THURSTON AVENUE<br>THOMASTON, GA 30286 | 263.60 |
| GEORGE A. RAY<br>11718 WILVERN<br>REDDING, CA 96003 | 45.94 |
| BAO-LUO ZHANG<br>33-17, 87TH STREET<br>JACKSON HEIGHTS, NY 11372 | 470.29 |
| STEPHANIE L. LESLIE<br>106 EDWARDS ST.<br>ABBEVILLE, LA 70510 | 476.92 |
| STEVEN R. CLARKE<br>2810 STONEHURST DR.<br>GRAPEVINE, TX 76051 | 329.66 |
| ELIZABETH R. SOLOMON<br>68 WILDGLEN DRIVE | 441.01 |

| | |
|---|---:|
| SUWANEE, GA 30024 | |
| IRVIN F. HERMENS<br>20700 N W ADCOCK ROAD<br>YAMHILL, OR 97148 | 441.01 |
| MONICA L. LYONS<br>714 SOUTH ADAMS<br>MOSCOW, ID 83843 | 217.98 |
| KATHE E. SPECK<br>P.O. BOX 1597<br>EAGLE, CO 81631 | 223.02 |
| DALE W DEMPSEY<br>157 RIDGEMONT ROAD<br>CHEHALIS, WA 98532 | 226.20 |
| CARLTON M. GAY<br>2777 GLEN ECHO DR.<br>LIZELLA, GA 31052 | 80.89 |
| LINING CAI<br>330 WEST CERMAK ROAD, APT. 1D<br>CHICAGO, IL 60616 | 378.01 |
| ELIZABETH A. MOORE<br>213 COUNTRYSIDE DR.<br>IRVING, TX 75062 | 63.00 |
| KIMBERLY W. SOWERS<br>246 LEA CIRCLE<br>JACKSON, MS 39204 | 512.70 |
| JILL K. GUTHRIE<br>46 GOLDEN OAKS LANE<br>FLETCHER, NC 28732 | 217.86 |
| PAM J. GUTHRIE<br>46 GOLDEN OAKS LANE<br>FLETCHER, NC 28732 | 217.86 |
| ZONA M. BEERBOHM<br>W. 6044KLEIN LN<br>JOHNSON CREEK, WI 53038 | 441.01 |

| | | |
|---|---|---|
| ELNORA J. GUTHRIE<br>4003 CLINTON LN.<br>LAGO VISTA, TX 78645 | | 198.08 |
| XIU CHEN<br>165 HENRY ST. APT 601<br>NEW YORK, NY 10002 | | 477.11 |
| QINGGUO REN<br>715 WOODLAWN AVE #2<br>LAKE FOREST, IL 60045 | | 218.80 |
| YIMING SHI<br>332 EAST. 29 ST.; APT. 10E<br>NEW YORK, NY 10016 | | 189.00 |
| LINGHONG HUANG<br>167 BAY RIDGE AVE<br>BROOKLYN, NY 11220 | | 63.00 |
| YIPING CHEN<br>900 S. SECOND ST. #A<br>ALHAMBRA, CA 91801 | | 441.01 |
| PATRICIA E. FOSTER<br>96 POPLAR GROVE DR.<br>THOMASTON, GA 30286 | | 189.00 |
| LING FONG HOUNG<br>55-03 VAN DOREN ST. APT. #1R<br>CORONA, NY 11368 | | 126.00 |
| J&J DEVELOPMENT INTERNATIONAL<br>87-34 77 ST WOODHAVEN<br>NEW YORK, NY 11421 | | 249.67 |
| GUAN-BAO XU<br>2364 EAST 24 ST<br>BROOKLYN, NY 11229 | | 225.10 |
| FERNANDO C. ARAGON<br>2018 7TH STREET<br>LAS VEGAS, NM 87701 | | 99.90 |
| SEAN P WATT<br>449 W ARIZONA LN | | 225.54 |

| | |
|---|---:|
| BOISE, ID 83706 | |
| SHANG HUA ZHENG<br>244 ELIZABETH APT 11<br>NEW YORK, NY 10012 | 557.44 |
| RHONDA M. SADLER<br>1035 N. COCHRAN<br>CHARLOTTE, MI 48813 | 621.44 |
| TAR S. SODHI<br>14700 NE 29TH PL #237<br>BELLEVUE, WA 98007 | 562.51 |
| SARLA JAMES<br>4018 48 AVE SW<br>SEATTLE, WA 98116 | 562.51 |
| RICHARD M. NGUGI<br>121 PAMELA DR.<br>LAFAYETTE, LA 70506 | 265.65 |
| YANG GAO<br>31-14 137TH STREET<br>FLUSHING, NY 11354 | 189.00 |
| YIQUN ZHU<br>134-17 FRANKLIN AVENUE<br>FLUSHING, NY 11355 | 491.10 |
| HAN ZHOU<br>887 MARROWS RD. APT.E 6<br>NEWARK, DE 19713 | 475.03 |
| ROLA S. WINTERS<br>1308 HUDSON ST.<br>KENNER, LA 70062 | 63.00 |
| Total | 91,583.31 |

2.      That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:   May 12, 2008

*/s/Holmes P. Harden*
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300