UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

**REPORT ON UNCLAIMED DIVIDENDS**

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1.      That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| RITA W. ESTES<br>1020 E. LAKEHAVEN WAY<br>MCDONOUGH, GA 30253 | 413.54 |
| SYLVIA P. STRICKLAND<br>171 SHILOH RUN NORTHWEST<br>KENNESAW, GA 30144 | 74.34 |
| WENDELL LECKBEE<br>3 AMBER LN<br>LITTLE ROCK, AR 72118 | 544.05 |
| KERI A. HEGGENES<br>28112 231ST PL S.E.<br>MAPLE VALLEY, WA 98038-8158 | 189.01 |
| UBHI JASWANT S<br>232 RUNDLEVIEW DR NE<br>CALGARY, AB T1Y1H8<br>FOREIGN, FN 99999 | 806.42 |
| STACEY D. OSTROM<br>3010 E. NASA ROAD 1 #1302 | 189.00 |

| | |
|---|---:|
| SEABROOK, TX 77586 | |
| KEITH J. MENARD<br>110 W. MENARD RD.<br>DUSON, LA 70529 | 100.18 |
| JIAYU LIU<br>7131 FULTON WAY<br>STANTON, CA 90680 | 63.00 |
| KERRY J. TESNEY<br>504 SCENIC DRIVE<br>TRUSSVILLE, AL 35173 | 396.91 |
| CLAYTON BROUSSARD<br>13111 EASTSIDE ACRES<br>ERATH, LA 70533 | 230.28 |
| SANG COONG TO<br>10627 MILDRED ST.<br>EL MONTE, CA 91731 | 189.01 |
| CHERYL W. MASTIO<br>4429 LAKEWOOD DRIVE<br>METAIRIE, LA 70002 | 351.24 |
| JANIE L. ABSHIRE<br>100 COUNTRY MORNING COURT<br>LAFAYETTE, LA 70508 | 470.37 |
| BRIAN D. LOCKHART<br>713 WESTOVER DR.<br>RICHARDSON, TX 75080 | 226.36 |
| ROBERT G. BROYLES<br>6633 COOPER ROAD NW<br>HAHIRA GA  31632 | 477.80 |
| ARIC B GOMEZ<br>2002 G ST<br>SPARKS, NV 89431 | 50.40 |
| YUFENG YANG<br>335 WEST SIDE DR. APT. 203<br>GAITHERSBURG, MD 20878 | 121.97 |

| | |
|---|---:|
| JING Z. WANG<br>3 CHATEAU CIRCLE 3L<br>SCARSDALE, NY 10583 | 550.71 |
| YONG-XIN CHEN<br>950 ALDUS ST. WING-HING<br>BRONX, NY 10459 | 447.30 |
| JING ZYHONG JIANG<br>950 ALDUS ST. WING-HING<br>BRONX, NY 10459 | 447.31 |
| MELISSA E. WALKER<br>6896 DEERCREEK TRACE<br>STONE MOUNTAIN, GA 30087 | 81.90 |
| SUSAN G. HOUSE<br>12871 ISLE ROYALE DRIVE<br>DEWITT, MI 48820 | 477.80 |
| ANGELA J. FANN<br>412 N MAIN ST<br>PIEDMONT, AL 36272 | 224.79 |
| RIEVES S. HODNETT<br>180 BROWNS RIVER RD.<br>LEXINGTON, SC 29072 | 441.01 |
| RYAN W DAMAN<br>1025 S. 30TH ST.<br>MOUNT VERNON, WA 98274 | 478.26 |
| WEIHONG XU<br>13-10 33RD AVE. 1ST FLR.<br>LONG ISLAND CIT, NY 11106 | 148.68 |
| DEBBIE D. DOLL<br>2185 WESTHAM CT.<br>FREDERICK, MD 21702 | 98.78 |
| STEVEN T. HUDSON<br>155 SYLVEST DRIVE, APT. 304<br>MONTGOMERY, AL 36117 | 226.30 |
| SUSAN M. MATTER<br>1505 LINCOLN AVE | 91.98 |

| | |
|---|---:|
| HAVRE, MT 59501 | |
| BETH A. ROSEBERRY<br>4067 COMMODORE DR.<br>ATLANTA, GA 30341 | 98.78 |
| WILLIAM H. SR. JEFFERSON<br>1745 HERITAGE PK. RD.<br>CHARLESTON, SC 29407 | 224.28 |
| MATTHEW J. MITCHELL<br>466 GREGORY LANE APT 312<br>ACWORTH, GA 30102 | 556.05 |
| BARBARA A. ANDERSON<br>4496 BAY COURT<br>MARIETTA, GA 30066 | 441.01 |
| BERNERD J. CALLAHAN<br>28014 PASEO RINCON<br>MISSION, CA 92692 | 441.01 |
| PETER CHIN<br>455 LONDON STREET  #B<br>SAN FRANSISCO, CA 94112 | 171.67 |
| JR. JERRY D. COLLINS<br>2609 15TH STREET NORTH<br>TEXAS CITY, TX 77590 | 226.36 |
| RUIFANG YUGUAN<br>380 UNION ST.<br>SAN FRANCISCO, CA 94133 | 189.00 |
| CHARLIE M. ADAMS<br>222 W. CAMBRIDGE AVE #14<br>GREENWOOD, SC 29649 | 216.72 |
| PATRICIA A. WERGLEY<br>48766 DESERT FLOWER DRIVE<br>PALM DESERT, CA 92260 | 564.98 |
| HUANG LI<br>41-33 74TH ST.<br>ELMHURST, NY 11373 | 189.00 |

| | |
|---|---:|
| LI HUA LAI<br>68-29 CLYDE ST. APT. #A<br>FOREST HILLS, NY 11375 | 441.01 |
| ANNMARIE WILLIS<br>5929 MELODY LANE #268<br>DALLAS, TX 75231 | 378.01 |
| JAMES F. SPIERS JR.<br>3690 GLEN IAN DRIVE<br>LOGANVILLE, GA 30249 | 251.97 |
| THOMAS M BALLARD<br>2210 ASHWOOD CT<br>CARROLLTON, TX 75006 | 189.00 |
| RICK G. WHITE<br>2016 N. 35TH PL<br>MOUNT VERNON, WA 98273 | 1,453.56 |
| STERLING C. MARCHIVE<br>504 CAVANESS DR.<br>HOUMA, LA 70364 | 224.98 |
| KELLY G. PARR<br>106 IVY DRIVE<br>COVINGTON, LA 70433 | 226.49 |
| HUIMIN LIN<br>5711 CAMP STREET<br>CYPRESS, CA 96630 | 214.21 |
| LOTFI BEN YOUSSEF<br>3885 LINTON APT#2<br>MONTREAL, PQ H3S1T3<br>FOREIGN, FN 99999 | 90.72 |
| DAMING CAO<br>204 E. NORWOOD PL. #A<br>SAN GABRIEL, CA 91776 | 441.01 |
| JIANYING KONG<br>204 E. NORWOOD PL. #A<br>SAN GABRIEL, CA 91776 | 1,512.03 |
| LIN CHUN TSUI-CHAN | 189.00 |

| | |
|---|---|
| 20 PILSUDSKI WAY APT 536<br>SOUTH BOSTON, MA 2127 | |
| LEISHA A. JONES<br>1301 GEORGE CT. APT 2<br>LAWRENCE, KS 66044 | 378.01 |
| DAVID L. JOHNSON SR.<br>115 LINER DRIVE<br>MONROE, LA 71203 | 226.30 |
| WEIHONG LU<br>1 VANDERBILT DRIVE, APT E87<br>MINEOLA, NY 11501 | 81.91 |
| JUDY M. ALMOND<br>605 W. TRAVIS<br>ENNIS, TX 75119 | 100.24 |
| CHONG S. KIM<br>4026 ESTERS RD. #2086<br>IRVING, TX 75038 | 226.36 |
| JACK J. GREELEY<br>10932 ALDBOUGH CT.<br>CINCINNATI, OH 45251 | 99.29 |
| WILSON PAT<br>11707 TWAIN<br>MONTGOMERY, TX 77356 | 99.10 |
| BRONZIE R. FAIN JR.<br>114 ELLSWORTH CT.<br>RIDGEWAY, VA 24148 | 476.16 |
| RONALD D. DAHSE<br>7900 N. STADIUM #99<br>HOUSTON, TX 77030 | 189.00 |
| LARRY & KATHRYN WEBBS<br>140 ETHEL LN.<br>VIDOR, TX 77662 | 472.51 |
| JESSE A. TATE<br>5015 PINE ST. APT. 1312<br>BEAUMONT, TX 77703 | 478.31 |

| | |
|---|---:|
| LENA N. TATE<br>140 ETHEL LANE<br>VIDOR, TX 77662 | 63.00 |
| PATRICIA E. STEWARD<br>2409 28TH RD. NE<br>WAVERLY, KS 66871 | 477.80 |
| VIRGINIA C GRAHAM<br>2685 CLOISTER COURT<br>MARIETTA, GA 30062 | 478.81 |
| KI-HAR YU<br>34-21 153 STREET<br>FLUSHING, NY 11354 | 189.00 |
| TARA R WRIGHT<br>3297 STAFFORD WRIGHT ROAD<br>VALDOSTA, GA 31605 | 195.30 |
| HAROLD R. TIMMONS<br>7172 HARBOR HEIGHTS DRIVE<br>ORLANDO, FL 32835 | 506.78 |
| XIAOJUAN ZOU<br>98 ORCHARD ST. APT. 4D<br>NEW YORK, NY 10002 | 189.00 |
| SCOTT GOEDECKE<br>9289 CALLE LUCIA<br>LAKESIDE, CA 92040 | 472.01 |
| QING WU<br>3009 FOWLER ROAD<br>SAN JOSE, CA 95135 | 441.01 |
| BYRON A. JONES<br>732 S. LEWIS #2<br>NEW IBERIA, LA 70560 | 63.00 |
| BRIGITTE WEBER<br>108 BOXWOOD DRIVE<br>ENTERPRISE, AL 36330 | 477.05 |
| I CHAN LEI | 255.85 |

| | |
|---|---:|
| 460 AVALON DRIVE<br>SO SAN FRANSICO, CA 94080 | |
| JIAN LIANG YANG<br>45 THORNTON ROAD<br>CHESTNUT HILL, MA 2167 | 269.47 |
| MARY C. CARROLL<br>9404 BENT TREE CIRCLE<br>WICHITA, KS 67226 | 441.01 |
| RALPH E BRAUSA<br>9404 BENT TREE CIRCLE<br>WICAITA, KS 67226 | 441.01 |
| JERRY O. MARTINEZ<br>1814 MARCELLA LANE<br>ROWLETT, TX 75088 | 478.37 |
| BERNICE M. OLSEN<br>C/O J. ROBIN PACE, ATTY AT LAW<br>2106 S. WALTON BLVD., SUITE D<br>BENTONVILLE, AR 72712 | 54.99 |
| KAI-MING LE<br>164-32 75 AVE<br>FRESH-MEADOWS, NY 11366 | 441.01 |
| STANFORD FERNALD<br>101 GLENN ROAD<br>MABANK, TX 75147 | 208.60 |
| STEPHANIE A STAFFIN<br>711 HALPRIN STREET<br>DALLAS, TX 75252 | 189.00 |
| SCOTT D BERARDI<br>2150 ELISSALDE #17<br>BATON ROUGE, LA 70808 | 226.17 |
| TERESA M. KOWALIK<br>109 WHEATLAND AVE.<br>CHICOPEE, MA 1020 | 225.54 |
| ROBERT L. PERRY<br>309 BURNWICK | 315.01 |

| | |
|---|---|
| RICHMOND, VA 22003 | |
| HONG ZHE YUAN<br>47-25 BELL BLVD<br>BAYSIDE, NY 11361 | 248.22 |
| STACY L. RITTER<br>4711 W. SHAWNEEE<br>SPOKANE, WA 99208 | 73.90 |
| JO ELLEN D. CLARK<br>3765 FRONTAGE DR.<br>HELENA, MT 59602 | 224.29 |
| CHERYL L. RAMIREZ<br>1826 PEARL<br>VERNON, TX 76384 | 224.98 |
| RICHARD J. DVORAK<br>940 AVENUE B. APT. 5<br>BILLINGS, MT 59102 | 189.00 |
| OUDES ORRIN S.<br>2071 PONDERSON CT.<br>BELLINGHAM, WA 98226 | 113.97 |
| YI LI<br>74 13 46TH AVENUE<br>ELMHURST, NY 11373 | 223.37 |
| NINA LU<br>74-13 46TH AVE.<br>ELMHURST, NY 11373 | 505.90 |
| TIAN-HONG LU SIAO-MING LU<br>74-13 46TH AVENUE<br>ELMHURST, NY 11373 | 217.23 |
| XIADMING LU<br>74-13 46 AVENUE<br>ELMHURST, NY 11373 | 76.23 |
| MEIFUNG YII<br>147-37 ROOSEVELT APT#1 G<br>FLUSHING, NY 11354 | 63.00 |

| | |
|---|---|
| MING QING HE<br>146-21 34TH AVE<br>FLUSHING, NY 11354 | 504.01 |
| PAMELA B WHITE<br>8130 SAN FERNANDO WAY<br>DALLAS, TX 75218 | 226.36 |
| RONALD D. MCGRAW<br>125 MOONEY PL.<br>ERIR WELD, CO 80516 | 98.91 |
| DONN R. DUNCAN<br>5510 OLD SCOTT LAKE ROAD<br>LAKELAND, FL 33813 | 43.10 |
| LIN KUI LI<br>133-27 BLOSSOM AVE. 1FL<br>FLUSHING, NY 11355 | 189.00 |
| JING HAO<br>200 CENTRE AVE. APT. 1E<br>NEW ROCHELLE, NY 10805 | 509.21 |
| JOEL T. ELLIOT<br>718 MAPLE<br>TALLADEGA, AL 35160 | 478.31 |
| YIM K. CHU-LAU<br>8 FOSTER ST.<br>BRIGHTON, MA 2135 | 441.01 |
| JEANELLE HURST<br>13826 ROLLING HILLS LN.<br>DALLAS, TX 75240 | 81.34 |
| BRAD CROMWELL<br>3917 WESTFALL<br>MODESTO, CA 95357 | 98.03 |
| SO F. WONG<br>4709 LONGSHORE AVENUE<br>PHILADELPHIA, PA 19135 | 551.50 |
| MIKE A. LAWRENCE<br>105 CAT-CAY COURT | 3,497.33 |

| | |
|---|---:|
| ATLANTA, GA 30350 | |
| MAX SMITH<br>1550 MARKEETA SPUR RD<br>MOODY, AL 35004 | 550.95 |
| CHRISTOPHER M. DRAUS<br>615 WICKER ST.<br>GREENSBORO, NC 27403 | 478.81 |
| LONNIE SMITH<br>1291 U.S. HWY 231<br>WETUMPKA, AL 36092 | 99.04 |
| ROBERT LUO<br>14 BRIGHTON 7TH WALK<br>BROOKLYN, NY 11235 | 189.00 |
| SHEPHERD KATHARINE S<br>104 WEST KANSAS<br>LIBERTY, MO 64068 | 37.69 |
| PETER H. OSKAM<br>4775 SUMMIT RIDGE #1132<br>RENO, NV 89503 | 100.81 |
| JILL A. CANNON<br>131 OAK TERRACE<br>SOMERVILLE, AL 35670 | 389.53 |
| STEPHEN R. SCHMIDT<br>131 OAK TERRACE<br>SOMERVILLE, AL 35670 | 296.84 |
| NADINE K. EICHER<br>4569A BETH MANOR DRIVE<br>MONTGOMERY, AL 36109 | 99.04 |
| HAROLD D. SAUNDERS<br>1114 RIVERIA ROAD<br>GREENSBORO, NC 27406 | 63.00 |
| LILI YU<br>256 RIEL DR.<br>MISSISSAUGA, ON L5B 3R4<br>FOREIGN, FN 99999 | 189.00 |

| | |
|---|---:|
| TUAN V. DIEP<br>11915 EAST FORD DR.<br>AURORA, CO 80012 | 63.00 |
| KHAI T. DIEP<br>17550 MIDVALE AVE. N. #4<br>SHORELINE, WA 98133 | 225.19 |
| JUDY L. CARRICK<br>491 E. RUSSELL RD.<br>CAMANO ISLAND, WA 98292 | 102.66 |
| ANNE C. MC KENNA<br>42 WILSON<br>STRUTHERS, OH 44471 | 218.24 |
| ALICE FERRILL<br>HC82 BOX 9050<br>MALTA, MT 59538 | 91.98 |
| PAMELA A. EDWARDS<br>73C FARKSIDE DR.<br>PORT TOWNSEND, WA 98368 | 226.35 |
| TOBY J. FRUCHTER<br>7367 HOLLYWOOD BLVD #304<br>LOS ANGELES, CA 90046 | 478.31 |
| J. STEVEN COCKERHAM<br>701 COLLINS STREET<br>MYRTLE BEACH, SC 29577 | 469.68 |
| WILLIAM J. BREWER<br>HC 82 BOX 9050<br>MALTA, MT 59538 | 217.98 |
| KAREN GILL<br>811 NECHES DR.<br>PORT NECHES JEF, TX 77651 | 478.37 |
| VIOLA THACKER<br>1316 N.W. 4TH<br>ABILENE, KS 67410 | 189.00 |
| BEN J. MILNE | 73.96 |

| | |
|---|---:|
| 12825 127TH AVE S E<br>SNOHOMISH, WA 98290 | |
| JIANPING SHENG<br>463 WHITNEY<br>ROCHESTER HILLS, MI 48307 | 441.01 |
| COLLEGE MOUND VOL FIRE DEPT.<br>7245 FM 429<br>KAUFMAN, TX 75142 | 126.01 |
| CONNIE G. WHATLEY<br>812 PIPPIN DRIVE<br>MARY ESTHER, FL 32569 | 697.40 |
| YAMEI GAO<br>7721 EAGLES HEAD CT.<br>ROCKVILLE, MD 20855 | 63.00 |
| LI YE<br>23 WOODSEND PL<br>ROCKVILLE, MD 20854 | 63.00 |
| KOK Y. CHEONG<br>135-17 38TH AVENUE APT.#1B<br>FLUSHING, NY 11354 | 315.01 |
| BRIAN J. DODDS<br>10518 SE 211 STREET<br>KENT, WA 98031 | 407.28 |
| AUDRA L. FLAKE<br>2701 PEACHTREE LANE<br>CEDAR PARK, TX 78613 | 63.00 |
| EDDY L. BERRY<br>13434 BAYOU OAK ST.<br>GONZALES, LA 70737 | 470.75 |
| JUNE M. JENNEY<br>5 APPLEWOOD COURT<br>AUSTIN, TX 78738 | 63.00 |
| KRISTINA R KIRBY<br>5 APPLEWOOD COURT<br>AUSTIN, TX 78738 | 306.86 |

| | |
|---|---:|
| ABRAHAM WRIGHT<br>4270 SUN VALLEY BLVD<br>EAST POINT, GA 30344 | 63.00 |
| BRENDA STEPHENSON<br>2232 LIFTON PLACE<br>VICTORIA, BC V8N2B6<br>FOREIGN, FN 99999 | 324.73 |
| ED C. DEMING<br>325 N. HAMPTON RD.<br>LEESBURG, GA 31763 | 471.12 |
| RUSSELL K. PAHK<br>2450 KOA AVE, #43<br>HONOLULU, HI 96815 | 126.00 |
| KATHLEEN A O'TOOLE<br>APT. 719<br>7200 PRESTON ROAD<br>PLANO, TX 75024 | 69.30 |
| XIAOZHOU GE [MS. LILY GE]<br>33-26 82ND STREET, APT. 6A<br>JACKSON HEIGHTS<br>QUEENS, NY 11372 | 504.01 |
| MICHAEL J. CRUTCHER<br>8300 DOUGLAS #800<br>DALLAS, TX 75225 | 441.01 |
| CINDY A. COLLINS<br>4 ROANNE CT.<br>LITTLE ROCK, AR 72211 | 477.80 |
| CHUN P. DI<br>324 3RD AVENUE<br>SAN FRANCISCO, CA 94118 | 646.81 |
| ELLOUISE M. SNYDER<br>PO BOX 2039<br>GRANITE FALLS, WA 98252-2039 | 529.93 |
| ALEXA D. MATTIL<br>712 JASMINE WAY | 189.01 |

| | |
|---|---|
| HOOVER, AL 35243 | |
| MYRTLE L. SHORES<br>135 HICKORY RIDGE DRIVE<br>GLENCOE, AL 35905 | 189.00 |
| WINK<br>531 N. NORMANDIE AVE.<br>LOS ANGELES, CA 90004 | 212.28 |
| BEVERLY D. FAULKS<br>1302 EAST DAWSON<br>TYLER, TX 75701 | 226.36 |
| BARBARA A. MAST<br>103 GOLD NUGGET ROAD<br>MISSOULA, MT 59802 | 189.00 |
| LAURIE MABREY<br>3430 BRIDLE RIDGE DR.<br>SUWANEE, GA 30174 | 985.29 |
| MARIA JAMES<br>1805 N FRANCES 203<br>TERRELL, TX 75160 | 93.16 |
| DIANNE L. TURK<br>400 POETRY ROAD<br>TERRELL, TX 75160 | 219.17 |
| KULJIT K. TANK<br>31925 MADIERA PLACE<br>ABBOTSFORD, BC V2T4B6<br>FOREIGN, FN 99999 | 461.67 |
| ERENDIRA TAMEZ<br>5801 W. BUS.83 #19<br>HARLINGEN, TX 78552 | 28.70 |
| WILLIAM W. HAMILTON<br>124 RUE ESPLANADE<br>SLIDELL, LA 70461 | 189.00 |
| ROBERT A. CHRISTY<br>10800 ALPHARETTA HWY STE 555<br>ROSWELL, GA 30076 | 189.00 |

| | |
|---|---|
| CAROLYN M. OLBERG<br>11845 S.E. 54TH PL<br>BELLEVUE, WA 98006 | 423.39 |
| DARRELL J. KEITH<br>400 POETRY RD.<br>TERRELL, TX 75160 | 219.17 |
| GWEN Y. BRAZEAL<br>5119 EAST HASKELL STREET<br>TULSA, OK 74115 | 189.00 |
| OSBORNE TRACI L<br>100 WILDEBEEST LANE<br>MARION, MT 59925-9703 | 477.55 |
| JIE ZHAN<br>2100-3E EASTCHESTER ROAD<br>BRONX, NY 10461 | 225.10 |
| MICHELLE L. GALIGHER<br>1451 EAST BROAD STREET<br>LOUISVILLE, OH 44641 | 224.54 |
| MARIA SIMIONESCU<br>10636 VISTA ALEGRE<br>EL PASO, TX 79935 | 219.52 |
| B. DAWN MESSICK<br>2160 NORTH MCVAY DRIVE<br>MOBILE, AL 36608 | 478.05 |
| HONG DUC KHANH<br>7020 PASCHALL AVE.<br>PHILADELPHIA, PA 19142 | 441.01 |
| KATHY TA<br>2434 ROOSEVELT STREET, #A<br>BERKELEY, CA 94703 | 441.01 |
| SUSAN J. HAGERMAN<br>6816 ENGLEWOOD<br>RAYTOWN, MO 64133 | 477.86 |
| JULIE A. BROOKS | 293.50 |

| | |
|---|---|
| 3986 DREAM CATCHER DRIVE<br>WOODSTOCK, GA 30189 | |
| LAI SHAN TSE<br>1489 23RD AVENUE<br>SAN FRANCISCO, CA 94122 | 441.01 |
| CHI MING TSE<br>1489 23RD AVE<br>SAN FRANCISCO, CA 94122 | 63.00 |
| BYRON CHAN<br>1489 23RD AVENUE<br>SAN FRANCISCO, CA 94122 | 189.01 |
| KATHRYN A COWEN<br>626 LEBEAU STREET<br>ARABI, LA 70032 | 214.20 |
| JEFFREY P. NAQUIN<br>626 LE BEAU ST.<br>ARABI, LA 70032 | 252.00 |
| CAROL & JOHN SNEDDEN<br>2035 HASKETT AVE.<br>SALINA, KS 67401 | 225.90 |
| GINO ZAMOSCINSKI<br>3030 WEMSLETS RIDGE<br>ATLANTA, GA  30340 | 189.00 |
| PEBBLE L. DULIN<br>RT. 2, BOX 365<br>MARLOW, OK 73055 | 331.36 |
| TUN-CHIH CHANG<br>43222 STARR ST. #2<br>FREMONT, CA 94539 | 470.29 |
| BYRON J. TRAHAN<br>3625 WELLBORN RD., APT. #714<br>BRYAN, TX 77801 | 100.36 |
| DAVID E. NEVILLE<br>2562 VILLERE ST.<br>MANDEVILLE, LA 70448 | 106.60 |

| | |
|---|---:|
| LUIS A MUNIZ<br>12 PARKSIDE DRIVE #1<br>BELLEVILLE, NJ 7109 | 441.01 |
| WILLIAM M. VANLANINGHAM<br>23909 60TH AVENUE W.<br>MOUNT LAKE TERR, WA 98043 | 63.01 |
| CONNIE E. ROGERS<br>1642 JEFFREY AVE.<br>ESCONDIDO, CA 92027 | 126.00 |
| TINA L. MESSATZZIA<br>19514 SE. 261 ST.<br>KENT, WA 98042 | 478.36 |
| CORINNA L. DAMM<br>1129 CAROLINE STREET<br>BILLINGS, MT 59105 | 468.73 |
| JOHN C. RICKETTS<br>9101 CLEARLAKE DRIVE<br>ROWLETT, TX 75088 | 91.90 |
| MANDI D. RICKETTS<br>9101 CLEARLAKE DRIVE<br>ROWLETT, TX 75088 | 91.90 |
| BRIAN C POWELL<br>4313 BAYSHORE LANE<br>ROWLETT, TX 75088 | 91.90 |
| JOHNNIE G RICKETTS<br>9101 CLEARLAKE DRIVE<br>ROWETT, TX 75088 | 217.91 |
| ESTELA P. VALDEZ<br>3354 S. BURKE RD.<br>PASADENA, TX 77504 | 477.11 |
| MARLYN T. RODGRIGUEZ<br>4618 YORK BOULEVARD<br>LOS ANGELES, CA 90041 | 100.80 |
| STEPHANIE B. BOGGAN | 477.11 |

| | |
|---|---:|
| 3354 BURKE RD. #123<br>PASADENA, TX 77504 | |
| JANE DRAKE<br>92 LAKESIDE CT.<br>DADEVILLE, AL 36853 | 63.00 |
| LI ZHOU<br>710 HALSTEAD COURT<br>HUNTSVILLE, AL 35803 | 132.30 |
| DAVID T. STUBEN<br>1932 S.W. KNOLL AVENUE<br>BEND, OR 97702 | 242.93 |
| IRWIN C. HODKIN<br>1034 MEADOWVIEW DR.<br>WEBB CITY, MO 64870 | 313.18 |
| KARLA H. KJARGAARD<br>1320 SENECA STREET<br>WENATCHEE, WA 98801 | 69.30 |
| ROBIN D BLANK<br>412 NUGGET DR<br>ROGUE RIVER, OR 97537 | 59.22 |
| JONATHON D. PETERSON<br>416 NUGGET DR.<br>ROGUE RIVER, OR 97537 | 28.98 |
| MYRTLE EVANS-HOLLAND<br>1512 EAST CEDAR LANE<br>MADISON, TN 37115 | 477.05 |
| JEFF W. AYLING<br>1210 SO 72 AVE APT K86<br>YAKIMA, WA 98908 | 570.29 |
| EDNA M. SAUNDERS<br>12235 ROSEMARY<br>DETROIT, MI 48213 | 99.79 |
| DAVID E. HESS<br>4707 PIN OAK PARK #333<br>HOUSTON, TX 77081 | 226.37 |

| | |
|---|---|
| ERIC L HISAW<br>811 HARVEST DRIVE<br>COLLEGE PLACE, WA 99324 | 390.61 |
| NANCY A. BEEBE<br>528 DELL<br>BOZEMAN, MT 59715 | 63.00 |
| BROADEN HORIZON INTER'L INC<br>91-31 QUEENS BLVD SUITE 317<br>ELMHURST, NY 11373 | 441.01 |
| DAVID K. CORRENTI<br>460 SOUTH 15TH STREET<br>SAN JOSE, CA 95112 | 441.01 |
| HILDA S. WU<br>642 TARAVAL ST.<br>SAN FRANCISCO, CA 94116 | 189.00 |
| DANIELLE HOSIER<br>7355 BRIARNOLL DRIVE<br>DALLAS, TX 75252 | 71.82 |
| XIUQIONG CEN<br>501 W. 123RD ST., #2G<br>NEW YORK, NY 10027 | 63.00 |
| HSIAOSHYAN TANG LOH<br>501 W. 123RD ST., #2G<br>NEW YORK, NY 10027 | 189.00 |
| RAFAEL MATA<br>501 W 123RD ST., #2G<br>NEW YORK, NY 10027 | 189.00 |
| FENG LIN<br>501 W. 123RD ST., #2G<br>NEW YORK, NY 10027 | 189.00 |
| ALTHEA N. DAVIDSON<br>501 W. 123RD ST., #2G<br>NEW YORK, NY 10027 | 189.01 |
| JANET S. CHARLES | 189.00 |

| | |
|---|---:|
| 501 W. 123RD ST., #2G<br>NEW YORK, NY 10027 | |
| MOHAMMED MANIK MIAH<br>501 W. 123RD ST., #2G<br>NEW YORK, NY 10027 | 189.00 |
| DHANMATIE KASHEM<br>501 W. 123RD ST., #2G<br>NEW YORK, NY 10027 | 189.01 |
| ABUL MD KASHEM<br>501 W. 123RD ST., #2G<br>NEW YORK, NY 10027 | 189.00 |
| KHIN NAN MU<br>501 W 123RD ST., #2G<br>NEW YORK, NY 10027 | 189.00 |
| U TIN SOE<br>501 W 123RD ST., #2G<br>NEW YORK, NY 10027 | 189.01 |
| MAHAMMED HOSSAIN<br>501 W. 123RD ST., #2G<br>NEW YORK, NY 10027 | 189.00 |
| SIGIFREDO V MENDOZA<br>501 W. 123RD ST., #2G<br>NEW YORK, NY 10027 | 189.01 |
| JANICE YANG<br>501 W. 123RD ST., #2G<br>NEW YORK, NY 10027 | 126.00 |
| JULIE XIAOYI LI<br>501 W. 123RD ST., #2G<br>NEW YORK, NY 10027 | 189.00 |
| DAN TRUNG LAM<br>2024 HAVILAND AVE<br>BRONX, NY 10472 | 189.00 |
| KATHLEEN V. MARTIN<br>8228 LONE SHADOW TRAIL<br>CONVERSE, TX 78109 | 258.78 |

| | |
|---|---:|
| SWEE HEE TOONG<br>41-10 160TH STREET BASEMENT<br>FLUSHING, NY 11358 | 441.01 |
| BRIDGETTE V. TERRELL<br>6852 SOUTHKNOLL AVE<br>MILLINGTON, TN 38053 | 353.31 |
| HWEISHIN HUANG<br>76-52 176TH ST.<br>FRESH MEADOWS, NY 11366 | 441.01 |
| CHIN-HUA HUANG<br>76-52 176TH STREET<br>FRESH MEADOWS, NY 11366 | 441.01 |
| TZU-HUA HUANG<br>76-52 176 ST.<br>FRESH MEADOWS, NY 11366 | 441.01 |
| LEUNG KAI CHOI<br>76-52 176 STREET<br>FRESH MEADOWS, NY 11366 | 441.01 |
| TIFFANY M. WARDELL<br>107 HIGH PARK WAY<br>MISSOULA, MT 59803 | 441.01 |
| HELEN S. NOEL<br>6420 72ND DR. N.E.<br>MARYSVILLE, WA 98270 | 478.05 |
| MARYVETTE L. LABRIE<br>636 1/2 S. 6TH EAST<br>MISSOULA, MT 59801 | 478.43 |
| ZHUSAN DONG<br>136-30 SANFORD AVE. APT #30<br>FLUSHING, NY 11355 | 189.00 |
| XIANHE BAI<br>4188 JERI LYNN CT.<br>TUCKER, GA 30084 | 441.01 |
| SONG HUA CHEN | 189.00 |

| | |
|---|---:|
| 36-55 MAIN STREET SUITE 201<br>FLUSHING, NY 11354 | |
| SUSAN N. BANNER<br>2508 SHERBROOK LN<br>MC KINNEY, TX 75070 | 453.60 |
| JAMES E. LEMIN<br>829 COLCHESTER<br>MESQUITE, TX 75149 | 99.10 |
| JENNIFER K. CHILD<br>630 N 100 E #2<br>PROVO, UT 84606 | 108.73 |
| KIM MADLER<br>4200 MASLONA #56<br>WINNEMUCCA, NV 89445 | 224.28 |
| CINDY L. HAYNIE<br>7807 VIRGINIA WATER LN.<br>HOUSTON, TX 77095 | 441.01 |
| JUN LIU<br>1715 S. DIAMOND BAR BL #D<br>DIAMOND BAR, CA 91765 | 189.00 |
| KRISTI L. BUCK<br>418 CORYDON<br>HUFFMAN, TX 77336 | 189.00 |
| ERIC L. QUINTER<br>CENTRAL PARK WEST 79TH ST AMNH<br>NEW YORK, NY 10024-5192 | 441.01 |
| ALAN D. MARTIN<br>3637 TRINITY MILLS #2034<br>DALLAS, TX 75287 | 225.10 |
| MEI HONG LI<br>566 HURON AVE<br>SAN FRANCISCO, CA 94112 | 336.68 |
| MARY ANN MACKAY<br>2414 BRENTWOOD LANE<br>BILLINGS, MT 59102 | 480.07 |

| | |
|---|---:|
| WILMA J. NIEMANN<br>146 AMERICAN BANK PLAZA<br>CORPUS CHRISTI, TX 78475 | 478.24 |
| TERRI L. WYATT<br>1716 YALE AVENUE<br>RICHMOND, VA 23224 | 69.31 |
| JASBIR SANDHU<br>254-03 84TH RD., FLORAL PARK<br>NEW YORK, NY 11001 | 491.41 |
| SOI KENG MAK<br>2322 44TH AVE.<br>SAN FRANCISCO, CA 94116 | 441.01 |
| YENG LU<br>6916 AMETHYST LANE<br>PLANO, TX 75023 | 63.00 |
| THOMAS E. WHEELER<br>108 N. DIVISION<br>PO BOX 252<br>WHITEHALL, MT 59759 | 469.99 |
| SHERRI M BEAL<br>2408 WAYNE<br>JONESBORO, LA 71251 | 429.67 |
| NELDA G. RUTLEDGE<br>1203 E. WRIGHT<br>PHARR, TX 78577 | 477.11 |
| NORMA E. RODRIGUEZ<br>1321 REJEMAN<br>SAN JUAN, TX 78589 | 477.11 |
| CARSON X.H. LIANG<br>64 LAWRANCE AVE<br>SAN FRANCISCO, CA 94112 | 378.01 |
| JILL C. SANDERS<br>2902 WHISPERING WINDS #503<br>PEARLAND, TX 77581 | 126.01 |

| | |
|---|---:|
| KAREN A. DALY<br>3013 CRESTHAVEN CT.<br>GRAPEVINE, TX 76051 | 723.80 |
| CHRISTINE CROWLEY<br>2408 BASTILLE CT.<br>MCKINNEY, TX 75070 | 441.01 |
| MATTHEW S. HILL<br>14329 CARLA DRIVE<br>BALCH SPRINGS, TX 75180 | 63.00 |
| ROBYN K PETERSON<br>3045 DELTA PINES<br>EUGENE LANE, OR 97408 | 92.91 |
| CHRISTIE A CURTIS<br>9520 CENTRAL DRIVE<br>CHARLOTTE, NC 28227 | 189.00 |
| JULIE LEUNG<br>1777 80 STREET, APT. 2F<br>BROOKLYN, NY 11214 | 453.61 |
| CHERYL HALLMAN<br>800 CLARKE RD.<br>MARTINSVILLE, VA 24112 | 256.70 |
| ENXI XIE<br>149-34 SANFORD AVENUE<br>FLUSHING, NY 11355 | 195.30 |
| YUNHUA ZHAI<br>88 LIVINGSTON AVE.<br>STATEN ISLAND, NY 10314 | 491.41 |
| JAMES W PUTNAM<br>410 DENNISON STREET<br>NOCONA, TX 76255 | 189.00 |
| RANDY H. RENFROE<br>2515 BLUE ROSE DR.<br>MISSOURI CITY, TX 77459 | 478.37 |
| WESLEY G BARFIELD<br>5204 WOODGREEN TRAIL | 568.28 |

| | |
|---|---:|
| FLOWERY BRANCH, GA 30542 | |
| DIANA L. DAVIS<br>19805 49TH AVE. N.E.<br>ARLINGTON, WA 98292 | 477.10 |
| NAYDA Z. RAMIRO<br>109 JASPER CT.<br>HERCULES, CA 94547 | 225.10 |
| YVONNE A. SCAMARDO<br>1912 WHITE ROSE LANE<br>CARROLLTON, TX 75007 | 441.01 |
| BRUNETTE J. STITT<br>6108 LAKE VISTA DRIVE<br>DALLAS, TX 75249 | 559.96 |
| WES R. FLICKINGER<br>111 COUNTY ROAD<br>OPHEIM, MT 59250 | 189.00 |
| JOHN L. DIBBLE<br>25002 MINKLER RD.<br>SEDRO WOOLLEY, WA 98284 | 252.01 |
| CYNDI PFEIFER<br>25002 MINKLER RD.<br>SEDRO WOOLLEY, WA 98284 | 367.93 |
| BETTY J. DIBBLE<br>25002 MINKLER RD.<br>SEDRO WOOLLEY, WA 98284 | 207.53 |
| KU HUI CHUAN HSU<br>7209 CYPRESS HILL DRIVE<br>GAITHERSBURG, MD 20879 | 189.00 |
| L. C. JACKSON<br>94 MIDWAY LANE<br>ANNISTON, AL 36206 | 225.04 |
| EUGENE B. KOROLAK<br>P O BOX 309<br>SOAP LAKE, WA  98851-0309 | 477.55 |

| | |
|---|---:|
| XI CHEN<br>314 PALISADE AVE., #5B<br>CLIFFSIDE, NJ 7010 | 189.00 |
| YI HONG H. WU<br>125-07 11 AVE.<br>COLLEGE POINT, NY 11356 | 189.00 |
| JEANNE L SHERIDAN<br>1210 16TH STREET SW<br>CEDAR RAPIDS, IA 52404 | 98.66 |
| XUFENG XIA<br>4330 147 ST.<br>FLUSHING, NY 11355 | 189.01 |
| TRACEY A. MOORE<br>824 STAFFORD STATION DRIVE<br>SAGINAW, TX 76131 | 478.43 |
| ROSE COPEMAN<br>205 WESTBROOK WEST<br>AUSTIN, TX 78746 | 226.36 |
| SHARON B. SHERRER<br>110 FORREST LAKE DR.<br>ATLANTA, GA 30327 | 466.21 |
| LINDA C WHITE<br>1697 BEECH CREEK COVE<br>FRANKLINTON, NC 27525 | 224.54 |
| AIDE CHANG<br>42-29 SAULL ST., 3/FL<br>FLUSHING, NY 11355 | 63.00 |
| AIJUN CHANG<br>42-29 SAULL STREET 3FL<br>FLUSHING, NY 11355 | 214.20 |
| REBECCA A. CHANG<br>42-29 SAULL STREET 3FL<br>FLUSHING, NY 11355 | 189.01 |
| RANDALL T. DUGAN<br>1505 N. ANDREWS AVE. | 239.66 |

| | |
|---|---:|
| FT LAUDERDALE, FL 33311 | |
| SUSAN GARCIA<br>1215 FAIRHAVEN DR.<br>MANSFIELD, TX 76063 | 81.90 |
| PAT K. MURRAY<br>4602 COUNTY RD. 471<br>MELISSA, TX 75454 | 441.01 |
| DEBORAH E COX<br>2410 RIDGE ROAD<br>LIBERAL, KS 67901 | 63.00 |
| JON W. NELSON<br>4633 SW 201 ST AVE<br>ALOHA, OR 97007 | 931.16 |
| KULWANT S. BAINS<br>13920-78TH AVE.<br>SURREY, BC V3W5Z7<br>FOREIGN, FN 99999 | 470.62 |
| JUN HUANG<br>737 WILTON FARM DR.<br>BALTIMORE, MD 21228 | 189.00 |
| HONG HU<br>737 WILTON FARM DR.<br>BALTIMORE, MD 21228 | 189.00 |
| HONG HUO LIU<br>737 WILTON FARM DRIVE<br>BALTIMORE, MD 21228 | 513.08 |
| YIKANG DENG<br>737 WILTON FARM DRIVE<br>BALTIMORE, MD 21228 | 441.01 |
| MARIE A. WHITLOCK<br>592 BRANDON RD.<br>CONROE, TX 77302 | 441.01 |
| ANNETTE L. YOUNG<br>916 W FIELD STREET<br>NEW IBERIA, LA 70560 | 226.05 |

| | |
|---|---:|
| AGUSTIN E. PINCHEIRA<br>7505 KACHINA LOOP<br>SANTA FE, NM 87505 | 441.01 |
| ELAINE D. MURPHY<br>3207 BAYOU CROSSING<br>SUGARLAND, TX 77479 | 225.10 |
| WEN-FANG ZHANG<br>1749 DOBBINS DR. APT. 2F<br>CHAPEL HILL, NC 27514 | 469.86 |
| DIANE VAN DEVENTER<br>1305 S COUNTY RD 1130<br>MIDLAND, TX 79706 | 226.36 |
| RONALDO P. VELUZ<br>2617 MARLENA STREET<br>WEST COVINA, CA 91792 | 63.00 |
| ARTHUR A. LOZANO<br>254 SPRINGWOOD<br>SAN ANTONIO, TX 78216 | 541.18 |
| SR. JOHN W. CARROLL<br>8698 CO RD. 1763<br>ARAB, AL 35016 | 441.01 |
| VINCENT M. HEIMAN<br>68 OAK GROVE CIRCLE APT 13<br>CABOT, AR 72023 | 476.42 |
| RENEE L. GARRIOTTE<br>7450 S. EASTERN, APT. 1018<br>LAS VEGAS, NV 89123 | 504.01 |
| GARY D. POWELL<br>7520 HORNWOOD #103W<br>HOUSTON, TX 77036 | 478.37 |
| CORINE/JAMES BARLOW<br>2402 ELSIE STREET<br>HOUMA, LA 70364 | 471.50 |
| SAJJAN S. BRAR | 113.60 |

| | |
|---|---:|
| 8860 158 STREET<br>SURREY, BC V4N2Y7<br>FOREIGN, FN 99999 | |
| LAI-CHUN HUE-WONG<br>100 W SQUANTUM ST APT 512<br>QUINCY, MA 02171 | 189.00 |
| JIN LING WU<br>330 TREMONT ST. APT. B1008<br>BOSTON, MA 2116 | 63.01 |
| KIM TAT TAM<br>330 TREMONT STREET APT. B1008<br>BOSTON, MA 02116 | 189.00 |
| ALBERT CHAN<br>230 HARRISON AVE APT A903<br>BOSTON, MA 02111 | 189.00 |
| ZHAO QUAN TAN<br>25 MISSION PK APT 505<br>BOSTON, MA 02115 | 189.00 |
| LINDA AND JERRY MCKAMIE<br>PO BOX 4710<br>CORPUS CHRISTI, TX 78469 | 882.02 |
| CHENG-JEN HUANG<br>362 TYMBER RUN<br>ORMOND BEACH, FL 32174 | 189.00 |
| RANDHIR S. CHAKAL<br>3100 S 208ST APT F202<br>SEATAC, WA 98188 | 259.20 |
| WO MING HUANG<br>558 62ND 2ND FLOOR<br>BROOKLYN, NY 11220 | 189.00 |
| LINDA S. MC ANULTY<br>7844 BUTTERFIELD LANE<br>ANNANDALE, VA 22003 | 441.01 |
| ELLIOTT L. KRUMREY<br>1001 SAN SABA | 189.01 |

| | |
|---|---|
| COLLEGE STATION, TX 77840 | |
| ANDREW D POTTS<br>609 EAST 31ST COURT<br>KENNEWICK, WA 99337 | 477.04 |
| ROGER D. POTTS<br>PO BOX 4088<br>WEST RICHLAND, WA 99353-4001 | 478.31 |
| WILLIAM M TAKAHASHI<br>4300 THE WOODS DR APT#2230<br>SAN JOSE, CA 95136 | 298.30 |
| MILTON L. TEAGUE SR.<br>705 WEST 24TH STREET<br>LUMBERTON, NC 28358 | 189.00 |
| JOSEPH W. MYERS<br>807 ROCKBROOK<br>HOUSTON, TX 77015 | 224.98 |
| MADELEINE M. PONS<br>2234 NAPOLEON AVE, APT D<br>NEW ORLEANS, LA 70115 | 63.00 |
| BETTY T. BOOKER<br>2826 LOUISIANA AVENUE #1107<br>LAFAYETTE, LA 70501 | 478.18 |
| TRACY L. GAMMAGE<br>3434 SYCAMORE SHADOWS<br>KINGWOOD, TX 77339 | 225.62 |
| LINDA G. SWENSON<br>770 OAK HAVEN DR.<br>ROSWELL, GA 30075 | 512.83 |
| GUOPING JIANG<br>43-10 69 STREET<br>WOODSIDE, NY 11377 | 441.01 |
| JUDY H. PEARSON<br>3562 SHARON CT.<br>DOUGLASVILLE, GA 30135 | 441.01 |

| | |
|---|---|
| YIN ZHU LI<br>558 62ND STREET 2ND FLOOR<br>BROOKLYN, NY 11220 | 189.00 |
| REGINA I. LUEDKE<br>205 W FREMONT AVE<br>SELAH, WA 98942 | 628.24 |
| ROY C. LEDBETTER<br>225 SEGREST LANE<br>SHORTER, AL 36075 | 466.21 |
| DON K BURGETT<br>416 LORNA SQUARE<br>BIRMINGHAM, AL 35216 | 189.01 |
| JIABIN AN<br>429 N CURTIS AVE #4<br>ALHAMBRA, CA 91801 | 453.61 |
| WILLIAM F. MCKINNEY<br>1516 BONAPARTE DRIVE<br>RUSTON, LA 71270 | 441.01 |
| BO JUN HUANG<br>160 MADISON STREET APT #20B<br>NEW YORK, NY 10002 | 63.00 |
| TAMMY B PATTERSON<br>900 QUITMAN ST<br>RUSTON, LA 71270 | 260.20 |
| SHUYUN ZHANG<br>535 OTT ROAD<br>BALA CYNWYD, PA 19004 | 441.01 |
| MINDY D. ROTH<br>353 W. SAN MARCOS BLVD #242<br>SAN MARCOS, CA 92069 | 113.92 |
| JOAN L BRASWELL<br>2877 STEWART RD<br>OCHLOCKNEE, GA 31773 | 477.80 |
| REBECCA A. CREIGHTON<br>8001 EAGLE DRIVE | 189.00 |

| | |
|---|---:|
| ROWLETT, TX 75088 | |
| LAURITA VELLINGA<br>13 ANNETTE PARK DRIVE<br>BOZEMAN, MT 59715 | 216.72 |
| JACQUELINE A. HIUSER<br>17130 CORAL CAY LN.<br>FORT MYERS, FL 33908 | 142.64 |
| JOYCE M. BARTLEY<br>322 KING CHARLES CIRCLE<br>SUMMERVILLE, SC 29485 | 63.00 |
| RONALD L. HOOKS<br>8 DUMAINE DRIVE<br>COVINGTON, LA 70433 | 94.02 |
| JAMES W. COOPER<br>7022 DUNSFORD DR.<br>CORPUS CHRISTI, TX 78413 | 470.68 |
| FENGLING TAN<br>6013 20TH AVE. 2 FL.<br>BROOKLYN, NY 11204 | 63.00 |
| ESTEBAN SANCHEZ<br>2207 17TH ST.<br>ANACORTES, WA 98221 | 69.30 |
| STEFAN P. FLADT<br>2319 LOUISIANA AVENUE<br>LAFAYETTE, LA 70501 | 226.17 |
| DIAN RU LIN<br>149 ELIZABETH STREET APT #A1<br>NEW YORK, NY 10012 | 63.00 |
| ZI CHENG XU<br>1781 79TH STREET, 2ND FL<br>BROOKLYN, NY 11214 | 63.00 |
| CHENG CENG ZHAO<br>48-15 207TH STREET<br>FLUSHING, NY 11364 | 477.11 |

| | |
|---|---:|
| MICHELLE R BOWEN<br>4120 GREENWOOD DRIVE<br>GAINESVILLE, GA 30506 | 289.42 |
| BOBBY L. HUTTO<br>3850 CLEMENTS<br>BULBERRY, FL 33860 | 220.06 |
| JAMES B. EDINGTON<br>308 HACKER CT., APT. B<br>CHEYENNE, WY 82009 | 126.00 |
| Total | 112,420.61 |

      2.    That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

      WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    May 12, 2008

                                        */s/Holmes P. Harden*
                                        Holmes P. Harden, Trustee
                                        State Bar No. 9835
                                        Post Office Drawer 19764
                                        RALEIGH, NC  27619-9764
                                        Telephone: (919) 981-4000
                                        Facsimile: (919) 981-4300