**VAN–126** Order for Refund of Unclaimed Funds – Rev. 04/02/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
International Heritage, Inc.
  *( debtor has no known aliases )*

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $477.11 constituting unclaimed funds is declared due to Virginia G. Heath, c/o Dilks & Knopik, LLC, P O Box 2728, Issaquah, WA 98027 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: May 12, 2008

                                            A. THOMAS SMALL
                                            United States Bankruptcy Judge

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0417-5          User: whitehead          Page 1 of 1            Date Rcvd: May 12, 2008
Case: 98-02675                Form ID: van126          Total Served: 2

The following entities were served by first class mail on May 14, 2008.
aty          +Brian J. Dilks,   Dilks & Knopik, LLC,   PO Box 2728,   Issaquah, WA 98027-0125
intp         +Dilks & Knopik, LLC,   Post Office Box 2728,   Issaquah, WA 98027-0125

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 14, 2008**          **Signature:** *Joseph Speetjens*