Holmes P. Harden, Trustee

2-20-8

To Whom It May Concern:

I have not received any response to my claim regarding International Heritage, Inc.

My address changed and there may be some name confusion.

My daughter, Dorothy Lynne Hare, received a check from you. 9B-02675-5-ATS

My address and name are different: (formerly 815 Olive)

Dorothy B. Hare
717 Carol
Carthage MO 64836-7650

Thank you.