Holmes P. Harden, Trustee for IHI
PO Box 536
Benson, NC 27504

# 011428
CLAIMED $750.00
NO SUPPORTING DOCUMENTATION.

Re: International Heritage, Inc.   Claim No. 013959

To Whom It May Concern:

I understand that you are distributing monies for International Heritage, IHI. I was and associate of this business and have not received notice that claims are being paid out at this time. I am writing to advise you that I am claiming my part of the distribution.

My name is: RAMON SOTELO JR.

Current Address: 10520 WINROCK DR. LAREDO, TX 78045
Former Address: 2012 DUNLAP MISSION, TX 78572
_____ I have moved several times and have been at the following addresses
_____ I am not sure why my address was 10 years ago.

Again, please note I have not received a notice of information regarding the disbursement of funds and I am claiming my part of the distribution.

Your consideration is greatly appreciated as I await your response to advise me what else I need to do get disbursement. Amount of initial investment: $750.00

Thank you,

Ramon Sotelo