**FILED**

**JUN -3 2008**

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                                CASE NO. 98-02675

    International Heritage Inc.

                Debtor

AMENDED MOTION TO WITHDRAW MONEYS

The undersigned, Kim Sherrie Sawyer, as Counsel for The Locator Services Group Ltd. ("Movant"), moves that this court enter an order directing the Clerk of the Court to remit to the applicant the sum of $1,512.03 said funds having been deposited into the Treasury of the United States pursuant to order of this Court as unclaimed funds for creditor **Jianying Kong.**

Movant further states that:

1.       Movant is an attorney and a "funds locator" who has been retained by the creditor. Movant has obtained an original Power of Attorney from the individual creditor or a duly authorized representative of the business or corporation named as the creditor in the order depositing funds into the court. A Power of Attorney, conforming to the official Bankruptcy Form is attached and made a part of this motion.

2.       The original disbursement was not presented for payment within 90 days after issuance, apparently, because: the original check was never received by creditor. It was likely lost in the mail due to a change of address.

3.      Movant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other motion regarding this claim is currently pending before the court, or that any party other than the movant is entitled to submit a motion for this claim.

Respectfully submitted this day, Tuesday, June 03, 2008.

|  |  |
|---|---|
| | THE LOCATOR SERVICES GROUP LTD: |
| | BY: _____ |
| Jianying Kong | Signature of Petitioner |
| Petitioner | |
| | Kim Sherrie Sawyer, Counsel |
| 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 | Name and Title of Petitioner |
| SSN# | |
| | The Locator Services Group, Ltd. |
| | Company Name |
| | |
| | 316 Newbury Street, Suite 32 |
| | Street Address |
| | |
| | Boston, MA 02115 |
| | City and State |
| | |
| | (617) 859-0600 |
| | Telephone |
| | |
| | **Payment Address:** |
| | The Locator Services Group Ltd. |
| | 316 Newbury Street, Suite 32 |
| | Boston, MA 02115 |

SUBSCRIBED AND SWORN before me this __3__ day of __June__, 200_8_

_____
NOTARY PUBLIC in and for the State of Massachusetts,
Residing in the County of Suffolk
My commission expires: 6/13/2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                                CASE NO. 98-02675

International Heritage Inc.
                                                                      AFFIDAVIT OF SERVICE
                                                                      AND CERTIFICATION
            Debtor

I, Kim Sherrie Sawyer, Esq., as Counsel of The Locator Services Group Ltd., attorney-in-fact for claimant, **Jianying Kong** certify that the statements in the foregoing motion are true and correct.

Notice is hereby given to the court that on Tuesday, June 03, 2008 the U.S. Attorney for the Eastern District of North Carolina – whose address is 310 New Bern Avenue, Suite 800, Federal Building, Raleigh, NC 27601 – was advised, via U.S. Postal Service, of the intent of The Locator Services Group Ltd, as attorney-in-fact, to file a motion for the release of unclaimed funds held in the above named case on behalf of:

**Jianying Kong**

Respectfully Submitted:

_____
The Locator Services Group Ltd., attorney-in-fact
Kim Sherrie Sawyer, General Counsel


SUBSCRIBED AND SWORN before me this ___3___ day of __June__, 200_8_

_____
NOTARY PUBLIC in and for the State of Massachusetts,
Residing in the County of Suffolk.

My commission expires: _6/13/2014_



UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:

INTERNATIONAL HERITAGE INC.

DEBTOR(S)

CASE NO:

98-02675-5-ATS

CHAPTER 7

## REPORT ON UNCLAIMED DIVIDENDS

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| RITA W. ESTES<br>1020 E. LAKEHAVEN WAY<br>MCDONOUGH, GA 30253 | 413.54 |
| SYLVIA P. STRICKLAND<br>171 SHILOH RUN NORTHWEST<br>KENNESAW, GA 30144 | 74.34 |
| WENDELL LECKBEE<br>3 AMBER LN<br>LITTLE ROCK, AR 72118 | 544.05 |
| KERI A. HEGGENES<br>28112 231ST PL S.E.<br>MAPLE VALLEY, WA 98038-8158 | 189.01 |
| UBHI JASWANT S<br>232 RUNDLEVIEW DR NE<br>CALGARY, AB T1Y1H8<br>FOREIGN, FN 99999 | 806.42 |
| STACEY D. OSTROM<br>3010 E. NASA ROAD 1 #1302 | 189.00 |

| | |
|---|---:|
| LI HUA LAI<br>68-29 CLYDE ST. APT. #A<br>FOREST HILLS, NY 11375 | 441.01 |
| ANNMARIE WILLIS<br>5929 MELODY LANE #268<br>DALLAS, TX 75231 | 378.01 |
| JAMES F. SPIERS JR.<br>3690 GLEN IAN DRIVE<br>LOGANVILLE, GA 30249 | 251.97 |
| THOMAS M BALLARD<br>2210 ASHWOOD CT<br>CARROLLTON, TX 75006 | 189.00 |
| RICK G. WHITE<br>2016 N. 35TH PL<br>MOUNT VERNON, WA 98273 | 1,453.56 |
| STERLING C. MARCHIVE<br>504 CAVANESS DR.<br>HOUMA, LA 70364 | 224.98 |
| KELLY G. PARR<br>106 IVY DRIVE<br>COVINGTON, LA 70433 | 226.49 |
| HUIMIN LIN<br>5711 CAMP STREET<br>CYPRESS, CA 96630 | 214.21 |
| LOTFI BEN YOUSSEF<br>3885 LINTON APT#2<br>MONTREAL, PQ H3S1T3<br>FOREIGN, FN 99999 | 90.72 |
| DAMING CAO<br>204 E. NORWOOD PL. #A<br>SAN GABRIEL, CA 91776 | 441.01 |
| JIANYING KONG<br>204 E. NORWOOD PL. #A<br>SAN GABRIEL, CA 91776 | 1,512.03 |
| LIN CHUN TSUI-CHAN | 189.00 |

| | |
|---|---:|
| MICHELLE R BOWEN<br>4120 GREENWOOD DRIVE<br>GAINESVILLE, GA 30506 | 289.42 |
| BOBBY L. HUTTO<br>3850 CLEMENTS<br>BULBERRY, FL 33860 | 220.06 |
| JAMES B. EDINGTON<br>308 HACKER CT., APT. B<br>CHEYENNE, WY 82009 | 126.00 |
| Total | 112,420.61 |

2.   That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:   May 12, 2008

/s/Holmes P. Harden
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300

LIMITED POWER OF ATTORNEY
LIMITED TO ONE TRANSACTION ONLY

Jianying Kong appoints The Locator Services Group Ltd., acting through its General Counsel and staff, as his/her lawful attorney in fact for the sole purpose of recovering or obtaining a credit of unclaimed funds or an outstanding obligation held on behalf of Jianying Kong in the amount of $1,512.03.

Jianying Kong grants his/her attorney in fact the authority to do all things reasonably necessary to recover or obtain credit of the unclaimed funds or outstanding obligation due Jianying Kong. Such acts shall include, but are not limited to: engaging in verbal or written communication with the holder of the funds or obligation; executing and filing all documents necessary to facilitate the payment or credit of the unclaimed funds or obligation; receiving written correspondence and all other documentation relevant to the payment or credit of the unclaimed funds or outstanding obligation; and receiving possession of the payment of these funds on behalf of Jianying Kong.

The Locator Services Group Ltd., as attorney in fact, may not make any expenditure or incur any costs on behalf of Jianying Kong.

Signed this 20 day of May, 2008.

By: _____
Jianying Kong

Tax ID No. ____xxx-xx-5697____
(Required for identification purposes)

State of California

County of LOS ANGELES

On MAY 20, 2008 before me, J VERGARA NOTARY Public, Notary Public, personally appeared Jianying Kong who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of CALIFORNIA that the forgoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Signature: _____

My Commission Expires: 12/20/2011

J. VERGARA
Commission # 1740071
Notary Public - California
Los Angeles County
My Comm. Expires Dec 20, 2011

NOTARY SEAL

TLSG Reference Number: 158Kong



