**US BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**



RE:

    International Heritage Inc.

Case No. 98-02675-5-ATS

/

## APPLICATION FOR RELEASE OF UNCLAIMED FUNDS

**IT APPEARING THAT** a dividend check in the amount of $478.00 was issued by the trustee to Lois Schneider, creditor in the above-referenced case.

**IT ALSO APPEARING THAT** said check was not negotiated by said payee and the trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, U.S. Bankruptcy Court. The United States Treasury is currently holding these funds.

**CREDITOR'S** current address, phone number and social security number are:

    Lois Schneider
    1105 E. Willow Dr.
    Olathe, KS 66061-4951
    913-764-2340
    SSN/TIN: 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

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was mailed to Lois Schneider at 210 S. Water Apt 43, Olathe, KS 66061. That address is no longer valid. The change of address prevented delivery of the original dividend check. Exhibit A is evidence that Lois Schneider once used that address.

**IF APPLICANT IS A FUNDS LOCATOR,** this application includes a Power of Attorney authorizing the undersigned, <u>Dilks & Knopik, LLC</u>, Attorney in Fact, to petition the Court on behalf of the claimant for the release of these funds. The U.S. Attorney for the Eastern District of North Carolina has been provided a <u>copy</u> of this application allowing 20 days from the date of service to file an objection to payment of the unclaimed funds.

Dilks & Knopik, LLC, attorney-in-fact for Lois Schneider, creditor, hereby petitions the Court for $478.00, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to creditor.

**THEREFORE**, an application is made for an order directing the Clerk of Court to pay said unclaimed funds to the order of <u>Lois Schneider c/o Dilks & Knopik, LLC,</u> applicant (or Attorney in Fact if application by funds locator), and mail said check to the following address: <u>P.O. Box 2728, Issaquah, WA 98027.</u>

Dated: June 10, 2008

Respectfully Submitted:

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-Fact for Lois Schneider

On <u>6\10\08</u> before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL

Caryn M. Dilks, Notary Public
My commission expires: July 29, 2010
Notary in and for the State of Washington.



## PROOF OF SERVICE OF APPLICATION ON U.S. ATTORNEY

Notice is hereby given that on June 10, 2008 a <u>copy</u> of the Application for Release of Unclaimed Funds with Affidavits was served on the U.S. Attorney for the Eastern District of North Carolina, 310 New Bern Avenue, Federal Building, Suite 800, Raleigh, North Carolina 27601-1461 via U.S. Mail.

Dated: June 10, 2008

                                        Brian J. Dilks, Managing Member
                                        Dilks & Knopik, LLC
                                        Attorney-in-Fact for Lois Schneider

UNITED STATES BANKRUPTCY COURT
Eastern District of North Carolina

RE: International Heritage Inc.  )
                                 )   Case: 98-02675-5-ATS
                                 )
                                 )   **AUTHORITY TO ACT**
                                 )   **Limited Power of Attorney**
         Debtor(s)               )   **LIMITED TO ONE TRANSACTION**

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Lois Schneider** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$478.00** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_Lois Schneider_                         Date: June 4, 2008
Lois Schneider

Tax ID: XXX-XX-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

### ACKNOWLEDGMENT

STATE OF Kansas   )        COUNTY OF Johnson   )

On this 4th day of June, 2008, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Lois Schneider known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.
NOTARY PUBLIC _Lynsie Ayers_
Residing at Olathe, KS
My Commission expires 10/30/2011

LYNSIE AYERS
My Appt. Exp. 10/30/2011
STATE OF KANSAS




LOIS SCHNEIDER
Acct #
Page - 2



12/26/02    6739    444.00



12/20/02    6740    45.30





12/24/02    6741    236.92





January 2003 rent payment

1/03/03    6742    509.00



12/19/02    6744    60.00

Exhibit A
Page 1 of 1