3526 Yonah Homer Rd
Alto Ga. 30510

April 13, 2008

U.S. BANKRUPTCY COURT

PO BOX 1441

RALEIGH NC 27602

**FILED**

JUN 1 6 2008

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N. C

RE: INTERNATIONAL HERITAGE, INC.,

Subject: Bankruptcy case No: 98-02675-5-ATS Chapter 7

Dear Honorable Judge,

    I should be entitled to distributions in the above mentioned claim. I invested $1700.00 in this company just before their assets were frozen causing them to go bankrupt. I followed all directions given to me concerning filing a claim in the beginning. Several others received their money back long ago and we were unable to follow up or find any information on this case until my mother received a check a few weeks ago.

    I was then able to contact Mr Harden's office. As you can see from the correspondence back and forth between me and Mr. Harden's office, I was informed they had originally objected to my claim. I do not understand this, however I was instructed by their office to write to you at this address and they would not object to my claim any longer. I was also instructed to include the language that I will be entitled to future distributions.

    I am enclosing a self addressed stamped envelope. I appreciate your consideration and time spent in this matter. I know that you will do what is just and fair concerning entitlement to this claim.

Respectfully,

Donna Bradley

cc: Holmes P. Harden
    Trustee for IHI

Move To: (Choose Folder)                                                              Back to:

**From:** "Johnson, Jenny" <jjohnson@williamsmullen.com>
**Date:** 2008/02/13 Wed PM 09:47:32 CST
**To:** <donna1202@windstream.net>
**Subject:** IHI

Donna,

If you write a letter to the court requesting you claim be allowed for future distributions we will not object. Please send to U. S. Bankruptcy Court, P. O. Box 1441, Raleigh, NC 27602, enclose a copy for them to return to you along with a self-addressed stamped envelope and send a copy to Holmes P. Harden, Trustee for IHI, P O. Box 536, Benson, NC 27504. Please include the language that you will be entitled to future distributions since the first distribution has already occurred..

Thanks
Jenny

**Jenny D. Johnson**, NC State Bar Certified Paralegal
Williams Mullen Maupin Taylor

Notice: Information contained in this transmission to the named addressee is proprietary information and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy for distribution thereof.

Move To: (Choose Folder)                                                              Back to:

## Withdraw Funds by Electronic Transfer

Please indicate the amount you want to withdraw and which bank account to credit. Withdrawals from your PayPal account to your bank account must meet the

It can take          to complete this transfer, depending on your bank's holiday schedule and payment policies. You can get instant access to your funds with a          once you receive the card.

**From this balance:** $2.15 USD

**Amount:** 2.00

**To:** Wachovia Checking (Confirmed) xxxxxx7515

**Remaining Monthly Limit: $432.25 USD**
PayPal members are limited to withdrawing $500.00 USD per month.

**Note:** If your bank information is incorrect, your withdrawal will be returned and a fee will be charged. See the          . Additional bank fees may apply. Please contact your bank directly regarding additional fees.

**Continue**    Cancel





Move To: (Choose Folder)                                                                                        Back to:

**From:** "service@paypal.com" <service@paypal.com>
**Date:** 2008/04/03 Thu AM 09:39:34 CDT
**To:** GAIL POWELL <paul918@alltel.net>
**Subject:** PayPal Electronic Funds Transfer

Dear GAIL POWELL,

Your request to withdraw funds via electronic funds transfer from your PayPal
account to your bank account ending in 7515, has been received and is in
process.

This process usually takes 3-4 business days to complete but is dependent on
your bank's policies.

If there is a problem with your request, it may take up to one week for your
bank to notify us. We will notify you immediately by email if we learn of any
problems in processing your request.

Have you lifted your withdrawal and receiving limits? Just log in to your
PayPal account and click View Limits on the Account Overview page.


Sincerely,
PayPal

----------------------------------------------------------------
PROTECT YOUR PASSWORD

NEVER give your password to anyone, including PayPal employees. Protect
yourself against fraudulent websites by opening a new web browser (e.g.
Internet Explorer or Netscape) and typing in the PayPal URL every time you log
in to your account.

----------------------------------------------------------------


Please do not reply to this email. This mailbox is not monitored and you will
not receive a response. For assistance, log in to your PayPal account and click
the Help link located in the top right corner of any PayPal page.

----------------------------------------------------------------

PayPal Email ID PP026



Move To: (Choose Folder)                                                                                        Back to:


Web                                                                                                   YAHOO!        Live Search

Pay

## Withdraw Funds by Electronic Transfer

Please indicate the amount you want to withdraw and which bank account to credit. Withdrawals from your PayPal account to your bank account must meet the

It can take                       to complete this transfer, depending on your bank's holiday schedule and payment policies. You can get instant access to your funds with a                       once you receive the card.

**From this balance:** $2.15 USD

**Amount:** .15

**To:** Wachovia Checking (Confirmed) xxxxxx7515

**Remaining Monthly Limit:** $432.25 USD

PayPal members are limited to withdrawing $500.00 USD per month.

**Note:** If your bank information is incorrect, your withdrawal will be returned and a fee will be charged. See the Additional bank fees may apply. Please contact your bank directly regarding additional fees.

**Continue**     Cancel



https://www.paypal.com/us/cgi-bin/webscr?cmd=_withdraw-funds-bank-submit&dispatch=...  4/3/2008

January 24, 2008

RE: INTERNATIONAL HERITAGE, INC.

Holmes P Harden
Po Box 536
Benson NC 27504

Dear Holmes P Harden:

SUBJECT: BANKRUPTCY CASE NO: 98-02675-5-ATS CHAPTER 7 AND

CHANGE OF ADDRESS

I understand that you are the Trustee for IHI. I was invested in the company for around $1700, the highest level and should be due money from the bankruptcy account. I also paid for my mother. She received a refund check last week and subsequently gave it to me because I made the payment in my name. I also paid for Galisa Fain who now is deceased. I have contacted Chris Fain who was her husband at the time. I was assured by an IHI representative any money paid by me would be refunded to me, regardless of the name on the IHI account.

I have since moved from 3563 Mud Creek road. Any and all money should be sent to 3526 Yonah Homer Rd Alto GA 30510.

If further information is needed, feel free to contact me at the number below.

Sincerely,


Donna Bradley
cc:   Chris Fain




3526 YONAH HOMER RD
ALTO GA 30510
706 777 2170

January 30, 2008

Ms. Donna L. Bradley
3526 Yonah Homer Road
Alto, GA  30510

    Re:    International Heritage, Inc.
    Case No.:    98-02675-5-ATS

Dear Ms. Bradley:

    We received your letter regarding the interim payments we just disbursed in the above-referenced case. The Trustee objected to your claim and all objections were mailed out on October 26, 2007 to the address shown on your claim. Each claimant had 30 days to respond to the objection prior to the hearing which was held on November 29, 2007. After no response from you to the court or to the trustee, the court entered the order denying your claim on December 12, 2007. It is the claimant's responsibility to inform the court of all address changes.

    If you have any questions, you may email me directly at jjohnson@williamsmullen.com or use the Benson post office box.

                               Sincerely,

                               Jenny D. Johnson

                               Jenny D. Johnson, Paralegal

## Read Message

From: <donna1202@windstream.net>
Date: 2008/02/22 Fri PM 08:39:36 CST
To: "Johnson, Jenny" <jjohnson@williamsmullen.com>
Subject: Re: IHI

Thank you so much! I will do that right now.
>
> From: "Johnson, Jenny" <jjohnson@williamsmullen.com>
> Date: 2008/02/13 Wed PM 09:47:32 CST
> To: <donna1202@windstream.net>
> Subject: IHI
>
> Donna,
>
>        If you write a letter to the court requesting you claim be
> allowed for future distributions we will not object. Please send to U.
> S. Bankruptcy Court, P. O. Box 1441, Raleigh, NC  27602, enclose a copy
> for them to return to you along with a self-addressed stamped envelope
> and send a copy to Holmes P. Harden, Trustee for IHI, P O. Box 536,
> Benson, NC  27504. Please include the language that you will be
> entitled to future distributions since the first distribution has
> already occurred..
>
> Thanks
> Jenny
>
> > Jenny D. Johnson, NC State Bar Certified Paralegal
> > Williams Mullen Maupin Taylor
> > www.jjohnson@williamsmullen.com
> >
> > Notice: Information contained in this transmission to the named
> > addressee is proprietary information and is subject to attorney-client
> > privilege and work product confidentiality. If the recipient of this
> > transmission is not the named addressee, the recipient should
> > immediately notify the sender and destroy the information transmitted
> > without making any copy for distribution thereof.
> >
>
>


## Read Message

 Move To: (Choose Folder)    Back to: SentMail

**From:** <donna1202@windstream.net>
**Date:** 2008/02/04 Mon PM 10:55:14 CST
**To:** "Johnson, Jenny" <jjohnson@williamsmullen.com>
**Subject:** Re: RE: [Fwd: International Heritage Inc.]

I understand that part and I did what comply with the instructions in 1999.
What I do not understand is what does it mean that the Trustee objected to my
claim. all I know is I did what was ask of me and assumed I would be receiving
funds as one of the creditors. Can you tell me how to go about asking for a
reconsideration? Who do I send the documentation to? Also if I send
documentation as to my payment for Galisa Fain will that be considered also.
She was my dearest friend and was in a fatal car accident. I bought into the
company for her so she would have an opportunity to make money too. I have
proof that I paid it for her on the original contract from IHI. My ex-husband
still lived at that address until October and he and I are still friends. He
didn't receive anything either. He forwarded any mail missed by the post office
to me.

Thank you for taking the time to respond to me. Any help would be appreciated.
Donna
>
> From: "Johnson, Jenny" <jjohnson@williamsmullen.com>
> Date: 2008/02/04 Mon PM 06:05:26 CST
> To: <donna1202@windstream.net>
> Subject: RE: [Fwd: International Heritage Inc.]
>
> Ms. Bradley,
>
> The initial notice that went out to all IHI creditors listed specific
> instructions to all creditors that no notices would be mailed out due to
> costs involved in mailings, for example the cost of mailing the notice
> to everyone was over $70,000.  Why would we spend that much money on
> mailings when we could disburse these funds to creditors.  These
> directions were on the notice you received to file a proof of claim in
> the case in the beginning ( which claims were due by 3/30/99). It is
> the claimant's responsibility to notify the court of changes of
> addresses.
>
> You may ask the court to reconsider your claim and if the court allows
> your claim, we will not object if you offer proper documentation or an
> explanation of your claim to future distributions.  However, you cannot
> claim a distribution in the funds we have already disbursed.  We will
> be making another distribution at some point this year and I'm not sure
> when or how much the percentage will be at this time.  The interim
> payment we made on January 11, 2008 was for 25% of the allowed claim
> amount and the next one will probably be less than 25%, but we will
> never reach 100% of the allowed claims due to funds on hand.
>
> Jenny Johnson, Paralegal
>
> -----Original Message-----
> From: donna1202@windstream.net [mailto:donna1202@windstream.net]
> Sent: Monday, February 04, 2008 5:56 PM
> To: Johnson, Jenny
> Subject: [Fwd: International Heritage Inc.]
>
>
> >
> > From: <donna1202@windstream.net>
> > Date: 2008/02/04 Mon PM 03:12:21 CST
> > To: <jjohnson@williamsmullen.com>
> > Subject: International Heritage Inc.
> >
> > I am e-mailing you in response to your letter dated 01-30-2008. I do
> not understand what you mean by The Trustee objected to my claim, but I

http://webmail.windstream.net/cgi-bin/gx.cgi/AppLogic+mobmain?msgvw=SentMailMN3...   3/19/2008

## Read Message

Move To: (Choose Folder)    Back to: SentMail

**From:** <donna1202@windstream.net>
**Date:** 2008/02/04 Mon PM 03:12:21 CST
**To:** <jjohnson@williamsmullen.com>
**Subject:** International Heritage Inc.

I am e-mailing you in response to your letter dated 01-30-2008. I do not understand what you mean by The Trustee objected to my claim, but I had my mail forwarded when I moved and I have had no problems recieving anything else that was maile to me, however I have heard nothing form either the I.H.I. company, a court or a trustee since the companies assets were frozen. I sent in a request as instructed at the time and have been unable to find anything on the internet or elsewhere stating the bankruptcy had been decided until my mom received her check in the mail. Then I did another search and found the trustee information. I wrote to the court as instructed at the beginning of the claim, but had no knowledge of the status of it from that point on. I do not see how I could be responsible for informing the court when I was never made aware of the hearings or anything else. I had no person to contact with a change of address. I was not ever made aware of "anything."

What steps do I need to take at this point. It is an unfair decision for me not to receive my money back. I am a stay at home mom at this time and I could certainly use that money to buy things my children need.

My husband does have an attorney he uses for his legal matters. I hope it is not neccesary to contact him to resolve this matter? I should have been awarded money long ago. It has been since 1997 so I can't see how you expect me to know that you had sent me mail which I didn't recieve. It has been 10 years since my investment in this company. how can you just close the claim without somehow trying to locate those involved considering the time period it has taken to resolve this.
Please respond to donna1202@windstream.net or at the address 3526 Yonah Homer RD Alto Ga 30510
Thanks Donna Gilleland (Bradley) I have since remarried.

Move To: (Choose Folder)    Back to: SentMail



Web  Images  Audio  Video  News  Yellow & White Pages  Maps
Now Searching: Google  YAHOO! SEARCH   Live Search
Advanced Search | Preferences

I forgot to add that I do have receipts where all three of these were put on my credit card. My own was $1982.00 plus the amount for Bonnie Brookshire and Galisa Fain. I also have copies of where we did file a claim along with the copy from the post office where we sent everything certified w/ signature required and I know it was received. I really should have gotten money back then and am not sure why it was delayed.

Thanks for your time and patience with all this paper work. I can supply the other documents if needed.