UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

### REPORT ON UNCLAIMED DIVIDENDS

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| LEI YANG<br>2361 E. 1ST ST.<br>BROOKLYN, NY 11223 | 222.86 |
| GUOSHENG YIN<br>14 BREWSTER DRIVE<br>IVYLAND, PA 18974 | 189.00 |
| **TOTAL** | **411.86** |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:   July 1, 2008

                                    */s/Holmes P. Harden*
                                    Holmes P. Harden, Trustee
                                    State Bar No. 9835
                                    Post Office Drawer 19764
                                    RALEIGH, NC  27619-9764
                                    Telephone: (919) 981-4000
                                    Facsimile: (919) 981-4300