**SO ORDERED.**

**SIGNED this 07 day of July, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: |
| International Heritage, Inc. | 98-02675-5-ATS |
| DEBTOR | CHAPTER 7 |

O R D E R

The matter before the court is the Order Granting Motion To Release Funds entered on July 2, 2008.

The court finds that the order should be revoked. On June 18, 2008, two motions for release of funds in the amount of $441.01 were filed by Yue Sheng which were duplicative of each other. An order allowing one motion was entered on June 18, 2008 and the other on July 2, 2008. Since Yue Sheng is only due $441.01, entry of the order on July 2, 2008 directing the clerk to pay an additional $441.01 to Yue Sheng was erroneous. Accordingly,

The order entered on July 2, 2008 directing the payment of $441.01 to Yue Sheng is revoked.

"End of Document"