**SO ORDERED.**

**SIGNED this 07 day of July, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: |
| **International Heritage, Inc.** | **98-02675-5-ATS** |
| **DEBTOR** | **CHAPTER 7** |

O R D E R

The matter before the court is the Order Granting Motion To Release Funds entered on July 2, 2008.

The court finds that the order should be revoked. On June 18, 2008, two motions for release of funds in the amount of $441.01 were filed by Yue Sheng which were duplicative of each other. An order allowing one motion was entered on June 18, 2008 and the other on July 2, 2008. Since Yue Sheng is only due $441.01, entry of the order on July 2, 2008 directing the clerk to pay an additional $441.01 to Yue Sheng was erroneous. Accordingly,

The order entered on July 2, 2008 directing the payment of $441.01 to Yue Sheng is revoked.

"End of Document"

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0417-5           User: am_bisset           Page 1 of 1              Date Rcvd: Jul 07, 2008
Case: 98-02675                 Form ID: pdf014           Total Served: 2

The following entities were served by first class mail on Jul 09, 2008.
db          +International Heritage, Inc.,   C/O TERRI L. GARDNER,   POST OFFICE DRAWER 1389,
              RALEIGH, NC 27602-1389
cr           Yue Sheng,   11204 Golden Meadow Ct.,   Germantown, MD   20876-1740

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 09, 2008**                    **Signature:**    *Joseph Speetjens*