UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN RE: )  CASE NO. 98-02675-5-ATS
)
International Hertage,Inc )
)
Debtor )
_____)

**FILED**
JUL 2 1 2008
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

**APPLICATION TO WITHDRAW OUR PETITION FOR UNCLAIMED FUNDS**

I the undersigned petitioner, in the above referenced Bankruptcy case, declare the following:

1. I am the General Manager of The Financial Resources Group, Inc.

2. The Financial Resources Group, Inc is the Attorney-in-fact for Robert M Otis, and on June 2, 2008, petitioned the court to receive the total amount of $9,296.46, which is the sum of all monies deposited with the court by the case Trustee on behalf of the creditor Robert M Otis.

3. The Financial Resources Group, Inc., due to recent developments is not positive our client is the correct party entitled to these funds.

4. The Financial Resources Group, Inc., is withdrawing our Application for Payment of these Unclaimed Funds, at this time without prejudice.

07/14/2008
Date

Larry L. Moses - General Manager
The Financial Resources Group, Inc.
700 Mechem Drive, Suite 8B
Ruidoso, New Mexico 88345

SUBSCRIBED and sworn before me this 14th day of July, 2008

Notary Public
My commission expires:

(seal)