**SO ORDERED.**

**SIGNED this 24 day of July, 2008.**



_____
A. Thomas Small
United States Bankruptcy Judge

_____

United States Bankruptcy Court
Eastern District of North Carolina

In Re:                                                                                          Case No.:

International Heritage, Inc.                                                        98-02675-5-ATS

     **Debtor(s)**

**Order Revoking Order for Refund of Unclaimed Funds**

The matter before the court is the Order for Refund of Unclaimed Funds entered on July 2, 2008. The court finds that the order should be revoked on the grounds that Robert M. Otis, 2663 20th Ave. NE, Issaquah, WA 98020, to whom the funds were disbursed is not the rightful claimant. The disbursement check in the amount of $9296.46 has been returned to the court by The Financial Resources Group Inc. who filed the motion on Mr. Otis' behalf. Accordingly,

The order entered on July 2, 2008, directing the payment of $9296.46 to Robert M. Otis is revoked.

**End of Document**