**SO ORDERED.**

**SIGNED this 25 day of July, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO.: |
|---|---|
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

O R D E R

       The matter before the court is the application for release of unclaimed funds filed by Brian J. Dilks, Managing Member of Dilks & Knopik, LLC on July 2, 2008. The application requests return of unclaimed funds owed to Zhong Chang Ge.

       The court finds that proof of identity for Zhong Chang Ge was not attached to the application. Proof of identity is required before unclaimed funds can be released from the court. It appears that the claimant does not have a driver's license; however, some form of photo identification must be presented.

       The court further finds that Brian J. Dilks was notified of this deficiency by the clerk's office, but has failed to make the necessary correction.

       Accordingly, the application for release of unclaimed funds is denied without prejudice to the right of Dilks & Knopik, LLC to refile the application with the proper documentation attached.

"End of Document"