

**SO ORDERED.**

**SIGNED this 24 day of July, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

United States Bankruptcy Court
Eastern District of North Carolina

In Re:                                                                                  Case No.:

International Heritage, Inc.                                                98-02675-5-ATS

    **Debtor(s)**

### Order Revoking Order for Refund of Unclaimed Funds

The matter before the court is the Order for Refund of Unclaimed Funds entered on July 2, 2008. The court finds that the order should be revoked on the grounds that Robert M. Otis, 2663 20th Ave. NE, Issaquah, WA 98020, to whom the funds were disbursed is not the rightful claimant. The disbursement check in the amount of $9296.46 has been returned to the court by The Financial Resources Group Inc. who filed the motion on Mr. Otis' behalf. Accordingly,

The order entered on July 2, 2008, directing the payment of $9296.46 to Robert M. Otis is revoked.

**End of Document**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0417-5          User: barnes_da           Page 1 of 1              Date Rcvd: Jul 24, 2008
Case: 98-02675                Form ID: pdf014           Total Served: 1

The following entities were served by first class mail on Jul 26, 2008.
cr           +Robert M. Otis,   c/o The Financial Resources Group, Inc.,    700 Mechem Drive, Suite 8B,
               Ruidoso, NM 88345-6909
The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 26, 2008**             **Signature:**     *Joseph Speetjens*