**SO ORDERED.**

**SIGNED this 25 day of July, 2008.**

_____
**A. Thomas Small
United States Bankruptcy Judge**

_____

```
           UNITED STATES BANKRUPTCY COURT
          EASTERN DISTRICT OF NORTH CAROLINA
                  RALEIGH DIVISION

   IN RE:                             CASE NO.:

   International Heritage, Inc.       98-02675-8-ATS

           DEBTOR                     CHAPTER 7
```

O R D E R

The matter before the court is the application for release of unclaimed funds filed by Brian J. Dilks, Managing Member of Dilks & Knopik, LLC on July 2, 2008. The application requests return of unclaimed funds owed to Zhong Chang Ge.

The court finds that proof of identity for Zhong Chang Ge was not attached to the application. Proof of identity is required before unclaimed funds can be released from the court. It appears that the claimant does not have a driver's license; however, some form of photo identification must be presented.

The court further finds that Brian J. Dilks was notified of this deficiency by the clerk's office, but has failed to make the necessary correction.

Accordingly, the application for release of unclaimed funds is denied without prejudice to the right of Dilks & Knopik, LLC to refile the application with the proper documentation attached.

"End of Document"

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0417-5           User: barnes_da            Page 1 of 1           Date Rcvd: Jul 25, 2008
Case: 98-02675                 Form ID: pdf014            Total Served: 2

The following entities were served by first class mail on Jul 27, 2008.
intp          +Dilks & Knopik, LLC,    Post Office Box 2728,    Issaquah, WA  98027-0125
cr             Zhong Chang Ge,    4712 163rd St.,    Flushing, NY  11358-3708

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 27, 2008**                    **Signature:** *Joseph Speetjens*