**SO ORDERED.**

**SIGNED this 04 day of August, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

```
              UNITED STATES BANKRUPTCY COURT
            EASTERN DISTRICT OF NORTH CAROLINA
                     RALEIGH DIVISION

   IN RE:                                CASE NO.:

   International Heritage, Inc.          98-02675-8-ATS

          DEBTOR                         CHAPTER 7


                        O R D E R


        The matter before the court is the motion to withdraw
   monies filed by Anthony J. Hanks on July 11, 2008.  Mr. Hanks is
   seeking recovery of $478.49 in unclaimed funds.

        The court finds that proof of identity was not attached
   to the motion.  Proof of identity is required before unclaimed
   funds can be released from the court.

        The court further finds that Anthony J. Hanks was
   notified of this deficiency by the clerk's office, but has failed
   to make the necessary correction.

        Accordingly, the motion to withdraw monies is denied
   without prejudice to the right of Anthony J. Hanks to refile the
   motion with the proper documentation attached.

                      "End of Document"
```