**SO ORDERED.**

**SIGNED this 04 day of August, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

```
          UNITED STATES BANKRUPTCY COURT
        EASTERN DISTRICT OF NORTH CAROLINA
                 RALEIGH DIVISION

IN RE:                                    CASE NO.:

International Heritage, Inc.              98-02675-8-ATS

        DEBTOR                            CHAPTER 7


                     O R D E R


        The matter before the court is the motion to withdraw
monies filed by Anthony J. Hanks on July 11, 2008.  Mr. Hanks is
seeking recovery of $478.49 in unclaimed funds.

        The court finds that proof of identity was not attached
to the motion.  Proof of identity is required before unclaimed
funds can be released from the court.

        The court further finds that Anthony J. Hanks was
notified of this deficiency by the clerk's office, but has failed
to make the necessary correction.

        Accordingly, the motion to withdraw monies is denied
without prejudice to the right of Anthony J. Hanks to refile the
motion with the proper documentation attached.

                  "End of Document"
```

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0417-5            User: shumdrake            Page 1 of 1              Date Rcvd: Aug 04, 2008
Case: 98-02675                  Form ID: pdf014            Total Served: 1

The following entities were served by first class mail on Aug 06, 2008.
cr           +Anthony J. Hanks,   508 S. Lebanon St.,   Sulphur, LA 70663-6216

The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 06, 2008**                            **Signature:** _Joseph Speetjens_