8/29/08

**FILED**
AUG 0 4 2008
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

Dear Ms. Deans,

Enclosed is a copy of the order to refund unclaimed funds due to Maria A. Hebert. I have submitted all required information and received notification from Judge A. Thomas Small that the funds have been ordered to be paid to me. Thank you for your cooperation.

Sincerely,

Maria A. Hebert

P.O. 26453
Christiansted, St. Croix
U.S.V.I. 00824

VAN–126 Order for Refund of Unclaimed Funds – Rev. 05/14/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
( debtor has no known aliases )

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

## ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $466.21 constituting unclaimed funds is declared due to Maria A. Hebert, P O Box 26453, Christiansted, USVI 00824 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: July 16, 2008

A. THOMAS SMALL
United States Bankruptcy Judge