**SO ORDERED.**

**SIGNED this 11 day of August, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

```
            UNITED STATES BANKRUPTCY COURT
           EASTERN DISTRICT OF NORTH CAROLINA
                    RALEIGH DIVISION
```

IN RE:                                         CASE NO.:

International Heritage, Inc.                   98-02675-8-ATS

    DEBTOR                                     CHAPTER 7

O R D E R

The matter before the court is the application for payment of unclaimed funds filed by Larry L. Moses, General Manager of The Financial Resources Group, Inc. on June 6, 2008. The application requests return of unclaimed funds owed to Clarence Simmons.

The court finds that the social security number for Clarence Simmons was not provided. The claimant's social security number is required before unclaimed funds can be released from the court.

The court further finds that Larry L. Moses was notified of this deficiency by the clerk's office, but has failed to make the necessary correction.

Accordingly, the application for payment of unclaimed funds is denied without prejudice to the right of Clarence Simmons or The Financial Resource Group, Inc. to refile the application with the social security number included.

"End of Document"