**SO ORDERED.**

**SIGNED this 11 day of August, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO.: |
|---|---|
| International Heritage, Inc. | 98-02675-8-ATS |
| DEBTOR | CHAPTER 7 |

O R D E R

The matter before the court is the application for payment of unclaimed funds filed by Larry L. Moses, General Manager of The Financial Resources Group, Inc. on June 6, 2008. The application requests return of unclaimed funds owed to Clarence Simmons.

The court finds that the social security number for Clarence Simmons was not provided. The claimant's social security number is required before unclaimed funds can be released from the court.

The court further finds that Larry L. Moses was notified of this deficiency by the clerk's office, but has failed to make the necessary correction.

Accordingly, the application for payment of unclaimed funds is denied without prejudice to the right of Clarence Simmons or The Financial Resource Group, Inc. to refile the application with the social security number included.

"End of Document"

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0417-5          User: barnes_da           Page 1 of 1              Date Rcvd: Aug 11, 2008
Case: 98-02675                Form ID: pdf014           Total Served: 2

The following entities were served by first class mail on Aug 13, 2008.
cr           +Clarence Simmons,   c/o The Financial Resources Group, Inc.,   700 Mecham Drive, Suite 8B,
               Ruidoso, NM 88345-6909
intp         +The Financial Resources Group, Inc.,   Larry L. Moses-General Manager,
               700 Mechem Drive, Suite 8B,   Ruidoso, NM 88345-6909

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 13, 2008**               **Signature:**    _Joseph Speetjens_