# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

## CERTIFICATE OF MAILING

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that a copy of the referenced document was mailed in a postage prepaid envelope addressed to the following at their respective addresses, by placing said envelope in the regular mail on this date.

☐ International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

☐

☐ Stephani Wilson Humrickhouse
Nicholls & Crampton, P.A.
PO Box 18237
Raleigh, NC 27619

☐ Holmes P Harden
Williams Mullen
A Professional Corporation
P. O. Drawer 19764
Raleigh, NC 27619–9764

Rick G. White
1528 Sarah Street
Mount Vernon, WA 98274

DATED: August 21, 2008

Christy Gurgone
Deputy Clerk