**SO ORDERED.**

**SIGNED this 27 day of August, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.:** |
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

O R D E R

    The matter before the court is the order entered August 4, 2008, denying the motion to withdraw $478.49 in unclaimed funds filed by Anthony J. Hanks. The motion was denied because Mr. Hanks had not provided proof of his identity.

    On August 20, 2008, Mr. Hanks provided acceptable proof of his identity.  Accordingly, the court finds that Mr. Hanks is entitled to recovery of the funds being held by the court.  The order entered August 4, 2008 is revoked.  A separate order allowing return of the unclaimed funds to Mr. Hanks will be entered.

"End of Document"