**SO ORDERED.**

**SIGNED this 27 day of August, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

United States Bankruptcy Court
Eastern District of North Carolina

In Re:                                                                                              Case No.:

International Heritage, Inc.                                                        98-02675-5-ATS

**Debtor(s)**

**Order Denying Release of Unclaimed Funds**

The matter before the court is the motion to release funds filed by Larry Grant on August 25, 2008. Mr. Grant filed two separate motions reflecting unclaimed funds in the amount of $478.06. An order was entered on August 26, 2008, allowing one of the motions. The court's website shows Mr. Grant's unclaimed funds in the amount of $478.06 twice. This is an error which has been corrected. Accordingly, the motion to release funds is denied.

**End of Document**