VAN–065 Certificate of Mailing – Rev. 04/02/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

### CERTIFICATE OF MAILING

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that a copy of the referenced document was mailed in a postage prepaid envelope addressed to the following at their respective addresses, by placing said envelope in the regular mail on this date.

- International Heritage, Inc.
  C/O TERRI L. GARDNER
  POST OFFICE DRAWER 1389
  RALEIGH, NC 27602

- 

- Stephani Wilson Humrickhouse
  Nicholls & Crampton, P.A.
  PO Box 18237
  Raleigh, NC 27619

- Holmes P Harden
  Williams Mullen
  A Professional Corporation
  P. O. Drawer 19764
  Raleigh, NC 27619–9764

Donald C. Beavers
857 Fox Hunt Trail
Fort Worth, TX 76179

DATED: August 27, 2008

Tina Roberson
Deputy Clerk