**SO ORDERED.**

**SIGNED this 27 day of August, 2008.**

_____
**A. Thomas Small
United States Bankruptcy Judge**

_____

```
            UNITED STATES BANKRUPTCY COURT
          EASTERN DISTRICT OF NORTH CAROLINA
                   RALEIGH DIVISION


   IN RE:                              CASE NO.:

   International Heritage, Inc.        98-02675-8-ATS

           DEBTOR                      CHAPTER 7
```

**O R D E R**

The matter before the court is the order entered August 4, 2008, denying the motion to withdraw $478.49 in unclaimed funds filed by Anthony J. Hanks. The motion was denied because Mr. Hanks had not provided proof of his identity.

On August 20, 2008, Mr. Hanks provided acceptable proof of his identity. Accordingly, the court finds that Mr. Hanks is entitled to recovery of the funds being held by the court. The order entered August 4, 2008 is revoked. A separate order allowing return of the unclaimed funds to Mr. Hanks will be entered.

"End of Document"

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0417-5           User: barnes_da           Page 1 of 1              Date Rcvd: Aug 27, 2008
Case: 98-02675                 Form ID: pdf014           Total Served: 1

The following entities were served by first class mail on Aug 29, 2008.
cr            +Anthony J. Hanks,   508 S. Lebanon St.,   Sulphur, LA 70663-6216

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2008**                         **Signature:**   *Joseph Speetjens*