**SO ORDERED.**

**SIGNED this 27 day of August, 2008.**

_____
**A. Thomas Small
United States Bankruptcy Judge**

_____

**United States Bankruptcy Court
Eastern District of North Carolina**

In Re:                                                                                          Case No.:

International Heritage, Inc.                                                         98-02675-5-ATS

     **Debtor(s)**

**Order Denying Release of Unclaimed Funds**

The matter before the court is the motion to release funds filed by Larry Grant on August 25, 2008.  Mr. Grant filed two separate motions reflecting unclaimed funds in the amount of $478.06.  An order was entered on August 26, 2008, allowing one of the motions.  The court's website shows Mr. Grant's unclaimed funds in the amount of $478.06 twice.  This is an error which has been corrected.  Accordingly, the motion to release funds is denied.

**End of Document**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0417-5            User: barnes_da              Page 1 of 1              Date Rcvd: Aug 27, 2008
Case: 98-02675                  Form ID: pdf014              Total Served: 1

The following entities were served by first class mail on Aug 29, 2008.
cr           +Larry Grant,   23 County Rd. 128,   Jack, AL 36346-5365

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 29, 2008**          **Signature:**   _Joseph Speetjens_