**SO ORDERED.**

**SIGNED this 04 day of September, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

United States Bankruptcy Court
Eastern District of North Carolina

| | |
|---|---|
| **In Re:** | **Case No.:** |
| International Heritage, Inc. | 98-02675-5-ATS |
| **Debtor(s)** | |

**Order For Refund of Unclaimed Funds**

The matter before the court is the motion to release funds filed by Jo Ann Goodfellow on August 27, 2008. The motion requests the release of funds in the amount of $449.58. The funds available for this creditor are $224.79. A computer error posted the amount on the court's website twice in error. Accordingly, the court finds that the amount of $224.79 constituting unclaimed funds is declared due to Jo Ann Goodfellow, c/o The Financial Resources Group, Inc., 700 Mechem Drive, Suite 8B, Ruidoso, NM 88345 by reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U.S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

**End of Document**