**SO ORDERED.**

**SIGNED this 08 day of September, 2008.**

_____
**A. Thomas Small**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**IN RE:**　　　　　　　　　　　　　　　　　　**CASE NO.:**

International Heritage, Inc.　　　　　　98-02675-8-ATS

　　　**DEBTOR**　　　　　　　　　　　　　　**CHAPTER 7**


O R D E R

　　　The matter before the court is the motion to release funds in the amount of $953.58 filed by Dwight E. Giddens on August 11, 2008.

　　　The court finds that the clerk of court is holding the sum of $476.79 in unclaimed funds belonging to Mr. Giddens.  Through error, the court's website duplicated the amount which indicated that Mr. Giddens was entitled to $953.58.  The error has been corrected to properly reflect Mr. Giddens' entitlement to only $476.79.  Accordingly,

　　　**IT IS ORDERED** that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay $476.79 to Dwight E. Giddens, 6255 Dahlonega Hwy., Clermont, GA 30527.


"End of Document"