**SO ORDERED.**

**SIGNED this 08 day of September, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

```
            UNITED STATES BANKRUPTCY COURT
          EASTERN DISTRICT OF NORTH CAROLINA
                   RALEIGH DIVISION


  IN RE:                              CASE NO.:

  International Heritage, Inc.        98-02675-8-ATS

          DEBTOR                      CHAPTER 7
```

O R D E R

The matter before the court is the motion to release funds in the amount of $882.02 filed by Deanna L. Foster on August 18, 2008.

The court finds that the clerk of court is holding the sum of $441.01 in unclaimed funds belonging to Ms. Foster. Through error, the court's website duplicated the amount which indicated that Ms. Foster was entitled to $882.02. The error has been corrected to properly reflect Ms. Foster's entitlement to only $441.01. Accordingly,

**IT IS ORDERED** that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay $441.01 to Deanna L. Foster, 9496 Autauga Bend, Daphne, AL  36526.

"End of Document"