**SO ORDERED.**

**SIGNED this 10 day of September, 2008.**

_____
**A. Thomas Small
United States Bankruptcy Judge**

_____

**United States Bankruptcy Court
Eastern District of North Carolina**

**In Re:**                                                                                                **Case No.:**

International Heritage, Inc.                                                              98-02675-5-ATS

     **Debtor(s)**

**Order Denying Release of Unclaimed Funds**

The matter before the court is the motion to release funds filed by The Financial Resources Group Inc. on behalf of Tammy L. Griffin on September 3, 2008. A motion was filed on behalf of Tammy L. Griffin by another funds locator on August 19, 2008, and an order allowing the motion has been entered. Accordingly, the motion filed by The Financial Resources Group, Inc. on September 3, 2008, is hereby denied.

**End of Document**