Charna Marie Inc.
Charna Marie Ophus
221 21 Ave NW
Great Falls, MT 59404

**FILED**

SEP 0 9 2008

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

Sept 3, 2008

U S Bankruptcy Court
PO Box 1441
Raleigh, NC 27602

RE: Debtor, International Heritage, Inc, Case Number 98-02675-5-ATS
Holmes P Harden, Trustee for IHI

To whom it may concern:

I understand my claim was denied. I would like to ask to be reconsidered for further distributions. **Charna Marie, Inc was not asserting charges for other people.** Charna Marie Inc was the corporation name for my IHI business. I, Charna Marie Ophus, am the sole owner of Charna Marie INC. I filed under my name and my corporation's name, Charna Marie Inc. My address at the time of filing was 636 E Magnesium Rd. Spokane, WA. I moved several times. I updated my address but did not receive the denial. I spoke w/Jenny Johnson at the trustee office and was told to explain that I was not asserting charges for other people and ask that I be considered for further distributions. Thank you for reconsidering.

My new address is:

Charna Marie Inc.
Charna Marie Ophus
221 21st Ave NW.
Great Falls, MT 59404
(406) 868-2078

If you need further information, please contact me at the number provided. Thank you in advance.

*[signature: Charna Ophus]*

Charna Marie Inc
Charna Marie Ophus, president