**SO ORDERED.**

**SIGNED this 11 day of September, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

United States Bankruptcy Court
Eastern District of North Carolina

In Re:                                                                                   Case No.:

International Heritage, Inc.                                                98-02675-5-ATS

     **Debtor(s)**

### Order Denying Release of Unclaimed Funds

The matter before the court is the motion to release funds filed by The Financial Resources Group, Inc. on behalf of Lucille Strohl on September 9, 2008. A motion was filed on behalf of Lucille Strohl by another funds locator on August 19, 2008, and an order allowing the motion has been entered. According, the motion filed by The Financial Resources Group, Inc. on September 9, 2008, is hereby denied.

**End of Document**