**SO ORDERED.**

**SIGNED this 11 day of September, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

```
            UNITED STATES BANKRUPTCY COURT
           EASTERN DISTRICT OF NORTH CAROLINA
                    RALEIGH DIVISION

   IN RE:                                CASE NO.:

   International Heritage, Inc.          98-02675-8-ATS

          DEBTOR                         CHAPTER 7
```

## O R D E R

The matter before the court is the motion to withdraw monies filed by Ardella Murray on July 21, 2008.

The court finds that the claimant's social security number was not provided. The social security number is required before unclaimed funds can be released from the court.

The court further finds the claimant was notified of this deficiency by the clerk's office, but has failed to make the necessary correction.

Accordingly, the motion to withdraw monies is denied without prejudice to the right of Ardella Murray to refile the application with the social security number included.

"End of Document"