**SO ORDERED.**

**SIGNED this 08 day of September, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO.: |
|---|---|
| International Heritage, Inc. | 98-02675-8-ATS |
| DEBTOR | CHAPTER 7 |

O R D E R

    The matter before the court is the motion to release funds in the amount of $953.58 filed by Dwight E. Giddens on August 11, 2008.

    The court finds that the clerk of court is holding the sum of $476.79 in unclaimed funds belonging to Mr. Giddens. Through error, the court's website duplicated the amount which indicated that Mr. Giddens was entitled to $953.58. The error has been corrected to properly reflect Mr. Giddens' entitlement to only $476.79. Accordingly,

    **IT IS ORDERED** that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay $476.79 to Dwight E. Giddens, 6255 Dahlonega Hwy., Clermont, GA 30527.

"End of Document"

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0417-5           User: barnes_da            Page 1 of 1                 Date Rcvd: Sep 09, 2008
Case: 98-02675                 Form ID: pdf014            Total Served: 1

The following entities were served by first class mail on Sep 11, 2008.
cr            +Dwight E. Giddens,   6255 Dahlonega Hwy.,   Clermont, GA 30527-1211

The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 11, 2008**            Signature:    *Joseph Speetjens*