**SO ORDERED.**

**SIGNED this 08 day of September, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

```
        UNITED STATES BANKRUPTCY COURT
       EASTERN DISTRICT OF NORTH CAROLINA
               RALEIGH DIVISION


IN RE:                              CASE NO.:

International Heritage, Inc.        98-02675-8-ATS

        DEBTOR                      CHAPTER 7
```

O R D E R

The matter before the court is the motion to release funds in the amount of $882.02 filed by Deanna L. Foster on August 18, 2008.

The court finds that the clerk of court is holding the sum of $441.01 in unclaimed funds belonging to Ms. Foster. Through error, the court's website duplicated the amount which indicated that Ms. Foster was entitled to $882.02. The error has been corrected to properly reflect Ms. Foster's entitlement to only $441.01. Accordingly,

**IT IS ORDERED** that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay $441.01 to Deanna L. Foster, 9496 Autauga Bend, Daphne, AL 36526.

"End of Document"

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0417-5         User: barnes_da          Page 1 of 1              Date Rcvd: Sep 09, 2008
Case: 98-02675               Form ID: pdf014          Total Served: 1

The following entities were served by first class mail on Sep 11, 2008.
cr           +Deanna L. Foster,   9496 Autauga Bend,   Daphne, AL 36526-6333

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 11, 2008**                       **Signature:** _Joseph Speetjens_