**SO ORDERED.**

**SIGNED this 10 day of September, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

United States Bankruptcy Court
Eastern District of North Carolina

| In Re: | Case No.: |
|---|---|
| International Heritage, Inc. | 98-02675-5-ATS |
| **Debtor(s)** | |

### Order Denying Release of Unclaimed Funds

The matter before the court is the motion to release funds filed by The Financial Resources Group Inc. on behalf of Tammy L. Griffin on September 3, 2008. A motion was filed on behalf of Tammy L. Griffin by another funds locator on August 19, 2008, and an order allowing the motion has been entered. Accordingly, the motion filed by The Financial Resources Group, Inc. on September 3, 2008, is hereby denied.

**End of Document**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0417-5           User: barnes_da            Page 1 of 1              Date Rcvd: Sep 10, 2008
Case: 98-02675                 Form ID: pdf014            Total Served: 2

The following entities were served by first class mail on Sep 12, 2008.
cr           +Tammy L. Griffin,    2414 Gunnells Ln,    Oxford, AL 36203-3622
intp         +The Financial Resources Group, Inc.,    Larry L. Moses-General Manager,
               700 Mechem Drive, Suite 8B,    Ruidoso, NM 88345-6909

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 12, 2008**                    **Signature:**    _Joseph Speetjens_