**SO ORDERED.**

**SIGNED this 11 day of September, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

```
          UNITED STATES BANKRUPTCY COURT
          EASTERN DISTRICT OF NORTH CAROLINA
                  RALEIGH DIVISION
```

| | |
|---|---|
| IN RE: | CASE NO.: |
| International Heritage, Inc. | 98-02675-8-ATS |
| DEBTOR | CHAPTER 7 |

O R D E R

The matter before the court is the motion to withdraw monies filed by Ardella Murray on July 21, 2008.

The court finds that the claimant's social security number was not provided. The social security number is required before unclaimed funds can be released from the court.

The court further finds the claimant was notified of this deficiency by the clerk's office, but has failed to make the necessary correction.

Accordingly, the motion to withdraw monies is denied without prejudice to the right of Ardella Murray to refile the application with the social security number included.

"End of Document"

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0417-5            User: barnes_da            Page 1 of 1              Date Rcvd: Sep 11, 2008
Case: 98-02675                  Form ID: pdf014            Total Served: 1

The following entities were served by first class mail on Sep 13, 2008.
cr           +Ardella Murray,   1228 Bracero Ln.,   Lake Havasu City, AZ 86404-2102

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 13, 2008**        Signature:    *Joseph Speetjens*