FILED
SEP 15 2008
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

To US Bankruptcy Court,

I am helping my father in regard to the International Heritage bankruptcy claim. He was a representative in the company and his claim number is 9200 in the amount of $1400.00. My father has Alzheimer's and did not respond to the necessary paperwork. We understand there is an objection in this case and he is not entitled to any distribution of funds but he would like to be considered for any future distribution of funds. His address is Dewey Dowell, 3040 Old Brownsville, Rd. Ripley, TN 38063.

Sincerely,
Kay Bailey for
Dewey Dowell