UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

**FILED**

**SEP 15 2008**

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:

    International Heritage, Inc.

Case No.: 98-02675
Chapter: 7

## AMENDED MOTION TO RELEASE UNCLAIMED FUNDS

Due to deficiencies on the previously submitted motion, John Costello, C.PA., respectfully submits this Amended Motion to Release Unclaimed Funds, with the necessary corrections to proceed pursuing funds deposited in the above captioned bankruptcy case

A dividend check in the amount of $778.44 was issued by the trustee to Joe Nelson, creditor in the above referenced case.
The dividend check was not negotiated by said payee and the trustee, pursuant to 11U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, U. S. Bankruptcy Court. The United Stated Treasury is currently holding these funds.

The creditor's current address, and social security or tax identification number are:
Name: Joe Nelson
Address: 9865 NW 307th Ave, North Plains, OR, 97133.

The creditor did not receive the dividend check for the following reason:
The mailing address on file for the creditor was insufficient and incorrect.

I am John Costello, C.P.A., the duly authorized representative of the creditor named in paragraph #2. A Limited Power of Attorney that shows my right to act on his behalf and all supporting documentation attached are made part of this motion.

I hereby certify that a copy of the foregoing Motion to Release Unclaimed Funds was served upon the United States Attorney for the Eastern District of North Carolina, 310 New Bern Avenue, Suite 800, Federal Building, Raleigh, NC 27601.

Wherefore, John Costello, C.P.A., creditor's representative requests that the court issue an order directing the clerk to make disbursement of said unclaimed funds to Joe Nelson, c/o John Costello, C.P.A. and mail such check to 1300 N. Federal Hwy, Suite 201, Boca Raton, FL, 33432-2848.

DATED: 09-10-08

Petitioner's Signature

98-2675

Thomas M. Costello, CPA, PA
John F. Costello, CPA
1300 N Federal Highway, Suite 201
Boca Raton, FL 33432
Federal Tax Identification Number 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
License Number AC0033145
license verification at myfloridalicense.com

## Agreement to Locate Property

The fee for locating the unrecovered property shall be limited to 12 percent.

If the claimant's representative fails to make a recovery of the assets no fees, cost or any other charges shall be due by the claimant.

This agreement shall be limited to the amounts printed immediately below. No modification of these printed amounts shall be permitted.

Value of Claim: $778.44 To Claimant: $685.03 To Claimant's Representative: $93.41

## LIMITED POWER OF ATTORNEY
(good for one transaction only)

I, __Joe W Nelson__, whose address is 9865 NW 307TH AVE NORTH PLAINS OR 97133, hereby appoint John F. Costello, CPA of Boca Raton, FL to act in my capacity to do only the following:

I authorize John F. Costello, CPA to claim any unrecovered property held by the United States Bankruptcy Court, on my behalf. I authorize that the fee agreed to in the above "Agreement to Locate Property" be paid out of such property, with the balance of the recovery to be paid directly by the court to me.

The rights, powers, and authority of my attorney in fact to exercise any and all of the rights and powers herein granted shall commence and be in full force and effect on the fate signed, shall remain in full force and effect only so long as is necessary to recover the above property.

Signed: _[signature]_ Dated _7/15/08_ Ph Number _503-647-5999_

STATE OF _Oregon_ COUNTY OF _WASHINGTON_ Last 4 Digits of SSN # _7529_

e-mail (optional) _Joe@airwavellc.com_

fax (optional) _503-647-7443_

OFFICIAL SEAL
CHRIS MILLER
NOTARY PUBLIC - OREGON
COMMISSION NO. 418161
MY COMMISSION EXPIRES JUNE 7, 2011

This form must be notarized below

The foregoing instrument was acknowledged before me this _15th_ day of _July_, _2008_ by _Joe Nelson_, who signed with a mark in the presence of these witnesses

_[signature]_      Personally Known _X_
Signature of Notary    Produced Identification _X_ Type Produced _ODL_





Expires: 10-17-2005
NELSON, JOE W
19101 NW COLLINS RD
NORTH PLAINS, OR 97133

Signature  (invalid unless signed)



**CLASS**
Class C - Any single vehicle with a GVWR of not more than 26,000 pounds with the proper endorsements. Any emergency vehicle operated by a firefighter

**ENDORSEMENTS**
M - motorcycles

**RESTRICTIONS**
D - anatomical donor





Upon my death, I want to be an anatomical donor

Account Number 15053763  
JOE NELSON  
July 15, 2008

(WTI)

BAN 503 647 2832  
Page 1 of 4  
Ebill ID 15053763

| | |
|---|---|
| **Previous Charges and Credits** | |
| LAST BILL | 3.49 |
| **Balance Forward** | 3.49 |
| **Current Charges** | |
| WTI,LLC | 7.59 |
| Federal Tax | 0.77 |
| State Tax | 0.06 |
| **Current Charges Due by Aug 04** | 8.42 |
| **Total Amount Due** | 11.91 |

Your Primary IntraLATA Long Distance Company as of 03/17/2003 is  
WTI,LLC 800-919-1000  
Your Primary InterLATA Long Distance Company as of 03/17/2003 is  
WTI,LLC 800-919-1000

**Helpful Information**

\* \* \* \*     ACCOUNT HANDLING CHARGE!     \* \* \* \*  
Starting 8/1/08, WTI will begin assessing a monthly $4.95 Account Handling Charge to all accounts with less than $5.00 in long distance service charges for that billing period.

For Billing Questions Call 800-919-1000

NN1000

---

If you pay by check, this is notification that the check may be converted to an electronic deposit.

Please detach and mail this portion with your payment

Account Number  
15053763

| Amount Due | 11.91 |
|---|---|
| Due Date | Aug 04 |

Bill Date  
July 15, 2008

Mail Payment To:

WTI, LLC  
18336 Aurora Ave. N. Ste. 112 #208  
Shoreline, WA 98133

☐  ← Check here if making changes to account information. Please note changes on reverse side of this remittance.

JOE NELSON  
19101 NW COLLINS RD  
NORTH PLAINS, OR  97133

"528150000000011911150537634"