UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

FILED
SEP 15 2008
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

IN RE:

International Heritage, Inc.

Case No.: 98-02675
Chapter: 7

## AMENDED MOTION TO RELEASE UNCLAIMED FUNDS

Due to deficiencies on the previously submitted motion, John Costello, C.PA., respectfully submits this Amended Motion to Release Unclaimed Funds, with the necessary corrections to proceed pursuing funds deposited in the above captioned bankruptcy case

A dividend check in the amount of $997.73 was issued by the trustee to Timothy J. Conner, creditor in the above referenced case.
The dividend check was not negotiated by said payee and the trustee, pursuant to 11U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, U. S. Bankruptcy Court. The United Stated Treasury is currently holding these funds.

The creditor's current address, and social security or tax identification number are:
Name: Timothy Conner
Address: 1335 Beech St., Ottawa, KS, 66067
Social Security/ Tax ID #: 513-626473

The creditor did not receive the dividend check for the following reason:
The mailing address on file for the creditor was insufficient and incorrect.

I am John Costello, C.P.A., the duly authorized representative of the creditor named in paragraph #2. A Limited Power of Attorney that shows my right to act on his behalf and all supporting documentation attached are made part of this motion.

I hereby certify that a copy of the foregoing Motion to Release Unclaimed Funds was served upon the United States Attorney for the Eastern District of North Carolina, 310 New Bern Avenue, Suite 800, Federal Building, Raleigh, NC 27601.

Wherefore, John Costello, C.P.A., creditor's representative requests that the court issue an order directing the clerk to make disbursement of said unclaimed funds to Timothy J. Conner, c/o John Costello, C.P.A. and mail such check to 1300 N. Federal Hwy, Suite 201, Boca Raton, FL, 33432-2848.

DATED: 09-10-08

_____
Petitioner's Signature

98-2675

Thomas M. Costello, CPA, PA
John F. Costello, CPA
1300 N Federal Highway, Suite 201
Boca Raton, FL 33432
Federal Tax Identification Number 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
License Number AC0033145
license verification at myfloridalicense.com

### Agreement to Locate Property

The fee for locating the unrecovered property shall be limited to 10 percent.

If the claimant's representative fails to make a recovery of the assets no fees, cost or any other charges shall be due by the claimant.

This agreement shall be limited to the amounts printed immediately below. No modification of these printed amounts shall be permitted.

Value of Claim: $997.73  To Claimant: $897.96  To Claimant's Representative: $99.77

### LIMITED POWER OF ATTORNEY
(good for one transaction only)

I, _Timothy J. Conner_, whose address is 1335 S BEECH ST OTTAWA KS 66067, hereby appoint John F. Costello, CPA of Boca Raton, FL to act in my capacity to do only the following:

I authorize John F. Costello, CPA to claim any unrecovered property held by the United States Bankruptcy Court, on my behalf. I authorize that the fee agreed to in the above "Agreement to Locate Property" be paid out of such property, with the balance of the recovery to be paid directly by the court to me.

The rights, powers, and authority of my attorney in fact to exercise any and all of the rights and powers herein granted shall commence and be in full force and effect on the fate signed, shall remain in full force and effect only so long as is necessary to recover the above property.

Signed: _Timothy J. Conner_  Dated _7-21-08_  Ph Number _785-242-4480_

STATE OF _Kansas_  COUNTY OF _Franklin_  Last 4 Digits of SSN # _6473_

e-mail (optional) _ta conner@sbcbell.net_

fax (optional)_____

This form must be notarized below

The foregoing instrument was acknowledged before me this _21_ day of _July_, _2008_ by _Timothy J. Conner_, who signed with a mark in the presence of these witnesses

_Jennifer Green_  Personally Known ✓
Signature of Notary  Produced Identification_____  Type Produced_____


JENNIFER GREEN
My Appt. Exp. 7-10-2010





Owner's Registration

# KANSAS
Department of Revenue
Division of Vehicles
Topeka, KS 66626-0001

## TITLE AND REGISTRATION APPLICATION

Plate No.

TRANSACTION
TYPE       DESCRIPTION

DATE
                                    TRANSACTION I.D.#

OWNERS NAME                                                         RELATIONSHIP

VEHICLE ID NUMBER    VEHICLE TYPE                    PLATE NO.
                     REGISTRATION TYPE               DECAL NO.
MAKE   MODEL   YEAR   STYLE   TRUCK CLASS   REGISTRATION EXPIRES:
                                                     DISPOSED VEHICLE
MILEAGE   PUR/To KS DATE   EMP/GROSS WT.

*Complete When Applying for Duplicate Title* — I certify that I am the lawful owner of the vehicle described above and a Kansas Certificate of Title was issued to me, and that my original certificate of title has been: (Check one.) lost [ ], mutilated [ ], or has become illegible [ ].
* Attach title to application.

FEE SUMMARY
        TYPE                AMOUN

LIENS

I hereby certify that I am a resident or have a bona fide place of business in this county and that I am an owner of and have in effect financial security for the above mentioned vehicle as required by law. I certify that all liens and/or encumbrances, if any, are listed and the information on this application is true and correct to the best of my knowledge.
*FALSE CERTIFICATION CAN RESULT IN CRIMINAL PROSECUTION.*

TOD

Insurance Policy Number
Company

Owner's Signature(s) _____   Date _____
Please review all information for accuracy before signing.

PROPERTY TAX STATEMENT   Prior Year Tax
Tax                          VEHICLE TYPE    REG. TYPE    PLATE NO.
Penalty                      CLASS           SITUS
Crdt Total                   PREV. TX. VALUE S    TAX UNIT
TOTAL                        NEW TX. VALUE    VEH DISP:

Sold to/Repossessed by

TR-200(Rev. 2/98)   Set to QM on: ____   Title # ____   Corrs. # ____    26654231