**SO ORDERED.**

**SIGNED this 22 day of September, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

```
         UNITED STATES BANKRUPTCY COURT
         EASTERN DISTRICT OF NORTH CAROLINA
                  RALEIGH DIVISION
```

| IN RE: | CASE NO.: |
|---|---|
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

## O R D E R

The matter before the court is the motion to withdraw monies filed by Brandon K. Cable on August 4, 2008. Mr. Cable is seeking recovery of $705.61 in unclaimed funds.

The court finds that proof of identity was not attached to the motion. Proof of identity is required before unclaimed funds can be released from the court.

The court further finds that Brandon K. Cable was notified of this deficiency by the clerk's office, but has failed to make the necessary correction.

Accordingly, the motion to withdraw monies is denied without prejudice to the right of Brandon K. Cable to refile the motion with the proper documentation attached.

"End of Document"