**SO ORDERED.**

**SIGNED this 23 day of September, 2008.**

_____

**A. Thomas Small**
**United States Bankruptcy Judge**

_____

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In Re:                                                          Case No.:

International Heritage, Inc.                          98-02675-5-ATS

     **Debtor(s)**

**Order Denying Release of Unclaimed Funds**

The matter before the court is the motion to release funds filed by The Financial Resources Group, Inc. on behalf of Robert M. Gardner on September 16, 2008.  A motion was filed on behalf of Robert M. Gardner  by another funds locator on August 19, 2008, and an order allowing the motion has been entered.  Accordingly, the motion filed by The Financial Resources Group, Inc. on September 16, 2008, is hereby denied.

**End of Document**