**SO ORDERED.**

**SIGNED this 22 day of September, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO.: |
|---|---|
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

O R D E R

The matter before the court is the motion to withdraw monies filed by Brandon K. Cable on August 4, 2008. Mr. Cable is seeking recovery of $705.61 in unclaimed funds.

The court finds that proof of identity was not attached to the motion. Proof of identity is required before unclaimed funds can be released from the court.

The court further finds that Brandon K. Cable was notified of this deficiency by the clerk's office, but has failed to make the necessary correction.

Accordingly, the motion to withdraw monies is denied without prejudice to the right of Brandon K. Cable to refile the motion with the proper documentation attached.

"End of Document"

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0417-5          User: barnes_da          Page 1 of 1                Date Rcvd: Sep 22, 2008
Case: 98-02675                Form ID: pdf014          Total Served: 1

The following entities were served by first class mail on Sep 24, 2008.
cr           +Brandon K. Cable,   3600 Vista Del Sur St. NW,   Albuequerque, NM 87120-1583

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 24, 2008**                                **Signature:** *Joseph Speetjens*