**VAN–126** Order for Refund of Unclaimed Funds – Rev. 04/02/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
  *( debtor has no known aliases )*

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

ORDER

The matter before the court is the motion to set aside the order granting the trustee's objection to the claim of Dewey C. Dowell , claim number 9200 . The court finds that the motion should be allowed with respect to future distributions only. The trustee has made the first payment to creditors; therefore, this claim will not be included in the initial distribution. However, this claim will be included in future distributions.

DATED: September 22, 2008

A. THOMAS SMALL
United States Bankruptcy Judge

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0417-5          User: boyette_j          Page 1 of 1              Date Rcvd: Sep 22, 2008
Case: 98-02675                Form ID: van128          Total Served: 1

The following entities were served by first class mail on Sep 24, 2008.
cr           +Dewey Dowell,   3040 Old Brownsville Rd.,   Ripley, TN 38063-8230

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 24, 2008**                     **Signature:**   *Joseph Speetjens*