**SO ORDERED.**

**SIGNED this 23 day of September, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

United States Bankruptcy Court
Eastern District of North Carolina

In Re:                                                                      Case No.:

International Heritage, Inc.                                     98-02675-5-ATS

**Debtor(s)**

### Order For Refund of Unclaimed Funds

The matter before the court is the motion to release funds filed by Richard R. Gray on September 17, 2008. The motion requests the release of funds in the amount of $451.08. The funds available for this creditor are $225.54. A computer error posted the amount on the court's website twice in error. Accordingly, the court finds that the amount of $225.04 constituting unclaimed funds is declared due to Richard R Gray, c/o The Financial Resources Group, Inc., 700 Mechem Drive, Suite 8B, Ruidoso, NM 88345 by reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U.S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

**End of Document**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0417-5           User: barnes_da            Page 1 of 1             Date Rcvd: Sep 23, 2008
Case: 98-02675                 Form ID: pdf014            Total Served: 1

The following entities were served by first class mail on Sep 25, 2008.
cr           +Richard R. Gray,    c/o The Financial Resources Group, Inc.,    700 Mechem Drive, Suite 8B,
              Ruidoso, NM 88345-6909
The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 25, 2008**                    **Signature:** *Joseph Speetjens*