**SO ORDERED.**

**SIGNED this 23 day of September, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

**United States Bankruptcy Court**
**Eastern District of North Carolina**

**In Re:**                                                                           **Case No.:**

International Heritage, Inc.                                                 98-02675-5-ATS

       **Debtor(s)**

### Order Denying Release of Unclaimed Funds

The matter before the court is the motion to release funds filed by The Financial Resources Group, Inc. on behalf of Robert M. Gardner on September 16, 2008. A motion was filed on behalf of Robert M. Gardner by another funds locator on August 19, 2008, and an order allowing the motion has been entered. Accordingly, the motion filed by The Financial Resources Group, Inc. on September 16, 2008, is hereby denied.

**End of Document**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0417-5           User: barnes_da            Page 1 of 1            Date Rcvd: Sep 23, 2008
Case: 98-02675                 Form ID: pdf014            Total Served: 2

The following entities were served by first class mail on Sep 25, 2008.
cr             Robert M. Gardner,    3636 Cheshire Rd.,   Birmingham, AL  35242-3147
intp          +The Financial Resources Group, Inc.,    Larry L. Moses-General Manager,
                700 Mechem Drive, Suite 8B,   Ruidoso, NM 88345-6909

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 25, 2008**                    **Signature:**    _/s/ Joseph Speetjens_