**SO ORDERED.**

**SIGNED this 29 day of September, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.:** |
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

O R D E R

The matter before the court is the order entered September 11, 2008, denying the motion to withdraw $478.29 in unclaimed funds filed by Ardella Murray. The motion was denied because Ms. Murray had not provided her social security number to the court.

On September 25, 2008, Ms. Murray provided her social security number. Accordingly, the court finds that Ms. Murray is entitled to recovery of the funds being held by the court. The order entered September 11, 2008 is revoked. A separate order allowing return of the unclaimed funds to Ms. Murray will be entered.

"End of Document"