**SO ORDERED.**

**SIGNED this 01 day of October, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO.: |
|---|---|
| International Heritage, Inc. | 98-02675-8-ATS |
| DEBTOR | CHAPTER 7 |

O R D E R

      The matter before the court is the motion to withdraw monies filed by Dorothy McAteer on August 8, 2008.  Ms. McAteer is requesting the sum of $441.01 owed to her deceased husband to be paid to her.

      The court finds that Ms. McAteer did not provide a certified copy of probate documents substantiating her right to act on behalf of her husband's estate.  The probate documents are required before unclaimed funds can be released from the court to anyone other than the original claimant.

      The court further finds the Ms. McAteer was notified of this deficiency by the clerk's office, but has failed to make the necessary correction.

      Accordingly, the motion to withdraw monies is denied without prejudice to the right of Dorothy McAteer to refile the motion with the required documents included.

"End of Document"