**SO ORDERED.**

**SIGNED this 29 day of September, 2008.**

_____
**A. Thomas Small
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.:** |
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

O R D E R

The matter before the court is the order entered September 11, 2008, denying the motion to withdraw $478.29 in unclaimed funds filed by Ardella Murray. The motion was denied because Ms. Murray had not provided her social security number to the court.

On September 25, 2008, Ms. Murray provided her social security number. Accordingly, the court finds that Ms. Murray is entitled to recovery of the funds being held by the court. The order entered September 11, 2008 is revoked. A separate order allowing return of the unclaimed funds to Ms. Murray will be entered.

"End of Document"

# CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: barnes_da           Page 1 of 1           Date Rcvd: Sep 29, 2008
Case: 98-02675                Form ID: pdf014           Total Served: 1

The following entities were served by first class mail on Oct 01, 2008.
cr           +Ardella Murray,   1228 Bracero Ln.,   Lake Havasu City, AZ 86404-2102

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 01, 2008**                         **Signature:**  _Joseph Speetjens_