**SO ORDERED.**

**SIGNED this 01 day of October, 2008.**

_____

**A. Thomas Small**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: |
| International Heritage, Inc. | 98-02675-8-ATS |
| DEBTOR | CHAPTER 7 |

## O R D E R

The matter before the court is the motion to withdraw monies filed by Dorothy McAteer on August 8, 2008.  Ms. McAteer is requesting the sum of $441.01 owed to her deceased husband to be paid to her.

The court finds that Ms. McAteer did not provide a certified copy of probate documents substantiating her right to act on behalf of her husband's estate.  The probate documents are required before unclaimed funds can be released from the court to anyone other than the original claimant.

The court further finds the Ms. McAteer was notified of this deficiency by the clerk's office, but has failed to make the necessary correction.

Accordingly, the motion to withdraw monies is denied without prejudice to the right of Dorothy McAteer to refile the motion with the required documents included.

"End of Document"

# CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: barnes_da        Page 1 of 1            Date Rcvd: Oct 01, 2008
Case: 98-02675               Form ID: pdf014         Total Served: 1


The following entities were served by first class mail on Oct 03, 2008.
cr          +Dean E. McAteer,   c/o Dorothy E. McAteer,   4240 Brook Forest Drive,   Bessemer, AL 35022-8806

The following entities were served by electronic transmission.
NONE.                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 03, 2008**                    **Signature:**   _Joseph Speetjens_