**SO ORDERED.**

**SIGNED this 03 day of October, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In Re:                                                                                  Case No.:

International Heritage, Inc.                                                 98-02675-5-ATS

    **Debtor(s)**

**Order For Refund of Unclaimed Funds**

The matter before the court is the motion to release funds filed by Clifton H. Gordon on September 2, 2008. The motion requests the release of funds in the amount of $956.36. The funds available for this creditor are $478.18. A computer error posted the amount on the court's website twice in error. Accordingly, the court finds that the amount of $478.18 constituting unclaimed funds is declared due to Clifton H. Gordon, 614 Carnation Drive, Billings, MO 65610 stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U.S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

**End of Document**

# CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: barnes_da          Page 1 of 1               Date Rcvd: Oct 03, 2008
Case: 98-02675                Form ID: pdf014          Total Served: 1

The following entities were served by first class mail on Oct 05, 2008.
cr           +Clifton H. Gordon,    614 Carnation Dr.,    Billings, MO 65610-9059

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 05, 2008**                    **Signature:** _Joseph Speetjens_