FORM 1

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

## ASSET CASES

Page: 1

Case No:    98-02675-5-ATS    Judge: ATS

Case Name:    INTERNATIONAL HERITAGE INC.

For Period Ending:  09/30/08

Trustee Name:    HOLMES P. HARDEN, TRUSTEE

Date Filed (f) or Converted (c):  11/25/98 (f)

341(a) Meeting Date:  12/30/98

Claims Bar Date:  03/30/99

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Accounts Receivable  Funds from Brent Wood's special account. Mr. Wood said funds were from credit card processes and a small liquidation of assets on Wicker Drive. | Unknown | 0.00 | | 12,019.61 | FA | 0.00 | 0.00 |
| 2. Funds in Bank Account  Centura Bank CD Acct. #0219785949 to close | Unknown | 0.00 | | 26,559.96 | FA | 0.00 | 0.00 |
| 3. Refunds-Income Tax | Unknown | 737.49 | | 737.49 | FA | 0.00 | 0.00 |
| 4. Payment on Judgment for Embezzlement | Unknown | 6,386.68 | | 6,386.68 | FA | 0.00 | 0.00 |
| 5. Refunds-Other | Unknown | 7,563.74 | | 12,316.22 | 0.00 | 0.00 | 0.00 |
| 6. Golf logo | Unknown | 0.00 | | 500.00 | FA | 0.00 | 0.00 |
| 7. Merchant Bankcard refunds | Unknown | 0.00 | | 955.93 | FA | 0.00 | 0.00 |
| 8. Auction Proceeds | Unknown | 22,635.00 | | 22,635.00 | FA | 0.00 | 0.00 |
| 9. Sale of database list | Unknown | 15,000.00 | | 15,000.00 | FA | 0.00 | 0.00 |
| 10. Cash Bonds 98CV011169 | Unknown | 2,500.00 | | 10,000.00 | FA | 0.00 | 0.00 |
| 11. Post-Petition Interest Deposits (u) | 0.00 | 280,632.39 | | 463,457.31 | 0.00 | 0.00 | 0.00 |
| 12. Postage Refund  Postage Meter refund | Unknown | 0.00 | | 7,292.15 | FA | 0.00 | 0.00 |

LFORM1EX

Ver: 12.63

FORM 1

of 3

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page:    2

Case No:          98-02675-5-ATS      Judge: ATS

Case Name:        INTERNATIONAL HERITAGE INC.

Trustee Name:          HOLMES P. HARDEN, TRUSTEE

Date Filed (f) or Converted (c):    11/25/98 (f)

341(a) Meeting Date:    12/30/98

Claims Bar Date:        03/30/99

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 13. Executive Risk Settlement | Unknown | 1,787,500.00 | | 1,787,500.00 | FA | 0.00 | 0.00 |
| 14. SEC Settlement   First scheduled payment on settlement | Unknown | 0.00 | | 4,315,308.30 | FA | 0.00 | 0.00 |
| 15. Preference Payments (u) | Unknown | 0.00 | | 485,684.27 | FA | 0.00 | 0.00 |
| 16. Collection (u)   Collection of Duke Realty Rent | Unknown | 0.00 | | 6,000.00 | FA | 0.00 | 0.00 |
| 17. Erie Insurance Settlement | Unknown | 0.00 | | 60,000.00 | FA | 0.00 | 0.00 |
| 18. Kecia Peterson Judgment (u)   Paid off in full on 11/1/04 | 0.00 | 17,332.99 | | 17,332.99 | FA | 0.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $0.00        $2,140,288.29        $7,249,685.91        $0.00        $0.00        $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

See Court Docket for Form 2 filed on October 8, 2008.  Account balance as of October 8, 2008 is $2,717,541.10.  Trustee is working on correspondence
re checks, changes of addresses and motions to claim unclaimed dividends issued to the court.  Trustee will disburse remaining SEC funds by year end
and then make a third distribution of non- SEC funds.  Closing date has been extended due to amount of time it has taken thus far with problems on
first distribution.

Ver: 12.63

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    3

| | |
|---|---|
| Case No: | 98-02675-5-ATS    Judge: ATS |
| Case Name: | INTERNATIONAL HERITAGE INC. |

| | |
|---|---|
| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Date Filed (f) or Converted (c): | 11/25/98 (f) |
| 341(a) Meeting Date: | 12/30/98 |
| Claims Bar Date: | 03/30/99 |

Initial Projected Date of Final Report (TFR): 12/30/01          Current Projected Date of Final Report (TFR): 12/31/09


/s/      HOLMES P. HARDEN, TRUSTEE
_____ Date: 10/08/08
     HOLMES P. HARDEN, TRUSTEE

LFORM1EX

Ver: 12.63