**FORM 2**



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: *******1191
For Period Ending: 09/30/08

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6518 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 3,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 57,777.71 |
| 07/31/08 | 11 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 7.34 | | 57,785.05 |
| 08/29/08 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 7.34 | | 57,792.39 |
| 09/30/08 | 11 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 7.11 | | 57,799.50 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 21.79 | 0.00 | 57,799.50 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 21.79 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 21.79 | 0.00 | |

Page Subtotals 21.79 0.00

**FORM 2**



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: *******1191
For Period Ending: 09/30/08

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6521 Checking - Non Interest

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 3,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/24/08 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 433.48 | | 433.48 |
| 07/24/08 | 001123 | AT&T | Telephone Service<br>919-790-0128-010-0363 | 2990-000 | | 63.70 | 369.78 |
| 07/24/08 | 001124 | AT&T | Telephone Service<br>919-876-2161-450-0364 | 2990-000 | | 42.51 | 327.27 |
| 07/24/08 | 001125 | AT&T | Telephone Service<br>056-390-8195-001 | 2990-000 | | 31.13 | 296.14 |
| 07/24/08 | 001126 | AT&T | Telephone Service<br>056-332-1488-001 | 2990-000 | | 31.13 | 265.01 |
| 07/24/08 | 001127 | AT&T | Telephone Service<br>020-713-6257-001 | 2990-000 | | 60.45 | 204.56 |
| 07/24/08 | 001128 | RECALL | STORAGE UNIT RENTAL<br>1070276084 | 2410-000 | | 204.56 | 0.00 |
| 08/05/08 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 735.00 | | 735.00 |
| 08/05/08 | 001129 | Renna Johnson<br>500 West Harnett Street<br>Benson, NC 27504 | Temporary Service<br>22 hours @ $15 | 2990-000 | | 330.00 | 405.00 |
| 08/05/08 | 001130 | Beth Rogers<br>1451 Tarheel Road<br>Benson, NC 27504 | Temporary Service<br>27 hours @ $15 | 2990-000 | | 405.00 | 0.00 |
| 08/12/08 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 70.00 | | 70.00 |
| 08/12/08 | 001131 | U. S. Post Master | Rent for P. O. Box 536, Benson, NC<br>Cost for P. O. Box 536, Benson, NC | 2990-000 | | 70.00 | 0.00 |
| 08/18/08 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 3,760.00 | | 3,760.00 |
| 08/18/08 | 001132 | Renna Johnson<br>500 West Harnett Street<br>Benson, NC 27504 | Temporary Service<br>19 hours @$15 | 2990-000 | | 285.00 | 3,475.00 |
| 08/18/08 | 001133 | International Sureties, Ltd | Trustee Bond | 2300-000 | | 3,475.00 | 0.00 |

Page Subtotals 4,998.48 4,998.48

**FORM 2**



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: *******1191
For Period Ending: 09/30/08

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6521 Checking - Non Interest

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 3,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 Poydras Street, Ste. 420<br>New Orleans, LA 70139 | | | | | |
| 08/19/08 | | Transfer from Acct #*******6848 | Bank Funds Transfer | 9999-000 | 334.95 | | 334.95 |
| 08/19/08 | 001134 | AT&T | Telephone Service<br>919 876-2161-450-0364 | 2990-000 | | 42.32 | 292.63 |
| 08/19/08 | 001135 | AT&T | TELEPHONE SERVICE<br>020-713-6257-001 | 2990-000 | | 56.94 | 235.69 |
| 08/19/08 | 001136 | AT&T | Telephone Service<br>056-390-8195-001 | 2990-000 | | 31.13 | 204.56 |
| 08/19/08 | 001137 | RECALL | STORAGE UNIT RENTAL<br>1070309547 | 2410-000 | | 204.56 | 0.00 |
| 08/28/08 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 210.00 | | 210.00 |
| 08/28/08 | 001138 | Renna Johnson<br>500 W. Harnett Street<br>Benson, NC 27504 | Temporary Service<br>14 hours @ $15 | 2990-000 | | 210.00 | 0.00 |
| 09/08/08 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 92.60 | | 92.60 |
| 09/08/08 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 246.97 | | 339.57 |
| 09/08/08 | 001139 | AT&T | Telephone Service<br>919-790-0128-010-0364 | 2990-000 | | 61.47 | 278.10 |
| 09/08/08 | 001140 | AT&T | Telephone Service<br>056-332-1488-001 | 2990-000 | | 31.13 | 246.97 |
| 09/08/08 | 001141 | AT&T | Telephone Service<br>919-876-2161-450 0364 | 2990-000 | | 42.41 | 204.56 |
| 09/08/08 | 001142 | Recall<br>P. O. Box 101057<br>Atlanta, GA 30392-1057 | STORAGE UNIT RENTAL<br>Inv. 1070328145 | 2410-000 | | 204.56 | 0.00 |
| 09/16/08 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 31.13 | | 31.13 |
| 09/16/08 | 001143 | AT&T | Telephone Service<br>056 390-8195 001 | 2990-000 | | 31.13 | 0.00 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 915.65 | 915.65 |

**FORM 2**



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: *******1191
For Period Ending: 09/30/08

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6521 Checking - Non Interest

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 3,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,914.13 | 5,914.13 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 5,914.13 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,914.13 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 5,914.13 | |

Page Subtotals 0.00 0.00

**FORM 2**



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: *******1191
For Period Ending: 09/30/08

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6534 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 3,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 21,100.18 |
| 07/31/08 | 11 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 2.68 | | 21,102.86 |
| 08/29/08 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 2.68 | | 21,105.54 |
| 09/30/08 | 11 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 2.60 | | 21,108.14 |

| | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 7.96 | 0.00 | 21,108.14 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7.96 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7.96 | 0.00 | |

Page Subtotals 7.96 0.00

**FORM 2**



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: *******1191
For Period Ending: 09/30/08

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6819 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 3,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 945,856.13 |
| 07/24/08 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 433.48 | 945,422.65 |
| 07/31/08 | 11 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 120.16 | | 945,542.81 |
| 08/05/08 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 735.00 | 944,807.81 |
| 08/12/08 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 70.00 | 944,737.81 |
| 08/18/08 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 3,760.00 | 940,977.81 |
| 08/28/08 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 210.00 | 940,767.81 |
| 08/29/08 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 119.82 | | 940,887.63 |
| 09/08/08 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 92.60 | 940,795.03 |
| 09/08/08 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 246.97 | 940,548.06 |
| 09/16/08 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 31.13 | 940,516.93 |
| 09/30/08 | 11 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 115.65 | | 940,632.58 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 355.63 | 5,579.18 | 940,632.58 |
| Less: Bank Transfers/CD's | 0.00 | 5,579.18 | |
| Subtotal | 355.63 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 355.63 | 0.00 | |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 355.63 | 5,579.18 |

**FORM 2**



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: *******1191
For Period Ending: 09/30/08

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6835 Checking - Non Interest

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 3,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 411.86 |
| 07/01/08 | 013988 | U. S. Bankruptcy Court | 1st interim payment<br>Claim no. 5799, Payment 25.02% | 7100-001 | | 222.86 | 189.00 |
| 07/01/08 | 013989 | U. S. Bankruptcy Court | 1st interim payment on Claim 009234, Payment 25.20% | 5600-001 | | 189.00 | 0.00 |
| * 08/19/08 | | Reverses Check # 12712 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | | | -9,567.33 | 9,567.33 |
| 08/20/08 | 013990 | JOHN S. WILLIFORD, JR., ESQ.<br>ATTORNEY FOR RBC CENTURA<br>POST OFFICE BOX 4538<br>ROCKY MOUNT, NC 27803 | 1st interim payment on Claim 015745, Payment 25.20% | 7100-000 | | 9,567.33 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 411.86 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 411.86 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 411.86 | |

Page Subtotals 0.00 411.86

**FORM 2**



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: *******1191
For Period Ending: 09/30/08

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6848 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 3,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 1,170,139.39 |
| 07/31/08 | 11 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 148.67 | | 1,170,288.06 |
| 08/19/08 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 334.95 | 1,169,953.11 |
| 08/29/08 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 148.66 | | 1,170,101.77 |
| 09/30/08 | 11 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 143.87 | | 1,170,245.64 |

| | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 441.20 | 334.95 | 1,170,245.64 |
| Less: Bank Transfers/CD's | 0.00 | 334.95 | |
| Subtotal | 441.20 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 441.20 | 0.00 | |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 441.20 | 334.95 |

**FORM 2**



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: *******1191
For Period Ending: 09/30/08

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******7313 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 3,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 517,529.25 |
| 07/31/08 | 11 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 65.75 | | 517,595.00 |
| 08/29/08 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 65.76 | | 517,660.76 |
| 09/30/08 | 11 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 63.65 | | 517,724.41 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 195.16 | 0.00 | 517,724.41 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 195.16 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 195.16 | 0.00 | |

Page Subtotals 195.16 0.00

FORM 2



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: *******1191
For Period Ending: 09/30/08

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******7410 Money Market - Interest Bearing
Blanket Bond (per case limit):
Separate Bond (if applicable): $ 3,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 5,571.92 |
| 07/31/08 | 11 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.71 | | 5,572.63 |
| 08/29/08 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.70 | | 5,573.33 |
| 09/30/08 | 11 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.69 | | 5,574.02 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 2.10 | 0.00 | 5,574.02 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 2.10 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 2.10 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - ********6518 | 21.79 | 0.00 | 57,799.50 |
| Checking - Non Interest - ********6521 | 0.00 | 5,914.13 | 0.00 |
| Money Market - Interest Bearing - ********6534 | 7.96 | 0.00 | 21,108.14 |
| Money Market - Interest Bearing - ********6819 | 355.63 | 0.00 | 940,632.58 |
| Checking - Non Interest - ********6835 | 0.00 | 411.86 | 0.00 |
| Money Market - Interest Bearing - ********6848 | 441.20 | 0.00 | 1,170,245.64 |
| Money Market - Interest Bearing - ********7313 | 195.16 | 0.00 | 517,724.41 |
| Money Market - Interest Bearing - ********7410 | 2.10 | 0.00 | 5,574.02 |
| | 1,023.84 | 6,325.99 | 2,713,084.29 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ HOLMES P. HARDEN, TRUSTEE

| Page Subtotals | 2.10 | 0.00 |
|---|---|---|

**FORM 2**



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 98-02675-5-ATS
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: *******1191
For Period Ending: 09/30/08

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******7410 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 3,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: ________________________________ Date: 10/08/08
HOLMES P. HARDEN, TRUSTEE

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |