VAN–126 Order for Refund of Unclaimed Funds – Rev. 05/14/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

| | |
|---|---|
| IN RE:<br>International Heritage, Inc.<br>*( debtor has no known aliases )* | CASE NO.: 98–02675–5–ATS |
| C/O TERRI L. GARDNER<br>POST OFFICE DRAWER 1389<br>RALEIGH, NC 27602 | DATE FILED: November 25, 1998<br><br>CHAPTER: 7 |

TaxID: 56–1921093

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $470.81 constituting unclaimed funds is declared due to Qiang Wang, c/o Dilks & Knopik, LLC, P O Box 2728, Issaquah, WA 98027 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: October 17, 2008

A. THOMAS SMALL
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: whitehead          Page 1 of 1              Date Rcvd: Oct 17, 2008
Case: 98-02675               Form ID: van126          Total Served: 1

The following entities were served by first class mail on Oct 19, 2008.
 intp         +Dilks & Knopik, LLC,   Post Office Box 2728,   Issaquah, WA 98027-0125
The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 19, 2008**                    **Signature:**    *Joseph Speetjens*