**SO ORDERED.**

**SIGNED this 04 day of November, 2008.**

_____
**A. Thomas Small
United States Bankruptcy Judge**

_____

**United States Bankruptcy Court
Eastern District of North Carolina**

**In Re:**                                                                                      **Case No.:**

International Heritage, Inc.                                                  98-02675-5-ATS

    **Debtor(s)**

**Order Denying Release of Unclaimed Funds**

The matter before the court is the motion to release funds filed by Dilks & Knopik, LLC on behalf of Shannon H. Johnson on October 20, 2008. A motion was filed on behalf of Shannon H. Johnson by another funds locator on September 26, 2008, and an order allowing the motion has been entered. Accordingly, the motion filed by Dilks & Knopik, LLC on October 20, 2008, is hereby denied.

**End of Document**