**SO ORDERED.**

**SIGNED this 04 day of November, 2008.**

_____
**A. Thomas Small
United States Bankruptcy Judge**

_____

**United States Bankruptcy Court
Eastern District of North Carolina**

**In Re:**                                                                                    **Case No.:**

International Heritage, Inc.                                                      98-02675-5-ATS

      **Debtor(s)**

**Order Denying Release of Unclaimed Funds**

    The matter before the court is the motion to release funds filed by Dilks & Knopik, LLC on behalf of Shannon H. Johnson on October 20, 2008. A motion was filed on behalf of Shannon H. Johnson by another funds locator on September 26, 2008, and an order allowing the motion has been entered. Accordingly, the motion filed by Dilks & Knopik, LLC on October 20, 2008, is hereby denied.

**End of Document**

# CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: barnes_da          Page 1 of 1          Date Rcvd: Nov 04, 2008
Case: 98-02675                Form ID: pdf014          Total Served: 2

The following entities were served by first class mail on Nov 06, 2008.
intp         +Dilks & Knopik, LLC,   Post Office Box 2728,   Issaquah, WA 98027-0125
cr           +Shannon H. Johnson,   c/o The Financial Resources Group, Inc.,   700 Mechem Dr., Ste. 8B,
               Ruidoso, NM 88345-6909

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 06, 2008**                              **Signature:** _Joseph Speetjens_