September 20, 2008

U.S. Bankruptcy Court
P.O. Box 1441,
Raleigh NC, 27602

**FILED**

OCT 1 0 2008

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

To Whom It May Concern:

This is a letter I sent to Holmes P. Harden, Trustee for IHI, P.O. Box 536, Benson, NC 27504. A message on my answering machine from Jenny Johnson, said for me to send this your direction. I did not receive any info to submit this the first time so I would like to submit at this time. Below is what my letter stated as addressed to Holmes P. Harden.....

This letter made its way to me extremely late I fear in more ways than one.

First of all I was lead unto dealings with an organization I did not know much about, in hopes to better my loved one. Unfortunately I had a couple of life changing events after this fact. When all settled, I tried to find my paperwork and these people – but was unable to. I don't know if they took the money and ran, or what came of them? I completely lost touch.

This letter did finally reach me in 2008 at 242 Longview Drive, Lafayette, LA. 70506. But late! Since the year 2000 my mail at this address does not always reach me, which is why I pay my bills on the Internet. Did you or this company try to reach me? Or is this, another way to take advantage of unsuspecting people?

In the past I have had similar instances where mail has not reached me. It may have been because of my old address with my parents of – Route 1 Box 1002, Abbeville, LA 70510 changing to 13319 LeMaire-Hartman Road, Abbeville, LA 70510, due to the 911 services in our area.

I really don't know how much effort was placed into this reaching me or who is at fault. It could be an accumulation of circumstances. The only thing I do know is I don't ever remember making a claim on this or even being notified of these actions. It would have been nice to be notified of this claim in advance so I could reply. $1,871.00 is a lot of money to loose especially for a single person, trying to support her family. Is there anything I can do at this late date? Can you help? If so, please do. My children and I would greatly appreciate it. My cell number is 337-257-9072.

Thank you,

*[signature]*

Joli R. Noel
242 Longview Drive,
Lafayette, LA  70506

# VERMILION PARISH COMMUNICATIONS DISTRICT

100 North State St., Suite 201 Abbeville, LA 70510  Phone: 337-898-4350 Fax: 337-898-4353



ENHANCED 911

August 13, 2008

TO WHOM IT MAY CONCERN:

This notice is to verify that the following physical address: Route 1 Box 1002, Abbeville, LA was changed to 13319 LeMaire-Hartman Road, Abbeville, LA 70510 due to implementation of 911 in 1995. This address was issued to Betty & Alton Noel.

If you have any question please contact our office at 898-4350.

Sincerely:

*Angela Broussard*
Angela Broussard
Administrative Secretary