VAN–075 Deficiency Notice – Rev. 11/14/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

### DEFICIENCY NOTICE

To: Holmes Harden

Re: 17810 – Application to Return or Destroy Books, Records, and Computer Hard Drive filed by Holmes P Harden on behalf of Holmes P Harden. (Harden, Holmes)

Either a proposed order was not submitted, or the order submitted has been rejected. An order should be submitted or resubmitted no later than **December 1, 2008** . Failure to do so may result in the court assuming you no longer desire the relief requested.

- ☑ An order granting the relief requested was not submitted as required by Local Rule 5005–4(4).
- ☐ The order submitted is not legible.
- ☐ The order does not have a 3" top margin.
- ☐ The order includes a date and/or signature line for the judge's signature.
- ☐ The order was uploaded into an incorrect case.
- ☐ The exhibit referenced in the order is not attached.
- ☐ "End of Document" was not included on the last line of the order.
- ☐ The order uploaded into CM/ECF in connection with the referenced matter is incorrect. The correct order should be uploaded as a replacement of the order previously submitted.
- ☐ "End of Document" is on a separate page. It must be on the same page as the last line of the order.
- ☐ The consent order does not indicate that signatures of all parties have been obtained.
- ☐ Signatures on the scanned copy of the consent order are not legible.
- ☐ The order contains a blank(s) for insertion of text.

DATED: November 18, 2008

Dawn Barnes
Deputy Clerk