VAN–126 Order for Refund of Unclaimed Funds – Rev. 05/14/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

| | |
|---|---|
| IN RE: | |
| International Heritage, Inc. | CASE NO.: 98–02675–5–ATS |
| *( debtor has no known aliases )* | |
| C/O TERRI L. GARDNER | DATE FILED: November 25, 1998 |
| POST OFFICE DRAWER 1389 | |
| RALEIGH, NC 27602 | CHAPTER: 7 |
| TaxID: 56–1921093 | |

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $960.14 constituting unclaimed funds is declared due to Joanne E. Hampton, 184 117th Ave., #10, Treasure Island, FL 33706–4534 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: November 17, 2008

A. THOMAS SMALL
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0417-5           User: whitehead          Page 1 of 1              Date Rcvd: Nov 17, 2008
Case: 98-02675                 Form ID: van126          Total Served: 1
```

The following entities were served by first class mail on Nov 19, 2008.
```
cr            Joanne Eleanor Hampton,    184 117th Ave., #10,    Treasure Island, FL  33706-4534
```

The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2008**                    **Signature:**    *Joseph Speetjens*