**SO ORDERED.**

**SIGNED this 18 day of November, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

United States Bankruptcy Court
Eastern District of North Carolina

In Re:                                                                                  Case No.:

International Heritage, Inc.                                                98-02675-5-ATS

    **Debtor(s)**

Order For Refund of Unclaimed Funds

The matter before the court is the motion to release funds filed by Michael P. Gloystein on November 17, 2008. The motion requests the release of funds in the amount of $956.74. The funds available for this creditor are $478.37. A computer error posted the amount on the court's website twice in error. The court finds that the amount of $478.37 constituting unclaimed funds is declared due to Michael P. Gloystein, c/o The Financial Resources Group, Inc., 700 Mechem Dr., Suite 8B, Ruidoso, NM 88345 as stated in the motion filed in this case. Accordingly,

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U.S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

**End of Document**

# CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: barnes_da          Page 1 of 1          Date Rcvd: Nov 18, 2008
Case: 98-02675               Form ID: pdf014          Total Served: 2

The following entities were served by first class mail on Nov 20, 2008.
cr            Micheal P. Gloystein,   17306 De Chirico Cir.,   Spring, TX   77379-6270
intp         +The Financial Resources Group, Inc.,   Larry L. Moses-General Manager,
              700 Mechem Drive, Suite 8B,   Ruidoso, NM 88345-6909

The following entities were served by electronic transmission.
NONE.                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2008                    Signature:     _Joseph Speetjens_