**SO ORDERED.**

**SIGNED this 25 day of November, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: | CASE NO: |
| INTERNATIONAL HERITAGE, INC., | 98-02675-5-ATS |
| DEBTOR | CHAPTER 7 |

ORDER AUTHORIZING TRUSTEE TO RETURN
OR DESTROY BOOKS, RECORDS AND COMPUTER HARD DRIVE

This cause came on for consideration upon the trustee's amended application to return or destroy books, records and a computer hard drive. The Court having considered said application together with the entire record and being otherwise duly advised in the premises, it is, therefore upon consideration,

ORDERED, ADJUDGED AND DECREED that, said trustee be, and he hereby is, authorized to offer the books, records and computer hard drive of the above debtor first to the Internal Revenue Service, then to the North Carolina Department of Revenue, and then to the debtor's attorney, and upon failure of the parties to accept them within thirty (30) days of the date of this Order, the trustee is hereby authorized to destroy said books, records and computer hard drive.

**End of Document**

571341