**SO ORDERED.**

**SIGNED this 05 day of December, 2008.**

_____
**A. Thomas Small
United States Bankruptcy Judge**

_____

**United States Bankruptcy Court
Eastern District of North Carolina**

**In Re:**                                                                                        **Case No.:**

International Heritage, Inc.                                                          98-02675-5-ATS

    **Debtor(s)**

**Order Denying Release of Unclaimed Funds**

The matter before the court is the motion to release funds filed by The Financial Resources Group, Inc. on behalf of Donna J. Mathews on December 3, 2008. A motion was filed on behalf of Donna J. Mathews by another funds locator on August 25, 2008, and an order allowing the motion has been entered. Accordingly, the motion filed by The Financial Resources Group, Inc. on December 3, 2008, is hereby denied.

**End of Document**