**SO ORDERED.**

**SIGNED this 05 day of December, 2008.**

_____
**A. Thomas Small
United States Bankruptcy Judge**

_____

**United States Bankruptcy Court
Eastern District of North Carolina**

In Re:                                                                                          Case No.:

International Heritage, Inc.                                                         98-02675-5-ATS

    **Debtor(s)**

**Order Denying Release of Unclaimed Funds**

The matter before the court is the motion to release funds filed by The Financial Resources Group, Inc. on behalf of Donna J. Mathews on December 3, 2008.  A motion was filed on behalf of Donna J. Mathews by another funds locator on August 25, 2008, and an order allowing the motion has been entered.  Accordingly, the motion filed by The Financial Resources Group, Inc. on December 3, 2008, is hereby denied.

**End of Document**

# CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: barnes_da           Page 1 of 1            Date Rcvd: Dec 05, 2008
Case: 98-02675                Form ID: pdf014           Total Served: 2
```

The following entities were served by first class mail on Dec 07, 2008.
cr           +Donna J. Mathews,   61856 Highway 49,   Lineville, AL 36266-4905
intp         +The Financial Resources Group, Inc.,   Larry L. Moses-General Manager,
              700 Mechem Drive, Suite 8B,   Ruidoso, NM 88345-6909

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 07, 2008**                    **Signature:**    _Joseph Speetjens_