UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) |
| | ) CHAPTER 7 |
| | ) |
| Debtor. | ) |

NOTICE OF EIGHTH APPLICATION FOR TRUSTEE'S INTERIM COMMISSION
REIMBURSEMENT OF EXPENSES, TENTH APPLICATION FOR ATTORNEY FOR
TRUSTEE'S INTERIM FEES AND REIMBURSEMENT OF EXPENSES AND
CERTIFICATE OF SERVICE

TO: ALL CREDITORS OF INTERNATIONAL HERITAGE, INC. AND OTHER PARTIES IN
INTEREST

NOTICE IS HEREBY GIVEN of the Eighth Application for Interim Compensation
for Trustee for statutory commission in the amount of $31,621.03 and reimbursement of expenses in
the amount of $123.78 incurred from December 18, 2007 through November 30, 2008, filed
simultaneously herewith by Holmes P. Harden, Trustee.

FURTHER NOTICE IS HEREBY GIVEN of the Tenth Application for Interim
Compensation for Attorney for Trustee fees in the amount of $118,923.00 and reimbursement of
expenses in the amount of $296.26 for services rendered from December 17, 2007 through
November 30, 2008.

FURTHER NOTICE IS HEREBY GIVEN that Trustee will be making a second
distribution of funds contributed to the estate by the Securities and Exchange Commission in the
amount of $863,973.18 on or before December 31, 2008.

An objection to the fees requested should be filed with the Clerk, U. S. Bankruptcy Court,
Post Office Box 1441, Raleigh, North Carolina 27602 with a copy served on the trustee whose name
appears at the bottom of this Notice within twenty (20) days of the date of this Notice. A hearing on
any objections to this notice of interim compensation will be held on December 30, 2008, at 9:00
a.m. at the United States Courthouse and Post Office Building, Room 208, 300 Fayetteville Street
Mall, Raleigh, North Carolina. Any party requesting a hearing shall appear at said hearing in support
of such request or he may be assessed with costs.

DATE OF NOTICE: December _10_, 2008

Holmes P. Harden, Trustee
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

572583

## CERTIFICATE OF SERVICE

      I, Holmes P. Harden, do hereby certify that the foregoing documents were served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the 10th day of December, 2008.

WILLIAMS MULLEN

BY: _Holmes P. Harden_

Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:
Marjorie K. Lynch
Bankruptcy Administrator
(by electronic service)

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

Patrick Anders, Esquire
Edger and Paul
1777 Durham-Chapel Hill Blvd.
Suite 204
Chapel Hill, NC 27514

James A. Roberts, III, Esquire
A. Graham Shirley, Esquire
Lewis & Roberts
P.O. Box 17529
Raleigh, NC 27619-7529

See Attached Mail Matrix and E-Mail List

RAL/179511/1

Terri I. Gardner
Poyner & Spruill, LLP
P. O. Box 10096
3600 Glenwood Avenue
Raleigh, NC 27605

Brent E. Wood
3750 NW Cary Pkwy., Ste. 111
Cary, NC 27513-8432

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
2520 Northwinds Pkwy #375
Alpharetta, GA 30004-2233

James Russell Tucker
Tucker & Ratcliffe, L.L.P.
10647 Strait Lane
Dallas, TX 75229-5426

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Dorothy H. Miller
102 Triangle Circle
Lafayette, LA 70508

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Stacey Ostrom
202 Oak Creek Drive
League City, TX 77573-1762

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Jane E. Chassey
1514 Azalea Drive
Saint Louis, Missouri 63119

Carolyn E. John
485 Broad River Blvd.
Beaufort, SC 29906

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL -9490 Vaduz   LIECHTENSTEIN

Gary D. McDowell
200 Ansley Close
Roswell, GA 30075

Jean Wedin
P. O. Box 753
LaConner, WA 98257

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

Michael P. Flanagan
Ward and Smith, P.A.
P. O. Box 8088
Greenville, NC 27835-8088

James A. Roberts, III
Lewis & Roberts, PLLC
P. O. Box 17529
Raleigh, NC 27619-7529

Patrick H. Tyler
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

James K. Austin
Ellis Painter Ratterree & Bart LLP
P. O. Box 9946
Savannah, GA 31412-9946

Keith M. Jensen
Law Office of Keith M. Jensen
514 East Beklnap
Fort Worth, TX 76102

Randall L. Greene
Rt. 1, Box 155
Randlett, OK 73562

James H. Thomas
101 Robin Drive
Troy, AL 36081

Vickie Corbitt,
Attorney for Commissioner of Revenue
Tennessee Dept. of Revenue - Legal
312 8th Ave. N. #27 Fl.
Nashville, TN 37243-0001

Stephani W. Humrickhouse, Esq.
Nicholls & Crampton
4300 Six Forks Road, Suite 700
Raleigh, NC  27609

Janet Cradeur
P. O. Box 66658
Baton Rouge, LA 70896

Meredith P. Ezzell
Wyrick Robbins Yates & Ponton LLP
P. O. Drawer 17803
Raleigh, NC 27619

Joseph N. Calloway, Esq.
Battle, Winslow, Scott & Wiley, P.A.
P. O. Box 7100
Rocky Mount, NC 27804-0100

Maria Lee Siwierka
5507 Deerbourne Chase Dr.
Sugar Land, TX 77479-4194

Jean Boyles
P. O. Box 10506
Raleigh, NC 27605

Paul Faison S. Winborne
300/200 Parham Street, Suite F
P. O. Box 1547
Raleigh, NC 27602

Missouri Department of Revenue
Attn: Brian S. Kuhlmann
P. O. Box 475
Jefferson City, MO 65105-0475

Marcia McGair Ippolito
R.I. Division of Taxation
One Capitol Hill
Providence, RI 02908-5800

Walter Calton
312 East Broad Street
Eufaula, AL 36072

L. C. Gilbert, Jr.
74 Hilltop Lane
Alpine, AL 35014

Denise Marsh
709 Summit Ridge
Lewisville, TX 75067

Sharon A. Meckenstock
1640 West 34th St., N.
Wichita, KS 67204

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen   SWITZERLAND

Managing Agent
UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich   SWITZERLAND

Managing Agent
Schweizerische Hypotheken
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich   SWITZERLAND

Charles Anderson
P. O. Box 33550
Raleigh, NC 27636

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Larry Smith
2435 E. North Street
Greenville, SC 29615

Anna M. Washburn
145 Christopher Drive
Clayton, NC 27520

Shawna Y. Staton
Brooks, Stevens & Pope, P.A.
P. O. Box 1870
Cary, NC 27512-1870

Henry W. Nozko, Jr., President
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Henry W. Nozko, Jr., President
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Managing Agent
Coeco
2525 Atlantic Avenue
Raleigh, NC 27604

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN 56258

Managing Agent
Centrum Bank AG Vaduz
Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz   LIECHTENSTEIN

Managing Agent
Accurata Treuhand und Revisions AG Vaduz
Abundt 36
FL-9490 Vaduz   LIECHTENSTEIN

Managing Agent
UBS AG, Zurich Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich   SWITZERLAND

Managing Agent
TransAmerica-TIG Insurance
5205 N.O. Connor Blvd. Ste. B1
Irving, TX 75039-3724

Sherwin P. Robin
P. O. Box 9541
Savannah, GA 31412-9541

Tony Copeland
BTI
4300 Six Forks Road, Suite 500
Raleigh, NC 27609

State Auditor's Office
Montana Securities Department
Mitchell Building, Room 270
State Capital Complex
Helen, MT 59620

Marshall Reddy
P. O. Box 806
Ponte Verde Beach, FL 32004

Henry W. Noziko, Jr.
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Gerald A. Jeutter
Kilpatrick Stockton, LLP
P. O. Box 300004
Raleigh, NC 27622

Henry W. Noziko, Jr.
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Michael K. Wolensky
Robert G. Brunton
David J. Gellen
Kutak Rock
225 Peachtree St., NE, Suite 2100
Atlanta, GA 30303-1731

Robert J. Marrigan
Development Direct, Inc.
P.O. Box 650
Bedford, MA 01730-0650

Ronald H. Garber
Boxley Bolton & Garber
P. O. Drawer 1429
Raleigh, NC 27602

Scott L. Wilkinson
Assistant U.S. Attorney
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Cathy Fligg
1456 Stratfield Circle
Atlanta, GA 30319

Betty Hesketh
7566 15th Lane
Vero Beach, FL 32966

John Mark Stern
Assistant Attorney General
Office of Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

Jackie S. Hart
1706 Antigua Lane
Nassau Bay, TX  77058

E-mail: x2-song@worldnet.att.net
E-mail: hual@airmail.net
E-mail: mayfi23@marz.com
E-mail: Buddha623@aol.com
E-mail: pgorman@vantagepointcapital.com
E-mail: wrightr@mindspring.com
E-mail: mlafontaine@abbot-simses.com
E-mail: rabbit@rockisland.com
E-mail: cheryll.COSTANIINO@edmail.com
E-mail: jasbircheema@amropictures.com
E-mail: 72320.316@compuserve.com
E-mail: stann@colby.IXKS.com
E-mail: gjack312@Intrstar.net
E-mail: hdfrey@telusplanet.net
E-mail: DLWARREN@BellSouth.net
E-mail: michael_bhagat@hotmail.com
E-mail: rliston@spartanburg4.0rg
E-mail: ghromero@aol.com
E-mail: joanchan@rocketmail.com
E-mail: edeem@worldnet.att.net
E-mail: DFITZPA400@aol.com
E-mail: theboock@compuserve.com
E-mail: pondman@memes.com
E-mail: docchiro@ISLC.net
E-mail: RIZMOE@NWRain.com
E-mail: thodges@gateway.net
E-mail: hlee@directv.com
E-mail: fabb@telusplanet.net
E-mail: cordw@deltapineseed.com
E-mail: NBECK87570@aol.com
E-mail: JYANG4@FORD.COM
E-mail: mccarthy@mccarthyconsultant.com
E-mail: digger@bcsupernet.com
E-mail: BREIDYIII@aol.com
E-mail: pak@jcnl.com
E-mail: lpartr1072@aol.com
E-mail: leadership.possibilities.mak@worldnet.att.net
E-mail: mtheisen@efn.org
E-mail: MLGeller@aol.com
E-mail: mooreem@harpo.tnstate.edu
E-mail: backpain@keynet.net
E-mail: Hbeckbari@aol.com
E-mail: mwarhurst@yahoo.com
E-mail: js.baum@srs.gov
E-mail: wynellh@flash.net
E-mail: dlatray@mcn.net
E-mail: bwood@woodfran.com
E-mail: DickLynn Ferency@compuserve.com
E-mail: CHASSEYRAY@email.msn.com
E-mail: jim.griffith@erols.com
E-mail: xiaokui.shan@bakernet.com
E-mail: xshan@aol.com
E-mail: kkandola@theresidences.com
E-mail: lrochkind@jafferaitt.com
E-mail: sdostrom@hotmail.com
E-mail: michaelhopkins@mailcity.com
E-mail: dana-charles@worldnet.att.net
E-mail: options-galore@yahoo.com
E-mail: bchap01@aol.com
E-mail: ceissngr@midrivers.com
E-mail: glassgs@cadvision.com
E-mail: mbrown8967@aol.com
E-mail: diemert@northerntel.net
E-mail: cgrumer@manatt.com
E-mail: shouli.yang@stjude.org
E-mail: RJWNLAW@aol.com

RAL/179511/1

E-mail: sds98@eatel.net
E-mail: jwmaloy@aol.com
E-mail: kanelos@mindspring.com
E-mail: blairc@iname.com
E-mail: Larry_Fletcher@bc.sympatico.ca
E-mail: JNRRICH@Intur.net
E-mail: aadrezin@Epix.net
E-mail: kimball.peed@bigfoot.com
E-mail: tammyr@falcon.ukans.cc.edu
E-mail: VTPALMER27@yahoo.com
E-mail: crandall@rock-springs.dowell.slb.com
E-mail: gedler@bellsouth.net
E-mail: r_brown@email.msn.com
E-mail: hou@mail.med.upenn.edu
E-mail: dsbarron@bellsouth.net
E-mail: jamcgrath@yahoo.com
E-mail: bjsaw@ttc-cmc.net
E-mail: smsutom@aol.com
E-mail: lynn@dot.state.al.us
E-mail: pingnas@ica.net
E-mail: Hanna@tir.com
E-mail: buddunn@auantumworld.com
E-mail: Rahmati@ibm.net
E-mail: Docnielsen@webtv.net
E-mail: mjandcarlincc@juno.com
E-mail: loking@wixmail.com
E-mail: Jholt@Clemson.edu
E-mail: jsmusa@mindspring.com
E-mail: Mainland@ticnet.com
E-mail: cce3@juno.com
E-mail: mcnamer@bigsky.net
E-mail: mwa@wnonline.net
E-mail: lesterabs@mindspring.com
E-mail: shanson@kearney.net
E-mail: an667@hwcn.org
E-mail: yu241703@yorku.ca
E-mail: yu241703@yorku.ca
E-mail: lihen
E-mail: dsbarron@bellsouth.net
E-mail: jamcgrath@yahoo.com
E-mail: bbaum89@aol.com
E-mail: bjsaw@ttc-cmc.net
E-mail: smsutom@aol.com
E-mail: lynn@dot.state.al.us
E-mail: pingnas@ica.net
E-mail: Hanna@tir.com
E-mail: buddunn@quantumworld.com
E-mail: Rahmati@ibm.net
E-mail: docnielsen@webtv.net
E-mail: mjandcarlincc@juno.com
E-mail: loking@wixmail.com
E-mail: Jholt@Clemson.edu
E-mail: jsmusa@mindspring.com
E-mail: Mainland@ticnet.com
E-mail: cce3@juno.com
E-mail: mcnamer@bigsky.net
E-mail: mwa@wnonline.net
E-mail: lesterabs@mindspring.com
E-mail: shanson@kearney.net
E-mail: an667@hwcn.org
E-mail: yu241703@yorku.ca
E-mail: TJDeavers@aol.com
E-mail: BrAnDin420@aol.com
E-mail: hou@mail.med.upenn.edu
E-mail: CTBallard@aol.com
E-mail: beth_pattillo@shmm.org

E-mail: swede@dmea.net
E-mail: kmaxeyjr@bayou.com
E-mail: Wesglynn@aol.com
E-mail: jwarren@wyche.com
E-mail: dongming.zhao@jci.com
E-mail: pkloosterman@juno.com
E-mail: JEEPETTE99@aol.com
E-mail: pingnas@ica.net
E-mail: Karen0906@aol.com
E-mail: lonni@pb.quik.com
E-mail: Dana-Charles@Worldnet.Att.Net
E-mail: Averitas@aol.com
E-mail: kk_1200@kwikkopy.com
E-mail: hewlett@cablelan.net
E-mail: sonia_voldseth@burns.senate.gov
E-mail: dzeigler@jsucc.jsu.edu
E-mail: mchad@acnet.net
E-mail: albourassa@bigfoot.com
E-mail: albourassa@bigfoot.com
E-mail: Harden, Holmes
E-mail: Mgutierrez@pirnie.com
E-mail: mayfi23@marz.com
E-mail: shucko@prodigy.net
E-mail: zuzuy2k@yahoo.com
E-mail: Mgutierrez@pirnie.com
E-mail: Mgutierrez@pirnie.com
E-mail: RRALBRIGHT@AOL.COM
E-mail: bcslaw@prodigy.net
E-mail: rosieo@bigsky.net
E-mail: mooreem@harpo.tnstate.edu
E-mail: VANATTAL@VAX.CS.HSCSYR.EDU
E-mail: leadership.possibilities.mak@worldnet.att.net
E-mail: pingnas@ica.net
E-mail: cr8on@flash.net
E-mail: bsclaw@worldnet.att.net
E-mail: hewlettlj@shaw.ca
E-mail: ladevries@firstam.com
E-mail: ihatch@ala.net
Rmggood@Prodigy.Net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                  )
                                        )
INTERNATIONAL HERITAGE, INC.            )       CASE NO. 98-02675-5-ATS
                                        )       CHAPTER 7
                                        )
        Debtor.                         )

## EIGHTH APPLICATION BY CHAPTER 7 TRUSTEE
## FOR INTERIM ALLOWANCE OF COMMISSION AND
## REIMBURSEMENT OF EXPENSES

NOW COMES Holmes P. Harden ("Applicant") and files this Eighth Interim application for Compensation and Reimbursement of Expenses to Chapter 7 Trustee and, in support thereof, shows the following:

1.      This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. §§ 327 and 329.

2.      On November 25, 1998 a petition for relief under Chapter 7 of the Bankruptcy Code was filed by International Heritage, Inc. (the "Debtor"). On November 25, 1998 this Court entered an Order appointing Holmes P. Harden as Trustee of the Debtor ("Trustee").

3.      Applicant has complied with all provisions of the Bankruptcy Code, the Bankruptcy Rules and other laws, regulations and administrative orders dealing with the duties of a trustee, has discharged his duties in a prompt and efficient manner and has otherwise complied with all other duties of a Chapter 7 trustee as set forth in the Bankruptcy Code.

4.      The Court entered an order allowing trustee's first interim commission in the amount of $5,919.07 and reimbursement of expenses in the amount of $11,628.39 for services rendered from November 30, 1998 through August 31, 1999 on November 1, 1999. The court entered an order on October 28, 2000 allowing second interim commission in the amount of $32,719.94 and reimbursement of expenses in the amount of $1,291.21 for services rendered from September 1, 1999 through August 31, 2000. The court entered an order allowing third interim commission in the amount of $9,820.24 and reimbursement of expenses in the amount of $1,719.80 for services rendered from September 12, 2000 through August 28, 2001. The court entered an order allowing fourth interim commission in the amount of $4,946.14 and

544672

reimbursement of expenses in the amount of $608.43 for services rendered from September 1, 2001 through September 30, 2002. The court entered an order on October 30, 2003 allowing fifth interim commission in the amount of $1,952.47 and reimbursement of expenses in the amount of $648.07 for services rendered from October 1, 2002 through September 29, 2003. The court entered an order on November 17, 2005 allowing sixth interim commission in the amount of $3,457.07 and reimbursement of expenses in the amount of $607.57 for services rendered from September 30, 2003 through October 4, 2005. The court entered an order on January 15, 2008 allowing seventh interim commission in the amount of $93,147.08 and reimbursement of expenses in the amount of $613.96 for services rendered from October 2, 2006 through December 17, 2007.

5.    Applicant has collected $12,065.03 since the seventh interim application was filed with the court. Applicant made the following administrative payments in the case since the seventh interim application was filed with the court: AT&T $2,682.04, Recall $2,494.80, EPIQ $19,990.23, U. S. Postmaster $70.00 and $13,860.00 for temporary costs of service.

6.    Applicant will make a distribution to creditors in the amount of $863,973.18 on or before December 31, 2008. Trustee's commission is based on disbursements in the amount of $1,054,034.32 at 3%. See Exhibit A attached hereto. This will be the second and final distribution of funds contributed to the estate by the Securities and Exchange Commission. (Trustee distributed $3,000,000.00 on January 11, 2008)

7.    Applicant's law firm has expended $123.78 in payment of expenses of trustee from December 17, 2007 through November 30, 2008.

8.    Applicant now prays that he be allowed the sum of $31,621.03 as interim trustee's fees, together with reimbursement of expenses in the amount of $123.78, which Applicant deems as reasonable for services rendered herein. This calculation is based on the parameters set forth in 11 U.S.C. Section 326 and the compensation scale established by the Local Rules for the Eastern District of North Carolina.

9.    Applicant believes that this sum is fair and reasonable in this case and should be allowed.

10.    Applicant certifies that no agreements have been made directly or indirectly and that no understanding exists for division of fees between the Applicant and other parties, except other partners of his law firm.

544672

11.    This is the eighth Application for interim commission and reimbursement of
expenses made by the Applicant in this case.

WHEREFORE, Applicant prays that he be allowed and paid the above compensation of
$31,621.03 and reimbursement of expenses in the amount of $123.78 and that the court grant
such other and further relief to which it deems him justly entitled.

This the 10th day of  December, 2008.

HOLMES P. HARDEN, CHAPTER 7 TRUSTEE
FOR INTERNATIONAL HERITAGE, INC.


Holmes P. Harden
N.C. State Bar No. 9835
3200 Beechleaf Court, Suite 500
Post Office Drawer 19764
Raleigh, North Carolina 27619-9764
Telephone: (919) 981-40000

544672

## *EXHIBIT A*

Calculation of Trustee's Commission

Balance of Securities and Exchange Commission funds on hand:  $1,054,034.32

Commission is based on this amount and will be disbursed in full

| | |
|---|---|
| Trustee's expenses | $      123.78 |
| Attorney fees | $118,923.00 |
| Attorney expenses | $      296.26 |
| Admin claims paid from 12/17/07 | $ 39,097.07 |
| Subtotal | $158,440.11 |
| Trustee's commission | $ 31,621.03 |
| Total | $190,061.14 |

Balance to SEC allowed claims                                $863,973.18

544672

12/10/08                ID:  400232.0206                   Williams Mullen Clark & Dobbins                              Page  6 (6)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* DISBURSEMENTS - ITEMIZED \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|
| 3925884 | 12/19/07 | HARDEN, HOLMES P. | B | 53 Photocopies | $19.50 | $19.50 |
| 3937916 | 01/02/08 | HARDEN, HOLMES P. | B | 57 Telecopies | $13.75 | $33.25 |
| 3939240 | 01/07/08 | HARDEN, HOLMES P. | B | 13 Courier Service - - VENDOR: FEDEX - Patty Radovan, Sr. VP. Epiq Systems, Inc. Kansas City, KS | $16.10 | $49.35 |
| 3933649 | 01/08/08 | HARDEN, HOLMES P. | B | 14 Vendor Photocopies - - VENDOR: DOCUMENT TECHNOLOGIES, INC., INVOICE 373248, 1,162 COPIES | $74.43 | $123.78 |

                                                                     TOTAL BILLABLE ENTRIES              $123.78

                                                                     TOTAL HELD ENTRIES                    $0.00
                                                                                                        _____

                                                                     TOTAL DISBURSEMENTS                $123.78

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

TENTH APPLICATION FOR INTERIM COMPENSATION FOR
SERVICES RENDERED BY ATTORNEY FOR TRUSTEE

The application of Holmes P. Harden, attorney for Trustee in the above-captioned case,
respectfully represents:

1.      That on the 22nd day of January, 1999 your applicant was approved as attorney
for Trustee in the above-referenced case, #98-02675-5-ATS, and has since performed certain
services on behalf of the Trustee. The Court entered an Order Allowing Attorney for Trustee's
First Interim Fees on November 1, 1999 for services rendered for the period November 30, 1998
through September 22, 1999 and expenses incurred for the period January 27, 1999 through
August 31, 1999. The Court entered a consent order on October 26, 2000 allowing applicant's
Second interim compensation for services rendered from September 23, 1999 through September
12, 2000 in the amount of $20,674.75 and reimbursement of expenses in the amount of $24.50.
The court also entered a consent order on October 25, 2001 allowing compensation in the
amount of $6,089.50 for services rendered from September 18, 2000 through August 21, 2001.
The court entered an order allowing compensation in the amount of $22,920.00 and
reimbursement of expenses in the amount of $3.25 for services rendered from September
11,2001 through September 17, 2002. The court entered an order on October 30, 2003 allowing

572904

1

compensation in the amount of $47,693.00 and reimbursement of expenses in the amount of $92.72 for services rendered from September 18, 2002 through September 29, 2003. The court entered an order on November 8, 2004 allowing compensation in the amount of $26,076.00 for services rendered from October 1, 2003 through September 30, 2004 and reimbursement of expenses in the amount of $110.10 for the same time period. The court entered an order on November 21, 2005 allowing compensation in the amount of $49,282.59 for services rendered from October 1, 2004 through September 30, 2005 and reimbursement of expenses in the amount of $34.75 for the same time period. The court entered an order on October 31, 2006 allowing compensation in the amount of $8,258.00 for services rendered from October 1, 2005 through September 30, 2006 and reimbursement of expenses in the amount of $147.24 for the same time period. The court entered an order on January 15, 2008 allowing compensation in the amount of $133,241.50 for services rendered from October 1, 2006 through December 17, 2007 and reimbursement of expenses in the amount of $7.37 for the same time period.

2.      Applicant's Tenth Interim Application for compensation is for services rendered from December 17, 2007 through November 30, 2008 which are itemized on Exhibit A attached hereto and incorporated herein by reference.

3.      Attorney time is billed at a rate of $200.00 to $250.00 per hour. Paralegal time is billed at $90.00 to $110.00 per hour. The total amount of interim compensation being sought is $118,923.00.

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| H. P. Harden | $200.00 | 3.80 | $760.00 |
| | $250.00 | 63.70 | 15,925.00 |
| Paralegal | | | |
| Jenny D. Johnson | $90.00 | 68.20 | 6,138.00 |
| | $110.00 | 871.40 | 95,854.00 |
| Sharon M. Beadnell | $90.00 | 2.00 | 180.00 |

572904

2

| | $110.00 | .60 | 66.00 |
|---|---|---|---|
| Totals | | 1009.7 | $118,923.00 |

Applicant believes that the compensation requested is fair and reasonable. In addition to interim compensation, the applicant also requests reimbursement for reasonable and necessary expenses incurred in the amount of $296.26

3.      Reimbursement for travel expenses is requested at the rate of .505 per mile. Reimbursement for photocopy expenses is requested only for photocopies disseminated at the direction of the Court or Clerk of Court or pursuant to Local Rules, at .20 per page. Reimbursement for postal expenses is requested only for the costs of mailings directed by the Court, the Clerk, or pursuant to Local Rules.

4.      No agreement or understanding exists between the applicant and any other person for the sharing of compensation to be received for services rendered in or in connection with this case, other than with the professional association by which the undersigned is employed.

Holmes P. Harden is the firm's senior creditor's rights and bankruptcy attorney in the Raleigh office. He is certified in bankruptcy law by the North Carolina State Bar Board of Legal Specialization and in business bankruptcy law by the American Bankruptcy Board of Certification. He has over 26 years of business law experience. He is a Chapter 7 Bankruptcy Trustee for the Eastern District of North Carolina. His normal hourly billing rate is $350.00. Mr. Harden received his undergraduate degree at Davidson College and his law degree at the University of North Carolina. He served as law clerk to the Honorable Naomi Morris, Chief Judge of the North Carolina Court of Appeals, from 1981 to 1982. He is a member of several professional organizations, including the North Carolina Bar Association, National Association of Bankruptcy Trustees, Council of Certified Bankruptcy Specialists, The Commercial Law League, and the American Bankruptcy Institute. He is AV rated by Martindale Hubbell.

Jenny D. Johnson, Bankruptcy Paralegal, graduated from Johnston Community College in 1977 with an Associate Accounting, from Atlantic Christian College in 1980 with a B.S.B.A. and from the Meredith College bankruptcy law legal assistant program. She has 8 years banking

572904

3

experience, 18 years experience in bankruptcy and 1 year probate experience. 99% of her billable time is devoted to bankruptcy. Her normal hourly billing rate is $135.00.

WHEREFORE, your applicant prays that he be allowed and paid from the estate the above requested ninth interim compensation of $118,923.00 and reimbursement of expenses in the amount of $296.26.

_____
Attorney for Trustee

## ACKNOWLEDGMENT

Wake County, North Carolina

I certify that Holmes P. Harden personally appeared before me this the *10* th day of December, 2008 acknowledging to me that he signed the foregoing document.

My commission expires:  September 24, 2011

_____
Sharon M Beadnell, Notary Public

572904

4

CERTIFICATE OF SERVICE

       I, Holmes P. Harden, attorney for Trustee, do hereby certify that the Ninth Interim Application for Services of Attorney for Trustee's Fees hereto attached was served upon the party listed below by mailing a copy thereof to him at the address indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the __th day of December, 2008.

                                            */s/ Holmes P. Harden*
                                            Holmes P. Harden
                                            Attorney for Trustee
                                            N. C. State Bar No. 9835
                                            Post Office Drawer 19764
                                            Raleigh, North Carolina  27619
                                            Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3758
Wilson, NC  27895

572904

CERTIFICATE OF SERVICE

I, Holmes P. Harden, attorney for Trustee, do hereby certify that the foregoing document hereto attached was served upon the party listed below by mailing a copy thereof to him at the address indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the 10th day of December, 2008.

*/s/ Holmes P. Harden*
Holmes P. Harden, Trustee
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, North Carolina  27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3758
Wilson, NC  27895-3758

544672

Case 98-02675-5-DMW    Doc 17924    Filed 12/10/08    Entered 12/10/08 16:38:41    Page 21 of 62

Williams Mullen Clark & Dobbins

```
*************************************************************************

MATTER #:                400232.1922
CLIENT NAME:             U.S. BANKRUPTCY COURT - EDNC             PROFORMA STATEMENT #:    1220044
MATTER NAME:             INTERNATIONAL HERITAGE, INC.
                         ATTORNEY FOR TRUSTEE                     WHITEHILL TEMPLATE:
DATE OPENED:             Jan 25, 1999
ADDRESS:                 UNITED STATES BANKRUPTCY COURT           MATTER BILLING ATTY:     4117   HOLMES P. HARDEN
                         EASTERN DISTRICT OF NORTH CAROLINA       JOINT BILLING GROUP:
                         CENTURY STATION P.O. BLDG.               MATTER CASE TYPE:           1 Bankruptcy
                         300 FAYETTEVILLE STREET MALL, ROOM 209
                         P.O. BOX 1441
                         RALEIGH, NC 27602

PHONE NUMBER:                                                     BILLING FREQUENCIES:        R
FAX NUMBER:                                                       BILLING TEMPLATE:          M1
                                                                  WH: Time Detail
BILLING INSTRUCTIONS:                                             WH: Cost Summary
                                                                  WH: ATTY SUMMARY

*************************************** CURRENT BILLING INFORMATION ***************************************

                         ATTORNEY RECAP    (PRINT RECAP ON BILL?  YES / NO )
                              MATTER                                                    IS THIS A FINAL BILL?   ( YES / NO )
ATTORNEY                       RATE          HOURS        VALUE                         CLOSE MATTER?           ( YES / NO )
HARDEN, HOLMES P.            250.00          63.70      15,925.00
HARDEN, HOLMES P.            200.00           3.80         760.00
JOHNSON, JENNY D.            110.00         871.40      95,854.00
JOHNSON, JENNY D.             90.00          68.20       6,138.00
BEADNELL, SHARON            110.00           0.60          66.00
BEADNELL, SHARON             90.00           2.00         180.00
                                         1,009.70     118,923.00

FEE & DISBURSEMENT BILLING DATA

                              FEES       DISBURSEMENTS   UNALLOCATED PAYMENTS   TRUST BALANCE *
BILLABLE AMOUNT           118,923.00        296.26             0.00                 $0.00
THRU DATE:                 11/30/08        11/30/08

CURRENT BILLING REQUEST:              * Attach Trust Disbursement with appropriate approvals.

                WRITE DOWN APPROVAL
          _____

WRITE DOWN AMOUNT                     _____
APPROVAL

*************************************************************************
```

12/10/08        ID: 400232.1922        Williams Mullen Clark & Dobbins                    Page 2 (2)

************************** ACCOUNT SUMMARY INFORMATION **************************

AGING INFORMATION BASED ON 11/30/08                              CUMULATIVE TOTALS

|  | ACCOUNTS RECEIVABLE | UNBILLED FEES/COST | TOTAL INVESTMENT |  | INCEPTION TO-DATE | YEAR TO-DATE |
|---|---|---|---|---|---|---|
| 1-30 DAYS | 0.00 | 7,516.00 | 7,516.00 | FEES RELIEVED: | 318,410.75 | 133,219.50 |
| 31-60 DAYS | 0.00 | 2,175.00 | 2,175.00 | FEES BILLED: | 384,780.31 | 133,218.81 |
| 61-90 DAYS | 0.00 | 1,652.00 | 1,652.00 | VARIANCE: | 66,369.56 | (0.69) |
| 91-120 DAYS | 0.00 | 3,724.00 | 3,724.00 | A/R WRITE OFFS: | 0.00 | 0.00 |
| 120 + DAYS | 0.00 | 104,152.26 | 104,152.26 |  |  |  |
|  |  | _____ | _____ |  |  |  |
| TOTAL | 0.00 | 119,219.26 | 119,219.26 |  |  |  |
| UNALLOCATED PAYMENTS |  | 0.00 |  |  |  |  |

TRUST ACCOUNT AS OF 11/30/08

CFB GENERAL TRUST
REAL ESTATE TRUST
INTEREST BEARING TRUST
WASHINGTON, D.C. TRUST
SIGNET GENERAL TRUST

*******************************************************************************

12/10/08

ID: 400232.1922

**************** Williams Mullen Clark & Dobbins ****************

**************** SERVICES - ITEMIZED ****************

Page 3 (3)

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7354515 | 12/17/07 | HARDEN, HOLMES P. | B | Revise proposed motion to revoke order. | 0.10 | $20.00 | $20.00 |
| 7312815 | 12/18/07 | HARDEN, HOLMES P. | B | Call from Ms. Johnson re: draft version of check. | 0.30 | $60.00 | $80.00 |
| 7310612 | 12/18/07 | JOHNSON, JENNY D. | B | Work on fee application; conference with Mr. Harden re same. | 1.20 | $108.00 | $188.00 |
| 7310613 | 12/18/07 | JOHNSON, JENNY D. | B | Work on orders re objections to claims. | 12.00 | $1,080.00 | $1,268.00 |
| 7310619 | 12/18/07 | BEADNELL, SHARON | B | Efiled Motion to Set Aside Order Allowing Objection to Claim #'s 13144 and 13143. | 0.40 | $36.00 | $1,304.00 |
| 7314177 | 12/19/07 | HARDEN, HOLMES P. | B | Work on fee application. | 0.50 | $100.00 | $1,404.00 |
| 7314178 | 12/19/07 | HARDEN, HOLMES P. | B | Review EPIQ Trustee contract agreement. | 0.50 | $100.00 | $1,504.00 |
| 7314179 | 12/19/07 | HARDEN, HOLMES P. | B | Review and revise proposed form order on motion to revoke orders denying claims. | 0.20 | $40.00 | $1,544.00 |
| 7312865 | 12/19/07 | JOHNSON, JENNY D. | B | Work on orders re objections to claims. | 9.50 | $855.00 | $2,399.00 |
| 7311805 | 12/19/07 | BEADNELL, SHARON | B | Efiled Motion to Set Aside Order Allowing Objection to claim for Jessup. | 0.20 | $18.00 | $2,417.00 |
| 7312817 | 12/19/07 | BEADNELL, SHARON | B | Efile Trustee and Attorney for Trustee fee application. | 0.20 | $18.00 | $2,435.00 |
| 7315498 | 12/20/07 | HARDEN, HOLMES P. | B | Call from Ms. Johnson re: setting aside orders, attention to creditor inquiry about orders. | 0.50 | $100.00 | $2,535.00 |
| 7315052 | 12/20/07 | JOHNSON, JENNY D. | B | Work on orders re objections to claims. | 1.80 | $162.00 | $2,697.00 |
| 7315735 | 12/21/07 | JOHNSON, JENNY D. | B | Work on orders re objections to claims and motions to revoke orders re same. | 7.50 | $675.00 | $3,372.00 |
| 7315489 | 12/21/07 | BEADNELL, SHARON | B | Efile Motions to Set Aside Orders Objecting | 1.20 | $108.00 | $3,480.00 |

12/10/08

ID: 400232.1922

**Williams Mullen Clark & Dobbins**

*********** SERVICES - ITEMIZED ***********

Page 4 (4)

to Claims on the following: Riesenburg, L. Smith, Eby, Powell, R. Smith and Zoghby.

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7324792 | 12/22/07 | HARDEN, HOLMES P. | B | Telephone conference with Jenny Johnson regarding withdrawal of orders. | 0.30 | $60.00 | $3,540.00 |
| 7316256 | 12/22/07 | JOHNSON, JENNY D. | B | Work on orders re objections to claims; work on motions to revoke orders re same. | 4.50 | $405.00 | $3,945.00 |
| 7316299 | 12/24/07 | JOHNSON, JENNY D. | B | Work on orders re objections to claims. | 2.00 | $180.00 | $4,125.00 |
| 7316306 | 12/24/07 | JOHNSON, JENNY D. | B | Work on orders re objections to claims. | 2.00 | $180.00 | $4,305.00 |
| 7324985 | 12/26/07 | HARDEN, HOLMES P. | B | Telephone calls from creditors regarding orders on claims and work on withdrawals of orders. | 0.30 | $60.00 | $4,365.00 |
| 7320788 | 12/26/07 | JOHNSON, JENNY D. | B | Work on orders re objections to claims. | 1.00 | $90.00 | $4,455.00 |
| 7255926 | 12/27/07 | HARDEN, HOLMES P. | B | Telephone conference with Jenny Johnson regarding withdrawal of orders. | 0.00 | $0.00 | $4,455.00 |
| 7326143 | 12/27/07 | HARDEN, HOLMES P. | B | Telephone calls from creditors regarding orders on claims objections. | 0.30 | $60.00 | $4,515.00 |
| 7320791 | 12/27/07 | JOHNSON, JENNY D. | B | Work on orders re objections to claims; work on motions to revoke orders; e-file same. | 6.00 | $540.00 | $5,055.00 |
| 7326161 | 12/28/07 | HARDEN, HOLMES P. | B | Telephone calls from creditors regarding revocation of orders. | 0.30 | $60.00 | $5,115.00 |
| 7320905 | 12/28/07 | JOHNSON, JENNY D. | B | Work on orders re objections to claims. | 0.70 | $63.00 | $5,178.00 |
| 7323579 | 12/29/07 | JOHNSON, JENNY D. | B | Work on orders re objections to claims. | 4.00 | $360.00 | $5,538.00 |
| 7323580 | 12/30/07 | JOHNSON, JENNY D. | B | Work on orders re objections to claims. | 4.00 | $360.00 | $5,898.00 |
| 7329470 | 12/31/07 | HARDEN, HOLMES P. | B | Calls from creditors re: revocation of orders. | 0.30 | $60.00 | $5,958.00 |

12/10/08

ID: 400232.1922

# Williams Mullen Clark & Dobbins

Page 5 (5)

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SERVICES - ITEMIZED \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| INDEX | DATE WORKED | ATTORNEY STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|
| 7329506 | 12/31/07 | HARDEN, HOLMES P. B | Call from Ms. Johnson re: revocations of orders denying claims. | 0.20 | $40.00 | $5,998.00 |
| 7325434 | 12/31/07 | JOHNSON, JENNY D. B | Work on orders re objections to claims; work on motions to revoke orders and e-file same. | 12.00 | $1,080.00 | $7,078.00 |
| 7332691 | 01/01/08 | JOHNSON, JENNY D. B | Work on orders re objections to claims; work on motions to revoke orders and e-file same. | 9.00 | $990.00 | $8,068.00 |
| 7359967 | 01/01/08 | JOHNSON, JENNY D. B | Review correspondence and work on priority issues re claims. | 7.50 | $825.00 | $8,893.00 |
| 7376105 | 01/02/08 | HARDEN, HOLMES P. B | Attention to revocations of orders. | 0.20 | $50.00 | $8,943.00 |
| 7376129 | 01/02/08 | HARDEN, HOLMES P. B | Call from Ms. Johnson re: hold harmless demanded by EPIQ legal. | 0.30 | $75.00 | $9,018.00 |
| 7332692 | 01/02/08 | JOHNSON, JENNY D. B | Work on orders re objections to claims; work on motions to revoke orders and efile same. | 13.50 | $1,485.00 | $10,503.00 |
| 7375949 | 01/03/08 | HARDEN, HOLMES P. B | Call from Mark Evans re: hold harmless agreement. | 0.20 | $50.00 | $10,553.00 |
| 7375965 | 01/03/08 | HARDEN, HOLMES P. B | Review SBC settlement order with Ms. Johnson, legal research section 726. | 0.70 | $175.00 | $10,728.00 |
| 7376061 | 01/03/08 | HARDEN, HOLMES P. B | Attention to calls from claimants re: pleadings received. | 0.20 | $50.00 | $10,778.00 |
| 7376063 | 01/03/08 | HARDEN, HOLMES P. B | Review and revise amendment to TCMS Agreement. | 0.50 | $125.00 | $10,903.00 |
| 7376068 | 01/03/08 | HARDEN, HOLMES P. B | Further revise amendment. | 0.20 | $50.00 | $10,953.00 |
| 7332693 | 01/03/08 | JOHNSON, JENNY D. B | Work on orders re objections to claims; work on motions to revoke orders and efile same. | 11.60 | $1,276.00 | $12,229.00 |
| 7375845 | 01/04/08 | HARDEN, HOLMES P. B | Call from Dan Kennedy re: Hold Harmless, call to Dan Kennedy re: same, conference with Ms. Johnson re: requested revisions. | 1.00 | $250.00 | $12,479.00 |

12/10/08                 ID: 400232.1922                Williams Mullen Clark & Dobbins                              Page 6 (6)

************************************************ SERVICES - ITEMIZED ************************************************

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7375879 | 01/04/08 | HARDEN, HOLMES P. B | | Call from Dan Kennedy re: Hold Harmless, call from Patty Rothman at EPIQ re: Hold Harmless. | 0.50 | $125.00 | $12,604.00 |
| 7375925 | 01/04/08 | HARDEN, HOLMES P. B | | Call from Jamie Rathman to renegotiate Hold Harmless. | 0.50 | $125.00 | $12,729.00 |
| 7375941 | 01/04/08 | HARDEN, HOLMES P. B | | Further revise Hold Harmless and correspond to Jamie Rathman re: same. | 1.00 | $250.00 | $12,979.00 |
| 7334233 | 01/04/08 | JOHNSON, JENNY D. B | | Work on orders re objections to claims; work on motions to revoke orders; e-file same. | 12.30 | $1,353.00 | $14,332.00 |
| 7334234 | 01/05/08 | JOHNSON, JENNY D. B | | Work on orders re objections to claims. | 7.50 | $825.00 | $15,157.00 |
| 7371813 | 01/06/08 | HARDEN, HOLMES P. B | | Call to Ms. Johnson re: additional claim objections. | 0.30 | $75.00 | $15,232.00 |
| 7371827 | 01/06/08 | HARDEN, HOLMES P. B | | Attention to correspondence from J. Rothman, finalize TCMS hold harmless. | 0.30 | $75.00 | $15,307.00 |
| 7334256 | 01/06/08 | JOHNSON, JENNY D. B | | Work on orders re objections to claims and work on motions to revoke orders; telephone conference with Mr. Harden re same. | 13.00 | $1,430.00 | $16,737.00 |
| 7336585 | 01/07/08 | JOHNSON, JENNY D. B | | Work on orders re objections to claims; work on motions to revoke orders; e-file same. | 13.10 | $1,441.00 | $18,178.00 |
| 7365648 | 01/08/08 | HARDEN, HOLMES P. B | | Call to and from Ms. Johnson re: finalizing distribution. | 0.20 | $50.00 | $18,228.00 |
| 7365661 | 01/08/08 | HARDEN, HOLMES P. B | | Call sto Ms. Johnson re: finalizing orders and notices before distribution, priority of distribution and planning for same, legal research section 507. | 1.00 | $250.00 | $18,478.00 |
| 7337240 | 01/08/08 | JOHNSON, JENNY D. B | | Work on orders re objections to claims; work on motions to revoke orders; e-file same. | 9.90 | $1,089.00 | $19,567.00 |
| 7365628 | 01/09/08 | HARDEN, HOLMES P. B | | Call from UBS Securities re: status of UBS | 0.20 | $50.00 | $19,617.00 |

Case 98-02675-5-DMW    Doc 17924    Filed 12/10/08    Entered 12/10/08 16:38:41    Page 27 of 62

```
************************************  SERVICES  -  ITEMIZED  ************************************
```

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7338157 | 01/09/08 | JOHNSON, JENNY D. B | in IHI case. | Work on orders re objections to claims. | 2.50 | $275.00 | $19,892.00 |
| 339717 | 01/09/08 | JOHNSON, JENNY D. B | | Work on orders re objections to claims; conference with Mark Evans and Mr. Harden re same. | 1.50 | $165.00 | $20,057.00 |
| 7365561 | 01/10/08 | HARDEN, HOLMES P. B | | Attention to emails re: handling pleadings, etc. after mailing on 1-11-08; attention to call from attorney Nelson de la Cruz of UBS re: service on HQ in Zurich and review correspondence from him re: same. | 0.80 | $200.00 | $20,257.00 |
| 7341312 | 01/10/08 | JOHNSON, JENNY D. B | | Work on orders for distribution; conferences with Mr. Harden and Mark Evans re same. | 4.00 | $440.00 | $20,697.00 |
| 7365407 | 01/11/08 | HARDEN, HOLMES P. B | | Calls from creditors re: motions to revoke orders. | 0.30 | $75.00 | $20,772.00 |
| 7365427 | 01/11/08 | HARDEN, HOLMES P. B | | Call from Ms. Johnson re: withdrawal of orders denying claims after 1-11-08. | 0.30 | $75.00 | $20,847.00 |
| 7343252 | 01/11/08 | JOHNSON, JENNY D. B | | Conference calls with Mark Evans and Mr. Harden re orders on objections and 1st interim distribution of SEC funds; correspondence with Ms. Lynch and Ms. Deans re motion to destroy books and records prior to final distribution; draft letters re objections to claims and orders. | 3.50 | $385.00 | $21,232.00 |
| 7344316 | 01/12/08 | JOHNSON, JENNY D. B | | Work on orders on objections; conferences with Mr. Harden re motion to withdraw. | 2.20 | $242.00 | $21,474.00 |
| 7347011 | 01/14/08 | JOHNSON, JENNY D. B | | Review orders on allowed claims and distribution amounts to creditors from SEC funds; conference with Mr. Harden re same. | 1.00 | $110.00 | $21,584.00 |
| 7359752 | 01/15/08 | HARDEN, HOLMES P. B | | Calls from claimants re: disallowed claims and priority of claims. | 0.50 | $125.00 | $21,709.00 |
| 7359817 | 01/15/08 | HARDEN, HOLMES P. B | | Attention to responding to several emails re: disallowed claims; attend hearing on fee | 2.40 | $600.00 | $22,309.00 |

12/10/08          ID: 400232.1922          Williams Mullen Clark & Dobbins          Page 8 (8)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SERVICES - ITEMIZED \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7359844 | 01/15/08 | HARDEN, HOLMES P. | B | Calls from creditors re: denied claims, conference with Ms. Johnson re: procedure for reconsideration. | 0.50 | $125.00 | $22,434.00 |
| 7352344 | 01/15/08 | JOHNSON, JENNY D. | B | Review correspondence re allowance and priority issues. E-file with court. | 11.00 | $1,210.00 | $23,644.00 |
| 7359686 | 01/16/08 | HARDEN, HOLMES P. | B | Work on fee application. | 0.50 | $125.00 | $23,769.00 |
| 7352368 | 01/16/08 | JOHNSON, JENNY D. | B | Review correspondence re allowance of claims and priorities. | 9.50 | $1,045.00 | $24,814.00 |
| 7359964 | 01/17/08 | JOHNSON, JENNY D. | B | Review correspondence and work on creditor priority issues. | 2.10 | $231.00 | $25,045.00 |
| 7359550 | 01/18/08 | HARDEN, HOLMES P. | B | Attention to emails re: entering notices. | 0.30 | $75.00 | $25,120.00 |
| 7359562 | 01/18/08 | HARDEN, HOLMES P. | B | Review prebill and work on fee application. | 0.30 | $75.00 | $25,195.00 |
| 7363252 | 01/18/08 | JOHNSON, JENNY D. | B | Review correspondence; work on e-filing changes of addresses and undeliverable mail; work on priority issues re objections to claims and orders; conference with Mr. Harden re same. | 7.30 | $803.00 | $25,998.00 |
| 7376185 | 01/21/08 | HARDEN, HOLMES P. | B | Attention to correspondence from creditors re: late claims and orders. | 0.30 | $75.00 | $26,073.00 |
| 7359971 | 01/21/08 | JOHNSON, JENNY D. | B | Review correspondence re orders on objections to claims. | 0.50 | $55.00 | $26,128.00 |
| 7376227 | 01/22/08 | HARDEN, HOLMES P. | B | Call from Ms. Johnson re: filing notices of changes in address and undeliverable mail. | 0.30 | $75.00 | $26,203.00 |
| 7362240 | 01/22/08 | JOHNSON, JENNY D. | B | Review correspondence; work on e-filing changes of addresses and reissuing checks; work on e-filing undeliverable mail; draft letters re orders and objections to claims and responses; conference with Mr. Harden re | 14.00 | $1,540.00 | $27,743.00 |

```
12/10/08                          ID: 400232.1922          Williams Mullen Clark & Dobbins                                    Page 9 (9)

************************************************ SERVICES - ITEMIZED ************************************************

INDEX     DATE      ATTORNEY             STATUS      DESCRIPTION                              HOURS       AMOUNT      AGGREGATE
          WORKED                                                                                                     AMOUNT

7376250   01/23/08  HARDEN, HOLMES P. B              Call from Ms. Johnson re: notices.        0.30       $75.00     $27,818.00

7343327   01/23/08  JOHNSON, JENNY D. B              Work on e-filing changes of addresses    9.20    $1,012.00     $28,830.00
                                                     and undeliverable mail; review
                                                     correspondence; work on priority
                                                     issues re orders on objections to
                                                     claims.

7368528   01/24/08  JOHNSON, JENNY D. B              Review correspondence re validity of      7.30     $803.00     $29,633.00
                                                     claims; work on e-filing changes of
                                                     addresses and undeliverable mail;
                                                     conference with Mr. Harden re
                                                     same; responses to claimants.

7376306   01/25/08  HARDEN, HOLMES P. B              Attention to faxes and telephone          0.80     $200.00     $29,833.00
                                                     calls from creditors re: denied
                                                     claims, unfiled claims, changes of
                                                     address.

7268534   01/25/08  JOHNSON, JENNY D. B              Review correspondence and respond        10.60   $1,166.00     $30,999.00
                                                     to claimants re objections to claims
                                                     and orders; work on e-filing changes
                                                     of addresses and undeliverable mail;
                                                     conference with Mr. Harden re
                                                     priority issues of claims.

7376346   01/28/08  HARDEN, HOLMES P. B              Attention to developing guidelines        0.50     $125.00     $31,124.00
                                                     for payment of claims of deceased
                                                     creditors.

7376427   01/28/08  HARDEN, HOLMES P. B              Attention to calls and emails and         0.50     $125.00     $31,249.00
                                                     letters from creditors re: status of
                                                     withdrawn objections, address
                                                     changes, status of claims, etc.

7376495   01/28/08  HARDEN, HOLMES P. B              Review judgment of possession from        0.30      $75.00     $31,324.00
                                                     Louisiana re: Richie Hiers

7355458   01/28/08  JOHNSON, JENNY D. B              Telephone calls from creditors re        14.00   $1,540.00     $32,864.00
                                                     dissalowed claims and priority of
                                                     claims; e-filing changes of addresses
                                                     and undeliverable mail with the
                                                     court; review correspondence re
                                                     allowance and priority issues.

7376562   01/29/08  HARDEN, HOLMES P. B              Conference with Ms. Johnson re:           0.30      $75.00     $32,939.00
                                                     interpretation of Louisiana order.
```

12/10/08          ID: 400232.1922          Williams Mullen Clark & Dobbins          Page 10 (10)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SERVICES - ITEMIZED \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7375465 | 01/29/08 | JOHNSON, JENNY D. B | | Review correspondence re allowance of claims and priority issues; telephone calls from creditors re claim issues; e-file changes of addresses and undeliverable mail with court. | 9.10 | $1,001.00 | $33,940.00 |
| 7380675 | 01/30/08 | HARDEN, HOLMES P. B | | Calls from creditors re: status of claims, attention to emails re: same, faxes, letters. | 0.50 | $125.00 | $34,065.00 |
| 7377472 | 01/30/08 | JOHNSON, JENNY D. B | | Review correspondence re claim issues and respond; conferences with Mr. Harden re objections to claims and claim priority issues; e-file changes of addresses and undeliverable mail with court; telephone cals from creditors re allowance of claims. | 8.80 | $968.00 | $35,033.00 |
| 7380716 | 01/31/08 | HARDEN, HOLMES P. B | | Respond to inquires about case and claim status. | 0.20 | $50.00 | $35,083.00 |
| 7380790 | 01/31/08 | JOHNSON, JENNY D. B | | Review correspondence from claimant's re orders to objections and priority issues re same; work on e-filing changes of addresses and undeliverable mail; telephone calls from creditors re orders; respond to inquiries on orders; conference with Mr. Harden re same. | 6.20 | $682.00 | $35,765.00 |
| 7386548 | 02/01/08 | HARDEN, HOLMES P. B | | Call to Ms. Johnson re: customized report of unclaimed dividends. | 0.30 | $75.00 | $35,840.00 |
| 7387589 | 02/01/08 | JOHNSON, JENNY D. B | | Review correspondence and orders re priority issues; conference with Mr. Harden re same; e-file changes of addresses and undeliverable mail with court; respond to inquiries re dissalowed claims. | 10.30 | $1,133.00 | $36,973.00 |
| 7387590 | 02/02/08 | JOHNSON, JENNY D. B | | Review correspondence re orders denying claims and respond to same; work on e-filing changes of addresses and undeliverable mail at court; respond to inquiries re dissalowed claims; conference with Mr. Harden re same. | 7.00 | $770.00 | $37,743.00 |
| 7395953 | 02/03/08 | JOHNSON, JENNY D. B | | Review correspondence from disallowed claimants; respond to same. | 1.20 | $132.00 | $37,875.00 |

12/10/08

ID: 400332.1922

************** Williams Mullen Clark & Dobbins ************** Page 11 (11)

**SERVICES - ITEMIZED**

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7387462 | 02/04/08 | HARDEN, HOLMES P. B | | Review request for reconsideration. | 0.20 | $50.00 | $37,925.00 |
| 7387466 | 02/04/08 | HARDEN, HOLMES P. B | | Attention to calls from creditors. | 0.20 | $50.00 | $37,975.00 |
| 7387470 | 02/04/08 | HARDEN, HOLMES P. B | | Work on reports of unclaimed dividends. | 0.70 | $175.00 | $38,150.00 |
| 7387483 | 02/04/08 | HARDEN, HOLMES P. B | | Conference with Ms. Johnson re: legal procedure for creditors to request unclaimed dividends. | 0.50 | $125.00 | $38,275.00 |
| 7387592 | 02/04/08 | JOHNSON, JENNY D. B | | E-filing notifications of undeliverable mail and changes of addresses; telephone calls and correspondence from creditors re disallowed claims and priority of claims; telephone conferences with clerk's office re motion to release unclaimed funds; work on motion and order re same. | 13.00 | $1,430.00 | $39,705.00 |
| 7388767 | 02/05/08 | HARDEN, HOLMES P. B | | Revise letter to creditors regarding procedure for claiming unclaimed dividends and motion to release. | 0.50 | $125.00 | $39,830.00 |
| 7388776 | 02/05/08 | HARDEN, HOLMES P. B | | Further revise motion and letter. | 0.30 | $75.00 | $39,905.00 |
| 7392128 | 02/05/08 | JOHNSON, JENNY D. B | | Review correspondence and respond re objections to claims; e-file changes of addresses and undeliverable mail; work on unclaimed dividends; conference with Mr. Harden re priority issues. | 7.00 | $770.00 | $40,675.00 |
| 7387456 | 02/05/08 | BEADNELL, SHARON B | | Efiled 4 Reports On Unclaimed Dividends. | 0.30 | $33.00 | $40,708.00 |
| 7390642 | 02/06/08 | HARDEN, HOLMES P. B | | Further revise form letter and form motion. | 0.30 | $75.00 | $40,783.00 |
| 7390649 | 02/06/08 | HARDEN, HOLMES P. B | | Attention to inquiries re: claiming unclaimed dividends. | 0.30 | $75.00 | $40,858.00 |
| 7392126 | 02/06/08 | JOHNSON, JENNY D. B | | Review correspondence and respond re objections to claims; e-file changes of addresses and undeliverable mail; work on unclaimed dividends; conference with Mr. Harden re priority issues. | 6.50 | $715.00 | $41,573.00 |

12/10/08                ID: 400232.1922                Williams Mullen Clark & Dobbins                Page 12 (12)

**** ************************************ SERVICES - ITEMIZED ********************************************

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7391594 | 02/07/08 | HARDEN, HOLMES P. | B | Finalize form motion to release unclaimed funds and transmittal letter. | 0.30 | $75.00 | $41,648.00 |
| 7392124 | 02/07/08 | JOHNSON, JENNY D. | B | Review correspondence and respond re objections to claims; e-file changes of addresses and undeliverable mail; work on unclaimed dividends; conference with Mr. Harden re priority issues. | 11.50 | $1,265.00 | $42,913.00 |
| 7393401 | 02/08/08 | HARDEN, HOLMES P. | B | Work on draft of motion for demand claimants. | 0.50 | $125.00 | $43,038.00 |
| 7393414 | 02/08/08 | HARDEN, HOLMES P. | B | Work on report of unclaimed dividends. | 0.70 | $175.00 | $43,213.00 |
| 7392122 | 02/08/08 | JOHNSON, JENNY D. | B | Review correspondence and respond re objections to claims; e-file changes of addresses and undeliverable mail; work on unclaimed dividends; conference with Mr. Harden re priority issues. | 11.00 | $1,210.00 | $44,423.00 |
| 7392120 | 02/09/08 | JOHNSON, JENNY D. | B | Review correspondence and respond re objections to claims; e-file changes of addresses and undeliverable mail; work on unclaimed dividends; conference with Mr. Harden re priority issues. | 7.00 | $770.00 | $45,193.00 |
| 7395941 | 02/10/08 | JOHNSON, JENNY D. | B | Review correspondence from denied claimant and respond to same. | 1.00 | $110.00 | $45,303.00 |
| 7395095 | 02/11/08 | HARDEN, HOLMES P. | B | Attention to telephone calls re: reconsideration, changes of address, release of funds. | 0.20 | $50.00 | $45,353.00 |
| 7395285 | 02/11/08 | HARDEN, HOLMES P. | B | Attention to correspondence re: reconsideration of claims. | 0.30 | $75.00 | $45,428.00 |
| 7395942 | 02/11/08 | JOHNSON, JENNY D. | B | E-filing notifications of changes of addresses and undeliverable mail; Telephone calls from claimants re disallowed claims and priority of claims; respond to same; Review correspondence re allowance and claim priority issues. | 11.00 | $1,210.00 | $46,638.00 |

ID:  400232.1922                    Williams Mullen Clark & Dobbins                    Page 13 (13)

*************** SERVICES - ITEMIZED ***************************************************

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7395945 | 02/12/08 | JOHNSON, JENNY D. B | | E-filing notifications of changes of addresses and undeliverable mail; Telephone calls from claimants re disallowed claims and priority of claims; respond to same; Review correspondence re allowance and claim priority issues; work on unclaimed dividends to submit to court; conference with clerk's office re same; work on motions for release of unclaimed dividends and forward to claimants. | 10.50 | $1,155.00 | $47,793.00 |
| 7398476 | 02/13/08 | HARDEN, HOLMES P. B | | Attention to establishing a procedure with the court for reconsideration of claims. | 0.30 | $75.00 | $47,868.00 |
| 7398497 | 02/13/08 | HARDEN, HOLMES P. B | | Conference with Ms. Johnson re: drafting of order re: entitlement to future distribution. | 0.30 | $75.00 | $47,943.00 |
| 7405155 | 02/13/08 | JOHNSON, JENNY D. B | | Review correspondence from claimants re allowance of claims and reconsideration of claims; respond to same; work on motions and e-file no objection; e-file changes of addresses and unclaimed dividends; conference with Mr. Harden re claim priority issues; conference with clerk's office re same. | 13.00 | $1,430.00 | $49,373.00 |
| 7400082 | 02/14/08 | HARDEN, HOLMES P. B | | Review proposed order setting aside orders on objections. | 0.20 | $50.00 | $49,423.00 |
| 7400089 | 02/14/08 | HARDEN, HOLMES P. B | | Work on reports of unclaimed dividends. | 0.30 | $75.00 | $49,498.00 |
| 7400098 | 02/14/08 | HARDEN, HOLMES P. B | | Work on reports of unclaimed dividends. | 0.30 | $75.00 | $49,573.00 |
| 7405161 | 02/14/08 | JOHNSON, JENNY D. B | | Review correspondence from creditors re allowance of claims and reconsideration of claims; respond to same; work on motions and e-file no objection; e-file changes of addresses and unclaimed dividends; conference with Mr. Harden re priority issues; conference with clerk's office re same. | 8.00 | $880.00 | $50,453.00 |
| 7404908 | 02/15/08 | HARDEN, HOLMES P. B | | Review docket. | 0.20 | $50.00 | $50,503.00 |
| 7404921 | 02/15/08 | HARDEN, HOLMES P. B | | Work on reports of unclaimed dividends. | 0.30 | $75.00 | $50,578.00 |

12/10/08                          ID: 400332.1922            Williams Mullen Clark & Dobbins                    Page 14 (14)

*********************************************** SERVICES - ITEMIZED ***********************************************

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7404925 | 02/15/08 | HARDEN, HOLMES P. B | | Work on reports of unclaimed dividends. | 0.50 | $125.00 | $50,703.00 |
| 7405166 | 02/15/08 | JOHNSON, JENNY D. B | | Review correspondence from creditors re allowance of claims and reconsideration of claims; respond to same; work on motions and e-file no objection; e-file changes of addresses and unclaimed dividends; conference with Mr. Harden re priority issues; conference with clerk's office re same. | 10.00 | $1,100.00 | $51,803.00 |
| 7404980 | 02/18/08 | HARDEN, HOLMES P. B | | Review reports of ECF activity. | 0.20 | $50.00 | $51,853.00 |
| 7407544 | 02/19/08 | JOHNSON, JENNY D. B | | Review correspondence from creditors re allowance of claims; correspondence with creditors re reconsideration of claims; work on unclaimed dividends motions to creditors; e-file changes of address and undeliverable mail with court; conference with Mr. Harden re same; telephone conference with Ms. Eck and Mr. Evans re fraud issue. | 4.10 | $451.00 | $52,304.00 |
| 7413677 | 02/20/08 | HARDEN, HOLMES P. B | | Work on reports of unclaimed dividends. | 0.30 | $75.00 | $52,379.00 |
| 7413679 | 02/20/08 | HARDEN, HOLMES P. B | | Review Bank of America affidavit of claimant. | 0.30 | $75.00 | $52,454.00 |
| 7407547 | 02/20/08 | JOHNSON, JENNY D. B | | Review correspondence from claimants re reconsideration of denied claims; work on motions to submit to court for unclaimed dividends; work on e-filing undeliverable dividends and changes of addresses with court; conferences re fraud issues with Mr. Harden, Ms. Eck and Mr. Evans; review affidavit from Bank of America re same; work on priority issues re objections to claims; conference with Mr. Harden re same. | 10.10 | $1,111.00 | $53,565.00 |
| 7417653 | 02/21/08 | HARDEN, HOLMES P. B | | Work on check fraud claim affidavit, review docket. | 0.50 | $125.00 | $53,690.00 |
| 7410901 | 02/21/08 | JOHNSON, JENNY D. B | | Review correspondence re dissallowed claims and motions to reconsider; e-file no objections to motions; work on priority issues re unclaimed dividends and motions; | 9.00 | $990.00 | $54,680.00 |

12/10/08                    ID: 400232.1922          Williams Mullen Clark & Dobbins                                    Page 15 (15)

*********************************************** SERVICES - ITEMIZED ***********************************************

| INDEX | DATE WORKED | ATTORNEY STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|-------|-------------|-----------------|-------------|-------|--------|------------------|
| 7417688 | 02/22/08 | HARDEN, HOLMES P. B | e-filing changes of addresses for claimants and undeliverable mail with court. | 0.20 | $50.00 | $54,730.00 |
| 7410905 | 02/22/08 | JOHNSON, JENNY D. B | Review correspondence re disallowed claims and motions to reconsider; e-file no objections to motions; work on priority issues re unclaimed dividends and motions; e-filing changes of addresses for claimants and undeliverable mail with court. | 6.30 | $693.00 | $55,423.00 |
| 7410924 | 02/23/08 | JOHNSON, JENNY D. B | Review correspondence from claimant's re disallowed claims and respond to same; work on motions for unclaimed dividends; e-file change of address and undeliverable mail with court. | 5.00 | $550.00 | $55,973.00 |
| 7426631 | 02/24/08 | JOHNSON, JENNY D. B | Work on correspondence re disallowed claims and priority issues; work on motions for reconsideration; e-file changes of addresses and undeliverable mail. | 7.50 | $825.00 | $56,798.00 |
| 7426643 | 02/25/08 | JOHNSON, JENNY D. B | Work on correspondence re disallowed claims and priority issues; work on motions for reconsideration; e-file changes of addresses and undeliverable mail. | 6.80 | $748.00 | $57,546.00 |
| 7421168 | 02/26/08 | HARDEN, HOLMES P. B | Review filings on docket. | 0.30 | $75.00 | $57,621.00 |
| 7425153 | 02/27/08 | HARDEN, HOLMES P. B | Work on reports of unclaimed dividends. | 1.20 | $300.00 | $57,921.00 |
| 7426672 | 02/27/08 | JOHNSON, JENNY D. B | Work on correspondence re disallowed claims and priority issues; work on motions for reconsideration; e-file changes of addresses and undeliverable mail. | 4.00 | $440.00 | $58,361.00 |
| 7426022 | 02/28/08 | HARDEN, HOLMES P. B | Review docket entries for 2-27-08. | 0.20 | $50.00 | $58,411.00 |
| 7426685 | 02/28/08 | JOHNSON, JENNY D. B | Work on correspondence re disallowed claims and priority issues; work on motions for reconsideration; e-file changes of addresses and undeliverable mail. | 4.00 | $440.00 | $58,851.00 |

ID: 400232.1922                     Williams Mullen Clark & Dobbins                     Page 16 (16)

************** SERVICES - ITEMIZED **************

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7426694 | 02/29/08 | JOHNSON, JENNY D. | B | Work on correspondence re disallowed claims and priority issues; work on motions for reconsideration; e-file changes of addresses and undeliverable mail. | 9.30 | $1,023.00 | $59,874.00 |
| 7436181 | 03/01/08 | JOHNSON, JENNY D. | B | Review correspondence from claimants; respond to same; work on motions for reconsideration and motions for unclaimed dividends; e-file changes of addresses and undeliverable mail; conference with Mr. Harden re same. | 2.00 | $220.00 | $60,094.00 |
| 7452706 | 03/02/08 | HARDEN, HOLMES P. | B | Review docket entries. | 0.20 | $50.00 | $60,144.00 |
| 7436182 | 03/02/08 | JOHNSON, JENNY D. | B | Review correspondence from claimants; respond to same; work on motions for reconsideration and motions for unclaimed dividends; e-file changes of addresses and undeliverable mail; conference with Mr. Harden re same. | 4.50 | $495.00 | $60,639.00 |
| 7471185 | 03/03/08 | JOHNSON, JENNY D. | B | Review correspondence and respond re objections to claims; work on e-filing changes of addresses and undeliverable mail with court; conference with Mr. Harden re same. | 3.00 | $330.00 | $60,969.00 |
| 7456504 | 03/04/08 | HARDEN, HOLMES P. | B | Conference with Ms. Johnson re: motions to release funds. | 0.30 | $75.00 | $61,044.00 |
| 7447186 | 03/04/08 | JOHNSON, JENNY D. | B | Work on correspondence from creditors re objections to claims and orders denying claims; work on e-filing changes of addresses and undeliverable mail with court. | 2.00 | $220.00 | $61,264.00 |
| 7456520 | 03/06/08 | HARDEN, HOLMES P. | B | Review ECF docket entries. | 0.20 | $50.00 | $61,314.00 |
| 7451592 | 03/06/08 | JOHNSON, JENNY D. | B | Review correspondence from claimants re allowed and disallowed claims; conference with Mr. Harden re same; work on motions re unclaimed dividends; telephone conference with Mr. Harden and Ms. Boyette re priority issues on claims; work on e-filing changes of addresses and undeliverable checks and mail with court. | 6.80 | $748.00 | $62,062.00 |

12/10/08          ID: 400232.1922          Williams Mullen Clark & Dobbins          Page 17 (17)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SERVICES - ITEMIZED \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7451594 | 03/07/08 | JOHNSON, JENNY D. | B | Review correspondence from claimants re allowed and disallowed claims; conference with Mr. Harden re same; work on motions re unclaimed dividends; telephone conference with Mr. Harden; work on e-filing changes of addresses and undeliverable checks and mail with court. | 10.00 | $1,100.00 | $63,162.00 |
| 7451595 | 03/08/08 | JOHNSON, JENNY D. | B | Review correspondence from claimants re allowed and disallowed claims and respond to same; conference with Mr. Harden re same; work on motions re unclaimed dividends; work on e-filing changes of addresses and undeliverable checks and mail with court. | 7.00 | $770.00 | $63,932.00 |
| 7451596 | 03/09/08 | JOHNSON, JENNY D. | B | Review correspondence from claimants re allowed and disallowed claims and respond to same; conference with Mr. Harden re same; work on motions re unclaimed dividends; work on e-filing changes of addresses and undeliverable checks and mail with court. | 7.00 | $770.00 | $64,702.00 |
| 7451605 | 03/10/08 | JOHNSON, JENNY D. | B | Review correspondence from claimants re allowed and disallowed claims and respond to same; conference with Mr. Harden re same; work on motions re unclaimed dividends; work on e-filing changes of addresses and undeliverable checks and mail with court. | 6.00 | $660.00 | $65,362.00 |
| 7451606 | 03/11/08 | JOHNSON, JENNY D. | B | Review correspondence from claimants re allowed and disallowed claims and respond to same; conference with Mr. Harden re same; work on motions re unclaimed dividends; work on e-filing changes of addresses and undeliverable checks and mail with court. | 10.00 | $1,100.00 | $66,462.00 |
| 7457106 | 03/12/08 | HOLMES P. | B | Work on reports of unclaimed dividends. | 0.50 | $125.00 | $66,587.00 |
| 7457118 | 03/12/08 | HARDEN HOLMES P. | B | Review ECF docket entries. | 0.50 | $125.00 | $66,712.00 |
| 7451608 | 03/12/08 | JOHNSON, JENNY D. | B | Review correspondence from claimants re allowed and disallowed claims and respond to same; conference with Mr. Harden re same; work on motions re unclaimed dividends; work on e-filing changes of addresses and | 7.60 | $836.00 | $67,548.00 |

12/10/08                    ID:  400232.1922                    Williams Mullen Clark & Dobbins                    Page 18 (18)

**************** SERVICES - ITEMIZED ****************

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7457126 | 03/13/08 | HARDEN, HOLMES P. B | | Calls from creditors re: motions to set aside. undeliverable checks and mail with court. | 0.30 | $75.00 | $67,623.00 |
| 7457129 | 03/13/08 | HARDEN, HOLMES P. B | | Review ECF docket entries. | 0.20 | $50.00 | $67,673.00 |
| 7451618 | 03/13/08 | JOHNSON, JENNY D. B | | Review correspondence from claimants re allowed and disallowed claims and respond to same; conference with Mr. Harden re same; work on motions re unclaimed dividends; work on e-filing changes of addresses and undeliverable checks and mail with court. | 7.00 | $770.00 | $68,443.00 |
| 7458106 | 03/14/08 | HARDEN, HOLMES P. B | | Work on reports of unclaims dividends. | 0.30 | $75.00 | $68,518.00 |
| 7451632 | 03/14/08 | JOHNSON, JENNY D. B | | Review correspondence from claimants re allowed and disallowed claims and respond to same; conference with Mr. Harden re same; work on motions re unclaimed dividends; work on e-filing changes of addresses and undeliverable checks and mail with court. | 5.50 | $605.00 | $69,123.00 |
| 7458238 | 03/17/08 | HARDEN, HOLMES P. B | | Attention to inquiries re: motions to reconsider denial of claims. | 0.30 | $75.00 | $69,198.00 |
| 7458268 | 03/17/08 | HARDEN, HOLMES P. B | | Attention to inquiry from Chapter 7 trustee for the Langness regarding order of distribution under SBC settlement. | 0.30 | $75.00 | $69,273.00 |
| 7452740 | 03/17/08 | JOHNSON, JENNY D. B | | Review correspondence from claimants and respond to same; e-file changes of addresses and undeliverable mail with court. | 4.50 | $495.00 | $69,768.00 |
| 7458297 | 03/18/08 | HARDEN, HOLMES P. B | | Review ECF docket entries. | 0.20 | $50.00 | $69,818.00 |
| 7455048 | 03/18/08 | JOHNSON, JENNY D. B | | Review correspondence and respond to same re reconsideration of claims and filing late claims; conference with clerk's office re same; work on orders re no objection to claim; e-file changes of addresses. | 5.00 | $550.00 | $70,368.00 |
| 7460641 | 03/19/08 | JOHNSON, JENNY D. B | | Review motions re reconsideration; | 0.30 | $33.00 | $70,401.00 |

12/10/08                     ID:  400232.1922               Williams Mullen Clark & Dobbins                              Page 19 (19)

************************************************* SERVICES - ITEMIZED *************************************************

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7460045 | 03/20/08 | HARDEN, HOLMES P. | B | Review motions to reconsider and ECF docket entries. | 0.20 | $50.00 | $70,451.00 |
| 7460645 | 03/20/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to claimants re disallowed claims; conference with Ms. Boyette re motions to reconsider; e-file orders re no objection to motions, changes of addresses and undeliverable mail with court. | 6.00 | $660.00 | $71,111.00 |
| 7462019 | 03/21/08 | HARDEN, HOLMES P. | B | Review ECF docket entries. | 0.20 | $50.00 | $71,161.00 |
| 7462021 | 03/21/08 | HARDEN, HOLMES P. | B | Review correspondence re: denial of Neilson Drilling claim; review order, respond to inquiry. | 0.30 | $75.00 | $71,236.00 |
| 7460657 | 03/21/08 | JOHNSON, JENNY D. | B | Review correspondence re objections to claims and respond to same; work on reports of unclaimed dividends and e-file changes of addresses; conference with Ms. Boyette re motions to reconsider and results of conference with Judge Small. | 2.00 | $220.00 | $71,456.00 |
| 7460646 | 03/22/08 | JOHNSON, JENNY D. | B | Review correspondence and telephone calls re distribution; respond to same. | 1.50 | $165.00 | $71,621.00 |
| 7464904 | 03/23/08 | JOHNSON, JENNY D. | B | Review correspondence re objections to claims and reconsideration of claims; work on responses re same. | 1.50 | $165.00 | $71,786.00 |
| 7464167 | 03/24/08 | HARDEN, HOLMES P. | B | Attention to motions to reconsider. | 0.20 | $50.00 | $71,836.00 |
| 7464910 | 03/24/08 | JOHNSON, JENNY D. | B | Review correspondence from claimants re objections to claims and orders; conference with clerk's office re motions to reconsider; respond to claimants; e-file changes of addresses and undeliverable checks. | 6.70 | $737.00 | $72,573.00 |
| 7464911 | 03/24/08 | JOHNSON, JENNY D. | B | Conference with Mark Evans and Belen Eck re fraud issues with checks for status update. | 0.30 | $33.00 | $72,606.00 |

************************************************************************************************************************

12/10/08                ID:  400232.1922              **Williams Mullen Clark & Dobbins**                        Page 20 (20)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SERVICES - ITEMIZED \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7466585 | 03/25/08 | HARDEN, HOLMES P. | B | Review ECF entries, motions to set aside. | 0.20 | $50.00 | $72,656.00 |
| 7464901 | 03/25/08 | JOHNSON, JENNY D. | B | Review motions to reconsider; conference with Ms. Boyette re same; work on letters to claimants re same. | 0.60 | $66.00 | $72,722.00 |
| 7470098 | 03/26/08 | HARDEN, HOLMES P. | B | Review docket entries on ECF. | 0.30 | $75.00 | $72,797.00 |
| 7470104 | 03/26/08 | HARDEN, HOLMES P. | B | Conference with Ms. Johnson re: check fraud issues and objections to claims just filed. | 0.50 | $125.00 | $72,922.00 |
| 7470116 | 03/26/08 | HARDEN, HOLMES P. | B | Conference with Ms. Johnson re: motions to reconsider and orders on same, orders disbursing unclaimed funds. | 0.20 | $50.00 | $72,972.00 |
| 7470136 | 03/26/08 | HARDEN, HOLMES P. | B | Calls from claimants re: motions. | 0.20 | $50.00 | $73,022.00 |
| 7470153 | 03/26/08 | HARDEN, HOLMES P. | B | Work on unclaimed dividends report. | 0.20 | $50.00 | $73,072.00 |
| 7470975 | 03/26/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same; conference with Julie Boyette re motions to reconsider and late filed claim; conference with Mr. Harden re same. | 4.20 | $462.00 | $73,534.00 |
| 7470976 | 03/26/08 | JOHNSON, JENNY D. | B | Telephone conferences with Belen Eck and Mark Evans re fraud issue on check and filing affidavit with Bank of America; conference with Mr. Harden re: same; review duplicated checks and several phone calls to EPIQ and BOA re same. | 1.20 | $132.00 | $73,666.00 |
| 7469920 | 03/27/08 | HARDEN, HOLMES P. | B | Review docket re: orders setting aside, new claims. | 0.20 | $50.00 | $73,716.00 |
| 7470017 | 03/27/08 | HARDEN, HOLMES P. | B | Review and execute check fraud affidavit. | 0.30 | $75.00 | $73,791.00 |
| 7470991 | 03/27/08 | JOHNSON, JENNY D. | B | Telephone conference with Ms. Eck at Bank of America; prepare fraud affidavit and forward instructions for filing to Ms. Beadnell. | 0.50 | $55.00 | $73,846.00 |
| 7470992 | 03/27/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same; | 4.00 | $440.00 | $74,286.00 |

12/10/08                                Williams Mullen Clark & Dobbins                                Page 21 (21)

ID:   400232.1922

************************* SERVICES - ITEMIZED *************************

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|-------|-------------|----------|--------|-------------|-------|--------|------------------|
| 7474750 | 03/28/08 | HARDEN HOLMES P. | B | Review ECF docket entries. work on unclaimed dividends submitting to court; e-file same. | 0.20 | $50.00 | $74,336.00 |
| 7477011 | 03/31/08 | HARDEN HOLMES P. | B | Review new proofs of claim and motions. | 0.20 | $50.00 | $74,386.00 |
| 7484421 | 04/01/08 | HARDEN HOLMES P. | B | Attention to inquiries from creditors re: motions to reconsider, review docket. | 0.20 | $50.00 | $74,436.00 |
| 7487794 | 04/03/08 | HARDEN HOLMES P. | B | Review ECF docket entries. | 0.20 | $50.00 | $74,486.00 |
| 7489371 | 04/07/08 | HARDEN HOLMES P. | B | Review ECF docket entries. | 0.20 | $50.00 | $74,536.00 |
| 7488263 | 04/07/08 | JOHNSON, JENNY D. | B | Review correspondence from claimants re objections to claims and respond; work on motions for reconsideration; e-file changes of addresses and unclaimed mail with clerk's office; work on letters and motions for unclaimed dividends. | 6.60 | $726.00 | $75,262.00 |
| 7492033 | 04/08/08 | HARDEN HOLMES P. | B | Review ECF docket entries. | 0.20 | $50.00 | $75,312.00 |
| 7488919 | 04/08/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same; work on motions for unclaimed dividends; e-file undeliverable mail and changes of addresses with court. | 3.00 | $330.00 | $75,642.00 |
| 7488926 | 04/08/08 | JOHNSON, JENNY D. | B | Work on unclaimed dividends report and prepare checks. | 0.60 | $66.00 | $75,708.00 |
| 7489464 | 04/08/08 | JOHNSON, JENNY D. | B | Review correspondence and motions to reconsider; conference with clerk's office re same; respond to claimants re reconsideration of claims and filing late claims; e-file address changes and undeliverable mail with court. | 4.00 | $440.00 | $76,148.00 |
| 7491104 | 04/09/08 | JOHNSON, JENNY D. | B | Review correspondence re objections to claims and motions to reconsider; respond to same. Conference with clerk's office re same. | 2.00 | $220.00 | $76,368.00 |

**************************************************

ID: 400232.1922     **Williams Mullen Clark & Dobbins**     Page 22 (22)

************ SERVICES - ITEMIZED ************

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7494341 | 04/10/08 | HARDEN, HOLMES P. | B | Review motions to release funds. | 0.30 | $75.00 | $76,443.00 |
| 7494366 | 04/10/08 | HARDEN, HOLMES P. | B | Attention to faxes and emails re: motions to release funds. | 0.50 | $125.00 | $76,568.00 |
| 7492730 | 04/10/08 | JOHNSON, JENNY D. | B | Review correspondence and respond re objections to claims and motions for reconsideration; conference with clerk's office re same. | 3.00 | $330.00 | $76,898.00 |
| 7493828 | 04/11/08 | JOHNSON, JENNY D. | B | Review correspondence re objections to claims and respond; conference with Ms. Boyette re motions to reconsider and new claims filed with court; e-file changes of addresses and undeliverable mail and unclaimed mail and checks with court. | 3.80 | $418.00 | $77,316.00 |
| 7497549 | 04/12/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same re objections and motions to reconsider. | 1.00 | $110.00 | $77,426.00 |
| 7498708 | 04/14/08 | HARDEN, HOLMES P. | B | Attention to inquiries re: motions to set aside. | 0.30 | $75.00 | $77,501.00 |
| 7498723 | 04/14/08 | HARDEN, HOLMES P. | B | Attention to inquiries re: motions to reconsider. | 0.20 | $50.00 | $77,551.00 |
| 7498734 | 04/14/08 | HARDEN, HOLMES P. | B | Work on fee application. | 0.30 | $75.00 | $77,626.00 |
| 7517500 | 04/14/08 | JOHNSON, JENNY D. | B | Review correspondence from claimants and respond to same re motions to reconsider and to release funds; work on e-filing changes of addresses and undeliverable mail; conference with Ms. Boyette re claims and reconsideration of claims. | 7.00 | $770.00 | $78,396.00 |
| 5000227 | 04/15/08 | HARDEN, HOLMES P. | B | Work on fee application. | 1.20 | $300.00 | $78,696.00 |
| 5000237 | 04/15/08 | HARDEN, HOLMES P. | B | Review ECF docket entries. | 0.20 | $50.00 | $78,746.00 |
| 4497571 | 04/15/08 | JOHNSON, JENNY D. | B | Review motions to reconsider claims; e-file no objections to reconsider claims; review correspondence and respond to same; work on unclaimed dividends report; e-file same with | 2.00 | $220.00 | $78,966.00 |

Case 98-02675-5-DMW    Doc 17924    Filed 12/10/08    Entered 12/10/08 16:38:41    Page 43 of 62

********************************************* SERVICES - ITEMIZED *********************************************

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7498457 | 04/15/08 | JOHNSON, JENNY D. B | | Work on fee application. | 0.60 | $66.00 | $79,032.00 |
| 7498735 | 04/15/08 | JOHNSON, JENNY D. B | | Telephone call to and from Ms. Hebert re bank stopping payment on valid check. | 0.30 | $33.00 | $79,065.00 |
| 7503305 | 04/16/08 | HARDEN, HOLMES P. B | | Review summary of ECF docket activity. | 0.20 | $50.00 | $79,115.00 |
| 7503337 | 04/16/08 | HARDEN, HOLMES P. B | | Calls from claimants re motions to release funds. | 0.20 | $50.00 | $79,165.00 |
| 7499440 | 04/16/08 | JOHNSON, JENNY D. B | | Correspondence with Mr. Enyart re stop payment and reissue check re allowed claim; e-file change of address with court. | 0.20 | $22.00 | $79,187.00 |
| 7499442 | 04/16/08 | JOHNSON, JENNY D. B | | Work on fee application. | 0.80 | $88.00 | $79,275.00 |
| 7499597 | 04/16/08 | JOHNSON, JENNY D. B | | Work on quarterly month report. | 0.20 | $22.00 | $79,297.00 |
| 7502319 | 04/17/08 | JOHNSON, JENNY D. B | | Review correspondence and respond to same re objections and motions for reconsideration. | 6.00 | $660.00 | $79,957.00 |
| 7508069 | 04/18/08 | HARDEN, HOLMES P. B | | Review motions to release funds. | 0.20 | $50.00 | $80,007.00 |
| 7502497 | 04/18/08 | JOHNSON, JENNY D. B | | Review correspondence and respond to same; conference with clerk's office re motions to reconsider. | 3.00 | $330.00 | $80,337.00 |
| 7513368 | 04/21/08 | HARDEN, HOLMES P. B | | Review orders setting aside, motions to release, other docket entries | 0.20 | $50.00 | $80,387.00 |
| 7511570 | 04/21/08 | HARDEN, HOLMES P. B | | Organize file. | 0.30 | $75.00 | $80,462.00 |
| 7517499 | 04/21/08 | JOHNSON, JENNY D. B | | Work on stop payments to reissue checks to court as unclaimed dividends; review correspondence and respond to same. | 5.60 | $616.00 | $81,078.00 |
| 7511660 | 04/22/08 | HARDEN, HOLMES P. B | | Calls from creditors re: motions to reconsider and motions to release funds. | 0.30 | $75.00 | $81,153.00 |

12/10/08                    ID:  400232.1922              Williams Mullen Clark & Dobbins                                      Page  24 (24)

**************************************************** SERVICES - ITEMIZED ****************************************************

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7516504 | 04/22/08 | JOHNSON, JENNY D. B | | Review correspondence from claimants and respond to same; e-file changes of addresses and undeliverable mail with court; telephone conference with Ms. Boyette re motions to reconsider claims. | 1.80 | $198.00 | $81,351.00 |
| 7513481 | 04/23/08 | HOLMES P. B | | Calls from creditors re: motions to release. | 0.20 | $50.00 | $81,401.00 |
| 7516495 | 04/23/08 | JOHNSON, JENNY D. B | | Review correspondence and respond to same; work on stop payments on stale dated checks to reissue to court as unclaimed dividends. | 5.00 | $550.00 | $81,951.00 |
| 7513513 | 04/24/08 | HOLMES P. B | | Review settlement agreement with SEC re: claim of Centura and conference with Ms. Johnson re: settlement of objection. | 0.50 | $125.00 | $82,076.00 |
| 7513526 | 04/24/08 | HOLMES P. B | | Review orders entered on 4-23-08. | 0.20 | $50.00 | $82,126.00 |
| 7516484 | 04/24/08 | JOHNSON, JENNY D. B | | Review correspondence and respond to same; stop payments on checks to issue to court as unclaimed dividends; conference with Ms. Boyette re filing motions for reconsideration of claims. | 6.80 | $748.00 | $82,874.00 |
| 7516478 | 04/25/08 | JOHNSON, JENNY D. B | | Review correspondence and respond to same; work on stop payments to issue checks to court as unclaimed dividends. | 4.90 | $539.00 | $83,413.00 |
| 7515584 | 04/26/08 | HOLMES P. B | | Review docket summary regarding motions, orders and miscellaneous correspondence filed. | 0.20 | $50.00 | $83,463.00 |
| 7516474 | 04/28/08 | JOHNSON, JENNY D. B | | Work on stop payments to issue checks to court as unclaimed dividends; review correspondence and respond to same re reconsideration of claims and objections to claims. | 5.50 | $605.00 | $84,068.00 |
| 7521162 | 04/29/08 | HOLMES P. B | | Review check fraud claims disposition. | 0.20 | $50.00 | $84,118.00 |
| 7519450 | 04/29/08 | JOHNSON, JENNY D. B | | Review correspondence from claims re reconsideration and objections to claims; reconsideration and objections to claims; | 5.00 | $550.00 | $84,668.00 |

ID: 400232.1922

**Williams Mullen Clark & Dobbins**

******** SERVICES - ITEMIZED ********

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7525700 | 04/30/08 | HARDEN, HOLMES P. B | | Review orders entered on ECF. | 0.20 | $50.00 | $84,718.00 |
| 7526001 | 04/30/08 | HARDEN, HOLMES P. B | | respond to same; e-file changes of addresses and unclaimed dividends; worked on stop payments; conference call with Mark Evan and Belen Eck re resolution of fraud claims. | 0.30 | $75.00 | $84,793.00 |
| 7524585 | 04/30/08 | JOHNSON, JENNY D. B | | Attention to calls from creditors re: motions to release funds. | 2.50 | $275.00 | $85,068.00 |
| 7536784 | 05/05/08 | JOHNSON, JENNY D. B | | Telephone conference with Mark Evans re stop payments and issuing unclaimed dividends to court; review correspondence and respond to same; e-file changes of addresses and undeliverable mail with court. | 5.20 | $572.00 | $85,640.00 |
| 7536676 | 05/01/08 | JOHNSON, JENNY D. B | | Review correspondence and respond to same re motions to reconsider and motions to release funds. Work on stop payments on checks to issue to court as unclaimed dividends. E-file unclaimed dividend report. | 6.00 | $660.00 | $86,300.00 |
| 7533108 | 05/06/08 | JOHNSON, JENNY D. B | | Review correspondence and respond to same re objections and motions for reconsideration; conference with Ms. Boyette re motions filed with court; change of addresses and status of unclaimed dividends. | 1.70 | $187.00 | $86,487.00 |
| 7537187 | 05/07/08 | JOHNSON, JENNY D. B | | Review correspondence and respond to same; work on changes of addresses; conference with clerk's office re same. | 0.30 | $75.00 | $86,562.00 |
| 7536870 | 05/07/08 | HARDEN, HOLMES P. B | | Review motions to release funds and motions to set aside. | 7.00 | $770.00 | $87,332.00 |
| 7541073 | 05/08/08 | JOHNSON, JENNY D. B | | Conference call re installing patch to issue checks to court; work on checks and unclaimed dividends reports; conference with Mr. Harden and Ms. Boyette re same; conference with Ms. Boyette re filing reports with court; review correspondence and respond to same. | 7.20 | $792.00 | $88,124.00 |
| | 05/08/08 | JOHNSON, JENNY D. B | | Work on unclaimed dividends reports; review correspondence re objections to claims and | | | |

12/10/08                     ID: 400232.1922          Williams Mullen Clark & Dobbins                              Page 26 (26)

************************************************ SERVICES - ITEMIZED ************************************************

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7545924 | 05/09/08 | JOHNSON, JENNY D. | B | Review correspondence re motions for reconsideration of claims and respond to same; work on motions for reconsideration; conference with Mark Evans re unclaimed dividends and submitting to court; conference with clerk's office re same. E-file changes of addresses. | 8.00 | $880.00 | $89,004.00 |
| 7555180 | 05/12/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same; telephone calls to and from claimant's re objections to claims; work on balancing issues from first distribution; conference with Mark Evans re same; e-file changes of addresses and validate new claims; work on motions for reconsideration. | 4.50 | $495.00 | $89,499.00 |
| 7549243 | 05/13/08 | HARDEN, HOLMES P. | B | Attention to email re: motions to release funds. | 0.30 | $75.00 | $89,574.00 |
| 7444476 | 05/13/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same; conference with clerk's office re unclaimed dividends and submitting same; work on motions for reconsideration of claims; work on changes of addresses and motions for unclaimed dividends. | 10.20 | $1,122.00 | $90,696.00 |
| 7549258 | 05/14/08 | HARDEN, HOLMES P. | B | Conference with Ms. Johnson re: motions to release funds. | 0.20 | $50.00 | $90,746.00 |
| 7453325 | 05/14/08 | JOHNSON, JENNY D. | B | Review correspondence re reconsideration of claims and release motions and respond. Update claims for reconsideration and efile with court. E-file changes of addresses with court. | 6.00 | $660.00 | $91,406.00 |
| 7549260 | 05/15/08 | HARDEN, HOLMES P. | B | Review motions and orders to set aside and motions to release funds, orders. | 0.30 | $75.00 | $91,481.00 |
| 7555183 | 05/15/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same; telephone calls to and from claimant's re objections to claims; work on balancing issues from first distribution; conference with Mark Evans re same; e-file changes of addresses and validate new claims; work on | 8.50 | $935.00 | $92,416.00 |

ID:   400232.1922

************** Williams Mullen Clark & Dobbins   SERVICES - ITEMIZED **************************************************

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7555202 | 05/16/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same; telephone calls to and from claimants re objections to claims; work on balancing issues from first distribution; conference with Mark Evans re same; e-file changes of addresses and validate new claims; work on motions for reconsideration. | 3.50 | $385.00 | $92,801.00 |
| 7561854 | 05/19/08 | HARDEN, HOLMES P. | B | Attention to inquiries about motions to release funds. | 0.30 | $75.00 | $92,876.00 |
| 061917 | 05/21/08 | HARDEN, HOLMES P. | B | Review entry of motions to set aside and motions to release funds on ECF. | 0.20 | $50.00 | $93,916.00 |
| 7561923 | 05/21/08 | HARDEN, HOLMES P. | B | Attention to inquiries re: motions to release funds and to set aside. | 0.20 | $50.00 | $93,966.00 |
| 7555165 | 05/20/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same; telephone calls to and from claimants re objections to claims; work on balancing issues from first distribution; conference with Mark Evans re same; e-file changes of addresses and validate new claims; work on motions for reconsideration. | 9.00 | $990.00 | $93,866.00 |
| 7555206 | 05/21/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same; telephone calls to and from claimants re objections to claims; work on balancing issues from first distribution; conference with Mark Evans re same; e-file changes of addresses and validate new claims; work on motions for reconsideration. | 8.50 | $935.00 | $94,901.00 |
| 7562908 | 05/22/08 | JOHNSON, JENNY D. | B | Review correspondence and respond; work on changes of addresses; return calls to claimants; work on motions to reconsider; conference with Ms. Boyette re same. | 2.00 | $220.00 | $95,121.00 |
| 7561955 | 05/23/08 | HARDEN, HOLMES P. | B | Review entry of motions to reconsider on ECF. | 0.20 | $50.00 | $95,171.00 |
| 7563992 | 05/27/08 | HARDEN, HOLMES P. | B | Attention to inquiries re: motions to release funds. | 0.20 | $50.00 | $95,221.00 |

12/10/08                    ID:  400232.1922          Williams Mullen Clark & Dobbins                                    Page 28 (28)

*************************************************** SERVICES - ITEMIZED ***************************************************

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7562945 | 05/27/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same; E-file changes of addresses and undeliverable mail with court; work on motions for reconsideration of claims. | 4.00 | $440.00 | $95,661.00 |
| 7572005 | 05/28/08 | HARDEN, HOLMES P. | B | Attention to calls from creditors re: motions to release funds. | 0.30 | $75.00 | $95,736.00 |
| 7564166 | 05/28/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same; e-file motions to reconsider; conference with Ms. Boyette and Mr. Harden re same. | 4.00 | $440.00 | $96,176.00 |
| 7572527 | 05/29/08 | HARDEN, HOLMES P. | B | Conference with Mark Evans of EPI re: unclaimed funds. | 0.30 | $75.00 | $96,251.00 |
| 7578040 | 06/02/08 | HARDEN, HOLMES P. | B | Review entry of motions on ECF. | 0.30 | $75.00 | $96,326.00 |
| 7596980 | 06/02/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same; work on motions to reconsider and changes of addresses; e-file with court. | 9.00 | $990.00 | $97,316.00 |
| 7593857 | 06/03/08 | HARDEN, HOLMES P. | B | Attention to email from creditors re: motions to release funds. | 0.20 | $50.00 | $97,366.00 |
| 7596981 | 06/03/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same; validate new claims and reconsidered claims for 2nd distribution; conference with Ms. Boyette and Mr. Harden re same. | 6.00 | $660.00 | $98,026.00 |
| 7595812 | 06/05/08 | HARDEN, HOLMES P. | B | Attention to email and motions to release. | 0.20 | $50.00 | $98,076.00 |
| 7596995 | 06/06/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same; work on changes of addresses and e-file with court. | 1.00 | $110.00 | $98,186.00 |
| 7601318 | 06/09/08 | HARDEN, HOLMES P. | B | Review new ECF filings for IHI. | 0.20 | $50.00 | $98,236.00 |
| 7597012 | 06/10/08 | JOHNSON, JENNY D. | B | Review correspondence re reconsideration of claims and release motions and respond to same. | 3.00 | $330.00 | $98,566.00 |

12/10/08                    ID:  400232.1922              Williams Mullen Clark & Dobbins                              Page 29 (29)

************************************** SERVICES - ITEMIZED **************************************

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7608101 | 06/11/08 | HARDEN, HOLMES P. B | | Attention to correspondence re: release of funds. | 0.20 | $50.00 | $98,616.00 |
| 7608121 | 06/11/08 | HARDEN, HOLMES P. B | | Review entry of orders for reconsideration, motions to release funds, etc. | 0.20 | $50.00 | $98,666.00 |
| 7597001 | 06/12/08 | JOHNSON, JENNY D. B | | Review correspondence and respond to same; return telephone calls and change addresses. | 1.50 | $165.00 | $98,831.00 |
| 7608188 | 06/13/08 | HARDEN, HOLMES P. B | | Attention to emails re: motions to release. | 0.20 | $50.00 | $98,881.00 |
| 7608196 | 06/13/08 | HARDEN, HOLMES P. B | | Attention to calls re: motions to release funds. | 0.20 | $50.00 | $98,931.00 |
| 7608253 | 06/16/08 | HARDEN, HOLMES P. B | | Review 28 USC section 165(a) order and emergency motion re: transfer of S. Van Etten. | 0.30 | $75.00 | $99,006.00 |
| 7597065 | 06/16/08 | JOHNSON, JENNY D. B | | Review correspondence and respond to same; work on motions for unclaimed dividends and changes of addresses. | 1.50 | $165.00 | $99,171.00 |
| 7611974 | 06/18/08 | HARDEN, HOLMES P. B | | Attention to emails re: motions to release funds. | 0.30 | $75.00 | $99,246.00 |
| 7612014 | 06/18/08 | HARDEN, HOLMES P. B | | Review ECF docket entries. | 0.20 | $50.00 | $99,296.00 |
| 7597470 | 06/18/08 | JOHNSON, JENNY D. B | | Review correspondence and respond to same; change addresses; e-file same with court; conference with Ms. Boyette re new claims and reconsiderations; work on motion to release funds. | 2.50 | $275.00 | $99,571.00 |
| 7612093 | 06/19/08 | HARDEN, HOLMES P. B | | Attention to telephone and email re: motions to release funds. | 0.30 | $75.00 | $99,646.00 |
| 7612137 | 06/20/08 | HARDEN, HOLMES P. B | | Review ECF docket summaries. | 0.20 | $50.00 | $99,696.00 |
| 7618249 | 06/20/08 | JOHNSON, JENNY D. B | | Review correspondence and respond to same re motions for unclaimed dividends and changes of addresses. | 1.50 | $165.00 | $99,861.00 |

12/10/08

ID: 400232.1922

**Williams Mullen Clark & Dobbins**

************ SERVICES - ITEMIZED ************

Page 30 (30)

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7612197 | 06/23/08 | HARDEN, HOLMES P. | B | Review ECF activity. | 0.20 | $50.00 | $99,911.00 |
| 7618422 | 06/24/08 | JOHNSON, JENNY D. | B | Work on motions for unclaimed dividends and changes of addresses. | 1.20 | $132.00 | $100,043.00 |
| 7612307 | 06/26/08 | HARDEN, HOLMES P. | B | Attention to calls from creditors re: motions to release funds. | 0.20 | $50.00 | $100,093.00 |
| 7618239 | 06/26/08 | JOHNSON, JENNY D. | B | Review correspondence re release of funds and work on motions for unclaimed dividends and respond to same. E-file changes of addresses with court. | 1.00 | $110.00 | $100,203.00 |
| 7618233 | 06/27/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same; e-file changes of addresses; correspondence with court re same. | 1.50 | $165.00 | $100,368.00 |
| 7621096 | 06/28/08 | HARDEN, HOLMES P. | B | Attention to telephone calls and emails re: release of funds. | 0.30 | $75.00 | $100,443.00 |
| 7663219 | 07/01/08 | JOHNSON, JENNY D. | B | Review correspondence; respond to same; work on unclaimed dividends reports and motions to release unclaimed dividends. E-file changes of addresses with court. | 2.50 | $275.00 | $100,718.00 |
| 7663245 | 07/01/08 | JOHNSON, JENNY D. | B | E-file reports of unclaimed dividends; conference with clerk's office re same. | 0.20 | $22.00 | $100,740.00 |
| 7638275 | 07/03/08 | HARDEN, HOLMES P. | B | Call from creditor re: motion to release funds. | 0.20 | $50.00 | $100,790.00 |
| 7638287 | 07/03/08 | HARDEN, HOLMES P. | B | Review ECF docket entries and correspondence re: motions to release. | 0.30 | $75.00 | $100,865.00 |
| 7657822 | 07/03/08 | JOHNSON, JENNY D. | B | Review correspondence; work on motions re unclaimed dividends; conference with clerk's office re same. | 3.50 | $385.00 | $101,250.00 |
| 7657851 | 07/10/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same; work on motions for unclaimed dividends. | 2.00 | $220.00 | $101,470.00 |

********** SERVICES - ITEMIZED **********

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7643496 | 07/11/08 | HARDEN, HOLMES P. B | | Attention to creditor emails re: motion to release funds. | 0.20 | $50.00 | $101,520.00 |
| 7657861 | 07/14/08 | JOHNSON, JENNY D. B | | Review correspondence and respond to same. | 1.00 | $110.00 | $101,630.00 |
| 7643611 | 07/15/08 | HARDEN, HOLMES P. B | | Call from L.A. attorney re: motion to release funds. | 0.20 | $50.00 | $101,680.00 |
| 7663522 | 07/15/08 | JOHNSON, JENNY D. B | | Review correspondence and respond to same; work on motions to release unclaimed dividends. E-file changes of addresses with court. | 3.00 | $330.00 | $102,010.00 |
| 7643903 | 07/18/08 | HARDEN, HOLMES P. B | | Attention to correspondence from attorney John Lueck re: motions to release. | 0.20 | $50.00 | $102,060.00 |
| 7646297 | 07/21/08 | HARDEN, HOLMES P. B | | Conference with Ms. Johnson re: motions to release funds to be filed by California attorney for Chinese creditors. | 0.20 | $50.00 | $102,110.00 |
| 7663533 | 07/21/08 | JOHNSON, JENNY D. B | | Review correspondence and respond to same; work on motions for unclaimed dividends. | 4.00 | $440.00 | $102,550.00 |
| 7650393 | 07/23/08 | HARDEN, HOLMES P. B | | Review ECF re: motions and orders filed. | 0.20 | $50.00 | $102,600.00 |
| 7650398 | 07/23/08 | HARDEN, HOLMES P. B | | Review order vacating Yue Sheng order releasing funds, conference with Ms. Johnson re: same. | 0.20 | $50.00 | $102,650.00 |
| 7664662 | 07/24/08 | JOHNSON, JENNY D. B | | Review correspondence re release motions and respond to same. | 3.00 | $330.00 | $102,980.00 |
| 7658543 | 07/28/08 | JOHNSON, JENNY D. B | | Review correspondence and respond to same; work on motions to release unclaimed dividends. | 1.50 | $165.00 | $103,145.00 |
| 7663349 | 07/30/08 | HARDEN, HOLMES P. B | | Review ECF activity re: motions and orders. | 0.20 | $50.00 | $103,195.00 |
| 7673505 | 08/05/08 | HARDEN, HOLMES P. B | | Review notice of order denying Van Etten's motion for emergency relief. | 0.20 | $50.00 | $103,245.00 |

ID:   400232.1922

Williams Mullen Clark & Dobbins

**************** SERVICES - ITEMIZED ***************************************************

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7673511 | 08/05/08 | HARDEN, HOLMES P. | B | Review ECF activity re: motions and orders. | 0.20 | $50.00 | $103,295.00 |
| 6733620 | 08/05/08 | HARDEN, HOLMES P. | B | Call from Pamela Fussell re: motion to release funds. | 0.20 | $50.00 | $103,345.00 |
| 6670379 | 08/05/08 | JOHNSON, JENNY D. | B | Conference with Mr. Harden re distribution to Centura and status of same; telephone call to Atty. John Wilkinson re reissuing check to same. | 0.30 | $33.00 | $103,378.00 |
| 6670445 | 08/05/08 | JOHNSON, JENNY D. | B | Review and respond to correspondence re leasing funds; work on motions to release unclaimed dividends; conference with Ms. Boyette, Linda and Kenneth Hayes re same. | 2.30 | $253.00 | $103,631.00 |
| 7676215 | 08/07/08 | HARDEN, HOLMES P. | B | Organize file. | 0.20 | $50.00 | $103,681.00 |
| 6680954 | 08/11/08 | HARDEN, HOLMES P. | B | Review settlement orders re: preparation for 2nd disbursement. | 0.70 | $175.00 | $103,856.00 |
| 6681005 | 08/12/08 | HARDEN, HOLMES P. | B | Review ECF docket entries re: motions, orders. | 0.20 | $50.00 | $103,906.00 |
| 6681016 | 08/12/08 | HARDEN, HOLMES P. | B | Call from creditor re: motion to release funds. | 0.20 | $50.00 | $103,956.00 |
| 6685224 | 08/12/08 | JOHNSON, JENNY D. | B | Work on motions for unclaimed dividends; review correspondence and respond to same. | 2.00 | $220.00 | $104,176.00 |
| 6690896 | 08/13/08 | HARDEN, HOLMES P. | B | Attention to calls from creditors re: motions to release. | 0.30 | $75.00 | $104,251.00 |
| 6681727 | 08/13/08 | JOHNSON, JENNY D. | B | Work on motions to release unclaimed dividends; correspondence with claimants re same; e-file changes of addresses with court. | 0.50 | $55.00 | $104,306.00 |
| 7707208 | 08/20/08 | HARDEN, HOLMES P. | B | Review and revise letter to John Williford. | 0.20 | $50.00 | $104,356.00 |
| 7707248 | 08/20/08 | HARDEN, HOLMES P. | B | Telephone call from creditor re: motion to release funds. | 0.20 | $50.00 | $104,406.00 |

12/10/08                    ID:  400232.1922          Williams Mullen Clark & Dobbins                    Page 33 (33)

****************************** SERVICES - ITEMIZED ******************************

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7707280 | 08/20/08 | HARDEN, HOLMES P. | B | Finalize letter to John Williford re: stale checks payble to RBC Centuar. | 0.30 | $75.00 | $104,481.00 |
| 7709851 | 08/21/08 | HARDEN, HOLMES P. | B | Call from creditor in Washington state re: motion to release funds; conference with J. Johnson re: motions to set aside and orders, finalize Williford Letter. | 0.60 | $150.00 | $104,631.00 |
| 7696655 | 08/25/08 | JOHNSON, JENNY D. | B | Work on motions for unclaimed dividends; e-file changes of addresses with court; review correspondence and respond; telephone calls to and from creditors re motions. | 2.00 | $220.00 | $104,851.00 |
| 7710481 | 08/27/08 | HARDEN, HOLMES P. | B | Call from creditor re: motion to release funds. | 0.20 | $50.00 | $104,901.00 |
| 7707894 | 08/27/08 | JOHNSON, JENNY D. | B | Work on motions to release unclaimed dividends; review motions to reconsider; work on e-filing changes of addresses; review correspondence and respond to same. | 5.00 | $550.00 | $105,451.00 |
| 7710756 | 08/28/08 | HARDEN, HOLMES P. | B | Conference with Ms. Johnson re: status of orders releasing funds. | 0.20 | $50.00 | $105,501.00 |
| 7707905 | 08/28/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same. | 2.30 | $253.00 | $105,754.00 |
| 7711004 | 08/29/08 | HARDEN, HOLMES P. | B | Review ECF docket entries. | 0.20 | $50.00 | $105,804.00 |
| 7707900 | 08/29/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same. | 2.00 | $220.00 | $106,024.00 |
| 7731359 | 09/01/08 | HARDEN, HOLMES P. | B | Telephone calls from creditors re: motion to release funds. | 0.40 | $100.00 | $106,124.00 |
| 7731491 | 09/02/08 | HARDEN, HOLMES P. | B | Review orders approving settlements re: second distribution. | 0.30 | $75.00 | $106,199.00 |
| 7736131 | 09/03/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same; work on motions to release unclaimed dividends; conference with Ms. Boyette re same. | 2.20 | $242.00 | $106,441.00 |

12/10/08          ID: 400232.1922          **Williams Mullen Clark & Dobbins**          Page 34 (34)

**************** SERVICES - ITEMIZED ****************

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 736124 | 09/04/08 | JOHNSON, JENNY D. | B | Review correspondence from Mr. Freswick; work on motion to release unclaimed dividends. | 0.20 | $22.00 | $106,463.00 |
| 736156 | 09/05/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same. | 1.70 | $187.00 | $106,650.00 |
| 736157 | 09/06/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same; work on motions to release unclaimed dividends and changes of addresses; e-file with court. | 4.00 | $440.00 | $107,090.00 |
| 736168 | 09/08/08 | JOHNSON, JENNY D. | B | Work on motions to release unclaimed dividends; conference with Ms. Boyette re same; e-file changes of addresses with court. | 1.00 | $110.00 | $107,200.00 |
| 736170 | 09/09/08 | JOHNSON, JENNY D. | B | Review new claims filed with court and enter same into EPI; review motions to reconsider; conference with Ms. Boyette re same; review correspondence and respond to same. | 3.00 | $330.00 | $107,530.00 |
| 735989 | 09/10/08 | HARDEN, HOLMES P. | B | Review ECF docket entries. | 0.20 | $50.00 | $107,580.00 |
| 736191 | 09/12/08 | JOHNSON, JENNY D. | B | Review correspondence re reconsideration of claims denied and respond to same. | 1.50 | $165.00 | $107,745.00 |
| 737330 | 09/15/08 | HARDEN, HOLMES P. | B | Review file re: authorized recipients of SEC funds and non-SEC funds. | 0.30 | $75.00 | $107,820.00 |
| 736204 | 09/16/08 | JOHNSON, JENNY D. | B | Review correspondence re unclaimed funds and forward motions to claimants; e-file changes of addresses with court. | 1.50 | $165.00 | $107,985.00 |
| 736210 | 09/18/08 | JOHNSON, JENNY D. | B | Review correspondence from claimants and respond to same re motions to release funds. | 1.20 | $132.00 | $108,117.00 |
| 736221 | 09/19/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same. | 0.60 | $66.00 | $108,183.00 |
| 738370 | 09/22/08 | JOHNSON, JENNY D. | B | Telephone calls from creditors re motions to release unclaimed dividends; review correspondence and respond; work on motions to release unclaimed dividends and forward to claimants. | 2.00 | $220.00 | $108,403.00 |

12/10/08                              ID:   400232.1922                    Williams Mullen Clark & Dobbins                           Page 35 (35)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SERVICES - ITEMIZED \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7752937 | 09/25/08 | JOHNSON, JENNY D. | B | Work on motions to release unclaimed dividends and changes of addresses; review correspondence and respond to same; e-file changes of addresses with court. | 2.50 | $275.00 | $108,678.00 |
| 7748436 | 09/28/08 | HARDEN, HOLMES P. | B | Review new docket entries. | 0.20 | $50.00 | $108,728.00 |
| 7752952 | 09/30/08 | JOHNSON, JENNY D. | B | Work on motions to release unclaimed dividends; review correspondence and respond to same. | 2.00 | $220.00 | $108,948.00 |
| 7773383 | 10/02/08 | HARDEN, HOLMES P. | B | Conference with J. Johnson re: processing requests for release of funds. | 0.30 | $75.00 | $109,023.00 |
| 7761673 | 10/03/08 | JOHNSON, JENNY D. | B | Review correspondence re release of unclaimed dividends and forward motions to release funds to claimants; e-file changes of addresses with court. | 0.50 | $55.00 | $109,078.00 |
| 7761674 | 10/04/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same; work on motions to release unclaimed dividends. | 1.40 | $154.00 | $109,232.00 |
| 7772356 | 10/13/08 | JOHNSON, JENNY D. | B | Work on motions to release unclaimed dividends; review correspondence and respond to same. | 2.00 | $220.00 | $109,452.00 |
| 7783427 | 10/14/08 | HARDEN, HOLMES P. | B | Call from attorney Steve Aaron, call to Mr. Aaron, both re: motion to release funds. | 0.30 | $75.00 | $109,527.00 |
| 7783478 | 10/15/08 | HARDEN, HOLMES P. | B | Review new docket entries. | 0.20 | $50.00 | $109,577.00 |
| 7783772 | 10/20/08 | HARDEN, HOLMES P. | B | Review file re: motion to allocate attorney fees. | 0.30 | $75.00 | $109,652.00 |
| 7783791 | 10/21/08 | HARDEN, HOLMES P. | B | Review motion and order re: allocation of attorney fees. | 0.20 | $50.00 | $109,702.00 |
| 7786164 | 10/23/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same; work on motions to release unclaimed dividends and forward to claimants; e-file changes of addresses with court. | 1.00 | $110.00 | $109,812.00 |

ID: 400232.1922

# Williams Mullen Clark & Dobbins

************* SERVICES - ITEMIZED *************

Page 36 (36)

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7789304 | 10/24/08 | HARDEN, HOLMES P. | B | Review new docket entries on ECF. | 0.20 | $50.00 | $109,862.00 |
| 7791807 | 10/27/08 | HARDEN, HOLMES P. | B | Call from creditor re: motion to release. | 0.20 | $50.00 | $109,912.00 |
| 7789485 | 10/27/08 | JOHNSON, JENNY D. | B | Review correspondence re release of unclaimed dividends; work on motions and forward to claimants; e-file changes of addresses with court. | 0.50 | $55.00 | $109,967.00 |
| 7799833 | 10/28/08 | JOHNSON, JENNY D. | B | Review and respond to correspondence re reconsideration of denied claims; conference with clerk's office re same. | 5.00 | $550.00 | $110,517.00 |
| 7799844 | 10/30/08 | JOHNSON, JENNY D. | B | Work on motions to release unclaimed dividends; work on e-filing changes of addresses; review correspondence and respond to same re releases. | 4.50 | $495.00 | $111,012.00 |
| 7812678 | 11/01/08 | JOHNSON, JENNY D. | B | Review correspondence re release of funds; work on motions to release unclaimed dividends and forward to claimants. | 2.00 | $220.00 | $111,232.00 |
| 7811263 | 11/04/08 | HARDEN, HOLMES P. | B | Conference with J. Johnson re: preparation of attorneys fee application. | 0.30 | $75.00 | $111,307.00 |
| 7812444 | 11/06/08 | HARDEN, HOLMES P. | B | Telephone call form creditors re: motion to release funds. | 0.20 | $50.00 | $111,357.00 |
| 7814471 | 11/07/08 | HARDEN, HOLMES P. | B | Attention to inquiry from creditor re: motion to release funds. | 0.20 | $50.00 | $111,407.00 |
| 7818385 | 11/11/08 | HARDEN, HOLMES P. | B | Review ECF docket re: motions and orders re: release of funds. | 0.20 | $50.00 | $111,457.00 |
| 7820384 | 11/12/08 | HARDEN, HOLMES P. | B | Further revise motion; revise motion for authority to destroy computer and records. | 1.00 | $250.00 | $111,707.00 |
| 7841815 | 11/12/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same; work on calculations of new claims and motions and orders for reconsideration of claims; conference with Mr. Evans re same. | 5.30 | $583.00 | $112,290.00 |

12/10/08

ID: 400232.1922

**Williams Mullen Clark & Dobbins**

Page 37 (37)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SERVICES - ITEMIZED \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7821769 | 11/13/08 | HARDEN, HOLMES P. | B | Further revise motion. | 0.30 | $75.00 | $112,365.00 |
| 7821788 | 11/13/08 | HARDEN, HOLMES P. | B | Work on fee application, finalize records motion. | 1.60 | $400.00 | $112,765.00 |
| 7841816 | 11/13/08 | JOHNSON, JENNY D. | B | Review attorney's fees and costs for destroying records and administrative claims; review reconsidered claims and docket re same. | 6.00 | $660.00 | $113,425.00 |
| 7820611 | 11/13/08 | BEADNELL, SHARON | B | Efiled Application to Destroy Books, Records, Computer. | 0.30 | $33.00 | $113,458.00 |
| 7826906 | 11/14/08 | HARDEN, HOLMES P. | B | Review new docket entries. | 0.20 | $50.00 | $113,508.00 |
| 7841804 | 11/14/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same; conference with Ms. Boyette re report on motions and orders for reconsideration. | 3.20 | $352.00 | $113,860.00 |
| 7828412 | 11/18/08 | HARDEN, HOLMES P. | B | Review new docket entries. | 0.20 | $50.00 | $113,910.00 |
| 7841812 | 11/18/08 | JOHNSON, JENNY D. | B | Telephone conferences with Mark Evans re distribution and claims reconsidered; review spreadsheet from Mr. Evans re same. | 3.00 | $330.00 | $114,240.00 |
| 7830477 | 11/19/08 | HARDEN, HOLMES P. | B | Work on order re: motion to return or destroy, attention to correspondence with J. Johnson re: fee application expenses, finalize order. | 0.60 | $150.00 | $114,390.00 |
| 7841819 | 11/19/08 | JOHNSON, JENNY D. | B | Work on calculations for 2nd distribution of SEC funds; review correspondence from creditors and respond to same. | 5.00 | $550.00 | $114,940.00 |
| 7834871 | 11/20/08 | HARDEN, HOLMES P. | B | Review order re: priority of disbursements, conference with J. Johnson re: distribution according to same, review order re: allocation of attorneys fees and discuss with J. Johnson. | 0.70 | $175.00 | $115,115.00 |
| 7841821 | 11/20/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same re | 4.50 | $495.00 | $115,610.00 |

12/10/08                    ID:  400232.1922          **Williams Mullen Clark & Dobbins**                                    Page 38 (38)

```
******************************** SERVICES - ITEMIZED ********************************
```

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | claimants motions to reconsider; telephone conference with Mr. Evans re 2nd distribution and how to calculate claims; review spreadsheet re reconsidered claims and new claims. | | | |
| 7841803 | 11/21/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same re 2nd distribution. | 1.00 | $110.00 | $115,720.00 |
| 7836194 | 11/22/08 | JOHNSON, JENNY D. | B | Review and respond to correspondence from claimants re motions to reconsider and orders; work on motions and e-file changes of address with court. | 3.00 | $330.00 | $116,050.00 |
| 7837828 | 11/24/08 | HARDEN, HOLMES P. | B | Work on fee application. | 0.30 | $75.00 | $116,125.00 |
| 7836193 | 11/24/08 | JOHNSON, JENNY D. | B | Review docket and motions for reconsideration; conference with clerk's office re motions and orders allowing reconsideration of claims; conference with Mr. Harden re same. | 5.00 | $550.00 | $116,675.00 |
| 7844366 | 11/25/08 | HARDEN, HOLMES P. | B | Review new docket entries. | 0.20 | $50.00 | $116,725.00 |
| 7844407 | 11/25/08 | HARDEN, HOLMES P. | B | Work on fee application. | 0.30 | $75.00 | $116,800.00 |
| 7839185 | 11/25/08 | JOHNSON, JENNY D. | B | Work on attorney for trustee interim fee application. | 1.00 | $110.00 | $116,910.00 |
| 7839186 | 11/25/08 | JOHNSON, JENNY D. | B | Conference with Ms. Boyette re motions and orders entered reconsidering claims; review report from court re same. | 1.30 | $143.00 | $117,053.00 |
| 7839192 | 11/25/08 | JOHNSON, JENNY D. | B | Review motions re reconsideration for 2nd distribution; telephone calls to creditors re same; review correspondence and respond to same. | 3.00 | $330.00 | $117,383.00 |
| 7839194 | 11/26/08 | JOHNSON, JENNY D. | B | Work on attorney for trustee fee application. | 1.00 | $110.00 | $117,493.00 |
| 7841797 | 11/26/08 | JOHNSON, JENNY D. | B | Worked on calculations for 2nd distribution and reviewed orders re reconsideration of claims; review and respond to correspondence. | 3.80 | $418.00 | $117,911.00 |

12/10/08                    ID: 400232.1922              Williams Mullen Clark & Dobbins                        Page 39 (39)

**************************************************** SERVICES - ITEMIZED ****************************************************

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|-------|-------------|----------|--------|-------------|-------|--------|-------------------|
| 7841794 | 11/27/08 | JOHNSON, JENNY D. | B | Working on motions and orders re 2nd distribution of SEC funds. | 2.70 | $297.00 | $118,208.00 |
| 7841793 | 11/28/08 | JOHNSON, JENNY D. | B | Review correspondence and respond to same re orders allowing distribution from 2nd distribution of SEC funds. | 3.50 | $385.00 | $118,593.00 |
| 7841792 | 11/29/08 | JOHNSON, JENNY D. | B | Review orders and motions for reconsideration for 2nd distribution per report from court. | 3.00 | $330.00 | $118,923.00 |
| | | | | TOTAL BILLABLE ENTRIES | 1,009.70 | $118,923.00 | |
| | | | | TOTAL HELD ENTRIES | 0.00 | $0.00 | |
| | | | | TOTAL SERVICES | 1,009.70 | $118,923.00 | |

****************************************************************************************************************************

12/10/08          ID:  400232.1922          **Williams Mullen Clark & Dobbins**          Page 40 (40)

```
****************************** DISBURSEMENTS RECAP *****************************************
```

| COST CODE | DESCRIPTION | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|
| 01 | Miscellaneous | $219.56 | $219.56 |
| 02 | Long Distance Telephone Call | $71.15 | $290.71 |
| 32 | Travel-Transportation /Mileage/ Parking | $5.55 | $296.26 |
| | TOTAL BILLABLE ENTRIES | $296.26 | |
| | TOTAL HELD ENTRIES | $0.00 | |
| | TOTAL DISBURSEMENTS | $296.26 | |

```
*********************************************************************************************
```

12/10/08                    ID: 400232.1922          Williams Mullen Clark & Dobbins                    Page 41 (41)

**************************************** DISBURSEMENTS - ITEMIZED ****************************************

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|
| 3931738 | 12/31/07 | HARDEN, HOLMES P. | B | 01 Long Distance Telephone Calls -- VENDOR: JENNY D. JOHNSON | $171.34 | $171.34 |
| 3931739 | 12/31/07 | HARDEN, HOLMES P. | B | 01 Postage -- VENDOR: JENNY D. JOHNSON | $2.24 | $173.58 |
| 3945362 | 01/31/08 | HARDEN, HOLMES P. | B | 01 Postage -- VENDOR: JENNY D. JOHNSON | $6.68 | $180.26 |
| 3945363 | 01/31/08 | HARDEN, HOLMES P. | B | 02 Long Distance Telephone Calls -- VENDOR: JENNY D. JOHNSON | $50.71 | $230.97 |
| 3968942 | 03/31/08 | HARDEN, HOLMES P. | B | 01 Postage -- VENDOR: JENNY D. JOHNSON | $8.06 | $239.03 |
| 3968943 | 03/31/08 | HARDEN, HOLMES P. | B | 01 Long Distance Telephone Calls -- VENDOR: JENNY D. JOHNSON | $30.09 | $269.12 |
| 3986854 | 05/12/08 | HARDEN, HOLMES P. | B | 32 Travel-Transportation/Mileage/Parking -- VENDOR: HOLMES P. HARDEN | $5.55 | $274.67 |
| 4018645 | 06/12/08 | HARDEN, HOLMES P. | B | 01 Postage -- VENDOR: JENNY D. JOHNSON | $1.15 | $275.82 |
| 4018648 | 08/01/08 | HARDEN, HOLMES P. | B | 02 Long Distance Telephone Calls -- VENDOR: JENNY D. JOHNSON, THROUGH JULY 24, 2008 | $20.44 | $296.26 |

TOTAL BILLABLE ENTRIES          $296.26

TOTAL HELD ENTRIES              $0.00

TOTAL DISBURSEMENTS             $296.26

```
12/10/08    ID: 400232.1922    **************** Williams Mullen Clark & Dobbins ****************    Page 42 (42)
***************************************** INVOICE REGISTER & PAYMENTS ***************************************
                                              (Includes all Invoices Paid within the last 180 Days)

INVOICE      INVOICE      LAST PAYMENT
DATE         NUMBER       OR WOFF DATE      DESCRIPTION                    FEES        COSTS       OTHER       TOTAL

                            TOTAL INVOICE BALANCES                         $0.00       $0.00       $0.00       $0.00

************************************************************************************************************
************************************************************************************************************
```