**SO ORDERED.**

**SIGNED this 11 day of December, 2008.**

_____
**A. Thomas Small
United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER**

The matter before the court is the response to the motion of Nielson Drilling Company, Inc. ("claimant") to reconsider this court's order granting the trustee's objection to claim no. 8600. The court finds that the motion to reconsider should be allowed to permit claimant to participate in trustee's third distribution only.

SO ORDERED

**End of Document**

573091