**SO ORDERED.**

**SIGNED this 11 day of December, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTERNATIONAL HERITAGE, INC. ) | CASE NO. 98-02675-5-ATS |
| ) | CHAPTER 7 |
| ) | |
| ) | |
| Debtor. ) | |

**ORDER**

The matter before the court is the response to the motion of Nielson Drilling Company, Inc. ("claimant") to reconsider this court's order granting the trustee's objection to claim no. 8600. The court finds that the motion to reconsider should be allowed to permit claimant to participate in trustee's third distribution only.

SO ORDERED

**End of Document**

573091

# CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: boyette_j           Page 1 of 1                  Date Rcvd: Dec 11, 2008
Case: 98-02675                Form ID: pdf014           Total Served: 1

The following entities were served by first class mail on Dec 13, 2008.
cr           Nielsen Drilling Co. Ltd.,    126 Fairfax Dr.,    Hinton, ALBERTA   T7V 1J6,    CANADA

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 13, 2008            Signature:   _Joseph Speetjens_