**SO ORDERED.**

**SIGNED this 29 day of December, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

United States Bankruptcy Court
Eastern District of North Carolina

In Re:                                                                                          Case No.:

International Heritage, Inc.                                                          98-02675-5-ATS

    **Debtor(s)**

### Order For Refund of Unclaimed Funds

The matter before the court is the motion to release funds filed by Chandal E. Watkins on December 8, 2008. The motion requests the release of funds in the amount of $536.70. The funds available for this creditor are $536.77. The court finds that the amount of $536.77 constituting unclaimed funds is declared due to Chandal E. Watkins, 7230 Doran Road, Richmond, VA 23231. Accordingly,

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U.S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

End of Document