**SO ORDERED.**

**SIGNED this 30 day of December, 2008.**

*[Signature]*

A. Thomas Small
United States Bankruptcy Judge

___

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. | ) |
| | ) CHAPTER 7 |
| | ) |
| Debtor. | ) |

**Order Allowing Interim Fees**

This matter comes on for consideration upon the Attorney for Trustee's Tenth Application for Interim Compensation from December 17, 2007 through November 30, 2008 and Reimbursement of Expenses for the same period, Trustee's Eighth Application for Interim Commission and Reimbursement of Expenses for time period December 18, 2007 through November 30, 2008 and Notice to creditors in this case and the court having considered the factors affecting the interim compensation requested, it is ordered that the following interim fees and expenses be, and they hereby are allowed:

| | |
|---|---|
| Trustee interim commission | $ 31,621.03 |
| Trustee interim expenses | $     123.78 |
| Attorney for Trustee interim fees | $118,923.00 |
| Attorney for Trustee interim expenses | $     296.26 |

**End of Document**

572582