**SO ORDERED.**

**SIGNED this 29 day of December, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

United States Bankruptcy Court
Eastern District of North Carolina

In Re:                                                                                           Case No.:

International Heritage, Inc.                                                        98-02675-5-ATS

    **Debtor(s)**

### Order For Refund of Unclaimed Funds

The matter before the court is the motion to release funds filed by Chandal E. Watkins on December 8, 2008.  The motion requests the release of funds in the amount of $536.70.  The funds available for this creditor are $536.77.  The court finds that the amount of $536.77 constituting unclaimed funds is declared due to Chandal E. Watkins, 7230 Doran Road, Richmond, VA 23231.  Accordingly,

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U.S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

### End of Document

# CERTIFICATE OF NOTICE

```
District/off: 0417-5            User: harris_do            Page 1 of 1                  Date Rcvd: Dec 29, 2008
Case: 98-02675                  Form ID: pdf014            Total Served: 1

The following entities were served by first class mail on Dec 31, 2008.
 cr           +Chandal E. Watkins,   7230 Doran Road,   Richmond, VA 23231-7201

The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 31, 2008**              Signature:     _Joseph Speetjens_