**SO ORDERED.**

**SIGNED this 30 day of December, 2008.**

A. Thomas Small
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

**Order Allowing Interim Fees**

This matter comes on for consideration upon the Attorney for Trustee's Tenth Application for Interim Compensation from December 17, 2007 through November 30, 2008 and Reimbursement of Expenses for the same period, Trustee's Eighth Application for Interim Commission and Reimbursement of Expenses for time period December 18, 2007 through November 30, 2008 and Notice to creditors in this case and the court having considered the factors affecting the interim compensation requested, it is ordered that the following interim fees and expenses be, and they hereby are allowed:

| | |
|---|---|
| Trustee interim commission | $ 31,621.03 |
| Trustee interim expenses | $   123.78 |
| Attorney for Trustee interim fees | $118,923.00 |
| Attorney for Trustee interim expenses | $   296.26 |

**End of Document**

572582

# CERTIFICATE  OF  NOTICE

District/off: 0417-5          User: payne_li          Page 1 of 1                    Date Rcvd: Dec 30, 2008
Case: 98-02675               Form ID: pdf014          Total Served: 1

The following entities were served by first class mail on Jan 01, 2009.
db              +International Heritage, Inc.,   C/O TERRI L. GARDNER,   POST OFFICE DRAWER 1389,
                 RALEIGH, NC 27602-1389

The following entities were served by electronic transmission.
NONE.                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 01, 2009**                    **Signature:**