**SO ORDERED.**

**SIGNED this 02 day of January, 2009.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

```
            UNITED STATES BANKRUPTCY COURT
           EASTERN DISTRICT OF NORTH CAROLINA
                    RALEIGH DIVISION

   IN RE:                              CASE NO.:

   International Heritage, Inc.        98-02675-8-ATS

        DEBTOR                         CHAPTER 7
```

### O R D E R

The matter before the court is the application for order directing payment of funds to creditor/claimant filed by John J. Marshall, Manager of JM Partners LLC on December 8, 2008. The application requests return of unclaimed funds owed to Douglas L. Forsberg.

The court finds that the social security number for Douglas L. Forsberg was not provided. The claimant's social security number is required before unclaimed funds can be released from the court.

The court further finds that Mr. Forsberg was notified of this deficiency by the clerk's office, but has failed to make the necessary correction.

Accordingly, the application for payment of unclaimed funds is denied without prejudice to the right of Douglas L. Forsberg or JM Partners LLC to refile the application with the social security number included.

"End of Document"