**SO ORDERED.**

**SIGNED this 02 day of January, 2009.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO.: |
|---|---|
| International Heritage, Inc. | 98-02675-8-ATS |
| DEBTOR | CHAPTER 7 |

O R D E R

The matter before the court is the application for order directing payment of funds to creditor/claimant filed by John J. Marshall, Manager of JM Partners LLC on December 8, 2008. The application requests return of unclaimed funds owed to Douglas L. Forsberg.

The court finds that the social security number for Douglas L. Forsberg was not provided. The claimant's social security number is required before unclaimed funds can be released from the court.

The court further finds that Mr. Forsberg was notified of this deficiency by the clerk's office, but has failed to make the necessary correction.

Accordingly, the application for payment of unclaimed funds is denied without prejudice to the right of Douglas L. Forsberg or JM Partners LLC to refile the application with the social security number included.

"End of Document"

# CERTIFICATE OF NOTICE

```
District/off: 0417-5           User: boyette_j            Page 1 of 1              Date Rcvd: Jan 02, 2009
Case: 98-02675                 Form ID: pdf014            Total Served: 1
```

The following entities were served by first class mail on Jan 04, 2009.
cr           +Douglas L. Forsberg,   PO Box 2565,   Casper, WY 82602-2565

The following entities were served by electronic transmission.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 04, 2009**                            **Signature:** _Joseph Speetjens_