UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., | ) |
| | ) CHAPTER 7 |
| | ) |
| Debtor. | ) |

### NOTICE OF APPLICATION FOR INTERIM COMPENSATION FOR SERVICES OF ACCOUNTANT FOR TRUSTEE AND CERTIFICATE OF SERVICE

TO: ALL CREDITORS OF INTERNATIONAL HERITAGE, INC. AND OTHER PARTIES IN INTEREST

NOTICE HEREBY GIVEN of the Sixth Application for Interim Compensation for Services of Adams, Martin & Associates, PA, Accountants for Trustee, for services rendered from December 1, 2007 through November 30, 2008 in the amount of $2,647.50 and reimbursement of expenses in the amount of $191.86 incurred during the same period filed simultaneously herewith by Holmes P. Harden, Attorney for Trustee.

An objection to the fees requested should be filed with the Clerk, U. S. Bankruptcy Court, Post Office Box 1441, Raleigh, North Carolina 27602 with a copy served on the trustee whose name appears at the bottom of this Notice within twenty (20) days of the date of this Notice. No hearing will be conducted on said objection unless the Court, in its discretion, deems a hearing necessary, or unless a hearing is requested by the party filing such request. Any party requesting a hearing shall appear at said hearing in support of such request or he may be assessed with costs.

DATE OF NOTICE: January 8, 2009

/s/ Holmes P. Harden
Holmes P. Harden, Trustee
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

574075

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing documents were served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the 8th day of ~~December, 2008.~~ January, 2009.

WILLIAMS MULLEN

BY: /s/ Holmes P. Harden
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:
Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3758
Wilson, NC 27895-3758

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

Patrick Anders, Esquire
Edger and Paul
1777 Durham-Chapel Hill Blvd.
Suite 204
Chapel Hill, NC 27514

James A. Roberts, III, Esquire
A. Graham Shirley, Esquire
Lewis & Roberts
P.O. Box 17529
Raleigh, NC 27619-7529

*See Attached Mail Matrix and E-Mail List*

Terri I. Gardner
Poyner & Spruill, LLP
P. O. Box 10096
3600 Glenwood Avenue
Raleigh, NC 27605

Gerald A. Jeutter
Kilpatrick Stockton, LLP
P. O. Box 300004
Raleigh, NC 27622

Brent E. Wood
3750 NW Cary Pkwy., Ste. 111
Cary, NC 27513-8432

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
2520 Northwinds Pkwy #375
Alpharetta, GA 30004-2233

James Russell Tucker
Tucker & Ratcliffe, L.L.P.
10647 Strait Lane
Dallas, TX 75229-5426

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Dorothy H. Miller
102 Triangle Circle
Lafayette, LA 70508

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Stacey Ostrom
202 Oak Creek Drive
League City, TX 77573-1762

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Henry W. Noziko, Jr.
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Jane E. Chassey
1514 Azalea Drive
Saint Louis, Missouri 63119

Carolyn E. John
485 Broad River Blvd.
Beaufort, SC 29906

Michael K. Wolensky
Robert G. Brunton
David J. Gellen
Kutak Rock
225 Peachtree St., NE, Suite 2100
Atlanta, GA 30303-1731

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL -9490 Vaduz   LIECHTENSTEIN

Gary D. McDowell
200 Ansley Close
Roswell, GA 30075

Jean Wedin
P. O. Box 753
LaConner, WA 98257

Marshall Reddy
P. O. Box 806
Ponte Verde Beach, FL 32004

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Henry W. Noziko, Jr.
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen   SWITZERLAND

Managing Agent
Schweizerische Hypotheken
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich   SWITZERLAND

State Auditor's Office
Montana Securities Department
Mitchell Building, Room 270
State Capital Complex
Helen, MT 59620

| | | |
|---|---|---|
| Managing Agent<br>UBS, Zuerich<br>Direktion<br>Bahnhofstrasse 45<br>Postfach<br>CH-8021 Zurich    SWITZERLAND | Charles Anderson<br>P. O. Box 33550<br>Raleigh, NC 27636 | State Auditor's Office<br>Montana Securities Department<br>Mitchell Building, Room 270<br>State Capital Complex<br>Helen, MT 59620 |
| Cathy Fligg<br>1456 Stratfield Circle<br>Atlanta, GA 30319 | Claude Savage<br>106 Benbow Land<br>Charlotte, NC 28214 | Larry Smith<br>2435 E. North Street<br>Greenville, SC 29615 |
| Anna M. Washburn<br>145 Christopher Drive<br>Clayton, NC 27520 | Shawna Y. Staton<br>Brooks, Stevens & Pope, P.A.<br>P. O. Box 1870<br>Cary, NC 27512-1870 | Henry W. Nozko, Jr., President<br>ACSTAR Insurance Company<br>P. O. Box 2350<br>New Britain, CT 06050-2350 |
| Henry W. Nozko, Jr., President<br>United Coastal Insurance Company<br>P. O. Box 2350<br>New Britain, CT 06050-2350 | Managing Agent<br>Coeco<br>2525 Atlantic Avenue<br>Raleigh, NC 27604 | John Docken<br>Business Credit Leasing<br>115 West College Drive<br>Marshall, MN 56258 |
| Scott L. Wilkinson<br>Assistant U.S. Attorney<br>310 New Bern Avenue<br>Suite 800, Federal Building<br>Raleigh, NC 27601-1461 | Managing Agent<br>Centrum Bank AGVaduz<br>Heiligkreuz 8, Postfoch 1168<br>FL-9490 Vaduz    LIECHTENSTEIN | Sharon A. Meckenstock<br>1640 West 34th St., N.<br>Wichita, KS 67204 |
| Managing Agent<br>Accurata Treuhand und Revisions AG Vaduz<br>Abundt 36<br> FL-9490 Vaduz    LIECHTENSTEIN | Ronald H. Garber<br>Boxley Bolton & Garber<br>P. O. Drawer 1429<br>Raleigh, NC 27602 | Managing Agent<br>UBS AG, Zurich Direktion<br>Bahnhofstrasse 45<br>Postfach<br>CH-8021 Zurich    SWITZERLAND |
| Betty Hesketh<br>7566 15th Lane<br>Vero Beach, FL 32966 | John Mark Stern<br>Assistant Attorney General<br>Office of Texas Attorney General<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX 78711-2548 | Jackie S. Hart<br>1706 Antigua Lane<br>Nassau Bay, TX  77058 |
| Managing Agent<br>TransAmerica-TIG Insurance<br>5205 N.O. Connor Blvd. Ste. B1<br>Irving, TX 75039-3724 | Sherwin P. Robin<br>P. O. Box 9541<br>Savannah, GA 31412-9541 | Tony Copeland<br>BTI<br>4300 Six Forks Road, Suite 500<br>Raleigh, NC 27609 |
| Michael P. Flanagan<br>Ward and Smith, P.A.<br>P. O. Box 8088<br>Greenville, NC 27835-8088 | Vickie Corbitt,<br>Attorney for Commissioner of Revenue<br>Tennessee Dept. of Revenue - Legal<br>312 8th Ave. N. #27 Fl.<br>Nashville, TN 37243-0001 | Jean Boyles<br>P. O. Box 10506<br>Raleigh, NC 27605 |
| James A. Roberts, III<br>Lewis & Roberts, PLLC<br>P. O. Box 17529<br>Raleigh, NC 27619-7529 | Stephani W. Humrickhouse, Esq.<br>Nicholls & Crampton<br>4300 Six Forks Road, Suite 700<br>Raleigh, NC   27609 | Paul Faison S. Winborne<br>300/200 Parham Street, Suite F<br>P. O. Box 1547<br>Raleigh, NC 27602 |

Patrick H. Tyler
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

Janet Cradeur
P. O. Box 66658
Baton Rouge, LA 70896

Missouri Department of Revenue
Attn: Brian S. Kuhlmann
P. O. Box 475
Jefferson City, MO 65105-0475

James K. Austin
Ellis Painter Ratterree & Bart LLP
P. O. Box 9946
Savannah, GA 31412-9946

Meredith P. Ezzell
Wyrick Robbins Yates & Ponton LLP
P. O. Drawer 17803
Raleigh, NC 27619

Marcia McGair Ippolito
R.I. Division of Taxation
One Capitol Hill
Providence, RI 02908-5800

Marshall Reddy
P. O. Box 806
Ponte Verde Beach, FL 32004

Henry W. Noziko, Jr.
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Walter Calton
312 East Broad Street
Eufaula, AL 36072

Keith M. Jensen
Law Office of Keith M. Jensen
514 East Beklnap
Fort Worth, TX 76102

Joseph N. Calloway, Esq.
Battle, Winslow, Scott & Wiley, P.A.
P. O. Box 7100
Rocky Mount, NC 27804-0100

L. C. Gilbert, Jr.
74 Hilltop Lane
Alpine, AL 35014

Randall L. Greene
Rt. 1, Box 155
Randlett, OK 73562

Maria Lee Siwierka
5507 Deerbourne Chase Dr.
Sugar Land, TX 77479-4194

Robert J. Marrigan
Development Direct, Inc.
P.O. Box 650
Bedford, MA 01730-0650

James H. Thomas
101 Robin Drive
Troy, AL 36081

Denise Marsh
709 Summit Ridge
Lewisville, TX 75067

| | | |
|---|---|---|
| E-mail: x2-song@worldnet.att.net | E-mail: tgrumer@manatt.com | E-mail: BrAndiH20@aol.com |
| E-mail: hual@airmail.net | E-mail: shouli.yang@stjude.org | E-mail: hou@mail.med.upenn.edu |
| E-mail: mayfi23@marz.com | E-mail: RJWNLAW@aol.com | E-mail: CTBallard@aol.com |
| E-mail: Buddha623@aol.com | E-mail: sds98@eatel.net | E-mail: beth_pattillo@shmm.org |
| E-mail: pgorman@vantagepointcapital.com | E-mail: jwmaloy@aol.com | E-mail: swede@dmea.net |
| E-mail: wrightr@mindspring.com | E-mail: kanelos@mindspring.com | E-mail: kmaxeyjr@bayou.com |
| E-mail: mlafontaine@abbot-simses.com | E-mail: blairc@iname.com | E-mail: Wesglynn@aol.com |
| E-mail: rabbit@rockisland.com | E-mail: Larry_Fletcher@bc.sympatico.ca | E-mail: jwarren@wyche.com |
| E-mail: cheryll.COSTANIINO@edmail.com | E-mail: JNRRICH@Intur.net | E-mail: dongming.zhao@jci.com |
| E-mail: jasbircheema@amropictures.com | E-mail: aadrezin@Epix.net | E-mail: pkloosterman@juno.com |
| E-mail: 72320.316@compuserve.com | E-mail: kimball.peed@bigfoot.com | E-mail: JEEPETTE99@aol.com |
| E-mail: stann@colby.IXKS.com | E-mail: tammyr@falcon.ukans.cc.edu | E-mail: pingnas@ica.net |
| E-mail: gjack312@Intrstar.net | E-mail: VTPALMER27@yahoo.com | E-mail: Karen0906@aol.com |
| E-mail: hdfrey@telusplanet.net | E-mail: crandall@rock-springs.dowell.slb.com | E-mail: lonni@pb.quik.com |
| E-mail: DLWARREN@BellSouth.net | E-mail: gedler@bellsouth.net | E-mail: Dana-Charles@Worldnet.Att.Net |
| E-mail: michael_bhagat@hotmail.com | E-mail: r_brown@email.msn.com | E-mail: Averitas@aol.com |
| E-mail: rliston@spartanburg4.0rg | E-mail: hou@mail.med.upenn.edu | E-mail: kk_1200@kwikkopy.com |
| E-mail: ghromero@aol.com | E-mail: dsbarron@bellsouth.net | E-mail: hewlett@cablelan.net |
| E-mail: joanchan@rocketmail.com | E-mail: jamcgrath@yahoo.com | E-mail: sonia_voldseth@burns.senate.gov |
| E-mail: edeem@worldnet.att.net | E-mail: bjsaw@ttc-cmc.net | E-mail: dzeigler@jsucc.jsu.edu |
| E-mail: DFITZPA400@aol.com | E-mail: smsutom@aol.com | E-mail: mchad@acnet.net |
| E-mail: theboock@compuserve.com | E-mail: lynn@dot.state.al.us | E-mail: albourassa@bigfoot.com |
| E-mail: pondman@memes.com | E-mail: pingnas@ica.net | E-mail: albourassa@bigfoot.com |
| E-mail: docchiro@ISLC.net | E-mail: Hanna@tir.com | E-mail: Harden, Holmes |
| E-mail: RIZMOE@NWRain.com | E-mail: buddunn@auantumworld.com | E-mail: Mgutierrez@pirnie.com |
| E-mail: thodges@gateway.net | E-mail: Rahmati@ibm.net | E-mail: mayfi23@marz.com |
| E-mail: hlee@directv.com | E-mail: Docnielsen@webtv.net | E-mail: shucko@prodigy.net |
| E-mail: fabb@telusplanet.net | E-mail: mjandcarlincc@juno.com | E-mail: zuzuy2k@yahoo.com |
| E-mail: cordw@deltapineseed.com | E-mail: loking@wixmail.com | E-mail: Mgutierrez@pirnie.com |
| E-mail: NBECK87570@aol.com | E-mail: Jholt@Clemson.edu | E-mail: Mgutierrez@pirnie.com |
| E-mail: JYANG4@FORD.COM | E-mail: jsmusa@mindspring.com | E-mail: RRALBRIGHT@AOL.COM |
| E-mail: mccarthy@mccarthyconsultant.com | E-mail: Mainland@ticnet.com | E-mail: bcslaw@prodigy.net |
| E-mail: digger@bcsupernet.com | E-mail: cce3@juno.com | E-mail: rosieo@bigsky.net |
| E-mail: BREIDYIII@aol.com | E-mail: mcnamer@bigsky.net | E-mail: mooreem@harpo.tnstate.edu |
| E-mail: pak@jcnl.com | E-mail: mwa@wnonline.net | E-mail: VANATTAL@VAX.CS.HSCSYR.EDU |
| E-mail: lpartr1072@aol.com | E-mail: lesterabs@mindspring.com | E-mail: leadership.possibilities.mak@worldnet.att.net |
| E-mail: mtheisen@efn.org | E-mail: shanson@kearney.net | E-mail: pingnas@ica.net |
| E-mail: MLGeller@aol.com | E-mail: an667@hwcn.org | E-mail: cr8on@flash.net |
| E-mail: mooreem@harpo.tnstate.edu | E-mail: yu241703@yorku.ca | E-mail: bsclaw@worldnet.att.net |
| E-mail: backpain@keynet.net | E-mail: yu241703@yorku.ca | E-mail: hewlettlj@shaw.ca |
| E-mail: Hbeckbari@aol.com | E-mail: lihen | E-mail: ladevries@firstam.com |
| E-mail: mwarhurst@yahoo.com | E-mail: dsbarron@bellsouth.net | E-mail: ihatch@ala.net |
| E-mail: js.baum@srs.gov | E-mail: jamcgrath@yahoo.com | E-mail: Rmggood@Prodigy.Net |
| E-mail: wynellh@flash.net | E-mail: bbaum89@aol.com | |
| E-mail: dlatray@mcn.net | E-mail: bjsaw@ttc-cmc.net | |
| E-mail: bwood@woodfran.com | E-mail: smsutom@aol.com | |
| E-mail: DickLynn Ferency@compuserve.com | E-mail: lynn@dot.state.al.us | |
| E-mail: CHASSEYRAY@email.msn.com | E-mail: pingnas@ica.net | |
| E-mail: jim.griffith@erols.com | E-mail: Hanna@tir.com | |
| E-mail: xiaokui.shan@bakernet.com | E-mail: buddunn@quantumworld.com | |
| E-mail: xshan@aol.com | E-mail: Rahmati@ibm.net | |
| E-mail: kkandola@theresidences.com | E-mail: docnielsen@webtv.net | |
| E-mail: lrochkind@jafferaitt.com | E-mail: mjandcarlincc@juno.com | |
| E-mail: sdostrom@hotmail.com | E-mail: loking@wixmail.com | |
| E-mail: michaelhopkins@mailcity.com | E-mail: Jholt@Clemson.edu | |
| E-mail: dana-charles@worldnet.att.net | E-mail: jsmusa@mindspring.com | |
| E-mail: options-galore@yahoo.com | E-mail: Mainland@ticnet.com | |
| E-mail: bchap01@aol.com | E-mail: cce3@juno.com | |
| E-mail: ceissngr@midrivers.com | E-mail: mcnamer@bigsky.net | |
| E-mail: glassgs@cadvision.com | E-mail: mwa@wnonline.net | |
| E-mail: mbrown8967@aol.com | E-mail: lesterabs@mindspring.com | |
| E-mail: diemert@northerntel.net | E-mail: shanson@kearney.net | |
| | E-mail: an667@hwcn.org | |
| | E-mail: yu241703@yorku.ca | |
| | E-mail: TJDeavers@aol.com | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTERNATIONAL HERITAGE, INC. ) | CASE NO. 98-02675-5-ATS |
| ) | CHAPTER 7 |
| ) | |
| ) | |
| Debtor. ) | |

### SIXTH INTERIM APPLICATION FOR PAYMENT OF ACCOUNTANT'S FEES AND EXPENSES

NOW COMES Holmes P. Harden, Trustee in the above-referenced case, and applies to the Court for authority to pay Adams, Martin & Associates, PA interim accountant's fees and expenses in the amount of Two Thousand Eight Hundred Thirty-Nine and 36/100 ($2,839.36) representing compensation in the amount of $2,647.50 and reimbursement of necessary expenses in the amount of $191.86 for services rendered from December 1, 2007 through November 30, 2008. A copy of the accountant's bill is attached to this Application along with biographical information for each accountant rendering the services. In the opinion of the Trustee, such interim accountant's fees and expense reimbursement are reasonable and just.

Respectfully submitted, this 8th day of January, 2009.

Holmes P. Harden
Trustee for Debtor
N. C. State Bar No. 9835
3200 Beechleaf Court
Post Office Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

574080

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, Trustee for International Heritage, Inc., do hereby certify that the Sixth Interim Application for Payment of Accountant's Fees and Expenses, hereto attached, was served upon the parties listed below by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the 8th day of January, 2009.

By: /s/ Holmes P. Harden
Holmes P. Harden
Trustee for Debtor
N. C. State Bar No. 9835
3200 Beechleaf Court
Post Office Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
Post Office Box 3758
Wilson, NC 27895

Craig Adams
Adams, Martin & Associates, PA
3801 Barrett Drive, Ste. 201
Raleigh, NC 27609

Terri Gardner
Attorney for Debtor
Poyner & Spruill, LLP
P. O. Drawer 10096
3600 Glenwood Avenue
Raleigh, NC 27605-0096

574080



**ADAMS, MARTIN & Associates PA**
Tax and Financial Consultants       3801 Barrett Drive, Suite 201 / Raleigh, NC 27609 / 919.781.3581 / Fax: 919.881.0611 / www.amacpa.com

International Heritage, Inc
c/o Mr. Holmes Harden, Trustee
P O Drawer 19764
Raleigh, NC 27619

Invoice Date:       December 10, 2008
Invoice Number:     00204383
Client Number:      9002 007

*For professional services rendered:*

Professional services rendered for the period December 1, 2007 through November 30, 2008 for the following:

Preparation of the 2007 Corporate Federal and North Carolina Income Tax Returns.

Preparation of the 2007 Form 1096 and Form's 1099.

Respond to notices from governmental entities.

See attached billing summary and detail.

Chapter 7 was filed on November 25, 1998.

Order to employ Adams, Martin & Associates, PA as Certified Public Accountants was authorized on January 8, 1999.

Payment is requested upon Bankruptcy Court approval of fees.

Total Invoice Amount       $2,839.36

## Summary of Time & Expenses by Staff & by Project

### International Heritage Inc

|  |  | Hours | Rate | Amount | Year |
|---|---|---|---|---|---|
| *Craig A. Adams* | | | | | |
| | | 0.70 | $195.00 | $136.50 | 2008 |
| CAA | Total | *0.70* | | *$136.50* | |
| *Elizabeth G. Beatty* | | | | | |
| | | 2.70 | $155.00 | $418.50 | 2008 |
| EGB | Total | *2.70* | | *$418.50* | |
| *Megan Michaels* | | | | | |
| | | 13.00 | $120.00 | $1,560.00 | 2008 |
| MM | Total | *13.00* | | *$1,560.00* | |
| *Kaylor Gregory* | | | | | |
| | | 0.30 | $110.00 | $33.00 | 2008 |
| KG | Total | *0.30* | | *$33.00* | |
| *Leah Wheeler* | | | | | |
| | | 0.20 | $80.00 | $16.00 | 2008 |
| LW | Total | *0.20* | | *$16.00* | |
| *Richele Spruill* | | | | | |
| | | 0.50 | $105.00 | $52.50 | 2007 |
| RS | Total | *0.50* | | *$52.50* | |
| *Angela Allor* | | | | | |
| | | 1.20 | $75.00 | $90.00 | 2007 |
| | | 1.00 | $80.00 | $80.00 | 2008 |
| AA | Total | *2.20* | | *$170.00* | |
| *Patricia Coggins* | | | | | |
| | | 2.90 | $90.00 | $261.00 | 2008 |
| TC | Total | *2.90* | | *$261.00* | |
| | **Subtotal** | 22.50 | | $2,647.50 | |
| | Total Expenses | | | $191.86 | |
| | **Total Fees & Expenses** | | | $2,839.36 | |

| Projects: Type & Year | Hours | Amount | % | Additional Description |
|---|---|---|---|---|
| 2007 Tax Rtns: Corporation | 15.50 | 1,887.50 | 71.3% | |
| 2007 Forms 1096 / 1099 | 3.40 | 418.00 | 15.8% | |
| Respond to Gov't Notices | 0.90 | 119.50 | 4.5% | |

## International Heritage Inc

|  | Hours | Rate | Amount | Year |
|---|---|---|---|---|
| Fee App Exhibits |  | 2.70 | 222.50 | 8.4% |
| Totals | 22.50 |  | $2,647.50 | 100.0% |

### Prior Invoices

| Date | Period | Services | Expenses | Total Invoice | Amt Unpaid |
|---|---|---|---|---|---|
| **Interim Bill:** | | | | | |
| 9/21/1999 | 12/1/99-9/20/99 | $26,898.50 | $540.09 | $27,438.59 | $0.00 |
| *Approved:* 10/25/1999 | $27,438.59 | | | | |
| **Interim Bill:** | | | | | |
| 8/30/2000 | 9/21/99-8/25/00 | $9,353.50 | $750.58 | $10,104.08 | $0.00 |
| *Approved:* 10/23/2000 | $10,104.08 | | | | |
| **Interim Bill:** | | | | | |
| 9/20/2001 | 8/26/00-9/19/01 | $7,874.50 | $390.64 | $8,265.14 | $0.00 |
| *Approved:* 10/30/2001 | $8,265.14 | | | | |
| **Interim Bill:** | | | | | |
| 9/24/2002 | 9/20/01-9/19/02 | $2,588.50 | $184.40 | $2,772.90 | $0.00 |
| *Approved:* 11/7/2002 | $2,772.90 | | | | |
| **Interim Bill:** | | | | | |
| 4/6/2004 | 9/20/02-4/5/04 | $3,349.40 | $364.00 | $3,713.40 | $0.00 |
| *Approved:* 6/17/2004 | $3,713.40 | | | | |
| **Interim Bill:** | | | | | |
| 12/11/2006 | 4/6/04-11/30/06 | $3,840.00 | $390.30 | $4,230.30 | $0.00 |
| *Approved:* 1/16/2007 | $4,230.30 | | | | |
| **Interim Bill:** | | | | | |
| 12/31/2007 | 12/6/06-11/30/07 | $2,178.00 | $314.60 | $2,492.60 | $2,492.60 |
| *Approved:* | $0.00 | | | | |
| **Total Prior Invoices** | | $56,082.40 | $2,934.61 | $59,017.01 | $2,492.60 |
| | ***Total Prior Invoices Approved:*** | | | $56,524.41 | |

| | | | | |
|---|---|---|---|---|
| International Heritage, Inc | Invoice Date: | | December 10, 2008 | |
| c/o Mr. Holmes Harden, Trustee | Invoice Number: | | 00204383 | |
| P O Drawer 19764 | Client Number: | | 9002 007 | |
| Raleigh, NC 27619 | Page: | | 2 | |

*Detail Description:*

| Project / Description | Employee | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BR - Prepare Fee App Exhibits<br>Begin preparation of interim billing analysis and attachments. | Angela Allor | 12/27/07 | 0.40 | 75.00 | $30.00 |
| BR - Prepare Fee App Exhibits<br>Continue to prepare interim billing analysis and attachments. | Angela Allor | 12/28/07 | 0.80 | 75.00 | 60.00 |
| BR - Prepare Fee App Exhibits<br>Review interim billing analysis and attachments. | Richele Spruill | 12/31/07 | 0.50 | 105.00 | 52.50 |
| BR - Prepare Fee App Exhibits<br>Continue to prepare interim billing analyisis and attachments. | Angela Allor | 1/02/08 | 0.70 | 80.00 | 56.00 |
| BR - Prepare Fee App Exhibits<br>Complete preparation of interim billing analysis and attachments. | Angela Allor | 1/03/08 | 0.30 | 80.00 | 24.00 |
| BR - 1120 - 2007<br>Read Form 1 and 2. Prepare assignment for Megan. | Elizabeth Beatty | 1/07/08 | 0.50 | 155.00 | 77.50 |
| BR - 1099 - 2007<br>Email Jenny to request social security numbers for Form 1099 recipients | Elizabeth Beatty | 1/08/08 | 0.20 | 155.00 | 31.00 |
| BR - 1099 - 2007<br>Prepare 1099s and Form 1096. | Megan Michaels | 1/08/08 | 2.60 | 120.00 | 312.00 |
| BR - 1120 - 2007<br>Analyze financial data. | Megan Michaels | 1/08/08 | 1.40 | 120.00 | 168.00 |
| BR - 1099 - 2007<br>Preparation of documents for taxing authority related to 2007 Forms 1096 & 1099 | Tricia Coggins | 1/09/08 | 0.40 | 90.00 | 36.00 |
| BR - 1120 - 2007<br>Analyze and adjust financial. Summarize 2007 transactions. Read orders that may have tax consequences. | Megan Michaels | 1/09/08 | 7.60 | 120.00 | 912.00 |
| BR - 1099 - 2007<br>Review 1096 and 1099s | Craig Adams | 1/11/08 | 0.20 | 195.00 | 39.00 |
| BR - 1120 - 2007<br>Email Jenny to request Form 1 as of 12/31/07 | Elizabeth Beatty | 1/14/08 | 0.20 | 155.00 | 31.00 |
| BR - 1120 - 2007<br>Begin to prepare Federal and NC corporate tax return. | Megan Michaels | 1/14/08 | 0.50 | 120.00 | 60.00 |

| | | | | | |
|---|---|---|---|---|---|
| International Heritage, Inc<br>c/o Mr. Holmes Harden, Trustee<br>P O Drawer 19764<br>Raleigh, NC 27619 | | Invoice Date:<br>Invoice Number:<br>Client Number:<br>Page: | | December 10, 2008<br>00204383<br>9002 007<br>3 | |

*Detail Description:*

| | | | | | |
|---|---|---|---|---|---|
| BR - 1120 - 2007<br>    Complete preparation of Federal and NC tax return. | Megan Michaels | 1/15/08 | 0.80 | 120.00 | 96.00 |
| BR - 1120 - 2007<br>    Review 2007 federal and NC income tax returns | Elizabeth Beatty | 2/09/08 | 1.80 | 155.00 | 279.00 |
| BR - 1120 - 2007<br>    Partner review and sign 2007 federal and NC corporate income tax returns and attached 505(b) correspondence | Craig Adams | 2/12/08 | 0.20 | 195.00 | 39.00 |
| BR - 1120 - 2007<br>    Preparation of documents for taxing authorities related to 2007 tax returns | Tricia Coggins | 2/12/08 | 1.00 | 90.00 | 90.00 |
| BR - 1120 - 2007<br>    Review processing of 2007 federal & NC tax returns. | Tricia Coggins | 2/13/08 | 1.00 | 90.00 | 90.00 |
| BR - 1120 - 2007<br>    Ensure Trustee signed in all appropriate places. | Tricia Coggins | 2/18/08 | 0.50 | 90.00 | 45.00 |
| BR - Respond to Govt Notices<br>    Review file for response to 1999 Wyoming Sales Tax Notice. | Kaylor Gregory | 3/26/08 | 0.30 | 110.00 | 33.00 |
| BR - Respond to Govt Notices<br>    Prepare response to Wyoming notice regarding delinquent sales tax | Craig Adams | 4/01/08 | 0.30 | 195.00 | 58.50 |
| BR - Respond to Govt Notices<br>    Assist with response to Wyoming notice regarding delinquent sales tax. | Leah Wheeler | 4/03/08 | 0.20 | 80.00 | 16.00 |
| BR - Respond to Govt Notices<br>    Read Wyoming notices re 1999 sales tax. | Megan Michaels | 8/19/08 | 0.10 | 120.00 | 12.00 |
| | **Total Services** | | 22.50 | | 2,647.50 |
| BR - Image & Review<br>    Document image and review charge. | Administrative Ge | 12/28/07 | 0.00 | 1.00 | 15.00 |
| Bankruptcy Consulting<br>    PACER charges for 1-1-08 to 1-31-08. | Administrative Ge | 2/11/08 | 4.80 | 1.00 | 4.80 |
| BR - 1120 - 2007<br>    Copies charge 2007 tax returns | Administrative Ge | 2/12/08 | 14.80 | 1.00 | 14.80 |
| BR - 1120 - 2007<br>    Computer charge 2007 tax returns | Administrative Ge | 2/12/08 | 135.00 | 1.00 | 135.00 |

| | | | | | |
|---|---|---|---|---|---|
| International Heritage, Inc<br>c/o Mr. Holmes Harden, Trustee<br>P O Drawer 19764<br>Raleigh, NC 27619 | | Invoice Date:<br>Invoice Number:<br>Client Number:<br>Page: | | | December 10, 2008<br>00204383<br>9002 007<br>4 |

*Detail Description:*

| | | | | | |
|---|---|---|---|---|---|
| BR - 1120 - 2007<br>  1st class postage, 2007 tax returns to Trustee | Administrative Ge | 2/13/08 | 2.84 | 1.00 | 2.84 |
| Bankruptcy Consulting<br>  Certified postage: NCDOR 2007 TAX Return | Administrative Ge | 2/19/08 | 6.11 | 1.00 | 6.11 |
| Bankruptcy Consulting<br>  Certified postage: IRS OH 2007 TAX Return | Administrative Ge | 2/19/08 | 5.77 | 1.00 | 5.77 |
| Bankruptcy Consulting<br>  Certified postage: IRS PA 2007 TAX Return | Administrative Ge | 2/19/08 | 5.94 | 1.00 | 5.94 |
| Bankruptcy Consulting<br>  1st class postage, 2 government notice responses | Administrative Ge | 4/04/08 | 1.60 | 1.00 | 1.60 |

|  |  |  |
|---|---|---|
| **Total Expenses** |  | 191.86 |
| Services |  | 2,647.50 |
| Expenses |  | 191.86 |
| **Total** | 22.50 | 2,839.36 |
| Total Invoice Amount | | $2,839.36 |

# Professional Team at Adams, Martin & Associates PA

**Craig A. Adams, CPA**
Craig A. Adams* is a Principal in and Founder of Adams, Martin & Associates PA. He graduated in 1979 with a B.A. in Accounting from North Carolina State University. Mr. Adams is a Certified Public Accountant licensed in the State of North Carolina. He has the Series 6 and Series 66 Investment License. He added bankruptcy to the practice in 1987.

**Elizabeth G. Beatty, CPA**
Elizabeth G. Beatty* graduated from the University of Maryland in 1991 with a B.S. in Accounting. She is a Certified Public Accountant licensed to practice in the states of North Carolina and Maryland. Ms. Beatty has extensive multi-state tax preparation experience. She has worked with a broad range of clients including construction companies, manufacturing companies, service firms, small retail outlets and professional athletes. She worked in Baltimore prior to moving to the Raleigh area.

**Megan Michaels, CPA**
Megan Michaels* graduated Summa cum Laude from the University of North Carolina at Greensboro in 2001 with a B.S. in Accounting. She is a Certified Public Accountant licensed to practice in North Carolina. Ms. Michaels has experience in corporate and individual taxation. She has worked with a broad range of clients including construction companies, manufacturing companies and service firms.

**Kaylor Gregory**
Kaylor Gregory is a paraprofessional who has worked in various accounting positions since 1975. She was the office and accounting manager for an 80+ person law firm. Ms. Gregory has taken various accounting courses through Wake Technical Community College. She has extensive experience in the bookkeeping and payroll fields and is an expert at data analysis. She is a Novell Certified Technician and a Certified QuickBooks Pro Advisor.

**Leah Wheeler**
Leah Wheeler has data processing, database maintenance, report preparation, report analyzing, and accounting experience.

**Richele Spruill**
Richele Spruill is the Firm Accountant/Firm Administrator for Adams, Martin & Associates PA. She graduated from East Carolina University in 1990 with a B.S. in Business Administration. She has extensive human resources, accounting, individual tax and payroll experience. Ms. Spruill manages the Chapter 11 Disbursing Agent duties for the small-sized companies.

**Angela Allor**
Angela Allor graduated from Wake Technical Community College in 2000 with an A.A. Degree in Human Services. Ms. Allor has data processing, database maintenance, report preparation and report analyzing experience.

---

* Members of the American Institute of Certified Public Accountants and North Carolina Association of Certified Public Accountants.

Wednesday, December 10, 2008                                   AMA Team: Page 1 of 2

# Professional Team at Adams, Martin & Associates PA

**Patricia Coggins**

Patricia Coggins graduated from Salem College in 1975 with a B.A. in History and from Meredith College in 1989 with an M.B.A. Prior to joining the ACG Team in 2000, she represented Ashworth, Inc as an independent contractor in the golf industry. Ms. Coggins has data processing, database maintenance, report preparation, report analyzing, and accounting experience.

---

\* Members of the American Institute of Certified Public Accountants and North Carolina Association of Certified Public Accountants.

STATE OF NORTH CAROLINA

COUNTY OF WAKE                                                                                VERIFICATION

Craig A. Adams, being first duly sworn, deposes and says:

That he is the court appointed Certified Public Accountant in the accounting firm of Adams, Martin & Associates PA, the bankruptcy estate's general accountant in this action, and that he has read the foregoing Application for Certified Public Accountant for the Trustee for Interim Allowance of Compensation and Reimbursement of Expenses and prepared the itemization of expenses and detail of services rendered attached to it; that the matters and things alleged therein are true of his own knowledge, except those matters alleged on information and belief and as those he believes the same to be true.

This the 11 day of December 2008.

_____
Craig A. Adams

Sworn to and subscribed before me,
This 11 day of December 2008.

_____
Notary Public

My Commission Expires: 2-14-2012

FeeAppAffidavit,Interim CAA