**SO ORDERED.**

**SIGNED this 14 day of January, 2009.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

```
            UNITED STATES BANKRUPTCY COURT
           EASTERN DISTRICT OF NORTH CAROLINA
                    RALEIGH DIVISION

   IN RE:                              CASE NO.:

   International Heritage, Inc.        98-02675-8-ATS

        DEBTOR                              CHAPTER 7
```

### O R D E R

The matter before the court is the motion to release unclaimed funds filed by Harold B. Scott on January 6, 2009. Mr. Scott did not request a specific amount of funds that he was seeking to recover.

Upon review of the claims register and unclaimed funds reports for this case, the court is unable to find where any money is owed to Mr. Scott. Therefore, the motion to release unclaimed funds is denied without prejudice to the right of Harold B. Scott to refile the motion with proof of a prior claim having been filed. If Mr. Scott can show that a claim was filed, the court will conduct further research into whether or not he is entitled to recovery of unclaimed funds.

"End of Document"