**SO ORDERED.**

**SIGNED this 16 day of January, 2009.**

_____
**A. Thomas Small
United States Bankruptcy Judge**

_____

```
            UNITED STATES BANKRUPTCY COURT
           EASTERN DISTRICT OF NORTH CAROLINA
                   RALEIGH DIVISION
```

| IN RE: | CASE NO.: |
|---|---|
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

### O R D E R

The matter before the court is the order entered October 1, 2008, denying the motion of Dorothy McAteer to withdraw $441.01 in unclaimed funds owed to Dean McAteer. The motion was denied because Ms. Murray had not provided documents substantiating her right to act on behalf of her husband's estate.

On January 12, 2009, Ms. McAteer provided the necessary supporting documentation. Accordingly, the court finds that Ms. McAteer is entitled to recovery of the funds being held by the court. The order entered October 1, 2008 is revoked. A separate order allowing return of the unclaimed funds to Ms. McAteer will be entered.

"End of Document"