**SO ORDERED.**

**SIGNED this 14 day of January, 2009.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

```
          UNITED STATES BANKRUPTCY COURT
        EASTERN DISTRICT OF NORTH CAROLINA
                 RALEIGH DIVISION
```

| | |
|---|---|
| IN RE: | CASE NO.: |
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

### O R D E R

The matter before the court is the motion to release unclaimed funds filed by Harold B. Scott on January 6, 2009. Mr. Scott did not request a specific amount of funds that he was seeking to recover.

Upon review of the claims register and unclaimed funds reports for this case, the court is unable to find where any money is owed to Mr. Scott. Therefore, the motion to release unclaimed funds is denied without prejudice to the right of Harold B. Scott to refile the motion with proof of a prior claim having been filed. If Mr. Scott can show that a claim was filed, the court will conduct further research into whether or not he is entitled to recovery of unclaimed funds.

"End of Document"

# CERTIFICATE OF NOTICE

```
District/off: 0417-5            User: boyette_j           Page 1 of 1              Date Rcvd: Jan 14, 2009
Case: 98-02675                  Form ID: pdf014           Total Served: 1
```

The following entities were served by first class mail on Jan 16, 2009.
  cr        +Harold B. Scott,   2573 Terraced Hill Ct.,   Pottstown, PA 19464-3146

The following entities were served by electronic transmission.
NONE.                                                                                                                                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 16, 2009**                      **Signature:** _Joseph Speetjens_