**SO ORDERED.**

**SIGNED this 16 day of January, 2009.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.:** |
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

O R D E R

The matter before the court is the order entered October 1, 2008, denying the motion of Dorothy McAteer to withdraw $441.01 in unclaimed funds owed to Dean McAteer. The motion was denied because Ms. Murray had not provided documents substantiating her right to act on behalf of her husband's estate.

On January 12, 2009, Ms. McAteer provided the necessary supporting documentation. Accordingly, the court finds that Ms. McAteer is entitled to recovery of the funds being held by the court. The order entered October 1, 2008 is revoked. A separate order allowing return of the unclaimed funds to Ms. McAteer will be entered.

"End of Document"

# CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: boyette_j          Page 1 of 1              Date Rcvd: Jan 16, 2009
Case: 98-02675                Form ID: pdf014          Total Served: 1

The following entities were served by first class mail on Jan 18, 2009.
cr            +Dorothy E. McAteer,   4240 Brook Forest Dr.,   Bessemer, AL 35022-8806

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 18, 2009**                     **Signature:** _/s/ Joseph Speetjens_