**SO ORDERED.**

**SIGNED this 26 day of January, 2009.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In Re:                                                                                    Case No.:

International Heritage, Inc.                                               98-02675-5-ATS

**Debtor(s)**

**Order Denying Release of Unclaimed Funds**

The matter before the court is the motion to release funds filed by Nathaniel Ritter on January 21, 2009. A motion was previously filed by Mr. Ritter requesting the release of these funds. An order allowing the release of $477.55 to Nathaniel Ritter was entered on November 5, 2008 and the check was issued on November 18, 2008. There are no other unclaimed funds being held by the court for Mr. Ritter. Accordingly, the motion filed by Nathaniel Ritter on January 21, 2009, is hereby denied.

**End of Document**