

**SO ORDERED.**

**SIGNED this 26 day of January, 2009.**

_____
**A. Thomas Small**
**United States Bankruptcy Judge**

_____

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In Re:                                                    Case No.:

International Heritage, Inc.                               98-02675-5-ATS

   **Debtor(s)**

**Order For Refund of Unclaimed Funds**

The matter before the court is the motion to release funds filed by Nicole R. Guidry on January 14, 2009.  The motion requests the release of funds in the amount of $882.02.  The funds available for this creditor are $441.01.  A computer error posted the amount on the court's website twice in error.  The court finds that the amount of $441.01 constituting unclaimed funds is declared due to Nicole R. Guidry, 1409 Velma Street, Metairie, LA 70001 as stated in the motion filed in this case.  Accordingly,

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U.S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

**End of Document**

# CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: barnes_da          Page 1 of 1          Date Rcvd: Jan 26, 2009
Case: 98-02675               Form ID: pdf014          Total Served: 1


The following entities were served by first class mail on Jan 28, 2009.
cr           +Nicole R. Guidry,   1409 Velma St.,   Metairie, LA 70001-3221

The following entities were served by electronic transmission.
NONE.                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2009**                    **Signature:**   _Joseph Speetjens_