**SO ORDERED.**

**SIGNED this 26 day of January, 2009.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

United States Bankruptcy Court
Eastern District of North Carolina

| | |
|---|---|
| In Re: | Case No.: |
| International Heritage, Inc. | 98-02675-5-ATS |
| **Debtor(s)** | |

### Order Denying Release of Unclaimed Funds

The matter before the court is the motion to release funds filed by Nathaniel Ritter on January 21, 2009.  A motion was previously filed by Mr. Ritter requesting the release of these funds.  An order allowing the release of $477.55 to Nathaniel Ritter was entered on November 5, 2008 and the check was issued on November 18, 2008.  There are no other unclaimed funds being held by the court for Mr. Ritter.  Accordingly, the motion filed by Nathaniel Ritter on January 21, 2009, is hereby denied.

**End of Document**

# CERTIFICATE OF NOTICE

```
District/off: 0417-5           User: barnes_da              Page 1 of 1             Date Rcvd: Jan 26, 2009
Case: 98-02675                 Form ID: pdf014              Total Served: 1
```

The following entities were served by first class mail on Jan 28, 2009.
  cr        +Nathaniel Ritter,   345 Bomba St.,   Barnewell, SC 29812-2600

The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

 

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2009**               **Signature:** _Joseph Speetjens_