**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 98-02675-5-ATS   Judge: ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Date Filed (f) or Converted (c): | 11/25/98 (f) |
| | | 341(a) Meeting Date: | 12/30/98 |
| For Period Ending: | 12/31/08 | Claims Bar Date: | 03/30/99 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Accounts Receivable  Funds from Brent Wood's special account. Mr. Wood said funds were from credit card processes and a small liquidation of assets on Wicker Drive. | Unknown | 0.00 | | 12,019.61 | FA | 0.00 | 0.00 |
| 2. Funds in Bank Account  Centura Bank CD Acct. #0219785949 to close | Unknown | 0.00 | | 26,559.96 | FA | 0.00 | 0.00 |
| 3. Refunds-Income Tax | Unknown | 737.49 | | 737.49 | FA | 0.00 | 0.00 |
| 4. Payment on Judgment for Embezzlement | Unknown | 6,386.68 | | 6,386.68 | FA | 0.00 | 0.00 |
| 5. Refunds-Other | Unknown | 7,563.74 | | 12,316.22 | 0.00 | 0.00 | 0.00 |
| 6. Golf logo | Unknown | 0.00 | | 500.00 | FA | 0.00 | 0.00 |
| 7. Merchant Bankcard refunds | Unknown | 0.00 | | 955.93 | FA | 0.00 | 0.00 |
| 8. Auction Proceeds | Unknown | 22,635.00 | | 22,635.00 | FA | 0.00 | 0.00 |
| 9. Sale of database list | Unknown | 15,000.00 | | 15,000.00 | FA | 0.00 | 0.00 |
| 10. Cash Bonds 98CV011169 | Unknown | 2,500.00 | | 10,000.00 | FA | 0.00 | 0.00 |
| 11. Post-Petition Interest Deposits (u) | 0.00 | 280,632.39 | | 464,098.06 | 0.00 | 0.00 | 0.00 |
| 12. Postage Refund  Postage Meter refund | Unknown | 0.00 | | 7,292.15 | FA | 0.00 | 0.00 |

LFORM1EX

Ver: 12.63

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Case No: 98-02675-5-ATS   Judge: ATS  
Case Name: INTERNATIONAL HERITAGE INC.  
Trustee Name: HOLMES P. HARDEN, TRUSTEE  
Date Filed (f) or Converted (c): 11/25/98 (f)  
341(a) Meeting Date: 12/30/98  
Claims Bar Date: 03/30/99

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 13. Executive Risk Settlement | Unknown | 1,787,500.00 | | 1,787,500.00 | FA | 0.00 | 0.00 |
| 14. SEC Settlement<br>First scheduled payment on settlement | Unknown | 0.00 | | 4,315,308.30 | FA | 0.00 | 0.00 |
| 15. Preference Payments (u) | Unknown | 0.00 | | 485,684.27 | FA | 0.00 | 0.00 |
| 16. Collection (u)<br>Collection of Duke Realty Rent | Unknown | 0.00 | | 6,000.00 | FA | 0.00 | 0.00 |
| 17. Erie Insurance Settlement | Unknown | 0.00 | | 60,000.00 | FA | 0.00 | 0.00 |
| 18. Kecia Peterson Judgment (u)<br>Paid off in full on 11/1/04 | 0.00 | 17,332.99 | | 17,332.99 | FA | 0.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $0.00   $2,140,288.29   $7,250,326.66   $0.00   $0.00   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

See court docket for form 2 filed with the court on January 29, 2009.  Trustee disbursed the second and final distribution of SEC funds on 12/19/08.

A final distribution of funds is pending and will occur in 2009.

Initial Projected Date of Final Report (TFR): 12/30/01   Current Projected Date of Final Report (TFR): 12/31/09

LFORM1EX

Ver: 12.63

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:     98-02675-5-ATS    Judge: ATS                   Trustee Name:                     HOLMES P. HARDEN, TRUSTEE
Case Name:   INTERNATIONAL HERITAGE INC.                    Date Filed (f) or Converted (c):  11/25/98 (f)
                                                            341(a) Meeting Date:              12/30/98
                                                            Claims Bar Date:                  03/30/99

           /s/    HOLMES P. HARDEN, TRUSTEE
  _____ Date: 01/29/09
           HOLMES P. HARDEN, TRUSTEE