**SO ORDERED.**

**SIGNED this 03 day of February, 2009.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

**United States Bankruptcy Court**
**Eastern District of North Carolina**

| In Re: | Case No.: |
|---|---|
| International Heritage, Inc. | 98-02675-5-ATS |
| **Debtor(s)** | |

**Order Revoking Order For Release of Unclaimed Funds**

The matter before the court is the Order Granting Motion to Release Funds entered on January 29, 2009 as to Pamela K. Young. The order was erroneously entered as the motion filed by Ms. Young was deficient. The required social security number was omitted and the claimant's mailing address was not complete.. A deficiency notice was mailed on January 26, 2009. To date the deficiencies have not been corrected. Accordingly, the Order Granting Motion to Release Funds entered on January 29, 2009, is revoked.

**End of Document**