**SO ORDERED.**

**SIGNED this 05 day of February, 2009.**

_____
**A. Thomas Small**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. | ) |
| | ) CHAPTER 7 |
| | ) |
| Debtor. | ) |

**Order Allowing Sixth Interim Fees For Accountant for Trustee**

This matter comes on for consideration upon the Accountant for Trustee's Sixth Application for Interim Compensation from December 1, 2007 through November 30, 2008 and Reimbursement of Expenses for the same period, and Notice mailed to creditors in this case and the court having considered the factors affecting the interim compensation requested, it is ordered that the following interim fees and expenses be, and they hereby are allowed:

| | |
|---|---|
| Accountant for Trustee interim fees | $2,647.50 |
| Accountant for Trustee interim expenses | $ 191.86 |

SO ORDERED.

**End of Document**

574076