Annette Hunter
3397 Larch Pine Dr
Duluth GA 30096

FILED
FEB 05 2009
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.



Here is proof of identity

Case # 98 02675-5-A75
Date filed Nov 25 1998

Sincerely Annette M Hunter