**SO ORDERED.**

**SIGNED this 03 day of February, 2009.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In Re:                                                                                   Case No.:

International Heritage, Inc.                                                98-02675-5-ATS

    **Debtor(s)**

**Order Revoking Order For Release of Unclaimed Funds**

The matter before the court is the Order Granting Motion to Release Funds entered on January 29, 2009 as to Pamela K. Young.  The order was erroneously entered as the motion filed by Ms. Young was deficient.  The required social security number was omitted and the claimant's mailing address was not complete..  A deficiency notice was mailed on January 26, 2009.  To date the deficiencies have not been corrected.  Accordingly, the Order Granting Motion to Release Funds entered on January 29, 2009, is revoked.

**End of Document**

# CERTIFICATE OF NOTICE

```
District/off: 0417-5            User: barnes_da             Page 1 of 1                  Date Rcvd: Feb 03, 2009
Case: 98-02675                  Form ID: pdf014             Total Served: 1

The following entities were served by first class mail on Feb 05, 2009.
cr           +Pamela Kaye Young,   662 Parker Road,   Coupeville, WA 98239-3621

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 05, 2009**                          **Signature:** _Joseph Speetjens_