UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: | CASE NO: |
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

# REPORT ON UNCLAIMED DIVIDENDS

    HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

  1.  That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---:|
| ELIZABETH G. AARON<br>2795 PEACHTREE ROAD B4<br>ATLANTA, GA 30305 | 7.05 |
| TIFFANY S. ABERNATHY<br>2343 BARWYN PLACE NORTH<br>CORDOVA, TN 38018 | 67.08 |
| LAWRENCE ABRAMS<br>3900 SPRING VALLEY RD.<br>BIRMINGHAM, AL 35223 | 138.98 |
| TATJANA L. ACKER<br>455 SILVERTHORNE PT<br>LAWRENCEVILLE, GA 30043 | 40.91 |
| ACO ENTERPRISES<br>1516 KENWOOD DR.<br>ARANSAS PASS, TX 78336 | 149.26 |
| MARIA ACOSTA<br>14651 S.W. 50. ST.<br>MIAMI, FL 33175 | 114.26 |

| | |
|---|---:|
| CAROLYN F. ADAMS<br>3403 WELLINGTON<br>WICHITA FALLS, TX 76305 | 132.06 |
| MATTHEW L. ADAMS<br>2012 WENONAH AVE<br>WICHITA FALLS, TX 76309 | 132.13 |
| HEATHER A. ADKINS<br>1670 MT. OLIVE ROAD<br>QUITMAN, LA 71268 | 17.63 |
| JAMES B. AIME, JR.<br>821 PONTABLA STREET<br>NEW ORLEANS, LA 70124 | 27.76 |
| DEBORAH A. ALAIMO<br>2294 7TH STREET<br>EAST MEADOW, NY 11554 | 17.63 |
| DIANE E. ALAIMO<br>2294 SEVENTH STREET<br>EAST MEADOW, NY 11554 | 17.63 |
| MARK ALANO<br>644 OAKWOOD DR. #1<br>SPARKS, NV 89431 | 116.39 |
| CRAIG Z. ALDER<br>1814 E 130TH S<br>SPANISH FORK, UT 84660 | 125.20 |
| ELLEN ALDRICH<br>8 PINE TREE CIRCLE<br>PELHAM, MA 1002 | 133.68 |
| DAVID S. ALISAUSKI<br>1515 RIO GRANDE #1415<br>PLANO, TX 75075 | 133.90 |
| C.L. ALLEN<br>800 W HWY 82<br>NOCONA, TX 76255 | 17.63 |
| KELLY M. ALLEN | 78.92 |

| | |
|---|---:|
| 23 BRISBANE GLEN<br>ST. CATHARINES, ON L2N3L2<br>FOREIGN, FN 99999 | |
| MARCY ALLEN<br>1207 MARSTELLER AVENUE<br>COLLEGE STATION, TX 77840 | 61.60 |
| MYRNA J. ALLEN<br>2301 HIGHLAND AVE<br>EVERETT, WA 98201 | 133.87 |
| PATRICIA A ALLEN<br>POST BOX 738<br>MARSHVILLE, NC 28103 | 62.85 |
| SHARON K. ALLEN<br>14 MI NE OF ORLA<br>ORLA, TX 79770 | 110.22 |
| TIMOTHY R. ALLOWITZ<br>1290 WALNUT AVE.<br>GRAND JUNCTION, CO 81501 | 27.70 |
| KEN AMBROSE<br>1516 KENWOOD DR.<br>ARANSAS PASS, TX 78336 | 35.27 |
| HENRY L. ANDERSON<br>4600 ELMWOOD<br>WICHITA FALLS, TX 76303 | 26.26 |
| KELLY R. ANDERSON<br>3810 LONG MEADOW DRIVE<br>MEBANE, NC 27302 | 152.45 |
| OFELIA N ANDERSON<br>506 AVOCADO DRIVE<br>LA FERIA, TX 78559 | 53.61 |
| VICTOR ANDERSON<br>516 E MAIN<br>WHT SULPHUR SPR, MT 59645 | 17.63 |
| LEANN ANGLIN<br>5831 FERN AVE. | 81.12 |

| | |
|---|---:|
| SHREVEPORT, LA 71105 | |
| CHAD W. ANNUNZIATA<br>4411 B. ABERDEEN DR.<br>MOUNT LAUREL, NJ 08054 | 62.28 |
| WAHNESE A. ANTONIONI<br>21 CLASSIC AVE.<br>TORONTO, ON M5S 2Z3<br>FOREIGN, FN 99999 | 30.94 |
| JIAN AO<br>1170 KENSINGTON RD.<br>TEANECK, NJ 7666 | 52.90 |
| ALEXANDER AREFOLOV<br>1298 COMMONWEACTH AVE. APT D.<br>ALLSTON, MA 02134 | 52.91 |
| MARY J. ARGUELLO<br>22518 VISTA VALLEY<br>KATY, TX 77450 | 63.36 |
| ELIZABETH F. ARMSTRONG<br>4611 SPANISH TRACE NO. J-2<br>WICHITA FALL, TX 76310 | 61.53 |
| LEOLA H. ARMSTRONG<br>730 PARKSIDE DR.<br>PORT TOWNSEND, WA 98368 | 45.70 |
| JOHNNIE ARNOLD<br>1317 SARATOGA DR<br>ALPHARETTA, GA 30022 | 62.92 |
| JERALINE S. ARTIS<br>11996 BRICE HOUSE COURT<br>WOODBRIDGE, VA 22192 | 133.26 |
| DEBBIE L. ASHIDA<br>301 N. MAIN<br>ULYSSES, KS 67880 | 149.50 |
| LORI A. ASHIDA<br>301 N. MAIN<br>ULYSSES, KS 67880 | 114.23 |

| | |
|---|---:|
| SUSAN K. ASHIDA-BUTLER<br>228 N. 10TH<br>PARSONS, KS 67357 | 114.24 |
| HONDA L. ASHWORTH<br>816 BANKENS ROAD<br>SULPHUR, LA 70663 | 63.40 |
| ROSEMARY ASKINS<br>3100 CHARRING CROSS<br>PLANO, TX 75025 | 17.63 |
| MAUDREY B. ATKINSON<br>BOX 1356<br>STARKE, FL 32091 | 62.85 |
| CAROLE AUGARE<br>CORNER OF JOHNSON & AUGARE<br>CUT BANK GLACIE, MT 59427 | 62.78 |
| JANICE C. AUSTIN<br>537 UPSALL DR<br>ANTIOCH, TN 37013 | 133.58 |
| JEAN B. AVERETTE<br>7734 BROKER AVE.<br>BATON ROUGE, LA 70817 | 61.09 |
| LISA AVERILL<br>6591 REFLECTION DRIVE #208<br>SAN DIEGO, CA 92124 | 54.67 |
| DIANA L. AYALA<br>216 COLLEGE ST. #4<br>GARDEN CITY, KS 67846 | 52.90 |
| JEFF W. AYLING<br>1210 SO 72 AVE APT K86<br>YAKIMA, WA 98908 | 159.63 |
| DEBBY BAILEY<br>RT. 1, BOX 263<br>ARCHIE, MO 64725 | 96.59 |
| KERISSA M. BAILEY | 27.93 |

| | |
|---|---:|
| 908 MAGNOLIA DR.<br>SYLACAUGA, AL 35150 | |
| ROBERT BAILEY JR.<br>3896 16TH ST.<br>WYANDOTTE, MI 48192 | 63.20 |
| PARAM PS BAINS<br>13745 56TH AVE SOUTH APT# B302<br>TWKWILA, WA 98168 | 157.59 |
| CHRIS J. BAIR<br>3507 SW 29TH TERR #1<br>TOPEKA, KS 66614 | 52.90 |
| JANICE M BAKER<br>104 PEAFOWL DRIVE<br>BLYTHEWOOD, SC 29016 | 52.90 |
| PATRICIA L. BAKER<br>ROUTE 2 BOX 58B<br>HASKELL, OK 74436 | 17.63 |
| TARA L. BALCH<br>P O BOX 142<br>SILVER LAKE, KS  66539-0142 | 52.90 |
| FRED BALDWIN<br>7601 TIMBERLAKE RD.<br>LYNCHBURG, VA 24502 | 27.47 |
| NANDA BALJIT<br>1365 MOREHEAD DRIVE<br>ANN ARBOR, MI 48103 | 28.11 |
| DIANE BALSAMO<br>3640 S. 16TH ST.<br>MILWAUKEE, WI 53221 | 63.13 |
| TONY BAN<br>142-33 60 AVE.<br>FLUSHING, NY 11355 | 123.44 |
| ROLAND T. BANDA<br>94106 POAILANI CIRCLE<br>WAIPAHU, HI 96797 | 130.49 |

| | |
|---|---:|
| I. KAREN BANNON<br>POST OFFICE BOX 285<br>WINFIELD, KS 67156 | 105.81 |
| JIN LIANG BAO<br>111 S. BARRANCA ST. #225<br>W COVINA, CA 91791 | 52.90 |
| LIU BAOKU<br>147-37 ROOSEVELT APT #1G<br>FLUSHING, NY 11354 | 17.63 |
| KELLY H BARACKER<br>P.O. BOX 8103<br>COLUMBIA FALLS, MT 59912 | 52.90 |
| MELISSA A. BARAN<br>303 FOXCROFT DRIVE<br>WINSTON-SALEM, NC 27103 | 62.14 |
| TERRY G BARBER<br>204 MOCKINGBIRD<br>HOOKS, TX 75561 | 44.28 |
| ERIC C. BAREFOOT<br>104 MONMOUTH COURT<br>GREER, SC 29650 | 62.78 |
| OPAL FAYE BARNES<br>5404 SOMERSET DRIVE<br>AMARLILLO, TX 79109 | 28.09 |
| RICHARD H. BARNES II<br>5404 SOMERSET DR.<br>AMARILLOW, TX 79109 | 31.67 |
| SHELLEY BARNES<br>7132 MUSTANG RD.<br>SHEPHERD, MT 59079 | 52.90 |
| AMY E. BARR<br>10114 TRACY AVE.<br>KANSAS CITY, MO 64131 | 52.90 |
| CAROL W. BARR | 52.90 |

| | |
|---|---:|
| 10114 TRACY AVE.<br>KANSAS CITY, MO 64131 | |
| JAMES M. BARR<br>10114 TRACY AVE.<br>KANSAS CITY, MO 64131 | 52.90 |
| SHEILA L. BARRETT<br>1115 JETTON DR.<br>MURFREESBORO, TN 37130 | 60.73 |
| KERRY S. AND JAMES BARRETTA<br>738 ST. ALBANS DRIVE<br>BOCA RATON, FL 33486 | 63.21 |
| DANIEL M. BARROW<br>71 SEAVIEW<br>BUYNTON BEACH, FL 33435 | 67.22 |
| MISTY D. BARRY<br>5412 PAGE DR<br>WICHITA FALLS, TX 76306 | 52.90 |
| JOYCE M. BARTLEY<br>322 KING CHARLES CIRCLE<br>SUMMERVILLE, SC 29485 | 17.63 |
| ROD R. BATKE<br>1515 COEURD'ALENE STREET #251<br>RATHDRIM, ID 83858 | 52.90 |
| NANCY C. BEACH<br>RD. #2 EISMAN RD.<br>ARKPORT, NY 14807 | 89.00 |
| LESTER BEAIRD JR.<br>4110 BELOIR PARK DR.<br>KATY, TX 77450 | 63.01 |
| JANIE W BEAL<br>2660 HWY 4<br>JONESBORO, LA 71251 | 62.85 |
| **TOTAL** | **5,936.51** |

    2.    That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

    WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    February 11, 2009

                                s/s Holmes P. Harden
                                Holmes P. Harden, Trustee
                                State Bar No. 9835
                                Post Office Drawer 19764
                                RALEIGH, NC  27619-9764
                                Telephone: (919) 981-4000
                                Facsimile: (919) 981-4300