UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| JIABIN AN<br>429 N CURTIS AVE #4<br>ALHAMBRA, CA 91801 | 126.97 |
| CYNTHIA L. BECHARD<br>15923 SMOKEY PT. BLVD., UNIT B<br>ARLINGTON, WA 98223 | 63.00 |
| HOLLY C. BECK<br>533 OAKCREST LANE<br>COPPELL, TX 75019 | 61.33 |
| SUSAN J. BECKETT<br>9920 97 ST BOX 396<br>WEMBLEY, AB T0H3S0<br>FOREIGN, FN 99999 | 72.69 |
| SARAH BEECHINOR<br>RT. 3, BOX 305<br>WALLA WALLA, WA 99362 | 19.40 |
| MARY K. BEIL<br>ROCK CREEK RD. | 119.91 |

| | |
|---|---:|
| HINSDALE VALLEY, MT 59241 | |
| KIMBERLY K. BELL<br>RT 7 BOX 21<br>GALAX, VA 24333 | 62.74 |
| RHONDA BELL<br>3225A CREST HWY.<br>THOMASTON, GA 30286 | 52.90 |
| MICHAEL C. BELLARD<br>328 GENEVIEVE DRIVE<br>LAFAYETTE, LA 70503 | 132.08 |
| DANNY A. BENHAM<br>1357 PECAN RIDGE<br>MIDLOTHIAN, TX 75065 | 105.81 |
| MARY SUE BENNETT<br>145 CEDAR VIEW DRIVE LOT 7<br>MURFREESBORO, TN 37130 | 400.25 |
| TERRY BENNETT<br>RR #1, BOX 195 K<br>MILL HALL, PA 17751 | 17.63 |
| ELLA S. BENOZA<br>635 PROSPECT AVENUE<br>SOUTH PASADENA, CA 91030 | 17.63 |
| TERRI J. BENTLEY<br>3076 ODENA RD. NORTH<br>SYLACAUGA, AL 35150 | 133.53 |
| DYLAN BERG<br>103A BRANEGAN COURT<br>BOZEMAN, MT 59715 | 132.26 |
| ALEXANDER BERIC<br>458 N CALLE SANTA ROSA<br>PALM SPRINGS, CA 92262 | 134.02 |
| MICHAEL L. BERNIER<br>1216 9TH AVENUE E.<br>TWIN FALLS, ID 83301 | 133.67 |

| | |
|---|---:|
| TAMMY K. BERRY<br>3306 E. UNIVERSITY<br>URBANA, IL 31802 | 64.85 |
| VICTORIA O. BERRY<br>2999 SMITH SPRINGS ROAD #B23<br>NASHVILLE, TN 37217 | 63.15 |
| HELEN BESELIN<br>BOX 444<br>LA CONNER, WA 98257 | 63.33 |
| JIMMY L. BEVERS<br>406 SHERMAN ST.<br>NOCONA, TX 76255 | 123.44 |
| RUDRESH BIHALLI<br>3380 RIVER SUMMIT TRAIL<br>DULUTH, GA 30097 | 123.44 |
| KENNY J. BILLINGS<br>804 S. MAIN ST.<br>GALAX, VA 24333 | 27.44 |
| SHERRI K. BILLINGTON<br>1011 OLD FARM ESTATES<br>HUTCHINSON, KS 67502 | 63.25 |
| LINDA C BIMLE<br>726 SHERRY DRIVE<br>SULPHUR, LA 70663 | 52.90 |
| JIANG BIN<br>1700 BUTLER PIKE<br>APT. 36D<br>CONSHOHOCKEN, PA 19428 | 158.86 |
| BARRY BISHOP<br>3815-50TH, SUITE 16<br>LUBBOCK, TX 79413 | 28.07 |
| CHAD & TINA BISHOP<br>5201 TOMAH CIRCLE<br>COLORADO SPRING, CO 80918 | 52.90 |
| STEPHEN J. BITGOOD | 35.27 |

| | |
|---|---:|
| 7640 PROVINCIAL DR., #207<br>MC LEAN, VA 22102 | |
| BIZNET INTERNATIONAL NETWORKIN<br>5858 WEST RIVERBEND LANE<br>BOISE, ID 83703 | 141.08 |
| MARSHA F. BJORKLUND<br>2910 BLUFFVIEW DRIVE<br>GARLAND, TX 75043 | 128.73 |
| JANIS O. BLACKBURN<br>2399 SHIRE COURT<br>AUSTELL, GA 30106 | 27.58 |
| BRENDA G. BLACKMON<br>4375 HOGAN ROAD<br>DEATSVILLE, AL 36022 | 123.44 |
| JUDY D. BLACKMON<br>100 EDGEWOOD CIRCLE<br>ONEONTA, AL 35121 | 133.88 |
| CAROL A BLACKSTOCK<br>921 N BANNING<br>MARSHFIELD, MO 65706 | 29.40 |
| DAVID SCOTT BLACKEWLL<br>2408 MAGAZINE ST. APT. A<br>NEW ORLEANS, LA 70130 | 153.48 |
| DAVID M. BLADT<br>18511 EGRET BAY APT. 206<br>HOUSTON, TX 77574 | 20.17 |
| JAMES C. BLAIR<br>129 RANCH LAND GAP<br>WILLIAMSON, GA 30292 | 52.90 |
| JOHN E. BLAIR<br>1506-B WINDWARD DRIVE<br>KILLEEN, TX 76543 | 25.98 |
| DIANE H. BLAKE<br>401 POWELL ROAD<br>MARTIN, TN 38237 | 61.10 |

| | |
|---|---:|
| PATRICIA E. BLANCHETTE<br>UNIT #1 -210 RAILWAY AVE. BOX 1087<br>ASHCROFT, BC V0K1A0<br>FOREIGN, FN 99999 | 134.13 |
| LISA J BLEDSOE<br>500 S. STREVELL AVE.<br>MILES CITY, MT 59301 | 59.04 |
| RANDY J. BLENKLE<br>417 NUGGET DR.<br>ROGUE RIVER, OR 97537 | 45.67 |
| MARIE E. BLOOMER<br>10831 SAGERIVER DRIVE<br>HOUSTON, TX 77089 | 22.92 |
| BONNIE L. BLUM<br>1520 TENNESSEE<br>LAKE CHARLES, LA 70607 | 133.92 |
| CARL A. BLUMBERG<br>6504 WELCH AVENUE<br>FORT WORTH, TX 76133 | 59.20 |
| EMMANUEL & FRANCES BOBADILLA<br>8157 DELRIDGE WAY, S.W., #3<br>SEATTLE, WA 98106 | 133.92 |
| REGINA BODDY<br>343 WILLOW AVE.<br>BILOXI, MS 39531 | 26.12 |
| MARY M. BOND<br>6581 AMBLESIDE DR.<br>COLS, OH 43229 | 133.67 |
| RAHNISHA T. BOONE<br>7050 JOHN T. WHITE RD. #1038<br>FORT WORTH, TX 76016 | 137.55 |
| RON & KAREN BOQUIST<br>188 BOROVEC ROAD<br>CHEHALIS, WA 98532-8714 | 52.90 |

| | | |
|---|---|---:|
| BETTY DR. BORSA<br>1104 ASCOTT VALLEY DR.<br>DULUTH, GA 30097 | | 70.54 |
| SALLY BOS<br>5427 HARBORTOWN DRIVE<br>DALLAS, TX 75287 | | 17.63 |
| RICHARD G. BOWEN<br>505 N. LIMESTONE ST.<br>GAFFNEY, SC 29340 | | 123.44 |
| NAOMI K BOWERS<br>801 7TH STREET<br>HAVRE, MT 39501 | | 133.32 |
| MELINDA K. BOWMAN<br>304 S. JORDAN<br>MILES CITY, MT 59301 | | 60.66 |
| RANDALL L. BOWMAN<br>307 F WELBORN STREET<br>THOMASVILLE, NC 27360 | | 61.32 |
| LUCILLE E. BOWYER<br>1209A CALHOUN ST.<br>CHILLICOTHE, MO 64601 | | 27.93 |
| MARTY W. BOYD<br>4510 BOB WALLACE AVE<br>HUNTSVILLE, AL 35805 | | 115.05 |
| BRENDA E. BOYKIN<br>8830 CLOISTER DRIVE, APT. B<br>MYRTLE BEACH, SC  29575-4893 | | 60.93 |
| BRENDA L. BRADLEY<br>102 W MIDLAND<br>SHAWNEE, OK 74801 | | 13.97 |
| MICHAEL J. BRADLEY<br>985 COBBLERS CROSSING ROAD<br>ELGIN, IL 60120 | | 137.55 |
| KELLI D. BRADSHAW<br>867 GARDEN OF EDEN | | 52.90 |

| | |
|---|---:|
| SEDRO VALLEY, WA 98284 | |
| LARRY & CAROLYN BRALY<br>1519 WEST FAIRMONT<br>LONGVIEW, TX 75604 | 133.90 |
| GINNY N. BRANDENBURGER<br>1006 LONG<br>GARDEN CITY, KS 67846 | 114.23 |
| PAMELA A BRANUM<br>713 S MOORE RD HAMILTON<br>CHATTANOOGA, TN 37412 | 52.90 |
| MICHELE R. BRASHEAR<br>955 WATER ST.<br>PORT TOWNSEND, WA 98368 | 80.97 |
| JOAN L BRASWELL<br>2877 STEWART RD<br>OCHLOCKNEE, GA 31773 | 133.74 |
| BONI L. BRAUNBECK<br>1106 W. SPRING<br>LEWISTOWN, MT 59457 | 27.16 |
| DORIS WOODS F. BRAYBOY<br>ROUTE #1 BOX 431<br>PEMBROKE, NC 28372 | 131.82 |
| ANNA BREAUX<br>979 LYDIA<br>ORANGE, TX 77632 | 63.38 |
| DON BREWER<br>9248 BRIDGE POINTE<br>MONTGOMERY, AL 36117 | 28.07 |
| CYNTHIA A. BRIDEN<br>17046 GLENEAGLE DR. S<br>CONROE, TX 77385 | 123.44 |
| SAUL M. BRIDGES<br>1516 E. STEWART AVE<br>LAS VEGAS, NV 89101 | 123.44 |

| | |
|---|---:|
| JOSEPH A. BRIGHTWELL<br>175 PEBBLE CREEK DR.<br>ATHENS, GA 30683 | 123.44 |
| PAUL W. BROADBENT<br>100 HOLLOW TREE #1048<br>HOUSTON, TX 77090 | 63.36 |
| BROADEN HORIZON INTER'L INC<br>91-31 QUEENS BLVD SUITE 317<br>ELMHURST, NY 11373 | 123.44 |
| DRAKE A BRODAHL<br>623 S. BLAINE STREET<br>MOSCOW, ID 83843 | 68.77 |
| BEVERLY J. BROOKS<br>206 S. DEPOT STREET<br>PILOT MOUNTAIN, NC 27041 | 68.29 |
| JULIE A. BROOKS<br>3986 DREAM CATCHER DRIVE<br>WOODSTOCK, GA 30189 | 82.15 |
| MINIO F. BROUSE<br>8727 CLOVERLEAF DR.<br>HAYDEN LAKE, ID 83835 | 133.67 |
| CLAYTON BROUSSARD<br>13111 EASTSIDE ACRES<br>ERATH, LA 70533 | 64.46 |
| ANITA BROWN<br>2902 WESDELL LANE NW<br>CLEVELAND, TN 37312 | 82.85 |
| BETTY R. BROWN<br>701 LEGACY #1515<br>PLANO, TX 75023 | 70.54 |
| HORACE E. BROWN<br>701 LEGACY #1515<br>PLANO, TX 75023 | 52.90 |
| JUDITH A BROWN<br>1640 TANDA LANE | 158.50 |

| | |
|---|---:|
| WENATCHEE, WA 98801 | |
| KIM A. BROWN<br>RR1 BOX 605<br>BIG SANDY, MT 59520 | 20.81 |
| MICHELLE S. BROWN<br>RT. 81 BOX 21<br>BOZOO, WV 24963 | 134.02 |
| RUSSELL D. BROWN<br>ROUTE 2, BOX 369<br>NEW BOSTON, TX 75570 | 17.63 |
| BEVERLY BRUBAKER<br>8021 SO. CEDAR ST.<br>LITTLETON, CO 80120 | 133.58 |
| AMY M. BRUMFIELD<br>629 COPAL ST.<br>MANDEVILLE, LA 70448 | 52.90 |
| BILL BRYANT, JR.<br>122 SPRING VALLEY ROAD<br>NASHVILLE, TN 37214 | 52.90 |
| KAREN S. BRYANT<br>13 CARDINAL COURT<br>STOCKBRIDGE, GA 30281 | 27.51 |
| TIM D. BRYANT<br>1324 PRUITT HILL DRIVE #304<br>NACOGDOCHES, TX 75961 | 61.60 |
| WILLIAM C BUBB<br>RD 4, BOX 225<br>MILL HALL, PA 17751 | 52.90 |
| PETER A. BUCHBERGER<br>955 WATER ST.<br>PORT TOWNSEND, WA 98368 | 63.01 |
| JENNIFER M. BUCHMANN-<br>CUNNINGHAM<br>24 EAST BIRCH<br>THREE FORKS, MT 59752 | 45.14 |

| | |
|---|---:|
| KRISTI L. BUCK<br>418 CORYDON<br>HUFFMAN, TX 77336 | 52.90 |
| SEAN R. BUDDENHAGEN<br>RR 1 BOX 102<br>BRONAUGH, MO 64728 | 64.39 |
| SALLY J. BUGANSKI<br>332 E. LAUDER LN.<br>CAMANO ISLAND, WA 98292 | 52.90 |
| JOYCE E. BULLUCK<br>11819 HIGH DESERT CT.<br>JACKSONVILLE, FL 32218 | 61.33 |
| NANCY L. BULLOCK<br>2308 WICKERSHAM LN., APT. 1806<br>AUSTIN, TX 78741 | 26.18 |
| GUSTAVO B. BULLON<br>12 KINGSPORT DRIVE<br>SCHAUMBURG, IL 60193 | 17.63 |
| MICHAEL BUONO<br>50 S. U.S. HWY. 1, SUITE 313<br>JUPITER, FL 33477 | 148.13 |
| ALAN L. BURCH<br>3203 HILLCREST<br>HAYS, KS 67601 | 52.90 |
| GEORGE D. BURGESS<br>P.O. BOX 7077<br>CHANDLER, AZ 85246 | 89.71 |
| DON K BURGETT<br>416 LORNA SQUARE<br>BIRMINGHAM, AL 35216 | 52.90 |
| BURKE EARL S<br>2353 KENTUCK WAY<br>NORTH BEND, OR 97459 | 68.92 |
| BOB BURKETT | 123.44 |

| | |
|---|---:|
| 301 W. HWY 82<br>SYLVESTER, GA 31791 | |
| BARBARA L. BURLESON<br>2010 SANTE FE APT. 125<br>WICHITA FALLS, TX 76309 | 63.34 |
| LILLIAN P. BURNETT<br>9045 W. HATCHER RD.<br>PEORIA, AZ 85345 | 25.39 |
| CYNTHIA B. BURNS<br>9711 SMOKEFEATHER LN.<br>DALLAS, TX 75243 | 132.13 |
| DAVID BURT<br>1939 GREEN RD #210<br>CLEVELAND, OH 44121 | 44.84 |
| RYAN K. BUSCH<br>7029 HELWEG LANE<br>BLAINE, WA 98230 | 17.63 |
| SUSAN K. BUSH<br>113 SEA HAMMAK WAY<br>PONTE VEDRA BEA, FL 32082 | 65.14 |
| JUDY BYRD<br>530 WARNER STREET #4<br>SEDRO, WA 98284 | 133.87 |
| LISA R. BYRNES<br>314 W. GREENLAWN<br>LANSING, MI 48910 | 133.74 |
| SHIPING CAI<br>92-29 QUEEN BLVD., APT. 14E<br>REGO PARK, NY 11374 | 133.55 |
| XIAOLI CAI<br>88-36 50 AVE. ELMHURST<br>NEW YORK, NY 11373 | 133.55 |
| YING CAI<br>30 SOUTH ADELAIDE AVENUE<br>APT, F | 142.41 |

| | |
|---|---:|
| HIGHLAND PARK, NJ 08904 | |
| ALBERT WILLIAM CAIAZZA<br>136 LAFAYETTE AVENUE<br>ANNAPOLIS, MD 21401 | 63.20 |
| KRISTIN R. CALCUT<br>12910 S.E. 240TH APT. H-8<br>KENT, WA 98031 | 132.26 |
| SETH T CALKINS<br>816 AVENUE B<br>BILLINGS, MT 59102 | 14.11 |
| JAN E. & KAREN CALLEN<br>2014 MEADOW SPRINT<br>MARTINSBURG WV 25401 | 123.44 |
| ALFONSO CALVANESE<br>166 ALTHEA ST.<br>WEST SPRINGFIEL, MA 01089 | 133.68 |
| LARRY W. CAMERON<br>743 BAKER RD.<br>CAMERON, NC 28326 | 133.39 |
| JUDITH C. CAMPBELL<br>975 HOLLY LANE<br>CANTON, GA 30115 | 30.03 |
| ANNEKA CANNELLA<br>103 JANEZ PLACE<br>PINEVILLE, LA 71360 | 5.55 |
| CARLOS CANTU<br>733 S. PARKER RD.<br>LA FERIA, TX 78559 | 63.36 |
| AI QUN CAO<br>201 N. MONTEREY ST<br>APT #1<br>ALHAMBRA, CA 91801 | 52.91 |
| BAOAN CAO<br>720 10TH AVE #1<br>NEW YORK, NY 10019 | 131.64 |

| | |
|---|---|
| JIE CAO<br>724 S. CHAPEL AVE. #13<br>ALHAMBRA, CA 91801 | 17.63 |
| YILIN CAO<br>67 FRANK ST. APT #173<br>WORCESTER, MA 1604 | 52.91 |
| YUYING CAO<br>5713 S. GRANT ST. #F<br>HINSDALE, IL 60521 | 123.44 |
| HERMAN J. CAPERS JR.<br>15 SPLIT TREE RD.<br>SCARSDALE, NY 10583 | 123.44 |
| CAPSHAW PEGGY<br>175 DANIEL LANE<br>WEST BLOCTON, AL 35184 | 62.99 |
| JOHN A. CARICO<br>833 FRIES RD<br>GALAX, VA 24333 | 27.47 |
| SHANE P. CARLEY<br>4002 287 AVE. SE<br>FALL CITY, WA 98024 | 17.63 |
| PAULA CARMAN<br>705 HOOPER RD<br>TIOGA, LA 71477 | 69.13 |
| RETA L. CARNEY<br>5419 BEVERLY LANE<br>EVERETT, WA 98203 | 83.29 |
| GUY M. CARPENTER<br>1778 HILL COURT<br>BURLINGTON, WA 98233 | 133.87 |
| KATHY CARPENTER<br>2941 DIMRILL STAIR<br>MANHATTAN, KS 66503 | 131.92 |
| ELIZABETH A. CARR | 133.74 |

| | |
|---|---:|
| 1973 HWY 138 N.<br>CONYERS, GA 30208 | |
| JUDY L. CARRICK<br>491 E. RUSSELL RD.<br>CAMANO ISLAND, WA 98292 | 28.74 |
| GINGER CARTER<br>13226 CANTINA<br>SAINT LOUIS, MO 63141 | 27.86 |
| MARILYN CARVER<br>POST OFFICE BOX 111<br>O BRIEN, TX 79539 | 28.02 |
| PATRICIA A CASE<br>16800 E 152 AVE<br>BRIGHTEN, CO 80601 | 27.81 |
| RICHARD M. CASELLO<br>POST OFFICE BOX 322<br>MARYSVILLE, WA 98270 | 105.81 |
| JASON CASSELL<br>P. O. BOX 144<br>INDEPENDENCE, VA 24348 | 62.74 |
| NANCY L. CASTILLO<br>RT. 1 BOX 2100<br>DONNA, TX 78537 | 63.36 |
| FRANK J CATANIA<br>RT 2 BOX 164<br>BELLEVUE, TX 76228 | 17.63 |
| GARY E. CATHCART<br>3376 FOREST GLEN DRIVE<br>CHARLESTON, SC 29414 | 133.39 |
| SCOTT P CEDRO<br>115 ST STEPHENS ST #58<br>BOSTON, MA 2115 | 123.45 |
| SHIRLEEN CELMER<br>1015 AOLOA PLACE #331<br>KAILUA, HI 96734 | 49.70 |

| | |
|---|---:|
| YUE MEI CEN<br>1369 67TH STREET<br>BROOKLYN, NY 11219 | 17.63 |
| LISA CERVASIO<br>3385 AVOCET COURT<br>NORCROSS, GA 30092 | 17.63 |
| MILBRIA E. CHALENBURG<br>902 GARFIELD<br>RYAN, OK 73565 | 28.11 |
| ROBERT B. CHAMBERLAIN<br>6540 S.E. 142 AVE.<br>PORTLAND, OR 97236 | 285.16 |
| ANSLEY WATSON CHAMBERS<br>141 HARBOR LN<br>TOWNVILLE, SC 29689 | 27.93 |
| JAMES I. CHAMBERS<br>RT 1 BOX 165-C<br>MT SIDNEY, VA 24467 | 133.28 |
| PAULINE CHAMBLEE<br>778 HWY 169 S<br>SEALE, AL 36875 | 123.44 |
| ANGELA K. CHAN<br>116 S. CHAPEL AVE APT L<br>ALHAMBRA, CA 91801 | 125.20 |
| NANCY CHAN<br>22 RUBINSTEIN ST., APT. N1<br>STATEN ISLAND, NY 10305 | 87.04 |
| SHIOW L. CHAN<br>22 RUBENSTEIN ST. #C<br>STATEN ISLAND, NY 10305 | 56.43 |
| ALICE CHANG<br>22 RUBENSTEIN ST. #C<br>STATEN ISLAND, NY 10305 | 112.86 |
| CHIN-WEN K. CHANG | 52.90 |

| | |
|---|---:|
| 9108 BELLLAIRE BLVD #1<br>HOUSTON, TX 77036 | |
| CHING LING CHANG<br>215 GOOSA LANE<br>ALPHARETTA, GA 30202 | 133.25 |
| EDMOND CHANG<br>145 GIBBS<br>NEWTON, MA 2159 | 23.45 |
| HYEJIN CHANG<br>10824 SE. 241ST. PL. #K201<br>KENT, WA 98031 | 63.33 |
| JANE CHANG<br>54 SHADY LANE<br>FANWOOD, NJ 7023 | 141.09 |
| JUDY Y. CHANG<br>8445 HOLLY LEAF DR.<br>MCLEAN, VA 22102 | 183.40 |
| CHARLES E CHAPIN<br>73556 363 ST<br>KIMBALL, MN 55353 | 156.21 |
| DEREK P. CHAPUT<br>10 CLAYTON LN.<br>STATESBORO, GA 30461 | 59.96 |
| ANNEMARIE CHARNLEY<br>309 CHRISTMAS TREE LANE<br>PANAMA CITY BEA, FL 32413 | 25.82 |
| JANE E. CHASSEY<br>1514 AZALEA DR.<br>ST LOUIS, MO 63119 | 105.81 |
| **TOTAL** | **14,448.55** |

 2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

 WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:   February 11, 2009

                                                s/s Holmes P. Harden
                                               Holmes P. Harden, Trustee
                                               State Bar No. 9835
                                               Post Office Drawer 19764
                                               RALEIGH, NC  27619-9764
                                               Telephone: (919) 981-4000
                                               Facsimile: (919) 981-4300