UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

      HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

    1.    That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| CHAD W. CHAVIERS<br>434 REDWAY LN.<br>WEBSTER, TX 77598 | 17.63 |
| JODIE A. CHAVIERS<br>434 REDWAY LANE<br>WEBSTER, TX 77598 | 17.63 |
| KAREN L. CHAVIERS<br>896-B FM 980<br>HUNTSVILLE, TX 77340 | 54.67 |
| KENNETH R. CHAVIERS<br>434 REDWAY LANE<br>WEBSTER, TX 77598 | 63.01 |
| OWSLEY CHEEK<br>740 ALBAR DR.<br>NASHVILLE, TN 37221 | 63.15 |
| HAI YAN CHEN<br>254 LORD BRYON LANE<br>COCKEYSVILLE, MD 21030 | 142.49 |

| | |
|---|---:|
| HOWARD CHEN<br>6285 SUNNY SPRING<br>COLUMBIA, MD 21044 | 123.44 |
| HSINMEI CHEN<br>1250 38TH AVENUE<br>SAN FRANCISCO, CA 94122 | 17.63 |
| HUA CHEN<br>1921 BRUNSON APT 2<br>HOUSTON, TX 77030 | 89.58 |
| MEI-CHIN CHEN<br>14404 SETTLERS LANDING WAY<br>N POTOMAC, MD 20878 | 52.90 |
| SONG HUA CHEN<br>36-55 MAIN STREET SUITE 201<br>FLUSHING, NY 11354 | 52.90 |
| XI CHEN<br>314 PALISADE AVE., #5B<br>CLIFFSIDE, NJ 7010 | 52.91 |
| YUAN CHENG<br>22 RUBINSTEIN ST. APT Z<br>STATEN ISLAND, NY 10305 | 123.44 |
| YONG-XIN CHEN<br>950 ALDUS ST. WING-HING<br>BRONX, NY 10459 | 125.20 |
| YUN GUANG CHEN<br>25 PELL ST., APT. #2R<br>NEW YORK, NY 10013 | 133.55 |
| KARRON G. CHESTER<br>2017 PALMETTO DUNES COURT<br>DULUTH, GA 30155 | 126.97 |
| LOUISE CHIBURIS<br>6010 H-STREET<br>OMAHA, NE 68117 | 17.63 |
| JENNIFER K. CHILD | 30.43 |

| | |
|---|---:|
| 630 N 100 E #2<br>PROVO, UT 84606 | |
| DENA K. CHILDERS<br>510 SAYLES<br>ABILENE, TX 79605 | 30.60 |
| BEVERLY A. CHILTON<br>1585 WESTCHESTER LN.<br>MOBILE, AL 36695 | 176.34 |
| CHINA AMERICA ENTERPRISE SVS<br>22 RUBINSTEIN STREET, 3RD FL<br>STATEN ISLAND, NY 10305 | 126.97 |
| MEI-YU CHIU<br>8877 A PAISLEY DR N E<br>SEATTLE, WA 98115 | 123.44 |
| DIANA CHIZHEVSKAYA<br>39821 CEDAR BLVD.# 304<br>NEWARK, CA 94560 | 82.90 |
| CHOICE AUTO REPAIR SERVICE<br>304 STATE STREET<br>SEDRO WOOLLEY, WA 98284 | 17.63 |
| NGOOKLAN CHONG<br>147-37 ROOSEVELT APT#1 G<br>FLUSHING, NY 11354 | 17.63 |
| CHI WAI CHOW<br>85-08 GRAND AVE.<br>ELMHURST, NY 11373 | 63.01 |
| ALAN W. CHRISTENBERRY<br>219 N. UNVIERSITY ROAD APT 1<br>SPOKANE, WA 99206 | 17.63 |
| CARL U. CHRISTENSEN<br>P.O.BOX 5331<br>GALVESTON, TX 77554 | 133.90 |
| ELMER E. CHRISTNER<br>3015 ELIZABETH<br>BELLINGHAM, WA 98225 | 17.63 |

| | |
|---|---|
| ELAINE CHU<br>6300 RANCHESTER DR. #206A<br>HOUSTON, TX 77036 | 52.90 |
| KRISTINE CHUBB<br>4672 GOLD STRIKE CT.<br>RENO, NV 89511 | 52.90 |
| CHUN B. CHUI<br>1277 7TH AVE.<br>SAN FRANSISCO, CA 94122 | 123.44 |
| MARGARET A CHUMAN<br>320 MARCHE CHASE DR #130<br>EUGENE, OR 97401 | 29.84 |
| JO ELLEN D. CLARK<br>3765 FRONTAGE DR.<br>HELENA, MT 59602 | 62.78 |
| ROGER CLARK<br>1708 CAMPUS DRIVE, #2<br>GARDEN CITY, KS 67846 | 131.90 |
| SADIE B. CLARK<br>22 RUBINSTEIN STREET<br>STATEN ISLAND, NY 10305 | 56.43 |
| STEVEN R. CLARKE<br>2810 STONEHURST DR.<br>GRAPEVINE, TX 76051 | 92.28 |
| LARRY D. CLAYTON<br>PO BOX 1562<br>RED OAK, TX 75154 | 63.36 |
| RIP CLAYTON<br>215 WHITE BRIDGE ROAD<br>NASHVILLE, TN 37209 | 27.77 |
| ELLEN CLEMENTS<br>616 CARDIGAN CT.<br>LEXINGTON, KY 40503 | 62.85 |
| KENNETH V. CLENDENIN | 62.85 |

| | |
|---|---:|
| PARKVIEW CIRCLE LOT #7<br>PILOT MTN, NC 27041 | |
| WILLIAM D. CLENNEY<br>5359 VINELAND RD.<br>ORLANDO, FL 32811 | 67.08 |
| MARK S. CLEVENGER<br>1781 E. HWY 69 SUITE 7-158<br>PRESCOTT, AZ 86301 | 61.17 |
| YOLANDA G. CLIFTON<br>4934 FRANKLIN<br>CORPUS CHRISTI, TX 78415 | 133.51 |
| SHELBY C. CLODFELTER<br>2515 G MERRITT DRIVE<br>GREENSBORO, NC 27407 | 67.12 |
| FAYE B. COATES<br>2919 NORTH COLONIAL DRIVE<br>MONTGOMERY, AL 36111 | 133.67 |
| NATALIE K. COBURN<br>5845 DANA ROGERS DR<br>LAS VEGAS, NV 89110 | 52.90 |
| ROBERT W. COCKBURN<br>5752 ASHWORTH AVENUE N.<br>SEATTLE, WA 98103 | 133.46 |
| CHRIS W. COCKERHAM<br>1005 BATTLEGROUND AVE.<br>GREENSBORO, NC 27408 | 60.98 |
| J. STEVEN COCKERHAM<br>701 COLLINS STREET<br>MYRTLE BEACH, SC 29577 | 131.46 |
| LANA G COCKRUM<br>NO. 10 COURT SQUARE<br>GAINESVILLE, MO 65655 | 27.90 |
| DEAN COELING<br>6681 N. WENTWARD CT.<br>HUDSONVILLE, MI 49426 | 52.90 |

| | |
|---|---:|
| JUDSON D. COESTER<br>1006 N. CHURCH<br>OLATHE, KS 66061 | 133.79 |
| SUE A. COFFMAN<br>C/O SUDA VENTURES<br>14200 1ST AVE. S, #338<br>BURIEN, WA 98168 | 24.99 |
| BILLY J COKER<br>1622 SIBERT DR<br>GIENCOE, AL 35905 | 133.53 |
| TERRY W. COLE<br>141 CEDAR GROVE<br>NATCHITOCHES, LA 71457 | 62.99 |
| DIANA D. COLEMAN<br>ROUTE 1 BOX 52<br>MARLOW, OK 73055 | 124.50 |
| JEFFREY A. COLEMAN<br>RR3 BOX 208<br>VERSAILLES, MO 65084 | 52.90 |
| JUDY H. COLEMAN<br>1 LEDGE EAST<br>GLEN, NH 3838 | 145.28 |
| NANCY L. COLEMAN<br>RT 3 BOX 208<br>VERSAILLES, MO 65084 | 52.90 |
| SYDNEY R. COLES<br>3404 GEMINI DRIVE<br>RALEIGH, NC 27604 | 63.27 |
| DEAN R. COLLINS<br>411 CHESSINGTON CIRCLE<br>SUMMERVILLE, SC 29485 | 125.91 |
| ROBERT E. COLLINS<br>110 MONROE AVE # 1103<br>MEMPHIS, TN 38103 | 25.98 |

| | |
|---|---:|
| CHERIE E COLON<br>2051 CAROUSEL<br>HOLLISTER, CA 95023 | 22.92 |
| MICHAEL L. COMPTON<br>6026 CURTIS CT.<br>ANACORTES, WA 98221 | 123.44 |
| SHARON G. COMPTON<br>RT 1 BOX 207A SULLIVAN RD.<br>HOLLAND, TX 76534 | 63.36 |
| ROBERT D.S. CONDIT<br>DIANE CONDIT<br>3375 BUCKINGHAMMOCK DR.<br>VERO BEACH, FL 32960 | 81.53 |
| JELSEY V CONLEY<br>810 SE PARKSIDE PLACE<br>COLLEGE PLACE, WA 99324 | 73.55 |
| TIMMOTHY J. CONWAY<br>2534 S. RIDGE<br>HELENA, MT 59601 | 27.51 |
| BEVERLY A. COOK<br>65522 77TH AVE.<br>HARTFORD, MI 49057 | 25.75 |
| ERNESTINE M COOK<br>4720 STALLCUP<br>MESQUITE, TX 75150 | 17.63 |
| GREG J. COOK<br>5185 REDLAND RD.<br>FRANKLIN, GA 30217 | 117.51 |
| ROBERT M. COOKSEY<br>2144 ASBURY SQUARE<br>DUNWOODY, GA 30346 | 32.45 |
| KENNETH C. COONC<br>804 METCALF ST.<br>SEDRO WOOLLEY, WA 98284 | 38.09 |
| AVIS S. COOPER | 27.58 |

| | |
|---|---|
| 802 THICKET WAY<br>DECATUR, GA 30035 | |
| KEVIN W. COOPER<br>1779 DUCHAMP #3<br>BROUSSARD, LA 70518 | 123.44 |
| ROBERT JR. J. COOPER<br>1779 DUCHAMP #3<br>BROUSSARD, LA 70518 | 123.44 |
| CRAIG A. CORBETT<br>ROUTE 3, BOX 381-F<br>METTER, GA 30439 | 63.20 |
| AMY T. CORNETT<br>103 WESTWOOD CHATEAU DRIVE<br>MARION, NC 28752 | 62.85 |
| LORNE T. CORTEZ<br>1215 WILLOW DR.<br>AUBURN, GA 30011 | 125.81 |
| STACY L. COSTA<br>1381 HIGHLAND DRIVE<br>HOLLISTER, CA 95023 | 17.63 |
| VIRGIL J. COTTINI<br>225 GREEN KNOLL LN.<br>STREAMWOOD, IL 60107 | 17.63 |
| VICKIE J. COUGHLIN<br>600 WEST 4TH<br>ANACONDA, MT 59711 | 62.43 |
| BOBBIE J. COURSON<br>2475 SEMINOLE TRAIL<br>WAYCROSS, GA 31501 | 61.44 |
| DEBORAH E COX<br>2410 RIDGE ROAD<br>LIBERAL, KS 67901 | 17.63 |
| TIMOTHY J. COX<br>PO BOX 633<br>INDEPENDENCE, VA 24348 | 62.74 |

| | |
|---|---:|
| KAREN J. CRAFT<br>2570 HAMPSTEAD DRIVE<br>BIRMINGHAM, AL 35235 | 63.20 |
| MYRA J. CRANEY<br>1732 GREENRIDGE CT.<br>JEFFERSON CITY, MO 65101 | 123.44 |
| JOSHUA J. CRANMER<br>222 CRAWFORD ST.<br>CLAY CENTER, KS 67432 | 123.44 |
| LEILA S. CRAPPER<br>C/O MARTHA J. MORLEY<br>2015 OLD MANOR<br>GARDEN CITY, KS 67846 | 123.45 |
| LEON CRAVEN<br>3225A CREST HWY<br>THOMASTON, GA 30286 | 17.63 |
| TTEE BETTY A CRAWFORD<br>1429 JULIE DR.<br>WAMEGO, KS 66547 | 133.80 |
| JANET L. CRAWFORD<br>507 MEADOW DR.<br>HAYS, KS 67601 | 96.60 |
| LILLIAN M. CRAWFORD<br>1855 COUNTRY CLUB DR.<br>BATON ROUGE, LA 70808 | 133.88 |
| CHARLENE M. CREEKMUR<br>103 LINKSIDE COURT<br>WOODSTOCK, GA 30189 | 52.90 |
| CHARLOTTE N. CREELY<br>343 WILLOW AVE.<br>BILOXI, MS 39531 | 31.41 |
| ROBERT C. CRISP<br>2810 WINDRUSH LANE<br>ROSWELL, GA 30076 | 123.44 |

| | | |
|---|---|---|
| THEODORE D. CROCCO JR.<br>124 E. OAKHILL DR.<br>FLORENCE, AL 35633 | | 134.28 |
| STANLEY J. CROCHET JR.<br>1334 SHADYBROOK DR.<br>BATON ROUGE, LA 70816 | | 52.90 |
| MIKE J. CROSSER<br>34 NO. WALNUT<br>DILLON, MT 59725 | | 52.90 |
| LINDA S. CROUCH<br>1132 CHESTNUT DRIVE<br>LONGMONT, CO 80503 | | 63.20 |
| NADINE CROUCH<br>828 TRACY LANE<br>MOUNT VERNON, MO 65712 | | 27.93 |
| CAROLYN S. CROUSE<br>310 N LINCOLN ST'<br>GREEN CITY, MO 63545-1079 | | 65.30 |
| DEREK A. CROWE<br>26 FIR LANE<br>CARTHAGE, MO 64836 | | 63.27 |
| CARL J. CRUSON<br>7029 HELWEG LANE<br>BLAINE, WA 98230 | | 19.40 |
| CHRISTA E. CRUSON<br>7029 HELWEG LANE<br>BLAINE, WA 98230 | | 19.40 |
| DONALD CRUSAN<br>7029 HELWEG LANE<br>BLAINE, WA 98230 | | 125.20 |
| SHIJUN CUI<br>16 BELLE TERRACE<br>BELLEVILLE, NJ 7109 | | 123.44 |
| XIAOYING CUI<br>1735 ASHLEY HALL RD. #362 | | 125.20 |

| | |
|---|---:|
| CHARLESTON, SC 29407 | |
| BERNI J. CUNNINGHAM<br>2837 S.W. MAXFIELD<br>TOPEKA, KS 66614 | 63.21 |
| CLAUDE F CUPP<br>4612 SEAGRAVES DR<br>JOPLIN, MO 64804 | 267.49 |
| SHERRY A. CURRY<br>11086 N PRIVATE RD. 235 W.<br>BRAZIL, IN 47834 | 183.46 |
| JEFF CURTIS<br>1115 EASTON AVE.<br>BELLINGHAM, WA 98225 | 28.06 |
| ARTHUR J. CUSHING<br>308 E. 34TH AVE.<br>COVINGTON, LA 70433 | 17.63 |
| KATHY R. CUSHMAN<br>MOUNTAIN VIEW DR.<br>SHAFTSBURY, VT 05262 | 52.91 |
| MARK F CYSEWSKI<br>1950 SOUTH 299TH PL<br>FEDERAL WAY, WA 98003 | 151.44 |
| RICHARD CYSEWSKI<br>323 106TH STREET SE<br>EVERETT, WA 98208 | 158.71 |
| CZYWCZYNSKI LARRY J<br>RR2 BOX 75<br>BOWMAN, ND 58623 | 88.47 |
| LINDA K. DAGOSTINO<br>P.O. BOX 759<br>TITUSVILLE, FL 32781 | 111.10 |
| DAO CHENG DAI<br>13317 SANFORD, 2K<br>FLUSHING, NY 11355 | 52.90 |

| | |
|---|---:|
| TRAN K. DAIGLE<br>126 WILD IRIS DR.<br>EVANGELINE, LA 70537 | 27.79 |
| GAIL C. DAIGRE<br>635 BAYOU TORTUE RD.<br>NEW IBERIA, LA 70560 | 28.00 |
| C. JENNALYN DALRYMPLE<br>104 PEAFOWL DRIVE<br>BLYTHEWOOD, SC 29016 | 44.35 |
| KAREN A. DALY<br>3013 CRESTHAVEN CT.<br>GRAPEVINE, TX 76051 | 202.59 |
| DIANNA DANDURAND<br>657 WINTER HILL LANE<br>LEXINGTON, KY 40509 | 17.63 |
| DANNA R. DANDURAND<br>657 WINTER HILL LANE<br>LEXINGTON, KY 40509 | 59.15 |
| LOIS R. DAVENPORT<br>6006 MALLARD<br>KATY, TX 77493 | 133.90 |
| JASON N. DAVIDSON<br>20TH 5TH AVE. SE<br>CUT BANK, MT 59427 | 17.63 |
| D. JANE DAVIS<br>3437 OAK SHADOW LN.<br>MONTGOMERY, AL 36116 | 61.30 |
| JEFF R. DAVIS<br>70425 K STREET<br>COVINGTON, LA 70433 | 68.30 |
| JOSEPH R. DAVIS<br>RT. 6 BOX 226<br>GALAX, VA 24333 | 52.90 |
| SHARI B DANIEL<br>2069 HUNTERS BRANCH CT | 105.81 |

| | |
|---|---:|
| LAWRENCEVILLE, GA 30243 | |
| DAGFINN DANKERTSON<br>7149-30TH S.W.<br>SEATTLE, WA 98126 | 29.84 |
| KARLA P. DAVIDSON<br>POST OFFICE BOX 568<br>WINNFIELD, LA 71483 | 52.90 |
| INC. DAY DREAMER UNLIMITED<br>1833 S. OCEAN DRIVE #1208<br>HALLANDALE, FL 33009 | 67.13 |
| LIZA DAYLEG<br>22 RUBINSTEIN STREET APT L1<br>STATEN ISLAND, NY 10305 | 56.43 |
| VERNON P. DEADMOND<br>89 OLD ALHAMBRA RD.<br>CLANCY, MT 59634 | 123.44 |
| WENDELL A DEADMOND<br>6 ASPEN LANE<br>CLANCY, MT 59634 | 95.23 |
| ARCH R. DE CASTRIQUE<br>8232 BELLFIELD PL.<br>CHARLOTTE, NC 28270 | 45.85 |
| BRIAN DECHANT<br>1310 E. 13TH AVE.<br>HUTCHINSON, KS 67501 | 96.64 |
| KATHY C. DECKER<br>208 ADAMS STREET<br>PARK HILLS, MO 63601 | 30.96 |
| DEAN C. DEFFNER<br>418 GREENCREST DR.<br>COVINGTON, LA 70433 | 61.24 |
| DEGENSTIEN JOHN<br>P.O. BOX 412<br>MORTON, WA 98356 | 21.44 |

| | |
|---|---:|
| DE HAI LIANGHAO TRADING CORP<br>25 PELL ST., #3B<br>NEW YORK, NY 10013 | 123.44 |
| DENNIS W. DEKING<br>1880 NORTH HILLS ROAD<br>SPRAGUE, WA 99032 | 17.63 |
| KELLY N. DEKRAMER<br>124 BLUE LAKES BLVD. SUITE #10<br>TWIN FALLS, ID 83301 | 52.90 |
| EVELYN DELANEY<br>9 DEER LANE<br>IVORYTON, CT 6442 | 27.52 |
| TRACI DELEON<br>1001 HARBOR LIGHTS<br>CORPUS CHRISTI, TX 78412 | 61.21 |
| STEVE & DENISE DELISLE<br>6618 SAHARA DRIVE<br>CORPUS CHRISTI, TX 78412 | 133.86 |
| LEI DENG<br>88-30 51TH AVE 1A<br>ELMHURST, NY 11373 | 54.67 |
| KATHERINE W. DENNEY<br>54200 E. #249 ROAD<br>AFTON, OK 74331 | 52.90 |
| TIM M. DENNY<br>RT.#1 BOX 206<br>PILOT MOUNTAIN, NC 27041 | 58.55 |
| OPAL I. DENT<br>932 ROACH<br>SALINA, KS 67401 | 27.96 |
| RICHELLE R. DEO<br>410 WEST CHERRY<br>POTTERVILLE, MI 48876 | 133.74 |
| TUISHA DESAI<br>POST OFFICE BOX 6146 | 142.20 |

| | |
|---|---:|
| LAWRENCEVILLE, NJ 08648 | |
| UMA DESAI<br>POST OFFICE BOX 6146<br>LAWRENCEVILLE, NJ 08648 | 142.20 |
| JUDY G DESJARLAIS<br>1903 JEROME PL #3<br>HELENA, MT 59601 | 62.78 |
| RICK DESSING<br>1310 C STREET<br>BUTTE, MT 59701 | 52.58 |
| NORBERT DEUTSCHER<br>891 ELLIS AVE.<br>ELLIS, KS 67637 | 25.81 |
| WANDA R. DEUTSCHER<br>715 WEST 10TH<br>ELLIS, KS 67637 | 114.23 |
| JANA E. DEVALL<br>P.O. BOX 8099<br>CLINTON, LA 70722 | 96.85 |
| AMELIA H. DEWITT<br>102 FOXBOROUGH ROAD<br>GOOSE CREEK, SC 29445 | 62.85 |
| AN DI<br>5713 S. GRANT ST. #F<br>HINSDALE, IL 60521 | 123.44 |
| JAY G. DIAMOND<br>10430 SLEEMAN GULCH ROAD<br>LOLO, MT 59847 | 17.63 |
| PAMELA F. DIAMOND<br>10430 SLEEMAN GULCH RD.<br>LOLO, MT 59847 | 48.39 |
| XIAOHUI DIAO<br>1453 W TAYLOR ST<br>CHICAGO, IL 60607 | 61.10 |

| Name and Address | | Amount |
|---|---|---|
| ROBIN R. DICKERSON<br>1225 JACKSON HILL RD.<br>HERMITAGE, TN 37076 | | 80.99 |
| JENNIFER A. DIEDRICH<br>6020 GABLES LANE<br>ATLANTA, GA 30350 | | 27.58 |
| TRINH TU DIEP<br>9662 MADISON CIR.<br>GARDEN GROVE, CA 92844 | | 123.44 |
| TUAN V. DIEP<br>11915 EAST FORD DR.<br>AURORA, CO 80012 | | 17.63 |
| MICHAEL G. DILLARD<br>3453 NORTH DRUID HILLS ROAD, APT. I<br>DECATUR, GA  30033 | | 62.92 |
| HONG DING<br>147-37 ROOSEVELT APT #1 G<br>FLUSHING, NY 11354 | | 52.90 |
| SHUHAI DING<br>22 RUBINSTEIN STREET APT D1<br>STATEN ISLAND, NY 10305 | | 126.97 |
| JANICE L. DIVAN<br>204 SOUTH CHICAGO STREET<br>SIDELL, IL 61876 | | 52.90 |
| PATRICIA A. DOBBS<br>1490 DAILY CHAPEL RD.<br>ONEONTA, AL 35121 | | 62.99 |
| NETA E. DODSON<br>CEMETARY LANE<br>CAYUGA, NY 13034 | | 35.27 |
| ANTHONY [TONY] W. DOLLARHIDE<br>ROUTE 2 BOX 364<br>NEW BOSTON, TX 75570 | | 133.90 |
| KELLY J. DOMSCH<br>9225 W. CHARLESTON APT. 2196 | | 114.23 |

| | |
|---|---:|
| LAS VEGAS, NV 89117 | |
| KEVIN DOMSCH<br>PO BOX 621<br>CHEYENNE WELLS, CO 80810 | 114.18 |
| YAN DONG<br>533 NORTH 4TH ST. APT 6<br>NEWARK, NJ 7107 | 52.90 |
| DEBRA L. DONOVAN<br>785 BLACK HUT ROAD<br>GLENDALE, RI 2826 | 105.82 |
| PETER J. DONOVAN<br>18395 MYRTLE DR<br>BURLINGTON, WA 98233 | 28.20 |
| CECIL E. DORSEY<br>2527 LAZY LAKE<br>HOUSTON, TX 77058 | 63.36 |
| RYAN D. DORSEY<br>2527 LAZY LAKE DR.<br>HOUSTON, TX 77058 | 28.09 |
| RICCI W DOUGLAS<br>4824 WINNETT<br>BURLESON, TX 76028 | 60.99 |
| IRIS I. DOWDY<br>4433 WOODLAND RD.<br>THOMASTON, GA 30286 | 52.90 |
| JAMES C. DOWELL<br>850 BELTON RD.<br>RIPLEY, TN 38063 | 69.67 |
| FOREMAN H. DOWLING<br>3020 LEESBOURG TRAIL<br>WOODSTOCK, GA 30189 | 130.85 |
| MAXINE S. DOWNEY<br>2410 KENDALL RD.<br>KENDALL, NY 14476 | 27.72 |

| | |
|---|---:|
| TERRY A. DOWNEY<br>44 SCOTT ST.<br>HORNELL, NY 14843 | 62.99 |
| JOHN SR. & PAMELA DOWSON<br>1111 N. MEADE<br>GLENDIVE, MT 59330 | 27.51 |
| MARVIN DRAKE<br>HCR 31 BOX 520<br>DEER, AR 72628 | 52.90 |
| MIKE J. DRAKE<br>P.O. BOX 5176<br>HELENA, MT 59604 | 62.78 |
| JOHN W. DRAWDY<br>2626 G PARK ROAD<br>CHARLOTTE, NC 28209 | 45.57 |
| XIAN JU DU<br>74 HARVARD ST. APT. 4<br>WALTHAM, MA 2154 | 17.64 |
| ZHENGMING DU<br>146 BRADFORD ST.<br>NEW PROVIDENCE, NJ 07974 | 131.62 |
| EARL JOPEPH DUGAS<br>181 BEECHWOOD LANE<br>NATCHITOCHES, LA 71457 | 61.23 |
| PAL S. DULAI<br>11612 S.E. 219 PLACE<br>KENT, WA 98031 | 131.81 |
| FABIOLA DUMPIT<br>338 LINFIELD DRIVE<br>VALLEJO, CA 94589 | 17.63 |
| DONN R. DUNCAN<br>5510 OLD SCOTT LAKE ROAD<br>LAKELAND, FL 33813 | 12.06 |
| AGNES L.C. DUNN<br>900 BUSH ST. #219 | 52.90 |

| | |
|---|---:|
| SAN FRANCISCO, CA 94109 | |
| WILLIAM M. DUNN JR.<br>PO BOX 1703<br>SISTERS, OR 97759 | 52.90 |
| IYESHU B. DUNNIGAN<br>1022 MAPLE LEAF RIDGE<br>JONESBORO, GA 30236 | 131.98 |
| MARSHA M. DUNSKER<br>2314 LIME ROCK ROAD<br>BIMINGHAM, AL 35216 | 52.90 |
| DIDIER J. DUPIN<br>371 BRICKMAN ROAD<br>HURLEYVILLE, NY 12747 | 157.94 |
| DONNA L. DURHAM<br>1552 JUNQUIST RD.<br>MOUNT VERNON, WA 98273-1723 | 133.87 |
| RICHARD J. DVORAK<br>940 AVENUE B. APT. 5<br>BILLINGS, MT 59102 | 52.90 |
| ANDREW T. DWYER<br>RD#1 BOX 169A<br>ARKPORT, NY 14807 | 62.99 |
| CARYN R. DYER<br>C/O CURTIS B. DYER<br>PO BOX 2100<br>CORPUS CHRISTI, TX 78403-2100 | 62.98 |
| CURTIS B. DYER<br>6714 PHAROAH<br>CORPUS CHRISTI, TX 78412 | 62.97 |
| DYNAMIC MARKETING SOLUTIONS<br>5858 WEST RIVERBEND LANE<br>BOISE, ID 83703 | 70.54 |
| **TOTAL** | **15,600.78** |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED: February 12, 2009

                                                   s/s Holmes P. Harden  
                                                 Holmes P. Harden, Trustee  
                                                 State Bar No. 9835  
                                                 Post Office Drawer 19764  
                                                 RALEIGH, NC  27619-9764  
                                                 Telephone: (919) 981-4000  
                                                 Facsimile: (919) 981-4300