UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: | CASE NO: |
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | |
| | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1.      That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| TIMOTHY N. EANES<br>PO BOX 139<br>RIDGEWAY, VA 24148 | 27.47 |
| JAMES B. EDINGTON<br>308 HACKER CT., APT. B<br>CHEYENNE, WY 82009 | 35.27 |
| DEIRDRE EDWARDS<br>3013 MARSH RD.<br>BLADENBORO, NC 28320 | 26.06 |
| DON G. EDWARDS<br>2705 226TH AVE., N.E.<br>REDMOND, WA 98053 | 63.33 |
| GOLDIE EDWARDS<br>3013 MARSH RD.<br>BLADENBORO, NC 28320 | 26.06 |
| LLOYD M. EDWARDS<br>356 WEST 7TH STREET<br>LOVELL, WY 82431 | 133.67 |

| | |
|---|---:|
| PAMELA A. EDWARDS<br>73C FARKSIDE DR.<br>PORT TOWNSEND, WA 98368 | 63.36 |
| RANDY W. EDWARDS<br>446 KEOUGH RD.<br>GLENTANA, MT 59240 | 134.37 |
| SHANNON EDWARDS<br>3013 MARSH RD.<br>BLADENBORO, NC 28320 | 26.06 |
| PAMELA F. EHLI<br>165 MONROE STREET<br>BIG FORK, MT 59911 | 105.81 |
| NADINE K. EICHER<br>4569A BETH MANOR DRIVE<br>MONTGOMERY, AL 36109 | 27.72 |
| CYNTHIA R. EIDE<br>HC 87 BOX 2220<br>BIG TIMBER, MT 59011 | 60.66 |
| DAN P. ELLERBROEK<br>4235 NW HEESACKER RD<br>FOREST GROVE, OR 97116 | 147.35 |
| KAY ELLINGSON<br>4242 N. CAPISTRANO #177<br>DALLAS, TX 75287 | 39.98 |
| SHELLY ELLIOTT<br>BOX 33<br>CALHOUN, MO 65323 | 27.97 |
| JEAN A. ELY<br>937 21 ROAD<br>FRUITA, CO 81521 | 62.78 |
| RENEE S. ENGEBRETSEN<br>6503 BLUFF SPRINGS<br>AUSTIN, TX 78744 | 25.39 |
| KRISTI A. ENGER | 62.78 |

| | |
|---|---:|
| 709 4TH AVE E.<br>THREE FORKS, MT 59752 | |
| DAN P. ENGLISH<br>1116 6TH AVE EAST<br>KALISPELL, MT 59901 | 62.78 |
| WES AND JUNE ERDAHL<br>1447 TERRESSA LANE<br>BELLINGHAM, WA 98225 | 133.87 |
| CLAIRE E. ERNEST<br>2340 ARTILLERY DRIVE<br>CHALMETTE, LA 70043 | 17.63 |
| HEIDI R. ESPANOL<br>15830 N E 15TH ST.<br>BELLEVUE, WA 98008 | 52.90 |
| ESTES JO ANN<br>12803 KNOBCREST CT<br>HOUSTON, TX 77060 | 63.01 |
| ANNETTE C. EVANS<br>410 E. 70TH<br>KANSAS CITY, MO 64131 | 17.63 |
| BRAD G. EVANS<br>10012 ELWICK LN.<br>SEDRO WOOLLEY, WA 98284 | 92.19 |
| JOAN M. EVANS<br>700 DEMARET DR. &quot;<br>COLUMBIA, MO 65202 | 35.27 |
| MARY H. EVANS<br>1250 DORCHESTER #115<br>ALEXANDRIA, LA 71303 | 56.43 |
| SAMATHA A. EVANS<br>755 ACADEMIC DRIVE, APT. #A<br>TWIN FALLS, ID 83301 | 91.88 |
| LISA J. ASHTON<br>POST OFFICE BOX 1195<br>MALAKOFF, TX 75148 | 28.07 |

| | |
|---|---:|
| RYAN J BUSHNELL<br>7300 STATE AVE APT 516<br>KANSAS CITY, KS 66112 | 133.79 |
| MALKIT S. DHALIWAL<br>2625 QUILCHENA AVENUE<br>MERRITT, BC V1K1A4<br>FOREIGN, FN 99999 | 188.34 |
| 5-STAR VENTURES<br>1252 N. MERIDIAN #6<br>KALISPELL, MT 59901 | 58.90 |
| DAVID W FACHE<br>PO BOX 701<br>CHELAN, WA 98816 | 24.05 |
| VINCENT J. FAGGION<br>2396 HORNET DRIVE<br>LEMOORE, CA 93245 | 64.86 |
| ALBERT A. FALL<br>130 HILLTOP DRIVE<br>KINGSTON, TN 37763 | 52.90 |
| HUIFANG FAN<br>507 MCGUIGAN PLACE 2ND FL.<br>HARRISON, NJ 7029 | 123.45 |
| ANDY FANG<br>19811 E. COLIMA ROAD #250<br>WALNUT, CA 91789 | 123.44 |
| MICHAEL J. FARIS<br>618 SOUTH 5TH WEST APT A<br>MISSOULA, MT 59801 | 52.90 |
| LESLIE E. FARLEY<br>906 CR 4421<br>RHOME, TX 76078 | 13.35 |
| SANDRA FARNSWORTH<br>PO BOX 1202<br>SNOHOMISH, WA 98290 | 152.56 |

| | |
|---|---:|
| GINO FARRAH<br>2120 DE LA REGENCE<br>ST. BRUNO, QUEBEC J3V-4B6  CANADA<br>FOREIGN, FN 99999 | 73.03 |
| ASHLEY P. FARRIS<br>103 GREENWOOD DR.<br>GREENVILLE, NC 27834-6825 | 60.98 |
| CARREN S. FASOLINO<br>6100 E. 60TH ST. SOUTH<br>DERBY, KS 67037-9303 | 61.45 |
| THAM AH FATT<br>257 CLINTON STREET, #11D<br>NEW YORK, NY 10002 | 63.34 |
| SHEILA FAUTH<br>139 GREENBRIAR<br>KALISPELL, MT 59901 | 62.78 |
| CHIH HUI FENG<br>54 SHADY LANE<br>FANWOOD, NJ 7023 | 52.91 |
| DAVID E. FENSKE<br>168 HILLSBOROUGH DR<br>SORRENTO, FL 32776 | 29.94 |
| ALEXANDER G. FERGUSON<br>4002 TIFTON DR.<br>COLUMBUS, GA 31907 | 131.87 |
| ANONA M. FIELD<br>1906 ORANGE AVENUE<br>FT PIERCE, FL 34950 | 69.36 |
| BONNIE L. FIELDS<br>RT. 1 BOX 72<br>FORTUNA, MO 65034 | 52.90 |
| STACIE L FIGLER<br>6431 FOREST GLEN<br>VICTOR, NY 14564 | 35.27 |
| CARMEN M. FIGUEROA | 67.53 |

| | |
|---|---:|
| 3870 5TH AVE N<br>STPETERSBURG, FL 33713 | |
| LORI L. FILIPPINI<br>2430 LITTLE COYOTE ROAD<br>BIG SKY, MT 59716 | 133.32 |
| LEONA S FINCH<br>2167 WAPPOO DRIVE<br>CHARLESTON, SC 29412 | 63.20 |
| KERRY L. FINK<br>8827 ALLMAN ROAD<br>LENEXA, KS 66219 | 61.15 |
| THERON R. FINSTAD<br>2933 PEABODY AVE.<br>COLUMBUS, GA 31904 | 133.74 |
| MELISSA P. FIRESTONE<br>2568 PALMETTO HALL BLVD<br>MT PLEASANT, SC 29464 | 72.91 |
| KAY D. FISHER<br>299 EMMERAM RD.<br>ELLIS, KS 67637 | 114.23 |
| LANCE M FISHER<br>299 EMMERAM ROAD<br>ELLIS, KS 67637 | 96.60 |
| LYNN R. FISHER<br>299 EMMERAM RD.<br>ELLIS, KS 67637 | 78.96 |
| TAMI S. FISHER<br>4631 EL CAPITAN<br>WICHITA FALLS, TX 76310 | 132.06 |
| DORIS E. FISK<br>28 MAIN STREET<br>ARKPORT, NY 14807 | 46.29 |
| AUDRA L. FLAKE<br>2701 PEACHTREE LANE<br>CEDAR PARK, TX 78613 | 17.63 |

| | |
|---|---:|
| PHYLLIS FLEMING<br>14507 LANTERN<br>HOUSTON, TX 77015 | 63.34 |
| DOROTHY L. FLETCHER<br>705 E. COLLEGE<br>TERRELL, TX 75160 | 17.63 |
| JOSEPH T. FLOOD<br>1964 OAKTREE LANE<br>MT PLEASANT, SC 29464 | 52.90 |
| DANIEL C. FLORES<br>522 MAZE BLVD<br>MODESTO, CA 95351 | 142.42 |
| ELIZABETH FLORES<br>396 S. PALM DR.<br>HARLINGEN, TX 78552 | 52.90 |
| RICHARD C. FLORES<br>415 MARGO<br>SAN ANTONIO, TX 78223 | 25.94 |
| BILLYE K. FLOWERS<br>5914 S. WESTCREEK CT.<br>FORT WORTH, TX 76133 | 133.88 |
| KENNETH W. FLOWERS II<br>315 N. PRESTON ROAD<br>VINTON, VA 24179 | 27.65 |
| ROSEMARY FOGARTY<br>1112 IRONWOOD CT.<br>BELLEVUE, NE 68005 | 63.24 |
| MERIBETH FOLKERTS<br>2507 PINE LAKE ROAD<br>TUCKER, GA 30084 | 134.30 |
| JR MICHAEL R. FOLKERTS<br>2507 PINE LAKE ROAD<br>TUCKER, GA 30084 | 134.30 |
| MICHAEL R. FOLKERTS SR. | 165.55 |

| | |
|---|---|
| 2507 PINE LAKE RD.<br>TUCKER, GA 30084 | |
| JING M. FONG<br>4626 FELDSPAR RD.<br>MIDDLETOWN, MD 21769 | 123.44 |
| TRINA B. FORSEY<br>3509 RAVALLI<br>BOZEMAN, MT 59718 | 95.93 |
| TREVA A. FORT<br>606 WINDGATE COURT<br>ARLINGTON, TX 76012 | 64.89 |
| FOSTER B & P SERVICE INC.<br>241 CANAL STREET<br>SUITE #406-408<br>NEW YORK, NY 10013 | 52.91 |
| ANTHONY B. FOSTER<br>945 PHANIEL CHURCH RD.<br>ROCKWELL, NC 28138 | 59.46 |
| LARRY M. FOSTER<br>1366 COUNTRY LANE<br>BELLINGHAM, WA 98225 | 21.23 |
| CHRIS D. FOXWORTH<br>5339 CALHOUN ROAD NE<br>ADAIRSVILLE, GA 30103 | 133.81 |
| FRANCIS FRANCO<br>148 ABBOT ST.<br>LAWRENCE, MA 01843 | 63.02 |
| DARLENE T. FRANKART<br>421 BELLINGHAM DR.<br>SUGAR HILL, GA 30518 | 52.90 |
| KENNETH D. FREDERICK<br>3641 E. 19TH<br>ANCHORAGE, AK 99508 | 62.78 |
| MELBA M. FREE<br>301 JANET STREET | 52.90 |

| | |
|---|---:|
| WILLISTON, SC 29853 | |
| GLEN M. FREEDMAN<br>3764-79TH AVE S.E.<br>MERCER ISLAND, WA 98040 | 32.00 |
| PERRY W. FREEMAN<br>34 BUGGER HOLLOW ROAD<br>FAYETTEVILLE, TN 37334 | 70.54 |
| PEGGY L. FRICK<br>175 MEADOWCREEK DRIVE<br>CHINA GROVE, NC 28023 | 83.59 |
| INGEBORG FRY<br>1930 LAWRENCE #5<br>PORT TOWNSEND, WA 98368 | 80.96 |
| TACKSON FU<br>13240 ARABELLA ST.<br>CERRITOS, CA 90703 | 8.69 |
| ZHIYONG FU<br>314-1001 MAIN ST. W.<br>HAMILTON, ON 18S 1A9<br>FOREIGN, FN 99999 | 52.90 |
| KENNETH W. FULLER<br>413 WEST ALABAMA<br>RUSTON, LA 71270 | 62.85 |
| ODESSA FULTON<br>206A STANLEY COURT<br>WHITEVILLE, NC 28472 | 61.28 |
| CHERIE L. FURBACK<br>1419-180TH AVE, NE<br>BELLEVUE, WA  98008 | 24.98 |
| INEZ FUQUA<br>ROUTE 4 BOX 12<br>NAVASOTA, TX 77868 | 133.55 |
| SAMUEL L. GAINES<br>12785 TANGLEWOOD DR.<br>KNOXVILLE, TN 37922 | 133.81 |

| | |
|---|---|
| MICHELLE L. GALIGHER<br>1451 EAST BROAD STREET<br>LOUISVILLE, OH 44641 | 62.85 |
| ANNA GALVAN<br>4502 CORONA APT. 27B<br>CORPUS CHRISTI, TX 78411 | 52.90 |
| TRACY L. GAMMAGE<br>3434 SYCAMORE SHADOWS<br>KINGWOOD, TX 77339 | 63.15 |
| SHU FONG GAO<br>136-35 MAPLE AVE. APT. #7A<br>FLUSHING, NY 11355 | 125.56 |
| ALLEN D. GARBS<br>1801A CHERYL DR<br>CALDWELL, TX 77836 | 63.01 |
| GREGORY L. GARBS<br>RT. 2 BOX 11B<br>CALDWELL, TX 77836 | 63.36 |
| HILDA C. GARCIA<br>475 E. JEFFERSON<br>SAN BENITO, TX 78586 | 52.90 |
| JUNE D. GARCIA<br>2339 RAMADA DRIVE<br>HOUSTON, TX 77062 | 63.36 |
| AMBER M. GARDNER<br>331 CO. RD. 1498<br>TUPELO, MS 38801 | 17.63 |
| PAMELA KAY GARGES<br>6069 BELT LINE ROAD, #1065<br>DALLAS, TX 75240 | 96.61 |
| RONALD P. GARIGLIETTI<br>5443 ROSEBUD CIR.<br>JOPLIN, MO 64804 | 27.69 |
| EARLEY GARNEL | 133.74 |

| | |
|---|---:|
| 331 RALEIGH AVE.<br>WEIRTON, WV 26062 | |
| DIANNE GARRON<br>RT. 3 BOX 598<br>CLINTON, SC 29325 | 10.23 |
| DORA M. GARZA<br>1314 OAK CT.<br>HARLINGEN, TX 78550 | 68.78 |
| JESUS GARZA JR.<br>RT 8 BOX 3212<br>MISSION, TX 78572 | 133.55 |
| MARLENE J. GASTON<br>4721 176TH STREET, SW, G-11<br>LYNNWOOD, WA 98037 | 19.69 |
| KRISTOPHER K. GAUDIN<br>15815 HAYNES BLUFF<br>BATON ROUGE, LA 70817 | 61.37 |
| TRACEY M. GAUVEY<br>106 KENSINGTON DRIVE #17<br>SPARTANBURG, SC 29306 | 61.28 |
| KATHLEEN A. GAVIN<br>86 MIDDLESEX RD<br>TYNGSBORO, MA 1879 | 63.21 |
| ANGELIQUE M. GEBBEN<br>4002 287 AVE. SE<br>FALL CITY, WA 98024 | 52.90 |
| WAYNE D. GEIST<br>P.O. BOX 5<br>BURRTON, KS 67020 | 63.13 |
| SHIRLEY XUELING GENG<br>6 NIGHTINGALE CR.<br>NEWARK, DE 19711 | 123.44 |
| DAVID C GENTRY II<br>1212 SO SILVER STAR WAY<br>ANAHEIM HILLS, CA 92808 | 63.84 |

| | |
|---|---:|
| SURJIT K. GHOTRA<br>17464 AMBAUM BLVD S. #206<br>SEATTLE, WA 98148 | 137.55 |
| SURJIT K. GHOTRA<br>17464 AMBAUM BLVD S. #206<br>SEATTLE, WA 98148 | 20.04 |
| SPENCER M. GIBSON<br>1212 B APRILBLOOM<br>COLLEGE STATION, TX 77840 | 27.74 |
| NORMAN A. GILKEY<br>2716 206TH AVE CT E.<br>SUMNER, WA 98390 | 72.74 |
| SONJA M. GILLESS<br>3110 S. 20TH STREET<br>COUNCIL BLUFFS, IA 51501 | 52.90 |
| PATRICIA A. GILLESPIE<br>11400 N.E. 32ND STREET #K201<br>KIRKLAND, WA 98034 | 27.74 |
| JOHN J. GILLIGAN III<br>3702 NORTHVIEW<br>JOPLIN, MO 64801 | 27.95 |
| JANE & MATTHEW GILLIS<br>ROUTE 6 BOX 753<br>ENTERPRISE COFF, AL 36330 | 123.44 |
| KAREN A. GILMORE<br>1910 S. SEEHORN<br>SPOKANE, WA 99212 | 166.58 |
| LADON P. GILMORE<br>3625 LOYOLA DRIVE, APT. 252<br>KENNER, LA  70065-5496 | 52.90 |
| PILIN HSU GILSON<br>22 RUBENSTEIN ST. #G<br>STATEN ISLAND, NY 10305 | 91.70 |
| GLORIA V. GINES | 52.90 |

| | |
|---|---:|
| 5108 E. WETHERSFIELD RD.<br>SCOTTSDALE, AZ 85254 | |
| DARREN E. GLAZE<br>C/O MARTHA J. MORLEY<br>2015 OLD MANOR<br>GARDEN CITY, KS 67846 | 52.91 |
| MARK S. GLOWACKI<br>1319 EASTERN PLACE N.E.<br>GRAND RAPIDS, MI 49505 | 148.13 |
| SCOTT GOEDECKE<br>9289 CALLE LUCIA<br>LAKESIDE, CA 92040 | 132.12 |
| JEAN D. GOEDEN<br>502 POLAR BOX 643<br>AVOCA, NE 68307 | 133.67 |
| KEITH R. GOINS<br>2208 E. GREEN DR.<br>HIGH POINT, NC 27260 | 108.44 |
| LINDA S. GOLAY<br>3849 N. 2000 E<br>FILER, ID 83328 | 63.13 |
| PHYLLIS M. GOLDSTEIN<br>33 PATMAS DR.<br>TOMS RIVER, NJ 8755 | 63.20 |
| JANET Y. GOOLESBY<br>P.O. BOX 681295<br>FORT PAYNE, AL 35968 | 63.34 |
| DINA MICHELE GORDON<br>322 FALWORTH<br>HOUSTON, TX 77060 | 26.33 |
| SHANE D. GRAHAM<br>P.O. BOX 1655<br>CORNELIA, GA 30531 | 63.70 |
| KYLE A. GRAHN<br>314 N. CAPRON ST. | 45.14 |

| | |
|---|---:|
| BERLIN, WI 54923 | |
| CHEREE GRANT<br>RT 4 BOX 411<br>BOWIE, TX 76230 | 17.63 |
| BARRY A. GRAVES<br>ROUTE 4, BOX 65-A<br>DAYTON, TX 77535 | 63.36 |
| ALANA C. GRAW<br>1410 CRESTVIEW DRIVE<br>BLACKSBURG, VA 24060 | 25.39 |
| MARY A. GRAY<br>SO. NORTON AVE.<br>SYLACAUGA, AL 35150 | 123.44 |
| STEPHEN L. GRAY<br>433 S. 100TH AVE.<br>OSBORNE, KS 67473 | 123.44 |
| ALVIN K GREEN<br>1515 GRANITE HILLS DR<br>EL CAJON, CA 92019 | 85.02 |
| JOAN T. GREEN<br>815 OLIVE ST<br>CARTHAGE, MO 64836 | 200.33 |
| ROCHELLE L. GREEN<br>1801 WILSON AVE.<br>BELLINGHAN, WA 98225 | 17.63 |
| SARINA GREEN<br>BOX 197<br>MALTA, MT 59538 | 60.66 |
| TAMMIE R. GREEN<br>6400 STONEBROOK CIR.<br>PLANO, TX 75093 | 27.30 |
| MICHAEL A GREENSPAN<br>6106 SUMMER CREEK<br>DALLAS, TX 75231 | 38.09 |

| | |
|---|---:|
| GREENWICH WORKSHOP INC.<br>C/O STEVEN RESNICK<br>POST OFFICE BOX 875<br>SHELTON, CT 06484 | 226.01 |
| JOANN GREER<br>705 PINNACLE COURT<br>LEXINGTON, KY 40515 | 63.20 |
| DANIEL S. III GRESSANG<br>101 JASMINE DR.<br>OZARK, AL 36360 | 52.90 |
| RYAN W. GRICE<br>5323-A FOX COVE LANE<br>GREENSBORO, NC 27407 | 62.74 |
| RYAN H. GRIFFIN<br>416 UNION AVE.<br>NATOMA, KS 67651 | 96.60 |
| JAMES H. GRIFFITH<br>17 WESTOVER DRIVE<br>POQUOSON, VA 23662 | 27.45 |
| NATHAN C. GRIFFITH<br>5247 BLUFF SPRINGS RD.<br>MCMINNVILLE, TN 37110 | 52.90 |
| GERALD T. GRIGGS<br>7924 NEW JERSEY AVE.<br>KANSAS CITY, KS 66112 | 46.13 |
| MICHAEL L GRIMES<br>315 EAST ROSS<br>WAXACHACHIE, TX 75165 | 133.86 |
| AMY GRINDLE<br>510 N. 7TH<br>HILL CITY, KS 67642 | 17.63 |
| DARCI GRINDLE<br>510 N. 7TH<br>HILL CITY, KS 67642 | 17.63 |
| TERRY GRINDLE | 105.81 |

| | |
|---|---:|
| 510 N. 7TH<br>HILL CITY, KS 67642 | |
| PAUL V. GROME<br>5803 TREE SUMMIT<br>ATLANTA, GA 30096 | 123.44 |
| NANCY D. GROSS<br>610 DOGWOOD TR.<br>GADSDEW, AL 39901 | 133.53 |
| DOROTHY A. GROVE<br>3000 VILLARD #145A<br>HELENA, MT 59601 | 59.96 |
| RICK T. GROVER<br>1015 NORTH JACKSON<br>JOPLIN, MO 64801 | 170.07 |
| TONYA R. GRULLON<br>3990 BIRCHWOOD COVE<br>DECATUR, GA 30034 | 62.85 |
| YING GU<br>1407 BEACON ST. APT. 9<br>BROOKLINE, MA 02446 | 52.91 |
| JUDITH Z. GUDGEL<br>434 BURLINGTON<br>MISSOULA, MT 59801 | 52.90 |
| KERRIGAN L. GUDGEL<br>434 BURLINGTON<br>MISSOULA, MT 59801 | 52.90 |
| KARON K GUENTHER<br>&#037; 2300 IS 35 SOUTH<br>SAN MARCOS, TX 78666 | 26.17 |
| SERAFIN J. GUERRA<br>RT. 1 BOX 73D<br>RIO GRANDE CITY, TX 78582 | 52.90 |
| JONATHAN O. GUIDRY<br>927 PATRICIA ST<br>RAYNE, LA 70578 | 117.09 |

| | |
|---|---:|
| JACK GUILLETT<br>2511 TURKEY NECK CIRCLE<br>ROCKPORT, TX 78382 | 142.50 |
| JANET K. GUNDERSON<br>2113 EMERY LN.<br>FRANKLIN, TN 37064 | 62.99 |
| ARLEEN GUTIERREZ-HURD<br>2 GREENRIDGE AVE., 2F<br>WHITE PLAINS, NY 10605 | 81.12 |
| KRISTI M. GUNERIUS<br>415 METCALF ST. UNIT A<br>SEDRO-WOOLLEY, WA 98284 | 52.90 |
| PHILLIPPA SELINA GUSTAFSON<br>1293 W SMITH<br>BELLINGHAM, WA 98226 | 133.87 |
| **TOTAL** | **13,351.93** |

2.      That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    February 12, 2009

s/s Holmes P. Harden
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300