UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

        HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

        1.    That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| ARUN S. DUA<br>#1402-4888 HAZEL ST.<br>BURNABY, BC V5H 4T4<br>FOREIGN, FN 99999 | 167.08 |
| CAROL A. HAAS<br>19117 SCENIC HIGHWAY 98<br>FAIRHOPE, AL 36532 | 61.09 |
| THEODORE G. HAASE<br>15309 E. 42ND TER.<br>INDEPENDENCE, MO 64055 | 54.67 |
| KAREN S. HAGER<br>679 MORNINGSIDE DR.<br>WINTERSVILLE, OH 43953 | 61.09 |
| KENNETH HAIRSTON<br>229 A OAK LAKE RUN CRESENT<br>CHESEPEAKE, VA 23320 | 96.67 |
| DENNIS R. HAJEK<br>105 S. MAIN STREET | 70.54 |

| | |
|---|---:|
| FERRIS, TX 75125 | |
| LOWELL D. HAKE<br>4117 ADAMS ST. APT. 201<br>KANSAS CITY, KS 66103 | 133.79 |
| J. S. HALBERT<br>2211 N. GARRETT<br>DALLAS, TX 75206 | 27.74 |
| KRYSTAL L. HALL<br>2837 W. WALNUT HILL LN.<br>IRVING, TX 75083 | 28.09 |
| LESLIE D. HALL<br>1100 RAPATEL ST. #71<br>MANDEVILLE, LA 70448 | 53.96 |
| MAXINE HALLERMAN<br>5346 BROOKE RIDGE DRIVE<br>DUNWOODY, GA 30338 | 62.85 |
| ANTHONY N. HAMILTON<br>POST OFFICE BOX 607<br>ABSAROKEE, MT 59001 | 133.32 |
| CHERYL HAMILTON<br>PO BOX 271<br>LAFLECHE, SK S0H2K0<br>FOREIGN, FN 99999 | 4.93 |
| OPAL FAYE HAMMOND<br>4011 W. CHARLESTON BLVD<br>LAS VEGAS, NV 89102 | 52.90 |
| JINGDONG HAN<br>504 E. 81ST ST., APT. 4K<br>NEW YORK, NY 10028 | 123.44 |
| KITTY L. HAN<br>63-33 DOUGLASTON PARKWAY<br>DOGLASTON, NY 11362 | 133.55 |
| TUNG-CHANG HAN<br>41-42 42ND STREET #6-A<br>LONG ISLAND, NY 11104 | 125.20 |

| | |
|---|---:|
| DIANA R. HANDY<br>124 VININGS DRIVE<br>MCDONOUGH, GA  30253 | 133.86 |
| ANTHONY J HANKS<br>454 N JOHNSON STREET<br>SULPHUR, LA 70663 | 133.93 |
| DEBRA A. HANKS<br>2044 N. RICELAND RD.<br>RAYNE, LA 70578 | 61.69 |
| RANDY L. HANKS<br>217 CANAL ST.<br>SULPHUR, LA 70663 | 28.13 |
| AMY K. HANSON<br>3309 COYOTE<br>GREAT FALLS, MT 59404 | 27.51 |
| MICHAEL E. HANSON<br>3309 COYOTE LANE<br>GREAT FALLS, MT 59404 | 62.78 |
| JING HAO<br>200 CENTRE AVE. APT. 1E<br>NEW ROCHELLE, NY 10805 | 142.53 |
| ELIZABETH S. HARDWICK<br>3420 BROOKWOOD TRACE<br>BIRMINGHAM, AL 35223 | 52.90 |
| DAVID B. HARE<br>106 SAN SALVADORE LANE<br>SANTA FE, NM 87501 | 91.28 |
| ELMA I HARKINS<br>958 BYHAN RD<br>WINLOCK, WA 98596 | 158.21 |
| WILLIS W. HARNEY<br>3129 QUILTINE ROAD<br>MATTHEWS, NC 28105 | 62.85 |
| CONST HARPER | 141.08 |

| | |
|---|---:|
| P.O. BOX 693<br>STOVER, MO 65078 | |
| MICHAEL S. HARPER<br>825 N. LAMB #327E<br>LAS VEGAS, NV 89110 | 25.89 |
| CALLIE M. HARRIS<br>1812 U S A DRIVE<br>PLANO, TX 75025 | 63.36 |
| GERALD D HARRIS<br>7700 SPRINGS LANE, APT B<br>NORCROSS, GA 30092 | 56.61 |
| JIM R. HARRIS<br>RT 1 BOX 710<br>NOCONA, TX 76255 | 133.90 |
| SONJA HARTMANN<br>HC3 BOX 379<br>JOHNSON CITY, TX 78636 | 37.19 |
| CANDACE M. HASKINS<br>9554 MEADOWLARK DR.<br>BOZEMAN, MT 59718 | 62.78 |
| DOUG HASKINS<br>2620 VALENCIA STREET<br>BELLINGHAM, WA 98226 | 125.20 |
| LISA R. HASLEY<br>505 CARL SENTER<br>FORNEY, TX 75126 | 52.90 |
| SUSAN A HAWK<br>415 SHAWNEE DRIVE<br>WETUMPKA, AL 36092 | 63.13 |
| BENNIE O. HASTINGS<br>5112 CRESTWOOD<br>ALEXANDRIA, LA 71301 | 25.82 |
| BARRY HAWKINS<br>11506 FREMANTLE DRIVE<br>CINCINNATI, OH 45240 | 26.12 |

| | |
|---|---:|
| PATRICIA E. HAWKINS<br>507 S. 10TH AVE.<br>BOZEMAN, MT 59715 | 8.00 |
| ROBERT LOYD HAWKINS<br>902 SALEM DR<br>CORPUS CHRISTI, TX 78412 | 52.90 |
| JAMES E. HAYES<br>RT.4 BOX 4321<br>ATHENS, TX 75751 | 52.90 |
| JANET F. HAYES<br>ROUTE 4, BOX 267<br>VINITA, OK 74301 | 28.07 |
| RUTH L. HAYS<br>P.O. BOX 1528<br>CLEMSON, SC 29633 | 74.06 |
| SHANON HAYS<br>PO BOX 1528<br>CLEMSON, SC 29633 | 17.63 |
| ROGER S. HAYZLETT<br>2009 PEMBROKE BAY DR.<br>LEAGUE CITY, TX 77573 | 63.36 |
| MEI HE<br>10010 DICKENS AVE.<br>BETHESDA, MD 20814 | 133.28 |
| JAMES L. HEBERT & IDA V. ROPPOLO<br>7902 OAKLAND DRIVE<br>DENHAM SPRINGS, LA 70726 | 65.67 |
| RICHARD J. HEBERT<br>3600 EAST SIMCOE #9<br>LAFAYETTE, LA 70503 | 133.84 |
| MICHELLE J. HECK<br>135 MEADOW LN<br>MILES CITY, MT 59301 | 52.90 |
| MARK A. HEGGENES | 52.90 |

| | |
|---|---:|
| 4461 E. GLENDALE RD.<br>CLINTON, WA 98236 | |
| MARY JANE HEGGENES<br>4461 E. GLENDALE RD.<br>CLINTON, WA 98236 | 70.54 |
| STACEY L. HEGGENES<br>4461 E GLENDALE ROAD<br>CLINTON, WA 98236 | 70.54 |
| LOUBELLE R. HEIMAN<br>422 E. COURT<br>LINCOLN, KS 67455 | 17.63 |
| DEAN P. HELT<br>13305 NE 171ST. ST.<br>APT. C-325<br>WOODINVILLE, WA 98072 | 151.21 |
| JANE L. HELUS<br>1625 CO. RD 45<br>AKRON, AL 35441 | 133.88 |
| WALLY L. JR. HELUS<br>1667 CO RD. 45<br>AKRON, AL 35441 | 133.88 |
| VIRGIL D. HEMEL<br>925 WEST FIFTH<br>COLBY, KS 67701 | 26.06 |
| LESLIE A. HENDRICKS<br>1030 LIBERTY ST.<br>LYNDEN, WA 98264 | 185.94 |
| BRENDA V. HENLIN<br>12726 SE DIVISION ST., SP33<br>PORTLAND, OR  97236 | 28.07 |
| BECKY S. HENRY<br>206 BLUFF ROWLINS<br>ATWOOD, KS 67730 | 63.19 |
| DEBORAH L. HENSLEY<br>4804 JOHNSON RD. | 28.09 |

| Name and Address | Amount |
|---|---|
| WICHITA FALLS, TX 76310 | |
| FRED M HENSLEY<br>RT 1 BOX 40-B-1<br>PARADISE, TX 76073 | 52.90 |
| JENNIFER HENSON<br>C/O DURYEA<br>4277 NELSON RD.<br>BELGRADE, MT 59714 | 52.91 |
| DONNA L. HERNANDEZ<br>7811 TRUMBAL<br>LIVE OAK, TX 78233 | 133.39 |
| WILLIAM K. HERNDON<br>P.O. BOX 494<br>MOUNT HOLLY, NC 28120 | 60.98 |
| DAVID E. HESS<br>4707 PIN OAK PARK #333<br>HOUSTON, TX 77081 | 63.36 |
| ROSAURA P. HESSE<br>18595 MARTINIQUE DR.<br>HOUSTON, TX 77058 | 123.44 |
| JUDITH G. HEWITT<br>3120 S.E. SHAWNEE HEIGHTS RD.<br>TECUMSEH, KS 66542 | 61.10 |
| DANNY D. HIBDON<br>16813 SPRING VALLEY<br>BELTON, MO 64012 | 53.96 |
| DANA W. HICKMAN<br>209 GOVERNORS COURT<br>CARTERSVILLE, GA 30121 | 27.58 |
| JIM L HICKMAN<br>209 GOVERNORS COURT<br>CARTERSVILLE, GA 30121 | 133.53 |
| CLIFF L. HICKS<br>3601 JORDAN AVE<br>MIDLAND, TX 79707 | 123.44 |

| | |
|---|---:|
| MICHAEL C. HICKS<br>626 CHESTNUT<br>GRAND PRAIRIE, TX 75052 | 154.57 |
| CAROL J. HIGGINS<br>RT. 1, BOX 71<br>GALAX, VA 24333 | 27.47 |
| CHERIE L. HILL<br>2527 NOAH ST.<br>EUGENE, OR 97402 | 17.63 |
| GREGORY A. HILL<br>2610 CARRINGTON LANE<br>GRAND PRAIRIE, TX 75052 | 17.63 |
| LEWIS A. HILL<br>2610 CARRINGTON LANE<br>GRAND PRAIRIE, TX 75052 | 52.90 |
| RICHARD & JANINE W. HILL<br>1600 COURTNEY DRIVE<br>SALINA, KS 67401 | 98.61 |
| TIMOTHY E. HILL<br>1960 HOPEWELL FRIENDS ROAD<br>ASHEBORO, NC 27203 | 60.94 |
| VICKY S. HILL<br>#205 4524 8AVE<br>EDSON, AB T7E1B3<br>FOREIGN, FN 99999 | 29.01 |
| ANGIE M. HILLIER<br>1898-28 PRAIRIE RD.<br>SEDRO-WOOLLEY, WA 98284 | 52.90 |
| CHAD L. HILLIER<br>1898-28 PRAIRIE ROAD<br>SEDRO-WOLLEY, WA 98284 | 133.87 |
| ROBERT D. HILLIER<br>1898-28 PRAIRIE RD<br>SEDRO-WOOLLEY, WA 98284 | 48.87 |

| | |
|---|---:|
| VELMA J. HINTON<br>441 RIVER ROAD<br>THOMASTON, GA 30286 | 17.63 |
| LEE M. HIRSHEY<br>3176 S SERENE LANES<br>JOPLIN, MO 64804 | 45.21 |
| ERIC L HISAW<br>811 HARVEST DRIVE<br>COLLEGE PLACE, WA 99324 | 109.33 |
| JUDY C. HO<br>23506 NE. 24TH COURT<br>REDMOND, WA 98053 | 27.76 |
| NANCY E. & JOHN HOBBS<br>7807 MOONFLOWER<br>AUSTIN, TX 78750 | 123.44 |
| WADE A. HOELTING<br>2210 B QUARRY<br>AUSTIN, TX 78703 | 25.98 |
| DAVID C. HOFMEISTER<br>21806 HWY. T<br>VERSAILLES, MO 65084 | 52.90 |
| STACIA L. HOLBERT<br>705 GREENVILLE RD<br>DENVER, PA 17517 | 17.63 |
| LISA A. HOLDERMAN<br>602 BUTTERCUP CIRCLE<br>GARLAND, TX 75040 | 123.37 |
| WILLIAM E. HOLLANDSWORTH<br>87 BIRCHLEAF CIRCLE<br>BASSETT, VA 24055 | 62.74 |
| SANDRA B. HOLLEY<br>410 DRAYTON DRIVE<br>SELMA, AL 36701 | 133.95 |
| BRIAN HOLLIDAY<br>#5 SHADOWBROOK SHORES, HWY 903 | 28.22 |

| | |
|---|---:|
| LITTLETON, NC 27850 | |
| E. ROY HOLLIFIELD<br>RT. 2 BOX 2098<br>CLAYTON, GA 30525 | 62.85 |
| ELIZABETH C. HOLLINGSWORTH<br>3214 PERSHING<br>ALEXANDRIA, LA 71301 | 25.96 |
| DERRELL LEE HOLT<br>C/O STEVE BROWN<br>1114 S. GREEN ST.<br>THOMASTON, GA 30286 | 52.91 |
| RENEE HOOKS<br>3410 ARGYLE LANE<br>GREENSBORO, NC 27406 | 29.70 |
| RONALD L. HOOKS<br>8 DUMAINE DRIVE<br>COVINGTON, LA 70433 | 26.32 |
| KAREN HOOPER<br>6405 W. COVENTRY DRIVE<br>STILLWATER, OK 74074 | 108.37 |
| LING FONG HOUNG<br>55-03 VAN DOREN ST. APT. #1R<br>CORONA, NY 11368 | 35.27 |
| ANNIE R. HOWARD<br>870 THURMAN ROAD<br>STOCKBRIDGE, GA 30281 | 123.44 |
| DEANNA D. HOWARD<br>800 STADIUM CIRCLE<br>FRIENDSWOOD, TX 77546 | 133.86 |
| BEN M. HSU<br>12911 WINTERTHUR LANE<br>SILVER SPRING, MD 20904 | 123.44 |
| CHANGLIEN HSU<br>12911 WINTERTHUR LANE<br>SILVER SPRING, MD 20904 | 123.44 |

| | |
|---|---:|
| CHEN HUNG TUAN HSU<br>14 SOARING HAWK<br>IRVINE, CA 92714 | 123.44 |
| KU HUI CHUAN HSU<br>7209 CYPRESS HILL DRIVE<br>GAITHERSBURG, MD 20879 | 52.90 |
| LEE CHU HSU<br>7836 ELM LEAF DRIVE<br>GERMANTOWN, TN 38138 | 133.55 |
| QINGHUA HU<br>4958 CROCKETT DRIVE<br>HILLIARD, OH 43026 | 52.90 |
| XING CHUN HU<br>74 HARVARD ST. APT 4<br>WALTHAM, MA 2154 | 123.45 |
| BEILING HUANG<br>36 GORHAM ST.<br>CAMBRIDGE, MA 2138 | 52.91 |
| CAI FENG HUANG<br>1170 KENSINGTON RD.<br>TEANECK, NJ 7666 | 52.90 |
| JENNIE HUANG<br>92-05 WHITNEY AVE APT B24<br>ELMHURST, NY 11373 | 123.44 |
| SHUHUA HUANG<br>92-05 WHITNEY AVE APT B24<br>ELMHURST, NY 11373 | 52.90 |
| WEI HUANG<br>2116 E. THACKERY ST.<br>W COVINA, CA 91791 | 123.44 |
| XIAOQING HUANG<br>36 MUNROE ST.<br>SOMERVILLE, MA 2143 | 17.64 |
| XUETAO HUANG | 123.44 |

| | |
|---|---:|
| 92-05 WHITNEY AVE. APT. B24<br>ELMHURST, NY 11373 | |
| JOAN C. HUBBARD<br>9857 ROWE RD.<br>DANSVILLE, NY 14437 | 62.92 |
| DONNA L. HUESTIS<br>8733 1ST ST. WEST<br>HAVRE, MT 59501 | 52.90 |
| LAI-CHUN HUE-WONG<br>100 W SQUANTUM ST APT 512<br>QUINCY, MA 02171 | 52.91 |
| J.V. HUFF<br>1730 WANDA DR.<br>VERNON, TX 76384 | 27.70 |
| TRACY J. HULE<br>1893 CONCORD AVENUE<br>MOSCOW, ID 83843 | 82.88 |
| GEORGE HUMBERT<br>5224 OAK LAEF DR. A-8<br>INDIANAPOLIS, IN 46220 | 57.66 |
| YAN SIUMEI HUNG<br>3518 LANGREHR RD. APT 2A<br>BALTIMORE, MD 21244 | 123.44 |
| LEUNG HUNGKEI<br>69-40 OLCOTT ST<br>FOREST HILLS, NY 11375 | 27.74 |
| RUTH O. HUNTER<br>15602 LAONA COVE<br>AUSTIN, TX 78717 | 17.63 |
| MATTHEW R HURLEY<br>48 BEAVER RUN DR.<br>SAVANNAH, GA 31419 | 123.44 |
| BOBBY J. HUTCHENS<br>813 S. CENTRAL AVE.<br>SIDNEY, MT 59270 | 17.63 |

| | |
|---|---:|
| JAMES M. HUTCHENS<br>809 S. CENTRAL AVE.<br>SIDNEY, MT 59270 | 52.90 |
| NENITA HUTCHISON<br>654 SYLVAN STREET<br>DALY CITY, CA 94014 | 17.63 |
| CINDY H HUTTO<br>3102-B. DENTCREST<br>MIDLAND, TX 79707 | 163.04 |
| ROSEMARIE A. INCROVATO<br>210 EAST TICKNOR<br>FAIRFIELD, WA 99012 | 52.90 |
| JAMES R. INGALLS<br>506 LYNN CIRCLE<br>MOUNT OLIVE, AL 35117 | 62.99 |
| ROY D. INGHAM<br>RT. 3 BOX 2080<br>CORSICANA, TX 75110 | 28.09 |
| BRENDA & STEVE INGRAM<br>274 WEST MAIN STREET<br>OWINGSVILLE, KY 40360 | 62.78 |
| GINA L. INGRAM<br>4798 MARY DALE CT.<br>LILBURN, GA 30047 | 62.78 |
| JANICE D. INMAN<br>128 HERITAGE PL #281<br>BURLINGTON, WA 98233 | 17.63 |
| JAMIE C. ISAACSON<br>1508 B. ST.<br>BUTTE, MT 59701 | 27.51 |
| THOMAS ISAF<br>8592 ROSWELL ROAD<br>ATLANTA, GA  30350 | 129.79 |
| DANA D. ISON | 27.86 |

| | |
|---|---:|
| 107 WOODY ACRES COURT<br>ANDERSON, SC 29625 | |
| TERRY L. IVY<br>125 A JUPITER<br>SHEPPARD AFB, TX 76311 | 353.20 |
| FAYE D. IWANAGA<br>1204 NEW HORIZON STREET<br>POWDER SPRINGS, GA 30127 | 119.91 |
| **TOTAL** | **10,858.58** |

    2.    That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

    WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    February 12, 2009

    /s/ Holmes P. Harden
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300