UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1.  That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---:|
| ANDREW JACKSON<br>3524 NW PRINCETON, APT. 103<br>SILVERDALE, WA 98383 | 123.44 |
| BENNIE N. JACKSON<br>P.O. BOX 704<br>LULA, GA 30554 | 133.39 |
| NORMA J. JACKSON<br>314 S. TRACY<br>BOZEMAN, MT 59715 | 17.63 |
| SHANNON L. JACKSON<br>2534 W. YVONNE DRIVE<br>FAYETTEVILLE, AR 72704 | 17.63 |
| DANIEL A. JACOB<br>2807 BINKLEY #108<br>DALLAS, TX 75205 | 133.90 |
| LEO J. JACOBS<br>1204 ST. ANDREW CT.<br>BURLINGTON, WA 98233 | 88.17 |

| | |
|---|---:|
| LISA M. JACOBS<br>ROUTE #1 BOX 431<br>PEMBROKE, NC 28372 | 26.01 |
| NEVA JAIN<br>POST OFFICE BOX 6146<br>LAWRENCEVILLE, NJ 08648 | 142.20 |
| MITCH J. JALBERT<br>P.O BOX 7034<br>BEND, OR 97708 | 129.57 |
| LANA M. JAMES<br>PO BOX 384<br>VERSAILLES, MO 65084 | 133.69 |
| MARIA JAMES<br>1805 N FRANCES 203<br>TERRELL, TX 75160 | 26.08 |
| JAMES WALTJEN<br>H.C.R. 1 BOX 5689<br>KEAAU, HI 96749 | 8.39 |
| CHARLENE C. JAMES-OWENS<br>2025 WOODMONT BLVD APT. 323<br>NASHVILLE, TN 27215 | 54.67 |
| UBHI JASWANT S<br>232 RUNDLEVIEW DR NE<br>CALGARY, AB T1Y1H8<br>FOREIGN, FN 99999 | 225.72 |
| CATHERINE H. JEAN<br>3106 KINROSS CIRCLE<br>HERNDON, VA 20171 | 123.44 |
| SHEILA D. JEFFERSON<br>8518 SANDY GLEN LANE<br>HOUSTON, TX 77071 | 61.45 |
| ADRIA D. JENKINS<br>8555 FAIR OAKS XING #411<br>DALLAS, TX 75243 | 63.36 |

| | |
|---|---:|
| JR. WILLIAM P. JENKINS<br>RT. 1306 SHERWOOD & BERKSHIRE<br>BURGESS, VA 22432 | 168.05 |
| BRYAN D. JENTZSCH<br>655 B NORTH 900 E<br>RUPERT, ID 83350 | 133.67 |
| IMPI JERICH<br>510 EAST CHAPMAN<br>ELY, MN 55731 | 17.63 |
| JIANWEN JI<br>201 N. MONTEREY ST<br>APT #1<br>ALHAMBRA, CA 91801 | 52.91 |
| JING ZYHONG JIANG<br>950 ALDUS ST. WING-HING<br>BRONX, NY 10459 | 125.20 |
| OSCAR JIMISON<br>HEATH COURTS, APT. 10<br>NEW BOSTON, TX 75570 | 30.44 |
| HUI JIN<br>147-37 ROOSEVELET APT #1 G<br>FLUSHING, NY 11354 | 17.63 |
| ZHIYUN J. JIN<br>1641 WESTMINSTER DR. #203<br>NAPERVILLE, IL 60563 | 131.55 |
| ZHANG JING<br>78 MILL ST<br>WOBURN, MA 1801 | 123.45 |
| ASHLY L. JOHNSON<br>12355 HWY 45 N<br>MARTIN, TN 38237 | 54.67 |
| BRAD W. JOHNSON<br>165 1/2 WEST MAIN ST<br>ST CLAIRSVILLE, OH 43950 | 24.69 |
| CHRISTINA D. JOHNSON | 17.63 |

| | |
|---|---:|
| 3100 CHARRING CROSS<br>PLANO, TX 75025 | |
| ERICA L. JOHNSON<br>1256 CENTER ST.<br>PORT TOWNSEND, WA 98368 | 133.89 |
| EUGENE D. JOHNSON<br>RR 2 BOX 110A<br>CUBA, KS 66940 | 88.17 |
| H. JAMES JOHNSON<br>955 WATER STREET<br>PORT TOWNSEND, WA 98368 | 19.40 |
| JAMES SCOTT JOHNSON<br>1256 CENTER STREET<br>PORT TOWNSEND, WA 98368 | 133.87 |
| JENNIE W. JOHNSON<br>3074 KENT CT.<br>DULUTH, GA 30096 | 59.96 |
| KRISTIE L. JOHNSON<br>316 SNYDER AVE.<br>GLENDIVE, MT 59330 | 19.40 |
| RHONDA D. JOHNSON<br>412 ACORN GROVE LANE, APT. H<br>CHESAPEAKE, VA 23320 | 52.90 |
| ROBERT R. JOHNSON<br>12353 HWY. 45 N<br>MARTIN, TN 38237 | 92.22 |
| ROY E. JOHNSON<br>3512 E. BROADWAY #1113<br>PEARLAND, TX 77581 | 63.36 |
| SUSAN J. JOHNSON<br>3716 W. SUNSET<br>ROGERS, AR 72756 | 27.93 |
| THERESA A. JOHNSON<br>30250 NORTH HWY 281<br>PRATT, KS 67124 | 105.81 |

| | |
|---|---:|
| TONY D. JOHNSON<br>605 S DONALD<br>SEYMOUR, TX 76380 | 63.36 |
| J.H.E. JOHNSTON<br>178 OJO DE LAS VACA<br>SANTA FE, NM 87505 | 146.01 |
| BEATRICE L JONES<br>1201 SOUTH E STREET<br>CULPEPER, VA 22701 | 137.55 |
| JEANETTE JONES<br>68880 NICOLAI RD.<br>RAINIER, OR 97048 | 52.90 |
| JEFF E. JONES<br>11328 SOUTH POST OAK STE. 104<br>HOUSTON, TX 77035 | 31.32 |
| JOANNE JONES<br>6202 HAGAN STONE PARK RD.<br>PLEASANT GARD, NC 27313 | 105.81 |
| KEVIN L. JONES<br>964 ASPENWOOD LANE<br>TWIN FALLS, ID 83301 | 62.78 |
| LAURA L. JONES<br>81 DANIEL BATHON DRIVE<br>ELKTON, MD 21921 | 125.20 |
| MARY E. JONES<br>7313 RIDGE CREEK<br>CORPUS CHRISTI, TX 78413 | 62.97 |
| MICHAEL R. JONES<br>833 KINGS HWY.<br>LIBERTY, MO 64068 | 63.25 |
| SABRINA JONES<br>112 B WINDING WAY<br>LEESBURG, GA 31763 | 63.20 |
| WILEY B. JONES | 137.55 |

| | |
|---|---:|
| 1070 WALKER CHURCH RD.<br>GREENSBORO, GA 30642 | |
| NEVADA & WENDY JORGENSON<br>3101 MOONSTONE LN<br>BISMARK, ND 58501 | 154.07 |
| BENITO R. JUAREZ<br>RT 8 BOX 509<br>SAN BENITO, TX 78586 | 28.09 |
| STEVEN KAHM<br>110 MAIN<br>CIRCLE, MT 59215 | 25.39 |
| JONATHAN L. KALASNIK<br>1949 CASSINGHAM CIRCLE<br>OCOEE, FL 34761 | 66.34 |
| INC KASKA CORPORATION<br>22 RUBINSTEIN STREET APT. K1<br>STATEN ISLAND, NY 10305 | 56.43 |
| BAVANDEEP KAUR<br>3100 S 208TH ST APT A-201<br>SEATTLE, WA 98198 | 157.94 |
| JOHN E. KEEN<br>13544 NEW WOOD AVE<br>BATON ROUGE, LA 70818 | 63.34 |
| SANDRA D. KEEN<br>273 CLARECASTLE LANE<br>VINCENT, AL 35178 | 133.39 |
| SHASTA A KEEN<br>13544 NEW WOOD AVE<br>BATON ROUGE, LA 70818 | 28.07 |
| DAVID D. KELEHER<br>P.O. BOX 10850<br>PENSACOLA, FL 32524085 | 68.03 |
| TERRY KELLER<br>2011 HERMITAGE PIKE DR.<br>HERMITAGE, TN 37076 | 27.88 |

| | |
|---|---:|
| WILLIAM A KELLER<br>1061 OLD JACKSON HWY<br>JACKSON, SC 29831 | 67.50 |
| FREDINE O KELLEY<br>2124 IMPERIAL DRIVE<br>GAINESVILLE, GA 30501 | 126.97 |
| THOMAS J. KELLOGG<br>16724 X STREET<br>OMAHA, NE 68135 | 52.90 |
| CAROLE KELLY<br>308 BATTLE AVE.<br>FRANKLIN, TN 37064 | 52.90 |
| KIMBERLY A. KELLY<br>1536 PACIFIC BEACH DR.<br>APT. #3<br>SAN DIEGO, CA 92109 | 173.72 |
| MASAKO W. KELLY<br>2220 ASCOT VALLEY TRACE<br>DURUTH, GA 30097 | 133.46 |
| ROBERT J. KELSEY<br>BOX 1102<br>MALTA, MT 59538 | 52.90 |
| JACKIE D. KEMNITZ<br>2310 TIFFANY COURT<br>GARLAND, TX 75043 | 303.31 |
| JACKIE D. KEMNITZ<br>2310 TIFFANY COURT<br>GARLAND, TX 75043 | 1,769.22 |
| GERALD D. KENNEDY<br>711 1ST STREET SOUTH<br>SHELBY, MT 59474 | 62.78 |
| RAYMOND I. KEPNER<br>2010 KRISTIAN WAY<br>ROSWELL, GA 30076 | 62.85 |

| | |
|---|---:|
| SHANNON W. KERR<br>11607 BERTELL LANE<br>CYPRESS, TX 77429 | 101.47 |
| GINGER KERRIGAN<br>HCR 69 BOX 529<br>SUNRISE BEACH, MO 65079 | 17.63 |
| HEATHER A. KERSTEN<br>18625 HERON COURT<br>ARLINGTON, WA 98223 | 158.71 |
| JAMES R. KESTER<br>434 2. 200 S #2<br>LOGAN, UT 84321 | 52.90 |
| RONALD E. KESTER<br>1081 AVENIDA CAMPANA<br>FALLBROOK, CA 92028 | 52.90 |
| ELAINE KEY<br>103 HICKORY LN.<br>DENTON, TX 76205 | 139.87 |
| JOYCE & HOWARD KEYES<br>334 CHRISTOFFERSON LN.<br>CORVALLIS, MT 59828 | 59.96 |
| MARY E. KILLIAN<br>2208 14TH STREET<br>VERNON, TX 76384 | 62.97 |
| DUSTY A. KILLINGSWORTH<br>2414 N. INDIANA<br>JOPLIN, MO 64801 | 27.94 |
| CHONG S. KIM<br>4026 ESTERS RD. #2086<br>IRVING, TX 75038 | 63.36 |
| JAMIE L KIMZEY<br>2051 CAROUSEL<br>HOLLISTER, CA 95023 | 17.63 |
| JIM G KIMZEY<br>2051 CAROUSEL | 19.05 |

| | |
|---|---:|
| HOLLISTER, CA 95023 | |
| VICKIE M. KINCAID<br>12500 WEST 100 STREET<br>LENEXA, KS 66215 | 17.63 |
| HENRY J. KING<br>4002 287 AVE S E<br>FALL CITY, WA 98024 | 17.63 |
| RALPH L. KING<br>504 DUNHAM RD.<br>GASTONIA, NC 28054 | 102.35 |
| LESLIE L. KINMAN<br>15053 N. HAARMANN DR<br>EFFINGHAM, IL 62401 | 63.24 |
| KELLY KINSEY<br>2216 ALDERSON AVE. #D<br>BILLINGS, MT 59102 | 21.16 |
| JAMES E. KIRKEMINDE<br>C/O MARTHA J. MORLEY<br>2015 OLD MANOR<br>GARDEN CITY, KS 67846 | 52.91 |
| MICHAEL S. KIRTLEY<br>130 1/2 BANK AVE.<br>NEW IBERIA, LA 70560 | 17.90 |
| JOE G. KLEIN<br>332 WILLOW BEND RD.<br>BIRMINGHAM, AL 35209 | 63.48 |
| ASHLEE KLEINERT<br>6505 VALLEY BROOK DR.<br>DALLAS, TX 75240 | 133.55 |
| NATHANAEL D. KLOOSTERMAN<br>2973 HILLCREST DR.<br>DYER, IN 46311 | 61.09 |
| DEBORAH A. KLOSSNER<br>305 ERASTE LANDRY RD.<br>LAFAYETTE, LA 70506 | 160.12 |

| | |
|---|---:|
| MICHAEL KNIGHT<br>18298 SMITH RD.<br>GULFPORT, MS 39503 | 25.90 |
| JAMES R. KNOX<br>30318 KENT-BLACK DIAMOND ROAD<br>KENT, WA 98042 | 63.36 |
| JENNIFER KOAY<br>133-04 41 AVE<br>FLUSHING, NY 11355 | 52.90 |
| MARY ANNE KOCHUT<br>681 D DOVER COURT<br>SOMERVILLE, NJ 08876 | 86.49 |
| DAWN M. KOGER<br>86 BALDWIN BLVD.<br>SELINSGROVE, PA 17870 | 62.85 |
| CHADD G. KOHN<br>1006 WEST 3RD STREET<br>NORTH PLATTE, NE 69101 | 66.41 |
| BAK ENG KOK<br>436W 27TH DRIVE #7H<br>NEW YORK, NY 10001 | 105.81 |
| POLLY D. KOLLMAN<br>6301 TEJAS DRIVE<br>PASADENA, TX 77503 | 133.47 |
| BRIAN KONWALER<br>718 S.W. BELMONT CIR.<br>PORT ST LUCIE, FL 34953 | 67.73 |
| JEFFERY W. KOONCE<br>1273 STUART AVE.<br>BATON ROUGE, LA 70808 | 52.90 |
| RHETT G. KOPINESS<br>8464 MEHAFFEY ROAD<br>MIDLAND, GA 31820 | 112.86 |
| ERIC A. KREBS | 63.27 |

| Name and Address | Amount |
|---|---|
| 816 N. BELL AVE. APT. #56<br>DENTON, TX 76201 | |
| WAYNE H. KROM<br>3127B FOREST DR.<br>COLUMBIA, SC 29204 | 27.86 |
| WESLEY H. KRUEGER<br>890 HIGH OAK DR. #107<br>BELLVILLE, TX 77418 | 17.63 |
| LARRY J. KRULL<br>20833 145TH ST.<br>ANAMOSA, IA 52205 | 151.04 |
| ELLIOTT L. KRUMREY<br>1001 SAN SABA<br>COLLEGE STATION, TX 77840 | 52.90 |
| KRUSE MARGUERTITE L.<br>P. O. BOX 7<br>SEDRO WOOLLEY, WA 98284 | 126.97 |
| ZLATA D KRYCER<br>19 CHARLOTTE DR.<br>WESLEY HILLS, NY 10977 | 133.67 |
| MAO KUAI<br>22 RUBINSTEIN STREET APT K1<br>STATEN ISLAND, NY 10305 | 112.86 |
| SHI-HUI KUAN<br>14404 SETTLERS LANDING WAY<br>NORTH POTOMAC, MD 20878 | 52.90 |
| SHELIA L. KUCH<br>2214 S. AVENIDA GUILLERMO<br>TUCSON, AZ 85710 | 133.81 |
| CONNIE J. KUCHENREUTHER<br>4392 NORTHWEST DR.<br>BELLINGHAM, WA 98226 | 133.87 |
| MARJORIE L. KUEHLER<br>5096 FM 367<br>WICHITA FALLS, TX 76301 | 133.90 |

| | |
|---|---:|
| ANGELA D. KUHN<br>4600 ELMWOOD<br>WICHITA FALLS, TX 76309 | 61.53 |
| JERRY L. KUHN<br>1907 HOLMES RD.<br>HAYS, KS 67601 | 141.08 |
| CHARLIE B. KUMBERG<br>12513 NW SPRING CREEK ROAD<br>MEDICINE LODGE, KS 67104 | 52.90 |
| JOANNA L. KUO<br>518 CLUSTER LANE<br>REDONDO BEACH, CA 90278 | 133.55 |
| JONATHAN K. KUO<br>518 CLUSTER LANE<br>REDONDO BEACH, CA 90278 | 17.63 |
| LI-SHENG KWAN<br>25 BOERUM STREET #17K<br>BROOKLYN, NY 11206 | 52.90 |
| **TOTAL** | **11,838.95** |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED: February 13, 2009

  /s/Holmes P. Harden
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300