UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | |
| | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1.     That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| MARYVETTE L. LABRIE<br>636 1/2 S. 6TH EAST<br>MISSOULA, MT 59801 | 133.92 |
| BARRY L. LACY<br>114 PENNBROOKE DRIVE<br>LAPLACE, LA 70068 | 123.44 |
| CINDY S. LAI<br>9333 MEMORIAL DRIVE<br>SUITE 320<br>HOUSTON, TX 77024 | 35.28 |
| LI HUA LAI<br>68-29 CLYDE ST. APT. #A<br>FOREST HILLS, NY 11375 | 123.44 |
| LESLIE LAKE<br>RR # 1 BOX 183 C<br>MINEOLA, TX 75773 | 15.94 |
| SHERRI LAMAR<br>1010 GRAYSON ST. | 105.81 |

| | |
|---|---|
| NOCONA, TX 76255 | |
| RICHARD C LAMBERT<br>1424 COUNTY RD 411<br>FYFFE, AL 35971 | 63.34 |
| ELLEN F. LAMM<br>1803 CAVALIER CIRCLE<br>WILSON, NC 27893 | 43.35 |
| STEVEN F. LAMONT<br>4024 WASHINGTON #209<br>KENOSHA, WI 53144 | 123.44 |
| CLOYD LAND - DECEASED<br>C/O ESTHER L. GRIMES LAND<br>PO BOX 667<br>6524 FLETCH RD.<br>LAND O' LAKES, FL 34639 | 61.10 |
| ALICE FAYE LANDRY<br>4002 GAINES CT.<br>AUSTIN, TX 78735 | 62.97 |
| JOHN M. LANE<br>406 NORTH MADISON STREET<br>PO BOX 369<br>MADISONVILLE, TX 77864 | 133.56 |
| CHRISTOPHER R. LANGLEY<br>5738 DEERFIELD DRIVE #2<br>MEMPHIS, TN 38134 | 52.90 |
| MICHAEL L. LAPAILLE<br>308 BALWIN<br>CLYDE, KS 66938 | 96.60 |
| BAXTER D. LAPORTE<br>4870 COTE DES NEIGES, STE 1510<br>MONTREAL, QC H3V 1H3 CANADA<br>FOREIGN, FN 99999 | 161.50 |
| DOROTHY G. LARSEN<br>17712 W. COUNTRY CLUB DR.<br>ARLINGTON, WA 98223 | 151.09 |

| | |
|---|---:|
| LANCE LASTINGER<br>PO BOX 152<br>TY TY, GA 31795 | 131.87 |
| MARGARET L LATHEN<br>1177 RENNES CT, NE<br>ATLANTA, GA 30319-2415 | 62.78 |
| ANTHONY L. LATINA<br>200 MASSMILL DR. APT. 118<br>LOWELL, MA 01854 | 63.14 |
| YEW EAN LAU<br>257 CLINTON STREET, #11D<br>NEW YORK, NY 10002 | 63.01 |
| JOYCE L. LAUBY<br>13529 W. 74 TERRACE<br>SHAWNEE, KS 66216 | 52.90 |
| DENISE L LAUNAY<br>601 S. LASALLE, 6 FLR #L-402<br>CHICAGO, IL 60605 | 59.60 |
| BETTY JUNE LAWRENCE<br>727 OLD LIFSEY SPRINGS RD.<br>MOLENA, GA 30258 | 123.44 |
| DEBORAH S. LAYTON<br>PO BOX 304<br>LUVERNE, AL 36049 | 53.56 |
| MARIA F. LEAL<br>RT. 4 BOX 208F<br>SAN BENITO, TX 78586 | 28.09 |
| DARWIN K. LEBOUEF<br>807 CUSHING<br>KAPLAN, LA 70548 | 63.34 |
| CYNTHIA A. LEDOUX<br>501 S 10TH AVE.<br>BOZEMAN, MT 59715 | 16.65 |
| ALEJANDRO A. LEE, JR.<br>2501 NOLANA LOOP M-2 | 105.81 |

| | |
|---|---:|
| MC ALLEN, TX 78504 | |
| HOONG YEE LEE<br>14-16 ORCHARD STREET APT 4B<br>NEW YORK, NY 10002 | 125.20 |
| LU LEE<br>22 RUBENSTEIN STREET, 1ST FL<br>STATEN ISLAND, NY 10305 | 44.44 |
| RUTH M. LEE<br>112 KAYLA DR.<br>MACON, GA 31216 | 123.44 |
| XUE XUE LEE<br>411 NEWPORT AVE.<br>QUINCY, MA 2170 | 60.24 |
| MELISSA L. LEEP<br>36 N. BAXTER<br>COQUILLE, OR 97423 | 28.07 |
| ANNITA W. LEFAN<br>1715 CREEKMORE LANE<br>HATTIESBURG, MS 39401 | 35.27 |
| DONNA L. LEGLEITER<br>1713 VOLGA DR. APT. A<br>HAYS, KS 67601 | 88.17 |
| GRACE M LEINO<br>N 11445 CO A LOT #19<br>TOMAHAWK, WI 54487 | 19.57 |
| MITCHEL W. LELEUX<br>252 TOUCHET RD. 2B<br>LAFAYETTE, LA 70506 | 63.38 |
| JULIE S. LENAMON<br>1813 PEBBLE BROOK DR.<br>OFALLON, MO 63366 | 52.90 |
| GENE R. LENTZ<br>512 WORTHINGTON CT.<br>CONCORD, NC 28026 | 131.52 |

| | |
|---|---:|
| ANGEL LEUNG<br>1912 LINCOLN DR.<br>STEWARTSVILLE, NJ 08886 | 123.44 |
| WAIYUEN LEUNG<br>85-21 52 AVENUE<br>ELMHURST, NY 11373 | 63.01 |
| KENDRA B LEVINGSTON<br>1212 E 1ST<br>EL DORADO, AR 71730 | 28.22 |
| JUDITH LEWIS<br>ROUTE 3 BOX 116<br>OZARK, AL 36360 | 63.34 |
| KIM A LEWIS<br>207 WEST WEBSTER<br>SMITHTON, MO 65350 | 123.44 |
| LANCE A. LEWIS<br>1613 KEYSTONE DR.<br>FRIENDSWOOD, TX 77546 | 130.56 |
| KIMBERLY B. LEWIS-FREELAND<br>3846 W GALVESTON PLACE<br>BROKEN ARROW, OK 74012 | 61.43 |
| ROBBIE K. LEWIS<br>7033 SANDYBROOK DR.<br>FORT WORTH, TX 76120 | 61.35 |
| CHUNFAN LI<br>142-14 CHERRY AVE<br>FLUSHING, NY 11355 | 123.44 |
| CHUNFAN LI<br>142-14 CHERRY AVE<br>FLUSHING, NY 11355 | 70.54 |
| HONG LI<br>16 BELLE TERRACE<br>BELLEVILLE, NJ 07109 | 17.63 |
| HUI LI<br>201 N. MONTEREY ST | 52.91 |

| | |
|---|---:|
| APT #1<br>ALHAMBRA, CA 91801 | |
| HUIMIN LI<br>15040 MARWOOD ST<br>HACIENDA HTS, CA 91745 | 52.90 |
| LIN LI<br>78 SOUTH TRAYMORE AVENUE<br>IVYLAND, PA 18974 | 131.62 |
| MANYIN LI<br>94-31 60 AVE #4F<br>ELMHURST, NY 11373 | 52.90 |
| MAO LI<br>17821 JERSEY AVE.<br>ARTESIA, CA 90701 | 123.44 |
| MIN LI<br>50 NORTH EVERGREEN RD APT 51-C<br>EDISON, NJ 08837 | 123.44 |
| NAI WEN LI<br>5 HENLEY PLACE<br>TRENTON, NJ 08638 | 52.90 |
| NIAN YUN LI/GUO<br>167-43 148 AVE. SUIT#201<br>JAMAICA, NY 11434 | 64.30 |
| PING YING HUANG LI<br>92-05 WHITNEY AVE<br>ELMHURST, NY 11373 | 123.44 |
| RONG LI<br>2924 NORTH CALVERT STREET<br>BALTIMORE, MD 21218 | 123.44 |
| RUI LI<br>21 FOREST GLEN DRIVE<br>HIGHLAND PARK, NJ 08904 | 63.37 |
| RUI LI<br>21 FOREST GLEN DRIVE<br>HIGHLAND PARK, NJ 08904 | 149.37 |

| | |
|---|---:|
| SHUANGYAN LI<br>804 STRAFTFORD DR. APT.14<br>STATE COLLEGE, PA 16801 | 79.21 |
| SONGPING LI<br>122 EDWARDS ST., 3RD FLOOR<br>NEW HAVEN, CT 06511 | 52.91 |
| WEI XUAN LI<br>1170 KENSINTON RD.<br>TEANECK, NJ 7666 | 137.69 |
| ZHAOAN LI<br>180 MULBERRY ST. #3B<br>NEW YORK, NY 10012 | 105.81 |
| MUSEN LIANG<br>5 HENLEY PLACE<br>TRENTON, NJ 08638 | 158.71 |
| ZHAN-YING LIANG<br>5015 WILLOW BLUFF DRIVE<br>ATLANTA, GA 30350 | 131.46 |
| DOLORES F. LICKAR<br>20315 NE SANDY BLVD<br>TROUTDALE, OR 97060 | 133.32 |
| DIAN RU LIN<br>149 ELIZABETH STREET APT #A1<br>NEW YORK, NY 10012 | 17.63 |
| HUIMIN LIN<br>5711 CAMP STREET<br>CYPRESS, CA 96630 | 59.96 |
| JOAN LIN<br>454 PROSPECT AVE #73<br>WEST ORANGE, NJ 7052 | 17.63 |
| YI QUN LIN<br>41-10 160 ST.<br>FLUSHING, NY 11358 | 52.90 |
| XUN LIN | 241.03 |

| | |
|---|---:|
| 765 W. CONCOURSE VILLAGE<br>BRONX, NY 10451 | |
| DAVID R. LIND<br>37603 50TH AVE. S.<br>AUBURN, WA 98001 | 52.90 |
| BONNIE F. LINDLEY<br>3330 COUNTRY SQUARE DRIVE<br>APT. 902<br>CARROLLTON, TX 75006 | 154.00 |
| MARY M. LIPPMAN<br>3410 WONDER VIEW DRIVE<br>HOLLYWOOD, CA 90068 | 136.29 |
| HAZEL V. LITCHFIELD<br>612 E 9TH<br>PITTSBURG, KS 66762 | 17.63 |
| DAVID F. LITOLFF<br>502 MONSANTO AVE.<br>LULING, LA 70070 | 130.49 |
| GUISU LIU<br>250 GORGE RD., APT 21A<br>CLIFFSIDE PARK, NJ 07010 | 113.58 |
| HONG LIU<br>78 FERNCLIFF RD.<br>BLOOMFIELD, NJ 07003 | 52.91 |
| JUN LIU<br>1715 S. DIAMOND BAR BL #D<br>DIAMOND BAR, CA 91765 | 52.90 |
| LI XIN LIU<br>201 N. MONTEREY ST<br>APT #1<br>ALHAMBRA, CA 91801 | 52.91 |
| WEIDONG LIU<br>300 WALNUT ST. APT. #602<br>RIDLEY PARK, PA 19078 | 52.90 |
| YING LIU | 135.26 |

| | |
|---|---:|
| 7514 20TH AVE<br>BROOKLYN, NY 11214-1226 | |
| YING LIU<br>7514 20TH AVE<br>BROOKLYN, NY 11214-1226 | 17.63 |
| ZHENG LIU<br>4225-98 PORTE DE MERANO<br>SAN DIEGO, CA 92122 | 123.44 |
| ROBERT E. LIVINGSTON<br>4002 287 AVE SE<br>FALL CITY, WA 98024 | 17.63 |
| SYLVIA M. LOCK<br>3111 S.W. 17TH AVENUE<br>CAPE CORAL, FL 33991 | 25.71 |
| MARGIE L LOCKE<br>3010 FERRY AVE.207<br>BELLINGHAM, WA 98225 | 158.50 |
| CINDY L. LOCKHART<br>805 MITCHELL BRIDGE RD.<br>ATHENS, GA 30606 | 62.92 |
| MARGARET A. LOFLIN<br>511 E. LAKE CIRCLE DR.<br>CHESAPEAKE, VA 22320 | 62.74 |
| MARY O. LOLLI<br>4515 SPRING DR.<br>RENO, NV 89502 | 28.22 |
| D.J. LONG<br>4002 287 AVE. SE<br>FALL CITY, WA 98024 | 17.63 |
| LINDSAY A. LONG<br>3882 D. SW HARBOR DR.<br>LEE'S SUMMIT, MO 64082 | 61.12 |
| ZHU LONG<br>201 N. MONTEREY ST<br>APT #1 | 17.64 |

| | |
|---|---:|
| ALHAMBRA, CA 91801 | |
| JAMES A. LONGINO, III<br>4308 COALESWAY DR.<br>MOBILE, AL 36693 | 123.44 |
| ENRIGUE LONGORIA<br>6529 INWOOD RD.<br>DALLAS, TX 75209 | 123.44 |
| BYRON A. LOONEY<br>2010 LINDY DR<br>GRAHAM, TX 76450 | 28.09 |
| MARGARITA M. LOPEZ<br>RT. 1 BOX 2100<br>DONNA, TX 78537 | 17.63 |
| JULIE LORD<br>3295 W 2700N<br>ARCO, ID 83213 | 65.89 |
| SHUNLI LOU<br>942 BOWMAN DR<br>LEWES, DE 19958 | 123.44 |
| TIM D. LOVING<br>13097 PULVER RD.<br>MOUNT VERNON, WA 98273 | 133.94 |
| CATHERINE D. LOVVORN<br>1606-I NORTH MARKET DRIVE<br>RALEIGH, NC 27609 | 59.96 |
| DAVID E. LOWD<br>541 LONGBOW RD.<br>DANVERS, MA 01923 | 123.45 |
| FRANCISCA P. LOZANO<br>945 E. HIDALGO<br>RAYMONDVILLE, TX 78580 | 63.36 |
| SANTOS V. LOZANO, JR.<br>945 E HIDALGO<br>RAYMONDVILLE, TX 78580 | 35.27 |

| | |
|---|---:|
| VIVENCIO G. LOZANO<br>6020 GABLES LANES<br>ATLANTA, GA 30350 | 27.58 |
| CAILAN LU<br>2660 RIKKARD DRIVE<br>THOUSAND OAKS, CA 91362 | 119.42 |
| GEORGE P. LU<br>134-54 MAPLE AVENUE #4-C<br>FLUSHING, NY 11355 | 123.44 |
| MARYLOU R. LU<br>134-54 MAPLE AVE. APT 4-C<br>FLUSHING, NY 11355 | 123.44 |
| QI LU<br>10 MATTHEW COURT<br>EDISON, NJ 08820 | 103.20 |
| WEIHONG LU<br>1 VANDERBILT DRIVE, APT E87<br>MINEOLA, NY 11501 | 22.92 |
| WEI-YUAN LU<br>955 WATER ST.<br>PORT TOWNSEND, WA 98368 | 133.52 |
| REGINA I. LUEDKE<br>205 W FREMONT AVE<br>SELAH, WA 98942 | 175.85 |
| MICHAEL L LUETZEN<br>24801 30TH AVE NW<br>BERTHOLD, ND 58718 | 72.83 |
| RANDY E. LUETZEN<br>BOX 65<br>BERTHOLD, ND 58718 | 72.83 |
| KIM S. LUNA<br>419 SPRUCE STREET<br>HALSTEAD, KS 67056 | 52.90 |
| KATHLEEN LUNA-WREN<br>2003 RIVER CT. | 59.96 |

| | |
|---|---|
| WOODSTOCK, GA 30188 | |
| LYNN E. LUNDE<br>LUNDE DEVELOPMENT, INC.<br>510 PHOENIX WAY<br>VANCOUVER, WA 98661 | 63.49 |
| HUAHUI LUO<br>67-25 CLYDE ST. #5E<br>FOREST HILLS, NY 11375 | 123.44 |
| ROBERT LUO<br>14 BRIGHTON 7TH WALK<br>BROOKLYN, NY 11235 | 52.90 |
| SHA LUO<br>1685 NORMAN ST.APT.1R<br>RIDGEWOOD, NY 11385 | 142.42 |
| ZHI LUO<br>68A CHARLES BANK WAY<br>WALTHAM, MA 2154 | 17.64 |
| CLIFFORD E. LUTTER<br>PO BOX 71<br>MONMOUTH JUNCTI, NJ 8852 | 25.82 |
| LYDAY DEBRA D<br>4525 22ND AVE SE #2<br>LACEY, WA 98503 | 71.45 |
| STEPHANIE L. LYDAY<br>P.O. BOX 142<br>MINERAL, WA 98355 | 28.05 |
| JOAN LYNCH<br>RT. 1 BOX 1727<br>BANDON, OR 97411 | 63.40 |
| TRAVIS W. LYON<br>1936 8TH APT. 4<br>CLAY CENTER, KS 67432 | 88.17 |
| DAVID MA<br>22 RUBINSTEIN STREET APT. M1<br>STATEN ISLAND, NY 10305 | 126.97 |

| | |
|---|---:|
| ELSA H. MA<br>3608 TANNER LN.<br>RICHARDSON, TX 75082 | 106.86 |
| STEVEN Y MA<br>5 HENLEY PLACE<br>TRENTON, NJ 08638 | 17.63 |
| XIU LING MA<br>1170 KENSINGTON RD.<br>TEANECK, NJ 7666 | 123.44 |
| JASJEET S. MAAN<br>8611-161A STREET<br>SURREY, BC V4N4R9<br>FOREIGN, FN 99999 | 25.94 |
| HEATHER A. MACLEAN<br>P.O BOX 1476<br>CHINOOK, MT 59523 | 62.78 |
| KIM MADLER<br>4200 MASLONA #56<br>WINNEMUCCA, NV 89445 | 62.78 |
| MADORE WENDY A<br>275 E WHITMARSH #41<br>BURLINGTON, WA 98233 | 17.63 |
| ARTHUR A. MAGGIN<br>5801 CAMINO DEL SOL #105<br>BOCA RATON, FL 33433 | 7.48 |
| ELWOOD T. MAI SR.<br>1623 WASHINGTON ST.<br>GREAT BEND, KS 67530 | 131.86 |
| MARGIE L. MALEK<br>RT. 6, BOX 43-G [CNTY RD 308]<br>CALDWELL, TX 77836 | 70.54 |
| LAWRENCE E. MANDRAS<br>610 SWEET GUM FOREST LANE<br>ALPHARETTA, GA 30202 | 133.67 |

| | |
|---|---:|
| TAMMY LEE MANGUN<br>2200 NORTH I-35 #15<br>CARROLLTON, TX 75006 | 23.47 |
| CARRIE J. MANNA<br>14 LEDGEWOOD DRIVE<br>BROOKFIELD, CT 6804 | 95.71 |
| JOE MANNO<br>5375 LONG ISLAND DRIVE, N.W.<br>ATLANTA, GA 30327 | 63.20 |
| CAROLYN MANSON<br>ROUTE 1 BOX 60A<br>DALTON, MO 65246 | 197.05 |
| GLEN B MARBLE<br>40 W. 100 N<br>HYRUM, UT 84319 | 105.19 |
| ROBERT J MARCHESE<br>OR ANDREA MARCHESE<br>415 CORNWALL MEADOWS<br>PATTERSON, NY 12563 | 190.45 |
| RONALD J. MARCOE<br>7611 PACIFIC AVE APT B2<br>TACOMA, WA 98408 | 31.87 |
| DOROTHY A. MARCOS<br>481 LAKE DRIVE<br>WARE SHOALS, SC 29692 | 27.93 |
| MARY S. MARGAITIS<br>6565 HOLLISTER DRIVE<br>HOUSTON, TX 77040 | 10.48 |
| DANIEL P. MARION<br>115 PRO TERRACE<br>DULUTH, GA 30097 | 123.44 |
| MICHAEL L. MARINO<br>2 AIRWAY DRIVE<br>BELLMORE, NY 11710 | 17.63 |
| JOHN W. MARKS | 123.44 |

| | |
|---|---:|
| 135 GHOST CANYON COURT<br>BELGRADE, MT 59714 | |
| EMMETT F. MARKULIS<br>828 NORD AVE #13<br>CHICO, CA 95926 | 148.13 |
| BARBARA M. MARR<br>7 APPLETREE LANE<br>GREENSBORO, NC 27455 | 131.52 |
| PEGGY D. MARSH<br>4400 BOSTIC MILL RD.<br>WADLEY, GA 30477 | 62.85 |
| KEVIN L. MARSHALL<br>18818 HWY. 135<br>STOVER, MO 65078 | 55.55 |
| CHERYL J. MARTENS<br>1311 BERRY RIDGE RD.<br>EAGAN, MN 55123 | 58.36 |
| DOROTHY M. MARTIN<br>RT. 3 BOX 246<br>GOODWATER, AL 35072 | 123.44 |
| GLORIA JEANNETTE MARTIN<br>1759 BURNEY FORD ROAD<br>CLARKTON, NC 28433 | 68.36 |
| JODI MARTIN<br>4000 SW CARMAN DR #2<br>LAKE OSWEGO, OR 97035 | 190.21 |
| LEIGH D. MARTIN<br>127 HERITAGE DR<br>ALEXANDER CITY, AL 35010 | 133.67 |
| PEGGY D. MARTIN<br>3218 PIPERSGAP RD.<br>GALAX, VA 24333 | 52.90 |
| TIFFANY P. MARTIN<br>4600 ELMWOOD<br>WICHITA FALLS, TX 76308 | 26.26 |

| | |
|---|---:|
| JERRY O. MARTINEZ<br>1814 MARCELLA LANE<br>ROWLETT, TX 75088 | 133.90 |
| SANDRA L. MARTON<br>4553 EAST FARR ROAD<br>FRUITPORT, MI 49415 | 86.76 |
| LULA M. MASON<br>642 COUNTY ROAD 41<br>HEIIDELBERG, MS 39439 | 61.72 |
| LISA G. MASSON<br>3511 SINCLAIR AVE.<br>CHALMETTE, LA 70043 | 17.63 |
| BARBARA A. MAST<br>103 GOLD NUGGET ROAD<br>MISSOULA, MT 59802 | 52.90 |
| **TOTAL** | **13,761.89** |

2.      That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.


DATED:     February 13, 2009


                                        s/s Holmes P. Harden
                                        Holmes P. Harden, Trustee
                                        State Bar No. 9835
                                        Post Office Drawer 19764
                                        RALEIGH, NC  27619-9764
                                        Telephone: (919) 981-4000
                                        Facsimile: (919) 981-4300