UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                              CASE NO:

INTERNATIONAL HERITAGE INC.                         98-02675-5-ATS


DEBTOR(S)                                           CHAPTER 7

**REPORT ON UNCLAIMED DIVIDENDS**

   HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

   1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---:|
| CHERYL W. MASTIO<br>4429 LAKEWOOD DRIVE<br>METAIRIE, LA 70002 | 98.31 |
| JOYCE A. MATHER<br>1725 W. LA CADENA DR.<br>RIVERSIDE, CA 92501 | 178.66 |
| LESLI D. MATHIS<br>604 EAST PACES FERRY ROAD, N.E.<br>ATLANTA, GA 30305 | 132.45 |
| LINDA D. MATTHEWS<br>610 NORTH 300 EAST<br>RUPERT, ID 83350 | 52.90 |
| CHLOE J. MAY<br>7703 WAYFARER LANE<br>HOUSTON, TX 77075 | 63.01 |
| GRANT MAYA T<br>RR1 C73 MISSION SITE<br>SECHELT, BC V0N3A0 | 32.47 |

| | |
|---|---:|
| FOREIGN, FN 99999 | |
| MICHELLE L. MAYFIELD<br>710 COTTONWOOD<br>BUFFALO, MO 65622 | 27.94 |
| MAURINE J. MAZARUK<br>7029 HELWEG LANE<br>BLAINE, WA 98230 | 54.67 |
| DOUGLAS MC ALEAR<br>1515 ASHBERRY CT. #6<br>MISSOULA, MT 59801 | 136.85 |
| LINDA S. MC ANULTY<br>7844 BUTTERFIELD LANE<br>ANNANDALE, VA 22003 | 123.44 |
| CHARLES F. MCBRIDE<br>2405 ARTILLERY DRIVE<br>CHALMETTE, LA 70043 | 52.90 |
| RYAN S. MCBRIDE<br>2405 ARTILLERY DR.<br>CHALMETTE, LA 70043 | 94.71 |
| MABEL E. MCCALLISTER<br>10114 TRACY AVE.<br>KANSAS CITY, MO 64131 | 35.27 |
| DONNA J. MCCALLUM<br>BOX 922<br>SECHELT, BC V0N3A0<br>FOREIGN, FN 99999 | 33.03 |
| MARK D. MCCLELLAN<br>52 HEATH ST.<br>NEWTON, NH 03858 | 141.09 |
| NANCY L. MCCLOUD<br>4510 GALVESTON<br>BEAUMONT, TX 77703 | 19.57 |
| MIKE MCCLURE<br>11160 SEA LILLY DR.<br>ALPHARETTA, GA 30022 | 24.69 |

| | |
|---|---:|
| CONDOR F. MCCOLLUM<br>3309 QUAKER SPRING RD.<br>AUGUSTA, GA 30909 | 63.20 |
| LISA H. MCCULLOUGH<br>1025 LANGLINAIS #8<br>YOUNGSVILLE, LA 70592 | 19.40 |
| AMY S MCDANIEL<br>814 LANE<br>CLAY CENTER, KS 67432 | 17.63 |
| BRIGITTE H. MCDANIEL<br>104 BRADD STREET<br>SUMMERVILLE, SC 29483 | 30.24 |
| OTIS MCDONALD JR.<br>2623 WEST PULLEN<br>PINE BLUFF, AR 71601 | 133.77 |
| KAREN MCELVEEN<br>RT 2. BOX 879<br>BLADENBORO, NC 28320 | 61.28 |
| STANLEY MCFARLAND<br>669 PEORIA ST. NO. 265<br>AURORA, CO 80011 | 52.90 |
| GERRY V. MCFEE<br>10840 CO ROAD 9 UNIT 312<br>PLYMOUTH, MN 55442 | 73.16 |
| CATHERINE A. MCGAUGHY<br>4528 LAKE BREEZE DRIVE<br>MORGANTON, NC 28655 | 61.72 |
| GLENN N MCGOFF<br>407 KENKIRK PL<br>BURLINGTON, WA  98233 | 229.25 |
| JENNIFER A MCGRATH<br>745 LODGE AVENUE<br>RENO, NV 89503 | 80.91 |
| SANDRA G. MCHONE | 175.91 |

| | |
|---|---:|
| 7914 HIGHFILL ROAD<br>SUMMERFIELD, NC 27358 | |
| LINDA AND JERRY MCKAMIE<br>PO BOX 4710<br>CORPUS CHRISTI, TX 78469 | 246.88 |
| ANNE C. MC KENNA<br>42 WILSON<br>STRUTHERS, OH 44471 | 61.09 |
| LISA A. MCLAUGHLIN<br>1502 ERNEST #5<br>MISSOLA, MT 59801 | 17.63 |
| ALYSIA N. MCLEOD<br>322 FALWORTH<br>HOUSTON, TX 77060 | 26.26 |
| CHRISTOPHER M. MC LEOD<br>318 FALWORTH<br>HOUSTON, TX 77060 | 61.53 |
| DOROTHY JO MCMASTER<br>123 YORK DRIVE<br>MONROE, LA 71203 | 9.00 |
| ERIC M. MCLEOD<br>322 FALWORTH<br>HOUSTON, TX 77060 | 115.41 |
| JAMES M. MCLEOD<br>322 FALWORTH<br>HOUSTON, TX 77060 | 123.44 |
| JENNIFER L MCMICHAEL<br>12 MARSHALL AVE.<br>HORNELL, NY 14843 | 95.44 |
| KAMLA K. MCPHERSON<br>1553 CEDAR ELM<br>EULESS, TX 76039 | 63.01 |
| TENA E. MEASLES-SCHWARZ<br>316 13TH ST.<br>HEMPSTEAD, TX 77445 | 28.09 |

| | |
|---|---:|
| NINFA MEDINA<br>RT.9 BOX 239 C HALPIN ROAD<br>HARLINGEN, TX 78552 | 63.36 |
| VI K. MEIER<br>10050 N.W. HWY 24 #4<br>SILVER LAKE, KS 66539 | 19.40 |
| LOUISE A. MELFI<br>3957 LAURELBROOK AVE.<br>LAS VEGAS, NV 89117 | 62.92 |
| DALE MELVIN<br>6013 S. ELKINS ST.<br>TAMPA, FL 33611 | 30.90 |
| TINA A MELVIN<br>2412 ASHLAND DRIVE<br>BIRMINGHAM, AL 35226 | 25.82 |
| XIAN MENG<br>5058 RAINTREE DR.<br>WEST DES MOINES, IA 50265 | 130.11 |
| YUN MENG<br>7707 DUNOON LANE<br>CHARLOTTE, NC 27269 | 141.92 |
| NAZARALI N. MERCHANT<br>6401 N. SHERIDAN, #502<br>CHICAGO, IL 60626 | 61.14 |
| MARY CATHERINE MESHAD<br>201 SOUTH GEORGIA AVENUE<br>MOBILE, AL 36604 | 151.30 |
| GLADYS I. MEYER<br>200 MIDLOTHIAN ROAD<br>ST LOUIS, MO 63137 | 19.89 |
| KENNETH L. MEYER<br>2101 HASKETT AVE<br>SALINA, KS 67401 | 105.81 |
| JACQUELINE B. MILLER | 109.33 |

| | |
|---|---:|
| 1100 RAPATEL ST. BOX 39<br>MANDEVILLE, LA 70448 | |
| JOSEPH F. MILLER<br>8648 KNOX BRIDGE HWY<br>CANTON, GA 30114 | 74.64 |
| JOSEPH W. MILLER<br>1128 LAFAYETTE ST.<br>SAN GABRIEL, CA 91776 | 27.74 |
| KRISTEN J. MILLER<br>12492 GWEN DR. #2<br>BURLINGTON, WA 98233 | 84.14 |
| LOTTIE D. MILLER<br>ROUTE 2, BOX 58-B<br>HASKELL, OK 74436 | 17.63 |
| SUNI G. MILLER<br>3802 S. ROCKINGHAM RD.<br>GREENSBORO, NC 27407 | 131.52 |
| WINTHROP G MILLER<br>6700 CONTINENTAL CIRCLE SE<br>SALEM, OR 97306 | 49.02 |
| EVELYN L. MILLS<br>11815 DUCK CIRCLE<br>SPOTSYLVANIA, VA 22553 | 70.54 |
| ANDREW F. MITCHELL<br>1505 GRAYLAND HILLS DR.<br>LAWRENCEVILLE, GA 30045 | 52.90 |
| C. LYNN MITCHELL<br>2545 MONTGOMERY HWY<br>DOTHAN, AL 36303 | 133.88 |
| CHARLENE R. MITCHELL<br>281 TOLBERT STREET<br>CUMMING, GA 30040 | 52.90 |
| PEGGY S. MITCHELL<br>1714 UNA DR.<br>VERNON, TX 76384 | 62.97 |

| | | |
|---|---|---:|
| JEFFREY D. MOEN<br>6013 S. ELKIN STREET<br>TAMPA, FL 33611 | | 123.44 |
| MARC B. MOFFITT<br>3606-A LYNHAVEN DRIVE<br>GREENSBORO, NC 27406 | | 131.52 |
| GINA K. MOLKJER<br>206 OLD HWY 93 SO.<br>SOMERS, MT 59932 | | 27.16 |
| PAUL J. MOLLER<br>5110 AVENUE R.<br>SANTE FE, TX 77510 | | 110.97 |
| JAMES M. MONAGHAN<br>760 S. 27TH STREET<br>RENTON, WA 98055 | | 158.73 |
| MARGARET A. MONROE<br>1252 N. MERIDIAN #6<br>KALISPELL, MT 59901 | | 50.16 |
| SHARON J. MONTEFESCO<br>20053 - 3RD PLACE S.W.<br>SEATTLE, WA 98166 | | 24.98 |
| ALICIA MONTES<br>LA JOYA S.C.C. LEO & 9 1/2 ST.<br>LA JOYA, TX 78560 | | 17.63 |
| JOAN D. MONTGOMERY<br>RT. 4 BOX 310<br>HILLSVILLE, VA 24343 | | 27.47 |
| BONNIE M. MOODY<br>1218 HAVECOST ROAD<br>ANACORTES, WA 98221 | | 28.06 |
| AL I. MOORE<br>C/O MARTHA J. MORLEY<br>2015 OLD MANOR<br>GARDEN CITY, KS 67846 | | 123.45 |

| | |
|---|---:|
| ELLEN M. MOORE<br>244 DANDRIDGE DRIVE<br>FRANKLIN, TN 37067 | 133.90 |
| GORDON D MOORE<br>RT 2 193G<br>VERSAILLES, MO 65084 | 123.44 |
| SCOTT A. MOORS<br>1812 E. LAFAYETTE ST.<br>BLOOMINGTON, IL 61701 | 7.05 |
| KATHLEEN G. MORAN<br>2901 HIILLTOP DR.<br>EULESS, TX 76039 | 27.74 |
| SUSAN C. MORAN<br>60 SAM DAVIS DRIVE<br>PERKINSTON, MS 39573 | 28.11 |
| JUDI A. MOREL<br>4302 PALAMINO RD.<br>KEARNEY, NE 68847 | 63.20 |
| MARTHA J. MORLEY<br>2015 OLD MANOR<br>GARDEN CITY, KS 67846 | 95.40 |
| HEATHER N. MORRIS<br>9249 BRADFORD PLACE<br>MONTGOMERY, AL 36117 | 63.34 |
| JANEN M. MORRIS<br>144 MALLARD LOOP<br>WHITEFISH, MT 55937 | 54.67 |
| TRICIA L. MORRIS<br>12500 W. 100 ST.<br>LENEXA, KS 66215 | 62.90 |
| GAIL M. MORRISON<br>12304 WEDD<br>OVERLAND PARK, KS 66213 | 131.57 |
| JOHN D. MORTEN<br>23960 ROBERTA CIRCLE | 52.90 |

| | |
|---|---|
| WAYNESVILLE, MO 65583 | |
| SAMUEL C. MOSES<br>44 COACHMENS COURT<br>COLUMBIA, SC 29229 | 105.81 |
| DEBORAH G. MOSS<br>RT. 2, BOX 208-1<br>BERNICE, LA 71222 | 52.90 |
| TRUONG MUI<br>1044 WEA VER ST<br>EL MONTE, CA 91733 | 52.90 |
| LUIS A MUNIZ<br>12 PARKSIDE DRIVE #1<br>BELLEVILLE, NJ 7109 | 123.44 |
| MICHAEL M. MUNN<br>10511 WYATT STREET<br>DALLAS, TX 75218 | 75.83 |
| ROSEMARIE A. MUNSCH<br>5412 PAGE DR.<br>WICHITA FALLS, TX 76306 | 133.55 |
| SEAN S. MUNSCH<br>1640 CONKLING<br>WICHITA FALLS, TX 76303 | 52.90 |
| CHRISTOPHER ALLEN MURPHEE<br>2500 DAUPHIN WOOD DR. #40<br>MOBILE, AL 36606 | 123.44 |
| CAROLE MURPHY<br>5733 NORTH SHERIDAN RD. #7-A<br>CHICAGO, IL 60660 | 63.04 |
| NANCY MURPHY<br>2715 WINDWARD CIRCLE<br>BILLINGS, MT 59105 | 133.32 |
| PATRICIA M. MURPHY<br>1105 31ST AVENUE N.E.<br>MOULTRIE, GA 31768 | 26.06 |

| | |
|---|---:|
| BRENT E. MURRAY<br>955 WATER ST.<br>PORT TOWNSEND, WA 98368 | 63.01 |
| MURRAY EVELYN N<br>3710 BAY AVENUE, APT. A<br>TAMPA, FL 33611 | 31.55 |
| ERIK S. MUSIEK<br>111 LYME RD<br>HANOVER, NH 3755 | 21.17 |
| JEANETTE M. MYERS<br>3041 OVERLAND TR.<br>DICKINSON, TX 77539 | 52.90 |
| THOMAS E. MYERS<br>1604 N. GARNET DRIVE<br>PRESCOTT, AZ 86301 | 35.27 |
| **TOTAL** | **7,643.77** |

2.      That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:     February 13, 2009

s/s Holmes P. Harden
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300