UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

  HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

  1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| LEONIE WOODBURY<br>12034 WASHINGTON ST.<br>PEMBROKE PINES, FL 33025 | 237.94 |
| SUSAN C. MORAN<br>60 SAM DAVIS DRIVE<br>PERKINSTON, MS 39573 | 99.70 |
| KRYSTAL L. HALL<br>2837 W. WALNUT HILL LN.<br>IRVING, TX 75083 | 99.64 |
| HELEN BESELIN<br>BOX 444<br>LA CONNER, WA 98257 | 224.63 |
| HOLLY B NAGIE<br>4565 EAST LAKE CREEK FARMS RD<br>HEBERT CTIY, UT 84032 | 71.66 |
| CHASE C. NATALIE<br>P O BOX 1019<br>MALTA, MT 59538 | 28.07 |

| | |
|---|---:|
| LORRAINE D. NATIONS<br>615 EMENS ST.<br>DARRINGTON, WA 98241 | 133.81 |
| JOE NELSON<br>19101 NW COLLINS RD<br>HILLSBORO, OR 97124 | 217.89 |
| TYLEY R NELSON<br>3970 SOUTH LAW AVENUE<br>BOISE, ID 83706 | 133.67 |
| EDDIE D. NERSTEN<br>2749 S. SKAGIT HWY<br>SEDROWOOLLEY, WA 98284 | 63.33 |
| SAM & LOIS NERSTEN<br>2881 WALBERG ROAD<br>SEDROWOOLLEY, WA 98284 | 48.23 |
| SHANE D. NEWELL<br>782 W. POPLAR<br>FAYETTEVILLE, AR 72703 | 105.81 |
| BONNIE L. NEWBERRY<br>1605 STOCKTON AVE.<br>BAKERSFIELD, CA 93308 | 52.90 |
| SCOTT D. NEWMAN<br>174 ADAMS STREET, APT.4<br>NORTH ANDOVER, MA  01845 | 123.45 |
| JERRY J. NEY<br>607 ALBRO<br>CLAFLIN, KS 67525 | 105.81 |
| E. DORIS NICHOLS<br>2458 GRANADA AVENUE<br>SOUTH DAYTONA, FL 32119 | 38.44 |
| KARMEN L. NICHOLSON<br>8823 W. PECK DR.<br>GLENDALE, AZ 85305 | 54.67 |
| JOSEPH A. NICOSIA | 206.82 |

| | |
|---|---:|
| 2502 FAIRMONT CT.<br>GRAND PRAIRIE, TX 75052 | |
| KELLEY R. NICOSIA<br>6321 PURINGTON AVENUE<br>FORT WORTH, TX 76112 | 82.84 |
| CINDY NIE<br>13240 ARABELLA ST<br>CERRITOS, CA 90703 | 8.69 |
| LEI NIE<br>13240 E ARABELLA ST<br>CERRITOS, CA 90703 | 109.55 |
| STANLEY J. NIERMEIER<br>1150 S. FRANKLIN AVE #24<br>COLBY, KS 67701 | 105.81 |
| YAOYU NING<br>5 HENLEY PLACE<br>TRENTON, NJ 08638 | 52.90 |
| HIROKO NISHIDA<br>218 WEST 10TH ST #6G<br>NEW YORK, NY 10014 | 52.90 |
| SWEE NG<br>8215 TUCKERMAN LANE<br>POTOMAC, MD 20854 | 60.93 |
| LUCY D. NOBLIN<br>813 CANBERRA RD.<br>LAFAYETTE, LA 70503 | 52.90 |
| HELEN S. NOEL<br>6420 72ND DR. N.E.<br>MARYSVILLE, WA 98270 | 133.81 |
| TRACY NOEL<br>4519 146TH PLACE S.W.<br>LYNWOOD, WA 98037 | 89.90 |
| JOHN NORDSTROM<br>72O 10TH AVE., #1<br>NEW YORK, NY 10019 | 96.37 |

|  |  |
|---|---:|
| MARY G. NORLIN<br>P.O. BOX 1050<br>SUTTER CREEK, CA 95685 | 131.75 |
| KEN E. NORRIS<br>317 TOWNSHIP ST.<br>SEDRO WOOLLEY, WA 98284 | 123.44 |
| KIMBERLY D. NORWOOD<br>608 PIEDMONT AVENUE<br>GIBSONVILLE, NC 27249 | 60.98 |
| NOWAK-ZIARNIK RENATA V<br>1726 66TH STREET, APT B1<br>BROOKLYN, NY 11204 | 17.63 |
| NANCY F. O'BRIEN<br>2088 LAC DU MONT<br>HASLETT, MI 48840 | 133.74 |
| STACY L. OBRINGER<br>12927 S. WIDMER<br>OLATHE, KS 66062 | 62.90 |
| BEATRICE O'CONNOR<br>1 SANSBURY STREET CASTLE PLAZA<br>DALEVILLE, AL 36322 | 17.63 |
| O'DANIEL JAMES H<br>1520 TENNESEE STREET<br>LAKE CHARLES, LA 70607 | 133.92 |
| JANET J. O'KELLEY<br>2124 IMPERIAL DRIVE<br>GAINESVILLE, GA 30501 | 24.62 |
| DIANE R. O'KEY<br>5330 S.W. 11TH CT.<br>CAPE CORAL, FL 33914 | 57.14 |
| ROBERT G. OLDREIVE<br>2301 HAYES #7504<br>HOUSTON, TX 77077 | 52.90 |
| DUANE R. OLESON | 133.57 |

| | |
|---|---:|
| 1917 ROAD 44<br>PASCO, WA 98301 | |
| GEORGE JR. A. OLIVER<br>P.O. BOX 407<br>JACKPOT, NV 89825 | 176.34 |
| JEFF S. OLSEN<br>18 FOREST PARK DR.<br>CLANCY, MT 59634 | 42.32 |
| CHARLENE P. ONSTOTT<br>4218 PROTHRO<br>WICHITA FALLS, TX 76308 | 52.90 |
| BERNADETTE OOLEY<br>249 RIDGETOP DRIVE #138<br>REDDING, CA 96003 | 52.90 |
| ORHAM FAMILY TRUST<br>1901 SPOKANE CREEK RD.<br>EAST HELENA, MT 59635 | 87.71 |
| MARY S. ORHAM<br>1901 SPOKANE CREEK ROAD<br>EAST HELENA, MT 59635 | 62.78 |
| BRIAN M. ORR<br>424 WINSTON CR. RD.<br>MOSSYROCK, WA 98564 | 63.31 |
| NOEMI ORTIZ<br>P.O. BOX 533523<br>HARLINGEN, TX 78553 | 63.36 |
| OSBORNE TRACI L<br>100 WILDEBEEST LANE<br>MARION, MT 59925-9703 | 133.67 |
| PETER H. OSKAM<br>4775 SUMMIT RIDGE #1132<br>RENO, NV 89503 | 28.22 |
| ALLEN M. OSMIALOWSKI<br>863 H AVE.<br>CORANADO, CA 92118 | 54.00 |

| | |
|---|---:|
| STACEY D. OSTROM<br>3010 E. NASA ROAD 1 #1302<br>SEABROOK, TX 77586 | 52.90 |
| VICKIE A. OSWALT<br>211 SILVER BIRCH CT.<br>ALPHARETTA, GA 30004 | 123.44 |
| KATHLEEN A O'TOOLE<br>APT. 719<br>7200 PRESTON ROAD<br>PLANO, TX 75024 | 19.41 |
| JEANNE OURSLER<br>100 SOUTHSHORE CT.<br>ROSWELL, GA 30076 | 133.81 |
| WANRONG C. OUTTRIM<br>15 RUDDER CT. SW<br>WASHINGTON, DC 20032 | 17.63 |
| AUTREY L. OWENS<br>5604 CAMBRIDGE EXT<br>PO BOX 4297<br>KANSAS CITY, KS 66104 | 28.00 |
| AUGUSTINA L. PACE<br>5615 BELLE TERRE ROAD<br>MARRERO, LA 70072 | 17.63 |
| BOBBIE J. PADGETT<br>60 RICHARDSON RD.<br>BARNWELL, SC 29812 | 63.13 |
| SUSAN E. PADGETT<br>60 RICHARDSON RD.<br>BARNWELL, SC 29812 | 35.27 |
| RUSSELL K. PAHK<br>2450 KOA AVE, #43<br>HONOLULU, HI 96815 | 35.27 |
| BETTY C. PALMER<br>1009 DEMOREST MT. AIRY ROAD<br>MT AIRY, GA 30563 | 27.65 |

| | |
|---|---:|
| SYLVIA PALOZZI<br>38562 CHAPARROSA WAY<br>PALM DESERT, CA 92260 | 133.51 |
| JING PAN<br>1105 PIPER ROAD<br>WILMINGTON, DE 19803 | 41.62 |
| TAIMENG PAN<br>130 MAMMOTH RD. APT.#20<br>HOOKSETT, NH 3106 | 47.88 |
| WEIJUN PAN<br>1105 PIPER RD.<br>WILMINGTON, DE 19803 | 123.44 |
| STEFANIE PAPIC<br>9022 E. CRYSTAL DR.<br>SUN LAKES, AZ 85248 | 27.58 |
| JACK PARISH<br>4800 STAN ROAD<br>CLIMAX, NC 27233 | 17.63 |
| NINA I. PARISH<br>4800 STAN ROAD<br>CLIMAX, NC 27233 | 149.15 |
| DAVID K. PARK<br>14232 PALISADES DR.<br>POWAY, CA 92064 | 32.17 |
| ILA DAWN PARKER<br>2780 OCEAN SHORE BLVD UNIT 4 S<br>ORMOND BEACH, FL 32176 | 19.75 |
| KEVIN W. PARKER<br>305 E. MAIN<br>VICTORIA, KS 67671 | 96.61 |
| ROBERT D. PARSONS<br>9467 PIERCE LN.<br>SEDRO-WOOLLEY, WA 98284 | 63.33 |
| BHANU PATEL | 142.20 |

| | |
|---|---:|
| 45 HIGHMONT DR<br>ROBBINSVILLE, NJ 8691 | |
| ALYCE PATTON<br>5522 SOUTH LEA LANE<br>COLUMBUS, GA 31909 | 63.20 |
| DARIN PATTON<br>PO BOX 166012<br>ORLANDO, FL 32816 | 9.95 |
| EULISTENE PATTON<br>4215 S. 30TH ST. #252<br>TACOMA, WA 98409 | 131.98 |
| GENA R. PATTON<br>4215 S. 30TH ST #252<br>TACOMA, WA 98409 | 105.81 |
| MARILYN L PATTON<br>175 SORRENTO CIRCLE<br>WINTER PARK, FL 32792 | 10.02 |
| PATRICIA F. PAUL<br>314 PIONEER TRAIL<br>BIG SANDY, MT 59520 | 52.90 |
| PATTY & PEARL CO.<br>102 CHERRY HILL LANE<br>LAUREL, MD 20724 | 123.44 |
| SHARON M. PAULY<br>4175 ELDER LANE<br>DULUTH, GA 30096 | 31.42 |
| CRAIG J. PAUST<br>POST OFFICE BOX 502<br>BURLINGTON, WA 98233 | 133.87 |
| JUDY H. PEARSON<br>3562 SHARON CT.<br>DOUGLASVILLE, GA 30135 | 123.44 |
| OLE F. PEDERSEN<br>3924 BINDERTON PLACE<br>HUNTSVILLE, AL 35805 | 25.46 |

| Name and Address | Amount |
|---|---:|
| KIMBALL L. PEED<br>3024 FIRESIDE DRIVE<br>SNELLVILLE, GA 30078 | 130.67 |
| AILI PEI<br>34 TANGLEWOOD DRIVE<br>SMITHTOWN, NY 11787 | 17.63 |
| GUOHUA PENG<br>142-14 Cherry Ave.<br>FLUSHING, NY 11355 | 52.90 |
| MICHAEL J. PENNINGTON<br>5855-A REO TERRACE<br>SAN DIEGO, CA 92139 | 26.80 |
| GARY P. PERCH<br>2120 DUGALD RD<br>WINNIPEG, MB R2C2Z5<br>FOREIGN, FN 99999 | 256.38 |
| MARIA G PEREZ<br>ROUTE 7 BOX 512<br>MISSION, TX 78572 | 17.63 |
| RUDY S. PEREZ<br>330 VIRGINIA AVE<br>LA FERIA, TX 78559 | 133.90 |
| LARA L. PERRIN<br>56 S. GUM AVENUE<br>ALTUS AFB, OK 73521 | 28.22 |
| DELORES B. PETENTLER<br>25 STANFORD CT.<br>BILLINGS, MT 59102 | 62.78 |
| HOLLY N. PETERS<br>3617 RUBY RED DR.<br>AUSTIN, TX 78728 | 140.95 |
| RENEE PETERS<br>139 RANCHLAND GAP<br>WILLIAMSON, GA 30292 | 17.63 |

| | |
|---|---:|
| LEANN JOHNSON PETERSON<br>200 S. VALLEY DR.<br>NAMPA, ID 83686 | 63.13 |
| ROBYN K PETERSON<br>3045 DELTA PINES<br>EUGENE LANE, OR 97408 | 26.01 |
| BARBARA L. PETTY<br>421 W. ROGERS DRIVE<br>WICHITA FALLS, TX 76309 | 28.02 |
| BARBARA E. PFAFF<br>18708 3RD AVE. SOUTH<br>SEATTLE, WA 98148 | 105.81 |
| ANNE M. PFEIFAUF<br>15122 WEST PARK ST<br>CAPAC, MI 48014 | 17.63 |
| PATRICIA B. PHELPS<br>6202 BRIXWORTH PLACE N.E.<br>ATLANTA, GA 30319 | 80.48 |
| JAMES B. PHILLIPS<br>210 PINEVIEW CIRCLE<br>CROPWELL, AL 35054 | 105.81 |
| SANDRA B. PHILLIPS<br>5403 ECKERSON RD.<br>GREENSBORO, NC 27405 | 60.98 |
| RANDY J. PICCINI<br>408 S.E. ASHTON DRIVE<br>LEE'S SUMMIT, MO 64063 | 35.27 |
| ROBERT M. PICKETT<br>ROUTE 1 BOX 406<br>IVANHOE, VA 24350 | 62.74 |
| KATHIE D PIERCE<br>3192 BLENHEIM WAY<br>LEXINGTON, KY 40503 | 88.95 |
| LARRY J. PINNICK<br>29152 BAKER | 19.40 |

| | |
|---|---:|
| CHESTERFIELD, MI 48047 | |
| PLANTATION SALES<br>5104 N. ORANGE BLOSSOM TR #117<br>ORLANDO, FL 32810 | 127.67 |
| ADAM P. PLATZ<br>7635 JEFFREY LANE<br>COLORADO SPRING, CO 80919 | 44.72 |
| DONNA M. PLUNKETT<br>C/O JANET GILBERT<br>POST OFFICE BOX 592<br>MOLENA, GA 30258 | 52.91 |
| KIM BRIAN POE<br>2718 DENISE DRIVE<br>GREENSBORO, NC 27407 | 60.98 |
| ANTHONY L. POHLMANN JR.<br>2701 CORINNE DR.<br>CHALMETTE, LA 70043 | 123.44 |
| SAMUEL HENRY PONS<br>1309 CARROLLTON, #312<br>METAIRIE, LA 70005 | 17.63 |
| MARY D. POOLE<br>25 WILLOW WOOD<br>ALEXANDER CITY, AL 35010 | 17.63 |
| AMY J POPPE<br>2716 206TH AVE CT E<br>SUMNER, WA 98390 | 103.22 |
| JEAN S. POSEY<br>3005 WOODLEY TERRACE<br>MONTGOMERY, AL 36106 | 91.70 |
| ERIC POULLAND<br>P.O. BOX 44784<br>LAFAYETTE, LA 70504 | 63.31 |
| GARY D. POWELL<br>949 E. FLAMINGO RD, APT 45E<br>LAS VEGAS, NV 89119-7338 | 133.90 |

| | |
|---|---:|
| KAREN K. POWELL<br>W 4105 ROWAN<br>SPOKANE, WA 99205 | 131.90 |
| LI LI YUE POWER<br>529 SOUTH YORK #A<br>ELMHURST, IL 60126 | 130.49 |
| CHOM IM PRAY<br>955 WATER ST<br>PORTTOWNSEND, WA 98368 | 123.44 |
| PRICE LIVING TRUST<br>RT 2 BOX 2111<br>LINN CREEK, MO 65052 | 133.69 |
| ANITA PRICE<br>1210 SHEPPARD AVE E. #408<br>TORONTO, ON M2K1E3<br>FOREIGN, FN 99999 | 160.41 |
| DENNIS L. PRICE<br>2739 GLENEAGLES<br>SALEM, VA 24153 | 254.96 |
| ANTHONY A. PRODIGO<br>4002 287 AVE. SE<br>FALL CITY, WA 98024 | 105.81 |
| GINA S. PULLUM<br>205 BRENDA LANE<br>NEWTON, AL 36352 | 133.88 |
| JAMES W PUTNAM<br>410 DENNISON STREET<br>NOCONA, TX 76255 | 52.90 |
| HAI NAN QI<br>201 N. MONTEREY ST<br>APT #1<br>ALHAMBRA, CA 91801 | 123.45 |
| XIAOPING QI<br>201 N. MONTEREY ST<br>APT #1 | 52.91 |

| | |
|---|---:|
| ALHAMBRA, CA 91801 | |
| AN QIAN<br>88-29 51 AVENUE<br>ELMHURST, NY 11373 | 123.44 |
| ZHIPING QIAN<br>2D MONARCH CT.<br>COCKEYSVILLE, MD 21030 | 140.51 |
| CHAOFU QIN<br>716 DRESSLER LANE<br>ROCHESTER HILLS, MI 48307 | 123.44 |
| JOHN QIN<br>147-37 ROOOSEVELT APT # 1 G<br>FLUSHING, NY 11354 | 17.63 |
| XUE LING QU<br>319 N. BOWMAN AVENUE<br>MERION, PA 19066 | 123.44 |
| TRACEY L. QUEENIN<br>1050 TOWNE MANOR CT.<br>KENNESAW, GA 30144 | 135.46 |
| THOMAS J. QUELET<br>1754 CAPE CORAL #109<br>CAPE CORAL, FL 33904 | 142.20 |
| KYLE A. QUICK<br>4806-A COUNTRY CLUB<br>MIDLAND, TX 79703 | 28.16 |
| CARRIE QUILLEN<br>105 CIRCLE DRIVE<br>GALAX, VA 24333 | 96.25 |
| **TOTAL** | **11,672.50** |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:   February 17, 2009

                                          s/s Holmes P. Harden
                                         Holmes P. Harden, Trustee
                                         State Bar No. 9835
                                         Post Office Drawer 19764
                                         RALEIGH, NC  27619-9764
                                         Telephone: (919) 981-4000
                                         Facsimile: (919) 981-4300