UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1.  That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| ALFRED H. RABER<br>1706 WOODMONT STREET NE<br>HARTVILLE, OH 44632 | 133.74 |
| LARRY J. RACETTE<br>116 E 15TH<br>LARNED, KS 67550 | 72.42 |
| ANGIE D. RADER<br>208 LIVINGSTON<br>FT HOOD, TX 76544 | 96.72 |
| JODI L. RAIMONDO<br>1645 DUNLAWTON AVENUE #1924<br>PORT ORANGE, FL 32127 | 3.88 |
| ABLE W. RAMIREZ<br>9719 BEACH ST.<br>BELLFLOWER, CA 90706 | 153.27 |
| CHARLENE J. RAMIREZ-FARSAI<br>7241 N.E. 160TH STREET<br>BOTHEL, WA 98011 | 165.06 |

| | |
|---|---:|
| MARTA RAMIREZ<br>RT 4 BOX 139- C<br>ROBSTOWN, TX 78380 | 70.54 |
| KRISTI A. RAMOS<br>6600 LINDA VISTA BLVD.<br>MISSOULA, MT 59803 | 134.02 |
| BERYL ANN S. RANDOLPH<br>ROUTE 1 BOX 135<br>MARION, NC 28752 | 62.85 |
| DAVID E. RANDOLPH<br>1200 EAST BYERS AVE. APT. #F623<br>OWENSBORO, KY 42303 | 62.85 |
| JAMES W. RAPER<br>1983 BARNSBURY WAY #2<br>CORDOVA, TN 38018 | 56.20 |
| WESLEY P. RASMUSSEN<br>1335 WESTMEADOW DR.<br>BEAUMONT, TX 77706 | 27.74 |
| JAMES R RATCLIFF<br>8945 GAYLORD ST., #218<br>HOUSTON, TX 77024 | 20.15 |
| SUSAN J RAYMOND<br>90 DEEPWOOD DRIVE<br>PORTLAND, ,E  04103 | 136.14 |
| EDDIE READHIMER<br>2871 MAPLE CIRCLE<br>THOMPSON STATIO, TN 37179 | 123.44 |
| BEVERLY R. REANEY<br>2301 CHARLES DRIVE<br>CHALMETTE, LA 70043 | 59.96 |
| STEPHEN REAVES<br>RT. 3, BOX 1790<br>NOCONA, TX 76255 | 123.44 |
| GINA RECTOR | 62.97 |

| | |
|---|---:|
| 5933 KNOTTY OAKS TRAIL<br>CORPUS CHRISTI, TX 78414 | |
| DENESE E. REDLIN<br>430 CEDAR STREET<br>OMRO, WI 54963 | 52.90 |
| LEIOLA I. REEDER<br>6801 WOODWARD<br>OVERLAND PARK, KS 66204 | 124.50 |
| BEVERLY A. REESE<br>RT. 2, BOX 558<br>WARREN, TX 77664 | 17.63 |
| GARY A. REH<br>109 N. JACKSON<br>PRATT, KS 67124 | 88.17 |
| JEANIE REHDER<br>2209 ACORN RIDGE RD<br>GREENSBORO, NC 27407 | 60.98 |
| TENNISA J. REICHEL<br>PO BOX 182<br>HANSEN, ID 83334 | 52.90 |
| MARK A. REICHLIN<br>1778 HILLCOURT<br>BURLINGTON, WA 98233 | 133.87 |
| JOSEPH L. REICKS<br>520 CLEVELAND ST.<br>ELKHORN, NE 68022 | 54.67 |
| PETER R. REIMER<br>2302 E. AVE.<br>ANACORTES, WA 98221 | 126.76 |
| SHAYNE K. REMINGTON<br>7075 SOUTHWEST HYLAND WAY<br>BEAVERTON, OR 97008 | 72.52 |
| QINGGUO REN<br>715 WOODLAWN AVE #2<br>LAKE FOREST, IL 60045 | 61.24 |

| | |
|---|---:|
| FRANK R RENAU<br>2075 SOMERTON COURT<br>MT PLEASANT, SC 29464 | 88.67 |
| R. J. RENFROE<br>RT. 2 BOX 212<br>NAVASOTA, TX 77868 | 28.22 |
| RANDY H. RENFROE<br>2515 BLUE ROSE DR.<br>MISSOURI CITY, TX 77459 | 133.90 |
| KEVIK S RENSINK<br>3610 CAPE HORN ROAD<br>CONCRETE, WA 98237 | 63.33 |
| DIANNE REYNA<br>201 E. ADAMS APT. I<br>HARLINGEN, TX 78550 | 28.09 |
| LISA M. REYNOLDS<br>103 BILTMORE STREET<br>GREENWOOD, SC 29649 | 61.28 |
| NATHAN A. RICE<br>3001 NASSACHUSETTS<br>JOPLIN, MO 64804 | 27.94 |
| TINA K RICE<br>P.O BOX 861<br>FULTON, TX 78358 | 31.39 |
| PAUL D RICH<br>PEACHTREE LANE 3228-4<br>MURPHY, NC 28906 | 133.74 |
| EMMETT L. RICHARDS<br>2328 S. GARFIELD ST<br>KENNEWICK, WA 99337 | 63.34 |
| JENNIFER B. RICHARDSON<br>22616-120TH AVE NE #B<br>ARLINGTON, WA 98223 | 133.51 |
| MARY K. RICHARDSON | 63.21 |

| | |
|---|---:|
| 4634 S E SOUTH VILLAGE PKWY<br>TOPEKA, KS 66609-1830 | |
| ROY E. RICHE<br>POST OFFICE BOX 24<br>ARABI, LA 70032 | 17.63 |
| MATTHEW D. RICHEY<br>217 CREEKSIDE DR.<br>FLORENCE, AL 35630 | 52.90 |
| RICK F. RICHEY<br>217 CREEKSIDE DRIVE<br>FLORENCE, AL 35630 | 70.54 |
| JOSEPH A. RIEBE<br>322 BENTON AVENUE<br>MISSOULA, MT 59801 | 62.78 |
| MARCIA A. RIEKE<br>3053 JONATHON CT.<br>BILLINGS, MT 59102 | 62.78 |
| DENISE A. RIETCHECK<br>10 HEATHER LANE<br>GULFPORT, MS 39503 | 105.81 |
| RITA S RIGGS<br>518 E. MITCHELL DR.<br>PHOENIX, AZ 85012 | 28.96 |
| RICHARD T. RILEY<br>5731 CRESTWOOD BLVD<br>BIRMINGHAM, AL 35212 | 14.11 |
| KELVIN R. RION<br>2801 WEST SUNSET DRIVE #G-54<br>ORANGE, TX 77630 | 133.92 |
| RONALD R. RISING<br>12522 ELM COUNTRY LANE<br>SAN ANTONIO, TX 78230 | 59.96 |
| MU S. RIVAS<br>1211 S. MACARTHUR BLVD<br>IRVING, TX 75060 | 24.07 |

| | |
|---|---:|
| CRESCENS ROACH<br>421 TRAPIER DRIVE<br>CHARLESTON, SC 29412 | 126.97 |
| DEBRA ROBBINS<br>12523 SABLELEAF<br>CYPRESS, TX 77429 | 30.87 |
| AMADO ROBELDO JR.<br>920 NORTH MAIN ST.<br>MCALLEN, TX 78501 | 63.36 |
| AUDRA D. ROBERTS<br>815 OLIVE ST<br>CARTHAGE, MO 64836 | 63.21 |
| DOROTHY P. ROBERTS<br>3340 PROGRESS HILLS BLVD.<br>PIGEON FORGE, TN 37863 | 52.90 |
| KAREN P. ROBERTS<br>1500 STAPLES STREET #13<br>RADFORD, VA 24141 | 62.71 |
| LA VOLA R. ROBINDEAUX<br>730 PARKSIDE DR.<br>PORT TOWNSEND, WA 98368 | 63.34 |
| ALICE ROBINSON<br>3990 BIRCHWOOD COVE<br>DECATUR, GA 30034 | 133.39 |
| KEN R ROBINSON<br>BOX 1325<br>SASKATOON, SOL 2V0<br>FOREIGN, FN 99999 | 40.01 |
| REUBEN ROBINSON<br>RT 2 BOX 369<br>NEW BOSTON, TX 75570 | 30.44 |
| SANDRA E. ROBINSON<br>317 THURSTON AVE.<br>THOMASTON, GA 30286 | 17.63 |

| | |
|---|---:|
| WAYNE V. RODOLFICH<br>11107 APT 1 LAMEY BRIDGE ROAD<br>DILBERVILLE, MS 39532 | 68.63 |
| LUIS RODRIGUEZ<br>22 RUBINSTEIN ST. APT. R-2<br>STATEN ISLAND, NY 10305 | 56.43 |
| MARLYN T. RODGRIGUEZ<br>4618 YORK BOULEVARD<br>LOS ANGELES, CA 90041 | 28.22 |
| TED JW ROGERS<br>4802 LEGEND WELL<br>SAN ANTONIO, TX 78247 | 17.63 |
| KATHY L. ROLLER<br>7 EAST CANAL STREET<br>WABASH, IN 46992 | 63.38 |
| TAMARA A. ROMME<br>8812 WEST 77 STREET<br>OVERLAND PARK, KS 66204 | 114.28 |
| PRICILLES D. ROMMELAERE<br>BOX 41<br>LAFLECHE, SK S0H2K0<br>FOREIGN, FN 99999 | 9.25 |
| MELINDA E. ROOSE<br>3315 W. 2ND ST.<br>ANACORTES, WA 98221 | 133.87 |
| BEVERLY G. ROOT<br>4808 HAVERWOOD LANE #923<br>DALLAS, TX 75287 | 26.45 |
| BETH A. ROSEBERRY<br>4067 COMMODORE DR.<br>ATLANTA, GA 30341 | 27.65 |
| JASON ROSS<br>3831 SOUTH 46TH #4<br>LINCOLN, NE 68506 | 133.42 |
| LYNETTE S. ROSSOW | 133.90 |

| | |
|---|---:|
| 2525 BARRY ROSE ROAD #211<br>PEARLAND, TX 77581 | |
| ERIC A. ROY<br>404 E PROSPER STREET<br>CHALMETTE, LA 70043 | 17.63 |
| WILLIAM B. ROY<br>2516 MARIETTE ST.<br>CHALMETTE, LA 70043 | 52.41 |
| BO RUAN<br>75R WYOMING AVE.<br>MALDEN, MA 2148 | 129.38 |
| WEN L. RUAN<br>2316 W. ARTHUR<br>CHICAGO, IL 60645 | 123.44 |
| LARRY RUSH<br>6311 CELESTE RD.<br>SARALAND, AL 36571 | 123.44 |
| TRACY E. RUSH<br>6700 ROSEBUD DR.<br>ROWLETT, TX 75088 | 35.27 |
| LINDA D. RUSSELL<br>RT.5 BOX 158<br>PERRY, FL 32347 | 148.13 |
| BRIAN P. RUST<br>1410 HARRY ROAD<br>MANHATTON, KS 66502 | 52.90 |
| CHRISTINE K. RUST<br>2908 JAMES AVE.<br>MANHATTAN, KS 66502 | 17.63 |
| DAGFINN RUSTEN<br>4519 146TH PLACE S.W.<br>LYNNWOOD, WA 98037 | 133.94 |
| LARRY RUTH SR.<br>116 ARISTOTLE DRIVE<br>LAFAYETTE, LA 70508 | 114.97 |

| | |
|---|---:|
| LISA R. RUTH<br>45 REINHOLDS ROAD APT. #1<br>REINHOLDS, PA 17569 | 19.40 |
| DON T. RUYLE<br>4003 KENDALL #303<br>SAN ANTONIO, TX 78212 | 52.90 |
| GLENDA A. RYAN<br>120 E. GILMAN AVE.<br>ARLINGTON, WA 98223 | 133.87 |
| MAXINE A. MONTGOMERY RYAN<br>RT. 2 BOX 128<br>LINCOLN, KS 67455 | 43.34 |
| DAVID RYLEY<br>526 3RD AVE #2<br>BROOKLYN, NY 11215 | 68.05 |
| YVONNE J. SADDLER<br>7738 ENFIELD AVE., APT. 104<br>NORFOLK, VA 23505 | 25.80 |
| RUDOLPH SADLER<br>RT. 1, BOX 762<br>PERRY, FL 32347 | 143.51 |
| HALINA H.Y.S SAGANOWSKI<br>212 HART BLVD APT B5<br>STATEN ISLAND, NY 10301 | 52.90 |
| BENJAMIN Z. SALINAS<br>10617 ALTA VISTA DRIVE<br>SEDRO WOOLLEY, WA 98284 | 17.63 |
| JENNIFER SALMON<br>3815-L COTSWOLD TERRACE<br>GREENSBORO, NC 27410 | 27.58 |
| JILL C. SANDERS<br>2902 WHISPERING WINDS #503<br>PEARLAND, TX 77581 | 35.27 |
| RAM SINGH SANGHA | 134.19 |

| | |
|---|---:|
| P.O. BOX 5511<br>SQUAMISH, BC V0N3G0<br>FOREIGN, FN 99999 | |
| RAM SINGH SANGHA<br>PO BOX 5511<br>SQUMISH, B.C. Y0N3G<br>CANADA | 134.15 |
| BRIAN SCOTT SAPP<br>1521 BRIDFORD PARKWAY #14-L<br>GREENSBORO, NC 27407 | 133.28 |
| MENFORD L. SATHER<br>2084 KM RANCH ROAD<br>WHITEFISH, MT 59937 | 61.01 |
| PHEBE Y. SATTERFIELD<br>P.O. BOX 592<br>SIMPSONVILLE, SC 29681 | 91.70 |
| YVONNE A. SCAMARDO<br>1912 WHITE ROSE LANE<br>CARROLLTON, TX 75007 | 123.44 |
| DONNA S. SCHAEFER<br>101 RAINBOW DRIVE #9701<br>LIVINGSTON, TX 77351 | 101.04 |
| TAMI SCHAFFER<br>2723 AUGUSTA UNIT A<br>HAYS, KS 67601 | 105.81 |
| DAVID N. SCHNEIDER<br>311 S 1ST ST.<br>SELAH, WA 98942 | 133.50 |
| CHRIS D. SCHELLING<br>5110 HWY 2 E LOT C19<br>MINOT, ND 58701 | 108.77 |
| DELPHINE M. SCHMIDT<br>1707 AGNES DR.<br>HAYS, KS 67601 | 11.18 |
| GLEN J. SCHROCK | 123.44 |

| | |
|---|---:|
| 300 BAKER STREET<br>BLACKVILLE, SC 29817 | |
| JANET L. SCHROEDER<br>1013 LYNDA LANE<br>ARLINGTON, TX 76013 | 63.36 |
| KERRY SCHUETZ<br>3304 SW 29TH TERR APT 2<br>TOPEKA, KS 66614 | 17.63 |
| BETTY SCHULTZ<br>124 NELMS LOOP<br>COLPAX, LA 71417 | 72.51 |
| SUSAN CROWTHER SCHULTZ<br>157 GYPSY LANE<br>KING OF PRUSSIA, PA 19406 | 105.81 |
| ALICE A SCOTT<br>POST OFFICE BOX 1353<br>LA FERIA, TX 78559 | 52.90 |
| CHARLES C. SCOTT<br>13814 S.E. 62ND ST.<br>BELLEVUE, WA 98006 | 24.34 |
| JUDY K. SCOTT<br>1021 WEST BUCHANAN<br>CALIFORNIA, MO 65018 | 91.39 |
| VICTORIA J. SCOTT<br>2913E 3600N TRLR 43<br>TWIN FALLS, ID 83301 | 62.78 |
| ANTHONY W. SCREWS JR.<br>10900 KUHLMAN ROAD S.E. #77<br>OLYMPIA, WA 98513 | 61.72 |
| JONI SCRIBNER<br>5243 TURKEY RANCH RD.<br>WICHITA FALLS, TX 76308 | 86.56 |
| DEBORAH SCRIMSHIRE<br>9270 EAGLE RANCH RD, NW, #1511<br>ALBUQUERQUE, NM 87114 | 7.05 |

|  |  |
|---|---:|
| LYNDA M SEAGLE<br>10779 SCRIPPS RANCH ROW<br>SAN DIEGO, CA 92131 | 31.61 |
| JOHN R. SEAMAN<br>15894 EAST 17 PLACE<br>AURORA, CO 80011 | 39.03 |
| TROY N. SEEGER<br>200 SPRING AVE SW<br>JACKSONVILLE, AL 36265 | 62.99 |
| CHAD S SEIM<br>5820 S 100 PLAZA 1B<br>OMAHA, NE 68127 | 63.24 |
| NATALIE L. SELF<br>ROUTE 1 BOX 79<br>ALEXANDER CITY, AL 35010 | 123.44 |
| JUSTIN SEMIEN<br>FF117 DARBOONE RD.<br>LAFAYETTE, LA 70508 | 17.63 |
| WENDY SEMLER<br>2362 PARSONAGE RD APT 3G<br>CHARLESTON, SC 29414 | 67.08 |
| ANDREW M. SENFIELD<br>PO BOX 8538<br>RENO, NV 89507 | 17.63 |
| CATHY E. SHAFFER<br>34495 HAMILTON CEMETARY RD.<br>SEDRO WOOLLEY, WA 98284 | 63.33 |
| RITA SHAHA<br>208 CONOVER RD.<br>ROBINSONVILLE, NJ 8691 | 133.39 |
| YUSHAN SHAO<br>144-39 SANFORD AVE #5D<br>FLUSHING, NY 11355 | 123.44 |
| REX E. SHARRAI | 123.44 |

| | |
|---|---:|
| 7614 RICHARDS DRIVE<br>SHAWNEE, KS 66216 | |
| DALE W. SHAVER<br>823 BEXHILL COURT NORTH<br>HERMITAGE, TN 37076 | 123.44 |
| **TOTAL** | **9,866.19** |

    2.    That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

    WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    February 17, 2009

                                            s/s Holmes P. Harden
                                            Holmes P. Harden, Trustee
                                            State Bar No. 9835
                                            Post Office Drawer 19764
                                            RALEIGH, NC  27619-9764
                                            Telephone: (919) 981-4000
                                            Facsimile: (919) 981-4300