UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| KERRY E. SHAVER<br>ROUTE 3, BOX 521-S<br>WICHITA FALLS, TX 76308 | 61.60 |
| THOMAS SHEA<br>210 OAK RIDGE DRIVE SOUTH<br>ENTERPRISE COFF, AL 36330 | 133.53 |
| TAMARA L. SHELLEY<br>16722 PETERSON RD.<br>BURLINGTON, WA 98233 | 71.71 |
| JU FANG SHEN<br>175-15 74 AVE.<br>FRESH MEADOWS, NY 11366 | 123.44 |
| KEVIN SHEN<br>191 COLUMBIA STREET<br>BROOKLYN, NY 11231 | 52.90 |
| MICHAEL L. SHEPARD<br>74 HARTINGTON DR.<br>MADISON, AL 35758 | 54.88 |

| | |
|---|---:|
| ENA SHEPHERD<br>1950 S. 299TH PL.<br>FEDERAL WAY, WA 98003 | 17.63 |
| PEGGY S. SHEPPARD<br>5108 4TH PLACE<br>MERIDIAN, MS 39305 | 63.20 |
| JEANNE L SHERIDAN<br>1210 16TH STREET SW<br>CEDAR RAPIDS, IA 52404 | 27.62 |
| RICHARD D. SHETLER<br>4184 STRATFORD RD.<br>MOSES LAKE, WA 98837 | 62.98 |
| LINDA K. SHEWMAKER<br>RT. 4, BOX 330A<br>VERSAILLES, MO 65084 | 17.63 |
| HENGQUN SHI<br>801-A DONALDSON STREET<br>HIGHLAND PARK, NJ 08904 | 123.44 |
| GENA K. SHIPLEY<br>1104 B SOUTH MAIN<br>HARRISONVILLE, MO 64701 | 133.78 |
| BOBBY L SHOCKLEY<br>P.O. BOX 541<br>LULA, GA 30554 | 62.92 |
| KENT D. SHOCKLEY<br>539 W. 8TH STREET<br>BAXTER SPRINGS, KS 66713 | 126.26 |
| VIKKY SHOLLEY<br>127 PLANE TREET LANE<br>CARY, NC 27511 | 157.14 |
| BARRY E. SHOOK<br>7117 N. DESCHUTES DR.<br>SPOKANE, WA 99208 | 133.87 |
| MYRTLE L. SHORES | 52.90 |

| | |
|---|---:|
| 135 HICKORY RIDGE DRIVE<br>GLENCOE, AL 35905 | |
| SONYA SHORES<br>RT 1, BOX 896-A<br>STATEROAD, NC 28676 | 22.08 |
| SHORT VELYNDA L.<br>628 MOUNTAINSIDE<br>ALLEN, TX 75002 | 63.01 |
| DAN SHULDA<br>4032 LUNETA DRIVE<br>SAN JOSE, CA 95136 | 88.17 |
| KUNYANG SI<br>159 FRANKLIN ST. U-D6<br>STONEHAM, MA 2180 | 52.91 |
| JAMES R. SIEHR<br>2213 B. WASHINGTON STREET<br>TWO RIVERS, WI 54241 | 54.67 |
| PAUL C. SIEMER<br>5800 BRODIE LN. #732<br>AUSTIN, TX 78745 | 63.36 |
| TERRY A. SIMMONS<br>3038 16TH STREET S.E.<br>AUBURN, WA 98092 | 122.21 |
| VINCENT D. SIMMONS<br>516 WEST 12TH<br>LANNED, KS 67550 | 88.17 |
| WILLIAMS R. SIMONE<br>31008 DEVONSHIRE DR.#107<br>PLANO, TX 75075 | 133.90 |
| KYLE E. SIMS<br>32 BARBERRY ST.<br>MONTGOMERY, AL 36109 | 123.44 |
| DAVID K SIN<br>7924 FRONTENAC COURT<br>FONTANA, CA 92336 | 52.90 |

| | |
|---|---:|
| MICHAEL DARIN SINCLAIR<br>1301 E. 81 TERR<br>KANSAS CITY, MO 64131 | 246.88 |
| AMRIK SINGH<br>11101 SE 208TH ST APT #1411<br>KENT, WA 98031 | 157.59 |
| BALWINDER SINGH<br>80-07 225 ST.<br>FLORAL PK, NY 11002 | 216.20 |
| BHADUR SINGH<br>11101 SE 208TH ST. APT#1411<br>KENT, WA 98031 | 157.63 |
| GURMAIL SINGH<br>132 SW 332ND ST APT# 406<br>FEDERAL WAY, WA 98032 | 157.59 |
| RAGHBIR SINGH<br>11101 SE 208TH ST APT# 1411<br>KENT, WA 98031 | 157.59 |
| RAMANDIP SINGH<br>11020 S.E. KENT-KANGLY RD<br>KENT, WA 98031 | 157.59 |
| ZORAWAR SINGH<br>24010 137 AVE S.E.<br>KENT, WA 98042 | 133.92 |
| CELINE SIU<br>RR 3 BOX 255A OAK SUMMIT<br>MILLBROOK, NY 12545 | 133.55 |
| MARLA LEE SIWIERKA<br>2943 COLONY DRIVE<br>SUGAR LAND, TX 77479 | 2.23 |
| WILLIAM J. SKINNER<br>801 N. ERIE<br>LEXINGTON, NE 68850 | 63.20 |
| JEFF D. SLATE | 63.30 |

| | |
|---|---:|
| PO BOX 67<br>DOCHOW, KS 66901 | |
| BRADLEY J. SLIGER<br>865 WOODBINE WAY<br>BELLINGHAM, WA 98226 | 133.87 |
| CINDY L. SLIGER<br>865 WOODBINE WAY<br>BELLINGHAM, WA 98226 | 77.21 |
| TAMMY E. SLOAN<br>7183 BROOKWOOD VALLEY CIR NE<br>ATLANTA, GA 30309 | 131.82 |
| ADAM G. SMALL<br>8000 WATERS AVE, APT 10<br>SAVANNAH, GA 31406 | 52.90 |
| JUNE M SMALL<br>2716 206TH AVE CT E<br>SUMNER, WA 98390 | 103.94 |
| PAMELA L. SMALL<br>7840 DOUBLETREE<br>MISSOULA, MT 59804 | 62.78 |
| SMITH BRUNETTA D<br>6433 SO. STAPLES #106<br>CORPUS CHRISTI, TX 78413 | 52.90 |
| D ALLEN SMITH JR.<br>9010 NESBIT FERRY RD #202<br>ALPHARETTA, GA 30022 | 52.90 |
| DANIEL SMITH<br>916 E. CYPRESS<br>LOMPOC, CA 93436 | 29.44 |
| SMITH DAVID<br>25 RUE GRAND DUCAL<br>NEWPORT BEACH, CA 92660 | 130.49 |
| HAZEL R. SMITH<br>POST OFFICE BOX 5818<br>SAN LEON, TX 77539 | 61.35 |

| | |
|---|---|
| JANA M. SMITH<br>701 CHELSEA DRIVE<br>BLOOMINGTON, IL 61704 | 25.83 |
| JEFFERY R SMITH<br>8101 LOON LAKE ROAD ROUTE 21<br>ARKPORT, NY 14807 | 54.67 |
| JEWEL P. SMITH<br>ROUTE 1 BOX 133<br>MARION, NC 28752 | 27.58 |
| KAREN L. SMITH<br>5307 KIAMESHA WAY<br>MESQUITE, TX 75150 | 61.35 |
| KENY P. SMITH<br>42905 N. AMOY ST<br>LANCASTER, CA 93536 | 58.44 |
| LYNDA KATY SMITH<br>8787 WOODWAY DR. #9107<br>HOUSTON, TX 77063 | 37.38 |
| MELL GAGE SMITH<br>6 OFFICE PARK CIRCLE SUITE 308<br>BIRMINGHAM, AL 35223 | 52.90 |
| MICHAEL B. SMITH<br>102 STEPHEN ST.<br>WILLIAMSON, GA 30292 | 123.44 |
| RONNIE L SMITH<br>7134 ADIRONDACK TRAIL<br>AMARILLO, TX 79106 | 26.08 |
| SANDRA K. SMITH<br>3338 HOLLY RD<br>CORPUS CHRISTI, TX 78415-3212 | 52.90 |
| SARAH W. SMITH<br>RT.1 BOX 48 A<br>RABUN GAP, GA 30568 | 52.90 |
| DONNA M. SMYDER | 133.53 |

| | |
|---|---:|
| 1898 CO. RT. 50<br>ARKPORT, NY 14807 | |
| JAMES R. SMYRE<br>P.O. BOX 5125<br>FORT MCCLELLAN, AL 36205 | 62.99 |
| SHERRY M. SMYRE<br>3022 NE 13TH DRIVE<br>GAINESVILLE, FL 32609 | 27.93 |
| MAUREEN A. SNELGROVE<br>1350 PARKHILL ROAD<br>SANTA MARGARITA, CA 93453 | 133.53 |
| ANDREW P. SNYDER<br>5161 S.W. RAINTREE PKWY<br>LEE'S SUMMIT, MO 64082 | 67.72 |
| TAR S. SODHI<br>14700 NE 29TH PL #237<br>BELLEVUE, WA 98007 | 157.45 |
| ELIZABETH R. SOLOMON<br>68 WILDGLEN DRIVE<br>SUWANEE, GA 30024 | 123.44 |
| TIAN ZHENG SONG<br>22 RUBINSTEIN ST APT 51<br>STATEN ISLAND, NY 10305 | 56.43 |
| YAN GANG SONG<br>5713 S. GRANT ST. #F<br>HINSDALE, IL 60521 | 123.44 |
| YAN MING SONG<br>5713 S. GARNT S.T #F<br>HINSDALE, IL 60521 | 52.90 |
| ZHI LING SONG<br>448 68ST APT 3R<br>BROOKLYN, NY 11220 | 60.66 |
| **TOTAL** | **6,452.61** |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED: February 17, 2009

/s/Holmes P. Harden
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300