UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

NOTICE OF APPLICATION FOR INTERIM COMPENSATION
FOR SERVICES OF ACCOUNTANT FOR TRUSTEE AND
CERTIFICATE OF SERVICE

TO: ALL CREDITORS OF INTERNATIONAL HERITAGE, INC. AND OTHER PARTIES IN INTEREST

NOTICE HEREBY GIVEN of the Seventh Application for Interim Compensation for Services of Adams, Martin & Associates, PA, Accountants for Trustee, for services rendered from December 6, 2006 through November 30, 2007 in the amount of $2,492.60 and reimbursement of expenses in the amount of $314.60 incurred during the same period filed simultaneously herewith by Holmes P. Harden, Attorney for Trustee.

An objection to the fees requested should be filed with the Clerk, U. S. Bankruptcy Court, Post Office Box 1441, Raleigh, North Carolina 27602 with a copy served on the trustee whose name appears at the bottom of this Notice within twenty (20) days of the date of this Notice. No hearing will be conducted on said objection unless the Court, in its discretion, deems a hearing necessary, or unless a hearing is requested by the party filing such request. Any party requesting a hearing shall appear at said hearing in support of such request or he may be assessed with costs.

DATE OF NOTICE: 2/17/09

Holmes P. Harden, Trustee
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

578330

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing documents were served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the 17th day of February, 2009.

WILLIAMS MULLEN

BY: *[signature]*
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

SERVED:
Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3758
Wilson, NC 27895-3758

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

Patrick Anders, Esquire
Edger and Paul
1777 Durham-Chapel Hill Blvd.
Suite 204
Chapel Hill, NC 27514

James A. Roberts, III, Esquire
A. Graham Shirley, Esquire
Lewis & Roberts
P.O. Box 17529
Raleigh, NC 27619-7529

*See Attached Mail Matrix and E-Mail List*

| | | |
|---|---|---|
| Terri I. Gardner<br>Poyner & Spruill, LLP<br>P. O. Box 10096<br>3600 Glenwood Avenue<br>Raleigh, NC 27605 | Gerald A. Jeutter<br>Kilpatrick Stockton, LLP<br>P. O. Box 300004<br>Raleigh, NC 27622 | Brent E. Wood<br>3750 NW Cary Pkwy., Ste. 111<br>Cary, NC 27513-8432 |
| Stephanie P. Wyatt<br>Coyle, Bascom & Bergman, P.C.<br>2520 Northwinds Pkwy #375<br>Alpharetta, GA 30004-2233 | James Russell Tucker<br>Tucker & Ratcliffe, L.L.P.<br>10647 Strait Lane<br>Dallas, TX 75229-5426 | Jack T. Clary<br>214 St. Matthews Lane<br>Spartanburg, SC 29301 |
| Richard Ieyoub, Attorney General<br>State of Louisiana<br>301 Main Street, Suite 1250<br>Baton Rouge, LA 70801 | Susan Coon Bailey<br>5233 Floynell Drive<br>Baton Rouge, LA 70809 | Dorothy H. Miller<br>102 Triangle Circle<br>Lafayette, LA 70508 |
| Chittenden Bank<br>c/o Louis P. Rochkind<br>Jaffe, Raitt, Heuer & Weiss<br>One Woodward Avenue, Suite 2400<br>Detroit, MI 48226 | Stacey Ostrom<br>202 Oak Creek Drive<br>League City, TX 77573-1762 | Eugene W. Ellison<br>185 Biltmore Avenue<br>Asheville, NC 28801 |
| Henry W. Noziko, Jr.<br>ACSTAR Insurance Company<br>P. O. Box 2350<br>New Britain, CT 06050-2350 | Securities and Exchange Commission<br>Attn: William P. Hicks<br>3475 Lenox Road, NE<br>Atlanta, GA 30326 | Managing Agent<br>Internal Revenue Service<br>320 Federal Place<br>Greensboro, NC 27401 |
| Managing Agent<br>North Carolina Dept. of Revenue<br>P. O. Box 1168<br>Raleigh, NC 27602 | Marjorie K. Lynch<br>Bankruptcy Administrator<br>P. O. Box 3039<br>Raleigh, NC 27602-3039 | Jane E. Chassey<br>1514 Azalea Drive<br>Saint Louis, Missouri 63119 |
| Carolyn E. John<br>485 Broad River Blvd.<br>Beaufort, SC 29906 | Michael K. Wolensky<br>Robert G. Brunton<br>David J. Gellen<br>Kutak Rock<br>225 Peachtree St., NE, Suite 2100<br>Atlanta, GA 30303-1731 | Managing Agent<br>Centrum Bank AG, Vaduz<br>Heiligkreuz 8<br>Postfoch 1168<br>FL -9490 Vaduz   LIECHTENSTEIN |
| Gary D. McDowell<br>200 Ansley Close<br>Roswell, GA 30075 | Jean Wedin<br>P. O. Box 753<br>LaConner, WA 98257 | Marshall Reddy<br>P. O. Box 806<br>Ponte Verde Beach, FL 32004 |
| Lois Coonc<br>P. O. Box 699<br>LaConner, WA 98257 | Henry W. Noziko, Jr.<br>United Coastal Insurance Company<br>P. O. Box 2350<br>New Britain, CT 06050-2350 | Pamela Johnson<br>18488 Best Road<br>Mount Vernon, WA 98273 |

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen   SWITZERLAND

Managing Agent
UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich   SWITZERLAND

Cathy Fligg
1456 Stratfield Circle
Atlanta, GA 30319

Anna M. Washburn
145 Christopher Drive
Clayton, NC 27520

Henry W. Nozko, Jr., President
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Scott L. Wilkinson
Assistant U.S. Attorney
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Managing Agent
Accurata Treuhand und Revisions AG Vaduz
Abundt 36
FL-9490 Vaduz   LIECHTENSTEIN

Betty Hesketh
7566 15th Lane
Vero Beach, FL 32966

Managing Agent
TransAmerica-TIG Insurance
5205 N.O. Connor Blvd. Ste. B1
Irving, TX 75039-3724

Managing Agent
Schweizerische Hypotheken
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich   SWITZERLAND

Charles Anderson
P. O. Box 33550
Raleigh, NC 27636

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Shawna Y. Staton
Brooks, Stevens & Pope, P.A.
P. O. Box 1870
Cary, NC 27512-1870

Managing Agent
Coeco
2525 Atlantic Avenue
Raleigh, NC 27604

Managing Agent
Centrum Bank AGVaduz
Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz   LIECHTENSTEIN

Ronald H. Garber
Boxley Bolton & Garber
P. O. Drawer 1429
Raleigh, NC 27602

John Mark Stern
Assistant Attorney General
Office of Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

Sherwin P. Robin
P. O. Box 9541
Savannah, GA 31412-9541

State Auditor's Office
Montana Securities Department
Mitchell Building, Room 270
State Capital Complex
Helen, MT 59620

State Auditor's Office
Montana Securities Department
Mitchell Building, Room 270
State Capital Complex
Helen, MT 59620

Larry Smith
2435 E. North Street
Greenville, SC 29615

Henry W. Nozko, Jr., President
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN 56258

Sharon A. Meckenstock
1640 West 34th St., N.
Wichita, KS 67204

Managing Agent
UBS AG, Zurich Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich   SWITZERLAND

Jackie S. Hart
1706 Antigua Lane
Nassau Bay, TX 77058

Tony Copeland
BTI
4300 Six Forks Road, Suite 500
Raleigh, NC 27609

Michael P. Flanagan
Ward and Smith, P.A.
P. O. Box 8088
Greenville, NC 27835-8088

James A. Roberts, III
Lewis & Roberts, PLLC
P. O. Box 17529
Raleigh, NC 27619-7529

Patrick H. Tyler
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

James K. Austin
Ellis Painter Ratterree & Bart LLP
P. O. Box 9946
Savannah, GA 31412-9946

Marshall Reddy
P. O. Box 806
Ponte Verde Beach, FL 32004

Keith M. Jensen
Law Office of Keith M. Jensen
514 East Beklnap
Fort Worth, TX 76102

Randall L. Greene
Rt. 1, Box 155
Randlett, OK 73562

James H. Thomas
101 Robin Drive
Troy, AL 36081

Vickie Corbitt,
Attorney for Commissioner of Revenue
Tennessee Dept. of Revenue - Legal
312 8th Ave. N. #27 Fl.
Nashville, TN 37243-0001

Stephani W. Humrickhouse, Esq.
Nicholls & Crampton
4300 Six Forks Road, Suite 700
Raleigh, NC 27609

Janet Cradeur
P. O. Box 66658
Baton Rouge, LA 70896

Meredith P. Ezzell
Wyrick Robbins Yates & Ponton LLP
P. O. Drawer 17803
Raleigh, NC 27619

Henry W. Noziko, Jr.
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Joseph N. Calloway, Esq.
Battle, Winslow, Scott & Wiley, P.A.
P. O. Box 7100
Rocky Mount, NC 27804-0100

Maria Lee Siwierka
5507 Deerbourne Chase Dr.
Sugar Land, TX 77479-4194

Denise Marsh
709 Summit Ridge
Lewisville, TX 75067

Jean Boyles
P. O. Box 10506
Raleigh, NC 27605

Paul Faison S. Winborne
300/200 Parham Street, Suite F
P. O. Box 1547
Raleigh, NC 27602

Missouri Department of Revenue
Attn: Brian S. Kuhlmann
P. O. Box 475
Jefferson City, MO 65105-0475

Marcia McGair Ippolito
R.I. Division of Taxation
One Capitol Hill
Providence, RI 02908-5800

Walter Calton
312 East Broad Street
Eufaula, AL 36072

L. C. Gilbert, Jr.
74 Hilltop Lane
Alpine, AL 35014

Robert J. Marrigan
Development Direct, Inc.
P.O. Box 650
Bedford, MA 01730-0650

| E-mail: | | E-mail: | | E-mail: | |
|---|---|---|---|---|---|
| E-mail: | x2-song@worldnet.att.net | E-mail: | cgrumer@manatt.com | E-mail: | BrAnDin420@aol.com |
| E-mail: | hual@airmail.net | E-mail: | shouli.yang@stjude.org | E-mail: | hou@mail.med.upenn.edu |
| E-mail: | mayfi23@marz.com | E-mail: | RJWNLAW@aol.com | E-mail: | CTBallard@aol.com |
| E-mail: | Buddha623@aol.com | E-mail: | sds98@eatel.net | E-mail: | beth_pattillo@shmm.org |
| E-mail: | pgorman@vantagepointcapital.com | E-mail: | jwmaloy@aol.com | E-mail: | swede@dmea.net |
| E-mail: | wrightr@mindspring.com | E-mail: | kanelos@mindspring.com | E-mail: | kmaxeyjr@bayou.com |
| E-mail: | mlafontaine@abbot-simses.com | E-mail: | blairc@iname.com | E-mail: | Wesglynn@aol.com |
| E-mail: | rabbit@rockisland.com | E-mail: | Larry_Fletcher@bc.sympatico.ca | E-mail: | jwarren@wyche.com |
| E-mail: | cheryll.COSTANIINO@edmail.com | E-mail: | JNRRICH@Intur.net | E-mail: | dongming.zhao@jci.com |
| E-mail: | jasbircheema@amropictures.com | E-mail: | aadrezin@Epix.net | E-mail: | pkloosterman@juno.com |
| E-mail: | 72320.316@compuserve.com | E-mail: | kimball.peed@bigfoot.com | E-mail: | JEEPETTE99@aol.com |
| E-mail: | stann@colby.IXKS.com | E-mail: | tammyr@falcon.ukans.cc.edu | E-mail: | pingnas@ica.net |
| E-mail: | gjack312@Intrstar.net | E-mail: | VTPALMER27@yahoo.com | E-mail: | Karen0906@aol.com |
| E-mail: | hdfrey@telusplanet.net | E-mail: | crandall@rock-springs.dowell.slb.com | E-mail: | lonni@pb.quik.com |
| E-mail: | DLWARREN@BellSouth.net | E-mail: | gedler@bellsouth.net | E-mail: | Dana-Charles@Worldnet.Att.Net |
| E-mail: | michael_bhagat@hotmail.com | E-mail: | r_brown@email.msn.com | E-mail: | Averitas@aol.com |
| E-mail: | rliston@spartanburg4.0rg | E-mail: | hou@mail.med.upenn.edu | E-mail: | kk_1200@kwikkopy.com |
| E-mail: | ghromero@aol.com | E-mail: | dsbarron@bellsouth.net | E-mail: | hewlett@cablelan.net |
| E-mail: | joanchan@rocketmail.com | E-mail: | jamcgrath@yahoo.com | E-mail: | sonia_voldseth@burns.senate.gov |
| E-mail: | edeem@worldnet.att.net | E-mail: | bjsaw@ttc-cmc.net | E-mail: | dzeigler@jsucc.jsu.edu |
| E-mail: | DFITZPA400@aol.com | E-mail: | smsutom@aol.com | E-mail: | mchad@acnet.net |
| E-mail: | theboock@compuserve.com | E-mail: | lynn@dot.state.al.us | E-mail: | albourassa@bigfoot.com |
| E-mail: | pondman@memes.com | E-mail: | pingnas@ica.net | E-mail: | albourassa@bigfoot.com |
| E-mail: | docchiro@ISLC.net | E-mail: | Hanna@tir.com | E-mail: | Harden, Holmes |
| E-mail: | RIZMOE@NWRain.com | E-mail: | buddunn@auantumworld.com | E-mail: | Mgutierrez@pirnie.com |
| E-mail: | thodges@gateway.net | E-mail: | Rahmati@ibm.net | E-mail: | mayfi23@marz.com |
| E-mail: | hlee@directv.com | E-mail: | Docnielsen@webtv.net | E-mail: | shucko@prodigy.net |
| E-mail: | fabb@telusplanet.net | E-mail: | mjandcarlincc@juno.com | E-mail: | zuzuy2k@yahoo.com |
| E-mail: | cordw@deltapineseed.com | E-mail: | loking@wixmail.com | E-mail: | Mgutierrez@pirnie.com |
| E-mail: | NBECK87570@aol.com | E-mail: | Jholt@Clemson.edu | E-mail: | Mgutierrez@pirnie.com |
| E-mail: | JYANG4@FORD.COM | E-mail: | jsmusa@mindspring.com | E-mail: | RRALBRIGHT@AOL.COM |
| E-mail: | mccarthy@mccarthyconsultant.com | E-mail: | Mainland@ticnet.com | E-mail: | bcslaw@prodigy.net |
| E-mail: | digger@bcsupernet.com | E-mail: | cce3@juno.com | E-mail: | rosieo@bigsky.net |
| E-mail: | BREIDYIII@aol.com | E-mail: | mcnamer@bigsky.net | E-mail: | mooreem@harpo.tnstate.edu |
| E-mail: | pak@jcnl.com | E-mail: | mwa@wnonline.net | E-mail: | VANATTAL@VAX.CS.HSCSYR.EDU |
| E-mail: | lpartr1072@aol.com | E-mail: | lesterabs@mindspring.com | E-mail: | leadership.possibilities.mak@worldnet.att.net |
| E-mail: | mtheisen@efn.org | E-mail: | shanson@kearney.net | E-mail: | pingnas@ica.net |
| E-mail: | MLGeller@aol.com | E-mail: | an667@hwcn.org | E-mail: | cr8on@flash.net |
| E-mail: | mooreem@harpo.tnstate.edu | E-mail: | yu241703@yorku.ca | E-mail: | bsclaw@worldnet.att.net |
| E-mail: | backpain@keynet.net | E-mail: | yu241703@yorku.ca | E-mail: | hewlettlj@shaw.ca |
| E-mail: | Hbeckbari@aol.com | E-mail: | lihen | E-mail: | ladevries@firstam.com |
| E-mail: | mwarhurst@yahoo.com | E-mail: | dsbarron@bellsouth.net | E-mail: | ihatch@ala.net |
| E-mail: | js.baum@srs.gov | E-mail: | jamcgrath@yahoo.com | E-mail: | Rmggood@Prodigy.Net |

| | | |
|---|---|---|
| E-mail: wynellh@flash.net<br>E-mail: dlatray@mcn.net<br>E-mail: bwood@woodfran.com<br>E-mail: DickLynn Ferency@compuserve.com<br>E-mail: CHASSEYRAY@email.msn.com<br>E-mail: jim.griffith@erols.com<br>E-mail: xiaokui.shan@bakernet.com<br>E-mail: xshan@aol.com<br>E-mail: kkandola@theresidences.com<br>E-mail: lrochkind@jafferaitt.com<br>E-mail: sdostrom@hotmail.com<br>E-mail: michaelhopkins@mailcity.com<br>E-mail: dana-charles@worldnet.att.net<br>E-mail: options-galore@yahoo.com<br>E-mail: bchap01@aol.com<br>E-mail: ceissngr@midrivers.com<br>E-mail: glassgs@cadvision.com<br>E-mail: mbrown8967@aol.com<br>E-mail: diemert@northerntel.net | E-mail: bbaum89@aol.com<br>E-mail: bjsaw@ttc-cmc.net<br>E-mail: smsutom@aol.com<br>E-mail: lynn@dot.state.al.us<br>E-mail: pingnas@ica.net<br>E-mail: Hanna@tir.com<br>E-mail: buddunn@quantumworld.com<br>E-mail: Rahmati@ibm.net<br>E-mail: docnielsen@webtv.net<br>E-mail: mjandcarlincc@juno.com<br>E-mail: loking@wixmail.com<br>E-mail: Jholt@Clemson.edu<br>E-mail: jsmusa@mindspring.com<br>E-mail: Mainland@ticnet.com<br>E-mail: cce3@juno.com<br>E-mail: mcnamer@bigsky.net<br>E-mail: mwa@wnonline.net<br>E-mail: lesterabs@mindspring.com<br>E-mail: shanson@kearney.net<br>E-mail: an667@hwcn.org<br>E-mail: yu241703@yorku.ca<br>E-mail: TJDeavers@aol.com | |