IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## SEVENTH INTERIM APPLICATION FOR PAYMENT OF ACCOUNTANT'S FEES AND EXPENSES

NOW COMES Holmes P. Harden, Trustee in the above-referenced case, and applies to the Court for authority to pay Adams, Martin & Associates, PA interim accountant's fees and expenses in the amount of Two Thousand Four Hundred Ninety-Two and 60/100 ($2,492.60) representing compensation in the amount of $2,178.00 and reimbursement of necessary expenses in the amount of $110.50 for services rendered from December 6, 2006 through November 30, 2007.   A copy of the accountant's bill is attached to this Application along with biographical information for each accountant rendering the services.   In the opinion of the Trustee, such interim accountant's fees and expense reimbursement are reasonable and just.

The Court entered an order on February 5, 2009 allowing accountant's six interim compensation for services rendered from December 1, 2007 through November 30, 2008.   The above referenced interim fees were not included in the application for services rendered from December 6, 2006 through November 30, 2007.

Respectfully submitted, this 17 day of February, 2009.


Holmes P. Harden

578331

Trustee for Debtor
N. C. State Bar No. 9835
3200 Beechleaf Court
Post Office Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

578331

CERTIFICATE OF SERVICE

I, Holmes P. Harden, Trustee for International Heritage, Inc., do hereby certify that the Seventh Interim Application for Payment of Accountant's Fees and Expenses, hereto attached, was served upon the parties listed below by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the ____ day of February, 2009.

By: _____
Holmes P. Harden
Trustee for Debtor
N. C. State Bar No. 9835
3200 Beechleaf Court
Post Office Drawer 19764
Raleigh, North Carolina  27619
Telephone:  (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
Post Office Box 3758
Wilson, NC  27895

Craig Adams
Adams, Martin & Associates, PA
3801 Barrett Drive, Ste. 201
Raleigh, NC 27609

Terri Gardner
Attorney for Debtor
Poyner & Spruill, LLP
P. O. Drawer 10096
3600 Glenwood Avenue
Raleigh, NC  27605-0096

578331

# ADAMS, MARTIN & Associates PA

**Tax and Financial Consultants**    3801 Barrett Drive, Suite 201 / Raleigh, NC 27609 / 919.781.3581 / Fax: 919.881.0611 / www.amacpa.com

International Heritage, Inc
c/o Mr. Holmes Harden, Trustee
P O Drawer 19764
Raleigh, NC  27619

| | |
|---|---|
| Invoice Date: | December 31, 2007 |
| Invoice Number: | 00203226 |
| Client Number: | 9002 007 |

---

*For professional services rendered:*

Professional services rendered for the period December 6, 2006 through November 30, 2007 for the following:

Preparation of 2006 Federal Form 7004 and North Carolina Form D-410P, Applications for Extensions of Time for Filing the Estate Tax Returns for International Heritage, Inc..

Preparation of the 2006 Corporate Federal and North Carolina Income Tax Returns.

See attached billing summary and detail.

Chapter 7 was filed on November 25, 1998.

Order to employ  Adams, Martin & Associates, PA as Certified Public Accountants was authorized on January 8, 1999.

Payment is requested upon Bankruptcy Court approval of fees.

Total Invoice Amount          $2,492.60

## Summary of Time & Expenses by Staff & by Project

### International Heritage Inc

|  | Hours | Rate | Amount | Year |
|---|---|---|---|---|
| **Craig A. Adams** | | | | |
| | 0.20 | $185.00 | $37.00 | 2007 |
| CAA    Total | *0.20* | | *$37.00* | |
| **Kathryn G. Zechman** | | | | |
| | 1.50 | $145.00 | $217.50 | 2006 |
| | 5.70 | $150.00 | $855.00 | 2007 |
| KZ    Total | *7.20* | | *$1,072.50* | |
| **Megan Micheals** | | | | |
| | 6.70 | $115.00 | $770.50 | 2007 |
| MM    Total | *6.70* | | *$770.50* | |
| **Ilona B. Tortorici** | | | | |
| | 1.80 | $100.00 | $180.00 | 2006 |
| IBT    Total | *1.80* | | *$180.00* | |
| **Angela Allor** | | | | |
| | 0.10 | $75.00 | $7.50 | 2007 |
| AA    Total | *0.10* | | *$7.50* | |
| **Patricia Coggins** | | | | |
| | 1.30 | $85.00 | $110.50 | 2007 |
| TC    Total | *1.30* | | *$110.50* | |

| **Subtotal** | 17.30 | | $2,178.00 | |
|---|---|---|---|---|
| Total Expenses | | | $314.60 | |
| **Total Fees & Expenses** | | | $2,492.60 | |

| Projects: Type & Year | Hours | Amount | % | Additional Description |
|---|---|---|---|---|
| 2006 Tax Rtns: Corporation | 13.40 | 1,698.00 | 78.0% | |
| Consulting | 0.50 | 75.00 | 3.4% | |
| Fee App Exhibits | 0.40 | 405.00 | 18.6% | |
| **Totals** | **14.30** | **$2,178.00** | **100.0%** | |

## Prior Invoices

| Date | Period | Services | Expenses | Total Invoice | Amt Unpaid |
|---|---|---|---|---|---|

## *International Heritage Inc*

| | Hours | Rate | Amount | Year |
|---|---|---|---|---|
| **_Interim Bill:_** | | | | |
| 9/21/1999    12/1/99-9/20/99 | $26,898.50 | $540.09 | $27,438.59 | $0.00 |
| **_Approved:_**  10/25/1999    $27,438.59 | | | | |
| **_Interim Bill:_** | | | | |
| 8/30/2000    9/21/99-8/25/00 | $9,353.50 | $750.58 | $10,104.08 | $0.00 |
| **_Approved:_**  10/23/2000    $10,104.08 | | | | |
| **_Interim Bill:_** | | | | |
| 9/20/2001    8/26/00-9/19/01 | $7,874.50 | $390.64 | $8,265.14 | $0.00 |
| **_Approved:_**  10/30/2001    $8,265.14 | | | | |
| **_Interim Bill:_** | | | | |
| 9/24/2002    9/20/01-9/19/02 | $2,588.50 | $184.40 | $2,772.90 | $0.00 |
| **_Approved:_**  11/7/2002    $2,772.90 | | | | |
| **_Interim Bill:_** | | | | |
| 4/6/2004    9/20/02-4/5/04 | $3,349.40 | $364.00 | $3,713.40 | $0.00 |
| **_Approved:_**  6/17/2004    $3,713.40 | | | | |
| **_Interim Bill:_** | | | | |
| 12/11/2006    4/6/04-11/30/06 | $3,840.00 | $390.30 | $4,230.30 | $0.00 |
| **_Approved:_**  1/16/2007    $4,230.30 | | | | |

**Total Prior Invoices**    $53,904.40    $2,620.01    $56,524.41    $0.00

**_Total Prior Invoices Approved:_**    $56,524.41

| International Heritage, Inc | Invoice Date: | December 31, 2007 |
| c/o Mr. Holmes Harden, Trustee | Invoice Number: | 00203226 |
| P O Drawer 19764 | Client Number: | 9002 007 |
| Raleigh, NC 27619 | Page: | 2 |

*Detail Description:*

| Project / Description | Employee | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BR - Prepare Fee App Exhibits<br>Begin review of WIP descriptions & projects. | Katie Zechman | 12/06/06 | 0.60 | 145.00 | $87.00 |
| BR - Prepare Fee App Exhibits<br>Complete review of WIP descriptions & projects. | Katie Zechman | 12/07/06 | 0.30 | 145.00 | 43.50 |
| BR - Prepare Fee App Exhibits<br>Begin preparation of interim bill. | Ilona Tortorici | 12/07/06 | 0.70 | 100.00 | 70.00 |
| BR - Prepare Fee App Exhibits<br>Review & finalize interim fee app attachments & time analysis | Katie Zechman | 12/11/06 | 0.60 | 145.00 | 87.00 |
| BR - Prepare Fee App Exhibits<br>Complete preparation of interim billing analysis & attachments. | Ilona Tortorici | 12/11/06 | 1.10 | 100.00 | 110.00 |
| Bankruptcy Consulting<br>Emails w. Jenny re 1998 payroll tax returns | Katie Zechman | 1/25/07 | 0.30 | 150.00 | 45.00 |
| Bankruptcy Consulting<br>Emails w. AA re debtor records available | Katie Zechman | 1/25/07 | 0.20 | 150.00 | 30.00 |
| BR - Prepare Fee App Exhibits<br>Review docket entries. | Angela Allor | 2/08/07 | 0.10 | 75.00 | 7.50 |
| BR - 1120 - 2006<br>Prepare Federal Extension form 7004 & NC extension form CD-419 for Franchise & Income tax. | Katie Zechman | 3/10/07 | 0.30 | 150.00 | 45.00 |
| BR - 1120 - 2006<br>Prepare Federal and NC corporate tax returns. | Megan Michaels | 7/25/07 | 0.30 | 115.00 | 34.50 |
| BR - 1120 - 2006<br>Review docket for entries that may affect taxes. Begin to analyze estate transactions. Begin 505b correspondence, tax return preparation and tax attribute analysis. | Katie Zechman | 7/25/07 | 1.40 | 150.00 | 210.00 |
| BR - 1120 - 2006<br>Analyze 2006 Trustee transactions. Read motions & orders related to SEC settlement to determine tax consequences of additional funds received in 2006 | Katie Zechman | 7/26/07 | 0.80 | 150.00 | 120.00 |
| BR - 1120 - 2006<br>Summarize 2006 transactions. Read motions and orders that may have tax consequences. Continue to prepare Federal and NC corporate tax returns. | Megan Michaels | 7/26/07 | 5.20 | 115.00 | 598.00 |

| | | | | | |
|---|---|---|---|---|---|
| International Heritage, Inc | | Invoice Date: | | December 31, 2007 | |
| c/o Mr. Holmes Harden, Trustee | | Invoice Number: | | 00203226 | |
| P O Drawer 19764 | | Client Number: | | 9002 007 | |
| Raleigh, NC 27619 | | Page: | | 3 | |

*Detail Description:*

| Description | Person | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BR - 1120 - 2006<br>Begin to review 2006 Corporate Federal & NC tax returns | Katie Zechman | 8/16/07 | 0.90 | 150.00 | 135.00 |
| BR - 1120 - 2006<br>Complete preparation of Federal and NC corporate tax returns. | Megan Michaels | 9/06/07 | 1.20 | 115.00 | 138.00 |
| BR - 1120 - 2006<br>Emails & phone call w. Jenny re documentation for funds received from lawsuit settlement | Katie Zechman | 9/06/07 | 0.20 | 150.00 | 30.00 |
| BR - 1120 - 2006<br>Continue to review 2006 corporate tax returns | Katie Zechman | 9/06/07 | 0.70 | 150.00 | 105.00 |
| BR - 1120 - 2006<br>Complete review of 2006 corporate tax returns. | Katie Zechman | 9/06/07 | 0.90 | 150.00 | 135.00 |
| BR - 1120 - 2006<br>Preparation of documents for taxing authorities related to 2006 tax returns. | Tricia Coggins | 9/07/07 | 0.80 | 85.00 | 68.00 |
| BR - 1120 - 2006<br>Partner review and sign 2006 Federal and NC corporate income tax returns and attached 505(b) correspondence | Craig Adams | 9/08/07 | 0.20 | 185.00 | 37.00 |
| BR - 1120 - 2006<br>Ensure trustee signed in all appropriate places. | Tricia Coggins | 9/14/07 | 0.50 | 85.00 | 42.50 |
| **Total Services** | | | 17.30 | | 2,178.00 |
| BR - Image & Review<br>Document Image and Review Charge | Administrative Ge | 12/07/06 | 130.00 | 1.00 | 130.00 |
| Bankruptcy Consulting<br>PACER charges for 01-01-07 through 01-31-07 | Administrative Ge | 2/13/07 | 1.04 | 1.00 | 1.04 |
| Bankruptcy Consulting<br>PACER charges for 02-01-07 to 02-28-07 | Administrative Ge | 3/15/07 | 2.40 | 1.00 | 2.40 |
| Bankruptcy Consulting<br>PACER charges for 03-01-07 to 03-31-07 | Administrative Ge | 4/26/07 | 0.08 | 1.00 | 0.08 |
| Bankruptcy Consulting<br>PACER charges for 7-1-07 to 7-31-07. | Administrative Ge | 8/13/07 | 4.00 | 1.00 | 4.00 |
| BR - 1120 - 2006<br>Computer charge 2006 tax returns | Administrative Ge | 9/07/07 | 135.00 | 1.00 | 135.00 |
| BR - 1120 - 2006 | Administrative Ge | 9/07/07 | 17.40 | 1.00 | 17.40 |

International Heritage, Inc
c/o Mr. Holmes Harden, Trustee
P O Drawer 19764
Raleigh, NC  27619

| Invoice Date: | December 31, 2007 |
| Invoice Number: | 00203226 |
| Client Number: | 9002 007 |
| Page: | 4 |

*Detail Description:*

Copies charge 2006 tax returns

| | | | | | |
|---|---|---|---|---|---|
| BR - 1120 - 2006<br>Priority, Holmes Harden, 2006 tax returns | Administrative Ge | 9/10/07 | 4.60 | 1.00 | 4.60 |
| BR - 1120 - 2006<br>Certified, 2006 tax returns, IRS,OH 5.94, IRS,PA 5.94,<br>NCDOR 6.28 | Administrative Ge | 9/14/07 | 18.16 | 1.00 | 18.16 |
| Bankruptcy Consulting<br>PACER charges for 08-01-07 to 08-31-07. | Administrative Ge | 9/17/07 | 1.92 | 1.00 | 1.92 |

**Total Expenses**                          314.60

| | | |
|---|---|---|
| Services | | 2,178.00 |
| Expenses | | 314.60 |
| **Total** | 17.30 | 2,492.60 |

Total Invoice Amount          $2,492.60

# Professional Team at Adams, Martin & Assoicates PA

### Craig A. Adams, CPA

Craig A. Adams* is a Principal in and Founder of Adams, Martin & Associates PA.  He graduated in 1979 with a B.A. in Accounting form North Carolina State University.  Mr. Adams is a Certified Public Accountant licensed in the State of North Carolina.  He has the Series 6 and Series 66 Investment License.  He added bankruptcy to the practice in 1987.

### Kathryn G. Zechman, MBA, CPA

Kathryn G. Zechman*  graduated from the University of Nebraska in 1999 with an M.B.A. and in 1997 with a B.S. in Accounting.  She is a Certified Public Accountant licensed to practice in the state of North Carolina.  Ms. Zechman has extensive tax knowledge and experience preparing individual, parternship and corporate tax returns.  In addition, she has preformed audits of banks, small companies and retirement plans.

### Megan Micheals, CPA

Megan Michaels* graduated Summa cum Laude from the University of North Carolina at Greesnboro in 2001 with a B.S. in Accounting. She is a Certified Public Accountant licensed to practice in North Carolina. Ms. Michaels has experience in corporate and individual taxation. She has worked with a broad range of clients including construction companies, manufacturing companies and service firms.

### Ilona B. Tortorici

Ilona B. Tortorici is a paraprofessional working primarily in the bankruptcy department.   Ms. Tortorici has worked in various accounting positions since 1979, including owning / managing a business for which she increased revenues / demand to the point of choosing to sell the business instead of opening a second store.  She has worked in all aspects of industry accounting, including accounts payable, accounts receivable, general ledger adjustments and account reconciliation, supervisor and customer service.

### Angela Allor

Angela Allor graduated from Wake Technical Community College in 2000 with an A.A. Degree in Human Services.  Ms. Allor has data processing, database maintenance, report preparation and report analyzing experience.

### Patricia Coggins

Patricia Coggins graduated from Salem College in 1975 with a B.A. in History and from Meredith College in 1989 with an M.B.A.  Prior to joining the ACG Team in 2000, she represented Ashworth, Inc as an independent contractor in the golf industry.  Ms. Coggins has data processing, database maintenance, report preparation, report analyzing, and accounting experience.

* Members of the American Institute of Certified Public Accountants and North Carolina Association of Certified Public Accountants.

Friday, December 28, 2007                                                                                    AMA Team: Page 1 of 1

STATE OF NORTH CAROLINA

COUNTY OF WAKE                                                   VERIFICATION

Craig A. Adams, being first duly sworn, deposes and says:

That he is the court appointed Certified Public Accountant in the accounting firm of

Adams, Martin & Associates PA, the bankruptcy estate's general accountant in this action, and

that he has read the foregoing Application for Certified Public Accountant for the Trustee for

Interim Allowance of Compensation and Reimbursement of Expenses and prepared the

itemization of expenses and detail of services rendered attached to it; that the matters and things

alleged therein are true of his own knowledge, except those matters alleged on information and

belief and as those he believes the same to be true.

This the 31 day of December 2007.

_____
Craig A. Adams

Sworn to and subscribed before me,
This 31 day of December 2007.

_____
Notary Public

My Commission Expires: 2-14-2012

FeeAppAffidavit,Interim CAA

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, Trustee for International Heritage, Inc., do hereby certify that the Seventh Interim Application for Payment of Accountant's Fees and Expenses, hereto attached, was served upon the parties listed below by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the 17th day of February, 2009.

By: _____
Holmes P. Harden
Trustee for Debtor
N. C. State Bar No. 9835
3200 Beechleaf Court
Post Office Drawer 19764
Raleigh, North Carolina  27619
Telephone:  (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
Post Office Box 3758
Wilson, NC  27895

Craig Adams
Adams, Martin & Associates, PA
3801 Barrett Drive, Ste. 201
Raleigh, NC 27609

Terri Gardner
Attorney for Debtor
Poyner & Spruill, LLP
P. O. Drawer 10096
3600 Glenwood Avenue
Raleigh, NC  27605-0096

578331