IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTERNATIONAL HERITAGE, INC. ) | CASE NO. 98-02675-5-ATS |
| ) | CHAPTER 7 |
| ) | |
| ) | |
| Debtor. ) | |

SEVENTH INTERIM APPLICATION FOR PAYMENT
OF ACCOUNTANT'S FEES AND EXPENSES

NOW COMES Holmes P. Harden, Trustee in the above-referenced case, and applies to the Court for authority to pay Adams, Martin & Associates, PA interim accountant's fees and expenses in the amount of Two Thousand Four Hundred Ninety-Two and 60/100 ($2,492.60) representing compensation in the amount of $2,178.00 and reimbursement of necessary expenses in the amount of $314.60 for services rendered from December 6, 2006 through November 30, 2007. A copy of the accountant's bill is attached to this Application along with biographical information for each accountant rendering the services. In the opinion of the Trustee, such interim accountant's fees and expense reimbursement are reasonable and just.

The Court entered an order on February 5, 2009 allowing accountant's six interim compensation for services rendered from December 1, 2007 through November 30, 2008. The above referenced interim fees were not included in the application for services rendered from December 6, 2006 through November 30, 2007.

Respectfully submitted, this 17th day of February, 2009.

s/s Holmes P. Harden
Holmes P. Harden

578331

Trustee for Debtor
N. C. State Bar No. 9835
3200 Beechleaf Court
Post Office Drawer 19764
Raleigh, North Carolina  27619
Telephone:  (919) 981-4000

578331

CERTIFICATE OF SERVICE

I, Holmes P. Harden, Trustee for International Heritage, Inc., do hereby certify that the Seventh Interim Application for Payment of Accountant's Fees and Expenses, hereto attached, was served upon the parties listed below by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina, on the 17th day of February, 2009.

By: s/s Holmes P. Harden
Holmes P. Harden
Trustee for Debtor
N. C. State Bar No. 9835
3200 Beechleaf Court
Post Office Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
Post Office Box 3039-Century Station
Raleigh, North Carolina 27602-3039

Craig Adams
Adams Consulting Group, P.A.
3622 Haworth Drive
Raleigh, NC 27609

Terri Gardner
Attorney for Debtor
Smith Debnam Narron & Myers, LLP
P. O. Drawer 1389
Raleigh, NC 27602

578331