

**ADAMS, MARTIN & Associates PA**
Tax and Financial Consultants

3801 Barrett Drive, Suite 201 / Raleigh, NC 27609 / 919.781.3581 / Fax: 919.881.0611 / www.amacpa.com

January 2, 2008

Holmes P. Harden
PO Box 19764
Raleigh, NC 27619

Re: International Heritage Inc

Dear Holmes:

Enclosed is our final fee application with attachments for the bankruptcy estate referenced above. We appreciate your help filing these.

For consideration when filing the final distribution in the bankruptcy estate, we have three boxes of debtor records at our office.

We appreciate the opportunity to work with you. If we can be of further assistance, please contact me.

Sincerely,

Craig A. Adams, CPA

Enclosures

# ADAMS, MARTIN & Associates PA
**Tax and Financial Consultants**

3801 Barrett Drive, Suite 201 / Raleigh, NC 27609 / 919.781.3581 / Fax: 919.881.0611 / www.amacpa.com

International Heritage, Inc  
c/o Mr. Holmes Harden, Trustee  
P O Drawer 19764  
Raleigh, NC 27619

Invoice Date: December 31, 2007  
Invoice Number: 00203226  
Client Number: 9002 007

*For professional services rendered:*

Professional services rendered for the period December 6, 2006 through November 30, 2007 for the following:

Preparation of 2006 Federal Form 7004 and North Carolina Form D-410P, Applications for Extensions of Time for Filing the Estate Tax Returns for International Heritage, Inc..

Preparation of the 2006 Corporate Federal and North Carolina Income Tax Returns.

See attached billing summary and detail.

Chapter 7 was filed on November 25, 1998.

Order to employ Adams, Martin & Associates, PA as Certified Public Accountants was authorized on January 8, 1999.

Payment is requested upon Bankruptcy Court approval of fees.

Total Invoice Amount    $2,492.60

## Summary of Time & Expenses by Staff & by Project

### International Heritage Inc

|  | Hours | Rate | Amount | Year |
|---|---|---|---|---|
| **Craig A. Adams** | | | | |
|  | 0.20 | $185.00 | $37.00 | 2007 |
| CAA Total | **0.20** | | **$37.00** | |
| **Kathryn G. Zechman** | | | | |
|  | 1.50 | $145.00 | $217.50 | 2006 |
|  | 5.70 | $150.00 | $855.00 | 2007 |
| KZ Total | **7.20** | | **$1,072.50** | |
| **Megan Micheals** | | | | |
|  | 6.70 | $115.00 | $770.50 | 2007 |
| MM Total | **6.70** | | **$770.50** | |
| **Ilona B. Tortorici** | | | | |
|  | 1.80 | $100.00 | $180.00 | 2006 |
| IBT Total | **1.80** | | **$180.00** | |
| **Angela Allor** | | | | |
|  | 0.10 | $75.00 | $7.50 | 2007 |
| AA Total | **0.10** | | **$7.50** | |
| **Patricia Coggins** | | | | |
|  | 1.30 | $85.00 | $110.50 | 2007 |
| TC Total | **1.30** | | **$110.50** | |
| **Subtotal** | **17.30** | | **$2,178.00** | |
| Total Expenses | | | $314.60 | |
| **Total Fees & Expenses** | | | **$2,492.60** | |

| Projects: Type & Year | Hours | Amount | % | Additional Description |
|---|---|---|---|---|
| 2006 Tax Rtns: Corporation | 13.40 | 1,698.00 | 78.0% | |
| Consulting | 0.50 | 75.00 | 3.4% | |
| Fee App Exhibits | 0.40 | 405.00 | 18.6% | |
| Totals | **14.30** | **$2,178.00** | **100.0%** | |

## Prior Invoices

| Date | Period | Services | Expenses | Total Invoice | Amt Unpaid |
|---|---|---|---|---|---|

## International Heritage Inc

|  | | Hours | Rate | Amount | Year |
|---|---|---|---|---|---|
| **Interim Bill:** | | | | | |
| 9/21/1999 | 12/1/99-9/20/99 | $26,898.50 | $540.09 | $27,438.59 | $0.00 |
| **Approved:** | 10/25/1999 | $27,438.59 | | | |
| **Interim Bill:** | | | | | |
| 8/30/2000 | 9/21/99-8/25/00 | $9,353.50 | $750.58 | $10,104.08 | $0.00 |
| **Approved:** | 10/23/2000 | $10,104.08 | | | |
| **Interim Bill:** | | | | | |
| 9/20/2001 | 8/26/00-9/19/01 | $7,874.50 | $390.64 | $8,265.14 | $0.00 |
| **Approved:** | 10/30/2001 | $8,265.14 | | | |
| **Interim Bill:** | | | | | |
| 9/24/2002 | 9/20/01-9/19/02 | $2,588.50 | $184.40 | $2,772.90 | $0.00 |
| **Approved:** | 11/7/2002 | $2,772.90 | | | |
| **Interim Bill:** | | | | | |
| 4/6/2004 | 9/20/02-4/5/04 | $3,349.40 | $364.00 | $3,713.40 | $0.00 |
| **Approved:** | 6/17/2004 | $3,713.40 | | | |
| **Interim Bill:** | | | | | |
| 12/11/2006 | 4/6/04-11/30/06 | $3,840.00 | $390.30 | $4,230.30 | $0.00 |
| **Approved:** | 1/16/2007 | $4,230.30 | | | |
| | **Total Prior Invoices** | $53,904.40 | $2,620.01 | $56,524.41 | $0.00 |
| | | **Total Prior Invoices Approved:** | | $56,524.41 | |

| | | |
|---|---|---|
| International Heritage, Inc<br>c/o Mr. Holmes Harden, Trustee<br>P O Drawer 19764<br>Raleigh, NC 27619 | Invoice Date:<br>Invoice Number:<br>Client Number:<br>Page: | December 31, 2007<br>00203226<br>9002 007<br>2 |

*Detail Description:*

| Project / Description | Employee | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BR - Prepare Fee App Exhibits<br>    Begin review of WIP descriptions & projects. | Katie Zechman | 12/06/06 | 0.60 | 145.00 | $87.00 |
| BR - Prepare Fee App Exhibits<br>    Complete review of WIP descriptions & projects. | Katie Zechman | 12/07/06 | 0.30 | 145.00 | 43.50 |
| BR - Prepare Fee App Exhibits<br>    Begin preparation of interim bill. | Ilona Tortorici | 12/07/06 | 0.70 | 100.00 | 70.00 |
| BR - Prepare Fee App Exhibits<br>    Review & finalize interim fee app attachments & time analysis | Katie Zechman | 12/11/06 | 0.60 | 145.00 | 87.00 |
| BR - Prepare Fee App Exhibits<br>    Complete preparation of interim billing analysis & attachments. | Ilona Tortorici | 12/11/06 | 1.10 | 100.00 | 110.00 |
| Bankruptcy Consulting<br>    Emails w. Jenny re 1998 payroll tax returns | Katie Zechman | 1/25/07 | 0.30 | 150.00 | 45.00 |
| Bankruptcy Consulting<br>    Emails w. AA re debtor records available | Katie Zechman | 1/25/07 | 0.20 | 150.00 | 30.00 |
| BR - Prepare Fee App Exhibits<br>    Review docket entries. | Angela Allor | 2/08/07 | 0.10 | 75.00 | 7.50 |
| BR - 1120 - 2006<br>    Prepare Federal Extension form 7004 & NC extension form CD-419 for Franchise & Income tax. | Katie Zechman | 3/10/07 | 0.30 | 150.00 | 45.00 |
| BR - 1120 - 2006<br>    Prepare Federal and NC corporate tax returns. | Megan Michaels | 7/25/07 | 0.30 | 115.00 | 34.50 |
| BR - 1120 - 2006<br>    Review docket for entries that may affect taxes. Begin to analyze estate transactions. Begin 505b correspondence, tax return preparation and tax attribute analysis. | Katie Zechman | 7/25/07 | 1.40 | 150.00 | 210.00 |
| BR - 1120 - 2006<br>    Analyze 2006 Trustee transactions. Read motions & orders related to SEC settlement to determine tax consequences of additional funds received in 2006 | Katie Zechman | 7/26/07 | 0.80 | 150.00 | 120.00 |
| BR - 1120 - 2006<br>    Summarize 2006 transactions. Read motions and orders that may have tax consequences. Continue to prepare Federal and NC corporate tax returns. | Megan Michaels | 7/26/07 | 5.20 | 115.00 | 598.00 |

| International Heritage, Inc<br>c/o Mr. Holmes Harden, Trustee<br>P O Drawer 19764<br>Raleigh, NC 27619 | | Invoice Date:<br>Invoice Number:<br>Client Number:<br>Page: | | | December 31, 2007<br>00203226<br>9002 007<br>3 | |

*Detail Description:*

| | | | | | |
|---|---|---|---|---|---|
| BR - 1120 - 2006<br>Begin to review 2006 Corporate Federal & NC tax returns | Katie Zechman | 8/16/07 | 0.90 | 150.00 | 135.00 |
| BR - 1120 - 2006<br>Complete preparation of Federal and NC corporate tax returns. | Megan Michaels | 9/06/07 | 1.20 | 115.00 | 138.00 |
| BR - 1120 - 2006<br>Emails & phone call w. Jenny re documentation for funds received from lawsuit settlement | Katie Zechman | 9/06/07 | 0.20 | 150.00 | 30.00 |
| BR - 1120 - 2006<br>Continue to review 2006 corporate tax returns | Katie Zechman | 9/06/07 | 0.70 | 150.00 | 105.00 |
| BR - 1120 - 2006<br>Complete review of 2006 corporate tax returns. | Katie Zechman | 9/06/07 | 0.90 | 150.00 | 135.00 |
| BR - 1120 - 2006<br>Preparation of documents for taxing authorities related to 2006 tax returns. | Tricia Coggins | 9/07/07 | 0.80 | 85.00 | 68.00 |
| BR - 1120 - 2006<br>Partner review and sign 2006 Federal and NC corporate income tax returns and attached 505(b) correspondence | Craig Adams | 9/08/07 | 0.20 | 185.00 | 37.00 |
| BR - 1120 - 2006<br>Ensure trustee signed in all appropriate places. | Tricia Coggins | 9/14/07 | 0.50 | 85.00 | 42.50 |
| | **Total Services** | | 17.30 | | 2,178.00 |
| BR - Image & Review<br>Document Image and Review Charge | Administrative Ge | 12/07/06 | 130.00 | 1.00 | 130.00 |
| Bankruptcy Consulting<br>PACER charges for 01-01-07 through 01-31-07 | Administrative Ge | 2/13/07 | 1.04 | 1.00 | 1.04 |
| Bankruptcy Consulting<br>PACER charges for 02-01-07 to 02-28-07 | Administrative Ge | 3/15/07 | 2.40 | 1.00 | 2.40 |
| Bankruptcy Consulting<br>PACER charges for 03-01-07 to 03-31-07 | Administrative Ge | 4/26/07 | 0.08 | 1.00 | 0.08 |
| Bankruptcy Consulting<br>PACER charges for 7-1-07 to 7-31-07. | Administrative Ge | 8/13/07 | 4.00 | 1.00 | 4.00 |
| BR - 1120 - 2006<br>Computer charge 2006 tax returns | Administrative Ge | 9/07/07 | 135.00 | 1.00 | 135.00 |
| BR - 1120 - 2006 | Administrative Ge | 9/07/07 | 17.40 | 1.00 | 17.40 |

| | | | | | |
|---|---|---|---|---|---|
| International Heritage, Inc<br>c/o Mr. Holmes Harden, Trustee<br>P O Drawer 19764<br>Raleigh, NC 27619 | | Invoice Date:<br>Invoice Number:<br>Client Number:<br>Page: | | | December 31, 2007<br>00203226<br>9002 007<br>4 |

*Detail Description:*

Copies charge 2006 tax returns

| | | | | | |
|---|---|---|---|---|---|
| BR - 1120 - 2006<br>Priority, Holmes Harden, 2006 tax returns | Administrative Ge | 9/10/07 | 4.60 | 1.00 | 4.60 |
| BR - 1120 - 2006<br>Certified, 2006 tax returns, IRS,OH 5.94, IRS,PA 5.94, NCDOR 6.28 | Administrative Ge | 9/14/07 | 18.16 | 1.00 | 18.16 |
| Bankruptcy Consulting<br>PACER charges for 08-01-07 to 08-31-07. | Administrative Ge | 9/17/07 | 1.92 | 1.00 | 1.92 |

|   |   |   |
|---|---|---|
| **Total Expenses** |  | 314.60 |
| Services |  | 2,178.00 |
| Expenses |  | 314.60 |
| **Total** | 17.30 | 2,492.60 |
| Total Invoice Amount |  | $2,492.60 |

# Professional Team at Adams, Martin & Assoicates PA

**Craig A. Adams, CPA**
Craig A. Adams* is a Principal in and Founder of Adams, Martin & Associates PA. He graduated in 1979 with a B.A. in Accounting form North Carolina State University. Mr. Adams is a Certified Public Accountant licensed in the State of North Carolina. He has the Series 6 and Series 66 Investment License. He added bankruptcy to the practice in 1987.

**Kathryn G. Zechman, MBA, CPA**
Kathryn G. Zechman* graduated from the University of Nebraska in 1999 with an M.B.A. and in 1997 with a B.S. in Accounting. She is a Certified Public Accountant licensed to practice in the state of North Carolina. Ms. Zechman has extensive tax knowledge and experience preparing individual, parternship and corporate tax returns. In addition, she has preformed audits of banks, small companies and retirement plans.

**Megan Micheals, CPA**
Megan Michaels* graduated Summa cum Laude from the University of North Carolina at Greesnboro in 2001 with a B.S. in Accounting. She is a Certified Public Accountant licensed to practice in North Carolina. Ms. Michaels has experience in corporate and individual taxation. She has worked with a broad range of clients including construction companies, manufacturing companies and service firms.

**Ilona B. Tortorici**
Ilona B. Tortorici is a paraprofessional working primarily in the bankruptcy department. Ms. Tortorici has worked in various accounting positions since 1979, including owning / managing a business for which she increased revenues / demand to the point of choosing to sell the business instead of opening a second store. She has worked in all aspects of industry accounting, including accounts payable, accounts receivable, general ledger adjustments and account reconciliation, supervisor and customer service.

**Angela Allor**
Angela Allor graduated from Wake Technical Community College in 2000 with an A.A. Degree in Human Services. Ms. Allor has data processing, database maintenance, report preparation and report analyzing experience.

**Patricia Coggins**
Patricia Coggins graduated from Salem College in 1975 with a B.A. in History and from Meredith College in 1989 with an M.B.A. Prior to joining the ACG Team in 2000, she represented Ashworth, Inc as an independent contractor in the golf industry. Ms. Coggins has data processing, database maintenance, report preparation, report analyzing, and accounting experience.

---

* Members of the American Institute of Certified Public Accountants and North Carolina Association of Certified Public Accountants.

STATE OF NORTH CAROLINA

COUNTY OF WAKE                                                           VERIFICATION

Craig A. Adams, being first duly sworn, deposes and says:

That he is the court appointed Certified Public Accountant in the accounting firm of Adams, Martin & Associates PA, the bankruptcy estate's general accountant in this action, and that he has read the foregoing Application for Certified Public Accountant for the Trustee for Interim Allowance of Compensation and Reimbursement of Expenses and prepared the itemization of expenses and detail of services rendered attached to it; that the matters and things alleged therein are true of his own knowledge, except those matters alleged on information and belief and as those he believes the same to be true.

This the 31 day of December 2007.

_____
Craig A. Adams

Sworn to and subscribed before me,
This 31 day of December 2007.

_____
Notary Public
My Commission Expires: 2-14-2012

FeeAppAffidavit,Interim CAA