## CERTIFICATE OF SERVICE

    I, Holmes P. Harden, do hereby certify that the foregoing documents were served upon all parties of record by mailing a copy thereof to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the 17th day of February, 2009.

                                    WILLIAMS MULLEN

                                    BY:s/s Holmes P. Harden
                                    Holmes P. Harden
                                    N. C. State Bar No. 9835
                                    Post Office Drawer 19764
                                    Raleigh, NC 27619
                                    Telephone: (919) 981-4000

SERVED:
Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3758
Wilson, NC 27895-3758

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

Patrick Anders, Esquire
Edger and Paul
1777 Durham-Chapel Hill Blvd.
Suite 204
Chapel Hill, NC 27514

James A. Roberts, III, Esquire
A. Graham Shirley, Esquire
Lewis & Roberts
P.O. Box 17529
Raleigh, NC 27619-7529

*See Attached Mail Matrix and E-Mail List*

545126

Terri I. Gardner
Poyner & Spruill, LLP
P. O. Box 10096
3600 Glenwood Avenue
Raleigh, NC 27605

Gerald A. Jeutter
Kilpatrick Stockton, LLP
P. O. Box 300004
Raleigh, NC 27622

Brent E. Wood
3750 NW Cary Pkwy., Ste. 111
Cary, NC 27513-8432

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
2520 Northwinds Pkwy #375
Alpharetta, GA 30004-2233

James Russell Tucker
Tucker & Ratcliffe, L.L.P.
10647 Strait Lane
Dallas, TX 75229-5426

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Dorothy H. Miller
102 Triangle Circle
Lafayette, LA 70508

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Stacey Ostrom
202 Oak Creek Drive
League City, TX 77573-1762

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Henry W. Noziko, Jr.
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3039
Raleigh, NC 27602-3039

Jane E. Chassey
1514 Azalea Drive
Saint Louis, Missouri 63119

Carolyn E. John
485 Broad River Blvd.
Beaufort, SC 29906

Michael K. Wolensky
Robert G. Brunton
David J. Gellen
Kutak Rock
225 Peachtree St., NE, Suite 2100
Atlanta, GA 30303-1731

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL -9490 Vaduz   LIECHTENSTEIN

Gary D. McDowell
200 Ansley Close
Roswell, GA 30075

Jean Wedin
P. O. Box 753
LaConner, WA 98257

Marshall Reddy
P. O. Box 806
Ponte Verde Beach, FL 32004

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Henry W. Noziko, Jr.
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

545126

| | | |
|---|---|---|
| Managing Agent<br>Schweizer Verband<br>der Raiffeisen-banken<br>St. Gallen<br>Vadianstrasse 17<br>CH-9000 St. Gallen    SWITZERLAND | Managing Agent<br>Schweizerische Hypotheken<br>Handelsbank, Zurich<br>Bahnhofstrasse/<br>Schutzengasse 4<br>CH-8023 Zurich    SWITZERLAND | State Auditor's Office<br>Montana Securities Department<br>Mitchell Building, Room 270<br>State Capital Complex<br>Helen, MT 59620 |
| Managing Agent<br>UBS, Zuerich<br>Direktion<br>Bahnhofstrasse 45<br>Postfach<br>CH-8021 Zurich    SWITZERLAND | Charles Anderson<br>P. O. Box 33550<br>Raleigh, NC 27636 | State Auditor's Office<br>Montana Securities Department<br>Mitchell Building, Room 270<br>State Capital Complex<br>Helen, MT 59620 |
| Cathy Fligg<br>1456 Stratfield Circle<br>Atlanta, GA 30319 | Claude Savage<br>106 Benbow Land<br>Charlotte, NC 28214 | Larry Smith<br>2435 E. North Street<br>Greenville, SC 29615 |
| Anna M. Washburn<br>145 Christopher Drive<br>Clayton, NC 27520 | Shawna Y. Staton<br>Brooks, Stevens & Pope, P.A.<br>P. O. Box 1870<br>Cary, NC 27512-1870 | Henry W. Nozko, Jr., President<br>ACSTAR Insurance Company<br>P. O. Box 2350<br>New Britain, CT 06050-2350 |
| Henry W. Nozko, Jr., President<br>United Coastal Insurance Company<br>P. O. Box 2350<br>New Britain, CT 06050-2350 | Managing Agent<br>Coeco<br>2525 Atlantic Avenue<br>Raleigh, NC 27604 | John Docken<br>Business Credit Leasing<br>115 West College Drive<br>Marshall, MN 56258 |
| Scott L. Wilkinson<br>Assistant U.S. Attorney<br>310 New Bern Avenue<br>Suite 800, Federal Building<br>Raleigh, NC 27601-1461 | Managing Agent<br>Centrum Bank AGVaduz<br>Heiligkreuz 8, Postfoch 1168<br>FL-9490 Vaduz    LIECHTENSTEIN | Sharon A. Meckenstock<br>1640 West 34th St., N.<br>Wichita, KS 67204 |
| Managing Agent<br>Accurata Treuhand und Revisions AG Vaduz<br>Abundt 36<br> FL-9490 Vaduz    LIECHTENSTEIN | Ronald H. Garber<br>Boxley Bolton & Garber<br>P. O. Drawer 1429<br>Raleigh, NC 27602 | Managing Agent<br>UBS AG, Zurich Direktion<br>Bahnhofstrasse 45<br>Postfach<br>CH-8021 Zurich    SWITZERLAND |
| Betty Hesketh<br>7566 15th Lane<br>Vero Beach, FL 32966 | John Mark Stern<br>Assistant Attorney General<br>Office of Texas Attorney General<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX 78711-2548 | Jackie S. Hart<br>1706 Antigua Lane<br>Nassau Bay, TX  77058 |
| Managing Agent<br>TransAmerica-TIG Insurance<br>5205 N.O. Connor Blvd. Ste. B1<br>Irving, TX 75039-3724 | Sherwin P. Robin<br>P. O. Box 9541<br>Savannah, GA 31412-9541 | Tony Copeland<br>BTI<br>4300 Six Forks Road, Suite 500<br>Raleigh, NC 27609 |

545126

| | | |
|---|---|---|
| Michael P. Flanagan<br>Ward and Smith, P.A.<br>P. O. Box 8088<br>Greenville, NC 27835-8088 | Vickie Corbitt,<br>Attorney for Commissioner of Revenue<br>Tennessee Dept. of Revenue - Legal<br>312 8th Ave. N. #27 Fl.<br>Nashville, TN 37243-0001 | Jean Boyles<br>P. O. Box 10506<br>Raleigh, NC 27605 |
| James A. Roberts, III<br>Lewis & Roberts, PLLC<br>P. O. Box 17529<br>Raleigh, NC 27619-7529 | Stephani W. Humrickhouse, Esq.<br>Nicholls & Crampton<br>4300 Six Forks Road, Suite 700<br>Raleigh, NC 27609 | Paul Faison S. Winborne<br>300/200 Parham Street, Suite F<br>P. O. Box 1547<br>Raleigh, NC 27602 |
| Patrick H. Tyler<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX 78711-2548 | Janet Cradeur<br>P. O. Box 66658<br>Baton Rouge, LA 70896 | Missouri Department of Revenue<br>Attn: Brian S. Kuhlmann<br>P. O. Box 475<br>Jefferson City, MO 65105-0475 |
| James K. Austin<br>Ellis Painter Ratterree & Bart LLP<br>P. O. Box 9946<br>Savannah, GA 31412-9946 | Meredith P. Ezzell<br>Wyrick Robbins Yates & Ponton LLP<br>P. O. Drawer 17803<br>Raleigh, NC 27619 | Marcia McGair Ippolito<br>R.I. Division of Taxation<br>One Capitol Hill<br>Providence, RI 02908-5800 |
| Marshall Reddy<br>P. O. Box 806<br>Ponte Verde Beach, FL 32004 | Henry W. Noziko, Jr.<br>United Coastal Insurance Company<br>P. O. Box 2350<br>New Britain, CT 06050-2350 | Walter Calton<br>312 East Broad Street<br>Eufaula, AL 36072 |
| Keith M. Jensen<br>Law Office of Keith M. Jensen<br>514 East Beklnap<br>Fort Worth, TX 76102 | Joseph N. Calloway, Esq.<br>Battle, Winslow, Scott & Wiley, P.A.<br>P. O. Box 7100<br>Rocky Mount, NC 27804-0100 | L. C. Gilbert, Jr.<br>74 Hilltop Lane<br>Alpine, AL 35014 |
| Randall L. Greene<br>Rt. 1, Box 155<br>Randlett, OK 73562 | Maria Lee Siwierka<br>5507 Deerbourne Chase Dr.<br>Sugar Land, TX 77479-4194 | Robert J. Marrigan<br>Development Direct, Inc.<br>P.O. Box 650<br>Bedford, MA 01730-0650 |
| James H. Thomas<br>101 Robin Drive<br>Troy, AL 36081 | Denise Marsh<br>709 Summit Ridge<br>Lewisville, TX 75067 | |

545126

| | | |
|---|---|---|
| E-mail: x2-song@worldnet.att.net | E-mail: cgrumer@manatt.com | E-mail: BrAnDin420@aol.com |
| E-mail: hual@airmail.net | E-mail: shouli.yang@stjude.org | E-mail: hou@mail.med.upenn.edu |
| E-mail: mayfi23@marz.com | E-mail: RJWNLAW@aol.com | E-mail: CTBallard@aol.com |
| E-mail: Buddha623@aol.com | E-mail: sds98@eatel.net | E-mail: beth_pattillo@shmm.org |
| E-mail: pgorman@vantagepointcapital.com | E-mail: jwmaloy@aol.com | E-mail: swede@dmea.net |
| E-mail: wrightr@mindspring.com | E-mail: kanelos@mindspring.com | E-mail: kmaxeyjr@bayou.com |
| E-mail: mlafontaine@abbot-simses.com | E-mail: blairc@iname.com | E-mail: Wesglynn@aol.com |
| E-mail: rabbit@rockisland.com | E-mail: Larry_Fletcher@bc.sympatico.ca | E-mail: jwarren@wyche.com |
| E-mail: cheryll.COSTANIINO@edmail.com | E-mail: JNRRICH@Intur.net | E-mail: dongming.zhao@jci.com |
| E-mail: jasbircheema@amropictures.com | E-mail: aadrezin@Epix.net | E-mail: pkloosterman@juno.com |
| E-mail: 72320.316@compuserve.com | E-mail: kimball.peed@bigfoot.com | E-mail: JEEPETTE99@aol.com |
| E-mail: stann@colby.IXKS.com | E-mail: tammyr@falcon.ukans.cc.edu | E-mail: pingnas@ica.net |
| E-mail: gjack312@Intrstar.net | E-mail: VTPALMER27@yahoo.com | E-mail: Karen0906@aol.com |
| E-mail: hdfrey@telusplanet.net | E-mail: crandall@rock-springs.dowell.slb.com | E-mail: lonni@pb.quik.com |
| E-mail: DLWARREN@BellSouth.net | E-mail: gedler@bellsouth.net | E-mail: Dana-Charles@Worldnet.Att.Net |
| E-mail: michael_bhagat@hotmail.com | E-mail: r_brown@email.msn.com | E-mail: Averitas@aol.com |
| E-mail: rliston@spartanburg4.0rg | E-mail: hou@mail.med.upenn.edu | E-mail: kk_1200@kwikkopy.com |
| E-mail: ghromero@aol.com | E-mail: dsbarron@bellsouth.net | E-mail: hewlett@cablelan.net |
| E-mail: joanchan@rocketmail.com | E-mail: jamcgrath@yahoo.com | E-mail: sonia_voldseth@burns.senate.gov |
| E-mail: edeem@worldnet.att.net | E-mail: bjsaw@ttc-cmc.net | E-mail: dzeigler@jsucc.jsu.edu |
| E-mail: DFITZPA400@aol.com | E-mail: smsutom@aol.com | E-mail: mchad@acnet.net |
| E-mail: theboock@compuserve.com | E-mail: lynn@dot.state.al.us | E-mail: albourassa@bigfoot.com |
| E-mail: pondman@memes.com | E-mail: pingnas@ica.net | E-mail: albourassa@bigfoot.com |
| E-mail: docchiro@ISLC.net | E-mail: Hanna@tir.com | E-mail: Harden, Holmes |
| E-mail: RIZMOE@NWRain.com | E-mail: buddunn@auantumworld.com | E-mail: Mgutierrez@pirnie.com |
| E-mail: thodges@gateway.net | E-mail: Rahmati@ibm.net | E-mail: mayfi23@marz.com |
| E-mail: hlee@directv.com | E-mail: Docnielsen@webtv.net | E-mail: shucko@prodigy.net |
| E-mail: fabb@telusplanet.net | E-mail: mjandcarlincc@juno.com | E-mail: zuzuy2k@yahoo.com |
| E-mail: cordw@deltapineseed.com | E-mail: loking@wixmail.com | E-mail: Mgutierrez@pirnie.com |
| E-mail: NBECK87570@aol.com | E-mail: Jholt@Clemson.edu | E-mail: Mgutierrez@pirnie.com |
| E-mail: JYANG4@FORD.COM | E-mail: jsmusa@mindspring.com | E-mail: RRALBRIGHT@AOL.COM |
| E-mail: mccarthy@mccarthyconsultant.com | E-mail: Mainland@ticnet.com | E-mail: bcslaw@prodigy.net |
| E-mail: digger@bcsupernet.com | E-mail: cce3@juno.com | E-mail: rosieo@bigsky.net |
| E-mail: BREIDYIII@aol.com | E-mail: mcnamer@bigsky.net | E-mail: mooreem@harpo.tnstate.edu |
| E-mail: pak@jcnl.com | E-mail: mwa@wnonline.net | E-mail: VANATTAL@VAX.CS.HSCSYR.EDU |
| E-mail: lpartr1072@aol.com | E-mail: lesterabs@mindspring.com | E-mail: leadership.possibilities.mak@worldnet.att.net |
| E-mail: mtheisen@efn.org | E-mail: shanson@kearney.net | E-mail: pingnas@ica.net |
| E-mail: MLGeller@aol.com | E-mail: an667@hwcn.org | E-mail: cr8on@flash.net |
| E-mail: mooreem@harpo.tnstate.edu | E-mail: yu241703@yorku.ca | E-mail: bsclaw@worldnet.att.net |
| E-mail: backpain@keynet.net | E-mail: yu241703@yorku.ca | E-mail: hewlettlj@shaw.ca |
| E-mail: Hbeckbari@aol.com | E-mail: lihen | E-mail: ladevries@firstam.com |
| E-mail: mwarhurst@yahoo.com | E-mail: dsbarron@bellsouth.net | E-mail: ihatch@ala.net |
| E-mail: js.baum@srs.gov | E-mail: jamcgrath@yahoo.com | E-mail: Rmggood@Prodigy.Net |

545126

| | | |
|---|---|---|
| E-mail:  wynellh@flash.net<br>E-mail:  dlatray@mcn.net<br>E-mail:  bwood@woodfran.com<br>E-mail:  DickLynn Ferency@compuserve.com<br>E-mail:  CHASSEYRAY@email.msn.com<br>E-mail:  jim.griffith@erols.com<br>E-mail:  xiaokui.shan@bakernet.com<br>E-mail:  xshan@aol.com<br>E-mail:  kkandola@theresidences.com<br>E-mail:  lrochkind@jafferaitt.com<br>E-mail:  sdostrom@hotmail.com<br>E-mail:  michaelhopkins@mailcity.com<br>E-mail:  dana-charles@worldnet.att.net<br>E-mail:  options-galore@yahoo.com<br>E-mail:  bchap01@aol.com<br>E-mail:  ceissngr@midrivers.com<br>E-mail:  glassgs@cadvision.com<br>E-mail:  mbrown8967@aol.com<br>E-mail:  diemert@northerntel.net | E-mail:  bbaum89@aol.com<br>E-mail:  bjsaw@ttc-cmc.net<br>E-mail:  smsutom@aol.com<br>E-mail:  lynn@dot.state.al.us<br>E-mail:  pingnas@ica.net<br>E-mail:  Hanna@tir.com<br>E-mail:  buddunn@quantumworld.com<br>E-mail:  Rahmati@ibm.net<br>E-mail:  docnielsen@webtv.net<br>E-mail:  mjandcarlincc@juno.com<br>E-mail:  loking@wixmail.com<br>E-mail:  Jholt@Clemson.edu<br>E-mail:  jsmusa@mindspring.com<br>E-mail:  Mainland@ticnet.com<br>E-mail:  cce3@juno.com<br>E-mail:  mcnamer@bigsky.net<br>E-mail:  mwa@wnonline.net<br>E-mail:  lesterabs@mindspring.com<br>E-mail:  shanson@kearney.net<br>E-mail:  an667@hwcn.org<br>E-mail:  yu241703@yorku.ca<br>E-mail:  TJDeavers@aol.com | |

545126