UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

    HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

  1.  That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| RIMPLE SONI<br>25834-26TH PLACE SOUTH<br>APT. G-201<br>KENT, WA 98032 | 105.82 |
| NELSON J. SORRELL<br>1131 S 8TH AVE.<br>KANKAKEE, IL 60901 | 79.99 |
| JEANNETTE L. SOULE<br>RR 1 BOX 1388<br>LIVINGSTON, TX 77351 | 27.74 |
| DAVID W. SPEARS<br>197 BEAGLE GAP RUN<br>WAYNESBORO, VA 22980 | 192.44 |
| CLARE M. SPELLMAN<br>887 ROAD N.<br>OLPE, KS 66865 | 17.63 |
| CLARA A. SPENCE<br>8500 GREENBROOK PARKWAY | 28.00 |

| | |
|---|---:|
| SOUTHAVEN, MS 38671 | |
| GERRY K. SPENCER<br>4729 CHAMPIONS DRIVE<br>CORPUS CHRISTI, TX 78413 | 71.35 |
| TROY R. SPENCER<br>1120 NASA RD. ONE STE. #610<br>HOUSTON, TX 77058 | 26.10 |
| MELINDA L. SPITZ<br>12103 N. FARM RD 221<br>FAIR GROVE, MO 65648 | 145.48 |
| GARY SPIVEY<br>5317 STOUSLAND<br>COLLEGE STATION, TX 77845 | 35.27 |
| STANLEY A. SPOFFORD II.<br>POST OFFICE BOX 5407<br>SAN LEON, TX 77539 | 26.08 |
| RICHARD A. SPOFFORD II<br>POST OFFICE BOX 5407<br>SAN LEON, TX 77539 | 26.08 |
| DAVID & DIANNE R. STANTON<br>710 W. WEBSTER DR.<br>JEFFERSONVILLE, IN 47130 | 80.94 |
| LOU ANN STEELE<br>812 S. MAIN ST.<br>REIDSVILLE, NC 27322 | 62.85 |
| STEINBERG & ASSOCIATES INC.<br>1141 SHERIDAM RD. 2ND FL.<br>ATLANTA, GA 30324 | 133.46 |
| BOYD D. STEPHENS<br>2229 EDINBURGH DRIVE<br>MONTGOMERY, AL 36116 | 63.34 |
| PAULINE STEPHENS<br>525 OLD RICHTON RD<br>PETAL, MS 39465 | 19.40 |

| | |
|---|---:|
| DAN R. STEPHENSON<br>3413 LANCASTER DRIVE<br>FORT COLLINS, CO 80525 | 27.62 |
| GRACE M STEPHENSON<br>3126 BELLINGHAM DR<br>ORLANDO, FL 32825 | 37.10 |
| JAMES STEVENS<br>831 FISHER CIRCLE<br>STAUNTON, VA 24401 | 62.74 |
| ANGELENA STEVENSON<br>2904 INWOOD RD.<br>DALLAS, TX 75235 | 17.63 |
| MARK STEVENSON<br>2904 INWOOD ROAD<br>DALLAS, TX 75235 | 17.63 |
| ROCKY STEVENSON<br>2904 INWOOD RD<br>DALLAS, TX 75235 | 17.63 |
| PEGGY J. STEWART<br>ROUTE 1 BOX 281<br>CADDO, OK 74729 | 24.69 |
| STEWART SYLVIA D.<br>753 HILLCREST DRIVE<br>STAUNTON, VA 24401 | 62.74 |
| BRUNETTE J. STITT<br>6108 LAKE VISTA DRIVE<br>DALLAS, TX 75249 | 156.73 |
| DAVID W. STODDARD<br>91 MORROW DRIVE BOX E-6<br>BEDFORD, TX 76021 | 10.19 |
| THOMAS J. STOFFEL<br>2251 LOTUS COURT<br>NAPERVILLE, IL 60565 | 123.44 |
| BRAD J. STOKES<br>8960 CYNTHIA ST. #108 | 85.42 |

| | |
|---|---:|
| LOS ANGELES, CA 90069 | |
| STOLCON INC.<br>PO BOX 422343<br>ATLANTA, GA 30342 | 133.46 |
| STEPHEN K STORNETTA<br>PO BOX 9192<br>RENO, NV 89507 | 30.26 |
| GARY W. STOVALL<br>1212 EAST FIRST<br>ELDORADO, AR 71730 | 70.54 |
| SYLVIA P. STRICKLAND<br>171 SHILOH RUN NORTHWEST<br>KENNESAW, GA 30144 | 20.81 |
| TROY A. STRONG<br>1115 EASTON AVENUE<br>BELLINGHAM, WA 98225 | 34.92 |
| DAVID T. STUBEN<br>1932 S.W. KNOLL AVENUE<br>BEND, OR 97702 | 68.00 |
| DAVID D. STUCK<br>236 HUNSTATON DR.<br>WINNSBORO, SC 29180 | 62.78 |
| GUO HUA SU<br>9 FOWLER ST<br>STAMFORD, CT 6905 | 60.99 |
| LINLI SU<br>1840 RHODES ROAD #353<br>KENT, OH 44240 | 52.90 |
| GRETCHEN SULTZER<br>205 S. CHURCH AVE.<br>BOZEMAN, MT 59715 | 123.44 |
| DON C. SULLIVAN SR.<br>RT 2 BOX 136<br>FAIRFAX, SC 29827 | 52.90 |

| Name / Address | Amount |
|---|---|
| MICHAEL SULLIVAN<br>166 ALTHEA ST.<br>WEST SPRINGFIEL, MA 01089 | 63.14 |
| MERLE D. SUMMERS<br>P.O. BOX 128<br>ULYSSES, KS 67880 | 62.84 |
| FRANCES SUN<br>147-37 ROOSEVELT APT #1 G<br>FLUSHING, NY 11354 | 17.63 |
| WILSON SUN<br>999 BRANNAN #128<br>SAN FRANCISCO, CA 94103 | 123.44 |
| XIAOYAN SUN<br>147-37 ROOSEVELT APT.#1 G<br>FLUSHING, NY 11354 | 52.90 |
| MICHELE M. SUNDBERG<br>143 HIGH MEADOWS STREET<br>RICHLAND, WA 99352 | 123.44 |
| MONIKA SUNDBERG<br>143 HIGH MEADOWS STREET<br>RICHLAND, WA 99352 | 19.40 |
| JON & SUZANNE M. SWETT<br>14517 CHRONICLE ST.<br>MEAD, WA 99021 | 133.89 |
| MERLE SWARTZENTRUBER<br>P.O. BOX 329<br>BERLIN, OH 44610 | 105.81 |
| BRIAN R. SWEENEY<br>1472 COLONY RD.<br>BOW, WA 98232 | 61.57 |
| JULIE M. SWEEZEA<br>P.O. BOX 683<br>ZILLAH, WA 98953 | 155.10 |
| MALGORZATA SWIERCZEK<br>19 MARINE AVENUE | 52.90 |

| | |
|---|---:|
| BROOKLYN, NY 11209 | |
| SHERRY A SYRIE<br>PO BOX 930<br>ROYAL CITY, WA 99357 | 35.27 |
| WILLIAM M TAKAHASHI<br>4300 THE WOODS DR APT#2230<br>SAN JOSE, CA 95136 | 83.49 |
| SHIU YUEN TAM<br>22 RUBINSTEIN STREET APT. T1<br>STATEN ISLAND, NY 10305 | 40.21 |
| JOSEPH R. TAN<br>2643 BRANDON AVENUE S.W.<br>ROANOKE, VA 24015 | 27.47 |
| ALVARO D. TANCHEZ<br>2315 W. ESPLANADE AVE. APT. D<br>KENNER, LA 70065 | 52.90 |
| AI TANG<br>84 B MARION PEPE DR.<br>LODI, NJ 07644 | 62.85 |
| JUN TANG<br>139-25 31 ROAD<br>FLUSHING, NY 11354 | 105.81 |
| LIANGZHONG TANG<br>35 W. 38TH STREET APT 1-F<br>MANHATTAN, NY 10018 | 17.63 |
| JEANINE R. TATUM<br>5209 OLD CORNELIA HWY.<br>LULA, GA 30554 | 27.96 |
| MARK J. TAYLOR<br>5257 S. APRIL DR.<br>LANGLEY, WA 98260 | 29.53 |
| ROYCE M. TAYLOR<br>PO BOX 381<br>RIVERSIDE, TX 77367 | 63.01 |

| Name and Address | Amount |
|---|---:|
| MILTON L. TEAGUE SR.<br>705 WEST 24TH STREET<br>LUMBERTON, NC 28358 | 52.90 |
| MARIA T. TELLEZ<br>104 LOS EBANOS<br>BROWNSVILLE, TX 78521 | 28.09 |
| HANNA H.T. TENG<br>5625 DUMFRIEF ST.<br>VANCOUVER, BC V5P3A5<br>FOREIGN, FN 99999 | 59.96 |
| JAMES I. TENNESSEE<br>3675 CHIMNEY RIDGE COURT<br>ELLENWOOD, GA 30049 | 48.11 |
| PATRICK M. TERAN<br>78850 AURORA WAY<br>LA QUINTA, CA 92253 | 133.86 |
| SUSAN TESLOW<br>508 KATHY LANE<br>BELGRADE, MT 59714 | 130.49 |
| CHESTER E. THACKER<br>1068 CEDAR<br>JUNCTION CITY, KS 66441 | 52.90 |
| AYE A. THEIN<br>41-06 50TH STREET APT 4L<br>WOODSIDE, NY 11377 | 52.90 |
| LINDA L. THOMAS<br>RT. 2 BOX 447C HWY 37<br>ADEL, GA 31620 | 123.44 |
| TERRANCE THOMAS<br>414 SOUTH CEDAR PATH DR<br>BIRMINGHAM, AL 35209 | 73.22 |
| MARTHA K. THOMPSON<br>36045 VAUGHN<br>CLINTON TWP, MI 48035 | 134.02 |
| RICHARD R.S. THOMPSON | 134.02 |

| Name / Address | Amount |
|---|---|
| 1344 WHISPERWOOD DR<br>COLUMBUS, GA 31907 | |
| PER PLT THOMSEN<br>500 KENSINGTON FARMS DR.<br>ALPHARETTA, GA 30004 | 147.49 |
| KATHRYN M. THORNTON<br>4392 U.S. HWY 522-NORTH<br>LEWISTOWN, PA 17044 | 52.90 |
| DONALD R. THRASH<br>8380 CHILDERSBURG-FAYETTEVILLE HWY<br>CHILDERSBURG, AL 35044 | 123.44 |
| JIE TIAN<br>133-17 SANFORD AVE. #2K<br>FLUSHING, NY 11355 | 123.44 |
| PIREN TIAN<br>1705 COIT RD. #1078<br>PLANO, TX 75075 | 133.90 |
| JACK L. TIBBS<br>4018 SUNHILL COURT<br>WOODSTOCK, GA 30189 | 133.46 |
| VICKIE E. TILLEMANS<br>218 S WATER<br>DERBY, KS 67037 | 123.44 |
| JIM E. TILLEY<br>202 SOUTH THIRD AVE<br>MAYODAN, NC 27027 | 62.78 |
| WILLIAM L. TILLMAN<br>12 DEERFIELD ROAD<br>OSTERVILLE, MA 2655 | 62.79 |
| CYNTHIA A. TISINAI<br>1303 HOLIDAY DR.<br>SANDWICH, IL 60548 | 133.76 |
| HENRY TOM<br>22 RUBINSTEIN ST., APT. T2 | 44.44 |

| Name / Address | Amount |
|---|---|
| STATEN ISLAND, NY 10305 | |
| SWEE HEE TOONG<br>41-10 160TH STREET BASEMENT<br>FLUSHING, NY 11358 | 123.44 |
| JERRY TOOT<br>1583 N. LINCOLN AVE.<br>SALEM, OH 44460 | 25.82 |
| TOWERY JOYCE A.<br>1302 DEUPREE<br>AUSTIN, TX 78753 | 10.46 |
| THOMAS V TOWNSEND JR.<br>1427 5TH STREET<br>SHALLOWWATER, TX 79363 | 133.90 |
| BYRON J. TRAHAN<br>3625 WELLBORN RD., APT. #714<br>BRYAN, TX 77801 | 28.09 |
| KAYA N. TRAHAN<br>3101 LAKE STREET<br>LAKE CHARLES, LA 70601 | 23.88 |
| BYRON L. TRAVIS<br>932 TALLOW ROAD<br>LAKE CHARLES, LA 70607 | 58.46 |
| LAUREL TRAWICK<br>PO BOX 83<br>THOMASTON, GA 30286 | 140.72 |
| JO A TRIPPIE<br>100 OAKWOOD<br>MARION, NC 28752 | 62.85 |
| LONI J. TROMBURG<br>355 MERITT PL. N.E.<br>NORTH BEND, WA 98045 | 111.58 |
| GAIL Y TSAI<br>955 WATER ST.<br>PORT TOWNSEND, WA 98368 | 80.97 |

| | | |
|---|---|---|
| SAU YING TSE<br>2200 E. 21 ST.<br>OAKLAND, CA 94606 | | 52.90 |
| SHIRLEY C. TSO<br>955 WATER STREET<br>PORT TOWNSENT, WA 98368 | | 101.92 |
| LIN CHUN TSUI-CHAN<br>20 PILSUDSKI WAY APT 536<br>SOUTH BOSTON, MA 2127 | | 52.91 |
| GILES C. TUCKFIELD<br>721 AMIGOS WAY #8<br>NEWPORT BEACH, CA 92660-3072 | | 90.19 |
| ERIC C. TURNER & ALFIE L. TURNER<br>3059-A VON STEUBEN PLACE<br>WEST POINT, NY 10996 | | 94.73 |
| FELISA R. TURNER<br>925 WEST BASELINE RD. #105-K8<br>TEMPE, AZ 85283 | | 267.48 |
| FREDDIE TURNER<br>11819 HIGHDESERT CT.<br>JACKSONVILLE, FL 32218 | | 149.43 |
| HERMON B. TURNER<br>1711 HWY 17 SOUTH #396<br>SURFSIDE BEACH, SC 29575 | | 25.66 |
| TWI ENTERPRISES<br>P.O. BOX 1209<br>NEWPORT, NC 28570 | | 123.44 |
| JEFFERSON UNDERWOOD<br>2992 OLD FARM ROAD<br>MONTGOMERY, AL 36111 | | 129.22 |
| JILL UNGERMAN<br>C/O BOSWELL & KOBER<br>750 N ST PAUL ST STE 750<br>DALLAS, TX 75201 | | 123.45 |
| UNIQUE PROPERTIES INC. | | 62.14 |

| | |
|---|---:|
| PO BOX 1183<br>CLEMMONS, NC 27012 | |
| MAUREEN UPHILL<br>#1202 - 811 HELMEKEN STREET<br>VANCOUVER, BC V6Z 1B1<br>FOREIGN, FN 99999 | 279.33 |
| BETTY J. URIE<br>4392 NORTHWEST DR.<br>BELLINGHAM, WA 98226 | 88.17 |
| KATHERINE S. UYENO<br>9554 MEADOWLARK DRIVE<br>BOZEMAN, MT 59718 | 17.63 |
| MATTHEW A. VALENTINO<br>750 W. BASELINE RD. #1066<br>TEMPE, AZ 85283 | 63.20 |
| LARRY G. VANDERPOOL<br>600 NORTH SHORE DR. #1<br>BELLINGHAM, WA 98226 | 135.78 |
| JANE R. VAN DONGE<br>609 SOUTH MORGAN<br>DOWNS, KS 67437 | 49.02 |
| JAMES G. VANDYCK<br>9516 SOUTH CASTLE RIDGE CIR.<br>HIGHLANDS RANCH, CO 80126 | 105.81 |
| WILLIAM M. VANLANINGHAM<br>23909 60TH AVENUE W.<br>MOUNT LAKE TERR, WA 98043 | 17.63 |
| THERESA M. VANSICKLE<br>1722 BARRINGTON HILLS LANE<br>KATY, TX 77450 | 71.99 |
| GAIL E. VAN SLYKE<br>701 S. 53RD<br>LINCOLN, NE 68510 | 27.62 |
| VARNELL DONALD M<br>707 SE BIRCH M | 180.61 |

| | |
|---|---:|
| COLLEGE PLACE, WA 99324 | |
| ROBERT A VASOLD<br>1231 ADIAL ROAD<br>FABER, VA 22938 | 156.48 |
| DAVID W. VAUGHAN<br>13085 N 91ST WAY<br>SCOTTSDALE, AZ 85260 | 72.57 |
| CHRISTOPHER L. VEAZEY<br>12419 S. 87TH E. AVE.<br>BIXBY, OK 74008 | 58.19 |
| VELMA N. VELA<br>RT. 3, BOX 133-H [LOC. 6 MI.<br>MISSION, TX 78572 | 123.44 |
| BARBARA J. VETETO<br>1111 W. 19TH STREET<br>KENNEWICK, WA 99337 | 52.90 |
| WIGBERTO P. VELUZ<br>22330 HARTLAND ST.<br>CANOGA PARK, CA 91303 | 123.44 |
| LORRAINE K. VICARI<br>2313 ROBY ROAD<br>MECHANICSBURG, IL 62545 | 17.63 |
| REBEKAH J. VICKERS<br>1125 BRIARWOOD DR.<br>GARLAND, TX 75041 | 52.90 |
| RAJINDERPAL VIRK<br>7385-116 ST.<br>DELTA, BC V4C 5T1<br>FOREIGN, FN 99999 | 167.08 |
| MECHELLE S. VOGEL<br>4519 146TH PLACE S.W.<br>LYNNWOOD, WA 98037 | 133.94 |
| VOLT USA INC.<br>1673 S.W. 176TH ST.<br>SEATTLE, WA 98166 | 150.17 |

| | |
|---|---:|
| DORIS J. VONGLAHN<br>5175 LAKE FORREST DRIVE<br>ATLANTA, GA 30342 | 123.44 |
| HAK P. WADDLE<br>3612 COUNTRY CLUB ROAD #175<br>IRVING, TX 75062 | 28.09 |
| SANDRA H. WAGONER<br>RT. 1 BOX 814<br>INDEPENDENCE, VA 24348 | 62.74 |
| WONG AL WAH<br>1409 NECK RD.<br>BROOKLYN, NY 11229 | 52.90 |
| LESLIE W WALKER<br>1809 W. RUNDBERG LANE #228<br>AUSTIN, TX 75758 | 17.63 |
| COLEEN W. WALKER<br>6670 WEDGEWOOD DRIVE<br>BEAUMONT, TX 77706 | 28.49 |
| SHIRLEY D. WALKER<br>2718 VICTORIA PARK<br>CORPUS CHRISTI, TX 78414 | 17.63 |
| TIMOTHY G. WALKER<br>210-C NORTH CHURCH ROAD<br>ANDERSON, SC 29621 | 26.01 |
| B. J. WALL<br>1405 COUNTRY CLUB DR.<br>VIDALIA, GA 30474 | 63.20 |
| CHARLES R. WALLACE<br>5502 ROSS RD<br>MEMPHIS, TN 38141 | 25.98 |
| JO BETH WALLACE<br>5502 ROSS RD.<br>MEMPHIS, TN 38141 | 25.98 |
| NORMA J. WALLACE | 133.90 |

| | |
|---|---:|
| 9812 EDGECOVE DR.<br>DALLAS, TX 75238 | |
| MARK A. WALROD<br>10344 COLLEGE SQUARE<br>COLUMBIA, MD 21044 | 130.49 |
| ALANNA WALTERS<br>6305 HWY 559<br>COLUMBIA, LA 71418 | 123.44 |
| ALISHA WALTERS<br>6305 HWY 559<br>COLUMBIA, LA 71418 | 126.13 |
| CHARLES D. WALTERS JR.<br>37 SCOGGINS DRIVE<br>ELLISVILLE, MS 39437 | 61.72 |
| ROSA L. WALTERS<br>RT. 2 BOX 105<br>FAYETTEVILLE, MS 39069 | 61.72 |
| VIOLA WALTJEN<br>HCR-1 BOX 5689<br>KEAAU HAWAII, HI 96749 | 29.13 |
| GUODONG WAN<br>4604 SHAMROCK PLACE<br>MABLETON, GA 30059 | 123.44 |
| WEI WAN<br>1812 CANAL WAY<br>SAN JOSE, CA 95132 | 131.78 |
| GUO-TONG WANG<br>102 CHERRY HILL LANE<br>LAUREL, MD 20724 | 123.44 |
| HUAN WANG<br>1685 NORMAN ST APT 1R<br>RIDGEWOOD, NY 11385 | 52.90 |
| JIN WANG<br>7050 ARAPAHO RD. #1054<br>DALLAS, TX 75248 | 70.54 |

| | |
|---|---:|
| JINGZHU WANG<br>803 C DONALDSON ST.<br>HIGHLAND PARK, NJ 8904 | 131.62 |
| JIAN-GUO WANG<br>921 WHARTON DRIVE<br>NEWARK, DE 19711 | 52.90 |
| KAIDA WANG<br>C/O LING HUA<br>167-41 38 AVE. D26<br>FLUSHING, NY 11354 | 52.91 |
| LI WANG<br>2832 CORTINA WAY<br>UNION CITY, CA 94587 | 73.71 |
| LUCY YIYI WANG<br>415 WASHINGTON BL #908<br>MARINA DEL REY, CA 90292 | 123.44 |
| MIN WANG<br>153-44 77 ROAD<br>FLUSHING, NY 11367 | 123.44 |
| QING WANG<br>16215 VIA ARRIBA #211<br>SAN LORENZO, CA 94580 | 63.26 |
| RUI-HONG WANG<br>4611 LA MIRADA AVE.<br>LOS ANGELOS, CA 90029 | 105.81 |
| SHUZHI WANG<br>34-50 LINDEN PL.<br>FLUSHING, NY 11354 | 123.44 |
| TIM XIN WANG<br>14-D CEDAR LANE<br>HIGHLAND PARK, NJ 08904 | 52.90 |
| XIN XW WANG<br>2832 CORTINA<br>UNION CITY, CA 94587 | 147.78 |

| | |
|---|---:|
| XITAO WANG<br>10402 BARRETT'S DELIGHT DR<br>COCKEYSVILLE, MD 21030 | 70.54 |
| YAN JUN WANG<br>48 FAXON STREET<br>NEWTON, MA 02458 | 70.55 |
| YIJIA WANG<br>1114 OAKCROFT LANE<br>SOMERSET, NJ 8873 | 52.90 |
| ZHEN PING WANG<br>270 FOXRUN<br>EXTON, PA 19341 | 125.56 |
| GAYLON T. WARD<br>1426 MILLER ST.<br>CARTHAGE, MO 64836 | 27.94 |
| DAN S. WARDLE<br>P.O. BOX 387<br>LEWISTON, CA 96052 | 62.94 |
| KEITH A. WARNER<br>600 MIXON A-6<br>NEW IBERIA, LA 70560 | 28.00 |
| TOMMIE M. WARNER<br>9055 W. DESCHUTES DR.<br>KENNEWICK, WA 99336 | 123.44 |
| LINDA J. WARRICK<br>4 PARKER DRIVE<br>OZARK, AL 36360 | 28.77 |
| NANCY J. WASSENAAR<br>102 EMERSON ROAD<br>EVERSON, WA 98247 | 52.90 |
| CAROLYN J WATKINS<br>504 E 22ND ST<br>GALENA, KS 66739 | 133.75 |
| ORLANDO WATSON<br>201 PURVIS ST | 18.88 |

| | |
|---|---:|
| GARNER, NC 27529 | |
| PHILLIP J WATSON<br>1301 FIFTEEN NICHOLS WAY NE<br>AWENDAW, SC 29429 | 62.85 |
| SEAN P WATT<br>449 W ARIZONA LN<br>BOISE, ID 83706 | 63.13 |
| ROSE A. WATTS<br>361 PILGRIM CR. ROAD<br>NOXON, MT 59853 | 62.43 |
| STEVEN L. WATTS<br>7103 N.E. 101ST AVENUE<br>VANCOUVER, WA 98662 | 63.31 |
| MARGARET D WAYMAN<br>RT 5 BOX 109<br>SAN BENITO, TX 78586 | 63.36 |
| MARY ANN WEAKLEY<br>4518 PRATT LN.<br>FRANKLIN, TN 37064 | 49.38 |
| MARY ANN WEAKLEY<br>4518 PRATT LN.<br>FRANKLIN, TN 37064 | 7.69 |
| **TOTAL** | **14,259.89** |

    2.    That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

    WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED: February 20, 2009

        /s/ Holmes P. Harden
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300