UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: | CASE NO: |
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| JOHN R. WEATHERFORD<br>217 MIMOSA DRIVE<br>FERRIS, TX 75125 | 61.35 |
| JASON E. WEAVER<br>3525 SAGE #1504<br>HOUSTON, TX 77056 | 133.88 |
| RAMA WEAVER<br>RT #1, BOX 1853<br>BOX SPRINGS, GA 31801 | 123.44 |
| VANESSA J. WEAVER<br>5549-A RHINE ROAD<br>BERLIN, OH 44610 | 62.87 |
| ANDREA S. WEBB<br>535 LAKE MEDLOCK DR.<br>ALPHARETTA, GA 30022 | 85.47 |
| WARREN H. WEBB<br>2312 SUMMER OAKS COURT<br>ARLINGTON, TX 76011 | 28.09 |

| | |
|---|---:|
| BRIGITTE WEBER<br>108 BOXWOOD DRIVE<br>ENTERPRISE, AL 36330 | 133.53 |
| JEFFREY B. WEDDALL<br>625 NEW SCHOOL LN. APT. D<br>DALLASTOWN, PA 17313 | 27.93 |
| DAN J. WEGNER<br>2525 E 53RD AVE APT G 207<br>SPOKANE, WA 99223 | 62.99 |
| GREG E WEHRWEIN<br>9 ROBERTA ST<br>FARMINGDALE, ME 4344 | 63.21 |
| TAMMY H. WEIGEL<br>1316 SCHWALLER AVENUE<br>HAYS, KS 67601 | 105.81 |
| HUBERT P. WEIR<br>136 FESCUE DR.<br>ADVANCE, NC 27006 | 62.14 |
| NURITH WEITZ<br>102 COUGAR RIDGE #1<br>LAFAYETTE, LA 70508 | 62.95 |
| BRIAN E. WELCH<br>1006-C SUMMER BRAZOS<br>COLLEGE STATION, TX 77840 | 28.09 |
| ROSALINDA S. WELDO<br>2831 ALMEDA PLAZA<br>HOUSTON, TX 77045 | 63.01 |
| DEBRA L. WELLMAN<br>P.O. BOX 39<br>VALIER, MT 59486 | 61.01 |
| BRIAN G. WELLS<br>313 OAKDALE ST.<br>MARTINSVILLE, VA 24112 | 133.28 |
| ADRIENE M. WENTZ | 61.72 |

| | |
|---|---:|
| 3913 PITT STREET<br>SCHELLSBURG, PA 15559 | |
| PATRICIA A. WERGLEY<br>48766 DESERT FLOWER DRIVE<br>PALM DESERT, CA 92260 | 158.14 |
| MARJORIE K. WHATLEY<br>759 WILLOW STREET<br>ALEX CITY, AL 35010 | 149.20 |
| CINDY D WHEAT<br>HIGHWAY 117 3407<br>MENTONE, AL 35984 | 27.72 |
| JOSHUA R. WHELLAMS<br>5475 SILVER HILLS CR.<br>SPARKS, NV 89431 | 52.90 |
| JEAN Y WHIPPLE<br>9500 SE 92ND AVENUE<br>PORTLAND, OR 97266 | 9.95 |
| MICHAEL K. WHITAKER<br>808 W. 29TH STREET<br>AUSTIN, TX 78705 | 60.66 |
| MICHELLE M. WHITACRE<br>5127 S. 2975 W.<br>ROY, UT 84067 | 31.73 |
| WILLIAM M. WHITCOMB<br>PO BOX 7097<br>METAIRIE, LA 70010-7097 | 52.90 |
| DAVID D. WHITE<br>4117 KINCAID DR.<br>RALEIGH, NC 27604 | 62.85 |
| DOROTHY J. WHITE<br>RD. #1 BOX 203<br>ARKPORT, NY 14807 | 62.99 |
| HOLLY J. WHITE<br>487 BIELBY RD.<br>LAWRENCEBURG, IN 47025 | 26.06 |

| | |
|---|---:|
| JACK C. WHITE<br>RD# 1 BOX 203<br>ARKPORT, NY 14807 | 125.20 |
| JOHN D. WHITE<br>3103 HERITAGE COURT #72<br>MANHATTAN, KS 66503 | 54.67 |
| JOHNNY R. WHITE<br>2430 WENTWORTH OAKS CT.<br>LEAGUE CITY, TX 77573 | 125.20 |
| STEVEN K. WHITESIDES<br>143 HIGH MEADOWS STREET<br>RICHLAND, WA 99352 | 123.44 |
| MARCIA D. WHITING<br>105 S. PEARSON ST<br>WAVERLY, KS 66871 | 131.65 |
| STEPHEN P WHITING<br>2201 ROCKBROOK DR #816<br>LEWISVILLE, TX 75067 | 123.44 |
| JAMES A. WHITLEY III.<br>1005 BATTLEGROUND AVENUE<br>GREENSBORO, NC 27408 | 74.77 |
| KIMBERELY WHITNEY<br>11503 RABBIT SPRINGS<br>SAN ANTONIO, TX 78245 | 28.07 |
| TERI T. WHITTINGTON<br>265 ELDORADO #1400<br>WEBSTER, TX 77598 | 52.90 |
| CAROL M WICKLANDER<br>3710 MASTERS DRIVE<br>LEAGUE CITY, TX 77573 | 133.90 |
| SHANE P. WIGGINS<br>1231 ROBERT STREET<br>RAYNE, LA 70578 | 17.63 |
| VIOLETTA A. WIKLE | 99.08 |

| | |
|---|---:|
| 108 SOUTH 5TH<br>SABETHA, KS 66534 | |
| GAIL WILCOX<br>12001 CRYSTAL HILL RD.<br>MAUMELLE, AR 72113 | 105.61 |
| BONNIE L WILLIAMS<br>41444 GRESSETT ROAD<br>PRAIRIEVILLE, LA 70769 | 133.84 |
| DREW H. WILLIAMS<br>412 OVERLOOK DR.<br>MIDLOTHIAN, TX 76065 | 133.55 |
| KITTY WILLIAMS<br>4858 BATTERY LANE #207<br>BETHESDA, MD 20814 | 72.18 |
| MELISSA E. WILLIAMS<br>8400 SPRING VALLEY DR.<br>AUSTIN, TX 78736 | 28.09 |
| SCOTT E. WILLIAMS<br>96 LAKE SAMISH RD.<br>BELLINGHAM, WA 98226 | 8.66 |
| SCOTT & AMANDA WILLIAMS<br>6111 W. WILLIAMETTE<br>KENNEWICK, WA 99336 | 52.90 |
| TINA M. WILLIAMS<br>P.O. BOX 271062<br>CORPUS CHRISTI, TX 78427 | 62.85 |
| SHELLY S WILLS<br>3019 FM 50<br>BRENHAM, TX 77833 | 133.90 |
| JUNE A. WILMARTH<br>RT 31<br>WEEDSPORT, NY 13166 | 63.34 |
| JOHN T. WILSON<br>1550 TERRACE ROAD<br>ROANOKE, VA 24015 | 62.74 |

| | |
|---|---:|
| SUSAN I. WINDERS<br>503 S. WALKER ST.<br>COLUMBIA, SC 29205 | 19.57 |
| MARIE WINTHER<br>4225 ETHEL AVENUE #29<br>STUDIO CITY, CA 91604 | 52.90 |
| CHRISTINE A. WISIAN<br>4113 HARRY<br>CORPUS CHRISTI, TX 78411 | 73.19 |
| GLENDA M. WITMAN OR RICHARD MYERS<br>840 CLIFF DRIVE #12<br>PROTLAND, TX 78374 | 61.41 |
| DARWIN WOGAN<br>7172 AQUA CT.<br>ANACORTES, WA 98221 | 114.24 |
| DR. HENRY HILL WOLMARANS<br>15594 RIPARIAN RD.<br>POWAY, CA 92064 | 62.61 |
| HELENA C.P. WOO<br>281-1551 EAST 4TH AVE<br>VANCOUVER, BC V5N1J7<br>FOREIGN, FN 99999 | 17.63 |
| TERESA L. WOODALL<br>145 SHAWNEE DR.<br>BUCKHANNON, WV 26201 | 52.90 |
| LEONIE WOODBURY<br>12034 WASHINGTON ST.<br>PEMBROKE PINES, FL 33025 | 67.08 |
| GREGORY S. WOODS<br>12419 REED SIMPSON RD<br>NORTHPORT, AL 35475 | 63.34 |
| MARTY W. WOODS<br>12419 REED SIMPSON ROAD<br>NORTHPORT, AL 35475 | 133.88 |

|  |  |
|---|---:|
| STEVEN C. WOODS<br>12419 REED SIMPSON RD<br>NORTHPORT, AL 35475 | 63.34 |
| CHARLES W. WOODY<br>42433 MAY PEN RD.<br>BERMUDA DUNES, CA 92201 | 21.73 |
| WILLIAM H. WOODYARD JR.<br>309 REDBUD PLACE<br>RIDGELAND, MS 39157 | 133.81 |
| SHERRIE A. WOOLDRIDGE<br>1227 BAYHILL DRIVE<br>BURLINGTON, WA 98233 | 187.76 |
| MARTHA I. WOOLLEY<br>7721 WALKER STREET<br>PENSACOLA, FL 32506 | 143.16 |
| SAM K WOODS<br>715 E 5TH ST<br>BOTTINEAU, ND 58318 | 154.21 |
| LAURIE L. WORTMAN<br>1314 S E 24TH AVE<br>CAPE CORAL, FL 33990 | 67.43 |
| BARBARA J. WRIGHT<br>4277 NELSON RD.<br>BELGRADE, MT 59714 | 17.63 |
| CHAD E. WRIGHT<br>52 BEECHNUT CR.<br>RIDGEWAY, VA 24148 | 77.59 |
| NATHANIEL V. WRIGHT<br>3479 ORMOND CIR.<br>LEXINGTON, KY 40517 | 62.85 |
| RITA M. WRIGHT<br>P.O. BOX 521038<br>BIG LAKE, AK 99652 | 133.51 |
| TARA R WRIGHT | 54.67 |

| | |
|---|---:|
| 3297 STAFFORD WRIGHT ROAD<br>VALDOSTA, GA 31605 | |
| LA WU<br>1611 LAUREL AVENUE<br>APT. 502<br>KNOXVILLE, TN 37916 | 158.86 |
| SUSAN WU<br>22 RUBENSTEIN STREET<br>STATEN ISLAND, NY 10305 | 56.43 |
| WAN WAN WU<br>9879 SOUTH SPRING HILL DR<br>HIGH LANDS RANC, CO 80126 | 141.08 |
| ZHIGANG WU<br>1611 LAUREL AVE., APT. #101<br>KNOXVILLE, TN  37916 | 17.63 |
| **TOTAL** | **6,213.92** |

    2.    That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

    WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    February 20, 2009

    /s/ Holmes P. Harden
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300