UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| LIWEI XI<br>201 N. MONTEREY ST<br>APT #1<br>ALHAMBRA, CA 91801 | 52.91 |
| DOROTHY XIAO<br>950 HUTCHINGS DRIVE<br>SAN LEANDRO, CA 94577 | 35.27 |
| MEL HUA XIE<br>8713 3RD AVE<br>BROOKLYN, NY 11209 | 63.36 |
| XIAOMING XIE<br>147-37 ROOSEVELT APT #1 G<br>FLUSHING, NY 11354 | 17.63 |
| XUFENG XIA<br>4330 147 ST.<br>FLUSHING, NY 11355 | 52.90 |
| CHONG WEI XU<br>250 GORGE RD., APT. 21A | 91.14 |

| | |
|---|---:|
| CLIFFSIDE PARK, NJ 07010 | |
| HUANLIU XU<br>250 GORGE ROAD APT. 21A<br>CLIFFSIDE PARK, NJ 7010 | 124.37 |
| JIN PING XU<br>133-17 SANFORD AVE #2K<br>FLUSHING, NY 11355 | 17.63 |
| JUN XU<br>62-16 39TH AVENUE<br>WOODSIDE, NY 11377 | 131.78 |
| SHANG XU<br>3450 WAYNE AVE. APT. 15F<br>BRONX, NY 10467 | 52.90 |
| SHUQIN XU<br>C/O WANRONG OUTTRIM<br>15 RUDDER CT. SW<br>WASHINGTON, DC 20032 | 17.64 |
| ZI CHENG XU<br>1781 79TH STREET, 2ND FL<br>BROOKLYN, NY 11214 | 17.63 |
| CUIHUA XUE<br>2705 KINGSBERRY CT.<br>JAMESTOWN, NC 27282 | 131.52 |
| EMILY M. YAMADA<br>8404 SAINT REGIS WAY<br>GAITHERSBURG, MD 20886 | 131.55 |
| NANCY M. YAMADA<br>8404 SAINT REGIS WAY<br>GAITHERSBURG, MD 20886 | 131.55 |
| SACHI YAMADA<br>8404 SAINT REGIS WAY<br>GAITHERSBURG, MD 20886 | 75.12 |
| JINGSONG YAN<br>312 N. MONTEREY ST. #2<br>ALHAMBRA, CA 91801 | 144.72 |

| | |
|---|---:|
| CHUN LAI YC. YANG<br>11 EMBASSY RD. APT. #31<br>BRIGHTON, MA 2135 | 52.91 |
| JIE YANG<br>43 COLONIAL DRIVE<br>MANSFIELD, MA 2048 | 52.91 |
| LI YANG<br>87-15 BRITTON AVE. APT #32<br>ELMHURST, NY 11373 | 52.90 |
| WEI YANG<br>48 WESTGATE DR.<br>EDISON, NJ 08820 | 123.44 |
| WU YANG<br>6032 THOROUGHBRED WAY<br>COLUMBIA, MD 21044 | 52.90 |
| ZHIPING YANG<br>51 CARUY AVENUE APT #G3<br>WATERTOWN, MA 2172 | 54.68 |
| DOUGLAS R. YARBROUGH<br>7245 F.M. 429<br>KAUFMAN, TX 75142 | 35.27 |
| DAVID YAU<br>217-23 56TH AVENUE<br>BAYSIDE HILLS, NY 11364 | 133.55 |
| LI YE<br>23 WOODSEND PL<br>ROCKVILLE, MD 20854 | 17.63 |
| TAN YE<br>147-37 ROOSEVELT APT #1 G<br>FLUSHING, NY 11354 | 17.63 |
| XUE FANG YE<br>102-12 65TH AVENUE<br>FLUSHING, NY 11375 | 133.55 |
| JUDY K. YELDERMAN | 27.76 |

| | |
|---|---:|
| 4308 TURTLE CREEK<br>ROSENBERG, TX 77471 | |
| CHUNLIEN YEN<br>22 RUBENSTEIN STREET, 3RD FL<br>STATEN ISLAND, NY 10305 | 107.01 |
| JIANG YULEI YU YONGJUN<br>13209 TWINBROOK PARKWAY #304<br>ROCKVILLE, MD 20851 | 61.01 |
| HONG YOU<br>9 EAST 17TH STREET #2R<br>NEW YORK, NY 10003 | 131.78 |
| DONNA A. YOUNG<br>1210 SHEPPARD AVE EAST #408<br>TORONTO, ON M2K1E3<br>FOREIGN, FN 99999 | 160.41 |
| MAGGIE J. YOUNG<br>4028 WEBER ROAD<br>CORPUS CHRISTI, TX 78411 | 17.63 |
| MICHAEL YOUNG<br>11309 W. 129TH TERRACE<br>OVERLAND PARK, KS 66213 | 87.09 |
| SANDRA YOUNG<br>135 GHARET RD.<br>RANDLE, WA 98377 | 29.17 |
| SHANNON YOUNG<br>3711 MEADOW BROOK AVE.<br>NASHVILLE, TN 37205 | 52.90 |
| STEVEN J. YOUNG<br>7083 BEAVER VALLEY RD.<br>CHIMACUM, WA 98325 | 133.87 |
| JIANGHONG YU<br>5321 LAWRENCEVILLE HWY<br>LILBURN, GA 30247 | 123.44 |
| KAI YU<br>3717 PARKVIEW AVE. 3RD FL | 87.82 |

| | |
|---|---:|
| PITTSBURGH, PA 15213 | |
| KIMMY C. YU<br>APT 1617 1445 LAKESIDE ESTATE<br>HOUSTON, TX 77042 | 52.90 |
| PUI-YAN YU<br>4123 GREENLEAF CT. #307<br>PARK CITY, IL 60085 | 61.24 |
| ZHENYU YUE<br>500E, 63RD STREET, #7E<br>NEW YORK, NY 10021 | 52.90 |
| NGAICHIU YUEN<br>42-64 SAULL STREET<br>FLUSHING, NY 11355 | 52.90 |
| SHUK WAH YUEN<br>1170 KENSINGTON ROAD<br>TEANECK, NJ 7666 | 138.12 |
| RUIFANG YUGUAN<br>380 UNION ST.<br>SAN FRANCISCO, CA 94133 | 52.90 |
| GUAN XIAO YUM<br>55 PIKE ST.<br>MANHATTAN, NY 10002 | 52.90 |
| XU YUN<br>141-07 CHERRY AVE.<br>FLUSHING, NY 11355 | 123.44 |
| **TOTAL** | **3,624.18** |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    February 20, 2009

                                                                                          s/s Holmes P. Harden

                                                                                   Holmes P. Harden, Trustee  
                                                                                   State Bar No. 9835  
                                                                                   Post Office Drawer 19764  
                                                                                   RALEIGH, NC  27619-9764  
                                                                                   Telephone: (919) 981-4000  
                                                                                   Facsimile: (919) 981-4300