UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: | CASE NO: |
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| LOIS ZAKOWICZ<br>418 HIGHLAND RD.<br>POTTSTOWN, PA 19464 | 46.55 |
| AARON J. ZEESE<br>16141 N. 91ST DR.<br>PEORIA, AZ 85382 | 25.89 |
| BARRY L. ZEESE<br>16141 NORTH 91ST DRIVE<br>PEORIA, AZ 85382 | 62.92 |
| TINA M ZELLNER<br>105 DUBLIN COURT<br>SLIDELL, LA 70461 | 62.95 |
| JEFF R. ZELSMAN<br>RT.1 BOX 38<br>VERSAILLES, MO 65084 | 101.96 |
| YI QIN ZENG<br>20 CROFT COURT<br>STATEN ISLAND, NY 10306 | 133.55 |

| | |
|---|---:|
| BIRONG ZHANG<br>364 MALCOLM AVE. APT. #1<br>BELMONT, CA 94002 | 141.08 |
| DAQING ZHANG<br>63-129 ALDERTON ST.<br>REGO PARK, NY 11374 | 61.24 |
| JIAPING ZHANG<br>57 BRIGHTON AVE. APT. 8<br>ALLSTON, MA 2134 | 60.00 |
| LI RUI ZHANG<br>132-25 POPLE AVE.<br>FLUSHING, NY 11355 | 52.90 |
| LIN ZHANG<br>27 BRAND STREET<br>ARLINGTON, MA 2174 | 52.91 |
| PING ZHANG<br>827-C DONALDSON STREET<br>HIGHLAND PARK, NJ 8904 | 131.62 |
| QI CHUN ZHANG<br>1011 E. ORANGE ST. #73<br>TEMPE, AZ 85281 | 52.90 |
| RONGFENG ZHANG<br>TULANE DR. APT #32<br>HYATTSVILLE, MD 20783 | 67.72 |
| TONG-SHUAI ZHANG<br>955 WATER ST.<br>PORT TOWNSEND, WA 98368 | 62.98 |
| WEIXI ZHANG<br>153-38 58 AVENUE<br>FLUSHING, NY 11355 | 134.02 |
| WEN-FANG ZHANG<br>1749 DOBBINS DR. APT. 2F<br>CHAPEL HILL, NC 27514 | 131.52 |
| YI HUAN ZHANG | 52.90 |

| | |
|---|---:|
| 147-37 ROOSEVELT APT #1G<br>FLUSHING, NY 11354 | |
| YU ZHANG<br>47 LINDEN ST. APT.3<br>ALLSTON, MA 2134 | 17.64 |
| YUAN CAO ZHANG<br>43-70 KISSENA BLVD. #14M<br>FLUSHING, NY 11355 | 123.44 |
| ZHIYUAN ZHANG<br>7988 CAMINO JONATA<br>SAN DIEGO, CA 92122 | 133.43 |
| HONG TIAN ZHAO<br>34 APRIL LANE<br>LEXINGTON, MA 02173 | 52.91 |
| KUN ZHAO<br>201 N. MONTEREY ST<br>APT #1<br>ALHAMBRA, CA 91801 | 52.91 |
| SHEN ZHAO<br>1108 HIGHWAY 35<br>OCEAN TWP, NJ | 145.94 |
| QIU X ZHEN<br>1893 CONCORD AVENUE<br>MOSCOW, ID 83843 | 22.92 |
| ZHU-AI ZHEN<br>, | 52.90 |
| SHAOZHI ZHENG<br>3126 WILLIAMSBURG DRIVE<br>STATE COLLEGE, PA 16801 | 46.35 |
| TIANLI TZ ZHENG<br>5137 REVERE RD APT 38<br>DURHAM, NC 27713 | 52.90 |
| FENG ZHOU<br>67 MANHATTAN AVE. APT. 20P<br>BROOKLYN, NY 11206 | 72.53 |

| | |
|---|---:|
| JIAN-ZHONG ZHOU<br>10 WOODWARD DRIVE<br>WILMINGTON, DE 19808 | 61.72 |
| QING SONG ZHOU<br>43-70 KISSENA BLVD #14M<br>FLUSHING, NY 11355 | 123.44 |
| SUHUA ZHOU<br>140 OAKVIEW AVENUE<br>FARMINGDALE, NY 11735 | 70.54 |
| CHAOYING ZHU<br>25 ARAPAHO TR.<br>SOMERVILLE, NJ 8876 | 123.44 |
| GEORGE ZHU<br>124 W. FRANKLIN STREET<br>APT. 402<br>BALTIMORE, MD 21201 | 123.45 |
| HONG ZHU<br>6 LAVA CT., 3C<br>BALTIMORE, MD 21234 | 62.39 |
| NAIHONG ZHU<br>801-A DONALDSON STREET<br>HIGHLAND PARK, NJ 08904 | 176.77 |
| REN JUN ZHU<br>142-05 ROOSEVELT AVE APT 619<br>FLUSHING, NY 11354 | 52.90 |
| QIZHI ZHU<br>270 FOX RUN<br>EXTON, PA 19341 | 54.67 |
| YUAN ZHU<br>724 S. CHAPEL AVE.#13<br>ALHAMBRA, CA 91801 | 52.90 |
| QIN ZHUOWEN<br>147-37 ROOSEVELT APT #1G<br>FLUSHING, NY 11354 | 17.63 |

| | |
|---|---:|
| KELLY L. ZIMBELMAN<br>2986 WINTERSET DR<br>CARMEL, IN 46032 | 24.04 |
| TERRY L. ZIMMERMAN<br>611 WEST PERSIMMON LANE<br>SPOKANE, WA 99224 | 62.43 |
| CRAIG A. ZOCH<br>417 CORAL LILLY DR.<br>LEAGUE CITY, TX 77573 | 37.00 |
| JIA ZU<br>720 10TH AVENUE #1<br>NEW YORK, NY 10019 | 61.14 |
| RUSSELL KENT ZUSI<br>113 SUMMER CROSSING<br>DUNWOODY, GA 30350 | 47.61 |
| **TOTAL** | **3,361.55** |

2.   That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:   February 25, 2009

*/s/ Holmes P. Harden*
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300