UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1.  That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---:|
| TAMMY L. ASHORN<br>1903 SANDY SCHOALS<br>LEAGUE CITY, TX 77573 | 60.59 |
| STEPHON AUTERY<br>819 GREEN STREET<br>DURHAM, NC 27703 | 282.15 |
| KULWANT S. BAINS<br>13920-78TH AVE.<br>SURREY, BC V3W5Z7<br>FOREIGN, FN 99999 | 131.73 |
| MALKIAT S. BAINS<br>12885-85 AVE<br>SURREY, BC V3WOK8<br>FOREIGN, FN 99999 | 131.74 |
| MARGARET BELISLE<br>R.R.8 10-24<br>LETHBRIDGE, AB T1J4P4<br>FOREIGN, FN 99999 | 45.36 |

| | |
|---|---:|
| WILLIAM J. BROWN<br>4414 WINN ROAD #1<br>MONROE, LA 71202-9585 | 72.30 |
| GORDON C. CAREY<br>205-2349 JAMES WHITE BLVD.<br>SIDNEY, BC V8L 1Z7<br>FOREIGN, FN 99999 | 17.63 |
| GUYLA L. CRAFT<br>2512 SOUTH DRIVE<br>NORTH LITTLE RO, AR 72118 | 60.66 |
| MARIE-CLAIRE DUBUC-BOYER<br>811 RINGUET<br>MONT-ST-HILAIRE, PQ J3H3W9<br>FOREIGN, FN 99999 | 26.45 |
| DWAYNE LEE DUNCAN<br>116 CALVARY RD.<br>CONCORD, GA 30206 | 123.44 |
| MELINDA B. EVANS<br>3882D SW. HARBOR DR.<br>LEES SUMMIT, MO 64082 | 62.88 |
| STEPHANIE L. FLETCHALL<br>8015 N. HICKORY #8312<br>KANSAS CITY, MO 64118 | 19.40 |
| AN QI GUO<br>177 WHITE PLAINS ROAD, APT. 15E<br>TARRYTOWN, NY 10591 | 52.90 |
| DELANE R. HULTMAN<br>37617 VINTAGE DR.<br>PALMDALE, CA 93550 | 68.56 |
| JOHNSON FAITH<br>PO BOX 33897<br>INDIALANTIC, FL 32903 | 233.74 |
| DONNA LIERZ<br>8164 CONSTANCE<br>LENEXA, KS 66215 | 109.33 |

| | |
|---|---:|
| MERL B. LINDNER<br>BOX 633<br>GARDEN CITY, KS 67846 | 133.79 |
| DAIMING LIU<br>71 DEMAREST PL<br>MAYWOOD, NJ 07607 | 130.49 |
| PAMELA S. LOGGINS<br>PO BOX 2313<br>GREENWOOD, SC 29649 | 63.13 |
| JOSEPH P. MORGAN III.<br>202 SUMMIT POINTE WAY NE<br>ATLANTA, GA 31029 | 63.20 |
| BROOKE RAWLS<br>2605 ROSEANN CT.<br>NORTHPOLE, AK 99705 | 27.51 |
| DANIEL R RODREICK<br>3855 CEDAR VALLEY DRIVE<br>HELENA, MT 59602 | 133.32 |
| LAURA R. ROSE<br>C/O PAUL WINBORNE<br>POST OFFICE BOX 1547<br>RALEIGH, NC 27602 | 62.79 |
| KIRAN TIWANA<br>13368-61 A AVE.<br>SURREY, BC V3X1L9<br>FOREIGN, FN 99999 | 64.54 |
| MATTHEW M. TRUE<br>PO BOX 2699<br>HAVELOCK, NC 28532 | 133.74 |
| ROBERT J. VEROULIS<br>601 W. KENT<br>MISSOULA, MT 59801 | 133.32 |
| **TOTAL** | **2,444.69** |

       2.      That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    February 25, 2009

    *s/s Holmes P. Harden*
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300