**SO ORDERED.**

**SIGNED this 25 day of February, 2009.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

```
          UNITED STATES BANKRUPTCY COURT
        EASTERN DISTRICT OF NORTH CAROLINA
                 RALEIGH DIVISION

   IN RE:                              CASE NO.:

   International Heritage, Inc.        98-02675-8-ATS

          DEBTOR                       CHAPTER 7
```

### O R D E R

The matter before the court is the motion to release unclaimed funds in the amount of $478.26 filed by Linda L. Miller on February 5, 2009.

The court finds that The Financial Resources Group, Inc. filed an application for payment of unclaimed monies on behalf of Ms. Miller on December 23, 2008. The motion was granted on December 30, 2008 and a check in the amount of $478.26 was mailed to The Financial Resources Group, Inc. on January 15, 2009. Inasmuch as the court is no longer holding money payable to Ms. Miller, the motion is denied.

"End of Document"