**SO ORDERED.**

**SIGNED this 25 day of February, 2009.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

```
          UNITED STATES BANKRUPTCY COURT
         EASTERN DISTRICT OF NORTH CAROLINA
                  RALEIGH DIVISION
```

IN RE:                                          CASE NO.:

International Heritage, Inc.                    98-02675-8-ATS

   **DEBTOR**                                   CHAPTER 7

**O R D E R**

The matter before the court is the motion to release unclaimed funds filed by John Costello, C.P.A. on February 6. 2009. The motion seeks recovery of money owed to Timothy Lee Few in the amount of $522.54.

The court finds that on November 14, 2008, Mr. Few filed a motion to withdraw monies owed to him in the amount of $522.54. The motion was granted on November 26, 2008, and a check has been mailed directly to Mr. Few. Inasmuch as the court is not holding any money payable to Mr. Few, the motion to release unclaimed funds filed by John Costello, C.P.A. is denied.

"End of Document"