**SO ORDERED.**

**SIGNED this 25 day of February, 2009.**

_____
**A. Thomas Small
United States Bankruptcy Judge**

_____

```
             UNITED STATES BANKRUPTCY COURT
           EASTERN DISTRICT OF NORTH CAROLINA
                    RALEIGH DIVISION
```

| IN RE: | CASE NO.: |
|---|---|
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

O R D E R

       The matter before the court is the motion to release unclaimed funds filed by Stacey R. Calvert on February 9. 2009. The motion seeks recovery of $477.90.

       The court finds that only the amount of $414.80 payable to Ms. Calvert is being held by the court and should be paid to Ms. Calvert. Accordingly, pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay $414.80 to Stacey R. Calvert, 2379 Barren River Dam Road, Scottsville, KY 42164.

       "End of Document"