**SO ORDERED.**

**SIGNED this 25 day of February, 2009.**

_____
**A. Thomas Small**
**United States Bankruptcy Judge**

_____

```
        UNITED STATES BANKRUPTCY COURT
        EASTERN DISTRICT OF NORTH CAROLINA
                RALEIGH DIVISION
```

| IN RE: | CASE NO.: |
|---|---|
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

### O R D E R

The matter before the court is the motion to release unclaimed funds filed by S. Gene Calvert on February 9. 2009. The motion seeks recovery of $414.80.

The court finds that the motion should be allowed; however, the amount of $477.90 payable to Mr. Calvert is being held by the court. The full amount should be paid to Mr. Calvert. Accordingly, pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay $477.90 to S. Gene Calvert, 2379 Barren River Dam Road, Scottsville, KY 42164.

"End of Document"