**SO ORDERED.**

**SIGNED this 25 day of February, 2009.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO.: |
|---|---|
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

O R D E R

The matter before the court is the motion to release unclaimed funds in the amount of $441.04 filed by Liang Hua Hu on February 13, 2009.

The court finds that Dilks & Knopik, LLC filed an application for release of unclaimed funds on behalf of Mr. Hu on January 16, 2009. The motion was granted on January 26, 2009 and a check in the amount of $441.01 was mailed to Dilks & Knopik, LLC on February 5, 2009. Inasmuch as the court is no longer holding money payable to Mr. Hu, the motion is denied.

"End of Document"