UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.:98-02675-5-ATS |
| INTERNATIONAL HERITAGE, INC. | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

**WITHDRAWAL OF TRUSTEE'S NOTICE AND APPLICATION FOR COMPENSATION OF ACCOUTANT**

NOW COMES Holmes P. Harden, Trustee in the above-captioned case, and withdraws his Application and Notice of Accountant's Compensation filed with the court on February 17, 2009 as docket number 18223. The correct Application and Notice of Application are filed under docket number 18224.

Respectfully submitted this the 26th day of February, 2008.

WILLIAMS MULLEN


BY: */s/ Holmes P. Harden*
Holmes P. Harden, Trustee
State Bar No. 9835
3200 Beechleaf Court
Post Office Drawer 19764
Raleigh, North Carolina  27619-9764
Telephone:  919/981-4000

579249

CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing Withdrawal of Trustee's *Notice and Application for Compensation of Accoutant* was served upon all parties of record as indicated below either by electronic service via the CM/ECF system or by mailing a copy thereof at the addresses indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service in Raleigh, North Carolina, on the 26th day of February, 2009.

WILLIAMS MULLEN

BY: */s/ Holmes P. Harden*
Holmes P. Harden
P. O. Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

**SERVED VIA CM/ECF OR VIA EMAIL:**

| | |
|---|---|
| Marjorie K. Lynch<br>Bankruptcy Administrator's Office<br>marjorie_lynch@nceba.uscourts.gov | |
| | |

579249