**SO ORDERED.**

**SIGNED this 25 day of February, 2009.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

```
            UNITED STATES BANKRUPTCY COURT
         EASTERN DISTRICT OF NORTH CAROLINA
                   RALEIGH DIVISION

    IN RE:                              CASE NO.:

    International Heritage, Inc.        98-02675-8-ATS

         DEBTOR                         CHAPTER 7
```

O R D E R

The matter before the court is the motion to release unclaimed funds in the amount of $478.26 filed by Linda L. Miller on February 5, 2009.

The court finds that The Financial Resources Group, Inc. filed an application for payment of unclaimed monies on behalf of Ms. Miller on December 23, 2008. The motion was granted on December 30, 2008 and a check in the amount of $478.26 was mailed to The Financial Resources Group, Inc. on January 15, 2009. Inasmuch as the court is no longer holding money payable to Ms. Miller, the motion is denied.

"End of Document"

# CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: barnes_da           Page 1 of 1                  Date Rcvd: Feb 25, 2009
Case: 98-02675                Form ID: pdf014           Total Served: 1

The following entities were served by first class mail on Feb 27, 2009.
cr           +Linda L. Miller,   504 Coventry Ct.,   Helena, MT 59601-5683

The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 27, 2009**                      **Signature:**       _Joseph Speetjens_