**SO ORDERED.**

**SIGNED this 25 day of February, 2009.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

```
        UNITED STATES BANKRUPTCY COURT
        EASTERN DISTRICT OF NORTH CAROLINA
                RALEIGH DIVISION
```

| | |
|---|---|
| IN RE: | CASE NO.: |
| International Heritage, Inc. | 98-02675-8-ATS |
| DEBTOR | CHAPTER 7 |

### O R D E R

The matter before the court is the motion to release unclaimed funds filed by John Costello, C.P.A. on February 6. 2009. The motion seeks recovery of money owed to Timothy Lee Few in the amount of $522.54.

The court finds that on November 14, 2008, Mr. Few filed a motion to withdraw monies owed to him in the amount of $522.54. The motion was granted on November 26, 2008, and a check has been mailed directly to Mr. Few.  Inasmuch as the court is not holding any money payable to Mr. Few, the motion to release unclaimed funds filed by John Costello, C.P.A. is denied.

"End of Document"

# CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: barnes_da          Page 1 of 1           Date Rcvd: Feb 25, 2009
Case: 98-02675                Form ID: pdf014          Total Served: 1

The following entities were served by first class mail on Feb 27, 2009.
cr           +Timothy L. Few,   293 Sleeping Hills Farm Rd.,   Martinsville, VA 24112-7165

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 27, 2009**                    **Signature:** _Joseph Speetjens_