**SO ORDERED.**

**SIGNED this 25 day of February, 2009.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

```
            UNITED STATES BANKRUPTCY COURT
          EASTERN DISTRICT OF NORTH CAROLINA
                    RALEIGH DIVISION
```

| IN RE: | CASE NO.: |
|---|---|
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

O R D E R

The matter before the court is the motion to release unclaimed funds filed by Stacey R. Calvert on February 9. 2009. The motion seeks recovery of $477.90.

The court finds that only the amount of $414.80 payable to Ms. Calvert is being held by the court and should be paid to Ms. Calvert. Accordingly, pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay $414.80 to Stacey R. Calvert, 2379 Barren River Dam Road, Scottsville, KY 42164.

"End of Document"

# CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: barnes_da           Page 1 of 1            Date Rcvd: Feb 25, 2009
Case: 98-02675                Form ID: pdf014           Total Served: 1

The following entities were served by first class mail on Feb 27, 2009.
cr           +Stacey R. Calvert,   2379 Barren River Dam Road,   Scottsville, KY 42164-9280

The following entities were served by electronic transmission.
NONE.                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 27, 2009**                    **Signature:**    _Joseph Speetjens_