**SO ORDERED.**

**SIGNED this 25 day of February, 2009.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

```
        UNITED STATES BANKRUPTCY COURT
        EASTERN DISTRICT OF NORTH CAROLINA
              RALEIGH DIVISION
```

| | |
|---|---|
| IN RE: | CASE NO.: |
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

O R D E R

       The matter before the court is the motion to release unclaimed funds filed by S. Gene Calvert on February 9. 2009. The motion seeks recovery of $414.80.

       The court finds that the motion should be allowed; however, the amount of $477.90 payable to Mr. Calvert is being held by the court. The full amount should be paid to Mr. Calvert. Accordingly, pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay $477.90 to S. Gene Calvert, 2379 Barren River Dam Road, Scottsville, KY 42164.

       "End of Document"

# CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: barnes_da            Page 1 of 1              Date Rcvd: Feb 25, 2009
Case: 98-02675                Form ID: pdf014            Total Served: 1

The following entities were served by first class mail on Feb 27, 2009.
cr           +S. Gene Calvert, Jr.,   2379 Barren River Dam Road,   Scottsville, KY 42164-9280
The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 27, 2009**                               **Signature:**   _Joseph Speetjens_