**SO ORDERED.**

**SIGNED this 25 day of February, 2009.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

```
            UNITED STATES BANKRUPTCY COURT
          EASTERN DISTRICT OF NORTH CAROLINA
                  RALEIGH DIVISION
```

| IN RE: | CASE NO.: |
|---|---|
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

## O R D E R

The matter before the court is the motion to release unclaimed funds in the amount of $441.04 filed by Liang Hua Hu on February 13, 2009.

The court finds that Dilks & Knopik, LLC filed an application for release of unclaimed funds on behalf of Mr. Hu on January 16, 2009. The motion was granted on January 26, 2009 and a check in the amount of $441.01 was mailed to Dilks & Knopik, LLC on February 5, 2009. Inasmuch as the court is no longer holding money payable to Mr. Hu, the motion is denied.

"End of Document"

# CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: barnes_da          Page 1 of 1              Date Rcvd: Feb 25, 2009
Case: 98-02675                Form ID: pdf014          Total Served: 1

The following entities were served by first class mail on Feb 27, 2009.
cr            Liang Hua Hu,   133 Sage Rd.,   Houston, TX   77056-1417

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 27, 2009**                               **Signature:** _Joseph Speetjens_