**SO ORDERED.**

**SIGNED this 06 day of March, 2009.**

_____
**A. Thomas Small**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: |
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

### O R D E R

The matter before the court is the motion to release funds filed by Phyllis M. Goldstein on February 19, 2009.  The motion requests the release of funds in the amount of $451.60.  The funds available for this creditor are $225.80.  A computer error posted the amount on the court's website twice in error.  Accordingly, the court finds that the amount of $225.80 constituting unclaimed funds is declared due to Phyllis M. Goldstein, c/o The Financial Resources Group, Inc., 700 Mechem Drive, Suite 8B, Ruidoso, NM 88345 by reasons stated in the motion filed in this case.  Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimant.

"End of Document"