**SO ORDERED.**

**SIGNED this 06 day of March, 2009.**

_____
**A. Thomas Small
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: |
| International Heritage, Inc. | 98-02675-8-ATS |
| DEBTOR | CHAPTER 7 |

O R D E R

The matter before the court is the motion to release funds filed by Phyllis M. Goldstein on February 19, 2009. The motion requests the release of funds in the amount of $451.60. The funds available for this creditor are $225.80. A computer error posted the amount on the court's website twice in error. Accordingly, the court finds that the amount of $225.80 constituting unclaimed funds is declared due to Phyllis M. Goldstein, c/o The Financial Resources Group, Inc., 700 Mechem Drive, Suite 8B, Ruidoso, NM 88345 by reasons stated in the motion filed in this case. Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimant.

"End of Document"

# CERTIFICATE OF NOTICE

```
District/off: 0417-5           User: barnes_da            Page 1 of 1            Date Rcvd: Mar 07, 2009
Case: 98-02675                 Form ID: pdf014            Total Served: 1

The following entities were served by first class mail on Mar 08, 2009.
cr            Phyllis M. Goldstein,    6105 Marlow Dr.,    Cumming, GA  30041-6114

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 08, 2009**                        **Signature:**     *Joseph Speetjens*