**SO ORDERED.**

**SIGNED this 13 day of April, 2009.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

```
            UNITED STATES BANKRUPTCY COURT
          EASTERN DISTRICT OF NORTH CAROLINA
                   RALEIGH DIVISION
```

| IN RE: | CASE NO.: |
|---|---|
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

### O R D E R

The matter before the court is the motion to release funds filed by The Financial Resources Group, Inc. on behalf of Nancy D. Gross on April 2, 2009. The motion requests the release of funds in the amount of $469.99. The funds available for this creditor are $477.05. Accordingly, the court finds that the amount of $477.05 constituting unclaimed funds is declared due to Nancy D. Gross, c/o The Financial Resources Group, Inc., 700 Mechem Drive, Suite 8B, Ruidoso, NM 88345 by reasons stated in the motion filed in this case. Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimant.

"End of Document"