**VAN–127** Notice To Creditor and Motion to Release Unclaimed Funds – Rev. 11/21/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
International Heritage, Inc.
  *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

NOTICE

The court received correspondence from you regarding unclaimed funds. Before any money can be released from the court, certain information must be provided. Since all required information has not been provided, the court will take no action on your request.

Attached is a form for your use in requesting release of the funds. After completing the form, attach proof of your identity (ex. copy of driver's license, passport, or other photo identification). The motion with your original signature should be mailed to the court at the address shown above. A copy must also be mailed to the U. S. Attorney at the address shown in the motion.

The court will consider your request for release of funds upon receipt of the motion containing all required information.

Stephanie J. Edmondson
Clerk of Court

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
International Heritage, Inc.
 ( debtor has no known aliases )
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

MOTION TO RELEASE UNCLAIMED FUNDS

1. A dividend check in the amount of $_____ was issued by the trustee to _____, creditor in the above referenced case("the creditor").

2. The dividend check was not negotiated by the creditor. Therefore, the trustee, pursuant to 11 U.S.C. § 347(a), delivered the unclaimed funds to the Clerk of the U. S. Bankruptcy Court for the Eastern District Of North Carolina. The United States Treasury is currently holding these funds.

3. The creditor's current address, and social security or tax identification number are:

Name:
Address:
Social Security/Tax ID#(must be complete #):

4. The creditor did not receive the dividend check for the following reason:

5. I am the creditor named in paragraph #1. To the best of my knowledge, no other party is entitled to these funds. Proof of my identity is attached (ex. copy of driver's license, passport, or other photo identification).

6. I hereby certify that a copy of the foregoing Motion to Release Unclaimed Funds was served upon the United States Attorney for the Eastern District of North Carolina, 310 New Bern Avenue, Suite 800, Federal Building, Raleigh, NC 27601.

Wherefore creditor requests that the court issue an order directing the clerk to make disbursement of said unclaimed funds for the benefit of the creditor.

Dated:

_____
Creditor's Signature