**SO ORDERED.**

**SIGNED this 13 day of April, 2009.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO.: |
|---|---|
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

O R D E R

The matter before the court is the motion to release funds filed by The Financial Resources Group, Inc. on behalf of Nancy D. Gross on April 2, 2009. The motion requests the release of funds in the amount of $469.99. The funds available for this creditor are $477.05. Accordingly, the court finds that the amount of $477.05 constituting unclaimed funds is declared due to Nancy D. Gross, c/o The Financial Resources Group, Inc., 700 Mechem Drive, Suite 8B, Ruidoso, NM 88345 by reasons stated in the motion filed in this case. Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimant.

"End of Document"

# CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: gurgone_c            Page 1 of 1             Date Rcvd: Apr 13, 2009
Case: 98-02675                Form ID: pdf014            Total Served: 1
```

The following entities were served by first class mail on Apr 15, 2009.
cr            Nancy D. Gross,   102 Lowe Blvd.,   Rainbow City, AL   35906-3132

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 15, 2009**                          **Signature:**    _Joseph Speetjens_