UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:

INTERNATIONAL HERITAGE INC.

DEBTOR(S)

CASE NO:

98-02675-5-ATS

CHAPTER 7

## REPORT ON UNCLAIMED DIVIDENDS

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1.   That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---:|
| PAMELA A. ALVARADO<br>20 DEERFEED PATH<br>EAST QUOGUE, NY 11942 | 70.41 |
| CHRISTOPHER G. BECK<br>703 MOORE ST., #309B<br>SAN MARCOS, TX 78666 | 59.75 |
| BENNIE L. BRUTON<br>COUNTY ROAD 3705 #10129<br>QUINLAN, TX 75474 | 27.74 |
| HELEN CHANG<br>1405 REDWOOD DR.<br>LOS ALTOS, CA 94024 | 52.90 |
| ALETHIA M. CORNEIL<br>275 EASY ST.<br>MISSOULA, MT 59802 | 27.51 |
| MICHAEL J. CRUTCHER<br>8300 DOUGLAS #800<br>DALLAS, TX 75225 | 123.44 |

| | |
|---|---:|
| CECILIA I. ERISMAN<br>P. O. BOX 511<br>SPRING HILL, KS 66083 | 141.08 |
| GLO-SUCCESS<br>1405 REDWOOD DR<br>LOS ALTOS, CA 94024 | 38.80 |
| THANE C HISAW<br>1245 SW GROVER #202<br>PORTLAND, OR 97201 | 52.90 |
| LINGHONG HUANG<br>167 BAY RIDGE AVE<br>BROOKLYN, NY 11220 | 17.63 |
| INTERNATIONAL MISSION, INC.<br>PO BOX 454<br>WAGRAM, NC 28396 | 131.87 |
| LILLY JACKSON<br>1902 WEST WALL ST.<br>HARRISONVILLE, MO 64701 | 97.29 |
| GEORGINA PADILLA<br>630 E EXPRESSWAY 83<br>SAN BENITO, TX 78586 | 28.09 |
| ANNA-LIZA A. PHAM<br>2186 STRATTON PLACE<br>SAN JOSE, CA 95131 | 91.21 |
| SHARON S. TAUR<br>1405 REDWOOD DR.<br>LOS ALTOS, CA 94024 | 52.90 |
| JODY L. TRAVIS<br>3010 WHIRLWIND<br>PEARLAND, TX 77581 | 74.09 |
| BONNIE P. VARON<br>3068 RIVERWOOD TERRACE<br>BIRMINGHAM, AL 35242 | 63.34 |
| JINLI ZENG | 52.90 |

| | |
|---|---:|
| 88 MUTUAL ST APT 608<br>TORONTO, ON M5B2N3<br>FOREIGN, FN 99999 | |
| QINGSU ZHANG<br>32-33 LEAVITT STREET<br>FLUSHING, NY 11354 | 123.44 |
| DOROTHY MAE VERMEULEN<br>P.O. BOX 181055<br>CORPUS CHRISTI, TX 78480 | 21.10 |
| DAVID C. HEIN<br>106 NELSON<br>SEDRO-WOOLLEY, WA 98284 | 133.84 |
| **TOTAL** | **1,482.23** |

2.      That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    May 12, 2009

*s/s Holmes P. Harden*

Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Drawer 19764
RALEIGH, NC  27619-9764
Telephone: (919) 981-4000
Facsimile: (919) 981-4300