**SO ORDERED.**

**SIGNED this 14 day of May, 2009.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                          CASE NO.:

International Heritage, Inc.                                    98-02675-8-ATS

      DEBTOR                                                    CHAPTER 7

O R D E R

    The matter before the court is the order entered May 11, 2009, granting the application filed by The Financial Resource Group, Inc. for payment of unclaimed monies in the amount of $478.31 to Mary H. Flowers. The court finds that the order should be revoked.

    On March 10, 2008, an application for release of unclaimed funds was filed by Dilks & Knopik, LLC for the release of $478.31 in unclaimed funds owed to Mary H. Flowers. The application was granted on April 3, 2008, and the funds have been paid to Mary H. Flowers c/o Dilks & Knopik, LLC. Therefore, the order entered May 11, 2009, is revoked and the application for payment of unclaimed monies filed by The Financial Resource Group, Inc. is DENIED.

"End of Document"