**SO ORDERED.**

**SIGNED this 14 day of May, 2009.**

_____
**A. Thomas Small
United States Bankruptcy Judge**

_____

```
        UNITED STATES BANKRUPTCY COURT
       EASTERN DISTRICT OF NORTH CAROLINA
               RALEIGH DIVISION
```

| | |
|---|---|
| **IN RE:** | **CASE NO.:** |
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

**O R D E R**

The matter before the court is the order entered May 11, 2009, granting the application filed by The Financial Resource Group, Inc. for payment of unclaimed monies in the amount of $478.31 to Mary H. Flowers. The court finds that the order should be revoked.

On March 10, 2008, an application for release of unclaimed funds was filed by Dilks & Knopik, LLC for the release of $478.31 in unclaimed funds owed to Mary H. Flowers. The application was granted on April 3, 2008, and the funds have been paid to Mary H. Flowers c/o Dilks & Knopik, LLC. Therefore, the order entered May 11, 2009, is revoked and the application for payment of unclaimed monies filed by The Financial Resource Group, Inc. is DENIED.

"End of Document"

# CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: barnes_da           Page 1 of 1              Date Rcvd: May 14, 2009
Case: 98-02675                Form ID: pdf014           Total Served: 2

The following entities were served by first class mail on May 16, 2009.
cr            Mary H. Flowers,   7225 Old Barn Rd,   Montgomery, AL   36117-3987
intp         +The Financial Resources Group, Inc.,   Larry L. Moses-General Manager,
              700 Mechem Drive, Suite 8B,   Ruidoso, NM 88345-6909

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 16, 2009**                    **Signature:**    _Joseph Speetjens_