**SO ORDERED.**

**SIGNED this 01 day of June, 2009.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: |
| International Heritage, Inc. | 98-02675-8-ATS |
| DEBTOR | CHAPTER 7 |

O R D E R

The matter before the court is the application for payment of unclaimed monies filed by Larry L. Moses, General Manager of The Financial Resources Group, Inc. on May 26, 2009. The application requests return of unclaimed funds owed to Jesse M. Williams.

The court finds that by order entered June 19, 2008, these funds were paid to Jesse M. Williams, c/o Dilks & Knopik, LLC. Since the court is no longer holding unclaimed funds due to Mr. Williams, the application filed by The Financial Resources Group, Inc. is denied.

"End of Document"