**SO ORDERED.**

**SIGNED this 01 day of June, 2009.**

_____

**A. Thomas Small**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO.: |
|---|---|
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

**O R D E R**

The matter before the court is the application for payment of unclaimed monies filed by Larry L. Moses, General Manager of The Financial Resources Group, Inc. on May 26, 2009. The application requests return of unclaimed funds owed to Jesse M. Williams.

The court finds that by order entered June 19, 2008, these funds were paid to Jesse M. Williams, c/o Dilks & Knopik, LLC. Since the court is no longer holding unclaimed funds due to Mr. Williams, the application filed by The Financial Resources Group, Inc. is denied.

"End of Document"

# CERTIFICATE OF NOTICE

```
District/off: 0417-5           User: barnes_da            Page 1 of 1                    Date Rcvd: Jun 01, 2009
Case: 98-02675                 Form ID: pdf014            Total Served: 2

The following entities were served by first class mail on Jun 03, 2009.
cr            Jesse M. Williams,    1809 Croom Dr.,    Montgomery, AL 36106-2728
intp         +The Financial Resources Group, Inc.,    Larry L. Moses-General Manager,
              700 Mechem Drive, Suite 8B,    Ruidoso, NM 88345-6909

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 03, 2009**                        Signature:   _Joseph Speetjens_