**SO ORDERED.**

**SIGNED this 04 day of June, 2009.**

_____
**A. Thomas Small**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.:** |
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

O R D E R

The matter before the court is the order entered January 2, 2009, denying the application for payment of funds to Douglas L. Forsburg filed by JM Partners, LLC. The motion was denied because Mr. Forsburg's social security number had not been provided to the court.

On February 23, 2009, JM Partners, LLC provided Mr. Forsburg's social security number. The court finds that Mr. Forsburg is entitled to recovery of the funds being held by the court. Accordingly, the order entered January 2, 2009 is revoked. The Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, is directed to pay the sum of $1180.48 to Douglas L. Forsburg c/o JM Partners, LLC, PO Box 29940, Richmond, VA 23242-0940.

"End of Document"