**SO ORDERED.**

**SIGNED this 04 day of June, 2009.**

_____
**A. Thomas Small
United States Bankruptcy Judge**

_____

```
            UNITED STATES BANKRUPTCY COURT
            EASTERN DISTRICT OF NORTH CAROLINA
                    RALEIGH DIVISION
```

| IN RE: | CASE NO.: |
|---|---|
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

### O R D E R

The matter before the court is the order entered January 2, 2009, denying the application for payment of funds to Douglas L. Forsburg filed by JM Partners, LLC. The motion was denied because Mr. Forsburg's social security number had not been provided to the court.

On February 23, 2009, JM Partners, LLC provided Mr. Forsburg's social security number. The court finds that Mr. Forsburg is entitled to recovery of the funds being held by the court. Accordingly, the order entered January 2, 2009 is revoked. The Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, is directed to pay the sum of $1180.48 to Douglas L. Forsburg c/o JM Partners, LLC, PO Box 29940, Richmond, VA 23242-0940.

"End of Document"

# CERTIFICATE OF NOTICE

```
District/off: 0417-5           User: barnes_da              Page 1 of 1           Date Rcvd: Jun 04, 2009
Case: 98-02675                 Form ID: pdf014              Total Served: 2

The following entities were served by first class mail on Jun 06, 2009.
cr            +Douglas L. Forsberg,    PO Box 2565,    Casper, WY 82602-2565

The following entities were served by electronic transmission on Jun 04, 2009.
cr            +Fax: 804-740-2973 Jun 04 2009 18:42:09      JM Partners, LLC,    Attn: John Marshall,
               12201 Gayton Road, Ste. 220,   Richmond, VA 23238-8204
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 06, 2009**                    **Signature:**   *Joseph Speetjens*