**VAN–120** Notice of Returned or Undeliverable Mail – Rev. 12/19/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
 ( debtor has no known aliases )
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–ATS
DATE FILED: November 25, 1998
CHAPTER: 7

TaxID: 56–1921093


NOTICE OF RETURNED OR UNDELIVERABLE MAIL

To: Stephani Wilson Humrickhouse


Re: 18224 – Application For Compensation for Adams Consulting Group, Accountant, Fee:$2178.00, Expenses:$314.60 filed by Holmes P Harden.


The trustee reported to the court that mail addressed to the creditor(s) listed below was returned or undeliverable. The creditor has been removed from the creditor mailing matrix and/or terminated from the party list . If you find a complete address for the creditor(s) listed below, you should immediately send a copy of the notice to that creditor(s) and file a certificate of service with the court. You should also docket the address change via text entry in CM/ECF.

Please be advised that a creditor's failure to receive some notice of the case could mean that the debt owed to that creditor may not be discharged.


Robert J. Marrigan Development Direct, Inc.
PO Box 650
Bedford, MA 01730–0650


DATED: June 16, 2009

Stephanie J. Edmondson
Clerk of Court