**VAN–120** Notice of Returned or Undeliverable Mail – Rev. 12/19/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
  ( debtor has no known aliases )
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–ATS
DATE FILED: November 25, 1998
CHAPTER: 7

TaxID: 56–1921093

NOTICE OF RETURNED OR UNDELIVERABLE MAIL

To: Stephani Wilson Humrickhouse

Re: 18224 – Application For Compensation for Adams Consulting Group, Accountant, Fee:$2178.00, Expenses:$314.60 filed by Holmes P Harden.

The trustee reported to the court that mail addressed to the creditor(s) listed below was returned or undeliverable. The creditor has been terminated from the party list, if applicable, but HAS NOT been removed from the creditor mailing matrix due to a proof of claim being filed in this case . If you find a complete address for the creditor(s) listed below, you should immediately send a copy of the notice to that creditor(s) and file a certificate of service with the court. You should also docket the address change via text entry in CM/ECF.

Please be advised that a creditor's failure to receive some notice of the case could mean that the debt owed to that creditor may not be discharged.

Stephanie P. Wyatt Coyle
Bascom & Bergman, PC
2520 Northwinds Pkwy #375
Alpharetta, GA 30004–2233

DATED: June 16, 2009

Stephanie J. Edmondson
Clerk of Court