VAN–120 Notice of Returned or Undeliverable Mail – Rev. 12/19/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
 ( debtor has no known aliases )

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

## NOTICE OF RETURNED OR UNDELIVERABLE MAIL

To: Stephani Wilson Humrickhouse

Re: 18224 – Application For Compensation for Adams Consulting Group, Accountant, Fee:$2178.00, Expenses:$314.60 filed by Holmes P Harden.

The trustee reported to the court that mail addressed to the creditor(s) listed below was returned or undeliverable. The creditor has been terminated from the party list, if applicable, but HAS NOT been removed from the creditor mailing matrix due to a proof of claim being filed in this case . If you find a complete address for the creditor(s) listed below, you should immediately send a copy of the notice to that creditor(s) and file a certificate of service with the court. You should also docket the address change via text entry in CM/ECF.

Please be advised that a creditor's failure to receive some notice of the case could mean that the debt owed to that creditor may not be discharged.

Stephanie P. Wyatt Coyle
Bascom & Bergman, PC
2520 Northwinds Pkwy #375
Alpharetta, GA 30004–2233

DATED: June 16, 2009

Stephanie J. Edmondson
Clerk of Court

# CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: barnes_da           Page 1 of 1              Date Rcvd: Jun 16, 2009
Case: 98-02675               Form ID: van120           Total Noticed: 1
```

The following entities were noticed by first class mail on Jun 18, 2009.
db           +International Heritage, Inc.,   C/O TERRI L. GARDNER,   POST OFFICE DRAWER 1389,
               RALEIGH, NC 27602-1389

The following entities were noticed by electronic transmission.
NONE.                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 18, 2009**                    **Signature:**    _Joseph Speetjens_