IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, | ) | |
|    INCORPORATED | ) | CASE NO. 98-02674-5-ATS |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

### RESPONSE TO MOTION TO COMPEL PROVISION OF INFORMATION CONCERNING THE ESTATE

NOW COMES Holmes P. Harden, Trustee in the above-referenced case, responding to Acstar Insurance Company's Motion to Compel Provision of Information Concerning the Estate (motion) dated June 11, 2009 and shows the court that the requested information has been provided to counsel for Acstar Insurance Company. The motion is therefore moot. Trustee requests that the motion be denied.

Respectfully submitted, this 26th day of June, 2009.

                        */s/ Holmes P. Harden*
                        Holmes P. Harden
                        Trustee for Debtor
                        Post Office Drawer 19764
                        Raleigh, North Carolina 27619
                        Telephone: (919) 981-4000

8125607_1.DOC

CERTIFICATE OF SERVICE

    I, Holmes P. Harden, do hereby certify that the foregoing ***Response to Motion to Compel*** was served upon all parties of record as indicated below by electronic service via the CM/ECF system on the 26th day of June, 2009.

                                  WILLIAMS MULLEN

                              BY: ***/s/ Holmes P. Harden***
                                  Holmes P. Harden
                                  P. O. Drawer 19764
                                  Raleigh, NC 27619
                                  Telephone: (919) 981-4000

***SERVED VIA CM/ECF:***

Paul A. Fanning
paf@wardandsmith.com