**VAN–117** Hearing Conference Worksheet – Rev. 01/31/2008

Date:_____    Time: _____    Place: _____

Date:_____    Time: _____    Place: _____

Date:_____    Time: _____    Place: _____

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*18559* – Motion To Compel Trustee To Provide Information Concerning the Estate filed by Paul A. Fanning on behalf of Acstar Insurance Company Responses due by 06/29/2009. (Fanning, Paul)

*18579* – Response to (related document(s): [18559] Motion To Compel filed by Creditor Acstar Insurance Company) filed by Holmes P Harden on behalf of Holmes P Harden (Harden, Holmes)

Stephani Wilson Humrickhouse
Nicholls & Crampton, P.A.
PO Box 18237
Raleigh, NC 27619
919 781–1311

Holmes P Harden
Williams Mullen
A Professional Corporation
P. O. Drawer 19764
Raleigh, NC 27619–9764
919 981–4000

DATED: June 29, 2009