VAN–057 Notice to Creditors and Other Parties In Interest – Rev. 04/02/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
  ( debtor has no known aliases )
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093


NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:   Thursday, July 16, 2009
TIME:   11:00 AM
PLACE:  Room 208, 300 Fayetteville Street, Raleigh, NC 27602

to consider and act on the following matters:

Motion To Compel Trustee To Provide Information Concerning the Estate filed by Paul A. Fanning on behalf of Acstar Insurance Company


and to transact all other business as may properly come before the court.

DATED: June 30, 2009

Stephanie J. Edmondson
Clerk of Court