IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-ATS |
| INTERNATIONAL HERITAGE, | ) | |
| INCORPORATED | ) | CASE NO. 98-02674-5-ATS |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## MOTION TO CONTINUE HEARING

NOW COMES Holmes P. Harden, Trustee in the above-referenced case, shows the Court as follows:

Acstar Insurance Company on June 11, 2009 filed a Motion to Compel Provision of Information Concerning the Estate . Trustee filed a response on June 26, 2009. The Court has scheduled a hearing on the Motion for July 16, 2009 at 11:00 a.m. Trustee plans to be out of town at the time of the scheduled hearing.

Wherefore, Trustee requests that the hearing scheduled for July 16, 2009 be continued to a later date.

Respectfully submitted, this 1st day of July, 2009.

*/s/ Holmes P. Harden*
Holmes P. Harden
Trustee for Debtor
Post Office Drawer 19764
Raleigh, North Carolina 27619
Telephone: (919) 981-4000

8128962_1.DOC

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing *Motion to Continue* was served upon all parties of record as indicated below by electronic service via the CM/ECF system on the 1st day of July, 2009.

WILLIAMS MULLEN

BY: /s/ *Holmes P. Harden*
Holmes P. Harden
P. O. Drawer 19764
Raleigh, NC 27619
Telephone: (919) 981-4000

**SERVED VIA CM/ECF:**

Paul A. Fanning
paf@wardandsmith.com

8128962_1.DOC