VAN–130 Order Continuing Hearing (Telephone) – Rev. 07/28/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
 ( debtor has no known aliases )
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

ORDER CONTINUING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the motion to continue is allowed. The hearing on the matter referenced below will be held by telephone as follows:

 DATE:   Monday, July 27, 2009
 TIME:   09:30 AM

to consider and act upon the following matters:

 Motion To Compel Trustee To Provide Information Concerning the Estate filed by Paul A. Fanning on
 behalf of Acstar Insurance Company

The hearing will involve the following parties at the telephone numbers as indicated below:

A. THOMAS SMALL
Paul Fanning 252–215–4000
Holmes P. Harden 919–981–4000

Mr. Fanning will iniiate the telephone conference. The cost of the call will be the responsibility of the initiating party. The operator shall be insructed to call the judge last at 919–856–4604.

DATED: July 9, 2009

                                                  A. THOMAS SMALL
                                                  United States Bankruptcy Judge