**VAN–130** Order Continuing Hearing (Telephone) – Rev. 07/28/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–ATS

DATE FILED: November 25, 1998

CHAPTER: 7

ORDER CONTINUING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the motion to continue is allowed. The hearing on the matter referenced below will be held by telephone as follows:

 DATE:   Monday, July 27, 2009
 TIME:   09:30 AM

to consider and act upon the following matters:

 Motion To Compel Trustee To Provide Information Concerning the Estate filed by Paul A. Fanning on
 behalf of Acstar Insurance Company

The hearing will involve the following parties at the telephone numbers as indicated below:

A. THOMAS SMALL
Paul Fanning 252–215–4000
Holmes P. Harden 919–981–4000

Mr. Fanning will iniiate the telephone conference. The cost of the call will be the responsibility of the initiating party. The operator shall be insructed to call the judge last at 919–856–4604.

DATED: July 9, 2009

                 A. THOMAS SMALL
                 United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: mcneill_a            Page 1 of 1              Date Rcvd: Jul 09, 2009
Case: 98-02675                Form ID: van130            Total Noticed: 1
```

The following entities were noticed by first class mail on Jul 11, 2009.
db           +International Heritage, Inc.,   C/O TERRI L. GARDNER,   POST OFFICE DRAWER 1389,
               RALEIGH, NC 27602-1389

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 11, 2009**                    **Signature:**    _Joseph Speetjens_