UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE: | CASE NO:

INTERNATIONAL HERITAGE INC. | 98-02675-5-ATS

DEBTOR(S) |

| CHAPTER 7

**REPORT ON UNCLAIMED DIVIDENDS**

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
| --- | --- |
| ELIZABETH C. HOLLINGSWORTH<br>3214 PERSHING<br>ALEXANDRIA, LA 71301 | 92.07 |
| THOMAS J. QUELET<br>1754 CAPE CORAL #109<br>CAPE CORAL, FL 33904 | 504.40 |
| FREDDIE TURNER<br>11819 HIGHDESERT CT.<br>JACKSONVILLE, FL 32218 | 530.05 |
| **TOTAL** | 1,126.52 |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED: July 9, 2009

                                          */s/ Holmes P. Harden*
                                          Holmes P. Harden, Trustee
                                          State Bar No. 9835
                                          Post Office Drawer 19764
                                          RALEIGH, NC 27619-9764
                                          Telephone: (919) 981-4000
                                          Facsimile: (919) 981-4300