# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | |
| INTERNATIONAL HERITAGE, | ) | CASE NOS.:  98-02675-5-ATS and |
| INCORPORATED | ) | 98-02674-5-ATS |
| | ) | |
| DEBTORS | ) | CHAPTER 7 |

## WITHDRAWAL OF MOTION TO COMPEL PROVISION OF INFORMATION CONCERNING THE ESTATE

Acstar Insurance Company, a duly scheduled creditor, by and through their undersigned attorney hereby withdraws the Motion to Compel Provision of Information Concerning the Estate filed herein on June 11, 2009.

This the 14th day of July, 2009.

/s/ *Paul A. Fanning*_____
Paul A. Fanning
N.C. State Bar I.D. No.:  025477
E-mail: paf@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 8088
Greenville, NC  27835-8088
Telephone:  (252) 215-4000
Facsimile:  (252) 215-4077
Attorneys for Acstar Insurance Company

## **CERTIFICATE OF SERVICE**

       I hereby certify that I have this day served a copy of the foregoing WITHDRAWAL OF MOTION TO COMPEL PROVISION OF INFORMATION CONCERNING THE ESTATE by electronic notice or by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail addressed to the following person at the following address which is the last address known to me:

       Mr. Holmes P. Harden
       Williams, Mullen, Maup & Taylor
       PO Drawer 19764
       Raleigh, NC  27619-9764

This the 14th day of July, 2009.

       /s/ *Paul A. Fanning*_____
       Paul A. Fanning
       N.C. State Bar I.D. No.:  025477
       E-mail:  paf@wardandsmith.com
       For the firm of
       Ward and Smith, P.A.
       Post Office Box 8088
       Greenville, NC  27835-8088
       Telephone:  (252) 215-4000
       Facsimile:  (252) 215-4077
       Attorneys for Acstar Insurance Company

990138-00001-001
ND: 4826-5928-4484, v.  1