FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

| Case No: | 98-02675-5-ATS | Judge: ATS | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Date Filed (f) or Converted (c): | 11/25/98 (f) |
| | | | 341(a) Meeting Date: | 12/30/98 |
| For Period Ending: | 06/30/09 | | Claims Bar Date: | 03/30/99 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Accounts Receivable   Funds from Brent Wood's special account. Mr. Wood said funds were from credit card processes and a small liquidation of assets on Wicker Drive. | Unknown | 0.00 | | 12,019.61 | FA | 0.00 | 0.00 |
| 2. Funds in Bank Account   Centura Bank CD Acct. #0219785949 to close | Unknown | 0.00 | | 26,559.96 | FA | 0.00 | 0.00 |
| 3. Refunds-Income Tax | Unknown | 737.49 | | 737.49 | FA | 0.00 | 0.00 |
| 4. Payment on Judgment for Embezzlement | Unknown | 6,386.68 | | 6,386.68 | FA | 0.00 | 0.00 |
| 5. Refunds-Other | Unknown | 7,563.74 | | 12,316.22 | 0.00 | 0.00 | 0.00 |
| 6. Golf logo | Unknown | 0.00 | | 500.00 | FA | 0.00 | 0.00 |
| 7. Merchant Bankcard refunds | Unknown | 0.00 | | 955.93 | FA | 0.00 | 0.00 |
| 8. Auction Proceeds | Unknown | 22,635.00 | | 22,635.00 | FA | 0.00 | 0.00 |
| 9. Sale of database list | Unknown | 15,000.00 | | 15,000.00 | FA | 0.00 | 0.00 |
| 10. Cash Bonds 98CV011169 | Unknown | 2,500.00 | | 10,000.00 | FA | 0.00 | 0.00 |
| 11. Post-Petition Interest Deposits (u) | 0.00 | 280,632.39 | | 464,604.96 | 0.00 | 0.00 | 0.00 |
| 12. Postage Refund   Postage Meter refund | Unknown | 0.00 | | 7,292.15 | FA | 0.00 | 0.00 |
| 13. Executive Risk Settlement | Unknown | 1,787,500.00 | | 1,787,500.00 | FA | 0.00 | 0.00 |
| 14. SEC Settlement   First scheduled payment on settlement | Unknown | 0.00 | | 4,315,308.30 | FA | 0.00 | 0.00 |
| 15. Preference Payments (u) | Unknown | 0.00 | | 485,684.27 | FA | 0.00 | 0.00 |
| 16. Collection (u)   Collection of Duke Realty Rent | Unknown | 0.00 | | 6,000.00 | FA | 0.00 | 0.00 |
| 17. Erie Insurance Settlement | Unknown | 0.00 | | 60,000.00 | FA | 0.00 | 0.00 |
| 18. Kecia Peterson Judgment (u)   Paid off in full on 11/1/04 | 0.00 | 17,332.99 | | 17,332.99 | FA | 0.00 | 0.00 |

Gross Value of Remaining Assets

LFORM1EX

Ver: 14.31c

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| Case No: | 98-02675-5-ATS | Judge: ATS |
|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 11/25/98 (f) |
| 341(a) Meeting Date: | 12/30/98 |
| Claims Bar Date: | 03/30/99 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| TOTALS (Excluding Unknown Values) | $0.00 | $2,140,288.29 | | $7,250,833.56 | $0.00 | $0.00 | $0.00 |

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

See court docket for form 2 filed with the court on July 20, 2009. A final distribution of funds is pending and will occur in 2009. The account balance as of 4/28/09 is $1,677,480.40.

Initial Projected Date of Final Report (TFR): 12/30/01    Current Projected Date of Final Report (TFR): 12/31/09

/s/    HOLMES P. HARDEN, TRUSTEE
_____    Date: 07/20/09
HOLMES P. HARDEN, TRUSTEE

LFORM1EX

Ver: 14.31c