**SO ORDERED.**

**SIGNED this 24 day of August, 2009.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

```
              UNITED STATES BANKRUPTCY COURT
              EASTERN DISTRICT OF NORTH CAROLINA
                     RALEIGH DIVISION

IN RE:                                  CASE NO.:

International Heritage, Inc.            98-02675-8-ATS

      DEBTOR                            CHAPTER 7
```

O R D E R

The matter before the court is the application for payment of unclaimed monies filed by The Financial Resources Group, Inc. on behalf of Inez Fuqua on August 18, 2009. The motion requests the release of funds in the amount of $954.22. The funds available for this creditor are $477.11. A computer error posted the amount on the court's website twice in error. Accordingly, the court finds that the amount of $477.l11 constituting unclaimed funds is declared due to Inez Fuqua, c/o The Financial Resources Group, Inc., 700 Mechem Drive, Suite 8B, Ruidoso, NM 88345 by reasons stated in the motion filed in this case. Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimant.

"End of Document"