**SO ORDERED.**

**SIGNED this 24 day of August, 2009.**

_____

**A. Thomas Small
United States Bankruptcy Judge**

_____

```
            UNITED STATES BANKRUPTCY COURT
            EASTERN DISTRICT OF NORTH CAROLINA
                    RALEIGH DIVISION

    IN RE:                              CASE NO.:

    International Heritage, Inc.        98-02675-8-ATS

            DEBTOR                      CHAPTER 7
```

### O R D E R

The matter before the court is the application for payment of unclaimed monies filed by The Financial Resources Group, Inc. on behalf of Inez Fuqua on August 18, 2009. The motion requests the release of funds in the amount of $954.22. The funds available for this creditor are $477.11. A computer error posted the amount on the court's website twice in error. Accordingly, the court finds that the amount of $477.l11 constituting unclaimed funds is declared due to Inez Fuqua, c/o The Financial Resources Group, Inc., 700 Mechem Drive, Suite 8B, Ruidoso, NM 88345 by reasons stated in the motion filed in this case. Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimant.

"End of Document"

# CERTIFICATE OF NOTICE

```
District/off: 0417-5           User: gibson_ai            Page 1 of 1            Date Rcvd: Aug 24, 2009
Case: 98-02675                 Form ID: pdf014            Total Noticed: 2
```

The following entities were noticed by first class mail on Aug 26, 2009.
cr           +Inez Fuqua,    PO Box 589,    Navasota, TX 77868-0589
intp         +The Financial Resources Group, Inc.,    Larry L. Moses-General Manager,
               700 Mechem Drive, Suite 8B,    Ruidoso, NM 88345-6909

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 26, 2009**                    **Signature:**       _Joseph Speetjens_