# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 98-02675-5-JRL | Judge: JRL | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | | | Date Filed (f) or Converted (c): | 11/25/98 (f) |
| | | | | 341(a) Meeting Date: | 12/30/98 |
| For Period Ending: | 09/30/09 | | | Claims Bar Date: | 03/30/99 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Accounts Receivable<br>Funds from Brent Wood's special account. Mr. Wood said funds were from credit card processes and a small liquidation of assets on Wicker Drive. | Unknown | 12,019.61 | | 12,019.61 | FA | 0.00 | 0.00 |
| 2. Funds in Bank Account<br>Centura Bank CD Acct. #0219785949 to close | Unknown | 26,559.96 | | 26,559.96 | FA | 0.00 | 0.00 |
| 3. Refunds-Income Tax | Unknown | 737.49 | | 737.49 | FA | 0.00 | 0.00 |
| 4. Payment on Judgment for Embezzlement | Unknown | 6,386.68 | | 6,386.68 | FA | 0.00 | 0.00 |
| 5. Refunds-Other | Unknown | 12,316.22 | | 12,316.22 | FA | 0.00 | 0.00 |
| 6. Golf logo | Unknown | 500.00 | | 500.00 | FA | 0.00 | 0.00 |
| 7. Merchant Bankcard refunds | Unknown | 955.93 | | 955.93 | FA | 0.00 | 0.00 |
| 8. Auction Proceeds | Unknown | 22,635.00 | | 22,635.00 | FA | 0.00 | 0.00 |
| 9. Sale of database list | Unknown | 15,000.00 | | 15,000.00 | FA | 0.00 | 0.00 |
| 10. Cash Bonds 98CV011169 | Unknown | 10,000.00 | | 10,000.00 | FA | 0.00 | 0.00 |
| 11. Post-Petition Interest Deposits (u) | 0.00 | 464,719.07 | | 464,943.30 | 0.00 | 0.00 | 0.00 |
| 12. Postage Refund<br>Postage Meter refund | Unknown | 7,292.15 | | 7,292.15 | FA | 0.00 | 0.00 |

Page: 1

LFORM1EX                                                                                                                                   Ver: 15.01

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| Case No: | 98-02675-5-JRL    Judge: JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | Date Filed (f) or Converted (c): | 11/25/98 (f) |
| | | 341(a) Meeting Date: | 12/30/98 |
| | | Claims Bar Date: | 03/30/99 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 13. Executive Risk Settlement | Unknown | 1,787,500.00 | | 1,787,500.00 | FA | 0.00 | 0.00 |
| 14. SEC Settlement    First scheduled payment on settlement | Unknown | 4,315,308.30 | | 4,315,308.30 | FA | 0.00 | 0.00 |
| 15. Preference Payments (u) | Unknown | 485,684.27 | | 485,684.27 | FA | 0.00 | 0.00 |
| 16. Collection (u)    Collection of Duke Realty Rent | Unknown | 6,000.00 | | 6,000.00 | FA | 0.00 | 0.00 |
| 17. Erie Insurance Settlement | Unknown | 60,000.00 | | 60,000.00 | FA | 0.00 | 0.00 |
| 18. Kecia Peterson Judgment (u)    Paid off in full on 11/1/04 | 0.00 | 17,332.99 | | 17,332.99 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $0.00 | $7,250,947.67 | | $7,251,171.90 | $0.00 | $0.00 | $0.00 |

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

See court docket for form 2 filed with the court on October 20, 2009. A final distribution of funds is pending and will occur in 2009. The account balance as of 10/20/09 $1,673,598.15. A final distribution of funds is pending and Trustee is working on administrative payments at this time in preparation for closing.

Initial Projected Date of Final Report (TFR): 12/30/01      Current Projected Date of Final Report (TFR): 12/31/09

/s/    HOLMES P. HARDEN, TRUSTEE

LFORM1EX        Ver: 15.01

Page: 3

Ver. 15.01

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:     98-02675-5-JRL     Judge: JRL
Case Name:   INTERNATIONAL HERITAGE INC.

Trustee Name:                      HOLMES P. HARDEN, TRUSTEE
Date Filed (f) or Converted (c):   11/25/98 (f)
341(a) Meeting Date:               12/30/98
Claims Bar Date:                   03/30/99

Date: 10/20/09

_____
HOLMES P. HARDEN, TRUSTEE

LFORM1EX

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Case No: 98-02675-5-JRL
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: *******1191
For Period Ending: 09/30/09

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: ******6518 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 1,678,500.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 57,823.03 |
| 07/31/09 | 11 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 2.46 | | 57,825.49 |
| 08/31/09 | 11 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 2.46 | | 57,827.95 |
| 09/30/09 | 11 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 2.38 | | 57,830.33 |

COLUMN TOTALS                                  7.30        0.00
      Less: Bank Transfers/CD's               0.00        0.00
Subtotal                                       7.30        0.00
      Less: Payments to Debtors                            0.00
Net                                            7.30        0.00

                                                         57,830.33

Page Subtotals        7.30        0.00

Ver. 15.01
LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No.: | 98-02675-5-JRL | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | ********6521 Checking - Non Interest |
| Taxpayer ID No: | *******1191 | | Blanket Bond (per case limit): | $ 1,678,500.00 |
| For Period Ending: | 09/30/09 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/08/09 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 52.11 | | 52.11 |
| 07/08/09 | 001219 | AT&T | Telephone Service 919 876-2161 450 0364 | 2990-000 | | 52.11 | 0.00 |
| 07/14/09 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 255.57 | | 255.57 |
| 07/14/09 | 001220 | Recall Total Information Mgmt 015295 Collecitons Center Drive Chicago, IL 60693 | STORAGE UNIT RENTAL Invoice # 1070536951 | 2410-000 | | 223.71 | 31.86 |
| 07/14/09 | 001221 | AT&T P. O. Box 9001310 Louisville, KY 40290-1310 | Telephone Service 919 790-0128 | 2990-000 | | 31.86 | 0.00 |
| 07/20/09 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 90.18 | | 90.18 |
| 07/20/09 | 001222 | AT&T | Telephone Service 020 713 6257 001 | 2990-000 | | 58.32 | 31.86 |
| 07/20/09 | 001223 | AT&T | Telephone Service 056 332-1488 001 | 2990-000 | | 31.86 | 0.00 |
| 07/24/09 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 75.41 | | 75.41 |
| 07/24/09 | 001224 | AT&T | Telephone Service 919 790-0128 010 0363 | 2990-000 | | 75.41 | 0.00 |
| 08/10/09 | | Transfer from Acct #*******6534 | Bank Funds Transfer | 9999-000 | 51.98 | | 51.98 |
| 08/10/09 | | Transfer from Acct #*******6848 | Bank Funds Transfer | 9999-000 | 70.00 | | 121.98 |
| 08/10/09 | 001225 | AT&T | Telephone Service 919 876-2161 450 0364 | 2990-000 | | 51.98 | 70.00 |
| 08/10/09 | 001226 | U. S. Postal Master | chapter 7 administrative expense P. O. Box rent on #536 | 2990-000 | | 70.00 | 0.00 |
| 08/12/09 | | Transfer from Acct #*******6819 | TRANSFER TO WRITE CHECKS | 9999-000 | 10.00 | | 10.00 |
| 08/12/09 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 255.57 | | 265.57 |
| 08/12/09 | 001227 | Recall Total Information 015295 Collections Center Drive Chicago, IL 60693 | STORAGE UNIT RENTAL Inv. #1070555744 | 2410-000 | | 233.71 | 31.86 |
| | | | Page Subtotals | | 860.82 | 828.96 | |

Ver. 15.01

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 98-02675-5-JRL | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | BANK OF AMERICA |
| Taxpayer ID No: | ********1191 | | Account Number / CD #: | *******6521 Checking - Non Interest |
| For Period Ending: | 09/30/09 | | Blanket Bond (per case limit): | $ 1,678,500.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/12/09 | 001228 | AT&T | Telephone Service | 2990-000 | | 31.86 | 0.00 |
| | | | 919 790 0128 | | | | |
| 08/18/09 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 56.54 | | 56.54 |
| 08/18/09 | 001229 | AT&T | Telephone Service | 2990-000 | | 56.54 | 0.00 |
| | | | 020 713 6257 001 | | | | |
| 08/27/09 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 267.58 | | 267.58 |
| 08/27/09 | 001230 | AT&T | Telephone Service | 2990-004 | | 152.72 | 114.86 |
| * | | | 919 790-0128 010 0363 | | | | |
| 08/27/09 | 001231 | AT&T | Telephone Service | 2990-004 | | 31.86 | 83.00 |
| * | | | 056 332-1488 001 | | | | |
| 08/27/09 | 001232 | Mary Michael Denning | Temporary Service | 2990-000 | | 83.00 | 0.00 |
| | | | 5 1/2 hours @ $15 | | | | |
| 09/11/09 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 10.00 | | 10.00 |
| 09/11/09 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 275.76 | | 285.76 |
| 09/11/09 | 001233 | Recall Total Mgmt. | STORAGE UNIT RENTAL | 2410-000 | | 233.71 | 52.05 |
| | | | Invoice 1070579864 | | | | |
| 09/11/09 | 001234 | AT&T | Telephone Service | 2990-000 | | 52.05 | 0.00 |
| | | | 919 876-2161 450 0364 | | | | |
| 09/15/09 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 32.16 | | 32.16 |
| 09/15/09 | 001235 | AT&T | Telephone Service | 2990-000 | | 32.16 | 0.00 |
| | | | 919 790 0128 | | | | |
| 09/22/09 | 001230 | AT&T | Stop Payment Reversal | 2990-004 | | -152.72 | 152.72 |
| * | | | STOP PAY ADD SUCCESSFUL | | | | |
| 09/22/09 | 001231 | AT&T | Stop Payment Reversal | 2990-004 | | -31.86 | 184.58 |
| * | | | STOP PAY ADD SUCCESSFUL | | | | |
| 09/23/09 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 277.01 | | 461.59 |
| 09/23/09 | 001236 | AT&T | Telephone Service | 2990-000 | | 152.72 | 308.87 |
| | | | 919790-0128 010 0363 | | | | |
| 09/23/09 | 001237 | AT&T | Telephone Service | 2990-000 | | 55.27 | 253.60 |
| | | | 020 713 6257 001 | | | | |
| | | | Page Subtotals | | 919.05 | 697.31 | |

LFORM24

Ver. 15.01

Page: 4

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-JRL
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: *******1191
For Period Ending: 09/30/09

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6521 Checking - Non Interest

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 1,678,500.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/23/09 | 001238 | AT&T | Telephone Service 056 332-1488 001 | 2990-000 | | 64.02 | 189.58 |
| 09/23/09 | | Transfer to Acct #*******6819 | Bank Funds Transfer | 9999-000 | | 189.58 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 1,779.87 | 1,779.87 |
| Less: Bank Transfers/CD's | 1,779.87 | 189.58 |
| Subtotal | 0.00 | 1,590.29 |
| Less: Payments to Debtors | | 0.00 |
| Net | 0.00 | 1,590.29 |

Page Subtotals  0.00  253.60

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6534 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 09/30/09 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | BALANCE FORWARD | | | | 21,115.02 |
| 07/31/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.54 | | 21,115.56 |
| 08/10/09 | 11 | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 51.98 | 21,063.58 |
| 08/31/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.54 | | 21,064.12 |
| 09/30/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.52 | | 21,064.64 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 1.60 | 51.98 |
| Less: Bank Transfers/CDs | 0.00 | 51.98 |
| Subtotal | 1.60 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 1.60 | 0.00 |

21,064.64

Page Subtotals    1.60    51.98

Ver. 15.01

LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

| Case No: | 98-02675-5-JRL | | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE | |
| Case Name: | INTERNATIONAL HERITAGE INC. | | | Bank Name: | BANK OF AMERICA | |
| Taxpayer ID No: | *******1191 | | | Account Number / CD #: | *******6819 Money Market - Interest Bearing | |
| For Period Ending: | 09/30/09 | | | Blanket Bond (per case limit): | | |
| | | | | Separate Bond (if applicable): | $ 1,678,500.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 1,036,115.16 |
| 07/08/09 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 52.11 | 1,036,063.05 |
| 07/14/09 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 255.57 | 1,035,807.48 |
| 07/20/09 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 90.18 | 1,035,717.30 |
| 07/24/09 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 75.41 | 1,035,641.89 |
| 07/31/09 | 11 | BANK OF AMERICA | Interest Rate  0.090 | 1270-000 | 79.18 | | 1,035,721.07 |
| 08/12/09 | | Transfer to Acct #*******6521 | TRANSFER TO WRITE CHECKS | 9999-000 | | 10.00 | 1,035,711.07 |
| 08/12/09 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 255.57 | 1,035,455.50 |
| 08/17/09 | 001089 | International Sureties, Ltd. 701 Poydras Street, Ste. 420 New Orleans, LA  70139 | Trustee Bond #016028231 | 2300-000 | | 1,889.00 | 1,033,566.50 |
| 08/18/09 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 56.54 | 1,033,509.96 |
| 08/27/09 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 267.58 | 1,033,242.38 |
| 08/31/09 | 11 | BANK OF AMERICA | Interest Rate  0.090 | 1270-000 | 79.09 | | 1,033,321.47 |
| 09/11/09 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 10.00 | 1,033,311.47 |
| 09/11/09 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 275.76 | 1,033,035.71 |
| 09/15/09 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 32.16 | 1,033,003.55 |
| 09/23/09 | | Transfer from Acct #*******6521 | Bank Funds Transfer | 9999-000 | 189.58 | | 1,033,193.13 |
| 09/23/09 | 001090 | AT&T | Telephone Service 9197900128 0 10 0363 | 2990-000 | | 76.75 | 1,033,116.38 |
| 09/23/09 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 277.01 | 1,032,839.37 |
| 09/30/09 | 11 | BANK OF AMERICA | Interest Rate  0.090 | 1270-000 | 76.42 | | 1,032,915.79 |

Page Subtotals  424.27  3,623.64

Ver. 15.01

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6819 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | Blanket Bond (per case limit): | |
| For Period Ending: | 09/30/09 | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 1,032,915.79 |
| | | | COLUMN TOTALS | | 424.27 | 3,623.64 | |
| | | | Less: Bank Transfers/CD's | | 189.58 | 1,657.89 | |
| | | | Subtotal | | 234.69 | 1,965.75 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 234.69 | 1,965.75 | |

Page Subtotals     0.00     0.00

Ver. 15.01

LFORM24

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 8

| Case No: | 98-02675-5-JRL |
| --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | *******1191 |
| For Period Ending: | 09/30/09 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | ******6835  Checking - Non Interest |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| | | | COLUMN TOTALS | | 0.00 | 0.00 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

Page Subtotals    0.00    0.00

Ver. 15.01

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 9

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6848 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | Blanket Bond (per case limit): | $ 1,678,500.00 |
| For Period Ending: | 09/30/09 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 39,183.27 |
| 07/31/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 1.00 | | 39,184.27 |
| 08/10/09 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 70.00 | 39,114.27 |
| 08/10/09 | | Transfer to Acct #*******9728 | Bank Funds Transfer | 9999-000 | | 630.02 | 38,484.25 |
| | | | Claim no. 2505, Julie M. Luce | | | | |
| 08/31/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.99 | | 38,485.24 |
| 09/03/09 | 001017 | Sam Gates | Temporary Service | 2990-000 | | 34.00 | 38,451.24 |
| | | | 2.25 hours @ $15 per hour for moving claims from | | | | |
| | | | Williams Mullen to Bankruptcy Court | | | | |
| 09/30/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.95 | | 38,452.19 |

| COLUMN TOTALS | 2.94 | 734.02 | 38,452.19 |
|---|---|---|---|
| Less: Bank Transfers/CD's | 0.00 | 700.02 | |
| Subtotal | 2.94 | 34.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 2.94 | 34.00 | |

Page Subtotals    2.94    734.02

Ver: 15.01

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 98-02675-5-JRL | | Trustee Name: | | HOLMES P. HARDEN, TRUSTEE | |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | | BANK OF AMERICA | |
| | | | Account Number / CD #: | | *******7313 Money Market - Interest Bearing | |
| Taxpayer ID No: | *******1191 | | Blanket Bond (per case limit): | | | |
| For Period Ending: | 09/30/09 | | Separate Bond (if applicable): | $ 1,678,500.00 | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 517,975.76 |
| 07/31/09 | 11 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 30.79 | | 518,006.55 |
| 08/31/09 | 11 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 30.80 | | 518,037.35 |
| 09/30/09 | 11 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 29.80 | | 518,067.15 |

```
                    COLUMN TOTALS                  91.39       0.00
                    Less: Bank Transfers/CD's       0.00       0.00
                    Subtotal                       91.39       0.00
                    Less: Payments to Debtors                   0.00
                    Net                            91.39       0.00
```

518,067.15

Page Subtotals         91.39        0.00

LFORM24                                                                                    Ver: 15.01

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 11

| Case No: | 98-02675-5-JRL | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******7410 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | | Blanket Bond (per case limit): | |
| For Period Ending: | 09/30/09 | | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 5,575.84 |
| 07/31/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,575.98 |
| 08/31/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,576.12 |
| 09/30/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,576.26 |

| | COLUMN TOTALS | 0.42 | 0.00 | 5,576.26 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 0.42 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 0.42 | 0.00 | |

Page Subtotals       0.42       0.00

Ver: 15.01

LFORM24

Page: 12

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-JRL
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: *******1191
For Period Ending: 09/30/09

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******9728 Checking - Non Interest

Blanket Bond (per case limit): $ 1,678,500.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 1,126.52 |
| 07/09/09 | 013222 | U. S. Bankruptcy Court | Unclaimed Dividends 5 pgs ; | 7100-001 | | 92.07 | 1,034.45 |
| 07/09/09 | 013223 | U. S. Bankruptcy Court | Unclaimed Dividends 2 pgs ; | 5300-001 | | 504.40 | 530.05 |
| 07/09/09 | 013224 | United States Bankruptcy Court | Unclaimed Dividends | 5300-001 | | 530.05 | 0.00 |
| 08/10/09 | | Transfer from Acct #*******6848 | Bank Funds Transfer Claim no. 2505, Julie M. Luce | 9999-000 | 630.02 | | 630.02 |
| 08/10/09 | 013225 | U. S. Bankruptcy Court | Unclaimed Dividends From 1st distribution of SEC Funds | 5300-001 | | 630.02 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 630.02 | 1,756.54 |
| Less: Bank Transfers/CD's | | 630.02 | 0.00 |
| Subtotal | | 0.00 | 1,756.54 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 0.00 | 1,756.54 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - *********6518 | 7.30 | 0.00 | 57,830.33 |
| Checking - Non Interest - *********6521 | 0.00 | 1,590.29 | 0.00 |
| Money Market - Interest Bearing - *********6534 | 1.60 | 0.00 | 21,064.64 |
| Money Market - Interest Bearing - *********6819 | 234.69 | 1,965.75 | 1,032,915.79 |
| Checking - Non Interest - *********6835 | 0.00 | 0.00 | 0.00 |
| Money Market - Interest Bearing - *********6848 | 2.94 | 34.00 | 38,452.19 |
| Money Market - Interest Bearing - *********7313 | 91.39 | 0.00 | 518,067.15 |
| Money Market - Interest Bearing - *********7410 | 0.42 | 0.00 | 5,576.26 |
| Checking - Non Interest - *********9728 | 0.00 | 1,756.54 | 0.00 |
| | 338.34 | 5,346.58 | 1,673,906.36 |
| | (Excludes Account) | (Excludes Payments) | Total Funds |

Page Subtotals  630.02  1,756.54

LFORM24                                                                                                                        Ver. 15.01

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-JRL |
| --- | --- |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | *******1191 |
| For Period Ending: | 09/30/09 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| --- | --- |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******9728  Checking - Non Interest |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | On Hand |
| | | | Money Market - Interest Bearing - ********6518 | | | | |
| | | | Checking - Non Interest - ********6521 | | | | |
| | | | Money Market - Interest Bearing - ********6534 | | | | |
| | | | Money Market - Interest Bearing - ********6819 | | | | |
| | | | Checking - Non Interest - ********6835 | | | | |
| | | | Money Market - Interest Bearing - ********6848 | | | | |
| | | | Money Market - Interest Bearing - ********7313 | | | | |
| | | | Money Market - Interest Bearing - ********7410 | | | | |
| | | | Checking - Non Interest - ********9728 | | | | |
| | | | | | Transfers) | To Debtors) | |

Trustee's Signature:   /s/   HOLMES P. HARDEN, TRUSTEE         Date: 10/20/09
         HOLMES P. HARDEN, TRUSTEE

Page Subtotals     0.00     0.00

Page: 13

Ver: 15.01

LFORM24