**SO ORDERED.**

**SIGNED this 28 day of October, 2009.**

_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

```
            UNITED STATES BANKRUPTCY COURT
          EASTERN DISTRICT OF NORTH CAROLINA
                   RALEIGH DIVISION
```

| IN RE: | CASE NO.: |
|---|---|
| International Heritage, Inc. | 98-02675-8-JRL |
| **DEBTOR** | **CHAPTER 7** |

### O R D E R

The matter before the court is the motion to release unclaimed dividends filed by Danny R. Jenkins on on September 9, 2009.

The court finds that by order entered February 18, 2009, these funds were paid to Danny Ray Jenkins, c/o Dilks & Knopik, LLC. Since the court is no longer holding unclaimed funds due to Mr. Jenkins, the application is denied.

"End of Document"