**SO ORDERED.**

**SIGNED this 28 day of October, 2009.**

*J. Rich Leonard*
_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

```
            UNITED STATES BANKRUPTCY COURT
          EASTERN DISTRICT OF NORTH CAROLINA
                   RALEIGH DIVISION
```

| IN RE: | CASE NO.: |
|---|---|
| International Heritage, Inc. | 98-02675-8-JRL |
| **DEBTOR** | **CHAPTER 7** |

### O R D E R

The matter before the court is the application for payment of unclaimed monies filed by Larry L. Moses, General Manager of The Financial Resources Group, Inc. on September 16, 2009. The application requests return of unclaimed funds owed to Mona F. Mills.

The court finds that by order entered July 24, 2008, these funds were paid directly to Mona F. Mills. Since the court is no longer holding unclaimed funds due to Ms. Mills, the application filed by The Financial Resources Group, Inc. is denied.

"End of Document"