**VAN–107** Deficiency Notice – Rev. 10/21/2009

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
  ( debtor has no known aliases )
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

DEFICIENCY NOTICE

To: Stephanie Wyatt

Re: 18711 – Motion To Release Funds In The Amount Of $ 133.40 filed by Stephanie P. Wyatt on behalf of Scott Ackerman

18712 – Motion To Release Funds In The Amount Of $ 476.54 filed by Stephanie P. Wyatt on behalf of Scott Ackerman

***The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by November 9, 2009 , may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief.***

Proof of identity for creditor, Scott Ackerman, was not attached to the motion to release unclaimed funds. A copy of his driver license, passport, or photo identification must be submitted. Upon receipt of proof of identity the court will consider your motion.

Aileen Gibson
Deputy Clerk