**SO ORDERED.**

**SIGNED this 30 day of October, 2009.**

_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.:** |
| International Heritage, Inc. | 98-02675-8-JRL |
| **DEBTOR** | **CHAPTER 7** |

**O R D E R**

The matter before the court is the application for payment of unclaimed monies filed by Frank Kloss, President of The Financial Resources Group, Inc. on October 7, 2009. The application requests return of unclaimed funds owed to Kathryn E. Brown-Woodham.

The court finds that by order entered June 19, 2008, these funds were paid to Kathryn Woodham, c/o Dilks & Knopik, LLC. Since the court is no longer holding unclaimed funds due to Ms. Brown-Woodham, the application filed by The Financial Resources Group, Inc. is denied.

"End of Document"