**SO ORDERED.**

**SIGNED this 28 day of October, 2009.**

_____
_____
**J. Rich Leonard
United States Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: |
| International Heritage, Inc. | 98-02675-8-JRL |
| **DEBTOR** | **CHAPTER 7** |

**O R D E R**

The matter before the court is the motion to release unclaimed dividends filed by Danny R. Jenkins on on September 9, 2009.

The court finds that by order entered February 18, 2009, these funds were paid to Danny Ray Jenkins, c/o Dilks & Knopik, LLC.  Since the court is no longer holding unclaimed funds due to Mr. Jenkins, the application is denied.

"End of Document"

# CERTIFICATE OF NOTICE

```
District/off: 0417-5           User: gibson_ai            Page 1 of 1                    Date Rcvd: Oct 28, 2009
Case: 98-02675                 Form ID: pdf014            Total Noticed: 2

The following entities were noticed by first class mail on Oct 30, 2009.
aty          +J.M. Cook,   Office of the Bankruptcy Administrator,   Eastern District of North Carolina,
               Two Hannover Square, Ste. 620,   434 Fayetteville Street,   Raleigh, NC 27601-1701
cr            Danny R. Jenkins,   1682 Whispering Oak Way,   Pleasanton, CA 94566-3516

The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2009**           **Signature:** _/s/ Joseph Speetjens_