**SO ORDERED.**

**SIGNED this 28 day of October, 2009.**

_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

```
           UNITED STATES BANKRUPTCY COURT
           EASTERN DISTRICT OF NORTH CAROLINA
                   RALEIGH DIVISION

 IN RE:                              CASE NO.:

 International Heritage, Inc.        98-02675-8-JRL

       DEBTOR                        CHAPTER 7
```

**O R D E R**

The matter before the court is the application for payment of unclaimed monies filed by Larry L. Moses, General Manager of The Financial Resources Group, Inc. on September 16, 2009. The application requests return of unclaimed funds owed to Mona F. Mills.

The court finds that by order entered July 24, 2008, these funds were paid directly to Mona F. Mills. Since the court is no longer holding unclaimed funds due to Ms. Mills, the application filed by The Financial Resources Group, Inc. is denied.

"End of Document"

# CERTIFICATE OF NOTICE

```
District/off: 0417-5           User: gibson_ai            Page 1 of 1              Date Rcvd: Oct 29, 2009
Case: 98-02675                 Form ID: pdf014            Total Noticed: 3

The following entities were noticed by first class mail on Oct 31, 2009.
cr           +Mona F. Mills,   3 Mystic Moss St.,   Pike Road, AL 36064-3846
intp         +The Financial Resources Group, Inc.,   Larry L. Moses-General Manager,
              700 Mechem Drive, Suite 8B,   Ruidoso, NM 88345-6909
intp         +The Financial Resources Group, Inc.,   700 Mechem Drive, Suite 8B,   Ruidoso, NM 88345-6909

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 31, 2009**                    **Signature:**    _Joseph Speetjens_