**SO ORDERED.**

**SIGNED this 30 day of October, 2009.**

_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.:** |
| International Heritage, Inc. | 98-02675-8-JRL |
| **DEBTOR** | **CHAPTER 7** |

**O R D E R**

The matter before the court is the application for payment of unclaimed monies filed by Frank Kloss, President of The Financial Resources Group, Inc. on October 7, 2009. The application requests return of unclaimed funds owed to Kathryn E. Brown-Woodham.

The court finds that by order entered June 19, 2008, these funds were paid to Kathryn Woodham, c/o Dilks & Knopik, LLC. Since the court is no longer holding unclaimed funds due to Ms. Brown-Woodham, the application filed by The Financial Resources Group, Inc. is denied.

"End of Document"

# CERTIFICATE OF NOTICE

```
District/off: 0417-5           User: gibson_ai            Page 1 of 1                Date Rcvd: Oct 30, 2009
Case: 98-02675                 Form ID: pdf014            Total Noticed: 2
```

The following entities were noticed by first class mail on Nov 01, 2009.
```
cr           +Kathryn E. Brown,   201 Veritas Dr.,   Dothan, AL 36303-3062
intp         +The Financial Resources Group, Inc.,   Larry L. Moses-General Manager,
              700 Mechem Drive, Suite 8B,   Ruidoso, NM 88345-6909
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

 

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 01, 2009**                    **Signature:** _Joseph Speetjens_