UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**FILED**
OCT 3 0 2009
STEPHANIE J. EDMONDSON, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

IN RE:

INTERNATIONAL HERITAGE, INC.,

    Debtor.

CHAPTER 7 CASE

NO. 98-02675-5-ATS

CHANGE OF ADDRESS OF CREDITOR

The **NEW** address for JULIE THOMAS a/k/a JULIE BURRAN is:

458 Stephenson Road
Stone Mountain, Georgia 30087

This address was furnished by:

Julie Thomas a/k/a Julie Burran

This 21st day of October, 2009.

Respectfully submitted,

_____
JULIE THOMAS a/k/a JULIE BURRAN

458 Stephenson Road
Stone Mountain, Georgia 30087
770-856-0302

cc:    Holmes P. Harden, Trustee for HHI
       P.O. Box 536
       Benson, North Carolina 27504