**VAN−126** Order for Refund of Unclaimed Funds – Rev. 09/18/2009

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602−1441

IN RE:
International Heritage, Inc.
**( debtor has no known aliases )**
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98−02675−5−JRL

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56−1921093

### ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $255.28 constituting unclaimed funds is declared due to Debra D. Lyday, 8240 Lake Forest Dr. SE, Olympia, WA 98503 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: November 13, 2009

J. Rich Leonard
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: nichols_h          Page 1 of 1                Date Rcvd: Nov 13, 2009
Case: 98-02675               Form ID: van126           Total Noticed: 1

The following entities were noticed by first class mail on Nov 15, 2009.
cr          +Debra D. Lyday,   8240 Lakeforest Dr. SE,   Olympia, WA 98503-6243

The following entities were noticed by electronic transmission.
NONE.                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 15, 2009**                **Signature:**