**VAN–107** Deficiency Notice – Rev. 10/21/2009

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
 ( debtor has no known aliases )
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

## DEFICIENCY NOTICE

To: Stephanie Kincaid

Re: 18738 – Motion To Release Funds In The Amount Of $ 100.20 filed by Stephanie L. Kincaid

***The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by November 30, 2009 , may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief.***

Proof of identity was not attached to the motion to release unclaimed funds. A copy of your driver license, passport, or photo identification must be submitted. Upon receipt of proof of identity the court will consider your motion.

Aileen Gibson
Deputy Clerk