**VAN–107** Deficiency Notice – Rev. 10/21/2009

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

DEFICIENCY NOTICE

To: Stephanie Kincaid

Re: 18738 – Motion To Release Funds In The Amount Of $ 100.20 filed by Stephanie L. Kincaid

***The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by November 30, 2009 , may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief.***

Proof of identity was not attached to the motion to release unclaimed funds. A copy of your driver license, passport, or photo identification must be submitted. Upon receipt of proof of identity the court will consider your motion.

Aileen Gibson
Deputy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0417-5        User: gibson_ai        Page 1 of 1            Date Rcvd: Nov 16, 2009
Case: 98-02675             Form ID: cVanTest       Total Noticed: 2


The following entities were noticed by first class mail on Nov 18, 2009.
smg          +Bankruptcy Administrator,   Two Hannover Square, Ste. 620,   434 Fayetteville Street,
              Raleigh, NC 27601-1701
cr           +Stephanie L. Kincaid,   9219 Deer Brush Ctse.,   Olympia, WA 98513-6637

The following entities were noticed by electronic transmission.
NONE.                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 18, 2009**                    **Signature:** _Joseph Speetjens_