**SO ORDERED.**

**SIGNED this 19 day of November, 2009.**

_____
J. Rich Leonard
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO.: |
|---|---|
| International Heritage, Inc. | 98-02675-8-ATS |
| DEBTOR | CHAPTER 7 |

**O R D E R**

The matter before the court is the motion to release funds filed by Thomas J. Quelet on October 30, 2009. The motion requests the release of funds in the amount of $504.40.

The court finds that the clerk of court is holding the sum of $504.40 constituting unclaimed funds due to Mr. Quelet from the first distribution in this case. Additionally, the court is holding the sum of $142.20 constituting unclaimed funds due to Mr. Quelet from the second distribution in this case. Both amounts should be released.

Accordingly, pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay the sums of $504.40 and $142.20 to Thomas J. Quelet, 15140 Harbour Isle Drive, #302, Fort Myers, FL 33908

"End of Document"