**SO ORDERED.**

**SIGNED this 19 day of November, 2009.**

_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO.: |
|---|---|
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

**O R D E R**

The matter before the court is the motion to release funds filed by Thomas J. Quelet on October 30, 2009. The motion requests the release of funds in the amount of $504.40.

The court finds that the clerk of court is holding the sum of $504.40 constituting unclaimed funds due to Mr. Quelet from the first distribution in this case. Additionally, the court is holding the sum of $142.20 constituting unclaimed funds due to Mr. Quelet from the second distribution in this case. Both amounts should be released.

Accordingly, pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay the sums of $504.40 and $142.20 to Thomas J. Quelet, 15140 Harbour Isle Drive, #302, Fort Myers, FL 33908

"End of Document"

# CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: gibson_ai           Page 1 of 1              Date Rcvd: Nov 19, 2009
Case: 98-02675                Form ID: pdf014           Total Noticed: 1

The following entities were noticed by first class mail on Nov 21, 2009.
 cr           +Thomas J. Quelet,   15140 Harbour Isle Dr. #302,   Fort Myers, FL 33908-6842

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 21, 2009**                    **Signature:**    *Joseph Speetjens*