IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                          )
                                                )
INTERNATIONAL HERITAGE, INC.                    )        CASE NO. 98-02675-5-JRL
                                                )        CHAPTER 7
                                                )
                                                )
             Debtor.                            )

ELEVENTH INTERIM APPLICATION FOR COMPENSATION FOR
SERVICES RENDERED BY ATTORNEY FOR TRUSTEE

The application of Holmes P. Harden, attorney for Trustee in the above-captioned case, respectfully represents:

1.      That on the 22nd day of January, 1999 your applicant was approved as attorney for Trustee in the above-referenced case, #98-02675-5-ATS, and has since performed certain services on behalf of the Trustee. The Court entered an Order Allowing Attorney for Trustee's First Interim Fees on November 1, 1999 for services rendered for the period November 30, 1998 through September 22, 1999 and expenses incurred for the period January 27, 1999 through August 31, 1999. The Court entered a consent order on October 26, 2000 allowing applicant's Second interim compensation for services rendered from September 23, 1999 through September 12, 2000 in the amount of $20,674.75 and reimbursement of expenses in the amount of $24.50. The court also entered a consent order on October 25, 2001 allowing compensation in the amount of $6,089.50 for services rendered from September 18, 2000 through August 21, 2001. The court entered an order allowing compensation in the amount of $22,920.00 and reimbursement of expenses in the amount of $3.25 for services rendered from September 11,2001 through September 17, 2002. The court entered an order on October 30, 2003 allowing

8291697

compensation in the amount of $47,693.00 and reimbursement of expenses in the amount of $92.72 for services rendered from September 18, 2002 through September 29, 2003. The court entered an order on November 8, 2004 allowing compensation in the amount of $26,076.00 for services rendered from October 1, 2003 through September 30, 2004 and reimbursement of expenses in the amount of $110.10 for the same time period. The court entered an order on November 21, 2005 allowing compensation in the amount of $49,282.59 for services rendered from October 1, 2004 through September 30, 2005 and reimbursement of expenses in the amount of $34.75 for the same time period. The court entered an order on October 31, 2006 allowing compensation in the amount of $8,258.00 for services rendered from October 1, 2005 through September 30, 2006 and reimbursement of expenses in the amount of $147.24 for the same time period. The court entered an order on January 15, 2008 allowing compensation in the amount of $133,241.50 for services rendered from October 1, 2006 through December 17, 2007 and reimbursement of expenses in the amount of $7.37 for the same time period. On December 30, 2008 the court entered an order allowing compensation in the amount of $118,923.00 for services rendered from December 17, 2007 through November 20, 2008 and reimbursement of expenses in the amount of $296.26 for the same time period.

2.      Applicant's Eleventh Interim Application for compensation is for services rendered from December 1, 2008 through December 14, 2009 which are itemized on Exhibit A attached hereto and incorporated herein by reference.

3.      Attorney time is billed at a rate of $250.00 per hour. Paralegal time is billed at $110.00 per hour. The total amount of compensation being sought is $66,693.00.

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| H. P. Harden | $250.00 | 49.50 | $12,375.00 |
| Paralegal | | | |

8291697

2

| Jenny D. Johnson | $110.00 | 493.80 | $54,318.00 |
| Totals | | | $66,693.00 |

Applicant believes that the compensation requested is fair and reasonable. In addition to interim compensation, the applicant also requests reimbursement for reasonable and necessary expenses incurred in the amount of $247.60.

3.    Reimbursement for travel expenses is requested at the rate of .505 per mile. Reimbursement for photocopy expenses is requested only for photocopies disseminated at the direction of the Court or Clerk of Court or pursuant to Local Rules, at .20 per page. Reimbursement for postal expenses is requested only for the costs of mailings directed by the Court, the Clerk, or pursuant to Local Rules.

4.    No agreement or understanding exists between the applicant and any other person for the sharing of compensation to be received for services rendered in or in connection with this case, other than with the professional association by which the undersigned is employed.

Holmes P. Harden is the firm's senior creditor's rights and bankruptcy attorney in the Raleigh office. He is certified in bankruptcy law by the North Carolina State Bar Board of Legal Specialization and in business bankruptcy law by the American Bankruptcy Board of Certification. He has over 27 years of business law experience. He is a Chapter 7 Bankruptcy Trustee for the Eastern District of North Carolina. His normal hourly billing rate is $395.00. Mr. Harden received his undergraduate degree at Davidson College and his law degree at the University of North Carolina. He served as law clerk to the Honorable Naomi Morris, Chief Judge of the North Carolina Court of Appeals, from 1981 to 1982. He is a member of several professional organizations, including the North Carolina Bar Association, National Association of Bankruptcy Trustees, Council of Certified Bankruptcy Specialists, and the American Bankruptcy Institute. He is AV rated by Martindale Hubbell.

Jenny D. Johnson, Bankruptcy Paralegal, graduated from Johnston Community College in 1977 with an Associate Accounting, from Atlantic Christian College in 1980 with a B.S.B.A. and from the Meredith College bankruptcy law legal assistant program. She has 8 years banking

8291697

3

experience, 18 years experience in bankruptcy and 1 year probate experience. 99% of her billable time is devoted to bankruptcy. Her normal hourly billing rate is $155.00.

WHEREFORE, your applicant prays that he be allowed and paid from the estate the above requested Eleventh Interim compensation of $66,693.00 and reimbursement of expenses in the amount of $247.60.

_____
Attorney for Trustee


## ACKNOWLEDGMENT

Wake County, North Carolina

I certify that Holmes P. Harden personally appeared before me this the 5th day of December, 2009 acknowledging to me that he signed the foregoing document.

My commission expires:  September 24, 2011

_____
Sharon M Beadnell, Notary Public

SHARON M BEADNELL
NOTARY PUBLIC
WAKE COUNTY NC

8291697

4

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, attorney for Trustee, do hereby certify that the Eleventh Interim Application for Services of Attorney for Trustee's Fees hereto attached was served upon the party listed below via electronic service or CM/ECF system at the address indicated below on the _15_ th day of December, 2009.

*/s/ Holmes P. Harden*
Holmes P. Harden
Attorney for Trustee
N. C. State Bar No. 9835
Post Office Box
Raleigh, North Carolina  27602
Telephone: (919) 981-4000

**SERVED VIA CM/ECF:**
Terri L.  Gardner
International Heritage, Inc.
c/o Terri L. Gardner
terri.gardner@nelsonmullins.com

Stephanie Wilson Humrickhouse
shumrickhouse@nichollscrampton.com

**SERVED VIA ELECTRONIC MAIL:**

Marjorie K. Lynch
Bankruptcy Administrator
Janet_Hicks@nceba.uscourts.gov
Karen_Hayes@nceba.uscourts.gov
Marjorie_Lynch@nceba.uscourts.gov

8291697

12/15/09                    ID:  400232.1922              Williams Mullen Clark & Dobbins

                                                          Page 1 (1)

**********************************************************************************************************

CLIENT NAME:     400232.1922                          PROFORMA STATEMENT #:        1333746
MATTER NAME:     U.S. BANKRUPTCY COURT - EDNC
                 INTERNATIONAL HERITAGE, INC.          WHITEHILL TEMPLATE:
                 ATTORNEY FOR TRUSTEE
DATE OPENED:     Jan 25, 199                           MATTER BILLING ATTY:        4117   HOLMES P. HARDEN
ADDRESS:         UNITED STATES BANKRUPTCY COURT        JOINT BILLING GROUP:
                 EASTERN DISTRICT OF NORTH CAROLINA    MATTER CASE TYPE:              1   Bankruptcy
                 CENTURY STATION P.O. BLDG
                 300 FAYETTEVILLE STREET MALL, ROOM 209
                 P.O. BOX 1441
                 RALEIGH, NC 27602
PHONE NUMBER:
FAX NUMBER:
                                                       BILLING FREQUENCIES:        R
                                                       BILLING TEMPLATE:          M1
BILLING INSTRUCTIONS:                                  WH: Time Detail
                                                       WH: Cost Summary
                                                       WH: ATTY SUMMARY

************************************************ CURRENT BILLING INFORMATION ************************************************

                 ATTORNEY RECAP  (PRINT RECAP ON BILL?  YES / NO )

                             MATTER
     ATTORNEY               RATE     HOURS     VALUE
HARDEN, HOLMES P.         250.00     49.50   12,375.00
JOHNSON, JENNY D.         110.00    493.80   54,318.00
                                    ------   ---------
                                    543.30   66,693.00

                        FEE & DISBURSEMENT BILLING DATA

                        FEES        DISBURSEMENTS   UNALLOCATED PAYMENTS    TRUST BALANCE *

BILLABLE AMOUNT      66,693.00          247.60              0.00                $0.00

THRU DATE:           12/15/09         12/15/09

                                                       ┌──────────────────────────────┐
                                                       │ IS THIS A FINAL BILL?  ( YES / NO ) │
CURRENT BILLING REQUEST:                               │ CLOSE MATTER?          ( YES / NO ) │
                                                       └──────────────────────────────┘

WRITE DOWN APPROVAL          * Attach Trust Disbursement with appropriate approvals.

WRITE DOWN AMOUNT    _____

APPROVAL             _____

EMAIL FOR PDF INVOICE

**********************************************************************************************************

12/15/09                                        Williams Mullen Clark & Dobbins                              Page 2 (2)

**************************   ID: 400232.1922   *************** ACCOUNT SUMMARY INFORMATION ****************************************

AGING INFORMATION BASED ON 12/15/09                                                                CUMULATIVE TOTALS

| | ACCOUNTS RECEIVABLE | UNBILLED FEES/COST | TOTAL INVESTMENT |
|---|---|---|---|
| 0-30 DAYS | 0.00 | 8,302.00 | 8,302.00 |
| 31-60 DAYS | 0.00 | 8,114.00 | 8,114.00 |
| 61-90 DAYS | 0.00 | 8,754.00 | 8,754.00 |
| 91-120 DAYS | 0.00 | 1,514.35 | 1,514.35 |
| 121+ DAYS | 0.00 | 48,256.25 | 48,256.25 |
| TOTAL | 0.00 | 66,940.60 | 66,940.60 |

UNALLOCATED PAYMENTS              0.00

| | INCEPTION TO-DATE | YEAR TO-DATE |
|---|---|---|
| FEES RELIEVED: | 437,333.75 | 118,923.00 |
| FEES BILLED: | 503,703.31 | 118,923.00 |
| VARIANCE: | 66,369.56 | 0.00 |
| A/R WRITE OFFS: | 0.00 | 0.00 |

TRUST ACCOUNT AS OF 12/15/09

CFB GENERAL TRUST
REAL ESTATE TRUST
INTEREST BEARING TRUST
WASHINGTON, D.C. TRUST
SIGNET GENERAL TRUST

12/15/09

ID: 400232.1922

**************** SERVICES - ITEMIZED ****************

Williams Mullen Clark & Dobbins

Page 3 (3)

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7852248 | 12/01/08 | HARDEN, HOLMES P. | B | Review Harold Scott's motion to release funds and task filing; work on fee application; conference with J. Johnson re: fee application; reread distribution orders; extended conference with J. Johnson re: interpretation of settlement and distribution orders re: 2nd disbursement; call from J. Johnson re: 2nd disbursement; call from J. Johnson re: Harold Scott motion to release funds. | 1.80 | $450.00 | $450.00 |
| 7877541 | 12/01/08 | JOHNSON, JENNY D. | B | Working on 2nd distribution and interim fee applications. | 6.00 | $660.00 | $1,110.00 |
| 857868 | 12/02/08 | HARDEN, HOLMES P. | B | Review correspondence from Harold Scott re: Motion to release and correspondence from J. Johnson re: same. | 0.30 | $75.00 | $1,185.00 |
| 7777539 | 12/02/08 | JOHNSON, JENNY D. | B | Working on 2nd distribution of SEC fund. | 5.50 | $605.00 | $1,790.00 |
| 335917 | 12/03/08 | HARDEN, HOLMES P. | B | Review new docket entries. | 0.20 | $50.00 | $1,840.00 |
| 7877542 | 12/03/08 | JOHNSON, JENNY D. | B | Working on fee applications and 2nd distribution of SEC funds. | 5.00 | $550.00 | $2,390.00 |
| 7857919 | 12/04/08 | JOHNSON, JENNY D. | B | Work on fee application. | 1.00 | $250.00 | $2,640.00 |
| 7877557 | 12/04/08 | JOHNSON, JENNY D. | B | Work on calculations for trustee's interim compensation and calculations for payment of 2nd distribution of SEC funds; review correspondence regarding motions to release funds and respond to same. | 9.50 | $1,045.00 | $3,685.00 |
| 7858259 | 12/05/08 | HARDEN, HOLMES P. | B | Work on fee application; review J. Johnson's disbursement memorandum, conference with J. Johnson re: same; conference with J. Johnson finalizing fee applications. | 1.80 | $450.00 | $4,135.00 |
| 3877561 | 12/05/08 | JOHNSON, JENNY D. | B | Work on reviewing claims for $0 balances and inputting reconsidered claims for 2nd distribution. | 6.50 | $715.00 | $4,850.00 |
| 7879085 | 12/07/08 | JOHNSON, JENNY D. | B | Work on spreadsheet for 2nd distribution. | 7.20 | $792.00 | $5,642.00 |

ID: 400232.1922

**************** Williams Mullen Clark & Dobbins ****** SERVICES - ITEMIZED ******************************************

Page 4 (4)

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7858296 | 12/08/08 | HARDEN, HOLMES P. B | | Review new docket entries; review and revise response to Nielson Drilling request to reconsider claim and proposed order; further revise response and order on motion to reconsider; conference with J. Johnson re: fee application; review revision of J. Johnson memo re: disbursements; conference with J. Johnson re: finalizing fee application; review and revise proposed order allowing fee application; revise eighth and tenth applications for fees and commissions; conference with J. Johnson re: Nielson Drilling claim order; finalize pleadings. | 2.90 | $725.00 | $6,367.00 |
| 8779091 | 12/08/08 | JOHNSON, JENNY D. B | | Work on interim fee applications and interim distribution. | 7.50 | $825.00 | $7,192.00 |
| 8759745 | 12/09/08 | HARDEN, HOLMES P. B | | Revise eighth application; finalize fee application; finalize commission application. | 1.10 | $275.00 | $7,467.00 |
| 8779100 | 12/09/08 | JOHNSON, JENNY D. B | | Work on calculations for interim commission and fees and 2nd distribution of SEC funds; telephone conferences with BA's office and Mr. Harden re same. | 9.70 | $1,067.00 | $8,534.00 |
| 8361309 | 12/10/08 | HARDEN, HOLMES P. B | | Conference with J. Johnson re: fee applications. | 0.20 | $50.00 | $8,584.00 |
| 8779103 | 12/10/08 | JOHNSON, JENNY D. B | | Finalize fee applications for interim fees and interim distribution; conferences with BA's office re approval, Mr. Harden and Mark Evans re same. E-file applications with court. | 7.70 | $847.00 | $9,431.00 |
| 8864169 | 12/11/08 | HARDEN, HOLMES P. B | | Conference with J. Johnson re: unclaimed dividend reports; review file. | 2.00 | $500.00 | $9,931.00 |
| 8879113 | 12/11/08 | JOHNSON, JENNY D. B | | Review spreadsheet from Mark Evans for 2nd distribution. | 3.00 | $330.00 | $10,261.00 |
| 7866104 | 12/12/08 | JOHNSON, JENNY D. B | | Work on 2nd distribution of SEC funds; telephone conferences with Mark Evans re | 1.50 | $165.00 | $10,426.00 |

12/15/09                    ID: 400232.1922              **********  Williams Mullen Clark & Dobbins  **********                    Page 5 (5)

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7866103 | 12/13/08 | JOHNSON, JENNY D. B | | Work on 2nd distribution. | 2.00 | $220.00 | $10,646.00 |
| 7866097 | 12/15/08 | JOHNSON, JENNY D. B | | Work on final figures for 2nd distribution; telephone conference with Mark Evans re same. | 1.50 | $165.00 | $10,811.00 |
| 7866100 | 12/15/08 | JOHNSON, JENNY D. B | | Review and respond to correspondence regarding motion to release funds; work on motions for unclaimed dividends. | 2.00 | $220.00 | $11,031.00 |
| 7879132 | 12/16/08 | JOHNSON, JENNY D. B | | Review spreadsheet from Mark Evans re 2nd distribution. | 1.20 | $132.00 | $11,163.00 |
| 7879162 | 12/17/08 | JOHNSON, JENNY D. B | | Working on final review of claims and telephone conferences with Mr. Evans and Mr. Harden re distribution. | 7.30 | $803.00 | $11,966.00 |
| 7879995 | 12/18/08 | HARDEN, HOLMES P. B | | Attention to scheduling hearing on fee application. | 0.20 | $50.00 | $12,016.00 |
| 7879173 | 12/18/08 | JOHNSON, JENNY D. B | | Review correspondence and respond to same re unclaimed dividends; work on motions for unclaimed dividends; work on final revisions to submit to Portland for checks to be printed. | 5.20 | $572.00 | $12,588.00 |
| 7879175 | 12/18/08 | JOHNSON, JENNY D. B | | Work on application for interim accountant's fees, notice and order; conferences with Mr. Harden and Ms. Beadnell re same. | 1.00 | $110.00 | $12,698.00 |
| 7877969 | 12/19/08 | HARDEN, HOLMES P. B | | Review new docket entries; telephone call to creditors regarding motions to release funds. | 0.50 | $125.00 | $12,823.00 |
| 7879186 | 12/19/08 | JOHNSON, JENNY D. B | | Transfer funds and issue checks for 2nd distribution; telephone conferences with Mark Evans re same. | 3.50 | $385.00 | $13,208.00 |
| 7884043 | 12/23/08 | HARDEN, HOLMES P. B | | Telephone calls from creditors re: motions to release funds. | 0.30 | $75.00 | $13,283.00 |
| 7885933 | 12/29/08 | HARDEN, HOLMES P. B | | Review file in preparation for hearing on | 0.80 | $200.00 | $13,483.00 |

12/15/09

ID: 400232.1922

**Williams Mullen Clark & Dobbins**

Page 6 (6)

`************************** SERVICES - ITEMIZED **************************`

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | fee app.; telephone call from Creditor's re: motions to release funds. | | | |
| 985968 | 12/30/08 | HARDEN, HOLMES P. B | | Attend hearing on fee apps; attention to telephone calls and email from Creditors re: motions to reconsider. | 1.80 | $450.00 | $13,933.00 |
| 888741 | 12/31/08 | HARDEN, HOLMES P. B | | Attention to emails and telephone calls re: motions to release funds. | 0.30 | $75.00 | $14,008.00 |
| 907424 | 01/01/09 | HARDEN, HOLMES P. B | | Review new docket entries | 0.20 | $50.00 | $14,058.00 |
| 893838 | 01/02/09 | JOHNSON, JENNY D. B | | Review and respond to correspondence re unclaimed; work on motions for unclaimed dividends. | 8.50 | $935.00 | $14,993.00 |
| 907599 | 01/05/09 | HARDEN, HOLMES P. B | | Telephone call from P. Fanning regarding Alstar settlement payout; conference with J. Johnson regarding Alstar treatment under settlement; call to P. Fanning regarding treatment of Alstar under settlement agreement with SEC. | 0.40 | $100.00 | $15,093.00 |
| 7893847 | 01/05/09 | JOHNSON, JENNY D. B | | Review and respond to correspondence re unclaimed dividends; work on motions for unclaimed dividends; telephone conference with clerk's office re Robert Otis claim; conference with Mr. Harden re same. | 5.00 | $550.00 | $15,643.00 |
| 907620 | 01/06/09 | HARDEN, HOLMES P. B | | Attention to email regarding motion to release funds. | 0.20 | $50.00 | $15,693.00 |
| 895023 | 01/06/09 | JOHNSON, JENNY D. B | | Review correspondence re unclaimed dividends and respond to same; work on motions for unclaimed dividends from 1st distribution; conference with clerk's office re same. | 9.00 | $990.00 | $16,683.00 |
| 907671 | 01/07/09 | HARDEN, HOLMES P. B | | Attention to paperwork to reissue check to estate executor; attention to revising the motion to release funds; read and respond to J. Johnson emails re: procedure on motions to release funds. | 0.80 | $200.00 | $16,883.00 |
| 7895025 | 01/07/09 | JOHNSON, JENNY D. B | | Work on motions for unclaimed dividends from | 3.00 | $330.00 | $17,213.00 |

ID: 400232.1922

********************************* Williams Mullen Clark & Dobbins ********************************* Page 7 (7)

SERVICES - ITEMIZED

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 998830 | 01/07/09 | JOHNSON, JENNY D. B | 1st distribution; review correspondence and respond re same. | Review correspondence regarding motions to release funds and respond; work on motions for unclaimed dividends re same. | 7.50 | $825.00 | $18,038.00 |
| 913700 | 01/08/09 | HARDEN, HOLMES P. B | | Review new docket entries. | 0.20 | $50.00 | $18,088.00 |
| 998836 | 01/08/09 | JOHNSON, JENNY D. B | | Review and respond to correspondence regarding motions to release funds; work on motions for unclaimed dividends from 1st distribution; conference with clerk's office and Mr. Harden re same. | 5.70 | $627.00 | $18,715.00 |
| 413777 | 01/09/09 | HARDEN, HOLMES P. B | | Attention to emails regarding motions to release funds. | 0.20 | $50.00 | $18,765.00 |
| 998840 | 01/09/09 | JOHNSON, JENNY D. B | | Review and respond to correspondence regarding motions to release funds on motions for unclaimed dividends; work on motions for unclaimed dividends. | 8.80 | $968.00 | $19,733.00 |
| 7898857 | 01/10/09 | JOHNSON, JENNY D. B | | Review correspondence regarding motions to release funds and respond work on motions for unclaimed dividends from 1st distribution; telephone calls from claimants re motions. | 1.80 | $198.00 | $19,931.00 |
| 924153 | 01/12/09 | JOHNSON, JENNY D. B | | Review correspondence regarding motions to release funds and respond; work on motions re unclaimed dividends. | 8.00 | $880.00 | $20,811.00 |
| 914745 | 01/13/09 | HARDEN, HOLMES P. B | | Review new docket entries. | 0.20 | $50.00 | $20,861.00 |
| 924154 | 01/13/09 | JOHNSON, JENNY D. B | | Review correspondence regarding motions to release funds and respond; work on motions re unclaimed dividends. | 9.00 | $990.00 | $21,851.00 |
| 924156 | 01/14/09 | JOHNSON, JENNY D. B | | Review correspondence regarding motions to release funds and respond; work on motions re unclaimed dividends. | 9.00 | $990.00 | $22,841.00 |

12/15/09

ID:  400232.1922

**Williams Mullen Clark & Dobbins**

Page 8 (8)

******************************* SERVICES - ITEMIZED *******************************

| INDEX | DATE WORKED | ATTORNEY STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|
| 924163 | 01/15/09 | JOHNSON, JENNY D. B | Review correspondence regarding motions to release funds and respond; work on motions for unclaimed dividends. | 3.50 | $385.00 | $23,226.00 |
| 914906 | 01/16/09 | HARDEN, HOLMES P. B | Telephone call from creditor regarding motion to release. | 0.20 | $50.00 | $23,276.00 |
| 924172 | 01/16/09 | JOHNSON, JENNY D. B | Review correspondence regarding motions to release funds and respond; work on motions re unclaimed dividends. | 5.50 | $605.00 | $23,881.00 |
| 915755 | 01/19/09 | HARDEN, HOLMES P. B | Review new docket entries. | 0.20 | $50.00 | $23,931.00 |
| 924138 | 01/19/09 | JOHNSON, JENNY D. B | Review correspondence regarding motions to release funds and respond; work on motions re unclaimed dividends. | 4.30 | $473.00 | $24,404.00 |
| 924139 | 01/20/09 | JOHNSON, JENNY D. B | Work on motions re unclaimed dividends; review correspondence and respond to same. | 7.00 | $770.00 | $25,174.00 |
| 924146 | 01/21/09 | JOHNSON, JENNY D. B | Review correspondence regarding motions to release funds and respond; work on motions for unclaimed dividends. | 4.80 | $528.00 | $25,702.00 |
| 927007 | 01/22/09 | HARDEN, HOLMES P. B | Attention to lawyers.com inquiry regarding motion to release funds. | 0.20 | $50.00 | $25,752.00 |
| 924149 | 01/22/09 | JOHNSON, JENNY D. B | Review correspondence regarding motions to release funds and respond; work on motions re unclaimed dividends. | 6.80 | $748.00 | $26,500.00 |
| 924152 | 01/23/09 | JOHNSON, JENNY D. B | Review correspondence regarding motions to release funds and respond; work on motions re unclaimed dividends. | 7.30 | $803.00 | $27,303.00 |
| 927136 | 01/26/09 | HARDEN, HOLMES P. B | Review new docket entries. | 0.20 | $50.00 | $27,353.00 |
| 924185 | 01/27/09 | JOHNSON, JENNY D. B | Review correspondence regarding motions to release funds and respond; work on motions for unclaimed dividends; conference with clerk's office re same. | 5.00 | $550.00 | $27,903.00 |

**Williams Mullen Clark & Dobbins**

ID: 400232.1922

Page 9 (9)

*********************** SERVICES - ITEMIZED ***************************************************

| INDEX NO | DATE WORKED | ATTORNEY STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|
| 7826698 | 01/28/09 | JOHNSON, JENNY D. B | Review correspondence regarding motions to release funds and respond; work on motions for unclaimed dividends. | 1.30 | $143.00 | $28,046.00 |
| 7836733 | 01/29/09 | JOHNSON, JENNY D. B | Review correspondence regarding motions to release funds and respond; work on motions for unclaimed dividends. | 4.50 | $495.00 | $28,541.00 |
| 7836677 | 01/30/09 | JOHNSON, JENNY D. B | Review and respond to correspondence regarding motions to release funds; work on motions for unclaimed dividends. | 1.00 | $110.00 | $28,651.00 |
| 7850625 | 02/02/09 | JOHNSON, JENNY D. B | Review and respond to correspondence regarding motions to release funds; work on unclaimed dividends and motions to release dividends. | 6.00 | $660.00 | $29,311.00 |
| 7850635 | 02/03/09 | JOHNSON, JENNY D. B | Review and respond to correspondence regarding motions to release funds; work on motions for unclaimed dividends. | 4.20 | $462.00 | $29,773.00 |
| 7852202 | 02/04/09 | HARDEN, HOLMES P. B | Work on report of unclaimed dividends. | 0.50 | $125.00 | $29,898.00 |
| 7850637 | 02/04/09 | JOHNSON, JENNY D. B | Review and respond to correspondence regarding motions to release funds; work on motions for unclaimed dividends. | 5.20 | $572.00 | $30,470.00 |
| 7859430 | 02/05/09 | HARDEN, HOLMES P. B | Work on reports of unclaimed dividends. | 0.50 | $125.00 | $30,595.00 |
| 7859437 | 02/05/09 | HARDEN, HOLMES P. B | Work on reports of unclaimed dividends. | 0.30 | $75.00 | $30,670.00 |
| 7950672 | 02/05/09 | JOHNSON, JENNY D. B | Review correspondence regarding motions to release funds and respond; work on motions for unclaimed dividends; work on submitting reports to the court for unclaimed dividends per court request prior to e-filing. | 6.00 | $660.00 | $31,330.00 |
| 7950675 | 02/06/09 | JOHNSON, JENNY D. B | Review correspondence regarding motions to release funds and respond; work on motions for unclaimed dividends; conference with clerk's office re same. | 4.80 | $528.00 | $31,858.00 |
| 7959460 | 02/07/09 | HARDEN, HOLMES P. B | Telephone call from S. Reynolds regarding | 0.30 | $75.00 | $31,933.00 |

12/15/09

ID: 400232.1922

**Williams Mullen Clark & Dobbins**

Page 10 (10)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SERVICES - ITEMIZED \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7950665 | 02/09/09 | JOHNSON, JENNY D. B | | Review correspondence regarding motions to release funds and respond; work on motions for unclaimed dividends; attention to emails from Ms. Reynolds regarding same. | 5.00 | $550.00 | $32,483.00 |
| 7950663 | 02/10/09 | JOHNSON, JENNY D. B | | Review correspondence regarding motions to release funds and respond; work on motions for unclaimed dividends. | 2.00 | $220.00 | $32,703.00 |
| 7950657 | 02/11/09 | JOHNSON, JENNY D. B | | Review and respond to correspondence regarding motions to release funds; work on motions for unclaimed dividends. | 2.00 | $220.00 | $32,923.00 |
| 7950639 | 02/12/09 | JOHNSON, JENNY D. B | | Work on reports of unclaimed dividends and send word documents to Tony, Nicole and Julie at clerk's office. | 0.50 | $55.00 | $32,978.00 |
| 7950649 | 02/13/09 | JOHNSON, JENNY D. B | | Review correspondence regarding motions to release funds and respond; work on motions for unclaimed dividends. | 2.00 | $220.00 | $33,198.00 |
| 7950668 | 02/14/09 | JOHNSON, JENNY D. B | | Review correspondence re motions for unclaimed dividends and respond; work on motions for unclaimed dividends. | 1.70 | $187.00 | $33,385.00 |
| 7950678 | 02/15/09 | JOHNSON, JENNY D. B | | Review correspondence regarding motions for unclaimed dividends and respond; work on motions for unclaimed dividends. | 1.50 | $165.00 | $33,550.00 |
| 7956300 | 02/16/09 | JOHNSON, JENNY D. B | | Review correspondence regarding motions for unclaimed dividends and respond; work on motions for unclaimed dividends. | 3.00 | $330.00 | $33,880.00 |
| 7956303 | 02/17/09 | JOHNSON, JENNY D. B | | Work on motions for unclaimed dividends; review correspondence and respond to same. | 2.00 | $220.00 | $34,100.00 |
| 7956307 | 02/18/09 | JOHNSON, JENNY D. B | | Review and respond to correspondence regarding motions for unclaimed dividends; work on motions for unclaimed dividends. | 2.30 | $253.00 | $34,353.00 |
| 7956309 | 02/19/09 | JOHNSON, JENNY D. B | | Work on unclaimed dividends and motions for | 1.00 | $110.00 | $34,463.00 |

ID: 400232.1922

**Williams Mullen Clark & Dobbins**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SERVICES - ITEMIZED \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Page 11 (11)

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7958891 | 02/19/09 | JOHNSON, JENNY D. B | | Review correspondence regarding motions to release unclaimed dividends and respond; work on motions for unclaimed dividends. | 5.00 | $550.00 | $35,013.00 |
| 7958893 | 02/20/09 | JOHNSON, JENNY D. B | | Work on motions for unclaimed dividends; correspondence with clerk's office re word document needed for all reports prior to e-filing for IT purposes. | 0.60 | $66.00 | $35,079.00 |
| 7971505 | 02/23/09 | JOHNSON, JENNY D. B | | Review correspondence re motions to release unclaimed dividends and respond; work on motions for unclaimed dividends. | 1.00 | $110.00 | $35,189.00 |
| 7971507 | 02/24/09 | JOHNSON, JENNY D. B | | Review correspondence re motions to release unclaimed dividends and respond; work on motions for unclaimed dividends. | 3.00 | $330.00 | $35,519.00 |
| 7974859 | 03/02/09 | HARDEN, HOLMES P. B | | Review new docket entries. | 0.20 | $50.00 | $35,569.00 |
| 7991799 | 03/02/09 | JOHNSON, JENNY D. B | | Review correspondence re unclaimed dividends and respond; work on motions re unclaimed dividends. | 1.00 | $110.00 | $35,679.00 |
| 7989033 | 03/05/09 | HARDEN, HOLMES P. B | | Telephone call from creditor regarding motion to release. | 0.20 | $50.00 | $35,729.00 |
| 7991839 | 03/05/09 | JOHNSON, JENNY D. B | | Work on motions for unclaimed dividends. | 0.80 | $88.00 | $35,817.00 |
| 7991844 | 03/06/09 | JOHNSON, JENNY D. B | | Review correspondence re motions for unclaimed dividends and respond; work on motions for unclaimed dividends. | 3.00 | $330.00 | $36,147.00 |
| 7991860 | 03/10/09 | JOHNSON, JENNY D. B | | Review correspondence re motions for unclaimed dividends and respond; work on motions for unclaimed dividends. | 2.00 | $220.00 | $36,367.00 |
| 7995626 | 03/13/09 | HARDEN, HOLMES P. B | | Telephone call to J. Johnson regarding objections to claims. | 0.20 | $50.00 | $36,417.00 |
| 7991780 | 03/13/09 | JOHNSON, JENNY D. B | | Review correspondence re motions to release | 3.20 | $352.00 | $36,769.00 |

12/15/09

**Williams Mullen Clark & Dobbins**

Page 12 (12)

ID: 400232.1922

*********************** SERVICES - ITEMIZED ***********************

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 7999817 | 03/16/09 | JOHNSON, JENNY D. | B | Review correspondence re motions to release unclaimed dividends and respond; work on motions for unclaimed dividends. | 0.60 | $66.00 | $36,835.00 |
| 8001664 | 03/17/09 | HARDEN, HOLMES P. | B | Review new docket entries. | 0.20 | $50.00 | $36,885.00 |
| 8001653 | 03/20/09 | JOHNSON, JENNY D. | B | Review correspondence and respond re motion to release unclaimed dividends; work on motions for unclaimed dividends. | 2.30 | $253.00 | $37,138.00 |
| 8001894 | 03/23/09 | JOHNSON, JENNY D. | B | Review correspondence re motion to release unclaimed dividends and respond; work on motions for unclaimed dividends. | 0.80 | $88.00 | $37,226.00 |
| 8018749 | 03/24/09 | HARDEN, HOLMES P. | B | Review new docket entries. | 0.20 | $50.00 | $37,276.00 |
| 8018869 | 03/24/09 | HARDEN, HOLMES P. | B | Telephone calls from creditors regarding motion for release of funds. | 0.20 | $50.00 | $37,326.00 |
| 8009151 | 03/30/09 | JOHNSON, JENNY D. | B | Review correspondence and respond re motion to release unclaimed dividends; work on motions for unclaimed dividends. | 0.30 | $33.00 | $37,359.00 |
| 8021932 | 03/31/09 | JOHNSON, JENNY D. | B | Review correspondence and respond re motion to release unclaimed dividends; work on motions for unclaimed dividends. | 1.00 | $110.00 | $37,469.00 |
| 8029634 | 04/01/09 | JOHNSON, JENNY D. | B | Review correspondence re motion to release unclaimed dividends and respond; work on motions for unclaimed dividends. | 1.00 | $110.00 | $37,579.00 |
| 8028667 | 04/03/09 | HARDEN, HOLMES P. | B | Review new docket entries. | 0.20 | $50.00 | $37,629.00 |
| 8030307 | 04/06/09 | JOHNSON, JENNY D. | B | Review correspondence and respond re motion to release unclaimed dividends; work on motions for unclaimed dividends. | 2.20 | $242.00 | $37,871.00 |
| 8031611 | 04/08/09 | HARDEN, HOLMES P. | B | Telephone conference J. Johnson regarding settlement order. | 0.30 | $75.00 | $37,946.00 |

12/15/09                    ID: 400232.1922            **************** SERVICES - ITEMIZED ****************                    Page 13 (13)

**Williams Mullen Clark & Dobbins**

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 8037199 | 04/08/09 | JOHNSON, JENNY D. B | | Review correspondence and respond re motion to release unclaimed dividends; work on motions for unclaimed dividends. | 1.00 | $110.00 | $38,056.00 |
| 8034822 | 04/13/09 | JOHNSON, JENNY D. B | | Review correspondence and respond re motion to release unclaimed dividends; work on motions for unclaimed dividends. | 1.00 | $110.00 | $38,166.00 |
| 8137184 | 04/14/09 | JOHNSON, JENNY D. B | | Review correspondence and respond re motion to release unclaimed dividends; work on motions for unclaimed dividends. | 1.20 | $132.00 | $38,298.00 |
| 8059997 | 04/17/09 | JOHNSON, JENNY D. B | | Review correspondence re motion to release unclaimed dividends and respond; work on motions for unclaimed dividends. | 2.50 | $275.00 | $38,573.00 |
| 8065115 | 04/23/09 | JOHNSON, JENNY D. B | | Review correspondence and respond re motion to release unclaimed dividends; work on motions for unclaimed dividends. | 3.20 | $352.00 | $38,925.00 |
| 8093363 | 05/04/09 | JOHNSON, JENNY D. B | | Review correspondence and respond re motion to release unclaimed dividends; work on motions for unclaimed dividends. | 1.50 | $165.00 | $39,090.00 |
| 8077899 | 05/04/09 | JOHNSON, JENNY D. B | | Review correspondence re motion to release unclaimed dividends and respond; work on motions for unclaimed dividends. | 1.80 | $198.00 | $39,288.00 |
| 8079006 | 05/08/09 | HARDEN, HOLMES P. B | | Review docket entries. | 0.20 | $50.00 | $39,338.00 |
| 8075920 | 05/11/09 | JOHNSON, JENNY D. B | | Review correspondence re motion to release unclaimed dividends and respond; work on motions for unclaimed dividends on 1st and 2nd distributions. | 3.50 | $385.00 | $39,723.00 |
| 8108136 | 05/12/09 | JOHNSON, JENNY D. B | | Review correspondence re motion to release unclaimed dividends and respond; work on motions for unclaimed dividends. | 2.00 | $220.00 | $39,943.00 |
| 8108078 | 05/13/09 | JOHNSON, JENNY D. B | | Review correspondence re motion to release unclaimed dividends and respond; work on motions for unclaimed dividends. | 3.20 | $352.00 | $40,295.00 |

12/15/09

ID: 400232.1922

**Williams Mullen Clark & Dobbins**

Page 14 (14)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SERVICES - ITEMIZED \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| INDEX | DATE WORKED | ATTORNEY STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|
| 893419 | 05/14/09 | JOHNSON, JENNY D. B | Review correspondence re motions to release unclaimed dividends and respond; work on motions for unclaimed dividends. | 3.20 | $352.00 | $40,647.00 |
| 2081960 | 05/17/09 | JOHNSON, JENNY D. B | Review correspondence and respond re motion to release unclaimed dividends; work on motions for unclaimed dividends. | 2.00 | $220.00 | $40,867.00 |
| 25446 | 06/01/09 | JOHNSON, JENNY D. B | Review correspondence and respond re motion to release unclaimed dividends; work on motions for unclaimed dividends. | 1.00 | $110.00 | $40,977.00 |
| 25476 | 06/02/09 | JOHNSON, JENNY D. B | Review correspondence and respond re motion to release unclaimed dividends; work on motions for unclaimed dividends. | 2.30 | $253.00 | $41,230.00 |
| 25480 | 06/03/09 | JOHNSON, JENNY D. B | Review correspondence and respond re motion to release unclaimed dividends; work on motions for unclaimed dividends. | 1.00 | $110.00 | $41,340.00 |
| 40138 | 06/08/09 | HARDEN, HOLMES P. B | Review new docket entries. | 0.20 | $50.00 | $41,390.00 |
| 25462 | 06/08/09 | JOHNSON, JENNY D. B | Review correspondence and respond re motion to release unclaimed dividends; work on motions for unclaimed dividends. | 2.20 | $242.00 | $41,632.00 |
| 24294 | 06/09/09 | JOHNSON, JENNY D. B | Work on motions for unclaimed dividends. | 1.00 | $110.00 | $41,742.00 |
| 41522 | 06/15/09 | HARDEN, HOLMES P. B | Conference with J. Johnson regarding response to Acstar motion to compel, review file regarding same; work on response to motion to compel, conference with J. Johnson regarding calculations for response to Motion to Compel. | 1.30 | $325.00 | $42,067.00 |
| 25442 | 06/15/09 | JOHNSON, JENNY D. B | Review motion to compel; conference with Mr. Harden re same; work on response to motion to compel. | 3.50 | $385.00 | $42,452.00 |
| 45997 | 06/16/09 | HARDEN, HOLMES P. B | Meet with J. Johnson re: calculations for response to motion to compel. | 0.80 | $200.00 | $42,652.00 |

12/15/09

ID: 400232.1922

**Williams Mullen Clark & Dobbins**

Page 15 (15)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SERVICES - ITEMIZED \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 425493 | 06/16/09 | JOHNSON, JENNY D. B | | Work on response to motion to compel. | 1.00 | $110.00 | $42,762.00 |
| 129524 | 06/16/09 | JOHNSON, JENNY D. B | | Conferences with Mr. Harden re motion to compel. | 1.00 | $110.00 | $42,872.00 |
| 146055 | 06/17/09 | HARDEN, HOLMES P. B | | Review file re: preparation of response to Acstar motion to compel. | 1.50 | $375.00 | $43,247.00 |
| 149294 | 06/18/09 | HARDEN, HOLMES P. B | | Work on response to Acstar motion to compel. | 0.50 | $125.00 | $43,372.00 |
| 149360 | 06/19/09 | HARDEN, HOLMES P. B | | Conference with J. Johnson regarding computations for response to Acstar motion. | 0.30 | $75.00 | $43,447.00 |
| 152893 | 06/20/09 | JOHNSON, JENNY D. B | | Work on calculations in response to motion to compel; conference with Mr. Harden re same. | 5.00 | $550.00 | $43,997.00 |
| 153014 | 06/22/09 | JOHNSON, JENNY D. B | | Worked on response to motion to compel. | 8.00 | $880.00 | $44,877.00 |
| 153132 | 06/23/09 | JOHNSON, JENNY D. B | | Worked on response to motion to compel. | 6.00 | $660.00 | $45,537.00 |
| 149529 | 06/24/09 | HARDEN, HOLMES P. B | | Draft response to motion to compel, calculate figures for response. | 1.00 | $250.00 | $45,787.00 |
| 143036 | 06/24/09 | JOHNSON, JENNY D. B | | Worked on response to motion to compel. | 7.50 | $825.00 | $46,612.00 |
| 8149546 | 06/25/09 | HARDEN, HOLMES P. B | | Revise response to motion to compel; finalize response. | 1.00 | $250.00 | $46,862.00 |
| 41396 | 06/25/09 | JOHNSON, JENNY D. B | | Work on response to motion to compel; conference with Mr. Harden re same. | 0.50 | $55.00 | $46,917.00 |
| 152877 | 06/30/09 | JOHNSON, JENNY D. B | | Conference with Mr. Harden re response to and motion to compel. | 0.30 | $33.00 | $46,950.00 |
| 162504 | 07/01/09 | HARDEN, HOLMES P. B | | Reivew file re: Acstar follow up on motion to compel.-Centura claim objection, email to P. Fanning re: subrogated bank claims, draft motion to continue July 16 hearing. | 1.60 | $400.00 | $47,350.00 |

ID: 400232.1922

**Williams Mullen Clark & Dobbins**

Page 16 (16)

****************************** SERVICES - ITEMIZED ******************************

| INDEX | DATE WORKED | ATTORNEY STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|
| 387049 | 07/07/09 | JOHNSON, JENNY D. B | Review and respond to correspondence re motion to release unclaimed dividends; work on motions for unclaimed dividends. | 0.90 | $99.00 | $47,449.00 |
| 387421 | 07/14/09 | JOHNSON, JENNY D. B | Review correspondence and respond re motion to release unclaimed dividends; work on motions for unclaimed dividends. | 2.50 | $275.00 | $47,724.00 |
| 387580 | 07/16/09 | JOHNSON, JENNY D. B | Review correspondence and respond re motion to release unclaimed dividends; work on motions for unclaimed dividends. | 1.80 | $198.00 | $47,922.00 |
| 387727 | 07/29/09 | JOHNSON, JENNY D. B | Work on motions re unclaimed dividends. | 0.80 | $88.00 | $48,010.00 |
| 229699 | 08/24/09 | HARDEN, HOLMES P. B | Telephone call from S. Sherrill, SEC attorney, regarding settlement order. | 0.20 | $50.00 | $48,060.00 |
| 225545 | 08/26/09 | JOHNSON, JENNY D. B | Work on motions for unclaimed dividends. | 2.00 | $220.00 | $48,280.00 |
| 225530 | 08/27/09 | JOHNSON, JENNY D. B | Telephone conference with Susan Sherrill of SEC re calculations for disbursement to creditors and compliance with SEC settlement; review file re same. | 0.50 | $55.00 | $48,335.00 |
| 231027 | 08/28/09 | JOHNSON, JENNY D. B | Work on motions for unclaimed dividends. | 1.30 | $143.00 | $48,478.00 |
| 233272 | 08/31/09 | JOHNSON, JENNY D. B | Review correspondence and respond re motion to release unclaimed dividends; work on motions for unclaimed dividends. | 2.50 | $275.00 | $48,753.00 |
| 268386 | 09/01/09 | JOHNSON, JENNY D. B | Review correspondence and respond re motion to release unclaimed dividends; work on motions for unclaimed dividends. | 3.00 | $330.00 | $49,083.00 |
| 265251 | 09/09/09 | JOHNSON, JENNY D. B | Review correspondence and respond re motion to release unclaimed dividends; work on motions for unclaimed dividends. | 2.00 | $220.00 | $49,303.00 |
| 267104 | 09/15/09 | JOHNSON, JENNY D. B | Work on motions for unclaimed dividends; review correspondence re motions to release funds and respond to same. | 2.00 | $220.00 | $49,523.00 |

ID: 400232.1922

**Williams Mullen Clark & Dobbins**

*************** SERVICES - ITEMIZED ***************

Page 17 (17)

| INDEX | DATE WORKED | ATTORNEY STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|
| 265232 | 09/23/09 | JOHNSON, JENNY D. B | Work on motions for unclaimed dividends. | 0.70 | $77.00 | $49,600.00 |
| 272738 | 09/25/09 | HARDEN, HOLMES P. B | Organize pleading file. | 0.30 | $75.00 | $49,675.00 |
| 272949 | 09/29/09 | HARDEN, HOLMES P. B | Telephone call from attorney Susan Sherrill regarding SEC claim revision, review docket and conference with J. Johnson regarding S. Sherrill response, organize pleadings file. | 0.80 | $200.00 | $49,875.00 |
| 289214 | 10/01/09 | HARDEN, HOLMES P. B | Telephone call from Atlanta attorney S. Wyatt regarding distributions. | 0.20 | $50.00 | $49,925.00 |
| 304000 | 10/12/09 | JOHNSON, JENNY D. B | Work on motions for unclaimed dividends. | 2.00 | $220.00 | $50,145.00 |
| 303998 | 10/14/09 | JOHNSON, JENNY D. B | Work on motions for unclaimed dividends. | 1.20 | $132.00 | $50,277.00 |
| 303978 | 10/24/09 | JOHNSON, JENNY D. B | Work on fee application for attorney for trustee. | 3.00 | $330.00 | $50,607.00 |
| 314430 | 10/26/09 | HARDEN, HOLMES P. B | Conference with J. Johnson regarding orders in aid of closing case, legal research °507 regarding priorities. | 0.50 | $125.00 | $50,732.00 |
| 315297 | 10/26/09 | JOHNSON, JENNY D. B | Review and respond to correspondence re release of unclaimed funds; work on motions for unclaimed dividends. | 7.40 | $814.00 | $51,546.00 |
| 315310 | 10/27/09 | JOHNSON, JENNY D. B | Review correspondence re release of unclaimed funds and respond to same; work on motions for unclaimed dividends. | 5.40 | $594.00 | $52,140.00 |
| 314539 | 10/28/09 | HARDEN, HOLMES P. B | Work on fee application, work on attorney for trustee fee application. | 1.90 | $475.00 | $52,615.00 |
| 315329 | 10/28/09 | JOHNSON, JENNY D. B | Review correspondence re release of unclaimed funds and respond to same; work on motions for unclaimed dividends. | 2.00 | $220.00 | $52,835.00 |
| 315309 | 10/29/09 | JOHNSON, JENNY D. B | Work on motions for unclaimed dividends. | 1.00 | $110.00 | $52,945.00 |

ID: 400232.1922    Williams Mullen Clark & Dobbins    Page 18 (18)

******************************** SERVICES - ITEMIZED ********************************

| INDEX | DATE WORKED | ATTORNEY / STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|
| 15389 | 10/30/09 | HARDEN, HOLMES P. B | Revise letter to creditors re: °507 claims. | 0.20 | $50.00 | $52,995.00 |
| 15303 | 10/31/09 | JOHNSON, JENNY D. B | Review and respond to correspondence re release of unclaimed funds; work on motions for unclaimed dividends. | 1.00 | $110.00 | $53,105.00 |
| 28713 | 11/03/09 | HARDEN, HOLMES P. B | Legal research °507. | 0.20 | $50.00 | $53,155.00 |
| 25566 | 11/03/09 | JOHNSON, JENNY D. B | Review correspondence re motions to release unclaimed dividends and respond to same; work on motions for unclaimed dividends. | 4.50 | $495.00 | $53,650.00 |
| 25581 | 11/04/09 | JOHNSON, JENNY D. B | Review correspondence re motions to release unclaimed dividends and respond to same; work on motions for unclaimed dividends; conference with Mr. Evans re same. | 7.00 | $770.00 | $54,420.00 |
| 26644 | 11/05/09 | JOHNSON, JENNY D. B | Work on fee application. | 1.00 | $110.00 | $54,530.00 |
| 26646 | 11/05/09 | JOHNSON, JENNY D. B | Review correspondence re release of unclaimed dividends; work on motions for unclaimed dividends. | 4.50 | $495.00 | $55,025.00 |
| 28585 | 11/06/09 | HARDEN, HOLMES P. B | Review °507 re: distribution to commission claimants; conference with J. Johnson re: °507 privities. | 0.50 | $125.00 | $55,150.00 |
| 27594 | 11/06/09 | JOHNSON, JENNY D. B | Review and respond to correspondence re release of unclaimed dividends; work on motions for unclaimed dividends. | 6.00 | $660.00 | $55,810.00 |
| 27783 | 11/07/09 | JOHNSON, JENNY D. B | Review correspondence re release of unclaimed dividends; work on motions for unclaimed dividends. | 2.50 | $275.00 | $56,085.00 |
| 27787 | 11/08/09 | JOHNSON, JENNY D. B | Review correspondence re release of unclaimed dividends; work on motions for unclaimed dividends. | 7.00 | $770.00 | $56,855.00 |
| 31736 | 11/09/09 | HARDEN, HOLMES P. B | Review amended order for refund of unclaimed funds, work on fee application. | 0.40 | $100.00 | $56,955.00 |

12/15/09

**Williams Mullen Clark & Dobbins**

Page 19 (19)

ID: 400232.1922

********************************  SERVICES - ITEMIZED  ********************************

| INDEX | DATE WORKED | ATTORNEY STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|
| CR30034 | 11/09/09 | JOHNSON, JENNY D. B | Review and respond to correspondence re unclaimed dividends; work on motions for unclaimed dividends; conference with Mr. Harden re same. | 5.00 | $550.00 | $57,505.00 |
| 8322555 | 11/10/09 | HARDEN, HOLMES P. B | Work on final fee application. | 0.20 | $50.00 | $57,555.00 |
| 8335450 | 11/12/09 | JOHNSON, JENNY D. B | Review correspondence re unclaimed dividends; work on motions re unclaimed dividends. | 5.80 | $638.00 | $58,193.00 |
| 8335459 | 11/13/09 | JOHNSON, JENNY D. B | Work on application for payment of attorney for trustee fees and expenses. | 0.80 | $88.00 | $58,281.00 |
| 8335460 | 11/13/09 | JOHNSON, JENNY D. B | Review correspondence re unclaimed dividends; work on motions for unclaimed dividends. | 1.00 | $110.00 | $58,391.00 |
| 8335464 | 11/15/09 | JOHNSON, JENNY D. B | Work on motions for unclaimed dividends; review correspondence re release of unclaimed funds and respond re same. | 1.00 | $110.00 | $58,501.00 |
| 8337260 | 11/16/09 | JOHNSON, JENNY D. B | Review correspondence re unclaimed dividends; work on motions for unclaimed dividends. | 2.00 | $220.00 | $58,721.00 |
| 8337261 | 11/16/09 | JOHNSON, JENNY D. B | Work on final fee application for trustee. | 1.50 | $165.00 | $58,886.00 |
| 8337262 | 11/16/09 | JOHNSON, JENNY D. B | Review docket re interim applications and orders; Work on motion to limit service and fee application. | 1.50 | $165.00 | $59,051.00 |
| 8346591 | 11/23/09 | JOHNSON, JENNY D. B | Work on fee application for attorney for trustee. | 1.00 | $110.00 | $59,161.00 |
| 8374332 | 12/01/09 | HARDEN, HOLMES P. B | Work on accountant's fee application. | 0.30 | $75.00 | $59,236.00 |
| 8374334 | 12/02/09 | HARDEN, HOLMES P. B | Review revise fee application and make further revisions. | 0.50 | $125.00 | $59,361.00 |
| 8728802 | 12/02/09 | JOHNSON, JENNY D. B | Work on final fee application for attorney | 0.50 | $555.00 | $59,416.00 |

12/15/09

ID: 400232.1922

**Williams Mullen Clark & Dobbins**

Page 20 (20)

************ SERVICES - ITEMIZED ************

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 8374340 | 12/03/09 | HARDEN, HOLMES P. B | | Work on motion to limit service, conference with J. Johnson re: same; work on motion to limit service; finalize fee application of attorney for trustee. | 3.50 | $875.00 | $60,291.00 |
| 8372808 | 12/03/09 | JOHNSON, JENNY D. B | | Work on motion to limit service and documents; conference with Mr. Harden re same. | 2.60 | $286.00 | $60,577.00 |
| 8374348 | 12/04/09 | HARDEN, HOLMES P. B | | Revise motion to limit notice; further revise motion to limit notice. | 2.20 | $550.00 | $61,127.00 |
| 8372811 | 12/04/09 | JOHNSON, JENNY D. B | | Work on calculations for motion for limit of service and holdbacks and fee applications. | 5.50 | $605.00 | $61,732.00 |
| 8374357 | 12/07/09 | HARDEN, HOLMES P. B | | Conference with J. Johnson re: motion and order to limit notice and preparation of fee application; further revise motion to limit notice. | 1.00 | $250.00 | $61,982.00 |
| 8374373 | 12/08/09 | HARDEN, HOLMES P. B | | Revise final fee application and order in aid of closing case; revise 506(c) fee application; conference with J. Johnson re: application for compensation and revisions of motion in aid of closing case. | 1.80 | $450.00 | $62,432.00 |
| 8372815 | 12/08/09 | JOHNSON, JENNY D. B | | Work on motion to limit service and fee application; conferences with Mr. Harden re same. | 8.00 | $880.00 | $63,312.00 |
| 8374379 | 12/09/09 | HARDEN, HOLMES P. B | | Meet with J. Johnson re: preparation of final fee application; revise motion in aid of closing case; legal research 326 legislative history; work on prebills; finalize motion in aid. | 2.80 | $700.00 | $64,012.00 |
| 8372818 | 12/09/09 | JOHNSON, JENNY D. B | | Meeting with Mr. Harden re calculations for final distribution and holdbacks to include in motion; working on motion to limit service and holdbacks and fee applications re same. | 6.00 | $660.00 | $64,672.00 |

12/15/09

ID: 400232.1922

**Williams Mullen Clark & Dobbins**

Page 21 (21)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SERVICES - ITEMIZED \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| INDEX | DATE WORKED | ATTORNEY STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|
| 874383 | 12/10/09 | HARDEN, HOLMES P. B | Conference with J. Johnson re: questions re fee applications. | 0.20 | $50.00 | $64,722.00 |
| 872821 | 12/10/09 | JOHNSON, JENNY D. B | Work on calculations for fee applications and motion to limit service. | 4.20 | $462.00 | $65,184.00 |
| 874392 | 12/11/09 | HARDEN, HOLMES P. B | Revise fee applications and motion in aid. | 1.90 | $475.00 | $65,659.00 |
| 872825 | 12/11/09 | JOHNSON, JENNY D. B | Work on final attorney for trustee's fee application, work on motion to limit service, orders, revisions to all above; conferences with Mr. Harden re same. | 7.00 | $770.00 | $66,429.00 |
| 873802 | 12/14/09 | JOHNSON, JENNY D. B | Revisions to motion to limit service; work on notice re same. | 1.00 | $110.00 | $66,539.00 |
| 873805 | 12/14/09 | JOHNSON, JENNY D. B | Revisions to fee application for attorney for trustee; work on notice and order re same. | 1.40 | $154.00 | $66,693.00 |

|  |  |  |
|---|---|---|
| TOTAL BILLABLE ENTRIES | 543.30 | $66,693.00 |
| TOTAL HELD ENTRIES | 0.00 | $0.00 |
| TOTAL SERVICES | 543.30 | $66,693.00 |

12/15/09

ID:  400232.1922

************************ Williams Mullen Clark & Dobbins ************************

**************** DISBURSEMENTS RECAP ****************

Page 22 (22)

| COST CODE | DESCRIPTION | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|
| 13 | Courier Service | $5.50 | $5.50 |
| 53 | Photocopies | $242.10 | $247.60 |
| | TOTAL BILLABLE ENTRIES | $247.60 | |
| | TOTAL HELD ENTRIES | $0.00 | |
| | TOTAL DISBURSEMENTS | $247.60 | |

ID:  400232.1922

Williams Mullen Clark & Dobbins

Page 23 (23)

**************** DISBURSEMENTS - ITEMIZED ****************************************************

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | AMOUNT | AGGREGATE AMOUNT |
|-------|-------------|----------|--------|-------------|--------|------------------|
| 591141 | 02/11/09 | HARDEN, HOLMES P. | B | 53 Photocopies | $0.45 | $0.45 |
| 591124 | 02/17/09 | HARDEN, HOLMES P. | B | 53 Photocopies | $240.00 | $240.45 |
| 590153 | 02/20/09 | HARDEN, HOLMES P. | B | 13 Photocopies | $5.50 | $245.95 |
| 58523 | 08/11/09 | HARDEN, HOLMES P. | B | Courier Service - - VENDOR: SAMUEL GATES | $0.30 | $246.25 |
| 58523 | 08/11/09 | HARDEN, HOLMES P. | B | 53 Photocopies | $0.45 | $246.70 |
| 58524 | 08/17/09 | HARDEN, HOLMES P. | B | 53 Photocopies | $0.45 |  |
| 58525 | 09/03/09 | HARDEN, HOLMES P. | B | 53 Photocopies | $0.90 | $247.60 |

| | AMOUNT |
|---|---|
| TOTAL BILLABLE ENTRIES | $247.60 |
| TOTAL HELD ENTRIES | $0.00 |
| TOTAL DISBURSEMENTS | $247.60 |

```
12/15/09                          Williams Mullen Clark & Dobbins                          Page 24 (24)
************************************************************************************************************
               ID:  400232.1922         INVOICE REGISTER & PAYMENTS  ************************************
                                          (Includes all Invoices Paid within the last 180 Days)

INVOICE      INVOICE      LAST PAYMENT
DATE         NUMBER       OR WOFF DATE      DESCRIPTION         FEES        COSTS       OTHER       TOTAL


                                          TOTAL INVOICE BALANCES        $0.00       $0.00       $0.00       $0.00
```