**VAN–107** Deficiency Notice – Rev. 10/21/2009

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
 ( debtor has no known aliases )
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

DEFICIENCY NOTICE

To: John Craig Paust, Jr.

Re: 18802– Motion To Release Funds In The Amount Of $ 478.25 filed by John Craig Paust Jr.

***The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by December 28, 2009 , may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief.***

Your social security number was not included on the motion to release unclaimed funds. Upon receipt, the court will consider your motion.

Aileen Gibson
Deputy Clerk