**VAN–117** Hearing Conference Worksheet – Rev. 10/28/2009

Date:_____   Time: _____   Place: _____

Date:_____   Time: _____   Place: _____

Date:_____   Time: _____   Place: _____

IN RE:  
International Heritage, Inc.  
C/O TERRI L. GARDNER  
POST OFFICE DRAWER 1389  
RALEIGH, NC 27602  

TaxID: 56–1921093

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

## HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*18804* – Application For Compensation for Holmes P Harden, Trustee's Attorney, Fee:$66693.00, Expenses:$247.60. filed by Holmes P Harden Responses due by 01/8/2010. (Harden, Holmes)

*18810* – Objection Opposing Motion filed by Marjorie K. Lynch on behalf of Bankruptcy Administrator (related document no.[18804] Application For Compensation for Holmes P Harden, Trustee's Attorney, Fee:$66693.00, Expenses:$247.60. filed by Holmes P Harden Responses due by 01/8/2010. (Harden, Holmes)). (Lynch, Marjorie)

Terri L. Gardner  
Nelson Mullins Riley & Scarborough, LLP  
4140 Parklake Avenue, Suite 200  
Raleigh, NC 27612  
919 329–3882

Holmes P Harden  
Williams Mullen  
A Professional Corporation  
P. O. Drawer 1000  
Raleigh, NC 27602  
919 981–4000

Marjorie K. Lynch  
Bankruptcy Administrator  
PO Box 3758  
Wilson, NC 27895–3758  
252–237–6854

DATED: January 11, 2010

Aileen Gibson