**SO ORDERED.**

**SIGNED this 14 day of January, 2010.**

_____
J. Rich Leonard
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-JRL |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

CONSENT ORDER

The 11th Interim Application for Compensation for Services Rendered by Attorney for Trustee dated December 15, 2009 and the Bankruptcy Administrator's Limited Objection to same dated January 8, 2010 having come on for the consideration of the undersigned, the court, with the consent of Holmes P. Harden, attorney for trustee, and Bankruptcy Administrator Marjorie K. Lynch, hereby approves and authorizes payment of $25,000.00 as interim compensation for the attorney for trustee.  This order is not a denial of the additional fees and expenses requested by the attorney for trustee in the 11th Interim Application and this order is entered without prejudice to the trustee to reapply for fees and expenses requested but not approved by the court at this time.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that attorney for trustee fees in the amount of $25,000.00 are approved for immediate payment to the attorney for trustee.  Mr. Harden may reapply for the fees and expenses not approved at this time in his final application for compensation in this case.

WE CONSENT:

BY: **/s/Holmes P. Harden**            BY: **/s/Marjorie K. Lynch**
Holmes P. Harden                              Marjorie K. Lynch
Attorney for trustee                           Bankruptcy Administrator

*END OF DOCUMENT*

8306923_1.DOC