**SO ORDERED.**

**SIGNED this 14 day of January, 2010.**

_____

_____

**J. Rich Leonard
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 98-02675-5-JRL |
| INTERNATIONAL HERITAGE, INC., ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

CONSENT ORDER

The 11th Interim Application for Compensation for Services Rendered by Attorney for Trustee dated December 15, 2009 and the Bankruptcy Administrator's Limited Objection to same dated January 8, 2010 having come on for the consideration of the undersigned, the court, with the consent of Holmes P. Harden, attorney for trustee, and Bankruptcy Administrator Marjorie K. Lynch, hereby approves and authorizes payment of $25,000.00 as interim compensation for the attorney for trustee. This order is not a denial of the additional fees and expenses requested by the attorney for trustee in the 11th Interim Application and this order is entered without prejudice to the trustee to reapply for fees and expenses requested but not approved by the court at this time.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that attorney for trustee fees in the amount of $25,000.00 are approved for immediate payment to the attorney for trustee. Mr. Harden may reapply for the fees and expenses not approved at this time in his final application for compensation in this case.

WE CONSENT:

BY: */s/Holmes P. Harden*                    BY: */s/Marjorie K. Lynch*
    Holmes P. Harden                                  Marjorie K. Lynch
    Attorney for trustee                                 Bankruptcy Administrator

*END OF DOCUMENT*

8306923_1.DOC

# CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: roberson_           Page 1 of 1           Date Rcvd: Jan 14, 2010
Case: 98-02675                Form ID: pdf014           Total Noticed: 3

The following entities were noticed by first class mail on Jan 16, 2010.
db          +International Heritage, Inc.,   C/O TERRI L. GARDNER,   POST OFFICE DRAWER 1389,
              RALEIGH, NC 27602-1389
smg         +Bankruptcy Administrator,   Two Hannover Square, Ste. 620,   434 Fayetteville Street,
              Raleigh, NC 27601-1701
ba          +Bankruptcy Administrator,   434 Fayetteville St. Mall, Ste. 620,   Raleigh, NC 27601-1888

The following entities were noticed by electronic transmission.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 16, 2010**                    **Signature:**     _Joseph Speetjens_