FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

| Case No: | 98-02675-5-JRL | Judge: JRL |
|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | |
| For Period Ending: | 12/31/09 | |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 11/25/98 (f) |
| 341(a) Meeting Date: | 12/30/98 |
| Claims Bar Date: | 03/30/99 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Accounts Receivable  Funds from Brent Wood's special account. Mr. Wood said funds were from credit card processes and a small liquidation of assets on Wicker Drive. | Unknown | 12,019.61 | | 12,019.61 | FA | 0.00 | 0.00 |
| 2. Funds in Bank Account  Centura Bank CD Acct. #0219785949 to close | Unknown | 26,559.96 | | 26,559.96 | FA | 0.00 | 0.00 |
| 3. Refunds-Income Tax | Unknown | 737.49 | | 737.49 | FA | 0.00 | 0.00 |
| 4. Payment on Judgment for Embezzlement | Unknown | 6,386.68 | | 6,386.68 | FA | 0.00 | 0.00 |
| 5. Refunds-Other | Unknown | 12,316.22 | | 12,316.22 | FA | 0.00 | 0.00 |
| 6. Golf logo | Unknown | 500.00 | | 500.00 | FA | 0.00 | 0.00 |
| 7. Merchant Bankcard refunds | Unknown | 955.93 | | 955.93 | FA | 0.00 | 0.00 |
| 8. Auction Proceeds | Unknown | 22,635.00 | | 22,635.00 | FA | 0.00 | 0.00 |
| 9. Sale of database list | Unknown | 15,000.00 | | 15,000.00 | FA | 0.00 | 0.00 |
| 10. Cash Bonds 98CV011169 | Unknown | 10,000.00 | | 10,000.00 | FA | 0.00 | 0.00 |
| 11. Post-Petition Interest Deposits (u) | 0.00 | 464,719.07 | | 465,279.53 | 0.00 | 0.00 | 0.00 |
| 12. Postage Refund  Postage Meter refund | Unknown | 7,292.15 | | 7,292.15 | FA | 0.00 | 0.00 |

LFORM1EX

Ver: 15.06

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No:  98-02675-5-JRL   Judge: JRL
Case Name: INTERNATIONAL HERITAGE INC.
Trustee Name: HOLMES P. HARDEN, TRUSTEE
Date Filed (f) or Converted (c): 11/25/98 (f)
341(a) Meeting Date: 12/30/98
Claims Bar Date: 03/30/99

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 13. Executive Risk Settlement | Unknown | 1,787,500.00 | | 1,787,500.00 | FA | 0.00 | 0.00 |
| 14. SEC Settlement  First scheduled payment on settlement | Unknown | 4,315,308.30 | | 4,315,308.30 | FA | 0.00 | 0.00 |
| 15. Preference Payments (u) | Unknown | 485,684.27 | | 485,684.27 | FA | 0.00 | 0.00 |
| 16. Collection (u)  Collection of Duke Realty Rent | Unknown | 6,000.00 | | 6,000.00 | FA | 0.00 | 0.00 |
| 17. Erie Insurance Settlement | Unknown | 60,000.00 | | 60,000.00 | FA | 0.00 | 0.00 |
| 18. Kecia Peterson Judgment (u)  Paid off in full on 11/1/04 | 0.00 | 17,332.99 | | 17,332.99 | FA | 0.00 | 0.00 |

TOTALS (Excluding Unknown Values)   $0.00   $7,250,947.67   $7,251,508.13   Gross Value of Remaining Assets $0.00   $0.00   $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

See court docket for form 2 filed with the court on January 27, 2010.  The balance as of January 25, 2010 is $1,622,042.01.  Trustee is working on the final distribution and closing case.

Initial Projected Date of Final Report (TFR): 12/30/01     Current Projected Date of Final Report (TFR): 05/31/10

LFORM1EX

Ver: 15.06

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

| | |
|---|---|
| Case No: 98-02675-5-JRL    Judge: JRL | Trustee Name: HOLMES P. HARDEN, TRUSTEE |
| Case Name: INTERNATIONAL HERITAGE INC. | Date Filed (f) or Converted (c): 11/25/98 (f) |
| | 341(a) Meeting Date: 12/30/98 |
| | Claims Bar Date: 03/30/99 |

/s/    HOLMES P. HARDEN, TRUSTEE
_____    Date: 01/27/10
    HOLMES P. HARDEN, TRUSTEE