FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6518  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 12/31/09 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 57,830.33 |
| 10/31/09 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.45 | | 57,832.78 |
| 11/30/09 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.39 | | 57,835.17 |
| 12/31/09 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.46 | | 57,837.63 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7.30 | 0.00 | 57,837.63 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7.30 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 7.30 | 0.00 | |

Page Subtotals     7.30     0.00

Ver: 15.06

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6521  Checking - Non Interest |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 12/31/09 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/15/09 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 276.22 | | 276.22 |
| 10/15/09 | 001239 | Recall Total Information Mgmt. | STORAGE UNIT RENTAL | 2410-000 | | 223.71 | 52.51 |
| | | 015295 Collections Center Drive | Invoice # 1070603814 | | | | |
| | | Chicago, IL  60693 | | | | | |
| 10/15/09 | 001240 | AT&T | Telephone Service | 2990-000 | | 52.51 | 0.00 |
| | | | 919 876-2161 450 0364 | | | | |
| 10/16/09 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 31.99 | | 31.99 |
| 10/16/09 | 001241 | AT&T | Telephone Service | 2990-000 | | 31.99 | 0.00 |
| | | | 056 390-8195 001 | | | | |
| 10/22/09 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 166.20 | | 166.20 |
| 10/22/09 | 001242 | AT&T | Telephone Service | 2990-000 | | 77.46 | 88.74 |
| | | | 919 720-0128 010 0363 | | | | |
| 10/22/09 | 001243 | AT&T | Telephone Service | 2990-000 | | 56.75 | 31.99 |
| | | | 020 713 6257 001 | | | | |
| 10/22/09 | 001244 | AT&T | Telephone Service | 2990-000 | | 31.99 | 0.00 |
| | | | 056 332 1488 001 | | | | |
| 11/05/09 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 345.00 | | 345.00 |
| 11/05/09 | 001245 | Michelle Everidge | Temporary Service | 2990-000 | | 345.00 | 0.00 |
| | | P. O. Box 124 | 10/26/09-10/28/09 | | | | |
| | | Clayton, NC  27528 | 23 hours @ $15 | | | | |
| 11/12/09 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 356.25 | | 356.25 |
| 11/12/09 | 001246 | Michelle Everidge | Temporary Service | 2990-000 | | 356.25 | 0.00 |
| | | P. O. Box 124 | 11-3-09-11-05-09  23.75 hours @ $15.00 | | | | |
| | | Clayton, NC  27528 | | | | | |
| 11/18/09 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 530.94 | | 530.94 |
| 11/18/09 | 001247 | Michelle Everidge | Temporary Service | 2990-000 | | 476.25 | 54.69 |
| | | P. O. Box 124 | 11-9-09-11-13-09 | | | | |
| | | Clayton, NC  27528 | | | | | |

Page Subtotals     1,706.60     1,651.91

Ver: 15.06

LFORM24

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6521  Checking - Non Interest |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 12/31/09 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/18/09 | 001248 | AT&T | 31.75 hours @ $15.00<br>Telephone Service<br>919 876-2161 450 0364 | 2990-000 | | 54.69 | 0.00 |
| 11/23/09 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 7,217.82 | | 7,217.82 |
| 11/23/09 | 001249 | Mike Marbey<br>P. O. Box 280<br>Benson, NC  27504 | Temporary Service<br>11/10/09-11/14/09 | 2990-000 | | 165.00 | 7,052.82 |
| 11/23/09 | 001250 | Mary Michael Denning<br>601 W. Parrish Drive<br>Benson, NC  27504 | 11 hours @ $15.00<br>Temporary Service<br>11/16/09-11/18/09 | 2990-000 | | 120.00 | 6,932.82 |
| 11/23/09 | 001251 | Michelle Everidge<br>P. O. Box 124<br>Clayton, NC  27528 | 8 hours @ $15.00<br>Temporary Service<br>11/16/09-11/20/09 | 2990-000 | | 555.00 | 6,377.82 |
| 11/23/09 | 001252 | Recall Total Information Mgmt. | 37 hours @ $15<br>Destrurction of Records<br>Invoice # 1070628679<br>Customer #ON155888 | 2990-000 | | 6,377.82 | 0.00 |
| 12/04/09 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 457.50 | | 457.50 |
| 12/04/09 | 001253 | MIKE MARBY<br>P. O. BOX 280<br>BENSON, NC  27504 | Temporary Service<br>WEEK ENDING 11/27/09<br>15 HOURS @ $15 | 2990-000 | | 225.00 | 232.50 |
| 12/04/09 | 001254 | MICHELLE EVERIDGE<br>P. O. BOX 124<br>CLAYTON, NC  27528 | Temporary Service<br>WEEK ENDING 11/27/09<br>15.50 HOURS @ $15 | 2990-000 | | 232.50 | 0.00 |
| 12/07/09 | | Transfer from Acct #*******6848 | Bank Funds Transfer | 9999-000 | 817.50 | | 817.50 |
| 12/07/09 | 001255 | Michelle Everidge | Temporary Service | 2990-000 | | 502.50 | 315.00 |

Page Subtotals  8,492.82  8,232.51

LFORM24

Ver: 15.06

FORM 2

Page: 4

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
|  |  | Account Number / CD #: | *******6521 Checking - Non Interest |
| Taxpayer ID No: | *******1191 |  |  |
| For Period Ending: | 12/31/09 | Blanket Bond (per case limit): |  |
|  |  | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/07/09 | 001256 | P. O. Box 124<br>Clayton, NC 27528<br>Mike Mabrey | Week ending 12/4/09<br>33.50 hours @ $15<br>Temporary Service | 2990-000 |  | 315.00 | 0.00 |
| 12/08/09 |  | Transfer from Acct #*******6819 | P. O. Box 280<br>Benson, NC 27504<br>Week ending 12/4/09<br>21 hours @ $15<br>Bank Funds Transfer | 9999-000 | 54.74 |  | 54.74 |
| 12/08/09 | 001257 | AT&T | Telephone Service<br>919 876-2161 450 0364 | 2990-000 |  | 54.74 | 0.00 |
| 12/09/09 |  | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 78.22 |  | 78.22 |
| 12/09/09 | 001258 | AT&T | Telephone Service<br>919 790-0128 010 0363 | 2990-000 |  | 78.22 | 0.00 |
| 12/11/09 |  | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 13,800.00 |  | 13,800.00 |
| 12/11/09 | 001259 | U. S. Bankruptcy Court<br>P. O. Box 1441<br>Raleigh, NC 27602 | Special Charges<br>92 AP filing fees | 2700-000 |  | 13,800.00 | 0.00 |
| 12/15/09 |  | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 64.16 |  | 64.16 |
| 12/15/09 |  | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 375.00 |  | 439.16 |
| 12/15/09 | 001260 | AT&T | Telephone Service<br>056 390-8195 001 | 2990-000 |  | 64.16 | 375.00 |
| 12/15/09 | 001261 | Mike Mabry<br>P. O. Box 280<br>Benson, NC 27504 | Temporary Service<br>Week ending 12/12/09<br>25 hours @ $15 | 2990-000 |  | 375.00 | 0.00 |
| 12/22/09 |  | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 798.43 |  | 798.43 |
| 12/22/09 | 001262 | AT&T | Telephone Service<br>056 332-1488 001 | 2990-000 |  | 64.16 | 734.27 |
| 12/22/09 | 001263 | AT&T | Telephone Service<br>919 790-0128 010 0363 | 2990-000 |  | 78.22 | 656.05 |
| 12/22/09 | 001264 | AT&T | Telephone Service<br>020 713 6257 001 | 2990-000 |  | 123.55 | 532.50 |

Page Subtotals    15,170.55    14,953.05

Ver: 15.06

LFORM24

FORM 2

Page: 5

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6521  Checking - Non Interest |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 12/31/09 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/22/09 | 001265 | Michelle Everidge<br>P. O. Box 128<br>Clayton, NC  27528 | Temporary Service<br>12/7/09-12/17/09<br>35.50 hours @ $15 | 2990-000 | | 532.50 | 0.00 |

|  |  |
|---|---|
| COLUMN TOTALS | 25,369.97    25,369.97    0.00 |
| Less:  Bank Transfers/CD's | 25,369.97    0.00 |
| Subtotal | 0.00    25,369.97 |
| Less:  Payments to Debtors | 0.00 |
| Net | 0.00    25,369.97 |

Page Subtotals           0.00           532.50

Ver: 15.06

LFORM24

FORM 2

Page: 6

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6534  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 12/31/09 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 21,064.64 |
| 10/31/09 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.53 | | 21,065.17 |
| 11/30/09 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.53 | | 21,065.70 |
| 12/31/09 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.54 | | 21,066.24 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 1.60 | 0.00 | 21,066.24 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 1.60 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 1.60 | 0.00 | |

Page Subtotals     1.60     0.00

Ver: 15.06

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 7

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6819  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 12/31/09 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 1,032,915.79 |
| 10/15/09 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 276.22 | 1,032,639.57 |
| 10/16/09 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 31.99 | 1,032,607.58 |
| 10/22/09 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 166.20 | 1,032,441.38 |
| 10/31/09 | 11 | BANK OF AMERICA | Interest Rate 0.090 | 1270-000 | 78.93 | | 1,032,520.31 |
| 11/05/09 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 345.00 | 1,032,175.31 |
| 11/12/09 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 356.25 | 1,031,819.06 |
| 11/18/09 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 530.94 | 1,031,288.12 |
| 11/23/09 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 7,217.82 | 1,024,070.30 |
| 11/30/09 | 11 | BANK OF AMERICA | Interest Rate 0.090 | 1270-000 | 76.19 | | 1,024,146.49 |
| 12/04/09 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 457.50 | 1,023,688.99 |
| 12/08/09 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 54.74 | 1,023,634.25 |
| 12/09/09 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 78.22 | 1,023,556.03 |
| 12/11/09 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 13,800.00 | 1,009,756.03 |
| 12/15/09 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 64.16 | 1,009,691.87 |
| 12/15/09 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 375.00 | 1,009,316.87 |
| 12/22/09 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 798.43 | 1,008,518.44 |
| 12/31/09 | 11 | BANK OF AMERICA | Interest Rate 0.090 | 1270-000 | 77.49 | | 1,008,595.93 |

| | | | COLUMN TOTALS | | 232.61 | 24,552.47 | 1,008,595.93 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers/CD's | | 0.00 | 24,552.47 | |
| | | | Subtotal | | 232.61 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 232.61 | 0.00 | |

Page Subtotals     232.61     24,552.47

Ver: 15.06

LFORM24

FORM 2

Page: 8

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6835  Checking - Non Interest |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 12/31/09 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals     0.00     0.00

Ver: 15.06

LFORM24

FORM 2

Page: 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6848  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 12/31/09 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 38,452.19 |
| 10/31/09 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.98 | | 38,453.17 |
| 11/30/09 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.95 | | 38,454.12 |
| 12/07/09 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 817.50 | 37,636.62 |
| 12/31/09 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.96 | | 37,637.58 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 2.89 | 817.50 | 37,637.58 |
| Less:  Bank Transfers/CD's | 0.00 | 817.50 | |
| Subtotal | 2.89 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 2.89 | 0.00 | |

Page Subtotals      2.89        817.50

LFORM24

Ver: 15.06

FORM 2

Page: 10

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******7313  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 12/31/09 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 518,067.15 |
| 10/31/09 | 11 | BANK OF AMERICA | Interest Rate 0.070 | 1270-000 | 30.80 | | 518,097.95 |
| 11/30/09 | 11 | BANK OF AMERICA | Interest Rate 0.070 | 1270-000 | 29.81 | | 518,127.76 |
| 12/31/09 | 11 | BANK OF AMERICA | Interest Rate 0.070 | 1270-000 | 30.80 | | 518,158.56 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 91.41 | 0.00 | 518,158.56 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 91.41 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 91.41 | 0.00 | |

Page Subtotals    91.41    0.00

Ver: 15.06

LFORM24

FORM 2

Page: 11

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******7410  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 12/31/09 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 5,576.26 |
| 10/31/09 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,576.40 |
| 11/30/09 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,576.54 |
| 12/31/09 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,576.68 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 0.42 | 0.00 | 5,576.68 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.42 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.42 | 0.00 | |

Page Subtotals     0.42     0.00

Ver: 15.06

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 12

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******9728  Checking - Non Interest |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 12/31/09 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  | Deposits | Disbursements | Balance |
|---|---|---|---|---|
| COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - ********6518 | 7.30 | 0.00 | 57,837.63 |
| Checking - Non Interest - ********6521 | 0.00 | 25,369.97 | 0.00 |
| Money Market - Interest Bearing - ********6534 | 1.60 | 0.00 | 21,066.24 |
| Money Market - Interest Bearing - ********6819 | 232.61 | 0.00 | 1,008,595.93 |
| Checking - Non Interest - ********6835 | 0.00 | 0.00 | 0.00 |
| Money Market - Interest Bearing - ********6848 | 2.89 | 0.00 | 37,637.58 |
| Money Market - Interest Bearing - ********7313 | 91.41 | 0.00 | 518,158.56 |
| Money Market - Interest Bearing - ********7410 | 0.42 | 0.00 | 5,576.68 |
| Checking - Non Interest - ********9728 | 0.00 | 0.00 | 0.00 |
| | 336.23 | 25,369.97 | 1,648,872.62 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

  /s/    HOLMES P. HARDEN, TRUSTEE
Trustee's Signature: _____ Date: 01/27/10
  HOLMES P. HARDEN, TRUSTEE

Page Subtotals       0.00       0.00

Ver: 15.06

LFORM24