FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

| Case No: | 98-02675-5-JRL | Judge: JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | | Date Filed (f) or Converted (c): | 11/25/98 (f) |
| | | | 341(a) Meeting Date: | 12/30/98 |
| For Period Ending: | 03/31/10 | | Claims Bar Date: | 03/30/99 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Accounts Receivable | Unknown | 12,019.61 | | 12,019.61 | FA | 0.00 | 0.00 |
| Funds from Brent Wood's special account. Mr. Wood said funds were from credit card processes and a small liquidation of assets on Wicker Drive. | | | | | | | |
| 2. Funds in Bank Account | Unknown | 26,559.96 | | 26,559.96 | FA | 0.00 | 0.00 |
| Centura Bank CD Acct. #0219785949 to close | | | | | | | |
| 3. Refunds-Income Tax | Unknown | 737.49 | | 737.49 | FA | 0.00 | 0.00 |
| 4. Payment on Judgment for Embezzlement | Unknown | 6,386.68 | | 6,386.68 | FA | 0.00 | 0.00 |
| 5. Refunds-Other | Unknown | 12,316.22 | | 12,316.22 | FA | 0.00 | 0.00 |
| 6. Golf logo | Unknown | 500.00 | | 500.00 | FA | 0.00 | 0.00 |
| 7. Merchant Bankcard refunds | Unknown | 955.93 | | 955.93 | FA | 0.00 | 0.00 |
| 8. Auction Proceeds | Unknown | 22,635.00 | | 22,635.00 | FA | 0.00 | 0.00 |
| 9. Sale of database list | Unknown | 15,000.00 | | 15,000.00 | FA | 0.00 | 0.00 |
| 10. Cash Bonds 98CV011169 | Unknown | 10,000.00 | | 10,000.00 | FA | 0.00 | 0.00 |
| 11. Post-Petition Interest Deposits (u) | 0.00 | 464,719.07 | | 465,558.60 | 0.00 | 0.00 | 0.00 |
| 12. Postage Refund | Unknown | 7,292.15 | | 7,292.15 | FA | 0.00 | 0.00 |
| Postage Meter refund | | | | | | | |
| 13. Executive Risk Settlement | Unknown | 1,787,500.00 | | 1,787,500.00 | FA | 0.00 | 0.00 |
| 14. SEC Settlement | Unknown | 4,315,308.30 | | 4,315,308.30 | FA | 0.00 | 0.00 |
| First scheduled payment on settlement | | | | | | | |
| 15. Preference Payments (u) | Unknown | 485,684.27 | | 485,684.27 | FA | 0.00 | 0.00 |
| 16. Collection (u) | Unknown | 6,000.00 | | 6,000.00 | FA | 0.00 | 0.00 |
| Collection of Duke Realty Rent | | | | | | | |
| 17. Erie Insurance Settlement | Unknown | 60,000.00 | | 60,000.00 | FA | 0.00 | 0.00 |
| 18. Kecia Peterson Judgment (u) | 0.00 | 17,332.99 | | 17,332.99 | FA | 0.00 | 0.00 |
| Paid off in full on 11/1/04 | | | | | | | |

Gross Value of Remaining Assets

LFORM1EX

Ver: 15.08

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| Case No: | 98-02675-5-JRL     Judge: JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Date Filed (f) or Converted (c): | 11/25/98 (f) |
| | | 341(a) Meeting Date: | 12/30/98 |
| | | Claims Bar Date: | 03/30/99 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| TOTALS (Excluding Unknown Values) | $0.00 | $7,250,947.67 | | $7,251,787.20 | $0.00 | $0.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is working on final report and proposed distribution to be submitted by May 31, 2010. The balance as of 4/27/10 on hand is $1,617,865.02.  See Form II filed with the court on 4/28/10.

Initial Projected Date of Final Report (TFR):  12/30/01          Current Projected Date of Final Report (TFR):  11/30/10

        /s/      HOLMES P. HARDEN, TRUSTEE
_____   Date: 04/28/10
        HOLMES P. HARDEN, TRUSTEE

LFORM1EX

Ver: 15.08