**FORM 2**

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 98-02675-5-JRL |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| | |
| Taxpayer ID No: | 87-0421191 |
| For Period Ending: | 03/31/10 |

| | |
|---|---|
| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6518 Money Market - Interest Bearing |
| | |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 57,840.08 |
| 02/26/10 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.22 | | 57,842.30 |
| 03/31/10 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.46 | | 57,844.76 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 4.68 | 0.00 | 57,844.76 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 4.68 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4.68 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 4.68 | 0.00 |

Ver: 15.08

LFORM24

FORM 2

Page:   2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 98-02675-5-JRL | |
| Case Name: | INTERNATIONAL HERITAGE INC. | |
| | | |
| Taxpayer ID No: | 87-0421191 | |
| For Period Ending: | 03/31/10 | |

| | | |
|---|---|---|
| Trustee Name: | HOLMES P. HARDEN, TRUSTEE | |
| Bank Name: | BANK OF AMERICA | |
| Account Number / CD #: | *******6521  Checking - Non Interest | |
| | | |
| Blanket Bond (per case limit): | | |
| Separate Bond (if applicable): | $  1,678,500.00 | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/02/10 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 450.00 | | 450.00 |
| 02/02/10 | 001278 | Michelle Everidge<br>P. O. Box 124<br>Clayton, NC  27528 | Temporary Service<br>20 hours @ $15<br>1/25/10-1/28/10 | 2990-000 | | 300.00 | 150.00 |
| 02/02/10 | 001279 | Mike Marbry<br>P. O. Box 280<br>Benson, NC  27504 | Temporary Service<br>10 hours @ $15<br>1/24/10-1/29/10 | 2990-000 | | 150.00 | 0.00 |
| 02/09/10 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 55.05 | | 55.05 |
| 02/09/10 | 001280 | AT&T | Telephone Service<br>#919 876-2161 450 0364 | 2990-000 | | 55.05 | 0.00 |
| 02/18/10 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 572.69 | | 572.69 |
| 02/18/10 | 001281 | AT&T | Telephone Service<br>919 790-0128 | 2990-000 | | 32.69 | 540.00 |
| 02/18/10 | 001282 | Michelle Everidge<br>P. O. Box 124<br>Clayton, NC  27528 | Temporary Service<br>24 hours @ $15.00<br>2/2/10-2/5/10 | 2990-000 | | 360.00 | 180.00 |
| 02/18/10 | 001283 | Mike Marbry<br>P. O. Box 280<br>Benson, NC  27504 | Temporary Service<br>12 hours @ $15.00<br>2/3/10-2/17/10 | 2990-000 | | 180.00 | 0.00 |
| 02/24/10 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 798.87 | | 798.87 |
| 02/24/10 | 001284 | Mike Marbry<br>P. O. Box 280<br>Benson, NC  27504 | Temporary Service<br>12 hours @ $15<br>through 2/23/10 | 2990-000 | | 180.00 | 618.87 |
| 02/24/10 | 001285 | Michelle Everidge<br>P. O. Box 124<br>Clayton, NC  27528 | Temporary Service<br>Weeking ending 2/19/10<br>29.5 hours @ $15 | 2990-000 | | 442.50 | 176.37 |
| 02/24/10 | 001286 | AT&T | Telephone Service<br>020 713 5257 001 | 2990-000 | | 65.30 | 111.07 |
| | | | Page Subtotals | | 1,876.61 | 1,765.54 | |

Ver: 15.08

LFORM24

FORM 2

Page:   3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 98-02675-5-JRL |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | 87-0421191 |
| For Period Ending: | 03/31/10 |

| | |
|---|---|
| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6521  Checking - Non Interest |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $  1,678,500.00 |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/24/10 | 001287 | AT&T | Telephone Service<br>056 332-1488 001 | 2990-000 | | 32.69 | 78.38 |
| 02/24/10 | 001288 | AT&T | Telephone Service<br>919 790-0128 010 0363 | 2990-000 | | 78.38 | 0.00 |
| 03/10/10 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 384.90 | | 384.90 |
| 03/10/10 | 001289 | AT&T | Telephone Service<br>919 876-2161 450 0364 | 2990-000 | | 54.90 | 330.00 |
| 03/10/10 | 001290 | Michelle Everidge<br>P. O. Box 124<br>Clayton, NC  27528 | Temporary Service<br>Week ending 2/26/10<br>22 hours @ $15 | 2990-000 | | 330.00 | 0.00 |
| 03/16/10 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 377.69 | | 377.69 |
| 03/16/10 | 001291 | AT&T | Telephone Service<br>919 790 0128 | 2990-000 | | 32.69 | 345.00 |
| 03/16/10 | 001292 | MICHELLE EVERIDGE<br>P. O. BOX 124<br>CLAYTON, NC  27528 | Temporary Service<br>WEEK ENDING 3/12/10<br>23 HOURS @ $15.00 | 2990-000 | | 345.00 | 0.00 |
| 03/22/10 | | Transfer from Acct #*******6819 | Telephone Service | 9999-000 | 54.35 | | 54.35 |
| 03/22/10 | | Transfer from Acct #*******6819 | Telephone Service | 9999-000 | 78.38 | | 132.73 |
| 03/22/10 | 001293 | AT&T | Telephone Service<br>020 713 6257 001 | 2990-000 | | 54.35 | 78.38 |
| 03/22/10 | 001294 | AT&T | Telephone Service<br>9019 790-0128010 0364 | 1121-000 | | 78.38 | 0.00 |
| 03/25/10 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 332.69 | | 332.69 |
| 03/25/10 | 001295 | Michelle Everidge<br>P. O. Box  124<br>Clayton, NC  27528 | Temporary Service<br>Week ending 3/19/10<br>20 hours @ $15 | 2990-000 | | 300.00 | 32.69 |
| 03/25/10 | 001296 | AT&T | Telephone Service<br>056 332-1488 001 | 2990-000 | | 32.69 | 0.00 |

Page Subtotals          1,228.01          1,339.08

Ver: 15.08

LFORM24

**FORM 2**

Page:    4

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:            98-02675-5-JRL

Case Name:        INTERNATIONAL HERITAGE INC.

Taxpayer ID No:    87-0421191

For Period Ending:    03/31/10

Trustee Name:        HOLMES P. HARDEN, TRUSTEE

Bank Name:            BANK OF AMERICA

Account Number / CD #:        *******6521  Checking - Non Interest

Blanket Bond (per case limit):

Separate Bond (if applicable):        $  1,678,500.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 3,104.62 | 3,104.62 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 3,104.62 | 0.00 | |
| | | | Subtotal | | 0.00 | 3,104.62 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 3,104.62 | |

Page Subtotals                0.00                0.00

Ver: 15.08

LFORM24

**FORM 2**

Page:   5

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 98-02675-5-JRL |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | 87-0421191 |
| For Period Ending: | 03/31/10 |

| | |
|---|---|
| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6534  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $  1,678,500.00 |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 21,066.77 |
| 02/26/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.48 | | 21,067.25 |
| 03/31/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.54 | | 21,067.79 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 1.02 | 0.00 | 21,067.79 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 1.02 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 1.02 | 0.00 | |

Page Subtotals                1.02                0.00

Ver: 15.08

LFORM24

FORM 2                                                                                                                    Page:     6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 98-02675-5-JRL | | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | | | Bank Name: | BANK OF AMERICA |
| | | | | Account Number / CD #: | *******6819  Money Market - Interest Bearing |
| Taxpayer ID No: | 87-0421191 | | | | |
| For Period Ending: | 03/31/10 | | | Blanket Bond (per case limit): | |
| | | | | Separate Bond (if applicable): | $  1,678,500.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 981,832.15 |
| 02/02/10 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 450.00 | 981,382.15 |
| 02/09/10 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 55.05 | 981,327.10 |
| 02/18/10 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 572.69 | 980,754.41 |
| 02/24/10 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 798.87 | 979,955.54 |
| 02/26/10 | 11 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 52.67 | | 980,008.21 |
| 03/10/10 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 384.90 | 979,623.31 |
| 03/16/10 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 377.69 | 979,245.62 |
| 03/22/10 | | Transfer to Acct #*******6521 | Telephone Service | 9999-000 | | 54.35 | 979,191.27 |
| 03/22/10 | | Transfer to Acct #*******6521 | Telephone Service | 9999-000 | | 78.38 | 979,112.89 |
| 03/25/10 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 332.69 | 978,780.20 |
| 03/31/10 | 11 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 58.24 | | 978,838.44 |

|  | | COLUMN TOTALS | 110.91 | 3,104.62 | 978,838.44 |
|---|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | | 0.00 | 3,104.62 | |
| | Subtotal | | 110.91 | 0.00 | |
| | Less:  Payments to Debtors | | | 0.00 | |
| | Net | | 110.91 | 0.00 | |

Page Subtotals                                      110.91                3,104.62

Ver: 15.08

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   7

| Case No: | 98-02675-5-JRL | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6835  Checking - Non Interest |
| Taxpayer ID No: | 87-0421191 | | | |
| For Period Ending: | 03/31/10 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $  1,678,500.00 |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 15.08

LFORM24

**FORM 2**

Page: 8

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 98-02675-5-JRL |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| | |
| Taxpayer ID No: | 87-0421191 |
| For Period Ending: | 03/31/10 |

| | |
|---|---|
| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6848  Money Market - Interest Bearing |
| | |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $  1,678,500.00 |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 37,638.54 |
| 02/26/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.87 | | 37,639.41 |
| 03/31/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.96 | | 37,640.37 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 1.83 | 0.00 | 37,640.37 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 1.83 | 0.00 |
| Less:  Payments to Debtors | | 0.00 |
| Net | 1.83 | 0.00 |

Page Subtotals          1.83          0.00

Ver: 15.08

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   9

| Case No: | 98-02675-5-JRL | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******7313  Money Market - Interest Bearing |
| Taxpayer ID No: | 87-0421191 | | | |
| For Period Ending: | 03/31/10 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $  1,678,500.00 |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 518,189.36 |
| 02/26/10 | 11 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 27.83 | | 518,217.19 |
| 03/31/10 | 11 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 30.82 | | 518,248.01 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 58.65 | 0.00 | 518,248.01 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 58.65 | 0.00 |
| Less:  Payments to Debtors | | 0.00 |
| Net | 58.65 | 0.00 |

Page Subtotals          58.65          0.00

Ver: 15.08

LFORM24

FORM 2                                                                                                                                  Page:    10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        98-02675-5-JRL                                         Trustee Name:        HOLMES P. HARDEN, TRUSTEE
Case Name:      INTERNATIONAL HERITAGE INC.                            Bank Name:           BANK OF AMERICA
                                                                       Account Number / CD #:   *******7410  Money Market - Interest Bearing

Taxpayer ID No:  87-0421191
For Period Ending:  03/31/10                                           Blanket Bond (per case limit):
                                                                       Separate Bond (if applicable):   $  1,678,500.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 5,576.81 |
| 02/26/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,576.94 |
| 03/31/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,577.09 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 0.28 | 0.00 | 5,577.09 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.28 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.28 | 0.00 | |

Page Subtotals            0.28              0.00

Ver: 15.08

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 11

| Case No: | 98-02675-5-JRL | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******9728  Checking - Non Interest |
| Taxpayer ID No: | 87-0421191 | | | |
| For Period Ending: | 03/31/10 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $  1,678,500.00 |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | | 0.00 | 0.00 | |
| | Less:  Payments to Debtors | | | 0.00 | |
| Net | | | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - ********6518 | 4.68 | 0.00 | 57,844.76 |
| Checking - Non Interest - ********6521 | 0.00 | 3,104.62 | 0.00 |
| Money Market - Interest Bearing - ********6534 | 1.02 | 0.00 | 21,067.79 |
| Money Market - Interest Bearing - ********6819 | 110.91 | 0.00 | 978,838.44 |
| Checking - Non Interest - ********6835 | 0.00 | 0.00 | 0.00 |
| Money Market - Interest Bearing - ********6848 | 1.83 | 0.00 | 37,640.37 |
| Money Market - Interest Bearing - ********7313 | 58.65 | 0.00 | 518,248.01 |
| Money Market - Interest Bearing - ********7410 | 0.28 | 0.00 | 5,577.09 |
| Checking - Non Interest - ********9728 | 0.00 | 0.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 177.37 | 3,104.62 | 1,619,216.46 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/     HOLMES P. HARDEN, TRUSTEE
_____  Date: 04/28/10
HOLMES P. HARDEN, TRUSTEE

| | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|

Ver: 15.08

LFORM24