# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No.: 98-02675-5-JRL   Judge: JRL  
Case Name: INTERNATIONAL HERITAGE INC.  
For Period Ending: 07/29/10

Trustee Name: HOLMES P. HARDEN, TRUSTEE  
Date Filed (f) or Converted (c): 11/25/98 (f)  
341(a) Meeting Date: 12/30/98  
Claims Bar Date: 03/30/99

Page: 1

| 1 Asset Description (Scheduled and Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=554(a) DA=554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets | 7 Lien Amount | 8 Exempt Amount |
|---|---|---|---|---|---|---|---|
| Accounts Receivable | 1,118,244.40 | 12,019.61 | | 12,019.61 | FA | 0.00 | 0.00 |
| Funds from Brent Wood's special account. Mr. Wood said funds were from credit card processes and a small liquidation of assets on Wicker Drive. | | | | | | | |
| 2. Funds in Bank Account | 216,573.65 | 26,559.96 | | 26,559.96 | FA | 0.00 | 0.00 |
| Centura Bank CD Acct. #0219785949 to close | | | | | | | |
| 3. Refunds-Income Tax | 38,497.93 | 737.49 | | 737.49 | FA | 0.00 | 0.00 |
| 4. Payment on Judgment for Embezzlement | 250,000.00 | 8,886.68 | | 8,886.68 | FA | 0.00 | 0.00 |
| 5. Refunds-Other (u) | Unknown | 7,061.99 | | 7,061.99 | FA | 0.00 | 0.00 |
| 6. Golf logo | Unknown | 500.00 | | 500.00 | FA | 0.00 | 0.00 |
| 7. Merchant Bankcard refunds | Unknown | 955.93 | | 955.93 | FA | 0.00 | 0.00 |
| 8. Auction Proceeds | 108,795.11 | 22,635.00 | | 22,635.00 | FA | 0.00 | 0.00 |
| 9. Sale of remaing inventory and equipment | 100,000.00 | 15,000.00 | | 15,000.00 | FA | 0.00 | 0.00 |
| Sale of database list listed on schedules as patents | | | | | | | |
| 10. Cash Bonds 98CV011169 | Unknown | 7,500.00 | | 7,500.00 | FA | 0.00 | 0.00 |
| 11. Post-Petition Interest Deposits (u) | 0.00 | 465,831.67 | | 465,831.67 | 0.00 | 0.00 | 0.00 |
| 12. Postage Refund | 6,000.00 | 7,292.15 | | 7,292.15 | FA | 0.00 | 0.00 |
| Postage Meter refund- See exhibit B26 | | | | | | | |
| 13. Executive Risk Settlement | 1,000,000.00 | 1,787,500.00 | | 1,787,500.00 | FA | 0.00 | 0.00 |
| 14. SEC Settlement | 5,000,000.00 | 4,315,308.30 | | 4,315,308.30 | FA | 0.00 | 0.00 |
| $3.5 SEC and $1.5 by Staney Van Etten for bond | | | | | | | |
| 15. Preference Payments (u) | 0.00 | 485,684.27 | | 485,684.27 | FA | 0.00 | 0.00 |
| See attached exhibit chart, Stephani Humrickhouse collected AP's and preference demand letters were sent prior to filing AP's for preferences and fraudulent transfers | | | | | | | |
| 16. Collection of Duke Realty Rent (u) | Unknown | 6,000.00 | | 6,000.00 | FA | 0.00 | 0.00 |
| Collection of Duke Realty Rent related to collection of preferences | | | | | | | |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No:     98-02675-5-JRL    Judge: JRL  
Case Name:   INTERNATIONAL HERITAGE INC.  

Trustee Name: HOLMES P. HARDEN, TRUSTEE  
Date Filed (f) or Converted (c): 11/25/98 (f)  
341(a) Meeting Date: 12/30/98  
Claims Bar Date: 03/30/99  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 17. Erie Insurance Settlement | Unknown | 60,000.00 | | 60,000.00 | FA | 0.00 | 0.00 |
| 18. Kecia Peterson Judgment Paid off in full on 11/1/04; Listed on Exhibit B20 in petition as having combined petition value of $250,000 | 0.00 | 17,332.99 | | 17,332.99 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $7,838,111.09 | $7,246,806.04 | | $7,246,806.04 | | $0.00 | $0.00 |

(Total Dollar Amount in Column 6)

Gross Value of Remaining Assets  
$0.00

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is working on final report and proposed distribution.  
Motion to require Wachovia to pay settlement amount filed 7/20/10.

Initial Projected Date of Final Report (TFR): 12/30/01       Current Projected Date of Final Report (TFR): 11/30/10

/s/ HOLMES P. HARDEN, TRUSTEE  
HOLMES P. HARDEN, TRUSTEE    Date: 07/29/10