FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6518  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 07/30/10 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 57,837.63 |
| 01/29/10 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.45 | | 57,840.08 |
| 02/26/10 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.22 | | 57,842.30 |
| 03/31/10 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.46 | | 57,844.76 |
| 04/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.38 | | 57,847.14 |
| 05/28/10 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.45 | | 57,849.59 |
| 06/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.39 | | 57,851.98 |
| 07/30/10 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 2.30 | | 57,854.28 |
| 07/30/10 | | Transfer to Acct #*******3851 | Final Posting Transfer | 9999-000 | | 57,854.28 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 16.65 | 57,854.28 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 57,854.28 | |
| Subtotal | | 16.65 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 16.65 | 0.00 | |

Page Subtotals     16.65     57,854.28

LFORM24

Ver: 15.10d

**FORM 2**

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 98-02675-5-JRL | Trustee Name: HOLMES P. HARDEN, TRUSTEE |
| Case Name: INTERNATIONAL HERITAGE INC. | Bank Name: BANK OF AMERICA |
| | Account Number / CD #: *******6521  Checking - Non Interest |
| Taxpayer ID No: *******1191 | |
| For Period Ending: 07/30/10 | Blanket Bond (per case limit): |
| | Separate Bond (if applicable): $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/12/10 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 624.74 | | 624.74 |
| 01/12/10 | 001266 | AT&T | Telephone Service<br>919 876-2161 450 0364 | 2990-000 | | 54.74 | 570.00 |
| 01/12/10 | 001267 | MIKE MARBRY<br>P. O. BOX 280<br>BENSON, NC  27504 | Temporary Service<br>12/28/09-01/02/10<br>25 HOURS @ $15 | 2990-000 | | 375.00 | 195.00 |
| 01/12/10 | 001268 | MICHELLE EVERIDGE<br>P. O. BOX 128<br>CLAYTON, NC  27528 | Temporary Service<br>12/18/09-01/02/10<br>13 HOURS @ $15 | 2990-000 | | 195.00 | 0.00 |
| 01/13/10 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 32.69 | | 32.69 |
| 01/13/10 | 001269 | AT&T | Telephone Service<br>919 790 0128 | 2990-000 | | 32.69 | 0.00 |
| 01/15/10 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 25,000.00 | | 25,000.00 |
| 01/15/10 | 001270 | WILLIAMS MULLEN | ATTORNEY FOR TRUSTEE FEES<br>CONSENT ORDER ENTERED 1/14/10<br>400232.1922 | 3120-000 | | 25,000.00 | 0.00 |
| 01/20/10 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 687.03 | | 687.03 |
| 01/20/10 | 001271 | Michelle Everidge<br>P. O. Box 128<br>Clayton, NC  27528 | Temporary Service<br>1/11/10-1/14/10<br>24 hours @ $15 | 2990-000 | | 360.00 | 327.03 |
| 01/20/10 | 001272 | Mike Marbry<br>P. O. Box 280<br>Benson, NC  27504 | Temporary Service<br>1/11/10-1/15/10<br>18 hours @ $15 | 2990-000 | | 270.00 | 57.03 |
| 01/20/10 | 001273 | AT&T | Telephone Service<br>Acct # 020 713 6257 001 | 2990-000 | | 57.03 | 0.00 |
| 01/26/10 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 486.15 | | 486.15 |
| 01/26/10 | 001274 | AT&T | Telephone Service<br>919 790-0128 010 0363 | 2990-000 | | 78.46 | 407.69 |

Page Subtotals    26,830.61    26,422.92

Ver: 15.10d

LFORM24

FORM 2

Page: 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
|  |  | Account Number / CD #: | *******6521  Checking - Non Interest |
| Taxpayer ID No: | *******1191 |  |  |
| For Period Ending: | 07/30/10 | Blanket Bond (per case limit): |  |
|  |  | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/26/10 | 001275 | AT&T | Telephone Service 919 876 2161 | 2990-000 |  | 32.69 | 375.00 |
| 01/26/10 | 001276 | Michelle Everidge P. O. Box 124 Clayton, NC  27528 | Temporary Service 1/19/10-1/22/10 15 hours @ $15 | 2990-000 |  | 225.00 | 150.00 |
| 01/26/10 | 001277 | Mike Marbry P. O. Box 280 Benson, NC  27504 | Temporary Service 1/18/10-1/22/10 10 hours @ $15 | 2990-000 |  | 150.00 | 0.00 |
| 02/02/10 |  | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 450.00 |  | 450.00 |
| 02/02/10 | 001278 | Michelle Everidge P. O. Box 124 Clayton, NC  27528 | Temporary Service 20 hours @ $15 1/25/10-1/28/10 | 2990-000 |  | 300.00 | 150.00 |
| 02/02/10 | 001279 | Mike Marbry P. O. Box 280 Benson, NC  27504 | Temporary Service 10 hours @ $15 1/24/10-1/29/10 | 2990-000 |  | 150.00 | 0.00 |
| 02/09/10 |  | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 55.05 |  | 55.05 |
| 02/09/10 | 001280 | AT&T | Telephone Service #919 876-2161 450 0364 | 2990-000 |  | 55.05 | 0.00 |
| 02/18/10 |  | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 572.69 |  | 572.69 |
| 02/18/10 | 001281 | AT&T | Telephone Service 919 790-0128 | 2990-000 |  | 32.69 | 540.00 |
| 02/18/10 | 001282 | Michelle Everidge P. O. Box 124 Clayton, NC  27528 | Temporary Service 24 hours @ $15.00 2/2/10-2/5/10 | 2990-000 |  | 360.00 | 180.00 |
| 02/18/10 | 001283 | Mike Marbry P. O. Box 280 Benson, NC  27504 | Temporary Service 12 hours @ $15.00 2/3/10-2/17/10 | 2990-000 |  | 180.00 | 0.00 |
| 02/24/10 |  | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 798.87 |  | 798.87 |
| 02/24/10 | 001284 | Mike Marbry | Temporary Service | 2990-000 |  | 180.00 | 618.87 |

Page Subtotals        1,876.61        1,665.43

Ver: 15.10d

LFORM24

**FORM 2**

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6521  Checking - Non Interest |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 07/30/10 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/24/10 | 001285 | P. O. Box 280<br>Benson, NC  27504<br>Michelle Everidge<br>P. O. Box 124<br>Clayton, NC  27528 | 12 hours @ $15<br>through 2/23/10<br>Temporary Service<br>Weeking ending 2/19/10<br>29.5 hours @ $15 | 2990-000 | | 442.50 | 176.37 |
| 02/24/10 | 001286 | AT&T | Telephone Service<br>020 713 5257 001 | 2990-000 | | 65.30 | 111.07 |
| 02/24/10 | 001287 | AT&T | Telephone Service<br>056 332-1488 001 | 2990-000 | | 32.69 | 78.38 |
| 02/24/10 | 001288 | AT&T | Telephone Service<br>919 790-0128 010 0363 | 2990-000 | | 78.38 | 0.00 |
| 03/10/10 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 384.90 | | 384.90 |
| 03/10/10 | 001289 | AT&T | Telephone Service<br>919 876-2161 450 0364 | 2990-000 | | 54.90 | 330.00 |
| 03/10/10 | 001290 | Michelle Everidge<br>P. O. Box 124<br>Clayton, NC  27528 | Temporary Service<br>Week ending 2/26/10<br>22 hours @ $15 | 2990-000 | | 330.00 | 0.00 |
| 03/16/10 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 377.69 | | 377.69 |
| 03/16/10 | 001291 | AT&T | Telephone Service<br>919 790 0128 | 2990-000 | | 32.69 | 345.00 |
| 03/16/10 | 001292 | MICHELLE EVERIDGE<br>P. O. BOX 124<br>CLAYTON, NC  27528 | Temporary Service<br>WEEK ENDING 3/12/10<br>23 HOURS @ $15.00 | 2990-000 | | 345.00 | 0.00 |
| 03/22/10 | | Transfer from Acct #*******6819 | Telephone Service | 9999-000 | 54.35 | | 54.35 |
| 03/22/10 | | Transfer from Acct #*******6819 | Telephone Service | 9999-000 | 78.38 | | 132.73 |
| 03/22/10 | 001293 | AT&T | Telephone Service<br>020 713 6257 001 | 2990-000 | | 54.35 | 78.38 |
| 03/22/10 | 001294 | AT&T | Telephone Service<br>9019 790-0128010 0364 | 2990-000 | | 78.38 | 0.00 |
| | | | Page Subtotals | | 895.32 | 1,514.19 | |

Ver: 15.10d

LFORM24

FORM 2

Page: 5

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6521 Checking - Non Interest |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 07/30/10 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/25/10 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 332.69 | | 332.69 |
| 03/25/10 | 001295 | Michelle Everidge P. O. Box 124 Clayton, NC 27528 | Temporary Service Week ending 3/19/10 20 hours @ $15 | 2990-000 | | 300.00 | 32.69 |
| 03/25/10 | 001296 | AT&T | Telephone Service 056 332-1488 001 | 2990-000 | | 32.69 | 0.00 |
| 04/01/10 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 345.00 | | 345.00 |
| 04/01/10 | 001297 | Michelle Everidge P. O. Box 124 Clayton, NC 27528 | Temporary Service Week ending 3/26/10 23 hours @ $15 | 2990-000 | | 345.00 | 0.00 |
| 04/05/10 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 444.90 | | 444.90 |
| 04/05/10 | 001298 | Michelle Everidge P. O.Box 124 Clayton, NC 27528 | Temporary Service Week ending 4/2/10 26 hours @ $15 | 2990-000 | | 390.00 | 54.90 |
| 04/05/10 | 001299 | AT&T | Telephone Service 919 876-2161 450 0364 | 2990-000 | | 54.90 | 0.00 |
| 04/15/10 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 33.04 | | 33.04 |
| 04/15/10 | 001300 | AT&T | Telephone Service 056 390-8195 001 | 2990-000 | | 33.04 | 0.00 |
| 04/22/10 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 528.50 | | 528.50 |
| 04/22/10 | 001301 | AT&T | Telephone Service 020 713 6257 001 | 2990-000 | | 60.46 | 468.04 |
| 04/22/10 | 001302 | AT&T | Telephone Service 056 332-1488 001 | 2990-000 | | 33.04 | 435.00 |
| 04/22/10 | 001303 | Michelle Everidge | Temporary Service 29 hours @ $15 per hour Weeks ending 416/10 and 4/09/10 | 2990-000 | | 435.00 | 0.00 |
| 05/05/10 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 80.05 | | 80.05 |
| 05/05/10 | 001304 | AT&T | Telephone Service | 2990-000 | | 80.05 | 0.00 |

Page Subtotals  1,764.18  1,764.18

LFORM24

Ver: 15.10d

FORM 2

Page: 6

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6521  Checking - Non Interest |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 07/30/10 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/11/10 | | Transfer from Acct #*******6819 | 919790012801000363<br>Bank Funds Transfer | 9999-000 | 89.79 | | 89.79 |
| 05/11/10 | 001305 | AT&T | Telephone Service<br>919 790 0128 | 2990-000 | | 33.04 | 56.75 |
| 05/11/10 | 001306 | AT&T | Telephone Service<br>919 876-2161 450 0364 | 2990-000 | | 56.75 | 0.00 |
| 05/21/10 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 33.04 | | 33.04 |
| 05/21/10 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 66.17 | | 99.21 |
| 05/21/10 | 001307 | AT&T | Telephone Service<br>020 713 6257 001 | 2990-000 | | 66.17 | 33.04 |
| 05/21/10 | 001308 | AT&T | Telephone Service<br>919 876 2161 | 2990-000 | | 33.04 | 0.00 |
| 05/26/10 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 80.30 | | 80.30 |
| 05/26/10 | 001309 | AT&T | Telephone Service<br>919790-01280100363 | 2990-000 | | 80.20 | 0.10 |
| 06/01/10 | | Transfer to Acct #*******6819 | Bank Funds Transfer | 9999-000 | | 0.10 | 0.00 |
| 07/20/10 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 1,535.27 | | 1,535.27 |
| 07/20/10 | 001310 | AT&T | Telephone Service<br>919 876-2161 450 0364 | 2990-000 | | 113.32 | 1,421.95 |
| 07/20/10 | 001311 | AT&T | Telephone Service<br>020 713 6257 001 | 2990-000 | | 126.36 | 1,295.59 |
| 07/20/10 | 001312 | AT&T | Telephone Service<br>056 390 8195 001 | 2990-000 | | 65.59 | 1,230.00 |
| 07/20/10 | 001313 | Cathy Johnson<br>500 W. Harnett Street<br>Benson, NC  27504 | Temporary Service<br>82 hours @ $15<br>6/21/10 through 7/19/10 | 2990-000 | | 1,230.00 | 0.00 |
| 07/26/10 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 160.30 | | 160.30 |
| 07/26/10 | 001314 | AT&T | Telephone Service<br>919 790-0128 010 0363 | 2990-000 | | 160.30 | 0.00 |

Page Subtotals   1,964.87   1,964.87

Ver: 15.10d

LFORM24

FORM 2

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6521  Checking - Non Interest |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 07/30/10 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 33,331.59 | 33,331.59 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 33,331.59 | 0.10 | |
| | | | Subtotal | | 0.00 | 33,331.49 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 33,331.49 | |

Page Subtotals         0.00         0.00

Ver: 15.10d

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 8

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6534  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 07/30/10 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 21,066.24 |
| 01/29/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.53 | | 21,066.77 |
| 02/26/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.48 | | 21,067.25 |
| 03/31/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.54 | | 21,067.79 |
| 04/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.52 | | 21,068.31 |
| 05/28/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.53 | | 21,068.84 |
| 06/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.52 | | 21,069.36 |
| * 07/30/10 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-003 | 0.50 | | 21,069.86 |
| * 07/30/10 | 11 | Reverses Interest on 07/30/10 | INTEREST REC'D FROM BANK | 1270-003 | -0.50 | | 21,069.36 |
| 07/30/10 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.50 | | 21,069.86 |
| 07/30/10 | | Transfer to Acct #*******3851 | Final Posting Transfer | 9999-000 | | 21,069.86 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 3.62 | 21,069.86 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 21,069.86 | |
| Subtotal | 3.62 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 3.62 | 0.00 | |

Page Subtotals    3.62    21,069.86

LFORM24

Ver: 15.10d

FORM 2

Page: 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
|  |  | Account Number / CD #: | *******6819  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 |  |  |
| For Period Ending: | 07/30/10 | Blanket Bond (per case limit): |  |
|  |  | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 1,008,595.93 |
| 01/12/10 |  | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 |  | 624.74 | 1,007,971.19 |
| 01/13/10 |  | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 |  | 32.69 | 1,007,938.50 |
| 01/15/10 |  | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 |  | 25,000.00 | 982,938.50 |
| 01/20/10 |  | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 |  | 687.03 | 982,251.47 |
| 01/26/10 |  | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 |  | 486.15 | 981,765.32 |
| 01/29/10 | 11 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 66.83 |  | 981,832.15 |
| 02/02/10 |  | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 |  | 450.00 | 981,382.15 |
| 02/09/10 |  | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 |  | 55.05 | 981,327.10 |
| 02/18/10 |  | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 |  | 572.69 | 980,754.41 |
| 02/24/10 |  | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 |  | 798.87 | 979,955.54 |
| 02/26/10 | 11 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 52.67 |  | 980,008.21 |
| 03/10/10 |  | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 |  | 384.90 | 979,623.31 |
| 03/16/10 |  | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 |  | 377.69 | 979,245.62 |
| 03/22/10 |  | Transfer to Acct #*******6521 | Telephone Service | 9999-000 |  | 54.35 | 979,191.27 |
| 03/22/10 |  | Transfer to Acct #*******6521 | Telephone Service | 9999-000 |  | 78.38 | 979,112.89 |
| 03/25/10 |  | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 |  | 332.69 | 978,780.20 |
| 03/31/10 | 11 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 58.24 |  | 978,838.44 |
| 04/01/10 |  | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 |  | 345.00 | 978,493.44 |
| 04/05/10 |  | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 |  | 444.90 | 978,048.54 |
| 04/15/10 |  | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 |  | 33.04 | 978,015.50 |
| 04/22/10 |  | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 |  | 528.50 | 977,487.00 |
| 04/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 56.26 |  | 977,543.26 |
| 05/05/10 |  | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 |  | 80.05 | 977,463.21 |
| 05/11/10 |  | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 |  | 89.79 | 977,373.42 |
| 05/21/10 |  | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 |  | 33.04 | 977,340.38 |
| 05/21/10 |  | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 |  | 66.17 | 977,274.21 |
| 05/26/10 |  | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 |  | 80.30 | 977,193.91 |
|  |  |  | Page Subtotals |  | 234.00 | 31,636.02 |  |

LFORM24

Ver: 15.10d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 10

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6819  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 07/30/10 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/28/10 | 11 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 58.10 | | 977,252.01 |
| 06/01/10 | | Transfer from Acct #*******6521 | Bank Funds Transfer | 9999-000 | 0.10 | | 977,252.11 |
| 06/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 56.23 | | 977,308.34 |
| 07/20/10 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 1,535.27 | 975,773.07 |
| 07/26/10 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 160.30 | 975,612.77 |
| 07/30/10 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 54.32 | | 975,667.09 |
| 07/30/10 | | Transfer to Acct #*******3851 | Final Posting Transfer | 9999-000 | | 975,667.09 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 402.75 | 1,008,998.68 | 0.00 |
| Less:  Bank Transfers/CD's | 0.10 | 1,008,998.68 | |
| Subtotal | 402.65 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 402.65 | 0.00 | |

Page Subtotals    168.75    977,362.66

Ver: 15.10d

LFORM24

FORM 2

Page: 11

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6835  Checking - Non Interest |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 07/30/10 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals    0.00    0.00

LFORM24

Ver: 15.10d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 12

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6848  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 07/30/10 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 37,637.58 |
| 01/29/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.96 | | 37,638.54 |
| 02/26/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.87 | | 37,639.41 |
| 03/31/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.96 | | 37,640.37 |
| 04/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.93 | | 37,641.30 |
| 05/28/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.96 | | 37,642.26 |
| 06/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.93 | | 37,643.19 |
| 07/30/10 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.90 | | 37,644.09 |
| 07/30/10 | | Transfer to Acct #*******3851 | Final Posting Transfer | 9999-000 | | 37,644.09 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6.51 | 37,644.09 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 37,644.09 | |
| Subtotal | 6.51 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 6.51 | 0.00 | |

Page Subtotals    6.51    37,644.09

LFORM24

Ver: 15.10d

FORM 2

Page: 13

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******7313  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 07/30/10 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 518,158.56 |
| 01/29/10 | 11 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 30.80 | | 518,189.36 |
| 02/26/10 | 11 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 27.83 | | 518,217.19 |
| 03/31/10 | 11 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 30.82 | | 518,248.01 |
| 04/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 29.82 | | 518,277.83 |
| 05/28/10 | 11 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 30.81 | | 518,308.64 |
| 06/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 29.82 | | 518,338.46 |
| 07/08/10 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 573.44 | | 518,911.90 |
| * 07/08/10 | | Reverses Deposit # 95 | Deposit #95 reversed to link to interest. interest Should have posted to interest for compensable receipts. | | -573.44 | | 518,338.46 |
| 07/30/10 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 28.83 | | 518,367.29 |
| 07/30/10 | | Transfer to Acct #*******3851 | Final Posting Transfer | 9999-000 | | 518,367.29 | 0.00 |

| | COLUMN TOTALS | 208.73 | 518,367.29 | 0.00 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 518,367.29 | |
| | Subtotal | 208.73 | 0.00 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 208.73 | 0.00 | |

Page Subtotals        208.73        518,367.29

Ver: 15.10d

LFORM24

FORM 2

Page: 14

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******7410  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 07/30/10 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 5,576.68 |
| 01/29/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,576.81 |
| 02/26/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,576.94 |
| 03/31/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,577.09 |
| 04/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,577.23 |
| 05/28/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,577.37 |
| 06/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,577.51 |
| 07/30/10 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.13 | | 5,577.64 |
| 07/30/10 | | Transfer to Acct #*******3851 | Final Posting Transfer | 9999-000 | | 5,577.64 | 0.00 |

| | | | COLUMN TOTALS | 0.96 | 5,577.64 | 0.00 |
|---|---|---|---|---|---|---|
| | | Less: | Bank Transfers/CD's | 0.00 | 5,577.64 | |
| | | | Subtotal | 0.96 | 0.00 | |
| | | Less: | Payments to Debtors | | 0.00 | |
| | | | Net | 0.96 | 0.00 | |

Page Subtotals    0.96    5,577.64

LFORM24

Ver: 15.10d

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 15

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******9728  Checking - Non Interest |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 07/30/10 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| | | | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

Page Subtotals    0.00    0.00

Ver: 15.10d

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 16

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3851  Checking - Non Interest |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 07/30/10 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | BALANCE FORWARD | | | | | 0.00 |
| 07/30/10 | | Transfer from Acct #*******7410 | Transfer In From MMA Account | 9999-000 | 5,577.64 | | 5,577.64 |
| 07/30/10 | | Transfer from Acct #*******6534 | Transfer In From MMA Account | 9999-000 | 21,069.86 | | 26,647.50 |
| 07/30/10 | | Transfer from Acct #*******6848 | Transfer In From MMA Account | 9999-000 | 37,644.09 | | 64,291.59 |
| 07/30/10 | | Transfer from Acct #*******6518 | Transfer In From MMA Account | 9999-000 | 57,854.28 | | 122,145.87 |
| 07/30/10 | | Transfer from Acct #*******7313 | Transfer In From MMA Account | 9999-000 | 518,367.29 | | 640,513.16 |
| 07/30/10 | | Transfer from Acct #*******6819 | Transfer In From MMA Account | 9999-000 | 975,667.09 | | 1,616,180.25 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 1,616,180.25 | 0.00 | 1,616,180.25 |
| Less: Bank Transfers/CD's | 1,616,180.25 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - *******6518 | 16.65 | 0.00 | 0.00 |
| Checking - Non Interest - *******6521 | 0.00 | 33,331.49 | 0.00 |
| Money Market - Interest Bearing - *******6534 | 3.62 | 0.00 | 0.00 |
| Money Market - Interest Bearing - *******6819 | 402.65 | 0.00 | 0.00 |
| Checking - Non Interest - *******6835 | 0.00 | 0.00 | 0.00 |
| Money Market - Interest Bearing - *******6848 | 6.51 | 0.00 | 0.00 |
| Money Market - Interest Bearing - *******7313 | 208.73 | 0.00 | 0.00 |
| Money Market - Interest Bearing - *******7410 | 0.96 | 0.00 | 0.00 |
| Checking - Non Interest - *******9728 | 0.00 | 0.00 | 0.00 |
| Checking - Non Interest - *******3851 | 0.00 | 0.00 | 1,616,180.25 |
| | 639.12 | 33,331.49 | 1,616,180.25 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Page Subtotals | 1,616,180.25 | 0.00 |
|---|---|---|---|

Ver: 15.10d

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 17

| Case No: | 98-02675-5-JRL | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3851  Checking - Non Interest |
| Taxpayer ID No: | *******1191 | | |
| For Period Ending: | 07/30/10 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market - Interest Bearing - ********6518
Checking - Non Interest - ********6521
Money Market - Interest Bearing - ********6534
Money Market - Interest Bearing - ********6819
Checking - Non Interest - ********6835
Money Market - Interest Bearing - ********6848
Money Market - Interest Bearing - ********7313
Money Market - Interest Bearing - ********7410
Checking - Non Interest - ********9728
Checking - Non Interest - ********3851

Trustee's Signature: /s/ HOLMES P. HARDEN, TRUSTEE    Date: 07/30/10
HOLMES P. HARDEN, TRUSTEE

Page Subtotals     0.00     0.00

Ver: 15.10d

LFORM24