# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No: 98-02675-5-JRL    Judge: JRL
Case Name: INTERNATIONAL HERITAGE INC.

For Period Ending: 07/30/10

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Date Filed (f) or Converted (c): 11/25/98 (f)
341(a) Meeting Date: 12/30/98
Claims Bar Date: 03/30/99

Page: 1

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Accounts Receivable Funds from Brent Wood's special account. Mr. Wood said funds were from credit card processes and a small liquidation of assets on Wicker Drive. | 1,118,244.40 | 12,019.61 | | 12,019.61 | FA | 0.00 | 0.00 |
| 2. Funds in Bank Account Centura Bank CD Acct. #0219785949 to close | 216,573.65 | 26,559.96 | | 26,436.99 | FA | 0.00 | 0.00 |
| 3. Refunds-Income Tax | 38,497.93 | 737.49 | | 737.49 | FA | 0.00 | 0.00 |
| 4. Payment on Judgment for Embezzlement | 250,000.00 | 8,886.68 | | 8,886.68 | FA | 0.00 | 0.00 |
| 5. Refunds-Other (u) | Unknown | 7,061.99 | | 7,061.99 | FA | 0.00 | 0.00 |
| 6. Golf logo | Unknown | 500.00 | | 500.00 | FA | 0.00 | 0.00 |
| 7. Merchant Bankcard refunds | Unknown | 955.93 | | 955.93 | FA | 0.00 | 0.00 |
| 8. Auction Proceeds | 108,795.11 | 22,635.00 | | 22,635.00 | FA | 0.00 | 0.00 |
| 9. Sale of database list Sale of remaing inventory and equipment listed on schedules as patents | 100,000.00 | 15,000.00 | | 15,000.00 | FA | 0.00 | 0.00 |
| 10. Cash Bonds 98CV011169 | Unknown | 7,500.00 | | 7,500.00 | FA | 0.00 | 0.00 |
| 11. Post-Petition Interest Deposits (u) | 0.00 | 465,831.67 | | 465,658.73 | FA | 0.00 | 0.00 |
| 12. Postage Refund Postage Meter refund- See exhbit B26 | 6,000.00 | 7,292.15 | | 7,292.15 | FA | 0.00 | 0.00 |
| 13. Executive Risk Settlement | 1,000,000.00 | 1,787,500.00 | | 1,787,500.00 | FA | 0.00 | 0.00 |
| 14. SEC Settlement $3.5 SEC and $1.5 by Staney Van Etten for bond | 5,000,000.00 | 4,315,308.30 | | 4,315,308.30 | FA | 0.00 | 0.00 |
| 15. Preference Payments (u) See attached exhibit chart; Stephani Humrickhouse collected AP"S and preference demand letters were sent prior to filng AP's for preferences and fraudulent transfers | 0.00 | 485,684.27 | | 485,684.27 | FA | 0.00 | 0.00 |
| 16. Collection of Duke Realty Rent (u) Collection of Duke Realty Rent related to collection of | Unknown | 6,000.00 | | 6,000.00 | FA | 0.00 | 0.00 |

LFORM1EX                                                                                                                                                              Ver: 15.10d

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 98-02675-5-JRL    Judge: JRL
Case Name: INTERNATIONAL HERITAGE INC.

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Date Filed (f) or Converted (c): 11/25/98 (f)
341(a) Meeting Date: 12/30/98
Claims Bar Date: 03/30/99

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 17. Erie Insurance Settlement preferences | Unknown | 60,000.00 | | 60,000.00 | FA | 0.00 | 0.00 |
| 18. Kecia Peterson Judgment Paid off in full on 11/1/04; Listed on Exhibit B20 in petition as having combined petition value of $250,000 | 0.00 | 17,332.99 | | 17,332.99 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $7,838,111.09 | $7,246,806.04 | | $7,246,510.13 | $0.00 | $0.00 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is working on final report and proposed distribution and will have closing packet to BA for approval in August, 2010. The balance on hand as of 7/30/10 is $1,616,180.25 per form II filed with the court on 7/30/10.

Initial Projected Date of Final Report (TFR): 12/30/01    Current Projected Date of Final Report (TFR): 11/30/10

/s/ HOLMES P. HARDEN, TRUSTEE
HOLMES P. HARDEN, TRUSTEE
Date: 07/30/10