# James E. Vaughan
## Attorney at Law, P.C.

Office Address:  
206 North Spruce Street  
Suite 2A  
Winston-Salem, NC 27101

Telephone: (336) 725-7772  
Telecopier: (336) 725-7737  
E-mail: jvaughanlaw@earthlink.net  
Web Page: www.lawyers.com/jvaughan

May 4, 2001

Stephani W. Humrickhouse, Esquire  
Nicholls & Crampton, P.A.  
Post Office Box 18237  
Raleigh, North Carolina 27619

      Re:    International Heritage, Inc.  
              Holmes P. Harden, Trustee v. Wachovia Corporation  
                  and Wachovia Corporation of North Carolina  
              Adversary Proceeding No. S-00-00260-5-AP

Dear Stephani:

      I enclose a check in the amount of $3,200.00, representing payment in full of the settlement we reached in the above-referenced adversary proceeding. It is my understanding that you are in the process of preparing an omnibus settlement motion related to the numerous adversary proceedings that you filed in the International Heritage, Inc. case. Please hold the funds in trust until such time as the settlement is approved by the Bankruptcy Court and a final order has been entered.

      We appreciate your willingness to resolve this matter on a consensual basis. Please feel free to contact me with any questions.

Very truly yours,

James E. Vaughan

cc: James P. Hutcherson, Esquire





# NICHOLLS & CRAMPTON, P.A.
### ATTORNEYS AT LAW

W. Sidney Aldridge
Robin Adams Anderson
R. Daniel Brady*
Gregory B. Crampton**
Nicholas J. Dombalis II
Stephani W. Humrickhouse**
Mark R. Klym
Travis K. Morton
F. Timothy Nicholls
Timothy A. Nordgren†

\* Board Certified Specialist in Estate Planning
  & Probate Law and CPA
\*\* Board Certified Specialist in Bankruptcy Law
† Board Certified Specialist in Estate Planning
  & Probate Law, also licensed in Tennessee

4300 Six Forks Road
Suite 700
Raleigh, North Carolina 27609
*Mailing Address:*
Post Office Box 18237
Raleigh, North Carolina 27619
(919) 781-1311
FAX (919) 782-0465

May 11, 2001

James E. Vaughan
206 North Spruce Street, Suite 2A
Winston-Salem, North Carolina 27101

  Re: Holmes P. Harden, Trustee v. Wachovia Corporation and
     Wachovia Corporation of North Carolina
     Adversary Proceeding No. S-00-00260-5-AP

Dear Jim:

  Thank you for your client's recent payments to Holmes P. Harden, Trustee in the amount of $3,200.00 which represent recovery by the Trustee of fraudulent conveyances Wachovia received within one year of the petition date of the above-captioned bankruptcy debtor. I am enclosing a Proof of Claim form for International Heritage, Inc. case no. 98-02675-5-ATS. Your client allowed a claim in the same amount as the payment recovered and will have the rights and privileges of an unsecured creditor.

  Please mail the completed Proof of Claim to the Clerk of the United States Bankruptcy Court as follows:

     Peggy B. Deans, Clerk
     U.S. Bankruptcy Court
     Eastern District of North Carolina
     P.O. Box 1441
     Raleigh, NC 27602

          Sincerely,

          *Stephani*
          Stephani W. Humrickhouse

SWH/ph
cc: Holmes P. Harden, Trustee

O:\CHP7TR\InternationalHeritage\APs\POC\Wachovia.POC.001.wpd

[Handwritten annotation: "Prepare POC for Wachovia $3,200 'other' fraudulent transfer reimbursement."]

[Exhibit B stamp]