**VAN–117** Hearing Conference Worksheet – Rev. 07/25/2010

Date:_____ Time: _____ Place: _____

Date:_____ Time: _____ Place: _____

Date:_____ Time: _____ Place: _____

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*18861* – Motion to Require Payment of Settlement Amount filed by Trustee Holmes P Harden. (Harden, Holmes)

*18866* – Response In Opposition To (related document(s): [18861] Motion filed by Holmes P Harden) filed by James E. Vaughan on behalf of Wells Fargo Bank, N.A., Successor by Merger to Wachovia Bank, National Association (Attachments: # (1) Exhibit A and B) (Vaughan, James)

Terri L. Gardner
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
919 329–3882

Holmes P Harden
Williams Mullen
A Professional Corporation
P. O. Drawer 1000
Raleigh, NC 27602
919 981–4000


James E. Vaughan
336–725–7772

DATED: August 23, 2010

Christy Gurgone