UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| International Heritage, Inc.. ) | Case No. 98-02675-5-JRL |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

**CONSENT ORDER RESOLVING MOTION TO
REQUIRE PAYMENT OF SETTLEMENT AMOUNT**

THIS MATTER came on for consideration before the undersigned United States Bankruptcy Judge for the Eastern District of North Carolina, upon the Motion to Require Payment of Settlement Amount filed by the Trustee and the Objection to Motion to Require Payment of Settlement Amount filed by Wells Fargo Bank, N.A. (hereinafter "Wells Fargo"); and it appearing that the Trustee and Wells Fargo have reached a consensual agreement to resolve the Motion; and based upon the instant Consent Order, the Motion, the Objection, the entire official file, and for good and sufficient cause shown;

IT IS NOW, THEREFORE, ORDERED AS FOLLOWS;

1. That within ten (10) days following entry of the instant Consent Order, Wells Fargo shall pay to the Trustee the sum of Three Thousand Two Hundred Dollars ($3,200.00) in full settlement of the Motion; and

2. Wells Fargo shall retain its preference return claim in the amount of $3,200.00, in addition to any other claims filed by Wells Fargo or its predecessor in interest, Wachovia Bank, National Association, subject to allowance or disallowance pursuant to other Orders of this Court.

**CONSENTED TO AND ENTRY REQUESTED:**


/s/ James E. Vaughan
James E. Vaughan
North Carolina State Bar No. 12669
Attorney for Wells Fargo Bank, N.A.
James E. Vaughan, Attorney at Law, P.C.
206 North Spruce Street, Suite 2A
Winston-Salem, NC 27101


/s/ Holmes P. Harden
Holmes P. Harden
Attorney for Chapter 7 Trustee
Post Office Box 1000
Raleigh, NC 27602


END OF DOCUMENT