**SO ORDERED.**

**SIGNED this 16 day of November, 2010.**

_____
J. Rich Leonard
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTERNATIONAL HERITAGE, INC. ) | CASE NO. 98-02675-5-JRL |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

**ORDER AUTHORIZING TRUSTEE TO WAIVE ATTACHMENT OF CLAIMS REGISTER AND FORM II TO FINAL REPORT AND TO RETAIN BANK STATEMENTS**

Upon motion of the Chapter 7 Trustee in this case seeking an order in aid of the case-closing process by waiving the attachment of the claims register and Form II to the Trustee's Final Report and Proposed Distribution and by retaining bank statements for review at Trustee's office, the court orders as follows:

1. The 1,539 page claims register recorded at the Clerk's Office shall be referenced in the Notice of Trustee's Final Report rather than attaching it to the Trustee's Final Report and Proposed Distribution.

2. The Form II for the three month period from the date of the last filing of a quarterly report that is of record at the Clerk's Office shall be referenced in the Notice of

8462590

Trustee's Final Report and Proposed Distribution rather than attaching it to Trustee's Final Report and Proposed Distribution.

3. Bank statements shall be made available to interested creditors at the Trustee's office rather than submitting them to the Bankruptcy Administrator's office.

## *END OF DOCUMENT*

8462590