**SO ORDERED.**

**SIGNED this 16 day of November, 2010.**

_____
**J. Rich Leonard**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTERNATIONAL HERITAGE, INC. ) | CASE NO. 98-02675-5-JRL |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

**ORDER AUTHORIZING TRUSTEE TO WAIVE ATTACHMENT OF CLAIMS REGISTER AND FORM II TO FINAL REPORT AND TO RETAIN BANK STATEMENTS**

Upon motion of the Chapter 7 Trustee in this case seeking an order in aid of the case-closing process by waiving the attachment of the claims register and Form II to the Trustee's Final Report and Proposed Distribution and by retaining bank statements for review at Trustee's office, the court orders as follows:

1.      The 1,539 page claims register recorded at the Clerk's Office shall be referenced in the Notice of Trustee's Final Report rather than attaching it to the Trustee's Final Report and Proposed Distribution.

2.      The Form II for the three month period from the date of the last filing of a quarterly report that is of record at the Clerk's Office shall be referenced in the Notice of

8462590

Trustee's Final Report and Proposed Distribution rather than attaching it to Trustee's Final Report and Proposed Distribution.

3. Bank statements shall be made available to interested creditors at the Trustee's office rather than submitting them to the Bankruptcy Administrator's office.

## ***END OF DOCUMENT***

8462590

# CERTIFICATE OF NOTICE

```
District/off: 0417-5           User: payne_li              Page 1 of 1             Date Rcvd: Nov 16, 2010
Case: 98-02675                 Form ID: pdf014             Total Noticed: 1

The following entities were noticed by first class mail on Nov 18, 2010.
db           +International Heritage, Inc.,   C/O TERRI L. GARDNER,   POST OFFICE DRAWER 1389,
               RALEIGH, NC 27602-1389
The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 18, 2010**          **Signature:**          *Joseph Speetjens*