United States Bankruptcy Court
Eastern District of North Carolina

In Re:                                              Case No: 98-02675-5-JRL

International Heritage, Inc.                        Chapter 7

   Debtor(s)

## Bankruptcy Administrator's Statement of Position
## Regarding Trustee's Final Report and Proposed Distribution

1.   Section 317(b) of Title III of the Judicial Improvements Act of 1990 gives the Bankruptcy Administrator standing to appear in cases filed under Title II of the United States Code. This <u>Bankruptcy Administrator's Statement of Position Regarding Trustee's Final Report and Proposed Distribution</u> is filed pursuant to that authority.

2.   I, Janet H. Hicks, Bankruptcy Analyst for the Bankruptcy Administrator's Office for the Eastern District of North Carolina, hereby certify that I have reviewed the Trustee's Final Report and Proposed Distribution submitted by Holmes P. Harden, the trustee in the above captioned chapter 7 case, and have found no basis upon which to raise any objection.

Dated: December 3, 2010

                                        s/Janet H. Hicks
                                        Janet H. Hicks
                                        Bankruptcy Analyst