IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-JRL |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## TRUSTEE'S FINAL REPORT AND PROPOSED DISTRIBUTION

The petition commencing this case was filed on November 25, 1998, and the undersigned was appointed trustee on November 26, 1998. All property of the estate, except that allowed as exempt to the debtor(s), has been inventoried, collected, liquidated or abandoned. Any property not heretofore abandoned by the trustee is scheduled on Form I, attached hereto, to be abandoned at the closing of this estate. Form 2 is attached hereto in order to reflect the receipts and disbursements made during the period of July 1, 2010 through 12/3/10. All other receipts and disbursements can be reviewed on the Court's Docket filed as Trustee's Interim Reports. All claims have been examined and objections have been ruled upon by the Court. Applications for approval of compensation and expenses of professional persons, except the trustee and the attorney for the trustee and accountant, have been ruled upon by the Court.

A. Receipts  (See attached summary of receipts and Form I)

| Payor | Description | Amount |
|---|---|---|
| Wood & Francis | Receivable | $11,000.00 |
| Kristina Sunness | Receivable | $38.05 |
| Judy Farmer | Receivable | $36.36 |
| M. Patrick Murphy | Receivable | $13.55 |
| Unum Life Insurance | Receivable | $15.37 |
| Hongcai Zheng | Receivable | $31.00 |
| Pauline Eppink | Receivable | $14.60 |
| Sharon Comeaux | Receivable | $413.00 |
| American Media | Receivable | $457.68 |
| Centura Bank | Debtor's bank account | $22,247.88 |
| Wood & Frances | Debtor's bank account | $1,168.72 |
| Wood & Frances | Debtor's bank account | $2,520.39 |
| Brent Wood | Debtor's bank account | $500.00 |
| Ada M. Powell | Payment on judgment | $600.00 |
| Jeffrey C. Cloyd | Payment on judgment | $4,700.00 |
| Ethel Whitaker | Payment on judgment | $200.00 |
| Wood & Frances | Payment on judgment | $886.68 |
| Clerk of Superior Court | Payment on judgment | $2,500.00 |

12134472

| | | |
|---|---|---:|
| U. S. Postage Service | Postage refund | $7,292.15 |
| Symmetry Corporation | Purchase of IHI representatives database | $15,000.00 |
| Dynamic Essentials | Purchase of golf logo | $500.00 |
| IRS | Income tax refund | $237.49 |
| State of Oklahoma | Income tax refund | $500.00 |
| Delta Airlines | Refunds (u) | $1,031.38 |
| West Group | Refunds (u) | $498.47 |
| Great Tribune | Refunds (u) | $56.06 |
| Jefferson Pilot Insurance | Refunds (u) | $226.22 |
| Centura Bank | Merchant card refund | $955.93 |
| Williams Auction Company | Auction proceeds | $22,635.00 |
| Executive Risk Indemnity | Litigation settlement | $1,787,500.00 |
| Erie Insurance Group | Litigation settlement | $60,000.00 |
| Clerk of Superior Court | Bond settlement Litigation | $7,500.00 |
| Glaxo Wellcome ECU | Settlement Peterson judg (u) | $17,332.99 |
| U. S. Treasury | SEC settlement | $4,175,000.00 |
| U. S. Court | SEC settlement | $50,000.00 |
| U. S. District Court | SEC settlement | $65,308.30 |
| Holmes P. Harden | SEC settlement | $25,000.00 |
| Preference recoveries | See attached Exhibit A spreadsheet for collections | $494,884.27 |
| World Com | Refund (u) | $5249.86 |
| Bank of America | Interest | $465,739.96 |
| AT&T | Refund on prepaid telephone service (non-compensable) | 33.53 |
| Total | | $7,249,824.89 |

Total Receipts             $7,249,824.89
Total Disbursements        $5,634,430.04
Balance on hand            $1,615,394.85

## PROPOSED DISTRIBUTION

A.    COST OF ADMINISTRATION UNDER CHAPTER 7 [503(b) AND 507(a)]:
      Super Priority (§ 364 credit) previously paid:

|  | Amount |
|---|---:|
| Payments from 1st distribution of SEC settlement funds | $3,001,402.20 |
| Payments from 2nd distribution of SEC settlement funds | $861,878.47 |
| Total | $3,863,280.67 |
| Total SEC settlement distribution previously paid: | $3,863,280.67 |

B.  Costs of Administration Under Chapter 7 [§503(b) and 507(a)] previously paid:

12134472

| Payee | Nature of Disbursement | Amount |
|---|---|---|
| Holmes P. Harden, Trustee | Trustee Interim Commissions | $183,583.04 |
| Maupin Taylor/Williams Mullen | Trustee Interim Attorney Fees | $528,726.09 |
| Adams Martin, CPA's | Accountant Interim Fees | $58,699.90 |
| Williams Auction Company | Auctioneer fees & expenses | $3,401.50 |
| Lewis & Roberts | Attorney fees | $478,621.00 |
| Nicholls & Crampton | Attorney fees | $158,460.00 |
| Smith Debnam | Debtor's attorney fees | $19,908.50 |
| Jean Boyles | Attorney fees | $8,623.00 |
| William Janvier | Attorney fees | $7,290.00 |
| Lloyd T. Whitaker | Consultant fees | $10,886.69 |
| Kilpatrick Stockton | Attorney fees | $5,393.66 |
| Jacqueline Clare | Mediator fees | $1,166.66 |
| Poorman Douglas | Consultant fees | $21,637.50 |
| Total | | $1,486,397.54 |

Total Costs of Administration Under Chapter 7 [§503(b) and 507(a)] paid:   $1,486,397.54

Other Expenses of Administration [§ 503(b)] previously paid:

| Payee | Nature of Disbursement | Amount |
|---|---|---|
| Holmes P. Harden | Trustee interim expenses | $17,241.21 |
| Maupin Taylor/Williams Mullen | Attorney interim expenses | $935.33 |
| Adams Martin | Accountant Interim expenses | $3,156.47 |
| Lewis & Roberts | Attorney expenses | $3,602.59 |
| Nicholls & Crampton | Attorney expenses | $6,604.74 |
| Smith Debnam | Attorney expenses | $1,790.57 |
| Jean Boyles | Attorney expenses | $65.68 |
| William Janvier | Attorney expenses | $155.98 |
| Poorman Douglas | Consultant expenses | $215.61 |
| U. S. Bankruptcy Court | Judgment filing fee | $40.00 |
| Hewlett Packard | Y2 compliance | $5,800.00 |
| Bellsouth | Telephone service | $233.30 |
| AT&T | Telephone service (overpaid and refunded $33.53) | $24,738.23 |
| Safeguard Business Systems | Envelopes for 1099's | $365.97 |
| Business Communication | Computer wiring & telephone installation | $115.00 |
| Paychecks | Employee W-2's | $784.50 |
| U. S. Bankruptcy Court | Special charges | $13,800.00 |
| U. S. Post Master | Post office box rent | $680.00 |
| U. S. District Court | Filing fee | $9.50 |
| Mamie Currin | Court reporting services | $1,204.00 |
| International Sureties | Trustee bond | $60,940.50 |
| Contract employment | Individuals were hired on an hourly rate and the trustee possesses documentation to support each contracted | $72,258.80 |

12134472

|  |  |  |
|---|---|---|
|  | individual that can be made available upon request |  |
| Highwoods Service | Electrical wiring for computer | $341.00 |
| Cabiner International | Video conferencing 341 meeting | $1,443.82 |
| InfoStor/Recall | Storage and destruction of records; moving records to Federal Building | $33,853.86 |
| Shanda B. Vaughn | Refund for service charge at bank | $5.00 |
| EPIQ | Printing and mailing objections and orders; printing and mailing checks for distributions | $26,563.92 |
| Printing Plus | Administrative rent for storage and auction site | $6,500.00 |
| Compunet Technologies | Consulting for Great Plains software program | $1,206.25 |
| Triangle Communications | Cleaning services after auction | $100.00 |
| Total |  | $284,751.83 |

Total Other Expenses of Administration [§ 503(b)] previously paid:     $284,751.83
Total Chapter 7 Costs of Administration previously paid:                      $5,634,430.04

Costs of Administration Under Chapter 7 [§503(b) and 507(a)] to be paid:

| Payee | Nature of Disbursement | Amount |
|---|---|---|
| Holmes P. Harden, Trustee | Trustee's Commission | $57,160.70 |
| Williams Mullen | Attorney Fees | $25,064.00 |
| Adams Martin | Accountant Fees | $16,052.00 |
| Total |  | $98,276.70 |

Other Expenses of Administration [§ 503(b)] to be paid:

| Payee | Nature of Disbursement | Amount |
|---|---|---|
| Holmes P. Harden, Trustee | Trustee Expenses | $1,749.25 |
| Williams Mullen | Attorney Expenses | $.40 |
| Adams Martin | Accountant Expenses | $693.63 |
| EPIQ | Costs of printing and mailing checks | $2,200.00 |
| Total |  | $4,643.28 |

Total Chapter 7 Costs of Administration to be paid:                      $102,919.98

C.      COSTS OF ADMINISTRATION UNDER CHAPTER 11 [503(b) AND 726(b)]:
        Unpaid Chapter 11 Costs of Administration [503(b) and 726(b)]:

| Payee | Nature of Disbursement | Amount |
|---|---|---|
| None |  | $0.00 |

12134472

Chapter 11 Cost of Administration previously paid by the undersigned trustee [503(b) and 726(b)]:

| Payee | Nature of Disbursement | Amount |
|---|---|---|
| None | | $0.00 |
| TOTAL COSTS OF ADMINISTRATION UNDER CHAPTER 11: | | $0.00 |

D.   SECURED PAYMENTS [§ 363, 364(c) (2), 364(c) (3)]:

| Payee | Nature of Disbursement | Amount |
|---|---|---|
| None | | $0.00 |
| TOTAL SECURED PAYMENTS: | | $0.00 |

E.   PRIORITY PAYMENTS [507(a)]:

| Payee | % to be paid | Amount |
|---|---|---|
| See attached Spreadsheet Exhibit C | .53197179 | $1,512,474.87 |
| TOTAL PRIORITY PAYMENTS: | | $1,512,474.87 |

F.   UNSECURED PAYMENTS [726(a) (2)]:                     $0.00
G.   OTHER PAYMENTS:                                      $0.00

**DISCLAIMER:**   Actual distribution to creditors in this case is dependent on the court's ruling on administrative expenses.  Creditors may expect to receive at least the amount reflected herein.

Applications for compensation and reimbursement of expenses for which Court approval is sought are as follows:

| APPLICANT | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Holmes P. Harden, Trustee | $57,160.70 | $1,749.25 |
| Williams Mullen, Trustee Attorney | $25,064.00 | $.40 |
| Adams Martin & Associates, Trustee Accountant | $16,052.00 | $693.63 |
| EPIQ | | $2,200.00 |

The net proceeds realized by this estate exceed $1,500 and a summary of this final report is required to be noticed out pursuant to the certificate of service.

Wherefore, on the basis of the above report and the schedules and exhibits thereunto annexed, the undersigned trustee prays that this statement be approved and confirmed as the final report, and that the request for trustee's commission and reimbursement of expenses be granted after opportunity for notice and hearing.

12134472

DATED: December 6, 2010

*s/s Holmes P. Harden*

HOLMES P. HARDEN
N.C. State Bar No. 9835
Post Office Box 1000
RALEIGH, NC  27602
(919) 981-4000

12134472

## INTERNATIONAL HERITAGE, INC. - ADVERSARY PROCEEDINGS (printed on October 29, 2009)

| Name | Amount | Date Filed | Case No. | Comments | Paid |
|------|--------|------------|----------|----------|------|
| 2021 INTERACTIVE, LLC | $164,121.75* | 11-20-00 | S-00-00247-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 4-26-02 | $ 1,300.00 |
| ACKEL, BARRY d/b/a ACME HOLDINGS and ACKEL, BARRY and ACKEL, BARRY dba INSURANCE INVESTMENTS | $469,620.00* | 11-15-00 | S-00-00216-5-ATS | DEFAULT JUDGMENT 2-12-01 $469,620.00 + costs (Motion to Set-Aside Judgment DENIED) | $ 0.00 |
| ACT ELECTRIC, INC. | $1,853.76 | 11-07-00 | S-00-00183-5-ATS | DEFAULT JUDGMENT 2-12-01 *Judgment Satisfied* POC sent | $ 2,003.76 |
| ALLEN, HARRIS, SHAW | $1,543.55 | 11-14-00 | S-00-00213-5-ATS | *SETTLED* POC sent Order Approving Compromise & Settlement entered 3-19-01 | $ 1,157.66 |
| ALPHA OMEGA CONSTRUCTION CORPORATION | $26,214.83 | 11-8-00 | S-00-00191-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 8-10-01 | $ 500.00 |
| AUDIO VISUAL SERVICES CORPORATION f/k/a CARBERNER INTERNATIONAL, INC. and CARBINER AUDIO VISUAL SERVICES, INC. and CARBINER INTERNATIONAL, INC. | $20,597.59 | 11-21-00 | S-00-00263-5-ATS | *SETTLED* POC sent Order Approving Compromise & Settlement entered 5-3-01 | $ 5,000.00 |
| BEDFORD FREIGHT LINES, INC. | $5,816.89 | 11-17-00 | S-00-00208-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 3-19-01 | $ 4,362.66 |
| BISBEY, GARY | $1,961.00 | 11-17-00 | S-00-00235-5-AP | DISMISSED 3-26-01 Order Approving Compromise & Settlement by Dismissal entered 5-4-01 | $ 0.00 |
| BLESSINGS ABOUND, INC. | $1,643.00 | 11-13-00 | S-00-00204-5-AP | DEFAULT JUDGMENT 4-3-01 $1,643.00 + costs | $ 0.00 |
| BNY, CHARLOTTE, INC. and BNY FINANCIAL CORPORATION (DISMISSED as to BNY, Charlotte, Inc. 1-9-01) | $3,237.90 | 11-13-00 | S-00-00192-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 4-5-01 | $ 1,000.00 |

O:\CH7 ATT\TR-SW\Hilinteration\HeritageSW\HyAPAAPCaseChart2.wpd

EXHIBIT A

tabbies

INTERNATIONAL HERITAGE, INC. - ADVERSARY PROCEEDINGS (printed on October 29, 2009)

| Name | Amount | Date Filed | Case No. | Comments | Paid | |
|---|---|---|---|---|---|---|
| BROTHERS, DEE | $234,022.22 | 11-20-00 | S-00-00243-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 4-26-02 | $ | 5,000.00 |
| BROTHERS, JOHN | $622,728.07 | 11-20-00 | S-00-00245-5-AP | *Settled for consent judgment* | | $5,000.00 |
| BROWN, McLEOD & JOHNSON, CPAS, P.A. f/k/a ELLERS, JONES BROWN & McLEOD, CPAS, P.A. | $212,067.49 | 11-15-00 | S-00-00215-5-AP | SETTLED, POC sent Order Approving Compromise & Settlement entered 10-11-01 | $ | 25,000.00 |
| CAROLINA HURRICANES FOUNDATION, INC. | $9,070.00 | 11-13-00 | S-00-00194-5-AP | DISMISSED 2-14-01 Order Approving Compromise & Settlement by Dismissal entered 5-4-01 | $ | 0.00 |
| CHALMERS, ROBERT | $76,405.62 | 11-22-00 | S-00-00266-5-AP | DISMISSED 5/1/01 Order Approving Compromise & Settlement by Dismissal entered 6-25-01 | $ | 0.00 |
| CITIZEN WATCH COMPANY OF AMERICA, INC. | $69,993.32 | 11-13-00 | S-00-00207-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 5-19-01 | $ | 35,000.00 |
| COLORADO, EDMUNDO and LISA COLORADO | $65,000 | 11-13-00 | S-00-00193-5-AP | *SETTLED*POC sent Order Approving Compromise & Settlement entered 4-26-02 | $ | 7,500.00 |
| CONEXUS, LTD. | $6,100.00 | 11-13-00 | S-00-00200-5-AP | DEFAULT JUDGMENT 4-2-01 $6,100.00 + costs | $ | 0.00 |
| COSMETECH INTERNATIONAL, INC. | $3,000.00 | 11-21-00 | S-00-00264-5-AP | STIPULATION OF VOLUNTARY DISMISSAL filed 2-16-01 Order Approving Compromise & Settlement by Dismissal entered 5-4-01 | $ | 0.00 |
| CVN, INC. | $4,477.00 | 11-17-00 | S-00-00229-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 3-19-01 | $ | 2,500.00 |
| DANIELL, JOHN | $6,990.08 | 11-17-00 | S-00-00237-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 6-25-01 | $ | 1,500.00 |

## INTERNATIONAL HERITAGE, INC. - ADVERSARY PROCEEDINGS (printed on October 29, 2009)

| Name | Amount | Date Filed | Case No. | Comments | Paid |
|---|---|---|---|---|---|
| DECHERT f/k/a DECHERT PRICE & RHOADS | $140,471.79 | 11-16-00 | S-00-00225-5-AP | *SETTLED* POC sent<br>Order Approving Compromise & Settlement entered 12-6-01 | $ 22,207.00 |
| DFM INVESTMENTS, INC. | $7,801.78 | 11-20-00 | S-00-00255-5-AP | DEFAULT JUDGMENT 5-9-01<br>$7,801.78 + costs | $ 0.00 |
| DMAX IMAGING INCORPORATED | $4,528.23 | 11-15-00 | S-00-00211-5-AP | *SETTLED*<br>Defendant filed bankruptcy | $ 0.00 |
| DUFFIE, JACK | $32,439.06 | 11-15-00 | S-00-00200-5-AP | DISMISSED 3-21-01<br>Order Approving Compromise & Settlement by Dismissal entered 5-4-01 | $ 0.00 |
| EBEI DISTRIBUTORS, LLC | $100,455.00 | 11-17-00 | S-00-00238-5-AP | *SETTLED* POC sent<br>Order Approving Compromise & Settlement entered 8-10-01 | $ 3,750.00 |
| EBSCO INDUSTRIES, INC. d/b/a VULCAN BINDER & COVER | $15,000.00 | 11-15-00 | S-00-00222-5-AP | *SETTLED* POC sent<br>Order Approving Compromise & Settlement entered 8-10-01 | $ 11,250.00 |
| ECKENROTH, EVONNE | $82,310.68 | 11-17-00 | S-00-00231-5-AP | *SETTLED* POC sent<br>Order Approving Compromise & Settlement entered 4-26-02 | $ 7,500.00 |
| EDINBURGH CRYSTAL GLASS COMPANY, LIMITED d/b/a EDINBURGH CRYSTAL | $7,522.35 | 11-20-00 | S-00-00250-5-AP | *SETTLED* POC sent<br>Order Approving Compromise & Settlement entered 6-25-01 | $ 1,000.00 |
| EGW PERSONNEL SERVICES, INC. | $7,522.35 | 11-17-00 | S-00-00179-5-AP | *SETTLED* POC sent<br>Order Approving Compromise & Settlement entered 6-25-01 | $ 4,489.36 |
| ELROD, DEANNE | $1,643.00 | 11-16-00 | S-00-00228-5-AP | DEFAULT JUDGMENT 4-2-01<br>$1,643.00 + costs | $ 0.00 |
| EMERALD JEWELRY, INC. | $7,785.50 | 11-14-00 | S-00-00214-5-AP | DEFAULT JUDGMENT 4-2-01<br>$7,785.50 + costs | $ 0.00 |
| ENTERPRISE MANAGEMENT GROUP, INC. | $1,378.00 | 11-8-00 | S-00-00195-5-AP | CASE DISMISSED 1-12-00<br>Order Approving Compromise & Settlement by Dismissal entered 5-4-01 | $ 0.00 |

INTERNATIONAL HERITAGE, INC. - ADVERSARY PROCEEDINGS (printed on October 29, 2009)

| Name | Amount | Date Filed | Case No. | Comments | | Paid |
|------|--------|-----------|----------|----------|---|------|
| EPLEY ASSOCIATES, INC. | $25,793.32 | 11-16-00 | S-00-00277-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 3-19-01 | $ | 14,000.00 |
| ETIENNE AIGNER, INC. | $3,818.79 | 11-13-00 | S-00-00202-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 3-19-01 | $ | 2,238.27 |
| FORRESTER-SMITH, INC. | $10,372.50 | 11-7-00 | S-00-00176-5-ATS | *SETTLED* POC sent Order Approving Compromise & Settlement entered 3-19-01 | $ | 7,500.00 |
| FYI WORLDWIDE, INC. | $29,802.24 | 11-7-00 | S-00-00178-5-ATS | DEFAULT JUDGMENT 4-2-01 | $ | 0.00 |
| GES EXPOSITION SERVICES, INC. | $1,480.81 | 11-20-00 | S-00-00253-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 3-19-01 | $ | 1,184.33 |
| GOCKE, JOHN INC. | $30,115.00 | 11-7-00 | S-00-00181-5-ATS | DEFAULT JUDGMENT $30,115.00 + costs | $ | 0.00 |
| GOLF-TECHNOLOGY HOLDING, INC. | $4,719.00 | 11-7-00 | S-00-00174-5-ATS | DEFAULT JUDGMENT 4-2-01 $4,719.00 + costs | $ | 0.00 |
| GOOD HEAVENS COMPANY | $2,756.00 | 11-22-00 | S-00-00265-5-AP | DISMISSED 2-23-01 Order Approving Compromise & Settlement by Dismissal entered 5-4-01 | $ | 0.00 |
| HANKS, NATHAN | $3,922.00 | 11-14-00 | S-00-00210-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 3-19-01 | $ | 2,941.50 |
| HARRAH'S OPERATING COMPANY, INC. f/k/a EMBASSY SUITES | $4,370.72 | 11-7-00 | S-00-00180-5-ATS | *SETTLED* POC sent Order Approving Compromise & Settlement entered 5-3-01 | $ | 1,500.00 |
| HERNDN, MANDY | $1,643.00 | 11-17-00 | S-00-00233-5-AP | *SETTLED* Order Approving Compromise & Settlement entered 6-7-02 | $ | 150.00 |
| HOOKS, JEFF | $106,892.28* | 11-20-00 | S-00-00248-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 10-11-01 | $ | 500.00 |

## INTERNATIONAL HERITAGE, INC. - ADVERSARY PROCEEDINGS (printed on October 29, 2009)

| Name | Amount | Date Filed | Case No. | Comments | Paid |
|---|---|---|---|---|---|
| HORNE CPA GROUP, A Professional Association d/b/a Horne CPA Group, PLLC | $8,264.00 | 11-20-00 | S-00-00252-5-AP | DEFAULT JUDGMENT 4-5-01 $8,264.00 + costs | $ 0.00 |
| HUKEZALIE, ROBERT | $95,382.32 | 11-20-00 | S-00-00299-5-AP | DISMISSED 2-16-01 Order Approving Compromise & Settlement by Dismissal entered 5-4-01 | $ 0.00 |
| IMAGE ASSOCIATES, INC. | $39,745.32 | 11-8-00 | S-00-00184-5-AP | SETTLE for, $10,000 over 6 months, May-Oct. $1,666.00 received 4-30-01 $1,666.00 paid 6-4-01 $1,666.00 paid 7-2-01 $1,666.00 paid 8-1-01 $1,666.00 paid 9-1-01 $1,600.00 paid 12-31-01 $1,000.00 paid 1-31-02 Order Approving Compromise & Settlement entered 6-10-02 | $ 10,000.00 |
| INTERWEST TRANSFER COMPANY, INC. | $6,284.15 | 11-13-00 | S-00-00198-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 3-19-01 | $ 2,101.65 |
| JEWELS BY EVONNE, INC. | $76,477.00* | 11-17-00 | S-00-00230-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 4-26-02 | $ 7,500.00 |
| KENCO COMPANY and KENCO OF SOUTH FLORIDA, INC. | $1,738.23 | 11-20-00 | S-00-00244-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 6-25-01 | $ 1,000.00 |
| KINKO'S, INC. | $11,537.64 | 11-14-00 | S-00-00211-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 3-19-01 | $ 6,500.00 |
| KRAGH, INC., JOHN | $3,000.00 | 11-17-00 | S-00-00240-5-AP | DEFAULT JUDGMENT 5-9-01 $3,000.00 + costs | $ 0.00 |
| LARKIN INVESTMENTS, LTD. | $3,604.00 | 11-22-00 | S-00-00267-5-AP | *DISMISSED 8-13-01* Order Approving Compromise & Settlement by Dismissal entered 10-11-01 | $ 0.00 |
| LEAPFROG MARKETING, INC. f/k/a NUNEZ COMMUNICATIONS, INC. | $124,732.84 | 11-21-00 | S-00-00262-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 12-6-01 | $ 30,000.00 |

O:\GH\ ATTY.TR-SW\International Heritage\SWIH\AP's\AP Case Chart 2.wpd

## INTERNATIONAL HERITAGE, INC. - ADVERSARY PROCEEDINGS (printed on October 29, 2009)

| Name | Amount | Date Filed | Case No. | Comments | Paid |
|---|---|---|---|---|---|
| MAGNESS, LESLIE | $1,113.00 | 11-17-00 | S-00-00256-5-AP | DEFAULT JUDGMENT 4-2-01 *Judgment Satisfied* POC sent | $ 200.00 |
| MASTOLONI, FRANK & SONS, INC. | $21,127.39 | 11-8-00 | S-00-00189-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 5-3-01 | $ 6,500.00 |
| MODERN HEALTH STRATEGIES, LLC | $192,909.00 | 11-20-00 | S-00-00254-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 4-26-02 | $ 25,000.00 |
| NEW ORLEANS TOURS, INC. | $2,620.00 | 11-8-00 | S-00-00186-5-AP | JUDGMENT entered 5-31-01 for $2,620.00 + 6.241% int. from 11-8-00 | $ 0.00 |
| NIAGARA FRONTIER TRAVEL SERVICES, INC. | $174,480.34 | 11-13-00 | S-00-00199-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 10-11-01 | $ 25,000.00 |
| PACTIV CORPORATION, f/k/a TENNECO PACKAGING, INC. and TENNECO PACKAGING SPECIALTY AND CONSUMER PRODUCTS, INC. | $3,921.89 | 11-20-00 | S-00-00256-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 5-3-01 | $ 1,960.94 |
| PIZZAZZ TEAM, INC. | $3,604.00 | 11-13-00 | S-00-00203-5-ATS | *SETTLED* POC sent Order Approving Compromise & Settlement entered 3-19-01 | $ 2,703.00 |
| PRINTING PLUS, INC. | $1,467,838.03 | 11-13-00 | S-00-00196-5-AP | SETTLED Order Approving Compromise & Settlement entered 3-28-03 | $ 20,000.00 |
| PRUITT, MARK | $1,548.76 | 11-17-00 | S-00-00234-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 5-3-01 | $ 200.00 |
| PUROLATOR COURIER, LTD. | $45,000.00 | 11-20-00 | S-00-00241-5-AP | DISMISSED 2-23-01 Order Approving Compromise & Settlement by Dismissal entered 5-4-01 | $ 0.00 |
| QUALITY BUILDERS, INC. OF RALEIGH | $9,158.00 | 11-13-00 | S-00-00201-5-AP | *SETTLED* POC sent (Funds deposited in N&C Trust Acct. 2-6-01, funds sent to Trustee 2-20-01) Order Approving Compromise & Settlement entered 3-19-01 | $ 5,500.00 |

O:\CH7 ATTY\R-SW\International Heritage\[SWH]\AP\AP Case Chart 2.wpd

O:\GH7 ATTY.TR-SW\International\Heritage\SWH)A4's\AP\CaseChart2.wpd

INTERNATIONAL HERITAGE, INC. - ADVERSARY PROCEEDINGS (printed on October 29, 2009)

| Name | Amount | Date Filed | Case No. | Comments | Paid |
|---|---|---|---|---|---|
| RICK, FREDDIE | $18,000.00 | 11-22-00 | S-00-00268-5-AP | DISMISSED 1-26-01 Order Approving Compromise & Settlement by Dismissal entered 5-4-01 | $ 0.00 |
| ROBERT HALF INTERNATIONAL, INC. | $3,562.88 | 11-15-00 | S-00-00218-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 6-25-01 | $ 4,200.00 |
| RUDD, III - O. KENNETH | $402,640.16 | 11-17-00 | S-00-00232-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 4-26-02 | $ 750.00 |
| RUSSO, MICHAEL | $39,020.46 | 11-22-00 | S-00-00269-5-AP | DISMISSED 1-9-01 Order Approving Compromise & Settlement by Dismissal entered 5-4-01 | $ 0.00 |
| SABATES, TRACEY | $8,020.48 | 11-20-00 | S-00-00257-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 4-26-02 | $ 500.00 |
| SAVAGE, CLAUDE | $23,679.19 & $24,360.22 | 11-16-00 | S-00-00226-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 4-26-02 | $ 1,500.00 |
| SAVAGE, JR. - CLAUDE | $4,039.10* | 11-20-00 | S-00-00249-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 4-26-02 | $ 500.00 |
| SENIO, MICHAEL d/b/a DIMMOCK HILL GOLF COURSE | $481,166.40 | 11-13-00 | S-00-00205-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 12-6-01 | $ 4,000.00 |
| SHERATON OPERATING CORPORATION d/b/a SHERATON NEW ORLEANS HOTEL | $18,068.14 | 11-13-00 | S-00-00197-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 5-3-01 | $ 10,000.00 |
| SHUSTAK, JALIL & HELLER, P.C. | $3,697.70 | 11-8-00 | S-00-00187-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 3-19-01 | $ 1,375.00 |

### INTERNATIONAL HERITAGE, INC. - ADVERSARY PROCEEDINGS (printed on October 29, 2009)

| Name | Amount | Date Filed | Case No. | Comments | Paid |
|---|---|---|---|---|---|
| LARRY SMITH, individually, and doing business as ALPHA CONSULTANTSGUILD, and doing business as RED SUNSET MANAGEMENT, and doing business as OMEGA LEASING, and RYAN SMITH, individually, and doing business as RED SUNSET MANAGEMENT | $388,927.85* | 11-15-00 | S-00-00219-5-AP | DEFAULT JUDGMENT 4-5-01 $388,927.85 from Larry Smith $24,598.20 from Ryan Smith + costs | $ 0.00 |
| TANNERY ENTERPRISES, INC. f/k/a INFOSTOR, INC. | $1,700.63 | 11-8-00 | S-00-00185-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 3-19-01 | $ 1,000.00 |
| TARVER, VAUGIN | $10,000.00 | 11-20-00 | S-00-00258-5-AP | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE filed 3-13-01 Order Approving Compromise & Settlement by Dismissal entered 5-4-01 | $ 0.00 |
| TONER SOLUTIONS, INC. | $4,761.93 | 11-7-00 | S-00-00177-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 3-19-01 | $ 1,576.06 |
| TOWNING, HERBERT *Watch sold to Reliable Jewelry & Loan for $6,000* | $16,389.00 | 11-20-00 | S-00-00246-5-AP | rolex watch given to Brent Wood per 2-5-01 memo *Notice of Sale 6/14/01* Order Approving Compromise & Settlement entered 8-10-01 Rolex watch received by SWH 9-12-01 and delivered to Trustee | $ 6,000.00 |
| TRAVEL EXPERTS, INC. | $8,820.60 | 11-7-00 | S-00-00182-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 5-3-01 | $ 4,000.00 |
| TYRA INTERNATIONAL, INC. | $175,000.00 | 11-15-00 | S-00-00217-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 4-26-02 | $ 500.00 |
| UPS CUSTOMHOUSE BROKERAGE, INC. | $6,986.13 | 11-20-00 | S-00-00251-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 8-10-01 | $ 5,239.60 |
| US OFFICE PRODUCTS, CAROLINAS DISTRICT INC. f/k/a Carolina Equipment Company f/k/a Raleigh Office Supply | $3,108.77 | 11-7-00 | S-00-00175-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 5-3-01 | $ 2,331.57 |

**INTERNATIONAL HERITAGE, INC. - ADVERSARY PROCEEDINGS (printed on October 29, 2009)**

| Name | Amount | Date Filed | Case No. | Comments | Paid |
|---|---|---|---|---|---|
| VERTEX, INC. | $13,694.25 | 11-15-00 | 8-00-00223-5-AP | DEFAULT JUDGMENT 4-2-01 *"Judgment Satisfied"* POC sent Order Approving Compromise & Settlement entered 10-11-01 | $ 7,500.00 |
| WACHOVIA CORPORATION and WACHOVIA CORPORATION OF NORTH CAROLINA | $4,936.64* | 11-20-00 | 8-00-00260-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 6-25-01 | $ 3,200.00 |
| WEI, SABRINA d/b/a Eternal Flame | $19,437.00 | 11-17-00 | 8-00-00239-5-AP | DEFAULT JUDGMENT 4-2-01 $19,437.65 + costs | $ 0.00 |
| WIN CAPITAL CORP. | $69,919.45 | 11-14-00 | 8-00-00212-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 8-1(0-01 | $ 2,750.00 |
| Wood & Francis, PLLC and Brent Wood | ---- | ---- | ---- | *SETTLED* Order Approving Compromise & Settlement entered 4-21-04 | $ 3,500.00 |
| WWF PAPER CORPORATION d/b/a WWF NEW YORK DIRECT | $25,000.00 | 11-8-00 | 8-00-00188-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 3-19-01 | $ 18,750.00 |
| XPEDITE SYSTEMS, INC. | $53,854.34 | 11-20-00 | 8-00-00242-5-AP | *SETTLED* POC sent Order Approving Compromise & Settlement entered 5-5-01 | $ 16,536.30 |
| | | | | | $ 410,908.66 |

O:\CH7 ATTY\TR-SWH\International\Heritage(SWH)\AP\APCaseChart.2.wpd

NAME: Holmes Harden
BUSINESS: SH/G-12075-1

| DATE | ITEMS | FOL. | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 1-21-02 | Deposit Wheel Inn V #7644 | | | 7000000 | 7000000 |
| 1-21-02 | Holmes Harden | | 7000000 | | -0- |

NAME: Holmes Harden
BUSINESS: SH-12075-2
CREDIT LIMIT: Act. Electric

| DATE | ITEMS | FOL. | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 2-26-01 | Deposit V#83210 | | | 2003876 | 2003876 |
| 3-26-01 | Holmes P. Harden, Trustee (#7914) | | 2003876 | | -0- |

NAME: Holmes Harden
BUSINESS: SH-12075-9
TERMS / CREDIT LIMIT: (Re Harold's Operating)

| DATE | ITEMS | FOL. | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 2-26-01 | Deposit V#801057936 | | | 1500000 | 1500000 |
| 3-16-01 | Holmes P. Harden, Trustee (#7904) | | 1500000 | | -0- |

NAME: Holmes Harden
BUSINESS: SWH-12075-18

| DATE | ITEMS | FOL. | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 2-6-01 | Deposit V#1034 (Quality Bldg. of Raleigh) | | | 550000 | 550000 |
| 2-20-01 | Holmes P. Harden, Trustees (#7825) | | 550000 | | -0- |

NAME: Holmes Harden
BUSINESS: SWH-12075-59
ADDRESS: re: Leslie Masness

| DATE | ITEMS | FOL. | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 4-24-01 | Deposit V#7033 | | | 20000 | 20000 |
| 5-11-01 | Holmes P. Harden, Trustee (#7985) | | 20000 | | -0- |

NAME: Holmes Harden - Jacqueline Lemmons
BUSINESS: SWH-12075-65

| DATE | ITEMS | FOL. | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 2-1-02 | Deposit V#7288 | | | 1500000 | 1500000 |
| 2-14-02 | Holmes P. Harden, Trustee #8469 | | 1500000 | | -0- |

NAME: Holmes Harden
ADDRESS: Intn'l Heritage Tire
BUSINESS: SWH-12075-69
RATING: Pee Brothers

| DATE | ITEMS | FOL. | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 12-19-01 | Deposit V#6329 | | | 500000 | 500000 |
| 1-25-02 | Holmes P. Harden, Trustee #8439 | | 500000 | | -0- |

NAME: Holmes Harden
ADDRESS: Int'l Heritage - 2021
BUSINESS: SWH-12075-82
RATING: Intrastate

| DATE | ITEMS | FOL. | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 1-11-02 | Deposit V#7195 | | | 1300000 | 1300000 |
| 1-25-02 | Holmes P. Harden, Trustee #8446 | | 1300000 | | -0- |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Trustee Name: HOLMES P. HARDEN, TRUSTEE

Case No: 98-02675-5-JRL    Judge: JRL
Case Name: INTERNATIONAL HERITAGE INC.

Date Filed (f) or Converted (c): 11/25/98 (f)
341(a) Meeting Date: 12/30/98
Claims Bar Date: 03/30/99

For Period Ending: 12/02/10

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Accounts Receivable | 1,118,244.40 | 12,019.61 | | 12,019.61 | FA | 0.00 | 0.00 |
| Funds from Brent Wood's special account. Mr. Wood said funds were from credit card processes and a small liquidation of assets on Wicker Drive. | | | | | | | |
| 2. Funds in Bank Account | 216,573.65 | 26,559.96 | | 26,436.99 | FA | 0.00 | 0.00 |
| Centura Bank-CD Acct. #0219785949 to close | | | | | | | |
| 3. Refunds-Income Tax | 38,497.93 | 737.49 | | 737.49 | FA | 0.00 | 0.00 |
| 4. Payment on Judgment for Embezzlement | 250,000.00 | 8,886.68 | | 8,886.68 | FA | 0.00 | 0.00 |
| 5. Refunds-Other (u) | Unknown | 7,061.99 | | 7,061.99 | FA | 0.00 | 0.00 |
| 6. Golf logo | Unknown | 500.00 | | 500.00 | FA | 0.00 | 0.00 |
| 7. Merchant Bankcard refunds | Unknown | 955.93 | | 955.93 | FA | 0.00 | 0.00 |
| 8. Auction Proceeds | 108,795.11 | 22,635.00 | | 22,635.00 | FA | 0.00 | 0.00 |
| 9. Sale of database list | 100,000.00 | 15,000.00 | | 15,000.00 | FA | 0.00 | 0.00 |
| Notice of proposed public sale filed 1/15/99 and 4/29/99. Sale of remaining inventory and equipment; Notice of private sale filed 2/17/99; order approving sale listed on schedules as patents entered 3/30/99 | | | | | | | |
| 10. Cash Bonds 98CV011169 | Unknown | 7,500.00 | | 7,500.00 | FA | 0.00 | 0.00 |
| 11. Post-Petition Interest Deposits (u) | 0.00 | 465,831.67 | | 465,739.96 | FA | 0.00 | 0.00 |
| 12. Postage Refund | 6,000.00 | 7,292.15 | | 7,292.15 | FA | 0.00 | 0.00 |
| Postage Meter refund- See exhibit B26 | | | | | | | |
| 13. Executive Risk Settlement | 1,000,000.00 | 1,787,500.00 | | 1,787,500.00 | FA | 0.00 | 0.00 |
| Order entered 9/27/99 | | | | | | | |
| 14. SEC Settlement | 5,000,000.00 | 4,315,308.30 | | 4,315,308.30 | FA | 0.00 | 0.00 |
| Per order entered 7/22/99 | | | | | | | |
| 15. Preference Payments (u) | 0.00 | 488,884.27 | | 488,884.27 | FA | 0.00 | 0.00 |
| See attached exhibit chart; Stephani Hunmichhouse collected AP's and preference demand letters were sent | | | | | | | |

EXHIBIT B

LFORM1EX

Ver: 16.01a

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 98-02675-5-JRL Judge: JRL
Case Name: INTERNATIONAL HERITAGE INC.

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Date Filed (f) or Converted (c): 11/25/98 (f)
341(a) Meeting Date: 12/30/98
Claims Bar Date: 03/30/99

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| prior to fiing AP's for preferences and fraudulent transfers; AP against Herbert Towning is included in spreadsheet and rolex watch was turned over to trustee in lieu of AP; sold to Reliable Loan & Jewelry per notice of sale filed 12/4/01 for $6,000 and is noted on Form II. | | | | | | | |
| 16. Collection of Duke Realty Rent (u) | Unknown | 6,000.00 | | 6,000.00 | FA | 0.00 | 0.00 |
| Collection of Duke Realty Rent related to collection of preferences | | | | | | | |
| 17. Erie Insurance Settlement | Unknown | 60,000.00 | | 60,000.00 | FA | 0.00 | 0.00 |
| Per order entered 3/12/03 | | | | | | | |
| 18. Kecia Peterson Judgment | 0.00 | 17,332.99 | | 17,332.99 | FA | 0.00 | 0.00 |
| Paid off in full on 11/1/04; Listed on Exhbit B20 in petition as having combined petition value of $250,000 | | | | | | | |
| TOTALS (Excluding Unknown Values) | $7,838,111.09 | $7,250,006.04 | | $7,249,791.36 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $0.00 | $0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is working on final report and proposed distribution and will have closing packet to BA for approval in August, 2010. The balance on hand as of 7/30/10 is $1,616,180.25 per form II filed with the court on 7/30/10.
Order waiving attachments of documents entered 11/16/10.

Initial Projected Date of Final Report (TFR): 12/30/01 Current Projected Date of Final Report (TFR): 11/30/10

/s/ HOLMES P. HARDEN, TRUSTEE

Date: 12/02/10

LFORM1EX

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 3

Case No:       98-02675-5-JRL        Judge: JRL
Case Name:     INTERNATIONAL HERITAGE INC.

HOLMES P. HARDEN, TRUSTEE

Trustee Name:                              HOLMES P. HARDEN, TRUSTEE
Date Filed (f) or Converted (c):           11/25/98 (f)
341(a) Meeting Date:                       12/30/98
Claims Bar Date:                           03/30/99

Ver: 16.01a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Case No: 98-02675-5-JRL
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: 87-0421191
For Period Ending: 12/03/10

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: ******6518 Money Market - Interest Bearing
Blanket Bond (per case limit):
Separate Bond (if applicable): $ 1,678,500.00

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 57,851.98 |
| 07/30/10 | | | INTEREST REC'D FROM BANK | 1270-000 | 2.30 | | 57,854.28 |
| 07/30/10 | 11 | BANK OF AMERICA Transfer to Acct #******3851 | Final Posting Transfer | 9999-000 | | 57,854.28 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 2.30 | 57,854.28 |
| Less: Bank Transfers/CD's | | 0.00 | 57,854.28 |
| Subtotal | | 2.30 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 2.30 | 0.00 |

Page Subtotals        2.30        57,854.28

Ver: 16.01a

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 98-02675-5-JRL |
| Case Name: | INTERNATIONAL HERITAGE INC. |

| Taxpayer ID No: | 87-0421191 |
| For Period Ending: | 12/03/10 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6521  Checking - Non Interest |

| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $  1,678,560.00 |

Page:   2

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/20/10 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 1,535.27 | | 1,535.27 |
| 07/20/10 | 001310 | AT&T | Telephone Service 919 876-2161 450 0364 | 2990-000 | | 113.32 | 1,421.95 |
| 07/20/10 | 001311 | AT&T | Telephone Service 020 713 6257 001 | 2990-000 | | 126.36 | 1,295.59 |
| 07/20/10 | 001312 | AT&T | Telephone Service 056 390 8195 001 | 2990-000 | | 65.59 | 1,230.00 |
| 07/20/10 | 001313 | Cathy Johnson 500 W. Harnett Street Benson, NC 27504 | Temporary Service 82 hours @ $15 6/21/10 through 7/19/10 | 2990-000 | | 1,230.00 | 0.00 |
| 07/26/10 | | Transfer from Acct #*******6819 | Bank Funds Transfer | 9999-000 | 160.30 | | 160.30 |
| 07/26/10 | 001314 | AT&T | Telephone Service 919 790-0128 010 0363 | 2990-000 | | 160.30 | 0.00 |

| | | | COLUMN TOTALS | | 1,695.57 | 1,695.57 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 1,695.57 | 0.00 | |
| | | | Subtotal | | 0.00 | 1,695.57 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 1,695.57 | |

Page Subtotals       1,695.57       1,695.57

LF0082G4

Ver: 16.01a

LF0042I4

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Case No:  98-02675-5-JRL
Case Name:  INTERNATIONAL HERITAGE INC.

Taxpayer ID No:  87-0421191
For Period Ending:  12/03/10

Trustee Name:  HOLMES P. HARDEN, TRUSTEE
Bank Name:  BANK OF AMERICA
Account Number / CD #:  ******6534 Money Market - Interest Bearing
Blanket Bond (per case limit):
Separate Bond (if applicable):  $  1,678,500.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 21,069.36 |
| 07/30/10 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-003 | 0.50 | | 21,069.86 |
| 07/30/10 | 11 | Reverses Interest on 07/30/10 | INTEREST REC'D FROM BANK | 1270-003 | -0.50 | | 21,069.36 |
| 07/30/10 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.50 | | 21,069.86 |
| 07/30/10 | 11 | Transfer to Acct #*******3851 | Transfer In From MMA Account | 9999-000 | | 21,069.86 | 0.00 |

COLUMN TOTALS    0.50    21,069.86
Less: Bank Transfers/CD's    0.00    21,069.86
Subtotal    0.50    0.00
Less: Payments to Debtors    0.00    0.00
Net    0.50    0.00

Page Subtotals    0.50    21,069.86

Ver: 16.01a

Page: 3

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:       98-02675-5-JRL
Case Name:     INTERNATIONAL HERITAGE INC.

Taxpayer ID No:     87-0421191
For Period Ending:  12/03/10

Trustee Name:       HOLMES P. HARDEN, TRUSTEE
Bank Name:          BANK OF AMERICA
Account Number / CD #:  ******6819 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable):    $ 1,678,500.00

Page:  4

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 977,308.34 |
| 07/20/10 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 1,535.27 | 975,773.07 |
| 07/26/10 | | Transfer to Acct #*******6521 | Bank Funds Transfer | 9999-000 | | 160.30 | 975,612.77 |
| 07/30/10 | | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 54.32 | | 975,667.09 |
| 07/30/10 | 11 | Transfer to Acct #*******3851 | Transfer In From MMA Account | 9999-000 | | 975,667.09 | 0.00 |
| | | | COLUMN TOTALS | | 54.32 | 977,362.66 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 977,362.66 | |
| | | | Subtotal | | 54.32 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 54.32 | 0.00 | |

Page Subtotals          54.32          977,362.66

0.00

Ver: 16.01a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

| Case No: | 98-02675-5-JRL |
| Case Name: | INTERNATIONAL HERITAGE INC. |
| Taxpayer ID No: | 87-0421191 |
| For Period Ending: | 12/03/10 |

| Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *****6835  Checking - Non Interest |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 1,678,500.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 0.00 | 0.00 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 0.00 | |

Page Subtotals                    0.00            0.00

Ver: 16.01a

LFORM24

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Case No:            98-02675-5-JRL
Case Name:          INTERNATIONAL HERITAGE INC.

Trustee Name:       HOLMES P. HARDEN, TRUSTEE
Bank Name:          BANK OF AMERICA
Account Number / CD #:   *******6848 Money Market - Interest Bearing

Taxpayer ID No:     87-0421191
For Period Ending:  12/03/10

Blanket Bond (per case limit):
Separate Bond (if applicable):   $   1,678,500.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | |
| 07/30/10 | | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.90 | | 37,643.19 |
| 07/30/10 | 11 | Transfer to Acct #*******3851 | Transfer In From MMA Account | 9999-000 | | 37,644.09 | 37,644.09 |
| | | | | | | | 0.00 |
| | | COLUMN TOTALS | | | 0.90 | 37,644.09 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 37,644.09 | |
| | | | Subtotal | | 0.90 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.90 | 0.00 | |

Page Subtotals          0.90          37,644.09

Ver: 16.01a

LF080424

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

Case No: 98-02675-5-JRL
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: 87-0421191
For Period Ending: 12/03/10

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: ********7313 Money Market - Interest Bearing

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 1,678,500.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 518,338.46 |
| 07/08/10 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 573.44 | | 518,911.90 |
| * 07/08/10 | 11 | Reverses Deposit # 95 | Deposit #95 reversed to link to interest. interest Should have posted to interest for compensable receipts. | 1270-000 | -573.44 | | 518,338.46 |
| 07/30/10 | | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 28.83 | | 518,367.29 |
| 07/30/10 | 11 | Transfer to Acct #********3851 | Transfer In From MMA Account | 9999-000 | | 518,367.29 | 0.00 |

|  |  | COLUMN TOTALS | | | 28.83 | 518,367.29 | 0.00 |
|  |  | Less: Bank Transfers/CD's | | | 0.00 | 518,367.29 | |
|  |  | Subtotal | | | 28.83 | 0.00 | |
|  |  | Less: Payments to Debtors | | | 0.00 | | |
|  |  | Net | | | 28.83 | 0.00 | |

Page Subtotals                28.83         518,367.29

Ver: 16.01a

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          98-02675-5-JRL
Case Name:        INTERNATIONAL HERITAGE INC.

Taxpayer ID No:   87-0421191
For Period Ending: 12/03/10

Trustee Name:     HOLMES P. HARDEN, TRUSTEE
Bank Name:        BANK OF AMERICA
Account Number / CD #: ******7410 Money Market - Interest Bearing
Blanket Bond (per case limit):
Separate Bond (if applicable):  $  1,678,500.00

Page:  8

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 5,577.51 |
| 07/30/10 | | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.13 | | 5,577.64 |
| 07/30/10 | 11 | Transfer to Acct #*******3851 | Transfer In From MMA Account | 9999-000 | | 5,577.64 | 0.00 |
| | | | COLUMN TOTALS | | 0.13 | 5,577.64 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 5,577.64 | |
| | | | Subtotal | | 0.13 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.13 | 0.00 | |

Page Subtotals                    0.13          5,577.64

Ver: 16.01a

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 98-02675-5-JRL
Case Name: INTERNATIONAL HERITAGE INC.

Taxpayer ID No: 87-0421191
For Period Ending: 12/03/10

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******9728 Checking - Non Interest

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 1,678,500.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| | | | | | | | |
| | | | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

Page Subtotals                          0.00                          0.00

Ver: 16.01a

Case No:  98-02675-5-JRL
Case Name:  INTERNATIONAL HERITAGE INC.
Taxpayer ID No:  87-0421191
For Period Ending:  12/03/10

Trustee Name:  HOLMES P. HARDEN, TRUSTEE
Bank Name:  BANK OF AMERICA
Account Number / CD #:  ******3851 Money Market - Interest Bearing
Blanket Bond (per case limit):
Separate Bond (if applicable):  $ 1,678,500.00

Page:  10

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/30/10 | | Transfer from Acct #*******7410 | Transfer In From MMA Account | 9999-000 | 5,577.64 | | 5,577.64 |
| 07/30/10 | | Transfer from Acct #*******6534 | Transfer In From MMA Account | 9999-000 | 21,069.86 | | 26,647.50 |
| 07/30/10 | | Transfer from Acct #*******6848 | Transfer In From MMA Account | 9999-000 | 37,644.09 | | 64,291.59 |
| 07/30/10 | | Transfer from Acct #*******6518 | Transfer In From MMA Account | 9999-000 | 57,854.28 | | 122,145.87 |
| 07/30/10 | | Transfer from Acct #*******7313 | Transfer In From MMA Account | 9999-000 | 518,367.29 | | 640,513.16 |
| 07/30/10 | | Transfer from Acct #*******6819 | Transfer In From MMA Account | 9999-000 | 975,667.09 | | 1,616,180.25 |
| 08/10/10 | 001001 | U. S. Post Master 402 South Market Street Benson, NC 27504 | P. O. Box rent Box 536, Benson, NC | 2990-000 | | 70.00 | 1,616,110.25 |
| 08/10/10 | 001002 | Cathy Johnson 500 W. Harnett Street Benson, NC 27504 | Temporary Service 35.25 hours @ $15 7/21/10-8/3/10 | 2990-000 | | 528.75 | 1,615,581.50 |
| 08/10/10 | 001003 | AT&T P.O. Box 105068 Atlanta, GA 30348-5068 | Telephone Service Acct. no. 020 713 6257 001 Prepayment for 3 months of service on toll free line for # (919) 790-0128 Average on account is $66.17 which is highest amount and based for 3 months of service | 2990-000 | | 198.51 | 1,615,382.99 |
| 08/10/10 | 001004 | AT&T P. O. Box 105068 Atlanta, GA 30348-5068 | Telephone Service Acct. no 056 390-8195 001 3 months prepaid service on long distance service for #919 790-0128 at $33.04 per month | 2990-000 | | 99.12 | 1,615,283.87 |
| 08/10/10 | 001005 | AT&T P.O. Box 105068 Atlanta, GA 30348-5068 | Telephone Service Acct. no. 056 332 1488 001 3 months @ $33.04 per month prepaid long distance service on #919-876-2161 | 2990-000 | | 99.12 | 1,615,184.75 |
| 08/10/10 | 001006 | AT&T P. O. Box 105068 | Telephone Service Acct no. 919 790-0128010 363 | 2990-000 | | 240.15 | 1,614,944.60 |
| | | | Page Subtotals | | 1,616,180.25 | 1,235.65 | |

Ver: 16.01a

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 98-02675-5-JRL
Case Name: INTERNATIONAL HERITAGE INC.
Taxpayer ID No: 87-0421191
For Period Ending: 12/03/10

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******3851 Money Market - Interest Bearing
Blanket Bond (per case limit): $
Separate Bond (if applicable): $ 1,678,500.00

Page: 11

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/10/10 | 001007 | AT&T P. O. Box 105068 Atlanta, GA 30348-5068 | 3 months local service @ $80.05 per month on # 919 799-0128 Telephone Service | 2990-000 | | 170.40 | 1,614,774.20 |
| 08/10/10 | 001008 | Nichools & Crampion P. O. Box 18237 Raleigh, NC 27619 | Acct no. 919 876-2161 450 0364 3 months prepaid local service @$56.80 per month on #919 876-2161 Attorney's fees (other firm) Balance due on attorney fees Expenses overpaid on order dated 6/5/02 and fees and expenses not paid per order entered 9/18/02. Total due to Nichools & Crampion per all orders entered. | 3210-000 | | 615.61 | 1,614,158.59 |
| 08/25/10 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK Interest from 7/30/10-8/25/10 posted | 1270-000 | 5.53 | | 1,614,164.12 |
| 08/30/10 | 15 | Wells Fargo Bank, NA P. O. Box 5110, MAC N9777-016 Sioux Falls, SD 57117-5110 | PREFERENCE SETTLEMENT Settlement of AP filed against Wachovia Bank and upon final found funds had not been collected Interest Rate 0.090 | 1241-000 | 3,200.00 | | 1,617,364.12 |
| 08/31/10 | 11 | BANK OF AMERICA | Interest REC'D | 1270-000 | 27.86 | | 1,617,391.98 |
| 09/13/10 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 47.84 | | 1,617,439.82 |
| 09/13/10 | 11 | Transfer to Acct #*******3916 | Final Posting Transfer | 9999-000 | | 1,617,439.82 | 0.00 |

| COLUMN TOTALS | | 1,619,461.48 | 1,619,461.48 |
|---|---|---|---|
| | Less: Bank Transfers/CD's | 1,616,180.25 | 1,617,439.82 |
| | Subtotal | 3,281.23 | 2,021.66 |
| | Less: Payments to Debtors | | 0.00 |
| | Net | 3,281.23 | 2,021.66 |

Page Subtotals: 3,281.23   1,618,225.83

0.00

Ver: 16.01a

LFORM24

| Case No: | 98-02675-5-JRL | | Trustee Name: | HOLMES P. HARDEN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | INTERNATIONAL HERITAGE INC. | | Bank Name: | BANK OF AMERICA |
| Taxpayer ID No: | 87-0421191 | | Account Number / CD #: | *******3916  Checking - Non Interest |
| For Period Ending: | 12/05/10 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $   1,678,500.00 |

Page: 12

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/13/10 | | Transfer from Acct #*******3851 | Transfer In From MMA Account | 9999-000 | 1,617,439.82 | | 1,617,459.82 |
| 10/06/10 | 001001 | International Sureties, Ltd. 701 Poydras Street, Ste. 420 New Orleans, LA 70139 | Trustee Bond Bond #016028131 | 2300-000 | | 2,078.50 | 1,615,361.32 |
| 11/22/10 | 5 | AT&T | REFUNDS-OTHER other refunds Acct #056321488001 prepaid telephone service for 3 months in August, 2010 AT&T refunded $33.53 on this account. | 2990-000 | 33.53 | | 1,615,394.85 |

| | | Deposits ($) | Disbursements ($) |
|---|---|---|---|
| COLUMN TOTALS | | 1,617,473.35 | 2,078.50 |
| | Less: Bank Transfers/CD's | 1,617,439.82 | 0.00 |
| | Subtotal | 33.53 | 2,078.50 |
| | Less: Payments to Debtors | | 0.00 |
| | Net | 33.53 | 2,078.50 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - *******6518 | 2.30 | 0.00 | 0.00 |
| Checking - Non Interest - *******6521 | 0.00 | 1,695.57 | 0.00 |
| Money Market - Interest Bearing - *******6534 | 0.50 | 0.00 | 0.00 |
| Money Market - Interest Bearing - *******6819 | 54.32 | 0.00 | 0.00 |
| Checking - Non Interest - *******6835 | 0.00 | 0.00 | 0.00 |
| Money Market - Interest Bearing - *******6848 | 0.90 | 0.00 | 0.00 |
| Money Market - Interest Bearing - *******7313 | 28.83 | 0.00 | 0.00 |
| Money Market - Interest Bearing - *******7410 | 0.13 | 0.00 | 0.00 |
| Checking - Non Interest - *******9728 | 0.00 | 0.00 | 0.00 |
| Money Market - Interest Bearing - *******3851 | 3,281.23 | 2,021.66 | 0.00 |
| Checking - Non Interest - *******3916 | 33.53 | 2,078.50 | 0.00 |
| | 3,401.74 | 5,795.73 | 1,615,394.85 |

Page Subtotals     1,617,473.35          2,078.50

Ver: 16.01a

LFORM24

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 13

Case No:   98-02675-5-JRL
Case Name:  INTERNATIONAL HERITAGE INC.

Taxpayer ID No:  87-0421191
For Period Ending:  12/03/10

Trustee Name:  HOLMES P. HARDEN, TRUSTEE
Bank Name:  BANK OF AMERICA
Account Number / CD #:  ******3916 Checking - Non Interest

Blanket Bond (per case limit):
Separate Bond (if applicable):  $ 1,678,500.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Page Subtotals | | 0.00 | 0.00 | |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: _____

/s/  HOLMES P. HARDEN, TRUSTEE  Date: 12/03/10

HOLMES P. HARDEN, TRUSTEE

Ver: 16.01a