
EXHIBIT

| 1 | Docketno | Creditor | Proposed Payment 1,512,474.87 | Allowed 4,150,131.11 | Dividend 1,306,982.48 | Balance 2,843,148.63 | % of Bal Due |
|---|---|---|---|---|---|---|---|
| 7928 | 007931 | A. CHERYL WEEKS<br>9009 N FM 620, APT. 2107<br>AUSTIN, TX 78725-4227 | 378.26 | 1,049.61 | 338.55 | 711.06 | 0.02501% |
| 1530 | 001529 | A. WADE SAMPLE<br>1908 W. 20TH STREET<br>JOPLIN, MO 64804 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 7488 | 007491 | A.J. ORTEGA<br>3174 LOCKMOOR<br>DALLAS, TX 75220 | 323.72 | 898.25 | 289.73 | 608.52 | 0.02140% |
| 2760 | 002760 | AARON R. TOMPKINS<br>1939 ST. ANDREWS<br>BILLINGS, MT 59105 | 140.55 | 390.00 | 125.79 | 264.21 | 0.00929% |
| 784 | 000784 | AARON S. WILLIS<br>200 ANDOVER<br>RAYNE, LA 70578 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3871 | 003871 | AARON W. PICKERING<br>250 BEACH STREET<br>VIDOR, TX 77662 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2130 | 002130 | ABRAHAM V. RAMIREZ<br>2814 N. WASHINGTON AVENUE<br>ODESSA, TX 79764 | 806.21 | 2,237.06 | 721.55 | 1,515.51 | 0.05330% |
| 13647 | 013651 | ACO ENTERPRISES<br>1516 KENWOOD DR.<br>ARANSAS PASS, TX 78336 | 762.58 | 2,116.00 | 682.50 | 1,433.50 | 0.05042% |
| 6365 | 006367 | ADAM JAKUBOWSKI<br>7301 4TH AVENUE APT B8<br>BROOKLYN, NY 11209 | 630.68 | 1,750.00 | 564.44 | 1,185.56 | 0.04170% |
| 5010 | 005012 | ADELFA R. GUERRA<br>121 FAIRVIEW<br>RIO GRANDE CITY, TX 78582 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 10991 | 010994 | ADEN SHERRI L. ANDERSON<br>3813 MONTREAL ST.<br>BISMARCK, ND 58501 | 435.58 | 1,208.66 | 389.85 | 818.81 | 0.02880% |
| 406 | 000406 | AHAMAD BASHAN HUFF<br>307 9TH AVE.<br>MANCHESTER, GA 31816 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 12876 | 012880 | AHNNA K. WILBOURN<br>433663 EAST HIGHWAY 66<br>VANITA, OK 74301 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 6448 | 006450 | AILI PEI<br>34 TANGLEWOOD DRIVE<br>SMITHTOWN, NY 11787 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 5495 | 005497 | AL I. MOORE<br>C/O MARTHA J. MORLEY<br>2015 OLD MANOR<br>GARDEN CITY, KS 67846 | 630.67 | 1,750.00 | 564.46 | 1,185.54 | 0.04170% |
| 2499 | 002499 | AL NONG CHEN<br>352 61ST 1F<br>BROOKLYN, NY 11220 | 630.68 | 1,750.00 | 564.44 | 1,185.56 | 0.04170% |
| 944 | 000944 | ALAN & DEBRA GUTTERY<br>315 W WASHINGTON STREET<br>OSBORNE, KS 67473-1913 | 328.63 | 911.88 | 294.12 | 617.76 | 0.02173% |
| 7451 | 007454 | ALAN C. LIND<br>1656 ALDERBROOK RD.<br>ATLANTA, GA 30345 | 117.13 | 325.00 | 104.82 | 220.18 | 0.00774% |
| 11923 | 011927 | ALANA C. GRAW<br>1410 CRESTVIEW DRIVE<br>BLACKSBURG, VA 24060 | 129.74 | 360.00 | 116.11 | 243.89 | 0.00858% |
| 2602 | 002602 | ALBERT A. EVERETTE JR.<br>#7 SWITCHBUD PL<br>THE WOODLANDS, TX 77380 | 134.42 | 373.00 | 120.31 | 252.69 | 0.00889% |
| 10847 | 010850 | ALBERT J. SAMUELSON<br>901 E. VALLEY BLVD.<br>SAN GABRIEL, CA 91776 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 11368 | 011371 | ALBERT M. ARCHER<br>4770 BAYSHORE DR.<br>BLAINE, WA 98230 | 1,007.65 | 2,796.00 | 901.83 | 1,894.17 | 0.06662% |
| 3058 | 003058 | ALBERT RAY RICHARD<br>397 POINTE NOIR ROAD<br>BRANCH, LA 70516-3505 | 683.84 | 1,897.50 | 612.02 | 1,285.48 | 0.04521% |
| 599 | 000599 | ALBERT WILLIAM CAIAZZA<br>136 LAFAYETTE AVENUE<br>ANNAPOLIS, MD 21401 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 5773 | 005775 | ALESA T. OLIVIER<br>POST OFFICE BOX 1037<br>BREAUX BRIDGE, LA 70517-1037 | 143.25 | 397.50 | 128.21 | 269.29 | 0.00947% |
| 7243 | 007245 | ALETHIA M. CORNEIL<br>275 EASY ST.<br>MISSOULA, MT 59802 | 140.55 | 390.00 | 125.79 | 264.21 | 0.00929% |
| 3337 | 003337 | ALEX PADILLA<br>808 PAKKOCK WAY<br>CASSELBERRY, FL 32707 | 152.98 | 424.50 | 136.92 | 287.58 | 0.01011% |
| 3597 | 003597 | ALFONSO CALVANESE<br>166 ALTHEA ST.<br>WEST SPRINGFIEL, MA 01089 | 682.93 | 1,895.00 | 611.23 | 1,283.77 | 0.04515% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 5553 | 005555 | ALFRED H. RABER<br>1706 WOODMONT STREET NE<br>HARTVILLE, OH 44632 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 6372 | 006374 | ALICE AL LEO<br>2359 S. BRANDON ST.<br>SEATTLE, WA 98108 | 775.94 | 2,153.08 | 694.46 | 1,458.62 | 0.05130% |
| 18 | 000018 | ALICE CHANG<br>22 RUBENSTEIN ST. #C<br>STATEN ISLAND, NY 10305 | 576.62 | 1,600.00 | 516.07 | 1,083.93 | 0.03812% |
| 3426 | 003426 | ALICE CHIEN<br>817 20TH AVENUE S.<br>SEATTLE, WA 98144 | 822.45 | 2,282.11 | 736.07 | 1,546.04 | 0.05438% |
| 5385 | 005387 | ALICE FAYE LANDRY<br>4002 GAINES CT.<br>AUSTIN, TX 78735 | 321.74 | 892.75 | 287.95 | 604.80 | 0.02127% |
| 5058 | 005060 | ALICE JOHNSON ANTIOCH<br>7310 RIDING TRAIL ROAD<br>CHARLOTTE, NC 28212-4606 | 673.75 | 1,869.50 | 602.99 | 1,266.51 | 0.04455% |
| 4082 | 004083 | ALICE L. MITCHELL<br>6310 N.E. 84<br>NORMAN, OK 73026 | 673.34 | 1,868.38 | 602.63 | 1,265.75 | 0.04452% |
| 2644 | 002644 | ALICE ROBINSON<br>3990 BIRCHWOOD COVE<br>DECATUR, GA 30034 | 681.49 | 1,891.00 | 609.93 | 1,281.07 | 0.04506% |
| 879 | 000879 | ALICE S. CHU<br>1462 CARMINE WAY<br>SAN JOSE, CA 95131-3041 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4709 | 004711 | ALICIA NICOLE PLEASANT<br>113 COUNTRYWOOD DR.<br>FUQUAY VARINA, NC 27526 | 569.42 | 1,070.40 | 0.00 | 1,070.40 | 0.03765% |
| 7831 | 007834 | ALICIA S BOWENS<br>509 LEON<br>NAVASOTA, TX 77868 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 14583 | 014589 | ALISSA M. HARPER<br>12825 127TH AVE S.E.<br>SNOHOMISH, WA 98290 | 105.78 | 293.50 | 94.66 | 198.84 | 0.00699% |
| 8703 | 008706 | ALLEN D. GARBS<br>1801A CHERYL DR<br>CALDWELL, TX 77836 | 321.92 | 893.25 | 288.11 | 605.14 | 0.02128% |
| 6962 | 006964 | ALLEN E. MISCHE<br>1031 NE DEERBROOK TER.<br>LEES SUMMIT, MO 64086 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 5008 | 005010 | ALMA GUERRA<br>119 FAIRVIEW<br>RIO GRANDE, TX 78582 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 2408 | 002408 | ALTARENA C. BASGALL<br>1721 Yocemento Ave<br>Hays, KS 67601 | 583.63 | 1,619.43 | 522.33 | 1,097.10 | 0.03859% |
| 2741 | 002741 | ALTON PAUL MCCARTY<br>205 THURMAN LOOP<br>LLANO, TX 78643 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 8010 | 008013 | ALVIN C. STEPHENSON<br>4875 ALABAMA HWY. 204<br>JACKSONVILLE, AL 36265 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 7439 | 007441 | ALVIN J. WARD<br>8720 QUAIL CIRCLE<br>MANHATTAN, KS 66502 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 6115 | 006117 | AMANDA BROWN<br>4000-D WATER OAK RD<br>RALEIGH, NC 27516 | 511.76 | 962.00 | 0.00 | 962.00 | 0.03384% |
| 10896 | 010899 | AMANDA F. KEETON<br>115 DOGWOOD RD. LAKE JOY<br>P.O. BOX 407<br>SYLACAUGA, AL 35150 | 731.40 | 2,029.50 | 654.61 | 1,374.89 | 0.04836% |
| 2611 | 002611 | AMBER D. HAYDEN BUSSARD<br>1213 N. CLYDESDALE<br>HUTCHINSON, KS 67501 | 450.48 | 1,250.00 | 403.18 | 846.82 | 0.02978% |
| 434 | 000434 | AMBER M. GARDNER<br>331 CO. RD. 1498<br>TUPELO, MS 38801 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 168 | 000168 | AMELIA GORMAN<br>425 RIVER BIRCH CIRCLE<br>WETUMPKA, AL 36093-3848 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 7806 | 007809 | AMELIA H. DEWITT<br>102 FOXBOROUGH ROAD<br>GOOSE CREEK, SC 29445 | 321.10 | 891.00 | 287.39 | 603.61 | 0.02123% |
| 5645 | 005647 | AMRIK SINGH<br>11101 SE 208TH ST APT #1411<br>KENT, WA 98031 | 805.16 | 2,234.15 | 720.61 | 1,513.54 | 0.05325% |
| 5590 | 005592 | AMY CHEN<br>13809 MILLS AVE<br>SILVER SPRINGS, MD 20904 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 3545 | 003545 | AMY K. HANSON<br>3309 COYOTE<br>GREAT FALLS, MT 59404 | 140.55 | 390.00 | 125.79 | 264.21 | 0.00929% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 6841 | 006843 | AMY KRUGH<br>204 LAKEWAY<br>BATTLE CREEK, MI 49017 | 131.54 | 365.00 | 117.73 | 247.27 | 0.00870% |
| 7132 | 007134 | AMY L. HAGEN<br>7105 STEELHEAD LANE<br>BURLINGTON, WA 98233 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1168 | 001168 | AMY M. CART<br>534 KIM STREET<br>SULPHUR, LA 70663 | 684.20 | 1,898.50 | 612.35 | 1,286.15 | 0.04524% |
| 786 | 000786 | AMY M. FOX<br>126 CHRISTIAN AVE.<br>HUBBARD, OH 44425 | 311.49 | 864.31 | 278.78 | 585.53 | 0.02059% |
| 8606 | 008609 | AMY T. CORNETT<br>103 WESTWOOD CHATEAU DRIVE<br>MARION, NC 28752 | 321.10 | 891.00 | 287.39 | 603.61 | 0.02123% |
| 12293 | 012297 | ANA M. ELKINS<br>7036 MCCORMICK WOODR DR. SW<br>PORT ORCHARD, WA 98366 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 2970 | 002970 | ANDRE R. LEE<br>2511 20TH AVENUE S.<br>SEATTLE, WA 98144 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 6496 | 006498 | ANDREA J MCLENDON<br>204 AQUA MARINE LN<br>KNIGHTDALE, NC 27545 | 290.46 | 546.00 | 0.00 | 546.00 | 0.01920% |
| 4113 | 004115 | ANDREA K. KAY<br>3512 ATHERTON<br>INDEPENDENCT, MO 64055 | 503.39 | 1,396.80 | 450.53 | 946.27 | 0.03328% |
| 1917 | 001917 | ANDREA L. BOOTH<br>66245 MCGREGOR RD.<br>BELLAIRE, OH 43906 | 312.28 | 866.50 | 279.48 | 587.02 | 0.02065% |
| 3653 | 003653 | ANDREA L. NORTON<br>1077 WORDSMITH CT.<br>CARY, NC 27511 | 687.48 | 1,292.32 | 0.00 | 1,292.32 | 0.04545% |
| 1521 | 001520 | ANDREA S. WEBB<br>535 LAKE MEDLOCK DR.<br>ALPHARETTA, GA 30022 | 436.66 | 1,211.64 | 390.81 | 820.83 | 0.02887% |
| 8640 | 008643 | ANDREW F. MITCHELL<br>1505 GRAYLAND HILLS DR.<br>LAWRENCEVILLE, GA 30045 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3398 | 003398 | ANDREW J. BEVOLO<br>521 CONTI STREET<br>NEW ORLEANS, LA 70130-2232 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 151 | 000151 | ANDREW TORRES<br>4621 CROCKETT<br>MIDLAND, TX 79703 | 900.97 | 2,500.00 | 806.35 | 1,693.65 | 0.05957% |
| 5829 | 005831 | ANDY C. VOSKAMP<br>MAIN ST. BOX 81<br>ANEROID, SK SONOCO<br>FOREIGN, FN 99999 | 54.14 | 150.24 | 48.46 | 101.78 | 0.00358% |
| 3461 | 003461 | ANDY T. HAYNES<br>129 CARTER AVE<br>CARROLLTON, GA 30117 | 133.16 | 369.50 | 119.18 | 250.32 | 0.00880% |
| 14835 | 014842 | ANDY T. VALINSKI<br>1736 CRESTLINE<br>TROY, MI 48083 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 5231 | 005233 | ANGELA C. LEBLANC<br>ONE ALEWIVE FARMS<br>KENNEBUNK, ME 4014 | 180.19 | 500.00 | 161.28 | 338.72 | 0.01191% |
| 5083 | 005085 | ANGELA CHIU<br>6261 COLDSTREAM RD.<br>HIGHLAND, OH 44143 | 682.04 | 1,892.50 | 610.41 | 1,282.09 | 0.04509% |
| 2196 | 002196 | ANGELA J. TOMPKINS<br>4429 WOODLAND ROAD<br>THOMASTON, GA 30286 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 14203 | 014207 | ANGELA M GARNER<br>1450 HWY 19 NORTH<br>THOMASTON, GA 30286 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 3325 | 003325 | ANGELENA STEVENSON<br>2904 INWOOD RD.<br>DALLAS, TX 75235 | 90.09 | 250.00 | 80.64 | 169.36 | 0.00596% |
| 7279 | 007281 | ANGELINA BROUSSARD KELLY<br>1285 COUNTY ROAD #676<br>DAYTON, TX 77535 | 684.74 | 1,900.00 | 612.83 | 1,287.17 | 0.04527% |
| 12300 | 012304 | ANGELIQUE M. GEBBEN<br>4002 287 AVE. SE<br>FALL CITY, WA 98024 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 13146 | 013150 | ANGIE C. STEWART<br>P. O. BOX 623<br>BUIES CREEK, NC 27506 | 1,227.66 | 2,307.75 | 0.00 | 2,307.75 | 0.08117% |
| 7173 | 007175 | ANGIE M. HILLIER<br>1898-28 PRAIRIE RD.<br>SEDRO-WOOLLEY, WA 98284 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 6829 | 006831 | ANGLE J. BLACK<br>C/O HARRY S CONNELL<br>7804 HWY 362<br>CONCORD, GA 30206 | 683.29 | 1,896.00 | 611.55 | 1,284.45 | 0.04518% |
| 1864 | 001864 | ANH T LAM<br>4015 LINCOLN AV<br>EL MONTE, CA 91731 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2906 | 002906 | ANITA B. ROBERTSON<br>15 BLACK ROAD<br>JASPER, AL 35504 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 103 | 000103 | ANITA K. BAYER<br>6309 PINEVIEW<br>DALLAS, TX 75248 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 7727 | 007730 | ANITA RAMSEY<br>3017 CATALPA<br>GARLAND, TX 75044 | 864.30 | 2,398.25 | 773.54 | 1,624.71 | 0.05714% |
| 10387 | 010390 | ANITA SAHAI<br>2488 EAST 33RD AVE<br>VANCOUVER, BC V5R2S3<br>FOREIGN, FN 99999 | 848.68 | 2,354.90 | 759.56 | 1,595.34 | 0.05611% |
| 7353 | 007355 | ANN A. STOEGER<br>PO BOX 1845<br>RIVERTON, WY 82501 | 99.11 | 275.00 | 88.70 | 186.30 | 0.00655% |
| 1603 | 001602 | ANN B. SHERIDAN<br>610 JACK BURDEN RD #23<br>WICKENBURG, AZ 85390 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 329 | 000329 | ANN BRAZEL<br>14836 SE 16TH #22<br>BELLEVUE, WA 98007 | 810.87 | 2,250.00 | 725.72 | 1,524.28 | 0.05361% |
| 5185 | 005187 | ANN CRAFT<br>249 LEE BLACK RD.<br>CHERRYVILLE, NC 28021 | 109.92 | 305.00 | 98.37 | 206.63 | 0.00727% |
| 12014 | 012018 | ANN H. BRUSICH<br>5430 SILK OAK WAY<br>SUGAR HILL, GA 30518 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 7091 | 007093 | ANN H. VAUGHN<br>209 BENTWOOD LANE<br>CLAYTON, NC 27520 | 681.49 | 1,891.00 | 609.93 | 1,281.07 | 0.04506% |
| 8513 | 008516 | ANN M CONWAY<br>19 PERCHERON WAY<br>WEST BARNSTABLE, MA 2668 | 140.55 | 390.00 | 125.80 | 264.20 | 0.00929% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 14942 | 014949 | ANN MARY HOLDER<br>13240 SW. 88TH LANE<br>APT. 105<br>MIAMI, FL 33186 | 139.11 | 386.00 | 124.51 | 261.49 | 0.00920% |
| 908 | 000908 | ANNA A. GILSON<br>5415 CHELSEN WOOD DRIVE<br>DULUTH, GA 30097-2435 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 1716 | 001716 | ANNA BREAUX<br>979 LYDIA<br>ORANGE, TX 77632 | 323.81 | 898.50 | 289.81 | 608.69 | 0.02141% |
| 1919 | 001919 | ANNA PO-LING HO<br>#16, 6333 NO. 1 ROAD<br>RICHMOND, BC V7C1T4<br>FOREIGN, FN 99999 | 376.92 | 1,045.90 | 337.36 | 708.54 | 0.02492% |
| 1068 | 001068 | ANNE R. ADAMS<br>1103 W. HARRIS STREET<br>PAVO, GA 31778 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 13759 | 013763 | ANNE R. FACENDO<br>634 RIVER RD.<br>FAIR HAVEN, NJ 7704 | 1,374.67 | 3,814.41 | 1,230.31 | 2,584.10 | 0.09089% |
| 1459 | 001458 | ANNETTE A. SHELFER<br>4709 DOVE HOLLOW WAY<br>ARLINGTON, TX 76016-1945 | 682.13 | 1,892.75 | 610.49 | 1,282.26 | 0.04510% |
| 2789 | 002789 | ANNETTE D. MOORE<br>P. O. BOX 297<br>DECATURVILLE, TN 38329 | 443.32 | 1,230.13 | 396.77 | 833.36 | 0.02931% |
| 10933 | 010936 | ANNETTE L. MCCLELLAND<br>213 PEMBINA AVE.<br>HINTON, AB T7V2B3<br>FOREIGN, FN 99999 | 152.87 | 424.17 | 136.81 | 287.36 | 0.01011% |
| 9269 | 009272 | ANNETTE L. YOUNG<br>916 W FIELD STREET<br>NEW IBERIA, LA 70560 | 323.27 | 897.00 | 289.32 | 607.68 | 0.02137% |
| 1220 | 001220 | ANNIE JO WRIGHT<br>RT. 1 BOX 234<br>HENRIETTA, TX 76365 | 683.93 | 1,897.75 | 612.10 | 1,285.65 | 0.04522% |
| 10924 | 010927 | ANNITA W. LEFAN<br>1715 CREEKMORE LANE<br>HATTIESBURG, MS 39401 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 12297 | 012301 | ANTHONY A. PRODIGO<br>4002 287 AVE. SE<br>FALL CITY, WA 98024 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 11462 | 011465 | ANTHONY L. POHLMANN JR.<br>2701 CORINNE DR.<br>CHALMETTE, LA 70043 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 10897 | 010900 | ANTHONY M. BRYARS<br>5737 OLD SYLACAUGA HIGHWAY<br>SYLACAUGA, AL 35151 | 738.07 | 2,048.00 | 660.57 | 1,387.43 | 0.04880% |
| 9640 | 009643 | ANTHONY N. HAMILTON<br>POST OFFICE BOX 607<br>ABSAROKEE, MT 59001 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 13556 | 013560 | ANTHONY R. JAMES<br>1134 ABRAHAM STREET<br>TALLAHASSEE, FL 32304 | 344.26 | 955.25 | 308.11 | 647.14 | 0.02276% |
| 2975 | 002975 | ANTHONY R. PITTMAN<br>104 ALDRIDGE LANE<br>ARCHDALE, NC 27263 | 311.55 | 864.50 | 278.84 | 585.66 | 0.02060% |
| 9268 | 009271 | ANTIONETTE GREEN HAWKINS<br>1290 EUCLID ST.<br>BEAUMONT, TX 77705 | 143.07 | 397.00 | 128.05 | 268.95 | 0.00946% |
| 600 | 000600 | ANTOINE L. DULIN<br>12827 BEXLEY DRIVE<br>HOUSTON, TX 77099 | 312.91 | 868.25 | 280.04 | 588.21 | 0.02069% |
| 11417 | 011420 | ANTOINETTE M. IDA<br>2710 CABLE RD<br>ANACONDA, MT 59711 | 400.03 | 1,110.00 | 358.03 | 751.97 | 0.02645% |
| 13659 | 013663 | ANTONIO FLORES<br>POST OFFICE BOX 3217<br>W. WENDOVER, NV 89883 | 312.36 | 866.75 | 279.57 | 587.18 | 0.02065% |
| 3589 | 003589 | AQUILINA F. GARCIA<br>1260 38TH AVE.<br>SAN FRANCISCO, CA 94122 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 5 | 000005 | ARCH R. DE CASTRIQUE<br>8232 BELLFIELD PL.<br>CHARLOTTE, NC 28270 | 234.25 | 650.00 | 209.65 | 440.35 | 0.01549% |
| 4336 | 004338 | ARCILLE J. ASHBY<br>9508 ST. BARTS LANE<br>HUNTERSVILLE, NC 28078 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 3943 | 003943 | ARDELLA MURRAY<br>1228 BRACERO LANE<br>LAKE HAVASU CITY, AZ 86404 | 683.98 | 1,897.90 | 612.15 | 1,285.75 | 0.04522% |
| 2379 | 002379 | ARMAND V. CELAYA<br>220 E. ROUTT AVE.<br>PUEBLO, CO 81004 | 807.97 | 2,241.94 | 723.12 | 1,518.82 | 0.05342% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 9003 | 009006 | ARTHUR A. LOZANO<br>254 SPRINGWOOD<br>SAN ANTONIO, TX 78216 | 773.93 | 2,147.50 | 692.66 | 1,454.84 | 0.05117% |
| 967 | 000967 | ARTHUR A. MAGGIN<br>5801 CAMINO DEL SOL #105<br>BOCA RATON, FL 33433 | 38.20 | 106.00 | 34.19 | 71.81 | 0.00253% |
| 11419 | 011422 | ARTHUR D. BAYLOR<br>230 DALESHIRE PLACE<br>MONTGOMERY, AL 36117 | 684.02 | 1,898.00 | 612.18 | 1,285.82 | 0.04523% |
| 3698 | 003698 | ARTHUR E. JONES<br>8217 PRAIRIEVIEW DR.<br>HOUSTON, TX 77088 | 143.53 | 398.25 | 128.45 | 269.80 | 0.00949% |
| 926 | 000926 | ARTHUR L CLAXTON<br>RT 2, BOX 208G<br>TALBOTTON, GA 31827 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 4338 | 004340 | ARTHUR L. ASHBY<br>P.O. BOX 3615<br>MARTINSVILLE, VA 24115 | 680.96 | 1,889.50 | 609.44 | 1,280.06 | 0.04502% |
| 7258 | 007260 | ARTURO CAVAZOS<br>501 WILLIAMSON PLACE<br>CORPUS CHRISTI, TX 78411-2231 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 13962 | 013966 | ARUN S. DUA<br>#1402-4888 HAZEL ST.<br>BURNABY, BC V5H 4T4<br>FOREIGN, FN 99999 | 853.58 | 2,368.50 | 763.95 | 1,604.55 | 0.05644% |
| 2286 | 002286 | ARVEST D. HILL<br>1515 ORIOLE<br>PINE BLUFF, AR 71602 | 312.31 | 866.60 | 279.52 | 587.08 | 0.02065% |
| 2507 | 002507 | ARVILLA M. HEILBRUN<br>640 S.W. 139TH<br>SEATTLE, WA 98166 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 3214 | 003214 | ASHLEY C. GONDRON<br>109 STOCKTON DR.<br>LAFAYETTE, LA 70506 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 6401 | 006403 | ASHLEY K. MARKHAM<br>202 BROADLEAF CIRCLE<br>RALEIGH, NC 27613 | 769.80 | 1,447.07 | 0.00 | 1,447.07 | 0.05090% |
| 14057 | 014061 | AUDRA L. FLAKE<br>2701 PEACHTREE LANE<br>CEDAR PARK, TX 78613 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 6336 | 006338 | AUGUSTA C. BROWN<br>P.O. BOX 345<br>DARRINGTON, WA 98241 | 683.95 | 1,897.80 | 612.12 | 1,285.68 | 0.04522% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 12661 | 012665 | AUGUSTINE N. OGUERI<br>9655 CHIMNEY HILLS LANE #2004<br>DALLAS, TX 75243 | 126.14 | 350.00 | 112.89 | 237.11 | 0.00834% |
| 11162 | 011165 | AURORA T. GARCIA<br>7219 HAZEL ROAD<br>DALLAS, TX 75217 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 6324 | 006326 | AUSTIN GLENN<br>240 FOXCROFT DR<br>BLUE RIDGE, VA 24064 | 680.96 | 1,889.50 | 609.44 | 1,280.06 | 0.04502% |
| 10822 | 010825 | AVALINE H. WELCH<br>PO BOX 554<br>LUVERNE, AL 36049 | 349.85 | 970.76 | 313.12 | 657.64 | 0.02313% |
| 11832 | 011835 | AYAKO O. CONN<br>RT. 1 BOX 1201<br>PALESTINE, TX 75801 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 2397 | 002397 | AYE A. THEIN<br>41-06 50TH STREET APT 4L<br>WOODSIDE, NY 11377 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1679 | 001678 | B. J. WALL<br>1405 COUNTRY CLUB DR.<br>VIDALIA, GA 30474 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 7672 | 007675 | BAITAO LI<br>589 SANGA ROAD<br>CORDOVA, TN 38018 | 139.92 | 388.25 | 125.23 | 263.02 | 0.00925% |
| 9341 | 009344 | BALBIR SINGH BN. NAHAL<br>8448-150 A. STREET<br>SURREY, BC V3S8J7<br>FOREIGN, FN 99999 | 795.20 | 2,206.50 | 711.69 | 1,494.81 | 0.05258% |
| 9310 | 009313 | BALVINDER KHAIRA<br>8128-153 ST<br>SURREY, BC V3S8Z2<br>FOREIGN, FN 99999 | 673.02 | 1,867.50 | 602.35 | 1,265.15 | 0.04450% |
| 6654 | 006656 | BALWINDER K. SARAN<br>511-100TH PLACE S.E.<br>EVERETT, WA 98208 | 795.37 | 2,207.00 | 711.86 | 1,495.14 | 0.05259% |
| 14350 | 014354 | BAOAN CAO<br>720 10TH AVE #1<br>NEW YORK, NY 10019 | 672.55 | 1,866.19 | 601.93 | 1,264.26 | 0.04447% |
| 4216 | 004218 | BARBARA A. BONNER PARKERSON<br>915 LEE ROAD 212<br>PHENIX CITY, AL 36870-8481 | 673.75 | 1,869.50 | 602.99 | 1,266.51 | 0.04455% |