| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 11313 | 011316 | BARBARA A. ROBISON<br>P.O. BOX 625<br>DUNCAN, SC 29334 | 673.48 | 1,868.75 | 602.75 | 1,266.00 | 0.04453% |
| 10578 | 010581 | BARBARA B. OPHUS<br>BOX 406<br>BIG SANDY, MT 59520 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 3211 | 003211 | BARBARA CANADY<br>1085 CHERRY HILL RD.<br>PRINCETON, NJ 8540 | 720.77 | 2,000.00 | 645.09 | 1,354.91 | 0.04766% |
| 4158 | 004160 | BARBARA D. COATS<br>12574 DEERFIELD COURT<br>COUNCIL BLUFFS, IA 51503 | 285.79 | 793.00 | 255.78 | 537.22 | 0.01890% |
| 132 | 000132 | BARBARA E. OHMS<br>14002 HAWKSNEST BAY DR.<br>CORPUS CHRISTI, TX 78418 | 682.13 | 1,892.75 | 610.49 | 1,282.26 | 0.04510% |
| 13943 | 013947 | BARBARA E. PFAFF<br>18708 3RD AVE. SOUTH<br>SEATTLE, WA 98148 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 1776 | 001776 | BARBARA F. HARRISON<br>PO BOX 108<br>LUVERNE, AL 36049 | 683.66 | 1,897.00 | 611.86 | 1,285.14 | 0.04520% |
| 4060 | 004061 | BARBARA H. LAWSON<br>110 MAX'S WAY<br>GREENEVILLE, TN 37743 | 219.54 | 609.20 | 196.50 | 412.70 | 0.01452% |
| 9361 | 009364 | BARBARA J. BROOKS<br>55 LARGO DRIVE<br>PELL CITY, ALABAMA 35125 | 971.97 | 2,697.00 | 869.90 | 1,827.10 | 0.06426% |
| 5437 | 005439 | BARBARA J. DEBEY<br>RR. 1, BOX 56<br>DOWNS, KS 67437 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 7308 | 007310 | BARBARA J. GEORGE<br>5136 PLEASANT HILL RD.<br>KELSO, WA 98626 | 372.75 | 1,034.30 | 333.61 | 700.69 | 0.02464% |
| 7661 | 007664 | BARBARA J. TURNER<br>1885 HOLLOW TRACE WAY NW<br>NORCROSS, GA 30071 | 826.01 | 2,292.00 | 739.27 | 1,552.73 | 0.05461% |
| 2138 | 002138 | BARBARA J. VETETO<br>1111 W. 19TH STREET<br>KENNEWICK, WA 99337 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 4160 | 004162 | BARBARA J. WIDMAN<br>1311 LEMONDS DR.<br>QUILCENE, WA 98376 | 682.18 | 1,892.90 | 610.54 | 1,282.36 | 0.04510% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 5781 | 005783 | BARBARA L. MEEKS<br>2401 INTREPID WAY<br>LEAGUE CITY, TX 77573 | 684.11 | 1,898.25 | 612.27 | 1,285.98 | 0.04523% |
| 3350 | 003350 | BARBARA L. PETTY<br>421 W. ROGERS DRIVE<br>WICHITA FALLS, TX 76309 | 143.16 | 397.25 | 128.13 | 269.12 | 0.00947% |
| 7819 | 007822 | BARBARA L. REEVES<br>PO BOX 103<br>COQUILLE, OR 97423 | 28.83 | 80.00 | 25.80 | 54.20 | 0.00191% |
| 6860 | 006862 | BARBARA L. RICHARDSON<br>116 KNOXVILLE STREET<br>RAINBOW CITY, AL 35906 | 684.01 | 1,898.00 | 612.19 | 1,285.81 | 0.04522% |
| 10857 | 010860 | BARBARA ROBBINS<br>909 7TH STREET<br>IDALOU, TX 79329 | 684.36 | 1,898.95 | 612.49 | 1,286.46 | 0.04525% |
| 6137 | 006139 | BARBARA T. HENRIE<br>1865 MAPLE VIEW DR.<br>BOUNTIFUL, UT 84010 | 321.19 | 891.23 | 287.46 | 603.77 | 0.02124% |
| 5801 | 005803 | BARBARA Y. SZUREK<br>9204 MACALLAN ROAD NE<br>ALBUQUERQUE, NM 87109 | 516.42 | 1,432.96 | 462.19 | 970.77 | 0.03414% |
| 3428 | 003428 | BARB'RA G. REYNOLDS<br>7410 LA MANGA<br>DALLAS, TX 75248 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 9234 | 009237 | BARNUM LOIS J<br>5449 SE 50TH ST<br>GALENA, KS 66739 | 683.33 | 1,896.10 | 611.58 | 1,284.52 | 0.04518% |
| 10874 | 010877 | BARRY E. SHOOK<br>7117 N. DESCHUTES DR.<br>SPOKANE, WA 99208 | 683.94 | 1,897.80 | 612.13 | 1,285.67 | 0.04522% |
| 5062 | 005064 | BARRY HAWKINS<br>11506 FREMANTLE DRIVE<br>CINCINNATI, OH 45240 | 133.43 | 370.25 | 119.42 | 250.83 | 0.00882% |
| 4120 | 004122 | BARRY L NELSON<br>5081 PRESTON RD<br>MARTINSVILLE, VA 24112 | 1,081.16 | 3,000.00 | 967.63 | 2,032.37 | 0.07148% |
| 9797 | 009800 | BARRY L. LACY<br>114 PENNBROOKE DRIVE<br>LAPLACE, LA 70068 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 3063 | 003063 | BARRY LEE<br>1066 QUACKENBUSH ROAD<br>SUMMERTON, SC 29148 | 673.75 | 1,869.50 | 602.99 | 1,266.51 | 0.04455% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 10963 | 010966 | BCD FARMS INC.<br>NORTH RURAL ROUTE, P.O. BOX 412<br>SCOBEY, MT 59263 | 1,182.01 | 3,279.82 | 1,057.88 | 2,221.94 | 0.07815% |
| 7355 | 007357 | BEATRIZ I FLORES SANCHEZ<br>903 E. CANCO ST.<br>EDINBURG, TX 78539 | 323.72 | 898.25 | 289.72 | 608.53 | 0.02140% |
| 9422 | 009425 | BECKY C. ESPARZA<br>P.O. BOX 165<br>LYFORD, TX 78569 | 143.53 | 398.25 | 128.45 | 269.80 | 0.00949% |
| 7907 | 007910 | BECKY FUHS<br>111 S. TAYLOR<br>GLENDIVE, MT 59330 | 99.11 | 275.00 | 88.70 | 186.30 | 0.00655% |
| 1965 | 001965 | BECKY H. MIMS<br>108 HARRIS HAVEN DR.<br>SELMA, AL 36701 | 684.38 | 1,899.00 | 612.51 | 1,286.49 | 0.04525% |
| 6881 | 006883 | BECKY S. BAKER<br>7635 W. Butterfield Hwy.<br>Bullevue, MI 49021 | 416.25 | 1,155.00 | 372.53 | 782.47 | 0.02752% |
| 502 | 000502 | BEI NA<br>61-34 220 STREET 1ST FLOOR<br>NEW YORK, NY 11364 | 26.16 | 72.59 | 23.41 | 49.18 | 0.00173% |
| 13037 | 013041 | BELINDA C. SLOAN<br>EXECUTOR FOR HUEY P. SLOAN<br>3508 HARDY ST.<br>SHREVEPORT, LA 71109-4112 | 1,441.55 | 4,000.00 | 1,290.17 | 2,709.83 | 0.09531% |
| 14115 | 014119 | BELINDA K. DRENNAN<br>12080 HWY 70 SOUTH<br>VERNON, TX 76384 | 502.11 | 1,393.25 | 449.39 | 943.86 | 0.03320% |
| 14582 | 014588 | BEN J. MILNE<br>12825 127TH AVE S E<br>SNOHOMISH, WA 98290 | 105.78 | 293.50 | 94.66 | 198.84 | 0.00699% |
| 2711 | 002711 | BEN M. HSU<br>12911 WINTERTHUR LANE<br>SILVER SPRING, MD 20904 | 630.68 | 1,750.00 | 564.44 | 1,185.56 | 0.04170% |
| 10715 | 010718 | BEN ZIEGELMEIER<br>P.O. BOX 88<br>CHEYENE WELLS, CO 80810 | 583.62 | 1,619.43 | 522.34 | 1,097.09 | 0.03859% |
| 3049 | 003049 | BENITA A. HAYDEN<br>517 CLYDESDALE<br>HUTCHINSON, KS 67501 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 8865 | 008868 | BENITA D. KARROLL<br>4453 VINTON AVENUE<br>CULVER CITY, CA 90232 | 675.73 | 1,875.00 | 604.77 | 1,270.23 | 0.04468% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 8254 | 008257 | BENITO R. JUAREZ<br>RT 8 BOX 509<br>SAN BENITO, TX 78586 | 143.53 | 398.25 | 128.45 | 269.80 | 0.00949% |
| 6169 | 006171 | BENNIE O. HASTINGS<br>5112 CRESTWOOD<br>ALEXANDRIA, LA 71301 | 131.90 | 366.00 | 118.05 | 247.95 | 0.00872% |
| 419 | 000419 | BERDELL STINSON<br>POST OFFICE BOX 164<br>WOODLAND, GA 31836 | 142.72 | 396.00 | 127.72 | 268.28 | 0.00944% |
| 5943 | 005945 | BERNADETTE WILSON<br>2131 UPPER RIVER ROAD<br>GREAT FALLS, MT 59405 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 2664 | 002664 | BERNARD A. CHU<br>1444 LEAFTREE CIRCLE<br>SAN JOSE, CA 95131 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 13630 | 013634 | BERNARD F. EARTHY<br>R.R.1, SITE 20, COMP. 9<br>SUMMERLAND, BC V0H1Z0<br>FOREIGN, FN 99999 | 657.70 | 1,824.98 | 588.64 | 1,236.34 | 0.04348% |
| 3500 | 003500 | BERNARD THOMPSON<br>1045 TRIUNE MILLS RD.<br>THOMASTON, GA 30286 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 3031 | 003031 | BERNICE FIELDS<br>1240 SCUFFLING HILL RD<br>ROCKY MT, VA 24151 | 367.10 | 1,018.63 | 328.55 | 690.08 | 0.02427% |
| 12674 | 012678 | BERTA J. ARCHDEKIN<br>226 W. 12TH ST.<br>EMPORIA, KS 66801 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 7886 | 007889 | BERTHA MC ILVOY<br>215 BRADFORD<br>WEINER, AR 72479 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 13129 | 013133 | BERTHA WINZER<br>705 MCMULLEN<br>MINDEN, LA 71055 | 1,069.63 | 2,968.00 | 957.31 | 2,010.69 | 0.07072% |
| 2036 | 002036 | BERTRAM A OQUIN JR<br>113 EDDIE WEBB RD.<br>TYLERTOWN, MS 39667 | 672.85 | 1,867.00 | 602.18 | 1,264.82 | 0.04449% |
| 8307 | 008310 | BERYL ANN S. RANDOLPH<br>ROUTE 1 BOX 135<br>MARION, NC 28752 | 321.10 | 891.00 | 287.39 | 603.61 | 0.02123% |
| 7790 | 007793 | BETH A. GALIGHER<br>86890 EAST LANE<br>SCIO, OH 43988 | 1,332.23 | 3,696.65 | 1,192.33 | 2,504.32 | 0.08808% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 849 | 000849 | BETH M. OAKLEY<br>1604 PULLEY - GORDON RD.<br>ZEBULON, NC 27597 | 1,098.28 | 3,047.48 | 982.94 | 2,064.54 | 0.07261% |
| 5859 | 005861 | BETTIE L. BEDFORD<br>1806 CAROLINA AVE.<br>BARNWELL, SC 29812 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 14137 | 014141 | BETTINA JANSSEN<br>970 HIGHWOOD DR. SW<br>ISSAQUAH, WA 99027 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 198 | 000198 | BETTY BAILEY<br>32115 S. OBANNON ROAD<br>CREIGHTON, MO 64739 | 493.47 | 1,369.29 | 441.66 | 927.63 | 0.03263% |
| 11152 | 011155 | BETTY BECKER<br>4588 WEST JONES<br>GARDEN CITY, KS 67846 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 13644 | 013648 | BETTY DICKSCHAT<br>3178 FM 3090<br>NAVASOTA, TX 77868 | 321.91 | 893.25 | 288.12 | 605.13 | 0.02128% |
| 12454 | 012458 | BETTY DR. BORSA<br>1104 ASCOTT VALLEY DR.<br>DULUTH, GA 30097 | 360.38 | 1,000.00 | 322.55 | 677.45 | 0.02383% |
| 9929 | 009932 | BETTY J. DIBBLE<br>25002 MINKLER RD.<br>SEDRO WOOLLEY, WA 98284 | 296.78 | 823.50 | 265.62 | 557.88 | 0.01962% |
| 5815 | 005817 | BETTY J. PITTMAN<br>401 CINDY WAY<br>DESOTO, TX 75115 | 323.72 | 898.25 | 289.73 | 608.52 | 0.02140% |
| 6815 | 006817 | BETTY J. SAMMONS<br>173 PINECREST DR<br>CORDELE, GA 31015 | 321.10 | 891.00 | 287.39 | 603.61 | 0.02123% |
| 10552 | 010555 | BETTY J. SCHEER<br>303 N. 2ND<br>GARDEN CITY, KS 67846 | 141.14 | 391.65 | 126.33 | 265.32 | 0.00933% |
| 10280 | 010283 | BETTY M. HESKETH<br>7566 15TH LANE<br>VERO BEACH, FL 32966 | 1,549.67 | 4,300.00 | 1,386.93 | 2,913.07 | 0.10246% |
| 1990 | 001990 | BETTY SCHULTZ<br>124 NELMS LOOP<br>COLPAX, LA 71417 | 370.48 | 1,028.00 | 331.57 | 696.43 | 0.02450% |
| 7180 | 007182 | BETTY YORK<br>315 BURNS CITY ROAD<br>VALLEY VIEW, TX 76272 | 323.36 | 897.25 | 289.40 | 607.85 | 0.02138% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 9796 | 009799 | BETTYE P. KIRKPATRICK<br>931 BECTON WILLIAMS RD.<br>RIPLEY, TN 38063 | 759.41 | 2,107.20 | 679.67 | 1,427.53 | 0.05021% |
| 12367 | 012371 | BEVERLY A. CHILTON<br>1585 WESTCHESTER LN.<br>MOBILE, AL 36695 | 900.97 | 2,500.00 | 806.35 | 1,693.65 | 0.05957% |
| 11203 | 011206 | BEVERLY A. COOK<br>65522 77TH AVE.<br>HARTFORD, MI 49057 | 131.54 | 365.00 | 117.74 | 247.26 | 0.00870% |
| 7240 | 007242 | BEVERLY A. MORTIMER<br>196 ASPENWOOD DRIVE<br>SPARTANBURG, SC 29307-3055 | 684.20 | 1,898.50 | 612.35 | 1,286.15 | 0.04524% |
| 6359 | 006361 | BEVERLY A. REESE<br>RT. 2, BOX 558<br>WARREN, TX 77664 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 10551 | 010554 | BEVERLY B. MIMS<br>801 VESTAVIA LAKE DRIVE<br>VESTAVIA, AL 35216 | 321.83 | 893.00 | 288.03 | 604.97 | 0.02128% |
| 13876 | 013880 | BEVERLY BRUBAKER<br>8021 SO. CEDAR ST.<br>LITTLETON, CO 80120 | 682.51 | 1,893.80 | 610.82 | 1282.98 | 0.04513% |
| 13150 | 013154 | BEVERLY D. FAULKS<br>1302 EAST DAWSON<br>TYLER, TX 75701 | 323.72 | 898.25 | 289.72 | 608.53 | 0.02140% |
| 5536 | 005538 | BEVERLY J. BROOKS<br>206 S. DEPOT STREET<br>PILOT MOUNTAIN, NC 27041 | 348.89 | 968.10 | 312.26 | 655.84 | 0.02307% |
| 13725 | 013729 | BEVERLY J. WISEMAN<br>1125 N SECTION ST.<br>SULLIVAN, IN 47882 | 368.77 | 1,023.25 | 330.04 | 693.21 | 0.02438% |
| 8386 | 008389 | BEVERLY S. BARNETT<br>2002 RIVER BEND<br>BOSSIER CITY, LA 71112 | 140.91 | 391.00 | 126.11 | 264.89 | 0.00932% |
| 14233 | 014237 | BEVERLY S. LEE<br>17525 24TH AVE N.W.<br>ARLINGTON, WA 98223 | 566.71 | 1,572.51 | 507.20 | 1,065.31 | 0.03747% |
| 14043 | 014047 | BEVERLY W. MARRIGAN<br>C/O BOB MARRIGAN<br>31 GOULD ROAD<br>BEDFORD, MA 01730 | 115.94 | 321.75 | 103.80 | 217.95 | 0.00767% |
| 337 | 000337 | BGO-PLC<br>1895 GREAT OAK RD.<br>FOREST, VA 24551 | 153.35 | 425.51 | 137.24 | 288.27 | 0.01014% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 5568 | 005570 | BHADUR SINGH<br>11101 SE 208TH ST. APT#1411<br>KENT, WA 98031 | 805.38 | 2,234.75 | 720.80 | 1,513.95 | 0.05325% |
| 559 | 000559 | BILL C. PARRAMORE JR.<br>3445 APT. A COUNTRY CLUB ROAD<br>VALDOSTA, GA 31605 | 648.70 | 1,800.00 | 580.58 | 1,219.42 | 0.04289% |
| 761 | 000761 | BILL R. KETCHUM<br>2826 ROCKSBURY<br>BLOOMINGTON, IL 61704 | 674.56 | 1,871.75 | 603.72 | 1,268.03 | 0.04460% |
| 9275 | 009278 | BILL SWARTHOUT<br>2333 15TH AVE. SO.<br>GREAT FALLS, MT 59405 | 360.38 | 1,000.00 | 322.55 | 677.45 | 0.02383% |
| 7867 | 007870 | BILLIE J. DEASON<br>509 CAMELLIA LANE<br>WEST BLOCTON, AL 35184 | 592.12 | 1,643.00 | 529.93 | 1,113.07 | 0.03915% |
| 4834 | 004836 | BILLY D. GILLILAN<br>895 GAINES ST. S.W.<br>ATTALLA, AL 35954 | 666.72 | 1,850.00 | 596.70 | 1,253.30 | 0.04408% |
| 10125 | 010128 | BILLY J. OLDFIELD<br>6462 FM 2451<br>SCURRY, TX 75158 | 839.11 | 2,328.34 | 750.99 | 1,577.35 | 0.05548% |
| 11768 | 011771 | BILLY L. ROBERTSON<br>1810 SPRUCE STREET, UNIT 121<br>MARTINSVILLE, VA 24112 | 680.96 | 1,889.50 | 609.44 | 1,280.06 | 0.04502% |
| 2082 | 002082 | BILLYE K. FLOWERS<br>5914 S. WESTCREEK CT.<br>FORT WORTH, TX 76133 | 684.01 | 1,898.00 | 612.19 | 1,285.81 | 0.04522% |
| 6758 | 006760 | BIN WANG<br>71-21 70 ST GLENDALE<br>NEW YORK, NY 11385 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 7498 | 007501 | BIZNET INTERNATIONAL NETWORKIN<br>5858 WEST RIVERBEND LANE<br>BOISE, ID 83703 | 720.77 | 2,000.00 | 645.09 | 1,354.91 | 0.04766% |
| 3898 | 003898 | BO RUAN<br>75R WYOMING AVE.<br>MALDEN, MA 2148 | 660.94 | 1,834.00 | 591.56 | 1,242.44 | 0.04370% |
| 693 | 000693 | BOB B. PRIMM<br>P. O. BOX 84<br>JASPER, AL 35502-0084 | 684.01 | 1,898.00 | 612.19 | 1,285.81 | 0.04522% |
| 2762 | 002762 | BOB BURKETT<br>301 W. HWY 82<br>SYLVESTER, GA 31791 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 10753 | 010756 | BOB D. BRYANT<br>406 CR 2081<br>NACOGDOCHES, TX 75961 | 675.82 | 1,875.25 | 604.85 | 1,270.40 | 0.04468% |
| 13742 | 013746 | BOB MELTON<br>C/O METTER BANKING CO<br>METTER, GA 30439 | 677.89 | 1,881.00 | 606.70 | 1,274.30 | 0.04482% |
| 3739 | 003739 | BOBBY D. BEYER SR.<br>11973 STATE HIGHWAY 43<br>WEBB CITY, MO 64870 | 323.02 | 896.30 | 289.09 | 607.21 | 0.02136% |
| 1522 | 001521 | BOBBY D. CALTON<br>749 S. GUADALUPE<br>LOCKHART, TX 78644 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 12362 | 012366 | BOBBY E. STINSON<br>10424 N.E. 189TH STREET<br>BOTHELL, WA 98011 | 584.24 | 1,621.15 | 522.89 | 1,098.26 | 0.03863% |
| 6637 | 006639 | BOBBY J. HUTCHENS<br>813 S. CENTRAL AVE.<br>SIDNEY, MT 59270 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 2564 | 002564 | BOBBY L. CRAVEN<br>420 BONDS ROAD<br>THOMASTON, GA 30286 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 6392 | 006394 | BOBBY L. GANT<br>3402 CHARING CROSS CT<br>AUGUSTA, GA 30906-4229 | 672.49 | 1,866.00 | 601.86 | 1,264.14 | 0.04446% |
| 7562 | 007565 | BOBBY L. HUTTO<br>3850 CLEMENTS<br>BULBERRY, FL 33860 | 314.71 | 873.25 | 281.66 | 591.59 | 0.02081% |
| 4805 | 004807 | BOBBY R. MCCAIN<br>9815 HUGHES RANCH ROAD<br>HOUSTON, TX 77089 | 514.50 | 1,427.62 | 460.47 | 967.15 | 0.03402% |
| 7860 | 007863 | BONNIE & ROBERT M. HARLESS<br>4207 HARVEST HILL<br>DALLAS, TX 75244 | 684.11 | 1,898.25 | 612.27 | 1,285.98 | 0.04523% |
| 8758 | 008761 | BONNIE F. LINDLEY<br>3330 COUNTRY SQUARE DRIVE<br>APT. 902<br>CARROLLTON, TX 75006 | 786.75 | 2,183.07 | 704.14 | 1,478.93 | 0.05202% |
| 2543 | 002543 | BONNIE L. FIELDS<br>RT. 1 BOX 72<br>FORTUNA, MO 65034 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 14201 | 014205 | BONNIE O. HURST<br>12861 HURST LANE<br>CLINTON, LA 70722 | 321.83 | 893.00 | 288.03 | 604.97 | 0.02128% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 12279 | 012283 | BONNIE S. PAYNE<br>3767 LOWER BURRIS RD.<br>CANTON, GA 30114 | 520.40 | 1,444.00 | 465.76 | 978.24 | 0.03441% |
| 12821 | 012825 | BONNIE U. HOLLAND<br>ROUTE 2, BOX 68<br>GOSHEN, AL 36035 | 682.21 | 1,893.00 | 610.58 | 1,282.42 | 0.04511% |
| 3615 | 003615 | BONNNIE PETERS<br>906 POST CIRCLE<br>KIMBERLY, ID 83341 | 323.00 | 896.25 | 289.08 | 607.17 | 0.02136% |
| 13401 | 013405 | BONNY LITTLE<br>6400 GIDLEIGH CROSSING APT A<br>RALEIGH, NC 27616 | 427.07 | 802.80 | 0.00 | 802.80 | 0.02824% |
| 461 | 000461 | BOONE SHAWVER<br>635 SPITFIRE LANE<br>OAK HARBOR, WA 98277 | 674.97 | 1,872.90 | 604.09 | 1,268.81 | 0.04463% |
| 5060 | 005062 | BORN AGAIN CHURCH<br>3110 CENTRAL PKWY SW<br>DECATUR, AL 35603 | 313.90 | 871.00 | 280.94 | 590.06 | 0.02075% |
| 3768 | 003768 | BOSS ENTERPRISES<br>2427 EAST WOODLAND DR<br>OGDEN, UT 84403 | 142.72 | 396.00 | 127.72 | 268.28 | 0.00944% |
| 12025 | 012029 | BRAD J. GIACOMINO<br>927 W. QUARTZ<br>BUTTE, MT 59701 | 138.75 | 385.00 | 124.18 | 260.82 | 0.00917% |
| 4914 | 004916 | BRAD J. STOKES<br>8960 CYNTHIA ST. #108<br>LOS ANGELES, CA 90069 | 436.43 | 1,211.00 | 390.60 | 820.40 | 0.02886% |
| 13678 | 013682 | BRAD MARTIN<br>212 NORTH MAIN<br>MILFORD, TX 76670 | 369.36 | 1,024.92 | 330.59 | 694.33 | 0.02442% |
| 4056 | 004057 | BRADLEY K. BELL<br>7088 ROSS COLE LANE<br>TEMPLE, TX 76502 | 675.73 | 1,875.00 | 604.77 | 1,270.23 | 0.04468% |
| 3909 | 003909 | BRADLEY LAGLE<br>2704-H BRIDGEDOOM DR.<br>RALEIGH, NC 27606 | 90.38 | 169.90 | 0.00 | 169.90 | 0.00598% |
| 6002 | 006004 | BRANDEN D. BOWERS<br>20287 A. EFIRD RD.<br>ALBEMARLE, NC 28001 | 408.66 | 1,133.92 | 365.73 | 768.19 | 0.02702% |
| 2567 | 002567 | BRANDIE H. BLOUNT<br>843 ATWATER ROAD<br>THOMASTON, GA 30286 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 6473 | 006475 | BRANDON K. CABLE<br>3600 VISTA DEL SUR ST., NW<br>ALBUEQUERQUE, NM 87120 | 1,009.09 | 2,800.00 | 903.12 | 1,896.88 | 0.06672% |
| 2509 | 002509 | BRANDON R. RIDER<br>1911 S.W. CAMPUS DRIVE #356<br>FEDERAL WAY, WA 98023 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 555 | 000555 | BRANDY J. CRISWELL BELL<br>135 ITICHA GIN ROAD<br>VILLA RICH, GA 30180 | 673.75 | 1,869.50 | 602.99 | 1,266.51 | 0.04455% |
| 6748 | 006750 | BRANTLEY A. FOSTER<br>10429 NICOLE STREET<br>VANCE, AL 35490 | 672.49 | 1,866.00 | 601.86 | 1,264.14 | 0.04446% |
| 1191 | 001191 | BRENDA A. CHAMBLEY<br>1321 MOUNTAIN BROOK DRIVE<br>THOMASTON, GA 30286 | 90.09 | 250.00 | 80.64 | 169.36 | 0.00596% |
| 8317 | 008320 | BRENDA C. PASS<br>629 DAVID SMITH RD<br>WINSTON-SALEM, NC 27127 | 694.10 | 1,925.98 | 621.21 | 1,304.77 | 0.04589% |
| 7548 | 007551 | BRENDA F. O'NEAL<br>336 VICTORY CIRCLE<br>P.O. BOX 441<br>LYONS, GA 30436 | 142.71 | 396.00 | 127.73 | 268.27 | 0.00944% |
| 7212 | 007214 | BRENDA G. TINNIN<br>510 BROOKSTONE DR.<br>MADISON, MS 39110 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1289 | 001288 | BRENDA J. JONES<br>4429 WOODLAND ROAD-ROOM#3<br>THOMASTON, GA  30286 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 13657 | 013661 | BRENDA J. SPIVY<br>102 PARIS LANE<br>SUMMERVILLE, SC 29483 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 10378 | 010381 | BRENDA J. WOOD<br>5630 PRESTWICK LN.<br>DALLAS, TX 75252-4902 | 684.11 | 1,898.25 | 612.27 | 1,285.98 | 0.04523% |
| 1281 | 001280 | BRENDA K JONES<br>412 BY PASS RD<br>BARNESVILLE, GA 30204 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 12526 | 012530 | BRENDA R JORDAN<br>P. O. BOX 97<br>BALL GROUND, GA 30107 | 674.28 | 1,871.00 | 603.48 | 1,267.52 | 0.04458% |
| 3229 | 003229 | BRENDA S. O'NEAL<br>632 2ND STREET<br>HINESVILLE, GA 31313-4309 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 13849 | 013853 | BRENDA STEPHENSON<br>2232 LIFTON PLACE<br>VICTORIA, BC V8N2B6<br>FOREIGN, FN 99999 | 464.40 | 1,288.60 | 415.62 | 872.98 | 0.03070% |
| 8529 | 008532 | BRENDA V. HENLIN<br>12726 SE DIVISION ST., SP33<br>PORTLAND, OR 97236 | 143.44 | 398.00 | 128.37 | 269.63 | 0.00948% |
| 3342 | 003342 | BRENDAN L. BISBEY<br>31698 S. SKAGIT HWY<br>SEDRO-WOOLLEY, WA 98284 | 1,549.67 | 4,300.00 | 1,386.93 | 2,913.07 | 0.10246% |
| 11555 | 011558 | BRENDAN R. MCDONOUGH<br>1911 ARGYLE<br>BUTTE, MT 59701 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 4893 | 004895 | BRENT E. MURRAY<br>955 WATER ST.<br>PORT TOWNSEND, WA 98368 | 321.94 | 893.30 | 288.12 | 605.18 | 0.02129% |
| 1331 | 001330 | BRET A. PAGNI<br>1290 WASHINGTON STREET<br>RENO, NV 89503 | 1,441.55 | 4,000.00 | 1,290.17 | 2,709.83 | 0.09531% |
| 1807 | 001807 | BRETT A. MURRAY<br>214 BAYSIDE PLACE<br>BELLINGHAM, WA 98225 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 7063 | 007065 | BRETT MAYO<br>315 BURNS CITY RD.<br>VALLEY VIEW, TX 76272 | 323.36 | 897.25 | 289.40 | 607.85 | 0.02138% |
| 6744 | 006746 | BRIAN C. BRUMFIELD<br>148 GORDON CROCKETT DRIVE<br>LAFAYETTE, LA 70858 | 631.62 | 1,752.60 | 565.28 | 1,187.32 | 0.04176% |
| 12224 | 012228 | BRIAN D. ADAMS<br>2600 S. OLD ALABAMA ROAD<br>THOMASTON, GA 30286 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4118 | 004120 | BRIAN DECHANT<br>1310 E. 13TH AVE.<br>HUTCHINSON, KS 67501 | 493.73 | 1,369.99 | 441.88 | 928.11 | 0.03264% |
| 7837 | 007840 | BRIAN DEGRAY<br>4611 CHIMNEY RIDGE RD<br>HOUSTON, TX 77053 | 828.17 | 2,298.00 | 741.21 | 1,556.79 | 0.05476% |
| 12949 | 012953 | BRIAN F WILSON<br>239 SARDIS RD<br>CANTON, GA 30114 | 674.28 | 1,871.00 | 603.48 | 1,267.52 | 0.04458% |
| 4339 | 004341 | BRIAN G. WELLS<br>313 OAKDALE ST.<br>MARTINSVILLE, VA 24112 | 680.96 | 1,889.50 | 609.44 | 1,280.06 | 0.04502% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 4832 | 004834 | BRIAN J. BURGESS<br>945 BURGESS RD.<br>ATTALLA, AL 35954 | 682.21 | 1,893.00 | 610.58 | 1,282.42 | 0.04511% |
| 14071 | 014075 | BRIAN J. DODDS<br>10518 SE 211 STREET<br>KENT, WA 98031 | 582.44 | 1,616.15 | 521.28 | 1,094.87 | 0.03851% |
| 6941 | 006943 | BRIAN K. STEEN<br>10664 DISTRICT LINE RD.<br>BURLINGTON, WA 98233 | 683.94 | 1,897.80 | 612.13 | 1,285.67 | 0.04522% |
| 2948 | 002948 | BRIAN K. WADE<br>5125 LAURELVIEW AVE<br>CARMICHAEL, CA 95608 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 543 | 000543 | BRIAN KONWALER<br>718 S.W. BELMONT CIR.<br>PORT ST LUCIE, FL 34953 | 346.06 | 960.25 | 309.72 | 650.53 | 0.02288% |
| 12069 | 012073 | BRIAN M COTNER<br>414 NUGGET DR.<br>ROGUE RIVER, OR 97537 | 41.45 | 115.00 | 37.09 | 77.91 | 0.00274% |
| 8982 | 008985 | BRIAN R. SWEENEY<br>1472 COLONY RD.<br>BOW, WA 98232 | 314.54 | 872.80 | 281.52 | 591.28 | 0.02080% |
| 13584 | 013588 | BRIAN SCOTT SAPP<br>1521 BRIDFORD PARKWAY #14-L<br>GREENSBORO, NC 27407 | 680.96 | 1,889.50 | 609.44 | 1,280.06 | 0.04502% |
| 945 | 000945 | BRICE A. GUTTERY<br>2334 W. HWY 24<br>ALTON, KS 67623 | 720.77 | 2,000.00 | 645.09 | 1,354.91 | 0.04766% |
| 11474 | 011477 | BRIDGETTE V. TERRELL<br>6852 SOUTHKNOLL AVE<br>MILLINGTON, TN 38053 | 505.27 | 1,402.00 | 452.20 | 949.80 | 0.03341% |
| 11649 | 011652 | BROADEN HORIZON INTER'L INC<br>91-31 QUEENS BLVD SUITE 317<br>ELMHURST, NY 11373 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4394 | 004396 | BROOKS CAROLYN<br>3723 LONG JOHN DRIVE<br>PANAMA CITY BEA, FL 32408 | 80.14 | 222.37 | 71.73 | 150.64 | 0.00530% |
| 7093 | 007095 | BRUCE E. NYBLOM<br>16481 6450 RD.<br>MONTROSE, CO 81401 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 1346 | 001345 | BRUCE STUBBS<br>14318 W, OCALA CT.<br>WICHITA, KS 67235-3438 | 450.48 | 1,250.00 | 403.18 | 846.82 | 0.02978% |