| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 13387 | 013391 | BRUCE W. BINGHAM<br>2719 SHAUNTEL<br>PEARLAND, TX 77581 | 274.61 | 762.00 | 245.78 | 516.22 | 0.01816% |
| 10078 | 010081 | BRUNETTE J. STITT<br>6108 LAKE VISTA DRIVE<br>DALLAS, TX 75249 | 800.78 | 2,222.00 | 716.69 | 1,505.31 | 0.05295% |
| 8844 | 008847 | BRYAN C. GEORGE<br>614 ALBION CHURCH ROAD<br>MOUNT AIRY, NC 27030 | 321.10 | 891.00 | 287.39 | 603.61 | 0.02123% |
| 4667 | 004669 | BRYAN ERISMAN<br>181 BEECH<br>GARDNER, KS 66030 | 144.15 | 400.00 | 129.02 | 270.98 | 0.00953% |
| 8378 | 008381 | BRYAN L. ZORTZ<br>706 SOUTH WASHINGTON<br>WEIR, KS 66781 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 5611 | 005613 | BRYANT N. MCNUTT<br>218 ASPEN<br>HEREFORD, TX 79045 | 431.83 | 1,198.25 | 386.49 | 811.76 | 0.02855% |
| 10872 | 010875 | BRYANT T. MCNUTT<br>127 MIMOSA ST.<br>HEREFORD, TX 79045 | 143.53 | 398.25 | 128.45 | 269.80 | 0.00949% |
| 5679 | 005681 | BUD SHEPARD<br>7102 LAKEVIEW<br>CORPUS CHRISTI, TX 78472 | 281.10 | 780.00 | 251.58 | 528.42 | 0.01859% |
| 2128 | 002128 | BUDDY M. BUTLER<br>RURAL ROUTE 3<br>APPLETON CITY, MO 64724 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 6549 | 006551 | BULAH D. GRAY<br>1720 LUCILE AVE.<br>WICHITA FALLS, TX 76301 | 675.10 | 1,873.25 | 604.20 | 1,269.05 | 0.04464% |
| 6175 | 006177 | BURKE A. CORBETT<br>208 NELLIE ROSE ST.<br>LYONS, GA 30436 | 773.40 | 2,146.00 | 692.17 | 1,453.83 | 0.05113% |
| 12395 | 012399 | BYRON J. TRAHAN<br>3625 WELLBORN RD., APT. #714<br>BRYAN, TX 77801 | 143.53 | 398.25 | 128.45 | 269.80 | 0.00949% |
| 5606 | 005608 | C | 1,837.19 | 4,300.00 | 846.45 | 3,453.55 | 0.12147% |
| 11495 | 011498 | CAL J. ROGERS<br>11235 WILMER RD<br>ERATH, LA 70533 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2978 | 002978 | CALIXTO REZA<br>1319 3RD S.W.<br>ALBUQUERQUE, NM 87102 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 13034 | 013038 | CALLIE L. DONELSON<br>1610 IOWA<br>TEXARKANA, TX 75501 | 683.66 | 1,897.00 | 611.86 | 1,285.14 | 0.04520% |
| 9262 | 009265 | CALVIN L. THOMAS SR.<br>507 CANDLE GLOW DR.<br>NEW IBERIA, LA 70563 | 323.27 | 897.00 | 289.32 | 607.68 | 0.02137% |
| 7374 | 007376 | CAMERON L. DAWSON<br>610 3RD STREET, SE<br>REDCLIFF, ALBERTA  TOJ 2P2<br>CANADA | 1,353.96 | 3,756.97 | 1,211.79 | 2,545.18 | 0.08952% |
| 6174 | 006176 | CANDACE CLIFTON BARNETT<br>145 T. A. FIELDS ROAD<br>VIDALIA, GA 30474 | 279.30 | 775.00 | 249.97 | 525.03 | 0.01847% |
| 2638 | 002638 | CANDACE KING<br>ROUTE 2, BOX 502<br>NOCONA, TX 76255 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4658 | 004660 | CANDACE L. HATCHER<br>279 MELROSE LANE<br>DOTHAN, AL 36303 | 399.37 | 1,108.16 | 357.43 | 750.73 | 0.02640% |
| 10110 | 010113 | CANDELYN H SCOTT<br>2600 OLD HWY 231N<br>TROY, AL 36079 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 14709 | 014715 | CAPRICIA RENADA CLARK<br>3605 CUMBERLAND CREED RD<br>RALEIGH, NC 27613 | 509.42 | 957.60 | 0.00 | 957.60 | 0.03368% |
| 7868 | 007871 | CAPSHAW PEGGY<br>175 DANIEL LANE<br>WEST BLOCTON, AL 35184 | 321.83 | 893.00 | 288.03 | 604.97 | 0.02128% |
| 1824 | 001824 | CAREN SIMMONS<br>141 TEMPLETON DR.<br>LAFAYETTE, LA 70508 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 212 | 000212 | CAREY L. MURPHY<br>1705 BUENA VISTA AVE.<br>CARTHAGE, MO 64836 | 386.80 | 1,073.29 | 346.18 | 727.11 | 0.02557% |
| 7234 | 007236 | CARL CROWE<br>8445 FENWICK ST.<br>SUNLAND, CA 91040 | 682.30 | 1,893.25 | 610.66 | 1,282.59 | 0.04511% |
| 3150 | 003150 | CARL E. MELTON<br>C/O MARGARET MCDANIEL<br>4429 WOODLAND RD.<br>THOMASTON, GA 30286 | 630.67 | 1,750.00 | 564.46 | 1,185.54 | 0.04170% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 2983 | 002983 | CARL F. GRICE<br>1540 S. HWY. 16<br>STANLEY, NC 28164 | 140.91 | 391.00 | 126.11 | 264.89 | 0.00932% |
| 5141 | 005143 | CARL JARMILLO<br>6000 BRASS LANTERN CT.<br>RALEIGH, NC 27606 | 70.54 | 132.61 | 0.00 | 132.61 | 0.00466% |
| 3651 | 003651 | CARL LARSEN<br>5208 WALLINGFORD DR.<br>RALEIGH, NC 27616 | 550.06 | 1,034.00 | 0.00 | 1,034.00 | 0.03637% |
| 2097 | 002097 | CARL M COMBA<br>1022 SANTA FE<br>SCOTT CITY, KS 67871 | 321.07 | 890.90 | 287.35 | 603.55 | 0.02123% |
| 5099 | 005101 | CARL O. MACE<br>413 FAY AVE PO BOX 333<br>ST MARYS, WV 26170 | 91.90 | 255.00 | 82.25 | 172.75 | 0.00608% |
| 5610 | 005612 | CARL W. BROWNING<br>4109 SEYMOUR ROAD<br>WICHITA FALLS, TX 76309 | 321.56 | 892.25 | 287.79 | 604.46 | 0.02126% |
| 2377 | 002377 | CARL W. LUCERO<br>12259 WATERBROOK DR.<br>RANCHO CUCAONGA, CA. 91739 | 1,154.19 | 3,202.64 | 1,032.99 | 2,169.65 | 0.07631% |
| 10113 | 010116 | CARLDON GRANT<br>2600 OLD HWY 231 N<br>TROY, AL 36079 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 6694 | 006696 | CARLON R. NIGOSIAN<br>75-572 PAINTED DESERT DR.<br>INDIAN WELLS, CA 92210 | 683.93 | 1,897.75 | 612.10 | 1,285.65 | 0.04522% |
| 2112 | 002112 | CARLOS D. HANNAH<br>P.O. BOX 698<br>STOVER, MO 65078 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 11665 | 011668 | CARLOS RODRIGUEZ-FEO<br>4710 OLD LEXINGTON RD.<br>ATHENS, GA 30605 | 682.93 | 1,895.00 | 611.22 | 1,283.78 | 0.04515% |
| 3946 | 003946 | CARLTON B. SMITH<br>4580 U.S. 1 SOUTH<br>LYONS, GA 30436 | 519.56 | 1,441.66 | 465.00 | 976.66 | 0.03435% |
| 1634 | 001633 | CARMALETA L. MONTEITH<br>204 PECO'S PLACE<br>CHEROKEE, NC 28719 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 12497 | 012501 | CAROL & JOHN SNEDDEN<br>2035 HASKETT AVE.<br>SALINA, KS 67401 | 323.05 | 896.40 | 289.13 | 607.27 | 0.02136% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 2907 | 002907 | CAROL A. DICKINSON<br>U.S. HWY. 287<br>CAMERON, MT 59720 | 309.94 | 860.00 | 277.38 | 582.62 | 0.02049% |
| 9372 | 009375 | CAROL A. HAAS<br>19117 SCENIC HIGHWAY 98<br>FAIRHOPE, AL 36532 | 312.09 | 866.00 | 279.33 | 586.67 | 0.02063% |
| 8986 | 008989 | CAROL A. SMALL<br>6565 MOUNTAIN LAKE BLVD.<br>BLAIRSVILLE, GA 30512 | 360.38 | 1,000.00 | 322.55 | 677.45 | 0.02383% |
| 5002 | 005004 | CAROL E. ANDERSON<br>377 IRVINGTON PL.<br>EAST WINDSOR, NJ 8520 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4625 | 004627 | CAROL G. WILLARD<br>445 APPLEGATE LANE<br>BASSETT, VA 24055 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 14304 | 014308 | CAROL H. GARDNER<br>17956 MERIWETHER TRAIL<br>RAMER, AL 36069 | 1,080.79 | 2,998.95 | 967.29 | 2,031.66 | 0.07146% |
| 6347 | 006349 | CAROL J. CLARK<br>2272 DEHESA RD.<br>EL CAJON, CA 92019 | 141.55 | 392.75 | 126.67 | 266.08 | 0.00936% |
| 10102 | 010105 | CAROL J. CONWAY<br>419 SOUTH FOREST AVE<br>LUVERNE, AL 36049 | 312.45 | 867.00 | 279.65 | 587.35 | 0.02066% |
| 10700 | 010703 | CAROL J. HIGGINS<br>RT. 1, BOX 71<br>GALAX, VA 24333 | 140.37 | 389.50 | 125.63 | 263.87 | 0.00928% |
| 4288 | 004290 | CAROL J. SCHEIERMAN<br>R.R. #1 BOX 96<br>SUTTON, NE 68979 | 583.38 | 1,618.75 | 522.11 | 1,096.64 | 0.03857% |
| 4227 | 004229 | CAROL J. SMITHPETERS<br>2140 HWY 85 SOUTH<br>FAYETTEVILLE, GA 30215 | 313.09 | 868.75 | 280.21 | 588.54 | 0.02070% |
| 6785 | 006787 | CAROL KINNEMAN<br>221 CASTLE HAYNE DR<br>APEX, NC 27502 | 583.12 | 1,096.15 | 0.00 | 1,096.15 | 0.03855% |
| 6286 | 006288 | CAROL M WICKLANDER<br>3710 MASTERS DRIVE<br>LEAGUE CITY, TX 77573 | 684.11 | 1,898.25 | 612.27 | 1,285.98 | 0.04523% |
| 1544 | 001543 | CAROL S. PEARSON<br>16405 ROLLING HILLS LN<br>FORNEY, TX 75126 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 2914 | 002914 | CAROL SCHLUETER<br>7629 TOPHILL LN<br>DALLAS, TX 75248 | 379.60 | 1,053.31 | 339.74 | 713.57 | 0.02511% |
| 821 | 000821 | CAROLE AUGARE<br>CORNER OF JOHNSON & AUGARE<br>CUT BANK GLACIE, MT 59427 | 320.75 | 890.00 | 287.06 | 602.94 | 0.02121% |
| 12052 | 012056 | CAROLE KEYSER<br>RR2 SANITARIUM RD<br>ESPERANCE, NY 12066 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 9160 | 009163 | CAROLE L LEUTZEN<br>1311 32ND AVE SW<br>MINOT, ND 58701-7259 | 372.10 | 1,032.50 | 333.03 | 699.47 | 0.02460% |
| 13748 | 013752 | CAROLE M. SALAK<br>559 SPYGLASS LN.<br>NEWBURY PARK, CA 91320 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 5594 | 005596 | CAROLE MURPHY<br>5733 NORTH SHERIDAN RD. #7-A<br>CHICAGO, IL 60660 | 322.10 | 893.75 | 288.27 | 605.48 | 0.02130% |
| 8610 | 008613 | CAROLE R. CACCIATORE<br>912 HADDINGTON DALE<br>PELHAM, AL 35124 | 773.76 | 2,147.00 | 692.49 | 1,454.51 | 0.05116% |
| 5029 | 005031 | CAROLE S CHESHIER<br>390 MONMOUTH DRIVE<br>MILPITAS, CA 95035 | 682.13 | 1,892.75 | 610.49 | 1,282.26 | 0.04510% |
| 39 | 000039 | CAROLE S. ROBERTSON<br>399 BRANSON MILL RD.<br>RANDLEMAN, NC 27317 | 131.71 | 364.50 | 116.91 | 247.59 | 0.00871% |
| 5655 | 005657 | CAROLINE K. LYKINS<br>4245 WINTERGREEN LN. #113<br>BELLINGHAM, WA 98226 | 683.94 | 1,897.80 | 612.13 | 1,285.67 | 0.04522% |
| 5132 | 005134 | CAROLYN A. EANES<br>989 NORTH FORK RD.<br>MARTINSVILLE, VA 24112 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 11314 | 011317 | CAROLYN J WATKINS<br>504 E 22ND ST<br>GALENA, KS 66739 | 683.33 | 1,896.10 | 611.58 | 1,284.52 | 0.04518% |
| 10507 | 010510 | CAROLYN K. DUNLAVY<br>21 AVENUE OF THE WATERS<br>PIKE ROAD, AL 36064 | 323.63 | 898.00 | 289.64 | 608.36 | 0.02140% |
| 12942 | 012946 | CAROLYN M. OLBERG<br>1042 LOVELL AVE. NW<br>BAINBRIDGE ISLAND, WA 98110-2717 | 605.49 | 1,680.10 | 541.90 | 1,138.20 | 0.04003% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 3090 | 003090 | CAROLYN S LEUTY<br>419 AUTUMN LAKE TRAIL<br>FRANKLIN, TN 37067 | 803.89 | 2,230.63 | 719.47 | 1,511.16 | 0.05315% |
| 6586 | 006588 | CAROLYN S. MECKLEY<br>5440 VILLAGE GREEN DRIVE<br>MESQUITE, TX 75150 | 313.42 | 869.69 | 280.52 | 589.17 | 0.02072% |
| 695 | 000695 | CAROLYN SPIVEY<br>7717 CHEATHAM FORD RD.<br>HIDDENITE, NC 28636 | 348.88 | 968.05 | 312.23 | 655.82 | 0.02307% |
| 7255 | 007257 | CAROLYN WEISLEDER<br>1117 N. SATURN AVE<br>CLEARWATER, FL 33755 | 383.87 | 1,065.14 | 343.55 | 721.59 | 0.02538% |
| 281 | 000281 | CARRIAN LEONARD<br>511 INDIANOLA DR<br>MANCHESTER, GA 31816 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 1355 | 001354 | CARRIE A. SKAGGS<br>2245 KING ARTHUR BLVD. #21<br>BATON ROUGE, LA 70816 | 323.27 | 897.00 | 289.32 | 607.68 | 0.02137% |
| 804 | 000804 | CARTER MARTIN<br>942 BANKS ROAD<br>MARTINSVILLE, VA 24112 | 396.43 | 1,100.00 | 354.80 | 745.20 | 0.02621% |
| 4877 | 004879 | CARYN C. BARECICH<br>311 E. LAKE DRIVE<br>MARIETTA, GA 30062-7547 | 681.85 | 1,892.00 | 610.25 | 1,281.75 | 0.04508% |
| 13770 | 013774 | CASEY A. MOSS<br>8905 E. 19TH PLACE<br>TULSA, OK 74112 | 829.62 | 2,302.00 | 742.49 | 1,559.51 | 0.05485% |
| 6444 | 006446 | CASEY H SUIRE<br>15728 CHANEAU ROAD<br>KAPLAN, LA 70548 | 683.57 | 1,896.75 | 611.78 | 1,284.97 | 0.04520% |
| 6067 | 006069 | CATHERINE A. JOY<br>1021 WEST THIRD STREET<br>ANACONDA, MT 59711 | 129.74 | 360.00 | 116.11 | 243.89 | 0.00858% |
| 143 | 000143 | CATHERINE E CLARK<br>1098 E. WINSLOW<br>MERIDAN, ID 83642 | 72.89 | 202.25 | 65.24 | 137.01 | 0.00482% |
| 7217 | 007219 | CATHERINE H. JEAN<br>3106 KINROSS CIRCLE<br>HERNDON, VA 20171 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 7282 | 007284 | CATHLEEN E. CRNICK<br>13706 272ND NE<br>ARLINGTON, WA 98223 | 682.15 | 1,892.80 | 610.50 | 1,282.30 | 0.04510% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 10842 | 010845 | CATHLEEN J. JOHNSON<br>1904 E. LAKESHORE DRIVE<br>MAHOMET, IL 61853 | 72.64 | 201.56 | 65.01 | 136.55 | 0.00480% |
| 5014 | 005016 | CATHY SUN<br>21053 CANYON VIEW DR.<br>SARATOGA, CA 95070 | 729.79 | 2,025.00 | 653.15 | 1,371.85 | 0.04825% |
| 1940 | 001940 | CECELIA N. RICH<br>390 LEE ROAD 553<br>PHEONIX CITY, AL 36867 | 50.81 | 141.00 | 45.48 | 95.52 | 0.00336% |
| 5902 | 005904 | CECIL D. OURSBOURN<br>2770 Stone Wood Drive<br>Conway, AR 72034 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 340 | 000340 | CECIL E. DORSEY<br>2527 LAZY LAKE<br>HOUSTON, TX 77058 | 323.72 | 898.25 | 289.73 | 608.52 | 0.02140% |
| 6311 | 006313 | CECILIA I. ESCOBEDO<br>10330 PFLUMM ROAD APT. 1126<br>LENEXA, KS 66215-2332 | 720.77 | 2,000.00 | 645.09 | 1,354.91 | 0.04766% |
| 3989 | 003989 | CESAR BASALLO<br>1260 38TH STREET<br>SAN FRANCISCO, CA 94122 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 1815 | 001815 | CESAR E. GRILLON<br>6230 SW 50TH ST<br>MIAMI, FL 33155-6243 | 583.78 | 1,619.87 | 522.48 | 1,097.39 | 0.03860% |
| 1240 | 001240 | CHAD E. WRIGHT<br>52 BEECHNUT CR.<br>RIDGEWAY, VA 24148 | 396.43 | 1,100.00 | 354.80 | 745.20 | 0.02621% |
| 1193 | 001193 | CHAD H. DAWSON<br>RT.1, 308 THOMPSON RD.<br>MEANSVILLE, GA 30256 | 681.49 | 1,891.00 | 609.93 | 1,281.07 | 0.04506% |
| 1185 | 001185 | CHAD J. HATCHETT<br>116 CALVARY RD.<br>CONCORD, GA 30206 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 7171 | 007173 | CHAD L. HILLIER<br>1898-28 PRAIRIE ROAD<br>SEDRO-WOLLEY, WA 98284 | 683.94 | 1,897.80 | 612.13 | 1,285.67 | 0.04522% |
| 2872 | 002872 | CHAD R. HEITZ<br>6409 57TH CT. S.E.<br>OLYMPIA, WA 98513 | 683.94 | 1,897.80 | 612.13 | 1,285.67 | 0.04522% |
| 2164 | 002164 | CHAD S. PRICE<br>1005 ISLAND VIEW COURT<br>CHARLESTON, SC 29492-8038 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 10377 | 010380 | CHAD V. BURHART<br>1673 &quot;G&quot; S<br>SPRINGIELD LANE, OR 97477 | 679.33 | 1,885.00 | 607.99 | 1,277.01 | 0.04492% |
| 12081 | 012085 | CHADD G. KOHN<br>1006 WEST 3RD STREET<br>NORTH PLATTE, NE 69101 | 339.31 | 941.50 | 303.67 | 637.83 | 0.02243% |
| 8737 | 008740 | CHANG HUI LIN<br>1481 E. MAIN ST.<br>OWOSSO, MI 48867 | 713.66 | 1,980.25 | 638.71 | 1,341.54 | 0.04719% |
| 2703 | 002703 | CHANGLIEN HSU<br>12911 WINTERTHUR LANE<br>SILVER SPRING, MD 20904 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 503 | 000503 | CHANTAL/LI JUN FANG ZHANG<br>61-34 220 ST 1FL BAYSIDE<br>NEW YORK, NY 11364 | 154.58 | 428.94 | 138.36 | 290.58 | 0.01022% |
| 3291 | 003291 | CHAOFU QIN<br>716 DRESSLER LANE<br>ROCHESTER HILLS, MI 48307 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1265 | 001264 | CHAO-MEI M. LEE<br>1005 GALIUM COURT<br>MCLEAN, VA 22102 | 666.72 | 1,850.00 | 596.70 | 1,253.30 | 0.04408% |
| 1782 | 001782 | CHAOYING ZHU<br>25 ARAPAHO TR.<br>SOMERVILLE, NJ 8876 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 6181 | 006183 | CHARLENE GOBER<br>8120 ROYAL ST GEORGE'S<br>DULUTH, GA 30097 | 140.91 | 391.00 | 126.12 | 264.88 | 0.00932% |
| 1567 | 001566 | CHARLENE J. RAMIREZ-FARSAI<br>7241 N.E. 160TH STREET<br>BOTHEL, WA 98011 | 843.31 | 2,340.00 | 754.75 | 1,585.25 | 0.05576% |
| 7771 | 007774 | CHARLENE LOO<br>200 PARK AVE. SOUTH<br>NEW YORK, NY 10003 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 6319 | 006321 | CHARLENE M. CREEKMUR<br>103 LINKSIDE COURT<br>WOODSTOCK, GA 30189 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 11305 | 011308 | CHARLENE R. MITCHELL<br>281 TOLBERT STREET<br>CUMMING, GA 30040 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 10970 | 010973 | CHARLES A. ALLEN<br>7668 COUNTY HIGHWAY 36<br>ALTOONA, AL 35952-6032 | 287.59 | 798.00 | 257.39 | 540.61 | 0.01901% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 14526 | 014530 | CHARLES B. PELLETIER<br>5501 W. CONGRESS ST.<br>DUSON, LA 70529 | 683.84 | 1,897.50 | 612.02 | 1,285.48 | 0.04521% |
| 11690 | 011693 | CHARLES C. EDMONDSON<br>3351 HURRICANE RD.<br>ROCKY FACE, GA 30740 | 100.91 | 280.00 | 90.31 | 189.69 | 0.00667% |
| 13261 | 013265 | CHARLES C. SCOTT<br>13814 S.E. 62ND ST.<br>BELLEVUE, WA 98006 | 124.33 | 345.00 | 111.28 | 233.72 | 0.00822% |
| 10903 | 010906 | CHARLES D. WALTERS JR.<br>37 SCOGGINS DRIVE<br>ELLISVILLE, MS 39437 | 315.34 | 875.00 | 282.22 | 592.78 | 0.02085% |
| 1615 | 001614 | CHARLES E CHAPIN<br>73556 363 ST<br>KIMBALL, MN 55353 | 798.13 | 2,214.63 | 714.31 | 1,500.32 | 0.05277% |
| 5691 | 005693 | CHARLES E. EARLY<br>130 NEZ PERCE RD.<br>DARLINGTON, SC 29532 | 64.87 | 180.00 | 58.06 | 121.94 | 0.00429% |
| 5585 | 005587 | CHARLES E. NASH<br>522 PROSPECT ST.<br>CLAY CENTER, KS 67432 | 313.47 | 869.80 | 280.54 | 589.26 | 0.02073% |
| 6128 | 006130 | CHARLES E. WALKER<br>RT. 3, BOX 1008<br>LAURENS, SC 29360 | 52.26 | 145.00 | 46.77 | 98.23 | 0.00345% |
| 321 | 000321 | CHARLES EDWARD CEF FUSELIEH<br>326 FONTELIEU DR.<br>NEW IBELIA, LA 70560 | 143.25 | 397.50 | 128.21 | 269.29 | 0.00947% |
| 2524 | 002524 | CHARLES F. KELLER<br>6100 WHITE HOUSE PKWY<br>WARMSPRING, GA 31830 | 450.48 | 1,250.00 | 403.18 | 846.82 | 0.02978% |
| 3601 | 003601 | CHARLES FLESHER<br>7495 COLS. LAN. RD.<br>CARROLL, OH 43112 | 639.69 | 1,775.00 | 572.51 | 1,202.49 | 0.04229% |
| 311 | 000311 | CHARLES M. GREATHOUSE<br>114 SALTER ROAD<br>THOMASTON, GA 30286 | 403.16 | 1,118.68 | 360.82 | 757.86 | 0.02666% |
| 13641 | 013645 | CHARLES S. BRUTON<br>609 W. SAM RAYBURN DR.<br>BONHAM, TX 75418 | 278.13 | 771.75 | 248.92 | 522.83 | 0.01839% |
| 170 | 000170 | CHARLES S. HARRIS<br>9819 LESLIE SANDIDGE DRIVE<br>OOLTEWAH, TN 37363 | 345.09 | 957.54 | 308.84 | 648.70 | 0.02282% |