| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 2865 | 002865 | CHARLES W. TOLIVER<br>11259 LANGDON<br>HOUSTON, TX 77072 | 866.10 | 2,403.25 | 775.15 | 1,628.10 | 0.05726% |
| 7780 | 007783 | CHARLOTTE A. YATES<br>4120 FM 367 WEST<br>IOWA PARK, TX 76367 | 143.16 | 397.25 | 128.13 | 269.12 | 0.00947% |
| 2154 | 002154 | CHARLOTTE C. FOWLER<br>6100 WHITE HOUSE PARKWAY<br>WARM SPRINGS, GA 31830 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 15976 | 009588A | CHARNA INC<br>CHARNA MARIE OPHUS<br>221 21ST AVE NW.<br>GREAT FALLS, MT 59404 | 2,287.48 | 4,300.00 | 0.00 | 4,300.00 | 0.15124% |
| 7783 | 007786 | CHAROTTE B. NIXON<br>4192 FM 367 WEST<br>IOWA PARK, TX 76367 | 143.16 | 397.25 | 128.13 | 269.12 | 0.00947% |
| 6575 | 006577 | CHENG WANG<br>729 KEARNY DRIVE<br>N WOODMERE, NY 11358 | 756.52 | 2,099.17 | 677.07 | 1,422.10 | 0.05002% |
| 7032 | 007034 | CHENG-SHU CHANG<br>7322 CAMPBELL RD.<br>DALLAS, TX 75248 | 866.73 | 2,405.00 | 775.72 | 1,629.28 | 0.05731% |
| 14308 | 014312 | CHER WICHMANN-MCDOWELL<br>2950 SADDLEBROOK GLEN DRIVE<br>CUMMING, GA 30041-9331 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 14073 | 014077 | CHERI L. MCCARTY<br>111 6TH STREET<br>BELGRADE, MT 59714 | 320.75 | 890.00 | 287.06 | 602.94 | 0.02121% |
| 7072 | 007074 | CHERIE E COLON<br>2051 CAROUSEL<br>HOLLISTER, CA 95023 | 117.13 | 325.00 | 104.82 | 220.18 | 0.00774% |
| 6408 | 006410 | CHERYL A. MYERS<br>2795 NESBITT CROSSING WAY<br>DULUTH, GA 30096 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 3829 | 003829 | CHERYL A. PAVLICEK<br>4926 CRESTWAY DRIVE<br>LA PORTE, TX 77571 | 684.11 | 1,898.25 | 612.27 | 1,285.98 | 0.04523% |
| 10238 | 010241 | CHERYL HALLMAN<br>800 CLARKE RD.<br>MARTINSVILLE, VA 24112 | 367.10 | 1,018.63 | 328.55 | 690.08 | 0.02427% |
| 3630 | 003630 | CHERYL L. JOHNSON<br>111 THICKET LANE<br>COLUMBIA, SC 29201 | 1,043.32 | 2,895.00 | 933.77 | 1,961.23 | 0.06898% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 12296 | 012300 | CHERYL L. LAREMORE<br>11810 74TH AVENUE S.<br>SEATTLE, WA 98178 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 8849 | 008852 | CHERYL M. STARKS<br>PO BOX 391294<br>MOUNTAIN VIEW, CA 94039 | 508.17 | 1,410.07 | 454.81 | 955.26 | 0.03360% |
| 6946 | 006948 | CHERYL M. TYLER<br>0991 ROSE HAVEN DRIVE<br>SOUTHSIDE, AL 35907 | 153.17 | 425.00 | 137.08 | 287.92 | 0.01013% |
| 3926 | 003926 | CHERYL R. MCCARTY PARTRIDGE<br>ROUTE 2, BOX 100<br>HYDRO, OK 73048 | 828.17 | 2,298.00 | 741.21 | 1,556.79 | 0.05476% |
| 13470 | 013474 | CHERYL SHAW HERKE<br>P.O. BOX 354<br>7842 MAIN<br>FISHERS, NY 14453 | 478.75 | 1,328.43 | 428.48 | 899.95 | 0.03165% |
| 3961 | 003961 | CHIA-HSU CHEN<br>33-41 UTOPIA PKWY.<br>FLUSHING, NY 11358 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 71 | 000071 | CHINA AMERICA ENTERPRISE SVS<br>22 RUBINSTEIN STREET, 3RD FL<br>STATEN ISLAND, NY 10305 | 648.70 | 1,800.00 | 580.58 | 1,219.42 | 0.04289% |
| 8040 | 008043 | CHING LING CHANG<br>215 GOOSA LANE<br>ALPHARETTA, GA 30202 | 680.77 | 1,889.00 | 609.29 | 1,279.71 | 0.04501% |
| 6900 | 006902 | CHLOE J. MAY<br>7703 WAYFARER LANE<br>HOUSTON, TX 77075 | 321.92 | 893.25 | 288.11 | 605.14 | 0.02128% |
| 6431 | 006433 | CHOICE C. WARD<br>P. O. BOX 484<br>ALVARADO, TX 76009 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 4830 | 004832 | CHOM IM PRAY<br>955 WATER ST<br>PORTTOWNSEND, WA 98368 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1140 | 001140 | CHONG WEI XU<br>250 GORGE RD., APT. 21A<br>CLIFFSIDE PARK, NJ 07010 | 465.62 | 1,292.00 | 416.73 | 875.27 | 0.03079% |
| 3111 | 003111 | CHONG XU<br>276 SAYRE DRIVE<br>PRINCETON, NJ 08540 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 4106 | 004108 | CHRIS P SCHAEFER<br>11401 HWY 2 AND 52 WEST<br>BURLINGTON, ND 58722 | 651.40 | 1,807.50 | 583.00 | 1,224.50 | 0.04307% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 6787 | 006789 | CHRIS S. HARMAN<br>PO BOX 95<br>FLOYD, VA 24091 | 350.48 | 972.52 | 313.68 | 658.84 | 0.02317% |
| 13773 | 013777 | CHRIS W GILLMORE<br>22346 SONGBIRD DRIVE<br>MONTICELLO, IA 52310 | 434.58 | 1,205.88 | 388.95 | 816.93 | 0.02873% |
| 3659 | 003659 | CHRISTIAN HERITAGE<br>312 E. FARIS RD.<br>GREENVILLE, SC 29605 | 514.37 | 1,427.25 | 460.34 | 966.91 | 0.03401% |
| 3152 | 003152 | CHRISTIE L. KIDD<br>C/O CLARENCE J. HATCHETT<br>116 CALVARY RD.<br>CONCORD, GA 30206 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 12305 | 012309 | CHRISTINA M. HARRIS<br>1523 N. 18TH AVE.<br>PASCO, WA 99301 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 11045 | 011048 | CHRISTINE A. WISIAN<br>4113 HARRY<br>CORPUS CHRISTI, TX 78411 | 373.95 | 1,037.63 | 334.68 | 702.95 | 0.02472% |
| 6895 | 006897 | CHRISTINE B. SHESLER<br>49 SHERWOOD AVENUE<br>MADISON, NJ 7940 | 683.53 | 1,896.64 | 611.74 | 1,284.90 | 0.04519% |
| 10402 | 010405 | CHRISTINE CROWLEY<br>2408 BASTILLE CT.<br>MCKINNEY, TX 75070 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4841 | 004843 | CHRISTINE LATTIMORE<br>#3 CURRY COURTS<br>COLUMBUS, GA 31907 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 409 | 000409 | CHRISTINE WALLER<br>421 RUBY STREET<br>MANCHESTER, GA 31816 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 3974 | 003974 | CHRISTINE WILSON<br>112-50 NORTHERN BLVD.<br>CORONA, NY 11368 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4813 | 004815 | CHRISTOPER T. TRANTHAM<br>1605 BURNAM RD.<br>CHILLICOTHE, MO 64601 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 5148 | 005150 | CHRISTOPHER ALLEN MURPHEE<br>2500 DAUPHIN WOOD DR. #40<br>MOBILE, AL 36606 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 13944 | 013948 | CHRISTOPHER C. ANABLE<br>POST OFFICE BOX 747<br>RAVENSDALE, WA 98051 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 7501 | 007504 | CHRISTOPHER C. GOETZ<br>2923 WALNUT<br>HAYS, KS 67601 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 1866 | 001866 | CHRISTOPHER F. ERNST<br>681 BENTONVILLE LN<br>DOUGLASVILLE, GA 30134-6317 | 747.15 | 2,073.20 | 668.70 | 1,404.50 | 0.04940% |
| 809 | 000809 | CHRISTOPHER G. BECK<br>703 MOORE ST., #309B<br>SAN MARCOS, TX 78666 | 305.25 | 847.00 | 273.20 | 573.80 | 0.02018% |
| 1315 | 001314 | CHRISTOPHER J. SAUL<br>2410 MINORWOOD RD.<br>GREENSBORO, NC 27405 | 311.55 | 864.50 | 278.84 | 585.66 | 0.02060% |
| 1765 | 001765 | CHRISTOPHER L GILLIG<br>575 GLEN HAMPTON DRIVE<br>ALPHARETTA, GA 30004 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 7826 | 007829 | CHRISTOPHER NEAL<br>677 EDGEMERE AVE.<br>UNIONDALE, NY 11553 | 792.86 | 2,200.00 | 709.59 | 1,490.41 | 0.05242% |
| 1576 | 001575 | CHRISTOPHER P. ERKEL<br>203 ESTATE DR. SOUTH<br>MANDEVILLE, LA 70448 | 323.72 | 898.25 | 289.72 | 608.53 | 0.02140% |
| 5975 | 005977 | CHRISTOPHER R EVANS<br>10912 IVES STREET<br>FORT WORTH, TX 76108 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 2299 | 002299 | CHRISTOPHER R. FOX<br>3407 NORTHSIDE RD.<br>NEW IBERIA, LA 70563 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 1420 | 001419 | CHRISTY A BELESHI<br>33520 SOMERSET DRIVE<br>STERLING HEIGHTS, MI 48312 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 5823 | 005825 | CHRISTY BRADDOCK<br>368 ANGUS RD.<br>MONROE, LA 71202 | 132.62 | 368.00 | 118.70 | 249.30 | 0.00877% |
| 11937 | 011941 | CHU CHANG<br>46-05 BURLING STREET<br>FLUSHING, NY 11355 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4975 | 004977 | CHUN B. CHUI<br>1277 7TH AVE.<br>SAN FRANSISCO, CA 94122 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 745 | 000745 | CHUN LANG SU<br>2601 Pennsylvania Ave.<br>Apt 821<br>PHILADELPHIA, PA 19130-2337 | 683.65 | 1,897.00 | 611.87 | 1,285.13 | 0.04520% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 3112 | 003112 | CHUN LI<br>276 SAYRE DRIVE<br>PRINCETON, NJ 08540 | 681.85 | 1,892.00 | 610.25 | 1,281.75 | 0.04508% |
| 13533 | 013537 | CHUN P. DI<br>324 3RD AVENUE<br>SAN FRANCISCO, CA 94118 | 925.00 | 2,566.67 | 827.86 | 1,738.81 | 0.06116% |
| 13607 | 013611 | CHUN XIAN YU<br>159 ASHBY ROAD<br>UPPER DARBY, PA 19082 | 671.40 | 1,863.00 | 600.90 | 1,262.10 | 0.04439% |
| 11355 | 011358 | CHUN YIN CHAN<br>148-18 58TH AVE<br>FLUSHING, NY 11355 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 31 | 000031 | CHUNLIEN YEN<br>22 RUBENSTEIN STREET, 3RD FL<br>STATEN ISLAND, NY 10305 | 546.70 | 1,517.00 | 489.31 | 1,027.69 | 0.03615% |
| 5483 | 005485 | CHUNPING ZHANG<br>147-37 ROOSEVELT AVE. #3H<br>FLUSHING, NY 11354 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 2430 | 002430 | CINDY C. CUADRA<br>8201 Golf Course Road<br>Ste. D3294<br>Albuquerque, NM 87120 | 682.21 | 1,893.00 | 610.58 | 1,282.42 | 0.04511% |
| 1004 | 001004 | CINDY L CAUDILL<br>9875 SEACREST LANE<br>BOW, WA 98232 | 683.94 | 1,897.80 | 612.13 | 1,285.67 | 0.04522% |
| 6709 | 006711 | CINDY L. LOCKHART<br>805 MITCHELL BRIDGE RD.<br>ATHENS, GA 30606 | 321.47 | 892.00 | 287.71 | 604.29 | 0.02125% |
| 2500 | 002500 | CINDY P. TO<br>2805 WASHINGTON AVE<br>EL MONTE, CA 91733 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3900 | 003900 | CINDY R. DEBILT<br>10 2ND AVE. S. P.O. BOX 246<br>BERTHOLD, ND 58718 | 795.20 | 2,206.50 | 711.69 | 1,494.81 | 0.05258% |
| 165 | 000165 | CINDY SANDERSON<br>4980 HWY 710 N.<br>PEMBROKE, NC 28372 | 313.09 | 868.75 | 280.21 | 588.54 | 0.02070% |
| 8832 | 008835 | CINDY W.S. CAI<br>475 BOSWORTH STREET<br>SAN FRANCISCO, CA 94112 | 773.65 | 2,146.71 | 692.40 | 1,454.31 | 0.05115% |
| 5044 | 005046 | CINDY XIN HONG CHIN<br>579 28TH AVE.<br>SAN FRANCISCO, CA 94121 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 3437 | 003437 | CISS M. HERRERA<br>POST OFFICE BOX 1359<br>TOPPENISH, WA 98848 | 683.94 | 1,897.80 | 612.13 | 1,285.67 | 0.04522% |
| 9806 | 009809 | CLARA B. BORLAND<br>PO BOX 354<br>ABSAROKEE, MT 59001 | 311.74 | 865.00 | 278.99 | 586.01 | 0.02061% |
| 6117 | 006119 | CLARA K. SMITH<br>239 CO RD. 431<br>CLANTON, AL 35045 | 675.00 | 1,873.00 | 604.13 | 1,268.87 | 0.04463% |
| 3940 | 003940 | CLARE M. SPELLMAN<br>887 ROAD N.<br>OLPE, KS 66865 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 6402 | 006404 | CLARENCE E. MACK<br>833 WESTBROOK<br>GRIFFIN, GA 30223 | 720.77 | 2,000.00 | 645.09 | 1,354.91 | 0.04766% |
| 1183 | 001183 | CLARENCE J. HATCHETT<br>116 CALVARY RD.<br>CONCORD, GA 30206 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 1588 | 001587 | CLARISSA Y. ZHAO<br>1050 ARTHUR AVE.<br>SAN LEANDRO, CA 94577 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 2320 | 002320 | CLARK G. HOFFMAN<br>4395 NO. CHIEFTAIN ST.<br>LAS VEGAS, NV 89129-2602 | 666.72 | 1,850.00 | 596.70 | 1,253.30 | 0.04408% |
| 1397 | 001396 | CLAUD B. BOHANON JR.<br>1720 LOMA LINDA<br>VERNON, TX 76384 | 141.36 | 392.25 | 126.52 | 265.73 | 0.00935% |
| 185 | 000185 | CLAY WILSON<br>2805 NE. 70TH ST.<br>GLADSTONE, MO 64119 | 696.27 | 1,932.00 | 623.15 | 1,308.85 | 0.04604% |
| 3634 | 003634 | CLEMMIE J. BROWN<br>901 PINE FOREST TRAIL<br>KNIGHTDALE, NC 27545 | 216.24 | 600.00 | 193.52 | 406.48 | 0.01430% |
| 6274 | 006276 | CLIFFORD M. SMITH<br>14302 OLD TEXACO RD.<br>CONROE, TX 77302 | 682.30 | 1,893.25 | 610.66 | 1,282.59 | 0.04511% |
| 7827 | 007830 | CLIFFY JONES<br>2100 TEXAS ST., APT. 68<br>FAIRFIELD, CA 94533-4470 | 693.75 | 1,925.00 | 620.89 | 1,304.11 | 0.04587% |
| 7927 | 007930 | CLINT KELLAM<br>P.O. BOX 578<br>VAN, TX 75790 | 154.05 | 427.45 | 137.87 | 289.58 | 0.01019% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 11248 | 011251 | CLINTON R. DOBSON II<br>4122 N. MAIDEN DR.<br>BATON ROUGE, LA 70809-2310 | 321.83 | 893.00 | 288.03 | 604.97 | 0.02128% |
| 2307 | 002307 | CLOYD LAND - DECEASED<br>C/O ESTHER L. GRIMES LAND<br>PO BOX 667<br>6524 FLETCH RD.<br>LAND O' LAKES, FL 34639 | 312.09 | 866.00 | 279.34 | 586.66 | 0.02063% |
| 14186 | 014190 | CLYDE B. O'NEILL<br>8383 N. PARKLAND DR.<br>BATON ROUGE, LA 70806 | 323.63 | 898.00 | 289.64 | 608.36 | 0.02140% |
| 7276 | 007278 | CLYDE C. ALBRIGHT<br>ROUTE 1 BOX 39A<br>OLSBURG, KS 66520 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 8014 | 008017 | CLYDE M. MCDONALD<br>2114 CHANCELLORY LANE<br>CHARLESTON, SC 29414 | 728.71 | 2,022.00 | 652.18 | 1,369.82 | 0.04818% |
| 10740 | 010743 | COEFIELD JULIE L.<br>48405 PRAIRIE DRIVE<br>PALM DESERT, CA 92260 | 863.15 | 2,395.04 | 772.50 | 1,622.54 | 0.05707% |
| 14324 | 014328 | COLBY L. PENNINGTON<br>2715 CROCKETT RD.<br>PALESTINE, TX 75801 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 10942 | 010945 | COLIN G. KELLY<br>23W305 WESTCHESTER COURT<br>GLEN ELLYN, IL 60137 | 142.14 | 394.40 | 127.21 | 267.19 | 0.00940% |
| 2685 | 002685 | COLIN W. BURNUM<br>118 BRAMBER DRIVE<br>LAFAYETTE, LA 70508 | 683.66 | 1,897.00 | 611.86 | 1,285.14 | 0.04520% |
| 6134 | 006136 | CONAL LINN<br>2061 HWY 64<br>MORRILTON, AR 72110 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4910 | 004912 | CONNIE A. SPENCER<br>2901 BURNING TREE<br>BRYAN, TX 77802 | 675.10 | 1,873.25 | 604.20 | 1,269.05 | 0.04464% |
| 12292 | 012296 | CONNIE E. ROGERS<br>1642 JEFFREY AVE.<br>ESCONDIDO, CA 92027 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 14353 | 014357 | CONNIE G. WHATLEY<br>777 W. MIRACLE STRIP PKWY<br>MARY ESTHER, FL 32569-1841 | 607.45 | 2,034.50 | 892.61 | 1,141.89 | 0.04016% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 6563 | 006565 | CONNIE MAH<br>1656 SACRAMENTO STREET<br>SAN FRANCISCO, CA 94109 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4527 | 004529 | CONNIE S. LANIER<br>8 WEST GOLDFINCH COURT<br>SAVANNAH, GA 31419 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 2139 | 002139 | CONST HARPER<br>P.O. BOX 693<br>STOVER, MO 65078 | 720.77 | 2,000.00 | 645.09 | 1,354.91 | 0.04766% |
| 6703 | 006705 | CONSTANCE S. STARR<br>4127 E. ST. JOE HWY<br>GRAND LEDGE, MI 48837 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 256 | 000256 | CONSUELO L. SWAIM<br>318 FRANK PATTERSON RD.<br>HAZEL GREEN, AL 35750 | 823.81 | 2,285.88 | 737.29 | 1,548.59 | 0.05447% |
| 8878 | 008881 | CORINE/JAMES BARLOW<br>2402 ELSIE STREET<br>HOUMA, LA 70364 | 674.28 | 1,871.00 | 603.48 | 1,267.52 | 0.04458% |
| 11059 | 011062 | CORY A. BARTSCH<br>928 MENLO PARK<br>HELENA, MT 59602 | 140.55 | 390.00 | 125.79 | 264.21 | 0.00929% |
| 14187 | 014191 | COURTNEY L RAGON<br>136 HWY 1044<br>GREENSBURG, LA 70441 | 143.44 | 398.00 | 128.37 | 269.63 | 0.00948% |
| 12967 | 012971 | COURTNEY S. CHANCELLOR<br>400 POETRY ROAD<br>TERRELL, TX 75160 | 133.23 | 369.69 | 119.25 | 250.44 | 0.00881% |
| 6290 | 006292 | COY E. JONES<br>3914 E. 3200TH NORTH<br>HANSEN, ID 83334 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 2765 | 002765 | CRAIG A. BALTER<br>15723 WALNUT CREEK DR.<br>SAN ANTONIO, TX 78247 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 7648 | 007651 | CRAIG A. CORBETT<br>ROUTE 3, BOX 381-F<br>METTER, GA 30439 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 5456 | 005458 | CRAIG A. ZOCH<br>417 CORAL LILLY DR.<br>LEAGUE CITY, TX 77573 | 189.02 | 524.50 | 169.18 | 355.32 | 0.01250% |
| 1209 | 001209 | CRAIG J. PAUST<br>POST OFFICE BOX 7651<br>COVINGTON, WA 98233 | 683.95 | 1,897.80 | 612.12 | 1,285.68 | 0.04522% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 5584 | 005586 | CRAIG WERHAN<br>36 TROVA TERRACE<br>PITTSFIELD, MA 01201 | 630.67 | 1,750.00 | 564.46 | 1,185.54 | 0.04170% |
| 8877 | 008880 | CRESCENS ROACH<br>421 TRAPIER DRIVE<br>CHARLESTON, SC 29412 | 648.70 | 1,800.00 | 580.58 | 1,219.42 | 0.04289% |
| 3797 | 003797 | CRYSTAL DAWN WHITEHEAD<br>271 SIMS-HARRIS RD.<br>GILLSVILLE, GA 30543 | 143.89 | 399.27 | 128.78 | 270.49 | 0.00951% |
| 5096 | 005098 | CRYSTAL MURPHY<br>818 N. COLORADO<br>HASTINGS, NE 68901 | 311.74 | 865.00 | 279.00 | 586.00 | 0.02061% |
| 6528 | 006530 | CUI JIN WANG<br>1905 5TH AVE. APT #1<br>OAKLAND, CA 94606 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 13543 | 013547 | CUIHUA XUE<br>2705 KINGSBERRY CT.<br>JAMESTOWN, NC 27282 | 671.94 | 1,864.50 | 601.39 | 1,263.11 | 0.04443% |
| 12109 | 012113 | CURTIS HISAW<br>1008 GARY<br>CHENEY, WA 99004 | 18.02 | 50.00 | 16.13 | 33.87 | 0.00119% |
| 2977 | 002977 | CUSANDRA R DAVIS<br>113 SEDBERRY RD<br>BISCOE, NC 27209 | 131.36 | 364.50 | 117.57 | 246.93 | 0.00869% |
| 9930 | 009933 | CYNDI PFEIFER<br>25002 MINKLER RD.<br>SEDRO WOOLLEY, WA 98284 | 526.17 | 1,460.00 | 470.91 | 989.09 | 0.03479% |
| 5790 | 005792 | CYNDI SOLBERG<br>115 FUHRMAN RD.<br>LARSLAN, MT 59244 | 559.52 | 1,552.55 | 500.76 | 1,051.79 | 0.03699% |
| 7169 | 007171 | CYNTHIA A. LAWRENCE<br>527 NORTH VILLAGE CREEK PARKWAY, NO.<br>1B<br>LUMBERTON, TX 77657 | 323.63 | 898.00 | 289.64 | 608.36 | 0.02140% |
| 648 | 000648 | CYNTHIA A. RICHARDSON<br>1900 DRURY LANE<br>MISSION HILLS, KS 66208 | 1,098.75 | 3,048.79 | 983.36 | 2,065.43 | 0.07265% |
| 10310 | 010313 | CYNTHIA A. TISINAI<br>1303 HOLIDAY DR.<br>SANDWICH, IL 60548 | 683.39 | 1,896.25 | 611.62 | 1,284.63 | 0.04518% |
| 6893 | 006895 | CYNTHIA B. BURNS<br>9711 SMOKEFEATHER LN.<br>DALLAS, TX 75243 | 675.10 | 1,873.25 | 604.20 | 1,269.05 | 0.04464% |