| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 2729 | 002729 | CYNTHIA F. KUHN<br>1250 S HIGHWAY 99<br>EMPORIA, KS 66801 | 323.05 | 896.40 | 289.13 | 607.27 | 0.02136% |
| 10157 | 010160 | CYNTHIA L. BECHARD<br>15923 SMOKEY PT. BLVD., UNIT B<br>ARLINGTON, WA 98223 | 321.90 | 893.20 | 288.09 | 605.11 | 0.02128% |
| 13592 | 013596 | CYNTHIA O'NEILL<br>3295 BRACKENRIDGE TRAIL<br>KENNESAW, GA 30152 | 320.75 | 890.00 | 287.06 | 602.94 | 0.02121% |
| 7449 | 007452 | CYNTHIA R. EIDE<br>HC 87 BOX 2220<br>BIG TIMBER, MT 59011 | 309.94 | 860.00 | 277.38 | 582.62 | 0.02049% |
| 7135 | 007137 | CYNTHIA S. PITTS<br>747 E. 24TH STREET<br>LOS ANGELES, CA 90011 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1278 | 001277 | CYTHIA CI-HUA LEI<br>115 LAKEVIEW AVENUE<br>SAN FRANCISCO, CA 94112 | 419.79 | 1,164.82 | 375.70 | 789.12 | 0.02776% |
| 2814 | 002814 | D ALLEN SMITH JR.<br>9010 NESBIT FERRY RD #202<br>ALPHARETTA, GA 30022 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3557 | 003557 | D. BRUCE ELLERBEE<br>2402 18TH AVE.<br>COLUMBUS, GA 31901 | 606.21 | 1,682.10 | 542.55 | 1,139.55 | 0.04008% |
| 3235 | 003235 | D. MICHAEL FRANKLIN<br>116 SHENANDOAH LANE<br>ALTO, GA 30510 | 682.21 | 1,893.00 | 610.58 | 1,282.42 | 0.04511% |
| 7170 | 007172 | D. SHAH PRABHAV<br>57-54 VAN DOREN STREET, 1ST FL<br>CORONS, NY 11368 | 216.24 | 600.00 | 193.52 | 406.48 | 0.01430% |
| 12291 | 012295 | D.J. LONG<br>4002 287 AVE. SE<br>FALL CITY, WA 98024 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 7313 | 007315 | DAGFINN DANKERTSON<br>7149-30TH S.W.<br>SEATTLE, WA 98126 | 152.44 | 423.00 | 136.44 | 286.56 | 0.01008% |
| 1729 | 001729 | DAGUANG LIN<br>1030 64ST 1F<br>BROOKLYN, NY 11219 | 279.30 | 775.00 | 249.97 | 525.03 | 0.01847% |
| 12450 | 012454 | DAIL L. RILEY<br>121 RICHARDSON RD.<br>BARRE, VT 5641 | 90.09 | 250.00 | 80.64 | 169.36 | 0.00596% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 3285 | 003285 | DAISY B MARCELINO<br>2847 FLANNERY ROAD<br>SAN PABLO, CA 94806 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 12677 | 012681 | DALE & CONNIE ARCHDEKIN<br>7717 BRIAR<br>PRAIRIE VILLAGE, KS 66208 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 787 | 000787 | DALE A. SKELTON<br>PO BOX 606<br>NEWARK, IL 60541-0606 | 683.57 | 1,896.75 | 611.78 | 1,284.97 | 0.04520% |
| 7887 | 007890 | DALE FULMER<br>3013 KINGSHIGHWAY<br>WEINER, AR 72479 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 62 | 000062 | DALE MELVIN<br>6013 S. ELKINS ST.<br>TAMPA, FL 33611 | 157.85 | 438.00 | 141.27 | 296.73 | 0.01044% |
| 12676 | 012680 | DALE R. ARCHEDEKIN III<br>7717 BRIAR<br>PRAIRIE VILLAGE, KS 66208 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 6583 | 006585 | DAMON L. SOPER<br>RR BOX 107 FUHRMAN ROAD<br>LARSLAN, MT 59244 | 311.74 | 865.00 | 278.99 | 586.01 | 0.02061% |
| 1298 | 001297 | DAMON PHELPS<br>281 N.W. 160TH RD.<br>HOISINGTON, KS 67544 | 312.06 | 865.90 | 279.29 | 586.61 | 0.02063% |
| 3055 | 003055 | DAN H. GARRISON<br>2070 HUNTINGTON WOODS DRIVE<br>LEXINGTON, NC 27293 | 580.22 | 1,610.00 | 519.30 | 1,090.70 | 0.03836% |
| 14110 | 014114 | DAN H. SUTCLIFFE<br>18630 S.E. 216 ST.<br>RENTON, WA 98058 | 582.44 | 1,616.15 | 521.28 | 1,094.87 | 0.03851% |
| 10056 | 010059 | DAN K SCHNEIDER<br>RR1<br>JAVA, SD 57452 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 2327 | 002327 | DAN K. DAVIES<br>511 FIELDSTONE<br>BOZEMAN, MT 59715 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 2628 | 002628 | DAN L FEISTER<br>9707 S. 43 RD<br>CADILLAC, MI 49601 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 338 | 000338 | DAN N. LAVALLEY<br>610 MANATEE DR SW.<br>RUSKIN, FL 33570 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 14130 | 014134 | DAN TU<br>9502 ASH GROVE COVE<br>GERMANTOWN, TN 38139 | 915.93 | 2,541.50 | 819.74 | 1,721.76 | 0.06056% |
| 5183 | 005185 | DANA J. ROBERTS<br>404 17TH AVENUE NORTH<br>GREENWOOD, MO 64034 | 693.15 | 1,923.34 | 620.36 | 1,302.98 | 0.04583% |
| 8894 | 008897 | DANA M. LAHART<br>3824 BRENTWOOD RD<br>RALEIGH, NC 27604 | 759.66 | 1,428.00 | 0.00 | 1,428.00 | 0.05023% |
| 857 | 000857 | DANA M. MCCAULEY<br>3108 PEABODY ST.<br>BELLINGHAM, WA 98225 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 25 | 000025 | DANIEL C. CHEN<br>29 CARTIER DRIVE<br>FRANKLIN PARK, NJ 08823 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 3790 | 003790 | DANIEL C. FLORES<br>522 MAZE BLVD<br>MODESTO, CA 95351 | 727.62 | 2,019.00 | 651.22 | 1,367.78 | 0.04811% |
| 1796 | 001796 | DANIEL L. ROUNS<br>107 EAST MAIN<br>BRADY, MT 59416 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 11464 | 011467 | DANIEL M. ROY<br>333 JULIA ST. APT 424<br>NEW ORLEANS, LA 70130-3670 | 90.09 | 250.00 | 80.64 | 169.36 | 0.00596% |
| 6462 | 006464 | DANIEL MOTT<br>7853 THORPE RD<br>BOZEMAN, MT 59718-7901 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 7283 | 007285 | DANIEL P. O'MALLEY<br>24157 WALKER VALLEY RD.<br>MT VERNON, WA 98274 | 682.14 | 1,892.80 | 610.51 | 1,282.29 | 0.04510% |
| 2518 | 002518 | DANIEL P. SCHOLZ<br>1007 FRANCIS<br>COLLEGE STATION, TX 77840 | 684.11 | 1,898.25 | 612.27 | 1,285.98 | 0.04523% |
| 6411 | 006413 | DANIEL R RODREICK<br>3855 CEDAR VALLEY DRIVE<br>HELENA, MT 59602 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 159 | 000159 | DANIEL R. PHELPS<br>1145 MEADOW PERCH COURT<br>LAWRENCEVILLE, GA 30043-6688 | 761.86 | 2,114.00 | 681.86 | 1,432.14 | 0.05037% |
| 13031 | 013035 | DANIELLE GARIEPY<br>933 BOISSY ST<br>SAINT LAMBERT, PQ J4R1K1<br>FOREIGN, FN 99999 | 250.47 | 695.00 | 224.16 | 470.84 | 0.01656% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 11558 | 011561 | DANNETTE H. JACKSON<br>3610 CALYX COURT<br>GREENSBORO, NC 27410 | 324.35 | 900.00 | 290.28 | 609.72 | 0.02145% |
| 2111 | 002111 | DANNY D. HIBDON<br>16813 SPRING VALLEY<br>BELTON, MO 64012 | 275.70 | 765.00 | 246.74 | 518.26 | 0.01823% |
| 7770 | 007773 | DANNY E. DOAN<br>1515 31ST<br>WICHITA FALLS, TX 76302 | 683.75 | 1,897.25 | 611.94 | 1,285.31 | 0.04521% |
| 4829 | 004831 | DANNY G SIMS<br>6905 ADVENT CIRCLE<br>TRUSSVILLE, AL 35173 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 3695 | 003695 | DANNY K. PRINGLE<br>106 SAVOY DR.<br>MONROE, LA 71203 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 5765 | 005767 | DANNY KENDRICK<br>227 LONG ROAD<br>DE FUNIAK SPRIN, FL 32433 | 740.42 | 2,054.50 | 662.66 | 1,391.84 | 0.04895% |
| 5540 | 005542 | DANWEI WANG<br>147-37 ROOSEVELT AVE. APT 3H<br>FLUSHING, NY 11354 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2150 | 002150 | DAOSHENG CHEN<br>1489 23 AVE<br>SAN FRANSICO, CA 94122 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 6952 | 006954 | DARCY J. HAGEN<br>7105 STEELHEAD LN.<br>BURLINGTON, WA 98233 | 616.59 | 1,710.90 | 551.84 | 1,159.06 | 0.04077% |
| 2804 | 002804 | DARIN B. PETERSEN<br>5930 BARTHOLOMEW CIR<br>LINCOLN, NE 68512-1804 | 1,365.51 | 3,789.00 | 1,222.12 | 2,566.88 | 0.09028% |
| 10696 | 010699 | DARIN R. ZEFFERJAHN<br>5207 NW Sterling Chase Drive<br>TOPEKA, KS 66618 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 6161 | 006163 | DARLA C. BRODSKY<br>5223 ROYAL LANE<br>DALLAS, TX 75229 | 720.77 | 2,000.00 | 645.09 | 1,354.91 | 0.04766% |
| 1333 | 001332 | DARLA L. CRUMP<br>RT. 3 BOX 172 J<br>AMITY, AR 71921 | 321.10 | 891.00 | 287.39 | 603.61 | 0.02123% |
| 1831 | 001831 | DARLA R. JACOBS<br>819 6TH ST. S W<br>WASECA, NM 56093 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 13142 | 013146 | DARLENE HYATT<br>PO BOX 3396<br>GULFPORT, MS 39505 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 6360 | 006362 | DARREL L. HUMPHREY<br>3521 COTTONWOOD DR.<br>MONTGOMERY, AL 36109 | 424.54 | 1,178.00 | 379.95 | 798.05 | 0.02807% |
| 12895 | 012899 | DARRELL J. KEITH<br>400 POETRY RD.<br>TERRELL, TX 75160 | 313.42 | 869.69 | 280.52 | 589.17 | 0.02072% |
| 11311 | 011314 | DARRELL L. WHEELER<br>3001 REEVES ROAD<br>SUNNYSIDE, WA 98944 | 683.84 | 1,897.50 | 612.02 | 1,285.48 | 0.04521% |
| 2122 | 002122 | DARRELL W. CRUMP<br>1106 BAYMEADOW DRIVE<br>HOUSTON, TX 77062 | 736.29 | 2,043.05 | 658.97 | 1,384.08 | 0.04868% |
| 5494 | 005496 | DARREN E. GLAZE<br>C/O MARTHA J. MORLEY<br>2015 OLD MANOR<br>GARDEN CITY, KS 67846 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 486 | 000486 | DARREN L. ROPER<br>701 N. LIBERTY<br>WEBB CITY, MO 64870 | 764.06 | 2,120.10 | 683.83 | 1,436.27 | 0.05052% |
| 6914 | 006916 | DARRYL L. WASHINGTON<br>1102 BLOOMFIELD<br>PINE BLUFF, AR 71601 | 288.31 | 800.00 | 258.04 | 541.96 | 0.01906% |
| 289 | 000289 | DARSI D. VALDEZ<br>1108 PARK DRIVE<br>GREENWOOD, MO 64034 | 493.47 | 1,369.29 | 441.66 | 927.63 | 0.03263% |
| 4239 | 004241 | DARWIN K. LEBOUEF<br>807 CUSHING<br>KAPLAN, LA 70548 | 323.63 | 898.00 | 289.64 | 608.36 | 0.02140% |
| 1288 | 001287 | DAVID A CARROLL<br>C/O WILLIAM F. FOWLER<br>1833 JUDSON BULLOCH ROAD<br>MANCHESTER, GA 31816 | 683.29 | 1,896.00 | 611.55 | 1,284.45 | 0.04518% |
| 4406 | 004408 | DAVID A. LEMASTERS<br>19707 EDMONDS PLACE<br>SAUGUS, CA 91350 | 683.21 | 1,895.75 | 611.46 | 1,284.29 | 0.04517% |
| 1667 | 001666 | DAVID A. SHADINGER<br>744 NORTH GILES STREET<br>SPRINGHILL, LA 71075 | 314.17 | 871.75 | 281.17 | 590.58 | 0.02077% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 10751 | 010754 | DAVID A. WELCH IV<br>113 HONEYSUCKLE LN.<br>SUMMERVILLE, SC 29485 | 324.35 | 900.00 | 290.28 | 609.72 | 0.02145% |
| 1658 | 001657 | DAVID B. GIBSON<br>1196 Eagle Crest Blvd. SW<br>Jacksonville, AL 36265 | 321.83 | 893.00 | 288.03 | 604.97 | 0.02128% |
| 412 | 000412 | DAVID C GENTRY II<br>1212 SO SILVER STAR WAY<br>ANAHEIM HILLS, CA 92808 | 326.17 | 905.06 | 291.92 | 613.14 | 0.02157% |
| 1383 | 001382 | DAVID C. HEIN<br>106 NELSON<br>SEDRO-WOOLLEY, WA 98284 | 683.84 | 1,897.50 | 612.02 | 1,285.48 | 0.04521% |
| 1208 | 001208 | DAVID C. YEUNG<br>43-16 BYRD STREET<br>FLUSHING, NY 11355 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1244 | 001244 | DAVID D. KELEHER<br>P.O. BOX 10850<br>PENSACOLA, FL 32524085 | 347.60 | 964.50 | 311.09 | 653.41 | 0.02298% |
| 11924 | 011928 | DAVID E. HESS<br>4707 PIN OAK PARK #333<br>HOUSTON, TX 77081 | 323.72 | 898.25 | 289.73 | 608.52 | 0.02140% |
| 1447 | 001446 | DAVID E. SEANOR<br>ROUTE 3 BOX 854<br>ABBEVILLE, AL 36310 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 6545 | 006547 | DAVID G. COOLEY<br>3127 COAL CREEK ROAD<br>GALAX, VA 24333 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1364 | 001363 | DAVID G. WOOD<br>1 SNOW FOREST LANE<br>SANDY, UT 84092-5522 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1084 | 001084 | DAVID J. DELNOSTRO<br>118 WEDGEFIELD CROSSING<br>SAVANNAH, GA 31405 | 660.44 | 1,832.56 | 591.07 | 1,241.49 | 0.04367% |
| 4978 | 004980 | DAVID K SIN<br>7924 FRONTENAC COURT<br>FONTANA, CA 92336 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1181 | 001181 | DAVID L PARKER<br>3279 HENDRICKS CHURCH ROAD<br>THOMASTON, GA 30286 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 7682 | 007685 | DAVID L. CONDER<br>2855 W. ROME AVE.<br>ANAHEIM, CA 92804 | 382.26 | 1,060.69 | 342.12 | 718.57 | 0.02527% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 239 | 000239 | DAVID L. LINGENFELTER<br>18898 MINNIE RD.<br>BURLINGTON, WA 98233 | 634.90 | 1,761.71 | 568.23 | 1,193.48 | 0.04198% |
| 8477 | 008480 | DAVID L. LIZOR<br>5903 E. 58TH ST.<br>KANSAS CITY, MO 64129 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 2831 | 002831 | DAVID M WEST SR<br>7899 WEBB RD<br>HAHIRA, GA 31632 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 2833 | 002833 | DAVID M WILLIAMS<br>9733 WILLS ROAD<br>HAHIRA, GA 31632 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 1229 | 001229 | DAVID M. BLADT<br>18511 EGRET BAY APT. 206<br>HOUSTON, TX 77574 | 103.07 | 286.00 | 92.24 | 193.76 | 0.00681% |
| 16 | 000016 | DAVID MA<br>22 RUBINSTEIN STREET APT. M1<br>STATEN ISLAND, NY 10305 | 648.70 | 1,800.00 | 580.58 | 1,219.42 | 0.04289% |
| 14878 | 014885 | DAVID MONTIERTH<br>24012 PLOVER LN.<br>LAGUNA BEACH, CA 92677 | 808.33 | 2,242.95 | 723.45 | 1,519.50 | 0.05344% |
| 400 | 000400 | DAVID N. SCHNEIDER<br>311 S 1ST ST.<br>SELAH, WA 98942 | 682.07 | 1,892.60 | 610.44 | 1,282.16 | 0.04510% |
| 362 | 000362 | DAVID NICOLSON<br>433 N 600 E.<br>LINDON, UT 84042 | 744.52 | 2,060.40 | 660.85 | 1,399.55 | 0.04923% |
| 8950 | 008953 | DAVID NUTT<br>170 SKYLAND DR.<br>ROSWELL, GA 30075 | 141.27 | 392.00 | 126.44 | 265.56 | 0.00934% |
| 2374 | 002374 | DAVID P. STANZAK<br>1503 WEST 7TH AVENUE<br>SPOKANE, WA 99204 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 11853 | 011856 | DAVID R. BYRD<br>2722 QUINCY COURT<br>BLACKSBURG, VA 24060-4124 | 311.74 | 865.00 | 278.99 | 586.01 | 0.02061% |
| 6883 | 006885 | DAVID S. BURR<br>2302 WILLOW POINT DRIVE<br>KINGWOOD, TX 77339 | 929.60 | 2,579.44 | 831.98 | 1,747.46 | 0.06146% |
| 4941 | 004943 | DAVID S. OLSON<br>3481 HWY 438<br>LARSLAN, MT 59244 | 506.48 | 1,405.37 | 453.29 | 952.08 | 0.03349% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 6387 | 006389 | DAVID SCOTT BLACKEWLL<br>2408 MAGAZINE ST. APT. A<br>NEW ORLEANS, LA 70130 | 784.13 | 2,175.80 | 701.79 | 1,474.01 | 0.05184% |
| 981 | 000981 | DAVID T. MILLS<br>45 SKYLINE DRIVE.<br>SAVANNAH, GA 31406 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 12103 | 012107 | DAVID T. STUBEN<br>1932 S.W. KNOLL AVENUE<br>BEND, OR 97702 | 347.41 | 964.00 | 310.93 | 653.07 | 0.02297% |
| 7724 | 007727 | DAVID TODD HUTTON<br>185 FRANCIS RD.<br>DOWNSVILLE, LA 71234 | 323.99 | 899.00 | 289.96 | 609.04 | 0.02142% |
| 4214 | 004216 | DAVID W. NEER<br>10695 SANTA FE<br>RENO, NV 89506 | 452.29 | 1,255.00 | 404.79 | 850.21 | 0.02990% |
| 8715 | 008718 | DAVID W. SPEARS<br>197 BEAGLE GAP RUN<br>WAYNESBORO, VA 22980 | 983.21 | 2,728.20 | 879.96 | 1,848.24 | 0.06501% |
| 1924 | 001924 | DAVID W. VAUGHAN<br>13085 N 91ST WAY<br>SCOTTSDALE, AZ 85260 | 370.75 | 1,028.75 | 331.82 | 696.93 | 0.02451% |
| 9380 | 009383 | DAVID YAU<br>217-23 56TH AVENUE<br>BAYSIDE HILLS, NY 11364 | 682.30 | 1,893.25 | 610.66 | 1,282.59 | 0.04511% |
| 6606 | 006608 | DAWN B. CONNELLY<br>11710 LARGO DRIVE<br>SAVANNAH, GA 31419 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 3126 | 003126 | DAWN C. GOULET<br>1804 1ST STREET SOUTH<br>GREAT FALLS, MT 59405 | 400.03 | 1,110.00 | 358.03 | 751.97 | 0.02645% |
| 10070 | 010073 | DAWN M BECHARD<br>923 NW 61ST ST.<br>SEATTLE, WA 98107 | 321.90 | 893.20 | 288.09 | 605.11 | 0.02128% |
| 14886 | 014893 | DAWN M. KIKI<br>12725 E. 26TH ST.<br>SPOKANE, WA 99216 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 12697 | 012701 | DAWN M. MESSICK<br>1950 RIDGELINE DR.<br>MOBLIE, AL 36695-4038 | 683.66 | 1,897.00 | 611.86 | 1,285.14 | 0.04520% |
| 9721 | 009724 | DAYABIR S. BATH<br>12132 S.E. 260TH PLACE<br>KENT, WA 98031 | 673.42 | 1,868.60 | 602.71 | 1,265.89 | 0.04452% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 4906 | 004908 | D'DEE A. LANE<br>1901 TANGLEWOOD BLVD.<br>WICHITA FALLS, TX 76309 | 143.53 | 398.25 | 128.45 | 269.80 | 0.00949% |
| 3599 | 003599 | DE HAI LIANGHAO TRADING CORP<br>25 PELL ST., #3B<br>NEW YORK, NY 10013 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 7265 | 007267 | DEADRIA B. SINGLETON<br>5004 WILLIE JOHNNY ROAD<br>NEW IBERIA, LA 70560 | 323.27 | 897.00 | 289.32 | 607.68 | 0.02137% |
| 13137 | 013141 | DEAN M. SKAJA<br>10 EMERALD DRIVE<br>MISSOULA, MT 59802 | 140.55 | 390.00 | 125.79 | 264.21 | 0.00929% |
| 12306 | 012310 | DEAN P. HELT<br>13305 NE 171ST. ST.<br>APT. C-325<br>WOODINVILLE, WA 98072 | 772.49 | 2,143.50 | 691.38 | 1,452.12 | 0.05107% |
| 711 | 000711 | DEAN R. COLLINS<br>411 CHESSINGTON CIRCLE<br>SUMMERVILLE, SC 29485 | 643.29 | 1,785.00 | 575.74 | 1,209.26 | 0.04253% |
| 13566 | 013570 | DEANA I. FREEMAN<br>14305 RD. B S.E.<br>OTHELLO, WA 99344 | 683.84 | 1,897.50 | 612.02 | 1,285.48 | 0.04521% |
| 1017 | 001017 | DEBBY BAILEY<br>RT. 1, BOX 263<br>ARCHIE, MO 64725 | 493.48 | 1,369.29 | 441.65 | 927.64 | 0.03263% |
| 3365 | 003365 | DEBORA R. SALCIDO<br>320 WALTHALL STREET<br>PECOS, TX 79772 | 806.19 | 2,237.00 | 721.53 | 1,515.47 | 0.05330% |
| 3633 | 003633 | DEBORAH COX<br>7120 NICKI COURT<br>DALLAS, TX 75252 | 750.35 | 2,082.04 | 671.54 | 1,410.50 | 0.04961% |
| 1032 | 001032 | DEBORAH D. CARR<br>4010 CALLE SONORA APT. 1F<br>LAGUNA WOODS, CA 92637 | 983.14 | 2,728.00 | 879.90 | 1,848.10 | 0.06500% |
| 9365 | 009368 | DEBORAH E COX<br>2410 RIDGE ROAD<br>LIBERAL, KS 67901 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 13109 | 013113 | DEBORAH G. MARTIN<br>3 MARBLEHEAD ROAD<br>HILTON HEAD, SC 29926 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 6014 | 006016 | DEBORAH J CARR<br>225 LONG ROAD<br>DEFUNIAK SPRING, FL 32433 | 733.21 | 2,034.50 | 656.22 | 1,378.28 | 0.04848% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 1233 | 001233 | DEBORAH K. HART<br>213 MYRTLE STREET<br>MYRTLE BEACH, SC 29577 | 94.50 | 262.23 | 84.58 | 177.65 | 0.00625% |
| 14956 | 014963 | DEBORAH K. SMITH<br>314 SENECA ROAD<br>HORNELL, NY 14843 | 682.21 | 1,893.00 | 610.58 | 1,282.42 | 0.04511% |
| 6587 | 006589 | DEBORAH L. WILCOX-JAMIESON<br>2720 PLEASANT GROVE RD.<br>LANSING, MI 48910 | 456.61 | 1,267.00 | 408.66 | 858.34 | 0.03019% |
| 10630 | 010633 | DEBORAH P. BONDS<br>8636 BONDS FARM ROAD<br>WINSTON, GA 30187 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 9992 | 009995 | DEBORAH S. LAYTON<br>PO BOX 304<br>LUVERNE, AL 36049 | 273.64 | 759.30 | 244.91 | 514.39 | 0.01809% |
| 6065 | 006067 | DEBRA A. GILSON<br>PO BOX 845<br>VALDEZ, AK 99686 | 687.62 | 1,908.00 | 615.42 | 1,292.58 | 0.04546% |
| 6651 | 006653 | DEBRA C. JONES<br>PO BOX 338<br>TY TY, GA 31795 | 321.50 | 892.10 | 287.75 | 604.35 | 0.02126% |
| 2039 | 002039 | DEBRA J. GRIFFIN<br>P.O. BOX 1807<br>WEST YELLOWSTON, MT 59758 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 5551 | 005553 | DEBRA J. MONGIARDO<br>4533 N.W. 21 TERR<br>GAINESVILLE, FL 32605 | 329.04 | 913.00 | 294.48 | 618.52 | 0.02175% |
| 1389 | 001388 | DEBRA L. GIBBONS<br>6456 SOUTH HIGHLAND AVE.<br>HILLSIDE, IN 47854 | 334.71 | 928.75 | 299.56 | 629.19 | 0.02213% |
| 10400 | 010403 | DEBRA L. HANNA<br>3671 SLATTERY ROAD<br>ATTICA, MI 48412 | 610.10 | 1,692.90 | 546.03 | 1,146.87 | 0.04034% |
| 3941 | 003941 | DEBRA S. BOLLING<br>1228 BRACERA LN.<br>LAKE HAVASU CITY, AZ 86404 | 323.59 | 897.90 | 289.62 | 608.28 | 0.02139% |
| 12060 | 012064 | DEBRA STEINBACHER<br>899 GALATA ROAD BOX 4<br>GALATA, MT 59444 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 13471 | 013475 | DEE & CHARLIE HILTON<br>PO BOX 1762<br>CODY, WY 82414 | 855.73 | 2,374.47 | 765.87 | 1,608.60 | 0.05658% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 12522 | 012526 | DEE A. BROTHERS<br>16 WINDING CREEK TR.<br>GARLAND, TX 75043 | 2,287.48 | 4,300.00 | 0.00 | 4,300.00 | 0.15124% |
| 1327 | 001326 | DEE B. HOLLIS<br>1113 SOMERSET COURT<br>MT PLEASANT, SC 29464 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 7238 | 007240 | DEEDEE MCGUIRE<br>1824 SOUTHWICK<br>FLOWER MOUND, TX 75022 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 746 | 000746 | DEEP DOLLAR DISCOUNT CENTRE<br>4871 MAIN STREET<br>VANCOUVER, BC V5V3R9<br>FOREIGN, FN 99999 | 848.68 | 2,354.90 | 759.56 | 1,595.34 | 0.05611% |
| 14702 | 014708 | DEIRDRE EDWARDS<br>3013 MARSH RD.<br>BLADENBORO, NC 28320 | 133.16 | 369.50 | 119.18 | 250.32 | 0.00880% |
| 14887 | 014894 | DELFINA G. SAMBAS<br>1880 RACINE DRIVE<br>LAS VEGAS, NV 89119 | 681.85 | 1,892.00 | 610.25 | 1,281.75 | 0.04508% |
| 5708 | 005710 | DELLA J. NORRIS<br>150 NORRIS LANE<br>ALABASTER, AL 35007 | 954.31 | 2,648.00 | 854.09 | 1,793.91 | 0.06310% |
| 6753 | 006755 | DELMAR H. MARTIN<br>12 MARYNELL LANE<br>PHENIX CITY, AL 36869 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 6168 | 006170 | DELORES BARNETT<br>125 PINE DRIVE<br>HATTIESBURG, MS 39401 | 684.29 | 1,898.75 | 612.42 | 1,286.33 | 0.04524% |
| 344 | 000344 | DELORIS GARCIA<br>4802 AIRPORT BLVD.<br>HOUSTON, TX 77048 | 141.54 | 392.75 | 126.68 | 266.07 | 0.00936% |
| 2096 | 002096 | DELPHINE M. SCHMIDT<br>1707 AGNES DR.<br>HAYS, KS 67601 | 57.12 | 158.50 | 51.12 | 107.38 | 0.00378% |
| 6896 | 006898 | DELYNN K. DAVIS<br>17914 CARROLLWOOD DR.<br>DALLAS, TX 75252 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 7114 | 007116 | DENISE A. STEPHENS<br>RR#5 BOX 71B<br>WINFIELD, KS 67156 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 279 | 000279 | DENISE D. GAMBILL<br>P. O. BOX 1<br>MIDLAND, IN 47445 | 364.08 | 1,010.25 | 325.85 | 684.40 | 0.02407% |