| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 431 | 000431 | DENISE M. PAYNE<br>13623 LESTER ROAD, N.W.<br>SILVERDALE, WA 98383 | 523.23 | 1,451.84 | 468.28 | 983.56 | 0.03459% |
| 514 | 000514 | DENISE S. NAILOR<br>1670 HOLTZ ROAD<br>ENOLA, PA 17025-1312 | 672.49 | 1,866.00 | 601.86 | 1,264.14 | 0.04446% |
| 1362 | 001361 | DENISE Y. DEANER<br>605 14TH STREET SW<br>WILLMAR, MN 56201 | 450.48 | 1,250.00 | 403.18 | 846.82 | 0.02978% |
| 3197 | 003197 | DENNIS A. BERRY<br>3 KILBOURNE ROAD<br>GREENVILLE, PA 16125 | 358.41 | 994.50 | 320.77 | 673.73 | 0.02370% |
| 6512 | 006514 | DENNIS C. JONES<br>160 AUTUMN LANE<br>KALISPELL, MT 59901 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 4190 | 004192 | DENNIS D. RAY<br>207 E. BURBANK<br>APPLETON CITY, MO 64724 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 812 | 000812 | DENNIS G. BARNUM<br>7485 FLINT LANE<br>JOPLIN, MO 64804 | 685.15 | 1,896.10 | 608.15 | 1,287.95 | 0.04530% |
| 3690 | 003690 | DENNIS J. AKINS<br>208 CHURCH LANE<br>NEW IBERIA, LA 70560 | 143.07 | 397.00 | 128.05 | 268.95 | 0.00946% |
| 5116 | 005118 | DENNIS P. ALDRIDGE<br>215 OLD BUGGY TRAIL<br>HILLSBOROUGH, NC 27278 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3308 | 003308 | DENNIS R. OLSON<br>750 CONNECTICUT AVE.<br>MCDONALD, OH 44437 | 677.66 | 1,880.38 | 606.51 | 1,273.87 | 0.04480% |
| 5377 | 005379 | DENNIS W. APODACA<br>16827 NW PADDINGTON DR.<br>BEAVERTON, OR 97006 | 837.90 | 2,325.00 | 749.91 | 1,575.09 | 0.05540% |
| 3847 | 003847 | DEREC C. FILKINS<br>701 GROVE LANE<br>RAINIER, WA 98576-6300 | 859.86 | 2,385.92 | 769.56 | 1,616.36 | 0.05685% |
| 5795 | 005797 | DEREK R. SOLBERG<br>BOX 115 FUHRMAN RD.<br>LARSLAN, MT 59244 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 3149 | 003149 | DERRELL LEE HOLT<br>C/O STEVE BROWN<br>1114 S. GREEN ST.<br>THOMASTON, GA 30286 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 174 | 000174 | DERRILL H. METHVIN<br>373 PINCHBACK<br>BEAUMONT, TX 77707 | 143.53 | 398.25 | 128.45 | 269.80 | 0.00949% |
| 13086 | 013090 | DESHAN YANG<br>25-54 76TH STREET<br>JACKSON HEIGHTS, NY 11370 | 682.30 | 1,893.25 | 610.66 | 1,282.59 | 0.04511% |
| 387 | 000387 | DEVANS L. REEVES<br>P.O. BOX 3004<br>MANCHESTER, GA 31816 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 14346 | 014350 | DEVINDER SINGH<br>20430-121 ST WAY S.E.<br>KENT, WA 98031 | 1,549.67 | 4,300.00 | 1,386.93 | 2,913.07 | 0.10246% |
| 4221 | 004223 | DEVON D. RUTHERFORD<br>P. O. BOX 628A<br>KENNEBUNKPORT, ME 04046 | 681.49 | 1,891.00 | 609.94 | 1,281.06 | 0.04506% |
| 4842 | 004844 | DEVORIE LATTIMORE<br>6780 IRONSTONE<br>COLUMBUS, GA 31907 | 682.93 | 1,895.00 | 611.22 | 1,283.78 | 0.04515% |
| 10724 | 010727 | DIANA D. COLEMAN<br>ROUTE 1 BOX 52<br>MARLOW, OK 73055 | 636.08 | 1,765.00 | 569.29 | 1,195.71 | 0.04206% |
| 5543 | 005545 | DIANA G. LEWIS<br>589 POND ROAD<br>MARTINSVILLE, VA 24112 | 680.96 | 1,889.50 | 609.44 | 1,280.06 | 0.04502% |
| 1060 | 001060 | DIANA H. THOMAS<br>1231 LOOP RD.<br>SEVIERVILLE, TN 37876 | 143.62 | 398.50 | 128.53 | 269.97 | 0.00950% |
| 6147 | 006149 | DIANA L. AYALA<br>216 COLLEGE ST. #4<br>GARDEN CITY, KS 67846 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 10156 | 010159 | DIANA L. DAVIS<br>19805 49TH AVE. N.E.<br>ARLINGTON, WA 98292 | 682.29 | 1,893.20 | 610.64 | 1,282.56 | 0.04511% |
| 8809 | 008812 | DIANA L. FARR<br>P.O. BOX 1738<br>GARDEN CITY, KS 67846 | 1,310.61 | 3,636.66 | 1,172.98 | 2,463.68 | 0.08665% |
| 4859 | 004861 | DIANA M. ESTEP<br>4108 246TH ST, NE<br>ARLINGTON, WA 98223-7537 | 683.94 | 1,897.80 | 612.13 | 1,285.67 | 0.04522% |
| 1126 | 001126 | DIANA R. HANDY<br>124 VININGS DRIVE<br>MCDONOUGH, GA 30253 | 683.93 | 1,897.75 | 612.10 | 1,285.65 | 0.04522% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 1295 | 001294 | DIANE BALSAMO<br>3640 S. 16TH ST.<br>MILWAUKEE, WI 53221 | 322.55 | 895.00 | 288.68 | 606.32 | 0.02133% |
| 1190 | 001190 | DIANE GRIER<br>127 RUALMAINE ROAD<br>THOMASTON, GA 30286 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2466 | 002466 | DIANE HAMILTON<br>2344 S. 12TH AVE.<br>BROADVIEW, IL 60153 | 323.27 | 897.00 | 289.32 | 607.68 | 0.02137% |
| 13318 | 013322 | DIANE M. POHL<br>3044 VIEWCREST DR. NE<br>BREMERTON, WA 98310 | 582.98 | 1,617.65 | 521.77 | 1,095.88 | 0.03854% |
| 9050 | 009053 | DIANE VAN DEVENTER<br>1305 S COUNTY RD 1130<br>MIDLAND, TX 79706 | 323.72 | 898.25 | 289.72 | 608.53 | 0.02140% |
| 5544 | 005546 | DIANN R. GRIERSON<br>ROUTE 2, BOX 3146<br>MILES CITY, MT 59301 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 652 | 000652 | DIANNA JOE PREJSNAR<br>528 CROSBY ROAD<br>VA BEACH, VA 23452 | 358.09 | 993.62 | 320.49 | 673.13 | 0.02368% |
| 6132 | 006134 | DIANNE GARRON<br>RT. 3 BOX 598<br>CLINTON, SC 29325 | 52.26 | 145.00 | 46.77 | 98.23 | 0.00345% |
| 5961 | 005963 | DIANNE J. MUNROE<br>3440 61ST SW<br>SEATTLE, WA 98116 | 937.01 | 2,600.00 | 838.61 | 1,761.39 | 0.06195% |
| 13007 | 013011 | DIANNE L. TURK<br>400 POETRY ROAD<br>TERRELL, TX 75160 | 313.42 | 869.69 | 280.52 | 589.17 | 0.02072% |
| 1841 | 001841 | DIN LONG<br>10414 WEAVER ST<br>EL MONTE, CA 91733 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3306 | 003306 | DIXIE L. MACGREGOR<br>6090 RENNELS<br>HOBBARD, OH 44425 | 311.92 | 865.50 | 279.16 | 586.34 | 0.02062% |
| 1537 | 001536 | DIXIE L. ROSE<br>550 EVENING TOWER RD<br>LEVELLAND, TX 79336 | 825.93 | 2,291.80 | 739.21 | 1,552.59 | 0.05461% |
| 139 | 000139 | DOLORES F. LICKAR<br>20315 NE SANDY BLVD<br>TROUTDALE, OR 97060 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 196 | 000196 | DON RICHMOND<br>1901 CORNWALL AVE<br>BELLINGHAM, WA 98225 | 808.34 | 2,242.95 | 723.44 | 1,519.51 | 0.05344% |
| 6370 | 006372 | DON T. KERIN<br>200 E. MAIN STREET<br>RICHMOND, MO 64085 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4251 | 004253 | DON WILKES<br>BOX 295<br>DODSON, MT 59524 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 6323 | 006325 | DONALD A. ZASIMOWICH<br>11117 E. LAKE HIGHLANDS DR., APT. 203<br>DALLAS, TX 75218 | 684.11 | 1,898.25 | 612.27 | 1,285.98 | 0.04523% |
| 5182 | 005184 | DONALD E. INLOW<br>4434 W. SR 3/22<br>WILMINTON, OH 45177 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 6078 | 006080 | DONALD G. RICHARDSON<br>918 GLADE STREET<br>MARTINSVILLE, VA 24112 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 12809 | 012813 | DONALD G. WILSON<br>178 CR 4358<br>DECATUR, TX 76234 | 720.77 | 2,000.00 | 645.09 | 1,354.91 | 0.04766% |
| 1167 | 001167 | DONALD H. BRIDGERS<br>11504 ARROYO DE VISTA N.E.<br>ALBUQUERQUE, NM 87111 | 322.85 | 895.84 | 288.95 | 606.89 | 0.02135% |
| 4466 | 004468 | DONALD H. PFAFF<br>1898 CTY. RT. 50<br>ARKPORT, NY 14807 | 682.21 | 1,893.00 | 610.58 | 1,282.42 | 0.04511% |
| 3307 | 003307 | DONALD H. THORPE<br>222 PENNAYLVANIA AVE.<br>MCDONALD, OH 44637 | 131.72 | 365.50 | 117.89 | 247.61 | 0.00871% |
| 6679 | 006681 | DONALD K. CODY<br>3115 MOODY STREET<br>MT VERNON, WA 98274-8903 | 683.94 | 1,897.80 | 612.13 | 1,285.67 | 0.04522% |
| 2406 | 002406 | DONALD M. VARNELL<br>517 CAYUSE ST., APT 107<br>WALLA WALLA, WA 99362-0706 | 922.75 | 2,560.44 | 825.85 | 1,734.59 | 0.06101% |
| 10844 | 010847 | DONALD R. PAUL<br>ROUTE 2 BOX 369-A<br>CALDWELL, TX 77836 | 323.72 | 898.25 | 289.72 | 608.53 | 0.02140% |
| 800 | 000800 | DONALD TASKER<br>2932 TASKER LANE<br>SALINA, KS 67401 | 666.72 | 1,850.00 | 596.70 | 1,253.30 | 0.04408% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 8756 | 008759 | DONALD W. CROW<br>111 GLEN ABBEY WAY<br>ALABASTER, AL 35007 | 450.48 | 1,250.00 | 403.18 | 846.82 | 0.02978% |
| 204 | 000204 | DONALD W. LIGGETT<br>505 GREENMEADOW LANE<br>JONESBORO, AR 72401 | 681.49 | 1,891.00 | 609.93 | 1,281.07 | 0.04506% |
| 8915 | 008918 | DONALD W. PIHL<br>8625 S LIGHTVILLE ROAD<br>FALUN, KS 67442 | 322.87 | 895.90 | 288.96 | 606.94 | 0.02135% |
| 9984 | 009987 | DONG DONG JI<br>10731 WEST DR. APT. #304<br>FAIRFAX, VA 22030 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 498 | 000498 | DONG TAI<br>61-34 220 STREET 1ST FLOOR<br>NEWYORK, NY 11364 | 26.16 | 72.59 | 23.42 | 49.17 | 0.00173% |
| 13612 | 013616 | DONGMING ZHAO<br>6386 RESERVE WAY<br>HOLLAND, MI 49423-7911 | 726.55 | 2,016.00 | 650.24 | 1,365.76 | 0.04804% |
| 5761 | 005763 | DONNA BORGEN<br>60 SUNNY HILLS DRIVE<br>GLASQOW, MT 59244 | 352.10 | 977.00 | 315.13 | 661.87 | 0.02328% |
| 3918 | 003918 | DONNA E. JENKINS<br>LEFELDT AVE. BOX 9<br>BIG SANDY, MT 59520 | 175.51 | 487.00 | 157.08 | 329.92 | 0.01160% |
| 4021 | 004021 | DONNA J. GOLDING<br>3628 DOLPHIN DRIVE<br>NANOOSE BAY, BC V9P9H2<br>FOREIGN, FN 99999 | 593.29 | 1,646.26 | 530.99 | 1,115.27 | 0.03923% |
| 865 | 000865 | DONNA J. MCCALLUM<br>BOX 922<br>SECHELT, BC V0N3A0<br>FOREIGN, FN 99999 | 168.76 | 468.26 | 151.03 | 317.23 | 0.01116% |
| 6304 | 006306 | DONNA J. MCLAMB<br>3953 N CLAREY<br>EUGENE, OR 97402 | 323.63 | 898.00 | 289.64 | 608.36 | 0.02140% |
| 3565 | 003565 | DONNA M. GARNIER<br>2412 SCARLET STREET<br>BOISE, ID 83706 | 311.74 | 865.00 | 278.99 | 586.01 | 0.02061% |
| 3160 | 003160 | DONNA M. PLUNKETT<br>C/O JANET GILBERT<br>POST OFFICE BOX 592<br>MOLENA, GA 30258 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 4233 | 004235 | DONNA M. SMYDER<br>1898 CO. RT. 50<br>ARKPORT, NY 14807 | 682.21 | 1,893.00 | 610.58 | 1,282.42 | 0.04511% |
| 2314 | 002314 | DONNA M. WITTENBERG<br>6404 PARK VIEW AVEUNE, SE<br>CEDAR RAPIDS, IA 52403 | 131.70 | 365.44 | 117.87 | 247.57 | 0.00871% |
| 4058 | 004059 | DONNA S. SCHAEFER<br>101 RAINBOW DRIVE #9701<br>LIVINGSTON, TX 77351 | 516.24 | 1,432.45 | 462.02 | 970.43 | 0.03413% |
| 459 | 000459 | DONNA YAEGER<br>1530 LESLIE AVE.<br>HELENA, MT 59601 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 13820 | 013824 | DONNIE BROUHARD<br>4078 S.W. CAMELOT<br>LEE'S SUMMIT, MO 64082 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1751 | 001751 | DONNIE S. HATTAWAY WISE<br>803 BLUEGRASS DRIVE<br>PRATTVILLE, AL 36066 | 684.01 | 1,898.00 | 612.19 | 1,285.81 | 0.04522% |
| 14831 | 014838 | DORIS E. FISK<br>28 MAIN STREET<br>ARKPORT, NY 14807 | 236.51 | 656.26 | 211.67 | 444.59 | 0.01564% |
| 3070 | 003070 | DORIS E. GULLICKSON<br>RR 1 BOX 682<br>BIG SANDY, MT 59520 | 132.91 | 368.80 | 118.95 | 249.85 | 0.00879% |
| 1285 | 001284 | DORIS I. HEWITT<br>4433 WOODLAND ROAD<br>THOMASTON, GA 30286 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 2686 | 002686 | DORIS J. WILDE<br>RT. 1, BOX 243<br>LOTT, TX 76656 | 313.97 | 871.19 | 280.99 | 590.20 | 0.02076% |
| 13822 | 013826 | DORIS KING<br>239 SARDIS RD.<br>CANTON, GA 30114 | 337.52 | 936.55 | 302.08 | 634.47 | 0.02232% |
| 161 | 000161 | DORIS WOODS F. BRAYBOY<br>ROUTE #1 BOX 431<br>PEMBROKE, NC 28372 | 673.47 | 1,868.75 | 602.76 | 1,265.99 | 0.04453% |
| 2029 | 002029 | DOROTHY A. GROVE<br>3000 VILLARD #145A<br>HELENA, MT 59601 | 306.33 | 850.00 | 274.16 | 575.84 | 0.02025% |
| 13939 | 013943 | DOROTHY A. MARTIN<br>57 HUMMINGBIRD LN<br>OCEANSIDE, CA 92057 | 306.33 | 850.00 | 274.16 | 575.84 | 0.02025% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 1915 | 001915 | DOROTHY B WARE<br>717 CAROL STREET<br>CARTHAGE, MO 64836-7650 | 618.06 | 1,250.00 | 88.17 | 1,161.83 | 0.04086% |
| 1885 | 001885 | DOROTHY C. STEARNS<br>9912 NETHERTON DR.<br>LAS VEGAS, NV 89134 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 1186 | 001186 | DOROTHY C. TURNER<br>4431 WOODLAND RD.<br>THOMASTON, GA 30286 | 392.37 | 1,088.75 | 351.17 | 737.58 | 0.02594% |
| 13824 | 013828 | DOROTHY G. LARSEN<br>17712 W. COUNTRY CLUB DR.<br>ARLINGTON, WA 98223 | 771.95 | 2,142.00 | 690.88 | 1,451.12 | 0.05104% |
| 407 | 000407 | DOROTHY HUFF<br>307 9TH AVENUE<br>MANCHESTER, GA 31816 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 22 | 000022 | DOROTHY P. ROBERTS<br>3340 PROGRESS HILLS BLVD.<br>PIGEON FORGE, TN 37863 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1741 | 001741 | DOROTHY XIAO<br>950 HUTCHINGS DRIVE<br>SAN LEANDRO, CA 94577 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 6892 | 006894 | DORRELL L PAGE<br>10375 LAWRENCE 2092<br>MT VERNON, MO 65712 | 1,549.67 | 4,300.00 | 1,386.93 | 2,913.07 | 0.10246% |
| 2841 | 002841 | DOUG HASKINS<br>2620 VALENCIA STREET<br>BELLINGHAM, WA 98226 | 639.69 | 1,775.00 | 572.51 | 1202.49 | 0.04229% |
| 11838 | 011841 | DOUG M. STANNARD<br>168 KVVP DRIVE<br>LEESVILLE, LA 71446 | 684.20 | 1,898.50 | 612.35 | 1,286.15 | 0.04524% |
| 294 | 000294 | DOUGLAS A. SHELNUTT<br>POST OFFICE BOX 788<br>LOGANVILLE, GA 30052 | 503.10 | 1,396.00 | 450.27 | 945.73 | 0.03326% |
| 13788 | 013792 | DOUGLAS BERG<br>31 POINT OF ROCKS RD<br>WHITEHALL, MT 59759 | 683.93 | 1,897.75 | 612.10 | 1,285.65 | 0.04522% |
| 4828 | 004830 | DOUGLAS J. MCCLELLAN<br>17101 E. 7TH TERRACE COURT N.<br>INDEPENDENCE, MO 64056 | 140.95 | 391.10 | 126.15 | 264.95 | 0.00932% |
| 8303 | 008306 | DOUGLAS L. RENFROE<br>108 DEVONPORT CIR.<br>RAYMOND, MS 39154 | 683.65 | 1,897.00 | 611.87 | 1,285.13 | 0.04520% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 9363 | 009366 | DOUGLAS MC ALEAR<br>1515 ASHBERRY CT. #6<br>MISSOULA, MT 59801 | 699.17 | 1,940.04 | 625.75 | 1,314.29 | 0.04623% |
| 776 | 000776 | DOUGLAS N. HALL<br>6513 SEVEN LOCKS ROAD<br>CABIN JOHN, MD 20818 | 320.75 | 890.00 | 287.06 | 602.94 | 0.02121% |
| 954 | 000954 | DR. HENRY HILL WOLMARANS<br>15594 RIPARIAN RD.<br>POWAY, CA 92064 | 319.89 | 887.62 | 286.29 | 601.33 | 0.02115% |
| 6158 | 006160 | DUANE A. UNGER<br>1685 W. 5TH ST.<br>COLBY, KS 67701 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 818 | 000818 | DUANE R. OLESON<br>1917 ROAD 44<br>PASCO, WA 98301 | 682.43 | 1,893.60 | 610.76 | 1,282.84 | 0.04512% |
| 1646 | 001645 | DUDLEY F. CHRISTIAN<br>411 HOLLY BROOK DRIVE<br>MONTGOMERY, AL 36109 | 1,549.67 | 4,300.00 | 1,386.93 | 2,913.07 | 0.10246% |
| 495 | 000495 | DUNSEN LIN<br>61-34 220 STREET 1FL-A BAYSIDE<br>NEW YORK, NY 11364 | 24.19 | 67.12 | 21.64 | 45.48 | 0.00160% |
| 3155 | 003155 | DWAYNE LEE DUNCAN<br>116 CALVARY RD.<br>CONCORD, GA 30206 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1255 | 001254 | DWIGHT E. GIDDENS<br>6255 Dahlonega Hwy.<br>Clermont, GA 30527 | 681.85 | 1,892.00 | 610.25 | 1,281.75 | 0.04508% |
| 658 | 000658 | DWIGHT HOLCOMB<br>100 ACOMA DR.<br>NOCONA, TX 76255 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 979 | 000979 | DWIGHT L. DUNCAN<br>18230 PLUMBAGO COURT<br>LEHIGH ACRES, FL 33936-3828 | 894.01 | 2,480.68 | 800.12 | 1,680.56 | 0.05911% |
| 20 | 000020 | E. DORIS NICHOLS<br>2458 GRANADA AVENUE<br>SOUTH DAYTONA, FL 32119 | 196.41 | 545.00 | 175.78 | 369.22 | 0.01299% |
| 2022 | 002022 | E. ROY HOLLIFIELD<br>RT. 2 BOX 2098<br>CLAYTON, GA 30525 | 321.10 | 891.00 | 287.39 | 603.61 | 0.02123% |
| 14481 | 014485 | EARL JOPEPH DUGAS<br>181 BEECHWOOD LANE<br>NATCHITOCHES, LA 71457 | 312.82 | 868.00 | 279.97 | 588.03 | 0.02068% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 3872 | 003872 | EARL R. PICKERING<br>625 CONCORD<br>VIDOR, TX 77662 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 5576 | 005578 | EARLINE R. CARTER<br>500 AUGUSTA ST.<br>WEST COLUMBIA, SC 29169 | 385.16 | 1,068.75 | 344.72 | 724.03 | 0.02547% |
| 8182 | 008185 | EARMER LEE SMITH<br>2304 REED STREET<br>PINE BLUFF, AR 71601 | 323.09 | 896.50 | 289.16 | 607.34 | 0.02136% |
| 13823 | 013827 | ED C. DEMING<br>PO BOX 1130<br>ALBANY, GA 31702-1130 | 673.75 | 1,869.50 | 602.99 | 1,266.51 | 0.04455% |
| 1123 | 001123 | EDDIE C. HOLCOMB<br>7801 CR 4094<br>KAUFMAN, TX 75142 | 142.80 | 396.25 | 127.81 | 268.44 | 0.00944% |
| 3480 | 003480 | EDDIE D. NERSTEN<br>2749 S. SKAGIT HWY<br>SEDROWOOLLEY, WA 98284 | 323.56 | 897.80 | 289.58 | 608.22 | 0.02139% |
| 5849 | 005851 | EDDIE LOU RHINE<br>2620 SPRUCE PK. DR.<br>FORT WORTH, TX 76118 | 774.21 | 2,148.25 | 692.90 | 1,455.35 | 0.05119% |
| 4363 | 004365 | EDDIE READHIMER<br>2871 MAPLE CIRCLE<br>THOMPSON STATIO, TN 37179 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 511 | 000511 | EDITH F. WENRICH<br>509 WALNUT STREET<br>DENVER, PA 17517 | 140.91 | 391.00 | 126.11 | 264.89 | 0.00932% |
| 742 | 000742 | EDITH LAN<br>827 GARFIELD ST.<br>SAN FRANCISCO, CA 94132 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 268 | 000268 | EDITH WONG<br>1574 24TH AVENUE<br>SAN FRANCISCO, CA 94122 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1179 | 001179 | EDNA A. BARKER<br>4429 WOODLAND ROAD-LOT#4<br>THOMASTON, GA 30286 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 8104 | 008107 | EDNA M REYNOLDS<br>2720 COMET RD<br>RICHMOND, VA 23294 | 411.20 | 1,141.00 | 368.02 | 772.98 | 0.02719% |
| 11934 | 011938 | EDNA M. SAUNDERS<br>12235 ROSEMARY<br>DETROIT, MI 48213 | 142.72 | 396.00 | 127.72 | 268.28 | 0.00944% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 3403 | 003403 | EDNA T. PRATHER<br>RT. 3 BOX 3984<br>TOCCOA, GA 30577 | 141.27 | 392.00 | 126.44 | 265.56 | 0.00934% |
| 1672 | 001671 | EDWARD A. MILLER<br>24047 THORNAPPLE DR.<br>CAMBRIDGE SPRIN, PA 16403 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 6307 | 006309 | EDWARD J. WILKERSON<br>920 VIRGINIA AVENUE<br>FOLLANSBEE, WV 26037 | 672.49 | 1,866.00 | 601.86 | 1,264.14 | 0.04446% |
| 6851 | 006853 | EDWARD L. BAKER<br>12710 AALFS ROAD<br>BUCHANNAN, MI 49107 | 131.54 | 365.00 | 117.73 | 247.27 | 0.00870% |
| 1600 | 001599 | EDWARD L. WONG<br>317 COMMANDER LANE<br>REDWOOD, CA 94065 | 312.91 | 868.25 | 280.04 | 588.21 | 0.02069% |
| 11483 | 011486 | EILEEN HEAPE<br>2759 FOLIAGE GREEN<br>KINGWOOD, TX 77339 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 298 | 000298 | ELAINE BENEFIELD<br>10636 HWY 62 E<br>HENDERSON, AR 72544 | 672.71 | 1,866.63 | 602.07 | 1,264.56 | 0.04448% |
| 9145 | 009148 | ELAINE D. MURPHY<br>3207 BAYOU CROSSING<br>SUGARLAND, TX 77479 | 321.92 | 893.25 | 288.11 | 605.14 | 0.02128% |
| 7277 | 007279 | ELIAS JOHN HENRY, JR.<br>1103 ABRAHAM ROY<br>NEW IBERIA, LA 70560 | 143.07 | 397.00 | 128.05 | 268.95 | 0.00946% |
| 4851 | 004853 | ELISABETH A. GUFFEY<br>7576 OLD DIXIANA ROAD<br>PINSON, AL 35126-2734 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1180 | 001180 | ELIZABETH A. CARR<br>1973 HWY 138 N.<br>CONYERS, GA 30208 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 2297 | 002297 | ELIZABETH A.[ANNE] HORN<br>680 2ND AVE. N<br>ASHLAND, AL 36251 | 774.11 | 2,148.00 | 692.82 | 1,455.18 | 0.05118% |
| 13712 | 013716 | ELIZABETH ANN SCAVUZZO<br>605 E. 89TH STREET<br>KANSAS CITY, MO 64131 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2398 | 002398 | ELIZABETH BAIR<br>3488 E. 3180 NORTH<br>KIMBERLY, ID 83341 | 220.53 | 611.95 | 197.39 | 414.56 | 0.01458% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 4023 | 004023 | ELIZABETH G. AARON<br>2795 PEACHTREE ROAD B4<br>ATLANTA, GA 30305 | 36.04 | 100.00 | 32.25 | 67.75 | 0.00238% |
| 1709 | 001709 | ELIZABETH L. ALLEN<br>95 CEDAR RIDGE DRIVE<br>WETUMPKA, AL 36093 | 648.70 | 1,800.00 | 580.58 | 1,219.42 | 0.04289% |
| 11841 | 011844 | ELIZABETH S. PETTY<br>45 OLD MILL ROAD<br>CAMPOBELLO, SC 29322 | 322.55 | 895.00 | 288.68 | 606.32 | 0.02133% |
| 14199 | 014203 | ELIZABETH WEST<br>136 HWY 1044<br>GREENSBURG, LA 70441 | 134.06 | 372.00 | 119.99 | 252.01 | 0.00886% |
| 1203 | 001203 | ELIZBETH A SHEEHAN<br>2831 LOMBARDY CT. A<br>AUGUSTA, GA 30909-3901 | 673.75 | 1,869.50 | 602.99 | 1,266.51 | 0.04455% |
| 7322 | 007324 | ELLEN M. HANSEN<br>2840 SALEM AVE., S.E.<br>ALBANY, OR 97321 | 702.76 | 1,950.00 | 628.96 | 1,321.04 | 0.04646% |
| 8788 | 008791 | ELLIOTT L. KRUMREY<br>1001 SAN SABA<br>COLLEGE STATION, TX 77840 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 2568 | 002568 | ELLISON L. YU<br>1524 HWY 19N.<br>THOMASTON, GA 30286 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 13523 | 013527 | ELLOUISE M. SNYDER<br>PO BOX 2039<br>GRANITE FALLS, WA 98252-2039 | 757.84 | 2,102.85 | 678.26 | 1,424.59 | 0.05011% |
| 9728 | 009731 | ELMER E. CHRISTNER<br>3015 ELIZABETH<br>BELLINGHAM, WA 98225 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 5209 | 005211 | ELNOR E. CORNEIL<br>865 LARKSPUR POWELL<br>DEER LODGE, MT 59722 | 129.74 | 360.00 | 116.12 | 243.88 | 0.00858% |
| 13758 | 013762 | ELSA E. CHALMERS<br>184 BLACKTHORN DRIVE<br>VALPARAISO, IN 46383-7847 | 726.55 | 2,016.00 | 650.24 | 1,365.76 | 0.04804% |
| 4161 | 004163 | ELSIE G. LEMONDS<br>1341-LEMONDS DRIVE<br>QUILCENE, WA 98376 | 136.91 | 379.90 | 122.54 | 257.36 | 0.00905% |
| 4840 | 004842 | ELSIE M WANG<br>208 NATHAN DR<br>GOODLETTSVILLE, TN 37072 | 673.21 | 1,868.00 | 602.50 | 1,265.50 | 0.04451% |