| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 1308 | 001307 | ELSIE R DAVIS<br>RT 6 BOX 225A<br>GALAX, VA 24333 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 1228 | 001228 | EMILIE DRAGOVICH<br>BOX 261<br>GATES, OR 97346 | 143.44 | 398.00 | 128.37 | 269.63 | 0.00948% |
| 3162 | 003162 | EMILIO MAZA, JR.<br>2664 OLD SPANISH TRAIL<br>BROWNSVILLE, TX 78520 | 673.82 | 1,869.69 | 603.05 | 1,266.64 | 0.04455% |
| 2153 | 002153 | EMILY D. MCDUFFIE<br>404 W. GORDON<br>THOMASTON, GA 30286 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 2588 | 002588 | EMILY M. YAMADA<br>8404 SAINT REGIS WAY<br>GAITHERSBURG, MD 20886 | 672.13 | 1,865.00 | 601.54 | 1,263.46 | 0.04444% |
| 3423 | 003423 | EMILY W. MCWILLIAMS<br>2135 CEDAR BEND ROAD NORTH<br>SOUTHSIDE, AL 35907 | 682.21 | 1,893.00 | 610.58 | 1,282.42 | 0.04511% |
| 3939 | 003939 | EMMA L. MARCH<br>101 HILLBROOK DR<br>MARTINEZ, GA 30907 | 321.47 | 892.00 | 287.71 | 604.29 | 0.02125% |
| 8891 | 008894 | EMMELINE I. DODD<br>16706 GALEWOOD WAY<br>HOUSTON, TX 77058 | 446.16 | 1,238.00 | 399.31 | 838.69 | 0.02950% |
| 3873 | 003873 | EMMETT F. MARKULIS<br>828 NORD AVE #13<br>CHICO, CA 95926 | 756.81 | 2,100.00 | 677.34 | 1,422.66 | 0.05004% |
| 14875 | 014882 | ENA SHEPHERD<br>1950 S. 299TH PL.<br>FEDERAL WAY, WA 98003 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 12440 | 012444 | ENID R. BRITT<br>#106 - 102 BEGIN<br>COQUITLAM, BC V3K4V2A<br>CANADA | 906.73 | 2,515.98 | 811.51 | 1,704.47 | 0.05995% |
| 5438 | 005440 | ENRIGUE LONGORIA<br>6529 INWOOD RD.<br>DALLAS, TX 75209 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4353 | 004355 | ENTERPRISES SHOKARG<br>15456-99A AVE.<br>SURREY, BC V3R9H4<br>FOREIGN, FN 99999 | 685.30 | 1,901.55 | 613.33 | 1,288.22 | 0.04531% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 10237 | 010240 | ENXI XIE<br>149-34 SANFORD AVENUE<br>FLUSHING, NY 11355 | 279.30 | 775.00 | 249.97 | 525.03 | 0.01847% |
| 12973 | 012977 | ERENDIRA TAMEZ<br>5801 W. BUS.83 #19<br>HARLINGEN, TX 78552 | 41.04 | 113.88 | 36.73 | 77.15 | 0.00271% |
| 3296 | 003296 | ERIC A. KREBS<br>816 N. BELL AVE. APT. #56<br>DENTON, TX 76201 | 323.27 | 897.00 | 289.32 | 607.68 | 0.02137% |
| 11463 | 011466 | ERIC A. ROY<br>404 E PROSPER STREET<br>CHALMETTE, LA 70043 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 12561 | 012565 | ERIC J. PETERSEN<br>1608 RICH STREET<br>HAVRE, MT 59501 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 11792 | 011795 | ERIC L HISAW<br>811 HARVEST DRIVE<br>COLLEGE PLACE, WA 99324 | 558.60 | 1,550.00 | 499.94 | 1,050.06 | 0.03693% |
| 12945 | 012949 | ERIC M. MCLEOD<br>322 FALWORTH<br>HOUSTON, TX 77060 | 589.65 | 1,636.15 | 527.73 | 1,108.42 | 0.03899% |
| 11864 | 011867 | ERIC POULLAND<br>P.O. BOX 44784<br>LAFAYETTE, LA 70504 | 323.44 | 897.50 | 289.49 | 608.01 | 0.02139% |
| 3809 | 003809 | ERIC R. HOUGHLAND<br>1107 1/2 LAKEVIEW ST.<br>BELLINGHAM, WA 98226 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 2571 | 002571 | ERIC W. COX<br>898 EPPINGER BRIDGE ROAD<br>CONCORD, GA 30206 | 683.29 | 1,896.00 | 611.55 | 1,284.45 | 0.04518% |
| 1737 | 001737 | ERIC ZHAO<br>1050 ARTHUR AVE<br>SAN LEANDRO, CA 94577 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 13883 | 013887 | ERICA A. BINNICKER<br>10403 KIRKHILL<br>HOUSTON, TX 77089 | 143.53 | 398.25 | 128.45 | 269.80 | 0.00949% |
| 14665 | 014671 | ERICA FOGG<br>842 COLT DR<br>WAKE FOREST, NC 27587 | 142.36 | 267.60 | 0.00 | 267.60 | 0.00941% |
| 4276 | 004278 | ERICA L. JOHNSON<br>1256 CENTER ST.<br>PORT TOWNSEND, WA 98368 | 684.09 | 1,898.20 | 612.25 | 1,285.95 | 0.04523% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 3115 | 003115 | ERIK S. MUSIEK<br>111 LYME RD<br>HANOVER, NH 3755 | 108.11 | 300.00 | 96.77 | 203.23 | 0.00715% |
| 9364 | 009367 | ERMA STILLWELL<br>POST OFFICE BOX 270664<br>CORPUS CHRISTI, TX 78427 | 830.82 | 2,305.34 | 743.57 | 1,561.77 | 0.05493% |
| 1860 | 001860 | ERNEST & ROSA JEAN REINHARDT<br>216 S. HANNAFORD<br>WILSALL, MT 59086 | 672.13 | 1,865.00 | 601.54 | 1,263.46 | 0.04444% |
| 10361 | 010364 | ESTATE OF LILLIAN P KIRKLAND<br>P.O. BOX 369<br>WEATHERFORD, TX 76086 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 1976 | 001976 | ETHEL A. SIZEMORE<br>1106 HALE CIRLE<br>BIRMINGHAM, AL 35215-5854 | 681.49 | 1,891.00 | 609.93 | 1,281.07 | 0.04506% |
| 9805 | 009808 | EUGENE B. KOROLAK<br>P O BOX 309<br>SOAP LAKE, WA 98851-0309 | 682.93 | 1,895.00 | 611.22 | 1,283.78 | 0.04515% |
| 5184 | 005186 | EUGENE D. JOHNSON<br>RR 2 BOX 110A<br>CUBA, KS 66940 | 450.48 | 1,250.00 | 403.18 | 846.82 | 0.02978% |
| 452 | 000452 | EUGENE GAY<br>4427 HWY 17N<br>WRENS, GA 30833 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 637 | 000637 | EUGENE LOVE<br>10443 HWY 296<br>STAPLETON, GA 30823 | 169.75 | 471.00 | 151.91 | 319.09 | 0.01122% |
| 1762 | 001762 | EUGENE P. MAYFIELD<br>421 COUNTY ROAD<br>CARTHAGE, MO 64836 | 683.33 | 1,896.10 | 611.58 | 1,284.52 | 0.04518% |
| 3083 | 003083 | EUNICE HENDARY<br>760 LAVA WAY<br>SAN JOSE, CA 95133 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 6918 | 006920 | EUNICE M. DANIEL<br>2104 MARYS CREEK WEST<br>PEARLAND, TX 77581 | 684.11 | 1,898.25 | 612.27 | 1,285.98 | 0.04523% |
| 6557 | 006559 | EVA LIANG<br>1368 SUTTER ST.<br>SAN FRANCISCO, CA 94109 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 4984 | 004986 | EVA M PANG<br>2564 OLMSTEAD CT<br>SOUTH SAN FRANC, CA 94080 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 6684 | 006686 | EVA SALDIVAR<br>201 WENTZ<br>SAN BENITO, TX 78586 | 323.72 | 898.25 | 289.72 | 608.53 | 0.02140% |
| 3238 | 003238 | EVE L HOLDER<br>7011 PASADENA AVE<br>DALLAS, TX 75214 | 774.73 | 2,149.70 | 693.37 | 1,456.33 | 0.05122% |
| 2770 | 002770 | EVELYN DELANEY<br>9 DEER LANE<br>IVORYTON, CT 6442 | 140.54 | 390.00 | 125.81 | 264.19 | 0.00929% |
| 6757 | 006759 | EVELYN L. ATKINS<br>405 SHEPPARD CT.<br>HURST, TX 76053 | 684.11 | 1,898.25 | 612.27 | 1,285.98 | 0.04523% |
| 3999 | 003999 | EVELYN L. BODIFORD<br>126 CHASEY DRIVE<br>BONNEAU, SC 29431 | 313.09 | 868.75 | 280.21 | 588.54 | 0.02070% |
| 6695 | 006697 | EVELYN L. MILLS<br>11815 DUCK CIRCLE<br>SPOTSYLVANIA, VA 22553 | 360.38 | 1,000.00 | 322.55 | 677.45 | 0.02383% |
| 8827 | 008830 | EVELYN L. THOMAS<br>PO BOX 2144<br>BLAIRSVILLE, GA 30512 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1284 | 001283 | EVELYN L. THOMPSON<br>248 RIDGECREST DR.<br>THOMASTON, GA 30286 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 11513 | 011516 | EVELYN S. SMALLEY<br>243 BOHLER DRIVE<br>EVANS, GA 30809 | 90.05 | 249.85 | 80.58 | 169.27 | 0.00595% |
| 5153 | 005155 | F. CLAIRE MINTIER<br>3928 CEDARBROOK COURT<br>BELLINGHAM, WA 98226 | 683.94 | 1,897.80 | 612.13 | 1,285.67 | 0.04522% |
| 14885 | 014892 | F. MICHAEL COLEMAN<br>3112 S 1765 EAST<br>SALT LAKE CITY, UT 84106 | 99.11 | 275.00 | 88.70 | 186.30 | 0.00655% |
| 7202 | 007204 | FABIOLA DUMPIT<br>338 LINFIELD DRIVE<br>VALLEJO, CA 94589 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 11235 | 011238 | FAITH THRASHER<br>100 ROWAN JACOBS RD.<br>ALTOONA, AL 35952 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1085 | 001085 | FANG LI<br>1901 54TH SE LANE<br>OLYMPIA, WA 98501-4746 | 681.49 | 1,891.00 | 609.93 | 1,281.07 | 0.04506% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 11077 | 011080 | FARRELL FENNER<br>410 SHERMAN ST.<br>NOCONA, TX 76255 | 875.74 | 2,430.00 | 783.78 | 1,646.22 | 0.05790% |
| 10296 | 010299 | FAYE A. FITZGERALD<br>P.O. BOX 845<br>GREAT FALLS, MT 59403 | 305.81 | 848.58 | 273.71 | 574.87 | 0.02022% |
| 774 | 000774 | FAYE B. COATES<br>2919 NORTH COLONIAL DRIVE<br>MONTGOMERY, AL 36111 | 682.93 | 1,895.00 | 611.22 | 1,283.78 | 0.04515% |
| 14727 | 014733 | FAYE C. THURSTON<br>227 ASHTON HILL DR.<br>COLUMBIA, SC 29229 | 670.32 | 1,860.00 | 599.93 | 1,260.07 | 0.04432% |
| 3469 | 003469 | FAYE D. IWANAGA<br>1204 NEW HORIZON STREET<br>POWDER SPRINGS, GA 30127 | 612.66 | 1,700.00 | 548.32 | 1,151.68 | 0.04051% |
| 2301 | 002301 | FAYE T. WLODYKA<br>205-3 ACADEMY PLACE<br>MOORESVILLE, NC 28115 | 110.81 | 307.48 | 99.18 | 208.30 | 0.00733% |
| 13320 | 013324 | FAYRENE CHANCELLOR<br>528 MARTIN LUTHER KING BLVD<br>ATHENS, TX 75751 | 403.52 | 1,119.69 | 361.15 | 758.54 | 0.02668% |
| 6716 | 006718 | FEINAN SHI<br>207 ROCKFORD AVE<br>FOREST PARK, IL 60130 | 667.09 | 1,851.03 | 597.04 | 1,253.99 | 0.04411% |
| 7739 | 007742 | FEISHIA LEE<br>6819 SAINT ANNE ST<br>DALLAS, TX 75248 | 297.99 | 826.88 | 266.71 | 560.17 | 0.01970% |
| 3373 | 003373 | FELICIA D. WALDON<br>221 MARBLE SPRINGS RD.<br>LILBURN, GA 30047-8049 | 1,297.39 | 3,600.00 | 1,161.16 | 2,438.84 | 0.08578% |
| 7647 | 007650 | FELISA R. TURNER<br>925 WEST BASELINE RD. #105-K8<br>TEMPE, AZ 85283 | 1,366.59 | 3,792.00 | 1,223.08 | 2,568.92 | 0.09035% |
| 4334 | 004336 | FENG LIU<br>7561 MURRAY HILL RD. #135<br>COLUMBIA, MD 21046 | 304.60 | 845.20 | 272.61 | 572.59 | 0.02014% |
| 4305 | 004307 | FIDEL SALAZAR<br>239 TEODORA DR.<br>RIO GRANDE, TX 78582 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 7286 | 007288 | FLORENCE MEYERS<br>8445 FENWICK ST<br>SUNLAND, CA 91040 | 682.30 | 1,893.25 | 610.66 | 1,282.59 | 0.04511% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 10440 | 010443 | FNH COMPANY<br>1202 CORN TASSEL TRAIL<br>MARTINSVILLE, VA 24112 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 6676 | 006678 | FONG P. LEUNG<br>226 LELAND AVENUE<br>SAN FRANCISCO, CA 94134 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 11674 | 011677 | FOREMAN H. DOWLING<br>3020 LEESBOURG TRAIL<br>WOODSTOCK, GA 30189 | 668.52 | 1,855.00 | 598.32 | 1,256.68 | 0.04420% |
| 2468 | 002468 | FRANCES E. SALINAS<br>1113 RADISSON<br>HEWITT, TX 76643 | 99.11 | 275.00 | 88.70 | 186.30 | 0.00655% |
| 3490 | 003490 | FRANCES K. LAMPO<br>10660 DEER RUN<br>COLLEGE STATION, TX 77845 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4191 | 004193 | FRANCES M. COPELAND<br>POST OFFICE BOX 492<br>GREENSBORO, GA 30642 | 681.49 | 1,891.00 | 609.93 | 1,281.07 | 0.04506% |
| 2201 | 002201 | FRANCES M. FENNELL<br>884 TRIUNE MILL RD.<br>THOMASTON, GA 30286 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 9922 | 009925 | FRANCES M. GRIGSBY<br>418 FREEMAN ST.<br>DADEVILLE, AL 36853 | 360.38 | 1,000.00 | 322.55 | 677.45 | 0.02383% |
| 10711 | 010714 | FRANCES P. RUSHING<br>113 HIGHLAND DRIVE<br>AMERICUS, GA 31709-2703 | 673.75 | 1,869.50 | 602.99 | 1,266.51 | 0.04455% |
| 2132 | 002132 | FRANCISCA B. RAMIREZ<br>2814 N. WASHINGTON AVENUE<br>ODESSA, TX 79764 | 162.11 | 449.81 | 145.08 | 304.73 | 0.01072% |
| 3227 | 003227 | FRANK J. JR. GREENE<br>901 ALTON CIR<br>FLORENCE, SC 29501 | 776.10 | 2,153.50 | 694.59 | 1,458.91 | 0.05131% |
| 670 | 000670 | FRANK MARTIN<br>5212 TIMBER CREEK CIRCLE<br>NORTH LITTLE RO, AR 72116 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 6940 | 006942 | FRED L. PRATT<br>349 SAND HILL LN.<br>TOWNSEND, MT 59644-9682 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 10194 | 010197 | FRED M HENSLEY<br>RT 1 BOX 40-B-1<br>PARADISE, TX 76073 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 13786 | 013790 | FREDA GEORGE<br>6102 E SHANDA DR<br>RALEIGH, NC 27609 | 255.35 | 480.00 | 0.00 | 480.00 | 0.01688% |
| 2677 | 002677 | FREDA K. MC DOWELL<br>3545 COTTONWOOD DRIVE<br>MONTGOMERY, AL 36109 | 684.01 | 1,898.00 | 612.19 | 1,285.81 | 0.04522% |
| 1130 | 001130 | FREDDIE TURNER<br>11819 HIGHDESERT CT.<br>JACKSONVILLE, FL 32218 | 765.52 | 2,118.50 | 679.48 | 1,439.02 | 0.05061% |
| 12309 | 012313 | FREDINE M. TUNNELL<br>505 MULBERRY P.O. BOX 1627<br>VAN, TX 75790 | 673.82 | 1,869.69 | 603.05 | 1,266.64 | 0.04455% |
| 10274 | 010277 | FREDINE O KELLEY<br>2124 IMPERIAL DRIVE<br>GAINESVILLE, GA 30501 | 648.70 | 1,800.00 | 580.58 | 1,219.42 | 0.04289% |
| 1803 | 001803 | G. DOUGLAS HAYNES<br>1010 VALIENT LANE<br>MARTINSVILLE, VA 24112 | 680.96 | 1,889.50 | 609.44 | 1,280.06 | 0.04502% |
| 3540 | 003540 | GABE L. MARTINEZ<br>1813 113TH DR., SE<br>LAKE STEVENS, WA 98258-2030 | 684.74 | 1,900.00 | 612.83 | 1,287.17 | 0.04527% |
| 12496 | 012500 | GAIL C. DAIGRE<br>635 BAYOU TORTUE RD.<br>NEW IBERIA, LA 70560 | 143.07 | 397.00 | 128.05 | 268.95 | 0.00946% |
| 764 | 000764 | GAIL E. VAN SLYKE<br>701 S. 53RD<br>LINCOLN, NE 68510 | 141.09 | 391.50 | 126.28 | 265.22 | 0.00933% |
| 14884 | 014891 | GAIL F. CHRISTIAN<br>3980 S. MOJAVE RD.<br>LAS VEGAS, NV 89121 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 915 | 000915 | GAIL H. JONES<br>C/O HUNTSVILLE HOSPITAL, OR<br>101 SIVELY RD<br>HUNTSVILLE, AL 35801 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 14930 | 014937 | GAIL M. OHASHI<br>7215 S. 131ST ST.<br>SEATTLE, WA 98178 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 11201 | 011204 | GAIL WILCOX<br>12001 CRYSTAL HILL RD.<br>MAUMELLE, AR 72113 | 539.61 | 1,497.28 | 482.93 | 1,014.35 | 0.03568% |
| 4892 | 004894 | GAIL Y TSAI<br>955 WATER ST.<br>PORT TOWNSEND, WA 98368 | 413.69 | 1,147.90 | 370.25 | 777.65 | 0.02735% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 7598 | 007601 | GARLAND R. JENNINGS 7432 COULSON CHURCH RD AUSTINVILLE, VA 24312 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 11154 | 011157 | GARRET E. COLE 520 LAKESIDE DRIVE SEDRO WOOLLEY, WA 98284 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 12675 | 012679 | GARRETT W. ARCHDEKIN 7717 BRIAR PRAIRIE VILLAGE, KS 66208 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 7477 | 007480 | GARRY W. JOHNSON 314 SULLIVAN AVE. CIRCLE, MT 59215 | 138.75 | 385.00 | 124.18 | 260.82 | 0.00917% |
| 663 | 000663 | GARTH L HIGHLAND C/O LINDA A. HIGHLAND 27487 WELLS CREEK ROAD WAMEGO, KS 66547 | 90.09 | 250.00 | 80.64 | 169.36 | 0.00596% |
| 1957 | 001957 | GARY C. FLECK 748 MINISH LAKE ROAD COMMERCE, GA 30530 | 682.57 | 1,894.00 | 610.90 | 1,283.10 | 0.04513% |
| 1598 | 001597 | GARY D. CARLISLE PO BOX 60121 MIDLAND, TX 79711 | 323.72 | 898.25 | 289.72 | 608.53 | 0.02140% |
| 8807 | 008810 | GARY D. WALDRON 2332 W ASHLAND RD CERESCO, NE 68017 | 321.29 | 891.50 | 287.54 | 603.96 | 0.02124% |
| 2494 | 002494 | GARY GILREATH 1700 ANSONVILLE POLKTON ROAD WADESBORO, NC 28170 | 723.99 | 2,008.92 | 647.96 | 1,360.96 | 0.04787% |
| 3520 | 003520 | GARY L HAYNES 94 STOREY CRK LANE ROCKY MT, VA 24151 | 680.96 | 1,889.50 | 609.44 | 1,280.06 | 0.04502% |
| 3341 | 003341 | GARY L. BISBEY 31698 S. SKAGIT HWY SEDRO-WOOLLEY, WA 98284 | 1,549.67 | 4,300.00 | 1,386.93 | 2,913.07 | 0.10245% |
| 2161 | 002161 | GARY L. THOMPSON 31819 78TH DR. N.W. STANWOOD, WA 98292 | 824.90 | 2,288.90 | 738.26 | 1,550.64 | 0.05454% |
| 3072 | 003072 | GARY M. GULLICKSON RR 1 BOX 682 BIG SANDY, MT 59520 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 2615 | 002615 | GARY R. BALL 19343 WHITNEY LANE OREGON CITY, OR 97045 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 13213 | 013217 | GARY RASER<br>117 RED SKY COURT<br>LAKE MARY, FL 32746 | 2,287.48 | 4,300.00 | 0.00 | 4,300.00 | 0.15124% |
| 10901 | 010904 | GARY SAGAYAGA<br>202 LEHUA ST.<br>KAHULUI, HI 96732 | 682.63 | 1,894.16 | 610.95 | 1,283.21 | 0.04513% |
| 13448 | 013452 | GARY W WATSON<br>7372 LA MARRE DRIVE<br>ROANOKE, VA 24019-4315 | 698.43 | 1,938.00 | 625.09 | 1,312.91 | 0.04618% |
| 13122 | 013126 | GARY W. BALTRUSCH<br>1210 11TH STREET<br>HAVRE, MT 59501 | 345.30 | 958.15 | 309.05 | 649.10 | 0.02283% |
| 3348 | 003348 | GAYLE L. DAVIS<br>PO BOX 3534<br>ARLINGTON, WA 98223 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 403 | 000403 | GAYLE M. BAKER<br>4120 EQUUS COURT<br>PAHRUMP, NV 89060-1829 | 783.56 | 2,174.20 | 701.27 | 1,472.93 | 0.05181% |
| 7403 | 007405 | GENA R. PATTON<br>4215 S. 30TH ST #252<br>TACOMA, WA 98409 | 540.62 | 1,500.09 | 483.84 | 1,016.25 | 0.03574% |
| 2412 | 002412 | GENE HATTON<br>11020 SUMMIT AVE.<br>SANTEE, CA 92071 | 141.55 | 392.75 | 126.67 | 266.08 | 0.00936% |
| 996 | 000996 | GENE JORDETH<br>9875 SEACREST LANE<br>BOW, WA 98232 | 683.84 | 1,897.50 | 612.02 | 1,285.48 | 0.04521% |
| 6800 | 006802 | GENE R. LENTZ<br>512 WORTHINGTON CT.<br>CONCORD, NC 28026 | 671.94 | 1,864.50 | 601.39 | 1,263.11 | 0.04443% |
| 11426 | 011429 | GENE TAN<br>3 CYPRESS DR.<br>CEDAR KNOLLS, NJ 7927 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 2876 | 002876 | GENEVIEVE THOMPSON<br>1 MAIN ST<br>WEST GLACER, MT 59936 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 4240 | 004242 | GEORGE DENG<br>827 GARFIELD STREET<br>SAN FRANCISCO, CA 94132 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 10682 | 010685 | GEORGE E. BENEDETTO<br>6526 CORTE MONTECITO<br>CARLSBAD, CA 92009-4529 | 939.82 | 2,607.80 | 841.13 | 1,766.67 | 0.06214% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 5003 | 005005 | GEORGE E. BUNTROCK<br>15150 PRESTON STE. 300<br>DALLAS, TX 75248 | 693.75 | 1,925.00 | 620.89 | 1,304.11 | 0.04587% |
| 3696 | 003696 | GEORGE HUMBERT<br>5224 OAK LAEF DR. A-8<br>INDIANAPOLIS, IN 46220 | 294.62 | 817.50 | 263.67 | 553.83 | 0.01948% |
| 13826 | 013830 | GEORGE JR. A. OLIVER<br>P.O. BOX 407<br>JACKPOT, NV 89825 | 900.97 | 2,500.00 | 806.35 | 1,693.65 | 0.05957% |
| 3734 | 003734 | GEORGE K. BRANNON<br>929 HAMPTON TRAIL<br>LILBURN, GA 30047 | 581.67 | 1,614.00 | 520.58 | 1,093.42 | 0.03846% |
| 4390 | 004392 | GEORGE M GUADIANA<br>371 EAST RODRIGUEZ STREET<br>RAYMONDVILLE, TX 78580 | 288.31 | 800.00 | 258.03 | 541.97 | 0.01906% |
| 6608 | 006610 | GEORGE P. EDWARDS SR.<br>148 ROCKSPRAY RIDGE<br>PEACHTREE CITY, GA 30269 | 142.71 | 396.00 | 127.73 | 268.27 | 0.00944% |
| 3209 | 003209 | GEORGE S. MIZE<br>367 COVINGTON LANE<br>RIDGEWAY, VA 24148 | 641.77 | 1,780.78 | 574.38 | 1,206.40 | 0.04243% |
| 14109 | 014113 | GEORGE W. BAUDO<br>27224 135TH AVE S.E.<br>KENT, WA 98042 | 402.37 | 1,116.50 | 360.12 | 756.38 | 0.02660% |
| 9411 | 009414 | GEORGE W. CLANTON<br>3129 LEE FORD CAMP RD.<br>RIDGEWAY, VA 24148 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 2121 | 002121 | GEORGENA G MCDERMOTT<br>4109 PUEBLO HTS<br>MT VERNON, WA 98273 | 323.56 | 897.80 | 289.58 | 608.22 | 0.02139% |
| 4103 | 004105 | GEORGINA MOLLICK<br>614-224 CAPITAL BLVD.<br>RALEIGH, NC 27603 | 2,287.48 | 4,300.00 | 0.00 | 4,300.00 | 0.15124% |
| 2080 | 002080 | GERALD D. KENNEDY<br>711 1ST STREET SOUTH<br>SHELBY, MT 59474 | 320.75 | 890.00 | 287.06 | 602.94 | 0.02121% |
| 506 | 000506 | GERALD R. SIMS<br>3225 ALBERT REID RD<br>SAUTEE, GA 30571 | 321.10 | 891.00 | 287.39 | 603.61 | 0.02123% |
| 5015 | 005017 | GERALD S. WEBSTER<br>1253 FOXRIDGE ROAD<br>MOUTH OF WILSON, VA 24363 | 680.96 | 1,889.50 | 609.44 | 1,280.06 | 0.04502% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 11221 | 011224 | GERALD T. GRIGGS<br>7924 NEW JERSEY AVE.<br>KANSAS CITY, KS 66112 | 235.70 | 654.00 | 210.94 | 443.06 | 0.01558% |
| 12628 | 012632 | GERALDINE K. FOSDICK<br>2723 CORONADO<br>GREAT BEND, KS 67530 | 450.48 | 1,250.00 | 403.18 | 846.82 | 0.02978% |
| 12564 | 012568 | GERALDINE M. AKREN<br>315 COOKE<br>GLENDIVE, MT 59330 | 140.55 | 390.00 | 125.79 | 264.21 | 0.00929% |
| 4802 | 004804 | GERONIMO G. LOZANO JR<br>1300 C. WEST MAIN ST.<br>RIO GRANDE, TX 78582 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 3646 | 003646 | GERRI EDLER<br>513 DODSON ST.<br>NEW IBERIA, LA 70563 | 312.82 | 868.00 | 279.97 | 588.03 | 0.02068% |
| 14411 | 014415 | GERRY K. SPENCER<br>4729 CHAMPIONS DRIVE<br>CORPUS CHRISTI, TX 78413 | 364.52 | 1,011.46 | 326.24 | 685.22 | 0.02410% |
| 11913 | 011916 | GINA K. MOLKJER<br>206 OLD HWY 93 SO.<br>SOMERS, MT 59932 | 138.75 | 385.00 | 124.18 | 260.82 | 0.00917% |
| 2558 | 002558 | GINA RECTOR<br>5933 KNOTTY OAKS TRAIL<br>CORPUS CHRISTI, TX 78414 | 321.74 | 892.75 | 287.95 | 604.80 | 0.02127% |
| 10680 | 010683 | GINA Y. TYLER<br>4321 HOLLYRIDGE<br>CORPUS CHRISTI, TX 78413 | 323.53 | 897.75 | 289.57 | 608.18 | 0.02139% |
| 3925 | 003925 | GINGER CARTER<br>13226 CANTINA<br>SAINT LOUIS, MO 63141 | 142.35 | 395.00 | 127.41 | 267.59 | 0.00941% |
| 13546 | 013550 | GINO FARRAH<br>2120 DE LA REGENCE<br>ST. BRUNO, QUEBEC J3V-4B6 CANADA<br>FOREIGN, FN 99999 | 373.15 | 1,035.39 | 333.95 | 701.44 | 0.02467% |
| 12484 | 012488 | GINO ZAMOSCINSKI<br>3030 WEIMSLETS RIDGE<br>ATLANTA, GA 30340 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 5023 | 005025 | GLADYS B. GRAY<br>2820 HIGHWAY 2 WEST<br>KALISPELL, MT 59901 | 320.74 | 890.00 | 287.07 | 602.93 | 0.02121% |
| 3382 | 003382 | GLADYS I. MEYER<br>200 MIDLOTHIAN ROAD<br>ST LOUIS, MO 63137 | 101.63 | 282.00 | 90.95 | 191.05 | 0.00672% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 1568 | 001567 | GLEN E. BOLDEN<br>12827 BEXLEY DR.<br>HOUSTON, TX 77099 | 143.53 | 398.25 | 128.45 | 269.80 | 0.00949% |
| 4331 | 004333 | GLENDA H. SMITH<br>708 8TH AVE. SW<br>CHILDERSBURG, AL 35044 | 675.00 | 1,873.00 | 604.13 | 1,268.87 | 0.04463% |
| 7634 | 007637 | GLENN BOWMAN<br>447 SEBESTYEN COURT<br>SASKATOON, SASK S7K 6S4<br>FOREIGN, FN 99999 | 381.41 | 1,058.33 | 341.35 | 716.98 | 0.02522% |
| 11240 | 011243 | GLENN W O'DONNELL<br>225 BROWN RD<br>CALERA, AL 35040 | 648.70 | 1,800.00 | 580.58 | 1,219.42 | 0.04289% |
| 10632 | 010635 | GLENROSE M. GAY<br>P.O. BOX 172<br>VIDALIA, GA 30474 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 8224 | 008227 | GLORIA A. BULLOCK<br>3200 QUINN DR.<br>WILSON, NC 27896 | 311.55 | 864.50 | 278.84 | 585.66 | 0.02060% |
| 11217 | 011220 | GLORIA A. PENNINGTON<br>3121 DOWNS RD.<br>FULTONDALE, AL 35068 | 738.07 | 2,048.00 | 660.57 | 1,387.43 | 0.04880% |
| 9021 | 009024 | GLORIA BOWERS<br>5073 WOODRUN ON TILLERY<br>MT GILEAD, NC 27306 | 681.49 | 1,891.00 | 609.93 | 1,281.07 | 0.04506% |
| 14250 | 014254 | GLORIA J KLEIN<br>RT 2, BOX 382<br>CAMDENTON, MO 65020 | 683.03 | 1,895.25 | 611.30 | 1,283.95 | 0.04516% |
| 435 | 000435 | GLORIA J. DOWNING<br>107A CONNIE AVE.<br>SALTILLO, MS 38866 | 683.03 | 1,895.25 | 611.30 | 1,283.95 | 0.04516% |
| 2599 | 002599 | GLORIA J. JACOBS WILLARD<br>3528 NORTHWEST AVE., APT 5<br>BELLINGHAM, WA 98225 | 573.63 | 1,591.70 | 513.39 | 1,078.31 | 0.03793% |
| 12008 | 012012 | GLORIA KAY GEIS<br>1300 TOMPY ST., APT 3<br>MILES CITY, MT 59301-4300 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 1889 | 001889 | GLORIA M. LOMANTO<br>1620 CUSHMAN STREET<br>HOLLISTER, CA 95023 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 2088 | 002088 | GLORIA MEERSAND<br>3013 HIDDEN TREASURE DR.<br>LAS VEGAS, NV 89134 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |