| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 10513 | 010516 | GLORIA V. GINES<br>5108 E. WETHERSFIELD RD.<br>SCOTTSDALE, AZ 85254 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3988 | 003988 | GLORINA SIMPELO<br>84 CAMBRIDGE STREET<br>SAN FRANCISCO, CA 94134 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 14701 | 014707 | GOLDIE EDWARDS<br>3013 MARSH RD.<br>BLADENBORO, NC 28320 | 133.17 | 369.50 | 119.17 | 250.33 | 0.00880% |
| 8722 | 008725 | GRACE B. VALENTIN<br>222 SUNNY LANE<br>LAFAYETTE, LA 70506 | 900.97 | 2,500.00 | 806.35 | 1,693.65 | 0.05957% |
| 5934 | 005936 | GRACE E. BABIN<br>1200 12TH STREET<br>LAFAYETTE, LA 70501-6228 | 143.07 | 397.00 | 128.05 | 268.95 | 0.00946% |
| 4488 | 004490 | GRACE E. SIEGWARTH<br>1645 S. 272ND ST., SPC 134<br>FEDERAL WAY, WA 98003-2304 | 803.63 | 2,229.90 | 719.24 | 1,510.66 | 0.05313% |
| 1402 | 001401 | GRACE M STEPHENSON<br>3126 BELLINGHAM DR<br>ORLANDO, FL 32825 | 189.57 | 526.00 | 169.65 | 356.35 | 0.01253% |
| 7262 | 007264 | GRACIE O. ARMSTEAD<br>530 SILVER<br>NEW IBERIA, LA 70560 | 323.27 | 897.00 | 289.32 | 607.68 | 0.02137% |
| 1779 | 001779 | GRANT MAYA T<br>RR1 C73 MISSION SITE<br>SECHELT, BC V0N3A0<br>FOREIGN, FN 99999 | 165.87 | 460.26 | 148.46 | 311.80 | 0.01097% |
| 6556 | 006558 | GREG A. GULLICKSON<br>287 BENTON<br>MISSOULA, MT 59801 | 129.74 | 360.00 | 116.11 | 243.89 | 0.00858% |
| 5376 | 005378 | GREG MARTIN<br>1007 S 56TH ST<br>KANSAS CITY, KS 66106 | 717.50 | 1,990.89 | 642.14 | 1,348.75 | 0.04744% |
| 9337 | 009340 | GREG S. HURN<br>223 FERN ST. P.O.BOX 363<br>MABTON, WA 98935 | 801.47 | 2,223.90 | 717.30 | 1,506.60 | 0.05299% |
| 13941 | 013945 | GREGG R. GROSRENAUD<br>6440 W. TURQUOISE AVE.<br>GLENDALE, AZ 85302 | 1,059.54 | 2,940.00 | 948.28 | 1,991.72 | 0.07005% |
| 11312 | 011315 | GREGORY A. HILL<br>2610 CARRINGTON LANE<br>GRAND PRAIRIE, TX 75052 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 2651 | 002651 | GREGORY J. NORRIS<br>116 PORTLAND AVENUE<br>LAFAYETTE, LA 70507 | 323.45 | 897.50 | 289.48 | 608.02 | 0.02139% |
| 11082 | 011085 | GREGORY L. GARBS<br>RT. 2 BOX 11B<br>CALDWELL, TX 77836 | 323.72 | 898.25 | 289.72 | 608.53 | 0.02140% |
| 381 | 000381 | GREGORY M. BAKER<br>12229 FOUNTAIN HILLS BLVD.<br>FOUNTAIN HILLS, AZ 85268 | 683.66 | 1,897.00 | 611.86 | 1,285.14 | 0.04520% |
| 2290 | 002290 | GREGORY S. WOODS<br>12419 REED SIMPSON RD<br>NORTHPORT, AL 35475 | 323.63 | 898.00 | 289.64 | 608.36 | 0.02140% |
| 9025 | 009028 | GREGORY T. MUNZEL<br>6421 CONSERVANCY RD.<br>WILLIAMSBURG, VA 23185 | 108.12 | 300.00 | 96.76 | 203.24 | 0.00715% |
| 921 | 000921 | GRETA M. GILSON<br>C/O ANNA A. GILSON<br>5415 CHELSEN WOOD DRIVE<br>DULUTH, GA 30097-2436 | 683.29 | 1,896.00 | 611.55 | 1,284.45 | 0.04518% |
| 11788 | 011791 | GRETCHEN SULTZER<br>3519 SOURDOUGH ROAD<br>BOXEMAN, MT 59715-8009 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 3464 | 003464 | GRETEL G. HAYNES<br>129 CARTER AVENUE<br>CARROLLTON, GA 30117 | 313.36 | 869.50 | 280.45 | 589.05 | 0.02072% |
| 2312 | 002312 | GRICE FRED W.<br>6020 OLD PLANK ROAD<br>HIGH POINT, NC 27265 | 1,549.67 | 4,300.00 | 1,386.93 | 2,913.07 | 0.10246% |
| 4916 | 004918 | GRZEGORZ BORON<br>7406 17TH AVE. APT C7<br>BROOKLYN, NY 11204 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3929 | 003929 | GUANGDOU WANG<br>21 PETRIE LANE<br>WAYNE, NJ 07470 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 5163 | 005165 | GUANG-YI XU<br>3920 MYSTIC VALLEY PKWY #114<br>MEDFORD, MA 2155 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 7892 | 007895 | GUIFANG ZHOU<br>143-40 41 AVENUE #4B<br>FLUSHING, NY 11355 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 1139 | 001139 | GUISU LIU<br>250 GORGE RD., APT 21A<br>CLIFFSIDE PARK, NJ 07010 | 580.22 | 1,610.00 | 519.31 | 1,090.69 | 0.03836% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 1551 | 001550 | GUO RONG LI<br>1508 TAYLOR ST APT 7<br>SAN FRANCISCO, CA 94133 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 8622 | 008625 | GUOPING JIANG<br>43-10 69 STREET<br>WOODSIDE, NY 11377 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1606 | 001605 | GUOXING HUANG<br>279 LORD BYRON LN, APT. 104<br>COCKEYSVILLE, MD 21030 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 12816 | 012820 | GUOZHEN CHEN<br>88-11 63RD. DRIVE APT.# 302<br>REGO PARK, NY 11374 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 5914 | 005916 | GURMAIL SINGH<br>132 SW 332ND ST APT# 406<br>FEDERAL WAY, WA 98032 | 805.16 | 2,234.15 | 720.61 | 1,513.54 | 0.05323% |
| 5617 | 005619 | GURMIT SINGH<br>3405 TALBOT RD S<br>RENTON, WA 98055 | 805.16 | 2,234.15 | 720.61 | 1,513.54 | 0.05323% |
| 6752 | 006754 | GUS A. EPPOLITO<br>611 VENICE<br>SUGAR LAND, TX 77478 | 143.53 | 398.25 | 128.45 | 269.80 | 0.00949% |
| 12877 | 012881 | GWEN Y. BRAZEAL<br>5119 EAST HASKELL STREET<br>TULSA, OK 74115 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 4969 | 004971 | GWENDOLYN D GREEN<br>1706 EAST 35TH<br>SAVANNAH, GA 31404 | 140.91 | 391.00 | 126.11 | 264.89 | 0.00932% |
| 3032 | 003032 | GWYN A. GREGOR<br>570 LEWIS<br>HELENA, MT 59635 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 9413 | 009416 | GWYNN M. MCVICKER<br>55 CHURCH ST.<br>RIDGEWAY, VA 24148 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 4273 | 004275 | H. JAMES JOHNSON<br>955 WATER STREET<br>PORT TOWNSEND, WA 98368 | 99.11 | 275.00 | 88.70 | 186.30 | 0.00655% |
| 5573 | 005575 | H. MARIE PRENTICE<br>RT 5 BOX 20<br>CANTON, TX 75103 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 12644 | 012648 | H. MARK DANIELS<br>308 SO MONROE<br>VERSAILLES, MO 65084 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 2589 | 002589 | HAI FENG HUANG<br>579 84TH STREET<br>BROOKLYN, NY 11209 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 10515 | 010518 | HAI HU<br>83-09 A 57 AVE<br>ELMHURTS, NY 11373 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1303 | 001302 | HAI YAN CHEN<br>254 LORD BRYON LANE<br>COCKEYSVILLE, MD 21030 | 727.98 | 2,020.00 | 651.54 | 1,368.46 | 0.04813% |
| 13195 | 013199 | HAI YING LH CHEN<br>915 N. FERN ST.<br>ANAHEIM, CA 92801 | 682.13 | 1,892.75 | 610.49 | 1,282.26 | 0.04510% |
| 6113 | 006115 | HAINING GU<br>600 ASHWOOD AVE.<br>ROSELLE PARK, NJ 7204 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 881 | 000881 | HAI-PING TUNG<br>827 GARFIELD STREET<br>SAN FRANCISCO, CA 94132 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 10490 | 010493 | HAL ROSENCRANS<br>388 SCHOOL RD.<br>NASHUA, MT 59248 | 904.94 | 2,511.00 | 809.90 | 1,701.10 | 0.05983% |
| 6157 | 006159 | HALINA H.Y.S SAGANOWSKI<br>212 HART BLVD APT B5<br>STATEN ISLAND, NY 10301 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 13197 | 013201 | HAN BIN B. CHEN<br>915 N. FERN ST.<br>ANAHEIM, CA 92801 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 6437 | 006439 | HARJIT SIHRA<br>6058 ROYAL OAK AVE<br>BURNABY, BC V5H3N7<br>FOREIGN, FN 99999 | 861.65 | 2,390.90 | 771.17 | 1,619.73 | 0.05697% |
| 9098 | 009101 | HARJIT SINGH<br>1740 JORDAN RD.<br>YUBA CITY, CA 95993 | 804.43 | 2,232.13 | 719.96 | 1,512.17 | 0.05319% |
| 6692 | 006694 | HAROLD A. LODEN<br>1606 CAPSTAN<br>HOUSTON, TX 77062 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 6638 | 006640 | HAROLD L. HUTCHENS<br>2613 ATICHESON-VILLAGE DEV.<br>LAUREL, MT 59044 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 8629 | 008632 | HAROLD SLAGELL<br>ROUTE 2, BOX 35<br>WEATHERFORD, OK 73096 | 360.38 | 1,000.00 | 322.55 | 677.45 | 0.02383% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 2222 | 002222 | HARRIET L. EDWARDS<br>150 CHRIS DR., APT 110<br>ENGLEWOOD, OH 45322 | 1,222.23 | 3,391.41 | 1,093.87 | 2,297.54 | 0.08081% |
| 14896 | 014903 | HARRY B. MAINS<br>1345 N. HIGHWAY A1A<br>INDIALANTIC, FL 32903-2754 | 869.44 | 1,634.37 | 0.00 | 1,634.37 | 0.05748% |
| 5855 | 005857 | HARRY J. FUHRMAN<br>R.R. BOX 107 FUHRMAN ROAD<br>LARSLAN, MT 59244 | 311.74 | 865.00 | 279.00 | 586.00 | 0.02061% |
| 4875 | 004877 | HARRY T. CONDRON<br>711 MARY CARTER LANE<br>RAY CITY, GA 31645 | 672.13 | 1,865.00 | 601.54 | 1,263.46 | 0.04444% |
| 1196 | 001196 | HAZEL L. SCHELL<br>5624 BOBBY JONES BLVD.<br>BILLINGS, MT 59106 | 341.29 | 947.00 | 305.45 | 641.55 | 0.02256% |
| 5694 | 005696 | HAZEL V. LITCHFIELD<br>612 E 9TH<br>PITTSBURG, KS 66762 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 8757 | 008760 | HEATHER A. KERSTEN<br>18625 HERON COURT<br>ARLINGTON, WA 98223 | 810.87 | 2,250.00 | 725.72 | 1,524.28 | 0.05361% |
| 9981 | 009984 | HEATHER A. MACLEAN<br>P.O BOX 1476<br>CHINOOK, MT 59523 | 320.75 | 890.00 | 287.06 | 602.94 | 0.02121% |
| 13520 | 013524 | HEATHER C. RICHARDS<br>3049 SCENIC DRIVE SE<br>AUBURN, WA 98092-6410 | 218.75 | 607.00 | 195.79 | 411.21 | 0.01446% |
| 589 | 000589 | HEATHER R. JOHNSON<br>19759 SWAN VALLEY DR.<br>CYPRESS, TX 77433 | 39.01 | 108.25 | 34.92 | 73.33 | 0.00258% |
| 9502 | 009505 | HEIDI FARRELL<br>10431 STONEWILLOW DRIVE<br>PARKER, CO 80134 | 479.32 | 1,330.00 | 428.98 | 901.02 | 0.03169% |
| 14961 | 014968 | HEIDI L. MATTER<br>2224 WEST BIRCH STREET<br>BELLINGHAM, WA 98226 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 12307 | 012311 | HEIDI R. ESPANOL<br>15830 N E 15TH ST.<br>BELLEVUE, WA 98008 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3436 | 003436 | HEIDI R. RIOJAS<br>POST OFFICE BOX 245<br>TOPPENISH, WA 98948 | 683.94 | 1,897.80 | 612.13 | 1,285.67 | 0.04522% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 6669 | 006671 | HELEN BESELIN<br>BOX 444<br>LA CONNER, WA 98257 | 324.42 | 897.80 | 287.96 | 609.84 | 0.02145% |
| 14329 | 014333 | HELEN BOONE<br>3325 UPPER RIVER ROAD<br>TALLASEE, AL 36078 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 2746 | 002746 | HELEN CHANG<br>1405 REDWOOD DR.<br>LOS ALTOS, CA 94024 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2250 | 002250 | HELEN E. STANLEY<br>2201 IDAHO<br>LAS CRUCES, NM 88001 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 13950 | 013954 | HELEN G. COLLINS<br>24626 - SE 216TH AVE.<br>MAPLE VALLEY, WA 98038 | 820.66 | 2,277.15 | 734.47 | 1,542.68 | 0.05426% |
| 2197 | 002197 | HELEN H. WOODSON<br>3010 BROWNWOOD RD.<br>MADISON, GA 30650 | 216.24 | 600.00 | 193.52 | 406.48 | 0.01430% |
| 10713 | 010716 | HELEN I. ZIEGELMEIER<br>BOX 25<br>GEM, KS 67734 | 673.72 | 1,869.43 | 602.97 | 1,266.46 | 0.04454% |
| 11366 | 011369 | HELEN S. NOEL<br>6420 72ND DR. N.E.<br>MARYSVILLE, WA 98270 | 683.66 | 1,897.00 | 611.86 | 1,285.14 | 0.04520% |
| 4981 | 004983 | HELEN TSOI<br>532 36TH AVENUE<br>SAN FRANCISCO, CA 94121 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 13743 | 013747 | HENG LI<br>335 GENOA STREET<br>UNIT D<br>MONROVIA, CA 91016 | 756.45 | 2,099.00 | 677.03 | 1,421.97 | 0.05001% |
| 13224 | 013228 | HENNESSY INC<br>4408 WEST PINTO ROAD<br>CHENEY, WA 99004 | 360.38 | 1,000.00 | 322.55 | 677.45 | 0.02383% |
| 11769 | 011772 | HENRY D. DEHART<br>438 ROCKWOOD PARK RD.<br>BASSETT, VA 24055 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 6222 | 006224 | HENRY G. COOK<br>2065 WESSON DR.<br>AIKEN, SC 29803 | 672.13 | 1,865.00 | 601.54 | 1,263.46 | 0.04444% |
| 12294 | 012298 | HENRY J. KING<br>4002 287 AVE S E<br>FALL CITY, WA 98024 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 3210 | 003210 | HENRY K. GONDRON<br>109 STOCKTON DRIVE<br>LAFAYETTE, LA 70506 | 674.83 | 1,872.50 | 603.96 | 1,268.54 | 0.04462% |
| 351 | 000351 | HENRY L. FLINT<br>226 COMMISSARY RD., BOX 9572<br>DYESS AFB, TX 79607 | 683.97 | 1,897.88 | 612.15 | 1,285.73 | 0.04522% |
| 5160 | 005162 | HERB PALOMBO ENTERPRISES INC.<br>110 GRANADA DR.<br>LAFAYETTE, LA 70506 | 674.83 | 1,872.50 | 603.96 | 1,268.54 | 0.04462% |
| 962 | 000962 | HERMAN HODGES<br>1911 BLUEHAVEN CT.<br>SAN DIEGO, CA 92154 | 503.37 | 1,396.75 | 450.51 | 946.24 | 0.03328% |
| 11159 | 011162 | HERSHEL W. LAWSON<br>910 PONCA<br>SATANTA, KS 67870 | 313.86 | 870.90 | 280.90 | 590.00 | 0.02075% |
| 7263 | 007265 | HILDA EVANS<br>707 E. FIRST STREET<br>NEW IBERIA, LA 70560 | 323.27 | 897.00 | 289.32 | 607.68 | 0.02137% |
| 1321 | 001320 | HIROKO NISHIDA<br>218 WEST 10TH ST #6G<br>NEW YORK, NY 10014 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1935 | 001935 | HOA L. SLEN<br>4015 LINCOLN AVE.<br>EL MONTE, CA 91731 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1047 | 001047 | HOLLI T BIANCHI<br>3321 SOUTH 3010 EAST<br>SALT LAKE CITY, UT 84109 | 219.45 | 608.93 | 196.40 | 412.53 | 0.01451% |
| 10477 | 010480 | HOLLY A. HILFIKER<br>1866 YVONNE ST, SE<br>SALEM, OR 97306-1232 | 751.13 | 2,084.23 | 672.26 | 1,411.97 | 0.04966% |
| 5501 | 005503 | HOLLY B NAGIE<br>4565 EAST LAKE CREEK FARMS RD<br>HEBERT CTIY, UT 84032 | 366.11 | 1,015.87 | 327.66 | 688.21 | 0.02421% |
| 4029 | 004029 | HOLLY J. WEAVER<br>2000 ST. JAMES<br>VERNON, TX 76384 | 141.55 | 392.75 | 126.67 | 266.08 | 0.00935% |
| 9889 | 009892 | HOLLY N. PETERS<br>3617 RUBY RED DR.<br>AUSTIN, TX 78728 | 720.15 | 1,998.25 | 644.52 | 1,353.73 | 0.04761% |
| 1936 | 001936 | HOLLY P. VANHOOTEGEM<br>3314 IVYWOOD CT<br>DECATUR, IL 62522 | 683.84 | 1,897.50 | 612.02 | 1,285.48 | 0.04521% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 2688 | 002688 | HOMER GREER<br>110 N. JOHNSON AVE.<br>YACOLT, WA 98675 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 12691 | 012695 | HONG DUC KHANH<br>7020 PASCHALL AVE.<br>PHILADELPHIA, PA 19142 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 9298 | 009301 | HONG HUO LIU<br>737 WILTON FARM DRIVE<br>BALTIMORE, MD 21228 | 733.75 | 2,036.00 | 656.69 | 1,379.31 | 0.04851% |
| 5803 | 005805 | HONG WU<br>1010 60TH STREET, 2F/L<br>BROOKLYN, NY 11219 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 11245 | 011248 | HONG YU MA<br>33-51 PRINCE ST 2A<br>FLUSHING, NY 11354 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 2067 | 002067 | HONG ZHENG<br>3900 N. CHARLES ST. APT 713<br>BALTIMORE, MD 21218 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 4341 | 004343 | HONG ZHU<br>6 LAVA CT., 3C<br>BALTIMORE, MD 21234 | 318.76 | 884.50 | 285.29 | 599.21 | 0.02108% |
| 4231 | 004233 | HONG-LEE HUANG<br>11401 ROYAL VIEW CT.<br>N POTOMAC, MD 20878 | 352.82 | 979.00 | 315.77 | 663.23 | 0.02333% |
| 6864 | 006866 | HONGSHAN LIANG<br>6 MAYMONT COURT<br>TIMONIUM, MD 21093 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 2467 | 002467 | HOPE M. GARCIA<br>1420 N. 9TH ST.<br>WACO, TX 76707 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 1192 | 001192 | HOWARD FENNELL II<br>1010 HICKMAN FORK ROAD<br>THOMASTON, GA 30286 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3985 | 003985 | HOWARD L. BAIGENT<br>89 SHANNON DRIVE S.E.<br>MED. HAT, AB T1B4C1<br>FOREIGN, FN 99999 | 829.54 | 2,301.80 | 742.43 | 1,559.37 | 0.05485% |
| 3787 | 003787 | HOWARD M. HASLAM<br>1202 ROCKY BUTTE ROAD<br>RONAN, MT 59864 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 3590 | 003590 | HSINMEI CHEN<br>1250 38TH AVENUE<br>SAN FRANCISCO, CA 94122 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 2608 | 002608 | HUAHUI LUO<br>67-25 CLYDE ST. #5E<br>FOREST HILLS, NY 11375 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1133 | 001133 | HUANLIU XU<br>250 GORGE ROAD APT. 21A<br>CLIFFSIDE PARK, NJ 7010 | 635.36 | 1,763.00 | 568.66 | 1,194.34 | 0.04201% |
| 2751 | 002751 | HUAQUAN MIAO<br>50 BABCOCK STREET APT 8<br>BROOKLINE, MA 2146 | 95.50 | 265.00 | 85.48 | 179.52 | 0.00631% |
| 521 | 000521 | HUBERT F. PENNINGTON<br>641 PINEYWOOD RD.<br>GARDENDALE, AL 35071 | 682.21 | 1,893.00 | 610.58 | 1,282.42 | 0.04511% |
| 520 | 000520 | HUDSON D. HUGHES JR.<br>505 S. NORTON AVE<br>SYLACAUGA, AL 35150-3437 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4256 | 004258 | HUE MAI<br>10444 41ST AVE<br>CORONA, NY 11368-2319 | 639.69 | 1,775.00 | 572.51 | 1,202.49 | 0.04229% |
| 3181 | 003181 | HUEY-CHU CHEN<br>14600 PINTO LANE<br>ROCKVILLE, MD 20850 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 4261 | 004263 | HUGH SCHILTZ<br>2901 BURNING TREE<br>BRYAN, TX 77802 | 675.10 | 1,873.25 | 604.20 | 1,269.05 | 0.04464% |
| 14889 | 014896 | HUGH W. DANIELS JR<br>15719 E. 4TH #67<br>VERADALE, WA 99037 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 6527 | 006529 | HUI FANG YIN<br>671 SYBIL AVE<br>SAN LEANDRO, CA 94577 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 1266 | 001265 | HUI WANG<br>488 CASTLETON AVE.<br>STATEN ISLAND, NY 10301 | 322.10 | 893.75 | 288.27 | 605.48 | 0.02130% |
| 2577 | 002577 | HUI ZHANG<br>14 SMART ROAD<br>ACTON, MA 01720-2029 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1440 | 001439 | HUI-LING CAI<br>431 SAVOY ST.<br>LOS ANGELES, CA 90012 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 4462 | 004464 | HUIQUA HUANG<br>1410 W. OXFORD ST.<br>PHILADELPHIA, PA 19121 | 681.85 | 1,892.00 | 610.25 | 1,281.75 | 0.04508% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 14111 | 014115 | HUIXING HU<br>11140 GLENHURST PASS<br>DULUTH, GA 30097 | 1,549.67 | 4,300.00 | 1,386.93 | 2,913.07 | 0.10246% |
| 904 | 000904 | HULENE F. KEEN<br>990 OLD SPANISH TRAIL<br>VIDOR, TX 77662 | 321.92 | 893.25 | 288.11 | 605.14 | 0.02128% |
| 4298 | 004300 | HURST KAREN S<br>5401 ADAIR<br>CORPUS CHRISTI, TX 78413 | 802.56 | 2,226.94 | 718.28 | 1,508.66 | 0.05306% |
| 5445 | 005447 | HYEJIN CHANG<br>10824 SE. 241ST. PL. #K201<br>KENT, WA 98031 | 323.56 | 897.80 | 289.58 | 608.22 | 0.02139% |
| 6963 | 006965 | I. KAREN BANNON<br>POST OFFICE BOX 285<br>WINFIELD, KS 67156 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 1276 | 001275 | IDA LOUIE<br>106 LAKEVIEW AVENUE<br>SAN FRANCISCO, CA 94112 | 481.48 | 1,336.00 | 430.92 | 905.08 | 0.03183% |
| 2538 | 002538 | ILA DAWN PARKER<br>2780 OCEAN SHORE BLVD UNIT 4 S<br>ORMOND BEACH, FL 32176 | 100.91 | 280.00 | 90.31 | 189.69 | 0.00667% |
| 10109 | 010112 | ILENE GRANT<br>3066 COUNTY ROAD 305<br>ELBA, AL 36323 | 764.75 | 2,122.00 | 684.43 | 1,437.57 | 0.05056% |
| 11935 | 011939 | ILONA BUNTON<br>2149 CADILLAC<br>DETORIT, MI 48214 | 683.29 | 1,896.00 | 611.55 | 1,284.45 | 0.04518% |
| 14025 | 014029 | IMOGENE H. BUTCHER<br>1208 E. 31ST STREET<br>HAYS, KS 67601-2043 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 4012 | 004012 | IMOGENE H. HALL<br>2788 WHIDDON MILL RD.<br>TIFTON, GA 31794 | 666.36 | 1,849.00 | 596.38 | 1,252.62 | 0.04406% |
| 73 | 000073 | INC KASKA CORPORATION<br>22 RUBINSTEIN STREET APT. K1<br>STATEN ISLAND, NY 10305 | 288.31 | 800.00 | 258.03 | 541.97 | 0.01906% |
| 5948 | 005950 | INC. CASCADE SALES<br>3316 E. SMITH RD.<br>BELLINGHAM, WA 98226 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1970 | 001970 | INC. COMPLETE MUSIC<br>601 SHARON COURT<br>DERBY, KS 67037 | 322.87 | 895.90 | 288.96 | 606.94 | 0.02135% |