| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 100 | 000100 | INC. D. B. F. SALES<br>P.O. BOX 291<br>VERSAILLES, MO 65084 | 1,549.67 | 4,300.00 | 1,386.93 | 2,913.07 | 0.10246% |
| 1605 | 001604 | INC. FAIR INV. & INS. AGENCY<br>42 E. CLAYBOURNE AVE.<br>SALT LAKE CITY, UT 84115 | 632.48 | 1,755.00 | 566.06 | 1,188.94 | 0.04182% |
| 5352 | 005354 | INC. NOS REVES<br>8024 FRONTAGE RD.<br>IOWA, LA 70647 | 143.56 | 398.35 | 128.49 | 269.86 | 0.00949% |
| 4328 | 004330 | INEZ C. VANCE<br>2201 WESTWOOD LANE<br>GEORGETOWN, TX 78628-3345 | 804.56 | 2,232.50 | 720.08 | 1,512.42 | 0.05320% |
| 6577 | 006579 | INFINITY MARKETING<br>8000 HWY 20 WEST STE. #D102-<br>MADISON, AL 35758 | 900.97 | 2,500.00 | 806.35 | 1,693.65 | 0.05957% |
| 6340 | 006342 | INGEBORG FRY<br>1930 LAWRENCE #5<br>PORT TOWNSEND, WA 98368 | 413.61 | 1,147.70 | 370.19 | 777.51 | 0.02735% |
| 10243 | 010246 | IRENE BOOTH<br>3119 DOWNS RD.<br>FULTONDALE, AL 35068 | 99.11 | 275.00 | 88.70 | 186.30 | 0.00655% |
| 11481 | 011484 | IRENE HEAPE<br>3 GLENHEATHER<br>DALLAS, TX 75225 | 684.11 | 1,898.25 | 612.27 | 1,285.98 | 0.04523% |
| 573 | 000573 | IRENE O. ALVARADO<br>327 LEMUR DRIVE<br>SAN ANTONIO, TX 78213-3425 | 321.83 | 893.00 | 288.03 | 604.97 | 0.02128% |
| 6003 | 006005 | IRETTE SAN MIGUEL<br>COND MADRESELVA AP1201 EBANO#7<br>GUAYNABO, PR 968 | 672.12 | 1,865.00 | 601.55 | 1,263.45 | 0.04444% |
| 1280 | 001279 | IRIS I. DOWDY<br>4433 WOODLAND RD.<br>THOMASTON, GA 30286 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3860 | 003860 | IRMA G. BEST-WILLIAMS<br>1104 HESS DRIVE<br>AVONDALE ESTATES, GA 30002 | 936.34 | 2,598.16 | 838.02 | 1,760.14 | 0.06191% |
| 2180 | 002180 | IRN, INC.<br>172 CINDY LANE<br>LUTHERSVILLE, GA 30251 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4013 | 004013 | IVA M. EWING<br>P. O. BOX 3356<br>OMAK, WA 98841-3356 | 683.94 | 1,897.80 | 612.13 | 1,285.67 | 0.04522% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 4657 | 004659 | IVY K. HATCHER<br>279 MELROSE LANE<br>DOTHAN, AL 36303 | 1,000.56 | 2,776.36 | 895.50 | 1,880.86 | 0.06615% |
| 5138 | 005140 | J F M CONSULANTS<br>1906 WOODLAND COURT<br>VIDALIA, GA 30474 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 734 | 000734 | J. BRUCE OWENS<br>2509 CATHERWOOD<br>CORPUS CHRISTI, TX 78414 | 490.49 | 1,361.00 | 438.98 | 922.02 | 0.03243% |
| 9593 | 009596 | J. CROWE JR B<br>438 PINEWOOD LN<br>BASSETT, VA 24055 | 747.28 | 2,073.54 | 668.80 | 1,404.74 | 0.04941% |
| 508 | 000508 | J. H. BARHAM JR.<br>83 TERRA AVE.<br>ALEXANDRIA, LA 71303 | 311.02 | 863.00 | 278.35 | 584.65 | 0.02056% |
| 10936 | 010939 | J. HAROLD HAMRICK<br>2255 MORGAN ROAD<br>BREMEN, GA 30110 | 661.31 | 1,835.00 | 591.87 | 1,243.13 | 0.04372% |
| 9800 | 009803 | J. J. MCKELLER<br>2533 BUCK DRIVE<br>MESQUITE, TX 75181 | 321.83 | 893.00 | 288.03 | 604.97 | 0.02128% |
| 14681 | 014687 | J. STEVEN COCKERHAM<br>5335 N KING HWY<br>MYRTLE BEACH, SC 29577-2520 | 671.67 | 1,863.75 | 601.14 | 1,262.61 | 0.04441% |
| 7885 | 007888 | JACK C. NAIDU<br>717 ELLEN AVENUE<br>HAYWARD, CA 94544 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4173 | 004175 | JACK E. NEDERHOFF<br>BOX 191<br>ROULEAU, SK S0G4H0<br>FOREIGN, FN 99999 | 851.06 | 2,361.50 | 761.68 | 1,599.82 | 0.05627% |
| 3719 | 003719 | JACK GUILLETT<br>2511 TURKEY NECK CIRCLE<br>ROCKPORT, TX 78382 | 728.05 | 2,020.19 | 651.60 | 1,368.59 | 0.04814% |
| 6436 | 006438 | JACK L. THORNTON<br>9370 COUNTY ROAD 60<br>REEDS, MO 64859-2216 | 363.99 | 1,010.00 | 325.77 | 684.23 | 0.02407% |
| 81 | 000081 | JACK L. TIBBS<br>4018 SUNHILL COURT<br>WOODSTOCK, GA 30189 | 681.85 | 1,892.00 | 610.25 | 1,281.75 | 0.04508% |
| 5538 | 005540 | JACK PARISH<br>4800 STAN ROAD<br>CLIMAX, NC 27233 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 8960 | 008963 | JACKIE D. KEMNITZ<br>2403 STEWART DR.<br>MESQUITE, TX 75181 | 1,549.67 | 4,300.00 | 1,386.93 | 2,913.07 | 0.10246% |
| 4026 | 004026 | JACKIE V. RUSSELL<br>1302 CONTINENTAL DR. S.<br>PLEASANTON, TX 78064-1601 | 683.93 | 1,897.75 | 612.10 | 1,285.65 | 0.04522% |
| 3628 | 003628 | JACKIE Y. MCLEOD<br>P.O. BOX 272<br>LACOSTE, TX 78039 | 683.92 | 1,897.75 | 612.11 | 1,285.64 | 0.04522% |
| 7955 | 007958 | JACQUELINE A. HIUSER<br>17130 CORAL CAY LN.<br>FORT MYERS, FL 33908 | 203.98 | 566.01 | 182.56 | 383.45 | 0.01349% |
| 507 | 000507 | JACQUELINE B. MILLER<br>1100 RAPATEL ST. BOX 39<br>MANDEVILLE, LA 70448 | 558.60 | 1,550.00 | 499.94 | 1,050.06 | 0.03693% |
| 6447 | 006449 | JACQUELINE JOHNSON<br>1901 C PEACH CREEK COURT<br>RALEIGH, NC 27603-3039 | 478.77 | 900.00 | 0.00 | 900.00 | 0.03166% |
| 13825 | 013829 | JACQUELINE M. CAMPBELL<br>888 ENOCH CT<br>MULLINS, SC 29574 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 876 | 000876 | JACQUELINE P OQUIN<br>114 EDDIE WEBB ROAD<br>TYLERTOWN, MS 39667 | 762.94 | 2,117.00 | 682.82 | 1,434.18 | 0.05044% |
| 10036 | 010039 | JACQUELYN E. COX<br>605 ORCHARD ST<br>BOWIE, TX 76230 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 515 | 000515 | JACQUELYN S. PATTON<br>ROUTE 4 BOX 425<br>GALAX, VA 24333 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 3251 | 003251 | JAGJIT GHOLIA<br>457 MCCALLUM ROAD<br>ABBOTSFORD, BC V2S8A1<br>FOREIGN, FN 99999 | 656.81 | 1,822.50 | 587.83 | 1,234.67 | 0.04343% |
| 2414 | 002414 | JAGMEET S. BHAMBER<br>1507 145TH PL SE APT# B-2<br>BELVUE, WA 98007 | 805.16 | 2,234.15 | 720.61 | 1,513.54 | 0.05323% |
| 5392 | 005394 | JAIME L. WAGNER<br>C/O JUANITA S. GATCH<br>128-C ASHLEY VILLA CIRCLE<br>CHARLESTON, SC 29414 | 90.09 | 250.00 | 80.64 | 169.36 | 0.00596% |