| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 1079 | 001079 | JAMES A BOWERS 2512 CALUMET COURT HIGH POINT, NC 27265 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 253 | 000253 | JAMES A. FELLOWS 2985 SEELEY DR. TIPTON, MO 65081 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2192 | 002192 | JAMES A. KLECHA 586 HERON POINTE BLVD. MT PLEASANT, SC 29464 | 681.49 | 1,891.00 | 609.93 | 1,281.07 | 0.04506% |
| 2613 | 002613 | JAMES A. LONG 306 CHESTNUT STREET PEARLSBURG, VA 24134 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 10305 | 010308 | JAMES A. LONGINO, III 4308 COALESWAY DR. MOBILE, AL 36693 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 13870 | 013874 | JAMES A. NORRIS 21 LEE RD 855 PHENIX CITY, AL 36870 | 323.27 | 897.00 | 289.32 | 607.68 | 0.02137% |
| 8101 | 008104 | JAMES A. WHITLEY III. 1005 BATTLEGROUND AVENUE GREENSBORO, NC 27408 | 382.01 | 1,060.00 | 341.90 | 718.10 | 0.02526% |
| 1839 | 001839 | JAMES B. BROWN 5100 5TH AVE. SO. GREAT FALLS, MT 59405 | 318.48 | 883.72 | 285.04 | 598.68 | 0.02106% |
| 7561 | 007564 | JAMES B. EDINGTON 308 HACKER CT., APT. B CHEYENNE, WY 82009 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 1895 | 001895 | JAMES B. LARUE 1301 BRICKLEY RD. EUGENE, OR 97401 | 1,549.67 | 4,300.00 | 1,386.93 | 2,913.07 | 0.10246% |
| 2898 | 002898 | JAMES B. LONG 306 CHESTNUT STREET PEARLSBURG, VA 24134 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 756 | 000756 | JAMES C. BLAIR 129 RANCH LAND GAP WILLIAMSON, GA 30292 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 6469 | 006471 | JAMES C. BRANSCOME 3763 VIRGINIA AVE. COLLINSVILLE, VA 24078 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 6199 | 006201 | JAMES C. MOTHERAL 828 SIDNEY BAKER KERRVILLE, TX 78028 | 312.91 | 868.25 | 280.04 | 588.21 | 0.02069% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 1282 | 001281 | JAMES D. FOWLER<br>6100 WHITE HOUSE PARKWAY<br>WARM SPRINGS, GA 31830 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 6071 | 006073 | JAMES E. HENSLEY JR.<br>2570 HORSEPASTURE- PRICE RD<br>RIDGEWAY, VA 24148 | 680.96 | 1,889.50 | 609.44 | 1,280.06 | 0.04502% |
| 5496 | 005498 | JAMES E. KIRKEMINDE<br>C/O MARTHA J. MORLEY<br>2015 OLD MANOR<br>GARDEN CITY, KS 67846 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 11090 | 011093 | JAMES E. LEMIN<br>829 COLCHESTER<br>MESQUITE, TX 75149 | 141.72 | 393.25 | 126.84 | 266.41 | 0.00937% |
| 3114 | 003114 | JAMES E. PANTER<br>101 BUENA VISTA DRIVE<br>LEXINGTON, NC 27295 | 300.93 | 835.00 | 269.32 | 565.68 | 0.01990% |
| 5557 | 005559 | JAMES H CLINKSCALE<br>1955 CONRAD SAWMILL ROAD<br>PFAFFTOWN, NC 27040 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 14752 | 014758 | JAMES H. BEEBE<br>15377 W. ALEXANDRIA WAY<br>SURPRISE, AZ 85379 | 654.83 | 1,817.00 | 586.06 | 1,230.94 | 0.04329% |
| 2848 | 002848 | JAMES H. GARNER<br>4335 S.E. 35 STREET<br>COLUMBUS, KS 66725 | 645.10 | 1,790.00 | 577.35 | 1,212.65 | 0.04265% |
| 3131 | 003131 | JAMES H. GRIFFITH<br>17 WESTOVER DRIVE<br>POQUOSON, VA 23662 | 140.19 | 389.00 | 125.48 | 263.52 | 0.00927% |
| 1455 | 001454 | JAMES H. JONES<br>220 ARNOLD DRIVE<br>ANDERSON, SC 29621 | 682.93 | 1,895.00 | 611.22 | 1,283.78 | 0.04515% |
| 2513 | 002513 | JAMES H. KETRON<br>5116 HILL DR.<br>ROANOKE, VA 24012 | 680.96 | 1,889.50 | 609.44 | 1,280.06 | 0.04502% |
| 4796 | 004798 | JAMES H. STARNES III<br>8824 NORFOLK DRIVE<br>BATON ROUGE, LA 70809 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 3660 | 003660 | JAMES H. WINN<br>607 LOCKNER ROAD<br>COLUMBIA, SC 29212 | 311.28 | 863.75 | 278.60 | 585.15 | 0.02058% |
| 3228 | 003228 | JAMES I. CHAMBERS<br>RT 1 BOX 165-C<br>MT SIDNEY, VA 24467 | 680.95 | 1,889.50 | 609.45 | 1,280.05 | 0.04502% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 4362 | 004364 | JAMES I. TENNESSEE<br>3675 CHIMNEY RIDGE COURT<br>ELLENWOOD, GA 30049 | 245.78 | 682.00 | 219.98 | 462.02 | 0.01625% |
| 12223 | 012227 | JAMES L. EATON<br>507B WEST WALKER ST.<br>THOMASTON, GA 30286 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 5592 | 005594 | JAMES L. POPIEL<br>3440 GRANGER AV S. #27<br>BILLINGS, MT 59102 | 153.16 | 425.00 | 137.09 | 287.91 | 0.01013% |
| 6749 | 006751 | JAMES L. TRACY<br>PO BOX 794<br>SAYLORSBURG, PA 18353-0794 | 682.21 | 1,893.00 | 610.58 | 1,282.42 | 0.04511% |
| 2846 | 002846 | JAMES M DOIDGE<br>2620 ORLEANS ST.<br>BELLINGHAM, WA 98226 | 1,092.62 | 3,031.80 | 977.89 | 2,053.91 | 0.07224% |
| 41 | 000041 | JAMES M. GRAHAM<br>P.O. BOX 291<br>VERSAILLES, MO 65084 | 360.38 | 1,000.00 | 322.55 | 677.45 | 0.02383% |
| 6810 | 006812 | JAMES M. HUTCHENS<br>809 S. CENTRAL AVE.<br>SIDNEY, MT 59270 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 8403 | 008406 | JAMES M. KILGORE<br>812 WILLIAMSBURG DRIVE<br>PIKE ROAD, AL 36064 | 773.03 | 2,145.00 | 691.85 | 1,453.15 | 0.05111% |
| 7268 | 007270 | JAMES P. PAINTER<br>1831 S PORTER AVE.<br>JOPLIN, MO 64804-0473 | 142.75 | 396.10 | 127.76 | 268.34 | 0.00944% |
| 1494 | 001493 | JAMES R. ARCHIE<br>616 EAST MCIVER ROAD<br>FLORENCE, SC 29506 | 639.69 | 1,775.00 | 572.51 | 1,202.49 | 0.04229% |
| 9590 | 009593 | JAMES R. INGALLS<br>506 LYNN CIRCLE<br>MOUNT OLIVE, AL 35117 | 321.83 | 893.00 | 288.03 | 604.97 | 0.02128% |
| 4280 | 004282 | JAMES SCOTT JOHNSON<br>1256 CENTER STREET<br>PORT TOWNSEND, WA 98368 | 683.98 | 1,897.90 | 612.15 | 1,285.75 | 0.04522% |
| 7926 | 007929 | JAMES W. COOPER<br>5802 KING TRL.<br>CORPUS CHRISTI, TX 78414-6917 | 673.11 | 1,867.75 | 602.43 | 1,265.32 | 0.04450% |
| 6248 | 006250 | JAMES W. GAMBLE<br>PO BOX 724<br>LEWISTOWN, MT 59457 | 686.54 | 1,905.00 | 614.44 | 1,290.56 | 0.04539% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 1722 | 001722 | JAMES W. MORRIS<br>4115 LA PLACE DR.<br>DALLAS, TX 75220 | 684.01 | 1,898.00 | 612.19 | 1,285.81 | 0.04522% |
| 1122 | 001122 | JAMIE G HOLCOMB<br>7801 CR4094<br>KAUFMAN, TX 75142 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 7071 | 007073 | JAMIE L KIMZEY<br>2051 CAROUSEL<br>HOLLISTER, CA 95023 | 90.09 | 250.00 | 80.64 | 169.36 | 0.00596% |
| 14145 | 014149 | JAMIE L. LACHER<br>2684 E. BRIERFIELD DRIVE<br>EAGLE, ID 83616 | 1,232.15 | 3,418.96 | 1,102.76 | 2,316.20 | 0.08147% |
| 13621 | 013625 | JAN OR KENT JACKMAN<br>6924 MAPLE CREEK LN<br>DALLAS, TX 75252 | 248.31 | 689.00 | 222.23 | 466.77 | 0.01642% |
| 10823 | 010826 | JAN WILKINSON<br>RR 2 BOX 9D<br>BUFFALO, OK 73834-9610 | 323.81 | 898.50 | 289.80 | 608.70 | 0.02141% |
| 14200 | 014204 | JANA E. DEVALL<br>P.O. BOX 8099<br>CLINTON, LA 70722 | 494.81 | 1,373.00 | 442.85 | 930.15 | 0.03272% |
| 1502 | 001501 | JANA L. KALUSHA<br>11215 W 109 STREET<br>OVERLAND PARK, KS 66210 | 900.97 | 2,500.00 | 806.35 | 1,693.65 | 0.05957% |
| 12108 | 012112 | JANE DRAKE<br>92 LAKESIDE CT.<br>DADEVILLE, AL 36853 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 3971 | 003971 | JANE ILUKOWICZ<br>8 VANTAGE COURT<br>PORT JEFFERSON, NY 11777 | 714.92 | 1,983.75 | 639.85 | 1,343.90 | 0.04727% |
| 588 | 000588 | JANE M. GARSKA<br>1125 EAST 6TH<br>OGALLALA, NE 69153 | 186.32 | 517.00 | 166.76 | 350.24 | 0.01232% |
| 1313 | 001312 | JANE W. SAUL<br>24410 MINORWOOD RD<br>GREENSBORO, NC 27405 | 671.94 | 1,864.50 | 601.38 | 1,263.12 | 0.04443% |
| 6986 | 006988 | JANELLA J. DUNSON<br>4800 WYNN CIRCLE<br>WICHITA FALLS, TX 76308 | 323.72 | 898.25 | 289.72 | 608.53 | 0.02140% |
| 1205 | 001205 | JANET BALDWIN<br>8 TRAILWOOD CIRCLE<br>PETAL, MS 39465 | 1,077.92 | 2,991.00 | 964.73 | 2,026.27 | 0.07127% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 2583 | 002583 | JANET C. SMITH<br>4715 W. 71 TERR<br>PRAIRIE VILLAGE, KS 66208 | 369.40 | 1,025.00 | 330.61 | 694.39 | 0.02242% |
| 10898 | 010901 | JANET E. LAYTON<br>5737 OLD SYLACAUGA HWY<br>SYLACAUGA, AL 35151 | 682.21 | 1,893.00 | 610.58 | 1,282.42 | 0.04511% |
| 9815 | 009818 | JANET EVELYN MCCUNE<br>2775 INDIAN TRIAL DR<br>TUCKER, GA 30084 | 322.19 | 894.00 | 288.35 | 605.65 | 0.02130% |
| 12882 | 012886 | JANET F. HAYES<br>ROUTE 4, BOX 267<br>VINITA, OK 74301 | 143.44 | 398.00 | 128.37 | 269.63 | 0.00948% |
| 1703 | 001703 | JANET KOERNER<br>2525 HENRY<br>HAYS, KS 67601 | 583.63 | 1,619.43 | 522.33 | 1,097.10 | 0.03859% |
| 9464 | 009467 | JANET L. BRADLEY<br>700 HOWELL HILL ROAD<br>FLINTVILLE, TN 37335 | 682.21 | 1,893.00 | 610.58 | 1,282.42 | 0.04511% |
| 1235 | 001235 | JANET L. BROWN<br>1441 SOURDOUGH LANE #2<br>BILLINGS, MT 59105 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1274 | 001273 | JANET Y. GOOLESBY<br>P.O. BOX 681295<br>FORT PAYNE, AL 35968 | 323.63 | 898.00 | 289.64 | 608.36 | 0.02140% |
| 7224 | 007226 | JANICE A. CARSON<br>3619 MARION COURT<br>INDEPENDENCE, MO 64055 | 681.76 | 1,891.75 | 610.17 | 1,281.58 | 0.04508% |
| 10316 | 010319 | JANICE A. SMITH<br>3106 ASTOR COURT<br>SUGARLAND, TX 77478 | 323.72 | 898.25 | 289.73 | 608.52 | 0.02140% |
| 1516 | 001515 | JANICE C. AUSTIN<br>537 UPSALL DR<br>ANTIOCH, TN 37013 | 682.48 | 1,893.75 | 610.82 | 1,282.93 | 0.04512% |
| 7719 | 007722 | JANICE CREAMER<br>3343 OLE MISS DRIVE<br>KENNER, LA 70065 | 625.27 | 1,735.00 | 559.61 | 1,175.39 | 0.04134% |
| 4250 | 004252 | JANICE D KLEVEN<br>23315 4TH AVE NW<br>DESLACS, ND 58733 | 521.12 | 1,446.00 | 466.40 | 979.60 | 0.03445% |
| 171 | 000171 | JANICE JACKSON<br>94 OLD MACEDONIA ROAD<br>MANCHESTER, GA 31816 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 1096 | 001096 | JANICE L. DIVAN<br>204 SOUTH CHICAGO STREET<br>SIDELL, IL 61876 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 593 | 000593 | JANICE R. HUFF<br>PO BOX 624<br>WILLIAMSON, GA 30292-0624 | 1,351.45 | 3,750.00 | 1,209.54 | 2,540.46 | 0.08935% |
| 6251 | 006253 | JANICE Y. YU<br>258 NAPLES ST.<br>SAN FRANCISCO, CA 94112 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 3033 | 003033 | JANIS M. LIGON<br>EXECUTOR FOR D.E. LIGON<br>730 TEXAS AVENUE<br>CORPUS CHRISTI, TX 78404 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 5696 | 005698 | JARED S. WORSLEY<br>2140-E BRENTWOOD RD<br>RALEIGH, NC 27604 | 427.22 | 803.08 | 0.00 | 803.08 | 0.02825% |
| 6942 | 006944 | JARED V. STAKES<br>903 VAUGHN DR.<br>ANNISTON, AL 36277 | 321.83 | 893.00 | 288.03 | 604.97 | 0.02128% |
| 7610 | 007613 | JARRETT GILGOUR<br>17 WEBSTER ST.<br>CHILLOTHE, MO 64601 | 142.71 | 396.00 | 127.73 | 268.27 | 0.00944% |
| 2380 | 002380 | JASKARAN SINGH<br>20936 108TH AVE. SE<br>KENT, WA 98031 | 805.16 | 2,234.15 | 720.61 | 1,513.54 | 0.05323% |
| 1430 | 001429 | JASMINE LEUNG<br>4611 COBB CIRCLE<br>SUGARLAND, TX 77479 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3290 | 003290 | JASON C. MEARNS<br>2012 NOTTINGDALE LANE<br>WINTER PARK, FL 32792 | 345.61 | 959.00 | 309.32 | 649.68 | 0.02285% |
| 11641 | 011644 | JASON C. OVERTON<br>2600 GEORGIA LANE<br>FULTONDALE, AL 35068 | 682.22 | 1,893.00 | 610.57 | 1,282.43 | 0.04511% |
| 3364 | 003364 | JASON E. WEAVER<br>3525 SAGE #1504<br>HOUSTON, TX 77056 | 684.01 | 1,898.00 | 612.19 | 1,285.81 | 0.04522% |
| 1619 | 001618 | JASON E. XIE<br>354 ORIZABA AVENUE<br>SAN FRANCISCO, CA 94132 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 9005 | 009008 | JASON N. LOVERING<br>322 GRIMSLEY BRIDGE RD.<br>COLQUITT, GA 31737 | 673.75 | 1,869.50 | 602.99 | 1,266.51 | 0.04455% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 3767 | 003767 | JASON P. EATON<br>3012 JOHNSTON ROAD<br>PARSONS, KS 67357 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 1166 | 001166 | JASON XIE<br>354 ORIZABA AVE.<br>SAN FRANCISCO, CA 94132 | 318.94 | 885.00 | 285.45 | 599.55 | 0.02109% |
| 10311 | 010314 | JAY A. URBINA<br>136 SE 23RD TER.<br>CAPE CORAL LEE, FL 33990 | 291.91 | 810.00 | 261.26 | 548.74 | 0.01930% |
| 2293 | 002293 | JAYLENE WILLHITE<br>1634 CROOK AVE.<br>CHEYENNE, WY 82001 | 422.10 | 1,171.25 | 377.78 | 793.47 | 0.02791% |
| 1268 | 001267 | JEAN B. AVERETTE<br>7734 BROKER AVE.<br>BATON ROUGE, LA 70817 | 312.09 | 866.00 | 279.33 | 586.67 | 0.02063% |
| 4061 | 004062 | JEAN CLAUDE SEVIGNY SR<br>4350 SHERBROOKE OURST #C11<br>WESTMOUNT, PQ H3Z1E3<br>FOREIGN, FN 99999 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 7364 | 007366 | JEAN CROW<br>311 E. PECAN ST.<br>NOCONA, TX 76255-2748 | 593.92 | 1,648.00 | 531.55 | 1,116.45 | 0.03927% |
| 2705 | 002705 | JEAN D. GOEDEN<br>502 POLAR BOX 643<br>AVOCA, NE 68307 | 682.93 | 1,895.00 | 611.22 | 1,283.78 | 0.04515% |
| 6732 | 006734 | JEAN ELLSWORTH<br>201 W 5TH AVE<br>SALMON, ID 83467-3843 | 1,429.56 | 4,300.00 | 1,612.72 | 2,687.28 | 0.09452% |
| 9039 | 009042 | JEAN L. DORN<br>209 MANNING RD.<br>GREENWOOD, SC 29649 | 142.36 | 395.00 | 127.40 | 267.60 | 0.00941% |
| 7494 | 007497 | JEAN M YORK<br>3204 MEADOWOOD<br>GREAT FALLS, MT 59404 | 333.34 | 924.95 | 298.33 | 626.62 | 0.02204% |
| 8847 | 008850 | JEAN R. STARLING<br>205 BUTTER & EGG RD.<br>TROY, AL 36081 | 1,549.67 | 4,300.00 | 1,386.93 | 2,913.07 | 0.10246% |
| 12302 | 012306 | JEANETTE JONES<br>68880 NICOLAI RD.<br>RAINIER, OR 97048 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 427 | 000427 | JEANIE P. HOWE<br>1808 DENHOLM DRIVE<br>MANHATTAN, KS 66503 | 583.89 | 1,620.18 | 522.58 | 1,097.60 | 0.03861% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 10639 | 010642 | JEANNE OURSLER<br>100 SOUTHSHORE CT.<br>ROSWELL, GA 30076 | 683.66 | 1,897.00 | 611.86 | 1,285.14 | 0.04520% |
| 11465 | 011468 | JEANNETTE N. ROY<br>423 E URQUHART STREET<br>CHALMETTE, LA 70043 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 5663 | 005665 | JEANNIE F. RHODES<br>2375 MYRTLE AVENUE<br>BATON ROUGE, LA 70806 | 279.30 | 775.00 | 249.97 | 525.03 | 0.01847% |
| 5475 | 005477 | JEFF D. SLATE<br>PO BOX 67<br>DOCHOW, KS 66901 | 323.41 | 897.38 | 289.44 | 607.94 | 0.02138% |
| 2209 | 002209 | JEFF K. HABY<br>119 P.R. 4775<br>CASTROVILLE, TX 78009 | 143.34 | 397.75 | 128.30 | 269.45 | 0.00948% |
| 3604 | 003604 | JEFF L. BODOUIN<br>27 POP RUNNELS ROAD<br>PETAL, MS 39465 | 733.21 | 2,034.50 | 656.22 | 1,378.28 | 0.04848% |
| 5632 | 005634 | JEFF LOREE<br>11155 BLUE HERON RD<br>BOW, WA 98232 | 360.38 | 1,000.00 | 322.55 | 677.45 | 0.02388% |
| 3895 | 003895 | JEFF R. DAVIS<br>70425 K STREET<br>COVINGTON, LA 70433 | 348.94 | 968.25 | 312.31 | 655.94 | 0.02307% |
| 556 | 000556 | JEFF R. ZELSMAN<br>RT.1 BOX 38<br>VERSAILLES, MO 65084 | 520.92 | 1,445.45 | 466.23 | 979.22 | 0.03444% |
| 6225 | 006227 | JEFF REICHEL<br>3914 E. 3200 N #B<br>HANSEN, ID 83334-5206 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 811 | 000811 | JEFF S. KILPATRICK<br>425 CO./ RD/ 229<br>CRANE HILL, AL 35053 | 684.02 | 1,898.00 | 612.18 | 1,285.82 | 0.04523% |
| 8318 | 008321 | JEFF S. OLSEN<br>18 FOREST PARK DR.<br>CLANCY, MT 59634 | 216.24 | 600.00 | 193.52 | 406.48 | 0.01430% |
| 11954 | 011958 | JEFF W. AYLING<br>5104 W. NOB HILL, APT 65<br>YAKIMA, WA 98908-5816 | 815.56 | 2,263.00 | 729.92 | 1,533.08 | 0.05392% |
| 9333 | 009336 | JEFF W. BURGIN<br>201 CURVE DRIVE<br>MONROE, LA 71203 | 809.79 | 2,247.00 | 724.76 | 1,522.24 | 0.05354% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 3422 | 003422 | JEFF W. MC WILLIAMS<br>1486 JAMIE LANE<br>SOUTHSIDE, AL 35907 | 141.63 | 393.00 | 126.76 | 266.24 | 0.00936% |
| 5264 | 005266 | JEFF[BAOLIANG] ZHANG<br>P.O. BOX 525240<br>FLUSHING, NY 11352 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 4383 | 004385 | JEFFERSON UNDERWOOD<br>2171 NORMANDIE DR<br>MONTGOMERY, AL 36111 | 660.24 | 1,832.00 | 590.89 | 1,241.11 | 0.04365% |
| 14070 | 014074 | JEFFERY L. TURNER<br>19845 S.E. 316 PL.<br>KENT, WA 98042 | 528.22 | 1,465.70 | 472.76 | 992.94 | 0.03492% |
| 1334 | 001333 | JEFFERY W. BOHANON<br>8908 WELLER LANE<br>KELLER, TX 76248 | 123.80 | 343.50 | 110.79 | 232.71 | 0.00818% |
| 7617 | 007620 | JEFFREY A. COLEMAN<br>RR3 BOX 208<br>VERSAILLES, MO 65084 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 9717 | 009720 | JEFFREY B. WEDDALL<br>625 NEW SCHOOL LN. APT. D<br>DALLASTOWN, PA 17313 | 142.72 | 396.00 | 127.72 | 268.28 | 0.00944% |
| 9905 | 009908 | JEFFREY D PIKE<br>302 NOYES STREET<br>FAIRBANKS, AK 99701 | 792.86 | 2,200.00 | 709.59 | 1,490.41 | 0.05242% |
| 4270 | 004272 | JEFFREY D. ASHBY<br>POST OFFICE BOX 3615<br>MARTINSVILLE, VA 24115 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 12695 | 012699 | JEFFREY D. HUNGER<br>2102 E. ARBOR DRIVE<br>HUNTSVILLE, AL 35811 | 326.51 | 906.00 | 292.23 | 613.77 | 0.02159% |
| 64 | 000064 | JEFFREY D. MOEN<br>6013 S. ELKIN STREET<br>TAMPA, FL 33611 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 3677 | 003677 | JEFFREY K. HONG<br>6104 VISTA DR.<br>FALLS CHURCH, VA 22041 | 700.49 | 1,943.71 | 626.93 | 1,316.78 | 0.04631% |
| 14984 | 014991 | JEFFREY L. HOOKS<br>16516 PLANTATION WOODS DRIVE<br>CHARLOTTE, NC 28278 | 2,287.48 | 4,300.00 | 0.00 | 4,300.00 | 0.15124% |
| 7383 | 007385 | JEFFREY S HOLLEY<br>6865 CADYVILLE ROAD<br>LIVONIA, NY 14487-9314 | 1,261.36 | 3,500.00 | 1,128.90 | 2,371.10 | 0.08340% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 7632 | 007635 | JEFFREY S. ADAMS<br>3050 OLD SULPHUR SP. ROAD<br>WELLINGTON, AL 36279 | 240.02 | 666.00 | 214.82 | 451.18 | 0.01587% |
| 3369 | 003369 | JEFFREY S. ADAMS<br>PO BOX 401<br>SUMMIT, MS 39666 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 14507 | 014511 | JEFFRY G CONRAD<br>301 RAYBURN STREET APT 576<br>LAFAYETTE, LA 70506 | 683.84 | 1,897.50 | 612.02 | 1,285.48 | 0.04521% |
| 6905 | 006907 | JENEAN S. YOUNG<br>4305 CRESCENT<br>GRANBURY, TX 76049 | 858.31 | 2,381.62 | 768.17 | 1,613.45 | 0.05675% |
| 943 | 000943 | JENNIE A. GUTTERY<br>769 S. 220TH AVE.<br>ALTON, KS 64723 | 288.31 | 800.00 | 258.03 | 541.97 | 0.01906% |
| 4985 | 004987 | JENNIE W. JOHNSON<br>3074 KENT CT.<br>DULUTH, GA 30096 | 306.33 | 850.00 | 274.16 | 575.84 | 0.02025% |
| 14671 | 014677 | JENNIFER A MCGRATH<br>745 LODGE AVENUE<br>RENO, NV 89503 | 413.36 | 1,147.00 | 369.96 | 777.04 | 0.02733% |
| 13025 | 013029 | JENNIFER C. EDKINS<br>4016 SUMAC COURT<br>ARLINGTON, TX 76017 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 4282 | 004284 | JENNIFER DOHERTY<br>827 GENFORD CT.<br>RALEIGH, NC 27609 | 1,407.64 | 2,646.08 | 0.00 | 2,646.08 | 0.09307% |
| 14188 | 014192 | JENNIFER GRUVER<br>4013 THETFORD ROAD<br>DURHAM, NC 27707 | 110.47 | 207.67 | 0.00 | 207.67 | 0.00730% |
| 2542 | 002542 | JENNIFER JYZ YAN-ZHU<br>233 SANDALWOOD DR.<br>ROCHESTER HILLS, MI 48307 | 564.04 | 1,565.10 | 504.81 | 1,060.29 | 0.03729% |
| 6111 | 006113 | JENNIFER K. WILLIAMS<br>233 TANNER POINT DRIVE<br>NEWMARKET, AL 35761 | 673.21 | 1,868.00 | 602.50 | 1,265.50 | 0.04451% |
| 14067 | 014071 | JENNIFER L SMITH<br>7955 HWY BB<br>FLORENCE, MO 65329 | 683.03 | 1,895.25 | 611.30 | 1,283.95 | 0.04516% |
| 2472 | 002472 | JENNIFER L. HEBERT<br>BOX 369<br>ST.LAURENT, MB R0C2S0<br>CANADA | 831.50 | 2,307.24 | 744.19 | 1,563.05 | 0.05498% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 5707 | 005709 | JENNIFER L. WALTERS<br>113 HILLSIDE DRIVE<br>MAYLENE, AL 35114 | 684.01 | 1,898.00 | 612.19 | 1,285.81 | 0.04522% |
| 6629 | 006631 | JEREMY M. TALBOTT<br>6847 D. YALHTHAVEN ROAD<br>FRIDAYHARBOR, WA 98250 | 323.56 | 897.80 | 289.58 | 608.22 | 0.02139% |
| 4274 | 004276 | JEREMY S DAILY<br>P.O. BOX 2206<br>JACKSON, WY 83001 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 11352 | 011355 | JERRINE M. DAVIS<br>PO BOX 3973<br>ALPHARETTA, GA 30023-3973 | 671.94 | 1,864.50 | 601.39 | 1,263.11 | 0.04443% |
| 14133 | 014137 | JERRY D GARNER<br>44 MC CARD ROAD<br>THOMASTON, GA 30286 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 7073 | 007075 | JERRY D. BELL<br>2014 PRIEBES MILL ROAD<br>OXFORD, AL 36203 | 677.17 | 1,879.00 | 606.06 | 1,272.94 | 0.04477% |
| 3465 | 003465 | JERRY H. HAYNES<br>33 CRUTCHFIELD RD<br>CARROLLTON, GA 30117 | 313.36 | 869.50 | 280.44 | 589.06 | 0.02072% |
| 6021 | 006023 | JERRY R DOUTHIT<br>240 ASHBOURNE CK CT.<br>CLEMMONS, NC 27012 | 317.50 | 881.00 | 284.16 | 596.84 | 0.02099% |
| 5133 | 005135 | JERRY W. MARTIN<br>111 FARMINGTON CT<br>MARTINSVILLE, VA 24112 | 721.50 | 2,002.00 | 645.73 | 1,356.27 | 0.04770% |
| 93 | 000093 | JERRY W. MORRIS<br>300 MAIN ST.<br>SUTTON, WV 26601 | 313.36 | 869.50 | 280.45 | 589.05 | 0.02072% |
| 10052 | 010055 | JERRY WATKINS<br>1318 E. MAIN<br>NEW IBERIA, LA 70560 | 862.50 | 2,393.25 | 771.92 | 1,621.33 | 0.05703% |
| 11405 | 011408 | JESSE M. WILLIAMS<br>1809 Croom Drive<br>Montgomery, AL 36106-2728 | 729.06 | 2,023.00 | 652.51 | 1,370.49 | 0.04820% |
| 4048 | 004049 | JESSIC JIANG<br>136-73 41ST AVE. #3A<br>FLUSHING, NY 11355 | 318.94 | 885.00 | 285.45 | 599.55 | 0.02109% |
| 2875 | 002875 | JESSICA A. SCHWANZ<br>135 HORSESHOE DR.<br>PLENTYWOOD, MT 59254 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 4081 | 004082 | JESSICA Y. WONG<br>701 NEWMAN DR.<br>SOUTH SAN FRANC, CA 94080 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1212 | 001212 | JESUS A. MALDONADO<br>2206 ROSENDO GARCIA S.W.<br>ALBUQUERQUE, NM 87105 | 313.90 | 871.00 | 280.94 | 590.06 | 0.02075% |
| 10444 | 010447 | JESUS GARZA JR.<br>RT 8 BOX 3212<br>MISSION, TX 78572 | 682.30 | 1,893.25 | 610.66 | 1,282.59 | 0.04511% |
| 8306 | 008309 | JEWEL P. SMITH<br>ROUTE 1 BOX 133<br>MARION, NC 28752 | 140.91 | 391.00 | 126.11 | 264.89 | 0.00932% |
| 694 | 000694 | JIANFENG GE<br>132 BERGEN ST.<br>HARRISON, NJ 07029 | 279.30 | 775.00 | 249.98 | 525.02 | 0.01847% |
| 6194 | 006196 | JIANG BIN<br>1700 BUTLER PIKE<br>APT. 36D<br>CONSHOHOCKEN, PA 19428 | 811.61 | 2,252.06 | 726.39 | 1,525.67 | 0.05366% |
| 3676 | 003676 | JIANG YULEI YU YONGJUN<br>13209 TWINBROOK PARKWAY #304<br>ROCKVILLE, MD 20851 | 311.74 | 865.00 | 278.99 | 586.01 | 0.02061% |
| 3108 | 003108 | JIANG ZHU<br>13271 ROMA BND<br>WESTFIELD, IN 46074-8301 | 682.04 | 1,892.50 | 610.41 | 1,282.09 | 0.04509% |
| 1304 | 001303 | JIANGNAN CHEN<br>254 LORD BYRON LN.<br>COCKEYSVILLE, MD 21030 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 12703 | 012707 | JIANMING GONG<br>13013 MONROE MANOR DR.<br>HERNDON, VA 20171 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 8845 | 008848 | JIANXIONG HAN<br>1747 73RD ST 2FL<br>BROOKLYN, NY 11204 | 682.30 | 1,893.25 | 610.66 | 1,282.59 | 0.04511% |
| 5451 | 005453 | JIAO Y. LAN<br>1831 S. 8TH ST.<br>PHILADELPHIA, PA 19148 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 359 | 000359 | JIE CAO<br>724 S. CHAPEL AVE. #13<br>ALHAMBRA, CA 91801 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 11060 | 011063 | JIE LIN<br>8 RAFFAELA DR.<br>MALVERN, PA 19355 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |