| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 7460 | 007463 | JIE YAN<br>6121 CODES RIDGE RD #1602<br>RALEIGH, NC 27612 | 714.97 | 1,344.00 | 0.00 | 1,344.00 | 0.04727% |
| 2296 | 002296 | JIE YANG<br>43 COLONIAL DRIVE<br>MANSFIELD, MA 2048 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 12815 | 012819 | JIE ZHAN<br>2100-3E EASTCHESTER ROAD<br>BRONX, NY 10461 | 321.92 | 893.25 | 288.11 | 605.14 | 0.02128% |
| 2261 | 002261 | JILL A. WILLIAMS FULKERSON<br>540 SW 2ND AVE.<br>CEDAREDGE, CO 81413 | 163.47 | 453.62 | 146.32 | 307.30 | 0.01081% |
| 10411 | 010414 | JILL C. SANDERS<br>2902 WHISPERING WINDS #503<br>PEARLAND, TX 77581 | 180.19 | 500.00 | 161.28 | 338.72 | 0.01191% |
| 10928 | 010931 | JILL E BERETTA<br>149 HOPFIELD DR<br>FOLSOM, CA 95630 | 225.47 | 625.63 | 201.79 | 423.84 | 0.01491% |
| 3339 | 003339 | JILL M. TERRY<br>1403 SILVERLEAF<br>FRIENDSWOOD, TX 77546 | 143.53 | 398.25 | 128.45 | 269.80 | 0.00949% |
| 2262 | 002262 | JILLIAN ANNE FULKERSON<br>ESTATE OF SCOTT FULKERSON<br>540 SW 2ND AVE<br>CEDAREDGE, CO 81413 | 810.96 | 2,250.24 | 725.80 | 1,524.44 | 0.05362% |
| 7949 | 007952 | JIM & ELAINE MOORE<br>1910 E. 25TH STREET<br>IDAHO FALLS, ID 83404 | 142.35 | 395.00 | 127.41 | 267.59 | 0.00941% |
| 14307 | 014311 | JIM D OLSON<br>3245 TURNBERRY CR<br>BILLINGS, MT 59101 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 1794 | 001794 | JIM E. TILLEY<br>202 SOUTH THIRD AVE<br>MAYODAN, NC 27027 | 320.75 | 890.00 | 287.06 | 602.94 | 0.02121% |
| 4496 | 004498 | JIM M. HOWARD<br>2920 SQUIRE PLACE<br>GARDEN CITY, KS 67846 | 576.62 | 1,600.00 | 516.07 | 1,083.93 | 0.03812% |
| 4563 | 004565 | JIM R. HARRIS<br>RT 1 BOX 710<br>NOCONA, TX 76255 | 684.11 | 1,898.25 | 612.27 | 1,285.98 | 0.04523% |
| 7058 | 007060 | JIMMY C. NEWSOME<br>3062 WHEELESS DR<br>THOMPSON, GA 30824 | 340.92 | 946.00 | 305.13 | 640.87 | 0.02254% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 10869 | 010872 | JIMMY HOLMES<br>118 NORTHWEST DRIVE<br>HEREFORD, TX 79045 | 143.53 | 398.25 | 128.45 | 269.80 | 0.00949% |
| 1178 | 001178 | JIMMY R. HOLLEY<br>2225 WAYMANVILLE ROAD<br>THOMASTON, GA 30286 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 8356 | 008359 | JIMMY T. WEATHERFORD<br>109 YORKSHIRE COURT<br>WAXAHACHIE, TX 75165 | 313.42 | 869.69 | 280.52 | 589.17 | 0.02072% |
| 2556 | 002556 | JIN PING FENG<br>2805 WASHINGTON AVE<br>EL MONTE, CA 91733 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 6681 | 006683 | JING M. FONG<br>4626 FELDSPAR RD.<br>MIDDLETOWN, MD 21769 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 286 | 000286 | JING ZHANG<br>10 MEYER HILL DRIVE<br>ACTON, MA 01720 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 596 | 000596 | JING ZHOU<br>134-40 FRANKLIN AVE., APT. 3B<br>FLUSHING, NY 11355 | 372.28 | 1,033.00 | 333.19 | 699.81 | 0.02461% |
| 7787 | 007790 | JINNI XU<br>98-25 64 ROAD #2H<br>REGO PARK, NY 11374 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 13774 | 013778 | JIONG TANG<br>4412 PEARL COURT<br>PLANO, TX 75024 | 900.97 | 2,500.00 | 806.35 | 1,693.65 | 0.05957% |
| 11469 | 011472 | JO ANN BURRIS<br>2712 RICE STREET<br>BAKERSFIELD, CA 93306 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 810 | 000810 | JO ANN GOODFELLOW<br>2605 N. FLAMINGO LN<br>ALTUS, OK 73521-1436 | 321.47 | 892.00 | 287.71 | 604.29 | 0.02125% |
| 14533 | 014537 | JO ANN MACHEN<br>547 COLLINS CAMP ROAD<br>WINNFIELD, LA 71483 | 467.71 | 1,297.82 | 418.61 | 879.21 | 0.03092% |
| 10081 | 010084 | JOAN A KNIGHT<br>P.O. BOX 250<br>VIDOR, TX 77670 | 781.41 | 2,168.25 | 699.35 | 1,468.90 | 0.05166% |
| 7805 | 007808 | JOAN A. WALKER<br>3127 MCBRIDE ST.<br>BILLINGS, MT 59102-0320 | 1,096.60 | 3,042.85 | 981.46 | 2,061.39 | 0.07250% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 615 | 000615 | JOAN E LINDSAY<br>16406 CRAIGHURST<br>HOUSTON, TX 77059 | 323.72 | 898.25 | 289.72 | 608.53 | 0.02140% |
| 1450 | 001449 | JOAN E. WILLIAMS<br>9046 DUNMORE<br>DALLAS, TX 75231 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 8082 | 008085 | JOAN L BRASWELL<br>2877 STEWART RD<br>OCHLOCKNEE, GA 31773 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 5559 | 005561 | JOAN LYNCH<br>RT. 1 BOX 1727<br>BANDON, OR 97411 | 323.90 | 898.75 | 289.89 | 608.86 | 0.02141% |
| 7104 | 007106 | JOAN T. SIGMAN<br>6404 CYPRESS POINT DRIVE<br>PLANO, TX 75093 | 154.97 | 430.00 | 138.69 | 291.31 | 0.01025% |
| 6305 | 006307 | JOAN W. GROSS<br>P. O. BOX 41558<br>EUGENE, OR 97404 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 3910 | 003910 | JOANN GREER<br>705 PINNACLE COURT<br>LEXINGTON, KY 40515 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 7730 | 007733 | JOANN M. MCCOLLUM<br>1651 PANNEL ROAD<br>MADISON, NC 27025 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3356 | 003356 | JOANN N. BLINTON<br>A/K/A JOANN C. BLITON<br>124 BELINDA CIRCLE<br>PECULIAR, MO 64078-9402 | 583.84 | 1,620.06 | 522.55 | 1,097.51 | 0.03860% |
| 3029 | 003029 | JOANNA C SHAUGHNESSY<br>14 HASTINGS CIRCLE<br>GREENSBORO, NC 27406 | 360.38 | 1,000.00 | 322.55 | 677.45 | 0.02383% |
| 4967 | 004969 | JOANNA L. KUO<br>518 CLUSTER LANE<br>REDONDO BEACH, CA 90278 | 682.30 | 1,893.25 | 610.66 | 1,282.59 | 0.04511% |
| 1712 | 001712 | JOANNE F. SZYMANSKI<br>16006 N.E. 153RD ST.<br>WOODINVILLE, WA 98072 | 683.94 | 1,897.80 | 612.13 | 1,285.67 | 0.04522% |
| 2735 | 002735 | JOANNE JONES<br>6202 HAGAN STONE PARK RD.<br>PLEASANT GARD, NC 27313 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 4320 | 004322 | JOANNE M. TYLER<br>2557 N. LOS LOMITAS WAY<br>COVINA, CA 91724 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 5927 | 005929 | JOAQUINA VAQUIZ<br>2905 REDCLAY DR. #814<br>RALEIGH, NC 27604 | 378.23 | 711.00 | 0.00 | 711.00 | 0.02501% |
| 1888 | 001888 | JOCK R. PAUL<br>3621 W 31ST AVENUE<br>VANCOUVER, BC V6S1Y1<br>FOREIGN, FN 99999 | 567.69 | 1,575.23 | 508.08 | 1,067.15 | 0.03753% |
| 1026 | 001026 | JODI L. RAIMONDO<br>1645 DUNLAWTON AVENUE #1924<br>PORT ORANGE, FL 32127 | 19.82 | 55.00 | 17.74 | 37.26 | 0.00131% |
| 6395 | 006397 | JODY L. CARPENTER<br>PO BOX 575<br>COLVILLE, WA 99114 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 3305 | 003305 | JODY L. TRAVIS<br>3010 WHIRLWIND<br>PEARLAND, TX 77581 | 378.52 | 1,050.31 | 338.77 | 711.54 | 0.02503% |
| 172 | 000172 | JOE A SALAMONE<br>4386 WELLESLEY DRIVE<br>OOLTEWAH, TN 37363-8092 | 765.48 | 2,124.02 | 685.08 | 1,438.94 | 0.05061% |
| 1714 | 001714 | JOE A. SMITH<br>1041 GARDEN ST.<br>LAMAR, SC 29069 | 322.91 | 896.00 | 288.99 | 607.01 | 0.02135% |
| 8850 | 008853 | JOE C. WILKINS<br>45 CEDAR MT RD BOX 521<br>ENNIS, MT 59729 | 36.04 | 100.00 | 32.25 | 67.75 | 0.00238% |
| 6857 | 006859 | JOE G. KLEIN<br>332 WILLOW BEND RD.<br>BIRMINGHAM, AL 35209 | 324.35 | 900.00 | 290.28 | 609.72 | 0.02145% |
| 102 | 000102 | JOE MANNO<br>5375 LONG ISLAND DRIVE, N.W.<br>ATLANTA, GA 30327 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 14738 | 014744 | JOE NELSON<br>19101 NW COLLINS RD<br>HILLSBORO, OR 97124 | 1,113.24 | 3,089.00 | 996.33 | 2,092.67 | 0.07360% |
| 12280 | 012284 | JOEL L. PAYNE<br>3767 LOWER BURRIS RD.<br>CANTON, GA 30114 | 674.28 | 1,871.00 | 603.48 | 1,267.52 | 0.04458% |
| 5218 | 005220 | JOEL R. MAXWELL<br>696 PINECREST DRIVE<br>CHILDERSBURG, AL 35044 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 2 | 000002 | JOEL R. UNDERWOOD<br>POST OFFICE BOX 134<br>MONTEZUMA, GA 31063 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 1344 | 001343 | JOEL T. BARBER<br>115 NATCHEZ COURT<br>MONTGOMERY, AL 36117 | 441.28 | 1,224.45 | 394.94 | 829.51 | 0.02918% |
| 6500 | 006502 | JOEY C. NESMITH<br>5309 MONTGOMERY STREET<br>SAVANNAH, GA 31405 | 683.29 | 1,896.00 | 611.55 | 1,284.45 | 0.04518% |
| 10107 | 010110 | JOEY E. EAGERTON<br>6222 HILLTOP AVE.<br>PANAMA CITY BEACH, FL 32408 | 773.75 | 2,147.00 | 692.50 | 1,454.50 | 0.05116% |
| 2597 | 002597 | JOGINDER SANDHU<br>18652 172ND PLACE SE<br>RENTON, WA 98058 | 805.16 | 2,234.15 | 720.61 | 1,513.54 | 0.05323% |
| 14205 | 014209 | JOHN A. DEPP<br>708 DOCTORS DRIVE, APT. D<br>KINSTON, NC 28501-1541 | 741.75 | 2,058.20 | 663.86 | 1,394.34 | 0.04904% |
| 6084 | 006086 | JOHN A. GILSON<br>10406 SAGEMEADOW<br>HOUSTON, TX 77089 | 126.78 | 351.80 | 113.48 | 238.32 | 0.00838% |
| 592 | 000592 | JOHN A. LESLIE<br>2902 N. GESSNER<br>HOUSTON, TX 77080 | 682.30 | 1,893.25 | 610.66 | 1,282.59 | 0.04511% |
| 9266 | 009269 | JOHN B. BETHELL<br>4104 FOX HILL ROAD<br>NORTH LITTLE ROCK, AR 72116 | 684.01 | 1,898.00 | 612.19 | 1,285.81 | 0.04522% |
| 10557 | 010560 | JOHN B. MOODY<br>509 LEON STREET<br>NAVASOTA, TX 77868 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 5063 | 005065 | JOHN BARBER<br>21 PINECREST DRIVE<br>FAIRMONT, NC 28340 | 275.69 | 765.00 | 246.75 | 518.25 | 0.01823% |
| 5953 | 005955 | JOHN BARRETT CARTER<br>4504 OAK BROOK DRIVE<br>SMYRNA, GA 30082 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 2699 | 002699 | JOHN C. DAWSEY<br>P. O. BOX 69<br>325 BLAINE STREET<br>SAND COULEE, MONTANA 59472 | 573.01 | 1,590.00 | 512.85 | 1,077.15 | 0.03789% |
| 5945 | 005947 | JOHN C. LOFBERG<br>51 OAK STREET<br>CARSON, WA 98648 | 683.94 | 1,897.80 | 612.13 | 1,285.67 | 0.04522% |
| 3663 | 003663 | JOHN C. WINN<br>1137 CHELSEY CIRCLE<br>CONWAY, SC 29526 | 205.08 | 569.05 | 183.54 | 385.51 | 0.01356% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 8421 | 008424 | JOHN D HARRINGTON<br>940 FM 1387<br>MIDILOTHIAN, TX 76065 | 323.53 | 897.75 | 289.57 | 608.18 | 0.02139% |
| 12521 | 012525 | JOHN D. BROTHERS<br>16 WINDING CREEK TRAIL<br>GARLAND, TX 75043 | 2,127.89 | 4,000.00 | 0.00 | 4,000.00 | 0.14069% |
| 730 | 000730 | JOHN D. MORTEN<br>23960 ROBERTA CIRCLE<br>WAYNESVILLE, MO 65583 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 5635 | 005637 | JOHN D. WHITE<br>3103 HERITAGE COURT #72<br>MANHATTAN, KS 66503 | 279.30 | 775.00 | 249.97 | 525.03 | 0.01847% |
| 7824 | 007827 | JOHN E. BLAIR<br>1506-B WINDWARD DRIVE<br>KILLEEN, TX 76543 | 132.71 | 368.25 | 118.78 | 249.47 | 0.00877% |
| 4988 | 004990 | JOHN E. DEBEY<br>2504 SHORT STREET<br>CHILLICOTHE, MO 64506 | 367.59 | 1,020.00 | 329.00 | 691.00 | 0.02430% |
| 785 | 000785 | JOHN E. KEEN<br>13544 NEW WOOD AVE<br>BATON ROUGE, LA 70818 | 323.63 | 898.00 | 289.64 | 608.36 | 0.02140% |
| 11611 | 011614 | JOHN F. OLSON<br>872 VALLEY RIDGE ROAD<br>BURLESON, TX 76028-4985 | 684.11 | 1,898.25 | 612.27 | 1,285.98 | 0.04523% |
| 1159 | 001159 | JOHN H HEBBELMAN JR.<br>R.R.1 BOX 27<br>CHINOOK, MT 59523 | 320.75 | 890.00 | 287.06 | 602.94 | 0.02121% |
| 3833 | 003833 | JOHN H. BARNHART<br>6361 EASTWOOD GLEN. PL.<br>MONTGOMERY, AL 36117 | 360.39 | 1,000.00 | 322.54 | 677.46 | 0.02383% |
| 5929 | 005931 | JOHN H. EBERHARDT & EDNA MARLENE EB<br>5101 FREMONT STREET<br>JACKSONVILLE, FL 32210 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 1245 | 001245 | JOHN J. JUDY<br>6456 SOUTH HIGHLAND AVE.<br>HILLSDALE, IN 47854 | 154.52 | 428.75 | 138.29 | 290.46 | 0.01022% |
| 10318 | 010321 | JOHN J. PONZIO<br>5978 E. SH. 21<br>BRYAN, TX 77808 | 143.53 | 398.25 | 128.45 | 269.80 | 0.00949% |
| 9931 | 009934 | JOHN L. DIBBLE<br>25002 MINKLER RD.<br>SEDRO WOOLLEY, WA 98284 | 360.38 | 1,000.00 | 322.55 | 677.45 | 0.02383% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 2750 | 002750 | JOHN L. HESTER<br>1225 TANAGER LN.<br>GARLAND, TX 75042 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 15000 | 015007 | JOHN L. MARTINEC<br>P. O. BOX 890207<br>HOUSTON, TX 77289-0207 | 1,209.21 | 3,355.32 | 1,082.24 | 2,273.08 | 0.07995% |
| 5968 | 005970 | JOHN L. POOL<br>518 ELM<br>NAVASOTA, TX 77868 | 321.92 | 893.25 | 288.11 | 605.14 | 0.02128% |
| 10487 | 010490 | JOHN M. JOHNSON<br>HC 67 BOX 250<br>NASHUA, MT 59248 | 883.31 | 2,451.00 | 790.55 | 1,660.45 | 0.05840% |
| 11827 | 011830 | JOHN P. JONES<br>8 SOUTH BOEKE STREET<br>KANSAS CITY, KS 66101 | 323.27 | 897.00 | 289.32 | 607.68 | 0.02137% |
| 6680 | 006682 | JOHN R. FULFORD<br>Rt 1, Box 329<br>DALEVILLE, AL 36322 | 321.83 | 893.00 | 288.03 | 604.97 | 0.02128% |
| 10683 | 010686 | JOHN R. GOLIA<br>735 SUDDEN VALLEY<br>BELLINGHAM, WA 98226 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 11055 | 011058 | JOHN R. SEAMAN<br>15894 EAST 17 PLACE<br>AURORA, CO 80011 | 199.39 | 553.27 | 178.46 | 374.81 | 0.01318% |
| 9210 | 009213 | JOHN R. WEATHERFORD<br>217 MIMOSA DRIVE<br>FERRIS, TX 75125 | 313.42 | 869.69 | 280.52 | 589.17 | 0.02072% |
| 2820 | 002820 | JOHN S. MANSOUR<br>2018 BRYAN RD<br>BRANDON, FL 33511 | 107.36 | 297.90 | 96.08 | 201.82 | 0.00710% |
| 12708 | 012712 | JOHN SR. & PAMELA DOWSON<br>1111 N. MEADE<br>GLENDIVE, MT 59330 | 140.55 | 390.00 | 125.80 | 264.20 | 0.00929% |
| 9973 | 009976 | JOHN T MAJORS<br>491 HWY 270<br>MAYLENE, AL 35114 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 6763 | 006765 | JOHN T. CHANG<br>71-21 70ST GLENDALE<br>QUEENS, NY 11385 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2661 | 002661 | JOHNNIE E. WRIGHT<br>302 FLYNN AVE.<br>DEPEW, OK 74028 | 132.76 | 368.38 | 118.81 | 249.57 | 0.00878% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 9504 | 009507 | JOHNNIE SAMS<br>405 MICHAEL ROAD<br>LEEDS, AL 35094 | 499.86 | 1,387.00 | 447.37 | 939.63 | 0.03305% |
| 2359 | 002359 | JOHNNY L. CHOU<br>515 GELLERT BLVD<br>DALY CITY, CA 94015 | 311.74 | 865.00 | 278.99 | 586.01 | 0.02061% |
| 6698 | 006700 | JOHNNY L. MCCULLOUGH<br>2805 GA HWY. 292<br>LYONS, GA 30436 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 9321 | 009324 | JON W. NELSON<br>1550 NW VIEWMONT DRIVE<br>DUNDEE, OR 97115-9540 | 1,331.63 | 3,695.00 | 1,191.80 | 2,503.20 | 0.08804% |
| 4966 | 004968 | JONATHAN K. KUO<br>518 CLUSTER LANE<br>REDONDO BEACH, CA 90278 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 12070 | 012074 | JONATHON D. PETERSON<br>416 NUGGET DR.<br>ROGUE RIVER, OR 97537 | 41.45 | 115.00 | 37.09 | 77.91 | 0.00274% |
| 3994 | 003994 | JONI M. BACON<br>2554 NOEL C. CONAWAY RD.<br>GUYTON, GA 31312 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 11952 | 011956 | JOSE A. LOPEZ<br>511 CORPUS CHRISTY ST.<br>LAREDO, TX 78040 | 684.20 | 1,898.50 | 612.35 | 1,286.15 | 0.04524% |
| 11856 | 011859 | JOSE A. MARTINEZ SR.<br>9626 SAN LEON<br>DALLAS, TX 75217 | 279.30 | 775.00 | 249.97 | 525.03 | 0.01847% |
| 12687 | 012691 | JOSE A. MARTINEZ<br>3519 HERITAGE TR<br>CELINA, TX 75009 | 682.30 | 1,893.25 | 610.66 | 1,282.59 | 0.04511% |
| 2378 | 002378 | JOSE L. LUCERO<br>2827 8TH AVE.<br>PUEBLO, CO 81003 | 807.97 | 2,241.94 | 723.12 | 1,518.82 | 0.05342% |
| 3864 | 003864 | JOSEPH A. NICOSLA<br>2502 FAIRMONT CT.<br>GRAND PRAIRIE, TX 75052 | 1,056.69 | 2,932.08 | 945.72 | 1,986.36 | 0.06986% |
| 5117 | 005119 | JOSEPH A. RIEBE<br>322 BENTON AVENUE<br>MISSOULA, MT 59801 | 320.74 | 890.00 | 287.07 | 602.93 | 0.02121% |
| 11782 | 011785 | JOSEPH E. MCCOOL<br>3521 ARGONNE FORREST LANE<br>DUNCANVILLE, AL 35456 | 107.40 | 298.00 | 96.11 | 201.89 | 0.00710% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 5473 | 005475 | JOSEPH F. HUBER<br>240 S CEDAR STREET<br>BELLE PLAINE, MN 56011 | 1,027.11 | 2,850.00 | 919.24 | 1,930.76 | 0.06791% |
| 7644 | 007647 | JOSEPH L. REICKS<br>520 CLEVELAND ST.<br>ELKHORN, NE 68022 | 279.30 | 775.00 | 249.97 | 525.03 | 0.01847% |
| 2037 | 002037 | JOSEPH L. STENSAAS<br>HC 89 4435 OLD BOULDER ROAD<br>BIG TIMBER, MT 59011 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1392 | 001391 | JOSEPH P. MORGAN III.<br>202 SUMMIT POINTE WAY NE<br>ATLANTA, GA 31029 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 1307 | 001306 | JOSEPH R. DAVIS<br>RT. 6 BOX 226<br>GALAX, VA 24333 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1184 | 001184 | JOSEPH T. HATCHETT<br>116 CALVARY RD.<br>CONCORD, GA 30206 | 90.09 | 250.00 | 80.64 | 169.36 | 0.00596% |
| 1071 | 001071 | JOSEPHINE TSAO<br>42-21 ITHACA STREET<br>ELMHURST, NY 11373 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 1944 | 001944 | JOSHUA D. STENSAAS<br>HC 89 4435 OLD BOULDER ROAD<br>BIG TIMBER, MT 59011 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 5977 | 005979 | JOY D. TOLLEY<br>1481 CO. RD. 264<br>CULLMAN, AL 35057 | 684.01 | 1,898.00 | 612.19 | 1,285.81 | 0.04522% |
| 11609 | 011612 | JOY M. CALLAHAN<br>1895 BARNES MILL RD<br>MARIETTA, GA 30062 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 3165 | 003165 | JOYCE A. MATHER<br>1725 W. LA CADENA DR.<br>RIVERSIDE, CA 92501 | 912.82 | 2,532.88 | 816.96 | 1,715.92 | 0.06035% |
| 13528 | 013532 | JOYCE A. WAMPLER<br>10454 NE 17<br>BELLEVUE, WA 98004 | 122.98 | 341.25 | 110.07 | 231.18 | 0.00813% |
| 7402 | 007404 | JOYCE E MARSHALL<br>4590 S CAREFREE CIRCLE<br>COLORADO SPRING, CO 80917 | 321.83 | 893.00 | 288.03 | 604.97 | 0.02128% |
| 1131 | 001131 | JOYCE E. BULLUCK<br>11819 HIGH DESERT CT.<br>JACKSONVILLE, FL 32218 | 313.36 | 869.50 | 280.45 | 589.05 | 0.02072% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 11243 | 011246 | JOYCE E. KOHN<br>601 GILMAN<br>NORTH PLATTE, NE 69101 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 1697 | 001697 | JOYCE L. LAUBY<br>13529 W. 74 TERRACE<br>SHAWNEE, KS 66216 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 14449 | 014453 | JOYCE S SCHROEDER<br>6107 GASTON AV #D<br>DALLAS, TX 75214 | 711.82 | 1,975.13 | 637.06 | 1,338.07 | 0.04706% |
| 1750 | 001750 | JOYCE V. DODDS<br>3725 MERRITT ANNE DR.<br>BATON ROUGE, LA 70816 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 7782 | 007785 | JR. ALLEN C. YATES<br>4120 FM 367 WEST<br>IOWA PARK, TX 76367 | 323.36 | 897.25 | 289.40 | 607.85 | 0.02138% |
| 1624 | 001623 | JR. JAMES O. WARD<br>314 JONES BLUFF RD.<br>LOWNDESBORO, AL 36752 | 141.63 | 393.00 | 126.76 | 266.24 | 0.00936% |
| 980 | 000980 | JR. JAMES R. BUCHANAN<br>817 S. LEE ST.<br>AMERICUS, GA 31709 | 648.70 | 1,800.00 | 580.58 | 1,219.42 | 0.04289% |
| 11831 | 011834 | JR. ROY R. CONN<br>RT. 1 BOX 1201 B<br>PALESTINE, TX 75801 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1859 | 001859 | JR. WILLIAM P. JENKINS<br>RT. 1306 SHERWOOD & BERKSHIRE<br>BURGESS, VA 22432 | 858.59 | 2,382.40 | 768.43 | 1,613.97 | 0.05677% |
| 13809 | 013813 | JUAN H TREVINO<br>7 CORINE CIRCLE<br>BROWNSVILLE, TX 78521 | 360.38 | 1,000.00 | 322.55 | 677.45 | 0.02383% |
| 4293 | 004295 | JUANELL MIMS<br>2022 HOOD RIDGE COURT<br>GRAPEVINE, TX 76051-2757 | 321.74 | 892.75 | 287.95 | 604.80 | 0.02127% |
| 2755 | 002755 | JUANITA H. EDWARDS<br>517 NORTH ELMS STREET<br>NEW BOSTON, TX 75590 | 683.21 | 1,895.75 | 611.46 | 1,284.29 | 0.04517% |
| 5040 | 005042 | JUANITA M. BOOTHE<br>301 LANE OF SIR KAY<br>GARNER, NC 27529 | 425.58 | 800.00 | 0.00 | 800.00 | 0.02814% |
| 5537 | 005539 | JUANITA M. WALLACE<br>PO BOX 113 64 BISMARK ST.<br>DELCO, NC 28436 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 5767 | 005769 | JUANITA S. GATCH<br>128-C ASHLEY VILLA CIRCLE<br>CHARLESTON, SC 29414 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 12299 | 012303 | JUD IRISH<br>24229 26 PL S<br>DES MOINES, WA 98198 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 11482 | 011485 | JUDD E. HEAPE<br>3 GLENNHEATHER<br>DALLAS, TX 75225 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 3852 | 003852 | JUDI A. MOREL<br>4302 PALAMINO RD.<br>KEARNEY, NE 68847 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 6185 | 006187 | JUDITH A BROWN<br>1640 TANDA LANE<br>WENATCHEE, WA 98801 | 809.79 | 2,247.00 | 724.76 | 1,522.24 | 0.05354% |
| 6653 | 006655 | JUDITH E. PACE<br>129 COUNTY ROAD 321<br>CRANE HILL, AL 35053 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 4283 | 004285 | JUDITH GONZALEZ<br>6300 CHADFORD DR. APT. #1818<br>RALEIGH, NC 27612 | 695.65 | 1,307.69 | 0.00 | 1,307.69 | 0.04599% |
| 3007 | 003007 | JUDITH L. DIMMICK<br>7200 WEST BELL ROAD, #1552<br>SURPRISE, AZ 85374 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 11299 | 011302 | JUDY A. RIES<br>22980 APPLE LANE<br>SEDRO WOOLLEY, WA 98284 | 109.20 | 303.00 | 97.73 | 205.27 | 0.00722% |
| 6475 | 006477 | JUDY C. HO<br>23506 NE. 24TH COURT<br>REDMOND, WA 98053 | 141.85 | 393.60 | 126.95 | 266.65 | 0.00938% |
| 6057 | 006059 | JUDY G DESJARLAIS<br>1903 JEROME PL #3<br>HELENA, MT 59601 | 320.74 | 890.00 | 287.07 | 602.93 | 0.02121% |
| 8608 | 008611 | JUDY H. PEARSON<br>3562 SHARON CT.<br>DOUGLASVILLE, GA 30135 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 14985 | 014992 | JUDY K. DAVIS<br>7532 SHIREMAN<br>POSEYVILLE, IN 47633 | 140.55 | 390.00 | 125.79 | 264.21 | 0.00929% |
| 7694 | 007697 | JUDY K. SCOTT<br>1021 WEST BUCHANAN<br>CALIFORNIA, MO 65018 | 466.94 | 1,295.66 | 417.91 | 877.75 | 0.03087% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 14927 | 014934 | JUDY L. CARRICK<br>491 E. RUSSELL RD.<br>CAMANO ISLAND, WA 98292 | 146.82 | 407.39 | 131.40 | 275.99 | 0.00971% |
| 4041 | 004042 | JUDY L. WILLIAMS<br>48 HIGHWAY 437<br>TOSTON, MT 59643 | 320.49 | 889.28 | 286.83 | 602.45 | 0.02119% |
| 5422 | 005424 | JUDY M. COLLINS<br>2925 MAIN ST. BOX #26<br>BARNSTABLE, MA 2630 | 1,137.02 | 3,155.00 | 1,017.64 | 2,137.36 | 0.07518% |
| 10542 | 010545 | JUDY S. GILLEY<br>2929 SELENA DR. C-31<br>NASHVILLE, TN 37211 | 141.72 | 393.25 | 126.84 | 266.41 | 0.00937% |
| 6564 | 006566 | JUDY T GONG<br>1656 SACRAMENTAL<br>SAN FRANCISCO, CA 94109 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1445 | 001444 | JUDY Y. CHANG<br>8445 HOLLY LEAF DR.<br>MCLEAN, VA 22102 | 937.01 | 2,600.00 | 838.61 | 1,761.39 | 0.06195% |
| 284 | 000284 | JUDYE P. FOY<br>1309 MARIA DRIVE<br>SULPHUR, LA 70663 | 684.20 | 1,898.50 | 612.35 | 1,286.15 | 0.04524% |
| 3831 | 003831 | JULIE A. JACKSON<br>111 PATTEE CANYON DRIVE #10<br>MISSOULA, MT 59803 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 10014 | 010017 | JULIE A. OLUND<br>3196 140TH AVE.<br>DORR, MI 49323 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 4408 | 004410 | JULIE BROWN<br>PO BOX 1386<br>HAVRE, MT 59501 | 648.70 | 1,800.00 | 580.58 | 1,219.42 | 0.04289% |
| 13531 | 013535 | JULIE I. DAVIS<br>2021 BISHOP ROAD<br>CHEHALIS, WA 98532 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 575 | 000575 | JULIE M. CARNEY<br>1795 MATZ ROAD<br>FERNDALE, WA 98248 | 683.94 | 1,897.80 | 612.13 | 1,285.67 | 0.04522% |
| 2505 | 002505 | JULIE M. LUCE<br>32221 11TH PLACE S.W.<br>FEDERAL WAY, WA 98023 | 900.97 | 2,500.00 | 806.36 | 1,693.64 | 0.05957% |
| 2867 | 002867 | JULIE S. LENAMON<br>1813 PEBBLE BROOK DR.<br>OFALLON, MO 63366 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 5777 | 005779 | JULIE ZHOU CHU<br>1579 LA SALLE AVE.<br>SAN FRANCISCO, CA 94124 | 673.39 | 1,868.50 | 602.67 | 1,265.83 | 0.04452% |
| 3132 | 003132 | JULIO C. CASTILLO<br>3729 JEAN PLACE<br>METAIRIE, LA 70002-4509 | 309.49 | 858.75 | 276.98 | 581.77 | 0.02046% |
| 3361 | 003361 | JULISSA BUSTAMANTE<br>958 BATTLE AXE ROAD<br>JAL, NM 88252 | 158.91 | 440.94 | 142.22 | 298.72 | 0.01051% |
| 2200 | 002200 | JULIUS N. NORRIS JR.<br>1569 TABERNACLE ROAD<br>HOPE HULL, AL 36043 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 13367 | 013371 | JUN CAI<br>4407 S JOPLIN WAY<br>AURORA, CO 80015 | 360.38 | 1,000.00 | 322.55 | 677.45 | 0.02383% |
| 488 | 000488 | JUN FANG LI<br>61-34 220 ST. 1ST FLR.<br>BAYSIDE, NY 11364 | 1,510.89 | 4,300.00 | 1,459.84 | 2,840.16 | 0.09989% |
| 1143 | 001143 | JUN GUAN<br>5126 CALHOUN APT 11<br>HOUSTON, TX 77021 | 347.52 | 964.30 | 311.03 | 653.27 | 0.02298% |
| 10846 | 010849 | JUN LIU<br>1715 S. DIAMOND BAR BL #D<br>DIAMOND BAR, CA 91765 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1437 | 001436 | JUNE A. CONNER<br>7909 SHADY LANE<br>SCURRY, TX 75158 | 730.69 | 2,027.50 | 653.95 | 1,373.55 | 0.04831% |
| 4800 | 004802 | JUNE A. WILMARTH<br>RT 31<br>WEEDSPORT, NY 13166 | 323.63 | 898.00 | 289.64 | 608.36 | 0.02140% |
| 7089 | 007091 | JUNE M SMALL<br>2716 206TH AVE CT E<br>SUMNER, WA 98390 | 531.07 | 1,473.60 | 475.29 | 998.31 | 0.03511% |
| 13892 | 013896 | JUNE M. JENNEY<br>3620 PINE NEEDLE CIRCLE<br>ROUND ROCK, TX 78681 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 7107 | 007109 | JUSTIN R. BARNEY<br>13525 E. 8TH<br>SPOKANE, WA 99216 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2237 | 002237 | JUSTIN SEMIEN<br>FF117 DARBOONE RD.<br>LAFAYETTE, LA 70508 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |