| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 13552 | 013556 | JUSTIN W. THAMES<br>409 WHITE BIRCH ST.<br>HONEY BROOK, PA 19344 | 639.69 | 1,775.00 | 572.51 | 1,202.49 | 0.04229% |
| 6708 | 006710 | JYL C. BARNETT<br>31-A SOUTHERN COURT<br>STATESBORO, GA 30458 | 681.85 | 1,892.00 | 610.25 | 1,281.75 | 0.04508% |
| 10631 | 010634 | K E BUTLER AND COMPANY<br>1303 B LYONS HIGHWAY<br>VIDALIA, GA 30474 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 677 | 000677 | KAI YU<br>3717 PARKVIEW AVE. 3RD FL<br>PITTSBURGH, PA 15213 | 448.68 | 1,245.00 | 401.57 | 843.43 | 0.02967% |
| 6509 | 006511 | KAM L. CHEUNG<br>3459 77TH PL. SE<br>MERCER ISLAND, WA 98040 | 684.23 | 1,898.60 | 612.38 | 1,286.22 | 0.04524% |
| 6624 | 006626 | KAM L. NHAN-CHENG<br>1505 168TH AVE N.E.<br>BELLEVVE, WA 98008 | 684.23 | 1,898.60 | 612.38 | 1,286.22 | 0.04524% |
| 6530 | 006532 | KAM M. WONG<br>5381 HIGHLAND DRIVE<br>BELLEVUE, WA 98006 | 684.23 | 1,898.60 | 612.38 | 1,286.22 | 0.04524% |
| 6623 | 006625 | KAM W. CHENG<br>1505 168TH AVE N.E.<br>BELLEVVE, WA 98008 | 322.05 | 893.60 | 288.22 | 605.38 | 0.02129% |
| 678 | 000678 | KAM WAH LAM<br>684 ONDERDONK AVE. APT 3F<br>RIDDGEWOOD, NY 11385 | 705.60 | 1,957.90 | 631.51 | 1,326.39 | 0.04665% |
| 12610 | 012614 | KAM YUI NG<br>51-83 CODWISE PL.<br>ELMHURST, NY 11373 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2381 | 002381 | KANWALJIT S. DULAI<br>24020 118TH PL SE<br>KENT, WA 98030-5017 | 805.16 | 2,234.15 | 720.61 | 1,513.54 | 0.05323% |
| 10408 | 010411 | KAREN A. DALY<br>1217 WESTMONT DR<br>SOUTHLAND, TX 76092 | 1,035.09 | 2,872.15 | 926.39 | 1,945.76 | 0.06844% |
| 5030 | 005032 | KAREN D COOPER<br>112 BEACON DRIVE<br>MILPITAS, CA 95035 | 682.12 | 1,892.75 | 610.50 | 1,282.25 | 0.04510% |
| 4722 | 004724 | KAREN D. HIRST<br>16 GOLDUST<br>BILLINGS, MT 59102 | 320.75 | 890.00 | 287.06 | 602.94 | 0.02121% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 10106 | 010109 | KAREN E. SCHLOEMER<br>2600 OLD HWY 231 N<br>TROY, AL 36079 | 323.27 | 897.00 | 289.32 | 607.68 | 0.02137% |
| 11636 | 011639 | KAREN HOOPER<br>6405 W. COVENTRY DRIVE<br>STILLWATER, OK 74074 | 553.70 | 1,536.40 | 495.55 | 1,040.85 | 0.03661% |
| 2011 | 002011 | KAREN J. FIERBAUGH<br>35200 BOWER RD.<br>BOWERSTON, OH 44695 | 371.85 | 1,031.81 | 332.80 | 699.01 | 0.02459% |
| 339 | 000339 | KAREN M. HOLMES<br>619 TRUMAN COURT<br>DUNCANVILLE, TX 75137 | 131.43 | 364.69 | 117.62 | 247.07 | 0.00869% |
| 9517 | 009520 | KAREN M. LYNN<br>5307 APPLEWOOD DRIVE<br>NORTHPORT, AL 35473 | 323.63 | 898.00 | 289.64 | 608.36 | 0.02140% |
| 5051 | 005053 | KAREN MCELVEEN<br>RT 2. BOX 879<br>BLADENBORO, NC 28320 | 313.09 | 868.75 | 280.21 | 588.54 | 0.02070% |
| 3937 | 003937 | KAREN NUGENT<br>2166 BOOTH ROAD<br>HONOLULU, HI 96813 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 6242 | 006244 | KAREN P. ROBERTS<br>1500 STAPLES STREET #13<br>RADFORD, VA 24141 | 320.39 | 889.00 | 286.74 | 602.26 | 0.02118% |
| 2851 | 002851 | KAREN RIGGS<br>301 N. WALNUT<br>CLINTON, IL 61727 | 312.19 | 866.25 | 279.40 | 586.85 | 0.02064% |
| 8063 | 008066 | KARILI DAILEY<br>STAR RT. 83, BOX 5<br>CHESTER, MT 59522 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 1842 | 001842 | KARL M. BOYE<br>9252 BRAIRBOOK DRIVE N.E.<br>WARREN, OH 44484 | 690.41 | 1,915.75 | 617.91 | 1,297.84 | 0.04565% |
| 13817 | 013821 | KARLA C. COOPER<br>20 FOX DEN COURT<br>COLLINSVILLE, VA 24078 | 680.96 | 1,889.50 | 609.44 | 1,280.06 | 0.04502% |
| 5881 | 005883 | KARLEEN KLEEMAN<br>HC64 BOX B 2 1/2<br>PEERLESS, MT 59253 | 171.65 | 476.28 | 153.62 | 322.66 | 0.01135% |
| 5932 | 005934 | KARMA S. MC GONIGLE<br>542 420TH<br>BEAVER CROSSING, NE 68313 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 10547 | 010550 | KARON L. HILL<br>2220 HORIZON ST<br>MOUNT VERNON, WA 98273 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 14162 | 014166 | KARON M. CAPPARELLI JONES<br>334 W. DIVISION<br>MOUNT VERNON, MO 65712 | 683.64 | 1,896.95 | 611.85 | 1,285.10 | 0.04520% |
| 21 | 000021 | KARRON G. CHESTER<br>2017 PALMETTO DUNES COURT<br>DULUTH, GA 30155 | 648.70 | 1,800.00 | 580.58 | 1,219.42 | 0.04289% |
| 8841 | 008844 | KATHERINE S. PECORINO<br>5927 BANKSIDE WAY<br>RENO, NV 89523 | 681.85 | 1,892.00 | 610.25 | 1,281.75 | 0.04508% |
| 12878 | 012882 | KATHERINE W. DENNEY<br>54200 E. #249 ROAD<br>AFTON, OK 74331 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 6710 | 006712 | KATHERYNE L. WILSON<br>P.O. BOX 68<br>FLOWERY BRANCH, GA 30542 | 681.85 | 1,892.00 | 610.25 | 1,281.75 | 0.04508% |
| 13807 | 013811 | KATHLEEN A O'TOOLE<br>APT. 719<br>7200 PRESTON ROAD<br>PLANO, TX 75024 | 99.10 | 275.00 | 88.71 | 186.29 | 0.00655% |
| 4372 | 004374 | KATHLEEN L. PETERSEN<br>31121 VIA SANTO TOMAS<br>SAN JUAN, CA 92675 | 682.13 | 1,892.75 | 610.49 | 1,282.26 | 0.04510% |
| 11522 | 011525 | KATHLEEN O'BRIEN<br>68 FLINT ROCK ROAD<br>BARNSTABLE, MA 02630 | 682.93 | 1,895.00 | 611.23 | 1,283.77 | 0.04515% |
| 11518 | 011521 | KATHLEEN V. MARTIN<br>8228 LONE SHADOW TRAIL<br>CONVERSE, TX 78109 | 370.09 | 1,026.90 | 331.21 | 695.69 | 0.02447% |
| 534 | 000534 | KATHRYN A CALLAHAN<br>1617 ROANOKE DRIVE<br>WARRENSBURG, MO 64093 | 958.28 | 2,659.02 | 857.65 | 1,801.37 | 0.06336% |
| 7049 | 007051 | KATHRYN K BRAFFORD<br>7611 OLD 421 ROAD<br>LIBERTY, NC 27298 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 8869 | 008872 | KATHRYN KAY HERMAN<br>4013 THETFORD RD<br>DURHAM, NC 27707 | 913.03 | 1,716.32 | 0.00 | 1,716.32 | 0.06037% |
| 5802 | 005804 | KATHRYN M. GATCH WILKS<br>1527 HURTES ISLAND DRIVE<br>CHARLESTON, SC 29407 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 9820 | 009823 | KATHY A. LIBERTY<br>3901 16TH ST.<br>WYANDOTTE, MI 48192 | 809.43 | 2,246.00 | 724.43 | 1,521.57 | 0.05352% |
| 2503 | 002503 | KATHY CARPENTER<br>1546 WILLIAMSBURG CT<br>MANHATTAN, KS 66502-0424 | 673.99 | 1,870.18 | 603.21 | 1,266.97 | 0.04456% |
| 697 | 000697 | KATHY D. CHESSER<br>P. O. BOX 2113<br>HUNTSVILLE, AL 35804 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 2311 | 002311 | KATHY E. GRICE<br>6020 OLD PLANK ROAD<br>HIGH POINT, NC 27265 | 374.80 | 1,040.00 | 335.45 | 704.55 | 0.02478% |
| 8925 | 008928 | KATHY E. KENDRICK AMRHELN<br>2622 RIO GRANDE DR<br>PUNTA GORDA, FL 33950 | 140.37 | 389.50 | 125.63 | 263.87 | 0.00928% |
| 4976 | 004978 | KATHY GONG<br>1201 19TH AVENUE<br>SAN FRANCISCO, CA 94122 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 1727 | 001727 | KATHY L. BANKS<br>P.O. BOX 2062<br>VIDALIA, LA 71373 | 141.63 | 393.00 | 126.76 | 266.24 | 0.00936% |
| 12453 | 012457 | KATHY R. CUSHMAN<br>MOUNTAIN VIEW DR.<br>SHAFTSBURY, VT 05262 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 3954 | 003954 | KATIA PARKHAM<br>12318 SHANNON HILLS DRIVE<br>HOUSTON, TX 77099 | 309.30 | 858.25 | 276.82 | 581.43 | 0.02045% |
| 3626 | 003626 | KATRINA L CHEVALIER<br>P. O. Box 137133<br>Lake Worth, TX 76136 | 1,286.58 | 3,570.00 | 1,151.48 | 2,418.52 | 0.08506% |
| 2979 | 002979 | KAY ELLINGSON<br>4242 N. CAPISTRANO #177<br>DALLAS, TX 75287 | 204.25 | 566.76 | 182.81 | 383.95 | 0.01350% |
| 5350 | 005352 | KAY SCHOLLIAN<br>8024 FRONTAGE ROAD<br>IOWA, LA 70647 | 143.53 | 398.25 | 128.45 | 269.80 | 0.00949% |
| 5103 | 005105 | KAY V. TOWNS<br>311 N. 18TH AVE<br>BROKEN BOW, NE 68822 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 14355 | 014359 | KAYA N. TRAHAN<br>3101 LAKE STREET<br>LAKE CHARLES, LA 70601 | 122.01 | 338.55 | 109.19 | 229.36 | 0.00807% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 4889 | 004891 | KEITH A. WARNER<br>600 MIXON A-6<br>NEW IBERIA, LA 70560 | 143.07 | 397.00 | 128.05 | 268.95 | 0.00946% |
| 4146 | 004148 | KEITH C. WHYTE<br>BOX 8<br>BENGOUGH, SK S0C0K0<br>FOREIGN, FN 99999 | 324.91 | 901.55 | 290.79 | 610.76 | 0.02148% |
| 8918 | 008921 | KEITH D. BLAKE<br>9532 SOUTH OLD HWY. 81<br>ASSARIA, KS 67416 | 133.67 | 370.90 | 119.63 | 251.27 | 0.00884% |
| 364 | 000364 | KEITH L. BERRY<br>10085 BULL HEADLEY RD.<br>TALLAHASSEE, FL 32312 | 733.21 | 2,034.50 | 656.21 | 1,378.29 | 0.04848% |
| 4246 | 004248 | KEITH R SCHAEFER<br>P.O. BOX 821<br>RICHMOND, MN 56368 | 561.30 | 1,557.50 | 502.36 | 1,055.14 | 0.03711% |
| 6769 | 006771 | KEITH R. &/OR ROBIN KIRSCHER<br>49 LOWER RAY CREEK<br>TOWNSEND, MT 59644 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 5706 | 005708 | KELLEY R. NICOSIA<br>6321 PURINGTON AVENUE<br>FORT WORTH, TX 76112 | 423.22 | 1,174.35 | 378.78 | 795.57 | 0.02798% |
| 13456 | 013460 | KELLI L. CHAPPELL<br>6704 HUNTERS GLEN DRIVE<br>KNOXVILLE, TN 37921 | 811.62 | 2,252.06 | 726.38 | 1,525.68 | 0.05366% |
| 6090 | 006092 | KELLI W. MONEYHAN<br>10934 CREEKVIEW DRIVE<br>JACKSONVILLE, FL 32225 | 588.33 | 1,632.50 | 526.55 | 1,105.95 | 0.03890% |
| 2303 | 002303 | KELLY B SINCLAIRE<br>323 WILD HORSE LANE<br>MOUNT PLEASANT, SC 29464 | 1,068.19 | 2,964.00 | 956.01 | 2,007.99 | 0.07063% |
| 10136 | 010139 | KELLY C. WILD<br>3171 RADFORD<br>TOLEDO, OH 43614 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 5766 | 005768 | KELLY D. KENDRICK<br>227 LONG RD<br>DE FUNIAK SPRIN, FL 32433 | 733.21 | 2,034.50 | 656.21 | 1,378.29 | 0.04848% |
| 9935 | 009938 | KELLY J. DOMSCH<br>9225 W. CHARLESTON APT. 2196<br>LAS VEGAS, NV 89117 | 583.63 | 1,619.43 | 522.33 | 1,097.10 | 0.03859% |
| 10371 | 010374 | KELLY J. MCGUIRE<br>910 N. TAYLOR<br>LEXINGTON, NE 68850 | 142.72 | 396.00 | 127.72 | 268.28 | 0.00944% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 2549 | 002549 | KELLY L. ZIMBELMAN<br>2986 WINTERSET DR<br>CARMEL, IN 46032 | 122.82 | 340.81 | 109.93 | 230.88 | 0.00812% |
| 12264 | 012268 | KELLY M. ALLEN<br>23 BRISBANE GLEN<br>ST. CATHARINES, ON L2N3L2<br>FOREIGN, FN 99999 | 403.21 | 1,118.82 | 360.87 | 757.95 | 0.02666% |
| 14626 | 014632 | KELLY M. BARNETT<br>PO BOX 604<br>EMPORIA, KS 66801 | 323.05 | 896.40 | 289.13 | 607.27 | 0.02135% |
| 5391 | 005393 | KELLY M. WAGNER<br>C/O JUANITA S. GATCH<br>128-C ASHLEY VILLA CIRCLE<br>CHARLESTON, SC 29414 | 90.09 | 250.00 | 80.64 | 169.36 | 0.00596% |
| 6639 | 006641 | KELLYANNE E. WAEVER<br>BOX 589 LEHFELOT AVE<br>BIG SANDY, MT 59520 | 741.23 | 2,056.76 | 663.39 | 1,393.37 | 0.04901% |
| 4937 | 004939 | KELVIN J. REED<br>15895 E 17 PL<br>AURORA, CO 80011 | 279.30 | 775.00 | 249.97 | 525.03 | 0.01847% |
| 767 | 000767 | KEN Y. LAU<br>1439 32ND AVENUE<br>SAN FRANCISCO, CA 94122 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 8933 | 008936 | KENDALL L. PIHL<br>4877 W. HEDBERG RD.<br>LINDSBORG, KS 67456 | 322.87 | 895.90 | 288.96 | 606.94 | 0.02135% |
| 6838 | 006840 | KENNETH A. SCANDRETT<br>C/O MARGARET MCDANIEL<br>4429 WOODLAND RD.<br>THOMASTON, GA 30286 | 90.09 | 250.00 | 80.64 | 169.36 | 0.00596% |
| 4291 | 004293 | KENNETH C. BELL<br>1803 OAKBREEZE CT.<br>JACKSONVILLE BE, FL 32250 | 1,244.22 | 3,452.45 | 1,113.56 | 2,338.89 | 0.08226% |
| 12657 | 012661 | KENNETH C. COONC<br>804 METCALF ST.<br>SEDRO WOOLLEY, WA 98284 | 194.61 | 540.00 | 174.17 | 365.83 | 0.01287% |
| 13711 | 013715 | KENNETH HAIRSTON<br>229 A OAK LAKE RUN CRESENT<br>CHESEPEAKE, VA 23320 | 493.91 | 1,370.50 | 442.04 | 928.46 | 0.03266% |
| 847 | 000847 | KENNETH J. JOHNSON<br>1604 PULLEY-GORDON RD<br>ZEBULON, NC 27597 | 91.89 | 255.00 | 82.26 | 172.74 | 0.00608% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 5432 | 005434 | KENNETH R. ADAMSON<br>P.O. BX 213<br>HATFIELD, IN 47617 | 216.77 | 601.50 | 194.01 | 407.49 | 0.01433% |
| 5529 | 005531 | KENNETH R. WIEDERRICK<br>BOX 431<br>MALTA, MT 59538 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 14486 | 014490 | KENNETH W. FULLER<br>413 WEST ALABAMA<br>RUSTON, LA 71270 | 321.10 | 891.00 | 287.39 | 603.61 | 0.02123% |
| 48 | 000048 | KENNY J. BILLINGS<br>804 S. MAIN ST.<br>GALAX, VA 24333 | 140.19 | 389.00 | 125.47 | 263.53 | 0.00927% |
| 13814 | 013818 | KENNY L. RATCLIFF<br>1075 LITTLE REFUGE RD<br>WALESKA, GA 30183 | 674.28 | 1,871.00 | 603.48 | 1,267.52 | 0.04458% |
| 2849 | 002849 | KENT D. SHOCKLEY<br>539 W. 8TH STREET<br>BAXTER SPRINGS, KS 66713 | 645.10 | 1,790.00 | 577.35 | 1,212.65 | 0.04265% |
| 6939 | 006941 | KENT L. SCHMIDT<br>919 W. 12TH STREEET<br>LARNED, KS 67550-1904 | 583.63 | 1,619.45 | 522.34 | 1,097.11 | 0.03859% |
| 9826 | 009829 | KERISSA M. BAILEY<br>PO BOX 2042<br>PALESTINE, TX 75802 | 142.72 | 396.00 | 127.72 | 268.28 | 0.00944% |
| 12726 | 012730 | KERRY FERRIER<br>2502 BELMONT BLVD.<br>BOSSIER CITY, LA 71111 | 312.09 | 866.00 | 279.33 | 586.67 | 0.02063% |
| 2535 | 002535 | KERRY G. JONES<br>87 HAYFIELD LOOP ROAD<br>DORA, AL 35062 | 672.49 | 1,866.00 | 601.86 | 1,264.14 | 0.04446% |
| 14508 | 014512 | KERRY L. CONRAD<br>1000 ROBLEY DRIVE, APT. 1621<br>LAFAYETTE, LA 70503-5476 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 2581 | 002581 | KERRY L. FINK<br>8827 ALLMAN ROAD<br>LENEXA, KS 66219 | 312.41 | 866.88 | 279.61 | 587.27 | 0.02066% |
| 11787 | 011790 | KERRY M. CULVER<br>461 CALIFORNIA<br>KALISPELL, MT 59901 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 10546 | 010549 | KEVIK S RENSINK<br>3610 CAPE HORN ROAD<br>CONCRETE, WA 98237 | 323.56 | 897.80 | 289.58 | 608.22 | 0.02139% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 12753 | 012757 | KEVIN B. COTNER<br>414 NUGGET DRIVE<br>ROGUE RIVER, OR 97537 | 906.38 | 2,515.00 | 811.19 | 1,703.81 | 0.05993% |
| 14483 | 014487 | KEVIN B. FENNER<br>#20 CAMDEN COURT<br>MANDEVILLE, LA 70471 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 14997 | 015004 | KEVIN D. JONES<br>2212 MILLPINE DR<br>RALEIGH, NC 27614 | 2,287.48 | 4,300.00 | 0.00 | 4,300.00 | 0.15124% |
| 9936 | 009939 | KEVIN DOMSCH<br>PO BOX 621<br>CHEYENNE WELLS, CO 80810 | 583.38 | 1,618.75 | 522.11 | 1,096.64 | 0.03857% |
| 5582 | 005584 | KEVIN F. LONG<br>6 SOUTHPINE CT.<br>COLUMBIA, SC 29212 | 132.89 | 368.75 | 118.94 | 249.81 | 0.00879% |
| 4104 | 004106 | KEVIN L. HANSON<br>10660 WALDO WILLIAMS ROAD<br>MISSOULA, MT 59808 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 2152 | 002152 | KEVIN L. MARSHALL<br>18818 HWY. 135<br>STOVER, MO 65078 | 283.81 | 787.50 | 254.00 | 533.50 | 0.01876% |
| 496 | 000496 | KEVIN LIN<br>61-34 220 STREET 1FL-A BAYSIDE<br>NEW YORK, NY 11364 | 24.19 | 67.12 | 21.64 | 45.48 | 0.00160% |
| 5888 | 005890 | KEVIN NELSON<br>405 MASON RD.<br>RICHLAND, MT 59260 | 592.98 | 1,645.38 | 530.70 | 1,114.68 | 0.03921% |
| 8916 | 008919 | KEVIN PIHL<br>3697 W. FALUN RD.<br>SMOLAN, KS 67479 | 322.87 | 895.90 | 288.96 | 606.94 | 0.02135% |
| 7280 | 007282 | KEVIN T. ARMSTEAD<br>504 SILVER STREET<br>NEW IBERIA, LA 70560 | 684.74 | 1,900.00 | 612.83 | 1,287.17 | 0.04527% |
| 14943 | 014950 | KHAI T. DIEP<br>17550 MIDVALE AVE. N. #4<br>SHORELINE, WA 98133 | 322.05 | 893.60 | 288.22 | 605.38 | 0.02129% |
| 14890 | 014897 | KIM A LEWIS<br>207 WEST WEBSTER<br>SMITHTON, MO 65350 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 2888 | 002888 | KIM LOON YIH<br>724 57TH STREET<br>BROOKLYN, NY 11220 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 1894 | 001894 | KIM MING CHIU<br>46-14 204 STREET<br>BAYSIDE, NY 11361 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3489 | 003489 | KIM S. LUNA<br>419 SPRUCE STREET<br>HALSTEAD, KS 67056 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 6114 | 006116 | KIM SCHMIDTKE<br>545 WES SANDLING ROAD<br>FRANKLINTON, NC 27525 | 464.73 | 873.60 | 0.00 | 873.60 | 0.03073% |
| 6292 | 006294 | KIM V. ADDISON<br>5054 WHEELER LAKE RD.<br>AUGUSTA, GA 30906-5773 | 607.97 | 1687.00 | 544.13 | 1,142.87 | 0.04020% |
| 2028 | 002028 | KIMBERELY WHITNEY<br>11503 RABBIT SPRINGS<br>SAN ANTONIO, TX 78245 | 143.44 | 398.00 | 128.37 | 269.63 | 0.00948% |
| 6955 | 006957 | KIMBERLY B. RAYLE<br>1221 KEARNS HACKETT ROAD<br>PLEASANT GARDEN, NC 27313 | 762.04 | 2,114.50 | 682.01 | 1,432.49 | 0.05038% |
| 7742 | 007745 | KIMBERLY C. RHINE<br>2620 SPRUCE PK.<br>FT WORTH, TX 76118 | 323.72 | 898.25 | 289.72 | 608.53 | 0.02140% |
| 14357 | 014361 | KIMBERLY K. BELL<br>RT 7 BOX 21<br>GALAX, VA 24333 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 5710 | 005712 | KIMBERLY L. QUON<br>661-29TH AVE<br>SAN FRANCISCO, CA 94121 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2559 | 002559 | KIN YEUNG FUNG<br>1279 22ND AVE.<br>SAN FRANCISCO, CA 94122 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 7424 | 007426 | KIRAN TIWANA<br>13368-61 A AVE.<br>SURREY, BC V3X1L9<br>FOREIGN, FN 99999 | 329.76 | 915.00 | 295.12 | 619.88 | 0.02180% |
| 309 | 000309 | KIRK E. SCHMIDT<br>3845 SWEETWATER DRIVE<br>CUMMING, GA 30041 | 321.10 | 891.00 | 287.39 | 603.61 | 0.02123% |
| 5683 | 005685 | KITTY QUON<br>661-29TH AVE.<br>SAN FRANCISCO, CA 94121 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1760 | 001760 | KO CHAN SAU-KING<br>154-22 BARCLAY AVENUE<br>FLUSHING, NY 11354 | 817.36 | 2,268.00 | 731.52 | 1,536.48 | 0.05404% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 14112 | 014116 | KOK Y. CHEONG<br>135-17 38TH AVENUE APT.#1B<br>FLUSHING, NY 11354 | 450.48 | 1,250.00 | 403.18 | 846.82 | 0.02978% |
| 5080 | 005082 | KOLO HSIN<br>6108 RIPPLING WATERS WALK<br>CLARKSVILLE, MD 21029 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1499 | 001498 | KONNIE K. LOSEY<br>18625 MIDWAY RD. #515<br>DALLAS, TX 75287 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 3206 | 003206 | KRISIE SMITH<br>8805 W. 71ST TER.<br>OVERLAND PARK, KS 66204-1126 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 11153 | 011156 | KRISTAL E. BECKER<br>4578 W. JONES AVE.<br>GARDEN CITY, KS 67846 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 2176 | 002176 | KRISTEN J. MILLER<br>12492 GWEN DR. #2<br>BURLINGTON, WA 98233 | 429.87 | 1,192.80 | 384.74 | 808.06 | 0.02842% |
| 10401 | 010404 | KRISTI A. ENGER<br>709 4TH AVE E.<br>THREE FORKS, MT 59752 | 320.75 | 890.00 | 287.06 | 602.94 | 0.02121% |
| 4872 | 004874 | KRISTI A. RAMOS<br>2620 RODERICK WAY<br>MISSOULA, MT 59804 | 684.74 | 1,900.00 | 612.83 | 1,287.17 | 0.04527% |
| 10816 | 010819 | KRISTI L. BUCK<br>418 CORYDON<br>HUFFMAN, TX 77336 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 6536 | 006538 | KRISTI L. PEYER<br>5395 N. MONTANA #34<br>HELENA, MT 59602 | 140.55 | 390.00 | 125.79 | 264.21 | 0.00929% |
| 2835 | 002835 | KRISTI LEIGH CHANDLER-CAIN<br>1603 NORTH RIDGE DRIVE<br>JASPER, AL 35504 | 142.71 | 396.00 | 127.73 | 268.27 | 0.00944% |
| 4845 | 004847 | KRISTI M. GUNERIUS<br>415 METCALF ST. UNIT A<br>SEDRO-WOOLLEY, WA 98284 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 10757 | 010760 | KRISTIN A. DOLYNSKI<br>10523 125B ST.<br>SURREY, BC V3V5AB<br>FOREIGN, FN 99999 | 394.44 | 1,094.48 | 353.02 | 741.46 | 0.02608% |
| 3099 | 003099 | KRISTIN O. SONNIER<br>38250 CHARLESTON ROAD<br>PRAIRIEVILLE, LA 70769 | 292.90 | 812.75 | 262.15 | 550.60 | 0.01937% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 13891 | 013895 | KRISTINA R KIRBY<br>3777 CASTLE ROCK DR.<br>ROUND ROCK, TX 78681 | 438.84 | 1,217.69 | 392.75 | 824.94 | 0.02902% |
| 1580 | 001579 | KRUSE MARGUERTITE L.<br>P. O. BOX 7<br>SEDRO WOOLLEY, WA 98284 | 648.70 | 1,800.00 | 580.58 | 1,219.42 | 0.04289% |
| 2401 | 002401 | KULUIR K. SANDHU<br>24323 119TH AVE SE<br>KENT, WA 98030-9203 | 805.16 | 2,234.15 | 720.61 | 1,513.54 | 0.05323% |
| 5075 | 005077 | KULVENDER K. THOOR<br>6611 142A STREET<br>SURREY, BC V3W 1C8<br>CANADA | 1,277.26 | 3,544.12 | 1,143.13 | 2,400.99 | 0.08445% |
| 9309 | 009312 | KULWANT S. BAINS<br>13920-78TH AVE.<br>SURREY, BC V3W527<br>FOREIGN, FN 99999 | 673.02 | 1,867.50 | 602.35 | 1,265.15 | 0.04450% |
| 7380 | 007382 | KURT G. HEISLER<br>19605 OLD FIVE RD<br>VERSAILLES, MO 65084 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 5863 | 005865 | KURT KUMMERFELDT<br>1340 HWY 438 HC 67 BOX 232<br>NASHUA, MT 59248 | 383.65 | 1,064.55 | 343.36 | 721.19 | 0.02537% |
| 13875 | 013879 | KURTIS L. FISK<br>4615 BLANK HILL RD<br>DANSVILLE, NY 14437 | 141.27 | 392.00 | 126.44 | 265.56 | 0.00934% |
| 9186 | 009189 | KWAN KAM CHAN<br>148-18 58 AVE.<br>FLUSHING, NY 11355 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2110 | 002110 | KWAN YUK IVY CHAN<br>1489 23RD AVENUE<br>SAN FRANCISCO, CA 94122 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1693 | 001693 | KWOK MUI SHUM<br>944 JACKSON STREET<br>SAN FRANCISCO, CA 94133 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2473 | 002473 | KYLE E. SIMS<br>32 BARBERRY ST.<br>MONTGOMERY, AL 36109 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 6432 | 006434 | KYLE E. WARD<br>P. O. BOX 484<br>ALVARADO, TX 76009-0484 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 1200 | 001200 | KYRUS B. FRAMES<br>219 REVILLION WAY<br>WOODSTOCK, GA 30188-5115 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 10105 | 010108 | L BANCROFT COOPER<br>2600 OLD HWY 231 N<br>TROY, AL 36079 | 683.66 | 1,897.00 | 611.86 | 1,285.14 | 0.04520% |
| 9868 | 009871 | L. C. JACKSON<br>94 MIDWAY LANE<br>ANNISTON, AL 36206 | 321.83 | 893.00 | 288.03 | 604.97 | 0.02128% |
| 6859 | 006861 | L. COLEMAN MARTEZ<br>3201 CLAPMAN ROAD<br>ANTIOCH, TN 37013 | 321.92 | 893.25 | 288.11 | 605.14 | 0.02128% |
| 2901 | 002901 | L. WILBUR PRUITT<br>20 RANCH ROAD<br>WELLINGTON, AL 36279 | 720.77 | 2,000.00 | 645.09 | 1,354.91 | 0.04766% |
| 14683 | 014689 | LA VOLA R. ROBINDEAUX<br>730 PARKSIDE DR.<br>PORT TOWNSEND, WA 98368 | 323.59 | 897.90 | 289.62 | 608.28 | 0.02139% |
| 4279 | 004281 | LA WU<br>1611 LAUREL AVENUE<br>APT. 502<br>KNOXVILLE, TN 37916 | 811.61 | 2,252.06 | 726.39 | 1,525.67 | 0.05366% |
| 2424 | 002424 | LAC, CAN<br>3127 TARAVAL ST., #3<br>SAN FRANCISCO, CA 94116 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2425 | 002425 | LAI CHING HO<br>3127 TARAVAL ST. #3<br>SAN FRANCISCO, CA 94116 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2422 | 002422 | LAM, LAI WU<br>3127 TARAVAL ST., #3<br>SAN FRANCISCO, CA 94116 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 2423 | 002423 | LAM, TSANG WAI YIN<br>3127 TARAVAL ST., #3<br>SAN FRANCISCO, CA 94116 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3430 | 003430 | LAN LI<br>321 BRIELLE AVE.<br>STATEN ISLAND, NY 10314 | 336.61 | 934.00 | 301.25 | 632.75 | 0.02226% |
| 5583 | 005585 | LAN MA<br>147-47 BARCLAY AVE. #2M<br>FLUSHING, NY 11355 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1909 | 001909 | LANA G COCKRUM<br>NO. 10 COURT SQUARE<br>GAINESVILLE, MO 65655 | 142.53 | 395.48 | 127.56 | 267.92 | 0.00942% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 4202 | 004204 | LANA H. SMITHERMAN<br>101 FAIR OAK DR<br>DOTHAN, AL 36303 | 684.01 | 1,898.00 | 612.19 | 1,285.81 | 0.04522% |
| 6872 | 006874 | LANCE L ROBBINS<br>1848 S.ORONOGO #5D<br>WEBB CITY, MO 64870 | 144.15 | 400.00 | 129.02 | 270.98 | 0.00953% |
| 779 | 000779 | LANCE L.J.P. PERRON<br>311 WINTERFIELD DR.<br>CARENCRO, LA 70520 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 356 | 000356 | LANE B. WILEY<br>411 LAURENCE AVENUE<br>LAFAYETTE, LA 70503 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4495 | 004497 | LANE VAUGHN S.<br>105 ARROW DR.<br>SIGNAL MOUNTAIN, TN 37377 | 718.98 | 1,995.00 | 643.47 | 1,351.53 | 0.04754% |
| 2666 | 002666 | LAP YU<br>8826 MENARD AVENUE<br>MORTON GROVE, IL 60053 | 667.01 | 1,850.81 | 596.96 | 1,253.85 | 0.04410% |
| 6073 | 006075 | LARRY A. KING SR.<br>4751 OLD PARIS RD<br>W TERRE HAUTE, IN 27885 | 320.75 | 890.00 | 287.06 | 602.94 | 0.02121% |
| 2980 | 002980 | LARRY A. MCLENDON<br>132 SPRING DRIVE<br>BISCOE, NC 27209 | 131.37 | 364.50 | 117.56 | 246.94 | 0.00869% |
| 4332 | 004334 | LARRY ARNOLD ASHBY JR.<br>9508 ST BARTS LN.<br>HUNTERSVILLE, NC 28078 | 1,513.63 | 4,200.00 | 1,354.68 | 2,845.32 | 0.10008% |
| 10871 | 010874 | LARRY B. MCNUTT<br>127 MIMOSA<br>HEREFORD, TX 79045 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 10760 | 010763 | LARRY D. CLAYTON<br>PO BOX 1562<br>RED OAK, TX 75154 | 323.72 | 898.25 | 289.72 | 608.53 | 0.02140% |
| 2295 | 002295 | LARRY D. KILCUP<br>925 ALDERWOOD LANE<br>SEDRO WOOLLEY, WA 98284 | 593.85 | 1,647.80 | 531.49 | 1,116.31 | 0.03926% |
| 14468 | 014472 | LARRY D. ROBERTSON<br>17104 33RD AVE N.E.<br>SEATTLE, WA 98155 | 582.44 | 1,616.15 | 521.28 | 1,094.87 | 0.03851% |
| 1589 | 001588 | LARRY DEES<br>105 STARR STREET<br>TIFTON, GA 31794 | 673.74 | 1,869.50 | 603.00 | 1,266.50 | 0.04455% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 95 | 000095 | LARRY E. WELCH<br>5701 BELLE POINT<br>N LITTLE ROCK, AR 72116 | 144.15 | 400.00 | 129.02 | 270.98 | 0.00953% |
| 710 | 000710 | LARRY F. WINSOR<br>625 W. 27TH AVE<br>KENNEWICK, WA 99337 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3817 | 003817 | LARRY FABER<br>RT 73 BOX 79<br>LLOYD, MT 59535 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 5989 | 005991 | LARRY G. VANDERPOOL<br>600 NORTH SHORE DR. #1<br>BELLINGHAM, WA 98226 | 693.75 | 1,925.00 | 620.89 | 1,304.11 | 0.04587% |
| 10111 | 010114 | LARRY GRANT<br>23 COUNTY RD 128<br>JACK, AL 36346 | 683.65 | 1,897.00 | 611.87 | 1,285.13 | 0.04520% |
| 7143 | 007145 | LARRY J. RACETTE<br>116 E 15TH<br>LARNED, KS 67550 | 369.99 | 1,026.64 | 331.14 | 695.50 | 0.02446% |
| 6633 | 006635 | LARRY M. TALBOTT<br>6847 &quot;D&quot; YACHT HAVEN RO<br>FRIDAY HARBOR, WA 98250 | 683.95 | 1,897.80 | 612.12 | 1,285.68 | 0.04522% |
| 3639 | 003639 | LARRY MAYS<br>1031 CIRCLE DR., APT. #B<br>ANGIER, NC 27501 | 212.79 | 400.00 | 0.00 | 400.00 | 0.01407% |
| 5522 | 005524 | LARRY MCDONALD<br>P.O. BOX 83<br>COLBY, KS 67701 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 14931 | 014938 | LARRY PETERSON<br>1810 AUSTIN RD.<br>ATLANTA, GA 30331 | 681.49 | 1,891.00 | 609.93 | 1,281.07 | 0.04506% |
| 6832 | 006834 | LARRY W. CAMERON<br>743 BAKER RD.<br>CAMERON, NC 28326 | 681.49 | 1,891.00 | 609.93 | 1,281.07 | 0.04506% |
| 14588 | 014594 | LARRY W. TILGER<br>2204 S. FRIENDSWOOD DR.<br>FRIENDSWOOD, TX 77546 | 683.74 | 1,897.25 | 611.95 | 1,285.30 | 0.04521% |
| 4896 | 004898 | LATIVIA WHITTLESEY<br>974 SISTRUNK CT.<br>COLUMBUS, GA 31907 | 321.10 | 891.00 | 287.39 | 603.61 | 0.02123% |
| 12098 | 012102 | LAURA ANN MARSH<br>402 SHOMA DR.<br>SHELBYVILLE, TN 37160 | 323.63 | 898.00 | 289.64 | 608.36 | 0.02140% |