| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 9379 | 009382 | LAURA BEARD<br>2405 CHARLENE DR.<br>PLANO, TX 75074 | 323.72 | 898.25 | 289.72 | 608.53 | 0.02140% |
| 7062 | 007064 | LAURA D TRACY<br>750 E. FUNSTON<br>WICHITA, KS 67211 | 129.74 | 360.00 | 116.11 | 243.89 | 0.00858% |
| 14326 | 014330 | LAURA K. ROBERTS<br>354 ED'S LANE<br>SYLACAUGA, AL 35151 | 889.39 | 2,467.87 | 796.00 | 1,671.87 | 0.05880% |
| 1574 | 001573 | LAURA L. NEUBERT<br>PO BOX 21106<br>SHREVEPORT, LA 71156 | 375.19 | 1,041.06 | 335.78 | 705.28 | 0.02481% |
| 5684 | 005686 | LAURA L. SIMMONS<br>1105 E RICHWOODS BLVD<br>PEORIA, IL 61603 | 323.45 | 897.50 | 289.48 | 608.02 | 0.02139% |
| 1008 | 001008 | LAURA Z. CHOW<br>256 E. ARBUTUS AVENUE<br>GALLOWAY, NJ 08201 | 323.36 | 897.25 | 289.40 | 607.85 | 0.02138% |
| 3157 | 003157 | LAURAL P. NELSON<br>C/O JANET SALTER<br>51 HILLEYBELLE DR.<br>THOMASTON, GA 30286 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 3056 | 003056 | LAUREN S. GRICE VILLANI<br>6020 OLD PLANK ROAD<br>HIGH POINT, NC 27265 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 4950 | 004952 | LAURETTA K. SNODGRASS<br>725 SO. ILLINOIS AVE.<br>LEAGUE CITY, TX 77573 | 330.88 | 918.12 | 296.13 | 621.99 | 0.02188% |
| 10840 | 010843 | LAURIE A. BAKER<br>501 IDLEWOOD COURT<br>PREINDSWOOD, TX 77546-6087 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 7858 | 007861 | LAURIE A. CODDINGTN<br>11806 VERNON AVE. S.W. #B<br>TACOMA, WA 98498 | 688.99 | 1,911.80 | 616.63 | 1,295.17 | 0.04555% |
| 7685 | 007688 | LAURIE A. MACK<br>103 6TH AVE. EAST<br>THREE FORKS, MT 59752 | 320.75 | 890.00 | 287.06 | 602.94 | 0.02121% |
| 14929 | 014936 | LAURIE J. MORTINSON<br>10745 INTERLAKE AVE. N.<br>SEATTLE, WA 98133 | 322.05 | 893.60 | 288.22 | 605.38 | 0.02129% |
| 3340 | 003340 | LAURIE L. BERRY CAHILL<br>6019 SUNBURY ROAD<br>WESTERVILLE, OH 43082-8608 | 709.24 | 1,968.00 | 634.77 | 1,333.23 | 0.04689% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 13063 | 013067 | LAURIE MABREY HELTON<br>964 BUCKINGHAM CIR. NW<br>ATLANTA, GA 30327-2702 | 1,409.04 | 3,909.80 | 1,261.08 | 2,648.72 | 0.09316% |
| 12881 | 012885 | LAVONNE P. MAYBERRY<br>525 W CANADIAN<br>VINITA, OK 74301 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1898 | 001898 | LAWRENCE B. THORNTON<br>1710 MORELLO ROAD<br>NANOOSE BAY, BC V9P9B1<br>FOREIGN, FN 99999 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 6907 | 006909 | LAWRENCE L. BUXTON<br>2723 WEST 1000 NORTH<br>TEMONTON, UT 84337 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1275 | 001274 | LAWRENCE LEE<br>57 BELLE AVAENUE<br>SAN FRANCISCO, CA 94132 | 461.68 | 1,281.06 | 413.19 | 867.87 | 0.03052% |
| 9903 | 009906 | LAYNE L. CLARK<br>3180 DAVIS ROAD<br>FAIRBANKS, AK 99709 | 306.33 | 850.00 | 274.16 | 575.84 | 0.02025% |
| 6441 | 006443 | LEANN ANGLIN<br>5831 FERN AVE.<br>SHREVEPORT, LA 71105 | 414.44 | 1,150.00 | 370.93 | 779.07 | 0.02740% |
| 13945 | 013949 | LEE A. MARTIN<br>19914 125TH ST. E.<br>SUMNER, WA 98390 | 504.54 | 1,400.00 | 451.56 | 948.44 | 0.03336% |
| 9675 | 009678 | LEE HAKE<br>8700 E. 87TH STREET<br>KANSAS CITY, MO 64138 | 1,404.34 | 3,896.75 | 1,256.87 | 2,639.88 | 0.09285% |
| 6715 | 006717 | LEE KWOK-KEUNG<br>596 9TH AVE #1FLOOR<br>NEW YORK, NY 10036 | 788.98 | 2,189.25 | 706.13 | 1,483.12 | 0.05216% |
| 2601 | 002601 | LEEANN L. VETTLESON<br>RR2 BOX 313<br>CLEARBROOK, MN 56634 | 672.13 | 1,865.00 | 601.54 | 1,263.46 | 0.04444% |
| 1584 | 001583 | LEEROY J. SCHMITZ<br>P.O. BOX 546<br>VALLEY VIEW, TX 76272 | 681.58 | 1,891.25 | 610.01 | 1,281.24 | 0.04506% |
| 14198 | 014202 | LEI DENG<br>88-30 51TH AVE 1A<br>ELMHURST, NY 11373 | 279.30 | 775.00 | 249.97 | 525.03 | 0.01847% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 5493 | 005495 | LEILA S. CRAPPER<br>C/O MARTHA J. MORLEY<br>2015 OLD MANOR<br>GARDEN CITY, KS 67846 | 630.67 | 1,750.00 | 564.46 | 1,185.54 | 0.04170% |
| 5856 | 005858 | LEKRISTY PEARCE<br>73 PEARCE WAY<br>FRANKLINTON, NC 27525 | 90.44 | 170.00 | 0.00 | 170.00 | 0.00598% |
| 2488 | 002488 | LELI XU<br>523 MONTEREY BLVD<br>SAN FRANCISCO, CA 94127 | 313.48 | 869.85 | 280.57 | 589.28 | 0.02073% |
| 1286 | 001285 | LENA JORDAN<br>125 ROLAND ROAD<br>THOMASTON, GA 30286 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 6826 | 006828 | LENA M. EYLER<br>10575 SE 178TH ST<br>SUMMERFIELD, FL 34491 | 433.09 | 1,201.75 | 387.62 | 814.13 | 0.02865% |
| 1371 | 001370 | LEO J. JACOBS<br>1204 ST. ANDREW CT.<br>BURLINGTON, WA 98233 | 450.48 | 1,250.00 | 403.18 | 846.82 | 0.02978% |
| 14661 | 014667 | LEOLA H. ARMSTRONG<br>730 PARKSIDE DR.<br>PORT TOWNSEND, WA 98368 | 233.50 | 647.90 | 208.97 | 438.93 | 0.01544% |
| 11398 | 011401 | LEON D. BOWEN<br>415 CENTRAL BLVD.<br>TALLASSEE, AL 36078 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 7101 | 007103 | LEON F. GUINYARD<br>6437 ASHLAND CT.<br>RIVERDALE, GA 30296 | 321.10 | 891.00 | 287.39 | 603.61 | 0.02123% |
| 5526 | 005528 | LEON J. URBIN<br>1270 SPRUCE TREE LANE<br>AMHERST, OH 44001 | 678.32 | 1,882.19 | 607.09 | 1,275.10 | 0.04485% |
| 5534 | 005536 | LEONEL JR. ALMARAZ<br>403 EAST JOSEPH<br>HEBBRONVILLE, TX 78361 | 143.53 | 398.25 | 128.45 | 269.80 | 0.00949% |
| 1007 | 001007 | LEONIE WOODBURY<br>12034 WASHINGTON ST.<br>PEMBROKE PINES, FL 33025 | 343.64 | 951.00 | 305.02 | 645.98 | 0.02272% |
| 6982 | 006984 | LEONOR R. JOHNSON<br>1259 EAST 64TH AVENUE<br>VANCOUVER, BC V5X2N8<br>CANADA | 675.62 | 1,874.70 | 604.67 | 1,270.03 | 0.04467% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 3279 | 003279 | LES L. SHOCKLEY<br>10110 S.E. HWY 26<br>GALENA, KS 66739 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 6920 | 006922 | LES M. YOUNG<br>3151 AUTUMNJOY DRIVE<br>PEARLAND, TX 77584 | 684.11 | 1,898.25 | 612.27 | 1,285.98 | 0.04523% |
| 7612 | 007615 | LESLEY A. WILLIAMS<br>509 S. KREKEL<br>VERSAILLES, MO 65084 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 14883 | 014890 | LESLIE A. CALLAHAN<br>675 NORTH 780 EAST<br>AMERICAN FORK, UT 84003 | 639.69 | 1,775.00 | 572.51 | 1,202.49 | 0.04229% |
| 3783 | 003783 | LESLIE A. LYONS<br>192 PIERRE ST.<br>CHAUVIN, LA 70344 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 12896 | 012900 | LESLIE D. HALL<br>1100 RAPATEL ST. #71<br>MANDEVILLE, LA 70448 | 275.70 | 765.00 | 246.74 | 518.26 | 0.01823% |
| 4544 | 004546 | LESLIE J. RUTHERFORD<br>P. O. BOX 628A<br>KENNEBUNKPORT, ME 04046 | 740.60 | 2,055.00 | 662.83 | 1,392.17 | 0.04897% |
| 4543 | 004545 | LESLIE MAGNESS<br>125 DAVIDSON CIRCLE<br>EDGEMONT, AR 72044-9609 | 1,378.08 | 4,300.00 | 1,709.48 | 2,590.52 | 0.09111% |
| 10195 | 010198 | LESLIE W WALKER<br>1809 W. RUNDBERG LANE #228<br>AUSTIN, TX 75758 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 6508 | 006510 | LESLIE Z. KING<br>2211 DALLAS DRIVE<br>BILLINGS, MT 59102 | 352.10 | 977.00 | 315.13 | 661.87 | 0.02328% |
| 5171 | 005173 | LETICIA G. OLIVAREZ<br>2901 N. 26TH<br>MC ALLEN, TX 78501 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 10363 | 010366 | LEWIS W. MELTON<br>4311 QUIET LN.<br>DALLAS, TX 75211 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 4200 | 004202 | LEZLIE SNOOZY-KAITFORS<br>HC 4 BOX 16<br>RALPH, SD 57650 | 1,243.34 | 3,450.00 | 1,112.77 | 2,337.23 | 0.08221% |
| 10209 | 010212 | LI DING<br>147-37 ROOSEVELT AVE APT 3H<br>FLUSHING, NY 11355 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 462 | 000462 | LI FANG XU<br>89-42 WOODHAVEN BLVD.<br>WOODHAVEN, NY 11421 | 306.33 | 850.00 | 274.16 | 575.84 | 0.02025% |
| 1239 | 001239 | LI LI<br>35-16 80 ST. APT#53<br>JACKSON HEIGHTS, NY 11372 | 318.48 | 883.71 | 285.03 | 598.68 | 0.02106% |
| 1519 | 001518 | LI MEY CHANG<br>104-67 41ST AVENUE<br>CORONA, NY 11368 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 3248 | 003248 | LI SHENG WENG<br>144-29 27 AVENUE<br>FLUSHING, NY 11354 | 729.34 | 2,023.76 | 652.75 | 1,371.01 | 0.04822% |
| 493 | 000493 | LI SUN<br>61-34 220 ST. 1ST. FL. BAYSIDE<br>NEW YORK, NY 11364 | 23.73 | 65.83 | 21.23 | 44.60 | 0.00157% |
| 3802 | 003802 | LIANG YING LIN<br>404 TAMMY DRIVE, APT. A5<br>POWELL, TN 37849-3451 | 811.59 | 2,252.00 | 726.37 | 1,525.63 | 0.05366% |
| 7388 | 007390 | LIBBY S. BAUERLEIN<br>4040 SCHANEN, #321<br>CORPUS CHRISTI, TX 78413 | 313.42 | 869.69 | 280.52 | 589.17 | 0.02072% |
| 1742 | 001742 | LIE HANDALI<br>90-06 71ST AVE<br>FOREST HILLS, NY 11375 | 363.26 | 1,007.96 | 325.11 | 682.85 | 0.02402% |
| 3275 | 003275 | LILIAN WANG<br>1260 38TH AVE.<br>SAN FRANCISCO, CA 94122 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 934 | 000934 | LILY YEUNG<br>43-16 BYRD STREET<br>FLUSHING, NY 11355 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 4541 | 004543 | LIMIN MU<br>1288 WOODSBORO RD.<br>KNOXVILLE, TN 37922-7600 | 1,084.76 | 3,010.00 | 970.86 | 2,039.14 | 0.07172% |
| 2632 | 002632 | LIN FEN<br>10242 16TH AVENUE SW<br>SEATTLE, WA 98146 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 12780 | 012784 | LIN LI<br>31A MORGAN AVE.<br>THORNHILL, ON L3T1P9<br>FOREIGN, FN 99999 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1376 | 001375 | LIN ZHANG<br>27 BRAND STREET<br>ARLINGTON, MA 2174 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 662 | 000662 | LINDA A. HIGHLAND<br>27487 WELLS CREEK ROAD<br>WAMEGO, KS 66547 | 854.79 | 2,371.88 | 765.04 | 1,606.84 | 0.05652% |
| 8803 | 008806 | LINDA AND JERRY MCKAMIE<br>PO BOX 4710<br>CORPUS CHRISTI, TX 78469 | 1,261.36 | 3,500.00 | 1,128.90 | 2,371.10 | 0.08340% |
| 291 | 000291 | LINDA ANDERSON<br>10707 CORPORATE DR. #170<br>STAFFORD, TX 77477 | 649.74 | 1,802.88 | 581.50 | 1,221.38 | 0.04296% |
| 10863 | 010866 | LINDA C. DURHAM RASK<br>205 N MERRIAM<br>MILES CITY, MT 59301 | 1,936.03 | 4,300.00 | 660.65 | 3,639.35 | 0.12800% |
| 14288 | 014292 | LINDA COWART<br>HC 68 BOX 88<br>NORMAN, AR 71960 | 360.38 | 1,000.00 | 322.55 | 677.45 | 0.02383% |
| 2319 | 002319 | LINDA DICIOLLA<br>9902 N. 102ND EAST AVENUE<br>OWASSO, OK 74055 | 315.34 | 875.00 | 282.22 | 592.78 | 0.02085% |
| 14229 | 014233 | LINDA E. DUNNINGTON<br>2289 HWY 432<br>GREENSBURG, LA 70441 | 323.63 | 898.00 | 289.64 | 608.36 | 0.02140% |
| 2569 | 002569 | LINDA G SIMS<br>C/O NORMA REEVES<br>227 ZORN ROAD<br>THOMASTON, GA 30286 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 1061 | 001061 | LINDA G. JORDAN<br>P. O. BOX 1274<br>LINVILLE, NC 28646 | 133.34 | 370.00 | 119.34 | 250.66 | 0.00882% |
| 6747 | 006749 | LINDA G. STANCIL<br>9441 BIG GULCH DRIVE<br>BOZEMAN, MT 59715 | 320.74 | 890.00 | 287.07 | 602.93 | 0.02121% |
| 8631 | 008634 | LINDA G. SWENSON<br>4473 MAHAN DRIVE<br>HAHIRA, GA 31632 | 733.39 | 2,035.00 | 656.37 | 1,378.63 | 0.04849% |
| 1381 | 001380 | LINDA I. VANDERPLOEG<br>454 W. HEMMI RD.<br>BELLINGHAM, WA 98226 | 682.14 | 1,892.80 | 610.51 | 1,282.29 | 0.04510% |
| 665 | 000665 | LINDA K. DAGOSTINO<br>P.O. BOX 759<br>TITUSVILLE, FL 32781 | 567.61 | 1,575.00 | 508.01 | 1,066.99 | 0.03753% |
| 7689 | 007692 | LINDA K. MARTIN<br>403 ASH AVENUE<br>CALIFORNIA, MO 65018 | 736.86 | 2,044.61 | 659.47 | 1,385.14 | 0.04872% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 8165 | 008168 | LINDA K. SHEWMAKER<br>RT. 4, BOX 330A<br>VERSAILLES, MO 65084 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 6393 | 006395 | LINDA KENDZIORRA<br>14680 EAGLES LOOKOUT COURT<br>FT MYERS, FL 33912 | 306.33 | 850.00 | 274.16 | 575.84 | 0.02025% |
| 3087 | 003087 | LINDA L. RIDDLE<br>2635 PARKER TRAIL<br>GAINESVILLE, GA 30506 | 681.49 | 1,891.00 | 609.93 | 1,281.07 | 0.04506% |
| 4504 | 004506 | LINDA LO<br>377 W. WOODRUFF AVE.<br>ARCADIA, CA 91007 | 53.93 | 149.64 | 48.27 | 101.37 | 0.00357% |
| 4858 | 004860 | LINDA M. CISKEY<br>1901 W. 73 ST.<br>PRAIRIE VILLAGE, KS 66208 | 674.47 | 1,871.50 | 603.63 | 1,267.87 | 0.04459% |
| 13214 | 013218 | LINDA MCKARNS<br>11455 SMITHGOSHEN RD<br>BELOIT, OH 44609 | 140.91 | 391.00 | 126.11 | 264.89 | 0.00932% |
| 1100 | 001100 | LINDA PRUITT<br>2909 SANTA BARBARA CIRCLE<br>WICHITA FALLS, TX 76302 | 648.70 | 1,800.00 | 580.58 | 1,219.42 | 0.04289% |
| 5094 | 005096 | LINDA S WALDRON<br>2160 NORTH ADAMS CENTRAL AV<br>JUNIATA, NE 68955 | 1,146.11 | 3,180.20 | 1,025.75 | 2,154.45 | 0.07578% |
| 4268 | 004270 | LINDA S. GOLAY<br>3849 N. 2000 E<br>FILER, ID 83328 | 322.55 | 895.00 | 288.67 | 606.33 | 0.02133% |
| 8791 | 008794 | LINDA S. MC ANULTY<br>7844 BUTTERFIELD LANE<br>ANNANDALE, VA 22003 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 11053 | 011056 | LINFORTH M. SULTZER<br>505 WINDSOR DR.<br>BIG FORK, MT 59911 | 320.75 | 890.00 | 287.06 | 602.94 | 0.02121% |
| 2526 | 002526 | LING FONG HOUNG<br>55-03 VAN DOREN ST. APT. #1R<br>CORONA, NY 11368 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 4823 | 004825 | LING-HUI O'CONNOR<br>535 REED ST.<br>PORT TOWNSEND, WA 98368 | 323.59 | 897.90 | 289.62 | 608.28 | 0.02139% |
| 7956 | 007959 | LINLI SU<br>1840 RHODES ROAD #353<br>KENT, OH 44240 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 11191 | 011194 | LINMARK ENTERPRISES C/O LINDA STULL<br>5508 SALISH ROAD<br>BLAINE, WA 98230 | 890.88 | 2,472.00 | 797.33 | 1,674.67 | 0.05890% |
| 744 | 000744 | LINTZ LAN<br>827 GARFIELD ST<br>SAN FRANCISCO, CA 94132 | 308.91 | 857.15 | 276.46 | 580.69 | 0.02042% |
| 7683 | 007686 | LISA A. MCLAUGHLIN<br>1502 ERNEST #5<br>MISSOLA, MT 59801 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 12340 | 012344 | LISA A. RUTLEDGE<br>210 HEARD RD.<br>CANTON, GA 30114 | 674.28 | 1,871.00 | 603.48 | 1,267.52 | 0.04458% |
| 7310 | 007312 | LISA H. MAGORIEN<br>5523 MEADOW VISTA WAY<br>AGOURA, CA 91301 | 234.25 | 650.00 | 209.65 | 440.35 | 0.01549% |
| 1958 | 001958 | LISA J BLEDSOE<br>500 S. STREVELL AVE.<br>MILES CITY, MT 59301 | 301.64 | 837.00 | 269.97 | 567.03 | 0.01994% |
| 6471 | 006473 | LISA L. SMITH<br>PO BOX 2046<br>FORT VALLEY, GA 31030 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 163 | 000163 | LISA M. JACOBS<br>ROUTE #1 BOX 431<br>PEMBROKE, NC 28372 | 132.89 | 368.75 | 118.94 | 249.81 | 0.00879% |
| 4281 | 004283 | LISA R. EDDIE<br>1826 ALERT RD<br>WARRENTON, NC 27589 | 855.28 | 1,607.76 | 0.00 | 1,607.76 | 0.05655% |
| 509 | 000509 | LISA R. RUTH<br>45 REINHOLDS ROAD APT. #1<br>REINHOLDS, PA 17569 | 99.11 | 275.00 | 88.70 | 186.30 | 0.00655% |
| 3827 | 003827 | LISA R. SCOTT<br>25 MILLER'S LANE<br>WINGDALE, NY 12594 | 143.92 | 399.34 | 128.80 | 270.54 | 0.00952% |
| 861 | 000861 | LISA R. SLOVAK<br>1516 MEADOW RIDGE COURT<br>MANSFIELD, TX 76063 | 143.53 | 398.25 | 128.45 | 269.80 | 0.00949% |
| 7362 | 007364 | LISHA SUN<br>105 N. 4TH STREET, APT. E<br>ALHAMBRA, CA 91801 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4301 | 004303 | LI-SHENG KWAN<br>25 BOERUM STREET #17K<br>BROOKLYN, NY 11206 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 542 | 000542 | LIZA DAYLEG<br>22 RUBINSTEIN STREET APT L1<br>STATEN ISLAND, NY 10305 | 288.31 | 800.00 | 258.03 | 541.97 | 0.01906% |
| 11910 | 011913 | LIZA L. MALONE<br>834 CLEAR FORK DR.<br>DALLAS, TX 75232 | 674.35 | 1,871.19 | 603.54 | 1,267.65 | 0.04459% |
| 7760 | 007763 | LLOYD F. POULIN<br>2855 WEST ROME AVE.<br>ANAHEIM, CA 92804 | 323.53 | 897.75 | 289.57 | 608.18 | 0.02139% |
| 7115 | 007117 | LLOYD M WESTCOTT<br>2812 COLONIAL CIRCLE<br>MCKINNEY, TX 75070 | 425.61 | 1,180.97 | 380.91 | 800.06 | 0.02814% |
| 3476 | 003476 | LLOYD M. STOTLER<br>317 ROWE DRIVE<br>BLOOMINGTON, IL 61701 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 4852 | 004854 | LLOYD W LITTRELL<br>421 N. HIGHLAND<br>BELOIT, KS 67420 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 117 | 000117 | LOIS SCHNEIDER<br>1105 E. Willow Drive<br>Olathe, KS 66061-4951 | 683.58 | 1,896.80 | 611.80 | 1,285.00 | 0.04520% |
| 3805 | 003805 | LOIS ZAKOWICZ<br>418 HIGHLAND RD.<br>POTTSTOWN, PA 19464 | 237.86 | 660.00 | 212.87 | 447.13 | 0.01573% |
| 6569 | 006571 | LOLITA L. TRAHAN<br>32 SWEEETBRIAR DRIVE<br>FREDERICKSBURG, VA 22405 | 979.61 | 2,718.22 | 876.75 | 1,841.47 | 0.06477% |
| 10309 | 010312 | LON K. LEMASTER<br>3106 ASTOR CT.<br>SUGAR LAND, TX 77478 | 1,469.16 | 4,076.61 | 1,314.88 | 2,761.73 | 0.09714% |
| 13483 | 013487 | LONI J. TROMBURG<br>355 MERITT PL. N.E.<br>NORTH BEND, WA 98045 | 570.08 | 1,581.85 | 510.21 | 1,071.64 | 0.03769% |
| 14328 | 014332 | LONNIE P. PHILLIPS<br>206 HOLLINS CIRCLE<br>HOLLINS, AL 35082 | 816.36 | 2,265.23 | 730.63 | 1,534.60 | 0.05398% |
| 3127 | 003127 | LORA CUKALEVSKI<br>166 WILLIAMS WAY<br>THOMASTON, GA 30286 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 692 | 000692 | LORA L. FROST<br>383 COURTLAND CIRCLE<br>GALAX, VA 24333 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |