| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 475 | 000475 | LORAH L. BENWELL<br>PO BOX 502<br>PRAIRIE CITY, OR 97869 | 685.28 | 1,901.50 | 613.32 | 1,288.18 | 0.04531% |
| 698 | 000698 | LORAYNE M. STASNEY<br>14238 N. TRADE WINDS<br>TUCSON, AZ 85737 | 817.36 | 2,268.00 | 731.53 | 1,536.47 | 0.05404% |
| 1706 | 001706 | LORENE N. HALL<br>66 ROUND VIEW DR.<br>BASSETT, VA 24055 | 140.37 | 389.50 | 125.63 | 263.87 | 0.00928% |
| 1715 | 001715 | LORETTA B. SHEETS<br>4058 NC HWY 801 N<br>MOCKVILLE, NC 27028 | 335.62 | 931.28 | 300.38 | 630.90 | 0.02219% |
| 4028 | 004028 | LORETTA L. BYRD<br>2000 ST. JAMES<br>VERNON, TX 76384 | 141.55 | 392.75 | 126.67 | 266.08 | 0.00936% |
| 9822 | 009825 | LORETTA M. FRY<br>20449 ECORSE ROAD<br>TAYLOR, MI 48180 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 408 | 000408 | LORETTA W. GOODWIN<br>1818 GA HIGHWAY 208<br>HAMILTON, GA 31811 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 4387 | 004389 | LORI A. JASSO<br>P.O. BOX 1403<br>709 S. GARY AVENUE<br>MONAHANS, TX 79756 | 806.21 | 2,237.06 | 721.55 | 1,515.51 | 0.05330% |
| 3938 | 003938 | LORI D GRAY<br>708 MEADOWVIEW LANE<br>GREENWOOD, IN 46142 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 4342 | 004344 | LORI J. LOEFFLER<br>5270 NW 53RD AVE<br>COCONUT CREEK, FL 33073 | 1,011.61 | 4,300.00 | 2,398.37 | 1,901.63 | 0.06688% |
| 8255 | 008258 | LORI L BARROWS<br>200 CHERRY LAUREL DR.<br>YOUNGSVILLE, NC 27596 | 140.55 | 390.00 | 125.79 | 264.21 | 0.00929% |
| 5198 | 005200 | LORI L. FILIPPINI<br>308 Price Rd<br>Three Forks, MT 59752-9512 | 681.14 | 1,890.00 | 609.60 | 1,280.40 | 0.04503% |
| 5021 | 005023 | LORNA L. BECK<br>10714 EAST EMPIRE<br>SPOKANE, WA 99206 | 817.65 | 2,268.80 | 731.79 | 1,537.01 | 0.05406% |
| 1479 | 001478 | LORNA LEWIS<br>973 E102 STREET<br>BKLYN, NY 11236 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 7293 | 007295 | LORRAINE D. NATIONS<br>615 EMENS ST.<br>DARRINGTON, WA 98241 | 683.66 | 1,897.00 | 611.86 | 1,285.14 | 0.04520% |
| 6026 | 006028 | LORRAINE F. MCNAMER<br>3132 GANNON RIDGE AVE.<br>NORTH LAS VEGAS, NV 89081 | 693.73 | 1,924.95 | 620.88 | 1,304.07 | 0.04587% |
| 10437 | 010440 | LORRAINE J. SCHUITEMA<br>3156 140TH AVE.<br>DORR, MI 49323 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 13130 | 013134 | LORRAINE W. JOSEPH<br>1178 BLUE RUN RD.<br>MINDEN, LA 71055 | 312.82 | 868.00 | 279.97 | 588.03 | 0.02068% |
| 12884 | 012888 | LOTTIE D. MILLER<br>ROUTE 2, BOX 58-B<br>HASKELL, OK 74436 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 4639 | 004641 | LOUIS E. SPRADLIN<br>6709 KAMINER DRIVE<br>COLUMBIA, SC 29206 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 2665 | 002665 | LOUIS L OUTHIER JR<br>8859 CENTRAL AVENUE<br>BEULAH, CO 81023 | 141.99 | 394.00 | 127.08 | 266.92 | 0.00939% |
| 12959 | 012963 | LOUISE A TOPIE<br>4047 PINE RIDGE DRIVE<br>DRYDEN, MI 48428 | 671.94 | 1,864.50 | 601.39 | 1,263.11 | 0.04443% |
| 2810 | 002810 | LOUISE A. MELFI<br>3957 LAURELBROOK AVE.<br>LAS VEGAS, NV 89117 | 321.47 | 892.00 | 287.71 | 604.29 | 0.02125% |
| 12917 | 012921 | LOUISE E. HAYES<br>433201 EAST 290 ROAD<br>VINITA, OK 74301-7375 | 360.38 | 1,000.00 | 322.55 | 677.45 | 0.02383% |
| 12651 | 012655 | LOUISE M. GREEN<br>501 UNION GROVE ROAD<br>ADAMSVILLE, AL 35005 | 1,001.26 | 2,025.00 | 142.84 | 1,882.16 | 0.06620% |
| 11351 | 011354 | LOWELL D. HAKE<br>4117 ADAMS ST. APT. 201<br>KANSAS CITY, KS 66103 | 683.57 | 1,896.75 | 611.78 | 1,284.97 | 0.04520% |
| 2405 | 002405 | LOWELL H. ELLIOTT<br>17 SUNNYBROOK DR.<br>HOGANSVILLE, GA 30230 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 11051 | 011054 | LTD SRS WHOLESALERS<br>711 N CARANCAHUA #1400<br>CORPUS CHRISTI, TX 78475 | 703.84 | 1,953.00 | 629.93 | 1,323.07 | 0.04654% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 6482 | 006484 | LU HA T.<br>14525 4CT. SOUTH<br>SEATTLE, WA 98168 | 322.05 | 893.60 | 288.22 | 605.38 | 0.02129% |
| 70 | 000070 | LU LEE<br>22 RUBENSTEIN STREET, 1ST FL<br>STATEN ISLAND, NY 10305 | 227.05 | 630.00 | 203.20 | 426.80 | 0.01501% |
| 2270 | 002270 | LU WARREN<br>4415 WEBELOS COURT<br>FRIENDSWOOD, TX 77546 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1587 | 001586 | LUANN R MORGAN<br>609 MEADOWPARK DR.<br>MIDLAND, TX 79705 | 141.55 | 392.75 | 126.67 | 266.08 | 0.00936% |
| 3048 | 003048 | LUCAS A. HAYDEN<br>517 CLYDESDALE<br>HUTCHINSON, KS 67501 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 6072 | 006074 | LUCILE BULLOCH<br>761 PRATHER BARNES RD<br>MANCHESTER, GA 31816 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4330 | 004332 | LUCINDA E. WIMBISH<br>183 HILLTOP DRIVE<br>COLLINSVILLE, VIRGINIA 24078 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 9412 | 009415 | LUCINDA S. EANES<br>206 KEN LN.<br>RIDGEWAY, VA 24148 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 8168 | 008171 | LUCY MENG XIU WANG<br>158-28 CROSS BAY BLVD.<br>HOWARD BEACH, NY 11414 | 617.85 | 1,714.41 | 552.97 | 1,161.44 | 0.04085% |
| 6513 | 006515 | LUCY TIEU KHUU<br>2373 S FOREST ST.<br>SEATTLE, WA 98144 | 684.23 | 1,898.60 | 612.38 | 1,286.22 | 0.04524% |
| 621 | 000621 | LUCY YIYI WANG<br>415 WASHINGTON BL #908<br>MARINA DEL REY, CA 90292 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 7696 | 007699 | LUELLA KILMER<br>PO BX 841<br>COQUILLE, OR 97423 | 362.25 | 1,005.15 | 324.20 | 680.95 | 0.02395% |
| 3890 | 003890 | LUEMMA K. PINELLI<br>16200 REPASS TRAIL<br>ST IGNATIUS, MT 59865 | 320.75 | 890.00 | 287.06 | 602.94 | 0.02121% |
| 78 | 000078 | LUIS RODRIGUEZ<br>22 RUBINSTEIN ST. APT. R-2<br>STATEN ISLAND, NY 10305 | 288.31 | 800.00 | 258.03 | 541.97 | 0.01906% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 13948 | 013952 | LUISA L. MANALO<br>1441 SOUTH 100TH ST.<br>SEATTLE, WA 98168 | 138.24 | 383.60 | 123.73 | 259.87 | 0.00914% |
| 10904 | 010907 | LULA M. MASON<br>642 COUNTY ROAD 41<br>HEIIDELBERG, MS 39439 | 315.34 | 875.00 | 282.22 | 592.78 | 0.02085% |
| 4324 | 004326 | LUZ ALMA L. STA.MARIA<br>40-56 GLEANE STREET<br>ELMHURST, NY 11373 | 682.30 | 1,893.25 | 610.66 | 1,282.59 | 0.04511% |
| 6956 | 006958 | LYDIA A. BURTON<br>12490 QUIVIRA #2511<br>OVERLAND PARK, KS 66213 | 683.57 | 1,896.75 | 611.78 | 1,284.97 | 0.04520% |
| 2193 | 002193 | LYLE D. HAWKINS<br>1470 NW HWY 52<br>APPLETON CITY, MO 64724 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3975 | 003975 | LYNDA A. WALSH<br>9926 BEACH BLVD.<br>JACKSONVILLE, FL 32246 | 746.73 | 2,072.00 | 668.30 | 1,403.70 | 0.04937% |
| 3153 | 003153 | LYNDA C. WHITE<br>851 PLEASANT VALLEY ROAD<br>MOLENA, GA 30258 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 4380 | 004382 | LYNETTE TAYLOR<br>5021 GEVALIA DR<br>BROOKSVILLE, FL 34504-5811 | 247.95 | 688.00 | 221.91 | 466.09 | 0.01639% |
| 11297 | 011300 | LYNN E. HASS<br>2405A 188TH ST NE<br>ARLINGTON, WA 98223 | 792.46 | 2,198.90 | 709.23 | 1,489.67 | 0.05240% |
| 1506 | 001505 | LYNN E. LUNDE<br>LUNDE DEVELOPMENT, INC.<br>510 PHOENIX WAY<br>VANCOUVER, WA 98661 | 324.35 | 900.00 | 290.29 | 609.71 | 0.02144% |
| 13953 | 013957 | LYNN K. WEIRAUCH<br>7177 ROEDER LANE<br>EVERSON, WA 98247 | 162.18 | 450.00 | 145.14 | 304.86 | 0.01072% |
| 5459 | 005461 | LYNNE D. BOS<br>171 CANDLELIGHT DRIVE<br>BOZEMAN, MT 59718 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 6465 | 006467 | M & L INCORPORATED<br>197 N. SOUTHLAWN DRIVE<br>LAFAYETTE, LA 70503 | 144.15 | 400.00 | 129.02 | 270.98 | 0.00953% |
| 5039 | 005041 | M AND C THYFAULT TRUST<br>502 WEST 39TH ST. APT. H<br>HAYS, KS 67601 | 1,236.12 | 2,500.00 | 176.34 | 2,323.66 | 0.08173% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 2020 | 002020 | M. ANGELINE VICKERY<br>604 ELMHURST AVE.<br>MUSCLE SHOALS, AL 35661 | 682.21 | 1,893.00 | 610.58 | 1,282.42 | 0.04511% |
| 4486 | 004488 | M. BEN LO<br>377 W. WOODRUFF AVE.<br>ARCADIA, CA 91007 | 107.86 | 299.28 | 96.53 | 202.75 | 0.00713% |
| 6917 | 006919 | M. JANE STROBEL<br>1003 WAYNE AVENUE<br>CALIFORNIA, MO 65018 | 1,310.75 | 3,637.04 | 1,173.10 | 2,463.94 | 0.08666% |
| 9188 | 009191 | MABEL S. HALL<br>267 PROVIDENCE CHAPEL RD<br>ROBBINS, NC 27325-7232 | 41.27 | 114.50 | 36.93 | 77.57 | 0.00273% |
| 12811 | 012815 | MABRY B. SMITH<br>1188 SUMMERVILLE ROAD<br>JASPER, AL 35504 | 684.01 | 1,898.00 | 612.19 | 1,285.81 | 0.04522% |
| 3997 | 003997 | MAGDALENE SPIVEY<br>1104 RYAN'S POINT<br>MONCKS CORNER, SC 29461 | 673.47 | 1,868.75 | 602.76 | 1,265.99 | 0.04453% |
| 10084 | 010087 | MAGGIE J. YOUNG<br>4028 WEBER ROAD<br>CORPUS CHRISTI, TX 78411 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 2166 | 002166 | MAI T. HA<br>3224 NEVADA AVE.<br>ELMONTE, CA 91731 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 13235 | 013239 | MALKIAT S. BAINS<br>12885-85 AVE<br>SURREY, BC V3W0K8<br>FOREIGN, FN 99999 | 673.10 | 1,867.70 | 602.41 | 1,265.29 | 0.04450% |
| 2403 | 002403 | MALKIT SINGH<br>23914-113TH PLACE SE<br>KENT, WA 98031 | 805.16 | 2,234.15 | 720.61 | 1,513.54 | 0.05323% |
| 4979 | 004981 | MAN FONG HO<br>2564 OLMSTEAD COURT<br>SAN FRANCISCO, CA 94080 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3409 | 003409 | MAN WAH CHEUNG<br>2045 84 STREET<br>BROOKLYN, NY 11214 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 5612 | 005614 | MANUELA G CABILES<br>173 MIRIAM<br>DALY CITY, CA 94014 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 74 | 000074 | MAO KUAI<br>22 RUBINSTEIN STREET APT K1<br>STATEN ISLAND, NY 10305 | 576.62 | 1,600.00 | 516.07 | 1,083.93 | 0.03812% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 920 | 000920 | MAO LI<br>17821 JERSEY AVE.<br>ARTESIA, CA 90701 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 6875 | 006877 | MARCELINA L. NIRO<br>11041 S.E. 227TH PLACE<br>KENT, WA 98031 | 684.09 | 1,898.20 | 612.25 | 1,285.95 | 0.04523% |
| 4124 | 004126 | MARCELLE H. SMITH<br>350 DELTA RD.<br>FITZGERALD, GA 31750 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 3478 | 003478 | MARCELYN A. JACOBSEN<br>7515 26TH AVE. NE<br>SEATTLE, WA 98115 | 846.49 | 2,348.84 | 757.60 | 1,591.24 | 0.05597% |
| 13767 | 013771 | MARCIA D. WHITING<br>105 S. PEARSON ST<br>WAVERLY, KS 66871 | 672.63 | 1,866.40 | 601.99 | 1,264.41 | 0.04447% |
| 12442 | 012446 | MARCIA L. POWELL<br>410 NORTH MASSACHUSETTS<br>WINFIELD, KS 67156 | 582.03 | 1,615.00 | 520.91 | 1,094.09 | 0.03848% |
| 9726 | 009729 | MARCY PARKS<br>602 HUBBEL<br>MILES CITY, MT 59301 | 1,051.21 | 2,916.89 | 940.82 | 1,976.07 | 0.06950% |
| 11553 | 011556 | MARGARET A. MONROE<br>1252 N. MERIDIAN #6<br>KALISPELL, MT 59901 | 256.26 | 711.08 | 229.36 | 481.72 | 0.01694% |
| 13144 | 013148 | MARGARET BELISLE<br>R.R.8 10-24<br>LETHBRIDGE, AB T1J4P4<br>FOREIGN, FN 99999 | 231.73 | 643.00 | 207.40 | 435.60 | 0.01532% |
| 8683 | 008686 | MARGARET C. GADSBY<br>22 HAVENS AVE.<br>AUBURN, NY 13021 | 684.01 | 1,898.00 | 612.19 | 1,285.81 | 0.04522% |
| 5016 | 005018 | MARGARET D WAYMAN<br>RT 5 BOX 109<br>SAN BENITO, TX 78586 | 323.72 | 898.25 | 289.73 | 608.52 | 0.02140% |
| 1187 | 001187 | MARGARET DARLENE TURNER<br>4429 WOODLAND ROAD<br>THOMASTON, GA 30286 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 8732 | 008735 | MARGARET E PUHL<br>148 WICK AVENUE<br>HERMITAGE, PA 16148 | 591.40 | 1,641.00 | 529.29 | 1,111.71 | 0.03910% |
| 1194 | 001194 | MARGARET H. MCDANIEL<br>4429 WOODLAND RD.<br>THOMASTON, GA 30286 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 218 | 000218 | MARGARET L. DVORAK<br>8405 SCANDIA RD.<br>SHEPHERD, MT 59079 | 320.75 | 890.00 | 287.06 | 602.94 | 0.02121% |
| 5118 | 005120 | MARGARET L. LOWE<br>469 S. REED STREET<br>DENVER, CO 80226-3312 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 8038 | 008041 | MARGARET M. THEISEN<br>878 GLORY DR.<br>EUGENE, OR 97404 | 486.52 | 1,350.00 | 435.44 | 914.56 | 0.03217% |
| 547 | 000547 | MARGARET MCQUILKIN<br>292 WOODLAKE DR.<br>ATHENS CLARKE, GA 30606 | 681.85 | 1,892.00 | 610.26 | 1,281.74 | 0.04508% |
| 12067 | 012071 | MARGARET PETERSON<br>416 NUGGET DR.<br>ROGUE RIVER, OR 97537 | 229.59 | 637.08 | 205.49 | 431.59 | 0.01518% |
| 7426 | 007428 | MARGRET E. NORLIN<br>2303 AVONDALE DR.<br>GREENVILLE, TX 75402 | 313.42 | 869.69 | 280.52 | 589.17 | 0.02072% |
| 4470 | 004472 | MARIA A. BARRERA<br>182 RESACA SHORES<br>SAN BENITO, TX 78586 | 666.72 | 1,850.00 | 596.70 | 1,253.30 | 0.04408% |
| 701 | 000701 | MARIA A. HEBERT<br>PO BOX 26453<br>CHRISTIANSTED, VI 00824 | 666.71 | 1,850.00 | 596.71 | 1,253.29 | 0.04408% |
| 4019 | 004019 | MARIA H. FIGUEROA<br>CALLE C DD-15 BAYAMON GARDENS<br>BAYAMON PR 957<br>FOREIGN, 99999 | 131.54 | 365.00 | 117.73 | 247.27 | 0.00870% |
| 3159 | 003159 | MARIA H. LASLEY<br>C/O MARGARET MCDANIEL<br>4429 WOODLAND RD.<br>THOMASTON, GA 30286 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 7473 | 007476 | MARIA J. BOWLES<br>957 S. CHESTER<br>COLVILLE, WA 99114 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 13018 | 013022 | MARIA JAMES<br>1805 N FRANCES 203<br>TERRELL, TX 75160 | 133.23 | 369.69 | 119.24 | 250.45 | 0.00881% |
| 6145 | 006147 | MARIA N. FLORES<br>12106 ARONEL<br>SAN ANTONIO, TX 78231 | 368.67 | 1,022.99 | 329.96 | 693.03 | 0.02438% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 12713 | 012717 | MARIA SIMIONESCU<br>10636 VISTA ALEGRE<br>EL PASO, TX 79935 | 313.94 | 871.11 | 280.97 | 590.14 | 0.02076% |
| 10756 | 010759 | MARIA T. TELLEZ<br>104 LOS EBANOS<br>BROWNSVILLE, TX 78521 | 143.53 | 398.25 | 128.45 | 269.80 | 0.00949% |
| 5018 | 005020 | MARIBEL B. GARCIA<br>182 RESACA SHORES<br>SAN BENITO, TX 78586 | 126.14 | 350.00 | 112.89 | 237.11 | 0.00834% |
| 5736 | 005738 | MARIE C. KERR<br>209 WILLIAMS STREET<br>PIEDMONT, AL 36272 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 5349 | 005351 | MARIE M. VAUGHAN<br>502-1/2 EAST ST. VICTOR<br>ABBEVILLE, LA 70510 | 143.53 | 398.25 | 128.45 | 269.80 | 0.00949% |
| 2918 | 002918 | MARIE-CLAIRE DUBUC-BOYER<br>811 RINGUET<br>MONT-ST-HILAIRE, PQ J3H3W9<br>FOREIGN, FN 99999 | 135.15 | 375.00 | 120.95 | 254.05 | 0.00894% |
| 3666 | 003666 | MARILYN ANN ANDERSON<br>1209 4TH WEST HILL DRIVE<br>GREAT FALLS, MT 59404 | 771.23 | 2,140.00 | 690.24 | 1,449.76 | 0.05099% |
| 1768 | 001768 | MARILYN J. SHORTT<br>3416 NEWBURY ST.<br>MANHATTAN, KS 66503 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 10370 | 010373 | MARILYN J. SMITH<br>311 W. 7TH DAWSON<br>LEXINGTON, NE 68850 | 142.72 | 396.00 | 127.72 | 268.28 | 0.00944% |
| 6599 | 006601 | MARILYN M. DEES<br>16923 TIBET<br>FRIENDSWOOD, TX 99546 | 314.70 | 873.25 | 281.67 | 591.58 | 0.02081% |
| 14642 | 014648 | MARILYN R. LAZARZ<br>612 PAGODA<br>MARINE CITY, MI 48039 | 1,183.71 | 2,394.00 | 168.87 | 2,225.13 | 0.07826% |
| 6867 | 006869 | MARILYN S COATS<br>RT 2, BOX 73<br>CHOUDRANT, LA 71227 | 654.73 | 1,816.75 | 585.98 | 1,230.77 | 0.04329% |
| 5007 | 005009 | MARIO R. GUERRA<br>121 FAIRVIEW<br>RIO GRANDE CITY, TX 78582 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 5011 | 005013 | MARIO R. GUERRA<br>121 FAIRVIEW<br>RIO GRANDE CITY, TX 78582 | 321.74 | 892.75 | 287.95 | 604.80 | 0.02127% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 5012 | 005014 | MARIO R. GUERRA<br>121 FAIRVIEW<br>RIO GRANDE, TX 78582 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 2819 | 002819 | MARJORIE A. WARHURST<br>1202 DICKSON AVE<br>HANAHAN, SC 29406 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 14633 | 014639 | MARJORIE DOWNEY<br>2428 CONDOR COURT<br>RALEIGH, NC 27615 | 563.68 | 1,059.61 | 0.00 | 1,059.61 | 0.03727% |
| 5050 | 005052 | MARJORIE GREEN<br>3487 POCOSIN ROAD<br>LAKE WACCAMAW, NC 28450 | 313.09 | 868.75 | 280.21 | 588.54 | 0.02070% |
| 12619 | 012623 | MARJORIE J. WIDMER<br>3715 TERSTENA PL. #404<br>SANTA CLARA, CA 95051 | 648.70 | 1,800.00 | 580.58 | 1,219.42 | 0.04289% |
| 14352 | 014356 | MARJORIE K. WHATLEY<br>759 WILLOW STREET<br>ALEX CITY, AL 35010 | 762.28 | 2,115.16 | 682.23 | 1,432.93 | 0.05040% |
| 7791 | 007794 | MARJORIE L. KUEHLER<br>5814 SPRINGWOOD LN.<br>WITCHITA FALLS, TX 76310 | 684.11 | 1,898.25 | 612.27 | 1,285.98 | 0.04523% |
| 13065 | 013069 | MARK A FARNARIO<br>P. O. BOX 1348<br>TULALATIN, OR 97062 | 347.78 | 965.00 | 311.25 | 653.75 | 0.02299% |
| 871 | 000871 | MARK A IRICK<br>8721 MAIDEN LANE<br>KANSAS CITY, MO 64114 | 346.57 | 961.65 | 310.17 | 651.48 | 0.02291% |
| 6574 | 006576 | MARK A YATES<br>6701 29TH STREET NORTH<br>ARLINGTON, VA 22205-1508 | 1,022.07 | 2,836.00 | 914.72 | 1,921.28 | 0.06758% |
| 1474 | 001473 | MARK A. MCWHITE<br>64 STROME COURT<br>RICHMOND HILL, GA 31324 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 1332 | 001331 | MARK ALANO<br>644 OAKWOOD DR. #1<br>SPARKS, NV 89431 | 594.64 | 1,650.00 | 532.20 | 1,117.80 | 0.03932% |
| 3505 | 003505 | MARK BROWN<br>9736 KINGLET DR.<br>BATON ROUGE, LA 70809-4611 | 639.69 | 1,775.00 | 572.51 | 1,202.49 | 0.04229% |
| 5816 | 005818 | MARK BUCKLEY<br>15144 WOODMOSS DR.<br>BATON ROUGE, LA 70816 | 672.49 | 1,866.00 | 601.86 | 1,264.14 | 0.04446% |