| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 14879 | 014886 | MARK F CYSEWSKI<br>1950 SOUTH 299TH PL<br>FEDERAL WAY, WA 98003 | 773.76 | 2,147.00 | 692.49 | 1,454.51 | 0.05116% |
| 12627 | 012631 | MARK F. THUL<br>503 WILLIAMS<br>GREAT BEND, KS 67530 | 133.14 | 369.43 | 119.16 | 250.27 | 0.00880% |
| 5841 | 005843 | MARK FULLENWIDER<br>1006 LAWNMEADOW<br>ALLEN, TX 75002 | 323.72 | 898.25 | 289.72 | 608.53 | 0.02140% |
| 6136 | 006138 | MARK HENRIE<br>1865 MAPLE VIEW DR.<br>BOUNTIFUL, UT 84010 | 131.94 | 366.13 | 118.10 | 248.03 | 0.00872% |
| 893 | 000893 | MARK J. BERGEAUX<br>434 GARBER ROAD<br>BROUSSARD, LA 70518 | 312.09 | 866.00 | 279.33 | 586.67 | 0.02063% |
| 2572 | 002572 | MARK J. BUFFINGTON<br>3315 CREST HWY.<br>THOMASTON, GA 30286 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 12621 | 012625 | MARK LANE<br>127 NEW BERN PLACE #505<br>RALEIGH, NC 27601 | 1,381.08 | 2,596.15 | 0.00 | 2,596.15 | 0.09131% |
| 10830 | 010833 | MARK R. BENTLEY<br>PO BOX 273<br>SYLACAUGA, AL 35150 | 682.21 | 1,893.00 | 610.58 | 1,282.42 | 0.04511% |
| 1926 | 001926 | MARK S WANG<br>4015 LINCOLN AVE<br>EL MONTE, CA 91731 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 10120 | 010123 | MARK S. CLEVENGER<br>1781 E. HWY 69 SUITE 7-158<br>PRESCOTT, AZ 86301 | 312.55 | 867.25 | 279.72 | 587.53 | 0.02066% |
| 9211 | 009214 | MARK S. WITTMAN<br>RR 1 BOX 59<br>BAZINE, KS 67516 | 468.50 | 1,300.00 | 419.31 | 880.69 | 0.03098% |
| 2824 | 002824 | MARK STEVENSON<br>2904 INWOOD ROAD<br>DALLAS, TX 75235 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 7009 | 007011 | MARK TIEN<br>1357 64TH STREET<br>BROOKLYN, NY 11219 | 312.91 | 868.25 | 280.05 | 588.20 | 0.02069% |
| 6596 | 006598 | MARKUS P LOCKMAN<br>3961 W. BARRY STREET<br>CHICAGO, IL 60618 | 648.70 | 1,800.00 | 580.58 | 1,219.42 | 0.04289% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 8934 | 008937 | MARLA BERCHARD<br>2028 CARRIEK ST.<br>VICTORIA, BC V8R2M6<br>FOREIGN, FN 99999 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 510 | 000510 | MARLA J. SHENK<br>828 OAK STREET<br>DENVER, PA 17517 | 99.11 | 275.00 | 88.70 | 186.30 | 0.00655% |
| 9756 | 009759 | MARLENE A. STROTHER<br>102 HILL ST.<br>PINEVILLE, LA 71360 | 323.63 | 898.00 | 289.64 | 608.36 | 0.02140% |
| 2671 | 002671 | MARLENE J. WEBER<br>718 PENN DRIVE<br>MCPHERSON, KS 67460 | 493.93 | 1,370.55 | 442.07 | 928.48 | 0.03266% |
| 2185 | 002185 | MARLENE M Q QUINN<br>8 W CYPRESS LANE<br>CAMANO ISLAND, WA 98292 | 682.14 | 1,892.80 | 610.51 | 1,282.29 | 0.04510% |
| 2971 | 002971 | MARLO THUE<br>BENGOUGH COOP 201 MAIN ST<br>BENGOUGH, SK S0C0K0<br>FOREIGN, FN 99999 | 144.72 | 401.55 | 129.51 | 272.04 | 0.00957% |
| 9190 | 009193 | MARLON G. KIDD<br>3091 ASBURY ROAD<br>MOUNT AIRY, NC 27030 | 321.10 | 891.00 | 287.39 | 603.61 | 0.02123% |
| 12210 | 012214 | MARLYN T. RODGRIGUEZ<br>4618 YORK BOULEVARD<br>LOS ANGELES, CA 90041 | 144.15 | 400.00 | 129.02 | 270.98 | 0.00953% |
| 2695 | 002695 | MARLYS R. STILES<br>HC72 BOX 7010<br>MALTA, MT 59538 | 21.62 | 60.00 | 19.35 | 40.65 | 0.00143% |
| 13951 | 013955 | MARNITA K. AMUNDSON<br>2802 QUEENS WAY APT. D1<br>MILTON, WA 98354-9008 | 815.49 | 2,262.80 | 729.85 | 1,532.95 | 0.05392% |
| 5358 | 005360 | MARSHA C. DAVIS<br>113 HAYWOOD AVE.<br>ROCKINGHAM, NC 28379 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 12841 | 012845 | MARSHA J. MCGAHEY<br>87 MALLARD DRIVE<br>SCOTTSBORO, AL 35769-6020 | 326.51 | 906.00 | 292.23 | 613.77 | 0.02159% |
| 6789 | 006791 | MARSHA L. SAMUEL<br>808 SAN MIGUEL DR.<br>STONE MOUNTAIN, GA 30083 | 321.47 | 892.00 | 287.71 | 604.29 | 0.02125% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 199 | 000199 | MARSHA M. DUNSKER<br>2314 LIME ROCK ROAD<br>BIMINGHAM, AL 35216 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 5351 | 005353 | MARSHALLS OF ORCHARD INC.<br>624 ORCHARD DRIVE<br>LAKE CHARLES, LA 70605 | 143.53 | 398.25 | 128.45 | 269.80 | 0.00949% |
| 5321 | 005323 | MARTA RAMIREZ<br>RT 4 BOX 139- C<br>ROBSTOWN, TX 78380 | 360.38 | 1,000.00 | 322.55 | 677.45 | 0.02383% |
| 398 | 000398 | MARTHA A. JONES<br>5358 WOODRUFF FARM ROAD #1008<br>COLUMBUS, GA 31907 | 142.71 | 396.00 | 127.73 | 268.27 | 0.00944% |
| 4463 | 004465 | MARTHA E BROWN<br>1833 OLD RICHTON RD<br>PETAL, MS 39465 | 765.83 | 2,125.00 | 685.40 | 1,439.60 | 0.05065% |
| 13033 | 013037 | MARTHA I KROHN<br>P.O. BOX 15275<br>FRITZ CREEK, AK 99603 | 50.45 | 140.00 | 45.16 | 94.84 | 0.00334% |
| 5503 | 005505 | MARTHA J. MORLEY<br>2015 OLD MANOR<br>GARDEN CITY, KS 67846 | 487.42 | 1,352.50 | 436.24 | 916.26 | 0.03223% |
| 7794 | 007797 | MARTHA M. BROWN SEWELL<br>5200 KELLER SPRINGS RD APT 1434<br>DALLAS, TX 75248-2755 | 1,549.67 | 4,300.00 | 1,386.93 | 2,913.07 | 0.10246% |
| 1433 | 001432 | MARTHA M. CORDEIRO<br>5054 S. CHARLESTON<br>SPRINGFIELD, MO 65804 | 369.47 | 1,025.20 | 330.68 | 694.52 | 0.02443% |
| 6706 | 006708 | MARTHA S. HART<br>2699 GA HWY 292<br>LYONS, GA 30436 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 11525 | 011528 | MARTY S. HINES-GARRETT<br>106 RAMSEY<br>CEDAR HILL, TX 75104 | 684.11 | 1,898.25 | 612.27 | 1,285.98 | 0.04523% |
| 3486 | 003486 | MARTY W. BOYD<br>4510 BOB WALLACE AVE<br>HUNTSVILLE, AL 35805 | 587.79 | 1,631.00 | 526.07 | 1,104.93 | 0.03886% |
| 2619 | 002619 | MARTY W. WOODS<br>11622 Ensley Ave.<br>Northport, AL 35475-4807 | 684.01 | 1,898.00 | 612.19 | 1,285.81 | 0.04522% |
| 1034 | 001034 | MARVIN BOOCK<br>857 MANINIHOLO ST.<br>HONO, HI 96825 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 1583 | 001582 | MARVIN F STRICKLAND<br>118 MELLERAY COURT<br>VILLA RICA, GA 30180 | 306.33 | 850.00 | 274.16 | 575.84 | 0.02025% |
| 6884 | 006886 | MARY & MICHAEL E. GOSSETT<br>3290 HUNTER RIDGE ROAD<br>ROCK HILL, SC 29732 | 681.49 | 1,891.00 | 609.93 | 1,281.07 | 0.04506% |
| 2570 | 002570 | MARY A MCDANIEL<br>4429 WOODLAND RD<br>THOMASTON, GA 30286 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 2409 | 002409 | MARY A TUCKER<br>1304 S ELIZABETH<br>SCOTT CITY, KS 67871 | 270.32 | 750.07 | 241.93 | 508.14 | 0.01787% |
| 2195 | 002195 | MARY A WATSON<br>4429 WOODLAND ROAD LOT #3<br>THOMASTON, GA 30286 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 10726 | 010729 | MARY ANN MACKAY<br>2620 BURLINGTON AVE<br>BILLINGS, MT 59102-3827 | 686.54 | 1,905.00 | 614.44 | 1,290.56 | 0.04539% |
| 3631 | 003631 | MARY ANN WEAKLEY<br>4518 PRATT LN.<br>FRANKLIN, TN 37064 | 252.27 | 700.00 | 225.79 | 474.21 | 0.01668% |
| 7627 | 007630 | MARY ANNE KOCHUT<br>681 D DOVER COURT<br>SOMERVILLE, NJ 08876 | 441.90 | 1,226.18 | 395.49 | 830.69 | 0.02922% |
| 4312 | 004314 | MARY C. FRASER<br>22128 SR-9 #77<br>MT. VERNON, WA 98274 | 774.08 | 2,147.90 | 692.79 | 1,455.11 | 0.05118% |
| 5963 | 005965 | MARY C. GRUBBS<br>805 S. BROAD #6<br>THOMASVILLE, GA 31792 | 673.75 | 1,869.50 | 602.99 | 1,266.51 | 0.04455% |
| 7321 | 007323 | MARY E. REQUA<br>POST OFFICE BOX 374<br>DARRINGTON, WA 98241 | 683.94 | 1,897.80 | 612.13 | 1,285.67 | 0.04522% |
| 12764 | 012768 | MARY E. TRIMBLE<br>PO BOX 150<br>ANCHOR, AK 99556 | 320.75 | 890.00 | 287.06 | 602.94 | 0.02121% |
| 14489 | 014493 | MARY G. GEDDIE<br>PO BOX 5154<br>ALEXANDRIA, LA 71307-5154 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 5313 | 005315 | MARY H. FLOWERS<br>7225 Old Barn Rd.<br>Montgomery, AL 36117-3987 | 684.01 | 1,898.00 | 612.19 | 1,285.81 | 0.04522% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 10412 | 010415 | MARY HELEN GONZALEZ<br>14318 PARKHURST<br>SAN ANTIONIO, TX 78232 | 684.11 | 1,898.25 | 612.27 | 1,285.98 | 0.04523% |
| 5826 | 005828 | MARY HELEN JAY<br>2164 CHAPMAN DRIVE<br>CARROLLTON, TX 75010 | 321.92 | 893.25 | 288.11 | 605.14 | 0.02128% |
| 679 | 000679 | MARY J. CONKLING<br>25471 LONGVIEW ROAD<br>HOPEDALE, IL 61747-9302 | 340.65 | 945.25 | 304.89 | 640.36 | 0.02252% |
| 7608 | 007611 | MARY J. ROBINSON<br>1111 RUNYAN<br>ARTESIA, NM 88210 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 10193 | 010196 | MARY JANE CRULL<br>8025 VILLEFRANCHE DR.<br>CORPUS CHRISTI, TX 78414 | 423.34 | 1,174.68 | 378.89 | 795.79 | 0.02799% |
| 9938 | 009941 | MARY JO J. FAABORG<br>317 N. 22ND AVE.<br>BOZEMAN, MT 59715 | 576.62 | 1,600.00 | 516.07 | 1,083.93 | 0.03812% |
| 9667 | 009670 | MARY K. BEIL<br>ROCK CREEK RD.<br>HINSDALE VALLEY, MT 59241 | 612.66 | 1,700.00 | 548.32 | 1,151.68 | 0.04051% |
| 11785 | 011788 | MARY L. EVANS<br>105 WESTRIDGE DRIVE<br>BOZEMAN, MT 59715 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3953 | 003953 | MARY L. WITTLAKE<br>2740 HWY 2 WEST<br>KALISPELL, MT 59901 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 703 | 000703 | MARY LEONARD<br>2549 TYLER WAY<br>ATLANTA, GA 30032 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 5593 | 005595 | MARY LOU JONES<br>460 W. 3RD<br>COLBY, KS 67701 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3704 | 003704 | MARY LOU WESTERN<br>4405 S. 4000 W.<br>DELTA, UT 84624 | 105.09 | 291.60 | 94.05 | 197.55 | 0.00695% |
| 1486 | 001485 | MARY O. LOLLI<br>4515 SPRING DR.<br>RENO, NV 89502 | 144.15 | 400.00 | 129.02 | 270.98 | 0.00953% |
| 405 | 000405 | MARY R. WRIGHT<br>600 HOLLY DR. #36<br>ALBANY, GA 31705 | 142.72 | 396.00 | 127.72 | 268.28 | 0.00944% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 3233 | 003233 | MARY S. FRANKLIN<br>116 SHENANDOAH LANE<br>ALTO, GA 30510 | 549.59 | 1,525.00 | 491.88 | 1,033.12 | 0.03634% |
| 12085 | 012089 | MARY SERESOROZ<br>1100 HOUGHTON<br>DALLAS, TX 75217 | 684.11 | 1,898.25 | 612.27 | 1,285.98 | 0.04523% |
| 11308 | 011311 | MARY VEE TUOMIKOSKI<br>3053 VAN VAC ROAD<br>ELY, MN 55731-8432 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 2990 | 002990 | MARYSUE KOEHLER<br>3073 CHARLES BRYAN RD.<br>BARTLETT, TN 38134 | 306.33 | 850.00 | 274.16 | 575.84 | 0.02025% |
| 7430 | 007432 | MATLENE BOATNER<br>10151 FM 1012<br>WIERGATE, TX 75977 | 684.11 | 1,898.25 | 612.27 | 1,285.98 | 0.04523% |
| 12553 | 012557 | MATTHEW J. ROBERSON<br>7143 E. 3500 N. RD.<br>BOURBONNAIS, IL 60914 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 14408 | 014412 | MATTHEW M. EVANS<br>1455 S. STATE ST. SUITE B<br>OREM, UT 84097 | 142.80 | 396.25 | 127.81 | 268.44 | 0.00944% |
| 2960 | 002960 | MATTHEW S. HAYDEN<br>712 N. VICTORY ROAD<br>HUTCHINSON, KS 67501 | 450.48 | 1,250.00 | 403.18 | 846.82 | 0.02978% |
| 10357 | 010360 | MATTHEW S. HILL<br>14329 CARLA DRIVE<br>BALCH SPRINGS, TX 75180 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 2418 | 002418 | MAUREEN A. SNELGROVE<br>1350 PARKHILL ROAD<br>SANTA MARGARITA, CA 93453 | 682.21 | 1,893.00 | 610.58 | 1,282.42 | 0.04511% |
| 9687 | 009690 | MAUREEN UPHILL<br>#1202 - 811 HELMEKEN STREET<br>VANCOUVER, BC V6Z 1B1<br>FOREIGN, FN 99999 | 1,427.14 | 3,960.00 | 1,277.27 | 2,682.73 | 0.09436% |
| 3957 | 003957 | MAVIS ENDZEL<br>708 MEADOWVIEW LANE<br>GREENWOOD, IN 46142 | 226.32 | 628.00 | 202.56 | 425.44 | 0.01496% |
| 7889 | 007892 | MAXEY KENNETH W<br>1013 1/2 NORTH 5TH STREET<br>MONROE, LA 71201 | 1,549.67 | 4,300.00 | 1,386.93 | 2,913.07 | 0.10246% |
| 755 | 000755 | MAXIE FLEMING<br>100 CHERRY ST., APT. 703<br>PANAMA CITY, FL 32401-3280 | 686.54 | 1,905.00 | 614.44 | 1,290.56 | 0.04539% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 13949 | 013953 | MAXIMA CABUGON<br>2501 S.W. FINDLAY STREET<br>SEATTLE, WA 98106 | 684.23 | 1,898.60 | 612.38 | 1,286.22 | 0.04524% |
| 1432 | 001431 | MAXINE A. MONTGOMERY RYAN<br>RT. 2 BOX 128<br>LINCOLN, KS 67455 | 221.43 | 614.43 | 198.18 | 416.25 | 0.01464% |
| 2495 | 002495 | MAXINE HALLERMAN<br>5346 BROOKE RIDGE DRIVE<br>DUNWOODY, GA 30338 | 321.10 | 891.00 | 287.39 | 603.61 | 0.02123% |
| 1740 | 001740 | MAY W. DENG<br>1604 PIERCE AVE<br>SAN LEANRO, CA 94577 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 397 | 000397 | MCKENNEY RAYMOND N.<br>P.O. BOX 26686<br>GREENVILLE, SC 29616 | 43.25 | 120.00 | 38.70 | 81.30 | 0.00286% |
| 9448 | 009451 | MECHELLE S. VOGEL<br>4519 146TH PLACE S.W.<br>LYNNWOOD, WA 98037 | 684.30 | 1,898.78 | 612.44 | 1,286.34 | 0.04524% |
| 3035 | 003035 | MEE KAM CHEN<br>2723 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2517 | 002517 | MEI TAM WONG<br>531-35 AVENUE<br>SAN FRANSISCO, CA 94121 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 1553 | 001552 | MEIQUING FU<br>763 FRANKLIN #423<br>OAKLAND, CA 94607 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 4821 | 004823 | MEI-YU CHIU<br>8877 A PAISLEY DR N E<br>SEATTLE, WA 98115 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 3769 | 003769 | MEL FLORES<br>6718 GREENLEAF DRIVE<br>CITRUS HEIGHTS, CA 95621 | 132.53 | 367.75 | 118.62 | 249.13 | 0.00876% |
| 12016 | 012020 | MEL MARTINEZ<br>906 S WARD STREET<br>ITALY, TX 76651-3673 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 10759 | 010762 | MELANIE A. DENNING<br>708 RED LETTER ST.<br>HELENA, MT 59601 | 140.55 | 390.00 | 125.79 | 264.21 | 0.00929% |
| 8099 | 008102 | MELANIE H. CULLER<br>325 HAZLEWOOD DR.<br>STUART, VA 24171 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 5654 | 005656 | MELANIE S. CURTIS<br>128 CHOCTAW<br>NEW STRAWN, KS 66839 | 324.35 | 900.00 | 290.28 | 609.72 | 0.02145% |
| 11997 | 012001 | MELINDA K. BOWMAN<br>304 S. JORDAN<br>MILES CITY, MT 59301 | 309.94 | 860.00 | 277.38 | 582.62 | 0.02049% |
| 1391 | 001390 | MELINDA K. JOHNSON<br>2226 CLEAR CREEK COURT<br>WEATHERFORD, TX 76087 | 323.72 | 898.25 | 289.72 | 608.53 | 0.02140% |
| 1363 | 001362 | MELISSA C. DEANER<br>605 14TH STREET SW<br>WILLMAR, MN 56201 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 7033 | 007035 | MELVA J GENSEMER<br>506 N. TRACY<br>BOZEMAN, MT 59715 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 319 | 000319 | MELVIN L. WERNER<br>1312 ZUMA AVE.<br>METAIRIE, LA 70003 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3188 | 003188 | MELVIN M. MUSIL<br>P.O. BOX 185<br>EDSON, KS 67733 | 583.74 | 1,619.74 | 522.43 | 1,097.31 | 0.03859% |
| 13882 | 013886 | MEREDITH DULASKI<br>5820 WATERFORD VALLEY CRESCENT<br>RALEIGH, NC 27612 | 341.53 | 642.00 | 0.00 | 642.00 | 0.02258% |
| 1070 | 001070 | MERRE JAY COYMAN<br>34 SAVANNAH HWY.<br>BEAUFORT, SC 29906 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 8532 | 008535 | MERYL E. BOICE<br>BOX 643<br>GOLD BEACH, OR 97444 | 825.29 | 2,290.00 | 738.62 | 1,551.38 | 0.05457% |
| 252 | 000252 | MICHAEL A CASTINO<br>1041 W. BERWYN<br>CHICAGO, IL 60640 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1283 | 001282 | MICHAEL A HUFFMAN<br>4429 WOODLAND RD<br>THOMASTON, GA 30286 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 901 | 000901 | MICHAEL A. CASSADY<br>3922 BUTTERNUT DR<br>HOLLAND, MI 49424 | 612.66 | 1,700.00 | 548.32 | 1,151.68 | 0.04051% |
| 8542 | 008545 | MICHAEL ARSENAULT<br>33 TURTLE COVE LANE<br>WELLS, ME 4090 | 677.89 | 1,881.00 | 606.71 | 1,274.29 | 0.04482% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 3151 | 003151 | MICHAEL B. SMITH<br>102 STEPHEN ST.<br>WILLIAMSON, GA 30292 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 7026 | 007028 | MICHAEL BUONO<br>106 NORTH SEWALLS POINT ROAD<br>SEWALS PONT, FL 33496 | 756.81 | 2,100.00 | 677.34 | 1,422.66 | 0.05004% |
| 9824 | 009827 | MICHAEL C. CRAVEY<br>2775 INDIAN TRAIL DR.<br>TUCKER, GA 30084 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 12338 | 012342 | MICHAEL C. MOONEY<br>505 RUTLEDGE LANE<br>CANTON, GA 30114 | 674.28 | 1,871.00 | 603.48 | 1,267.52 | 0.04458% |
| 6797 | 006799 | MICHAEL D. HIGGINS<br>8025 GROVE<br>JENISON, MI 49428 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 4340 | 004342 | MICHAEL D. KEITH<br>382 MULBERRY RD.<br>RIDGEWAY, VA 24148 | 131.36 | 364.50 | 117.57 | 246.93 | 0.00869% |
| 3536 | 003536 | MICHAEL E. HANSON<br>3309 COYOTE LANE<br>GREAT FALLS, MT 59404 | 320.74 | 890.00 | 287.07 | 602.93 | 0.02121% |
| 4958 | 004960 | MICHAEL E. WYRICK<br>1310 E. 50TH ST.<br>SAVANNAH, GA 31404 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 2594 | 002594 | MICHAEL G. DILLARD<br>3453 NORTH DRUID HILLS ROAD, APT. I<br>DECATUR, GA 30033 | 321.47 | 892.00 | 287.71 | 604.29 | 0.02125% |
| 7496 | 007499 | MICHAEL H. MCKITRICK NORTHCOTT<br>900 SILVER PALM WAY<br>APOLLO BEACH, FL 33572-2006 | 944.22 | 2,620.00 | 845.06 | 1,774.94 | 0.06243% |
| 6585 | 006587 | MICHAEL J. BRADLEY<br>4129 66TH ST. CIRCLE WEST<br>BRADENTON, FL 34209 | 702.76 | 1,950.00 | 628.96 | 1,321.04 | 0.04646% |
| 13610 | 013614 | MICHAEL J. CRUTCHER<br>8300 DOUGLAS #800<br>DALLAS, TX 75225 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 7059 | 007061 | MICHAEL J. ROBBINS<br>6339 ST. RT. 9<br>SEDRO WOOLLEY, WA 98284 | 441.77 | 1,225.80 | 395.37 | 830.43 | 0.02921% |
| 14628 | 014634 | MICHAEL K. WHITAKER<br>808 W. 29TH STREET<br>AUSTIN, TX 78705 | 309.94 | 860.00 | 277.38 | 582.62 | 0.02049% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 10741 | 010744 | MICHAEL L LUETZEN<br>24801 30TH AVE NW<br>BERTHOLD, ND 58718 | 372.10 | 1,032.50 | 333.03 | 699.47 | 0.02460% |
| 2621 | 002621 | MICHAEL L. BUTLER<br>498 MT. VALE ROAD<br>GALAX, VA 24333 | 140.37 | 389.50 | 125.63 | 263.87 | 0.00928% |
| 4234 | 004236 | MICHAEL L. NORRIS<br>2314 RECKORD RD.<br>JOPPA, MD 21085 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1633 | 001632 | MICHAEL M. PRESNELL<br>1087 DIGBY ROAD<br>MOUNT VERNON, WA 98274 | 711.77 | 1,975.00 | 637.02 | 1,337.98 | 0.04706% |
| 9720 | 009723 | MICHAEL P. GLOYSTEIN<br>17306 DE CHIRICO CIR.<br>SPRING, TX 77379-9720 | 684.11 | 1,898.25 | 612.27 | 1,285.98 | 0.04523% |
| 3956 | 003956 | MICHAEL P. MIGUES<br>350 MALLARD COVE<br>PINEVILLE, LA 71360 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3163 | 003163 | MICHAEL R. JONES<br>833 KINGS HWY.<br>LIBERTY, MO 64068 | 323.18 | 896.75 | 289.24 | 607.51 | 0.02137% |
| 6342 | 006344 | MICHAEL R. WAGHORNE<br>4211 LAFAYETTE #624<br>DALLAS, TX 75204 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 63 | 000063 | MICHAEL S. KIRTLEY<br>130 1/2 BANK AVE.<br>NEW IBERIA, LA 70560 | 91.45 | 253.75 | 81.85 | 171.90 | 0.00605% |
| 2100 | 002100 | MICHAEL S. SNOWHITE<br>3044 FERNCREST PL<br>THOUSAND OAKS, CA 91362 | 450.48 | 1,250.00 | 403.18 | 846.82 | 0.02978% |
| 13418 | 013422 | MICHAEL SCOTT FREY<br>101 UPHILL COURT<br>HOLLY SPRINGS, NC 27540 | 675.19 | 1,269.23 | 0.00 | 1,269.23 | 0.04464% |
| 3596 | 003596 | MICHAEL SULLIVAN<br>166 ALTHEA ST.<br>WEST SPRINGFIEL, MA 01089 | 322.55 | 895.00 | 288.68 | 606.32 | 0.02133% |
| 4847 | 004849 | MICHAEL TODD<br>16016 STONE MEADOWS DRIVE<br>OKLAHOMA CITY, OK 73170-7653 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 2854 | 002854 | MICHAEL V SCOTT<br>359 LEE ROAD 43<br>OPELIKA, AL 36804 | 323.63 | 898.00 | 289.64 | 608.36 | 0.02140% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 5102 | 005104 | MICHAEL YOUNG<br>11309 W. 129TH TERRACE<br>OVERLAND PARK, KS 66213 | 444.95 | 1,234.65 | 398.23 | 836.42 | 0.02942% |
| 15681 | 015689 | MICHEAL F. DECKER<br>5611 SPLIT OAK WAY<br>RALEIGH, NC 27609 | 1,311.84 | 2,466.00 | 0.00 | 2,466.00 | 0.08673% |
| 2566 | 002566 | MICHEAL L FARMER<br>C/O MARGARET MCDANIEL<br>4429 WOODLAND ROAD<br>THOMASTON, GA 30286 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 1622 | 001621 | MICHEAL T. WARD<br>311 JONES BLUFF RD.<br>LOWNDESBORO, AL 36752 | 141.63 | 393.00 | 126.76 | 266.24 | 0.00936% |
| 9240 | 009243 | MICHELE C. PITTMAN<br>1515 STONEHAM<br>SUPERIOR, CO 80027 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 750 | 000750 | MICHELE L. KNAGGS<br>2814 PENOBSCOTT DRIVE<br>N CHARLESTON, SC 29420 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 14231 | 014235 | MICHELE OGAN<br>759 TURNER RD.<br>COLUMBUS, GA 31904 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4897 | 004899 | MICHELE R. BRASHEAR<br>955 WATER ST.<br>PORT TOWNSEND, WA 98368 | 413.69 | 1,147.90 | 370.25 | 777.65 | 0.02735% |
| 1003 | 001003 | MICHELLE D. CAUDILL<br>9875 SEACREST LANE<br>BOW, WA 98232 | 683.94 | 1,897.80 | 612.13 | 1,285.67 | 0.04522% |
| 5363 | 005365 | MICHELLE E. RICHARD<br>21289 CONSTANCE RD.<br>IOWA, LA 70647 | 143.70 | 398.75 | 128.62 | 270.13 | 0.00950% |
| 6640 | 006642 | MICHELLE J. HECK<br>135 MEADOW LN<br>MILES CITY, MT 59301 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 12814 | 012818 | MICHELLE L. GALIGHER<br>1451 EAST BROAD STREET<br>LOUISVILLE, OH 44641 | 321.10 | 891.00 | 287.39 | 603.61 | 0.02123% |
| 11199 | 011202 | MICHELLE M DOLAN<br>PO BOX 32<br>RAY, ND 58849 | 368.77 | 1,023.25 | 330.04 | 693.21 | 0.02438% |
| 12475 | 012479 | MICHELLE M. BABCOCK<br>2303 MEADOWMONT DR<br>SAN JOSE, CA 95133 | 693.75 | 1,925.00 | 620.89 | 1,304.11 | 0.04587% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 11777 | 011780 | MICHELLE R. BAUER<br>1829 WICKS LANE<br>BILLINGS, MT 59105 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 5569 | 005571 | MICHELLE R. KLOOSTERMAN<br>7810 HANNA LAKE ROAD<br>CALEDONIA, MI 49316 | 299.67 | 831.50 | 268.19 | 563.31 | 0.01981% |
| 9766 | 009769 | MICHELLE V. MESCHKE<br>W8319 CEMETERY RD.<br>LAKE MILLS, WI 53551 | 634.28 | 1,760.00 | 567.68 | 1,192.32 | 0.04194% |
| 410 | 000410 | MICHELLE W. JACKSON<br>43 MAYO RD<br>WAVERLY HALL, GA 31831 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 995 | 000995 | MICHELLE Y. DOSS<br>P.O. BOX 4872<br>ATLANTA, GA 30302 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4577 | 004579 | MIKE D PAWLAK<br>189 SANDY LN<br>ECHO, LA 71330 | 321.10 | 891.00 | 287.39 | 603.61 | 0.02123% |
| 1292 | 001291 | MIKE G. FULTON<br>638 EAST 3RD<br>SEDALIA, MO 65301 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 2508 | 002508 | MIKE HEILBRUN<br>640 S.W. 139TH<br>SEATTLE, WA 98166 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 955 | 000955 | MIKE J. COTTON<br>660 SLICE STREET<br>ANACORTES, WA 98221 | 683.94 | 1,897.80 | 612.13 | 1,285.67 | 0.04522% |
| 188 | 000188 | MIKE J. CROSSER<br>34 NO. WALNUT<br>DILLON, MT 59725 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1902 | 001902 | MIKE J. PURVIANCE<br>2825 CREEKFIELD WAY<br>WINSTON-SALEM, NC 27106-9813 | 666.72 | 1,850.00 | 596.70 | 1,253.30 | 0.04408% |
| 2170 | 002170 | MIKE L. ALLEY<br>5641 LAKE JUNO DRIVE<br>LIBERTY, NC 27298 | 257.68 | 715.00 | 230.61 | 484.39 | 0.01704% |
| 6819 | 006821 | MIKE MENG XIN WANG<br>2578 CONEY ISLAND AVE.<br>BROOKLYN, NY 11223 | 632.14 | 1,754.05 | 565.76 | 1,188.29 | 0.04179% |
| 6371 | 006373 | MILAN J. MACK<br>833 WESTBROOK AVENUE<br>GRIFFIN, GA 30224 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 285 | 000285 | MILDRED L. LAGER<br>1124 S. CRAWFORD<br>FT SCOTT, KS 66701 | 787.63 | 2,185.50 | 704.92 | 1,480.58 | 0.05208% |
| 29 | 000029 | MILES SANDRA<br>1201 MILES RD.<br>SUMMERVILLE, SC 29485 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 9983 | 009986 | MILLIE R. PADILLA<br>109 JASPER COURT<br>HERCULES, CA 94547 | 323.72 | 898.25 | 289.72 | 608.53 | 0.02140% |
| 11057 | 011060 | MIN FAI LAI<br>314 MERCHANT DR., SUITE J<br>KNOXVILLE, TN 37912-3547 | 827.09 | 2,295.00 | 740.23 | 1,554.77 | 0.05468% |
| 5778 | 005780 | MING HAI ZHOU<br>1579 LA SALLE AVENUE<br>SAN FRANCISCO, CA 94124 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2115 | 002115 | MING YU CHRIS CHU<br>1327 28TH AVE.<br>SAN FRANCISCO, CA 94122 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3077 | 003077 | MINGLI CHEN<br>12110 WOODED VISTA LN.<br>SAN DIEGO, CA 92128 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 3763 | 003763 | MINH D. TRAN<br>30 HETHERINGTON RD.<br>NUTLEY, NJ 070110-1927 | 673.30 | 1,868.25 | 602.59 | 1,265.66 | 0.04452% |
| 4314 | 004316 | MINH N. LE<br>9047 LANGDON #3<br>NORTH HILL, CA 91343 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 10508 | 010511 | MIRIAM I. ZAMORA<br>1318 KENDLEWOOD AVE<br>MCALLEN, TX 78501 | 321.92 | 893.25 | 288.11 | 605.14 | 0.02128% |
| 3387 | 003387 | MITCH J. JALBERT<br>P.O BOX 7034<br>BEND, OR 97708 | 661.98 | 1,836.86 | 592.47 | 1,244.39 | 0.04377% |
| 9212 | 009215 | MOLLY OLSON<br>2513 HENRY<br>HAYS, KS 67601 | 468.50 | 1,300.00 | 419.31 | 880.69 | 0.03098% |
| 2018 | 002018 | MONA F. MILLS<br>3 MYSTIC MOSS STREET<br>PIKE ROAD, AL 36064 | 684.38 | 1,899.00 | 612.51 | 1,286.49 | 0.04525% |
| 9339 | 009342 | MONICA A. BATISTE<br>111 DAY ST.<br>NEW IBERIA, LA 70560 | 143.07 | 397.00 | 128.05 | 268.95 | 0.00946% |