| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 5728 | 005730 | MONICA BARNETT<br>2814 PRAIRIE<br>EMPORIA, KS 66801 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 8221 | 008224 | MONICA W. LAMOUR<br>3605 VILLAGE GREEN DRIVE<br>ROSWELL, GA 30075-7646 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 11770 | 011773 | MONTE D. SAUNDERS<br>296 SAMUEL BEND ROAD<br>DANVILLE, VA 24540 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 3816 | 003816 | MONTY A. VALDEZ<br>RT 73 BOX 79<br>LLOYD, MT 59535 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 9604 | 009607 | MOUSER CHARLES<br>3506 DEWBERRY DR<br>SHREVEPORT, LA 71118 | 742.58 | 2,060.50 | 664.60 | 1,395.90 | 0.04910% |
| 5994 | 005996 | MURL L. WILSON<br>130 DRIFTWOOD DR.<br>TAYLOR LAKE VIL, TX 77586 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 487 | 000487 | MURRAY EVELYN N<br>3710 BAY AVENUE, APT. A<br>TAMPA, FL 33611 | 161.18 | 447.25 | 144.26 | 302.99 | 0.01066% |
| 6786 | 006788 | MUSEN LIANG<br>5 HENLEY PLACE<br>TRENTON, NJ 08638 | 810.87 | 2,250.00 | 725.72 | 1,524.28 | 0.05361% |
| 2027 | 002027 | MYERS FAMILY LIVING TRUST<br>2701 BROADWATER AVENUE<br>BILLINGS, MT 59102 | 306.33 | 850.00 | 274.16 | 575.84 | 0.02025% |
| 5581 | 005583 | MYRNA J. ALLEN<br>2301 HIGHLAND AVE<br>EVERETT, WA 98201 | 683.94 | 1,897.80 | 612.13 | 1,285.67 | 0.04522% |
| 501 | 000501 | NA WEN<br>6134 220 STREET BAYSIDE FL 1<br>NEW YORK, NY 11364 | 26.16 | 72.59 | 23.42 | 49.17 | 0.00173% |
| 5735 | 005737 | NADINE CROUCH<br>828 TRACY LANE<br>MOUNT VERNON, MO 65712 | 142.72 | 396.00 | 127.72 | 268.28 | 0.00944% |
| 10114 | 010117 | NADINE G. SCHLOEMER<br>4391 COUNTY RD 228<br>ELBA, AL 36323 | 763.84 | 2,119.50 | 683.63 | 1,435.87 | 0.05050% |
| 6784 | 006786 | NAI WEN LI<br>5 HENLEY PLACE<br>TRENTON, NJ 08638 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 6193 | 006195 | NAJI D. SALMAN<br>3257 E. FLAMINGO #103<br>LAS VEGAS, NV 89121 | 323.18 | 896.75 | 289.24 | 607.51 | 0.02137% |
| 4465 | 004467 | NAN MAYO<br>4838 HOLLY AVE<br>PASADENA, TX 77503 | 323.36 | 897.25 | 289.40 | 607.85 | 0.02138% |
| 11786 | 011789 | NANCY A. BEEBE<br>528 DELL<br>BOZEMAN, MT 59715 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 2348 | 002348 | NANCY C. BEACH<br>RD. #2 EISMAN RD.<br>ARKPORT, NY 14807 | 454.71 | 1,261.72 | 406.96 | 854.76 | 0.03006% |
| 3034 | 003034 | NANCY CAI<br>2723 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 14 | 000014 | NANCY CHAN<br>22 RUBINSTEIN ST., APT. N1<br>STATEN ISLAND, NY 10305 | 444.72 | 1,234.00 | 398.01 | 835.99 | 0.02940% |
| 5464 | 005466 | NANCY D WEAVER<br>ONE LEHFELDT AVENUE, BOX 589<br>BIG SANDY, MT 59520 | 679.33 | 1,885.00 | 607.99 | 1,277.01 | 0.04492% |
| 617 | 000617 | NANCY D. GUILL<br>196 NORTHWEST BLVD.<br>DANVILLE, VA 24540 | 680.96 | 1,889.50 | 609.44 | 1,280.06 | 0.04502% |
| 3902 | 003902 | NANCY E. & JOHN HOBBS<br>3571 FAR WEST BLVD. #34<br>AUSTIN, TX 78731 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 9665 | 009668 | NANCY E. KITE<br>34103 SOUTH STATE RT 0<br>DREXEL, MO 64742 | 1,058.50 | 2,937.10 | 947.34 | 1,989.76 | 0.06998% |
| 4509 | 004511 | NANCY F. O'BRIEN<br>2088 LAC DU MONT<br>HASLETT, MI 48840 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 4835 | 004837 | NANCY J. BENOIT<br>141 MUSTANG ST<br>SULPHUR, LA 70663 | 323.81 | 898.50 | 289.80 | 608.70 | 0.02141% |
| 7260 | 007262 | NANCY L. COLEMAN<br>RT 3 BOX 208<br>VERSAILLES, MO 65084 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 14037 | 014041 | NANCY L. PENICK<br>6224 WEBER RD.<br>CORPUS CHRISTI, TX 78413 | 312.72 | 867.75 | 279.89 | 587.86 | 0.02068% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 2629 | 002629 | NANCY M. YAMADA<br>8404 SAINT REGIS WAY<br>GAITHERSBURG, MD 20886 | 672.13 | 1,865.00 | 601.54 | 1,263.46 | 0.04444% |
| 5673 | 005675 | NANCY P. MCCORKLE<br>104 STONEWAY CIRCLE<br>MADISON, AL 35758 | 682.21 | 1,893.00 | 610.58 | 1,282.42 | 0.04511% |
| 1846 | 001846 | NANCY S. BOWERS<br>210 ROSEMARY STREET<br>BELVEDERE, SC 29841 | 320.75 | 890.00 | 287.06 | 602.94 | 0.02121% |
| 6711 | 006713 | NANCY T. BARNETT<br>39 SCHWARZWALD STRASSE<br>HELEN, GA 30545 | 681.85 | 1,892.00 | 610.26 | 1,281.74 | 0.04508% |
| 7723 | 007726 | NANCY T. WESTER<br>25414 HERRING CREEK DRIVE<br>SOUTH RIDING, VA 20152 | 601.32 | 1,668.54 | 538.17 | 1,130.37 | 0.03976% |
| 14488 | 014492 | NATALIE J. GARNER<br>271 CAMP RD.<br>W MONROE, LA 71291 | 277.49 | 769.97 | 248.35 | 521.62 | 0.01835% |
| 8744 | 008747 | NATALIE K. COBURN<br>5845 DANA ROGERS DR<br>LAS VEGAS, NV 89110 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 8131 | 008134 | NATHAN D. FEIBELMAN<br>5803 PROUD CLARION COURT<br>MACON, GA 31210 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 11165 | 011168 | NATHAN L SHIELDS<br>3398 BARDELL<br>EUGENE, OR 97401 | 752.85 | 2,089.00 | 673.79 | 1,415.21 | 0.04978% |
| 13794 | 013798 | NATHANIEL RITTER<br>345 BOMBA STREET<br>BARNWELL, SC 29812-2600 | 682.93 | 1,895.00 | 611.22 | 1,283.78 | 0.04515% |
| 6852 | 006854 | NAZARALI N. MERCHANT<br>6401 N. SHERIDAN, #502<br>CHICAGO, IL 60626 | 312.36 | 866.75 | 279.57 | 587.18 | 0.02065% |
| 3404 | 003404 | NEAL J. FONTENOT<br>3457 LANSE BLEU RD<br>VILLE PLATTE, LA 70586 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2818 | 002818 | NEENA KAUR SINGH<br>33246 37TH AVE., SW<br>FEDERAL WAY, WA 98023-2905 | 805.11 | 2,234.00 | 720.56 | 1,513.44 | 0.05323% |
| 11056 | 011059 | NEIL E. CURRY<br>213 GLENWOOD COURT<br>GREAT FALLS, MT 59405 | 318.94 | 885.00 | 285.45 | 599.55 | 0.02109% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 10443 | 010446 | NELDA G. RUTLEDGE<br>1203 E. WRIGHT<br>PHARR, TX 78577 | 682.30 | 1,893.25 | 610.66 | 1,282.59 | 0.04511% |
| 826 | 000826 | NELLIE C. FARRIS<br>117 W. NEWTON<br>VERSAILLES, MO 65084 | 720.77 | 2,000.00 | 645.09 | 1,354.91 | 0.04766% |
| 2958 | 002958 | NELLIE P. FISHER<br>308 MINOR STREET<br>MARTINSVILLE, VA 24112 | 784.25 | 2,176.13 | 701.90 | 1,474.23 | 0.05185% |
| 156 | 000156 | NELSON J. SORRELL<br>1131 S 8TH AVE.<br>KANKAKEE, IL 60901 | 408.68 | 1,134.00 | 365.76 | 768.24 | 0.02702% |
| 743 | 000743 | NELSON LAN<br>827 GARFIELD ST<br>SAN FRANCISCO, CA 94132 | 103.26 | 286.53 | 92.42 | 194.11 | 0.00683% |
| 3286 | 003286 | NENITA HUTCHISON<br>654 SYLVAN STREET<br>DALY CITY, CA 94014 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 11429 | 011432 | NETWORKS INC. ADVANTA<br>3781 MILL CREEK CT.<br>ATLANTA, GA 30341 | 276.98 | 768.55 | 247.89 | 520.66 | 0.01831% |
| 11096 | 011099 | NICHOLAS D. PATTON<br>4702 KENNEDY<br>VERNON, TX 76384 | 141.55 | 392.75 | 126.67 | 266.08 | 0.00936% |
| 6159 | 006161 | NICOLE M. CHRISTIANSEN-PALLISTER<br>4705 CAROL DR<br>HELENA, MT 59602 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 5539 | 005541 | NINA I. PARISH-HILL<br>322 SANDRA LN<br>WOODRUFF, SC 29388-8017 | 762.04 | 2,114.50 | 682.01 | 1,432.49 | 0.05038% |
| 4364 | 004366 | NINA K. SHUFORD<br>1660 8TH STREET DRIVE N.W.<br>HICKORY, NC 28601 | 528.42 | 1,466.25 | 472.93 | 993.32 | 0.03494% |
| 3904 | 003904 | NINA M. THOMPSON<br>4580 US 1 SOUTH<br>LYONS, GA 30436 | 279.30 | 775.00 | 249.97 | 525.03 | 0.01847% |
| 10072 | 010075 | NINFA C. ALEMAN<br>510 QUERETARO<br>SAN ANTONIO, TX 78237 | 683.66 | 1,897.00 | 611.86 | 1,285.14 | 0.04520% |
| 6555 | 006557 | NOELLE MAH<br>1656 SACRAMENTO STREET<br>SAN FRANCISCO, CA 94108 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 5922 | 005924 | NOEMI ORTIZ<br>1202 SEAGLER ROAD, #106<br>HOUSTON, TX 77042 | 323.72 | 898.25 | 289.72 | 608.53 | 0.02140% |
| 11930 | 011934 | NOLAN S. BANKS<br>2149 CADILLAC BLVD.<br>DETROIT, MI 48214 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 12061 | 012065 | NORA C. MARTINEZ<br>25127 SUMMIT CREEK<br>SAN ANTONIO, TX 78258 | 143.52 | 398.25 | 128.46 | 269.79 | 0.00949% |
| 12646 | 012650 | NORMA J. BAKER<br>311-C BARGATE DRIVE<br>CARY, NC 27511 | 1,227.63 | 2,307.69 | 0.00 | 2,307.69 | 0.08117% |
| 4677 | 004679 | NORMA J. JACKSON<br>314 S. TRACY<br>BOZEMAN, MT 59715 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 11784 | 011787 | NORMA J. KLEIN<br>400 ATLANTA<br>VERNON, TX 76384 | 682.13 | 1,892.75 | 610.49 | 1,282.26 | 0.04510% |
| 15442 | 015450 | NORMA JEAN GERWIG<br>P. O. BOX 115<br>110 LONGMIRE LN.<br>MORTON, WA 98356 | 683.65 | 1,897.00 | 611.87 | 1,285.13 | 0.04520% |
| 7086 | 007088 | NORMAN A. GILKEY<br>2716 206TH AVE CT E.<br>SUMNER, WA 98390 | 371.63 | 1,031.20 | 332.61 | 698.59 | 0.02457% |
| 3182 | 003182 | NORMAN E. CARTER<br>2915 BEND K. DRIVE<br>DALZELL, SC 29040 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 14138 | 014142 | NORMAN L. FISHLER<br>po bOX 243<br>ROSWELL, NM 88202 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3889 | 003889 | NORMAN UNGER<br>RR1 SITE 5 BOX 2<br>SWIFT CURRENT, SK S9H3X7<br>FOREIGN, FN 99999 | 324.91 | 901.55 | 290.79 | 610.76 | 0.02148% |
| 4983 | 004985 | N-RA GONG<br>532 36TH AVE<br>SAN FRANCISCO, CA 94121 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 6820 | 006822 | NUAN PING ZHANG<br>2578 CONEY ISLAND AVE.<br>BROOKLYN, NY 11223 | 713.66 | 1,980.25 | 638.71 | 1,341.54 | 0.04719% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 9937 | 009940 | NYLA J. DOMSCH<br>160 WEST 3RD STREET<br>COLBY, KS 67701 | 583.63 | 1,619.43 | 522.33 | 1,097.10 | 0.03859% |
| 5048 | 005050 | ODESSA FULTON<br>206A STANLEY COURT<br>WHITEVILLE, NC 28472 | 313.09 | 868.75 | 280.21 | 588.54 | 0.02070% |
| 499 | 000499 | OMA SHI<br>61-34 220 STREET 1ST FLOOR<br>NEW YORK, NY 11364 | 26.16 | 72.59 | 23.41 | 49.18 | 0.00173% |
| 10692 | 010695 | ONIE NORMAN<br>120 HWY 65 SOUTH<br>DUMAS, AR 71639 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 1316 | 001315 | O'QUIN ROBERT<br>113 EDDIE WEBB RD<br>TYLERTOWN, MS 39667 | 683.66 | 1,897.00 | 611.86 | 1,285.14 | 0.04520% |
| 5314 | 005316 | OSCAR M. SANDERS<br>129 WARE DR.<br>CORDELE, GA 31015 | 161.91 | 449.25 | 144.90 | 304.35 | 0.01070% |
| 3406 | 003406 | OSCAR WARD<br>7634 MONGER LANE<br>OOLTEWAH, TN 37363 | 396.43 | 1,100.00 | 354.80 | 745.20 | 0.02621% |
| 9722 | 009725 | PAL S. DULAI<br>11612 S.E. 219 PLACE<br>KENT, WA 98031 | 673.42 | 1,868.60 | 602.71 | 1,265.89 | 0.04452% |
| 6083 | 006085 | PAM DORAN<br>916 KALVESTA COURT<br>ANTIOCH, TN 37013 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 12608 | 012612 | PAM HAMEKA<br>1011 CAROLINE STREET<br>DICKINSON, TX 77539-3837 | 317.06 | 879.76 | 283.76 | 596.00 | 0.02096% |
| 10596 | 010599 | PAM KIRKLAND<br>205 WELLINGTON TRAIL<br>WEATHERFORD, TX 76085 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 675 | 000675 | PAM L SANDERS<br>1239 GEORGEHILL ROAD<br>LYONS, GA 30436 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 8561 | 008564 | PAM MARSHALL<br>11053 F.M 3326<br>HAWLEY, TX 79525 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 158 | 000158 | PAMELA E TAYLOR<br>422 PLEASANT ROAD<br>CAMP HILL, AL 36850 | 321.83 | 893.00 | 288.03 | 604.97 | 0.02128% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 12335 | 012339 | PAMELA E. YARGER<br>3144 BIGGERN AVE.<br>SMYRNA, GA 30082 | 315.34 | 875.00 | 282.22 | 592.78 | 0.02085% |
| 3458 | 003458 | PAMELA L. SMALL<br>7840 DOUBLETREE<br>MISSOULA, MT 59804 | 320.75 | 890.00 | 287.06 | 602.94 | 0.02121% |
| 2897 | 002897 | PAMELA L. TATE<br>703 GALE ROAD<br>PEARISBURG, VA 24134 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 536 | 000536 | PAMELA M WOODARD<br>6710 BRANCHVIEW CT<br>REX, GA 30273 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 14158 | 014162 | PAMELA S. WHITE<br>1421 DOUGLAS PLACE<br>CARTHAGE, MO 64836 | 683.64 | 1,896.95 | 611.85 | 1,285.10 | 0.04520% |
| 4837 | 004839 | PANSY M. JAMES<br>6780 IRONSTONE DR.<br>COLUMBUS, GA 31907 | 321.10 | 891.00 | 287.39 | 603.61 | 0.02123% |
| 4912 | 004914 | PARAM PS BAINS<br>20160 105TH AVE, S.E.<br>KENT, WA 98031 | 805.16 | 2,234.15 | 720.61 | 1,513.54 | 0.05323% |
| 2399 | 002399 | PARMJIT KAUR<br>20936-108 AVE. SE.<br>KENT, WA 98031 | 805.16 | 2,234.15 | 720.61 | 1,513.54 | 0.05323% |
| 12529 | 012533 | PAT & JANE SOLAN<br>211 MTN VIEW<br>ANACONDA, MT 59711 | 320.75 | 890.00 | 287.06 | 602.94 | 0.02121% |
| 12452 | 012456 | PAT E. RILEY<br>MOUNTAIN VIEW DR.<br>SHAFTSBURY, VT 05262 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 9375 | 009378 | PAT K. MURRAY<br>4602 COUNTY RD. 471<br>MELISSA, TX 75454 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 3566 | 003566 | PAT MILLER<br>1403 SILVER LEAF DR.<br>FRIENDSWOOD, TX 77546 | 215.24 | 597.25 | 192.64 | 404.61 | 0.01423% |
| 10838 | 010841 | PATRICIA A BORGER<br>7611 STATE ROUTE 305 BOX 7<br>HARTFORD, OH 44424 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 14402 | 014406 | PATRICIA A NELSON-RAICA<br>275 N. MAIN<br>MARINE CITY, MI 48039 | 231.01 | 641.00 | 206.75 | 434.25 | 0.01527% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 12371 | 012375 | PATRICIA A. ALISE<br>5253 COFFEE HILL RD.<br>DANSVILLE, NY 14437 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 882 | 000882 | PATRICIA A. COMPTON<br>DEK BONITA STAV RT<br>CUT BANK, MT 59427 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 4923 | 004925 | PATRICIA A. HENNESSY<br>1301 254TH ST N.W.<br>BERTHOLD, ND 58718 | 912.68 | 2,532.50 | 816.84 | 1,715.66 | 0.06034% |
| 4959 | 004961 | PATRICIA A. SANDERS<br>661 HOBCAW BLUFF DRIVE<br>MT PLEASANT, SC 29205 | 686.36 | 1,904.50 | 614.28 | 1,290.22 | 0.04538% |
| 6930 | 006932 | PATRICIA A. WILSON<br>8706 WIND SIDE DRIVE<br>HOUSTON, TX 77040 | 682.30 | 1,893.25 | 610.66 | 1,282.59 | 0.04511% |
| 6156 | 006158 | PATRICIA C CUNNINGHAM<br>603 BLUE MOUNTAIN LK<br>EAST STROUDBURG, PA 18301-8478 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 7932 | 007935 | PATRICIA CARSON<br>2540 SE 302ND AVE<br>TROUTDALE, OR 97060 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 8989 | 008992 | PATRICIA DENCHKHOFF<br>9822 WATERBURY DR<br>ST LOUIS, MO 63124 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 7756 | 007759 | PATRICIA F. PAUL<br>314 PIONEER TRAIL<br>BIG SANDY, MT 59520 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1422 | 001421 | PATRICIA J. CLELAND<br>5798 EAST LAKE DRIVE<br>HASLETT, MI 48840 | 684.01 | 1,898.00 | 612.19 | 1,285.81 | 0.04522% |
| 13335 | 013339 | PATRICIA J. LANGE<br>1898 SAN PABLO DRIVE<br>SAN MARCOS, CA 92078 | 672.66 | 1,866.50 | 602.03 | 1,264.47 | 0.04447% |
| 12883 | 012887 | PATRICIA J. ROBISON<br>28231 S 630 RD.<br>GROVE, OK 74344-7536 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 3282 | 003282 | PATRICIA K. O'NEAL<br>632 2ND STREET<br>HINESVILLE, GA 31313-4309 | 683.29 | 1,896.00 | 611.55 | 1,284.45 | 0.04518% |
| 3213 | 003213 | PATRICIA L. BAKER<br>14 CYPRESSWOOD CT.<br>GREENSBORO, NC 27455 | 311.55 | 864.50 | 278.84 | 585.66 | 0.02060% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 12879 | 012883 | PATRICIA L. BAKER<br>ROUTE 2 BOX 58B<br>HASKELL, OK 74436 | 90.09 | 250.00 | 80.64 | 169.36 | 0.00596% |
| 4349 | 004351 | PATRICIA L. MULLINS<br>13206 SILLAMON RD.<br>GOLDVEIN, VA 22720 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 13113 | 013117 | PATRICIA L. RANGEL<br>2259 LIPSCOMB<br>FORT WORTH, TX 76110 | 313.42 | 869.69 | 280.52 | 589.17 | 0.02072% |
| 7571 | 007574 | PATRICIA M. MURPHY<br>1105 31ST AVENUE N.E.<br>MOULTRIE, GA 31768 | 133.16 | 369.50 | 119.18 | 250.32 | 0.00880% |
| 9904 | 009907 | PATRICIA M. PIKE<br>302 NOYES ST<br>FAIRBANKS, AK 99701 | 234.25 | 650.00 | 209.65 | 440.35 | 0.01549% |
| 5200 | 005202 | PATRICIA O'MEARA<br>231 6TH AVE.<br>PORT HADLOCK, WA 98339 | 757.51 | 2,101.94 | 677.98 | 1,423.96 | 0.05008% |
| 5098 | 005100 | PATRICIA SAWANOWICH<br>5209 CUMBERLAND PLAIN DR.<br>RALEIGH, NC 27616 | 237.26 | 446.00 | 0.00 | 446.00 | 0.01569% |
| 12188 | 012192 | PATRICIA Y. LAPRADE<br>811 CORDOVA STREET<br>DALLAS, TX 75223 | 140.37 | 389.50 | 125.63 | 263.87 | 0.00928% |
| 6074 | 006076 | PATRICK A. WOOLCOCK<br>302 CHUCKANUT DRIVE<br>BOW, WA 98232 | 683.94 | 1,897.80 | 612.13 | 1,285.67 | 0.04522% |
| 5547 | 005549 | PATRICK D. WHITEMAN<br>356 S. 8TH<br>PORT TOWNSEND, WA 98368 | 323.59 | 897.90 | 289.62 | 608.28 | 0.02139% |
| 1590 | 001589 | PATRICK K. SULLIVAN<br>2128 NORTHWOOD CIRCLE<br>VALDOSTA, GA 31602 | 676.09 | 1,876.00 | 605.09 | 1,270.91 | 0.04470% |
| 6449 | 006451 | PATRICK M. TERAN<br>78850 AURORA WAY<br>LA QUINTA, CA 92253 | 683.93 | 1,897.75 | 612.10 | 1,285.65 | 0.04522% |
| 3177 | 003177 | PATSY A. BROWN<br>324 PINE LANE<br>HATTIESBURG, MS 39402 | 279.30 | 775.00 | 249.97 | 525.03 | 0.01847% |
| 1869 | 001869 | PATSY T. JINRIGHT<br>214 N GEORGE WALLACE DR<br>TROY, AL 36081-4606 | 1,169.44 | 3,244.94 | 1,046.63 | 2,198.31 | 0.07732% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 2646 | 002646 | PATTI B. THOMAS<br>201 RIVERWOOD DRIVE<br>FLORENCE, AL 35694-2073 | 969.65 | 2,690.56 | 867.82 | 1,822.74 | 0.06411% |
| 748 | 000748 | PATTY K. KNAGGS<br>2814 PENOBSCOTT DRIVE<br>N CHARLESTON, SC 29420 | 729.79 | 2,025.00 | 653.15 | 1,371.85 | 0.04825% |
| 5571 | 005573 | PATTY M BARTON<br>RT 5, BOX 20<br>CANTON, TX 75103 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 8702 | 008705 | PAUL A. STONNER JR.<br>664 ALBION PLACE<br>WESTERVILLE, OH 43082 | 891.49 | 2,473.71 | 797.88 | 1,675.83 | 0.05894% |
| 1005 | 001005 | PAUL CAUDILL<br>9875 SEACREST LANE<br>BOW, WA 98232 | 683.95 | 1,897.80 | 612.12 | 1,285.68 | 0.04522% |
| 9757 | 009760 | PAUL J. PIKIELL<br>P.O. BOX 1053<br>OGLETHORPE, GA 31068 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 736 | 000736 | PAUL J. VERDE<br>400 PEACHTREE IND. BLVD<br>SUWANEE, GA 30024 | 681.85 | 1,892.00 | 610.25 | 1,281.75 | 0.04508% |
| 5646 | 005648 | PAUL Q. VARNS<br>RT. 5<br>BUTLER, MO 64730 | 360.38 | 1,000.00 | 322.55 | 677.45 | 0.02383% |
| 10104 | 010107 | PAUL SCHLOEMER<br>2600 OLD HWY 231 N<br>TROY, AL 36079 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 8397 | 008400 | PAUL V. WIESE<br>1510 CODY RD.<br>MOBILE, AL 36618 | 682.57 | 1,894.00 | 610.90 | 1,283.10 | 0.04513% |
| 228 | 000228 | PAUL W. BROADBENT<br>100 HOLLOW TREE #1048<br>HOUSTON, TX 77090 | 323.72 | 898.25 | 289.72 | 608.53 | 0.02140% |
| 10112 | 010115 | PAUL W. GRANT<br>2600 OLD HWY 231 N<br>TROY, AL 36079 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 7248 | 007250 | PAULA F. GUNDERMANN<br>156 E PORTAGE RD<br>FLOWEREE, MT 59440 | 140.55 | 390.00 | 125.79 | 264.21 | 0.00929% |
| 14040 | 014044 | PAULA M. CHINN<br>1022-110TH AVE SE<br>BELLEVUE, WA 98004 | 764.82 | 2,122.19 | 684.49 | 1,437.70 | 0.05057% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 3156 | 003156 | PAULINE E. SMITH<br>C/O MARGARET MCDANIEL<br>4429 WOODLAND RD.<br>THOMASTON, GA 30286 | 630.67 | 1,750.00 | 564.46 | 1,185.54 | 0.04170% |
| 3603 | 003603 | PAULINE STEPHENS<br>525 OLD RICHTON RD<br>PETAL, MS 39465 | 99.11 | 275.00 | 88.70 | 186.30 | 0.00655% |
| 12425 | 012429 | PEBBLE L. DULIN<br>RT. 2, BOX 365<br>MARLOW, OK 73055 | 473.88 | 1,314.90 | 424.11 | 890.79 | 0.03133% |
| 7414 | 007416 | PEDRO A. MARTINEZ<br>1806 ACOSTA STREET<br>GRAND PRAIRIE, TX 75051 | 143.53 | 398.25 | 128.45 | 269.80 | 0.00949% |
| 7884 | 007887 | PEGGY A. DEDOLPH<br>13458 N.E. 148TH STREET<br>WOODINVILLE, WA 98072 | 1,059.66 | 2,940.33 | 948.38 | 1,991.95 | 0.07006% |
| 1545 | 001544 | PEGGY D HYDE<br>204 OLD TEMPLE ROAD<br>HEWITT, TX 76643 | 143.53 | 398.25 | 128.45 | 269.80 | 0.00949% |
| 12834 | 012838 | PEGGY E. BATEY<br>6832 SANDFIELD DRIVE<br>MONTGOMERY, AL 36117 | 324.35 | 900.00 | 290.28 | 609.72 | 0.02145% |
| 4651 | 004653 | PEGGY I. SHARPTON<br>P.O. BOX 285<br>STEELE, AL 35987-0285 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 3363 | 003363 | PEGGY L. FRICK<br>175 MEADOWCREEK DRIVE<br>CHINA GROVE, NC 28023 | 427.06 | 1,185.00 | 382.22 | 802.78 | 0.02824% |
| 2544 | 002544 | PEGGY L. WALL<br>201 TANGLEWOOD<br>ATHENS, TX 75751 | 513.98 | 1,426.19 | 460.01 | 966.18 | 0.03398% |
| 1176 | 001176 | PEGGY V. LEDFORD<br>1427 JEFF DAVIS ROAD<br>THOMASTON, GA 30286 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 3154 | 003154 | PEGGY V. SMIDDIE<br>C/O MARGARET H. MCDANIEL<br>4429 WOODLAND RD.<br>THOMASTON, GA 30286 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 5659 | 005661 | PENG LIU<br>615 SOUTHLAKE CIRCLE<br>YOUNGSVILLE, LA 70592 | 811.62 | 2,252.06 | 726.38 | 1,525.68 | 0.05366% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 5104 | 005106 | PENNY C. DANIELS<br>108 S. DUREN DR.<br>THOMASVILLE, GA 31792 | 666.72 | 1,850.00 | 596.70 | 1,253.30 | 0.04408% |
| 6176 | 006178 | PENNY C. MOODY<br>267 W. COLUMBIA AVE.<br>LYONS, GA 30436 | 773.40 | 2,146.00 | 692.17 | 1,453.83 | 0.05113% |
| 546 | 000546 | PERRY CORDER<br>RT. 2 BOX 79<br>CROCKETT, TX 75835 | 260.65 | 723.25 | 233.28 | 489.97 | 0.01723% |
| 5651 | 005653 | PERRY W. FREEMAN<br>34 BUGGER HOLLOW ROAD<br>FAYETTEVILLE, TN 37334 | 360.38 | 1,000.00 | 322.55 | 677.45 | 0.02383% |
| 10714 | 010717 | PETE ZIEGELMEIER<br>110 WALNUT STREET<br>GEM, KS 67734 | 583.63 | 1,619.43 | 522.33 | 1,097.10 | 0.03859% |
| 4899 | 004901 | PETER A. BUCHBERGER<br>955 WATER ST.<br>PORT TOWNSEND, WA 98368 | 321.94 | 893.30 | 288.12 | 605.18 | 0.02129% |
| 1560 | 001559 | PETER CHIN<br>455 LONDON STREET #B<br>SAN FRANSISCO, CA 94112 | 245.51 | 681.23 | 219.72 | 461.51 | 0.01623% |
| 3355 | 003355 | PETER J. DONOVAN<br>18395 MYRTLE DR<br>BURLINGTON, WA 98233 | 144.06 | 399.75 | 128.94 | 270.81 | 0.00953% |
| 862 | 000862 | PETER MURPHY<br>1516 MEADOW RIDGE COURT<br>MANSFIELD, TX 76063 | 666.72 | 1,850.00 | 596.70 | 1,253.30 | 0.04408% |
| 9729 | 009732 | PETER R. REIMER<br>2302 E. AVE.<br>ANACORTES, WA 98221 | 647.62 | 1,797.00 | 579.61 | 1,217.39 | 0.04282% |
| 3180 | 003180 | PHEBE Y. SATTERFIELD<br>P.O. BOX 592<br>SIMPSONVILLE, SC 29681 | 468.50 | 1,300.00 | 419.31 | 880.69 | 0.03098% |
| 5733 | 005735 | PHILLIP BALCH<br>11821 NORTHWEST 13TH<br>TOPEKA, KS 66615 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 7012 | 007014 | PHILLIP FLOWERS<br>5450 OLD FLOYD ROAD<br>MABLETON, GA 30126 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 10828 | 010831 | PHILLIP L HAMM<br>PO BOX 743<br>EUFAULA, AL 36027 | 683.66 | 1,897.00 | 611.86 | 1,285.14 | 0.04520% |