| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 12055 | 012059 | PHONG T. LA<br>14581 PEPPER TREE<br>TUSTIN, CA 92780 | 321.74 | 892.75 | 287.95 | 604.80 | 0.02127% |
| 5056 | 005058 | PHOSTENIA MC CRIMMON<br>POST OFFICE BOX 113<br>FAIRMONT, NC 28340 | 313.09 | 868.75 | 280.21 | 588.54 | 0.02070% |
| 6801 | 006803 | PHYLLIS & FLOYD WILLETT<br>14915 NW 72ND ST.<br>PARKVILLE, MO 64152 | 639.69 | 1,775.00 | 572.51 | 1,202.49 | 0.04229% |
| 4335 | 004337 | PHYLLIS A. KEITH<br>382 MULBERRY ROAD<br>RIDGEWAY, VA 24148 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 8572 | 008575 | PHYLLIS F. DAVIS<br>ROUTE 2 BOX 47<br>OLD FORT, NC 28762 | 140.91 | 391.00 | 126.11 | 264.89 | 0.00932% |
| 466 | 000466 | PHYLLIS M. GOLDSTEIN<br>6105 MARLOW DR<br>CUMMING, GA 30041-6114 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 5988 | 005990 | PILAR MARTIN<br>418 SPRUCE<br>HALSTEAD, KS 67056 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 32 | 000032 | PILIN HSU GILSON<br>22 RUBENSTEIN ST. #G<br>STATEN ISLAND, NY 10305 | 468.50 | 1,300.00 | 419.31 | 880.69 | 0.03098% |
| 1222 | 001222 | PING PING XIE<br>354 ORIZABA AVE.<br>SAN FRANCISCO, CA 94132 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3044 | 003044 | PING ZHANG<br>827-C DONALDSON STREET<br>HIGHLAND PARK, NJ 8904 | 672.49 | 1,866.00 | 601.86 | 1,264.14 | 0.04446% |
| 1204 | 001204 | PINLAN GONG<br>43-34 UNION ST. APT. 1J<br>FLUSHING, NY 11355 | 798.36 | 2,215.27 | 714.52 | 1,500.75 | 0.05278% |
| 720 | 000720 | PIREN TIAN<br>1705 COIT RD. #1078<br>PLANO, TX 75075 | 684.13 | 1,898.30 | 612.28 | 1,286.02 | 0.04523% |
| 4371 | 004373 | POH-LIN LIM<br>41-27 FORLEY ST. #2 FL<br>ELMHURST, NY 11373 | 682.30 | 1,893.25 | 610.66 | 1,282.59 | 0.04511% |
| 11852 | 011855 | POLLY D. KOLLMAN<br>6301 TEJAS DRIVE<br>PASADENA, TX 77503 | 681.95 | 1,892.25 | 610.33 | 1,281.92 | 0.04509% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 6101 | 006103 | PRISCILLA M. BOND<br>222 ACAPESKET RD<br>EAST FALMOUTH, MA 02536-6018 | 682.93 | 1,895.00 | 611.22 | 1,283.78 | 0.04515% |
| 613 | 000613 | PROSPERITY NETWORKING<br>1980 PARKSIDE AVE.<br>HILLSBOROUGH, CA 94010 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 14038 | 014042 | PUI LAI WONG<br>323 NIMITZ AVENUE<br>REDWOOD CITY, CA 94061 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 2182 | 002182 | QI LU<br>10 MATTHEW COURT<br>EDISON, NJ 08820 | 527.25 | 1,463.00 | 471.88 | 991.12 | 0.03486% |
| 706 | 000706 | QIANG XU<br>2517 W FULLERTON #312<br>CHICAGO, IL 60647 | 707.24 | 1,962.44 | 632.97 | 1,329.47 | 0.04676% |
| 8234 | 008237 | QIN ZHANG<br>2010 COLONY DRIVE<br>ALIQUIPPA, PA 15001 | 649.91 | 1,803.35 | 581.65 | 1,221.70 | 0.04297% |
| 6495 | 006497 | QING SONG ZHOU<br>43-70 KISSENA BLVD #14M<br>FLUSHING, NY 11355 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 2007 | 002007 | QING WANG<br>16215 VIA ARRIBA #211<br>SAN LORENZO, CA 94580 | 323.19 | 896.78 | 289.25 | 607.53 | 0.02137% |
| 2062 | 002062 | QIU LIAN CHEN<br>5911 4 AVENUE APT 2F<br>BROOKLYN, NY 11220 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 6781 | 006783 | QUN QIU<br>57-26 KISSENA BLVD.<br>FLUSHING, NY 11355 | 720.77 | 2,000.00 | 645.09 | 1,354.91 | 0.04766% |
| 5047 | 005049 | R. MILTON COLEMAN<br>4651 BLUFF DRIVE<br>SHALLOTTE, NC 28459 | 313.09 | 868.75 | 280.21 | 588.54 | 0.02070% |
| 5031 | 005033 | R. W. CHESHIER<br>390 MONMOUTH DRIVE<br>MILPITAS, CA 95035 | 682.13 | 1,892.75 | 610.49 | 1,282.26 | 0.04510% |
| 5425 | 005427 | RAGHBIR SINGH<br>11101 SE 208TH ST APT# 1411<br>KENT, WA 98031 | 805.16 | 2,234.15 | 720.61 | 1,513.54 | 0.05323% |
| 14423 | 014427 | RAJINDERPAL VIRK<br>7385-116 ST.<br>DELTA, BC V4C 5T1<br>FOREIGN, FN 99999 | 853.57 | 2,368.50 | 763.96 | 1,604.54 | 0.05644% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 14168 | 014172 | RALPH E. SINK<br>455 ST. JOHNS CIRCLE<br>MARTINSVILLE, VA 24112 | 680.96 | 1,889.50 | 609.44 | 1,280.06 | 0.04502% |
| 5240 | 005242 | RALPH L. KING<br>504 DUNHAM RD.<br>GASTONIA, NC 28054 | 522.92 | 1,451.00 | 468.01 | 982.99 | 0.03457% |
| 14178 | 014182 | RAMA WEAVER<br>RT #1, BOX 1853<br>BOX SPRINGS, GA 31801 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 5624 | 005626 | RAMANDIP SINGH<br>11020 S.E. KENT-KANGLY RD<br>KENT, WA 98031 | 805.16 | 2,234.15 | 720.61 | 1,513.54 | 0.05323% |
| 3468 | 003468 | RANDAL D. TOLF<br>1012 BURLINGTON HEIGHTS DRIVE<br>BURLINGTON, WA 98233-1489 | 1,549.67 | 4,300.00 | 1,386.93 | 2,913.07 | 0.10246% |
| 3529 | 003529 | RANDAL L. HILL<br>RT 2 BOX 107<br>NINNEKAH, OK 73067 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1189 | 001189 | RANDALL DAWSON<br>RT. 1 308 THOMPSON RD.<br>MEANSVILLE, GA 30256 | 704.92 | 1,956.00 | 630.89 | 1,325.11 | 0.04661% |
| 2337 | 002337 | RANDALL J FRITZ<br>18509 LINWOOD ROAD<br>LINWOOD, KS 66052 | 1,549.67 | 4,300.00 | 1,386.93 | 2,913.07 | 0.10246% |
| 3665 | 003665 | RANDALL J. FULTZ<br>799 OLD HATLEY ROAD<br>CORDELE, GA 31015 | 162.04 | 449.65 | 145.04 | 304.61 | 0.01071% |
| 1472 | 001471 | RANDALL LYTLE<br>P.O. BOX 915<br>UNION, WV 24983-0915 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 5027 | 005029 | RANDALL R. SIMS JR.<br>1780 VILLA RICA HWY.<br>DALLAS, GA 30157 | 681.49 | 1,891.00 | 609.93 | 1,281.07 | 0.04506% |
| 9442 | 009445 | RANDALL T. DUGAN<br>1505 N. ANDREWS AVE.<br>FT LAUDERDALE, FL 33311 | 342.73 | 951.00 | 306.74 | 644.26 | 0.02266% |
| 1174 | 001174 | RANDY C. VENABLE<br>416 NORTH TRAILWOOD<br>SULPHUR, LA 70663 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 9162 | 009165 | RANDY E. LUETZEN<br>BOX 65<br>BERTHOLD, ND 58718 | 372.10 | 1,032.50 | 333.02 | 699.48 | 0.02460% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 10108 | 010111 | RANDY GRANT<br>4849 COUNTY ROAD 305<br>GLENWOOD, AL 36034 | 142.36 | | 127.40 | 267.60 | 0.00941% |
| 10178 | 010181 | RANDY H. RENFROE<br>2515 BLUE ROSE DR.<br>MISSOURI CITY, TX 77459 | 684.11 | 1,898.25 | 612.27 | 1,285.98 | 0.04523% |
| 12066 | 012070 | RANDY J. BLENKLE<br>417 NUGGET DR.<br>ROGUE RIVER, OR 97537 | 233.34 | 647.48 | 208.84 | 438.64 | 0.01543% |
| 9158 | 009161 | RANDY J. PICCINI<br>408 S.E. ASHTON DRIVE<br>LEE'S SUMMIT, MO 64063 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 140 | 000140 | RANDY L. MCCALL<br>2061 ROCK SPRINGS CIRCLE<br>DENVER, NC 28037 | 51.36 | 142.50 | 45.96 | 96.54 | 0.00340% |
| 10856 | 010859 | RANDY ROBBINS<br>718 5TH<br>IDALOU, TX 79329 | 323.90 | 898.75 | 289.89 | 608.86 | 0.02141% |
| 181 | 000181 | RAPHAEL J. THIBODEAUX<br>418 SAIZAN ST.<br>PORT BARRE, LA 70577 | 360.38 | 1,000.00 | 322.56 | 677.44 | 0.02383% |
| 2840 | 002840 | RASHEL LYNN BYRNES<br>2620 VALENCIA<br>BELLINGHAM, WA 98226 | 491.27 | 1,363.15 | 439.67 | 923.48 | 0.03248% |
| 3250 | 003250 | RATTAN K. GHOLIA<br>457 MCCALLUM ROAD<br>ABBOTSFORD, BC V2S8A1<br>FOREIGN, FN 99999 | 656.81 | 1,822.50 | 587.83 | 1,234.67 | 0.04343% |
| 6589 | 006591 | RAYMUND CODINA<br>2220 BEARING DRIVE, UNIT 7<br>HOUSTON, TX 77057 | 648.70 | 1,800.00 | 580.58 | 1,219.42 | 0.04289% |
| 8917 | 008920 | REBECCA A. PIHL<br>3697 W FULUN ROAD<br>SMOLAN, KS 67479 | 322.87 | 895.90 | 288.96 | 606.94 | 0.02135% |
| 11198 | 011201 | REBECCA H JUNGEMANN<br>P.O. BOX 224<br>RAY, ND 58849 | 732.49 | 2,032.50 | 655.57 | 1,376.93 | 0.04843% |
| 1655 | 001654 | REBECCA J. COHRAN<br>6895 W. STRICKLAND ST.<br>DOUGLASVILLE, GA 30134 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4337 | 004339 | REBECCA K. OAKES<br>948 FLAMINGO RD<br>BASSETT, VA 24055 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 10651 | 010654 | REBECCA L. SMITH<br>946 WOODWIND DR.<br>CONWAY, SC 29526 | 311.74 | 865.00 | 278.99 | 586.01 | 0.02061% |
| 4284 | 004286 | REBECCA LARKIN<br>1216 ATHENS DRIVE #2A<br>RALEIGH, NC 27606 | 67.10 | 126.13 | 0.00 | 126.13 | 0.00444% |
| 1086 | 001086 | REESE P. STANLEY<br>96227 NORTHSHORE DRIVE<br>FERNANDINA BEACH, FL 32034-1695 | 681.49 | 1,891.00 | 609.93 | 1,281.07 | 0.04506% |
| 8534 | 008537 | REGINA I. LUEDKE<br>205 W FREMONT AVE<br>SELAH, WA 98942 | 898.43 | 2,492.95 | 804.09 | 1,688.86 | 0.05940% |
| 1393 | 001392 | REGINA R. DEVORE<br>1002A LYNN STREET<br>WEATHERFORD, TX 76086 | 323.72 | 898.25 | 289.72 | 608.53 | 0.02140% |
| 14128 | 014132 | REGINALD A YAGLE<br>6 ROAD 5374<br>FARMINGTON, MN 87401-1510 | 997.67 | 2,768.30 | 892.89 | 1,875.41 | 0.06596% |
| 12123 | 012127 | REINE R. & DAVID HEMELRIGHT<br>3602 HOLLAND TRAIL<br>LENIOR CITY, TN 37772 | 641.98 | 1,781.37 | 574.57 | 1,206.80 | 0.04245% |
| 1305 | 001304 | RENEA G. BLOODWORTH<br>RT. 1 BOX 736<br>ROCHELLE, GA 31079 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2205 | 002205 | RENEE E. CLEMENTS<br>4433 WOODLAND ROAD<br>THOMASTON, GA 30286 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2925 | 002925 | RENEE HOOKS<br>3410 ARGYLE LANE<br>GREENSBORO, NC 27406 | 151.72 | 421.00 | 135.79 | 285.21 | 0.01003% |
| 2842 | 002842 | RENEE L. BYRNES<br>2620 VALENCIA<br>BELLINGHAM, WA 98226 | 417.64 | 1,158.85 | 373.78 | 785.07 | 0.02761% |
| 8923 | 008926 | RENEE L. GARRIOTTE BRZYCKI<br>2720 BILLY MAYFAIR LOOP<br>SHOW LOW, AZ 85901 | 720.77 | 2,000.00 | 645.09 | 1,354.91 | 0.04766% |
| 806 | 000806 | RENEE PETERS<br>139 RANCHLAND GAP<br>WILLIAMSON, GA 30292 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 14627 | 014633 | RENEE S. ENGEBRETSEN<br>6503 BLUFF SPRINGS<br>AUSTIN, TX 78744 | 129.74 | 360.00 | 116.11 | 243.89 | 0.00858% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 10899 | 010902 | RESSIE J. BRYARS<br>5737 OLD SYLACAUGA HIGHWAY<br>SYLACAUGA, AL 35151 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 7888 | 007891 | RETA D. FULMER<br>3013 KINGSHIGHWAY<br>WEINER, AR 72479 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3095 | 003095 | RETA L. CARNEY<br>5419 BEVERLY LANE<br>EVERETT, WA 98203 | 425.55 | 1,180.80 | 380.86 | 799.94 | 0.02814% |
| 13806 | 013810 | REUBIN P. CAVALIER<br>134 DARDEN COURT<br>THIBEDOUX, LA 70301 | 683.84 | 1,897.50 | 612.02 | 1,285.48 | 0.04521% |
| 3158 | 003158 | RHONDA A COLLINS<br>C/O CLARENCE J. HATCHETT<br>116 CLAVARY RD.<br>CONCORD, GA 30206 | 270.28 | 750.00 | 241.92 | 508.08 | 0.01787% |
| 3697 | 003697 | RHONDA A. HENLEY<br>106 SAVOY DR.<br>MONROE, LA 71203 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 8419 | 008422 | RHONDA D. BOUQUET-HARRIS<br>11053 FM 3326 SOUTH<br>HAWLEY, TX 79525 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 2839 | 002839 | RIANN M. BYRNES<br>2620 VALENCIA STREET<br>BELLINGHAM, WA 98226 | 673.26 | 1,868.15 | 602.55 | 1,265.60 | 0.04451% |
| 535 | 000535 | RICHARD & JANINE W. HILL<br>1600 COURTNEY DRIVE<br>SALINA, KS 67401 | 503.83 | 1,398.00 | 450.91 | 947.09 | 0.03331% |
| 4044 | 004045 | RICHARD D. DEMARTIN<br>31 HIGHWAY 287 BYPASS<br>TOSTON, MT 59643 | 249.55 | 692.47 | 223.36 | 469.11 | 0.01650% |
| 13161 | 013165 | RICHARD D. SHETLER<br>4184 STRATFORD RD.<br>MOSES LAKE, WA 98837 | 321.75 | 892.80 | 287.97 | 604.83 | 0.02127% |
| 5533 | 005535 | RICHARD E. SWARTZ<br>PO BOX 1026<br>KATY, TX 77492 | 648.70 | 1,800.00 | 580.58 | 1,219.42 | 0.04289% |
| 4992 | 004994 | RICHARD F. PICCUILLA<br>7228 S. MACINTOSH LANE<br>SALT LAKE CITY, UT 84121 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 4868 | 004870 | RICHARD G. CALDWELL<br>3800 OLDE MOSS<br>SCHERTZ, TX 78154 | 365.74 | 1,014.83 | 327.32 | 687.51 | 0.02418% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 13567 | 013571 | RICHARD J. HEBERT<br>3600 EAST SIMCOE #9<br>LAFAYETTE, LA 70503 | 683.84 | 1,897.50 | 612.02 | 1,285.48 | 0.04521% |
| 12595 | 012599 | RICHARD L. LILIENTHAL<br>505 SCHOOLEY ROAD<br>ZILLAH, WA 98953 | 683.94 | 1,897.80 | 612.13 | 1,285.67 | 0.04522% |
| 2900 | 002900 | RICHARD L. MOTSINGER<br>PO BOX 1369<br>THOMASVILLE, NC 27361 | 758.43 | 2,104.48 | 678.78 | 1,425.70 | 0.05015% |
| 13890 | 013894 | RICHARD M. CASELLO<br>POST OFFICE BOX 322<br>MARYSVILLE, WA 98270 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 3237 | 003237 | RICHARD M. SUTICH<br>40 W 983 LINE DR.<br>ELBURN, IL 60119 | 630.68 | 1,750.00 | 564.44 | 1,185.56 | 0.04170% |
| 10005 | 010008 | RICHARD R. ELLISON<br>10438 MICHIGAN AVE.<br>SUN LAKES, AZ 85248 | 646.11 | 1,792.80 | 578.25 | 1,214.55 | 0.04272% |
| 5074 | 005076 | RICHARD T. CICHA<br>5412 NEW REBEL CT.<br>YOUNGSVILLE, NC 27596 | 1,381.08 | 2,596.15 | 0.00 | 2,596.15 | 0.09131% |
| 3447 | 003447 | RICHARD T. TOMPKINS<br>2016 ELM PASS RD<br>BANDERA, TX 78003 | 684.11 | 1,898.25 | 612.27 | 1,285.98 | 0.04523% |
| 1217 | 001217 | RICHARD W. STEVENS<br>462 ANNANDALE PARKWAY<br>MADISON, MS 39110 | 682.04 | 1,892.50 | 610.41 | 1,282.09 | 0.04509% |
| 3278 | 003278 | RICK A. SHOCKLEY<br>11659 S.E. 10TH STREET<br>BAXTER SPRINGS, KS 66713 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 5004 | 005006 | RICK DESSING<br>1310 C STREET<br>BUTTE, MT 59701 | 268.65 | 745.44 | 240.43 | 505.01 | 0.01776% |
| 4278 | 004280 | RICK FLEMING<br>291 ROLLING HILLS LN.<br>MOCKSVILLE, NC 27028 | 342.73 | 951.00 | 306.73 | 644.27 | 0.02266% |
| 1368 | 001367 | RICK G. WHITE<br>1528 SARAH STREET<br>MOUNT VERNON, WA 98274 | 1,297.79 | 4,300.00 | 1,860.42 | 2,439.58 | 0.08581% |
| 5095 | 005097 | RICK R. WALDRON<br>2160 N ADAMS CENTRAL AVE<br>JUNIATA, NE 68955 | 320.75 | 890.00 | 287.06 | 602.94 | 0.02121% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 7431 | 007433 | RICKEY BOATNER, JR.<br>RT 1, BOX 63-A<br>WIERGATE, TX 75977 | 143.53 | 398.25 | 128.45 | 269.80 | 0.00949% |
| 864 | 000864 | RICKY L. TUTAK<br>2620 OXBOW DRIVE<br>GREAT BEND, KS 67530 | 573.02 | 1,590.00 | 512.84 | 1,077.16 | 0.03789% |
| 2522 | 002522 | RIDER ASHLIE N.<br>1911 S.W. CAMPUS DR. #356<br>FEDERAL WAY, WA 98023 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 8026 | 008029 | RIKARD SUE JOYNER<br>308 SUSANN DR.<br>KERNERSVILLE, NC 27284 | 321.10 | 891.00 | 287.39 | 603.61 | 0.02123% |
| 9034 | 009037 | RITA CHAN<br>148-18 58 AVE.<br>FLUSHING, NY 11355 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 10716 | 010719 | RITA M. ERICKSON<br>PO BOX 55<br>GEM, KS 67734 | 583.63 | 1,619.43 | 522.33 | 1,097.10 | 0.03859% |
| 13501 | 013505 | RITA M. WRIGHT<br>P.O. BOX 521038<br>BIG LAKE, AK 99652 | 682.14 | 1,892.80 | 610.51 | 1,282.29 | 0.04510% |
| 5793 | 005795 | RITA S RIGGS<br>518 E. MITCHELL DR.<br>PHOENIX, AZ 85012 | 147.94 | 410.50 | 132.41 | 278.09 | 0.00978% |
| 2032 | 002032 | ROBERT [BRAD] ROGERS<br>34706 SEAVEY LOOP ROAD<br>EUGENE, OR 97405 | 1,041.52 | 2,890.00 | 932.15 | 1,957.85 | 0.06886% |
| 12952 | 012956 | ROBERT A. CHRISTY<br>10800 ALPHARETTA HWY STE 555<br>ROSWELL, GA 30076 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 13803 | 013807 | ROBERT A. CRANFILL<br>5820 WATERFORD VALLEY CRESCENT<br>RALEIGH, NC 27612 | 490.95 | 922.88 | 0.00 | 922.88 | 0.03246% |
| 4947 | 004949 | ROBERT A. GREENWOOD<br>38393 SPIEDEL<br>BETHESDA, OH 47319 | 132.08 | 366.50 | 118.21 | 248.29 | 0.00873% |
| 11760 | 011763 | ROBERT AND SUSAN WALES<br>PO BOX 967<br>DARRINGTON, WA 98241 | 682.14 | 1,892.80 | 610.51 | 1,282.29 | 0.04510% |
| 2950 | 002950 | ROBERT B KULA<br>2255 N. HARVESWT HILL PLACE<br>ROUND LAKE BEAC, IL 60073- | 630.67 | 1,750.00 | 564.46 | 1,185.54 | 0.04170% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 14252 | 014256 | ROBERT B. CHAMBERLAIN<br>6540 S.E. 142 AVE.<br>PORTLAND, OR 97236 | 1,456.92 | 4,042.65 | 1,303.93 | 2,738.72 | 0.09633% |
| 533 | 000533 | ROBERT B. FONTAINE<br>716 NORTH 33RD STREET<br>NEDERLAND, TX 77627 | 775.10 | 2,150.75 | 693.71 | 1,457.04 | 0.05125% |
| 4768 | 004770 | ROBERT B. RICHARDSON<br>1001 N. NATCHEZ #G-20<br>CHATTANOOGA, TN 37405 | 96.60 | 268.04 | 86.46 | 181.58 | 0.00639% |
| 9825 | 009828 | ROBERT BAILEY JR.<br>3896 16TH ST.<br>WYANDOTTE, MI 48192 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 428 | 000428 | ROBERT C. CHASE<br>4342 BRIDGER ROAD<br>BLAINE, WA 98230 | 683.94 | 1,897.80 | 612.13 | 1,285.67 | 0.04522% |
| 55 | 000055 | ROBERT C. CRISP<br>2810 WINDRUSH LANE<br>ROSWELL, GA 30076 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 11302 | 011305 | ROBERT C. RACELA<br>2738 HOLLISTER ST.<br>SIMI VALLEY, CA 93065 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 12749 | 012753 | ROBERT D. BROOKSHIRE<br>2221 PAULINE DRIVE<br>MISSOULA, MT 59801 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 7172 | 007174 | ROBERT D. HILLIER<br>1898-28 PRAIRIE RD<br>SEDRO-WOOLLEY, WA 98284 | 249.71 | 692.88 | 223.48 | 469.40 | 0.01651% |
| 4212 | 004214 | ROBERT D. WILTSE<br>325-19TH AVE., W.<br>GOODING, ID 83330 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 7537 | 007540 | ROBERT E. CUMMINGS<br>304 E. CEDAR ST.<br>ANAMOSA, IA 52205 | 681.49 | 1,891.00 | 609.93 | 1,281.07 | 0.04506% |
| 1463 | 001462 | ROBERT E. GLASSMAN<br>1706 MAIN STREET<br>HAYS, KS 67601 | 493.53 | 1,369.43 | 441.70 | 927.73 | 0.03263% |
| 12295 | 012299 | ROBERT E. LIVINGSTON<br>4002 287 AVE SE<br>FALL CITY, WA 98024 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 1394 | 001393 | ROBERT E. MORGAN<br>292 ELWOOD LN.<br>EAGLE SPRINGS, NC 27242 | 311.55 | 864.50 | 278.84 | 585.66 | 0.02060% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 2909 | 002909 | ROBERT G. MERCER<br>145 WILLIFORD ROAD<br>PINEVILLE, LA 71360 | 32.43 | 90.00 | 29.04 | 60.96 | 0.00214% |
| 12533 | 012537 | ROBERT G. OLSON<br>3362 EAST BADGER<br>EVERSON, WA 98247 | 683.94 | 1,897.80 | 612.13 | 1,285.67 | 0.04522% |
| 8907 | 008910 | ROBERT HODGIN<br>6513 SOUTH NC 49<br>BURLINGTON, NC 27215 | 682.45 | 1,893.65 | 610.78 | 1,282.87 | 0.04512% |
| 2241 | 002241 | ROBERT J. FULTON<br>PO BOX 492<br>ORGAN, NM 88052-0492 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 14011 | 014015 | ROBERT J. MARRIGAN<br>31 GOULD ROAD<br>BEDFORD, MA 01730 | 1,485.74 | 4,300.00 | 1,507.10 | 2,792.90 | 0.09823% |
| 2413 | 002413 | ROBERT J. MOTYKA<br>180 VIRGINIA AVENUE<br>WEST SPRINGFIEL, MA 1089 | 322.54 | 895.00 | 288.69 | 606.31 | 0.02133% |
| 6908 | 006910 | ROBERT K. GRIMES<br>353 CANYON BLUFFS DRIVE<br>BOERNE, TX 78006 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 11318 | 011321 | ROBERT K. WHITTAKER<br>4497 MUD CREEK ROAD<br>BUHL, ID 83316 | 359.18 | 996.64 | 321.46 | 675.18 | 0.02375% |
| 7680 | 007683 | ROBERT KILMER<br>757 S. WASSON ST.<br>COOS BAY, OR 97420 | 343.09 | 952.00 | 307.06 | 644.94 | 0.02268% |
| 9807 | 009810 | ROBERT L. BAILEY JR.<br>160 CENTER POINT RD<br>WEATHERFORD, TX 76087 | 720.77 | 2,000.00 | 645.09 | 1,354.91 | 0.04766% |
| 9808 | 009811 | ROBERT L. BAILEY<br>PO BOX 2042<br>PALESTINE, TX 75802 | 810.15 | 2,248.00 | 725.08 | 1,522.92 | 0.05355% |
| 8745 | 008748 | ROBERT L. PRESTON<br>RT 1 BOX 26<br>OLUSTEE, OK 73560 | 321.74 | 892.75 | 287.95 | 604.80 | 0.02127% |
| 1956 | 001956 | ROBERT M. JONES<br>4700 E. MAIN STREET, L-50<br>MESA, AZ 85205 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 12536 | 012540 | ROBERT M. OTIS<br>4306 SE 322 AVENUE<br>TROUTDALE, OR 97060 | 1,549.67 | 4,300.00 | 1,386.93 | 2,913.07 | 0.10246% |