| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 326 | 000326 | ROBERT M. PICKETT<br>ROUTE 1 BOX 406<br>IVANHOE, VA 24350 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 1550 | 001549 | ROBERT MILLER<br>7262 S. BAILEY RD<br>CLINTON, WA 98236 | 802.93 | 2,227.95 | 718.60 | 1,509.35 | 0.05309% |
| 2622 | 002622 | ROBERT SIMYON<br>1819 NOBLIN WOODS TRAIL<br>DULUTH, GA 30097 | 321.47 | 892.00 | 287.71 | 604.29 | 0.02125% |
| 6966 | 006968 | ROBERT STRICKLAND<br>12940 HENRY RD.<br>HENRY, VA 24102 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 5364 | 005366 | ROBERT T. BROWN<br>1422 S. FENWAY STREET<br>CASPER, WY 82601-4058 | 572.45 | 1,588.45 | 512.35 | 1,076.10 | 0.03785% |
| 6338 | 006340 | ROBERT T. TOKARCZYK<br>13821 148TH AVE<br>GRAND HAVEN, MI 49417-9552 | 104.51 | 290.00 | 93.54 | 196.46 | 0.00691% |
| 2316 | 002316 | ROBERT TORRES<br>4621 CROCKETT<br>MIDLAND, TX 79703 | 360.38 | 1,000.00 | 322.55 | 677.45 | 0.02383% |
| 1855 | 001855 | ROBERT W. COCKBURN<br>5752 ASHWORTH AVENUE N.<br>SEATTLE, WA 98103 | 681.85 | 1,892.00 | 610.25 | 1,281.75 | 0.04508% |
| 1287 | 001286 | ROBERTA K. WATSON<br>4429 WOODLAND ROAD LOT#3<br>THOMASTON, GA 30286 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 12073 | 012077 | ROBIN D BLANK<br>412 NUGGET DR<br>ROGUE RIVER, OR 97537 | 84.69 | 235.00 | 75.80 | 159.20 | 0.00560% |
| 313 | 000313 | ROBIN F HOTZEL<br>1256 ROAD 160<br>EMPORIA, KS 66801 | 323.05 | 896.40 | 289.13 | 607.27 | 0.02136% |
| 1247 | 001247 | ROBIN L. LEUENBERGER<br>P.O. 416<br>ROSCOMMON, MI 48653 | 312.09 | 866.00 | 279.33 | 586.67 | 0.02063% |
| 7325 | 007327 | ROBIN M. KUZO<br>549 WEST &quot;D&quot; RD<br>HUNTLEY, MT 59037 | 320.75 | 890.00 | 287.06 | 602.94 | 0.02121% |
| 5229 | 005231 | ROBINS KAREN L<br>PO BOX 1223 FM RD 1227<br>NAVASOTA, TX 77868 | 321.92 | 893.25 | 288.11 | 605.14 | 0.02128% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 7596 | 007599 | ROBYN J. AGE<br>2632 MORNINGSIDE TRAIL<br>KENNESAW, GA 30144 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 10332 | 010335 | ROBYN K PETERSON<br>3045 DELTA PINES<br>EUGENE LANE, OR 97408 | 132.87 | 368.68 | 118.92 | 249.76 | 0.00878% |
| 11560 | 011563 | ROBYN LAND<br>3007 WYCLIFF ROAD<br>RALEIGH NC 2760, NC 27607 | 111.71 | 210.00 | 0.00 | 210.00 | 0.00739% |
| 4154 | 004156 | ROCHELLE R. HOLLINGSWORTH<br>3770 LOVERSWOOD LANE, APT. 702<br>HOUSTON, TX 77014-1262 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 6553 | 006555 | ROCK T. WHITE<br>700 S. ANACORTES ST<br>BURLINGTON, WA 98233 | 1,549.67 | 4,300.00 | 1,386.93 | 2,913.07 | 0.10246% |
| 2640 | 002640 | ROCKY STEVENSON<br>2904 INWOOD RD<br>DALLAS, TX 75235 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 5951 | 005953 | RODERICK K. ADAMS<br>P. O. BOX 1774<br>LITHONIA, GA 30058-1027 | 1,020.62 | 2,832.00 | 913.44 | 1,918.56 | 0.06748% |
| 6367 | 006369 | RODERICK[RICK] E. HERRINGTON<br>752 SKINNER LANE<br>OAK DRIVE, LA 71263 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 6990 | 006992 | RODNEY E. JOHNSON<br>PO BOX 217<br>KINARD, FL 32449 | 736.63 | 2,044.00 | 659.28 | 1,384.72 | 0.04870% |
| 141 | 000141 | ROGER CORBIN<br>PO BOX 1620<br>MIDLOTHIAN, TX 75965 | 717.53 | 1,991.00 | 642.18 | 1,348.82 | 0.04744% |
| 123 | 000123 | ROGER E. TIESING<br>119 EAST THIRD<br>PRATT, KS 67124 | 450.48 | 1,250.00 | 403.18 | 846.82 | 0.02978% |
| 7301 | 007303 | ROGER G. DODSON<br>20 WOODSHIRE ROAD<br>COLLINSVILLE, VA 24078 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 5880 | 005882 | ROGER KLEEMAN<br>HC64 BOX 2 1/2<br>PEERLESS, MT 59253 | 171.65 | 476.28 | 153.62 | 322.66 | 0.01135% |
| 1543 | 001542 | ROGER M BUDD JR.<br>11 TREMBLEWOOD TRAIL<br>VALDOSTA, GA 31602 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 312 | 000312 | ROMONA G. DEFRIES<br>237 DEFRIES ROAD<br>RAGLEY, LA 70657 | 387.41 | 1,075.00 | 346.74 | 728.26 | 0.02561% |
| 13530 | 013534 | RON & KAREN BOQUIST<br>188 BOROVEC ROAD<br>CHEHALIS, WA 98532-8714 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1482 | 001481 | RON C GIBBONS<br>6456 S HIGHLAND AVE<br>HILLSDALE, IN 47854 | 154.52 | 428.75 | 138.29 | 290.46 | 0.01022% |
| 1197 | 001197 | RON P. PREST<br>122 BRADLEY PLACE<br>BELLE CHASSE, LA 70037 | 126.17 | 350.08 | 112.91 | 237.17 | 0.00834% |
| 10729 | 010732 | RONALD ALEXANDER<br>4921 W. TONTO RD.<br>GLENDALE, AZ 85308 | 672.90 | 1,867.15 | 602.23 | 1,264.92 | 0.04449% |
| 6139 | 006141 | RONALD B. JEFFCOAT<br>3964 NOTRE DAME PASS<br>WEST COLUMBIA, SC 29170 | 311.74 | 865.00 | 278.99 | 586.01 | 0.02061% |
| 9814 | 009817 | RONALD D. ADKINS<br>3901 16TH ST.<br>WYANDOTTE, MI 48192 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 6897 | 006899 | RONALD D. HERNDON<br>4407 THORNY RD.<br>GREENSBORO, NC 27406 | 311.55 | 864.50 | 278.84 | 585.66 | 0.02060% |
| 6020 | 006022 | RONALD E. KESTER<br>1081 AVENIDA CAMPANA<br>FALLBROOK, CA 92028 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 10556 | 010559 | RONALD G. SHOEMAKER<br>809 GREENBRIAR CT.<br>CELINA, OH 45822 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 10098 | 010101 | RONALD L. SIMMONS<br>102 FAIRWAY NORTH<br>HENRIETTA, TX 76365 | 775.37 | 2,151.49 | 693.95 | 1,457.54 | 0.05126% |
| 4895 | 004897 | RONALD LATTIMORE<br>#3 CURRY CT.<br>COLUMBUS, GA 31907 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 2748 | 002748 | RONALD M. JAMES<br>1430 BAVAND CIR., APT. 202<br>ROCK HILL, SC 29732 | 681.49 | 1,891.00 | 609.93 | 1,281.07 | 0.04506% |
| 3467 | 003467 | RONALD P. GARIGLIETTI<br>5443 ROSEBUD CIR.<br>JOPLIN, MO 64804 | 141.45 | 392.50 | 126.60 | 265.90 | 0.00935% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 9555 | 009558 | RONALD S. DEVRIES<br>1763 TIFFANY WAY<br>MOUNT VERNON, WA 98273 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 9032 | 009035 | RONALDO P. VELUZ<br>2617 MARLENA STREET<br>WEST COVINA, CA 91792 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 3292 | 003292 | RONDA D. WETZEL<br>PO BOX 75<br>NASHUA, MT 59248 | 261.97 | 726.93 | 234.47 | 492.46 | 0.01732% |
| 4088 | 004089 | RONG LI<br>2924 NORTH CALVERT STREET<br>BALTIMORE, MD 21218 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4192 | 004194 | RONNIE B. USELTON<br>1208-G/ HIGHWAY 51 SOUTH<br>P.O. BOX 148<br>DECATUR, TX 76234 | 684.10 | 1,898.25 | 612.28 | 1,285.97 | 0.04523% |
| 7184 | 007186 | RONNIE J. KRUGH<br>204 LAKEWAY<br>BATTLE CREEK, MI 49017 | 131.54 | 365.00 | 117.73 | 247.27 | 0.00870% |
| 10906 | 010909 | ROSA L. WALTERS<br>RT. 2 BOX 105<br>FAYETTEVILLE, MS 39069 | 315.34 | 875.00 | 282.22 | 592.78 | 0.02085% |
| 8214 | 008217 | ROSALYN A. PORTER<br>P.O. BOX 8010<br>CALABASAS PARK, CA 91372 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1680 | 001680 | ROSALYN F. PAGE<br>1714 KENNERSLY CLOSE<br>TUCKER, GA 30084 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 9572 | 009575 | ROSE COPEMAN<br>205 WESTBROOK WEST<br>AUSTIN, TX 78746 | 323.72 | 898.25 | 289.72 | 608.53 | 0.02140% |
| 5101 | 005103 | ROSE M OLSEN<br>33291 HWY 93 N<br>ST IGNATIUS, MT 59865 | 333.34 | 924.95 | 298.33 | 626.62 | 0.02204% |
| 14131 | 014135 | ROSE M. GILLMORE<br>21093 178TH AVE.<br>MONTICELLO, IA 52310 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 10980 | 010983 | ROSE S. BLADOW<br>57 CO. RD. 3150<br>HOUSTON, AL 35572 | 684.01 | 1,898.00 | 612.19 | 1,285.81 | 0.04522% |
| 12762 | 012766 | ROSELLA N. WALTERS<br>1045 IRONGATE DR<br>APEX, NC 27502 | 735.09 | 1,381.82 | 0.00 | 1,381.82 | 0.04860% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 6775 | 006777 | ROSELYNE D. MUNI<br>10448 BIRD ROAD<br>RICHMOND, BC V6X1N6<br>FOREIGN, FN 99999 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 7092 | 007094 | ROSEMARIE AXTON<br>2013 SANTA ANITA AVE.<br>PLACENTIA, CA 92870 | 683.74 | 1,897.25 | 611.95 | 1,285.30 | 0.04521% |
| 7524 | 007527 | ROSEMARIE HERDA<br>3312 OAKDALE AVE.<br>MCHENRY, IL 60050 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 3128 | 003128 | ROSIE M. VIATOR<br>1830 EAST MAIN<br>NEW IBERIA, LA 70560 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 5210 | 005212 | ROSS D. CORNEIL<br>865 LARKSPUR ROAD<br>DEER LODGE, MT 59722 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 2892 | 002892 | ROSS T. CLARK<br>1558 SAN MARCO BLVD.<br>JACKSONVILLE, FL 32207 | 101.36 | 281.25 | 90.72 | 190.53 | 0.00670% |
| 4679 | 004681 | ROXANNE M SLYDER<br>PO BOX 471<br>COLUMBUS, MT 59019 | 450.48 | 1,250.00 | 403.18 | 846.82 | 0.02978% |
| 9641 | 009644 | ROXIE R. HAMILTON<br>P.O. BOX 607<br>ABSAROKEE, MT 59001 | 437.87 | 1,215.00 | 391.89 | 823.11 | 0.02895% |
| 1129 | 001129 | ROY E. JOHNSON<br>3512 E. BROADWAY #1113<br>PEARLAND, TX 77581 | 323.72 | 898.25 | 289.72 | 608.53 | 0.02140% |
| 4475 | 004477 | ROY E. PARKER<br>130 WEDGEWOOD RD.<br>RIDGEWAY, VA 24148 | 680.96 | 1,889.50 | 609.44 | 1,280.06 | 0.04502% |
| 226 | 000226 | ROY F. DICKEY<br>4725 N. MEADOW RIDGE CIRCLE<br>MCKINNEY, TX 75070 | 684.11 | 1,898.25 | 612.27 | 1,285.98 | 0.04523% |
| 3184 | 003184 | ROY S. HERNANDEZ<br>HC 31 BOX 5<br>ANTON CHICO, NM 87711-9501 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 7333 | 007335 | ROY W. PATE<br>105 31ST AVENUE NORTHEAST<br>MOULTRIE, GA 31776 | 1,347.49 | 3,739.00 | 1,205.99 | 2,533.01 | 0.08909% |
| 5341 | 005343 | ROYCE E ALLBRITTON<br>296 RANDY RD<br>WEST MONROE, LA 71292 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 6944 | 006946 | ROYCE G. O'DONNELL<br>3529 CROSSINGS CIRCLE<br>BIRMINGHAM, AL 35242 | 694.82 | 1,928.00 | 621.87 | 1,306.13 | 0.04594% |
| 11194 | 011197 | RUBY F. MOODY<br>PO BOX 206<br>OLLA, LA 71465-0206 | 672.49 | 1,866.00 | 601.86 | 1,264.14 | 0.04446% |
| 3789 | 003789 | RUBY JO CHANDLER<br>6112 9 US HWY 231<br>ONEONTA, AL 35121 | 450.48 | 1,250.00 | 403.18 | 846.82 | 0.02978% |
| 5139 | 005141 | RUDRESH BIHALLI<br>3380 RIVER SUMMIT TRAIL<br>DULUTH, GA 30097 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 12922 | 012926 | RUDY GARCIA<br>14076 BEAVER<br>SYLMAR, CA 91342 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 550 | 000550 | RUSSEL E PAYNE<br>101 STABLECHASE DR<br>GREENVILLE, SC 29617 | 801.18 | 2,223.10 | 717.04 | 1,506.06 | 0.05297% |
| 13815 | 013819 | RUSSELL K. PAHK<br>2450 KOA AVE, #43<br>HONOLULU, HI 96815 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 616 | 000616 | RUSSELL L. BOWLING<br>507 MCGUIRE LANE<br>PEARISBURG, VA 24134 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 14657 | 014663 | RUSSELL L. KLEIN<br>RT 2 BOX 382<br>CAMDENTON, MO 65020 | 142.45 | 395.25 | 127.48 | 267.77 | 0.00942% |
| 6999 | 007001 | RUSSELL S. SULLIVAN<br>306 MAPLEWOOD DRIVE<br>BOSSIER CITY, LA 71111 | 323.72 | 898.25 | 289.72 | 608.53 | 0.02140% |
| 2092 | 002092 | RUTH A. LONG<br>209 MONTEREY CIR.<br>GADSDEN, AL 35901 | 720.77 | 2,000.00 | 645.09 | 1,354.91 | 0.04766% |
| 4861 | 004863 | RUTH BURLEIGH<br>12003 BINGHAMPTON<br>HOUSTON, TX 77089 | 133.23 | 369.69 | 119.24 | 250.45 | 0.00881% |
| 1489 | 001488 | RUTH D. TAYLOR<br>287 ATKINSON RD<br>DERIDDER, LA 70634-8106 | 133.90 | 371.56 | 119.85 | 251.71 | 0.00885% |
| 7788 | 007791 | RUTH L. ASSAID<br>3830 MCINTOSH RD.<br>ROANOKE, VA 24019 | 771.05 | 2,139.50 | 690.08 | 1,449.42 | 0.05098% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 6845 | 006847 | RUTH M. ZERK<br>#3 ARBOUR CREST RISE, NW<br>CALGARY, AB T3G 4L2<br>FOREIGN, FN 99999 | 126.48 | 350.94 | 113.19 | 237.75 | 0.00836% |
| 5225 | 005227 | RUTH O. HUNTER<br>15602 LAONA COVE<br>AUSTIN, TX 78717 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 3503 | 003503 | RUTHANN GARNER<br>8760 WESTHEIMER RD #77<br>HOUSTON, TX 77063 | 682.30 | 1,893.25 | 610.66 | 1,282.59 | 0.04511% |
| 341 | 000341 | RYAN D. DORSEY<br>2527 LAZY LAKE DR.<br>HOUSTON, TX 77058 | 143.53 | 398.25 | 128.45 | 269.80 | 0.00949% |
| 9161 | 009164 | RYAN J LUETEZEN<br>1229 ALBANY DR<br>BISMARCK, ND 58504 | 372.10 | 1,032.50 | 333.03 | 699.47 | 0.02460% |
| 4220 | 004222 | RYAN L. OLSON<br>6968 WINCHESTER COURT<br>COLSTRIP, MT 59323 | 131.54 | 365.00 | 117.73 | 247.27 | 0.00870% |
| 4379 | 004381 | RYAN W DOOD<br>440 POND PATH<br>SETAUKET, NY 11733 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 3439 | 003439 | RYAN W. GRICE<br>5323-A FOX COVE LANE<br>GREENSBORO, NC 27407 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 3811 | 003811 | S.L.E.S.H. MANAGEMENT<br>1107 LAKEVIEW STREET<br>BELLINGHAM, WA 98226 | 673.13 | 1,867.80 | 602.45 | 1,265.35 | 0.04451% |
| 9142 | 009145 | SABRINA BRIDGES<br>96 NORTHRIDGE DRIVE<br>THOMASTON, GA 30286 | 648.70 | 1,800.00 | 580.58 | 1,219.42 | 0.04289% |
| 3930 | 003930 | SABRINA JONES<br>112 B WINDING WAY<br>LEESBURG, GA 31763 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 2627 | 002627 | SACHI YAMADA<br>8404 SAINT REGIS WAY<br>GAITHERSBURG, MD 20886 | 383.81 | 1,065.00 | 343.51 | 721.49 | 0.02538% |
| 80 | 000080 | SADIE B. CLARK<br>22 RUBINSTEIN STREET<br>STATEN ISLAND, NY 10305 | 288.31 | 800.00 | 258.04 | 541.96 | 0.01906% |
| 5603 | 005605 | SAISRI LO<br>377 W WOODRUFF AVE<br>ARCADIA, CA 91007 | 1,171.98 | 3,252.00 | 1,048.91 | 2,203.09 | 0.07749% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 7029 | 007031 | SALLY A. HANNON<br>506 N. TRACY<br>BOZEMAN, MT 59715 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 12301 | 012305 | SALLY J. BUGANSKI<br>332 E. LAUDER LN.<br>CAMANO ISLAND, WA 98292 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 11693 | 011696 | SALVADOR L MORA<br>7219 HAZEL<br>DALLAS, TX 75217 | 684.11 | 1,898.25 | 612.27 | 1,285.98 | 0.04523% |
| 1090 | 001090 | SAM K WOODS<br>715 E 5TH ST<br>BOTTINEAU, ND 58318 | 787.90 | 2,186.25 | 705.16 | 1,481.09 | 0.05209% |
| 5140 | 005142 | SAM M. GUNDERMANN<br>4254 HWY. 438<br>LARSLAN, MT 59244 | 263.09 | 730.00 | 235.45 | 494.55 | 0.01739% |
| 6309 | 006311 | SAM SCHKLAR<br>111 MYLES MANOR<br>FRANKLIN, TN 37064 | 338.63 | 939.63 | 303.07 | 636.56 | 0.02239% |
| 12887 | 012891 | SAMATHA A. EVANS<br>755 ACADEMIC DRIVE, APT. #A<br>TWIN FALLS, ID 83301 | 469.40 | 1,302.50 | 420.12 | 882.38 | 0.03104% |
| 3427 | 003427 | SAMIR MOSHREKI<br>11470 AUDELIA RD. APT. 166<br>DALLAS, TX 75243 | 133.23 | 369.69 | 119.24 | 250.45 | 0.00881% |
| 5227 | 005229 | SAMUEL A. MIELCARSKI<br>410 WAVE TREE DRIVE<br>ROSWELL, GA 30075 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 6375 | 006377 | SAMUEL C. MOSES<br>44 COACHMENS COURT<br>COLUMBIA, SC 29229 | 540.58 | 1,500.00 | 483.81 | 1,016.19 | 0.03574% |
| 10843 | 010846 | SAMUEL HENRY PONS<br>1309 CARROLLTON, #312<br>METAIRIE, LA 70005 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 13522 | 013526 | SAMUEL TOOLEY<br>3049 SCENIC DRIVE SE<br>AUBURN, WA 98092-6410 | 1,549.67 | 4,300.00 | 1,386.93 | 2,913.07 | 0.10246% |
| 5186 | 005188 | SANDRA A. TRAHAN<br>5126 LANDRY ROAD<br>DUSON, LA 70529 | 323.63 | 898.00 | 289.64 | 608.36 | 0.02140% |
| 1923 | 001923 | SANDRA D. HITSMAN<br>821 1ST<br>CLAY CENTER, KS 67432 | 450.48 | 1,250.00 | 403.18 | 846.82 | 0.02978% |