| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 2525 | 002525 | SANDRA E. ROBINSON<br>317 THURSTON AVE.<br>THOMASTON, GA 30286 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 4977 | 004979 | SANDRA G. JOE<br>1201 19TH AVE.<br>SAN FRANCISCO, CA 94122 | 432.46 | 1,200.00 | 387.06 | 812.94 | 0.02859% |
| 12776 | 012780 | SANDRA K. BARTUSEK<br>3420 JACKSON AVE.<br>WEBSTER, MN 55088 | 798.85 | 2,216.63 | 714.96 | 1,501.67 | 0.05282% |
| 1941 | 001941 | SANDRA K. CONINE<br>13677 SELMA LN.<br>FORNEY, TX 75126 | 352.46 | 978.00 | 315.45 | 662.55 | 0.02330% |
| 13487 | 013491 | SANDRA K. HOELTING<br>231 S. ST. MARY'S<br>NAZARETH, TX 79063 | 144.27 | 400.31 | 129.12 | 271.19 | 0.00954% |
| 10103 | 010106 | SANDRA K. HOLLOWAY<br>4059 COUNTY ROAD 305<br>GLENWOOD, AL 36034 | 332.27 | 922.00 | 297.39 | 624.61 | 0.02197% |
| 5001 | 005003 | SANDRA K. KWANT<br>21498 CONWAY HILL LN<br>MOUNT VERNON, WA 98274-9527 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 3526 | 003526 | SANDRA L. CLARK<br>PO BOX 904<br>BURLINGTON, WA 98233-0530 | 683.94 | 1,897.80 | 612.13 | 1,285.67 | 0.04522% |
| 2523 | 002523 | SANDRA L. MARTON<br>4553 EAST FARR ROAD<br>FRUITPORT, MI 49415 | 443.25 | 1,229.94 | 396.71 | 833.23 | 0.02931% |
| 4836 | 004838 | SANDRA LATTIMORE<br>#3 CURRY CT.<br>COLUMBUS, GA 31907 | 321.10 | 891.00 | 287.39 | 603.61 | 0.02123% |
| 12548 | 012552 | SANDRA M. DAVIS<br>4845 APPLETREE LN.<br>BAY CITY, MI 48706 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 11029 | 011032 | SANDRA SOODEEN<br>333 B. MAYVIEW CRES.<br>WATERLOO, ON N2V1P9<br>FOREIGN, FN 99999 | 155.42 | 431.25 | 139.10 | 292.15 | 0.01028% |
| 2015 | 002015 | SANDRA YOUNG<br>135 GHARET RD.<br>RANDLE, WA 98377 | 149.02 | 413.50 | 133.38 | 280.12 | 0.00985% |
| 178 | 000178 | SANDY AND RAY NEWTON<br>P.O BOX 541<br>ANCHOR POINT, AK 99556 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 8052 | 008055 | SARA A UDALL<br>1020 MISSION DAM ROAD<br>ST IGNATIUS, MT 59865 | 410.84 | 1,140.00 | 367.70 | 772.30 | 0.02716% |
| 13867 | 013871 | SARAH M. CAWLEY<br>411 W. LAMME<br>BOZEMAN, MT 59715 | 320.75 | 890.00 | 287.06 | 602.94 | 0.02121% |
| 1569 | 001568 | SARAH M. HARRIS<br>195 FREDNA AVENUE<br>HATTIESBURG, MS 39401 | 323.27 | 897.00 | 289.32 | 607.68 | 0.02137% |
| 2090 | 002090 | SARBJIT LEHAL<br>743 NORTH CENTRAL AVE.<br>KENT, WA 98032 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 3780 | 003780 | SATINDER SANDHU<br>22309 123RD PL SE<br>KENT, WA 98031 | 805.16 | 2,234.15 | 720.61 | 1,513.54 | 0.05323% |
| 12347 | 012351 | SATWANT SINGH<br>812 SALMMBERRY LANE<br>BELLINGHAM, WA 98229-2831 | 805.16 | 2,234.15 | 720.61 | 1,513.54 | 0.05323% |
| 6236 | 006238 | SAU HUNG LEE<br>3338 BRUNELL DRIVE<br>OAKLAND, CA 94602 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3413 | 003413 | SAUL A. MARTINEZ<br>2004 MISSISSIPPI AVE.<br>KENNER, LA 70062 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 3550 | 003550 | SCARLETT R. WALL MACOY<br>RR 1, BOX 317<br>ALEXANDER CITY, AL 35010-9801 | 684.01 | 1,898.00 | 612.19 | 1,285.81 | 0.04522% |
| 75 | 000075 | SCOTT & AMANDA WILLIAMS<br>6111 W. WILLIAMETTE<br>KENNEWICK, WA 99336 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 13563 | 013567 | SCOTT A. PURCELL<br>210 NORTH WALL<br>JOPLIN, MO 64801 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 6848 | 006850 | SCOTT B. SHAPIRO<br>18312 INDIAN OAKS LANE<br>DAVIDSON, NC 28036 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 12712 | 012716 | SCOTT E. WILLIAMS<br>96 LAKE SAMISH RD.<br>BELLINGHAM, WA 98226 | 44.25 | 122.80 | 39.61 | 83.19 | 0.00293% |
| 9406 | 009409 | SCOTT F. SIBILLE<br>2569 HWY. 356<br>SUNSET, LA 70584 | 683.84 | 1,897.50 | 612.02 | 1,285.48 | 0.04521% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 1592 | 001591 | SCOTT G. FILLMORE<br>5107 LANCOME CT<br>WILIMINGTON, NC 28409-2735 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 6572 | 006574 | SCOTT L. FELDMAN<br>1911 Windy Plain Ct<br>Spring, Texas 77388-2601 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 12208 | 012212 | SCOTT M. MARTIAN<br>BOX 383<br>BOWMAN, ND 58623 | 368.77 | 1,023.25 | 330.04 | 693.21 | 0.02438% |
| 10059 | 010062 | SCOTT OR JULIE SCHNEIDER<br>14436 HWY 109<br>BIG STONE CITY, SD 57216 | 720.77 | 2,000.00 | 645.09 | 1,354.91 | 0.04766% |
| 2868 | 002868 | SCOTT P LE CLERC<br>3562 WINSLOW ROAD<br>OCEANSIDE, CA 92056 | 220.38 | 611.50 | 197.23 | 414.27 | 0.01457% |
| 5783 | 005785 | SCOTT R. WAGNER<br>C/O JUANTIA S. GATCH<br>128-C ASHLEY VILLA CIRCLE<br>CHARLESTON, SC 29414 | 90.09 | 250.00 | 80.64 | 169.36 | 0.00596% |
| 1964 | 001964 | SCOTT RAE BUONO<br>2811 NELA AVENUE<br>ORLANDO, FL 32809 | 306.33 | 850.00 | 274.16 | 575.84 | 0.02025% |
| 6470 | 006472 | SCOTTIE J. BRANSCOME<br>3763 VIRGINIA AVENUE<br>COLLINSVILLE, VA 24078 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 12202 | 012206 | SENG-HIM CHAN<br>29 FISHERY ROAD<br>SCARBOROUGH, ON M1C4H5<br>FOREIGN, FN 99999 | 688.27 | 1,909.80 | 615.99 | 1,293.81 | 0.04551% |
| 5013 | 005015 | SERAFIN J. GUERRA<br>RT. 1 BOX 73D<br>RIO GRANDE CITY, TX 78582 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3777 | 003777 | SERITA M. RUSSELL<br>3130 EXACTA LANE #904<br>RALEIGH, NC 27613 | 468.14 | 880.00 | 0.00 | 880.00 | 0.03095% |
| 570 | 000570 | SHAHLA S. AMIN<br>3431 LOST VALLEY DRIVE<br>JONESBORO, GA 30236 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 6289 | 006291 | SHANA NORWOOD<br>3622 COLUMBINE DR.<br>AUGUSTA, GA 30906 | 346.69 | 962.00 | 310.29 | 651.71 | 0.02292% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 2955 | 002955 | SHANDA B. VAUGHN<br>4149 EAGLE NEST DRIVE<br>EVANS, GA 30809 | 138.75 | 385.00 | 124.18 | 260.82 | 0.00917% |
| 472 | 000472 | SHANE B. RENO<br>16 SADDLE BUTTE DR.<br>HAVRE, MT 59501 | 129.74 | 360.00 | 116.11 | 243.89 | 0.00858% |
| 4378 | 004380 | SHANE C TAYLOR<br>163 BRIDIES PATH<br>SOUTHAMPTON, NY 11968 | 143.53 | 398.25 | 128.45 | 269.80 | 0.00949% |
| 9762 | 009765 | SHANE D. GRAHAM<br>P.O. BOX 1655<br>CORNELIA, GA 30531 | 325.43 | 903.00 | 291.26 | 611.74 | 0.02152% |
| 12290 | 012294 | SHANE P. CARLEY<br>4002 287 AVE. SE<br>FALL CITY, WA 98024 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 4508 | 004510 | SHANE P. WIGGINS<br>1231 ROBERT STREET<br>RAYNE, LA 70578 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 15002 | 015009 | SHANITA KEECH<br>904 NOWELL ROAD<br>RALEIGH, NC 27607 | 229.81 | 432.00 | 0.00 | 432.00 | 0.01519% |
| 14700 | 014706 | SHANNON EDWARDS<br>3013 MARSH RD.<br>BLADENBORO, NC 28320 | 133.16 | 369.50 | 119.18 | 250.32 | 0.00880% |
| 13128 | 013132 | SHANNON HARBAR<br>1501 CARROLL HGTS RD<br>ZEBULON, NC 27597 | 451.11 | 848.00 | 0.00 | 848.00 | 0.02983% |
| 6795 | 006797 | SHANNON K. ZEKO<br>116 NORWOOD ST<br>FUQUAY-VARINA, NC 27526 | 917.70 | 1,725.10 | 0.00 | 1,725.10 | 0.06068% |
| 8543 | 008546 | SHANNON W. HUTSON<br>704 GALAXIE AVE.<br>HARRISONVILLE, MO 64701 | 493.47 | 1,369.29 | 441.66 | 927.63 | 0.03263% |
| 3173 | 003173 | SHANNON YOUNG<br>3711 MEADOW BROOK AVE.<br>NASHVILLE, TN 37205 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 5081 | 005083 | SHAOZHI ZHENG<br>3126 WILLIAMSBURG DRIVE<br>STATE COLLEGE, PA 16801 | 236.82 | 657.12 | 211.95 | 445.17 | 0.01566% |
| 6613 | 006615 | SHARI D. KNUDSON EKWORTZEL<br>8 S. WESTFORK RD.<br>NYE, MT 59601 | 320.75 | 890.00 | 287.06 | 602.94 | 0.02121% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 2631 | 002631 | SHARION M. COLE<br>12215 REDLAND ROAD<br>TALLASSEE, AL 36078 | 684.38 | 1,899.00 | 612.51 | 1,286.49 | 0.04525% |
| 2199 | 002199 | SHARMON L. PORTER<br>4431 WOODLAND ROAD<br>THOMASTON, GA 30286 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 6163 | 006165 | SHAROLYN K. WILLHITE<br>3315 SO. CHERRY ST.<br>DENVER, CO 80222 | 687.62 | 1,908.00 | 615.42 | 1,292.58 | 0.04546% |
| 4245 | 004247 | SHARON A. SCHAEFER<br>21515 4TH AVE. NW<br>DES LACS, ND 58733 | 1,398.85 | 3,881.50 | 1,251.95 | 2,629.55 | 0.09249% |
| 9538 | 009541 | SHARON B. SHERRER<br>c/o M-TECH SYSTEMS U.S.A, INC.<br>115 PERIMETER CENTER PLACE, STE. 845<br>ATLANTA, GA 30346 | 666.71 | 1,850.00 | 596.71 | 1,253.29 | 0.04408% |
| 10731 | 010734 | SHARON COLE<br>18517 ANDIS RD.<br>BURLINGTON, WA 98233 | 99.11 | 275.00 | 88.70 | 186.30 | 0.00655% |
| 3970 | 003970 | SHARON E. CLOAK<br>8624 SANSUM PARK DRIVE<br>NORTH SAANICH, BC V8L5B5<br>FOREIGN, FN 99999 | 471.16 | 1,307.37 | 421.68 | 885.69 | 0.03115% |
| 10587 | 010590 | SHARON FANT<br>P.O. BOX 317<br>RAYMORE, MO 64083 | 634.88 | 1,761.65 | 568.20 | 1,193.45 | 0.04198% |
| 8996 | 008999 | SHARON G. COMPTON<br>RT 1 BOX 207A SULLIVAN RD.<br>HOLLAND, TX 76534 | 323.72 | 898.25 | 289.72 | 608.53 | 0.02140% |
| 8081 | 008084 | SHARON K. ALLEN<br>14 MI NE OF ORLA<br>ORLA, TX 79770 | 563.15 | 1,562.61 | 504.01 | 1,058.60 | 0.03723% |
| 9933 | 009936 | SHARON K. GILL<br>1005 GENE ROSE STREET<br>SYLACAUGA, AL 35151 | 1,055.70 | 2,929.34 | 944.84 | 1,984.50 | 0.06980% |
| 2394 | 002394 | SHARON K. HARRIS<br>ROUTE 7 BOX 180<br>JOPLIN, MO 64801 | 364.35 | 1,011.00 | 326.09 | 684.91 | 0.02409% |
| 12298 | 012302 | SHARON K. O'BRIEN<br>2321 VIRGINIA AVENUE<br>EVERETT, WA 98201 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 12577 | 012581 | SHARON K. WILLIAMS<br>4017 HARBOR HILLS DRIVE<br>LARGO, FL 33770 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 6056 | 006058 | SHARON L. JOHNSON<br>1935 TAMARACK LANE<br>COLUMBIA FALLS, MT 59912 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3018 | 003018 | SHARON L. MEARNS<br>2012 NOTTINGDALE LN.<br>WINTER PARK, FL 32792 | 138.03 | 383.00 | 123.54 | 259.46 | 0.00913% |
| 3092 | 003092 | SHARON R. GOOD<br>BOX 16 HC77<br>FLOWEREE, MT 59440 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 1865 | 001865 | SHARON S. TAUR<br>1405 REDWOOD DR.<br>LOS ALTOS, CA 94024 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 13635 | 013639 | SHARON W. COGAN<br>2924 LENOX DRIVE, SW<br>DECATUR, AL 35603 | 720.77 | 2,000.00 | 645.09 | 1,354.91 | 0.04766% |
| 686 | 000686 | SHASTA A KEEN<br>13544 NEW WOOD AVE<br>BATON ROUGE, LA 70818 | 143.44 | 398.00 | 128.37 | 269.63 | 0.00948% |
| 12609 | 012613 | SHAUHUNG NG<br>51-83 CODWISE PL.<br>ELMHURST, NY 11373 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 6303 | 006305 | SHAWN H. TEAGUE<br>P. O. BOX 41558<br>EUGENE, OR 97404 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 3259 | 003259 | SHAWN M. FOLLIS<br>1846 PHILLIPS STREET<br>LEWISBURG, TN 37091 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 51 | 000051 | SHAYNE K. REMINGTON<br>7075 SOUTHWEST HYLAND WAY<br>BEAVERTON, OR 97008 | 370.51 | 1,028.10 | 331.61 | 696.49 | 0.02450% |
| 2563 | 002563 | SHEILA A. STEWART<br>4429 WOODLAND ROAD<br>THOMASTON, GA 30286 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 9432 | 009435 | SHEILA A. THOMAS<br>1100 S. DISCOVERY RD.<br>PORT TOWNSEND, WA 98368 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 386 | 000386 | SHEILA FAUTH<br>139 GREENBRIAR<br>KALISPELL, MT 59901 | 320.74 | 890.00 | 287.07 | 602.93 | 0.02121% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 7579 | 007582 | SHEILA H WINSTEAD<br>160 WINTERHAWK ST.<br>SEQUIN, WA 98382 | 673.67 | 1,869.31 | 602.94 | 1,266.37 | 0.04454% |
| 1510 | 001509 | SHEILA R. DAUT<br>20076 SINNES ROAD<br>MT. VERNON, WA 98274-7596 | 666.72 | 1,850.00 | 596.70 | 1,253.30 | 0.04408% |
| 14759 | 014765 | SHEILA S. DEFATTA<br>11835 MEADOWVIEW DRIVE<br>CYPRESS, TX 77429 | 1,292.50 | 3,586.41 | 1,156.77 | 2,429.64 | 0.08546% |
| 14378 | 014382 | SHEILA W. MATTHEWS<br>41 TURBATS CREEK RD<br>KENNEBUNKPORT, ME 04046 | 140.91 | 391.00 | 126.12 | 264.88 | 0.00932% |
| 8965 | 008968 | SHELBY C. CLODFELTER<br>2515 G MERRITT DRIVE<br>GREENSBORO, NC 27407 | 342.91 | 951.50 | 306.90 | 644.60 | 0.02267% |
| 5897 | 005899 | SHELIA L. KUCH<br>2214 S. AVENIDA GUILLERMO<br>TUCSON, AZ 85710 | 683.66 | 1,897.00 | 611.86 | 1,285.14 | 0.04520% |
| 3086 | 003086 | SHELLEY R. SHOPE<br>3430 CLARKS BRIDGE CROSSING<br>GAINESVILLE, GA 30506 | 321.10 | 891.00 | 287.39 | 603.61 | 0.02123% |
| 6467 | 006469 | SHELLEY SANDERS<br>1817 WINWAY DR<br>RALEIGH, NC 27610 | 449.64 | 845.23 | 0.00 | 845.23 | 0.02973% |
| 5037 | 005039 | SHELLY ELLIOTT<br>BOX 33<br>CALHOUN, MO 65323 | 142.89 | 396.48 | 127.88 | 268.60 | 0.00945% |
| 10126 | 010129 | SHERITA F YORK<br>6462 FM 2451<br>SCURRY, TX 75158 | 422.93 | 1,173.55 | 378.52 | 795.03 | 0.02796% |
| 2761 | 002761 | SHERRILL A. QUARTINI<br>564 MOUNTAIN MEADOWS COURT<br>FAIRFIELD, CA 94585 | 324.35 | 900.00 | 290.28 | 609.72 | 0.02145% |
| 1967 | 001967 | SHERRY A. GRANGER<br>9885 MULBERRY ROAD<br>NEOSHO, MO 64850 | 683.33 | 1,896.10 | 611.58 | 1,284.52 | 0.04518% |
| 6310 | 006312 | SHERRY L. MOLLMAN<br>P.O. BOX 532<br>SCRANTON, ND 58653 | 225.78 | 626.50 | 202.07 | 424.43 | 0.01493% |
| 299 | 000299 | SHERRY LAWSON<br>17289 CROSSVILLE HWY 70N.<br>MONTEREY, TN 38574 | 345.26 | 958.00 | 308.99 | 649.01 | 0.02283% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 2230 | 002230 | SHERRY S. PALMER<br>7004 EAST 160TH STREET<br>BELTON, MO 64012 | 314.07 | 871.48 | 281.09 | 590.39 | 0.02077% |
| 13004 | 013008 | SHERRYL A. KEITH<br>9768 FM 2578<br>TERRELL, TX 75160 | 313.42 | 869.69 | 280.52 | 589.17 | 0.02072% |
| 8190 | 008193 | SHERYL M. POOLER<br>115 RIDGEMONT DRIVE<br>FAYETTEVILLE, GA 30215 | 681.49 | 1,891.00 | 609.94 | 1,281.06 | 0.04506% |
| 5588 | 005590 | SHIH CHIANG HUANG<br>163 68TH STREET<br>BROOKLYN, NY 11220 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 3608 | 003608 | SHIH CHIN LIN<br>156-11 AGUILAR AVE APT. 6H<br>FLUSHING, NY 11367 | 1,212.70 | 3,365.00 | 1,085.36 | 2,279.64 | 0.08018% |
| 2995 | 002995 | SHIJUN CUI<br>16 BELLE TERRACE<br>BELLEVILLE, NJ 7109 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4042 | 004043 | SHIN LIN LU<br>40-09 147TH ST. APT 2<br>FLUSHING, NY 11354 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 3987 | 003987 | SHINYOUNG AHN<br>14477 ROOSEVELT AVE., APT. 3B<br>FLUSHING, NY 11354-6269 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 79 | 000079 | SHIOW L. CHAN<br>22 RUBENSTEIN ST. #C<br>STATEN ISLAND, NY 10305 | 288.31 | 800.00 | 258.03 | 541.97 | 0.01906% |
| 10375 | 010378 | SHIRLEY A. CRAWFORD<br>405 ELM TREE<br>JEFFERSON CITY, MO 65109 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 1515 | 001514 | SHIRLEY A. GILBERT<br>16784 BENNETT ROAD<br>MT VERNON, WA 98273 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 2243 | 002243 | SHIRLEY A. HIBDON SUMMER<br>9770 ESTATES DRIVE<br>VERSAILES, MO 65084-5029 | 991.07 | 2,750.00 | 886.99 | 1,863.01 | 0.06553% |
| 2912 | 002912 | SHIRLEY ANN MEJIA<br>3110 KELLY ROAD S.W.<br>ALBUQUERQUE, NM 87102 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 3867 | 003867 | SHIRLEY C. TSO<br>955 WATER STREET<br>PORT TOWNSENT, WA 98368 | 520.72 | 1,444.88 | 466.04 | 978.84 | 0.03443% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 6499 | 006501 | SHIRLEY D SELFRIDGE COOK MIZELL<br>1013 ORCHARD MILL ROAD<br>COTTENDALE, AL 35453 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2300 | 002300 | SHIRLEY FOX<br>2312 SUGAR MILL RD.<br>NEW IBERIA, LA 70563 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 244 | 000244 | SHIRLEY IBARA<br>2085 S. BREEZY PT. RD.<br>CAMANO ISLAND, WA 98292 | 682.14 | 1,892.80 | 610.51 | 1,282.29 | 0.04510% |
| 1223 | 001223 | SHIRLEY L. ZORTZ<br>207 WEST LINCOLN<br>FRONTENAC, KS 66763 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 4309 | 004311 | SHIRLEY M. GRATTO<br>110 BROOKFIELD DRIVE<br>NEWPORT NEWS, VA 23602 | 131.36 | 364.50 | 117.57 | 246.93 | 0.00869% |
| 3621 | 003621 | SHIRLEY P. BOLT<br>105 ANDREW DRIVE<br>SENECA, SC 29678 | 1,261.36 | 3,500.00 | 1,128.90 | 2,371.10 | 0.08340% |
| 5055 | 005057 | SHIRLEY WILLIAMS<br>529 MURRAY STREET<br>MARION, SC 29571 | 313.09 | 868.75 | 280.21 | 588.54 | 0.02070% |
| 12645 | 012649 | SHIRLITA MCFARLAND<br>2904 SLIPPERY ELM DR<br>RALEIGH, NC 27610 | 531.97 | 1,000.00 | 0.00 | 1,000.00 | 0.03517% |
| 13 | 000013 | SHIU YUEN TAM<br>22 RUBINSTEIN STREET APT. T1<br>STATEN ISLAND, NY 10305 | 205.42 | 570.00 | 183.85 | 386.15 | 0.01358% |
| 3629 | 003629 | SHIWEI YU<br>1 S. 445 ELM COURT<br>OAKBROOK, IL 60181 | 710.65 | 1,971.88 | 636.01 | 1,335.87 | 0.04699% |
| 7569 | 007572 | SHONNY K. NORDLUND<br>974 CASTLE BUTTE ROAD<br>LEWISTOWN, MT 59457 | 309.94 | 860.00 | 277.38 | 582.62 | 0.02049% |
| 8192 | 008195 | SHOUQI SHUI<br>67 CLAREMONT STREET<br>TORONTO, ON M6J 2M7<br>FOREIGN, FN 99999 | 144.15 | 400.00 | 129.02 | 270.98 | 0.00953% |
| 896 | 000896 | SHU NGOK NL. LIM<br>2250 27TH AVE.<br>SAN FRANCISCO, CA 94116 | 682.30 | 1,893.25 | 610.66 | 1,282.59 | 0.04511% |
| 7311 | 007313 | SHU WANG<br>13800 PARKCENTER LN., #738<br>TUSTIN, CA 92782 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |