| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 27 | 000027 | SHUHAI DING<br>22 RUBINSTEIN STREET APT D1<br>STATEN ISLAND, NY 10305 | 648.70 | 1,800.00 | 580.58 | 1,219.42 | 0.04289% |
| 619 | 000619 | SHUHSIEN W. BATAMO<br>5731 GULFTON DR. APT. #2631<br>HOUSTON, TX 77081 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 5124 | 005126 | SHUQIN LIU<br>3522 BEECH AVE. # C<br>BALTIMORE, MD 21211 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 3962 | 003962 | SHU-YI YANG<br>7 STONECUTTER COURT<br>NORTH POTOMAC, MD 20878 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 3893 | 003893 | SIEW S. TOH<br>135-17 38TH RD. #1B<br>FLUSHING, NY 11354 | 810.87 | 2,250.00 | 725.72 | 1,524.28 | 0.05361% |
| 2866 | 002866 | SIHONG MICHELLE WANG<br>136 CLARKEN DRIVE<br>WEST ORANGE, NJ 7052 | 288.58 | 800.76 | 258.28 | 542.48 | 0.01908% |
| 14888 | 014895 | SINDI K. CYSEWSKI<br>17115 102ND AVE. N.E.<br>BOTHELL, WA 98011 | 143.50 | 398.20 | 128.44 | 269.76 | 0.00949% |
| 247 | 000247 | SING W. PUN<br>62-54 97TH PL. APT 120<br>REGO PARK, NY 11374 | 322.48 | 894.80 | 288.61 | 606.19 | 0.02132% |
| 11354 | 011357 | SIU FONG CHAN<br>148-18 58TH AVE<br>FLUSHING, NY 11355 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 644 | 000644 | SIU YEE D'AMBROSIA<br>132 MYRTLE AVE. #7<br>FORT LEE, NJ 07024 | 312.09 | 866.00 | 279.34 | 586.66 | 0.02063% |
| 3819 | 003819 | SJOGREN EMILY<br>BOX 41 AUST STORE 1 MAIN ST.<br>BIG BEAVER, SK S0H0G0<br>FOREIGN, FN 99999 | 412.96 | 1,145.88 | 369.60 | 776.28 | 0.02730% |
| 2181 | 002181 | SMITH BRUNETTA D<br>6433 SO. STAPLES #106<br>CORPUS CHRISTI, TX 78413 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 13763 | 013767 | SMITH LINDA D<br>3000 RADIUM SPRINGS ROAD<br>ALBANY, GA 31705 | 726.61 | 2,016.20 | 650.31 | 1,365.89 | 0.04804% |
| 9891 | 009894 | SONDRA LOREE<br>10539 JONES RD SW<br>OLYMPIA, WA 98512 | 594.64 | 1,650.00 | 532.20 | 1,117.80 | 0.03932% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 11244 | 011247 | SONG HUA CHEN<br>36-55 MAIN STREET SUITE 201<br>FLUSHING, NY 11354 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 4051 | 004052 | SONG TIAN CHEN<br>14102 MAGNUS LN<br>HOUSTON, TX 77083 | 731.47 | 2,029.68 | 654.66 | 1,375.02 | 0.04836% |
| 2899 | 002899 | SONJA & DENNIS H DIEMERT<br>117 BOOTLEGGER TRAIL<br>GALATA, MT 59444 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1460 | 001459 | SONJA M. GILLESS<br>3110 S. 20TH STREET<br>COUNCIL BLUFFS, IA 51501 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 4354 | 004356 | SONYA CHIPPING<br>3728 BRINKLEY DRIVE<br>RALEIGH, NC 27604 | 1,409.52 | 2,649.62 | 0.00 | 2,649.62 | 0.09319% |
| 4724 | 004726 | SONYA D. HILL<br>4416-B BROCKTON DR.<br>RALEIGH, NC 27604 | 854.13 | 1,605.60 | 0.00 | 1,605.60 | 0.05647% |
| 14707 | 014713 | SONYA L. CARROLL<br>480 CAHABA SPRINGS DRIVE<br>TRUSSVILLE, AL 35173 | 756.81 | 2,100.00 | 677.34 | 1,422.66 | 0.05004% |
| 3276 | 003276 | SOPHIA WANG<br>1260 38TH AVENUE<br>SAN FRANCISCO, CA 94122 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 5704 | 005706 | SOU YING CHAN<br>1691 32ND AVENUE<br>SAN FRANCISCO, CA 94122 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 429 | 000429 | SPENCER C. LECRAW<br>459 MAY RIVER ROAD<br>BLUFFTON, SC 29910 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1001 | 001001 | SPERO VASILAKIS<br>2810 SW 87TH AVE<br>UNIT 901<br>DAVIE, FL 33328 | 380.72 | 1,056.42 | 340.75 | 715.67 | 0.02517% |
| 1625 | 001624 | SR. JAMES O. WARD<br>311 JONES BLUFF RD.<br>LONDESBORO, AL 36752 | 231.73 | 643.00 | 207.40 | 435.60 | 0.01532% |
| 553 | 000553 | STACEY L. KERR<br>1610 ST. HWY. ZZ<br>CLEVER, MO 65631 | 142.75 | 396.10 | 127.76 | 268.34 | 0.00944% |
| 8176 | 008179 | STACEY R. KUYKENDALL<br>5501 SHAW RD<br>TOLAR, TX 76476-5405 | 143.53 | 398.25 | 128.45 | 269.80 | 0.00949% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 11727 | 011730 | STACIE L FIGLER<br>6431 FOREST GLEN<br>VICTOR, NY 14564 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 5723 | 005725 | STACIE M. COLLINS<br>2925 MAIN ST BOX 26<br>BARNSTABLE, MA 2630 | 131.54 | 365.00 | 117.74 | 247.26 | 0.00870% |
| 4806 | 004808 | STACY A. BURNETT<br>12516 MUSTANG CIRCLE<br>FORNEY, TX 75126 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 10115 | 010118 | STACY HARRELSON<br>2600 OLD HWY 231 N<br>TROY, AL 36079 | 332.27 | 922.00 | 297.39 | 624.61 | 0.02197% |
| 5057 | 005059 | STACY HILLARD<br>205 WEDGEWOOD ARMS<br>GREENVILLE, NC 27258 | 313.09 | 868.75 | 280.21 | 588.54 | 0.02070% |
| 8731 | 008734 | STACY L. PUHL<br>148 WICK AVE.<br>HERMITAGE, PA 16148 | 322.91 | 896.00 | 288.99 | 607.01 | 0.02135% |
| 9500 | 009503 | STACY LOWERY<br>15090 EAST AVE.<br>OLLA, LA 71465 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1799 | 001799 | STANLEY J. NIERMEIER<br>1150 S. FRANKLIN AVE #24<br>COLBY, KS 67701 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 4721 | 004723 | STARK M. BRIDWELL<br>16 GOLDUST<br>BILLINGS, MT 59102 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 7781 | 007784 | STEFAN P. FLADT<br>2319 LOUISIANA AVENUE<br>LAFAYETTE, LA 70501 | 323.45 | 897.50 | 289.48 | 608.02 | 0.02139% |
| 12351 | 012355 | STEFONAY B. SINCLAIRE<br>3113 165TH AVE. SE<br>BELLEVUE, WA 98008-5724 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 190 | 000190 | STEINBERG & ASSOCIATES INC.<br>1141 SHERIDAM RD. 2ND FL.<br>ATLANTA, GA 30324 | 681.85 | 1,892.00 | 610.26 | 1,281.74 | 0.04508% |
| 3386 | 003386 | STELLA Y. CHAN<br>2543 39TH AVENUE<br>SAN FRANSISCO, CA 94116 | 315.01 | 874.10 | 281.94 | 592.16 | 0.02083% |
| 1912 | 001912 | STEPHANIE B. PAZICH<br>334 RIVER RD.<br>KINGSTON, TN 37763 | 103.16 | 286.25 | 92.33 | 193.92 | 0.00682% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 4817 | 004819 | STEPHANIE J. DUHON<br>363 HIGH HOPE ROAD<br>SULPHUR, LA 70663 | 684.20 | 1,898.50 | 612.35 | 1,286.15 | 0.04524% |
| 1330 | 001329 | STEPHANIE L. KINCAID<br>9219 DEERBRUSH CT. SE.<br>OLYMPIA, WA 98513 | 143.29 | 397.60 | 128.25 | 269.35 | 0.00947% |
| 2675 | 002675 | STEPHANIE M DAVIS<br>P.O. BOX 167<br>ROBERTA, GA 31078 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 14487 | 014491 | STEPHANIE S. GANT<br>RT. 1 BOX 16<br>ATHENS, LA 71003 | 313.90 | 871.00 | 280.94 | 590.06 | 0.02075% |
| 1188 | 001188 | STEPHEN A. BROWN<br>1427 JEFF DAVIS ROAD<br>THOMASTON, GA 30286 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 4484 | 004486 | STEPHEN K. LO<br>377 W. WOODRUFF AVE.<br>ARCADIA, CA 91007 | 80.89 | 224.46 | 72.40 | 152.06 | 0.00535% |
| 6440 | 006442 | STEPHEN L. FERGUSON<br>140 CAROL CT.<br>COLLINSVILLE, VA 24078 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 9418 | 009421 | STEPHEN R. EARNES<br>7394 GREENSBORO RD.<br>RIDGEWAY, VA 24148 | 680.96 | 1,889.50 | 609.44 | 1,280.06 | 0.04502% |
| 12867 | 012871 | STEVE ELLEDGE<br>1019 LAUREL AVENUE<br>DENHAM SPRINGS, LA 70726 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 3784 | 003784 | STEVE H SMITHMIER<br>4812 NE VIVION ROAD<br>KANSAS CITY, MO 64119 | 279.30 | 775.00 | 249.97 | 525.03 | 0.01847% |
| 2511 | 002511 | STEVE HEILBRUN<br>640 S W 139 TH ST<br>SEATTLE, WA 98166 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 4962 | 004964 | STEVE KUPLESKY<br>314 CHRISTINE LANE<br>SIMMESPORT, LA 71369-2256 | 682.21 | 1,893.00 | 610.58 | 1,282.42 | 0.04511% |
| 3544 | 003544 | STEVE L. CHENAULT<br>BOX 954<br>FORNEY, TX 75126 | 673.82 | 1,869.69 | 603.05 | 1,266.64 | 0.04455% |
| 13587 | 013591 | STEVE PURDY<br>P.O. BOX 5322<br>MARTINSVILLE, VA 24115 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 104 | 000104 | STEVE T MILLS<br>4708 ROSWELL ROAD<br>ATLANTA, GA 30342 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2930 | 002930 | STEVEN C. HUGHES<br>9031 BELLA VERDE CT.<br>MYRTLE BEACH, SC 29579 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 2497 | 002497 | STEVEN C. WOODS<br>12419 REED SIMPSON RD<br>NORTHPORT, AL 35475 | 323.63 | 898.00 | 289.64 | 608.36 | 0.02140% |
| 13942 | 013946 | STEVEN E. BAIRD<br>3955 96TH AVE S.E.<br>MERCER ISLAND, WA 98040 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 12352 | 012356 | STEVEN E. HAWKES<br>3113 165TH AVE. S.E.<br>BELLEVUE, WA 98008 | 95.87 | 266.00 | 85.79 | 180.21 | 0.00634% |
| 4942 | 004944 | STEVEN E. MELGREN<br>818 ROMINE RDG, APT. G<br>OSAGE CITY, KS 66523 | 639.69 | 1,775.00 | 572.51 | 1,202.49 | 0.04229% |
| 33 | 000033 | STEVEN E. STATON<br>7216 PRINCE WILBERT WAY<br>WEST CHESTER, OH 45069 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2864 | 002864 | STEVEN F. LAMONT<br>4024 WASHINGTON #209<br>KENOSHA, WI 53144 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 3640 | 003640 | STEVEN F. LEE<br>10415 CRANCHESTER WAY<br>ALPHARETTA, GA 30022 | 321.47 | 892.00 | 287.71 | 604.29 | 0.02125% |
| 1922 | 001922 | STEVEN L. FOX<br>906 6TH STREET<br>CLAY CENTER, KS 67543 | 810.87 | 2,250.00 | 725.72 | 1,524.28 | 0.05361% |
| 505 | 000505 | STEVEN M. GLEASON<br>1807 S.W. 365TH<br>FEDERAL WAY, WA 98023 | 495.03 | 1,373.60 | 443.04 | 930.56 | 0.03273% |
| 9205 | 009208 | STEVEN M. KING<br>193 COX CIRCLE<br>CANTON, GA 30114 | 286.51 | 795.00 | 256.42 | 538.58 | 0.01894% |
| 7237 | 007239 | STEVEN P. HILL<br>365 SOUTH WEISS CIRCLE<br>WASILLA, AK 99654 | 735.23 | 2,040.12 | 658.03 | 1,382.09 | 0.04861% |
| 470 | 000470 | STEVEN R. BARNES<br>1954 200TH AVE<br>MORLEY, MI 49336 | 292.46 | 811.50 | 261.74 | 549.76 | 0.01934% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 6783 | 006785 | STEVEN Y MA<br>5 HENLEY PLACE<br>TRENTON, NJ 08638 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 3315 | 003315 | STEWART M. HALL<br>891 KENT RD.<br>WAYNESBORO, VA 22980 | 720.77 | 2,000.00 | 645.09 | 1,354.91 | 0.04766% |
| 288 | 000288 | STEWART SYLVIA D.<br>753 HILLCREST DRIVE<br>STAUNTON, VA 24401 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 6266 | 006268 | ST-LAURENT CECILE<br>11285 YAMASKA<br>ST-HYACINTHE, PQ J2S8B1<br>FOREIGN, FN 99999 | 99.11 | 275.00 | 88.70 | 186.30 | 0.00655% |
| 3916 | 003916 | SUE A. COFFMAN<br>C/O SUDA VENTURES<br>14200 1ST AVE. S, #338<br>BURIEN, WA 98168 | 127.61 | 354.10 | 114.22 | 239.88 | 0.00844% |
| 4300 | 004302 | SUE C. HOLT<br>202 NOTTINGHAM WAY<br>GALAX, VA 24333 | 140.37 | 389.50 | 125.63 | 263.87 | 0.00928% |
| 11984 | 011988 | SUE R. BROWN<br>305 S. 13 TH<br>BOZEMAN, MT 59715 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3513 | 003513 | SUET LAN CHIN<br>134-27 MAPLE AVE. 2 FL<br>FLUSHING, NY 11355 | 309.94 | 860.00 | 277.38 | 582.62 | 0.02049% |
| 6524 | 006526 | SUEY FAN LOK<br>334 WILDE AVE.<br>SAN FRANCISCO, CA 94134 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 6526 | 006528 | SUEY HUNG SHEW<br>334 WILDE AVE.<br>SAN FRANCISCO, CA 94134 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 14106 | 014110 | SUKHJINDER SINGH<br>13023 S.E. 189 TH. CT. RENTON<br>RENTON, WA 98058 | 1,549.67 | 4,300.00 | 1,386.93 | 2,913.07 | 0.10246% |
| 7274 | 007276 | SUKHWINDER S. TAKHI<br>8275-132 A STREET<br>SURREY, BC V3W8Z5<br>FOREIGN, FN 99999 | 848.68 | 2,354.90 | 759.56 | 1,595.34 | 0.05611% |
| 12424 | 012428 | SULEMA ARGULLIN<br>1 1/2 MI N.<br>LOZANO, TX 78526 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 2560 | 002560 | SUN DEVELOPMENT CO.<br>3400 HOOVER ST.<br>REDWOOD CITY, CA 94063 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 918 | 000918 | SUNK SUM<br>43-16 BYRD STREET<br>FLUSHING, NY 11355 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 747 | 000747 | SUN-LYE KWAK<br>2814 PENOBSCOTT DR.<br>N CHARLESTON, SC 29420 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 7804 | 007807 | SUSAN A. CRAIN<br>3127 MCBRIDE STREET<br>BILLINGS, MT 59102-0320 | 771.23 | 2,140.00 | 690.24 | 1,449.76 | 0.05099% |
| 9434 | 009437 | SUSAN A. LEE<br>14909 HILLCREST ROAD<br>DALLAS, TX 75248-5535 | 936.98 | 1,895.00 | 133.67 | 1,761.33 | 0.06195% |
| 622 | 000622 | SUSAN B. DAVIS<br>910 SILVER CREEK CIRCLE<br>PRATTVILLE, AL 36066 | 684.01 | 1,898.00 | 612.19 | 1,285.81 | 0.04522% |
| 7698 | 007701 | SUSAN B. MIRE<br>3500 FREYOU RD.<br>NEW IBERIA, LA 70560 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 6435 | 006437 | SUSAN BEASLEY<br>3417 SONG SPARROW DR.<br>WAKE FOREST, NC 27587 | 690.54 | 1,298.08 | 0.00 | 1,298.08 | 0.04566% |
| 335 | 000335 | SUSAN C. MORAN<br>60 SAM DAVIS DRIVE<br>PERKINSTON, MS 39573 | 144.00 | 398.50 | 127.81 | 270.69 | 0.00952% |
| 7576 | 007579 | SUSAN CHUN WEI YONG FAN<br>2071 E. ALPINE MEADOWS CIRCLE<br>WALNUT, CA 91789-1276 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 6245 | 006247 | SUSAN D. HAWKE BREINING<br>2701 GOODWIN STREET<br>BUTTE, MT 59701 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2043 | 002043 | SUSAN D. PEPIN<br>873 WARWICK DR<br>PLANO, TX 75023 | 123.70 | 343.25 | 110.71 | 232.54 | 0.00818% |
| 8730 | 008733 | SUSAN E PUHL<br>148 WICK AVE<br>HERMITAGE, PA 16148 | 321.10 | 891.00 | 287.39 | 603.61 | 0.02123% |
| 2737 | 002737 | SUSAN F. SPILLMAN<br>6323 GABRIEL OAKS<br>BATON ROUGE, LA 70820 | 321.83 | 893.00 | 288.03 | 604.97 | 0.02128% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 9410 | 009413 | SUSAN GARCIA<br>1215 FAIRHAVEN DR.<br>MANSFIELD, TX 76063 | 117.13 | 325.00 | 104.82 | 220.18 | 0.00774% |
| 4249 | 004251 | SUSAN HANSON<br>10660 WALDO WILLIAMS ROAD<br>MISSOULA, MT 59808 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 7323 | 007325 | SUSAN HURLEY<br>3512-301 CUMBERLAND CREEK RD<br>RALEIGH, NC 27613 | 292.58 | 550.00 | 0.00 | 550.00 | 0.01934% |
| 5844 | 005846 | SUSAN I. WINDERS<br>503 S. WALKER ST.<br>COLUMBIA, SC 29205 | 100.01 | 277.50 | 89.50 | 188.00 | 0.00661% |
| 11052 | 011055 | SUSAN J. BECKETT<br>9920 97 ST BOX 396<br>WEMBLEY, AB T0H3S0<br>FOREIGN, FN 99999 | 371.38 | 1,030.50 | 332.38 | 698.12 | 0.02455% |
| 12068 | 012072 | SUSAN J. COTNER<br>414 NUGGET DRIVE<br>ROGUE RIVER, OR 97537 | 983.86 | 2,730.00 | 880.54 | 1,849.46 | 0.06505% |
| 12666 | 012670 | SUSAN J. HAGERMAN<br>24209 BOB WHITE LN<br>LESS SUMMIT, MO 64086-9456 | 683.39 | 1,896.25 | 611.62 | 1,284.63 | 0.04518% |
| 6525 | 006527 | SUSAN K. LEE<br>1656 SACRAMENTO ST.<br>SAN FRANCISCO, CA 94109 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 14321 | 014325 | SUSAN K. REED<br>25 BAINBRIDGE AVE.<br>HAMPTON, VA 23663 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 2989 | 002989 | SUSAN K. SKIDMORE<br>7075 S. CONIFER LN<br>HARRISON, ID 83833-8755 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 14416 | 014420 | SUSAN L. LEVITAN<br>24042 BESSEMER STREET<br>WOODLAND MILLS, CA 91637 | 682.30 | 1,893.25 | 610.66 | 1,282.59 | 0.04511% |
| 11047 | 011050 | SUSAN LAND<br>454 PASADENA PLACE<br>CORPUS CHRISTI, TX 78411 | 852.77 | 2,366.25 | 763.21 | 1,603.04 | 0.05638% |
| 6075 | 006077 | SUSAN M. BRUMFIELD<br>5216 TOBY LANE<br>KENNER, LA 70065 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 3418 | 003418 | SUSAN M. HAYS<br>3255 BERKLEY HILLS DRIVE EAST<br>SOUTHSIDE, AL 35907 | 124.33 | 345.00 | 111.28 | 233.72 | 0.00822% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 11192 | 011195 | SUSAN N. BANNER REEVER<br>2 BUSH CIRCLE<br>ALLEN, TX 75013-1547 | 648.70 | 1,800.00 | 580.57 | 1,219.43 | 0.04289% |
| 11722 | 011725 | SUSAN R. SIDES<br>2100 EMERYWOOD DRIVE<br>CHARLOTTE, NC 28210 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 5652 | 005654 | SUSAN S LIU<br>11823 BUSHMILLS RD<br>DALLAS, TX 75243 | 132.71 | 368.25 | 118.78 | 249.47 | 0.00877% |
| 3192 | 003192 | SUSAN S. ANDERSON<br>13803 GOODMAN<br>OVERLAND PARK, KS 66223 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 3358 | 003358 | SUSAN S. GREENE<br>112 SUNCREST DR<br>LA VERGNE, TN 37086 | 322.66 | 895.31 | 288.77 | 606.54 | 0.02133% |
| 1035 | 001035 | SUSAN SHAKESPEARE<br>4022 - 75TH STREET<br>LUBBOCK, TX 79423 | 378.41 | 1,050.00 | 338.67 | 711.33 | 0.02502% |
| 261 | 000261 | SUSAN TART<br>5936 BRIGHTON PLACE<br>NEW ORLEANS, LA 70131 | 184.52 | 511.99 | 165.13 | 346.86 | 0.01220% |
| 541 | 000541 | SUSAN WU<br>22 RUBENSTEIN STREET<br>STATEN ISLAND, NY 10305 | 288.31 | 800.00 | 258.04 | 541.96 | 0.01906% |
| 9732 | 009735 | SUSIE E. MORGAN<br>540 TENNESSEE STONE RD.<br>CROSSVILLE, TN 38555 | 389.98 | 1,082.12 | 349.03 | 733.09 | 0.02578% |
| 7046 | 007048 | SUYI CAO<br>825 STAFFORDSHIRE ROAD<br>COCKEYSVILLE, MD 210302926 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4065 | 004066 | SUZANNE M LENHART<br>7 HILLCREST DR<br>PONCA CITY, OK 74604 | 630.67 | 1,750.00 | 564.46 | 1,185.54 | 0.04170% |
| 9994 | 009997 | SUZETTE T. LEMIEUX<br>304 EAST 73RD STREET #2D<br>NEW YORK, NY 10021 | 141.72 | 393.25 | 126.84 | 266.41 | 0.00937% |
| 3189 | 003189 | SVETLANA YUKHANNOVA<br>147-01 77 RD.<br>FLUSHING, NY 11367 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1738 | 001738 | SYLVIA CHAN<br>1050 ARTHUR AVE.<br>SAN LEANDRO, CA 94577 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |