| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 4228 | 004230 | SYLVIA T. HUA<br>1280 PECOSWAY<br>SUNNYVALE, CA 94089 | 675.10 | 1,873.25 | 604.20 | 1,269.05 | 0.04464% |
| 243 | 000243 | TALLEY B. BONEY<br>2510 STONEHINGE DRIVE<br>CAYCE, SC 29033 | 670.32 | 1,860.00 | 599.93 | 1,260.07 | 0.04432% |
| 1419 | 001418 | TAMALA A. DAY BAUER<br>1016 CHALLENGER<br>LAKEWAY, TX 78734 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 3622 | 003622 | TAMARA GREEN-HAYES<br>3900 CASS COURT #1G<br>RALEIGH, NC 27613 | 675.19 | 1,269.23 | 0.00 | 1,269.23 | 0.04464% |
| 4079 | 004080 | TAMARA L. CHAPMAN<br>110 SOUTH OHIO<br>UTICA, KS 67584 | 673.45 | 1,868.68 | 602.73 | 1,265.95 | 0.04453% |
| 2757 | 002757 | TAMMIE R. GREEN<br>6400 STONEBROOK CIR.<br>PLANO, TX 75093 | 139.47 | 387.00 | 124.83 | 262.17 | 0.00922% |
| 3691 | 003691 | TAMMIE S. BROWN<br>1833 OLD RICHTON RD.<br>PETAL, MS 39465 | 152.98 | 424.50 | 136.92 | 287.58 | 0.01011% |
| 8151 | 008154 | TAMMY B PATTERSON<br>900 QUITMAN ST<br>RUSTON, LA 71270 | 372.10 | 1,032.50 | 333.03 | 699.47 | 0.02460% |
| 4087 | 004088 | TAMMY CRUMP<br>7329 BASSETT HALL CT.<br>RALEIGH, NC 27616 | 438.93 | 825.10 | 0.00 | 825.10 | 0.02902% |
| 6423 | 006425 | TAMMY E. SLOAN<br>7183 BROOKWOOD VALLEY CIR NE<br>ATLANTA, GA 30309 | 673.48 | 1,868.75 | 602.75 | 1,266.00 | 0.04453% |
| 3129 | 003129 | TAMMY F BABINEAUX<br>14865 TOWNE LAKE CIRCLE<br>ADDISON, TX 75001 | 450.48 | 1,250.00 | 403.18 | 846.82 | 0.02978% |
| 1621 | 001620 | TAMMY H. WEIGEL<br>1316 SCHWALLER AVENUE<br>HAYS, KS 67601 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 5864 | 005866 | TAMMY L. STANGELAND<br>BOX 232 HC67, HWY. 438<br>NASHUA, MT 59248 | 180.19 | 500.00 | 161.28 | 338.72 | 0.01191% |
| 5213 | 005215 | TAMMY LEE MANGUN<br>2200 NORTH I-35 #15<br>CARROLLTON, TX 75006 | 119.89 | 332.68 | 107.31 | 225.37 | 0.00793% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 2565 | 002565 | TAMMY S PIPPINS<br>620 EAST LEE ST<br>THOMASTON, GA 30286 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 14962 | 014969 | TANHUA DAO<br>6257 S JAMALLA CT.<br>ENGLEWOOD, CO 80111 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 13067 | 013071 | TAO BAI<br>493 2AVE APT 6#<br>NEW YORK, NY 10016 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 1525 | 001524 | TAO SHA<br>5772 GARDEN GROVE BLVD. SPC. 487<br>WESTMINISTER, CA 92683 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 5732 | 005734 | TARA L. BALCH<br>P O BOX 142<br>SILVER LAKE, KS 66539-0142 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 2778 | 002778 | TED H. NUMMY<br>P.O. BOX 114<br>NOTASULGA, AL 36866 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 2054 | 002054 | TED JW ROGERS<br>4802 LEGEND WELL<br>SAN ANTONIO, TX 78247 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 13818 | 013822 | TENA E. MEASLES-SCHWARZ<br>316 13TH ST.<br>HEMPSTEAD, TX 77445 | 143.52 | 398.25 | 128.46 | 269.79 | 0.00949% |
| 3298 | 003298 | TENA VERSLAND<br>430 SOUTH 7HT<br>LIVINGSTON PARK, MT 59047 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 4708 | 004710 | TERESA D. CORE<br>1309 STEWARTS GLEN CIRCLE<br>RALEIGH, NC 27615 | 223.43 | 420.00 | 0.00 | 420.00 | 0.01477% |
| 8990 | 008993 | TERESA J. FORD<br>19089 CARSON STREET<br>ELK RIVER, MN 55330 | 612.67 | 1,700.00 | 548.31 | 1,151.69 | 0.04051% |
| 11446 | 011449 | TERESA L. WELLS<br>5222 CATSKILLS<br>WICHITA, TX 76310 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 9668 | 009671 | TERESA M JONES<br>SOUTH BENCH ROAD<br>HINSDALE, MT 59241 | 396.43 | 1,100.00 | 354.80 | 745.20 | 0.02621% |
| 1279 | 001278 | TERI T. WHITTINGTON<br>265 ELDORADO #1400<br>WEBSTER, TX 77598 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 4917 | 004919 | TERRIE HUTSON<br>405 BOLERO COURT<br>RUNAWAY BAY, TX 76426 | 391.70 | 1,086.89 | 350.57 | 736.32 | 0.02590% |
| 12842 | 012846 | TERRY B. MARTINEZ<br>11924 BADGER DR.<br>BALCH SPRINGS, TX 75180 | 682.30 | 1,893.25 | 610.66 | 1,282.59 | 0.04511% |
| 6992 | 006994 | TERRY D. BALLARD<br>1038 S. PITT<br>OLATHE, KS 66061 | 134.80 | 374.06 | 120.66 | 253.40 | 0.00891% |
| 819 | 000819 | TERRY E. ROBERTS<br>22712 GREENCLIFF DR.<br>DENHAM SPRINGS, LA 70726-7331 | 684.20 | 1,898.50 | 612.35 | 1,286.15 | 0.04524% |
| 5608 | 005610 | TERRY L. OTT<br>7777 HIGHLINE ROAD<br>MANHATTAN, MT 59741-8560 | 699.42 | 1,940.75 | 625.98 | 1,314.77 | 0.04624% |
| 586 | 000586 | TERRY W. RIDENHOUR<br>212 CAMDEN COURT<br>LEXINGTON, SC 29072 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2326 | 002326 | TESS J. FORNANDER<br>5011 QUAIL RIDGE DRIVE<br>MCKINNEY, TX 75070 | 791.30 | 2,195.69 | 708.20 | 1,487.49 | 0.05232% |
| 1524 | 001523 | TESSIE C HOFFPAUIR<br>207 SANDALWOOD DRIVE<br>LAFAYETTE, LA 70507 | 720.77 | 2,000.00 | 645.09 | 1,354.91 | 0.04766% |
| 11793 | 011796 | THANE C HISAW<br>1245 SW GROVER #202<br>PORTLAND, OR 97201 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2162 | 002162 | THAT HA<br>3433 CHARLOTTE AVE.<br>ROSEMEAD, CA 91770 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1920 | 001920 | THERESA A. JOHNSON<br>30250 NORTH HWY 281<br>PRATT, KS 67124 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 4186 | 004188 | THERESA MICHALSKI<br>25467 YOUNTVILLE<br>LAKE FOREST, CA 92630 | 141.55 | 392.75 | 126.67 | 266.08 | 0.00936% |
| 1466 | 001465 | THERON W. SIMMS JR.<br>1241 FLORIDA<br>CORPUS CHRISTI, TX 78404 | 312.72 | 867.75 | 279.89 | 587.86 | 0.02068% |
| 557 | 000557 | THOMAS B. WHEELER<br>111 EUGENIA AVE.<br>HODGENVILLE, KY 42748 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 4403 | 004405 | THOMAS C. PICCIANO<br>205 5TH STREET<br>BARNEGAT, NJ 8005 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 12760 | 012764 | THOMAS E. GRANDBERRY<br>1213 SOUTH PETTY STREET<br>DOTHAN, AL 36301 | 673.75 | 1,869.50 | 602.99 | 1,266.51 | 0.04455% |
| 1099 | 001099 | THOMAS F. CAREY<br>7 CALLE VISTAMAR<br>CAMUY, PR 00627-2163 | 320.74 | 890.00 | 287.08 | 602.92 | 0.02121% |
| 749 | 000749 | THOMAS F. KNAGGS<br>2814 PENOBSCOTT DR.<br>N CHARLESTON, SC 29420 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 8775 | 008778 | THOMAS ISAF<br>8592 ROSWELL ROAD<br>ATLANTA, GA 30350 | 663.11 | 1,840.00 | 593.48 | 1,246.52 | 0.04384% |
| 723 | 000723 | THOMAS J WOODLEY<br>1403 N. NASH ST.<br>ARLINGTON, VA 22209-3609 | 756.81 | 2,100.00 | 677.34 | 1,422.66 | 0.05004% |
| 334 | 000334 | THOMAS J. QUELET<br>15140 HARBOUR ISLE DRIVE #302<br>FORT MYERS, FL 33908 | 728.48 | 2,016.00 | 646.60 | 1,369.40 | 0.04816% |
| 1058 | 001058 | THOMAS L. RAMSBACHER<br>P.O. BOX 98<br>FORT PECK, MT 59223 | 837.79 | 2,324.69 | 749.81 | 1,574.88 | 0.05539% |
| 5928 | 005930 | THOMAS M. O'TOOLE<br>3433 BRUCE RIDGE<br>CLOVER, SC 29710 | 141.27 | 392.00 | 126.44 | 265.56 | 0.00934% |
| 5938 | 005940 | THOMAS M. O'TOOLE<br>3433 BRUCE RIDGE<br>CLOVER, SC 29710 | 684.74 | 1,900.00 | 612.83 | 1,287.17 | 0.04527% |
| 1490 | 001489 | THOMAS P. SEVERT<br>6718 HEATHERWOOD LANE<br>CHARLOTTE, NC 28227 | 664.74 | 1,844.50 | 594.93 | 1,249.57 | 0.04395% |
| 5734 | 005736 | THOMAS SHEA<br>121 CORK ALLEY<br>MADISON, AL 35758 | 682.21 | 1,893.00 | 610.58 | 1,282.42 | 0.04511% |
| 2798 | 002798 | THOMAS V TOWNSEND JR.<br>5715 87TH ST.<br>LUBBOCK, TX 79424 | 684.11 | 1,898.25 | 612.27 | 1,285.98 | 0.04523% |
| 9465 | 009468 | TIA L. BRELAND<br>70185 ELEVENTH STREET<br>ABITA SPRINGS, LA 70420 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 23 | 000023 | TIAN ZHENG SONG<br>22 RUBINSTEIN ST APT 51<br>STATEN ISLAND, NY 10305 | 288.31 | 800.00 | 258.04 | 541.96 | 0.01906% |
| 1081 | 001081 | TIFFANY A. BRADSHAW<br>213 W. CANVILLE<br>ERIE, KS 66733 | 233.17 | 647.00 | 208.69 | 438.31 | 0.01542% |
| 12897 | 012901 | TIFFANY M ALDRETE<br>C/O DIANE HALL<br>417 PANAY AVENUE<br>NAPLES, FL 34113 | 95.50 | 265.00 | 85.48 | 179.52 | 0.00631% |
| 7215 | 007217 | TIFFANY M. LI<br>4519 ASTER LANE<br>GREAT NECK, NY 11020 | 682.30 | 1,893.25 | 610.66 | 1,282.59 | 0.04511% |
| 3488 | 003488 | TIFFANY S. ABERNATHY<br>2343 BARWYN PLACE NORTH<br>CORDOVA, TN 38018 | 342.74 | 951.03 | 306.74 | 644.29 | 0.02266% |
| 4226 | 004228 | TIM A. BUTLER<br>185 CO ROAD 1393<br>FALKVILLE, AL 35622 | 551.76 | 1,531.00 | 493.81 | 1,037.19 | 0.03648% |
| 7748 | 007751 | TIM A. OLSEN<br>241 SAM BECK RD.<br>DEER LODGE, MT 59722 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 10754 | 010757 | TIM D. BRYANT<br>1324 PRUITT HILL DRIVE #304<br>NACOGDOCHES, TX 75961 | 314.71 | 873.25 | 281.66 | 591.59 | 0.02081% |
| 3846 | 003846 | TIM D. LOVING<br>13097 PULVER RD.<br>MOUNT VERNON, WA 98273 | 684.30 | 1,898.80 | 612.45 | 1,286.35 | 0.04524% |
| 10415 | 010418 | TIM DAVIS<br>1745 PARKSIDE PLACE<br>IMPERIAL, MO 63052 | 797.24 | 2,212.17 | 713.52 | 1,498.65 | 0.05271% |
| 133 | 000133 | TIM M CONNORS<br>E 7522 MARIETTA<br>SPOKANE, WA 99212 | 684.74 | 1,900.00 | 612.83 | 1,287.17 | 0.04527% |
| 1504 | 001503 | TIM M. DENNY<br>RT.#1 BOX 206<br>PILOT MOUNTAIN, NC 27041 | 299.12 | 830.00 | 267.72 | 562.28 | 0.01978% |
| 1632 | 001631 | TIM XIN WANG<br>14-D CEDAR LANE<br>HIGHLAND PARK, NJ 08904 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 11214 | 011217 | TIMMOTHY J. CONWAY<br>2534 S. RIDGE<br>HELENA, MT 59601 | 140.55 | 390.00 | 125.79 | 264.21 | 0.00929% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 5719 | 005721 | TIMOTHY C MEADOR<br>184 CRYSTAL LANE<br>RALEY, LA 70657 | 323.72 | 898.25 | 289.72 | 608.53 | 0.02140% |
| 1790 | 001790 | TIMOTHY D. SCHWARZ<br>2201 N FAYETTEVILLE ST<br>ASHEBORO, NC 27203-3218 | 671.94 | 1,864.50 | 601.38 | 1,263.12 | 0.04443% |
| 2698 | 002698 | TIMOTHY G. WALKER<br>210-C NORTH CHURCH ROAD<br>ANDERSON, SC 29621 | 132.89 | 368.75 | 118.94 | 249.81 | 0.00879% |
| 5854 | 005856 | TIMOTHY L. FEW<br>239 SLEEPING HILLS FARM RD.<br>MARTINSVILLE, VA 24112 | 747.28 | 2,073.54 | 668.80 | 1,404.74 | 0.04941% |
| 5784 | 005786 | TIMOTHY M. WAGNER<br>C/O JUANITA S. GATCH<br>128-C ASHLEY VILLA CIRCLE<br>CHARLESTON, SC 29414 | 90.09 | 250.00 | 80.64 | 169.36 | 0.00596% |
| 11764 | 011767 | TIMOTHY N. EANES<br>PO BOX 139<br>RIDGEWAY, VA 24148 | 140.37 | 389.50 | 125.63 | 263.87 | 0.00928% |
| 5561 | 005563 | TIMOTHY W. HUBER<br>240 S. CEDAR ST.<br>BELLE PLAIN, MN 56011 | 1,027.11 | 2,850.00 | 919.24 | 1,930.76 | 0.06791% |
| 314 | 000314 | TINA CHANG<br>14118 EDINBURGH CT.<br>HOUSTON, TX 77077 | 682.40 | 1,893.50 | 610.73 | 1,282.77 | 0.04512% |
| 12344 | 012348 | TINA F. SPERIN JORDAN<br>P. O. BOX 303<br>BALL GROUND, GA 30107 | 674.28 | 1,871.00 | 603.48 | 1,267.52 | 0.04458% |
| 12486 | 012490 | TINA JO BROWN<br>12 OAK STREET<br>MANCHESER, GA 31816 | 673.75 | 1,869.50 | 602.99 | 1,266.51 | 0.04455% |
| 869 | 000869 | TINA M ZELLNER<br>105 DUBLIN COURT<br>SLIDELL, LA 70461 | 321.65 | 892.50 | 287.87 | 604.63 | 0.02127% |
| 1487 | 001486 | TINA M. WILLIAMS<br>P.O. BOX 271062<br>CORPUS CHRISTI, TX 78427 | 321.10 | 891.00 | 287.39 | 603.61 | 0.02123% |
| 9997 | 010000 | TINA M. WONG<br>925 MENLO PARK RD.<br>HELENA, MT 59602 | 320.75 | 890.00 | 287.06 | 602.94 | 0.02121% |
| 1881 | 001881 | TING LI<br>454 CLIPPER<br>SAN FRANCISCO, CA 94114 | 310.61 | 861.88 | 277.99 | 583.89 | 0.02054% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 8301 | 008304 | TING LONG LIN<br>65-15 170 ST.<br>FRESH MEADOWS, NY 11365 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 5043 | 005045 | TOBY KANDIES<br>116 NORWOOD ST.<br>FUQUAY VARINA, NC 27526 | 521.75 | 980.78 | 0.00 | 980.78 | 0.03450% |
| 7915 | 007918 | TODD B AMMANN<br>95 PALLISER WAY NE<br>MEDICINE HAT, AB T1C1R5<br>CANADA | 533.37 | 1,480.00 | 477.37 | 1,002.63 | 0.03526% |
| 4333 | 004335 | TODD W. BARNES<br>P. O. 3615<br>MARTINSVILLE, VA 24112 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 5995 | 005997 | TOM & JUNE BOJE<br>610 S. ROSSER<br>GLENDIVE, MT 59330 | 138.75 | 385.00 | 124.18 | 260.82 | 0.00917% |
| 14504 | 014508 | TOMMEE C. CALDWELL<br>1953 DANIEL STREET<br>ARCADIA, LA 71001 | 681.49 | 1,891.00 | 609.93 | 1,281.07 | 0.04506% |
| 4204 | 004206 | TOMMY R. HOLBROOK<br>4823 BAKER PLANTATION DR.<br>ACWORTH, GA 30101 | 320.75 | 890.00 | 287.06 | 602.94 | 0.02121% |
| 1648 | 001647 | TONG QIANG<br>1742 SANTA YSABELA DR<br>ROWLAND HEIGHTS, CA 91748 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4831 | 004833 | TONG-SHUAI ZHANG<br>955 WATER ST.<br>PORT TOWNSEND, WA 98368 | 321.80 | 892.90 | 287.99 | 604.91 | 0.02128% |
| 491 | 000491 | TONGYING LU<br>61-34 220 ST. 1ST. BAYSIDE<br>NEW YORK, NY 11364 | 21.35 | 59.24 | 19.11 | 40.13 | 0.00141% |
| 1427 | 001426 | TONY JUDY<br>6456 S HIGHLAND AVE<br>HILLSDALE, IN 47854 | 154.52 | 428.75 | 138.28 | 290.47 | 0.01022% |
| 8755 | 008758 | TONYA L. CROW<br>111 GLEN ABBEY WAY<br>ALABASTER, AL 35007 | 869.25 | 2,412.00 | 777.98 | 1,634.02 | 0.05747% |
| 13263 | 013267 | TONYA M BOREN<br>10419 90TH STREET SW<br>TACOMA, WA 98498 | 1,549.67 | 4,300.00 | 1,386.94 | 2,913.06 | 0.10246% |
| 2641 | 002641 | TONYA R. GRULLON<br>3990 BIRCHWOOD COVE<br>DECATUR, GA 30034 | 321.10 | 891.00 | 287.39 | 603.61 | 0.02123% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 5877 | 005879 | TOTAL FABRIC CARE INC.<br>15668 80A AVE.<br>SURREY, BC V3S8G2<br>FOREIGN, FN 99999 | 1,273.49 | 3,533.68 | 1,139.77 | 2,393.91 | 0.08420% |
| 7452 | 007455 | TRACEY R ARNOLD<br>227 GREENWOOD AVE<br>BILLINGS, MT 59101 | 318.94 | 885.00 | 285.46 | 599.54 | 0.02109% |
| 10652 | 010655 | TRACI A. DAVIS<br>PO BOX 1334<br>BOYD, TX 76023 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 13838 | 013842 | TRACIE WILSON KING<br>1245 THEODORE COX CIRCLE<br>CANTON, GA 30114 | 673.92 | 1,870.00 | 603.16 | 1,266.84 | 0.04456% |
| 1465 | 001464 | TRACY E. RUSH<br>6700 ROSEBUD DR.<br>ROWLETT, TX 75088 | 180.19 | 500.00 | 161.27 | 338.73 | 0.01191% |
| 8240 | 008243 | TRACY L. NISBETT RODARTE<br>28134 EVELYN DRIVE<br>LACOMBE, LOUISIANA 70445 | 779.07 | 2,161.77 | 697.28 | 1,464.49 | 0.05151% |
| 6460 | 006462 | TRAN K. DAIGLE<br>126 WILD IRIS DR.<br>EVANGELINE, LA 70537 | 141.99 | 394.00 | 127.08 | 266.92 | 0.00939% |
| 14390 | 014394 | TRAVIS WEBB<br>238 SHADE MURPHY ROAD<br>MOULTRIE, GA 31768 | 673.74 | 1,869.50 | 603.00 | 1,266.50 | 0.04455% |
| 13021 | 013025 | TREASURE STINE<br>9768 FM 2578<br>TERRELL, TX 75160 | 313.42 | 869.69 | 280.52 | 589.17 | 0.02072% |
| 5967 | 005969 | TREVOR T GROVER<br>9 WARREN STREET<br>RUSHVILLE, NY 14544 | 321.47 | 892.00 | 287.71 | 604.29 | 0.02125% |
| 7099 | 007101 | TRICIA M. HARMON<br>1548 SHARON RD.<br>WINSTON-SALEM, NC 27103 | 144.52 | 401.00 | 129.34 | 271.66 | 0.00955% |
| 13070 | 013074 | TRINA B. FORSEY<br>3509 RAVALLI<br>BOZEMAN, MT 59718 | 490.13 | 1,360.00 | 438.66 | 921.34 | 0.03241% |
| 11884 | 011887 | TRISH C. TAYLOR<br>P.O. BOX 734<br>RUSTON, LA 71273 | 379.09 | 1,051.90 | 339.28 | 712.62 | 0.02506% |
| 3551 | 003551 | TRISTA PALMER<br>6300-138 CREEDMOOR ROAD #211<br>RALEIGH, NC 27612 | 900.26 | 1,692.31 | 0.00 | 1,692.31 | 0.05952% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 191 | 000191 | TROY A. WRIGHT<br>4609 RIMROCK TRAIL<br>AUSTIN, TX 78723 | 1,099.18 | 3,050.00 | 983.76 | 2,066.24 | 0.07267% |
| 5730 | 005732 | TROY COLLINS<br>2925 MAIN ST.<br>BARNSTABLE, MA 2630 | 131.54 | 365.00 | 117.74 | 247.26 | 0.00870% |
| 2347 | 002347 | TROY E. SPILLER<br>3550 WATERMELON RD APT. 30-F<br>NORTHPORT, AL 35403 | 684.01 | 1,898.00 | 612.19 | 1,285.81 | 0.04522% |
| 9659 | 009662 | TROY R SCHOCK<br>3805 SLALOM DR. #298<br>BILLINGS, MT 59102 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 350 | 000350 | TROY R. SPENCER<br>1120 NASA RD. ONE STE. #610<br>HOUSTON, TX 77058 | 133.34 | 370.00 | 119.34 | 250.66 | 0.00882% |
| 13484 | 013488 | TRUDY A. CHARLES<br>604 G.C CHANEY<br>LAKE ARTHUR, LA 70549 | 720.77 | 2,000.00 | 645.09 | 1,354.91 | 0.04766% |
| 13940 | 013944 | TSAIBAO CHENG<br>78 MOHAWK TRAIL<br>GREENFIELD, MA 1301 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 676 | 000676 | TSUI H. WONG-NG<br>31 DAVIS STREET<br>WOLLASTON, MA 2170 | 630.67 | 1,750.00 | 564.46 | 1,185.54 | 0.04170% |
| 14979 | 014986 | TUAN V. DIEP<br>11915 EAST FORD DR.<br>AURORA, CO 80012 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 1249 | 001249 | TWANNA K. HUKILL<br>2409 ROYAL<br>GARLAND, TX 75041 | 313.42 | 869.68 | 280.51 | 589.17 | 0.02072% |
| 3998 | 003998 | TY C. BODIFORD<br>126 CHASEY DRIVE<br>BONNEAU, SC 29431 | 673.48 | 1,868.75 | 602.75 | 1,266.00 | 0.04453% |
| 13337 | 013341 | UNWANA O. OKON<br>8823 WHEELTON ROAD<br>ELK GROVE, CA 95624 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1418 | 001417 | URSULA M. JOHANNESEN<br>1213 PONDEROSA DR.<br>VALDOSTA, GA 31601 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 14207 | 014211 | VALERIA M. NIESSNER<br>3823 SODOM HUTCHINGS RD, N.E<br>CORTLAND, OH 44410 | 484.72 | 1,345.00 | 433.82 | 911.18 | 0.03205% |