| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 3338 | 003338 | VALERIE BISBEY<br>31698 S. SKAGIT HWY<br>SEDRO WOOLLEY, WA 98284 | 361.35 | 1,000.00 | 320.74 | 679.26 | 0.02389% |
| 12343 | 012347 | VALERIE L. COOK<br>54322 FORTNER ROAD<br>DARRINGTON, WA 98241 | 682.14 | 1,892.80 | 610.51 | 1,282.29 | 0.04510% |
| 1291 | 001290 | VALERIE T. BURROWS<br>P.O.BOX 64<br>WEST KENNEBUNK, ME 04094 | 683.29 | 1,896.00 | 611.55 | 1,284.45 | 0.04518% |
| 1759 | 001759 | VALORIE SNYDER<br>1885 N 1050 W<br>KEMPTON, IN 46049 | 773.48 | 2,146.25 | 692.26 | 1,453.99 | 0.05114% |
| 2323 | 002323 | VANCIL PAMELA A.<br>11069 CHATEAU CHURA DRIVE<br>SUNSET HILLS, MO 63128 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 6712 | 006714 | VANESSA B. WILSON<br>5169 ARTESIAN SPRING DRIVE<br>FLOWERY BRANCH, GA 30542 | 681.85 | 1,892.00 | 610.25 | 1,281.75 | 0.04508% |
| 5920 | 005922 | VANESSA G. RIVERS<br>1424 NORTH 55TH STREET<br>PHILADELPHIA, PA 19141 | 288.31 | 800.00 | 258.03 | 541.97 | 0.01906% |
| 1182 | 001182 | VELMA J. HINTON<br>441 RIVER ROAD<br>THOMASTON, GA 30286 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 8805 | 008808 | VENTURELLA ALEEN<br>12000 FARLEY<br>OVERLAND PARK, KS 66213 | 593.23 | 1,646.10 | 530.94 | 1,115.16 | 0.03922% |
| 8936 | 008939 | VERA J. EKLUND<br>162 S. SIMPSON ROAD<br>SALINA, KS 67401 | 133.67 | 370.90 | 119.63 | 251.27 | 0.00884% |
| 13795 | 013799 | VERA YING WANG<br>414 SOUTH. MURPHY AVE<br>SUNNYVALE, CA 94086 | 728.90 | 2,022.54 | 652.35 | 1,370.19 | 0.04819% |
| 900 | 000900 | VERNIE H. SMITH<br>RT 98 #10747<br>EDINBORO, PA 16412 | 271.01 | 750.00 | 240.56 | 509.44 | 0.01792% |
| 11211 | 011214 | VERNON P. DEADMOND<br>89 OLD ALHAMBRA RD.<br>CLANCY, MT 59634 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4248 | 004250 | VERONICA GIST<br>1008 AMANDA LANE<br>ANGIER, NC 27501 | 438.86 | 824.96 | 0.00 | 824.96 | 0.02902% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 5699 | 005701 | VI K. MEIER<br>10050 N.W. HWY 24 #4<br>SILVER LAKE, KS 66539 | 99.10 | 275.00 | 88.71 | 186.29 | 0.00655% |
| 5685 | 005687 | VIC P. MENDE<br>1987 QUAIL HOLLOW ROAD<br>MORRISTOWN, TN 37814 | 321.92 | 893.25 | 288.11 | 605.14 | 0.02128% |
| 2512 | 002512 | VICKI HEILBRUN<br>640 SW 139TH ST<br>SEATTLE, WA 98166 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 8929 | 008932 | VICKIE GARRETT<br>11053 FM 3326<br>HAWLEY, TX 79525 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 3906 | 003906 | VICKIE J. COUGHLIN<br>600 WEST 4TH<br>ANACONDA, MT 59711 | 318.94 | 885.00 | 285.45 | 599.55 | 0.02109% |
| 3541 | 003541 | VICKIE L. METSKER<br>51 BELL RAPIDS RD.<br>HAGERMAN, ID 83332 | 140.12 | 388.80 | 125.40 | 263.40 | 0.00926% |
| 4039 | 004040 | VICTOR ANDERSON<br>516 E MAIN<br>WHT SULPHUR SPR, MT 59645 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 3744 | 003744 | VICTOR PALMER<br>6300-138 CREEDMOOR RD., #211<br>RALEIGH, NC 27612 | 758.06 | 1,425.00 | 0.00 | 1,425.00 | 0.05012% |
| 5226 | 005228 | VICTOR SHIN-SING SIT<br>4242 GLEANE ST.<br>ELMHURST, NY 11373 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1322 | 001321 | VICTORIA A. SEARLES<br>515 GRAND AVE APT# A<br>ENGLEWOOD, NJ 07631 | 885.12 | 2,456.00 | 792.16 | 1,663.84 | 0.05852% |
| 10851 | 010854 | VICTORIA J. SCOTT<br>2913E 3600N TRLR 43<br>TWIN FALLS, ID 83301 | 320.75 | 890.00 | 287.06 | 602.94 | 0.02121% |
| 2131 | 002131 | VICTORIA V. RAMIREZ<br>2814 N. WASHINGTON AVE.<br>ODESSA, TX 79764 | 162.11 | 449.81 | 145.08 | 304.73 | 0.01072% |
| 3959 | 003959 | VICTORIA W. CHANG<br>861 TICONDEROGA DR<br>SUNNYVALE, CA 94087-2250 | 709.76 | 1,969.43 | 635.23 | 1,334.20 | 0.04693% |
| 12024 | 012028 | VIJAY NAIR<br>10446 MCHENNAN PLACE<br>RICHMOND, BC V6X 3G6<br>CANADA | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 3840 | 003840 | VIKKY SHOLLEY<br>127 PLANE TREET LANE<br>CARY, NC 27511 | 802.88 | 2,227.82 | 718.56 | 1,509.26 | 0.05308% |
| 798 | 000798 | VINCENT R. POLIZZI<br>5421 REBECCA BLVD.<br>KENNER, LA 70065 | 321.10 | 891.00 | 287.39 | 603.61 | 0.02123% |
| 4343 | 004345 | VINCENT W. FLATRUD<br>263 4TH AVE. NW<br>SWIFT CURRENT, SK S9H0T8<br>FOREIGN, FN 99999 | 52.98 | 147.00 | 47.41 | 99.59 | 0.00350% |
| 7545 | 007548 | VIOLA SPELLER<br>C/O HAL KEARNEY<br>1127 HAL'S WAY<br>FRANKLINTON, NC 27525 | 265.99 | 500.00 | 0.00 | 500.00 | 0.01759% |
| 1700 | 001700 | VIRGIL D. HEMEL<br>925 WEST FIFTH<br>COLBY, KS 67701 | 133.14 | 369.43 | 119.16 | 250.27 | 0.00880% |
| 11640 | 011643 | VIRGIL J.C. OVERTON<br>2600 GEORGIA LANE<br>FULTONDALE, AL 35068 | 682.21 | 1,893.00 | 610.58 | 1,282.42 | 0.04511% |
| 2552 | 002552 | VIRGINIA G. MAGISTRO HEATH<br>527 HIGHWAY 50 W<br>CENTERVILLE, TN 37033-4924 | 682.30 | 1,893.25 | 610.66 | 1,282.59 | 0.04511% |
| 11369 | 011372 | VIRGINIA H. HARDY<br>6020 HEARTFORD CIRCLE<br>ROSWELL, GA 30075 | 681.85 | 1,892.00 | 610.25 | 1,281.75 | 0.04508% |
| 14954 | 014961 | VIRGINIA J CARR<br>4946 WILSON SHARPSVILLE RD NE<br>FOWLER, OH 44418 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 7000 | 007002 | VIRGINIA L. NEWBERRY<br>4519 KEVIN DR.<br>BAKERSFIELD, CA 93308 | 450.48 | 1,250.00 | 403.18 | 846.82 | 0.02978% |
| 997 | 000997 | VIVIAN INMAN<br>9875 SEACREST LANE<br>BOW, WA 98232 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 870 | 000870 | VIVIAN K HO<br>535 PIERCE STREET, UNIT 3311<br>ALBANY, CA 94706 | 361.88 | 1,004.14 | 323.88 | 680.26 | 0.02393% |
| 6922 | 006924 | VIVIAN S CONNELL<br>C/O HARRY S CONNELL<br>7804 HWY 362<br>CONCORD, GA 30206 | 322.90 | 896.00 | 289.01 | 606.99 | 0.02135% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 13338 | 013342 | VONDA M. PRINTZ<br>5215 ROYAL PARKWAY<br>FRIENDSWOOD, TX 77546 | 429.67 | 869.00 | 61.30 | 807.70 | 0.02841% |
| 2202 | 002202 | WADE F. KELLER<br>6100 WHITE HOUSE PKWY<br>WARM SPRINGS, GA 31830 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 6510 | 006512 | WAI F. CHENG-SHIT<br>1604 144TH AVE. SE<br>BELLEVUE, WA 98007 | 684.24 | 1,898.60 | 612.37 | 1,286.23 | 0.04524% |
| 1162 | 001162 | WAI H LEUNG<br>562 41ST AVENUE<br>SAN FRANCISCO, CA 94121 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2357 | 002357 | WAI WA CHOU<br>515 GELBERT BLVD.<br>DALY CITY, CA 94015 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 4698 | 004700 | WAI YEE LI<br>1133 KELVIN RD.<br>EL SOBRANTE, CA 94803 | 560.60 | 1,555.55 | 501.73 | 1,053.82 | 0.03707% |
| 11300 | 011303 | WALTER E. DEWATER<br>22980 APPLE LANE<br>SEDRO WOOLLEY, WA 98284 | 219.11 | 608.00 | 196.11 | 411.89 | 0.01449% |
| 7417 | 007419 | WALTER P.[DUSTY] GANN<br>5119 INLET DR.<br>WICHITA FALLS, TX 76310 | 746.81 | 2,072.25 | 668.39 | 1,403.86 | 0.04938% |
| 2533 | 002533 | WANDA F. FIELDS<br>P. O. BOX 761<br>TIPTON, MO 65081-0761 | 720.77 | 2,000.00 | 645.09 | 1,354.91 | 0.04766% |
| 5545 | 005547 | WANDA L. CLEVELAND<br>3802 JAMES ST. RD. #66<br>BELLINGHAM, WA 98226 | 414.50 | 1,150.14 | 370.97 | 779.17 | 0.02741% |
| 7448 | 007451 | WANDA L. CULVER<br>5119 INLET DR.<br>WICHITA FALL, TX 76310 | 1,243.34 | 3,450.00 | 1,112.77 | 2,337.23 | 0.08221% |
| 14157 | 014161 | WANDA L. WHITE TRUST<br>WANDA LEE WHITE TRUSTEE<br>P. O. BOX 1<br>SARCOXIE, MO 64862 | 683.63 | 1,896.95 | 611.86 | 1,285.09 | 0.04520% |
| 13435 | 013439 | WANDA M. BROCK<br>4268 WARREN ROAD<br>FRANKLIN, TN 37067 | 321.91 | 893.25 | 288.12 | 605.13 | 0.02128% |
| 1087 | 001087 | WANG-PING GAO<br>228 BARBERRY RD.<br>WILMINGTON, DE 19808 | 302.44 | 839.20 | 270.68 | 568.52 | 0.02000% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 14978 | 014985 | WANNING FENG<br>6257 S. JAMAICA CT.<br>ENGLEWOOD, CO 80111 | 1,549.67 | 4,300.00 | 1,386.93 | 2,913.07 | 0.10246% |
| 6054 | 006056 | WANRONG C. OUTTRIM<br>15 RUDDER CT. SW<br>WASHINGTON, DC 20032 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 1221 | 001221 | WARREN A. CUNTZ JR.<br>275 LEAH DR.<br>MANDEVILLE, LA 70448 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 10717 | 010720 | WARREN ZIEGELMEIER<br>BOX 75<br>GEM, KS 67734 | 659.30 | 1,829.43 | 590.07 | 1,239.36 | 0.04359% |
| 8754 | 008757 | WAYNE E. CROW<br>111 GLEN ABBEY WAY<br>ALABASTER, AL 35007 | 738.07 | 2,048.00 | 660.57 | 1,387.43 | 0.04880% |
| 9505 | 009508 | WAYNE H. KROM<br>3127B FOREST DR.<br>COLUMBIA, SC 29204 | 142.36 | 395.00 | 127.40 | 267.60 | 0.00941% |
| 5414 | 005416 | WAYNE MONCSKO<br>329 SUMMITT AVE., APT. 1<br>BRIGHTON, MA 02135 | 270.28 | 750.00 | 241.92 | 508.08 | 0.01787% |
| 11219 | 011222 | WAYNE P. BUEKER<br>33549 WAYNE RD.<br>CALIFORNIA, MO 65018 | 810.87 | 2,250.00 | 725.72 | 1,524.28 | 0.05361% |
| 9718 | 009721 | WEBB CORINNE W.<br>7121 GAME LORD DR.<br>SPRINGFIELD, VA 22153 | 783.53 | 2,174.13 | 701.25 | 1,472.88 | 0.05180% |
| 5717 | 005719 | WEHR KENNETH J.<br>58500 MAUMEE RD.<br>BETHESDA, OH 43719 | 132.08 | 366.50 | 118.21 | 248.29 | 0.00873% |
| 5243 | 005245 | WEI BIAN<br>4018 PENN MAR AVE. #A<br>EL MONTE, CA 91732 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 184 | 000184 | WEI MING LI<br>137 ABBOT AVE<br>DALY CITY, CA 94014 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 2720 | 002720 | WEI WAN<br>1812 CANAL WAY<br>SAN JOSE, CA 95132 | 673.30 | 1,868.25 | 602.59 | 1,265.66 | 0.04452% |
| 307 | 000307 | WEI XIE<br>9244 RED CART CT.<br>COLUMBIA, MD 21045 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 2712 | 002712 | WEI YUAN<br>47118 GARRETT PLACE<br>STERLING, VA 20165 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1011 | 001011 | WEIPING HAN<br>32-15 DOWNING STREET<br>FLUSHING, NY 11354 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 7034 | 007036 | WEIWEN HUANG<br>162-09 43 AVENUE<br>FLUSHING, NY 11358 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4900 | 004902 | WEI-YUAN LU<br>955 WATER ST.<br>PORT TOWNSEND, WA 98368 | 682.18 | 1,892.90 | 610.54 | 1,282.36 | 0.04510% |
| 3978 | 003978 | WENDY C. SMOAK<br>126 CHASEY DRIVE<br>BONNEAU, SC 29431 | 313.36 | 869.50 | 280.45 | 589.05 | 0.02072% |
| 3343 | 003343 | WENDY J. BISBEY<br>31698 S. SKAGIT HWY<br>SEDRO-WOOLLEY, WA 98284 | 1,549.67 | 4,300.00 | 1,386.93 | 2,913.07 | 0.10246% |
| 1480 | 001479 | WENDY K. SALLAS<br>9105 HIGHWAY 44<br>MIDDLETON, ID 83644 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 3879 | 003879 | WENDY L. HONG<br>641 SANTA CLARA AVE. #G<br>ALAMEDA, CA 94501 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 2198 | 002198 | WENDY V. SPRADLIN<br>C/O MARGIE MCDANIEL<br>4429 WOODLAND ROAD<br>THOMASTON, GA 30286 | 270.28 | 750.00 | 241.92 | 508.08 | 0.01787% |
| 4980 | 004982 | WENDY WAN ZHEN HUANG<br>916 PACDIFIC AVE #8<br>SAN FRANCISCO, CA 94133 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1416 | 001415 | WENXUE YUAN<br>215 PARKLAND DR.<br>ROCHESTER HILLS, MI 48307 | 457.69 | 1,270.00 | 409.63 | 860.37 | 0.03026% |
| 10170 | 010173 | WESLEY G BARFIELD<br>PO BOX 1772<br>FLOWERY BRANCH, GA 30542 | 812.67 | 2,255.00 | 727.34 | 1,527.66 | 0.05373% |
| 2920 | 002920 | WESLEY H. KRUEGER<br>890 HIGH OAK DR. #107<br>BELLVILLE, TX 77418 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 4915 | 004917 | WESLEY R. BURNS JR.<br>1811 SW MEYER BLVD.<br>BLUE SPRINGS, MO 64015 | 681.49 | 1,891.00 | 609.93 | 1,281.07 | 0.04506% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 8919 | 008922 | WESLEY WILLETT & ANNETTE WILLETT<br>15103 N.W. 72ND ST.<br>PARKVILLE, MO 64152 | 527.28 | 1,463.09 | 471.91 | 991.18 | 0.03486% |
| 9033 | 009036 | WIGBERTO P. VELUZ<br>22330 HARTLAND ST.<br>CANOGA PARK, CA 91303 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 7316 | 007318 | WILHELMINA MOORE-YOUNG<br>37917 SWEDE HEAVEN RD.<br>ARLINGTON, WA 98223 | 682.15 | 1,892.80 | 610.50 | 1,282.30 | 0.04510% |
| 2203 | 002203 | WILLARD F. FOWLER<br>6100 WHITE HOUSE PKWY<br>WARM SPRINGS, GA 31830 | 342.37 | 950.00 | 306.42 | 643.58 | 0.02264% |
| 3602 | 003602 | WILLBEE J. FRUGE JR.<br>2138 CEDAR LANE<br>SULPHUR, LA 70663 | 684.20 | 1,898.50 | 612.35 | 1,286.15 | 0.04524% |
| 12746 | 012750 | WILLIAM A KELLER<br>1061 OLD JACKSON HWY<br>JACKSON, SC 29831 | 344.89 | 957.00 | 308.67 | 648.33 | 0.02280% |
| 11050 | 011053 | WILLIAM A. CLARK<br>6714 SAHARA DR.<br>CORPUS CHRISTI, TX 78412 | 1,549.67 | 4,300.00 | 1,386.93 | 2,913.07 | 0.10246% |
| 3301 | 003301 | WILLIAM A. MCCLANAHAN<br>110 WEST MEADOWHILL DR.<br>FLORENCE, AL 35633 | 681.85 | 1,892.00 | 610.25 | 1,281.75 | 0.04508% |
| 11466 | 011469 | WILLIAM B. ROY<br>2516 MARIETTE ST.<br>CHALMETTE, LA 70043 | 267.75 | 742.96 | 239.64 | 503.32 | 0.01770% |
| 414 | 000414 | WILLIAM D. CLENNEY<br>5359 VINELAND RD.<br>ORLANDO, FL 32811 | 342.73 | 951.00 | 306.74 | 644.26 | 0.02266% |
| 2177 | 002177 | WILLIAM D. MYERS<br>P. O. BOX 5 BACK ST.<br>MIDLAND, IN 47445 | 364.08 | 1,010.25 | 325.85 | 684.40 | 0.02407% |
| 2530 | 002530 | WILLIAM D. WALKER<br>136 GUY PEART RD.<br>ALEXANDRIA, LA 71302 | 327.23 | 908.00 | 292.87 | 615.13 | 0.02164% |
| 5383 | 005385 | WILLIAM DONALD GATCH<br>41-142 BROADMOOR WAY<br>INDIO, CALIFORNIA 92201 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 1661 | 001660 | WILLIAM E. HARRIS<br>11225 RUSSELL<br>BALCH SPRINGS, TX 75180 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 4262 | 004264 | WILLIAM E. HOLLANDSWORTH<br>87 BIRCHLEAF CIRCLE<br>BASSETT, VA 24055 | 320.57 | 889.50 | 286.90 | 602.60 | 0.02119% |
| 2575 | 002575 | WILLIAM F. RIGOULOT<br>752 JENSEN<br>IDAHO FALLS, ID 83701 | 333.36 | 925.00 | 298.35 | 626.65 | 0.02204% |
| 1786 | 001786 | WILLIAM H. BOWMAN<br>186 SOUTH DOGWOOD LANE<br>DRYPRONG, LA 71423 | 684.01 | 1,898.00 | 612.19 | 1,285.81 | 0.04522% |
| 12671 | 012675 | WILLIAM H. COWGER<br>1760 PARK AVENUE<br>CHANDLER, AZ 85224 | 773.75 | 2,147.00 | 692.50 | 1,454.50 | 0.05116% |
| 7625 | 007628 | WILLIAM H. WHITLOCK<br>429 OXFORD ROAD<br>LEXINGTON, SC 29072 | 686.36 | 1,904.50 | 614.28 | 1,290.22 | 0.04538% |
| 2579 | 002579 | WILLIAM H. WOODYARD JR.<br>309 REDBUD PLACE<br>RIDGELAND, MS 39157 | 683.66 | 1,897.00 | 611.86 | 1,285.14 | 0.04520% |
| 884 | 000884 | WILLIAM HORTON<br>3806 OAK FOREST DRIVE<br>HIGH POINT, NC 27265 | 681.49 | 1,891.00 | 609.93 | 1,281.07 | 0.04506% |
| 4989 | 004991 | WILLIAM III BREEDLOVE<br>5808 BETHAL CHURCH RD.<br>MCLEANSVILLE, NC 27301 | 302.54 | 839.50 | 270.78 | 568.72 | 0.02000% |
| 2578 | 002578 | WILLIAM J. BROWN<br>4414 WINN ROAD #1<br>MONROE, LA 71202-9585 | 369.40 | 1,025.00 | 330.61 | 694.39 | 0.02442% |
| 10499 | 010502 | WILLIAM J. LANE<br>21 HUBBARD AVE.<br>RED BANK, NJ 7701 | 1,549.67 | 4,300.00 | 1,386.93 | 2,913.07 | 0.10246% |
| 12080 | 012084 | WILLIAM K. GRAHAM<br>403 PHAR-LAP LANE<br>BAHAMA, NC 27503 | 684.38 | 1,899.00 | 612.51 | 1,286.49 | 0.04525% |
| 6782 | 006784 | WILLIAM K. HERNDON<br>P.O. BOX 494<br>MOUNT HOLLY, NC 28120 | 311.55 | 864.50 | 278.84 | 585.66 | 0.02060% |
| 11765 | 011768 | WILLIAM M. TEEGEN JR.<br>5006 KINGS MOUNTAIN ROAD<br>COLLINSVILLE, VA 24078 | 140.37 | 389.50 | 125.63 | 263.87 | 0.00928% |
| 12304 | 012308 | WILLIAM M. VANLANINGHAM<br>23909 60TH AVENUE W.<br>MOUNT LAKE TERR, WA 98043 | 90.09 | 250.00 | 80.64 | 169.36 | 0.00596% |