| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 13009 | 013013 | WILLIAM O. CHANCELLOR<br>9768 FM 2578<br>TERRELL, TX 75160 | 648.70 | 1,800.00 | 580.58 | 1,219.42 | 0.04289% |
| 13140 | 013144 | WILLIAM R. BARTON<br>1149 WELCOME HOME RD.<br>DODSON, LA 71422 | 720.77 | 2,000.00 | 645.09 | 1,354.91 | 0.04766% |
| 11486 | 011489 | WILLIAM R. BUBB<br>APT 532<br>12200 ACADEMY ROAD NE<br>ALBUQUERQUE, NM 87111-7249 | 630.67 | 1,750.00 | 564.46 | 1,185.54 | 0.04170% |
| 2668 | 002668 | WILLIAM R. DAVIS<br>P.O. BOX 167<br>ROBERTA, GA 31078 | 683.30 | 1,896.00 | 611.54 | 1,284.46 | 0.04518% |
| 120 | 000120 | WILLIAM R. HAMMOND<br>380 JEFFERSON AVE.<br>BOGART, GA 30622 | 360.38 | 1,000.00 | 322.55 | 677.45 | 0.02383% |
| 225 | 000225 | WILLIAM T. HOLCOMB<br>300 SHERMAN<br>NOCONA, TX 76255 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 10761 | 010764 | WILLIAM W. RIGHTMIRE<br>5811 MARED STREET<br>BILLINGS, MT 59106 | 311.74 | 865.00 | 279.00 | 586.00 | 0.02061% |
| 12820 | 012824 | WILLIAM W. SHELBY<br>178 COUNTY ROAD 4358<br>DECATUR, TX 76234 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 10122 | 010125 | WILLIE H. SLAN<br>9728 COBBLE CREEK DRIVE<br>DOUGLASVILLE, GA 30135 | 322.91 | 896.00 | 289.00 | 607.00 | 0.02135% |
| 1777 | 001777 | WILLIE JONES JR.<br>P.O. BOX 1157<br>JACKSON, SC 29831 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 1010 | 001010 | WILLIE L. WILSON<br>889 RICHMOND ST<br>MACON, GA 31206 | 313.00 | 868.50 | 280.13 | 588.37 | 0.02069% |
| 6244 | 006246 | WILMA F. SUTTON<br>111 HWY 63 N<br>BONO, AR 72416 | 311.30 | 863.80 | 278.62 | 585.18 | 0.02058% |
| 10681 | 010684 | WILMA J. NIEMANN<br>274 TOLAND ROAD<br>WOODSBORO, TX 78393-3546 | 683.93 | 1,897.75 | 612.10 | 1,285.65 | 0.04522% |
| 2339 | 002339 | WILSON DEAN<br>4103 225PL SW<br>MOUNTLAKE TERRA, WA 98043 | 155.09 | 430.35 | 138.81 | 291.54 | 0.01025% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 12336 | 012340 | WINDEL BAKER<br>BOX 82<br>RANDOLPH, TX 75475 | 291.03 | 807.53 | 260.46 | 547.07 | 0.01924% |
| 1910 | 001910 | WING-KEUNG KUNG<br>465 14TH AVE. APT. #20<br>SAN FRANCISCO, CA 94118 | 314.48 | 872.62 | 281.46 | 591.16 | 0.02079% |
| 13166 | 013170 | WINK<br>531 N. NORMANDIE AVE.<br>LOS ANGELES, CA 90004 | 303.59 | 842.38 | 271.70 | 570.68 | 0.02007% |
| 11224 | 011227 | WINNIE L. CLUTTER<br>21612 HWY. FF<br>STOVER, MO 65078 | 322.64 | 895.25 | 288.76 | 606.49 | 0.02133% |
| 2184 | 002184 | WINSTON A MORROW<br>510 WEST COURT<br>SEGUIN, TX 78155 | 90.10 | 250.00 | 80.63 | 169.37 | 0.00596% |
| 2066 | 002066 | WOFFORD FOLSE JR.<br>P.O. BOX 9814<br>NEW IBERIA, LA 70562 | 46.71 | 129.60 | 41.80 | 87.80 | 0.00309% |
| 108 | 000108 | WYNELL HATCHETT<br>2402 WINEWOOD LANE<br>ARLINGTON, TX 76013 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 9769 | 009772 | XI CHEN<br>314 PALISADE AVE., #5B<br>CLIFFSIDE, NJ 7010 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 13714 | 013718 | XIAN JU DU<br>74 HARVARD ST. APT. 4<br>WALTHAM, MA 2154 | 90.09 | 250.00 | 80.64 | 169.36 | 0.00596% |
| 3122 | 003122 | XIANGJING X. WANG<br>23012 S.E. 27TH WAY<br>ISSAQUAH, WA 98029 | 232.74 | 645.81 | 208.30 | 437.51 | 0.01539% |
| 2772 | 002772 | XIANYAN HUANG<br>2 HIGATE ROAD<br>CHEMSFORD, MA 01824-4412 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4119 | 004121 | XIAO FU XIE<br>12129 RED ADMIRAL WAY<br>GERMANTOWN, MD 20876 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 4381 | 004383 | XIAO LI JIN<br>34-51 106TH 3RD FLOOR<br>CORONA, NY 11368-1229 | 694.26 | 1,926.40 | 621.34 | 1,305.06 | 0.04590% |
| 3672 | 003672 | XIAO M. JIANG<br>86-05 FRANCIS LEWIS BLVD.<br>QUEENS VILLAGE, NY 11427-1673 | 991.07 | 2,750.00 | 886.99 | 1,863.01 | 0.06553% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 6523 | 006525 | XIAO QING MEI<br>53 COLUMBUS AVE #201<br>SAN FRANCISCO, CA 94111 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 12769 | 012773 | XIAOFENG JIN<br>88-11 63RD DRIVE APT 302<br>REGO PARK, NY 11374 | 672.55 | 1,866.19 | 601.93 | 1,264.26 | 0.04447% |
| 2634 | 002634 | XIAOHONG CHEN<br>1406 MERLIN CIRCLE<br>AUDUBON, PA 19403 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1644 | 001643 | XIAOHONG ZHU<br>15 KENTVIEW COURT<br>FLEMINGTON, NJ 08822-4039 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 401 | 000401 | XIAOKUI KATIE SHAN<br>155 NORTH HARBOR DRIVE, #3111<br>CHICAGO, IL 60601 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1277 | 001276 | XIAOYAN WU<br>171 ROOSEVELT AVENUE<br>DALY CITY, CA 94014 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1872 | 001872 | XIAOYING CUI<br>16118 SKYRIDGE DRIVE<br>RIVERSIDE, CA 92503 | 639.69 | 1,775.00 | 572.51 | 1,202.49 | 0.04229% |
| 13652 | 013656 | XIAOZHOU GE [MS. LILY GE]<br>33-26 82ND STREET, APT. 6A<br>JACKSON HEIGHTS<br>QUEENS, NY 11372 | 720.77 | 2,000.00 | 645.10 | 1,354.90 | 0.04765% |
| 500 | 000500 | XING CHU<br>61-34 220 STREET BAYSIDE 1ST<br>NEW YORK, NY 11364 | 26.16 | 72.59 | 23.41 | 49.18 | 0.00173% |
| 2127 | 002127 | XUEFEI LUO<br>101 TANGLEWOOD LANE<br>NEWTON SQUARE, PA 19073-4043 | 639.69 | 1,775.00 | 572.51 | 1,202.49 | 0.04229% |
| 276 | 000276 | XUEZHU TONG<br>355 BARD AVE., APT 5F<br>STATEN ISLAND, NY 10310 | 116.98 | 324.60 | 104.70 | 219.90 | 0.00773% |
| 9617 | 009620 | XUFENG XIA<br>4330 147 ST.<br>FLUSHING, NY 11355 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 7117 | 007119 | YAGE YANG<br>145-11 34TH AVE.<br>FLUSHING, NY 11354 | 681.49 | 1,891.00 | 609.93 | 1,281.07 | 0.04506% |
| 13087 | 013091 | YAN JUN WANG<br>48 FAXON STREET<br>NEWTON, MA 02458 | 360.38 | 1,000.00 | 322.55 | 677.45 | 0.02383% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 1302 | 001301 | YAN SIUMEI HUNG<br>3518 LANGREHR RD. APT 2A<br>BALTIMORE, MD 21244 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 2498 | 002498 | YANAN YANG<br>5679 SULTANA AVE. #4<br>TEMPLE CITY, CA 91780 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1237 | 001237 | YANLI ZHU<br>203N. RAYMOND AVE #C<br>ALHAMBRA, CA 91801 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 4050 | 004051 | YAOPENG SUN<br>2910 AUTUMNBROOK LANE<br>PEARLAND, TX 77584 | 799.14 | 2,217.46 | 715.23 | 1,502.23 | 0.05284% |
| 6799 | 006801 | YAOYU NING<br>5 HENLEY PLACE<br>TRENTON, NJ 08638 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 6661 | 006663 | YAU M MOK-CHENG<br>16415 34TH ST S.E.<br>BELLEVUE, WA 98008 | 321.83 | 893.00 | 288.03 | 604.97 | 0.02128% |
| 1335 | 001334 | YE FENG ZHU<br>9201 CLAREWOOD APT #172<br>HOUSTON, TX 77036 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 673 | 000673 | YEE CHUN LAU<br>827 GARFIELD STREET<br>SAN FRANCISCO, CA 94132 | 180.19 | 500.00 | 161.28 | 338.72 | 0.01191% |
| 928 | 000928 | YI CHAN HE<br>134-30 FRANKLIN AVE APT 3B<br>FLUSHING, NY 11355 | 90.09 | 250.00 | 80.64 | 169.36 | 0.00596% |
| 3448 | 003448 | YI DE HUANG<br>3920 MYSTIC VALLEY PKWY #114<br>MEDORD, MA 2155 | 630.67 | 1,750.00 | 564.46 | 1,185.54 | 0.04170% |
| 3675 | 003675 | YI QUN JIN<br>1001 ROCKVILLE PK APT #911<br>ROCKVILLE, MD 20852 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1273 | 001272 | YI QUN LIN<br>41-10 160 ST.<br>FLUSHING, NY 11358 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3934 | 003934 | YI XU<br>2116 SOQUE RIVER DR.<br>DULUTH, GA 30097 | 681.13 | 1,890.00 | 609.61 | 1,280.39 | 0.04503% |
| 960 | 000960 | YI ZHEN LIAN<br>1435 1ST. AVE. APT 6<br>OAKLAND, CA 94606 | 231.73 | 643.00 | 207.40 | 435.60 | 0.01532% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 3179 | 003179 | YIJIA WANG<br>1114 OAKCROFT LANE<br>SOMERSET, NJ 8873 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 6255 | 006257 | YILI YAO<br>76 LAS CASAS ST.<br>MALDEN, MA 2148 | 630.67 | 1,750.00 | 564.46 | 1,185.54 | 0.04170% |
| 3249 | 003249 | YI-LIN LIN<br>2 STONEATTER COURT<br>NORTH POTOMAC, MD 20878 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3103 | 003103 | YING CAI<br>30 SOUTH ADELAIDE AVENUE<br>APT. F<br>HIGHLAND PARK, NJ 08904 | 727.57 | 2,018.86 | 651.17 | 1,367.69 | 0.04810% |
| 308 | 000308 | YING CHENG LI<br>4217 EAST 177 ST. APT 2<br>NEW YORK, NY 10465 | 639.69 | 1,775.00 | 572.51 | 1,202.49 | 0.04229% |
| 1155 | 001155 | YING LIU<br>7514 20TH AVE<br>BROOKLYN, NY 11214-1226 | 691.04 | 1,917.50 | 618.48 | 1,299.02 | 0.04569% |
| 11174 | 011177 | YING WU<br>5803 8TH AVE.<br>BROOKLYN, NY 11220 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 10514 | 010517 | YING YI ZENG<br>198 ELIZABETH ST. #20<br>NEW YORK, NY 10012 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 5421 | 005423 | YIPING KS. SONG<br>3 CEDAR CT.<br>PRINCETON JUNCT, NJ 08550 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 1620 | 001619 | YONG LIN LIANG<br>963 FLORIDA STREET<br>SAN FRANCISCO, CA 94110 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 494 | 000494 | YOU LI WU<br>61-34 220 ST. 1ST. FL. BAYSIDE<br>NEW YORK, NY 11364 | 23.73 | 65.83 | 21.23 | 44.60 | 0.00157% |
| 323 | 000323 | YOU NING ZHANG<br>8811 FORT HAMILTON<br>BROOKLYN, NY 11209 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 1611 | 001610 | YOUQIN ZHOU<br>1050 ARTHUR AVE.<br>SAN LEANDRO, CA 94577 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 1597 | 001596 | YU LIAN TAO<br>827 GARFIELD STREET<br>SAN FRANCISCO, CA 94132 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 2285 | 002285 | YU QING LOU<br>347 EDDY ST #507<br>SAN FRANCISCO, CA 94102 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 528 | 000528 | YUAN CHENG<br>22 RUBINSTEIN ST. APT Z<br>STATEN ISLAND, NY 10305 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 360 | 000360 | YUAN ZHU<br>724 S. CHAPEL AVE.#13<br>ALHAMBRA, CA 91801 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3741 | 003741 | YUANJUN LI<br>3435 PLUM TREE DR., APT. E<br>ELLICOTT CITY, MD 21042 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 5662 | 005664 | YUE FONG KWAN<br>111 CHRYSTIE STREET APT.#21<br>NEW YORK, NY 10002 | 639.69 | 1,775.00 | 572.51 | 1,202.49 | 0.04229% |
| 7192 | 007194 | YUEHENG/SHUPING JIANG<br>600 ASHWOOD AVE.<br>ROSELLE PARK, NJ 7204 | 540.58 | 1,500.00 | 483.82 | 1,016.18 | 0.03574% |
| 1669 | 001668 | YUEN-YEE SY<br>1034 STOCKTON ST APT 9<br>SNA FRANCISCO, CA 94108 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 492 | 000492 | YUGUANG FENG<br>61-34 220 ST. 1ST. FL. BAYSIDE<br>NEW YORK, NY 11364 | 21.35 | 59.24 | 19.11 | 40.13 | 0.00141% |
| 6522 | 006524 | YUHENG LIN<br>1368 SUTTER ST.<br>SAN FRANCISCO, CA 94109 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 4982 | 004984 | YUK HING LEUNG<br>532 36TH AVE<br>SAN FRANCISCO, CA 94121 | 270.29 | 750.00 | 241.91 | 508.09 | 0.01787% |
| 497 | 000497 | YULI LIU<br>61-34 220 STREET 1FL-A BAYSIDE<br>NEW YORK, NY 11364 | 24.19 | 67.12 | 21.64 | 45.48 | 0.00160% |
| 1210 | 001210 | YUMING QIU<br>#301 8669 HEATHER STREET<br>VANCOUVER, BC V6P3S6<br>FOREIGN, FN 99999 | 720.77 | 2,000.00 | 645.09 | 1,354.91 | 0.04766% |
| 2771 | 002771 | YUN LI<br>75-19 185 STREET<br>FRESH MEADOWS, NY 11366 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 7055 | 007057 | YUNHUI ZHANG<br>58-46 MAIN ST., 1F<br>FLUSHING, NY 11355 | 682.40 | 1,893.50 | 610.73 | 1,282.77 | 0.04512% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 10312 | 010315 | YVETTE M. DOHERTY<br>1804 N.E. 5TH TER.<br>CAPE CORAL, FL 33909 | 726.55 | 2,016.00 | 650.24 | 1,365.76 | 0.04804% |
| 545 | 000545 | YVONNE A. CORDEIRO<br>219 W ARCH<br>NEVADA, MO 64772 | 465.81 | 2,058.11 | 1,182.48 | 875.63 | 0.03080% |
| 10127 | 010130 | YVONNE A. SCAMARDO<br>1912 WHITE ROSE LANE<br>CARROLLTON, TX 75007 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| 2325 | 002325 | YVONNE J. SADDLER<br>7738 ENFIELD AVE., APT. 104<br>NORFOLK, VA 23505 | 131.81 | 365.75 | 117.97 | 247.78 | 0.00871% |
| 1726 | 001726 | YVONNE NG<br>140 DODD COURT<br>AMERICA, CA 94589 | 322.52 | 894.94 | 288.66 | 606.28 | 0.02132% |
| 1653 | 001652 | ZACHARY C. HART<br>555 PARK LANE<br>EAGLE, ID 83616 | 314.62 | 873.00 | 281.58 | 591.42 | 0.02080% |
| 7834 | 007837 | ZELLA M. MOELLER<br>806 N. 10TH ST.<br>HASKELL, TX 79521 | 741.55 | 2,057.63 | 663.67 | 1,393.96 | 0.04903% |
| 3274 | 003274 | ZENAIDA S MENDOZA<br>64 HIGHLAND AVENUE<br>DALY CITY, CA 94015 | 90.09 | 250.00 | 80.64 | 169.36 | 0.00596% |
| 4854 | 004856 | ZENG YU WU<br>208 NATHAN DRIVE<br>GOODLETTSVILLE, TN 37072 | 684.01 | 1,898.00 | 612.19 | 1,285.81 | 0.04522% |
| 9271 | 009274 | ZHENGMING DU<br>146 BRADFORD ST.<br>NEW PROVIDENCE, NJ 07974 | 672.49 | 1,866.00 | 601.86 | 1,264.14 | 0.04446% |
| 1136 | 001136 | ZHEN-YING LIU<br>7200 DOUGLASTON PKWY.<br>DOUGLASTON, NY 11362 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 2625 | 002625 | ZHENYU YUE<br>500E, 63RD STREET, #7E<br>NEW YORK, NY 10021 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 3764 | 003764 | ZHI LING SONG<br>448 68ST APT 3R<br>BROOKLYN, NY 11220 | 309.91 | 859.93 | 277.37 | 582.56 | 0.02049% |
| 1435 | 001434 | ZHI LUO<br>68A CHARLES BANK WAY<br>WALTHAM, MA 2154 | 90.09 | 250.00 | 80.64 | 169.36 | 0.00596% |

| 1 | Docketno | Creditor | Proposed Payment | Allowed | Dividend | Balance | |
|---|---|---|---|---|---|---|---|
| 129 | 000129 | ZHIGANG WU<br>1611 LAUREL AVE., APT. #101<br>KNOXVILLE, TN 37916 | 90.09 | 250.00 | 80.64 | 169.36 | 0.00596% |
| 2654 | 002654 | ZHIKUANG YU<br>724 57TH STREET<br>BROOKLYN, NY 11220 | 450.48 | 1,250.00 | 403.18 | 846.82 | 0.02978% |
| 1498 | 001497 | ZHIPING QIAN<br>2D MONARCH CT.<br>COCKEYSVILLE, MD 21030 | 717.90 | 1,992.02 | 642.51 | 1,349.51 | 0.04747% |
| 5779 | 005781 | ZHONG-YUAN QI<br>58 DUNBAR AVENUE<br>PISCATAWAY, NJ 08854 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 6760 | 006762 | ZI W. PENG<br>71-21 70 ST. GLENDALE<br>QUEENS, NY 11385 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 5521 | 005523 | ZLATA D KRYCER<br>19 CHARLOTTE DR.<br>WESLEY HILLS, NY 10977 | 682.93 | 1,895.00 | 611.22 | 1,283.78 | 0.04515% |
| 394 | 000394 | ZONG DAN JIA<br>87-14 94TH STREET<br>WOODHAVEN, NY 11421 | 270.29 | 750.00 | 241.90 | 508.10 | 0.01787% |
| 12358 | 012362 | ZUQIN NIE<br>137 TALBOTT STREET<br>ROCKVILLE, MD 20852 | 630.68 | 1,750.00 | 564.45 | 1,185.55 | 0.04170% |
| | | | 1,512,474.87 | | | | |
| | 1512474.87 | | | | | | |
| | 2843148.63 | | | | | | |
| | 0.531971791 | | | | | | |