IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: )
)
INTERNATIONAL HERITAGE, INC. )   CASE NO. 98-02675-5-JRL
)   CHAPTER 7
)
)
Debtor. )

NOTICE AND SUMMARY OF TRUSTEE'S FINAL REPORT AND PROPOSED
DISTRIBUTION, REQUEST FOR TRUSTEE'S COMMISSIONS AND EXPENSES,
REQUEST FOR FINAL ATTORNEY FOR TRUSTEE FEES AND EXPENSES AND
REQUEST FOR ACCOUNTANT FOR TRUSTEE FINAL FEES AND EXPENSES

A summary of the Trustee's Final Report and Proposed Distribution, Request for Trustee's Commission, Request for Attorney for Trustee Fees and Expenses and Request for Accountant for Trustee Fees and Expenses is as follows:

| A. | Receipts | $7,249,824.89 |
|---|---|---|
| B. | Disbursements | $5,634,430.04 |
| C. | Balance of Funds on Hand | $1,615,394.85 |

SUMMARY OF TOTAL PROPOSED DISTRIBUTION

|   |   | Total |
|---|---|---|
| A. | Payments from 1st distribution: percentage paid 25.02%. Payments from 2nd distribution: percentage paid: 7.05% of SEC settlement funds | $3,863,280.67 |
| B. | Estimated costs of administration and §506(c) expenses under Chapter 7 [§506(b) and §507(a)]; | $1,874,069.35 |
| C. | Total costs of administration under Chapter 11 [§503(b) and §726(b)] | $0.00 |
| D. | Payments to secured creditors [§363, §364(c)(2), §364(c)(3)], | $0.00 |
| E. | Distribution to priority creditors; percentage to be paid: .53197179 for final distribution | $1,512,474.87 |
| F. | Distribution to unsecured creditors [§726(a)(2)]; | $0.00 |
| G. | Other Payments (Back to debtor Funds) | $0.00 |
|   | Totals | $7,249,824.89 |

APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR WHICH COURT APPROVAL IS SOUGHT

| Applicant | Commission/Fees | Expenses |
|---|---|---|
| Trustee | $57,160.70 | $1,749.25 |

12701229

| Attorney for Trustee | $25,064.00 | $.40 |
| --- | --- | --- |
| Accountant for Trustee | $16,052.00 | $693.63 |
| EPIQ | | $2,200.00 |

DISCLAIMER:    Actual distribution to creditors in this case is dependent on the court's ruling on administrative expenses. Creditors may expect to receive at least the amount reflected herein.

## NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST

NOTICE is hereby given that unless objections to the above proposed distribution, request for fees, commissions, and expenses are filed with the Clerk, United States Bankruptcy Court, Post Office Box 1441, Raleigh, North Carolina 27602 within TWENTY-ONE (21) DAYS from the date of the service of this notice by mail, e-mail, public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov., the proposed distribution, fees, commissions, and expenses may be approved by the Court without further notice. If an objection is filed and a request for a hearing is made, a hearing will be conducted at a date, time and place to be later set by the Court and all interested parties will be notified accordingly.

DATE: December 6, 2010

*/s/Holmes P. Harden*
Holmes P. Harden, Trustee
N. C. State Bar No. 9835
Post Office Box 1000
Raleigh, North Carolina 27602
Telephone: (919) 981-4000

12701229