## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing documents were served upon all parties of record by mailing a copy thereof to each such party either via CM/ECF, electronic mail or at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office in Raleigh, North Carolina and by public notice via 888-895-8385 and 919-981-4033 and by posting on the court's web page at www.nceb.uscourts.gov. on the 6th day of December, 2010.

WILLIAMS MULLEN

BY: *s/s Holmes P. Harden*
Holmes P. Harden
N. C. State Bar No. 9835
Post Office Drawer 1000
Raleigh, NC 27602
Telephone: (919) 981-4000

**SERVED VIA CM/ECF:**

| | | |
|---|---|---|
| Terri L. Gardner<br>International Heritage, Inc.<br>c/o Terri L. Gardner<br>terri.gardner@nelsonmullins.com | Marjorie K. Lynch<br>Bankruptcy Administrator<br>Marjorie_Lynch@nceba.uscourts.gov | Brent E. Wood<br>brent.wood@bewlaw.com |

**SERVED VIA ELECTRONIC MAIL:**
Gerald A. Jeutter
jeb@jeutterlaw.com

**SERVED VIA U. S. MAIL**

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Via Fax: 313-961-8358

Patrick Anders, Esquire
Edger and Paul
1777 Durham-Chapel Hill Blvd.
Suite 204
Chapel Hill, NC 27514

*See Attached Mail Matrix and E-Mail List*

Stephanie P. Wyatt
Coyle, Bascom & Bergman, P.C.
2520 Northwinds Pkwy #375
Alpharetta, GA 30004-2233

James Russell Tucker
Tucker & Ratcliffe, L.L.P.
10647 Strait Lane
Dallas, TX 75229-5426

Jack T. Clary
214 St. Matthews Lane
Spartanburg, SC 29301

Richard Ieyoub, Attorney General
State of Louisiana
301 Main Street, Suite 1250
Baton Rouge, LA 70801

Susan Coon Bailey
5233 Floynell Drive
Baton Rouge, LA 70809

Dorothy H. Miller
102 Triangle Circle
Lafayette, LA 70508

Chittenden Bank
c/o Louis P. Rochkind
Jaffe, Raitt, Heuer & Weiss
One Woodward Avenue, Suite 2400
Detroit, MI 48226

Stacey Ostrom
202 Oak Creek Drive
League City, TX 77573-1762

Eugene W. Ellison
185 Biltmore Avenue
Asheville, NC 28801

Henry W. Noziko, Jr.
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Securities and Exchange Commission
Attn: William P. Hicks
3475 Lenox Road, NE
Atlanta, GA 30326

Managing Agent
Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

Managing Agent
North Carolina Dept. of Revenue
P. O. Box 1168
Raleigh, NC 27602

James H. Thomas
101 Robin Drive
Troy, AL 36081

Jane E. Chassey
1514 Azalea Drive
Saint Louis, Missouri 63119

Carolyn E. John
485 Broad River Blvd.
Beaufort, SC 29906

Michael K. Wolensky
Robert G. Brunton
David J. Gellen
Kutak Rock
225 Peachtree St., NE, Suite 2100
Atlanta, GA 30303-1731

Managing Agent
Centrum Bank AG, Vaduz
Heiligkreuz 8
Postfoch 1168
FL -9490 Vaduz   LIECHTENSTEIN

Gary D. McDowell
200 Ansley Close
Roswell, GA 30075

Jean Wedin
P. O. Box 753
LaConner, WA 98257

Marshall Reddy
P. O. Box 806
Ponte Verde Beach, FL 32004

Lois Coonc
P. O. Box 699
LaConner, WA 98257

Henry W. Noziko, Jr.
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Pamela Johnson
18488 Best Road
Mount Vernon, WA 98273

Managing Agent
Schweizer Verband
der Raiffeisen-banken
St. Gallen
Vadianstrasse 17
CH-9000 St. Gallen   SWITZERLAND

Managing Agent
Schweizerische Hypotheken
Handelsbank, Zurich
Bahnhofstrasse/
Schutzengasse 4
CH-8023 Zurich   SWITZERLAND

State Auditor's Office
Montana Securities Department
Mitchell Building, Room 270
State Capital Complex
Helen, MT 59620

Managing Agent
UBS, Zuerich
Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich    SWITZERLAND

Charles Anderson
P. O. Box 33550
Raleigh, NC 27636

State Auditor's Office
Montana Securities Department
Mitchell Building, Room 270
State Capital Complex
Helen, MT 59620

Cathy Fligg
1456 Stratfield Circle
Atlanta, GA 30319

Claude Savage
106 Benbow Land
Charlotte, NC 28214

Larry Smith
2435 E. North Street
Greenville, SC 29615

Anna M. Washburn
145 Christopher Drive
Clayton, NC 27520

Shawna Y. Staton
Brooks, Stevens & Pope, P.A.
P. O. Box 1870
Cary, NC 27512-1870

Henry W. Nozko, Jr., President
ACSTAR Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Henry W. Nozko, Jr., President
United Coastal Insurance Company
P. O. Box 2350
New Britain, CT 06050-2350

Managing Agent
Coeco
2525 Atlantic Avenue
Raleigh, NC 27604

John Docken
Business Credit Leasing
115 West College Drive
Marshall, MN 56258

Scott L. Wilkinson
Assistant U.S. Attorney
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Managing Agent
Centrum Bank AGVaduz
Heiligkreuz 8, Postfoch 1168
FL-9490 Vaduz    LIECHTENSTEIN

Sharon A. Meckenstock
1640 West 34th St., N.
Wichita, KS 67204

Managing Agent
Accurata Treuhand und Revisions AG Vaduz
Abundt 36
FL-9490 Vaduz    LIECHTENSTEIN

Ronald H. Garber
Boxley Bolton & Garber
P. O. Drawer 1429
Raleigh, NC 27602

Managing Agent
UBS AG, Zurich Direktion
Bahnhofstrasse 45
Postfach
CH-8021 Zurich    SWITZERLAND

Betty Hesketh
7566 15th Lane
Vero Beach, FL 32966

John Mark Stern
Assistant Attorney General
Office of Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

Jackie S. Hart
1706 Antigua Lane
Nassau Bay, TX 77058

Managing Agent
TransAmerica-TIG Insurance
5205 N.O. Connor Blvd. Ste. B1
Irving, TX 75039-3724

Sherwin P. Robin
P. O. Box 9541
Savannah, GA 31412-9541

Tony Copeland
BTI
4300 Six Forks Road, Suite 500
Raleigh, NC 27609

Michael P. Flanagan
Ward and Smith, P.A.
P. O. Box 8088
Greenville, NC 27835-8088

Vickie Corbitt,
Attorney for Commissioner of Revenue
Tennessee Dept. of Revenue - Legal
312 8th Ave. N. #27 Fl.
Nashville, TN 37243-0001

Jean Boyles
P. O. Box 10506
Raleigh, NC 27605

| | | |
|---|---|---|
| James A. Roberts, III<br>Lewis & Roberts, PLLC<br>P. O. Box 17529<br>Raleigh, NC 27619-7529 | Denise Marsh<br>709 Summit Ridge<br>Lewisville, TX 75067 | Paul Faison S. Winborne<br>300/200 Parham Street, Suite F<br>P. O. Box 1547<br>Raleigh, NC 27602 |
| Patrick H. Tyler<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX 78711-2548 | Janet Cradeur<br>P. O. Box 66658<br>Baton Rouge, LA 70896 | Missouri Department of Revenue<br>Attn: Brian S. Kuhlmann<br>P. O. Box 475<br>Jefferson City, MO 65105-0475 |
| James K. Austin<br>Ellis Painter Ratterree & Bart LLP<br>P. O. Box 9946<br>Savannah, GA 31412-9946 | Meredith P. Ezzell<br>Wyrick Robbins Yates & Ponton LLP<br>P. O. Drawer 17803<br>Raleigh, NC 27619 | Marcia McGair Ippolito<br>R.I. Division of Taxation<br>One Capitol Hill<br>Providence, RI 02908-5800 |
| Marshall Reddy<br>P. O. Box 806<br>Ponte Verde Beach, FL 32004 | Henry W. Noziko, Jr.<br>United Coastal Insurance Company<br>P. O. Box 2350<br>New Britain, CT 06050-2350 | Walter Calton<br>312 East Broad Street<br>Eufaula, AL 36072 |
| Keith M. Jensen<br>Law Office of Keith M. Jensen<br>514 East Beklnap<br>Fort Worth, TX 76102 | Maria Lee Siwierka<br>5507 Deerbourne Chase Dr.<br>Sugar Land, TX 77479-4194 | L. C. Gilbert, Jr.<br>74 Hilltop Lane<br>Alpine, AL 35014 |
| Randall L. Greene<br>Rt. 1, Box 155<br>Randlett, OK 73562 | Robert J. Marrigan<br>Development Direct, Inc.<br>P.O. Box 650<br>Bedford, MA 01730-0650 | |

| | | |
|---|---|---|
| E-mail: x2-song@worldnet.att.net | E-mail: cgrumer@manatt.com | E-mail: BrAnDin420@aol.com |
| E-mail: hual@airmail.net | E-mail: shouli.yang@stjude.org | E-mail: hou@mail.med.upenn.edu |
| E-mail: mayfi23@marz.com | E-mail: RJWNLAW@aol.com | E-mail: CTBallard@aol.com |
| E-mail: Buddha623@aol.com | E-mail: sds98@eatel.net | E-mail: beth_pattillo@shmm.org |
| E-mail: pgorman@vantagepointcapital.com | E-mail: jwmaloy@aol.com | E-mail: swede@dmea.net |
| E-mail: wrightr@mindspring.com | E-mail: kanelos@mindspring.com | E-mail: kmaxeyjr@bayou.com |
| E-mail: mlafontaine@abbot-simses.com | E-mail: blairc@iname.com | E-mail: Wesglynn@aol.com |
| E-mail: rabbit@rockisland.com | E-mail: Larry_Fletcher@bc.sympatico.ca | E-mail: jwarren@wyche.com |
| E-mail: cheryll.COSTANIINO@edmail.com | E-mail: JNRRICH@Intur.net | E-mail: dongming.zhao@jci.com |
| E-mail: jasbircheema@amropictures.com | E-mail: aadrezin@Epix.net | E-mail: pkloosterman@juno.com |
| E-mail: 72320.316@compuserve.com | E-mail: kimball.peed@bigfoot.com | E-mail: JEEPETTE99@aol.com |
| E-mail: stann@colby.IXKS.com | E-mail: tammyr@falcon.ukans.cc.edu | E-mail: pingnas@ica.net |
| E-mail: gjack312@Intrstar.net | E-mail: VTPALMER27@yahoo.com | E-mail: Karen0906@aol.com |
| E-mail: hdfrey@telusplanet.net | E-mail: crandall@rock-springs.dowell.slb.com | E-mail: lonni@pb.quik.com |
| E-mail: DLWARREN@BellSouth.net | E-mail: gedler@bellsouth.net | E-mail: Dana-Charles@Worldnet.Att.Net |
| E-mail: michael_bhagat@hotmail.com | E-mail: r_brown@email.msn.com | E-mail: Averitas@aol.com |
| E-mail: rliston@spartanburg4.0rg | E-mail: hou@mail.med.upenn.edu | E-mail: kk_1200@kwikkopy.com |
| E-mail: ghromero@aol.com | E-mail: dsbarron@bellsouth.net | E-mail: hewlett@cablelan.net |
| E-mail: joanchan@rocketmail.com | E-mail: jamcgrath@yahoo.com | E-mail: sonia_voldseth@burns.senate.gov |
| E-mail: edeem@worldnet.att.net | E-mail: bjsaw@ttc-cmc.net | E-mail: dzeigler@jsucc.jsu.edu |
| E-mail: DFITZPA400@aol.com | E-mail: smsutom@aol.com | E-mail: mchad@acnet.net |
| E-mail: theboock@compuserve.com | E-mail: lynn@dot.state.al.us | E-mail: albourassa@bigfoot.com |
| E-mail: pondman@memes.com | E-mail: pingnas@ica.net | E-mail: albourassa@bigfoot.com |

| | | |
|---|---|---|
| E-mail: docchiro@ISLC.net | E-mail: Hanna@tir.com | E-mail: Harden, Holmes |
| E-mail: RIZMOE@NWRain.com | E-mail: buddunn@auantumworld.com | E-mail: Mgutierrez@pirnie.com |
| E-mail: thodges@gateway.net | E-mail: Rahmati@ibm.net | E-mail: mayfi23@marz.com |
| E-mail: hlee@directv.com | E-mail: Docnielsen@webtv.net | E-mail: shucko@prodigy.net |
| E-mail: fabb@telusplanet.net | E-mail: mjandcarlincc@juno.com | E-mail: zuzuy2k@yahoo.com |
| E-mail: cordw@deltapineseed.com | E-mail: loking@wixmail.com | E-mail: Mgutierrez@pirnie.com |
| E-mail: NBECK87570@aol.com | E-mail: Jholt@Clemson.edu | E-mail: Mgutierrez@pirnie.com |
| E-mail: JYANG4@FORD.COM | E-mail: jsmusa@mindspring.com | E-mail: RRALBRIGHT@AOL.COM |
| E-mail: mccarthy@mccarthyconsultant.com | E-mail: Mainland@ticnet.com | E-mail: bcslaw@prodigy.net |
| E-mail: digger@bcsupernet.com | E-mail: cce3@juno.com | E-mail: rosieo@bigsky.net |
| E-mail: BREIDYIII@aol.com | E-mail: mcnamer@bigsky.net | E-mail: mooreem@harpo.tnstate.edu |
| E-mail: pak@jcnl.com | E-mail: mwa@wnonline.net | E-mail: VANATTAL@VAX.CS.HSCSYR.EDU |
| E-mail: lpartr1072@aol.com | E-mail: lesterabs@mindspring.com | E-mail: leadership.possibilities.mak@worldnet.att.net |
| E-mail: mtheisen@efn.org | E-mail: shanson@kearney.net | E-mail: pingnas@ica.net |
| E-mail: MLGeller@aol.com | E-mail: an667@hwcn.org | E-mail: cr8on@flash.net |
| E-mail: mooreem@harpo.tnstate.edu | E-mail: yu241703@yorku.ca | E-mail: bsclaw@worldnet.att.net |
| E-mail: backpain@keynet.net | E-mail: yu241703@yorku.ca | E-mail: hewlettlj@shaw.ca |
| E-mail: Hbeckbari@aol.com | E-mail: lihen | E-mail: ladevries@firstam.com |
| E-mail: mwarhurst@yahoo.com | E-mail: dsbarron@bellsouth.net | E-mail: ihatch@ala.net |
| E-mail: js.baum@srs.gov | E-mail: jamcgrath@yahoo.com | E-mail: Rmggood@Prodigy.Net |
| E-mail: wynellh@flash.net | E-mail: bbaum89@aol.com | |
| E-mail: dlatray@mcn.net | E-mail: bjsaw@ttc-cmc.net | |
| E-mail: bwood@woodfran.com | E-mail: smsutom@aol.com | |
| E-mail: DickLynn Ferency@compuserve.com | E-mail: lynn@dot.state.al.us | |
| E-mail: CHASSEYRAY@email.msn.com | E-mail: pingnas@ica.net | |
| E-mail: jim.griffith@erols.com | E-mail: Hanna@tir.com | |
| E-mail: xiaokui.shan@bakernet.com | E-mail: buddunn@quantumworld.com | |
| E-mail: xshan@aol.com | E-mail: Rahmati@ibm.net | |
| E-mail: kkandola@theresidences.com | E-mail: docnielsen@webtv.net | |
| E-mail: lrochkind@jafferaitt.com | E-mail: mjandcarlincc@juno.com | |
| E-mail: sdostrom@hotmail.com | E-mail: loking@wixmail.com | |
| E-mail: michaelhopkins@mailcity.com | E-mail: Jholt@Clemson.edu | |
| E-mail: dana-charles@worldnet.att.net | E-mail: jsmusa@mindspring.com | |
| E-mail: options-galore@yahoo.com | E-mail: Mainland@ticnet.com | |
| E-mail: bchap01@aol.com | E-mail: cce3@juno.com | |
| E-mail: ceissngr@midrivers.com | E-mail: mcnamer@bigsky.net | |
| E-mail: glassgs@cadvision.com | E-mail: mwa@wnonline.net | |
| E-mail: mbrown8967@aol.com | E-mail: lesterabs@mindspring.com | |
| E-mail: diemert@northerntel.net | E-mail: shanson@kearney.net | |
| | E-mail: an667@hwcn.org | |
| | E-mail: yu241703@yorku.ca | |
| | E-mail: TJDeavers@aol.com | |