VAN–126 Order for Refund of Unclaimed Funds – Rev. 10/20/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $233.74 constituting unclaimed funds is declared due to Faith Johnson, PO Box 34063, Indialantic, FL 32903 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: December 29, 2010

*/s/ J. Rich Leonard*

J. Rich Leonard
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: roberson_         Page 1 of 1              Date Rcvd: Dec 29, 2010
Case: 98-02675                Form ID: van126         Total Noticed: 1

The following entities were noticed by first class mail on Dec 31, 2010.
 cr           +Faith Johnson,   PO Box 34063,   Indialantic, FL 32903-0963

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 31, 2010**              **Signature:**       _Joseph Speetjens_