VAN–076 Certificate of Telephonic Notice – Rev. 09/03/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

CERTIFICATE OF TELEPHONIC NOTICE

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that the following individual(s) were given telephonic notice on **January 10, 2011** at the telephone numbers listed below:

Holmes P. Harden 919–981–4000

Brian Behr 252–237–6854

that a hearing will be held by telephone as indicated below:

DATE:   January 10, 2011
TIME:   11:00 AM

to consider and act on the following matters:

Trustee's Final Report And Account, Proposed Distribution And Request For Compensation & Expenses for Holmes P Harden, Trustee Chapter 7, Fee:$57,160.70, Expenses:$1,749.25. filed by Attorney Holmes P Harden. (

DATED: January 10, 2011

Felecia Lucas
Deputy Clerk