IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTERNATIONAL HERITAGE, INC. ) | CASE NO. 98-02675-5-JRL |
| ) | CHAPTER 7 |
| Debtor. ) | |

## FINAL APPLICATION FOR PAYMENT OF ACCOUNTANT'S FEES AND EXPENSES

NOW COMES Holmes P. Harden, Trustee in the above-referenced case, and applies to the Court for authority to pay Adams, Martin & Associates, PA interim accountant's fees and expenses in the amount of Sixteen Thousand Seven Hundred Forty-Five and 63/100 ($16,745.63) representing compensation in the amount of $16,052.00 and reimbursement of necessary expenses in the amount of $693.63 for services rendered from December 8, 2008 through November 25, 2009. The amount of fees requested include 54.20 hours in the amount of $6,620.50 and costs in the amount of $175.00 associated with filing the final 2009 tax returns, preparation of 1099's for 2010 and expenses incurred filing the quarterly and year-end payroll reports for the year 2010. A copy of the accountant's bill for actual and estimated 2010 fees and expenses is attached to this Application along with biographical information for each accountant rendering the services along with a copy of all interim fees and expenses previously approved by the court. In the opinion of the Trustee, such accountant's fees and expense reimbursement are reasonable and just.

Respectfully submitted, this 6th day of Dec, 2010.

s/s Holmes P. Harden
Holmes P. Harden
Trustee for Debtor
N. C. State Bar No. 9835
Post Office Box 1000
Raleigh, North Carolina 27602
Telephone: (919) 981-4000

8273790



**ADAMS, MARTIN & Associates PA**

Tax and Financial Consultants     3801 Barrett Drive, Suite 201 / Raleigh, NC 27609 / 919.781.3581 / Fax: 919.881.0611 / www.amacpa.com

November 25, 2009

Holmes P. Harden, Trustee
PO Box 1000
Raleigh, NC 27602

Re:   International Heritage, Inc.

Dear Holmes:

Enclosed is our final fee application with attachments for the bankruptcy estate referenced above. We appreciate your help filing these.

For consideration when filing the final distribution in the bankruptcy estate, we have three boxes of debtor records at our office.

We appreciate the opportunity to work with you. If we can be of further assistance, please contact Craig or me.

Sincerely,

Craig A. Adams, CPA

Enclosures



**ADAMS, MARTIN & Associates PA**
**Tax and Financial Consultants**          3801 Barrett Drive, Suite 201 / Raleigh, NC 27609 / 919.781.3581 / Fax: 919.881.0611 / www.amacpa.com

International Heritage, Inc
c/o Mr. Holmes Harden, Trustee
PO Box 1000
Raleigh, NC 27602

Invoice Date:       November 25, 2009
Invoice Number:         00205399
Client Number:          9002 007

*For professional services rendered:*

Professional services rendered for the period December 8, 2008 through November 25, 2009 for the following:

Preparation of 2008 Form 1099's.

Preparation of 2008 Federal Form 7004 and North Carolina Form CD-419, Applications for Extensions of Time for Filing the Corporate Tax Returns for International Heritage, Inc.

Preparation of the 2008 Corporate Federal and North Carolina Income Tax Returns.

Preparation of the 2009 Final Corporate Federal and North Carolina Income Tax Returns.

Preparation of 2009 Form 1099's.

Preparation of 2010 Form 1099's.

Preparation of the 2010 quarterly and year-end payroll reports.

See attached billing summary and detail.

Chapter 7 was filed on November 25, 1998.

Order to employ Adams, Martin & Associates, PA as Certified Public Accountants was authorized on January 8, 1999.

Payment is requested upon Bankruptcy Court approval of fees.

Total Invoice Amount       $16,745.63

## Summary of Time & Expenses by Staff & by Project
### International Heritage, Inc.

| | | | Hours | Rate | Amount | Year |
|---|---|---|---:|---:|---:|---:|
| Craig A. Adams | | | | | | |
| | | | 5.60 | 200.00 | 1,120.00 | 2009 |
| | CAA | Total | **5.60** | | **1,120.00** | |
| K. Edward Martin, Jr. | | | | | | |
| | | | 1.60 | 200.00 | 320.00 | 2009 |
| | EM | Total | **1.60** | | **320.00** | |
| Elizabeth G. Beatty | | | | | | |
| | | | 14.30 | 160.00 | 2,288.00 | 2009 |
| | EGB | Total | **14.30** | | **2,288.00** | |
| Megan Sullivan | | | | | | |
| | | | 0.20 | 120.00 | 24.00 | 2008 |
| | | | 2.90 | 125.00 | 362.50 | 2009 |
| | MMS | Total | **3.10** | | **386.50** | |
| Kaylor Gregory | | | | | | |
| | | | 42.10 | 115.00 | 4,841.50 | 2009 |
| | KG | Total | **42.10** | | **4,841.50** | |
| Richele Spruill | | | | | | |
| | | | 0.30 | 110.00 | 33.00 | 2008 |
| | | | 0.80 | 115.00 | 92.00 | 2009 |
| | RS | Total | **1.10** | | **125.00** | |
| Angela Allor | | | | | | |
| | | | 2.20 | 80.00 | 176.00 | 2008 |
| | | | 3.50 | 85.00 | 297.50 | |
| | AA | Total | **5.70** | | **473.50** | |
| Patricia Coggins | | | | | | |
| | | | 3.50 | 95.00 | 332.50 | 2009 |
| | TC | Total | **3.50** | | **332.50** | |
| Laura Eisenmann | | | | | | |
| | | | 0.30 | 85.00 | 25.50 | 2009 |
| | LE | Total | **0.30** | | **25.50** | |
| Twila Tibbens | | | | | | |
| | | | 39.40 | 150.00 | 5,910.00 | 2009 |
| | TT | Total | **39.40** | | **5,910.00** | |
| Hodas, Cynthia | | | | | | |
| | | | 2.70 | 85.00 | 229.50 | 2009 |
| | CH | Total | **2.70** | | **229.50** | |
| | | Subtotal | 119.40 | | 16,052.00 | |
| | | Total Expenses | | | 693.63 | |
| | | Total Fees & Expenses | | | 16,745.63 | |

| Projects: Type & Year | | Hours | Amount | % | Additional Description |
|---|---|---|---|---|---|
| 2008 Tax Rtns: Corporation | | 38.20 | 5,623.50 | 34.6 | |
| 2009 Tax Rtns: Corporation | | 23.30 | 3,366.00 | 20.7 | Final |
| 2008 Forms 1096 / 1099 | | 2.10 | 250.50 | 1.5 | |
| 2009 Forms 1096 / 1099 | | 1.60 | 191.50 | 1.2 | |
| 2010 Forms 1096 / 1099 | | 1.60 | 191.50 | 1.2 | |
| Respond to Gov't Notices | | 1.00 | 184.00 | 1.1 | |
| Consulting | | 3.90 | 641.00 | 3.9 | |
| Fee App Exhibits | | 5.80 | 513.50 | 3.2 | |
| 2010 Form W-2 Assistance | | 41.90 | 5,090.50 | 32.6 | |
| | Totals | 119.40 | 16,052.00 | 100.0 | |

## *International Heritage Inc*

### Prior Invoices

| Date | Period | Services | Expenses | Total Invoice | Amt Unpaid |
|---|---|---|---|---|---|
| *Interim Bill:* | | | | | |
| 9/21/1999 | 12/1/99-9/20/99 | $26,898.50 | $540.09 | $27,438.59 | $0.00 |
| *Approved:* | 10/25/1999 | $27,438.59 | | | |
| *Interim Bill:* | | | | | |
| 8/30/2000 | 9/21/99-8/25/00 | $9,353.50 | $750.58 | $10,104.08 | $0.00 |
| *Approved:* | 10/23/2000 | $10,104.08 | | | |
| *Interim Bill:* | | | | | |
| 9/20/2001 | 8/26/00-9/19/01 | $7,874.50 | $390.64 | $8,265.14 | $0.00 |
| *Approved:* | 10/30/2001 | $8,265.14 | | | |
| *Interim Bill:* | | | | | |
| 9/24/2002 | 9/20/01-9/19/02 | $2,588.50 | $184.40 | $2,772.90 | $0.00 |
| *Approved:* | 11/7/2002 | $2,772.90 | | | |
| *Interim Bill:* | | | | | |
| 4/6/2004 | 9/20/02-4/5/04 | $3,349.40 | $364.00 | $3,713.40 | $0.00 |
| *Approved:* | 6/17/2004 | $3,713.40 | | | |
| *Interim Bill:* | | | | | |
| 12/11/2006 | 4/6/04-11/30/06 | $3,840.00 | $390.30 | $4,230.30 | $0.00 |
| *Approved:* | 1/16/2007 | $4,230.30 | | | |
| *Interim Bill:* | | | | | |
| 12/31/2007 | 12/6/06-11/30/07 | $2,178.00 | $314.60 | $2,492.60 | $0.00 |
| *Approved:* | 3/24/2009 | $2,492.60 | | | |
| *Interim Bill:* | | | | | |
| 12/10/2008 | 12/1/07-11/30/08 | $2,647.50 | $191.86 | $2,839.36 | $0.00 |
| *Approved:* | 2/13/2009 | $2,839.36 | | | |
| | Total Prior Invoices | $58,729.90 | $3,126.47 | $61,856.37 | $0.00 |
| | | *Total Prior Invoices Approved:* | | $61,856.37 | |

Client Name: 9002 007 - International Heritage

| Project | Description | Employee | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| BRFEEAPP | Begin to prepare interim billing analysis and attachments. | Angela Allor | 12/08/2008 | 0.30 | 80.00 | 24.00 |
| BRFEEAPP | Clarify WIP projects and descriptions | Richele Spruill | 12/09/2008 | 0.30 | 110.00 | 33.00 |
| BRGOVT | Read and respond to NCDOR notice re 2005 tax return. | Megan Sullivan | 12/09/2008 | 0.20 | 120.00 | 24.00 |
| BRFEEAPP | Continue to prepare interim billing analysis and attachments. | Angela Allor | 12/10/2008 | 1.30 | 80.00 | 104.00 |
| BRFEEAPP | Continue to prepare interim billing analysis and attachments. | Angela Allor | 12/11/2008 | 0.20 | 80.00 | 16.00 |
| BRFEEAPP | Complete preparation of interim billing analysis and attachments. | Angela Allor | 12/12/2008 | 0.40 | 80.00 | 32.00 |
| BR-1099-8 | preparation of forms 1099 and 1096 for year 2008 | Kaylor Gregory | 01/12/2009 | 0.90 | 115.00 | 103.50 |
| BR-1099-8 | Preparation of documents for taxing authorities related to 2008 Forms 1096 and 1099. | Laura Eisenmann | 01/13/2009 | 0.30 | 85.00 | 25.50 |
| BR-1099-8 | Discuss workpapers included in trustee's copy with E Beatty, revise workpapers and finalize 1099's. | Kaylor Gregory | 01/14/2009 | 0.30 | 115.00 | 34.50 |
| BR-1099-8 | Review 2008 Forms 1099 and Form 1096. | Elizabeth Beatty | 01/14/2009 | 0.40 | 160.00 | 64.00 |
| BR-1099-8 | Review series of emails from Jenny re 1099 forms. Document for efile to confirm forms were received and distributed timely. | Kaylor Gregory | 02/23/2009 | 0.20 | 115.00 | 23.00 |
| BR-1120 | Prepare 2008 federal and NC extensions | Elizabeth Beatty | 03/06/2009 | 0.20 | 160.00 | 32.00 |
| BNKCON | Review email from CA re records; research and respond regarding the same. Retrieve 4 boxes of records from off-site; email to CA re same. | Angela Allor | 04/22/2009 | 0.70 | 85.00 | 59.50 |
| BNKCON | Review emails between CA and Jenny Johnson re debtor records; email CA re same. Move records to in-house storage. | Angela Allor | 04/23/2009 | 0.30 | 85.00 | 25.50 |
| BR-1120 | Download and read docket entries, including several motions and orders regarding release of funds, that may have tax consequences. Research SEC settlement to determine proper posting of distribution. Prepare 505(b) request. | Elizabeth Beatty | 05/20/2009 | 3.00 | 160.00 | 480.00 |
| BR-1120-9 | Respond to email request re 2009 tax prep | Ed Martin | 06/01/2009 | 0.10 | 200.00 | 20.00 |
| BR-1120 | Analyze voluminous trustee transactions for 2008. | Elizabeth Beatty | 06/05/2009 | 3.50 | 160.00 | 560.00 |
| BR-1120 | Begin to summarize numerous 2008 transactions. | Twila Tibbens | 06/11/2009 | 1.60 | 150.00 | 240.00 |
| BR-1120 | Continue to summarize numerous 2008 transactions. | Twila Tibbens | 06/25/2009 | 4.30 | 150.00 | 645.00 |
| BR-1120 | Complete summarizing numerous 2008 transactions. Begin to analyze and adjust financial data necessary to complete tax returns. | Twila Tibbens | 06/29/2009 | 5.60 | 150.00 | 840.00 |
| BR-1120 | Complete analyzing and adjusting financial data. Begin to prepare 2008 federal & NC corporate tax returns. | Twila Tibbens | 07/01/2009 | 5.90 | 150.00 | 885.00 |
| BR-1120 | Continue to prepare 2008 federal and NC corporate tax returns. | Twila Tibbens | 07/13/2009 | 2.50 | 150.00 | 375.00 |
| BR-1120 | Continue to prepare 2008 federal and NC corporate tax returns. | Twila Tibbens | 07/28/2009 | 1.80 | 150.00 | 270.00 |
| BR-1120 | Continue to prepare 2008 federal and NC corporate tax returns. | Twila Tibbens | 08/03/2009 | 1.80 | 150.00 | 270.00 |
| BR-1120 | Complete preparation of 2008 federal & NC corporate tax returns. | Twila Tibbens | 08/07/2009 | 1.50 | 150.00 | 225.00 |
| BR-1120 | Begin to review 2008 federal and NC income tax returns. | Elizabeth Beatty | 08/12/2009 | 2.50 | 160.00 | 400.00 |
| BR-1120 | Complete review of 2008 federal and NC corporate tax returns. | Elizabeth Beatty | 08/13/2009 | 0.10 | 160.00 | 16.00 |
| BR-1120 | Preparation of documents for taxing authorities related to 2008 tax return. | Cynthia Hodas | 08/17/2009 | 1.50 | 85.00 | 127.50 |
| BR-1120 | Review processing of 2008 federal & NC tax returns. | Cynthia Hodas | 08/20/2009 | 1.20 | 85.00 | 102.00 |
| BR-1120 | Partner review and sign 2008 federal and North Carolina income tax returns and attached 505(b) correspondence. | Craig Adams | 08/20/2009 | 0.40 | 200.00 | 80.00 |
| BR-1120 | Ensure trustee signed in all appropriate places, return NC tax return to trustee for missed signature. | Tricia Coggins | 08/25/2009 | 0.60 | 95.00 | 57.00 |
| BR-1120 | Ensure Trustee signed in all places for returned NC tax return. | Tricia Coggins | 08/27/2009 | 0.20 | 95.00 | 19.00 |
| BR-1120-9 | Review docket, motions and orders that may have tax consequences. Download Forms 1 & 2 (approx 600 pages) and begin to analyze 2009 transactions. | Elizabeth Beatty | 10/26/2009 | 3.20 | 160.00 | 512.00 |
| BNKCON | Emails with trustee regarding status of case | Elizabeth Beatty | 10/26/2009 | 0.10 | 160.00 | 16.00 |
| BNKCON | TC with trustees paralegal regarding status of case and tasks to be completed | Elizabeth Beatty | 10/27/2009 | 0.30 | 160.00 | 48.00 |
| BR-1120-9 | Begin to summarize 2009 transactions. | Twila Tibbens | 10/28/2009 | 1.20 | 150.00 | 180.00 |
| BR-1120-9 | Complete summarizing 2009 transactions. Begin preparation of 2009 final federal and NC corporate tax returns. | Twila Tibbens | 10/29/2009 | 4.60 | 150.00 | 690.00 |
| BR-1120-9 | Continue to prepare 2009 final federal & NC corporate tax returns. | Twila Tibbens | 10/30/2009 | 6.20 | 150.00 | 930.00 |
| BR-1120-9 | Assist with questions raised on review regarding write-offs and disclosures | Elizabeth Beatty | 11/02/2009 | 0.20 | 160.00 | 32.00 |
| BR-1120-9 | Begin review of 2009 Final Corporate and NC income tax return. | Megan Sullivan | 11/02/2009 | 2.40 | 125.00 | 300.00 |

Client Name: 9002 007 - International Heritage

| Project | Description | Employee | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| BR-1120-9 | Complete preparation of federal and NC corporate tax returns. | Twila Tibbens | 11/02/2009 | 1.40 | 150.00 | 210.00 |
| BR-1120-9 | Finalize preparation of federal & NC corporate tax returns. | Twila Tibbens | 11/03/2009 | 1.00 | 150.00 | 150.00 |
| BR-1120-9 | Begin preparation of documents for taxing authorities related to 2009 tax returns. | Tricia Coggins | 11/05/2009 | 1.00 | 95.00 | 95.00 |
| BR-1120-9 | Complete review of Federal and NC Corporate tax return. | Megan Sullivan | 11/05/2009 | 0.30 | 125.00 | 37.50 |
| BR-1120-9 | Begin partner review of final income tax returns | Craig Adams | 11/13/2009 | 0.20 | 200.00 | 40.00 |
| BNKCON | TC with Jenny Johnson regarding wage claims and 1099s. Emails with Craig Adams and Elizabeth Beatty re W-2s and closing of case | Ed Martin | 11/13/2009 | 0.70 | 200.00 | 140.00 |
| BR-1120-9 | Complete preparation of documents for taxing authorities related to 2009 tax returns. | Tricia Coggins | 11/17/2009 | 0.40 | 95.00 | 38.00 |
| BR-1120-9 | Make changes to 505(b) per new format. | Megan Sullivan | 11/17/2009 | 0.20 | 125.00 | 25.00 |
| BNKCON | Begin work on final wage claims and 1099s including assistance in determination of priority; Discuss with Jenny the expected number of W-2s and 1099s and expected claim amount | Craig Adams | 11/18/2009 | 1.60 | 200.00 | 320.00 |
| BRFORMW2 | Review voice mail from Craig re w2s to prepare for wage claims, review efile, discuss with Angie | Kaylor Gregory | 11/18/2009 | 0.20 | 115.00 | 23.00 |
| BRFORMW2 | Conference with Craig re W2 issues | Kaylor Gregory | 11/18/2009 | 0.20 | 115.00 | 23.00 |
| BRFORMW2 | Review prior year W-2's and prepare preliminary documentation for 2010 W-2's re final wage claims. | Kaylor Gregory | 11/18/2009 | 0.30 | 115.00 | 34.50 |
| BNKCON | Update information for 2009 Forms 1099 and 2010 Forms W-2 | Elizabeth Beatty | 11/19/2009 | 0.20 | 160.00 | 32.00 |
| BR-1099-9 | Prepare 2009 1099's. | Kaylor Gregory | 11/19/2009 | 1.00 | 115.00 | 115.00 |
| BR-1099-9 | Review 2009 1099's. | Elizabeth Beatty | 11/19/2009 | 0.30 | 160.00 | 48.00 |
| BR-1099-9 | Process out 2009 1099's | Tricia Coggins | 11/19/2009 | 0.30 | 95.00 | 28.50 |
| BR-1099-10 | Prepare 2010 1099's. | Kaylor Gregory | 11/19/2009 | 1.00 | 115.00 | 115.00 |
| BR-1099-10 | Review 2010 1099's. | Elizabeth Beatty | 11/19/2009 | 0.30 | 160.00 | 48.00 |
| BR-1099-10 | Process out 2010 1099's | Tricia Coggins | 11/19/2009 | 0.30 | 95.00 | 28.50 |
| BRFORMW2 | Prepare 2010 quarterly payroll reports | Kaylor Gregory | 11/19/2009 | 4.00 | 115.00 | 460.00 |
| BRFORMW2 | Review 2010 quarterly payroll reports | Craig Adams | 11/19/2009 | 1.00 | 200.00 | 200.00 |
| BRFORMW2 | Review information in boxes to assist in preparation of final wage claim payments | Craig Adams | 11/20/2009 | 0.20 | 200.00 | 40.00 |
| BR-1120-9 | Complete partner review and sign final 2009 federal and North Carolina income tax returns and attached 505(b) correspondence | Craig Adams | 11/20/2009 | 0.20 | 200.00 | 40.00 |
| BRFORMW2 | Prepare year-end 2010 payroll reports (60+ W-2's & all data entry) | Kaylor Gregory | 11/20/2009 | 10.00 | 115.00 | 1,150.00 |
| BRFEEAPP | Review WIP descriptions and project assignments to determine clarifications needed. Review final billing analysis. | Richele Spruill | 11/23/2009 | 0.80 | 115.00 | 92.00 |
| BR-1120-9 | Review processing of 2009 Tax Returns | Tricia Coggins | 11/23/2009 | 0.70 | 95.00 | 66.50 |
| BRGOVT | Respond to government notices. | Ed Martin | 11/23/2009 | 0.80 | 200.00 | 160.00 |
| BRFEEAPP | Prepare billing analysis and attachments. | Angela Allor | 11/23/2009 | 2.50 | 85.00 | 212.50 |
| BRFORMW2 | Prepare year-end 2010 payroll reports (60+ W-2's & all data entry) | Kaylor Gregory | 11/23/2009 | 10.00 | 115.00 | 1,150.00 |
| BRFORMW2 | Prepare year-end 2010 payroll reports (60+ W-2's & all data entry) | Kaylor Gregory | 11/24/2009 | 10.00 | 115.00 | 1,150.00 |
| BRFORMW2 | Review year-end 2010 payroll reports | Craig Adams | 11/25/2009 | 2.00 | 200.00 | 400.00 |
| BRFORMW2 | Process returned W-2's and government notices | Kaylor Gregory | 11/25/2009 | 4.00 | 115.00 | 460.00 |
| | | **Total Services** | | 119.40 | | 16,052.00 |
| BRIMAGE | Document image and review charge for December 1, 2007 to November 30, 2008. | | 12/10/2008 | | | 74.50 |
| BNKCON | 1st class postage: 2008 Forms 1096 & 1099 | | 01/15/2009 | | | 1.34 |
| BNKCON | PACER charges for 05/01/2009 to 05/31/2009. | | 06/17/2009 | | | 15.68 |
| BR-1120 | Computer Charge: 2008 tax return. | | 08/17/2009 | | | 135.00 |
| BR-1120 | Copies charge: 2008 tax return. | | 08/17/2009 | | | 18.20 |
| BNKCON | Priority postage, 2008 tax return to trustee. | | 08/20/2009 | | | 4.95 |
| BR-1120 | Certified postage, 2008 tax returns, IRS OH 6.32, IRS PA 6.32 | | 08/25/2009 | | | 12.64 |
| BR-1120 | 1st class postage, 2008 NC tax return to trustee for signature | | 08/25/2009 | | | 1.73 |
| BR-1120 | Certified postage, 2008 NC Tax Return | | 08/27/2009 | | | 4.36 |
| BR-1120-9 | Computer charge 2009 tax returns | | 11/05/2009 | | | 135.00 |
| BR-1120-9 | Copies charge 2009 tax returns | | 11/05/2009 | | | 18.80 |
| BNKCON | PACER charges for 10-01-2009 to 10-31-2009 | | 11/12/2009 | | | 6.88 |
| BR-1099-9 | 1st class postage, 2009 1099's | | 11/19/2009 | | | 5.00 |

Client Name: 9002 007 - International Heritage

| Project | Description | Employee | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| BR-1099-10 | 1st class postage, 2010 1099's | | 11/19/2009 | | | 5.00 |
| BRFORMW2 | Copies charge 2010 quarterly payroll reports | | 11/19/2009 | | | 5.00 |
| BRFORMW2 | 1st class postage, 2010 quarterly payroll reports | | 11/19/2009 | | | 25.00 |
| BRIMAGE | Document image and review charge for December 8, 2008 to November 20, 2009. | | 11/23/2009 | | | 77.50 |
| BR-1120-9 | Priority postage, 2009 Tax Returns to trustee for signature | | 11/23/2009 | | | 4.95 |
| BR-1120-9 | 1st class postage, Remail 2008 K-1s to Gary Greenshields and Martha Greenshields, address change, 2 @ 1.05 | | 11/23/2009 | | | 2.10 |
| BRFORMW2 | Copies charge 2010 year-end payroll reports | | 11/25/2009 | | | 40.00 |
| BRFORMW2 | 1st class postage, 60+ W-2's | | 11/25/2009 | | | 100.00 |

|  |  |
|---|---|
| **Total Expenses** | 693.63 |
| Services | 16,052.00 |
| Expenses | 693.63 |
| **Total Invoice Amount**  119.40 | 16,745.63 |

# Professional Team at Adams, Martin & Associates PA

### Craig A. Adams, CPA

Craig A. Adams* is a Principal in and Founder of Adams, Martin & Associates PA. He graduated in 1979 with a B.A. in Accounting from North Carolina State University. Mr. Adams is a Certified Public Accountant licensed in the State of North Carolina. He has the Series 6 and Series 66 Investment License. He added bankruptcy to the practice in 1987.

### K. Edward Martin, Jr., CPA

K. Edward Martin, Jr.* is a Principal in Adams, Martin & Associates PA. He graduated from East Carolina University in 1986 with a B.S. in Accounting and is a Certified Public Accountant licensed in the state of North Carolina. His public accounting focus has been tax and business advisory services for closely-held businesses and their owners in most industries. He has attained his Certificate of Educational Achievement in Tax Planning and Advising for Closely-Held Businesses, which is issued by the American Institute of Certified Public Accountants. Mr. Martin also has his Series 6 and Series 66 Investment License.

### Elizabeth G. Beatty, CPA

Elizabeth G. Beatty* graduated from the University of Maryland in 1991 with a B.S. in Accounting. She is a Certified Public Accountant licensed to practice in the states of North Carolina and Maryland. Ms. Beatty has extensive multi-state tax preparation experience. She has worked with a broad range of clients including construction companies, manufacturing companies, service firms, small retail outlets and professional athletes. She worked in Baltimore prior to moving to the Raleigh area.

### Megan Sullivan, CPA

Megan Sullivan* graduated Summa cum Laude from the University of North Carolina at Greensboro in 2001 with a B.S. in Accounting. She is a Certified Public Accountant licensed to practice in North Carolina. Ms. Michaels has experience in corporate and individual taxation. She has worked with a broad range of clients including construction companies, manufacturing companies and service firms.

### Kaylor Gregory

Kaylor Gregory is a paraprofessional who has worked in various accounting positions since 1975. She was the office and accounting manager for an 80+ person law firm. Ms. Gregory has taken various accounting courses through Wake Technical Community College. She has extensive experience in the bookkeeping and payroll fields and is an expert at data analysis. She is a Novell Certified Technician and a Certified QuickBooks Pro Advisor.

### Richele Spruill

Richele Spruill is the Firm Accountant/Firm Administrator for Adams, Martin & Associates PA. She graduated from East Carolina University in 1990 with a B.S. in Business Administration. She has extensive human resources, accounting, individual tax and payroll experience. Ms. Spruill manages the Chapter 11 Disbursing Agent duties for the small-sized companies.

---

* Members of the American Institute of Certified Public Accountants and North Carolina Association of Certified Public Accountants.

# Professional Team at Adams, Martin & Associates PA

**Angela Allor**
Angela Allor graduated from Wake Technical Community College in 2000 with an A.A. Degree in Human Services. Ms. Allor has data processing, database maintenance, report preparation and report analyzing experience.

**Patricia Coggins**
Patricia Coggins graduated from Salem College in 1975 with a B.A. in History and from Meredith College in 1989 with an M.B.A. Prior to joining the AMA Team in 2000, she represented Ashworth, Inc as an independent contractor in the golf industry. Ms. Coggins has data processing, database maintenance, report preparation, report analyzing, and accounting experience.

**Laura Eisenmann**
Laura Eisenmann has data processing, database maintenance, report preparation, report analyzing, and accounting experience. She has worked 5+ years directly reporting to the CFO of a large corporation. In addition to her general accounting skills, she has experience proofing and formatting financial statements. Ms. Eisenmann also serves as assistant to the IT position, supporting workstation setup and maintenance, fielding computer support questions for both internal and external customers.

**Twila Tibbens**
Twila M. Tibbens is a Staff Accountant and graduated from Nova Southeastern University in 1999 with a Masters of Accounting. Her background focus has been tax and business, working with closely-held family businesses and their owners. She had an established practice and worked in Boca Raton, Florida prior to moving to Chapel Hill.

**Cynthia Hodas**
Cynthia Hodas is the Technology Coordinator for Adams, Martin and Associates, PA. Her certifications include CNA (Certified Novell Administrator) and MCP (Microsoft Certified Professional). She administers the technology of the firm, including workstation maintenance. She has significant experience with various Windows operating system platforms, including Windows XP and Windows 2000. In addition, Cynthia has data processing, database maintenance, report preparation, and report analyzing experience.

---

\* Members of the American Institute of Certified Public Accountants and North Carolina Association of Certified Public Accountants.

STATE OF NORTH CAROLINA

COUNTY OF WAKE                                                          VERIFICATION

Craig A. Adams, being first duly sworn, deposes and says:

That he is the court appointed Certified Public Accountant in the accounting firm of Adams, Martin & Associates PA, formerly named Adams Consulting Group, P.A., the bankruptcy estate's general accountant in this action, and that he has read the foregoing Application for Certified Public Accountant for the Trustee for Allowance of Compensation and Reimbursement of Expenses and prepared the itemization of expenses and detail of services rendered attached to it; that the matters and things alleged therein are true of his own knowledge, except those matters alleged on information and belief and as those he believes the same to be true.

This the 25 day of November, 2009

_____
Craig A. Adams

Sworn to and subscribed before me,
This 25 day of November, 2009.

_____
Notary Public

My Commission Expires: 2-14-2012

FeeAppAffidavit CAA