IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTERNATIONAL HERITAGE, INC. | ) | CASE NO. 98-02675-5-JRL |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

FINAL APPLICATION FOR COMPENSATION FOR
SERVICES RENDERED BY ATTORNEY FOR TRUSTEE

The application of Holmes P. Harden, attorney for Trustee in the above-captioned case, respectfully represents:

1. That on the 22nd day of January, 1999 your applicant was approved as attorney for Trustee in the above-referenced case, #98-02675-5-ATS, and has since performed certain services on behalf of the Trustee. The Court entered an Order Allowing Attorney for Trustee's First Interim Fees on November 1, 1999 for services rendered for the period November 30, 1998 through September 22, 1999 and expenses incurred for the period January 27, 1999 through August 31, 1999. The Court entered a consent order on October 26, 2000 allowing applicant's Second interim compensation for services rendered from September 23, 1999 through September 12, 2000 in the amount of $20,674.75 and reimbursement of expenses in the amount of $24.50. The court also entered a consent order on October 25, 2001 allowing compensation in the amount of $6,089.50 for services rendered from September 18, 2000 through August 21, 2001. The court entered an order allowing compensation in the amount of $22,920.00 and reimbursement of expenses in the amount of $3.25 for services rendered from September 11, 2001 through September 17, 2002. The court entered an order on October 30, 2003 allowing compensation in the amount of $47,693.00 and reimbursement of expenses in the amount of

12134241

1

| H. P. Harden | $250.00 | 53.50 | $13,375.00 |
| --- | --- | --- | --- |
| J. D. Burns | $200.00 | .20 | $40.00 |
| Paralegal | | | |
| Jenny D. Johnson | $110.00 | 105.90 | $11,649.00 |
| Totals | | | $25,064.00 |

Applicant believes that the compensation requested is fair and reasonable. In addition to interim compensation, the applicant also requests reimbursement for reasonable and necessary expenses incurred in the amount of $.40.

3. Reimbursement for travel expenses is requested at the rate of .505 per mile. Reimbursement for photocopy expenses is requested only for photocopies disseminated at the direction of the Court or Clerk of Court or pursuant to Local Rules, at .20 per page. Reimbursement for postal expenses is requested only for the costs of mailings directed by the Court, the Clerk, or pursuant to Local Rules.

4. No agreement or understanding exists between the applicant and any other person for the sharing of compensation to be received for services rendered in or in connection with this case, other than with the professional association by which the undersigned is employed.

Holmes P. Harden is the firm's senior creditor's rights and bankruptcy attorney in the Raleigh office. He is certified in bankruptcy law by the North Carolina State Bar Board of Legal Specialization and in business bankruptcy law by the American Bankruptcy Board of Certification. He has over 28 years of business law experience. His normal hourly billing rate is $395.00. Mr. Harden received his undergraduate degree at Davidson College and his law degree at the University of North Carolina. He served as law clerk to the Honorable Naomi Morris, Chief Judge of the North Carolina Court of Appeals, from 1981 to 1982. He is a member of several professional organizations, including the North Carolina Bar Association, National Association of Bankruptcy Trustees, Council of Certified Bankruptcy Specialists, and the American Bankruptcy Institute. He is AV rated by Martindale Hubbell.

John D. Burns is a partner in the litigation section at Williams Mullen. Mr. Burns focuses his practice on financial services litigation, creditors' rights in bankruptcy and general

12134241

3

commercial litigation. Mr. Burns has represented clients in bankruptcy proceedings throughout North Carolina and in Delaware and represents creditors in corporate loan workouts, commercial foreclosures, receivership matters and collections cases. His extensive and varied general litigation experience includes jury trials and motions practice in all North Carolina state and federal courts, the state courts of California, and appellate cases before the North Carolina Court of Appeals, the Supreme Court of North Carolina and the U.S. Court of Appeals for the Fourth Circuit.

Jenny D. Johnson, Bankruptcy Paralegal, graduated from Johnston Community College in 1977 with an Associate Accounting, from Atlantic Christian College in 1980 with a B.S.B.A. and from the Meredith College bankruptcy law legal assistant program. She has 8 years banking experience, 20 years experience in bankruptcy and 1 year probate experience. 99% of her billable time is devoted to bankruptcy. Her normal hourly billing rate is $165.00.

WHEREFORE, your applicant prays that he be allowed and paid from the estate the above requested final compensation of $25,064.00 and reimbursement of expenses in the amount of $.40.

12/6/10

_____
Attorney for Trustee

12134241

4

$92.72 for services rendered from September 18, 2002 through September 29, 2003. The court entered an order on November 8, 2004 allowing compensation in the amount of $26,076.00 for services rendered from October 1, 2003 through September 30, 2004 and reimbursement of expenses in the amount of $110.10 for the same time period. The court entered an order on November 21, 2005 allowing compensation in the amount of $49,282.59 for services rendered from October 1, 2004 through September 30, 2005 and reimbursement of expenses in the amount of $34.75 for the same time period. The court entered an order on October 31, 2006 allowing compensation in the amount of $8,258.00 for services rendered from October 1, 2005 through September 30, 2006 and reimbursement of expenses in the amount of $147.24 for the same time period. The court entered an order on January 15, 2008 allowing compensation in the amount of $133,241.50 for services rendered from October 1, 2006 through December 17, 2007 and reimbursement of expenses in the amount of $7.37 for the same time period. On December 30, 2008 the court entered an order allowing compensation in the amount of $118,923.00 for services rendered from December 17, 2007 through November 20, 2008 and reimbursement of expenses in the amount of $296.26 for the same time period. Attorney filed his eleventh interim application with the court in the amount of $66,693.00 and reimbursement of expenses in the amount of $247.60. The court entered a consent order allowing compensation in the amount of $25,000.00 with the stipulation the remaining fees could be applied for at a later date.

2. Applicant's Final Application for compensation is for services rendered from January 9, 2009 through September 20, 2010 which are itemized on Exhibit A attached hereto and incorporated herein by reference.

3. Attorney time is billed at a rate of $200.00 to $250.00 per hour. Paralegal time is billed at $110.00 per hour. The total amount of compensation being sought is $25,064.00.

| Attorney | Rate | Hours | Amount |
|---|---|---|---|

12134241

2

```
11/22/10                           Williams Mullen Clark & Dobbins              Page 1 (1)

*************************************************************************************
ID:                400232.1922                                    PROFORMA STATEMENT #:     1426516
CLIENT NAME:       U.S. BANKRUPTCY COURT - EDNC
MATTER NAME:       INTERNATIONAL HERITAGE, INC.                   WHITEHILL TEMPLATE:
                   ATTORNEY FOR TRUSTEE
DATE OPENED:       Jan 25, 1999                                   MATTER BILLING ATTY:     4117  HOLMES P. HARDEN
ADDRESS:           UNITED STATES BANKRUPTCY COURT                 JOINT BILLING GROUP:
                   EASTERN DISTRICT OF NORTH CAROLINA             MATTER CASE TYPE:        1 Bankruptcy
                   CENTURY STATION P.O. BLDG.
                   300 FAYETTEVILLE STREET MALL, ROOM 209
                   P.O. BOX 1441
                   RALEIGH, NC  27602

PHONE NUMBER:                                                     BILLING FREQUENCIES:     R
FAX NUMBER:

*************************************************************************************
BILLING INSTRUCTIONS:                                             WH: Time Detail
                                                                  WH: Cost Summary
                                                                  WH: ATTY SUMMARY

***************************** CURRENT BILLING INFORMATION ***************************

                  ATTORNEY RECAP  (PRINT RECAP ON BILL?  YES / NO )

                      MATTER
ATTORNEY              RATE              HOURS              VALUE
BURNS, JOHN D.        200.00             0.20              40.00
HARDEN, HOLMES P.     250.00            53.50          13,375.00
JOHNSON, JENNY D.     110.00           105.90          11,649.00
                                       ------          ---------
                                       159.60          25,064.00

         FEE & DISBURSEMENT BILLING DATA

                       FEES       DISBURSEMENTS    UNALLOCATED PAYMENTS        TRUST BALANCE *
BILLABLE AMOUNT    25,064.00           0.40                 0.00                   $0.00
THRU DATE:         11/22/10         11/22/10

CURRENT BILLING REQUEST: _____    _____    _____
                                                                    IS THIS A FINAL BILL?    ( YES / NO )
         FEE & DISBURSEMENT BILLING DATA                            CLOSE MATTER?            ( YES / NO )

                    * Attach Trust Disbursement with appropriate approvals.

                  WRITE DOWN APPROVAL
WRITE DOWN AMOUNT  _____    _____

APPROVAL
EMAIL FOR PDF INVOICE
*************************************************************************************
```

11/22/10                    ID: 4000232.1922                    Williams Mullen Clark & Dobbins                    Page 2 (2)

**************************************** ACCOUNT SUMMARY INFORMATION ****************************************

AGING INFORMATION BASED ON 11/22/10

| | ACCOUNTS RECEIVABLE | UNBILLED FEES/COST | TOTAL INVESTMENT |
|---|---|---|---|
| 0-30 DAYS | 0.00 | 0.00 | 0.00 |
| 31-60 DAYS | 0.00 | 0.00 | 0.00 |
| 61-90 DAYS | 0.00 | 1,858.00 | 1,858.00 |
| 91-120 DAYS | 0.00 | 997.00 | 997.00 |
| 121 + DAYS | 0.00 | 22,209.40 | 22,209.40 |
| TOTAL | 0.00 | 25,064.40 | 25,064.40 |
| UNALLOCATED PAYMENTS | | 0.00 | |

CUMULATIVE TOTALS

| | INCEPTION TO-DATE | YEAR TO-DATE |
|---|---|---|
| FEES RELIEVED: | 462,100.75 | 24,767.00 |
| FEES BILLED: | 528,455.71 | 24,752.40 |
| VARIANCE: | 66,354.96 | (14.60) |
| A/R WRITE OFFS: | 0.00 | 0.00 |

TRUST ACCOUNT AS OF 11/22/10

CFB GENERAL TRUST
REAL ESTATE TRUST
INTEREST BEARING TRUST
WASHINGTON, D.C. TRUST
SIGNET GENERAL TRUST

****************************************************************************************************

ID: 400232.1922

Williams Mullen Clark & Dobbins

Page 3 (3)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SERVICES - ITEMIZED \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| INDEX | DATE WORKED | ATTORNEY STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|
| 7898837 | 01/09/09 | JOHNSON, JENNY D. B | E-file application for payment of accountant for trustee. | 0.20 | $22.00 | $22.00 |
| 8150680 | 02/16/09 | JOHNSON, JENNY D. B | Review correspondence from Adams Martin; review docket re same; work on seventh interim fee application, notice and order for accountant for trustee; conference with Mr. Harden re same. | 1.00 | $110.00 | $132.00 |
| 7895626 | 03/13/09 | HARDEN, HOLMES P. B | Telephone call to J. Johnson regarding objections to claims. | 0.20 | $50.00 | $182.00 |
| 8131609 | 04/08/09 | HARDEN, HOLMES P. B | Review request from Attornty Paul Fanning for distribution under settlement. | 0.30 | $75.00 | $257.00 |
| 8131611 | 04/08/09 | HARDEN, HOLMES P. B | Telephone conference J. Johnson regarding settlement order. | 0.30 | $75.00 | $332.00 |
| 8134522 | 06/15/09 | HARDEN, HOLMES P. B | Conference with J. Johnson regarding response to Acstar motion to compel, review file regarding same; work on response to motion to compel, conference with J. Johnson regarding calculations for response to Motion to Compel. | 1.30 | $325.00 | $657.00 |
| 8125442 | 06/15/09 | JOHNSON, JENNY D. B | Review motion to compel; conference with Mr. Harden re same; work on response to motion to compel. | 3.50 | $385.00 | $1,042.00 |
| 8145997 | 06/16/09 | HARDEN, HOLMES P. B | Meet with J. Johnson re: calculations for response to motion to compel. | 0.80 | $200.00 | $1,242.00 |
| 8125493 | 06/16/09 | JOHNSON, JENNY D. B | Work on response to motion to compel. | 1.00 | $110.00 | $1,352.00 |
| 8129524 | 06/16/09 | JOHNSON, JENNY D. B | Conferences with Mr. Harden re motion to compel. | 1.00 | $110.00 | $1,462.00 |
| 8146055 | 06/17/09 | HARDEN, HOLMES P. B | Review file re: preparation of response to Actstar motion to compel. | 1.50 | $375.00 | $1,837.00 |
| 8149294 | 06/18/09 | HARDEN, HOLMES P. B | Work on response to Acstar motion to compel. | 0.50 | $125.00 | $1,962.00 |

*********************************************  Williams Mullen Clark & Dobbins  **********  SERVICES - ITEMIZED  ******************************************************

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 8149360 | 06/19/09 | HARDEN, HOLMES P. | B | Conference with J. Johnson regarding computations for response to Acstar motion. | 0.30 | $75.00 | $2,037.00 |
| 8152893 | 06/20/09 | JOHNSON, JENNY D. | B | Work on calculations in response to motion to compel; conference with Mr. Harden re same. | 5.00 | $550.00 | $2,587.00 |
| 8153132 | 06/23/09 | JOHNSON, JENNY D. | B | Worked on response to motion to compel. | 6.00 | $660.00 | $4,127.00 |
| 8153014 | 06/22/09 | JOHNSON, JENNY D. | B | Worked on response to motion to compel. | 8.00 | $880.00 | $3,467.00 |
| 8149529 | 06/24/09 | HARDEN, HOLMES P. | B | Draft response to motion to compel, calculate figures for response. | 1.00 | $250.00 | $4,377.00 |
| 8143036 | 06/24/09 | JOHNSON, JENNY D. | B | Worked on response to motion to compel. | 7.50 | $825.00 | $5,202.00 |
| 8149546 | 06/25/09 | HARDEN, HOLMES P. | B | Revise response to motion to compel; finalize response. | 1.00 | $250.00 | $5,452.00 |
| 8141396 | 06/25/09 | JOHNSON, JENNY D. | B | Work on response to motion to compel; conference with Mr. Harden re same. | 0.50 | $55.00 | $5,507.00 |
| 8152877 | 06/30/09 | JOHNSON, JENNY D. | B | Conference with Mr. Harden re response to and motion to compel. | 0.30 | $33.00 | $5,540.00 |
| 8162504 | 07/01/09 | HARDEN, HOLMES P. | B | Reivew file re: Acstar follow up on motion to compel-Centura claim objection, email to P. Fanning re: subrogated bank claims, draft motion to continue July 16 hearing. | 1.60 | $400.00 | $5,940.00 |
| 8229699 | 08/24/09 | HARDEN, HOLMES P. | B | Telephone call from S. Sherrill, SEC attorney, regarding settlement order. | 0.20 | $50.00 | $5,990.00 |
| 8225530 | 08/27/09 | JOHNSON, JENNY D. | B | Telephone conference with Susan Sherrill of SEC re calculations for disbursement to creditors and compliance with SEC settlement; review file re same. | 0.50 | $55.00 | $6,045.00 |
| 8272949 | 09/29/09 | HARDEN, HOLMES P. | B | Telephone call from attorney Susan Sherrill regarding SEC claim revision, review docket | 0.80 | $200.00 | $6,245.00 |

ID: 400232.1922                Williams Mullen Clark & Dobbins                Page 5 (5)

*************************************** SERVICES - ITEMIZED ***************************************

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 889214 | 10/01/09 | HARDEN, HOLMES P. | B | Telephone call from Atlanta attorney S. Wyatt regarding distributions. | 0.20 | $50.00 | $6,295.00 |
| 903978 | 10/24/09 | JOHNSON, JENNY D. | B | Work on fee application for attorney for trustee. | 3.00 | $330.00 | $6,625.00 |
| 914430 | 10/26/09 | HARDEN, HOLMES P. | B | Conference with J. Johnson regarding orders in aid of closing case, legal research °507 regarding priorities. | 0.50 | $125.00 | $6,750.00 |
| 914539 | 10/28/09 | HARDEN, HOLMES P. | B | Work on fee application, work on attorney for trustee fee application. | 1.90 | $475.00 | $7,225.00 |
| 928713 | 11/03/09 | HARDEN, HOLMES P. | B | Legal research °507. | 0.20 | $50.00 | $7,275.00 |
| 928644 | 11/05/09 | JOHNSON, JENNY D. | B | Work on fee application. | 1.00 | $110.00 | $7,385.00 |
| 928585 | 11/06/09 | HARDEN, HOLMES P. | B | Review °507 re: distribution to commission claimants, conference with J. Johnson re: °507 privities. | 0.50 | $125.00 | $7,510.00 |
| 931736 | 11/09/09 | HARDEN, HOLMES P. | B | Work on fee application. | 0.40 | $100.00 | $7,610.00 |
| 932555 | 11/10/09 | HARDEN, HOLMES P. | B | Work on final fee application. | 0.20 | $50.00 | $7,660.00 |
| 935459 | 11/13/09 | JOHNSON, JENNY D. | B | Work on application for payment of attorney for trustee fees and expenses. | 0.80 | $88.00 | $7,748.00 |
| 937261 | 11/16/09 | JOHNSON, JENNY D. | B | Work on final fee application for attorney for trustee. | 1.50 | $165.00 | $7,913.00 |
| 937262 | 11/16/09 | JOHNSON, JENNY D. | B | Review docket re interim applications and orders; Work on motion to limit service and fee application. | 1.50 | $165.00 | $8,078.00 |
| 946591 | 11/23/09 | JOHNSON, JENNY D. | B | Work on fee application for attorney for trustee. | 1.00 | $110.00 | $8,188.00 |

*********************************** Williams Mullen Clark & Dobbins ***********************************    Page 6 (6)
*********************************** SERVICES - ITEMIZED ***********************************

| INDEX | DATE WORKED | ATTORNEY STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|
| 8374332 | 12/01/09 | HARDEN, HOLMES P. B | Work on accountant's fee application. | 0.30 | $75.00 | $8,263.00 |
| 8372780 | 12/01/09 | JOHNSON, JENNY D. B | Work on final accountants fee application, notice and order; conference with Mr. Harden re same. | 1.00 | $110.00 | $8,373.00 |
| 8374334 | 12/02/09 | HARDEN, HOLMES P. B | Review revise fee application and make further revisions. | 0.50 | $125.00 | $8,498.00 |
| 8372802 | 12/02/09 | JOHNSON, JENNY D. B | Work on final fee application for attorney for trustee. | 0.50 | $55.00 | $8,553.00 |
| 8374340 | 12/03/09 | HARDEN, HOLMES P. B | Work on motion to limit service, conference with J. Johnson re: same; work on motion to limit service; finalize fee application of attorney for trustee. | 3.50 | $875.00 | $9,428.00 |
| 8368808 | 12/03/09 | JOHNSON, JENNY D. B | Work on motion to limit service and documents; conference with Mr. Harden re same. | 2.60 | $286.00 | $9,714.00 |
| 8374348 | 12/04/09 | HARDEN, HOLMES P. B | Revise motion to limit notice; further revise motion to limit notice. | 2.20 | $550.00 | $10,264.00 |
| 8372811 | 12/04/09 | JOHNSON, JENNY D. B | Work on calculations for motion for limit of service and holdbacks and fee applications. | 5.50 | $605.00 | $10,869.00 |
| 8374357 | 12/07/09 | HARDEN, HOLMES P. B | Conference with J. Johnson re: motion and order to limit notice and preparation of fee application; further revise motion to limit notice. | 1.00 | $250.00 | $11,119.00 |
| 8374373 | 12/08/09 | HARDEN, HOLMES P. B | Revise final fee application and order in aid of closing case; revise 506(c) fee application; conference with J. Johnson re: applications for compensation and revisions of motion in aid of closing case. | 1.80 | $450.00 | $11,569.00 |
| 8372815 | 12/08/09 | JOHNSON, JENNY D. B | Work on motion to limit service and fee application; conferences with Mr. Harden re same. | 8.00 | $880.00 | $12,449.00 |

*************************************** SERVICES - ITEMIZED ***************************************

| INDEX | DATE WORKED | ATTORNEY STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|
| 874379 | 12/09/09 | HARDEN, HOLMES P. B | Meet with J. Johnson re: preparation of final fee application; revise motion in aid of closing case; legal research °326 legislative history; work on prebills; finalize motion in aid. | 2.80 | $700.00 | $13,149.00 |
| 872818 | 12/09/09 | JOHNSON, JENNY D. B | Meeting with Mr. Harden re calculations for final distribution and holdbacks to include in motion; working on motion to limit service and holdbacks and fee applications re same. | 6.00 | $660.00 | $13,809.00 |
| 874383 | 12/10/09 | HARDEN, HOLMES P. B | Conference with J. Johnson re: questions re fee applications. | 0.20 | $50.00 | $13,859.00 |
| 872821 | 12/10/09 | JOHNSON, JENNY D. B | Work on calculations for fee applications and motion to limit service. | 4.20 | $462.00 | $14,321.00 |
| 874392 | 12/11/09 | HARDEN, HOLMES P. B | Revise fee applications and motion in aid. | 1.90 | $475.00 | $14,796.00 |
| 872825 | 12/11/09 | JOHNSON, JENNY D. B | Work on final attorney for trustee's fee application, work on motion to limit service, orders, revisions to all above; conferences with Mr. Harden re same. | 7.00 | $770.00 | $15,566.00 |
| 872826 | 12/12/09 | JOHNSON, JENNY D. B | Work on revisions to ninth interim fee application; correspondence with Mr. Harden re notices and filing same. | 0.50 | $55.00 | $15,621.00 |
| 873802 | 12/14/09 | JOHNSON, JENNY D. B | Revisions to motion to limit service; work on notice re same. | 1.00 | $110.00 | $15,731.00 |
| 873805 | 12/14/09 | JOHNSON, JENNY D. B | Revisions to fee application for attorney for trustee; work on notice and order re same. | 1.40 | $154.00 | $15,885.00 |
| 892597 | 12/15/09 | HARDEN, HOLMES P. B | Finalize fee application, conference with J. Johnson re: same; telephone call from M. Lynch regarding fee application. | 0.70 | $175.00 | $16,060.00 |
| 879443 | 12/15/09 | JOHNSON, JENNY D. B | Work on final fee application; file and serve same. | 6.80 | $748.00 | $16,808.00 |

************************************************ Williams Mullen Clark & Dobbins ***********************************************
************************************************ SERVICES - ITEMIZED ***********************************************

| INDEX | DATE WORKED | ATTORNEY STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|
| 808236 | 01/06/10 | HARDEN, HOLMES P. B | Prepare for hearing on fee application. | 0.20 | $50.00 | $16,858.00 |
| 8407559 | 01/06/10 | JOHNSON, JENNY D. B | Review interim fees for accountant; work on application for ninth interim fees and expenses, order and notice. | 0.70 | $77.00 | $16,935.00 |
| 8409130 | 01/10/10 | JOHNSON, JENNY D. B | Review correspondence and objection of BA; correspondence with Mr. Harden re same. | 0.20 | $22.00 | $16,957.00 |
| 8410974 | 01/11/10 | HARDEN, HOLMES P. B | Review objection to fee application; analyze objection to attorneys fee application and conference with J. Johnson re: response. | 0.50 | $125.00 | $17,082.00 |
| 8410843 | 01/11/10 | JOHNSON, JENNY D. B | Review limited objection; conferences with Mr. Harden re same. | 0.50 | $55.00 | $17,137.00 |
| 8413042 | 01/12/10 | HARDEN, HOLMES P. B | Draft and revise order on 11th Interim fee application; legal research Section 330; revise proposed consent order. | 1.80 | $450.00 | $17,587.00 |
| 8414931 | 01/13/10 | HARDEN, HOLMES P. B | Legal research Section 330 case law; revise consent order on attorneys fee application; revise order; attention to correspondence regarding fee order and finalize order; | 1.50 | $375.00 | $17,962.00 |
| 8423866 | 01/21/10 | HARDEN, HOLMES P. B | Work on final fee application. | 0.30 | $75.00 | $18,037.00 |
| 8464092 | 02/22/10 | HARDEN, HOLMES P. B | Review District Court order re Larry Smith's motion for return of seized property and motion. | 0.20 | $50.00 | $18,087.00 |
| 8461180 | 02/22/10 | JOHNSON, JENNY D. B | Review order re recovery of seized records; review motion and forward to Mr. Harden re same. | 0.40 | $44.00 | $18,131.00 |
| 8485877 | 03/04/10 | HARDEN, HOLMES P. B | Legal research 328(b), 330. | 1.20 | $300.00 | $18,431.00 |
| 8485983 | 03/08/10 | HARDEN, HOLMES P. B | Legal research In re: Engman. | 0.70 | $175.00 | $18,606.00 |
| 8487287 | 03/09/10 | HARDEN, HOLMES P. B | Legal research Section 330. | 1.00 | $250.00 | $18,856.00 |

************************************ Williams Mullen Clark & Dobbins ************************************

*********************************************** SERVICES - ITEMIZED ***********************************************

| INDEX | DATE WORKED | ATTORNEY STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|
| 8899661 | 03/11/10 | HARDEN, HOLMES P. B | Legal research Section 726. | 0.20 | $50.00 | $18,906.00 |
| 8495903 | 03/17/10 | HARDEN, HOLMES P. B | Review United States' response to defendant's motion for return of property in USA v. Van Etten and Larry Smith, et al. | 0.30 | $75.00 | $18,981.00 |
| 8498591 | 03/19/10 | HARDEN, HOLMES P. B | Review government submission in US v. Van Etten et als. | 0.20 | $50.00 | $19,031.00 |
| 8516678 | 03/31/10 | HARDEN, HOLMES P. B | Review file re: eleventh application for atty for trustee fees and preparation of final fee application; work on final attys fee application. | 0.50 | $125.00 | $19,156.00 |
| 8543861 | 04/21/10 | HARDEN, HOLMES P. B | Work on fee application. | 0.20 | $50.00 | $19,381.00 |
| 8542396 | 04/06/10 | HARDEN, HOLMES P. B | Work on final fee application. | 0.50 | $125.00 | $19,331.00 |
| 8540178 | 04/05/10 | HARDEN, HOLMES P. B | Work on final fee application. | 0.20 | $50.00 | $19,206.00 |
| 8547754 | 04/22/10 | HARDEN, HOLMES P. B | Review Judge Boyles order re: return of seized property of Larry Smith in US v. Van Etten. | 0.20 | $50.00 | $19,431.00 |
| 8591723 | 05/20/10 | HARDEN, HOLMES P. B | Review file, draft letter to attorney James Vaughn re: Wachovia AP settled in 2001. | 0.70 | $175.00 | $19,606.00 |
| 8579842 | 05/20/10 | JOHNSON, JENNY D. B | Review AP's and bank accounts; conferences with Mr. Harden re same; work on proposed distribution. | 3.00 | $330.00 | $19,936.00 |
| 8591766 | 05/21/10 | HARDEN, HOLMES P. B | Revise letter to attorney James Vaughn regarding Wachovia settlement. | 0.20 | $50.00 | $19,986.00 |
| 8581122 | 05/21/10 | JOHNSON, JENNY D. B | Reviewing AP's and collection amounts; work on UTC codes; review letter to Mr. Vaughn re settlement. | 2.00 | $220.00 | $20,206.00 |
| 8592153 | 05/27/10 | HARDEN, HOLMES P. B | Work on fee application; revise fee application; revise USA rsponse to early termiantion of supervision of John Brothers in Van Etten prosecution. | 1.20 | $300.00 | $20,506.00 |

************************************** Williams Mullen Clark & Dobbins ****************************************
******************************************* SERVICES - ITEMIZED ***********************************************

| INDEX | DATE WORKED | ATTORNEY STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|
| 8613938 | 06/01/10 | HARDEN, HOLMES P. B | Work on fee application. | 0.70 | $175.00 | $20,681.00 |
| 8621079 | 06/08/10 | HARDEN, HOLMES P. B | Review order of district court and recommendation regarding supervision of John Brothers in Van Etten prosecution. | 0.20 | $50.00 | $20,731.00 |
| 8621787 | 06/14/10 | HARDEN, HOLMES P. B | Telephone ccall from paralegal Gwen Wilhause regarding Wachovia complaint and settlement, review file regarding same. | 0.50 | $125.00 | $20,856.00 |
| 8610389 | 06/14/10 | JOHNSON, JENNY D. B | Telephone conference with Mr. Harden and Ms. Williams re AP against Wachovia; email Ms. Hill re same. | 0.40 | $44.00 | $20,900.00 |
| 8626651 | 06/21/10 | HARDEN, HOLMES P. B | Review order discharging Larry Smith from court supervision in USA v. Van Etten. | 0.20 | $50.00 | $20,950.00 |
| 8618118 | 07/16/10 | HARDEN, HOLMES P. B | Draft motion to require payment of prefernce settlement; revise motion to require payment; revise motion, prepare exhibit; work on notice and proposed order. | 2.10 | $525.00 | $21,475.00 |
| 8652956 | 07/16/10 | JOHNSON, JENNY D. B | Conference with Mr. Harden re preferences and Wachovia preference payment not being paid; review spreadsheet for dates to put into motion. | 0.40 | $44.00 | $21,519.00 |
| 8666166 | 07/19/10 | HARDEN, HOLMES P. B | Revise motion, notice; work on proposed order; finalize motion and order; legal research 2002; finalize notice. | 1.80 | $450.00 | $21,969.00 |
| 8656587 | 07/19/10 | JOHNSON, JENNY D. B | Review motion re Wachovia; review docket and claims; conference with Mr. Harden re same. | 0.40 | $22.00 | $22,013.00 |
| 8666290 | 07/20/10 | HARDEN, HOLMES P. B | Review Wachovia complaint, revise motion. | 0.30 | $75.00 | $22,088.00 |
| 8654769 | 07/20/10 | JOHNSON, JENNY D. B | Conference with Ms. Beadnell re motion and notice for Wachovia AP not paid. | 0.20 | $22.00 | $22,110.00 |
| 8656574 | 07/20/10 | JOHNSON, JENNY D. B | E-file motion requiring payment from Wachovia. | 0.20 | $22.00 | $22,132.00 |

11/22/10                                ID: 400232.1922                    Williams Mullen Clark & Dobbins                                                    Page 11 (11)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SERVICES - ITEMIZED \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| INDEX | DATE WORKED | ATTORNEY | STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 8657890 | 07/21/10 | JOHNSON, JENNY D. | B | Review correspondence from Mr. Vaughn and Mr. Harden re Wachovia AP; review spreadsheet re same; conferences re same. | 0.70 | $77.00 | $22,209.00 |
| 8696191 | 08/02/10 | HARDEN, HOLMES P. | B | Work on fee application; review motion re: Wachovia settlement and correspondence from Wachovia. | 0.70 | $175.00 | $22,384.00 |
| 8706922 | 08/11/10 | HARDEN, HOLMES P. | B | Revise fee applications. | 0.50 | $125.00 | $22,509.00 |
| 8700935 | 08/12/10 | HARDEN, HOLMES P. | B | Revise fee application; work on fee application. | 0.80 | $200.00 | $22,709.00 |
| 8699097 | 08/19/10 | JOHNSON, JENNY D. | B | Correspondence with Ms. Williams at Wachovia re status of cancelled check for settlement. | 0.20 | $22.00 | $22,731.00 |
| 8707027 | 08/20/10 | HARDEN, HOLMES P. | B | Attention to correspondence from attorney James Vaughn regarding Wachovia AP and respond; attention to correspondence with attorney J. Vaughn and calculate interest on Wachovia settlement. | 0.80 | $200.00 | $22,931.00 |
| 8700072 | 08/20/10 | JOHNSON, JENNY D. | B | Review correspondence from Mr. Vaughan re payment of Wachovia AP funds; conferences with Mr. Harden and Mr. Vaughan re same. | 0.40 | $44.00 | $22,975.00 |
| 8701893 | 08/22/10 | JOHNSON, JENNY D. | B | Correspondence with Mr. Harden re motion and interest issues. | 0.20 | $22.00 | $22,997.00 |
| 8703165 | 08/23/10 | BURNS, JOHN D. | B | Review and analysis of motion and response to motion to compel payment of settlement; discussion egarding merits of motion and response. | 0.20 | $40.00 | $23,037.00 |
| 8711136 | 08/23/10 | HARDEN, HOLMES P. | B | Review Wachovia response to motion to required payment of settlement amount; conference with J. Burns regarding Wachovia settlement. | 0.50 | $125.00 | $23,162.00 |
| 8701897 | 08/23/10 | JOHNSON, JENNY D. | B | Review response/objection to motion re Wachovia AP. | 0.20 | $22.00 | $23,184.00 |

```
11/22/10                                       ID: 400232.1922                                          Page 12 (12)

                            Williams Mullen Clark & Dobbins

************************************** SERVICES - ITEMIZED ******************************************
                                                                                                    AGGREGATE
          DATE
INDEX    WORKED    ATTORNEY        STATUS    DESCRIPTION                                    HOURS    AMOUNT       AMOUNT

804079   08/23/10  JOHNSON, JENNY D.  B      Correspondence with Mr. Harden re motion and   0.20    $22.00     $23,206.00
                                             settlement.

818491   08/31/10  HARDEN, HOLMES P.  B      Review and revise Wells Fargo consent order.   0.30    $75.00     $23,281.00

826134   09/03/10  JOHNSON, JENNY D.  B      Work on proposed distribution; conferences     2.00    $220.00    $23,501.00
                                             with Mr. Harden and Mark Evans re same.

828573   09/07/10  HARDEN, HOLMES P.  B      Conference with J. Johnson regarding           0.20    $50.00     $23,551.00
                                             priority issues.

827758   09/07/10  JOHNSON, JENNY D.  B      Telephone conferences with Mark Evans re       2.00    $220.00    $23,771.00
                                             final distribution; work on calculations for
                                             same; conference with Mr. Harden re same.

829710   09/08/10  HARDEN, HOLMES P.  B      Review docket re motion to require payment     0.30    $75.00     $23,846.00
                                             of settlement by Wells Fargo and consent
                                             order.

850764   09/13/10  HARDEN, HOLMES P.  B      Review docket regarding consent order on       0.20    $50.00     $23,896.00
                                             motion to require payment of settlement.

850765   09/13/10  HARDEN, HOLMES P.  B      Finalize fee application.                      0.30    $75.00     $23,971.00

835125   09/14/10  JOHNSON, JENNY D.  B      Review consent order regarding payment from    0.20    $22.00     $23,993.00
                                             Wachovia and serve on Mr. Vaughan.

850843   09/17/10  HARDEN, HOLMES P.  B      Work on motion re limited notice and claims    0.40    $100.00    $24,093.00
                                             register.

850852   09/17/10  HARDEN, HOLMES P.  B      Revise mtoion for authority to waive           1.00    $250.00    $24,343.00
                                             attachments to final report.

850853   09/17/10  HARDEN, HOLMES P.  B      Revise motion for authority.                   0.30    $75.00     $24,418.00

840482   09/17/10  JOHNSON, JENNY D.  B      Review docket and claims; work on motion and   2.50    $275.00    $24,693.00
                                             notice to waive Form II and claims register
                                             from Final Report; conferences with Mr.
                                             Harden re same.
```

ID: 400232.1922

Williams Mullen Clark & Dobbins

Page 13 (13)

*********************************** SERVICES - ITEMIZED ***********************************

| INDEX | DATE WORKED | ATTORNEY STATUS | DESCRIPTION | HOURS | AMOUNT | AGGREGATE AMOUNT |
|---|---|---|---|---|---|---|
| 850855 | 09/20/10 | HARDEN, HOLMES P. B | Revise motion for authority to waive attachments. | 0.70 | $175.00 | $24,868.00 |
| 850856 | 09/20/10 | HARDEN, HOLMES P. B | Revise motion for authority and notice. | 0.30 | $75.00 | $24,943.00 |
| 840495 | 09/20/10 | JOHNSON, JENNY D. B | Work on revisions to motion and notice to waive attachments to final report. | 0.50 | $55.00 | $24,998.00 |
| 841314 | 09/20/10 | JOHNSON, JENNY D. B | Work on revisions to motion and notice. | 0.30 | $33.00 | $25,031.00 |
| 841315 | 09/20/10 | JOHNSON, JENNY D. B | Work on revision to motion and notice. | 0.30 | $33.00 | $25,064.00 |

|  |  |  |
|---|---|---|
| TOTAL BILLABLE ENTRIES | 159.60 | $25,064.00 |
| TOTAL HELD ENTRIES | 0.00 | $0.00 |
| TOTAL SERVICES | 159.60 | $25,064.00 |

***********************************

```
11/22/10                    ID: 400232.1922           Williams Mullen Clark & Dobbins                        Page 14 (14)
***************************************************** DISBURSEMENTS RECAP *****************************************************

COST CODE    DESCRIPTION                                                              AMOUNT            AGGREGATE
                                                                                                         AMOUNT

   60        Pacer                                                                     $0.40             $0.40
                                                                                      _____

             TOTAL BILLABLE ENTRIES                                                    $0.40
             TOTAL HELD ENTRIES                                                        $0.00
                                                                                      _____

             TOTAL DISBURSEMENTS                                                       $0.40

*******************************************************************************************************************************
```

```
11/22/10                       Williams Mullen Clark & Dobbins                 Page 15 (15)
                                   ID: 400232.1922
************************* DISBURSEMENTS - ITEMIZED *************************
                                                                                 AGGREGATE
         DATE                                                                     AMOUNT
INDEX   WORKED    ATTORNEY              STATUS  DESCRIPTION            AMOUNT

4233570 02/22/10  HARDEN, HOLMES P.       B     60                      $0.08    $0.08
                                                Pacer
4233571 02/22/10  HARDEN, HOLMES P.       B     60                      $0.16    $0.24
                                                Pacer
4233572 02/22/10  HARDEN, HOLMES P.       B     60                      $0.16    $0.40
                                                Pacer
                                                                       _____
                                                TOTAL BILLABLE ENTRIES  $0.40

                                                TOTAL HELD ENTRIES      $0.00
                                                                       _____
                                                TOTAL DISBURSEMENTS     $0.40
```

**********************************************************