**VAN–023** Order Allowing Fees– Rev. 09/03/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

## ORDER ALLOWING FEES

IT IS ORDERED that the following commissions, fees, and expenses are allowed.

Holmes P Harden, Trustee fees awarded: $57160.70, expenses awarded: $1749.25

Adams, Martin & Associates, P. A., Accountant fees awarded: $16052.00, expenses awarded: $693.63

Holmes P Harden, Attorney for Trustee fees awarded: $25064.00, expenses awarded: $0.40

DATED: January 11, 2011

J. Rich Leonard
United States Bankruptcy Judge