VAN–023 Order Allowing Fees– Rev. 09/03/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

ORDER ALLOWING FEES

IT IS ORDERED that the following commissions, fees, and expenses are allowed.

Holmes P Harden, Trustee fees awarded: $57160.70, expenses awarded: $1749.25

Adams, Martin & Associates, P. A., Accountant fees awarded: $16052.00, expenses awarded: $693.63

Holmes P Harden, Attorney for Trustee fees awarded: $25064.00, expenses awarded: $0.40

DATED: January 11, 2011

J. Rich Leonard
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0417-5           User: payne_li              Page 1 of 1              Date Rcvd: Jan 11, 2011
Case: 98-02675                 Form ID: van023             Total Noticed: 3

The following entities were noticed by first class mail on Jan 13, 2011.
db           +International Heritage, Inc.,   C/O TERRI L. GARDNER,   POST OFFICE DRAWER 1389,
               RALEIGH, NC 27602-1389
aty          +Stephani Wilson Humrickhouse,   Nicholls & Crampton, P.A.,   PO Box 18237,
               Raleigh, NC 27619-8237
smg          +Bankruptcy Administrator,   Two Hannover Square, Ste. 620,   434 Fayetteville Street,
               Raleigh, NC 27601-1701
The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephani Wilson Humrickhouse,   Nicholls & Crampton, P.A.,   PO Box 18237,
               Raleigh, NC 27619-8237
                                                                           TOTALS: 0, * 1, ## 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 13, 2011**                    **Signature:**        *Joseph Speetjens*