**SO ORDERED.**

**SIGNED this 17 day of February, 2011.**

_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: |
| International Heritage, Inc. | 98-02675-8-JRL |
| **DEBTOR** | **CHAPTER 7** |

O R D E R

The matter before the court is the order entered February 10, 2011, granting the application for payment of funds to Huahui Luo. The court finds that the order should be revoked.

The United States Treasury is currently holding $441.01 in unclaimed funds for the benefit of Huahui Luo; however, before unclaimed funds can be released, the creditor/claimant must provide his social security number to the court. The motion filed on February 7, 2011 does not include Mr. Luo's social security number. Therefore, the order entered February 10, 2011 is revoked.

"End of Document"