**SO ORDERED.**

**SIGNED this 17 day of February, 2011.**

_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                         CASE NO.:

International Heritage, Inc.                                   98-02675-8-JRL

   **DEBTOR**                                                  **CHAPTER 7**

O R D E R

   The matter before the court is the order entered February 10, 2011, granting the application for payment of funds to Huahui Luo. The court finds that the order should be revoked.

   The United States Treasury is currently holding $441.01 in unclaimed funds for the benefit of Huahui Luo; however, before unclaimed funds can be released, the creditor/claimant must provide his social security number to the court. The motion filed on February 7, 2011 does not include Mr. Luo's social security number. Therefore, the order entered February 10, 2011 is revoked.

"End of Document"

# CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: boyette_j           Page 1 of 1            Date Rcvd: Feb 17, 2011
Case: 98-02675                Form ID: pdf014           Total Noticed: 2

The following entities were noticed by first class mail on Feb 19, 2011.
cr           +Luo HuaHui,    511 New Hyde Park Road,    New Hyde Park, NY 11040-3218
905437       +JAMES F. ERIAMIATOE,    2944 HILLHURST DRIVE,    NASHVILLE, TN 37207-2908

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2011**          **Signature:** _Joseph Speetjens_