**VAN–107** Deficiency Notice – Rev. 11/10/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

CASE NO.: 98–02675–5–JRL

IN RE:

DATE FILED: November 25, 1998

CHAPTER: 7

International Heritage, Inc.
  ( debtor has no known aliases )
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

Debtor represented by:
Terri L. Gardner
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612

TaxID: 56–1921093

Trustee:
Holmes P Harden
Williams Mullen
A Professional Corporation
P. O. Drawer 1000
Raleigh, NC 27602

## DEFICIENCY NOTICE

To: HuaHui Luo

Re: Motion To Release Funds In The Amount Of $ 441.01 filed by HuaHui Luo

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **February 28, 2011** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

Your social security number was not included on the motion to release unclaimed funds. Upon receipt, the court will consider your motion.

DATED: February 17, 2011

Julie Boyette
Deputy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0417-5           User: boyette_j              Page 1 of 1              Date Rcvd: Feb 17, 2011
Case: 98-02675                 Form ID: van107              Total Noticed: 1
```

The following entities were noticed by first class mail on Feb 19, 2011.
cr           +Luo HuaHui,   511 New Hyde Park Road,   New Hyde Park, NY 11040-3218

The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2011**                          **Signature:**   _/s/ Joseph Speetjens_