VAN–107 Deficiency Notice – Rev. 11/10/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

CASE NO.: 98–02675–5–JRL

IN RE:                                         DATE FILED: November 25, 1998

                                               CHAPTER: 7

International Heritage, Inc.                    Debtor represented by:
  ( debtor has no known aliases )              Terri L. Gardner
C/O TERRI L. GARDNER                           Nelson Mullins Riley & Scarborough, LLP
POST OFFICE DRAWER 1389                        4140 Parklake Avenue, Suite 200
RALEIGH, NC 27602                              Raleigh, NC 27612

TaxID: 56–1921093

Trustee:
Holmes P Harden
Williams Mullen
A Professional Corporation
P. O. Drawer 1000
Raleigh, NC 27602

DEFICIENCY NOTICE

To: Sharon Wilkison

Re: Motion To Release Funds In The Amount Of $ 21.90 filed by Sharon L. Wilkison
    Motion To Release Funds In The Amount Of $ 78.25 filed by Sharon L. Wilkison

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **March 7, 2011** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

Proof of identity was not attached to the motion to release unclaimed funds. A copy of your driver license, passport, or photo identification must be submitted. Upon receipt of proof of identity the court will consider your motion.

DATED: February 23, 2011

                                               Tina Roberson
                                               Deputy Clerk