United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                                              Case No. 98-02675-JRL
International Heritage, Inc.                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0417-5          User: payne_li          Page 1 of 1          Date Rcvd: Mar 14, 2011
                             Form ID: van107          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2011.
cr          +Betty Urie,   223 E. Bakerview Rd. # 246,   Bellingham, WA 98226-7758

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**


**Date: Mar 16, 2011**                          **Signature:**      _Joseph Speetjens_

**VAN–107** Deficiency Notice – Rev. 11/10/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

CASE NO.: 98–02675–5–JRL

IN RE:

DATE FILED: November 25, 1998

CHAPTER: 7

International Heritage, Inc.
*( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

Debtor represented by:
Terri L. Gardner
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612

TaxID: 56–1921093

Trustee:
Holmes P Harden
Williams Mullen
A Professional Corporation
P. O. Drawer 1000
Raleigh, NC 27602

## DEFICIENCY NOTICE

To: Betty Urie

Re: Motion To Release Funds In The Amount Of $ 0.00 filed by Betty Urie (Payne, Lisa)

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **March 24, 2011** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

Your social security number was not included on the motion to release unclaimed funds. Upon receipt, the court will consider your motion.

DATED: March 14, 2011

Lisa Payne
Deputy Clerk