UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| INTERNATIONAL HERITAGE INC. | 98-02675-5-JRL |
| DEBTOR(S) | CHAPTER 7 |

**REPORT ON UNCLAIMED DIVIDENDS**

      HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

    1.    That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---:|
| J. H. BARHAM JR.<br>83 TERRA AVE.<br>ALEXANDRIA, LA 71303 | 311.02 |
| MARCELLE H. SMITH<br>350 DELTA RD.<br>FITZGERALD, GA 31750 | 90.10 |
| GREG MARTIN<br>1007 S 56TH ST<br>KANSAS CITY, KS 66106 | 717.50 |
| WANDA L. WHITE TRUST<br>WANDA LEE WHITE TRUSTEE<br>P. O. BOX 1<br>SARCOXIE, MO 64862 | 683.63 |
| **TOTAL** | **1,802.25** |

    2.    That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

      WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    March 31, 2011

                                      s/sHolmes P. Harden
                                      Holmes P. Harden, Trustee
                                      State Bar No. 9835
                                      Post Office Box 1000
                                      RALEIGH, NC  27602
                                      Telephone: (919) 981-4000
                                      Facsimile: (919) 981-4300