**VAN–126** Order for Refund of Unclaimed Funds – Rev. 03/30/2011

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
International Heritage, Inc.
  ( debtor has no known aliases )
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

**Raleigh Division**

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $483.82 constituting unclaimed funds is declared due to Sherri Lamar, 300 Poplar St., Nocona, TX 76255 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: April 5, 2011

*J. Rich Leonard*

J. Rich Leonard
United States Bankruptcy Judge