**FILED**
APR 0 4 2011
STEPHANIE J. EDMONDSON, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

**RECEIVED**
APR 0 4 2011
STEPHANIE J. EDMONDSON, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

To whom may concern,

My name is Qiu Lian Chen. This is requiring about International Heritage, Inc., Case No. 98-02675-5-JRL Chapter 7. Apparently I haven't received my checks at the mail. Currently I have moved from 5911 4th Ave 2fl Brooklyn NY 11220. My current address is 1827 Kendrick Street Philadelphia PA 19152. I have tried to notify the International Heritage, Inc company but there wasn't a respond to it. Until a friend notify saying you could try to mail the United State Bankruptcy Court for the Eastern District of North Carolina Raleigh Division. Thank You for your patience reading this letter.

03/30/11

Qiu Lian Chen

X Qiu Lian Chen