Holmes P. Harden, Trustee for IHI
P.O. Box 536
Benson, NC 27504

*also*
U.S. Bankruptcy Court
P.O. Box 1441
Raleigh, N.C. 27602

00NN 0006988 00000000 001 001 06988 INS: 0 0

EDDIE LOU RHINE
2620 SPRUCE PK. DR.
FORT WORTH, TX 76118

**FILED**

APR 28 2011

STEPHANIE J. EDMONDSON, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:  )
)   CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,  )
)   CHAPTER 7
Debtor  )

The attached check payable to EDDIE LOU RHINE is an interim payment for the claim 005851. Please cash this check upon receipt to avoid any delays in future distributions.

Please change my address to send any checks that have been issued for this lawsuit. Thanks.

OLD: DARREN SCHOMBERT
5021 STEPHANIE DRIVE
HALTOM CITY, TX 76117

NEW ADDRESS: DARREN SCHOMBERT
2080 DAVIS DRIVE
CUMMING, GA 30028

*Darren A. Schombert*
4-27-2011

# INTERNATIONAL HERITAGE, INC.
## INDEPENDENT RETAIL SALES REPRESENTATIVE APPLICATION

### REPRESENTATIVE INFORMATION (Applying Representative)

Social Security Number / Federal Tax ID#: 326549462

Name of Representative (Last): SCHOMBERT  (First): DARREN  (Initial): A

Mailing Address (No P.O. Boxes): 5021 STEPHANIE DRIVE

City/Town: HALTOM CITY  State: TX  Zip Code: 76117

Home Phone: 817 831 6616

Business Phone: _____

Fax Number: _____

Check one of the following:
- [X] Development Leader (1 Retail Business Center - does not require immediate certification)
- [ ] Development Leader 1 (3 Retail Business Centers - requires immediate certification)
- [ ] Development Leader 2 (7 Retail Business Centers - requires immediate certification)
- [ ] Other: _____

### PLACEMENT SPONSOR INFORMATION (where this new Retail Business Center is to be placed)

Social Security Number / Federal Tax ID#: 463609908

Number EXTENSION: 007   Left or (Right) (circle one)

Name of Representative (Last): RHINE  (First): EDDIE LOU  (Initial): L

Home Phone: 817 284 1177

Business Phone: _____

AND/OR

Fax Number: _____

### SPONSOR (if different from above)

Social Security Number / Federal Tax ID#: _____

Name of Sponsor (Last): _____  (First): _____  (Initial): _____

I AGREE TO THE ABOVE INDICATED INFORMATION AND AM BOUND BY THE TERMS OF THE POLICIES AND PROCEDURES MANUAL AND THE TERMS AND CONDITIONS OF THE INDEPENDENT RETAIL SALES REPRESENTATIVE AGREEMENT.

X Darren A. Schombert    Date: 1-16-97

Representative's Signature

### PAYMENT OPTIONS:

A. Credit Card Authorization: (Must be filled out completely)
- [ ] MasterCard  [X] Visa (No other credit card accepted)
Card #: 4250 014 707 704
Expiration Date: 8/98
Name of Cardholder: DARREN A. SCHOMBERT
Signature: Darren A. Schombert

B. Certified Check/Money Order # _____

C. Personal Check # _____
(Personal Check Acceptance Form must be attached)

Mail Certified Check or Money Order along with original to:
INTERNATIONAL HERITAGE, INC.
2626 Glenwood Ave., Suite 200 • Raleigh, NC 27608
Phone: (919) 571-4646
* Fax copies not accepted

| Item | Amount |
|---|---|
| Application Fee | $ 0 |
| Administrative Fee (optional) — Access to: Data & Commission processing, newsletter, back office support & communications, product updates, accounting & other customary services | $ 25.00 |
| Retail Business Career Kit — Start up materials, flip chart presentation, sample forms, audio/video, product catalogue, monthly planner, etc. (not for profit) | $ ~~75.00~~ 100.00 |
| Career Kit State & Local Sales Tax 8.25 % | $ 8.25 |
| Delivery Charge on Retail Business Career Kit (choose one) [X] 2 Day Air $15.00  [ ] Ground $10.00 | $ 15.00 |
| Total from Product Order Form, Retail Business Agreement and Sales Aids Form | $ 250.00 |
| **TOTAL AMOUNT ENCLOSED** | $ 398.25 |

4-1-11

Bankruptcy Court
P.O. Box 1441
Raleigh, N.C. 27602
Case # 98-02675-JRL
Chapter 7
International Heritage Inc

Enclosed is copies of letters & etc. I mailed to Holmes & Hardin 1-08 to inform him of change of address of my Dau. Stacey & son in law Darren. Stacey's was changed & Darren's was not & he has yet to see anything. This is not right. Could you please look into it.

Thank you
Eddie Rhine

Roland & Eddie Rhine
2620 Spruce Park Drive
Richland Hills TX 76118-6717

4-1-11

Holmes P Harden
Trustee for IHI

Mr. Harden: Enclosed is copies of letter I mailed to you in 2008 to inform you that 2 of my people had moved & was not receiving the cks. or infor. Both are related to me, my dau. Stacy & son-in-law Harren.
Stacey was changed but Harren's never was & he has yet to rec. any thing, this is not right. I am asking you to send him his money.
Thank you
Mrs. Rhine (Eddie)

Roland & Eddie Rhine
2620 Spruce Park Drive
Richland Hills TX 76118-6717

Roland Rhine
2620 Spruce Park Dr.
Fort Worth, TX 76118

*Eddie Rhine*

*Holmes P. Harden Trustee for IHI*
*P.O. Box 536*
*Benson, N.C. 27504*

Holmes P. Harden, Trustee for IHI
P.O. Box 536
Benson, NC 27504



00NN 0006988 00000000 001 001 06988 INS: 0 0

EDDIE LOU RHINE
2620 SPRUCE PK. DR.
FORT WORTH, TX 76118

1-15-08

Holmes P Harden

To inform you of change of address of my daughter Stacey & son-in-law Darrin when they signed up under me

Old - Stacey King Kendall
4908 Stephanie Dr.
Fort Worth, TX - 76117

Holmes P Jardin

To inform you of change of address of my daughter Stacey & son-in-law Darren when they signed up under me

Old - Stacey King Kendall
4908 Stephanie Dr.
Fort Worth, Tx - 76117

New - lives now at
Stacey King Kendall
5501 Shaw Rd.
Tolar, Texas 76476-5405

Old - Darren Schombert
5021 Stephanie Dr.
Fort Worth, Tx 76117

New - lives now at
Darren Schombert
2080 Davis Dr.
Cumming, Ga. 30041-9094

They also should no Checks

1-15-08

Holmes P. Harden, Trustee for IHI
P.O. Box 536
Benson, NC 27504



00NN 0006338 00000000 001 001 06338 INS: 0 0

STACEY R. KUYKENDALL
4908 STEPHANIE DR.
HALTOM CITY, TX 76117

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                )
                                      )   CASE NO.: 98-02675-5-ATS
INTERNATIONAL HERITAGE, INC.,         )
                                      )   CHAPTER 7
        Debtor                        )

The attached check payable to STACEY R. KUYKENDALL is an interim payment for the claim 008179. Please cash this check upon receipt to avoid any delays in future distributions.

---

Holmes P. Harden, Trustee for IHI
P.O. Box 536
Benson, NC 27504

**BANK OF AMERICA**

CHECK NUMBER
0000003589

| CASE NUMBER | DEBTOR |
|---|---|
| 98-02675-5-ATS | International Heritage, Inc. |

DATE OF CHECK
01/11/2008

PAY: One Hundred DOLLARS and 36 CENTS

PAY TO THE ORDER OF: STACEY R. KUYKENDALL
4908 STEPHANIE DR.
HALTOM CITY, TX 76117

CHECK AMOUNT
$100.36

VOID AFTER 90 DAYS

MEMO: 1st interim payment on Claim 008179, Payment 25.20%

Trustee
THIS CHECK VOID AFTER 90 DAYS

⑆0000003589⑈ ⑉111000012⑈ 375 384 6835⑆

Holmes P. Harden
Trustee for IHI
PO Box 536
Benson, NC 25704



000 0002246 00000000 001 001 02246 INS. 0 0
STACEY R. KUYKENDALL
5501 SHAW RD
TOLAR, TX 76476-5405

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | ) | |
|---|---|---|
| | ) | CASE NO.: 98-02675-5-JRL |
| International Heritage, Inc., | ) | |
| | ) | CHAPTER 7 |
| Debtor | ) | |

This is the final distribution of funds. Any and all correspondence must be in writing to Holmes P. Harden, Trustee for IHI, PO Box 536, Benson, NC 27504. **This check will become void 90 days from the check date and if not cashed the funds will be submitted to the U.S. Bankruptcy Court, PO Box 1441, Raleigh, NC 27602 as unclaimed dividends.**

---

Holmes P. Harden
Trustee for IHI
PO Box 536
Benson, NC 25704

**BANK OF AMERICA**

CHECK NUMBER 0000003253     32-1/1110

| CASE NUMBER | DEBTOR | DATE OF CHECK |
|---|---|---|
| 98-02675-5-JRL | International Heritage, Inc., | 03/11/2011 |

PAY: One Hundred Forty Three DOLLARS and 53 CENTS

PAY TO THE ORDER OF:   STACEY R. KUYKENDALL
5501 SHAW RD
TOLAR, TX 76476-5405

CHECK AMOUNT
$143.53
VOID AFTER 90 DAYS

Trustee
THIS CHECK VOID AFTER 90 DAYS

MEMO: Final Distribution, Claim # 008179, Payment 53.1%

⑈0000003253⑈ ⑆111000012⑆ 443 721 3916⑈