**SO ORDERED.**

**SIGNED this 22 day of July, 2011.**

_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                              CASE NO.:

International Heritage, Inc.                        98-2675-5-JRL

    **DEBTOR**                                    **CHAPTER 7**

### O R D E R

The matter before the court is the motion to release funds filed by James B. Phillips on July 8, 2011. The motion requests the release of funds in the amount of $378.01. The funds available for this creditor are $483.82. Accordingly, the court finds that the amount of $483.82 constituting unclaimed funds is declared due to James B. Phillips, 905 Woodcrest Lane, Gardendale, AL 35071 by reasons stated in the motion filed in this case. Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimant.

"End of Document"