**SO ORDERED.**

**SIGNED this 22 day of July, 2011.**

_____
J. Rich Leonard
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.:** |
| International Heritage, Inc. | 98-2675-5-JRL |
| **DEBTOR** | **CHAPTER 7** |

**O R D E R**

The matter before the court is the motion to release funds filed by Kenneth Maxey on July 11, 2011. The motion requests the release of funds in the amount of $1,800.00. The funds available for this creditor are $77.29. Accordingly, the court finds that the amount of $77.29 constituting unclaimed funds is declared due to Kenneth Maxey, 2453 Highway 135, Rayville, LA 71269 by reasons stated in the motion filed in this case. Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimant.

"End of Document"