**SO ORDERED.**

**SIGNED this 05 day of August, 2011.**

_____
J. Rich Leonard
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: |
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

O R D E R

The matter before the court is the motions to release funds filed by Donna Schaefer on April 26, 2011.

The court finds that the claimant's social security number was not provided. The social security number is required before unclaimed funds can be released from the court.

The court further finds the claimant was notified of this deficiency by the clerk's office, but has failed to make the necessary correction.

Accordingly, the motion to release funds is denied without prejudice to the right of Donna Schaefer to refile the motion with the social security number included.

"End of Document"