**SO ORDERED.**

**SIGNED this 05 day of August, 2011.**

_____
J. Rich Leonard
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: |
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

### O R D E R

The matter before the court is the motion to release unclaimed funds filed by Heidi Ann Krieg on March 10, 2011. Ms. Krieg did not request a specific amount of funds that she was seeking to recover.

Upon review of the unclaimed funds reports for this case, the court is unable to find where any money is owed to Ms. Krieg. Therefore, the motion to release unclaimed funds is denied without prejudice to the right of Heidi Ann Krieg to refile the motion with proof of a prior claim having been filed. If Ms. Krieg can show that a claim was filed, the court will conduct further research into whether or not she is entitled to recovery of unclaimed funds.

"End of Document"