**SO ORDERED.**

**SIGNED this 05 day of August, 2011.**

_____
J. Rich Leonard
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO.: |
|---|---|
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

O R D E R

The matter before the court are two motions to release unclaimed funds filed by Sharon L. Wilkison on February 17, 2011.

The court finds that proof of identity for Sharon L. Wilkison was not attached to the motion. Proof of identity is required before unclaimed funds can be released from the court.

The court further finds that Sharon L. Wilkison was notified of this deficiency by the clerk's office, but has failed to make the necessary correction.

Accordingly, the motions to release unclaimed funds are denied without prejudice to the right of Sharon L. Wilkison to refile the motions with the proper identification attached.

"End of Document"