United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
      Debtor

Case No. 98-02675-JRL  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5     User: roberson_     Page 1 of 2     Date Rcvd: Aug 03, 2011  
Form ID: van126     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2011.
```
cr           +Eugene D. Johnson,    207 Louden St.,    Superior, NE 68978-1933
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 05, 2011**        **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0417-5          User: roberson_            Page 2 of 2                  Date Rcvd: Aug 03, 2011
                              Form ID: van126            Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2011 at the address(es) listed below:
              Brent E Wood     on behalf of Defendant   Ebh Distributors, LLC brent.wood@bewlaw.com
              Brian J. Dilks     on behalf of Interested Party   Dilks & Knopik, LLC cmecf@dkllc.com,
               brian.dilks@dilksknopik.com
              David F. Meschan     on behalf of Defendant   Leapfrog Marketing, Inc. dmeschan@tuggleduggins.com,
               martit@tuggleduggins.com
              David W. Boone     on behalf of Defendant   Travel Experts, Inc. dboone@ncdoj.gov
              Douglas Q. Wickham     on behalf of Defendant   Egw Personnel Services, Inc.
               dqwickham@hatchlittlebunn.com
              Gerald A Jeutter     on behalf of Defendant   Modern Health Strategies, L.L.C. jeb@jeutterlaw.com,
               kathy@jeutterlaw.com;plyles@windstream.net
              Holmes P Harden     hharden@williamsmullen.com,
               jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com;sadkins@will
               iamsmullen.com
              James B Angell     on behalf of Defendant   2021.Interactive, LLC jangell@hsfh.com,
               jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
              James E. Vaughan     on behalf of Creditor   Wells Fargo Bank, N.A., Successor by Merger to Wachovia
               Bank, National Association jim@jvaughanlaw.com
              James T. Johnson     on behalf of Plaintiff Holmes Harden, Trustee jjohnson@jtjlaw.com
              Jeffrey E. Oleynik     on behalf of Defendant   Tig Insurance Company joleynik@brookspierce.com
              John Mark Stern     on behalf of Creditor   Texas Comptroller of Public Accounts
               john.stern@oag.state.tx.us
              John S. Williford     on behalf of Creditor   RBC Centura Bank jwilliford@fieldsandcooper.com
              Kim Sherrie Sawyer     on behalf of Creditor Daming Cao data@tlsgltd.com
              Marjorie K. Lynch     on behalf of Bankruptcy Administrator   Bankruptcy Administrator
               marjorie_lynch@nceba.uscourts.gov,
               lynn_tingen@nceba.uscourts.gov;janet_hicks@nceba.uscourts.gov;karen_hayes@nceba.uscourts.gov;rick
               _hinson@nceba.uscourts.gov;lesley_cavenaugh@nceba.uscourts.gov;erika_rohrer@nceba.uscourts.gov
              Michael L. Geller     on behalf of Creditor Anita Geller mlgeller@mac.com
              Neal Fowler     on behalf of Interested Party Scott Wilkinson USANCE.Bankruptcy@usdoj.gov,
               usance.ecfcivil2@usdoj.gov
              Paul T. Flick     on behalf of Defendant   Dmax Imaging Incorporated pflick@jordanprice.com
              Richard D Sparkman     on behalf of Defendant   Toner Solutions, Inc. rds@sparkmanlaw.com,
               mary@sparkmanlaw.com;dsparkman@embarqmail.com;erica@sparkmanlaw.com
              Terri L. Gardner     on behalf of Debtor   International Heritage, Inc.
               terri.gardner@nelsonmullins.com,   joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com
              William E. Brewer     on behalf of Defendant Claude Savage dleggett@williambrewer.com,
               dthomas@williambrewer.com;avargas@williambrewer.com
              William L. Yaeger     on behalf of Defendant O. Rudd wyaeger@williamyaeger.com,
               notices@williamyaeger.com
              William Woodward Webb     on behalf of Defendant Marshall Reddy woodywebb@ew-law.com
                                                                                              TOTAL: 23
```

VAN–126 Order for Refund of Unclaimed Funds – Rev. 05/23/2011

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441
**Raleigh Division**

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $315.01 constituting unclaimed funds is declared due to Eugene D. Johnson, 207 Louden St., Superior, NE 68978 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: August 3, 2011

*J. Rich Leonard*

J. Rich Leonard
United States Bankruptcy Judge