United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
     Debtor

Case No. 98-02675-JRL  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5     User: roberson_     Page 1 of 2     Date Rcvd: Aug 04, 2011  
                     Form ID: van126     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2011.  
cr         +Joel E. Boyd,    5 Bare Hill Rd.,    Boxford, MA 01921-2401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 06, 2011**                            **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0417-5          User: roberson_              Page 2 of 2                    Date Rcvd: Aug 04, 2011
                              Form ID: van126              Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2011 at the address(es) listed below:
              Brent E Wood    on behalf of Defendant    Ebh Distributors, LLC brent.wood@bewlaw.com
              Brian J. Dilks    on behalf of Interested Party    Dilks & Knopik, LLC cmecf@dkllc.com,
               brian.dilks@dilksknopik.com
              David F. Meschan    on behalf of Defendant    Leapfrog Marketing, Inc. dmeschan@tuggleduggins.com,
               martit@tuggleduggins.com
              David W. Boone    on behalf of Defendant    Travel Experts, Inc. dboone@ncdoj.gov
              Douglas Q. Wickham    on behalf of Defendant    Egw Personnel Services, Inc.
               dqwickham@hatchlittlebunn.com
              Gerald A Jeutter    on behalf of Defendant    Modern Health Strategies, L.L.C. jeb@jeutterlaw.com,
               kathy@jeutterlaw.com;plyles@windstream.net
              Holmes P Harden    hharden@williamsmullen.com,
               jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com;sadkins@will
               iamsmullen.com
              James B Angell    on behalf of Defendant    2021.Interactive, LLC jangell@hsfh.com,
               jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
              James E. Vaughan    on behalf of Creditor    Wells Fargo Bank, N.A., Successor by Merger to Wachovia
               Bank, National Association jim@jvaughanlaw.com
              James T. Johnson    on behalf of Plaintiff Holmes Harden, Trustee jjohnson@jtjlaw.com
              Jeffrey E. Oleynik    on behalf of Defendant    Tig Insurance Company joleynik@brookspierce.com
              John Mark Stern    on behalf of Creditor    Texas Comptroller of Public Accounts
               john.stern@oag.state.tx.us
              John S. Williford    on behalf of Creditor    RBC Centura Bank jwilliford@fieldsandcooper.com
              Kim Sherrie Sawyer    on behalf of Creditor Daming Cao data@tlsgltd.com
              Marjorie K. Lynch    on behalf of Bankruptcy Administrator    Bankruptcy Administrator
               marjorie_lynch@nceba.uscourts.gov,
               lynn_tingen@nceba.uscourts.gov;janet_hicks@nceba.uscourts.gov;karen_hayes@nceba.uscourts.gov;rick
               _hinson@nceba.uscourts.gov;lesley_cavenaugh@nceba.uscourts.gov;erika_rohrer@nceba.uscourts.gov
              Michael L. Geller    on behalf of Creditor Anita Geller mlgeller@mac.com
              Neal Fowler    on behalf of Interested Party Scott Wilkinson USANCE.Bankruptcy@usdoj.gov,
               usance.ecfcivil2@usdoj.gov
              Paul T. Flick    on behalf of Defendant    Dmax Imaging Incorporated pflick@jordanprice.com
              Richard D Sparkman    on behalf of Defendant    Toner Solutions, Inc. rds@sparkmanlaw.com,
               mary@sparkmanlaw.com;dsparkman@embarqmail.com;erica@sparkmanlaw.com
              Terri L. Gardner    on behalf of Debtor    International Heritage, Inc.
               terri.gardner@nelsonmullins.com,   joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com
              William E. Brewer    on behalf of Defendant Claude Savage dleggett@williambrewer.com,
               dthomas@williambrewer.com;avargas@williambrewer.com
              William L. Yaeger    on behalf of Defendant O. Rudd wyaeger@williamyaeger.com,
               notices@williamyaeger.com
              William Woodward Webb    on behalf of Defendant Marshall Reddy woodywebb@ew-law.com
                                                                                             TOTAL: 23
```

VAN–126 Order for Refund of Unclaimed Funds – Rev. 05/23/2011

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441
**Raleigh Division**

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $508.01 constituting unclaimed funds is declared due to Joel E. Boyd, 5 Bare Hill Road, Boxford, MA 01921 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: August 4, 2011

*J. Rich Leonard*

J. Rich Leonard
United States Bankruptcy Judge