United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                                     Case No. 98-02675-JRL
International Heritage, Inc.                                               Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0417-5            User: payne_li          Page 1 of 2              Date Rcvd: Aug 05, 2011
                               Form ID: pdf014          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2011.
db            +International Heritage, Inc.,   C/O TERRI L. GARDNER,   POST OFFICE DRAWER 1389,
               RALEIGH, NC 27602-1389
cr            +Sharon L. Wilkison,   1026 Landings Ct. # 3,   Brazil, IN 47834-7775

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 07, 2011**                    **Signature:**        _Joseph Speetjens_

District/off: 0417-5        User: payne_li           Page 2 of 2              Date Rcvd: Aug 05, 2011
                           Form ID: pdf014           Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2011 at the address(es) listed below:
          Brent E Wood   on behalf of Defendant  Ebh Distributors, LLC brent.wood@bewlaw.com
          Brian J. Dilks    on behalf of Interested Party  Dilks & Knopik, LLC cmecf@dkllc.com,
           brian.dilks@dilksknopik.com
          David F. Meschan   on behalf of Defendant  Leapfrog Marketing, Inc. dmeschan@tuggleduggins.com,
           martit@tuggleduggins.com
          David W. Boone   on behalf of Defendant  Travel Experts, Inc. dboone@ncdoj.gov
          Douglas Q. Wickham   on behalf of Defendant  Egw Personnel Services, Inc.
           dqwickham@hatchlittlebunn.com
          Gerald A Jeutter   on behalf of Defendant  Modern Health Strategies, L.L.C. jeb@jeutterlaw.com,
           kathy@jeutterlaw.com;plyles@windstream.net
          Holmes P Harden   hharden@williamsmullen.com,
           jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com;sadkins@will
           iamsmullen.com
          James B Angell   on behalf of Defendant  2021.Interactive, LLC jangell@hsfh.com,
           jmcinnes@hsfh.com;bdalrymple@hsfh.com;ccoe@hsfh.com
          James E. Vaughan   on behalf of Creditor  Wells Fargo Bank, N.A., Successor by Merger to Wachovia
           Bank, National Association jim@jvaughanlaw.com
          James T. Johnson   on behalf of Plaintiff Holmes Harden, Trustee jjohnson@jtjlaw.com
          Jeffrey E. Oleynik   on behalf of Defendant  Tig Insurance Company joleynik@brookspierce.com
          John Mark Stern   on behalf of Creditor  Texas Comptroller of Public Accounts
           john.stern@oag.state.tx.us
          John S. Williford   on behalf of Creditor  RBC Centura Bank jwilliford@fieldsandcooper.com
          Kim Sherrie Sawyer   on behalf of Creditor Daming Cao data@tlsgltd.com
          Marjorie K. Lynch   on behalf of Bankruptcy Administrator  Bankruptcy Administrator
           marjorie_lynch@nceba.uscourts.gov,
           lynn_tingen@nceba.uscourts.gov;janet_hicks@nceba.uscourts.gov;karen_hayes@nceba.uscourts.gov;rick
           _hinson@nceba.uscourts.gov;lesley_cavenaugh@nceba.uscourts.gov;erika_rohrer@nceba.uscourts.gov
          Michael L. Geller   on behalf of Creditor Anita Geller mlgeller@mac.com
          Neal  Fowler   on behalf of Interested Party Scott Wilkinson USANCE.Bankruptcy@usdoj.gov,
           usance.ecfcivil2@usdoj.gov
          Paul T. Flick   on behalf of Defendant  Dmax Imaging Incorporated pflick@jordanprice.com
          Richard D Sparkman   on behalf of Defendant  Toner Solutions, Inc. rds@sparkmanlaw.com,
           mary@sparkmanlaw.com;dsparkman@embarqmail.com;erica@sparkmanlaw.com
          Terri L. Gardner   on behalf of Debtor  International Heritage, Inc.
           terri.gardner@nelsonmullins.com,  joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com
          William E. Brewer   on behalf of Defendant Claude Savage dleggett@williambrewer.com,
           dthomas@williambrewer.com;avargas@williambrewer.com
          William L. Yaeger   on behalf of Defendant O. Rudd wyaeger@williamyaeger.com,
           notices@williamyaeger.com
          William Woodward Webb   on behalf of Defendant Marshall Reddy woodywebb@ew-law.com
                                                                            TOTAL: 23

**SO ORDERED.**

**SIGNED this 05 day of August, 2011.**

J. Rich Leonard
**J. Rich Leonard**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                                                      CASE NO.:

International Heritage, Inc.                                          98-02675-8-ATS

        **DEBTOR**                                                    **CHAPTER 7**


# O R D E R


    The matter before the court are two motions to release unclaimed funds filed by Sharon L. Wilkison on February 17, 2011.

    The court finds that proof of identity for Sharon L. Wilkison was not attached to the motion.  Proof of identity is required before unclaimed funds can be released from the court.

    The court further finds that Sharon L. Wilkison  was notified of this deficiency by the clerk's office, but has failed to make the necessary correction.

    Accordingly, the motions  to release unclaimed funds are denied without prejudice to the right of Sharon L. Wilkison to refile the motions with the proper identification attached.

                "End of Document"