United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
    Debtor

Case No. 98-02675-JRL  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5      User: roberson_     Page 1 of 2     Date Rcvd: Nov 28, 2011  
                    Form ID: van126     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2011.  
cr         +Diane M Visser,   12539 S. 18th Circle E.,   Jenks, OK 74037-3658

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 30, 2011**                       **Signature:**    _Joseph Speetjens_

```
District/off: 0417-5          User: roberson_          Page 2 of 2                  Date Rcvd: Nov 28, 2011
                              Form ID: van126          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2011 at the address(es) listed below:

      Brian J. Dilks    on behalf of Interested Party   Dilks & Knopik, LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com
      David F. Meschan    on behalf of Defendant   Leapfrog Marketing, Inc. dmeschan@tuggleduggins.com, martit@tuggleduggins.com
      David W. Boone    on behalf of Defendant   Travel Experts, Inc. dboone@ncdoj.gov
      Douglas Q. Wickham    on behalf of Defendant   Egw Personnel Services, Inc. dqwickham@hatchlittlebunn.com
      Gerald A Jeutter    on behalf of Defendant   Modern Health Strategies, L.L.C. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net
      Holmes P Harden    hharden@williamsmullen.com, jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com;sadkins@williamsmullen.com
      James B Angell    on behalf of Defendant   2021.Interactive, LLC jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
      James E. Vaughan    on behalf of Creditor   Wells Fargo Bank, N.A., Successor by Merger to Wachovia Bank, National Association jim@jvaughanlaw.com
      James T. Johnson    on behalf of Plaintiff Holmes Harden, Trustee jjohnson@jtjlaw.com
      Jeffrey E. Oleynik    on behalf of Defendant   Tig Insurance Company joleynik@brookspierce.com
      John Mark Stern    on behalf of Creditor   Texas Comptroller of Public Accounts john.stern@oag.state.tx.us
      John S. Williford    on behalf of Creditor   RBC Centura Bank jwilliford@fieldsandcooper.com
      Kim Sherrie Sawyer    on behalf of Creditor Daming Cao data@tlsgltd.com
      Marjorie K. Lynch    on behalf of Bankruptcy Administrator   Bankruptcy Administrator marjorie_lynch@nceba.uscourts.gov, lynn_tingen@nceba.uscourts.gov;janet_hicks@nceba.uscourts.gov;karen_hayes@nceba.uscourts.gov;rick_hinson@nceba.uscourts.gov;lesley_cavenaugh@nceba.uscourts.gov;erika_rohrer@nceba.uscourts.gov
      Michael L. Geller    on behalf of Creditor Anita Geller mlgeller@mac.com
      Neal Fowler    on behalf of Interested Party Scott Wilkinson USANCE.Bankruptcy@usdoj.gov, usance.ecfcivil2@usdoj.gov
      Paul T. Flick    on behalf of Defendant   Dmax Imaging Incorporated pflick@jordanprice.com
      Richard D Sparkman    on behalf of Defendant   Toner Solutions, Inc. rds@sparkmanlaw.com, mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
      Terri L. Gardner    on behalf of Debtor   International Heritage, Inc. terri.gardner@nelsonmullins.com,  joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com
      William E. Brewer    on behalf of Defendant Claude Savage dleggett@williambrewer.com, dthomas@williambrewer.com;avargas@williambrewer.com
      William L. Yaeger    on behalf of Defendant O. Rudd wyaeger@williamyaeger.com, notices@williamyaeger.com
      William Woodward Webb    on behalf of Defendant Marshall Reddy woodywebb@ew-law.com

                                                                                           TOTAL: 22

VAN–126 Order for Refund of Unclaimed Funds – Rev. 08/29/2011

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441
**Raleigh Division**

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $226.36 constituting unclaimed funds is declared due to Diane M. Visser, 12539 S. 18th Circle E., Jenks, OK 74037 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: November 28, 2011

J. Rich Leonard
United States Bankruptcy Judge