United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
    Debtor

Case No. 98-02675-JRL  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5     User: roberson_     Page 1 of 2     Date Rcvd: Nov 28, 2011  
Form ID: van126     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2011.  
cr     +Carrie A Rudometkin,    f/k/a Carrie A. Skaggs,    PO Box 1134,    Alturas, CA 96101-1134

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 30, 2011**            **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0417-5          User: roberson_          Page 2 of 2          Date Rcvd: Nov 28, 2011
                              Form ID: van126          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2011 at the address(es) listed below:

          Brian J. Dilks   on behalf of Interested Party  Dilks & Knopik, LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com
          David F. Meschan   on behalf of Defendant  Leapfrog Marketing, Inc. dmeschan@tuggleduggins.com, martit@tuggleduggins.com
          David W. Boone   on behalf of Defendant  Travel Experts, Inc. dboone@ncdoj.gov
          Douglas Q. Wickham   on behalf of Defendant  Egw Personnel Services, Inc. dqwickham@hatchlittlebunn.com
          Gerald A Jeutter   on behalf of Defendant  Modern Health Strategies, L.L.C. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net
          Holmes P Harden   hharden@williamsmullen.com, jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com;sadkins@williamsmullen.com
          James B Angell   on behalf of Defendant  2021.Interactive, LLC jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
          James E. Vaughan   on behalf of Creditor  Wells Fargo Bank, N.A., Successor by Merger to Wachovia Bank, National Association jim@jvaughanlaw.com
          James T. Johnson   on behalf of Plaintiff Holmes Harden, Trustee jjohnson@jtjlaw.com
          Jeffrey E. Oleynik   on behalf of Defendant  Tig Insurance Company joleynik@brookspierce.com
          John Mark Stern   on behalf of Creditor  Texas Comptroller of Public Accounts john.stern@oag.state.tx.us
          John S. Williford   on behalf of Creditor  RBC Centura Bank jwilliford@fieldsandcooper.com
          Kim Sherrie Sawyer   on behalf of Creditor Daming Cao data@tlsgltd.com
          Marjorie K. Lynch   on behalf of Bankruptcy Administrator  Bankruptcy Administrator marjorie_lynch@nceba.uscourts.gov, lynn_tingen@nceba.uscourts.gov;janet_hicks@nceba.uscourts.gov;karen_hayes@nceba.uscourts.gov;rick_hinson@nceba.uscourts.gov;lesley_cavenaugh@nceba.uscourts.gov;erika_rohrer@nceba.uscourts.gov
          Michael L. Geller   on behalf of Creditor Anita Geller mlgeller@mac.com
          Neal Fowler   on behalf of Interested Party Scott Wilkinson USANCE.Bankruptcy@usdoj.gov, usance.ecfcivil2@usdoj.gov
          Paul T. Flick   on behalf of Defendant  Dmax Imaging Incorporated pflick@jordanprice.com
          Richard D Sparkman   on behalf of Defendant  Toner Solutions, Inc. rds@sparkmanlaw.com, mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
          Terri L. Gardner   on behalf of Debtor  International Heritage, Inc. terri.gardner@nelsonmullins.com,  joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com
          William E. Brewer   on behalf of Defendant Claude Savage dleggett@williambrewer.com, dthomas@williambrewer.com;avargas@williambrewer.com
          William L. Yaeger   on behalf of Defendant O. Rudd wyaeger@williamyaeger.com, notices@williamyaeger.com
          William Woodward Webb   on behalf of Defendant Marshall Reddy woodywebb@ew-law.com

                                                                                                                            TOTAL: 22

VAN–126 Order for Refund of Unclaimed Funds – Rev. 08/29/2011

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441
**Raleigh Division**

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $612.59 constituting unclaimed funds is declared due to Carrie A. Rudometkin, PO Box 1134, Alturas, CA 96101 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: November 28, 2011

J. Rich Leonard
United States Bankruptcy Judge