United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
      Debtor

Case No. 98-02675-JRL  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5      User: roberson_      Page 1 of 2      Date Rcvd: Nov 28, 2011  
                        Form ID: van126      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2011.  
cr         +Charlene R Terpstra,   PO Box 116,   Gladbrook, IA 50635-0116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 30, 2011**                        Signature:   /s/ Joseph Speetjens

```
District/off: 0417-5           User: roberson_            Page 2 of 2                  Date Rcvd: Nov 28, 2011
                               Form ID: van126            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2011 at the address(es) listed below:

  Brian J. Dilks  on behalf of Interested Party Dilks & Knopik, LLC cmecf@dkllc.com,
   brian.dilks@dilksknopik.com
  David F. Meschan  on behalf of Defendant Leapfrog Marketing, Inc. dmeschan@tuggleduggins.com,
   martit@tuggleduggins.com
  David W. Boone  on behalf of Defendant Travel Experts, Inc. dboone@ncdoj.gov
  Douglas Q. Wickham  on behalf of Defendant Egw Personnel Services, Inc.
   dqwickham@hatchlittlebunn.com
  Gerald A Jeutter  on behalf of Defendant Modern Health Strategies, L.L.C. jeb@jeutterlaw.com,
   kathy@jeutterlaw.com;plyles@windstream.net
  Holmes P Harden  hharden@williamsmullen.com,
   jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com;sadkins@williamsmullen.com
  James B Angell  on behalf of Defendant 2021.Interactive, LLC jangell@hsfh.com,
   jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
  James E. Vaughan  on behalf of Creditor Wells Fargo Bank, N.A., Successor by Merger to Wachovia
   Bank, National Association jim@jvaughanlaw.com
  James T. Johnson  on behalf of Plaintiff Holmes Harden, Trustee jjohnson@jtjlaw.com
  Jeffrey E. Oleynik  on behalf of Defendant Tig Insurance Company joleynik@brookspierce.com
  John Mark Stern  on behalf of Creditor Texas Comptroller of Public Accounts
   john.stern@oag.state.tx.us
  John S. Williford  on behalf of Creditor RBC Centura Bank jwilliford@fieldsandcooper.com
  Kim Sherrie Sawyer  on behalf of Creditor Daming Cao data@tlsgltd.com
  Marjorie K. Lynch  on behalf of Bankruptcy Administrator Bankruptcy Administrator
   marjorie_lynch@nceba.uscourts.gov,
   lynn_tingen@nceba.uscourts.gov;janet_hicks@nceba.uscourts.gov;karen_hayes@nceba.uscourts.gov;rick_hinson@nceba.uscourts.gov;lesley_cavenaugh@nceba.uscourts.gov;erika_rohrer@nceba.uscourts.gov
  Michael L. Geller  on behalf of Creditor Anita Geller mlgeller@mac.com
  Neal Fowler  on behalf of Interested Party Scott Wilkinson USANCE.Bankruptcy@usdoj.gov,
   usance.ecfcivil2@usdoj.gov
  Paul T. Flick  on behalf of Defendant Dmax Imaging Incorporated pflick@jordanprice.com
  Richard D Sparkman  on behalf of Defendant Toner Solutions, Inc. rds@sparkmanlaw.com,
   mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
  Terri L. Gardner  on behalf of Debtor International Heritage, Inc.
   terri.gardner@nelsonmullins.com, joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com
  William E. Brewer  on behalf of Defendant Claude Savage dleggett@williambrewer.com,
   dthomas@williambrewer.com;avargas@williambrewer.com
  William L. Yaeger  on behalf of Defendant O. Rudd wyaeger@williamyaeger.com,
   notices@williamyaeger.com
  William Woodward Webb  on behalf of Defendant Marshall Reddy woodywebb@ew-law.com
                              TOTAL: 22

VAN–126 Order for Refund of Unclaimed Funds – Rev. 08/29/2011

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441
**Raleigh Division**

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $512.19 constituting unclaimed funds is declared due to Charlene R. Terpstra, c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: November 28, 2011

J. Rich Leonard
United States Bankruptcy Judge