United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
    Debtor

Case No. 98-02675-JRL  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5     User: roberson_     Page 1 of 2     Date Rcvd: Nov 30, 2011  
                   Form ID: van126     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2011.  
cr        +Eric A. Krebs,    801 Jenks Ave.,    Suite F,    Panama City, FL 32401-2569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2011**                        **Signature:**      _/s/ Joseph Speetjens_

```
District/off: 0417-5           User: roberson_          Page 2 of 2                   Date Rcvd: Nov 30, 2011
                               Form ID: van126          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2011 at the address(es) listed below:
     Brian J. Dilks  on behalf of Interested Party Dilks & Knopik, LLC cmecf@dkllc.com,
      brian.dilks@dilksknopik.com
     David F. Meschan  on behalf of Defendant Leapfrog Marketing, Inc. dmeschan@tuggleduggins.com,
      martit@tuggleduggins.com
     David W. Boone  on behalf of Defendant Travel Experts, Inc. dboone@ncdoj.gov
     Douglas Q. Wickham  on behalf of Defendant Egw Personnel Services, Inc.
      dqwickham@hatchlittlebunn.com
     Gerald A Jeutter  on behalf of Defendant Modern Health Strategies, L.L.C. jeb@jeutterlaw.com,
      kathy@jeutterlaw.com;plyles@windstream.net
     Holmes P Harden  hharden@williamsmullen.com,
      jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com;sadkins@williamsmullen.com
     James B Angell  on behalf of Defendant 2021.Interactive, LLC jangell@hsfh.com,
      jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
     James E. Vaughan  on behalf of Creditor Wells Fargo Bank, N.A., Successor by Merger to Wachovia
      Bank, National Association afh@blancolaw.com,  jev@blancolaw.com
     James T. Johnson  on behalf of Plaintiff Holmes Harden, Trustee jjohnson@jtjlaw.com
     Jeffrey E. Oleynik  on behalf of Defendant Tig Insurance Company joleynik@brookspierce.com
     John Mark Stern  on behalf of Creditor Texas Comptroller of Public Accounts
      john.stern@oag.state.tx.us
     John S. Williford  on behalf of Creditor RBC Centura Bank jwilliford@fieldsandcooper.com
     Kim Sherrie Sawyer  on behalf of Creditor Daming Cao data@tlsgltd.com
     Marjorie K. Lynch  on behalf of Bankruptcy Administrator Bankruptcy Administrator
      marjorie_lynch@nceba.uscourts.gov,
      lynn_tingen@nceba.uscourts.gov;janet_hicks@nceba.uscourts.gov;karen_hayes@nceba.uscourts.gov;rick_hinson@nceba.uscourts.gov;lesley_cavenaugh@nceba.uscourts.gov;erika_rohrer@nceba.uscourts.gov
     Michael L. Geller  on behalf of Creditor Anita Geller mlgeller@mac.com
     Neal Fowler  on behalf of Interested Party Scott Wilkinson USANC.Bankruptcy@usdoj.gov,
      usance.ecfcivil2@usdoj.gov
     Paul T. Flick  on behalf of Defendant Dmax Imaging Incorporated pflick@jordanprice.com
     Richard D Sparkman  on behalf of Defendant Toner Solutions, Inc. rds@sparkmanlaw.com,
      mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
     Terri L. Gardner  on behalf of Debtor International Heritage, Inc.
      terri.gardner@nelsonmullins.com,
      joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
     William E. Brewer  on behalf of Defendant Claude Savage dleggett@williambrewer.com,
      dthomas@williambrewer.com;avargas@williambrewer.com
     William L. Yaeger  on behalf of Defendant O. Rudd wyaeger@williamyaeger.com,
      notices@williamyaeger.com
     William Woodward Webb  on behalf of Defendant Marshall Reddy woodywebb@ew-law.com
                                                   TOTAL: 22

VAN–126 Order for Refund of Unclaimed Funds – Rev. 08/29/2011

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441
**Raleigh Division**

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $226.05 constituting unclaimed funds is declared due to Eric A. Krebs, 801 Jenks Ave., Suite F, Panama City, FL 32401 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: November 30, 2011

J. Rich Leonard
United States Bankruptcy Judge