United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                                        Case No. 98-02675-JRL
International Heritage, Inc.                                                   Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0417-5          User: roberson_          Page 1 of 2          Date Rcvd: Dec 01, 2011
                             Form ID: van126           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2011.
cr            +B. L. Schoenberger,  808 Monroe,   Ellis, KS 67637-2218
cr            +Brian R Sweeney,   24515 E. State St.,   Sedro Woolley, WA 98284-8310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 03, 2011**                    **Signature:**          *Joseph Speetjens*

District/off: 0417-5          User: roberson_          Page 2 of 2          Date Rcvd: Dec 01, 2011
                             Form ID: van126          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2011 at the address(es) listed below:
          Brian J. Dilks    on behalf of Interested Party  Dilks & Knopik, LLC cmecf@dkllc.com,
          brian.dilks@dilksknopik.com
          David F. Meschan    on behalf of Defendant  Leapfrog Marketing, Inc. dmeschan@tuggleduggins.com,
          martit@tuggleduggins.com
          David W. Boone    on behalf of Defendant  Travel Experts, Inc. dboone@ncdoj.gov
          Douglas Q. Wickham    on behalf of Defendant  Egw Personnel Services, Inc.
          dqwickham@hatchlittlebunn.com
          Gerald A Jeutter    on behalf of Defendant  Modern Health Strategies, L.L.C. jeb@jeutterlaw.com,
          kathy@jeutterlaw.com;plyles@windstream.net
          Holmes P Harden    hharden@williamsmullen.com,
          jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com;sadkins@will
          iamsmullen.com
          James B Angell    on behalf of Defendant  2021.Interactive, LLC jangell@hsfh.com,
          jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
          James E. Vaughan    on behalf of Creditor  Wells Fargo Bank, N.A., Successor by Merger to Wachovia
          Bank, National Association afh@blancolaw.com,  jev@blancolaw.com
          James T. Johnson    on behalf of Plaintiff Holmes Harden, Trustee jjohnson@jtjlaw.com
          Jeffrey E. Oleynik    on behalf of Defendant  Tig Insurance Company joleynik@brookspierce.com
          John Mark Stern    on behalf of Creditor  Texas Comptroller of Public Accounts
          john.stern@oag.state.tx.us
          John S. Williford    on behalf of Creditor  RBC Centura Bank jwilliford@fieldsandcooper.com
          Kim Sherrie Sawyer    on behalf of Creditor Daming Cao data@tlsgltd.com
          Marjorie K. Lynch    on behalf of Bankruptcy Administrator  Bankruptcy Administrator
          marjorie_lynch@nceba.uscourts.gov,
          lynn_tingen@nceba.uscourts.gov;janet_hicks@nceba.uscourts.gov;karen_hayes@nceba.uscourts.gov;rick
          _hinson@nceba.uscourts.gov;lesley_cavenaugh@nceba.uscourts.gov;erika_rohrer@nceba.uscourts.gov
          Michael L. Geller    on behalf of Creditor Anita Geller mlgeller@mac.com
          Neal  Fowler    on behalf of Interested Party Scott Wilkinson USANCE.Bankruptcy@usdoj.gov,
          usance.ecfcivil2@usdoj.gov
          Paul T. Flick    on behalf of Defendant  Dmax Imaging Incorporated pflick@jordanprice.com
          Richard D Sparkman    on behalf of Defendant  Toner Solutions, Inc. rds@sparkmanlaw.com,
          mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
          Terri L. Gardner    on behalf of Debtor  International Heritage, Inc.
          terri.gardner@nelsonmullins.com,
          joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
          William E. Brewer    on behalf of Defendant Claude Savage dleggett@williambrewer.com,
          dthomas@williambrewer.com;avargas@williambrewer.com
          William L. Yaeger    on behalf of Defendant O. Rudd wyaeger@williamyaeger.com,
          notices@williamyaeger.com
          William Woodward Webb    on behalf of Defendant Marshall Reddy woodywebb@ew-law.com
                                                                                TOTAL: 22

VAN-126 Order for Refund of Unclaimed Funds – Rev. 08/29/2011

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441
**Raleigh Division**

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $596.06 constituting unclaimed funds is declared due to Brian R. Sweeney, c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: December 1, 2011

J. Rich Leonard
United States Bankruptcy Judge