

Please see other side →