**SO ORDERED.**

**SIGNED this 12 day of December, 2011.**

_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.:** |
| International Heritage, Inc. | 98-2675-5-JRL |
| **DEBTOR** | **CHAPTER 7** |

### AMENDED ORDER

The matter before the court is the motion to release funds filed by Wanda Lee White Trust on June 6, 2011. The motion requests the release of funds in the amount of $687.00. The funds available for this creditor are $683.63. Accordingly, the court finds that the amount of $683.63 constituting unclaimed funds is declared due to Wanda Lee White Trust, 1421 Douglas Place, Carthage, Missouri 64836 by reasons stated in the motion filed in this case. Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimant.

"End of Document"