VAN–107 Deficiency Notice – Rev. 12/14/2011

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

CASE NO.: 98–02675–5–JRL

IN RE:

DATE FILED: November 25, 1998

CHAPTER: 7

International Heritage, Inc.
( debtor has no known aliases )
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

Debtor represented by:
Terri L. Gardner
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612

TaxID: 56–1921093

Trustee:
Holmes P Harden
Williams Mullen
A Professional Corporation
P. O. Drawer 1000
Raleigh, NC 27602

## DEFICIENCY NOTICE

To:

Re: Motion To Release Funds In The Amount Of $ 373.72 filed by Millie R. Padilla

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **December 27, 2011** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

Proof of identity was not attached to the motion to release unclaimed funds. A copy of your driver license, passport or photo identification must be submitted. Upon receipt of proof of identity the court will consider your motion.

DATED: December 14, 2011

Tina Roberson
Deputy Clerk