United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                                  Case No. 98-02675-JRL
International Heritage, Inc.                                             Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0417-5          User: roberson_          Page 1 of 2          Date Rcvd: Dec 14, 2011
                   Form ID: van126          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2011.
cr            +D. Allen Smith, Jr.,   989 Avonley Creek Trce,   Sugar Hill, GA 30518-1010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 16, 2011**                     **Signature:** _Joseph Speetjens_

```
District/off: 0417-5          User: roberson_          Page 2 of 2              Date Rcvd: Dec 14, 2011
                              Form ID: van126          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2011 at the address(es) listed below:
         Brian J. Dilks    on behalf of Interested Party  Dilks & Knopik, LLC cmecf@dkllc.com,
         brian.dilks@dilksknopik.com
         David F. Meschan    on behalf of Defendant  Leapfrog Marketing, Inc. dmeschan@tuggleduggins.com,
         martit@tuggleduggins.com
         David W. Boone    on behalf of Defendant  Travel Experts, Inc. dboone@ncdoj.gov
         Douglas Q. Wickham    on behalf of Defendant  Egw Personnel Services, Inc.
         dqwickham@hatchlittlebunn.com
         Gerald A Jeutter    on behalf of Defendant  Modern Health Strategies, L.L.C. jeb@jeutterlaw.com,
         kathy@jeutterlaw.com;plyles@windstream.net
         Holmes P Harden    hharden@williamsmullen.com,
         jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com;sadkins@will
         iamsmullen.com
         James B Angell    on behalf of Defendant  2021.Interactive, LLC jangell@hsfh.com,
         jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
         James E. Vaughan    on behalf of Creditor  Wells Fargo Bank, N.A., Successor by Merger to Wachovia
         Bank, National Association afh@blancolaw.com,   jev@blancolaw.com
         James T. Johnson    on behalf of Plaintiff Holmes Harden, Trustee jjohnson@jtjlaw.com
         Jeffrey E. Oleynik    on behalf of Defendant  Tig Insurance Company joleynik@brookspierce.com
         John Mark Stern    on behalf of Creditor  Texas Comptroller of Public Accounts
         john.stern@oag.state.tx.us
         John S. Williford    on behalf of Creditor  RBC Centura Bank jwilliford@fieldsandcooper.com
         Kim Sherrie Sawyer    on behalf of Creditor Daming Cao data@tlsgltd.com
         Marjorie K. Lynch    on behalf of Bankruptcy Administrator  Bankruptcy Administrator
         marjorie_lynch@nceba.uscourts.gov,
         lynn_tingen@nceba.uscourts.gov;janet_hicks@nceba.uscourts.gov;karen_hayes@nceba.uscourts.gov;rick
         _hinson@nceba.uscourts.gov;lesley_cavenaugh@nceba.uscourts.gov;erika_rohrer@nceba.uscourts.gov
         Michael L. Geller    on behalf of Creditor Anita Geller mlgeller@mac.com
         Neal  Fowler    on behalf of Interested Party Scott Wilkinson USANCE.Bankruptcy@usdoj.gov,
         usance.ecfcivil2@usdoj.gov
         Paul T. Flick    on behalf of Defendant  Dmax Imaging Incorporated pflick@jordanprice.com
         Richard D Sparkman    on behalf of Defendant  Toner Solutions, Inc. rds@sparkmanlaw.com,
         mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
         Terri L. Gardner    on behalf of Debtor  International Heritage, Inc.
         terri.gardner@nelsonmullins.com,
         joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
         William E. Brewer    on behalf of Defendant Claude Savage dleggett@williambrewer.com,
         dthomas@williambrewer.com;avargas@williambrewer.com
         William L. Yaeger    on behalf of Defendant O. Rudd wyaeger@williamyaeger.com,
         notices@williamyaeger.com
         William Woodward Webb    on behalf of Defendant Marshall Reddy woodywebb@ew-law.com
                                            TOTAL: 22

**VAN–126** Order for Refund of Unclaimed Funds – Rev. 08/29/2011

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441
**Raleigh Division**

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $512.19 constituting unclaimed funds is declared due to D. Allen Smith, Jr., c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: December 14, 2011

J. Rich Leonard
United States Bankruptcy Judge