United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                              Case No. 98-02675-JRL
International Heritage, Inc.                                        Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0417-5        User: roberson_         Page 1 of 2              Date Rcvd: Dec 14, 2011
                            Form ID: van126         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2011.
cr           +Maria Simionescu,    1417 Camino Alto Rd.,    El Paso, TX 79902-2829

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 16, 2011**                    Signature:    _Joseph Speetjens_

```
District/off: 0417-5          User: roberson_          Page 2 of 2                Date Rcvd: Dec 14, 2011
                              Form ID: van126          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2011 at the address(es) listed below:

        Brian J. Dilks    on behalf of Interested Party   Dilks & Knopik, LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com
        David F. Meschan    on behalf of Defendant   Leapfrog Marketing, Inc. dmeschan@tuggleduggins.com, martit@tuggleduggins.com
        David W. Boone    on behalf of Defendant   Travel Experts, Inc. dboone@ncdoj.gov
        Douglas Q. Wickham    on behalf of Defendant   Egw Personnel Services, Inc. dqwickham@hatchlittlebunn.com
        Gerald A Jeutter    on behalf of Defendant   Modern Health Strategies, L.L.C. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net
        Holmes P Harden    hharden@williamsmullen.com, jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com;sadkins@williamsmullen.com
        James B Angell    on behalf of Defendant   2021.Interactive, LLC jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
        James E. Vaughan    on behalf of Creditor   Wells Fargo Bank, N.A., Successor by Merger to Wachovia Bank, National Association afh@blancolaw.com,  jev@blancolaw.com
        James T. Johnson    on behalf of Plaintiff Holmes Harden, Trustee jjohnson@jtjlaw.com
        Jeffrey E. Oleynik    on behalf of Defendant   Tig Insurance Company joleynik@brookspierce.com
        John Mark Stern    on behalf of Creditor   Texas Comptroller of Public Accounts john.stern@oag.state.tx.us
        John S. Williford    on behalf of Creditor   RBC Centura Bank jwilliford@fieldsandcooper.com
        Kim Sherrie Sawyer    on behalf of Creditor Daming Cao data@tlsgltd.com
        Marjorie K. Lynch    on behalf of Bankruptcy Administrator   Bankruptcy Administrator marjorie_lynch@nceba.uscourts.gov, lynn_tingen@nceba.uscourts.gov;janet_hicks@nceba.uscourts.gov;karen_hayes@nceba.uscourts.gov;rick_hinson@nceba.uscourts.gov;lesley_cavenaugh@nceba.uscourts.gov;erika_rohrer@nceba.uscourts.gov
        Michael L. Geller    on behalf of Creditor Anita Geller mlgeller@mac.com
        Neal  Fowler    on behalf of Interested Party Scott Wilkinson USANCE.Bankruptcy@usdoj.gov, usance.ecfcivil2@usdoj.gov
        Paul T. Flick    on behalf of Defendant   Dmax Imaging Incorporated pflick@jordanprice.com
        Richard D Sparkman    on behalf of Defendant   Toner Solutions, Inc. rds@sparkmanlaw.com, mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
        Terri L. Gardner    on behalf of Debtor   International Heritage, Inc. terri.gardner@nelsonmullins.com, joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
        William E. Brewer    on behalf of Defendant Claude Savage dleggett@williambrewer.com, dthomas@williambrewer.com;avargas@williambrewer.com
        William L. Yaeger    on behalf of Defendant O. Rudd wyaeger@williamyaeger.com, notices@williamyaeger.com
        William Woodward Webb     on behalf of Defendant Marshall Reddy woodywebb@ew-law.com

                                                                                  TOTAL: 22

VAN–126 Order for Refund of Unclaimed Funds – Rev. 08/29/2011

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441
**Raleigh Division**

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $594.91 constituting unclaimed funds is declared due to Maria Simionescu, c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: December 14, 2011

J. Rich Leonard
United States Bankruptcy Judge