United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                                    Case No. 98-02675-JRL
International Heritage, Inc.                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0417-5          User: roberson_         Page 1 of 2              Date Rcvd: Dec 14, 2011
                             Form ID: van126          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2011.
cr            +Judy Fan Lee,   14430 Sanford Ave., Apt. 2C,   Flushing, NY 11355-1649

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 16, 2011**                    **Signature:**    *Joseph Speetjens*

District/off: 0417-5          User: roberson_          Page 2 of 2          Date Rcvd: Dec 14, 2011
                             Form ID: van126          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2011 at the address(es) listed below:
       Brian J. Dilks    on behalf of Interested Party  Dilks & Knopik, LLC cmecf@dkllc.com,
       brian.dilks@dilksknopik.com
       David F. Meschan   on behalf of Defendant  Leapfrog Marketing, Inc. dmeschan@tuggleduggins.com,
       martit@tuggleduggins.com
       David W. Boone    on behalf of Defendant  Travel Experts, Inc. dboone@ncdoj.gov
       Douglas Q. Wickham  on behalf of Defendant  Egw Personnel Services, Inc.
       dqwickham@hatchlittlebunn.com
       Gerald A Jeutter   on behalf of Defendant  Modern Health Strategies, L.L.C. jeb@jeutterlaw.com,
       kathy@jeutterlaw.com;plyles@windstream.net
       Holmes P Harden    hharden@williamsmullen.com,
       jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com;sadkins@will
       iamsmullen.com
       James B Angell    on behalf of Defendant  2021.Interactive, LLC jangell@hsfh.com,
       jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
       James E. Vaughan   on behalf of Creditor  Wells Fargo Bank, N.A., Successor by Merger to Wachovia
       Bank, National Association afh@blancolaw.com,  jev@blancolaw.com
       James T. Johnson   on behalf of Plaintiff Holmes Harden, Trustee jjohnson@jtjlaw.com
       Jeffrey E. Oleynik   on behalf of Defendant  Tig Insurance Company joleynik@brookspierce.com
       John Mark Stern    on behalf of Creditor  Texas Comptroller of Public Accounts
       john.stern@oag.state.tx.us
       John S. Williford   on behalf of Creditor  RBC Centura Bank jwilliford@fieldsandcooper.com
       Kim Sherrie Sawyer   on behalf of Creditor Daming Cao data@tlsgltd.com
       Marjorie K. Lynch   on behalf of Bankruptcy Administrator  Bankruptcy Administrator
       marjorie_lynch@nceba.uscourts.gov,
       lynn_tingen@nceba.uscourts.gov;janet_hicks@nceba.uscourts.gov;karen_hayes@nceba.uscourts.gov;rick
       _hinson@nceba.uscourts.gov;lesley_cavenaugh@nceba.uscourts.gov;erika_rohrer@nceba.uscourts.gov
       Michael L. Geller   on behalf of Creditor Anita Geller mlgeller@mac.com
       Neal  Fowler   on behalf of Interested Party Scott Wilkinson USANCE.Bankruptcy@usdoj.gov,
       usance.ecfcivil2@usdoj.gov
       Paul T. Flick    on behalf of Defendant  Dmax Imaging Incorporated pflick@jordanprice.com
       Richard D Sparkman   on behalf of Defendant  Toner Solutions, Inc. rds@sparkmanlaw.com,
       mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
       Terri L. Gardner   on behalf of Debtor  International Heritage, Inc.
       terri.gardner@nelsonmullins.com,
       joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
       William E. Brewer   on behalf of Defendant Claude Savage dleggett@williambrewer.com,
       dthomas@williambrewer.com;avargas@williambrewer.com
       William L. Yaeger   on behalf of Defendant O. Rudd wyaeger@williamyaeger.com,
       notices@williamyaeger.com
       William Woodward Webb   on behalf of Defendant Marshall Reddy woodywebb@ew-law.com
                                             TOTAL: 22

**VAN–126** Order for Refund of Unclaimed Funds – Rev. 08/29/2011

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441
**Raleigh Division**

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093


ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $887.00 constituting unclaimed funds is declared due to Judy Fan Lee, c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: December 14, 2011


J. Rich Leonard
United States Bankruptcy Judge