**SO ORDERED.**

**SIGNED this 20 day of January, 2012.**

_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: |
| International Heritage, Inc. | 98-2675-5-JRL |
| **DEBTOR** | **CHAPTER 7** |

O R D E R

    The matter before the court is the motion to release funds filed by Yuanjun Li on January 3, 2012.  The motion requests the release of funds in the amount of $241.90.  The funds available for this creditor are $512.19.  Accordingly, the court finds that the amount of $512.19 constituting unclaimed funds is declared due to Yuanjun Li, 3026 Button Bush Ln, Laurel, MD 20724 by reasons stated in the motion filed in this case.  Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimant.

    "End of Document"