#### UNITED STATES BANKRUPTCY COURT
#### EASTERN DISTRICT OF NORTH CAROLINA
#### RALEIGH DIVISION

```
IN RE:                                          CASE NO.:

International Heritage, Inc.                    98-2675-5-JRL

     DEBTOR                                     CHAPTER 7
```

### O R D E R

The matter before the court is the motion to release funds filed by Jiangnan Chen on January 11, 2012. The motion requests the release of funds in the amount of $564.45. The funds available for this creditor are $1,195.13. Accordingly, the court finds that the amount of $1,195.13 constituting unclaimed funds is declared due to Jiangnan Chen, 3013 Pleasantree Ct., Herndon, VA 20171 by reasons stated in the motion filed in this case. Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimant.

"End of Document"