United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
    Debtor

Case No. 98-02675-JRL  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5     User: roberson_     Page 1 of 2     Date Rcvd: Jan 23, 2012  
                 Form ID: van126     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2012.  
cr         +William D Clenney,    PO Box 1935,    Windermere, FL 34786-1935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 25, 2012**                       **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0417-5           User: roberson_            Page 2 of 2            Date Rcvd: Jan 23, 2012
                               Form ID: van126            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2012 at the address(es) listed below:
    Brian J. Dilks  on behalf of Interested Party Dilks & Knopik, LLC cmecf@dkllc.com,
     brian.dilks@dilksknopik.com
    David F. Meschan  on behalf of Defendant Leapfrog Marketing, Inc. dmeschan@tuggleduggins.com,
     martit@tuggleduggins.com
    David W. Boone  on behalf of Defendant Travel Experts, Inc. dboone@ncdoj.gov
    Douglas Q. Wickham  on behalf of Defendant Egw Personnel Services, Inc.
     dqwickham@hatchlittlebunn.com
    Gerald A Jeutter  on behalf of Defendant Modern Health Strategies, L.L.C. jeb@jeutterlaw.com,
     kathy@jeutterlaw.com;plyles@windstream.net
    Holmes P Harden  hharden@williamsmullen.com,
     jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com;sadkins@will
     iamsmullen.com
    James B Angell  on behalf of Defendant 2021.Interactive, LLC jangell@hsfh.com,
     jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
    James T. Johnson  on behalf of Plaintiff Holmes Harden, Trustee jjohnson@jtjlaw.com
    Jeffrey E. Oleynik  on behalf of Defendant Tig Insurance Company joleynik@brookspierce.com
    John Mark Stern  on behalf of Creditor Texas Comptroller of Public Accounts
     john.stern@oag.state.tx.us
    John S. Williford  on behalf of Creditor RBC Centura Bank jwilliford@fieldsandcooper.com
    Kim Sherrie Sawyer  on behalf of Creditor Daming Cao data@tlsgltd.com
    Marjorie K. Lynch  on behalf of Bankruptcy Administrator Bankruptcy Administrator
     marjorie_lynch@nceba.uscourts.gov,
     lynn_tingen@nceba.uscourts.gov;janet_hicks@nceba.uscourts.gov;karen_hayes@nceba.uscourts.gov;rick
     _hinson@nceba.uscourts.gov;lesley_cavenaugh@nceba.uscourts.gov;erika_rohrer@nceba.uscourts.gov
    Michael L. Geller  on behalf of Creditor Anita Geller mlgeller@mac.com
    Neal Fowler  on behalf of Interested Party Scott Wilkinson USANCE.Bankruptcy@usdoj.gov,
     usance.ecfcivil2@usdoj.gov
    Paul T. Flick  on behalf of Defendant Dmax Imaging Incorporated pflick@jordanprice.com
    Richard D Sparkman  on behalf of Defendant Toner Solutions, Inc. rds@sparkmanlaw.com,
     mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
    Susan R. Sherrill-Beard  on behalf of Creditor U.S. Securities and Exchange Commission
     sherrill-beards@sec.gov, atlreorg@sec.gov
    Terri L. Gardner  on behalf of Debtor International Heritage, Inc.
     terri.gardner@nelsonmullins.com,
     joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
    William E. Brewer  on behalf of Defendant Claude Savage dleggett@williambrewer.com
    William L. Yaeger  on behalf of Defendant O. Rudd wyaeger@williamyaeger.com,
     notices@williamyaeger.com
    William Woodward Webb  on behalf of Defendant Marshall Reddy woodywebb@ew-law.com
                                         TOTAL: 22

VAN–126 Order for Refund of Unclaimed Funds – Rev. 08/29/2011

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441
**Raleigh Division**

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $649.47 constituting unclaimed funds is declared due to William D. Clenney, c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: January 23, 2012

*J. Rich Leonard*

J. Rich Leonard
United States Bankruptcy Judge