United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
    Debtor

Case No. 98-02675-JRL  
Chapter 7

**CERTIFICATE OF NOTICE**

District/off: 0417-5    User: roberson_    Page 1 of 2    Date Rcvd: Jan 23, 2012  
                    Form ID: van126    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2012.  
cr        +Melinda K. Backsen,   8621 Caraway Dr.,   Bismark, ND 58503-1803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 25, 2012**                                   **Signature:**    *Joseph Speetjens*

```
District/off: 0417-5           User: roberson_           Page 2 of 2                  Date Rcvd: Jan 23, 2012
                               Form ID: van126           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2012 at the address(es) listed below:

    Brian J. Dilks    on behalf of Interested Party  Dilks & Knopik, LLC cmecf@dkllc.com,
     brian.dilks@dilksknopik.com
    David F. Meschan    on behalf of Defendant  Leapfrog Marketing, Inc. dmeschan@tuggleduggins.com,
     martit@tuggleduggins.com
    David W. Boone    on behalf of Defendant  Travel Experts, Inc. dboone@ncdoj.gov
    Douglas Q. Wickham    on behalf of Defendant  Egw Personnel Services, Inc.
     dqwickham@hatchlittlebunn.com
    Gerald A Jeutter    on behalf of Defendant  Modern Health Strategies, L.L.C. jeb@jeutterlaw.com,
     kathy@jeutterlaw.com;plyles@windstream.net
    Holmes P Harden    hharden@williamsmullen.com,
     jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com;sadkins@williamsmullen.com
    James B Angell    on behalf of Defendant  2021.Interactive, LLC jangell@hsfh.com,
     jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
    James T. Johnson    on behalf of Plaintiff Holmes Harden, Trustee jjohnson@jtjlaw.com
    Jeffrey E. Oleynik    on behalf of Defendant  Tig Insurance Company joleynik@brookspierce.com
    John Mark Stern    on behalf of Creditor  Texas Comptroller of Public Accounts
     john.stern@oag.state.tx.us
    John S. Williford    on behalf of Creditor  RBC Centura Bank jwilliford@fieldsandcooper.com
    Kim Sherrie Sawyer    on behalf of Creditor  Daming Cao data@tlsgltd.com
    Marjorie K. Lynch    on behalf of Bankruptcy Administrator  Bankruptcy Administrator
     marjorie_lynch@nceba.uscourts.gov,
     lynn_tingen@nceba.uscourts.gov;janet_hicks@nceba.uscourts.gov;karen_hayes@nceba.uscourts.gov;rick_hinson@nceba.uscourts.gov;lesley_cavenaugh@nceba.uscourts.gov;erika_rohrer@nceba.uscourts.gov
    Michael L. Geller    on behalf of Creditor Anita Geller mlgeller@mac.com
    Neal  Fowler    on behalf of Interested Party Scott Wilkinson USANCE.Bankruptcy@usdoj.gov,
     usance.ecfcivil2@usdoj.gov
    Paul T. Flick    on behalf of Defendant  Dmax Imaging Incorporated pflick@jordanprice.com
    Richard D Sparkman    on behalf of Defendant  Toner Solutions, Inc. rds@sparkmanlaw.com,
     mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
    Susan R. Sherrill-Beard    on behalf of Creditor  U.S. Securities and Exchange Commission
     sherrill-beards@sec.gov,  atlreorg@sec.gov
    Terri L. Gardner    on behalf of Debtor  International Heritage, Inc.
     terri.gardner@nelsonmullins.com,
     joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
    William E. Brewer    on behalf of Defendant Claude Savage dleggett@williambrewer.com
    William L. Yaeger    on behalf of Defendant O. Rudd wyaeger@williamyaeger.com,
     notices@williamyaeger.com
    William Woodward Webb    on behalf of Defendant Marshall Reddy woodywebb@ew-law.com

                                                                           TOTAL: 22

VAN–126 Order for Refund of Unclaimed Funds – Rev. 08/29/2011

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441
**Raleigh Division**

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $587.32 constituting unclaimed funds is declared due to Melinda K. Backsen, c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: January 23, 2012

J. Rich Leonard
United States Bankruptcy Judge