**SO ORDERED.**

**SIGNED this 30 day of January, 2012.**

_____
J. Rich Leonard
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.:** |
| International Heritage, Inc. | 98-2675-5-JRL |
| **DEBTOR** | **CHAPTER 7** |

**AMENDED ORDER**

The matter before the court is the motion to release funds filed by Guoxing Huang on January 5, 2012. The motion requests the release of funds in the amount of $564.45. The funds available for this creditor are $1,195.13. Accordingly, the court finds that the amount of $1,195.13 constituting unclaimed funds is declared due to Guoxing Huang, 628 Grand Champion Dr., Rockville, MD 20850 by reasons stated in the motion filed in this case. Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimant.

"End of Document"