**SO ORDERED.**

**SIGNED this 30 day of January, 2012.**

_____
J. Rich Leonard
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO.: |
|---|---|
| International Heritage, Inc. | 98-2675-5-JRL |
| **DEBTOR** | **CHAPTER 7** |

**AMENDED ORDER**

The matter before the court is the motion to release funds filed by Haiyan Chen on January 5, 2012. The motion requests the release of funds in the amount of $651.54. The funds available for this creditor are $1,379.52. Accordingly, the court finds that the amount of $1,379.52 constituting unclaimed funds is declared due to Haiyan Chen, 1012 Trickling Brook Rd., Cockeysville, MD 21030 by reasons stated in the motion filed in this case. Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimant.

"End of Document"