**SO ORDERED.**

**SIGNED this 30 day of January, 2012.**

_____
**J. Rich Leonard**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                             CASE NO.:

International Heritage, Inc.                        98-2675-5-JRL

    **DEBTOR**                                        **CHAPTER 7**

### AMENDED ORDER

The matter before the court is the motion to release funds filed by Jiangnan Chen on January 11, 2012. The motion requests the release of funds in the amount of $564.45. The funds available for this creditor are $1,195.13. Accordingly, the court finds that the amount of $1,195.13 constituting unclaimed funds is declared due to Jiangnan Chen, 3013 Pleasantree Ct., Herndon, VA 20171 by reasons stated in the motion filed in this case. Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimant.

"End of Document"