**SO ORDERED.**

**SIGNED this 08 day of February, 2012.**

_____
J. Rich Leonard
United States Bankruptcy Judge

_____

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.:** |
| International Heritage, Inc. | 98-2675-5-JRL |
| **DEBTOR** | **CHAPTER 7** |

### AMENDED ORDER

The matter before the court is the motion to release funds filed by Rick Dessing on January 3, 2012. The motion requests the release of funds in the amount of $509.08. An order was entered on January 20, 2012 stating funds available for this creditor were $777.73. The actual funds available for this creditor are $509.08. Accordingly, the court finds that the amount of $509.08 constituting unclaimed funds is declared due to Rick Dessing, 641 3rd Street, Clarkston, WA 99403 by reasons stated in the motion filed in this case. Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimant.

"End of Document"