**SO ORDERED.**

**SIGNED this 21 day of February, 2012.**

_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.:** |
| International Heritage, Inc. | 98-2675-5-JRL |
| **DEBTOR** | **CHAPTER 7** |

O R D E R

The matter before the court is the motion to release funds filed by Hong Huo Liu on January 31, 2012. The motion requests the release of funds in the amount of $733.75. The funds available for this creditor are $1,119.26. Accordingly, the court finds that the amount of $1,119.26 constituting unclaimed funds is declared due to Hong Huo Liu, c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027 by reasons stated in the motion filed in this case. Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimant.

"End of Document"