**SO ORDERED.**

**SIGNED this 29 day of March, 2012.**

_____
J. Rich Leonard
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: |
| International Heritage, Inc. | 98-2675-5-JRL |
| **DEBTOR** | **CHAPTER 7** |

### O R D E R

   The matter before the court is the motion to release funds filed by Sylvia D. Stewart on February 6, 2012. The motion requests the release of funds in the amount of $286.90. The funds available for this creditor are $607.47. Accordingly, the court finds that the amount of $607.47 constituting unclaimed funds is declared due to Sylvia D. Stewart, 1824 Spring Hill Rd. Unit H, Staunton, VA 24401 by reasons stated in the motion filed in this case. Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimant.

"End of Document"