**SO ORDERED.**

**SIGNED this 29 day of March, 2012.**

_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: |
| International Heritage, Inc. | 98-2675-5-JRL |
| DEBTOR | CHAPTER 7 |

### O R D E R

The matter before the court is the motion to release funds filed by Sonya Chipping on March 13, 2012. The motion requests the release of funds in the amount of $1,527.43. The funds available for this creditor are $962.98. Accordingly, the court finds that the amount of $962.98 constituting unclaimed funds is declared due to Sonya Chipping, c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027 by reasons stated in the motion filed in this case. Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimant.

"End of Document"