**SO ORDERED.**

**SIGNED this 29 day of March, 2012.**

_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.:** |
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

### O R D E R

The matter before the court is the motion to release unclaimed funds in the amount of $2,000.00 filed by Ronald and Delia John on March 19, 2012.

Upon review of the claims register and unclaimed funds reports for this case, the court is unable to find where any money is owed to Ronald and Delia John. Therefore, the motion to release unclaimed funds is denied without prejudice to the right of Ronald and Delia John to refile the motion with proof of a prior claim having been filed. If Ronald and Delia John can show that a claim was filed, the court will conduct further research into whether or not he is entitled to recovery of unclaimed funds.

"End of Document"