United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
    Debtor

Case No. 98-02675-JRL  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5         User: roberson_            Page 1 of 2                    Date Rcvd: Mar 27, 2012
                             Form ID: van126            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2012.
cr          +Elizabeth A Carr,    194 Johnson Rd.,    Oxford, GA 30054-2841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 29, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0417-5          User: roberson_         Page 2 of 2              Date Rcvd: Mar 27, 2012
                              Form ID: van126         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2012 at the address(es) listed below:

      Brian J. Dilks   on behalf of Interested Party  Dilks & Knopik, LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com

      David F. Meschan   on behalf of Defendant  Leapfrog Marketing, Inc. dmeschan@tuggleduggins.com, martit@tuggleduggins.com

      David W. Boone   on behalf of Defendant  Travel Experts, Inc. dboone@ncdoj.gov

      Douglas Q. Wickham   on behalf of Defendant  Egw Personnel Services, Inc. dqwickham@hatchlittlebunn.com

      Gerald A Jeutter   on behalf of Defendant  Modern Health Strategies, L.L.C. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net

      Holmes P Harden   hharden@williamsmullen.com, jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com

      James B Angell   on behalf of Defendant  2021.Interactive, LLC jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com

      James T. Johnson   on behalf of Plaintiff Holmes Harden, Trustee jjohnson@jtjlaw.com

      Jeffrey E. Oleynik   on behalf of Defendant  Tig Insurance Company joleynik@brookspierce.com

      John Mark Stern   on behalf of Creditor  Texas Comptroller of Public Accounts john.stern@oag.state.tx.us

      John S. Williford   on behalf of Creditor  RBC Centura Bank jwilliford@fieldsandcooper.com

      Kim Sherrie Sawyer   on behalf of Creditor  Daming Cao data@tlsgltd.com

      Marjorie K. Lynch   on behalf of Bankruptcy Administrator  Bankruptcy Administrator marjorie_lynch@nceba.uscourts.gov, lynn_tingen@nceba.uscourts.gov;karen_hayes@nceba.uscourts.gov;rick_hinson@nceba.uscourts.gov;lesley_cavenaugh@nceba.uscourts.gov

      Michael L. Geller   on behalf of Creditor Anita Geller mlgeller@mac.com

      Neal  Fowler   on behalf of Interested Party Scott Wilkinson USANCE.Bankruptcy@usdoj.gov, usance.ecfcivil2@usdoj.gov

      Paul T. Flick   on behalf of Defendant  Dmax Imaging Incorporated pflick@jordanprice.com

      Richard D Sparkman   on behalf of Defendant  Toner Solutions, Inc. rds@sparkmanlaw.com, mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com

      Susan R. Sherrill-Beard   on behalf of Creditor  U.S. Securities and Exchange Commission sherrill-beards@sec.gov,    atlreorg@sec.gov

      Terri L. Gardner   on behalf of Debtor  International Heritage, Inc. terri.gardner@nelsonmullins.com, joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com

      William E. Brewer   on behalf of Defendant Claude Savage dleggett@williambrewer.com

      William L. Yaeger   on behalf of Defendant O. Rudd wyaeger@williamyaeger.com, notices@williamyaeger.com

      William Woodward Webb   on behalf of Defendant Marshall Reddy woodywebb@ew-law.com

      TOTAL: 22

VAN–126 Order for Refund of Unclaimed Funds – Rev. 03/19/2012

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441
**Raleigh Division**

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $1,294.84 constituting unclaimed funds is declared due to Elizabeth A. Carr, c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: March 27, 2012

J. Rich Leonard
United States Bankruptcy Judge