United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
     Debtor

Case No. 98-02675-JRL  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5     User: roberson_     Page 1 of 2     Date Rcvd: Mar 29, 2012  
                     Form ID: pdf014     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2012.  
cr        +Sonya Chipping,    905 Straywhite Ave,    Apex, NC 27539-9020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 31, 2012**                        **Signature:**    _Joseph Speetjens_

```
District/off: 0417-5          User: roberson_           Page 2 of 2             Date Rcvd: Mar 29, 2012
                              Form ID: pdf014           Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2012 at the address(es) listed below:
              Brian J. Dilks    on behalf of Interested Party  Dilks & Knopik, LLC cmecf@dkllc.com,
               brian.dilks@dilksknopik.com
              David F. Meschan    on behalf of Defendant  Leapfrog Marketing, Inc. dmeschan@tuggleduggins.com,
               martit@tuggleduggins.com
              David W. Boone    on behalf of Defendant  Travel Experts, Inc. dboone@ncdoj.gov
              Douglas Q. Wickham    on behalf of Defendant  Egw Personnel Services, Inc.
               dqwickham@hatchlittlebunn.com
              Gerald A Jeutter    on behalf of Defendant  Modern Health Strategies, L.L.C. jeb@jeutterlaw.com,
               kathy@jeutterlaw.com;plyles@windstream.net
              Holmes P Harden    hharden@williamsmullen.com,
               jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com
              James B Angell    on behalf of Defendant  2021.Interactive, LLC jangell@hsfh.com,
               jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
              James T. Johnson    on behalf of Plaintiff Holmes Harden, Trustee jjohnson@jtjlaw.com
              Jeffrey E. Oleynik    on behalf of Defendant  Tig Insurance Company joleynik@brookspierce.com
              John Mark Stern    on behalf of Creditor  Texas Comptroller of Public Accounts
               john.stern@oag.state.tx.us
              John S. Williford    on behalf of Creditor  RBC Centura Bank jwilliford@fieldsandcooper.com
              Kim Sherrie Sawyer    on behalf of Creditor Daming Cao data@tlsgltd.com
              Marjorie K. Lynch    on behalf of Bankruptcy Administrator  Bankruptcy Administrator
               marjorie_lynch@nceba.uscourts.gov,
               lynn_tingen@nceba.uscourts.gov;karen_hayes@nceba.uscourts.gov;rick_hinson@nceba.uscourts.gov;lesl
               ey_cavenaugh@nceba.uscourts.gov
              Michael L. Geller    on behalf of Creditor Anita Geller mlgeller@mac.com
              Neal  Fowler    on behalf of Interested Party Scott Wilkinson USANCE.Bankruptcy@usdoj.gov,
               usance.ecfcivil2@usdoj.gov
              Paul T. Flick    on behalf of Defendant  Dmax Imaging Incorporated pflick@jordanprice.com
              Richard D Sparkman    on behalf of Defendant  Toner Solutions, Inc. rds@sparkmanlaw.com,
               mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
              Susan R. Sherrill-Beard    on behalf of Creditor  U.S. Securities and Exchange Commission
               sherrill-beards@sec.gov,  atlreorg@sec.gov
              Terri L. Gardner    on behalf of Debtor  International Heritage, Inc.
               terri.gardner@nelsonmullins.com,
               joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
              William E. Brewer    on behalf of Defendant Claude Savage dleggett@williambrewer.com
              William L. Yaeger    on behalf of Defendant O. Rudd wyaeger@williamyaeger.com,
               notices@williamyaeger.com
              William Woodward Webb    on behalf of Defendant Marshall Reddy woodywebb@ew-law.com
                                                                                             TOTAL: 22
```

**SO ORDERED.**

**SIGNED this 29 day of March, 2012.**

_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.:** |
| International Heritage, Inc. | 98-2675-5-JRL |
| **DEBTOR** | **CHAPTER 7** |

### O R D E R

The matter before the court is the motion to release funds filed by Sonya Chipping on March 13, 2012. The motion requests the release of funds in the amount of $1,527.43. The funds available for this creditor are $962.98. Accordingly, the court finds that the amount of $962.98 constituting unclaimed funds is declared due to Sonya Chipping, c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027 by reasons stated in the motion filed in this case. Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimant.

"End of Document"