United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                              Case No. 98-02675-JRL
International Heritage, Inc.                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0417-5          User: roberson_        Page 1 of 2              Date Rcvd: Mar 29, 2012
                              Form ID: pdf014        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2012.
cr           +Ronald and Delia John,   401 S. 29th Place,   Mount Vernon, WA 98274-8931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 31, 2012**                    **Signature:**   _Joseph Speetjens_

District/off: 0417-5          User: roberson_          Page 2 of 2          Date Rcvd: Mar 29, 2012
                             Form ID: pdf014          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2012 at the address(es) listed below:
          Brian J. Dilks   on behalf of Interested Party   Dilks & Knopik, LLC cmecf@dkllc.com,
           brian.dilks@dilksknopik.com
          David F. Meschan   on behalf of Defendant   Leapfrog Marketing, Inc. dmeschan@tuggleduggins.com,
           martit@tuggleduggins.com
          David W. Boone   on behalf of Defendant   Travel Experts, Inc. dboone@ncdoj.gov
          Douglas Q. Wickham   on behalf of Defendant   Egw Personnel Services, Inc.
           dqwickham@hatchlittlebunn.com
          Gerald A Jeutter   on behalf of Defendant   Modern Health Strategies, L.L.C. jeb@jeutterlaw.com,
           kathy@jeutterlaw.com;plyles@windstream.net
          Holmes P Harden   hharden@williamsmullen.com,
           jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com
          James B Angell   on behalf of Defendant   2021.Interactive, LLC jangell@hsfh.com,
           jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
          James T. Johnson   on behalf of Plaintiff Holmes Harden, Trustee jjohnson@jtjlaw.com
          Jeffrey E. Oleynik   on behalf of Defendant   Tig Insurance Company joleynik@brookspierce.com
          John Mark Stern   on behalf of Creditor   Texas Comptroller of Public Accounts
           john.stern@oag.state.tx.us
          John S. Williford   on behalf of Creditor   RBC Centura Bank jwilliford@fieldsandcooper.com
          Kim Sherrie Sawyer   on behalf of Creditor Daming Cao data@tlsgltd.com
          Marjorie K. Lynch   on behalf of Bankruptcy Administrator   Bankruptcy Administrator
           marjorie_lynch@nceba.uscourts.gov,
           lynn_tingen@nceba.uscourts.gov;karen_hayes@nceba.uscourts.gov;rick_hinson@nceba.uscourts.gov;lesl
           ey_cavenaugh@nceba.uscourts.gov
          Michael L. Geller   on behalf of Creditor Anita Geller mlgeller@mac.com
          Neal Fowler   on behalf of Interested Party Scott Wilkinson USANCE.Bankruptcy@usdoj.gov,
           usance.ecfcivil2@usdoj.gov
          Paul T. Flick   on behalf of Defendant   Dmax Imaging Incorporated pflick@jordanprice.com
          Richard D Sparkman   on behalf of Defendant   Toner Solutions, Inc. rds@sparkmanlaw.com,
           mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
          Susan R. Sherrill-Beard   on behalf of Creditor   U.S. Securities and Exchange Commission
           sherrill.beard@sec.gov, atlreorg@sec.gov
          Terri L. Gardner   on behalf of Debtor   International Heritage, Inc.
           terri.gardner@nelsonmullins.com,
           joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
          William E. Brewer   on behalf of Defendant Claude Savage dleggett@williambrewer.com
          William L. Yaeger   on behalf of Defendant O. Rudd wyaeger@williamyaeger.com,
           notices@williamyaeger.com
          William Woodward Webb   on behalf of Defendant Marshall Reddy woodywebb@ew-law.com
                                                                                            TOTAL: 22

**SO ORDERED.**

**SIGNED this 29 day of March, 2012.**

_J. Rich Leonard_
**J. Rich Leonard**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                                            CASE NO.:

International Heritage, Inc.                                      98-02675-8-ATS

      **DEBTOR**                                        **CHAPTER 7**


## O R D E R


      The matter before the court is the motion to release unclaimed funds in the amount of $2,000.00 filed by Ronald and Delia John on March 19, 2012.

      Upon review of the claims register and unclaimed funds reports for this case, the court is unable to find where any money is owed to Ronald and Delia John.  Therefore, the motion to release unclaimed funds is denied without prejudice to the right of Ronald and Delia John to refile the motion with proof of a prior claim having been filed.  If Ronald and Delia John  can show that a claim was filed, the court will conduct further research into whether or not he is entitled to recovery of unclaimed funds.

                    "End of Document"