Cindy P. To
1134 S. Sierra Vista Ave.
Alhambra, CA 91801

April 26, 2012

FILED

APR 30 2012

STEPHANIE J. EDMONDSON, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

Clerk of the United States Bankruptcy Court
Eastern District of North Carolina
1760-A Parkwood Blvd
Wilson, NC 27893

**Subject: Change of address request**

To whom it may concern,

Please update my records to reflect my current address:

1134 S. Sierra Vista Ave. Alhambra, CA 91801.

I have not resided at 2805 Washington Ave. El Monte, CA 91733 since 2001. Please send any correspondence to the Alhambra address. Thank you.

Sincerely,

*[signature]*
Cindy To