**SO ORDERED.**

**SIGNED this 26 day of July, 2012.**

_____
J. Rich Leonard
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH   DIVISION

| IN  RE: | CASE NO.: |
|---|---|
| International Heritage, Inc. | 98-02675-5-JRL |
| **DEBTOR** | **CHAPTER 7** |

O R D E R

     The matter before the court is the motion to release funds filed by Dilks & Knopik, LLC, on behalf of Rimple Soni on July 11,2012.  The motion requests the release of funds in the amount of $483.82.  The funds available for this creditor are $483.83.  Accordingly, the court finds that the amount of $483.83 constituting unclaimed funds is declared due to Rimple Soni, c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027 by reasons stated in the motion filed in this case.  Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimant.

                        "End of Document"