**SO ORDERED.**

**SIGNED this 27 day of July, 2012.**

_____
J. Rich Leonard
United States Bankruptcy Judge

_____

```
           UNITED STATES BANKRUPTCY COURT
          EASTERN DISTRICT OF NORTH CAROLINA
                   RALEIGH DIVISION

IN RE:                          CASE NO.:


International Heritage, Inc.    98-02675-8-ATS

        DEBTOR                  CHAPTER   7
```

O R D E R

The matter before the court is the motion to release funds filed by Michael A. Castino on July 11, 2012. The motion requests the release of funds in the amount of $459.29.

The court finds that the clerk of court is holding the sum of $512.19 constituting unclaimed funds due to Mr. Castino from the distributions in this case. The sums are $189.00, $52.90 and $270.29 for a total of $512.19 in unclaimed funds due to Mr. Castino from the distributions that have been made in this case. All amounts should be released.

Accordingly, pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay the sum of $512.19 to Michael A. Castino, c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027.

"End of Document"