# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA

Stephanie J. Edmondson  
Clerk of Court

Reply To:   The Thomas Milton Moore Building  
1760 Parkwood Boulevard  
Wilson, North Carolina  27894-2807  
(252) 237-0248

Room 209, Century Station  
300 Fayetteville Street  
Post Office Box 1441  
Raleigh, North Carolina  27602-1441  
(919) 856-4752

July 30, 2012

Ms. Bonnie F. Lindley Hohertz  
#5 Sharilyn Drive  
Shalimar, FL 32579

                              Re: International Heritage, Inc.  
                                    98-02675-8-JRL

Dear Ms. Hohertz:

This will acknowledge receipt of your request for the return of the $1490.89 that is being held by the court as unclaimed funds in the above referenced case..  Please make your request by using the attached form and following the enclosed instructions.   Also note that this document should be notarized.  Upon receipt of the completed form, your request will be forwarded to Judge Leonard for consideration.

                                              Sincerely,

                                              Duane W. Haddock  
                                              Case Analyst

/dwh