**SO ORDERED.**

**SIGNED this 30 day of July, 2012.**

_____
J. Rich Leonard
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO.: |
|---|---|
| International Heritage, Inc. | 98-02675-8-JRL |
| **DEBTOR** | **CHAPTER 7** |

O R D E R

    The matter before the court is the motion to release funds filed by Hong Luo Liu, on May 10, 2012. There is no creditor by the name of Hong Luo Liu; however, the correct name of the claimant is Hong Huo Liu.

The motion requests the release of funds in the amount of $1119.26. The funds available for this creditor are $143.61. There have been two previous distributions made to this creditor, Hong Huo Liu, in the amount of $513.08 and $733.75.

Accordingly, the court finds that the amount of $143.61 constituting unclaimed funds is declared due to Hong Huo Liu, c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027, by reasons stated in the motion filed in this case. Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimant.

"End of Document"