**SO ORDERED.**

**SIGNED this 30 day of July, 2012.**

_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

```
            UNITED STATES BANKRUPTCY COURT
           EASTERN DISTRICT OF NORTH CAROLINA
                    RALEIGH DIVISION
```

IN RE:                                    CASE NO.:

International Heritage, Inc.              98-02675-8-ATS

      DEBTOR                             CHAPTER 7


**O R D E R**

The matter before the court is the motion to release funds filed by Linda & Jerry McKamie on May 29, 2012. The motion requests the release of funds in the amount of $1508.24.

The court finds that the clerk of court is holding the sum of $2390.26 constituting unclaimed funds due to Linda & Jerry McKamie from the distributions in this case. The $2390.26 amount should be released.

Accordingly, pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay the sums of $2390.26 to Linda & Jerry McKamie, c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027.

"End of Document"