August 17, 2012

Eastern District of North Carolina
US Bankruptcy Court
P.O. Box 1441
Raleigh, NC 27602-1441

Reference#: 98-2675

**RE:  Address Change**

Dear Clerk Officers,

FILED

AUG 3 0 2012

STEPHANIE J. EDMONDSON, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

The following is a request for an address change for Felisa Turner.

Old Address:

Felisa Turner
652 West Amoroso Drive
Gilbert, AZ 85233

## NEW ADDRESS:

**Felisa Turner
170 North Oak Street   #217
Gilbert, AZ  85233**

Please feel free to contact me via the following:
    1.) Above bolded address
    2.) Cell phone:  (602) 558-8629
    3.) Home phone:  (480) 558-7171
    4.)  Email address:  felisaturner@ymail.com

Thanks again for your help.
Felisa Turner