**SO ORDERED.**

**SIGNED this 27 day of September, 2012.**

_____
J. Rich Leonard
United States Bankruptcy Judge

_____

```
            UNITED STATES BANKRUPTCY COURT
           EASTERN DISTRICT OF NORTH CAROLINA
                    RALEIGH DIVISION

IN RE:                              CASE NO.:


International Heritage, Inc.        98-02675-8-ATS

         DEBTOR                     CHAPTER 7
```

# O R D E R

The matter before the court is the motion to release funds filed by Mario R. Guerra on August 20, 2012. The motion requests the release of funds in the amount of $1212.02.

The court finds that the clerk of court is holding the sum of $1292.62 constituting unclaimed funds due to Mr. Guerra from the distributions in this case. All amounts should be released.

Accordingly, pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay the sum of $1292.62 to Mario R. Guerra, c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027.

"End of Document"