United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                                  Case No. 98-02675-JRL
International Heritage, Inc.                                            Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0417-5          User: haddock_d           Page 1 of 2              Date Rcvd: Sep 27, 2012
                              Form ID: pdf014           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2012.
cr          +Mario R Guerra,   14 Serafin Guerra Ln,   Rio Grande City, TX 78582-5731

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 29, 2012**                         **Signature:**   _Joseph Speetjens_

```
District/off: 0417-5           User: haddock_d              Page 2 of 2                  Date Rcvd: Sep 27, 2012
                               Form ID: pdf014              Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2012 at the address(es) listed below:
              Brian J. Dilks    on behalf of Interested Party  Dilks & Knopik, LLC cmecf@dkllc.com,
               brian.dilks@dilksknopik.com
              David F. Meschan    on behalf of Defendant  Leapfrog Marketing, Inc. dmeschan@tuggleduggins.com,
               martit@tuggleduggins.com
              David W. Boone    on behalf of Defendant  Travel Experts, Inc. dboone@ncdoj.gov
              Douglas Q. Wickham    on behalf of Defendant  Egw Personnel Services, Inc.
               dqwickham@hatchlittlebunn.com
              Gerald A Jeutter    on behalf of Defendant  Modern Health Strategies, L.L.C. jeb@jeutterlaw.com,
               kathy@jeutterlaw.com;plyles@windstream.net
              Holmes P Harden    hharden@williamsmullen.com,
               jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com
              James B Angell    on behalf of Defendant  2021.Interactive, LLC jangell@hsfh.com,
               jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
              James T. Johnson    on behalf of Plaintiff Holmes Harden, Trustee jjohnson@jtjlaw.com
              Jeffrey E. Oleynik    on behalf of Defendant  Tig Insurance Company joleynik@brookspierce.com
              John Mark Stern    on behalf of Creditor  Texas Comptroller of Public Accounts
               john.stern@oag.state.tx.us
              John S. Williford    on behalf of Creditor  RBC Centura Bank jwilliford@fieldsandcooper.com
              Kim Sherrie Sawyer    on behalf of Creditor Daming Cao data@tlsgltd.com
              Michael L. Geller    on behalf of Creditor Anita Geller mlgeller@mac.com
              Neal  Fowler    on behalf of Interested Party Scott Wilkinson USANCE.Bankruptcy@usdoj.gov,
               usance.ecfcivil2@usdoj.gov
              Paul T. Flick    on behalf of Defendant  Dmax Imaging Incorporated pflick@jordanprice.com
              Richard D Sparkman    on behalf of Defendant  Toner Solutions, Inc. rds@sparkmanlaw.com,
               mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
              Susan R. Sherrill-Beard    on behalf of Creditor  U.S. Securities and Exchange Commission
               sherrill-beards@sec.gov,  atlreorg@sec.gov
              Terri L. Gardner    on behalf of Debtor  International Heritage, Inc.
               terri.gardner@nelsonmullins.com,
               joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
              William E. Brewer    on behalf of Defendant Claude Savage dleggett@williambrewer.com
              William L. Yaeger    on behalf of Defendant O. Rudd wyaeger@williamyaeger.com,
               notices@williamyaeger.com
              William Woodward Webb    on behalf of Defendant Marshall Reddy woodywebb@ew-law.com
                                                                                             TOTAL: 21
```

**SO ORDERED.**

**SIGNED this 27 day of September, 2012.**

_____

                **J. Rich Leonard**
             **United States Bankruptcy Judge**

```
              UNITED STATES BANKRUPTCY COURT
              EASTERN DISTRICT OF NORTH CAROLINA
                      RALEIGH DIVISION

 IN RE:                                CASE NO.:

 International Heritage, Inc.          98-02675-8-ATS

        DEBTOR                         CHAPTER 7
```

### O R D E R

The matter before the court is the motion to release funds filed by Mario R. Guerra on August 20, 2012. The motion requests the release of funds in the amount of $1212.02.

The court finds that the clerk of court is holding the sum of $1292.62 constituting unclaimed funds due to Mr. Guerra from the distributions in this case. All amounts should be released.

Accordingly, pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay the sum of $1292.62 to Mario R. Guerra, c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027.

                "End of Document"