United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                              Case No. 98-02675-JRL
International Heritage, Inc.                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0417-5        User: haddock_d         Page 1 of 2           Date Rcvd: Sep 27, 2012
                            Form ID: van126        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2012.
cr          +Kathryn W Hornsby,   137 Crest Dr,   Sterrett, AL 35147-8260

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 29, 2012**               **Signature:** _Joseph Speetjens_

```
District/off: 0417-5          User: haddock_d            Page 2 of 2              Date Rcvd: Sep 27, 2012
                              Form ID: van126            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2012 at the address(es) listed below:
     Brian J. Dilks  on behalf of Interested Party  Dilks & Knopik, LLC cmecf@dkllc.com,
      brian.dilks@dilksknopik.com
     David F. Meschan  on behalf of Defendant  Leapfrog Marketing, Inc. dmeschan@tuggleduggins.com,
      martit@tuggleduggins.com
     David W. Boone  on behalf of Defendant  Travel Experts, Inc. dboone@ncdoj.gov
     Douglas Q. Wickham  on behalf of Defendant  Egw Personnel Services, Inc.
      dqwickham@hatchlittlebunn.com
     Gerald A Jeutter  on behalf of Defendant  Modern Health Strategies, L.L.C. jeb@jeutterlaw.com,
      kathy@jeutterlaw.com;plyles@windstream.net
     Holmes P Harden   hharden@williamsmullen.com,
      jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com
     James B Angell  on behalf of Defendant  2021.Interactive, LLC jangell@hsfh.com,
      jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
     James T. Johnson  on behalf of Plaintiff Holmes Harden, Trustee jjohnson@jtjlaw.com
     Jeffrey E. Oleynik  on behalf of Defendant  Tig Insurance Company joleynik@brookspierce.com
     John Mark Stern  on behalf of Creditor  Texas Comptroller of Public Accounts
      john.stern@oag.state.tx.us
     John S. Williford  on behalf of Creditor  RBC Centura Bank jwilliford@fieldsandcooper.com
     Kim Sherrie Sawyer  on behalf of Creditor Daming Cao data@tlsgltd.com
     Michael L. Geller  on behalf of Creditor Anita Geller mlgeller@mac.com
     Neal Fowler  on behalf of Interested Party Scott Wilkinson USANCE.Bankruptcy@usdoj.gov,
      usance.ecfcivil2@usdoj.gov
     Paul T. Flick  on behalf of Defendant  Dmax Imaging Incorporated pflick@jordanprice.com
     Richard D Sparkman  on behalf of Defendant  Toner Solutions, Inc. rds@sparkmanlaw.com,
      mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
     Susan R. Sherrill-Beard  on behalf of Creditor  U.S. Securities and Exchange Commission
      sherrill-beards@sec.gov, atlreorg@sec.gov
     Terri L. Gardner  on behalf of Debtor  International Heritage, Inc.
      terri.gardner@nelsonmullins.com,
      joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
     William E. Brewer  on behalf of Defendant Claude Savage dleggett@williambrewer.com
     William L. Yaeger  on behalf of Defendant O. Rudd wyaeger@williamyaeger.com,
      notices@williamyaeger.com
     William Woodward Webb  on behalf of Defendant Marshall Reddy woodywebb@ew-law.com
                                          TOTAL: 21

VAN–126 Order for Refund of Unclaimed Funds – Rev. 03/19/2012

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441
**Raleigh Division**

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $611.86 constituting unclaimed funds is declared due to Kathryn W Hornsby, c/o Dilks & Knopik LLC, POB 2728, Issaquah, WA 98027 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: September 27, 2012

*/s/ J. Rich Leonard*

J. Rich Leonard
United States Bankruptcy Judge