United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                                     Case No. 98-02675-JRL
International Heritage, Inc.                                               Chapter 7
        Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0417-5        User: haddock_d         Page 1 of 2           Date Rcvd: Sep 27, 2012
                            Form ID: van126         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2012.
cr          +Stephen Reaves,    519 Corpus Christi Channel,   Port Aransas, TX 78373-4214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 29, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0417-5          User: haddock_d           Page 2 of 2          Date Rcvd: Sep 27, 2012
                              Form ID: van126           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2012 at the address(es) listed below:

      Brian J. Dilks   on behalf of Interested Party   Dilks & Knopik, LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com
      David F. Meschan   on behalf of Defendant   Leapfrog Marketing, Inc. dmeschan@tuggleduggins.com, martit@tuggleduggins.com
      David W. Boone   on behalf of Defendant   Travel Experts, Inc. dboone@ncdoj.gov
      Douglas Q. Wickham   on behalf of Defendant   Egw Personnel Services, Inc. dqwickham@hatchlittlebunn.com
      Gerald A Jeutter    on behalf of Defendant   Modern Health Strategies, L.L.C. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net
      Holmes P Harden    hharden@williamsmullen.com, jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com
      James B Angell    on behalf of Defendant   2021.Interactive, LLC jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
      James T. Johnson   on behalf of Plaintiff Holmes Harden, Trustee jjohnson@jtjlaw.com
      Jeffrey E. Oleynik   on behalf of Defendant   Tig Insurance Company joleynik@brookspierce.com
      John Mark Stern   on behalf of Creditor   Texas Comptroller of Public Accounts john.stern@oag.state.tx.us
      John S. Williford   on behalf of Creditor   RBC Centura Bank jwilliford@fieldsandcooper.com
      Kim Sherrie Sawyer   on behalf of Creditor Daming Cao data@tlsgltd.com
      Michael L. Geller    on behalf of Creditor Anita Geller mlgeller@mac.com
      Neal  Fowler   on behalf of Interested Party Scott Wilkinson USANCE.Bankruptcy@usdoj.gov, usance.ecfcivil2@usdoj.gov
      Paul T. Flick    on behalf of Defendant   Dmax Imaging Incorporated pflick@jordanprice.com
      Richard D Sparkman    on behalf of Defendant   Toner Solutions, Inc. rds@sparkmanlaw.com, mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
      Susan R. Sherrill-Beard   on behalf of Creditor   U.S. Securities and Exchange Commission sherrill-beards@sec.gov,  atlreorg@sec.gov
      Terri L. Gardner   on behalf of Debtor   International Heritage, Inc. terri.gardner@nelsonmullins.com, joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
      William E. Brewer   on behalf of Defendant Claude Savage dleggett@williambrewer.com
      William L. Yaeger    on behalf of Defendant O. Rudd wyaeger@williamyaeger.com, notices@williamyaeger.com
      William Woodward Webb   on behalf of Defendant Marshall Reddy woodywebb@ew-law.com

                                                                                                                                    TOTAL: 21

VAN–126 Order for Refund of Unclaimed Funds – Rev. 03/19/2012

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441
**Raleigh Division**

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $564.44 constituting unclaimed funds is declared due to Stephen Reaves c/o Dilks & Knopik LLC, POB 2728, Issaquah, WA 98027 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: September 27, 2012

*J. Rich Leonard*

J. Rich Leonard
United States Bankruptcy Judge