```
             UNITED STATES BANKRUPTCY COURT
            EASTERN DISTRICT OF NORTH CAROLINA
                     RALEIGH DIVISION
```

**IN RE:**                                         **CASE NO.:**

International Heritage, Inc.          98-02675-8-ATS

    **DEBTOR**                                **CHAPTER 7**


**O R D E R**

The matter before the court is the motion to release funds filed by Rui Li on October 11, 2012. The motion requests the release of funds in the amount of $760.06.

The court finds that the clerk of court is holding the sum of $972.80 constituting unclaimed funds due to Rui Li from the distributions in this case. The $972.80 amount should be released.

Accordingly, pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay the sums of $972.80 to Rui Li, c/o Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065.

"End of Document"