United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
    Debtor

Case No. 98-02675-JRL  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5     User: haddock_d    Page 1 of 2    Date Rcvd: Oct 23, 2012  
                Form ID: pdf014    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2012.  
cr       +Rui Li,    6 Francis Dr,    Bridgewater, NJ 08807-5713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 25, 2012**          **Signature:** _Joseph Speetjens_

```
District/off: 0417-5           User: haddock_d            Page 2 of 2               Date Rcvd: Oct 23, 2012
                               Form ID: pdf014            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2012 at the address(es) listed below:

      Brian J. Dilks   on behalf of Interested Party  Dilks & Knopik, LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com
      David F. Meschan   on behalf of Defendant  Leapfrog Marketing, Inc. dmeschan@meschanlaw.com, martit@tuggleduggins.com
      David W. Boone   on behalf of Defendant  Travel Experts, Inc. dboone@ncdoj.gov
      Douglas Q. Wickham   on behalf of Defendant  Egw Personnel Services, Inc. dqwickham@hatchlittlebunn.com
      Gerald A Jeutter   on behalf of Defendant  Modern Health Strategies, L.L.C. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net
      Holmes P Harden   hharden@williamsmullen.com, jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com
      James B Angell   on behalf of Defendant  2021.Interactive, LLC jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
      James T. Johnson   on behalf of Plaintiff Holmes Harden, Trustee jjohnson@jtjlaw.com
      Jeffrey E. Oleynik   on behalf of Defendant  Tig Insurance Company joleynik@brookspierce.com
      John Mark Stern   on behalf of Creditor  Texas Comptroller of Public Accounts john.stern@oag.state.tx.us
      John S. Williford   on behalf of Creditor  RBC Centura Bank jwilliford@fieldsandcooper.com
      Kim Sherrie Sawyer   on behalf of Creditor Daming Cao data@tlsgltd.com
      Michael L. Geller   on behalf of Creditor Anita Geller mlgeller@mac.com
      Neal Fowler   on behalf of Interested Party Scott Wilkinson USANCE.Bankruptcy@usdoj.gov, usance.ecfcivil2@usdoj.gov
      Paul T. Flick   on behalf of Defendant  Dmax Imaging Incorporated pflick@jordanprice.com
      Richard D Sparkman   on behalf of Defendant  Toner Solutions, Inc. rds@sparkmanlaw.com, mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
      Susan R. Sherrill-Beard   on behalf of Creditor  U.S. Securities and Exchange Commission sherrill-beards@sec.gov, atlreorg@sec.gov
      Terri L. Gardner   on behalf of Debtor  International Heritage, Inc. terri.gardner@nelsonmullins.com, joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
      William E. Brewer   on behalf of Defendant Claude Savage dleggett@williambrewer.com, thebrewerlawfirm@gmail.com
      William L. Yaeger   on behalf of Defendant O. Rudd wyaeger@williamyaeger.com, notices@williamyaeger.com
      William Woodward Webb   on behalf of Defendant Marshall Reddy woodywebb@ew-law.com

                                                                                            TOTAL: 21

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

**IN RE:**                                              **CASE NO.:**

International Heritage, Inc.                            98-02675-8-ATS

    **DEBTOR**                                        **CHAPTER 7**


**O R D E R**

The matter before the court is the motion to release funds filed by Rui Li on October 11, 2012. The motion requests the release of funds in the amount of $760.06.

The court finds that the clerk of court is holding the sum of $972.80 constituting unclaimed funds due to Rui Li from the distributions in this case. The $972.80 amount should be released.

Accordingly, pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay the sums of $972.80 to Rui Li, c/o Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065.

"End of Document"