**VAN–126** Order for Refund of Unclaimed Funds – Rev. 03/19/2012

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441
**Raleigh Division**

| | |
|---|---|
| IN RE: | |
| International Heritage, Inc. | CASE NO.: 98–02675–5–JRL |
| *( debtor has no known aliases )* | |
| C/O TERRI L. GARDNER | DATE FILED: November 25, 1998 |
| POST OFFICE DRAWER 1389 | |
| RALEIGH, NC 27602 | CHAPTER: 7 |
| TaxID: 56–1921093 | |

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $389.36 constituting unclaimed funds is declared due to Alica Nicole Pleasant, 113 Countrywood Dr., Fuquay–Varina, NC 27526 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: December 13, 2012

*J. Rich Leonard*

J. Rich Leonard
United States Bankruptcy Judge