United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                                    Case No. 98-02675-JRL
International Heritage, Inc.                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0417-5          User: haddock_d          Page 1 of 2          Date Rcvd: Dec 18, 2012
                              Form ID: van126          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2012.
cr          +Wei Huang,   13052 Mozart Way,   Cerritos, CA 90703-1379

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 20, 2012                    Signature:    _Joseph Speetjens_

```
District/off: 0417-5          User: haddock_d         Page 2 of 2            Date Rcvd: Dec 18, 2012
                              Form ID: van126          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2012 at the address(es) listed below:

         Brian J. Dilks   on behalf of Interested Party  Dilks & Knopik, LLC cmecf@dkllc.com,
          brian.dilks@dilksknopik.com
         David F. Meschan   on behalf of Defendant  Leapfrog Marketing, Inc. dmeschan@meschanlaw.com,
          martit@tuggleduggins.com
         David W. Boone   on behalf of Defendant  Travel Experts, Inc. dboone@ncdoj.gov
         Douglas Q. Wickham   on behalf of Defendant  Egw Personnel Services, Inc.
          dqwickham@hatchlittlebunn.com
         Gerald A Jeutter   on behalf of Defendant  Modern Health Strategies, L.L.C. jeb@jeutterlaw.com,
          kathy@jeutterlaw.com;plyles@windstream.net
         Holmes P Harden   hharden@williamsmullen.com,
          jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com
         James B Angell   on behalf of Defendant  2021.Interactive, LLC jangell@hsfh.com,
          jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
         James T. Johnson   on behalf of Plaintiff Holmes Harden, Trustee jjohnson@jtjlaw.com
         Jeffrey E. Oleynik   on behalf of Defendant  Tig Insurance Company joleynik@brookspierce.com
         John Mark Stern   on behalf of Creditor  Texas Comptroller of Public Accounts
          john.stern@oag.state.tx.us
         John S. Williford   on behalf of Creditor  RBC Centura Bank jwilliford@fieldsandcooper.com
         Kim Sherrie Sawyer   on behalf of Creditor Daming Cao data@tlsgltd.com
         Michael L. Geller   on behalf of Creditor Anita Geller mlgeller@mac.com
         Neal  Fowler   on behalf of Interested Party Scott Wilkinson USANCE.Bankruptcy@usdoj.gov,
          usance.ecfcivil2@usdoj.gov
         Paul T. Flick   on behalf of Defendant  Dmax Imaging Incorporated pflick@jordanprice.com
         Richard D Sparkman   on behalf of Defendant  Toner Solutions, Inc. rds@sparkmanlaw.com,
          mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
         Susan R. Sherrill-Beard   on behalf of Creditor  U.S. Securities and Exchange Commission
          sherrill-beards@sec.gov,  atlreorg@sec.gov
         Terri L. Gardner   on behalf of Debtor  International Heritage, Inc.
          terri.gardner@nelsonmullins.com,
          joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
         William E. Brewer   on behalf of Defendant Claude Savage dleggett@williambrewer.com,
          thebrewerlawfirm@gmail.com
         William L. Yaeger   on behalf of Defendant O. Rudd wyaeger@williamyaeger.com,
          notices@williamyaeger.com
         William Woodward Webb   on behalf of Defendant Marshall Reddy woodywebb@ew-law.com
                                                         TOTAL: 21

**VAN–126** Order for Refund of Unclaimed Funds – Rev. 03/19/2012

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441
**Raleigh Division**

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $564.45 (correct amount due claimant) constituting unclaimed funds is declared due to Wei Huang, c/o Dilks & Knopik LLC, 35308 SE Center St, Snoqualmie, WA 98065 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: December 18, 2012

J. Rich Leonard
United States Bankruptcy Judge