United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
      Debtor

Case No. 98-02675-JRL  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5        User: haddock_d              Page 1 of 2                    Date Rcvd: Jan 28, 2013
                        Form ID: van126              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2013.
cr           +Andy Fang,    4228 Nobleman Pt,    Duluth, GA 30097-2360

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 30, 2013**                              **Signature:**        _Joseph Speetjens_

```
District/off: 0417-5           User: haddock_d            Page 2 of 2            Date Rcvd: Jan 28, 2013
                               Form ID: van126            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2013 at the address(es) listed below:

         Brian J. Dilks   on behalf of Interested Party   Dilks & Knopik, LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com

         David F. Meschan   on behalf of Defendant   Leapfrog Marketing, Inc. dmeschan@meschanlaw.com, martit@tuggleduggins.com

         David W. Boone   on behalf of Defendant   Travel Experts, Inc. dboone@ncdoj.gov

         Douglas Q. Wickham   on behalf of Defendant   Egw Personnel Services, Inc. dqwickham@hatchlittlebunn.com

         Gerald A Jeutter   on behalf of Defendant   Modern Health Strategies, L.L.C. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net

         Holmes P Harden   hharden@williamsmullen.com, jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com

         James B Angell   on behalf of Defendant   2021.Interactive, LLC jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com

         James T. Johnson   on behalf of Plaintiff Holmes Harden, Trustee jjohnson@jtjlaw.com

         Jeffrey E. Oleynik   on behalf of Defendant   Tig Insurance Company joleynik@brookspierce.com

         John Mark Stern   on behalf of Creditor   Texas Comptroller of Public Accounts john.stern@oag.state.tx.us

         John S. Williford   on behalf of Creditor   RBC Centura Bank jwilliford@fieldsandcooper.com

         Kim Sherrie Sawyer   on behalf of Creditor Daming Cao data@tlsgltd.com

         Michael L. Geller   on behalf of Creditor Anita Geller mlgeller@mac.com

         Neal Fowler   on behalf of Interested Party Scott Wilkinson USANCE.Bankruptcy@usdoj.gov, usance.ecfcivil2@usdoj.gov

         Paul T. Flick   on behalf of Defendant   Dmax Imaging Incorporated pflick@jordanprice.com

         Richard D Sparkman   on behalf of Defendant   Toner Solutions, Inc. rds@sparkmanlaw.com, mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com

         Susan R. Sherrill-Beard   on behalf of Creditor   U.S. Securities and Exchange Commission sherrill-beards@sec.gov, atlreorg@sec.gov

         Terri L. Gardner   on behalf of Debtor   International Heritage, Inc. terri.gardner@nelsonmullins.com, joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com

         William E. Brewer   on behalf of Defendant Claude Savage dleggett@williambrewer.com, thebrewerlawfirm@gmail.com

         William L. Yaeger   on behalf of Defendant O. Rudd wyaeger@williamyaeger.com, notices@williamyaeger.com

         William Woodward Webb   on behalf of Defendant Marshall Reddy woodywebb@ew-law.com

         TOTAL: 21

VAN–126 Order for Refund of Unclaimed Funds – Rev. 01/11/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

## ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $564.45 constituting unclaimed funds is declared due to Andy Fang, c/o Dilks & Knopik, LLC, 35308 SE Ctr. St., Snoqualmie, WA 98065 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: January 28, 2013

*/s/ J. Rich Leonard*

J. Rich Leonard
United States Bankruptcy Judge