United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                                              Case No. 98-02675-JRL
International Heritage, Inc.                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0417-5         User: haddock_d          Page 1 of 2              Date Rcvd: Feb 01, 2013
                             Form ID: van126          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2013.
cr          +Sandra D Keen,   906 Glovers Ferry Rd,   Alpine, AL 35014-6176

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 03, 2013                    Signature:    _____

```
District/off: 0417-5          User: haddock_d          Page 2 of 2          Date Rcvd: Feb 01, 2013
                              Form ID: van126           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2013 at the address(es) listed below:

    Brian J. Dilks    on behalf of Interested Party  Dilks & Knopik, LLC cmecf@dkllc.com,
     brian.dilks@dilksknopik.com

    David F. Meschan    on behalf of Defendant  Leapfrog Marketing, Inc. dmeschan@meschanlaw.com,
     martit@tuggleduggins.com

    David W. Boone    on behalf of Defendant  Travel Experts, Inc. dboone@ncdoj.gov

    Douglas Q. Wickham    on behalf of Defendant  Egw Personnel Services, Inc.
     dqwickham@hatchlittlebunn.com

    Gerald A Jeutter    on behalf of Defendant  Modern Health Strategies, L.L.C. jeb@jeutterlaw.com,
     kathy@jeutterlaw.com;plyles@windstream.net

    Holmes P Harden    hharden@williamsmullen.com,
     jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com

    James B Angell    on behalf of Defendant  2021.Interactive, LLC jangell@hsfh.com,
     jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com

    James T. Johnson    on behalf of Plaintiff Holmes Harden, Trustee jjohnson@jtjlaw.com

    Jeffrey E. Oleynik    on behalf of Defendant  Tig Insurance Company joleynik@brookspierce.com

    John Mark Stern    on behalf of Creditor  Texas Comptroller of Public Accounts
     john.stern@oag.state.tx.us

    John S. Williford    on behalf of Creditor  RBC Centura Bank jwilliford@fieldsandcooper.com

    Kim Sherrie Sawyer    on behalf of Creditor Daming Cao data@tlsgltd.com

    Michael L. Geller    on behalf of Creditor Anita Geller mlgeller@mac.com

    Neal Fowler    on behalf of Interested Party Scott Wilkinson USANCE.Bankruptcy@usdoj.gov,
     usance.ecfcivil2@usdoj.gov

    Paul T. Flick    on behalf of Defendant  Dmax Imaging Incorporated pflick@jordanprice.com

    Richard D Sparkman    on behalf of Defendant  Toner Solutions, Inc. rds@sparkmanlaw.com,
     mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com

    Susan R. Sherrill-Beard    on behalf of Creditor  U.S. Securities and Exchange Commission
     sherrill-beards@sec.gov,  atlreorg@sec.gov

    Terri L. Gardner    on behalf of Debtor  International Heritage, Inc.
     terri.gardner@nelsonmullins.com,
     joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com

    William E. Brewer    on behalf of Defendant Claude Savage dleggett@williambrewer.com,
     thebrewerlawfirm@gmail.com

    William L. Yaeger    on behalf of Defendant O. Rudd wyaeger@williamyaeger.com,
     notices@williamyaeger.com

    William Woodward Webb    on behalf of Defendant Marshall Reddy woodywebb@ew-law.com

                                                             TOTAL: 21

**VAN–126** Order for Refund of Unclaimed Funds – Rev. 01/11/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

## ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $609.93 constituting unclaimed funds is declared due to Sandra D. Keen, c/o Dilks & Knopik LLC, 35308 SE Ctr St, Snoqualmie, WA 98065 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: February 1, 2013

J. Rich Leonard
United States Bankruptcy Judge