United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                              Case No. 98-02675-JRL
International Heritage, Inc.                                        Chapter 7
        Debtor
## CERTIFICATE OF NOTICE

District/off: 0417-5            User: haddock_d            Page 1 of 2            Date Rcvd: Feb 01, 2013
                                Form ID: van126            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2013.
cr           +Ping Zhang,    881 Mount Locus Rd.,    Princeton, NJ 08540-1913

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 03, 2013**                          **Signature:**   _Joseph Speetjens_

```
District/off: 0417-5          User: haddock_d          Page 2 of 2          Date Rcvd: Feb 01, 2013
                              Form ID: van126          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2013 at the address(es) listed below:

 Brian J. Dilks on behalf of Interested Party Dilks & Knopik, LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com
 David F. Meschan on behalf of Defendant Leapfrog Marketing, Inc. dmeschan@meschanlaw.com, martit@tuggleduggins.com
 David W. Boone on behalf of Defendant Travel Experts, Inc. dboone@ncdoj.gov
 Douglas Q. Wickham on behalf of Defendant Egw Personnel Services, Inc. dqwickham@hatchlittlebunn.com
 Gerald A Jeutter on behalf of Defendant Modern Health Strategies, L.L.C. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net
 Holmes P Harden hharden@williamsmullen.com, jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com
 James B Angell on behalf of Defendant 2021.Interactive, LLC jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
 James T. Johnson on behalf of Plaintiff Holmes Harden, Trustee jjohnson@jtjlaw.com
 Jeffrey E. Oleynik on behalf of Defendant Tig Insurance Company joleynik@brookspierce.com
 John Mark Stern on behalf of Creditor Texas Comptroller of Public Accounts john.stern@oag.state.tx.us
 John S. Williford on behalf of Creditor RBC Centura Bank jwilliford@fieldsandcooper.com
 Kim Sherrie Sawyer on behalf of Creditor Daming Cao data@tlsgltd.com
 Michael L. Geller on behalf of Creditor Anita Geller mlgeller@mac.com
 Neal Fowler on behalf of Interested Party Scott Wilkinson USANCE.Bankruptcy@usdoj.gov, usance.ecfcivil2@usdoj.gov
 Paul T. Flick on behalf of Defendant Dmax Imaging Incorporated pflick@jordanprice.com
 Richard D Sparkman on behalf of Defendant Toner Solutions, Inc. rds@sparkmanlaw.com, mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
 Susan R. Sherrill-Beard on behalf of Creditor U.S. Securities and Exchange Commission sherrill-beards@sec.gov, atlreorg@sec.gov
 Terri L. Gardner on behalf of Debtor International Heritage, Inc. terri.gardner@nelsonmullins.com, joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
 William E. Brewer on behalf of Defendant Claude Savage dleggett@williambrewer.com, thebrewerlawfirm@gmail.com
 William L. Yaeger on behalf of Defendant O. Rudd wyaeger@williamyaeger.com, notices@williamyaeger.com
 William Woodward Webb on behalf of Defendant Marshall Reddy woodywebb@ew-law.com

                           TOTAL: 21

VAN–126 Order for Refund of Unclaimed Funds – Rev. 01/11/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

## ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $1274.35 constituting unclaimed funds is declared due to Ping Zhang, c/o Dilks & Knopik LLC, 35308 SE Ctr St, Snoqualmie, WA 98065 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: February 1, 2013

J. Rich Leonard
United States Bankruptcy Judge