**SO ORDERED.**

**SIGNED this 21 day of February, 2013.**

_J. Rich Leonard_
**J. Rich Leonard**
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: |
| International Heritage, Inc. | 98-02675-8-ATS |
| **DEBTOR** | **CHAPTER 7** |

## O R D E R

The matters before the court are the two motions to release unclaimed funds filed by Kristina R. Kirby on September 14, 2012. Ms. Kirby is seeking recovery of $438.84 and $85.89 in unclaimed funds.

The court finds that proof of notarized identity was not attached to either of the motions. Notarized Proof of identity is required before unclaimed funds can be released from the court.

The court further finds that Kristina R. Kirby was notified of this deficiency by the clerk's office, but has failed to make the necessary corrections.

Accordingly, the motions to release unclaimed funds are denied without prejudice to the right of Kristina R. Kirby to refile the motions with the proper documentation attached.

"End of Document"