United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                        Case No. 98-02675-JRL
International Heritage, Inc.                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0417-5          User: haddock_d          Page 1 of 2          Date Rcvd: Mar 13, 2013
                             Form ID: van126           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2013.
cr        Gerri Frick,     4204 Vakert Rd,,    New Iberia, LA  70560

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 15, 2013**                    **Signature:**

District/off: 0417-5          User: haddock_d          Page 2 of 2          Date Rcvd: Mar 13, 2013
                             Form ID: van126          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2013 at the address(es) listed below:
    Brian J. Dilks    on behalf of Interested Party    Dilks & Knopik, LLC cmecf@dkllc.com,
    brian.dilks@dilksknopik.com
    David F. Meschan    on behalf of Defendant    Leapfrog Marketing, Inc. dmeschan@meschanlaw.com,
    tkelly@meschanlaw.com
    David W. Boone    on behalf of Defendant    Travel Experts, Inc. dboone@ncdoj.gov
    Douglas Q. Wickham    on behalf of Defendant    Egw Personnel Services, Inc.
    dqwickham@hatchlittlebunn.com
    Gerald A Jeutter    on behalf of Defendant    Modern Health Strategies, L.L.C. jeb@jeutterlaw.com,
    kathy@jeutterlaw.com;plyles@windstream.net
    Holmes P Harden    hharden@williamsmullen.com,
    jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com
    James B Angell    on behalf of Defendant    2021.Interactive, LLC jangell@hsfh.com,
    jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
    James T. Johnson    on behalf of Plaintiff Holmes Harden, Trustee jjohnson@jtjlaw.com
    Jeffrey E. Oleynik    on behalf of Defendant    Tig Insurance Company joleynik@brookspierce.com
    John Mark Stern    on behalf of Creditor    Texas Comptroller of Public Accounts
    john.stern@oag.state.tx.us
    John S. Williford    on behalf of Creditor    RBC Centura Bank jwilliford@fieldsandcooper.com
    Kim Sherrie Sawyer    on behalf of Creditor Daming Cao data@tlsgltd.com
    Michael L. Geller    on behalf of Creditor Anita Geller mlgeller@mac.com
    Neal  Fowler    on behalf of Interested Party Scott Wilkinson USANCE.Bankruptcy@usdoj.gov,
    usance.ecfcivil2@usdoj.gov
    Paul T. Flick    on behalf of Defendant    Dmax Imaging Incorporated pflick@jordanprice.com
    Richard D Sparkman    on behalf of Defendant    Toner Solutions, Inc. rds@sparkmanlaw.com,
    mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
    Susan R. Sherrill-Beard    on behalf of Creditor    U.S. Securities and Exchange Commission
    sherrill-beards@sec.gov,  atlreorg@sec.gov
    Terri L. Gardner    on behalf of Debtor    International Heritage, Inc.
    terri.gardner@nelsonmullins.com,
    joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
    William E. Brewer    on behalf of Defendant Claude Savage dleggett@williambrewer.com,
    thebrewerlawfirm@gmail.com
    William L. Yaeger    on behalf of Defendant O. Rudd wyaeger@williamyaeger.com,
    notices@williamyaeger.com
    William Woodward Webb    on behalf of Defendant Marshall Reddy woodywebb@ew-law.com
                                   TOTAL: 21

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $312.82 constituting unclaimed funds is declared due to Gerri Frick, 4204 Valery Rd., New Iberia, LA 70560 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: March 13, 2013

J. Rich Leonard
United States Bankruptcy Judge