United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
     Debtor

Case No. 98-02675-JRL  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5     User: haddock_d     Page 1 of 2     Date Rcvd: Mar 13, 2013  
                    Form ID: van126     Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2013.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr        ##+David Yau,    5307 206th St,    Oakland Gardens, NY 11364-1713  
                                                                                                           TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 15, 2013**                                  **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0417-5          User: haddock_d           Page 2 of 2          Date Rcvd: Mar 13, 2013
                              Form ID: van126           Total Noticed: 0
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2013 at the address(es) listed below:

        Brian J. Dilks    on behalf of Interested Party  Dilks & Knopik, LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com

        David F. Meschan    on behalf of Defendant  Leapfrog Marketing, Inc. dmeschan@meschanlaw.com, tkelly@meschanlaw.com

        David W. Boone    on behalf of Defendant  Travel Experts, Inc. dboone@ncdoj.gov

        Douglas Q. Wickham    on behalf of Defendant  Egw Personnel Services, Inc. dqwickham@hatchlittlebunn.com

        Gerald A Jeutter    on behalf of Defendant  Modern Health Strategies, L.L.C. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net

        Holmes P Harden     hharden@williamsmullen.com, jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com

        James B Angell    on behalf of Defendant  2021.Interactive, LLC jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com

        James T. Johnson    on behalf of Plaintiff Holmes Harden, Trustee jjohnson@jtjlaw.com

        Jeffrey E. Oleynik    on behalf of Defendant  Tig Insurance Company joleynik@brookspierce.com

        John Mark Stern    on behalf of Creditor  Texas Comptroller of Public Accounts john.stern@oag.state.tx.us

        John S. Williford    on behalf of Creditor  RBC Centura Bank jwilliford@fieldsandcooper.com

        Kim Sherrie Sawyer    on behalf of Creditor  Daming Cao data@tlsgltd.com

        Michael L. Geller    on behalf of Creditor  Anita Geller mlgeller@mac.com

        Neal  Fowler    on behalf of Interested Party  Scott Wilkinson USANCE.Bankruptcy@usdoj.gov, usance.ecfcivil2@usdoj.gov

        Paul T. Flick    on behalf of Defendant  Dmax Imaging Incorporated pflick@jordanprice.com

        Richard D Sparkman    on behalf of Defendant  Toner Solutions, Inc. rds@sparkmanlaw.com, mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com

        Susan R. Sherrill-Beard    on behalf of Creditor  U.S. Securities and Exchange Commission sherrill-beards@sec.gov, atlreorg@sec.gov

        Terri L. Gardner    on behalf of Debtor  International Heritage, Inc. terri.gardner@nelsonmullins.com, joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com

        William E. Brewer    on behalf of Defendant  Claude Savage dleggett@williambrewer.com, thebrewerlawfirm@gmail.com

        William L. Yaeger    on behalf of Defendant  O. Rudd wyaeger@williamyaeger.com, notices@williamyaeger.com

        William Woodward Webb    on behalf of Defendant  Marshall Reddy woodywebb@ew-law.com

        TOTAL: 21

VAN–126 Order for Refund of Unclaimed Funds – Rev. 01/11/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
*( debtor has no known aliases )*

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

### ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $1292.96 constituting unclaimed funds is declared due to David Yau c/o Dilks & Knopik LLC, 35308 SE Ctr St, Snoqualmie, WA 98065 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: March 13, 2013

*J. Rich Leonard*

J. Rich Leonard
United States Bankruptcy Judge