United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
     Debtor

Case No. 98-02675-JRL  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5      User: haddock_d      Page 1 of 2      Date Rcvd: Apr 22, 2013  
                         Form ID: van126      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2013.  
cr        +Arch R De Castrique,   2608 Walnut St,   Elizabethtown, NC 28337-9134

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2013**                                       **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0417-5           User: haddock_d              Page 2 of 2                  Date Rcvd: Apr 22, 2013
                               Form ID: van126              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2013 at the address(es) listed below:

```
              Brian J. Dilks     on behalf of Interested Party    Dilks & Knopik, LLC cmecf@dkllc.com,
               brian.dilks@dilksknopik.com
              David F. Meschan     on behalf of Defendant Michael   Senio dmeschan@meschanlaw.com,
               tkelly@meschanlaw.com
              David F. Meschan     on behalf of Defendant    Leapfrog Marketing, Inc. dmeschan@meschanlaw.com,
               tkelly@meschanlaw.com
              David W. Boone     on behalf of Defendant    Travel Experts, Inc. dboone@ncdoj.gov
              Douglas Q. Wickham     on behalf of Defendant    Egw Personnel Services, Inc.
               dqwickham@hatchlittlebunn.com
              Gerald A Jeutter, Jr.     on behalf of Defendant    Niagara Frontier Travel Services, Inc.
               jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net
              Gerald A Jeutter, Jr.     on behalf of Defendant    Modern Health Strategies, L.L.C.
               jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net
              Holmes P Harden    hharden@williamsmullen.com,
               jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com
              Holmes P Harden     on behalf of Trustee Holmes P Harden hharden@williamsmullen.com,
               jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com
              James B Angell     on behalf of Defendant    Jewels By Evonne, Inc. jangell@hsfh.com,
               jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
              James B Angell     on behalf of Defendant Evonne   Eckenroth jangell@hsfh.com,
               jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
              James B Angell     on behalf of Defendant    Quality Builders, Inc. of Raleigh jangell@hsfh.com,
               jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
              James B Angell     on behalf of Defendant    2021.Interactive, LLC jangell@hsfh.com,
               jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
              James B Angell     on behalf of Defendant    Harrah's Operating Company, Inc. jangell@hsfh.com,
               jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
              James T. Johnson     on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@jtjlaw.com
              Jeffrey E. Oleynik     on behalf of Defendant    Tig Insurance Company of Michigan
               joleynik@brookspierce.com
              Jeffrey E. Oleynik     on behalf of Defendant    Tig Insurance Company joleynik@brookspierce.com
              Jeffrey E. Oleynik     on behalf of Defendant    Tig Specialty Insurance Company
               joleynik@brookspierce.com
              John Mark Stern     on behalf of Creditor    Texas Comptroller of Public Accounts
               john.stern@oag.state.tx.us
              John S. Williford, Jr.     on behalf of Creditor    RBC Centura Bank jwilliford@fieldsandcooper.com
              Kim Sherrie Sawyer     on behalf of Creditor F Lynn Gravley data@tlsgltd.com
              Kim Sherrie Sawyer     on behalf of Creditor Daming  Cao data@tlsgltd.com
              Kim Sherrie Sawyer     on behalf of Creditor Jianying  Kong data@tlsgltd.com
              Kim Sherrie Sawyer     on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com
              Michael L. Geller     on behalf of Creditor Anita  Geller mlgeller@mac.com
              Michael L. Geller     on behalf of Creditor Michael   Geller mlgeller@mac.com
              Neal  Fowler    on behalf of Interested Party Scott   Wilkinson USANC.Bankruptcy@usdoj.gov,
               usance.ecfcivil2@usdoj.gov
              Paul T. Flick     on behalf of Defendant    Dmax Imaging Incorporated pflick@jordanprice.com
              Paul T. Flick     on behalf of Defendant    Printing Plus, Inc. pflick@jordanprice.com
              Richard D Sparkman     on behalf of Defendant    Toner Solutions, Inc. rds@sparkmanlaw.com,
               mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
              Susan R. Sherrill-Beard     on behalf of Creditor    U.S. Securities and Exchange Commission
               sherrill-beards@sec.gov, atlreorg@sec.gov
              Terri L. Gardner     on behalf of Debtor    International Heritage, Inc.
               terri.gardner@nelsonmullins.com,
               joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
              William E. Brewer, Jr.     on behalf of Defendant Edmundo   Colorado dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com
              William E. Brewer, Jr.     on behalf of Defendant Tracey   Sabates dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com
              William E. Brewer, Jr.     on behalf of Defendant Claude   Savage, Jr. dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com
              William E. Brewer, Jr.     on behalf of Defendant Lisa   Colorado dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com
              William E. Brewer, Jr.     on behalf of Defendant Claude   Savage dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com
              William L. Yaeger     on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com,
               notices@williamyaeger.com
              William Woodward Webb     on behalf of Defendant Marshall   Reddy woodywebb@ew-law.com
              William Woodward Webb     on behalf of Defendant William   Swinney woodywebb@ew-law.com
                                                                                             TOTAL: 40
```

VAN–126 Order for Refund of Unclaimed Funds – Rev. 01/11/2013

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
**Raleigh Division**

| | |
|---|---|
| IN RE:<br>International Heritage, Inc.<br>*( debtor has no known aliases )* | CASE NO.: 98–02675–5–JRL |
| C/O TERRI L. GARDNER<br>POST OFFICE DRAWER 1389<br>RALEIGH, NC 27602 | DATE FILED: November 25, 1998<br><br>CHAPTER: 7 |
| TaxID: 56–1921093 | |

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $443.90 constituting unclaimed funds is declared due to Arch R. De Castrique c/o Dilks & Knopik LLC, 35308 SE Ctr St, Snoqualmie, WA 98065 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: April 22, 2013

*J. Rich Leonard*

J. Rich Leonard
United States Bankruptcy Judge