United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                                                      Case No. 98-02675-JRL
International Heritage, Inc.                                                                 Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0417-5          User: haddock_d           Page 1 of 2                 Date Rcvd: Apr 22, 2013
                              Form ID: van126           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2013.
cr           +David T. Mills,   1760 Denali Court,   Auburn, AL 36832-5103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0417-5           User: haddock_d              Page 2 of 2             Date Rcvd: Apr 22, 2013
                               Form ID: van126              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2013 at the address(es) listed below:

 Brian J. Dilks on behalf of Interested Party   Dilks & Knopik, LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com
 David F. Meschan on behalf of Defendant Michael  Senio dmeschan@meschanlaw.com, tkelly@meschanlaw.com
 David F. Meschan on behalf of Defendant   Leapfrog Marketing, Inc. dmeschan@meschanlaw.com, tkelly@meschanlaw.com
 David W. Boone on behalf of Defendant   Travel Experts, Inc. dboone@ncdoj.gov
 Douglas Q. Wickham on behalf of Defendant   Egw Personnel Services, Inc. dqwickham@hatchlittlebunn.com
 Gerald A Jeutter, Jr. on behalf of Defendant   Niagara Frontier Travel Services, Inc. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net
 Gerald A Jeutter, Jr. on behalf of Defendant   Modern Health Strategies, L.L.C. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net
 Holmes P Harden hharden@williamsmullen.com, jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com
 Holmes P Harden on behalf of Trustee Holmes P Harden hharden@williamsmullen.com, jjohnson@williamsmullen.com;sbeadnell@williamsmullen.com;hharden@ecf.epiqsystems.com
 James B Angell on behalf of Defendant   Jewels By Evonne, Inc. jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
 James B Angell on behalf of Defendant Evonne  Eckenroth jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
 James B Angell on behalf of Defendant   Quality Builders, Inc. of Raleigh jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
 James B Angell on behalf of Defendant   2021.Interactive, LLC jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
 James B Angell on behalf of Defendant   Harrah's Operating Company, Inc. jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
 James T. Johnson on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@jtjlaw.com
 Jeffrey E. Oleynik on behalf of Defendant   Tig Insurance Company of Michigan joleynik@brookspierce.com
 Jeffrey E. Oleynik on behalf of Defendant   Tig Insurance Company joleynik@brookspierce.com
 Jeffrey E. Oleynik on behalf of Defendant   Tig Specialty Insurance Company joleynik@brookspierce.com
 John Mark Stern on behalf of Creditor   Texas Comptroller of Public Accounts john.stern@oag.state.tx.us
 John S. Williford, Jr. on behalf of Creditor   RBC Centura Bank jwilliford@fieldsandcooper.com
 Kim Sherrie Sawyer on behalf of Creditor F Lynn Gravley data@tlsgltd.com
 Kim Sherrie Sawyer on behalf of Creditor Daming  Cao data@tlsgltd.com
 Kim Sherrie Sawyer on behalf of Creditor Jianying  Kong data@tlsgltd.com
 Kim Sherrie Sawyer on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com
 Michael L. Geller on behalf of Creditor Anita  Geller mlgeller@mac.com
 Michael L. Geller on behalf of Creditor Michael  Geller mlgeller@mac.com
 Neal  Fowler on behalf of Interested Party Scott  Wilkinson USANCE.Bankruptcy@usdoj.gov, usance.ecfcivil2@usdoj.gov
 Paul T. Flick on behalf of Defendant   Dmax Imaging Incorporated pflick@jordanprice.com
 Paul T. Flick on behalf of Defendant   Printing Plus, Inc. pflick@jordanprice.com
 Richard D Sparkman on behalf of Defendant   Toner Solutions, Inc. rds@sparkmanlaw.com, mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
 Susan R. Sherrill-Beard on behalf of Creditor   U.S. Securities and Exchange Commission sherrill-beards@sec.gov, atlreorg@sec.gov
 Terri L. Gardner on behalf of Debtor   International Heritage, Inc. terri.gardner@nelsonmullins.com, joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
 William E. Brewer, Jr. on behalf of Defendant Edmundo  Colorado dleggett@williambrewer.com, thebrewerlawfirm@gmail.com
 William E. Brewer, Jr. on behalf of Defendant Tracey  Sabates dleggett@williambrewer.com, thebrewerlawfirm@gmail.com
 William E. Brewer, Jr. on behalf of Defendant Claude  Savage, Jr. dleggett@williambrewer.com, thebrewerlawfirm@gmail.com
 William E. Brewer, Jr. on behalf of Defendant Lisa  Colorado dleggett@williambrewer.com, thebrewerlawfirm@gmail.com
 William E. Brewer, Jr. on behalf of Defendant Claude  Savage dleggett@williambrewer.com, thebrewerlawfirm@gmail.com
 William L. Yaeger on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com, notices@williamyaeger.com
 William Woodward Webb on behalf of Defendant Marshall  Reddy woodywebb@ew-law.com
 William Woodward Webb on behalf of Defendant William  Swinney woodywebb@ew-law.com

                              TOTAL: 40

VAN–126 Order for Refund of Unclaimed Funds – Rev. 01/11/2013

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
**Raleigh Division**

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $611.91 constituting unclaimed funds is declared due to David T. Mills, 1760 Denali Court, Auburn, AL 36832 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: April 22, 2013

*J. Rich Leonard*

J. Rich Leonard
United States Bankruptcy Judge