**VAN–126** Order for Refund of Unclaimed Funds – Rev. 06/04/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
  ( debtor has no known aliases )
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $512.20 constituting unclaimed funds is declared due to John D Morten, c/o Dilks & Knopik LLC, 35308 SE Ctr St, Snoqualmie, WA 98065 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: June 12, 2013

*/s/ J. Rich Leonard*

J. Rich Leonard
United States Bankruptcy Judge