United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                    Case No. 98-02675-JRL
International Heritage, Inc.                               Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0417-5          User: haddock_d          Page 1 of 2          Date Rcvd: Jun 13, 2013
                              Form ID: van126          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2013.
cr              +Marysue Koehler,    3205 Julian Dr,    New Albany, IN 47150-9529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 15, 2013**                    **Signature:**

District/off: 0417-5          User: haddock_d          Page 2 of 2          Date Rcvd: Jun 13, 2013
                             Form ID: van126          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2013 at the address(es) listed below:
              Brian J. Dilks     on behalf of Interested Party     Dilks & Knopik, LLC cmecf@dkllc.com,
              brian.dilks@dilksknopik.com
              David F. Meschan     on behalf of Defendant Michael  Senio dmeschan@meschanlaw.com,
              tkelly@meschanlaw.com
              David F. Meschan     on behalf of Defendant     Leapfrog Marketing, Inc. dmeschan@meschanlaw.com,
              tkelly@meschanlaw.com
              David W. Boone     on behalf of Defendant     Travel Experts, Inc. dboone@ncdoj.gov
              Douglas Q. Wickham     on behalf of Defendant     Egw Personnel Services, Inc.
              dqwickham@hatchlittlebunn.com
              Gerald A Jeutter, Jr.     on behalf of Defendant     Niagara Frontier Travel Services, Inc.
              jeb@jeutterlaw.com,  kathy@jeutterlaw.com;plyles@windstream.net
              Gerald A Jeutter, Jr.     on behalf of Defendant     Modern Health Strategies, L.L.C.
              jeb@jeutterlaw.com,  kathy@jeutterlaw.com;plyles@windstream.net
              Holmes P Harden     hharden@williamsmullen.com,
              jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com
              Holmes P Harden     on behalf of Trustee Holmes P Harden hharden@williamsmullen.com,
              jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com
              James B Angell     on behalf of Defendant     Jewels By Evonne, Inc. jangell@hsfh.com,
              jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
              James B Angell     on behalf of Defendant Evonne  Eckenroth jangell@hsfh.com,
              jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
              James B Angell     on behalf of Defendant     Quality Builders, Inc. of Raleigh jangell@hsfh.com,
              jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
              James B Angell     on behalf of Defendant     2021.Interactive, LLC jangell@hsfh.com,
              jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
              James B Angell     on behalf of Defendant     Harrah's Operating Company, Inc. jangell@hsfh.com,
              jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
              James T. Johnson     on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@jtjlaw.com
              Jeffrey E. Oleynik     on behalf of Defendant     Tig Insurance Company of Michigan
              joleynik@brookspierce.com
              Jeffrey E. Oleynik     on behalf of Defendant     Tig Insurance Company joleynik@brookspierce.com
              Jeffrey E. Oleynik     on behalf of Defendant     Tig Specialty Insurance Company
              joleynik@brookspierce.com
              John Mark Stern     on behalf of Creditor     Texas Comptroller of Public Accounts
              john.stern@oag.state.tx.us
              John S. Williford, Jr.     on behalf of Creditor     RBC Centura Bank jwilliford@fieldsandcooper.com
              Kim Sherrie Sawyer     on behalf of Creditor F Lynn Gravley data@tlsgltd.com
              Kim Sherrie Sawyer     on behalf of Creditor Daming  Cao data@tlsgltd.com
              Kim Sherrie Sawyer     on behalf of Creditor Jianying  Kong data@tlsgltd.com
              Kim Sherrie Sawyer     on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com
              Michael L. Geller     on behalf of Creditor Anita  Geller mlgeller@mac.com
              Michael L. Geller     on behalf of Creditor Michael  Geller mlgeller@mac.com
              Neal  Fowler     on behalf of Interested Party Scott  Wilkinson USANCE.Bankruptcy@usdoj.gov,
              usance.ecfcivil2@usdoj.gov
              Paul T. Flick     on behalf of Defendant     Dmax Imaging Incorporated pflick@jordanprice.com
              Paul T. Flick     on behalf of Defendant     Printing Plus, Inc. pflick@jordanprice.com
              Richard D Sparkman     on behalf of Defendant     Toner Solutions, Inc. rds@sparkmanlaw.com,
              mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
              Susan R. Sherrill-Beard     on behalf of Creditor     U.S. Securities and Exchange Commission
              sherrill-beards@sec.gov,  atlreorg@sec.gov
              Terri L. Gardner     on behalf of Debtor     International Heritage, Inc.
              terri.gardner@nelsonmullins.com,
              joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
              William E. Brewer, Jr.     on behalf of Defendant Edmundo  Colorado dleggett@williambrewer.com,
              thebrewerlawfirm@gmail.com
              William E. Brewer, Jr.     on behalf of Defendant Tracey  Sabates dleggett@williambrewer.com,
              thebrewerlawfirm@gmail.com
              William E. Brewer, Jr.     on behalf of Defendant Claude  Savage, Jr. dleggett@williambrewer.com,
              thebrewerlawfirm@gmail.com
              William E. Brewer, Jr.     on behalf of Defendant Lisa  Colorado dleggett@williambrewer.com,
              thebrewerlawfirm@gmail.com
              William E. Brewer, Jr.     on behalf of Defendant Claude  Savage dleggett@williambrewer.com,
              thebrewerlawfirm@gmail.com
              William L. Yaeger     on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com,
              notices@williamyaeger.com
              William Woodward Webb     on behalf of Defendant Marshall  Reddy woodywebb@ew-law.com
              William Woodward Webb     on behalf of Defendant William  Swinney woodywebb@ew-law.com
                                                                              TOTAL: 40

**VAN–126** Order for Refund of Unclaimed Funds – Rev. 06/04/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $520.53 constituting unclaimed funds is declared due to Marysue Koehler,c/o Dilks & Knopik LLC, 35308 SE Ctr St, Snoqualmie, WA 98065 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: June 13, 2013

J. Rich Leonard
United States Bankruptcy Judge