```
                          United States Bankruptcy Court
                         Eastern District of North Carolina
In re:                                                        Case No. 98-02675-JRL
International Heritage, Inc.                                  Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0417-5        User: haddock_d          Page 1 of 2         Date Rcvd: Jun 13, 2013
                            Form ID: van126          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2013.
cr           +Larry J Racette,    1201 Pinkerton Ln,   Allen, TX 75002-4321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 15, 2013**                  **Signature:**  _Joseph Speetjens_

```
District/off: 0417-5            User: haddock_d           Page 2 of 2              Date Rcvd: Jun 13, 2013
                                Form ID: van126           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2013 at the address(es) listed below:

        Brian J. Dilks   on behalf of Interested Party   Dilks & Knopik, LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com
        David F. Meschan   on behalf of Defendant Michael  Senio dmeschan@meschanlaw.com, tkelly@meschanlaw.com
        David F. Meschan   on behalf of Defendant  Leapfrog Marketing, Inc. dmeschan@meschanlaw.com, tkelly@meschanlaw.com
        David W. Boone   on behalf of Defendant  Travel Experts, Inc. dboone@ncdoj.gov
        Douglas Q. Wickham   on behalf of Defendant  Egw Personnel Services, Inc. dqwickham@hatchlittlebunn.com
        Gerald A Jeutter, Jr.   on behalf of Defendant  Niagara Frontier Travel Services, Inc. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net
        Gerald A Jeutter, Jr.   on behalf of Defendant  Modern Health Strategies, L.L.C. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net
        Holmes P Harden   hharden@williamsmullen.com, jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com
        Holmes P Harden   on behalf of Trustee Holmes P Harden hharden@williamsmullen.com, jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com
        James B Angell   on behalf of Defendant  Jewels By Evonne, Inc. jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
        James B Angell   on behalf of Defendant Evonne  Eckenroth jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
        James B Angell   on behalf of Defendant  Quality Builders, Inc. of Raleigh jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
        James B Angell   on behalf of Defendant  2021.Interactive, LLC jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
        James B Angell   on behalf of Defendant  Harrah's Operating Company, Inc. jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
        James T. Johnson   on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@jtjlaw.com
        Jeffrey E. Oleynik   on behalf of Defendant  Tig Insurance Company of Michigan joleynik@brookspierce.com
        Jeffrey E. Oleynik   on behalf of Defendant   Tig Insurance Company joleynik@brookspierce.com
        Jeffrey E. Oleynik   on behalf of Defendant  Tig Specialty Insurance Company joleynik@brookspierce.com
        John Mark Stern   on behalf of Creditor  Texas Comptroller of Public Accounts john.stern@oag.state.tx.us
        John S. Williford, Jr.   on behalf of Creditor   RBC Centura Bank jwilliford@fieldsandcooper.com
        Kim Sherrie Sawyer   on behalf of Creditor F Lynn Gravley data@tlsgltd.com
        Kim Sherrie Sawyer   on behalf of Creditor Daming  Cao data@tlsgltd.com
        Kim Sherrie Sawyer   on behalf of Creditor Jianying  Kong data@tlsgltd.com
        Kim Sherrie Sawyer   on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com
        Michael L. Geller   on behalf of Creditor Anita  Geller mlgeller@mac.com
        Michael L. Geller   on behalf of Creditor Michael  Geller mlgeller@mac.com
        Neal  Fowler   on behalf of Interested Party Scott  Wilkinson USANCE.Bankruptcy@usdoj.gov, usance.ecfcivil2@usdoj.gov
        Paul T. Flick   on behalf of Defendant  Dmax Imaging Incorporated pflick@jordanprice.com
        Paul T. Flick   on behalf of Defendant  Printing Plus, Inc. pflick@jordanprice.com
        Richard D Sparkman   on behalf of Defendant  Toner Solutions, Inc. rds@sparkmanlaw.com, mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
        Susan R. Sherrill-Beard   on behalf of Creditor   U.S. Securities and Exchange Commission sherrill-beards@sec.gov, atlreorg@sec.gov
        Terri L. Gardner   on behalf of Debtor  International Heritage, Inc. terri.gardner@nelsonmullins.com, joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
        William E. Brewer, Jr.   on behalf of Defendant Edmundo  Colorado dleggett@williambrewer.com, thebrewerlawfirm@gmail.com
        William E. Brewer, Jr.   on behalf of Defendant Tracey  Sabates dleggett@williambrewer.com, thebrewerlawfirm@gmail.com
        William E. Brewer, Jr.   on behalf of Defendant Claude  Savage, Jr. dleggett@williambrewer.com, thebrewerlawfirm@gmail.com
        William E. Brewer, Jr.   on behalf of Defendant Lisa  Colorado dleggett@williambrewer.com, thebrewerlawfirm@gmail.com
        William E. Brewer, Jr.   on behalf of Defendant Claude  Savage dleggett@williambrewer.com, thebrewerlawfirm@gmail.com
        William L. Yaeger   on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com, notices@williamyaeger.com
        William Woodward Webb   on behalf of Defendant Marshall  Reddy woodywebb@ew-law.com
        William Woodward Webb   on behalf of Defendant William  Swinney woodywebb@ew-law.com

        TOTAL: 40

VAN–126 Order for Refund of Unclaimed Funds – Rev. 06/04/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
  *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $701.13 constituting unclaimed funds is declared due to Larry J Racette, c/o Dilks & Knopik LLC, 35308 SE Ctr St, Snoqualmie, WA 98065 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: June 13, 2013

*J. Rich Leonard*

J. Rich Leonard
United States Bankruptcy Judge