United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
    Debtor

Case No. 98-02675-JRL  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5     User: haddock_d     Page 1 of 2     Date Rcvd: Jun 21, 2013  
                       Form ID: van126    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2013.  
cr         Kerry Joe Tesney,    540 Hickory Valley Rd.,    Trussville, AL    35173-4619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2013**                                **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0417-5           User: haddock_d            Page 2 of 2              Date Rcvd: Jun 21, 2013
                               Form ID: van126            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2013 at the address(es) listed below:

          Brian J. Dilks    on behalf of Interested Party    Dilks & Knopik, LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com
          David F. Meschan    on behalf of Defendant Michael  Senio dmeschan@meschanlaw.com, tkelly@meschanlaw.com
          David F. Meschan    on behalf of Defendant    Leapfrog Marketing, Inc. dmeschan@meschanlaw.com, tkelly@meschanlaw.com
          David W. Boone    on behalf of Defendant    Travel Experts, Inc. dboone@ncdoj.gov
          Douglas Q. Wickham    on behalf of Defendant    Egw Personnel Services, Inc. dqwickham@hatchlittlebunn.com
          Gerald A Jeutter, Jr.    on behalf of Defendant    Niagara Frontier Travel Services, Inc. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net
          Gerald A Jeutter, Jr.    on behalf of Defendant    Modern Health Strategies, L.L.C. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net
          Holmes P Harden    hharden@williamsmullen.com, jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com
          Holmes P Harden    on behalf of Trustee Holmes P Harden hharden@williamsmullen.com, jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com
          James B Angell    on behalf of Defendant    Jewels By Evonne, Inc. jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
          James B Angell    on behalf of Defendant Evonne  Eckenroth jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
          James B Angell    on behalf of Defendant    Quality Builders, Inc. of Raleigh jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
          James B Angell    on behalf of Defendant    2021.Interactive, LLC jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
          James B Angell    on behalf of Defendant    Harrah's Operating Company, Inc. jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
          James T. Johnson    on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@jtjlaw.com
          Jeffrey E. Oleynik    on behalf of Defendant    Tig Insurance Company of Michigan joleynik@brookspierce.com
          Jeffrey E. Oleynik    on behalf of Defendant    Tig Insurance Company joleynik@brookspierce.com
          Jeffrey E. Oleynik    on behalf of Defendant    Tig Specialty Insurance Company joleynik@brookspierce.com
          John Mark Stern    on behalf of Creditor    Texas Comptroller of Public Accounts john.stern@oag.state.tx.us
          John S. Williford, Jr.    on behalf of Creditor    RBC Centura Bank jwilliford@fieldsandcooper.com
          Kim Sherrie Sawyer    on behalf of Creditor F Lynn Gravley data@tlsgltd.com
          Kim Sherrie Sawyer    on behalf of Creditor Daming  Cao data@tlsgltd.com
          Kim Sherrie Sawyer    on behalf of Creditor Jianying  Kong data@tlsgltd.com
          Kim Sherrie Sawyer    on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com
          Michael L. Geller    on behalf of Creditor Anita  Geller mlgeller@mac.com
          Michael L. Geller    on behalf of Creditor Michael  Geller mlgeller@mac.com
          Neal  Fowler    on behalf of Interested Party Scott  Wilkinson USANCE.Bankruptcy@usdoj.gov, usance.ecfcivil2@usdoj.gov
          Paul T. Flick    on behalf of Defendant    Dmax Imaging Incorporated pflick@jordanprice.com
          Paul T. Flick    on behalf of Defendant    Printing Plus, Inc. pflick@jordanprice.com
          Richard D Sparkman    on behalf of Defendant    Toner Solutions, Inc. rds@sparkmanlaw.com, mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
          Susan R. Sherrill-Beard    on behalf of Creditor    U.S. Securities and Exchange Commission sherrill-beards@sec.gov, atlreorg@sec.gov
          Terri L. Gardner    on behalf of Debtor    International Heritage, Inc. terri.gardner@nelsonmullins.com, joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
          William E. Brewer, Jr.    on behalf of Defendant Edmundo  Colorado dleggett@williambrewer.com, thebrewerlawfirm@gmail.com
          William E. Brewer, Jr.    on behalf of Defendant Tracey  Sabates dleggett@williambrewer.com, thebrewerlawfirm@gmail.com
          William E. Brewer, Jr.    on behalf of Defendant Claude  Savage, Jr. dleggett@williambrewer.com, thebrewerlawfirm@gmail.com
          William E. Brewer, Jr.    on behalf of Defendant Lisa  Colorado dleggett@williambrewer.com, thebrewerlawfirm@gmail.com
          William E. Brewer, Jr.    on behalf of Defendant Claude  Savage dleggett@williambrewer.com, thebrewerlawfirm@gmail.com
          William L. Yaeger    on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com, notices@williamyaeger.com
          William Woodward Webb    on behalf of Defendant Marshall  Reddy woodywebb@ew-law.com
          William Woodward Webb    on behalf of Defendant William  Swinney woodywebb@ew-law.com

                                                                                                            TOTAL: 40

VAN–126 Order for Refund of Unclaimed Funds – Rev. 06/04/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Raleigh Division

IN RE:
International Heritage, Inc.
  *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

AMENDED

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $396.91 constituting unclaimed funds is declared due to Kerry Joe Tesney, 540 Hickory Valley Rd, Trussville AL 35173 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: June 21, 2013

*/s/ J. Rich Leonard*

J. Rich Leonard
United States Bankruptcy Judge