United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                                  Case No. 98-02675-JRL
International Heritage, Inc.                                            Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0417-5           User: haddock_d           Page 1 of 2            Date Rcvd: Jul 11, 2013
                               Form ID: van126           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2013.
cr            +Randal D Tolf,   1012 Burlington Heights,   Burlington, WA 98233-1489

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.




**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Jul 13, 2013**                         **Signature:**  _Joseph Speetjens_

```
District/off: 0417-5           User: haddock_d              Page 2 of 2                  Date Rcvd: Jul 11, 2013
                               Form ID: van126              Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2013 at the address(es) listed below:
              Brian J. Dilks    on behalf of Interested Party    Dilks & Knopik, LLC cmecf@dkllc.com,
               brian.dilks@dilksknopik.com
              David F. Meschan    on behalf of Defendant Michael  Senio dmeschan@meschanlaw.com,
               tkelly@meschanlaw.com
              David F. Meschan    on behalf of Defendant    Leapfrog Marketing, Inc. dmeschan@meschanlaw.com,
               tkelly@meschanlaw.com
              David W. Boone    on behalf of Defendant    Travel Experts, Inc. dboone@ncdoj.gov
              Douglas Q. Wickham    on behalf of Defendant    Egw Personnel Services, Inc.
               dqwickham@hatchlittlebunn.com
              Gerald A Jeutter, Jr.    on behalf of Defendant    Niagara Frontier Travel Services, Inc.
               jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net
              Gerald A Jeutter, Jr.    on behalf of Defendant    Modern Health Strategies, L.L.C.
               jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net
              Holmes P Harden    hharden@williamsmullen.com,
               jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com
              Holmes P Harden    on behalf of Trustee Holmes P Harden hharden@williamsmullen.com,
               jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com
              James B Angell    on behalf of Defendant    Jewels By Evonne, Inc. jangell@hsfh.com,
               jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
              James B Angell    on behalf of Defendant Evonne  Eckenroth jangell@hsfh.com,
               jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
              James B Angell    on behalf of Defendant    Quality Builders, Inc. of Raleigh jangell@hsfh.com,
               jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
              James B Angell    on behalf of Defendant    2021.Interactive, LLC jangell@hsfh.com,
               jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
              James B Angell    on behalf of Defendant    Harrah's Operating Company, Inc. jangell@hsfh.com,
               jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
              James T. Johnson    on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@jtjlaw.com
              Jeffrey E. Oleynik    on behalf of Defendant    Tig Insurance Company of Michigan
               joleynik@brookspierce.com
              Jeffrey E. Oleynik    on behalf of Defendant    Tig Insurance Company joleynik@brookspierce.com
              Jeffrey E. Oleynik    on behalf of Defendant    Tig Specialty Insurance Company
               joleynik@brookspierce.com
              John Mark Stern    on behalf of Creditor    Texas Comptroller of Public Accounts
               john.stern@oag.state.tx.us
              John S. Williford, Jr.    on behalf of Creditor    RBC Centura Bank jwilliford@fieldsandcooper.com
              Kim Sherrie Sawyer    on behalf of Creditor F Lynn Gravley data@tlsgltd.com
              Kim Sherrie Sawyer    on behalf of Creditor Daming  Cao data@tlsgltd.com
              Kim Sherrie Sawyer    on behalf of Creditor Jianying  Kong data@tlsgltd.com
              Kim Sherrie Sawyer    on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com
              Michael L. Geller    on behalf of Creditor Anita  Geller mlgeller@mac.com
              Michael L. Geller    on behalf of Creditor Michael  Geller mlgeller@mac.com
              Neal  Fowler    on behalf of Interested Party Scott  Wilkinson USANCE.Bankruptcy@usdoj.gov,
               usance.ecfcivil2@usdoj.gov
              Paul T. Flick    on behalf of Defendant    Dmax Imaging Incorporated pflick@jordanprice.com
              Paul T. Flick    on behalf of Defendant    Printing Plus, Inc. pflick@jordanprice.com
              Richard D Sparkman    on behalf of Defendant    Toner Solutions, Inc. rds@sparkmanlaw.com,
               mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
              Susan R. Sherrill-Beard    on behalf of Creditor    U.S. Securities and Exchange Commission
               sherrill-beards@sec.gov, atlreorg@sec.gov
              Terri L. Gardner    on behalf of Debtor    International Heritage, Inc.
               terri.gardner@nelsonmullins.com,
               joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
              William E. Brewer, Jr.    on behalf of Defendant Edmundo  Colorado dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com
              William E. Brewer, Jr.    on behalf of Defendant Tracey  Sabates dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com
              William E. Brewer, Jr.    on behalf of Defendant Claude  Savage, Jr. dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com
              William E. Brewer, Jr.    on behalf of Defendant Lisa  Colorado dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com
              William E. Brewer, Jr.    on behalf of Defendant Claude  Savage dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com
              William L. Yaeger    on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com,
               notices@williamyaeger.com
              William Woodward Webb    on behalf of Defendant Marshall  Reddy woodywebb@ew-law.com
              William Woodward Webb    on behalf of Defendant William  Swinney woodywebb@ew-law.com
                                                                                             TOTAL: 40
```

VAN–126 Order for Refund of Unclaimed Funds – Rev. 06/04/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–JRL

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $1549.67 constituting unclaimed funds is declared due to Randal D. Tolf, c/o Dilks & Knopik LLC, 35308 SE Ctr St, Snoqualmie, WA 98065 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: July 11, 2013

J. Rich Leonard
United States Bankruptcy Judge