United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                          Case No. 98-02675-SWH
International Heritage, Inc.                                     Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0417-5          User: haddock_d          Page 1 of 2          Date Rcvd: Jul 16, 2013
                             Form ID: van126          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2013.
cr          +Barbara K. Blount,   2025 W. Iron Springs Rd. Unit 7,   Prescott, AZ 86305-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 18, 2013**                    **Signature:**        _Joseph Speetjens_

```
District/off: 0417-5          User: haddock_d          Page 2 of 2          Date Rcvd: Jul 16, 2013
                              Form ID: van126          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2013 at the address(es) listed below:

```
          Brian J. Dilks   on behalf of Interested Party   Dilks & Knopik, LLC cmecf@dkllc.com,
          brian.dilks@dilksknopik.com
          David F. Meschan   on behalf of Defendant Michael   Senio dmeschan@meschanlaw.com,
          tkelly@meschanlaw.com
          David F. Meschan   on behalf of Defendant   Leapfrog Marketing, Inc. dmeschan@meschanlaw.com,
          tkelly@meschanlaw.com
          David W. Boone   on behalf of Defendant   Travel Experts, Inc. dboone@ncdoj.gov
          Douglas Q. Wickham   on behalf of Defendant   Egw Personnel Services, Inc.
          dqwickham@hatchlittlebunn.com
          Gerald A Jeutter, Jr.   on behalf of Defendant   Niagara Frontier Travel Services, Inc.
          jeb@jeutterlaw.com,  kathy@jeutterlaw.com;plyles@windstream.net
          Gerald A Jeutter, Jr.   on behalf of Defendant   Modern Health Strategies, L.L.C.
          jeb@jeutterlaw.com,  kathy@jeutterlaw.com;plyles@windstream.net
          Holmes P Harden   hharden@williamsmullen.com,
          jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com
          Holmes P Harden   on behalf of Trustee Holmes P Harden hharden@williamsmullen.com,
          jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com
          James B Angell   on behalf of Defendant   Jewels By Evonne, Inc. jangell@hsfh.com,
          jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
          James B Angell   on behalf of Defendant Evonne  Eckenroth jangell@hsfh.com,
          jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
          James B Angell   on behalf of Defendant   Quality Builders, Inc. of Raleigh jangell@hsfh.com,
          jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
          James B Angell   on behalf of Defendant   2021.Interactive, LLC jangell@hsfh.com,
          jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
          James B Angell   on behalf of Defendant   Harrah's Operating Company, Inc. jangell@hsfh.com,
          jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
          James T. Johnson   on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@jtjlaw.com
          Jeffrey E. Oleynik   on behalf of Defendant   Tig Insurance Company of Michigan
          joleynik@brookspierce.com
          Jeffrey E. Oleynik   on behalf of Defendant   Tig Insurance Company joleynik@brookspierce.com
          Jeffrey E. Oleynik   on behalf of Defendant   Tig Specialty Insurance Company
          joleynik@brookspierce.com
          John Mark Stern   on behalf of Creditor   Texas Comptroller of Public Accounts
          john.stern@oag.state.tx.us
          John S. Williford, Jr.   on behalf of Creditor   RBC Centura Bank jwilliford@fieldsandcooper.com
          Kim Sherrie Sawyer   on behalf of Creditor F Lynn Gravley data@tlsgltd.com
          Kim Sherrie Sawyer   on behalf of Creditor Daming  Cao data@tlsgltd.com
          Kim Sherrie Sawyer   on behalf of Creditor Jianying  Kong data@tlsgltd.com
          Kim Sherrie Sawyer   on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com
          Michael L. Geller   on behalf of Creditor Anita  Geller mlgeller@mac.com
          Michael L. Geller   on behalf of Creditor Michael  Geller mlgeller@mac.com
          Neal  Fowler   on behalf of Interested Party Scott  Wilkinson USANCE.Bankruptcy@usdoj.gov,
          usance.ecfcivil2@usdoj.gov
          Paul T. Flick   on behalf of Defendant   Dmax Imaging Incorporated pflick@jordanprice.com
          Paul T. Flick   on behalf of Defendant   Printing Plus, Inc. pflick@jordanprice.com
          Richard D Sparkman   on behalf of Defendant   Toner Solutions, Inc. rds@sparkmanlaw.com,
          mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
          Susan R. Sherrill-Beard   on behalf of Creditor   U.S. Securities and Exchange Commission
          sherrill-beards@sec.gov,  atlreorg@sec.gov
          Terri L. Gardner   on behalf of Debtor   International Heritage, Inc.
          terri.gardner@nelsonmullins.com,
          joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
          William E. Brewer, Jr.   on behalf of Defendant Edmundo  Colorado dleggett@williambrewer.com,
          thebrewerlawfirm@gmail.com
          William E. Brewer, Jr.   on behalf of Defendant Tracey  Sabates dleggett@williambrewer.com,
          thebrewerlawfirm@gmail.com
          William E. Brewer, Jr.   on behalf of Defendant Claude  Savage, Jr. dleggett@williambrewer.com,
          thebrewerlawfirm@gmail.com
          William E. Brewer, Jr.   on behalf of Defendant Lisa  Colorado dleggett@williambrewer.com,
          thebrewerlawfirm@gmail.com
          William E. Brewer, Jr.   on behalf of Defendant Claude  Savage dleggett@williambrewer.com,
          thebrewerlawfirm@gmail.com
          William L. Yaeger   on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com,
          notices@williamyaeger.com
          William Woodward Webb   on behalf of Defendant Marshall  Reddy woodywebb@ew-law.com
          William Woodward Webb   on behalf of Defendant William  Swinney woodywebb@ew-law.com
                                                                                      TOTAL: 40
```

**VAN–126** Order for Refund of Unclaimed Funds – Rev. 06/04/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–SWH

DATE FILED: November 25, 1998

CHAPTER: 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $133.81 constituting unclaimed funds is declared due to Barbara K. Blount, 2025 W. Iron Springs Road, Unit 7, Prescott, AZ 86305 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: July 16, 2013

Stephani W. Humrickhouse
United States Bankruptcy Judge