## AFFIDAVIT OF BRADLEY LAGLE

Name: Bradley Lagle

I, Bradley Lagle, swear or affirm:

1. That I am the person claiming funds for Bradley Lagle case number 98-2675 in the amount of 62.19 from the US Bankruptcy Court Eastern District of North Carolina.
2. I have provided proof to the notary in the form of a social security card and driver's license that I am Bradley Lagle whom worked for International Heritage and are owed funds from the organization.

I SWEAR OR AFFIRM THAT THE ABOVE AND FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF.

| Date 7/12/2013 | Signature: [signed] |

STATE OF NORTH CAROLINA

I, the undersigned Notary Public, do hereby affirm that Bradley Lagle personally appeared before me on the 12th day of July 2013, and signed the above Affidavit as his free and voluntary act and deed.

|  | Cheryl M. Martin |
|  | Notary Public Cheryl M. Martin |

My Commission Expires November 14, 2016.

