Re:International Heritage, Inc.
98-02675-8-JRL

STATE OF TEXAS
COUNTY OF BEXAR

I, the affiant herein, being first duly sworn upon oath does hereby state:
1. That my legal name is Craig Allen Balter
2. That my Social Security number is 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
3. That my current legal address is 418 Tophill Rd. San Antonio Tx. 78209
4. That my date of birth is 12/04/1971
5. That the purpose of this Affidavit is to establish and verify proof of identity.
6. That the Affiant understands that falsification in any degree of this Affidavit is a felony criminal offense and will subject such Affiant to prosecution to the fullest extent of the law.

Signature of Affiant _____

Print full legal name of Affiant
Craig A. Balter

Current Telephone Number of Affiant:
210-573-0361

Before me, the undersigned Notary Public, on this ___17th___ day of ___July___, 20_13_ personally appeared, ___Craig Allen Balter___

Craig A Balter, known to me to be the person described herein, and said person did present a driver's license or other acceptable photographic identification, issued in the State of __TX__

(License # __07859736__ or other ID # __–__ ) as proof of identity and who, being by me duly sworn, deposes and says:

_____
Notary Public

My Commission expires on
Seal:

MICHELLE EASTMAN
Notary Public, State of Texas
My Commission Expires
July 25, 2017