# AFFIDAVIT

STATE OF NEW JERSEY:
:SS.
COUNTY OF MIDDLESEX:

    I, Mary Anne Kochut do swear and affirm that I provided Donna L. Gaster, a Notary Public of the State of New Jersey two (2) forms of identification confirming my identity and home address.

                                                    Mary Anne Kochut

Sworn and Subscribed to before
me this 10th day of July, 2013

Donna L. Gaster
Notary Public of the State
Of New Jersey

Donna L. Gaster
Notary Public of New Jersey
My Commission Expires
January 7, 2015