

Re: International Heritage, Inc.
    98-02675-8-JRL

State of Texas County of Bexar

Before me, <u>VICKI A GIL</u>, Notary Public, on this day personally appeared <u>LESLIE SALE aka LESLIE SALE HOLDERMAN</u> known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this _9th July_ day of _2013_ , (year).

Vicki A Gil
My Commission Expires
12/23/2016

_Vicki A. Gil_
Notary Public's Signature