United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
    Debtor

Case No. 98-02675-SWH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5    User: haddock_d    Page 1 of 2    Date Rcvd: Sep 13, 2013  
                     Form ID: van126    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2013.
cr        +Bradley Lagle,   105 Grassy Meadow Rd.,   Holly Springs, NC 27540-8359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2013                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2013 at the address(es) listed below:
       Brian J. Dilks    on behalf of Interested Party   Dilks & Knopik, LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com
       David F. Meschan    on behalf of Defendant Michael  Senio dmeschan@meschanlaw.com, tkelly@meschanlaw.com
       David F. Meschan    on behalf of Defendant   Leapfrog Marketing, Inc. dmeschan@meschanlaw.com, tkelly@meschanlaw.com
       David W. Boone    on behalf of Defendant   Travel Experts, Inc. dboone@ncdoj.gov
       Douglas Q. Wickham    on behalf of Defendant   Egw Personnel Services, Inc. dqwickham@hatchlittlebunn.com
       Gerald A Jeutter, Jr.    on behalf of Defendant   Niagara Frontier Travel Services, Inc. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net
       Gerald A Jeutter, Jr.    on behalf of Defendant   Modern Health Strategies, L.L.C. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net
       Holmes P Harden    hharden@williamsmullen.com, jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com
       Holmes P Harden    on behalf of Trustee Holmes P Harden hharden@williamsmullen.com, jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com
       James B Angell    on behalf of Defendant   Jewels By Evonne, Inc. jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
       James B Angell    on behalf of Defendant Evonne  Eckenroth jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
       James B Angell    on behalf of Defendant   Quality Builders, Inc. of Raleigh jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
       James B Angell    on behalf of Defendant   2021.Interactive, LLC jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
       James B Angell    on behalf of Defendant   Harrah's Operating Company, Inc. jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
       James T. Johnson    on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@jtjlaw.com
       Jeffrey E. Oleynik    on behalf of Defendant   Tig Insurance Company of Michigan joleynik@brookspierce.com
       Jeffrey E. Oleynik    on behalf of Defendant   Tig Insurance Company joleynik@brookspierce.com
       Jeffrey E. Oleynik    on behalf of Defendant   Tig Specialty Insurance Company joleynik@brookspierce.com
       John Mark Stern    on behalf of Creditor   Texas Comptroller of Public Accounts john.stern@oag.state.tx.us
       John S. Williford, Jr.    on behalf of Creditor   RBC Centura Bank jwilliford@fieldsandcooper.com
       Kim Sherrie Sawyer    on behalf of Creditor F Lynn Gravley data@tlsgltd.com
       Kim Sherrie Sawyer    on behalf of Creditor Daming  Cao data@tlsgltd.com
       Kim Sherrie Sawyer    on behalf of Creditor Jianying  Kong data@tlsgltd.com
       Kim Sherrie Sawyer    on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com
       Michael L. Geller    on behalf of Creditor Anita  Geller mlgeller@mac.com
       Michael L. Geller    on behalf of Creditor Michael  Geller mlgeller@mac.com
       Neal  Fowler    on behalf of Interested Party Scott  Wilkinson USANCE.Bankruptcy@usdoj.gov, usance.ecfcivil2@usdoj.gov

```
District/off: 0417-5          User: haddock_d            Page 2 of 2               Date Rcvd: Sep 13, 2013
                              Form ID: van126            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    Paul T. Flick  on behalf of Defendant  Dmax Imaging Incorporated pflick@jordanprice.com
    Paul T. Flick  on behalf of Defendant  Printing Plus, Inc. pflick@jordanprice.com
    Richard D Sparkman  on behalf of Defendant  Toner Solutions, Inc. rds@sparkmanlaw.com, mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
    Susan R. Sherrill-Beard  on behalf of Creditor  U.S. Securities and Exchange Commission sherrill-beards@sec.gov, atlreorg@sec.gov
    Terri L. Gardner  on behalf of Debtor  International Heritage, Inc. terri.gardner@nelsonmullins.com, joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
    William E. Brewer, Jr.  on behalf of Defendant Edmundo  Colorado dleggett@williambrewer.com, thebrewerlawfirm@gmail.com
    William E. Brewer, Jr.  on behalf of Defendant Tracey  Sabates dleggett@williambrewer.com, thebrewerlawfirm@gmail.com
    William E. Brewer, Jr.  on behalf of Defendant Claude  Savage, Jr. dleggett@williambrewer.com, thebrewerlawfirm@gmail.com
    William E. Brewer, Jr.  on behalf of Defendant Lisa  Colorado dleggett@williambrewer.com, thebrewerlawfirm@gmail.com
    William E. Brewer, Jr.  on behalf of Defendant Claude  Savage dleggett@williambrewer.com, thebrewerlawfirm@gmail.com
    William L. Yaeger  on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com, notices@williamyaeger.com
    William Woodward Webb  on behalf of Defendant Marshall  Reddy woodywebb@ew-law.com
    William Woodward Webb  on behalf of Defendant William  Swinney woodywebb@ew-law.com
                                       TOTAL: 40

VAN–126 Order for Refund of Unclaimed Funds – Rev. 07/17/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–SWH

DATE FILED: November 25, 1998

CHAPTER: 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $62.19 constituting unclaimed funds is declared due to Bradley Lagle, 105 Grassy Meadow Road, Holly Springs, NC 27540 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: September 13, 2013

Stephani W. Humrickhouse
United States Bankruptcy Judge