United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                          Case No. 98-02675-SWH
International Heritage, Inc.                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0417-5         User: haddock_d         Page 1 of 2          Date Rcvd: Sep 13, 2013
                             Form ID: van126         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2013.
cr          +Mary Anne Kochut,    30 Westbrook Court,    Roselle, NJ 07203-2470

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2013

Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2013 at the address(es) listed below:
              Brian J. Dilks    on behalf of Interested Party   Dilks & Knopik, LLC cmecf@dkllc.com,
               brian.dilks@dilksknopik.com
              David F. Meschan   on behalf of Defendant Michael  Senio dmeschan@meschanlaw.com,
               tkelly@meschanlaw.com
              David F. Meschan   on behalf of Defendant   Leapfrog Marketing, Inc. dmeschan@meschanlaw.com,
               tkelly@meschanlaw.com
              David W. Boone    on behalf of Defendant   Travel Experts, Inc. dboone@ncdoj.gov
              Douglas Q. Wickham  on behalf of Defendant   Egw Personnel Services, Inc.
               dqwickham@hatchlittlebunn.com
              Gerald A Jeutter, Jr.   on behalf of Defendant   Niagara Frontier Travel Services, Inc.
               jeb@jeutterlaw.com,  kathy@jeutterlaw.com;plyles@windstream.net
              Gerald A Jeutter, Jr.   on behalf of Defendant   Modern Health Strategies, L.L.C.
               jeb@jeutterlaw.com,  kathy@jeutterlaw.com;plyles@windstream.net
              Holmes P Harden    hharden@williamsmullen.com,
               jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com
              Holmes P Harden    on behalf of Trustee Holmes P Harden hharden@williamsmullen.com,
               jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com
              James B Angell    on behalf of Defendant   Jewels By Evonne, Inc. jangell@hsfh.com,
               jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
              James B Angell    on behalf of Defendant Evonne  Eckenroth jangell@hsfh.com,
               jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
              James B Angell    on behalf of Defendant   Quality Builders, Inc. of Raleigh jangell@hsfh.com,
               jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
              James B Angell    on behalf of Defendant   2021.Interactive, LLC jangell@hsfh.com,
               jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
              James B Angell    on behalf of Defendant   Harrah's Operating Company, Inc. jangell@hsfh.com,
               jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
              James T. Johnson    on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@jtjlaw.com
              Jeffrey E. Oleynik   on behalf of Defendant   Tig Insurance Company of Michigan
               joleynik@brookspierce.com
              Jeffrey E. Oleynik  on behalf of Defendant   Tig Insurance Company joleynik@brookspierce.com
              Jeffrey E. Oleynik  on behalf of Defendant   Tig Specialty Insurance Company
               joleynik@brookspierce.com
              John Mark Stern    on behalf of Creditor   Texas Comptroller of Public Accounts
               john.stern@oag.state.tx.us
              John S. Williford, Jr.   on behalf of Creditor   RBC Centura Bank jwilliford@fieldsandcooper.com
              Kim Sherrie Sawyer   on behalf of Creditor F Lynn Gravley data@tlsgltd.com
              Kim Sherrie Sawyer   on behalf of Creditor Daming  Cao data@tlsgltd.com
              Kim Sherrie Sawyer   on behalf of Creditor Jianying  Kong data@tlsgltd.com
              Kim Sherrie Sawyer   on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com
              Michael L. Geller   on behalf of Creditor Anita  Geller mlgeller@mac.com
              Michael L. Geller   on behalf of Creditor Michael  Geller mlgeller@mac.com
              Neal Fowler    on behalf of Interested Party Scott  Wilkinson USANCE.Bankruptcy@usdoj.gov,
               usance.ecfcivil2@usdoj.gov

```
District/off: 0417-5          User: haddock_d          Page 2 of 2          Date Rcvd: Sep 13, 2013
                              Form ID: van126          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Paul T. Flick     on behalf of Defendant   Dmax Imaging Incorporated pflick@jordanprice.com
        Paul T. Flick     on behalf of Defendant   Printing Plus, Inc. pflick@jordanprice.com
        Richard D Sparkman    on behalf of Defendant   Toner Solutions, Inc. rds@sparkmanlaw.com,
        mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
        Susan R. Sherrill-Beard   on behalf of Creditor   U.S. Securities and Exchange Commission
        sherrill-beards@sec.gov, atlreorg@sec.gov
        Terri L. Gardner    on behalf of Debtor   International Heritage, Inc.
        terri.gardner@nelsonmullins.com,
        joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
        William E. Brewer, Jr.   on behalf of Defendant Edmundo  Colorado dleggett@williambrewer.com,
        thebrewerlawfirm@gmail.com
        William E. Brewer, Jr.   on behalf of Defendant Tracey  Sabates dleggett@williambrewer.com,
        thebrewerlawfirm@gmail.com
        William E. Brewer, Jr.   on behalf of Defendant Claude  Savage, Jr. dleggett@williambrewer.com,
        thebrewerlawfirm@gmail.com
        William E. Brewer, Jr.   on behalf of Defendant Lisa  Colorado dleggett@williambrewer.com,
        thebrewerlawfirm@gmail.com
        William E. Brewer, Jr.   on behalf of Defendant Claude  Savage dleggett@williambrewer.com,
        thebrewerlawfirm@gmail.com
        William L. Yaeger    on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com,
        notices@williamyaeger.com
        William Woodward Webb    on behalf of Defendant Marshall  Reddy woodywebb@ew-law.com
        William Woodward Webb    on behalf of Defendant William  Swinney woodywebb@ew-law.com
                                                                            TOTAL: 40

**VAN–126** Order for Refund of Unclaimed Funds – Rev. 07/17/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–SWH

DATE FILED: November 25, 1998

CHAPTER: 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $837.39 constituting unclaimed funds is declared due to Mary Anne Kochut, 30 Westbrook Ct, Roselle, NJ 07203 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: September 13, 2013

Stephani W. Humrickhouse
United States Bankruptcy Judge