**VAN–126** Order for Refund of Unclaimed Funds – Rev. 07/17/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

| | |
|---|---|
| IN RE:<br>International Heritage, Inc.<br>*( debtor has no known aliases )*<br>C/O TERRI L. GARDNER<br>POST OFFICE DRAWER 1389<br>RALEIGH, NC 27602<br><br>TaxID: 56–1921093 | CASE NO.: 98–02675–5–SWH<br><br>DATE FILED: November 25, 1998<br><br>CHAPTER: 7 |

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $736.63 constituting unclaimed funds is declared due to Rodney E Johnson, c/o Dilks & Knopik LLC, 35308 SE Ctr St, Snoqualmie, WA 98065 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: September 16, 2013

*(signature)*

Stephani W. Humrickhouse
United States Bankruptcy Judge