United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
    Debtor

Case No. 98-02675-SWH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5     User: haddock_d     Page 1 of 2     Date Rcvd: Sep 16, 2013  
                       Form ID: van126     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2013.  
cr           +Michael W Johnson,    16570 SE Webster Rd,    Portland, OR 97267-5261

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2013                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2013 at the address(es) listed below:
            Brian J. Dilks     on behalf of Interested Party    Dilks & Knopik, LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com
            David F. Meschan     on behalf of Defendant Michael   Senio dmeschan@meschanlaw.com, tkelly@meschanlaw.com
            David F. Meschan     on behalf of Defendant    Leapfrog Marketing, Inc. dmeschan@meschanlaw.com, tkelly@meschanlaw.com
            David W. Boone     on behalf of Defendant    Travel Experts, Inc. dboone@ncdoj.gov
            Douglas Q. Wickham     on behalf of Defendant    Egw Personnel Services, Inc. dqwickham@hatchlittlebunn.com
            Gerald A Jeutter, Jr.     on behalf of Defendant    Niagara Frontier Travel Services, Inc. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net
            Gerald A Jeutter, Jr.     on behalf of Defendant    Modern Health Strategies, L.L.C. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net
            Holmes P Harden     hharden@williamsmullen.com, jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com
            Holmes P Harden     on behalf of Trustee Holmes P Harden hharden@williamsmullen.com, jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com
            James B Angell     on behalf of Defendant    Jewels By Evonne, Inc. jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
            James B Angell     on behalf of Defendant Evonne   Eckenroth jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
            James B Angell     on behalf of Defendant    Quality Builders, Inc. of Raleigh jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
            James B Angell     on behalf of Defendant    2021.Interactive, LLC jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
            James B Angell     on behalf of Defendant    Harrah's Operating Company, Inc. jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
            James T. Johnson     on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@jtjlaw.com
            Jeffrey E. Oleynik     on behalf of Defendant    Tig Insurance Company of Michigan joleynik@brookspierce.com
            Jeffrey E. Oleynik     on behalf of Defendant    Tig Insurance Company joleynik@brookspierce.com
            Jeffrey E. Oleynik     on behalf of Defendant    Tig Specialty Insurance Company joleynik@brookspierce.com
            John Mark Stern     on behalf of Creditor    Texas Comptroller of Public Accounts john.stern@oag.state.tx.us
            John S. Williford, Jr.     on behalf of Creditor    RBC Centura Bank jwilliford@fieldsandcooper.com
            Kim Sherrie Sawyer     on behalf of Creditor F Lynn Gravley data@tlsgltd.com
            Kim Sherrie Sawyer     on behalf of Creditor Daming Cao data@tlsgltd.com
            Kim Sherrie Sawyer     on behalf of Creditor Jianying Kong data@tlsgltd.com
            Kim Sherrie Sawyer     on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com
            Michael L. Geller     on behalf of Creditor Anita   Geller mlgeller@mac.com
            Michael L. Geller     on behalf of Creditor Michael   Geller mlgeller@mac.com
            Neal Fowler     on behalf of Interested Party Scott   Wilkinson USANCE.Bankruptcy@usdoj.gov, usance.ecfcivil2@usdoj.gov

```
District/off: 0417-5           User: haddock_d             Page 2 of 2                   Date Rcvd: Sep 16, 2013
                               Form ID: van126             Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Paul T. Flick    on behalf of Defendant   Dmax Imaging Incorporated pflick@jordanprice.com
              Paul T. Flick    on behalf of Defendant   Printing Plus, Inc. pflick@jordanprice.com
              Richard D Sparkman    on behalf of Defendant   Toner Solutions, Inc. rds@sparkmanlaw.com,
               mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
              Susan R. Sherrill-Beard    on behalf of Creditor   U.S. Securities and Exchange Commission
               sherrill-beards@sec.gov,   atlreorg@sec.gov
              Terri L. Gardner    on behalf of Debtor   International Heritage, Inc.
               terri.gardner@nelsonmullins.com,
               joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
              William E. Brewer, Jr.    on behalf of Defendant Edmundo  Colorado dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com
              William E. Brewer, Jr.    on behalf of Defendant Tracey  Sabates dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com
              William E. Brewer, Jr.    on behalf of Defendant Claude  Savage, Jr. dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com
              William E. Brewer, Jr.    on behalf of Defendant Lisa  Colorado dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com
              William E. Brewer, Jr.    on behalf of Defendant Claude  Savage dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com
              William L. Yaeger    on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com,
               notices@williamyaeger.com
              William Woodward Webb    on behalf of Defendant Marshall  Reddy woodywebb@ew-law.com
              William Woodward Webb    on behalf of Defendant William  Swinney woodywebb@ew-law.com
                                                                                             TOTAL: 40
```

VAN–126 Order for Refund of Unclaimed Funds – Rev. 07/17/2013

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
Raleigh Division

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–SWH

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $447.31 constituting unclaimed funds is declared due to Michael W Johnson, c/o Dilks & Knopik LLC, 35308 SE Ctr St, Snoqualmie, WA 98065 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: September 16, 2013

*[signature: Stephani H. Humrickhouse]*

Stephani W. Humrickhouse
United States Bankruptcy Judge