United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
    Debtor

Case No. 98-02675-SWH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5     User: haddock_d     Page 1 of 2     Date Rcvd: Sep 16, 2013  
                           Form ID: van126     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2013.  
cr          +Shijun Cui,    8692 Ranch Road,    Tracy, CA 95304-8119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2013                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2013 at the address(es) listed below:

            Brian J. Dilks    on behalf of Interested Party    Dilks & Knopik, LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com  
            David F. Meschan    on behalf of Defendant Michael   Senio dmeschan@meschanlaw.com, tkelly@meschanlaw.com  
            David F. Meschan    on behalf of Defendant    Leapfrog Marketing, Inc. dmeschan@meschanlaw.com, tkelly@meschanlaw.com  
            David W. Boone    on behalf of Defendant    Travel Experts, Inc. dboone@ncdoj.gov  
            Douglas Q. Wickham    on behalf of Defendant    Egw Personnel Services, Inc. dqwickham@hatchlittlebunn.com  
            Gerald A Jeutter, Jr.    on behalf of Defendant    Niagara Frontier Travel Services, Inc. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net  
            Gerald A Jeutter, Jr.    on behalf of Defendant    Modern Health Strategies, L.L.C. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net  
            Holmes P Harden    hharden@williamsmullen.com, jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com  
            Holmes P Harden    on behalf of Trustee Holmes P Harden hharden@williamsmullen.com, jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com  
            James B Angell    on behalf of Defendant    Jewels By Evonne, Inc. jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com  
            James B Angell    on behalf of Defendant Evonne   Eckenroth jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com  
            James B Angell    on behalf of Defendant    Quality Builders, Inc. of Raleigh jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com  
            James B Angell    on behalf of Defendant    2021.Interactive, LLC jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com  
            James B Angell    on behalf of Defendant    Harrah's Operating Company, Inc. jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com  
            James T. Johnson    on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@jtjlaw.com  
            Jeffrey E. Oleynik    on behalf of Defendant    Tig Insurance Company of Michigan joleynik@brookspierce.com  
            Jeffrey E. Oleynik    on behalf of Defendant    Tig Insurance Company joleynik@brookspierce.com  
            Jeffrey E. Oleynik    on behalf of Defendant    Tig Specialty Insurance Company joleynik@brookspierce.com  
            John Mark Stern    on behalf of Creditor    Texas Comptroller of Public Accounts john.stern@oag.state.tx.us  
            John S. Williford, Jr.    on behalf of Creditor    RBC Centura Bank jwilliford@fieldsandcooper.com  
            Kim Sherrie Sawyer    on behalf of Creditor F Lynn Gravley data@tlsgltd.com  
            Kim Sherrie Sawyer    on behalf of Creditor Daming   Cao data@tlsgltd.com  
            Kim Sherrie Sawyer    on behalf of Creditor Jianying   Kong data@tlsgltd.com  
            Kim Sherrie Sawyer    on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com  
            Michael L. Geller    on behalf of Creditor Anita   Geller mlgeller@mac.com  
            Michael L. Geller    on behalf of Creditor Michael   Geller mlgeller@mac.com  
            Neal   Fowler    on behalf of Interested Party Scott   Wilkinson USANCE.Bankruptcy@usdoj.gov, usance.ecfcivil2@usdoj.gov

```
District/off: 0417-5          User: haddock_d              Page 2 of 2                   Date Rcvd: Sep 16, 2013
                              Form ID: van126              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    Paul T. Flick  on behalf of Defendant  Dmax Imaging Incorporated pflick@jordanprice.com
    Paul T. Flick  on behalf of Defendant  Printing Plus, Inc. pflick@jordanprice.com
    Richard D Sparkman  on behalf of Defendant  Toner Solutions, Inc. rds@sparkmanlaw.com,
     mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
    Susan R. Sherrill-Beard  on behalf of Creditor  U.S. Securities and Exchange Commission
     sherrill-beards@sec.gov, atlreorg@sec.gov
    Terri L. Gardner  on behalf of Debtor  International Heritage, Inc.
     terri.gardner@nelsonmullins.com,
     joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
    William E. Brewer, Jr.  on behalf of Defendant Edmundo  Colorado dleggett@williambrewer.com,
     thebrewerlawfirm@gmail.com
    William E. Brewer, Jr.  on behalf of Defendant Tracey  Sabates dleggett@williambrewer.com,
     thebrewerlawfirm@gmail.com
    William E. Brewer, Jr.  on behalf of Defendant Claude  Savage, Jr. dleggett@williambrewer.com,
     thebrewerlawfirm@gmail.com
    William E. Brewer, Jr.  on behalf of Defendant Lisa  Colorado dleggett@williambrewer.com,
     thebrewerlawfirm@gmail.com
    William E. Brewer, Jr.  on behalf of Defendant Claude  Savage dleggett@williambrewer.com,
     thebrewerlawfirm@gmail.com
    William L. Yaeger  on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com,
     notices@williamyaeger.com
    William Woodward Webb  on behalf of Defendant Marshall  Reddy woodywebb@ew-law.com
    William Woodward Webb  on behalf of Defendant William  Swinney woodywebb@ew-law.com
                                                TOTAL: 40

VAN–126 Order for Refund of Unclaimed Funds – Rev. 07/17/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–SWH

DATE FILED: November 25, 1998

CHAPTER: 7

## ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $630.68 constituting unclaimed funds is declared due to Shijun Cui, 8692 Ranch Road, Tracy, CA 95304 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: September 16, 2013

Stephani W. Humrickhouse
United States Bankruptcy Judge