United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
     Debtor

Case No. 98-02675-SWH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5     User: parker_we     Page 1 of 2     Date Rcvd: Nov 06, 2013  
                   Form ID: van126     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2013.  
cr          +Mei He,    13520 Gum Spring Drive,    Rockville, MD 20850-3581

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2013                                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2013 at the address(es) listed below:

             Brian J. Dilks     on behalf of Interested Party    Dilks & Knopik, LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com  
             David F. Meschan     on behalf of Defendant Michael  Senio dmeschan@meschanlaw.com, tkelly@meschanlaw.com  
             David F. Meschan     on behalf of Defendant    Leapfrog Marketing, Inc. dmeschan@meschanlaw.com, tkelly@meschanlaw.com  
             David W. Boone     on behalf of Defendant    Travel Experts, Inc. dboone@ncdoj.gov  
             Douglas Q. Wickham     on behalf of Defendant    Egw Personnel Services, Inc. dqwickham@hatchlittlebunn.com  
             Gerald A Jeutter, Jr.     on behalf of Defendant    Niagara Frontier Travel Services, Inc. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net  
             Gerald A Jeutter, Jr.     on behalf of Defendant    Modern Health Strategies, L.L.C. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net  
             Holmes P Harden     hharden@williamsmullen.com, jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com  
             Holmes P Harden     on behalf of Trustee Holmes P Harden hharden@williamsmullen.com, jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com  
             James B Angell     on behalf of Defendant    Jewels By Evonne, Inc. jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com  
             James B Angell     on behalf of Defendant Evonne  Eckenroth jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com  
             James B Angell     on behalf of Defendant    Quality Builders, Inc. of Raleigh jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com  
             James B Angell     on behalf of Defendant    2021.Interactive, LLC jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com  
             James B Angell     on behalf of Defendant    Harrah's Operating Company, Inc. jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com  
             James T. Johnson     on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@jtjlaw.com  
             Jeffrey E. Oleynik     on behalf of Defendant    Tig Insurance Company of Michigan joleynik@brookspierce.com  
             Jeffrey E. Oleynik     on behalf of Defendant    Tig Insurance Company joleynik@brookspierce.com  
             Jeffrey E. Oleynik     on behalf of Defendant    Tig Specialty Insurance Company joleynik@brookspierce.com  
             John Mark Stern     on behalf of Creditor    Texas Comptroller of Public Accounts john.stern@oag.state.tx.us  
             John S. Williford, Jr.     on behalf of Creditor    RBC Centura Bank jwilliford@fieldsandcooper.com  
             Kim Sherrie Sawyer     on behalf of Creditor F Lynn Gravley data@tlsgltd.com  
             Kim Sherrie Sawyer     on behalf of Creditor Daming  Cao data@tlsgltd.com  
             Kim Sherrie Sawyer     on behalf of Creditor Jianying  Kong data@tlsgltd.com  
             Kim Sherrie Sawyer     on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com  
             Michael L. Geller     on behalf of Creditor Anita  Geller mlgeller@mac.com  
             Michael L. Geller     on behalf of Creditor Michael  Geller mlgeller@mac.com  
             Neal  Fowler     on behalf of Interested Party Scott  Wilkinson USANCE.Bankruptcy@usdoj.gov, usance.ecfcivil2@usdoj.gov

```
District/off: 0417-5          User: parker_we             Page 2 of 2                  Date Rcvd: Nov 06, 2013
                              Form ID: van126             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Paul T. Flick    on behalf of Defendant    Dmax Imaging Incorporated pflick@jordanprice.com
          Paul T. Flick    on behalf of Defendant    Printing Plus, Inc. pflick@jordanprice.com
          Richard D Sparkman    on behalf of Defendant    Toner Solutions, Inc. rds@sparkmanlaw.com,
          mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
          Susan R. Sherrill-Beard    on behalf of Creditor    U.S. Securities and Exchange Commission
          sherrill-beards@sec.gov,    atlreorg@sec.gov
          Terri L. Gardner    on behalf of Debtor    International Heritage, Inc.
          terri.gardner@nelsonmullins.com,
          joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
          William E. Brewer, Jr.    on behalf of Defendant Edmundo    Colorado dleggett@williambrewer.com,
          thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
          William E. Brewer, Jr.    on behalf of Defendant Tracey    Sabates dleggett@williambrewer.com,
          thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
          William E. Brewer, Jr.    on behalf of Defendant Claude    Savage, Jr. dleggett@williambrewer.com,
          thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
          William E. Brewer, Jr.    on behalf of Defendant Lisa    Colorado dleggett@williambrewer.com,
          thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
          William E. Brewer, Jr.    on behalf of Defendant Claude    Savage dleggett@williambrewer.com,
          thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
          William L. Yaeger    on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com,
          notices@williamyaeger.com
          William Woodward Webb    on behalf of Defendant Marshall    Reddy woodywebb@ew-law.com
          William Woodward Webb    on behalf of Defendant William    Swinney woodywebb@ew-law.com
                                                                                           TOTAL: 40

VAN–126 Order for Refund of Unclaimed Funds – Rev. 10/01/2013

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
**Raleigh Division**

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–SWH

DATE FILED: November 25, 1998

CHAPTER: 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $609.44 constituting unclaimed funds is declared due to Mei He, 13520 Gum Spring Dr., Rockville, MD 20850 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: November 6, 2013

Stephani W. Humrickhouse
United States Bankruptcy Judge