```
                        United States Bankruptcy Court
                        Eastern District of North Carolina
In re:                                                       Case No. 98-02675-SWH
International Heritage, Inc.                                 Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: parker_we            Page 1 of 2           Date Rcvd: Nov 06, 2013
                              Form ID: van126            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2013.
cr          Mark A. Reichlin,    429 N 30th Street,    Mount Vernon, WA  98273-3675

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2013                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2013 at the address(es) listed below:
      Brian J. Dilks    on behalf of Interested Party    Dilks & Knopik, LLC cmecf@dkllc.com,
       brian.dilks@dilksknopik.com
      David F. Meschan    on behalf of Defendant Michael  Senio dmeschan@meschanlaw.com,
       tkelly@meschanlaw.com
      David F. Meschan    on behalf of Defendant    Leapfrog Marketing, Inc. dmeschan@meschanlaw.com,
       tkelly@meschanlaw.com
      David W. Boone    on behalf of Defendant    Travel Experts, Inc. dboone@ncdoj.gov
      Douglas Q. Wickham    on behalf of Defendant    Egw Personnel Services, Inc.
       dqwickham@hatchlittlebunn.com
      Gerald A Jeutter, Jr.    on behalf of Defendant    Niagara Frontier Travel Services, Inc.
       jeb@jeutterlaw.com,    kathy@jeutterlaw.com;plyles@windstream.net
      Gerald A Jeutter, Jr.    on behalf of Defendant    Modern Health Strategies, L.L.C.
       jeb@jeutterlaw.com,    kathy@jeutterlaw.com;plyles@windstream.net
      Holmes P Harden    hharden@williamsmullen.com,
       jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com
      Holmes P Harden    on behalf of Trustee Holmes P Harden hharden@williamsmullen.com,
       jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com
      James B Angell    on behalf of Defendant    Jewels By Evonne, Inc. jangell@hsfh.com,
       jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
      James B Angell    on behalf of Defendant Evonne  Eckenroth jangell@hsfh.com,
       jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
      James B Angell    on behalf of Defendant    Quality Builders, Inc. of Raleigh jangell@hsfh.com,
       jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
      James B Angell    on behalf of Defendant    2021.Interactive, LLC jangell@hsfh.com,
       jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
      James B Angell    on behalf of Defendant    Harrah's Operating Company, Inc. jangell@hsfh.com,
       jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
      James T. Johnson    on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@jtjlaw.com
      Jeffrey E. Oleynik    on behalf of Defendant    Tig Insurance Company of Michigan
       joleynik@brookspierce.com
      Jeffrey E. Oleynik    on behalf of Defendant    Tig Insurance Company joleynik@brookspierce.com
      Jeffrey E. Oleynik    on behalf of Defendant    Tig Specialty Insurance Company
       joleynik@brookspierce.com
      John Mark Stern    on behalf of Creditor    Texas Comptroller of Public Accounts
       john.stern@oag.state.tx.us
      John S. Williford, Jr.    on behalf of Creditor    RBC Centura Bank jwilliford@fieldsandcooper.com
      Kim Sherrie Sawyer    on behalf of Creditor F Lynn Gravley data@tlsgltd.com
      Kim Sherrie Sawyer    on behalf of Creditor Daming  Cao data@tlsgltd.com
      Kim Sherrie Sawyer    on behalf of Creditor Jianying  Kong data@tlsgltd.com
      Kim Sherrie Sawyer    on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com
      Michael L. Geller    on behalf of Creditor Anita  Geller mlgeller@mac.com
      Michael L. Geller    on behalf of Creditor Michael  Geller mlgeller@mac.com
      Neal Fowler    on behalf of Interested Party Scott  Wilkinson USANCE.Bankruptcy@usdoj.gov,
       usance.ecfcivil2@usdoj.gov
      Paul T. Flick    on behalf of Defendant    Dmax Imaging Incorporated pflick@jordanprice.com
      Paul T. Flick    on behalf of Defendant    Printing Plus, Inc. pflick@jordanprice.com

```
District/off: 0417-5          User: parker_we              Page 2 of 2                  Date Rcvd: Nov 06, 2013
                              Form ID: van126              Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Richard D Sparkman    on behalf of Defendant    Toner Solutions, Inc. rds@sparkmanlaw.com,
               mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
              Susan R. Sherrill-Beard     on behalf of Creditor    U.S. Securities and Exchange Commission
               sherrill-beards@sec.gov,    atlreorg@sec.gov
              Terri L. Gardner    on behalf of Debtor    International Heritage, Inc.
               terri.gardner@nelsonmullins.com,
               joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
              William E. Brewer, Jr.    on behalf of Defendant Edmundo  Colorado dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
              William E. Brewer, Jr.    on behalf of Defendant Tracey  Sabates dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
              William E. Brewer, Jr.    on behalf of Defendant Claude  Savage, Jr. dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
              William E. Brewer, Jr.    on behalf of Defendant Lisa  Colorado dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
              William E. Brewer, Jr.    on behalf of Defendant Claude  Savage dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
              William L. Yaeger    on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com,
               notices@williamyaeger.com
              William Woodward Webb    on behalf of Defendant Marshall  Reddy woodywebb@ew-law.com
              William Woodward Webb    on behalf of Defendant William  Swinney woodywebb@ew-law.com
                                                                                            TOTAL: 40
```

VAN–126 Order for Refund of Unclaimed Funds – Rev. 10/01/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–SWH

DATE FILED: November 25, 1998

CHAPTER: 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $133.87 constituting unclaimed funds is declared due to Mark A. Reichlin, 429 N. 30th St., Mount Vernon, WA 98273 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: November 6, 2013

*[signature: Stephani H. Humrickhouse]*

Stephani W. Humrickhouse
United States Bankruptcy Judge