United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
    Debtor

Case No. 98-02675-SWH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5      User: parker_we      Page 1 of 2      Date Rcvd: Dec 13, 2013  
                          Form ID: van126      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2013.  
cr        +Norma J. Baker,   3011 Rosewater Ln,   Indian Trial, NC 28079-3713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2013                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2013 at the address(es) listed below:

          Brian J. Dilks    on behalf of Interested Party   Dilks & Knopik, LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com  
          David F. Meschan    on behalf of Defendant Michael  Senio dmeschan@meschanlaw.com, tkelly@meschanlaw.com  
          David F. Meschan    on behalf of Defendant   Leapfrog Marketing, Inc. dmeschan@meschanlaw.com, tkelly@meschanlaw.com  
          David W. Boone    on behalf of Defendant   Travel Experts, Inc. dboone@ncdoj.gov  
          Douglas Q. Wickham    on behalf of Defendant   Egw Personnel Services, Inc. dqwickham@hatchlittlebunn.com  
          Gerald A Jeutter, Jr.    on behalf of Defendant   Niagara Frontier Travel Services, Inc. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net  
          Gerald A Jeutter, Jr.    on behalf of Defendant   Modern Health Strategies, L.L.C. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net  
          Holmes P Harden    hharden@williamsmullen.com, jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com  
          Holmes P Harden    on behalf of Trustee Holmes P Harden hharden@williamsmullen.com, jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com  
          James B Angell    on behalf of Defendant   Jewels By Evonne, Inc. jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com  
          James B Angell    on behalf of Defendant Evonne  Eckenroth jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com  
          James B Angell    on behalf of Defendant   Quality Builders, Inc. of Raleigh jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com  
          James B Angell    on behalf of Defendant   2021.Interactive, LLC jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com  
          James B Angell    on behalf of Defendant   Harrah's Operating Company, Inc. jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com  
          James T. Johnson    on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@jtjlaw.com  
          Jeffrey E. Oleynik    on behalf of Defendant   Tig Insurance Company of Michigan joleynik@brookspierce.com  
          Jeffrey E. Oleynik    on behalf of Defendant   Tig Insurance Company joleynik@brookspierce.com  
          Jeffrey E. Oleynik    on behalf of Defendant   Tig Specialty Insurance Company joleynik@brookspierce.com  
          John Mark Stern    on behalf of Creditor   Texas Comptroller of Public Accounts john.stern@oag.state.tx.us  
          John S. Williford, Jr.    on behalf of Creditor   RBC Centura Bank jwilliford@fieldsandcooper.com  
          Kim Sherrie Sawyer    on behalf of Creditor F Lynn Gravley data@tlsgltd.com  
          Kim Sherrie Sawyer    on behalf of Creditor Daming Cao data@tlsgltd.com  
          Kim Sherrie Sawyer    on behalf of Creditor Jianying Kong data@tlsgltd.com  
          Kim Sherrie Sawyer    on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com  
          Michael L. Geller    on behalf of Creditor Anita  Geller mlgeller@mac.com  
          Michael L. Geller    on behalf of Creditor Michael  Geller mlgeller@mac.com  
          Neal Fowler    on behalf of Interested Party Scott  Wilkinson USANCE.Bankruptcy@usdoj.gov, usance.ecfcivil2@usdoj.gov

```
District/off: 0417-5          User: parker_we            Page 2 of 2                  Date Rcvd: Dec 13, 2013
                              Form ID: van126            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Paul T. Flick    on behalf of Defendant    Dmax Imaging Incorporated pflick@jordanprice.com
          Paul T. Flick    on behalf of Defendant    Printing Plus, Inc. pflick@jordanprice.com
          Richard D Sparkman    on behalf of Defendant    Toner Solutions, Inc. rds@sparkmanlaw.com,
           mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
          Susan R. Sherrill-Beard    on behalf of Creditor    U.S. Securities and Exchange Commission
           sherrill-beards@sec.gov,    atlreorg@sec.gov
          Terri L. Gardner    on behalf of Debtor    International Heritage, Inc.
           terri.gardner@nelsonmullins.com,
           joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
          William E. Brewer, Jr.    on behalf of Defendant Edmundo    Colorado dleggett@williambrewer.com,
           thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
          William E. Brewer, Jr.    on behalf of Defendant Tracey    Sabates dleggett@williambrewer.com,
           thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
          William E. Brewer, Jr.    on behalf of Defendant Claude    Savage, Jr. dleggett@williambrewer.com,
           thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
          William E. Brewer, Jr.    on behalf of Defendant Lisa    Colorado dleggett@williambrewer.com,
           thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
          William E. Brewer, Jr.    on behalf of Defendant Claude    Savage dleggett@williambrewer.com,
           thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
          William L. Yaeger    on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com
          William Woodward Webb    on behalf of Defendant Marshall    Reddy woodywebb@ew-law.com
          William Woodward Webb    on behalf of Defendant William    Swinney woodywebb@ew-law.com
                                                                                   TOTAL: 40

VAN–126 Order for Refund of Unclaimed Funds – Rev. 11/14/2013

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
Raleigh Division

| | |
|---|---|
| IN RE:<br>International Heritage, Inc.<br>*( debtor has no known aliases )* | CASE NO.: 98–02675–5–SWH |
| C/O TERRI L. GARDNER<br>POST OFFICE DRAWER 1389<br>RALEIGH, NC 27602 | DATE FILED: November 25, 1998<br><br>CHAPTER: 7 |
| TaxID: 56–1921093 | |

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $838.74 constituting unclaimed funds is declared due to Norma J. Baker, 3011 Rosewater Ln., Indian Trail, NC 28079 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: December 13, 2013

*[signature: Stephani W. Humrickhouse]*

Stephani W. Humrickhouse
United States Bankruptcy Judge