**SO ORDERED.**

**SIGNED this 23 day of December,2013.**

_____
**Stephani W. Humrickhouse
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.:** |
| **INTERNATIONAL HERITAGE, INC.** | 98-02675-8-SWH |
| **DEBTOR** | **CHAPTER 7** |

**O R D E R**

     The matter before the court is the motion to release funds filed by Sanda Simmonsl on October 28, 2013. The motion requests the release of funds in the amount of $602.19. The funds available for this creditor are $470.50. Accordingly, the court finds that the amount of $470.50 constituting unclaimed funds is declared due to Sandra Simmons, c/o Dilks & Knopik, LLC, 35308 SE Center St., Snoqualmie, WA 98065 by reasons stated in the motion filed in this case. Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimant.

"End of Document"