United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                              Case No. 98-02675-SWH
International Heritage, Inc.                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0417-5            User: parker_we          Page 1 of 2              Date Rcvd: Dec 23, 2013
                               Form ID: van126          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2013.
cr           +Bobby L. Hutto,   c/o Dilks & Knopik, LLC,   35308 SE Center St.,   Snoqualmie, WA 98065-9216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2013 at the address(es) listed below:
            Brian J. Dilks    on behalf of Interested Party   Dilks & Knopik, LLC cmecf@dkllc.com,
             brian.dilks@dilksknopik.com
            David F. Meschan   on behalf of Defendant Michael  Senio dmeschan@meschanlaw.com,
             tkelly@meschanlaw.com
            David F. Meschan   on behalf of Defendant   Leapfrog Marketing, Inc. dmeschan@meschanlaw.com,
             tkelly@meschanlaw.com
            David W. Boone    on behalf of Defendant   Travel Experts, Inc. dboone@ncdoj.gov
            Douglas Q. Wickham   on behalf of Defendant   Egw Personnel Services, Inc.
             dqwickham@hatchlittlebunn.com
            Gerald A Jeutter, Jr.   on behalf of Defendant   Niagara Frontier Travel Services, Inc.
             jeb@jeutterlaw.com,  kathy@jeutterlaw.com;plyles@windstream.net
            Gerald A Jeutter, Jr.   on behalf of Defendant   Modern Health Strategies, L.L.C.
             jeb@jeutterlaw.com,  kathy@jeutterlaw.com;plyles@windstream.net
            Holmes P Harden    hharden@williamsmullen.com,
             jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com
            Holmes P Harden   on behalf of Trustee Holmes P Harden hharden@williamsmullen.com,
             jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com
            James B Angell    on behalf of Defendant   Jewels By Evonne, Inc. jangell@hsfh.com,
             jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
            James B Angell    on behalf of Defendant Evonne  Eckenroth jangell@hsfh.com,
             jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
            James B Angell    on behalf of Defendant   Quality Builders, Inc. of Raleigh jangell@hsfh.com,
             jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
            James B Angell    on behalf of Defendant   2021.Interactive, LLC jangell@hsfh.com,
             jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
            James B Angell    on behalf of Defendant   Harrah's Operating Company, Inc. jangell@hsfh.com,
             jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
            James T. Johnson    on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@jtjlaw.com
            Jeffrey E. Oleynik   on behalf of Defendant   Tig Insurance Company of Michigan
             joleynik@brookspierce.com
            Jeffrey E. Oleynik   on behalf of Defendant   Tig Insurance Company joleynik@brookspierce.com
            Jeffrey E. Oleynik   on behalf of Defendant   Tig Specialty Insurance Company
             joleynik@brookspierce.com
            John Mark Stern    on behalf of Creditor   Texas Comptroller of Public Accounts
             john.stern@oag.state.tx.us
            John S. Williford, Jr.   on behalf of Creditor   RBC Centura Bank jwilliford@fieldsandcooper.com
            Kim Sherrie Sawyer    on behalf of Creditor F Lynn Gravley data@tlsgltd.com
            Kim Sherrie Sawyer    on behalf of Creditor Daming Cao data@tlsgltd.com
            Kim Sherrie Sawyer    on behalf of Creditor Jianying  Kong data@tlsgltd.com
            Kim Sherrie Sawyer    on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com
            Michael L. Geller   on behalf of Creditor Anita  Geller mlgeller@mac.com
            Michael L. Geller   on behalf of Creditor Michael  Geller mlgeller@mac.com
            Neal  Fowler   on behalf of Interested Party Scott  Wilkinson USANCE.Bankruptcy@usdoj.gov,
             usance.ecfcivil2@usdoj.gov

District/off: 0417-5              User: parker_we           Page 2 of 2                Date Rcvd: Dec 23, 2013
                                 Form ID: van126            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul T. Flick    on behalf of Defendant    Dmax Imaging Incorporated pflick@jordanprice.com
          Paul T. Flick    on behalf of Defendant    Printing Plus, Inc. pflick@jordanprice.com
          Richard D Sparkman    on behalf of Defendant    Toner Solutions, Inc. rds@sparkmanlaw.com,
           mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
          Susan R. Sherrill-Beard    on behalf of Creditor    U.S. Securities and Exchange Commission
           sherrill-beards@sec.gov,  atlreorg@sec.gov
          Terri L. Gardner    on behalf of Debtor    International Heritage, Inc.
           terri.gardner@nelsonmullins.com,
           joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
          William E. Brewer, Jr.    on behalf of Defendant Edmundo  Colorado dleggett@williambrewer.com,
           thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
          William E. Brewer, Jr.    on behalf of Defendant Tracey  Sabates dleggett@williambrewer.com,
           thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
          William E. Brewer, Jr.    on behalf of Defendant Claude  Savage, Jr. dleggett@williambrewer.com,
           thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
          William E. Brewer, Jr.    on behalf of Defendant Lisa  Colorado dleggett@williambrewer.com,
           thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
          William E. Brewer, Jr.    on behalf of Defendant Claude  Savage dleggett@williambrewer.com,
           thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
          William L. Yaeger    on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com
          William Woodward Webb    on behalf of Defendant Marshall  Reddy woodywebb@ew-law.com
          William Woodward Webb    on behalf of Defendant William  Swinney woodywebb@ew-law.com
                                                                                       TOTAL: 40

**VAN–126** Order for Refund of Unclaimed Funds – Rev. 11/14/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–SWH

DATE FILED: November 25, 1998

CHAPTER: 7

## ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $534.77 constituting unclaimed funds is declared due to Bobby L. Hutto, c/o Dilks & Knopik, LLC, 35308 SE Center St., Snoqualmie, WA 98065 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: December 23, 2013

Stephani W. Humrickhouse
United States Bankruptcy Judge