United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
      Debtor

Case No. 98-02675-SWH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5      User: parker_we      Page 1 of 2      Date Rcvd: Dec 23, 2013  
                    Form ID: van126     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2013.  
cr         +Renee P. Vollentine,   c/o Dilks & Knopik, LLC,   35308 SE Center St.,   Snoqualmie, WA 98065-9216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2013                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2013 at the address(es) listed below:
        Brian J. Dilks    on behalf of Interested Party   Dilks & Knopik, LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com
        David F. Meschan    on behalf of Defendant Michael  Senio dmeschan@meschanlaw.com, tkelly@meschanlaw.com
        David F. Meschan    on behalf of Defendant   Leapfrog Marketing, Inc. dmeschan@meschanlaw.com, tkelly@meschanlaw.com
        David W. Boone    on behalf of Defendant   Travel Experts, Inc. dboone@ncdoj.gov
        Douglas Q. Wickham    on behalf of Defendant   Egw Personnel Services, Inc. dqwickham@hatchlittlebunn.com
        Gerald A Jeutter, Jr.    on behalf of Defendant   Niagara Frontier Travel Services, Inc. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net
        Gerald A Jeutter, Jr.    on behalf of Defendant   Modern Health Strategies, L.L.C. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net
        Holmes P Harden    hharden@williamsmullen.com, jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com
        Holmes P Harden    on behalf of Trustee Holmes P Harden hharden@williamsmullen.com, jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com
        James B Angell    on behalf of Defendant   Jewels By Evonne, Inc. jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
        James B Angell    on behalf of Defendant Evonne  Eckenroth jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
        James B Angell    on behalf of Defendant   Quality Builders, Inc. of Raleigh jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
        James B Angell    on behalf of Defendant   2021.Interactive, LLC jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
        James B Angell    on behalf of Defendant   Harrah's Operating Company, Inc. jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com
        James T. Johnson    on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@jtjlaw.com
        Jeffrey E. Oleynik    on behalf of Defendant   Tig Insurance Company of Michigan joleynik@brookspierce.com
        Jeffrey E. Oleynik    on behalf of Defendant   Tig Insurance Company joleynik@brookspierce.com
        Jeffrey E. Oleynik    on behalf of Defendant   Tig Specialty Insurance Company joleynik@brookspierce.com
        John Mark Stern    on behalf of Creditor   Texas Comptroller of Public Accounts john.stern@oag.state.tx.us
        John S. Williford, Jr.    on behalf of Creditor   RBC Centura Bank jwilliford@fieldsandcooper.com
        Kim Sherrie Sawyer    on behalf of Creditor F Lynn Gravley data@tlsgltd.com
        Kim Sherrie Sawyer    on behalf of Creditor Daming  Cao data@tlsgltd.com
        Kim Sherrie Sawyer    on behalf of Creditor Jianying  Kong data@tlsgltd.com
        Kim Sherrie Sawyer    on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com
        Michael L. Geller    on behalf of Creditor Anita  Geller mlgeller@mac.com
        Michael L. Geller    on behalf of Creditor Michael  Geller mlgeller@mac.com

```
District/off: 0417-5           User: parker_we              Page 2 of 2                 Date Rcvd: Dec 23, 2013
                               Form ID: van126              Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Neal   Fowler    on behalf of Interested Party Scott   Wilkinson USANCE.Bankruptcy@usdoj.gov,
               usance.ecfcivil2@usdoj.gov
              Paul T. Flick    on behalf of Defendant    Dmax Imaging Incorporated pflick@jordanprice.com
              Paul T. Flick    on behalf of Defendant    Printing Plus, Inc. pflick@jordanprice.com
              Richard D Sparkman    on behalf of Defendant    Toner Solutions, Inc. rds@sparkmanlaw.com,
               mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
              Susan R. Sherrill-Beard    on behalf of Creditor    U.S. Securities and Exchange Commission
               sherrill-beards@sec.gov,    atlreorg@sec.gov
              Terri L. Gardner    on behalf of Debtor    International Heritage, Inc.
               terri.gardner@nelsonmullins.com,
               joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
              William E. Brewer, Jr.    on behalf of Defendant Edmundo   Colorado dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
              William E. Brewer, Jr.    on behalf of Defendant Tracey   Sabates dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
              William E. Brewer, Jr.    on behalf of Defendant Claude   Savage, Jr. dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
              William E. Brewer, Jr.    on behalf of Defendant Lisa   Colorado dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
              William E. Brewer, Jr.    on behalf of Defendant Claude   Savage dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
              William L. Yaeger    on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com
              William Woodward Webb    on behalf of Defendant Marshall   Reddy woodywebb@ew-law.com
              William Woodward Webb    on behalf of Defendant William   Swinney woodywebb@ew-law.com
                                                                                               TOTAL: 40
```

VAN–126 Order for Refund of Unclaimed Funds – Rev. 11/14/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
 ( debtor has no known aliases )

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–SWH

DATE FILED: November 25, 1998

CHAPTER: 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $451.56 constituting unclaimed funds is declared due to Renee P. Vollentine, c/o Dilks & Knopik, LLC, 35308 SE Center St., Snoqualmie, WA 98065 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: December 23, 2013

Stephani W. Humrickhouse
United States Bankruptcy Judge