VAN–126 Order for Refund of Unclaimed Funds – Rev. 11/14/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:  
International Heritage, Inc.  
( debtor has no known aliases )  
C/O TERRI L. GARDNER  
POST OFFICE DRAWER 1389  
RALEIGH, NC 27602  

CASE NO.: 98–02675–5–SWH  

DATE FILED: November 25, 1998  

CHAPTER: 7  

TaxID: 56–1921093  

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $134.30 constituting unclaimed funds is declared due to Michael R. Folkerts, Jr., 8122 Primrose Cove SE, Covington, GA 30014 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: January 27, 2014

Stephani W. Humrickhouse  
United States Bankruptcy Judge