United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
    Debtor

Case No. 98-02675-SWH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5      User: parker_we      Page 1 of 2      Date Rcvd: Jan 27, 2014  
                              Form ID: van126      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2014.  
cr        +Minio Brouse,   3681 Pandion Drive,   Coeurdalene, ID 83815-6004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2014                                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2014 at the address(es) listed below:

           Brian J. Dilks   on behalf of Interested Party   Dilks & Knopik, LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com  
           David F. Meschan   on behalf of Defendant Michael   Senio dmeschan@meschanlaw.com, tkelly@meschanlaw.com  
           David F. Meschan   on behalf of Defendant   Leapfrog Marketing, Inc. dmeschan@meschanlaw.com, tkelly@meschanlaw.com  
           David W. Boone   on behalf of Defendant   Travel Experts, Inc. dboone@ncdoj.gov  
           Douglas Q. Wickham   on behalf of Defendant   Egw Personnel Services, Inc. dqwickham@hatchlittlebunn.com  
           Gerald A Jeutter, Jr.   on behalf of Defendant   Niagara Frontier Travel Services, Inc. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net  
           Gerald A Jeutter, Jr.   on behalf of Defendant   Modern Health Strategies, L.L.C. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net  
           Holmes P Harden   hharden@williamsmullen.com, jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com  
           Holmes P Harden   on behalf of Trustee Holmes P Harden hharden@williamsmullen.com, jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com  
           James B Angell   on behalf of Defendant   Jewels By Evonne, Inc. jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com  
           James B Angell   on behalf of Defendant Evonne   Eckenroth jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com  
           James B Angell   on behalf of Defendant   Quality Builders, Inc. of Raleigh jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com  
           James B Angell   on behalf of Defendant   2021.Interactive, LLC jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com  
           James B Angell   on behalf of Defendant   Harrah's Operating Company, Inc. jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com  
           James T. Johnson   on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@jtjlaw.com  
           Jeffrey E. Oleynik   on behalf of Defendant   Tig Insurance Company of Michigan joleynik@brookspierce.com  
           Jeffrey E. Oleynik   on behalf of Defendant   Tig Insurance Company joleynik@brookspierce.com  
           Jeffrey E. Oleynik   on behalf of Defendant   Tig Specialty Insurance Company joleynik@brookspierce.com  
           John Mark Stern   on behalf of Creditor   Texas Comptroller of Public Accounts john.stern@oag.state.tx.us  
           John S. Williford, Jr.   on behalf of Creditor   RBC Centura Bank jwilliford@fieldsandcooper.com  
           Kim Sherrie Sawyer   on behalf of Creditor F Lynn Gravley data@tlsgltd.com  
           Kim Sherrie Sawyer   on behalf of Creditor Daming Cao data@tlsgltd.com  
           Kim Sherrie Sawyer   on behalf of Creditor Jianying Kong data@tlsgltd.com  
           Kim Sherrie Sawyer   on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com  
           Michael L. Geller   on behalf of Creditor Anita   Geller mlgeller@mac.com  
           Michael L. Geller   on behalf of Creditor Michael   Geller mlgeller@mac.com  
           Neal Fowler   on behalf of Interested Party Scott   Wilkinson USANCE.Bankruptcy@usdoj.gov, usance.ecfcivil2@usdoj.gov

```
District/off: 0417-5          User: parker_we              Page 2 of 2                   Date Rcvd: Jan 27, 2014
                              Form ID: van126              Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Paul T. Flick    on behalf of Defendant    Dmax Imaging Incorporated pflick@jordanprice.com
              Paul T. Flick    on behalf of Defendant    Printing Plus, Inc. pflick@jordanprice.com
              Richard D Sparkman    on behalf of Defendant    Toner Solutions, Inc. rds@sparkmanlaw.com,
               mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
              Susan R. Sherrill-Beard    on behalf of Creditor    U.S. Securities and Exchange Commission
               sherrill-beards@sec.gov,   atlreorg@sec.gov
              Terri L. Gardner    on behalf of Debtor    International Heritage, Inc.
               terri.gardner@nelsonmullins.com,
               joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
              William E. Brewer, Jr.    on behalf of Defendant Edmundo   Colorado dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
              William E. Brewer, Jr.    on behalf of Defendant Tracey   Sabates dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
              William E. Brewer, Jr.    on behalf of Defendant Claude   Savage, Jr. dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
              William E. Brewer, Jr.    on behalf of Defendant Lisa   Colorado dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
              William E. Brewer, Jr.    on behalf of Defendant Claude   Savage dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
              William L. Yaeger    on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com
              William Woodward Webb    on behalf of Defendant Marshall   Reddy woodywebb@ew-law.com
              William Woodward Webb    on behalf of Defendant William   Swinney woodywebb@ew-law.com
                                                                                               TOTAL: 40
```

VAN–126 Order for Refund of Unclaimed Funds – Rev. 11/14/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–SWH

DATE FILED: November 25, 1998

CHAPTER: 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $133.67 constituting unclaimed funds is declared due to Minio Brouse, 3681 Pandion Dr., Coeurdalene, ID 83815 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: January 27, 2014

Stephani W. Humrickhouse
United States Bankruptcy Judge