United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                                    Case No. 98-02675-SWH
International Heritage, Inc.                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0417-5          User: parker_we          Page 1 of 2          Date Rcvd: Apr 01, 2014
                             Form ID: van126           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2014.
cr          +Wayne Li,   1643 Cambridge St. #66,   Cambridge, MA 02138-4354

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2014                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2014 at the address(es) listed below:
        Brian J. Dilks    on behalf of Interested Party   Dilks & Knopik, LLC cmecf@dkllc.com,
        brian.dilks@dilksknopik.com
        David F. Meschan    on behalf of Defendant Michael   Senio dmeschan@meschanlaw.com,
        tkelly@meschanlaw.com
        David F. Meschan    on behalf of Defendant   Leapfrog Marketing, Inc. dmeschan@meschanlaw.com,
        tkelly@meschanlaw.com
        David W. Boone    on behalf of Defendant   Travel Experts, Inc. dboone@ncdoj.gov
        Douglas Q. Wickham    on behalf of Defendant   Egw Personnel Services, Inc.
        dqwickham@hatchlittlebunn.com
        Gerald A Jeutter, Jr.    on behalf of Defendant   Niagara Frontier Travel Services, Inc.
        jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net
        Gerald A Jeutter, Jr.    on behalf of Defendant   Modern Health Strategies, L.L.C.
        jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net
        Holmes P Harden  hharden@williamsmullen.com,
        jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com;scass@williamsmullen.com
        Holmes P Harden    on behalf of Trustee Holmes P Harden hharden@williamsmullen.com,
        jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com;scass@williamsmullen.com
        James B Angell    on behalf of Defendant   Jewels By Evonne, Inc. jangell@hsfh.com,
        jmcinnes@hsfh.com;bdalrymple@hsfh.com;ccoe@hsfh.com
        James B Angell    on behalf of Defendant Evonne   Eckenroth jangell@hsfh.com,
        jmcinnes@hsfh.com;bdalrymple@hsfh.com;ccoe@hsfh.com
        James B Angell    on behalf of Defendant   Quality Builders, Inc. of Raleigh jangell@hsfh.com,
        jmcinnes@hsfh.com;bdalrymple@hsfh.com;ccoe@hsfh.com
        James B Angell    on behalf of Defendant   2021.Interactive, LLC jangell@hsfh.com,
        jmcinnes@hsfh.com;bdalrymple@hsfh.com;ccoe@hsfh.com
        James B Angell    on behalf of Defendant   Harrah's Operating Company, Inc. jangell@hsfh.com,
        jmcinnes@hsfh.com;bdalrymple@hsfh.com;ccoe@hsfh.com
        James T. Johnson    on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@jtjlaw.com
        Jeffrey E. Oleynik    on behalf of Defendant   Tig Insurance Company of Michigan
        joleynik@brookspierce.com
        Jeffrey E. Oleynik    on behalf of Defendant   Tig Insurance Company joleynik@brookspierce.com
        Jeffrey E. Oleynik    on behalf of Defendant   Tig Specialty Insurance Company
        joleynik@brookspierce.com
        John Mark Stern    on behalf of Creditor   Texas Comptroller of Public Accounts
        john.stern@oag.state.tx.us
        John S. Williford, Jr.    on behalf of Creditor   RBC Centura Bank jwilliford@fieldsandcooper.com
        Kim Sherrie Sawyer    on behalf of Creditor F Lynn Gravley data@tlsgltd.com
        Kim Sherrie Sawyer    on behalf of Creditor Daming   Cao data@tlsgltd.com
        Kim Sherrie Sawyer    on behalf of Creditor Jianying   Kong data@tlsgltd.com
        Kim Sherrie Sawyer    on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com
        Michael L. Geller    on behalf of Creditor Anita   Geller mlgeller@mac.com
        Michael L. Geller    on behalf of Creditor Michael   Geller mlgeller@mac.com
        Neal Fowler    on behalf of Interested Party Scott   Wilkinson USANCE.Bankruptcy@usdoj.gov,
        usance.ecfcivil2@usdoj.gov

```
District/off: 0417-5          User: parker_we          Page 2 of 2                Date Rcvd: Apr 01, 2014
                              Form ID: van126          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Paul T. Flick   on behalf of Defendant   Dmax Imaging Incorporated pflick@jordanprice.com
          Paul T. Flick   on behalf of Defendant   Printing Plus, Inc. pflick@jordanprice.com
          Richard D Sparkman   on behalf of Defendant   Toner Solutions, Inc. rds@sparkmanlaw.com,
           mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
          Susan R. Sherrill-Beard   on behalf of Creditor   U.S. Securities and Exchange Commission
           sherrill-beards@sec.gov,  atlreorg@sec.gov
          Terri L. Gardner   on behalf of Debtor   International Heritage, Inc.
           terri.gardner@nelsonmullins.com,
           joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
          William E. Brewer, Jr.   on behalf of Defendant Edmundo  Colorado dleggett@williambrewer.com,
           thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
          William E. Brewer, Jr.   on behalf of Defendant Tracey  Sabates dleggett@williambrewer.com,
           thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
          William E. Brewer, Jr.   on behalf of Defendant Claude  Savage, Jr. dleggett@williambrewer.com,
           thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
          William E. Brewer, Jr.   on behalf of Defendant Lisa  Colorado dleggett@williambrewer.com,
           thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
          William E. Brewer, Jr.   on behalf of Defendant Claude  Savage dleggett@williambrewer.com,
           thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
          William L. Yaeger   on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com
          William Woodward Webb   on behalf of Defendant Marshall  Reddy woodywebb@ew-law.com
          William Woodward Webb   on behalf of Defendant William  Swinney woodywebb@ew-law.com
                                                                                         TOTAL: 40

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–SWH

DATE FILED: November 25, 1998

CHAPTER: 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $512.20 constituting unclaimed funds is declared due to Wayne Li, 1643 Cambridge St. #66, Cambridge, MA 02138 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: April 1, 2014

Stephani W. Humrickhouse
United States Bankruptcy Judge