United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
    Debtor

Case No. 98-02675-SWH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5　　　User: parker_we　　　Page 1 of 2　　　Date Rcvd: May 30, 2014  
　　　　　　　　　　　　Form ID: van126　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2014.  
cr　　　　+Regina I. Luedke,　　35 Highland Rd., Apt. 6405,　　Bethel Park, PA 15102-1872

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2014　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2014 at the address(es) listed below:  
    Brian J. Dilks　　on behalf of Interested Party　 Dilks & Knopik, LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com  
    David F. Meschan　　on behalf of Defendant Michael　Senio dmeschan@meschanlaw.com, tkelly@meschanlaw.com  
    David F. Meschan　　on behalf of Defendant　 Leapfrog Marketing, Inc. dmeschan@meschanlaw.com, tkelly@meschanlaw.com  
    David W. Boone　　on behalf of Defendant　 Travel Experts, Inc. dboone@ncdoj.gov  
    Douglas Q. Wickham　　on behalf of Defendant　 Egw Personnel Services, Inc. dqwickham@hatchlittlebunn.com  
    Gerald A Jeutter, Jr.　　on behalf of Defendant　 Niagara Frontier Travel Services, Inc. jeb@jeutterlaw.com,　kathy@jeutterlaw.com;plyles@windstream.net  
    Gerald A Jeutter, Jr.　　on behalf of Defendant　 Modern Health Strategies, L.L.C. jeb@jeutterlaw.com,　kathy@jeutterlaw.com;plyles@windstream.net  
    Holmes P Harden　　hharden@williamsmullen.com, jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com;scass@williamsmullen.com  
    Holmes P Harden　　on behalf of Trustee Holmes P Harden hharden@williamsmullen.com, jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com;scass@williamsmullen.com  
    James B Angell　　on behalf of Defendant　 Jewels By Evonne, Inc. jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com  
    James B Angell　　on behalf of Defendant Evonne　Eckenroth jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com  
    James B Angell　　on behalf of Defendant　 Quality Builders, Inc. of Raleigh jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com  
    James B Angell　　on behalf of Defendant　 2021.Interactive, LLC jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com  
    James B Angell　　on behalf of Defendant　 Harrah's Operating Company, Inc. jangell@hsfh.com, jmcinnes@hsfh.com;;bdalrymple@hsfh.com;ccoe@hsfh.com  
    James T. Johnson　　on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@jtjlaw.com  
    Jeffrey E. Oleynik　　on behalf of Defendant　 Tig Insurance Company of Michigan joleynik@brookspierce.com  
    Jeffrey E. Oleynik　　on behalf of Defendant　 Tig Insurance Company joleynik@brookspierce.com  
    Jeffrey E. Oleynik　　on behalf of Defendant　 Tig Specialty Insurance Company joleynik@brookspierce.com  
    John Mark Stern　　on behalf of Creditor　 Texas Comptroller of Public Accounts john.stern@oag.state.tx.us  
    John S. Williford, Jr.　　on behalf of Creditor　 RBC Centura Bank jwilliford@fieldsandcooper.com  
    Kim Sherrie Sawyer　　on behalf of Creditor F Lynn Gravley data@tlsgltd.com  
    Kim Sherrie Sawyer　　on behalf of Creditor Daming　Cao data@tlsgltd.com  
    Kim Sherrie Sawyer　　on behalf of Creditor Jianying　Kong data@tlsgltd.com  
    Kim Sherrie Sawyer　　on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com  
    Michael L. Geller　　on behalf of Creditor Anita　Geller mlgeller@mac.com  
    Michael L. Geller　　on behalf of Creditor Michael　Geller mlgeller@mac.com  
    Neal　Fowler　　on behalf of Interested Party Scott　Wilkinson USANCE.Bankruptcy@usdoj.gov, usance.ecfcivil2@usdoj.gov

```
District/off: 0417-5          User: parker_we            Page 2 of 2                  Date Rcvd: May 30, 2014
                              Form ID: van126            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Paul T. Flick     on behalf of Defendant    Dmax Imaging Incorporated pflick@jordanprice.com
              Paul T. Flick     on behalf of Defendant    Printing Plus, Inc. pflick@jordanprice.com
              Richard D Sparkman    on behalf of Defendant    Toner Solutions, Inc. rds@sparkmanlaw.com,
               mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
              Susan R. Sherrill-Beard    on behalf of Creditor    U.S. Securities and Exchange Commission
               sherrill-beards@sec.gov, atlreorg@sec.gov
              Terri L. Gardner    on behalf of Debtor    International Heritage, Inc.
               terri.gardner@nelsonmullins.com,
               joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
              William E. Brewer, Jr.    on behalf of Defendant Edmundo   Colorado dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
              William E. Brewer, Jr.    on behalf of Defendant Tracey   Sabates dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
              William E. Brewer, Jr.    on behalf of Defendant Claude   Savage, Jr. dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
              William E. Brewer, Jr.    on behalf of Defendant Lisa   Colorado dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
              William E. Brewer, Jr.    on behalf of Defendant Claude   Savage dleggett@williambrewer.com,
               thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
              William L. Yaeger    on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com
              William Woodward Webb    on behalf of Defendant Marshall   Reddy woodywebb@ew-law.com
              William Woodward Webb    on behalf of Defendant William   Swinney woodywebb@ew-law.com
                                                                                              TOTAL: 40
```

VAN–126 Order for Refund of Unclaimed Funds – Rev. 02/14/2014

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–SWH

DATE FILED: November 25, 1998

CHAPTER: 7

### ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $1,702.52 constituting unclaimed funds is declared due to Regina I. Luedke, 35 Highland Rd., Apt. 6405, Bethel Park, PA 15102–1872 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: May 30, 2014

Stephani W. Humrickhouse
United States Bankruptcy Judge