**SO ORDERED.**

**SIGNED this 24 day of July,2014.**

*Stephani W. Humrickhouse*
_____
**Stephani W. Humrickhouse**
**United States Bankruptcy Judge**

_____

```
          UNITED STATES BANKRUPTCY COURT
          EASTERN DISTRICT OF NORTH CAROLINA
                  RALEIGH DIVISION
```

| IN RE: | CASE NO.: |
|---|---|
| International Heritage, Inc. | 98-02675-8-SWH |
| **DEBTOR** | **CHAPTER 7** |

# O R D E R

The matter before the court is the motion to withdraw monies filed by Michael Wade Anglin on May 20, 2014. Mr. Anglin is seeking recovery of $785.37 in unclaimed funds.

The court finds that no unclaimed funds are available for Michael Wade Anglin.

Accordingly, the motion to withdraw monies is denied.

"End of Document"