**SO ORDERED.**

**SIGNED this 4 day of August,2014.**

_____
**Stephani W. Humrickhouse
United States Bankruptcy Judge**

_____

```
            UNITED STATES BANKRUPTCY COURT
           EASTERN DISTRICT OF NORTH CAROLINA
                    RALEIGH DIVISION
```

| | |
|---|---|
| IN RE: | CASE NO.: |
| **INTERNATIONAL HERITAGE, INC.** | 98-02675-5-SWH |
| DEBTOR | CHAPTER 7 |

O R D E R

The matter before the court is the motion to release funds filed by Kai Yu on May 29, 2014. The motion requests the release of funds in the amount of $401.57. The funds available for this creditor are $850.25. Accordingly, the court finds that the amount of $850.25 constituting unclaimed funds is declared due to Kai Yu, 12208 Jonathons Glen Way, Herndon, VA 20170 by reasons stated in the motion filed in this case. Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimant.

"End of Document"