United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                                   Case No. 98-02675-SWH
International Heritage, Inc.                                             Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0417-5          User: parker_we          Page 1 of 2              Date Rcvd: Nov 05, 2014
                              Form ID: van126          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2014.
intp          Mark R. Bentley,    c/o Dilks & Knopik, LLC,    35308 SE Center S.,    Snoqualmie, WA  98065-9216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2014 at the address(es) listed below:
              Brian J. Dilks    on behalf of Interested Party    Dilks & Knopik, LLC cmecf@dkllc.com,
               brian.dilks@dilksknopik.com
              David F. Meschan    on behalf of Defendant Michael   Senio dmeschan@meschanlaw.com,
               tkelly@meschanlaw.com
              David F. Meschan    on behalf of Defendant    Leapfrog Marketing, Inc. dmeschan@meschanlaw.com,
               tkelly@meschanlaw.com
              David W. Boone    on behalf of Defendant    Travel Experts, Inc. dboone@ncdoj.gov
              Douglas Q. Wickham    on behalf of Defendant    Egw Personnel Services, Inc.
               dqwickham@hatchlittlebunn.com
              Gerald A Jeutter, Jr.    on behalf of Defendant    Niagara Frontier Travel Services, Inc.
               jeb@jeutterlaw.com,    kathy@jeutterlaw.com;plyles@windstream.net
              Gerald A Jeutter, Jr.    on behalf of Defendant    Modern Health Strategies, L.L.C.
               jeb@jeutterlaw.com,    kathy@jeutterlaw.com;plyles@windstream.net
              Holmes P Harden     hharden@williamsmullen.com,
               jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com;scass@williamsmullen.com
              Holmes P Harden    on behalf of Trustee Holmes P Harden hharden@williamsmullen.com,
               jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com;scass@williamsmullen.com
              James B Angell    on behalf of Defendant    Jewels By Evonne, Inc. jangell@hsfh.com,
               jmcinnes@hsfh.com;ccoe@hsfh.com;nfournier@hsfh.com
              James B Angell    on behalf of Defendant Evonne   Eckenroth jangell@hsfh.com,
               jmcinnes@hsfh.com;ccoe@hsfh.com;nfournier@hsfh.com
              James B Angell    on behalf of Defendant    Quality Builders, Inc. of Raleigh jangell@hsfh.com,
               jmcinnes@hsfh.com;ccoe@hsfh.com;nfournier@hsfh.com
              James B Angell    on behalf of Defendant    2021.Interactive, LLC jangell@hsfh.com,
               jmcinnes@hsfh.com;ccoe@hsfh.com;nfournier@hsfh.com
              James B Angell    on behalf of Defendant    Harrah's Operating Company, Inc. jangell@hsfh.com,
               jmcinnes@hsfh.com;ccoe@hsfh.com;nfournier@hsfh.com
              James T. Johnson    on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@jtjlaw.com
              Jeffrey E. Oleynik    on behalf of Defendant    Tig Insurance Company of Michigan
               joleynik@brookspierce.com
              Jeffrey E. Oleynik    on behalf of Defendant    Tig Insurance Company joleynik@brookspierce.com
              Jeffrey E. Oleynik    on behalf of Defendant    Tig Specialty Insurance Company
               joleynik@brookspierce.com
              John Mark Stern    on behalf of Creditor    Texas Comptroller of Public Accounts
               john.stern@oag.state.tx.us
              John S. Williford, Jr.    on behalf of Creditor    RBC Centura Bank jwilliford@fieldsandcooper.com
              Kim Sherrie Sawyer    on behalf of Creditor F Lynn Gravley data@tlsgltd.com
              Kim Sherrie Sawyer    on behalf of Creditor Daming   Cao data@tlsgltd.com
              Kim Sherrie Sawyer    on behalf of Creditor Jianying   Kong data@tlsgltd.com
              Kim Sherrie Sawyer    on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com
              Michael L. Geller    on behalf of Creditor Anita   Geller mlgeller@mac.com
              Michael L. Geller    on behalf of Creditor Michael   Geller mlgeller@mac.com
              Neal  Fowler    on behalf of Interested Party Scott   Wilkinson USANCE.Bankruptcy@usdoj.gov,
               usance.ecfcivil2@usdoj.gov
              Paul T. Flick    on behalf of Defendant    Dmax Imaging Incorporated pflick@jordanprice.com
              Paul T. Flick    on behalf of Defendant    Printing Plus, Inc. pflick@jordanprice.com

```
District/off: 0417-5           User: parker_we            Page 2 of 2                   Date Rcvd: Nov 05, 2014
                               Form ID: van126            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Richard D Sparkman    on behalf of Defendant    Toner Solutions, Inc. rds@sparkmanlaw.com,
           mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
          Susan R. Sherrill-Beard    on behalf of Creditor    U.S. Securities and Exchange Commission
           sherrill-beards@sec.gov,    atlreorg@sec.gov
          Terri L. Gardner    on behalf of Debtor    International Heritage, Inc.
           terri.gardner@nelsonmullins.com,
           joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
          William E. Brewer, Jr.    on behalf of Defendant Edmundo   Colorado dleggett@williambrewer.com,
           thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
          William E. Brewer, Jr.    on behalf of Defendant Tracey   Sabates dleggett@williambrewer.com,
           thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
          William E. Brewer, Jr.    on behalf of Defendant Claude   Savage, Jr. dleggett@williambrewer.com,
           thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
          William E. Brewer, Jr.    on behalf of Defendant Lisa   Colorado dleggett@williambrewer.com,
           thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
          William E. Brewer, Jr.    on behalf of Defendant Claude   Savage dleggett@williambrewer.com,
           thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
          William L. Yaeger    on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com
          William Woodward Webb    on behalf of Defendant Marshall   Reddy woodywebb@ew-law.com
          William Woodward Webb    on behalf of Defendant William   Swinney woodywebb@ew-law.com

                                                                                 TOTAL: 40

VAN–126 Order for Refund of Unclaimed Funds – Rev. 02/14/2014

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:  
International Heritage, Inc.  
 ( debtor has no known aliases )  
C/O TERRI L. GARDNER  
POST OFFICE DRAWER 1389  
RALEIGH, NC 27602  

CASE NO.: 98–02675–5–SWH  
DATE FILED: November 25, 1998  
CHAPTER: 7  

TaxID: 56–1921093

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $682.21 constituting unclaimed funds is declared due to Mark R. Bentley c/o Dilks & Knopik, LLC, 35308 SE Center St., Snoqualmie, WA 98065–9216 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: November 5, 2014

*/s/ Stephani H. Humrickhouse*

Stephani W. Humrickhouse  
United States Bankruptcy Judge