United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
    Debtor

Case No. 98-02675-SWH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5     User: parker_we     Page 1 of 2     Date Rcvd: Feb 04, 2015  
                     Form ID: van126    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2015.  
cr           +Danny K Pringle,   3510 Loulu Place,   Diamondhead, MS 39525-3129  
intp        +Dilks & Knopik, LLC,   Post Office Box 2728,   Issaquah, WA 98027-0125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2015                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2015 at the address(es) listed below:

      Brian J. Dilks   on behalf of Interested Party    Dilks & Knopik, LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com  
      David F. Meschan   on behalf of Defendant Michael  Senio dmeschan@meschanlaw.com, tkelly@meschanlaw.com  
      David F. Meschan   on behalf of Defendant    Leapfrog Marketing, Inc. dmeschan@meschanlaw.com, tkelly@meschanlaw.com  
      David W. Boone   on behalf of Defendant    Travel Experts, Inc. dboone@ncdoj.gov  
      Douglas Q. Wickham   on behalf of Defendant    Egw Personnel Services, Inc. dqwickham@hatchlittlebunn.com  
      Gerald A Jeutter, Jr.   on behalf of Defendant    Niagara Frontier Travel Services, Inc. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net  
      Gerald A Jeutter, Jr.   on behalf of Defendant    Modern Health Strategies, L.L.C. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net  
      Holmes P Harden    hharden@williamsmullen.com, jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com;scass@williamsmullen.com  
      Holmes P Harden   on behalf of Trustee Holmes P Harden hharden@williamsmullen.com, jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com;scass@williamsmullen.com  
      James B Angell   on behalf of Defendant    Jewels By Evonne, Inc. jangell@hsfh.com, jmcinnes@hsfh.com;ccoe@hsfh.com;nfournier@hsfh.com  
      James B Angell   on behalf of Defendant Evonne  Eckenroth jangell@hsfh.com, jmcinnes@hsfh.com;ccoe@hsfh.com;nfournier@hsfh.com  
      James B Angell   on behalf of Defendant    Quality Builders, Inc. of Raleigh jangell@hsfh.com, jmcinnes@hsfh.com;ccoe@hsfh.com;nfournier@hsfh.com  
      James B Angell   on behalf of Defendant    2021.Interactive, LLC jangell@hsfh.com, jmcinnes@hsfh.com;ccoe@hsfh.com;nfournier@hsfh.com  
      James B Angell   on behalf of Defendant    Harrah's Operating Company, Inc. jangell@hsfh.com, jmcinnes@hsfh.com;ccoe@hsfh.com;nfournier@hsfh.com  
      James T. Johnson   on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@jtjlaw.com  
      Jeffrey E. Oleynik   on behalf of Defendant    Tig Insurance Company of Michigan joleynik@brookspierce.com  
      Jeffrey E. Oleynik   on behalf of Defendant    Tig Insurance Company joleynik@brookspierce.com  
      Jeffrey E. Oleynik   on behalf of Defendant    Tig Specialty Insurance Company joleynik@brookspierce.com  
      John Mark Stern   on behalf of Creditor    Texas Comptroller of Public Accounts john.stern@oag.state.tx.us  
      John S. Williford, Jr.   on behalf of Creditor    RBC Centura Bank jwilliford@fieldsandcooper.com  
      Kim Sherrie Sawyer   on behalf of Creditor F Lynn Gravley data@tlsgltd.com  
      Kim Sherrie Sawyer   on behalf of Creditor Daming  Cao data@tlsgltd.com  
      Kim Sherrie Sawyer   on behalf of Creditor Jianying  Kong data@tlsgltd.com  
      Kim Sherrie Sawyer   on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com  
      Michael L. Geller   on behalf of Creditor Anita  Geller mlgeller@mac.com  
      Michael L. Geller   on behalf of Creditor Michael  Geller mlgeller@mac.com

```
District/off: 0417-5           User: parker_we              Page 2 of 2                   Date Rcvd: Feb 04, 2015
                               Form ID: van126              Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Neal   Fowler    on behalf of Interested Party Scott   Wilkinson USANCE.Bankruptcy@usdoj.gov, usance.ecfcivil2@usdoj.gov
        Paul T. Flick    on behalf of Defendant    Dmax Imaging Incorporated pflick@jordanprice.com
        Paul T. Flick    on behalf of Defendant    Printing Plus, Inc. pflick@jordanprice.com
        Richard D Sparkman    on behalf of Defendant    Toner Solutions, Inc. rds@sparkmanlaw.com, mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
        Susan R. Sherrill-Beard    on behalf of Creditor    U.S. Securities and Exchange Commission sherrill-beards@sec.gov,  atlreorg@sec.gov
        Terri L. Gardner    on behalf of Debtor    International Heritage, Inc. terri.gardner@nelsonmullins.com, joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
        William E. Brewer, Jr.    on behalf of Defendant Edmundo   Colorado dleggett@williambrewer.com, thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
        William E. Brewer, Jr.    on behalf of Defendant Tracey   Sabates dleggett@williambrewer.com, thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
        William E. Brewer, Jr.    on behalf of Defendant Claude   Savage, Jr. dleggett@williambrewer.com, thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
        William E. Brewer, Jr.    on behalf of Defendant Lisa   Colorado dleggett@williambrewer.com, thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
        William E. Brewer, Jr.    on behalf of Defendant Claude   Savage dleggett@williambrewer.com, thebrewerlawfirm@gmail.com;cbrewer@williambrewer.com;kjordan@williambrewer.com
        William L. Yaeger    on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com
        William Woodward Webb    on behalf of Defendant Marshall   Reddy woodywebb@ew-law.com
        William Woodward Webb    on behalf of Defendant William   Swinney woodywebb@ew-law.com

                                                                               TOTAL: 40

VAN–126 Order for Refund of Unclaimed Funds – Rev. 01/27/2015

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
 ( debtor has no known aliases )

C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–SWH

DATE FILED: November 25, 1998

CHAPTER: 7

### ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $459.29 constituting unclaimed funds is declared due to Danny K. Pringle, c/o Dilks & Knopik, LLC, 35308 SE Center St., Snoqualmie, WA 98065–9216 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: February 4, 2015

Stephani W. Humrickhouse
United States Bankruptcy Judge