UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO: |
| INTERNATIONAL HERITAGE INC. | 98-02675-8-SWH |
| DEBTOR. | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

    HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

  1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as shown on the attached Exhibit A.

  2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

  WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED: June 3, 2015

/s/ Holmes P. Harden
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Box 1000
RALEIGH, NC 27602-1000
Telephone: (919) 981-4000
Facsimile: (919) 981-4300

27548414_1

IHI Unclaimed Dividends 6-2-15                                    EXHIBIT A

| Claim No. | Claimant and Last Known Address | Amount |
|---|---|---|
| 13759 | ANNE R. FACENDO<br>634 RIVER RD.<br>FAIR HAVEN, NJ 7704 | 7.75 |
| 10280 | BETTY M. HESKETH<br>7566 15TH LANE<br>VERO BEACH, FL 32966 | 8.73 |
| 12367 | BEVERLY A. CHILTON<br>1585 WESTCHESTER LN.<br>MOBILE, AL 36695 | 5.08 |
| 6473 | BRANDON K. CABLE<br>3600 VISTA DEL SUR ST., NW<br>ALBUEQUERQUE, NM 87120 | 5.69 |
| 2377 | CARL W. LUCERO<br>12259 WATERBROOK DR.<br>RANCHO CUCAONGA, CA. 91739 | 6.50 |
| 13533 | CHUN P. DI<br>324 3RD AVENUE<br>SAN FRANCISCO, CA 94118 | 5.21 |
| 14130 | DAN TU<br>9502 ASH GROVE COVE<br>GERMANTOWN, TN 38139 | 5.16 |
| 1032 | DEBORAH D. CARR<br>4010 CALLE SONORA APT. 1F<br>LAGUNA WOODS, CA 92637 | 5.54 |
| 12522 | DEE A. BROTHERS<br>16 WINDING CREEK TR.<br>GARLAND, TX 75043 | 12.89 |
| 5708 | DELLA J. NORRIS<br>150 NORRIS LANE<br>ALABASTER, AL 35007 | 5.38 |
| 3373 | FELICIA D. WALDON<br>221 MARBLE SPRINGS RD.<br>LILBURN, GA 30047-8049 | 7.31 |
| 7647 | FELISA R. TURNER<br>925 WEST BASELINE RD. #105-K8<br>TEMPE, AZ 85283 | 7.70 |
| 13213 | GARY RASER<br>117 RED SKY COURT<br>LAKE MARY, FL 32746 | 12.89 |
| 13826 | GEORGE JR. A. OLIVER<br>P.O. BOX 407<br>JACKPOT, NV 89825 | 5.08 |
| 13941 | GREGG R. GROSRENAUD<br>6440 W. TURQUOISE AVE.<br>GLENDALE, AZ 85302 | 5.97 |

| | | |
|---|---|---|
| 2222 | HARRIET L. EDWARDS<br>150 CHRIS DR., APT 110<br>ENGLEWOOD, OH 45322 | 6.89 |
| 6577 | INFINITY MARKETING<br>8000 HWY 20 WEST STE. #D102-<br>MADISON, AL 35758 | 5.08 |
| 4657 | IVY K. HATCHER<br>279 MELROSE LANE<br>DOTHAN, AL 36303 | 5.64 |
| 1895 | JAMES B. LARUE<br>1301 BRICKLEY RD.<br>EUGENE, OR 97401 | 8.73 |
| 2846 | JAMES M DOIDGE<br>2620 ORLEANS ST.<br>BELLINGHAM, WA 98226 | 6.16 |
| 14145 | JAMIE L. LACHER<br>2684 E. BRIERFIELD DRIVE<br>EAGLE, ID 83616 | 6.94 |
| 1502 | JANA L. KALUSHA<br>11215 W 109 STREET<br>OVERLAND PARK, KS 66210 | 5.08 |
| 593 | JANICE R. HUFF<br>PO BOX 624<br>WILLIAMSON, GA 30292-0624 | 7.62 |
| 14984 | JEFFREY L. HOOKS<br>16516 PLANTATION WOODS DRIVE<br>CHARLOTTE, NC 28278 | 12.89 |
| 4282 | JENNIFER DOHERTY<br>827 GENFORD CT.<br>RALEIGH, NC 27609 | 7.93 |
| 13774 | JIONG TANG<br>4412 PEARL COURT<br>PLANO, TX 75024 | 5.08 |
| 14738 | JOE NELSON<br>19101 NW COLLINS RD<br>HILLSBORO, OR 97124 | 6.27 |
| 12521 | JOHN D. BROTHERS<br>16 WINDING CREEK TRAIL<br>GARLAND, TX 75043 | 11.99 |
| 15000 | JOHN L. MARTINEC<br>P. O. BOX 890207<br>HOUSTON, TX 77289-0207 | 6.81 |
| 9321 | JON W. NELSON<br>1550 NW VIEWMONT DRIVE<br>DUNDEE, OR 97115-9540 | 7.50 |

| | | |
|---|---|---:|
| 3864 | JOSEPH A. NICOSLA<br>2502 FAIRMONT CT.<br>GRAND PRAIRIE, TX 75052 | 5.96 |
| 3165 | JOYCE A. MATHER<br>1725 W. LA CADENA DR.<br>RIVERSIDE, CA 92501 | 5.14 |
| 2505 | JULIE M. LUCE<br>32221 11TH PLACE S.W.<br>FEDERAL WAY, WA 98023 | 5.08 |
| 488 | JUN FANG LI<br>61-34 220 ST. 1ST FLR.<br>BAYSIDE, NY 11364 | 8.51 |
| 534 | KATHRYN A CALLAHAN<br>1617 ROANOKE DRIVE<br>WARRENSBURG, MO 64093 | 5.40 |
| 8869 | KATHRYN KAY HERMAN<br>4013 THETFORD RD<br>DURHAM, NC 27707 | 5.15 |
| 3626 | KATRINA L CHEVALIER<br>P. O. Box 137133<br>Lake Worth, TX 76136 | 7.25 |
| 14997 | KEVIN D. JONES<br>2212 MILLPINE DR<br>RALEIGH, NC 27614 | 12.89 |
| 5075 | KULVENDER K. THOOR<br>6611 142A STREET<br>SURREY, BC V3W 1C8<br>CANADA | 7.20 |
| 9675 | LEE HAKE<br>8700 E. 87TH STREET<br>KANSAS CITY, MO 64138 | 7.91 |
| 4543 | LESLIE MAGNESS<br>125 DAVIDSON CIRCLE<br>EDGEMONT, AR 72044-9609 | 7.77 |
| 4200 | LEZLIE SNOOZY-KAITFORS<br>HC 4 BOX 16<br>RALPH, SD 57650 | 7.01 |
| 8803 | LINDA AND JERRY MCKAMIE<br>PO BOX 4710<br>CORPUS CHRISTI, TX 78469 | 7.11 |
| 10863 | LINDA C. DURHAM RASK<br>205 N MERRIAM<br>MILES CITY, MT 59301 | 10.91 |
| 6569 | LOLITA L. TRAHAN<br>32 SWEEETBRIAR DRIVE<br>FREDERICKSBURG, VA 22405 | 5.52 |

| | | |
|---|---|---:|
| 10309 | LON K. LEMASTER<br>3106 ASTOR CT.<br>SUGAR LAND, TX 77478 | 8.28 |
| 12621 | MARK LANE<br>127 NEW BERN PLACE #505<br>RALEIGH, NC 27601 | 7.78 |
| 7794 | MARTHA M. BROWN SEWELL<br>5200 KELLER SPRINGS RD APT 1434<br>DALLAS, TX 75248-2755 | 8.73 |
| 9687 | MAUREEN UPHILL<br>#1202 - 811 HELMEKEN STREET<br>VANCOUVER, BC V6Z 1B1<br>FOREIGN, FN 99999 | 8.04 |
| 15681 | MICHEAL F. DECKER<br>5611 SPLIT OAK WAY<br>RALEIGH, NC 27609 | 7.39 |
| 9665 | NANCY E. KITE<br>34103 SOUTH STATE RT 0<br>DREXEL, MO 64742 | 5.97 |
| 12646 | NORMA J. BAKER<br>311-C BARGATE DRIVE<br>CARY, NC 27511 | 6.92 |
| 8702 | PAUL A. STONNER JR.<br>664 ALBION PLACE<br>WESTERVILLE, OH 43082 | 5.02 |
| 7884 | PEGGY A. DEDOLPH<br>13458 N.E. 148TH STREET<br>WOODINVILLE, WA 98072 | 5.97 |
| 3468 | RANDAL D. TOLF<br>1012 BURLINGTON HEIGHTS DRIVE<br>BURLINGTON, WA 98233-1489 | 8.73 |
| 8534 | REGINA I. LUEDKE<br>205 W FREMONT AVE<br>SELAH, WA 98942 | 5.06 |
| 5074 | RICHARD T. CICHA<br>5412 NEW REBEL CT.<br>YOUNGSVILLE, NC 27596 | 7.78 |
| 2032 | ROBERT [BRAD] ROGERS<br>34706 SEAVEY LOOP ROAD<br>EUGENE, OR 97405 | 5.87 |
| 14252 | ROBERT B. CHAMBERLAIN<br>6540 S.E. 142 AVE.<br>PORTLAND, OR 97236 | 8.21 |
| 5951 | RODERICK K. ADAMS<br>P. O. BOX 1774<br>LITHONIA, GA 30058-1027 | 5.75 |

| | | |
|---|---|---:|
| 7333 | ROY W. PATE<br>105 31ST AVENUE NORTHEAST<br>MOULTRIE, GA 31776 | 7.59 |
| 5603 | SAISRI LO<br>377 W WOODRUFF AVE<br>ARCADIA, CA 91007 | 6.60 |
| 13522 | SAMUEL TOOLEY<br>3049 SCENIC DRIVE SE<br>AUBURN, WA 98092-6410 | 8.73 |
| 6795 | SHANNON K. ZEKO<br>116 NORWOOD ST<br>FUQUAY-VARINA, NC 27526 | 5.17 |
| 9933 | SHARON K. GILL<br>1005 GENE ROSE STREET<br>SYLACAUGA, AL 35151 | 5.95 |
| 14759 | SHEILA S. DEFATTA<br>11835 MEADOWVIEW DRIVE<br>CYPRESS, TX 77429 | 7.28 |
| 4354 | SONYA CHIPPING<br>3728 BRINKLEY DRIVE<br>RALEIGH, NC 27604 | 7.94 |
| 3551 | TRISTA PALMER<br>6300-138 CREEDMOOR ROAD #211<br>RALEIGH, NC 27612 | 5.07 |
| 191 | TROY A. WRIGHT<br>4609 RIMROCK TRAIL<br>AUSTIN, TX 78723 | 6.19 |
| 7448 | WANDA L. CULVER<br>5119 INLET DR.<br>WICHITA FALL, TX 76310 | 7.01 |
| 11050 | WILLIAM A. CLARK<br>6714 SAHARA DR.<br>CORPUS CHRISTI, TX 78412 | 8.73 |
| 10499 | WILLIAM J. LANE<br>21 HUBBARD AVE.<br>RED BANK, NJ 7701 | 8.73 |
| | | 516.79 |