UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO: |
| INTERNATIONAL HERITAGE INC. | 98-02675-8-SWH |
| DEBTOR. | CHAPTER 7 |

TRUSTEE'S FINAL ACCOUNT AND REQUEST FOR FINAL DECREE

The undersigned trustee respectfully reports and represents:

That all assets of the debtors have been reduced to cash or abandoned. Disbursements have been made in accordance with the Trustee's Final Report and Proposed Distribution and the trustee's estate checking account is now at zero. A copy of the final bank statement of the estate, reflecting a zero balance has been forwarded to the Bankruptcy Administrator.

The trustee certifies that this estate has been fully administered in accordance with the requirements of Bankruptcy Rule 5009.

WHEREFORE, pursuant to FRBP 5009, the trustee requests that the Court order the case closed, the Final Decree be entered and discharge the trustee of any further duties.

Date: July 29, 2015

/s/Holmes P. Harden, Trustee

cc: Marjorie K. Lynch
Bankruptcy Administrator
Lesley_cavenaugh@nceba.uscourts.gov
karen_cook@nceba.uscourts.gov

28649878_1