VAN–065 Certificate of Mailing – Rev. 03/30/2015

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
**Raleigh Division**

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–SWH

DATE FILED: November 25, 1998

CHAPTER: 7

CERTIFICATE OF MAILING

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that a copy of the referenced document was mailed in a postage prepaid envelope addressed to the following at their respective addresses, by placing said envelope in the regular mail on this date.

- International Heritage, Inc.
  C/O TERRI L. GARDNER
  POST OFFICE DRAWER 1389
  RALEIGH, NC 27602

- 

- Terri L. Gardner
  Nelson Mullins Riley & Scarborough, LLP
  4140 Parklake Avenue, Suite 200
  Raleigh, NC 27612

- Holmes P Harden
  Williams Mullen
  A Professional Corporation
  P. O. Drawer 1000
  Raleigh, NC 27602

Laurel Beck Trawick
405 6th Avenue
Thomaston, GA 30286

DATED: July 30, 2015

Wendy Parker
Deputy Clerk