**SO ORDERED.**

**SIGNED this 20 day of August, 2015.**

*Stephani W. Humrickhouse*
**Stephani W. Humrickhouse**
**United States Bankruptcy Judge**

_____

```
              UNITED STATES BANKRUPTCY COURT
              EASTERN DISTRICT OF NORTH CAROLINA
                      RALEIGH DIVISION
```

| IN RE: | CASE NO.: |
|---|---|
| International Heritage, Inc. | 98-02675-8-SWH |
| **DEBTOR** | **CHAPTER 7** |

### O R D E R

The matter before the court is the motion to release funds in the amount of $643.47 filed by Laurel G. Beck Trawick on June 8, 2015. The motion failed to include a W-9 Form as required by Local Rules of Bankruptcy Procedure. A deficiency was issued to Ms. Trawick on July 30, 2015.

The court finds that Laurel G. Beck Trawick has failed to correct the deficiency.

Accordingly, the motion to release funds is denied.

"End of Document"