United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
    Debtor

Case No. 98-02675-SWH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5      User: payne_li     Page 1 of 2     Date Rcvd: Aug 20, 2015  
                        Form ID: pdf014     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2015.  
cr         Laurel G. Beck Trawick,    405 6th Ave.,    Thomaston, GA 30286-3036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2015 at the address(es) listed below:

       Brian J. Dilks    on behalf of Interested Party    Dilks & Knopik, LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com  
       David F. Meschan    on behalf of Defendant Michael   Senio dmeschan@meschanlaw.com, tkelly@meschanlaw.com  
       David F. Meschan    on behalf of Defendant    Leapfrog Marketing, Inc. dmeschan@meschanlaw.com, tkelly@meschanlaw.com  
       David W. Boone    on behalf of Defendant    Travel Experts, Inc. dboone@ncdoj.gov  
       Douglas Q. Wickham    on behalf of Defendant    Egw Personnel Services, Inc. dqwickham@hatchlittlebunn.com  
       Gerald A Jeutter, Jr.    on behalf of Defendant    Niagara Frontier Travel Services, Inc. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net  
       Gerald A Jeutter, Jr.    on behalf of Defendant    Modern Health Strategies, L.L.C. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net  
       Holmes P Harden    hharden@williamsmullen.com, jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com;scass@williamsmullen.com  
       Holmes P Harden    on behalf of Trustee Holmes P Harden hharden@williamsmullen.com, jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com;scass@williamsmullen.com  
       James B Angell    on behalf of Defendant    Jewels By Evonne, Inc. jangell@hsfh.com, jmcinnes@hsfh.com;ccoe@hsfh.com;mmurdock@hsfh.com  
       James B Angell    on behalf of Defendant Evonne   Eckenroth jangell@hsfh.com, jmcinnes@hsfh.com;ccoe@hsfh.com;mmurdock@hsfh.com  
       James B Angell    on behalf of Defendant    Quality Builders, Inc. of Raleigh jangell@hsfh.com, jmcinnes@hsfh.com;ccoe@hsfh.com;mmurdock@hsfh.com  
       James B Angell    on behalf of Defendant    2021.Interactive, LLC jangell@hsfh.com, jmcinnes@hsfh.com;ccoe@hsfh.com;mmurdock@hsfh.com  
       James B Angell    on behalf of Defendant    Harrah's Operating Company, Inc. jangell@hsfh.com, jmcinnes@hsfh.com;ccoe@hsfh.com;mmurdock@hsfh.com  
       James T. Johnson    on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@jtjlaw.com  
       Jeffrey E. Oleynik    on behalf of Defendant    Tig Insurance Company of Michigan joleynik@brookspierce.com  
       Jeffrey E. Oleynik    on behalf of Defendant    Tig Insurance Company joleynik@brookspierce.com  
       Jeffrey E. Oleynik    on behalf of Defendant    Tig Specialty Insurance Company joleynik@brookspierce.com  
       John Mark Stern    on behalf of Creditor    Texas Comptroller of Public Accounts john.stern@oag.state.tx.us  
       John S. Williford, Jr.    on behalf of Creditor    RBC Centura Bank jwilliford@fieldsandcooper.com  
       Kim Sherrie Sawyer    on behalf of Creditor F Lynn Gravley data@tlsgltd.com  
       Kim Sherrie Sawyer    on behalf of Creditor Daming   Cao data@tlsgltd.com  
       Kim Sherrie Sawyer    on behalf of Creditor Jianying   Kong data@tlsgltd.com  
       Kim Sherrie Sawyer    on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com  
       Michael L. Geller    on behalf of Creditor Anita   Geller mlgeller@mac.com  
       Michael L. Geller    on behalf of Creditor Michael   Geller mlgeller@mac.com  
       Neal Fowler    on behalf of Interested Party Scott   Wilkinson USANCE.Bankruptcy@usdoj.gov, usance.ecfcivil2@usdoj.gov  
       Paul T. Flick    on behalf of Defendant    Dmax Imaging Incorporated pflick@jordanprice.com  
       Paul T. Flick    on behalf of Defendant    Printing Plus, Inc. pflick@jordanprice.com

```
District/off: 0417-5          User: payne_li              Page 2 of 2                  Date Rcvd: Aug 20, 2015
                              Form ID: pdf014             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Richard D Sparkman    on behalf of Defendant    Toner Solutions, Inc. rds@sparkmanlaw.com,
           mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
          Susan R. Sherrill-Beard    on behalf of Creditor    U.S. Securities and Exchange Commission
           sherrill-beards@sec.gov,    atlreorg@sec.gov
          Terri L. Gardner    on behalf of Debtor    International Heritage, Inc.
           terri.gardner@nelsonmullins.com,
           joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
          William E. Brewer, Jr.    on behalf of Defendant Edmundo  Colorado dleggett@williambrewer.com,
           thebrewerlawfirm@gmail.com;kjordan@williambrewer.com
          William E. Brewer, Jr.    on behalf of Defendant Tracey   Sabates dleggett@williambrewer.com,
           thebrewerlawfirm@gmail.com;kjordan@williambrewer.com
          William E. Brewer, Jr.    on behalf of Defendant Claude   Savage, Jr. dleggett@williambrewer.com,
           thebrewerlawfirm@gmail.com;kjordan@williambrewer.com
          William E. Brewer, Jr.    on behalf of Defendant Lisa  Colorado dleggett@williambrewer.com,
           thebrewerlawfirm@gmail.com;kjordan@williambrewer.com
          William E. Brewer, Jr.    on behalf of Defendant Claude   Savage dleggett@williambrewer.com,
           thebrewerlawfirm@gmail.com;kjordan@williambrewer.com
          William L. Yaeger    on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com
          William Woodward Webb    on behalf of Defendant Marshall   Reddy woodywebb@ew-law.com
          William Woodward Webb    on behalf of Defendant William   Swinney woodywebb@ew-law.com
                                                                           TOTAL: 40

**SO ORDERED.**

**SIGNED this 20 day of August, 2015.**

**Stephani W. Humrickhouse**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                              CASE NO.:

International Heritage, Inc.                       98-02675-8-SWH

      **DEBTOR**                                             **CHAPTER 7**

O R D E R

      The matter before the court is the motion to release funds in the amount of $643.47 filed by Laurel G. Beck Trawick on June 8, 2015. The motion failed to include a W-9 Form as required by Local Rules of Bankruptcy Procedure. A deficiency was issued to Ms. Trawick on July 30, 2015.

      The court finds that Laurel G. Beck Trawick has failed to correct the deficiency.

      Accordingly, the motion to release funds is denied.

"End of Document"