VAN–107 Deficiency Notice – Rev. 03/30/2015

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

CASE NO.: 98–02675–5–SWH

IN RE:

DATE FILED: November 25, 1998

CHAPTER: 7

International Heritage, Inc.
 ( debtor has no known aliases )
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

Debtor represented by:
Terri L. Gardner
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612

TaxID: 56–1921093

Trustee:
Holmes P Harden
Williams Mullen
A Professional Corporation
P. O. Drawer 1000
Raleigh, NC 27602

## DEFICIENCY NOTICE

To: Rahnisha Truville Boone

Re: Motion to Release Funds in the Amount of $ 628.96 filed by Rahnisha Boone

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **October 8, 2015** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

A W–9 form was not included with the motion to release unclaimed funds. The form may be found on our website under Court Info>Unclaimed Funds. Upon receipt, the court will consider your motion.

DATED: September 24, 2015

Wendy Parker
Deputy Clerk