United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                                 Case No. 98-02675-SWH
International Heritage, Inc.                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0417-5          User: parker_we           Page 1 of 2              Date Rcvd: Sep 24, 2015
                              Form ID: van107           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2015.
cr              +Rahnisha Boone,    8124 Eagle Point Tr,   Arlington, TX 76002-3751

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2015 at the address(es) listed below:
              Brian J. Dilks    on behalf of Interested Party   Dilks & Knopik, LLC cmecf@dkllc.com,
               brian.dilks@dilksknopik.com
              David F. Meschan    on behalf of Defendant Michael  Senio dmeschan@meschanlaw.com,
               tkelly@meschanlaw.com
              David F. Meschan    on behalf of Defendant   Leapfrog Marketing, Inc. dmeschan@meschanlaw.com,
               tkelly@meschanlaw.com
              David W. Boone    on behalf of Defendant   Travel Experts, Inc. dboone@ncdoj.gov
              Douglas Q. Wickham    on behalf of Defendant   Egw Personnel Services, Inc.
               dqwickham@hatchlittlebunn.com
              Gerald A Jeutter, Jr.    on behalf of Defendant   Niagara Frontier Travel Services, Inc.
               jeb@jeutterlaw.com,    kathy@jeutterlaw.com;plyles@windstream.net
              Gerald A Jeutter, Jr.    on behalf of Defendant   Modern Health Strategies, L.L.C.
               jeb@jeutterlaw.com,    kathy@jeutterlaw.com;plyles@windstream.net
              Holmes P Harden    hharden@williamsmullen.com,
               jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com;scass@williamsmullen.com
              Holmes P Harden    on behalf of Trustee Holmes P Harden hharden@williamsmullen.com,
               jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com;scass@williamsmullen.com
              James B Angell    on behalf of Defendant   Jewels By Evonne, Inc. jangell@hsfh.com,
               jmcinnes@hsfh.com;ccoe@hsfh.com;mmurdock@hsfh.com
              James B Angell    on behalf of Defendant Evonne  Eckenroth jangell@hsfh.com,
               jmcinnes@hsfh.com;ccoe@hsfh.com;mmurdock@hsfh.com
              James B Angell    on behalf of Defendant   Quality Builders, Inc. of Raleigh jangell@hsfh.com,
               jmcinnes@hsfh.com;ccoe@hsfh.com;mmurdock@hsfh.com
              James B Angell    on behalf of Defendant   2021.Interactive, LLC jangell@hsfh.com,
               jmcinnes@hsfh.com;ccoe@hsfh.com;mmurdock@hsfh.com
              James B Angell    on behalf of Defendant   Harrah's Operating Company, Inc. jangell@hsfh.com,
               jmcinnes@hsfh.com;ccoe@hsfh.com;mmurdock@hsfh.com
              James T. Johnson    on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@jtjlaw.com
              Jeffrey E. Oleynik    on behalf of Defendant   Tig Insurance Company of Michigan
               joleynik@brookspierce.com
              Jeffrey E. Oleynik    on behalf of Defendant   Tig Insurance Company joleynik@brookspierce.com
              Jeffrey E. Oleynik    on behalf of Defendant   Tig Specialty Insurance Company
               joleynik@brookspierce.com
              John Mark Stern    on behalf of Creditor   Texas Comptroller of Public Accounts
               john.stern@oag.state.tx.us
              John S. Williford, Jr.    on behalf of Creditor   RBC Centura Bank jwilliford@fieldsandcooper.com
              Kim Sherrie Sawyer    on behalf of Creditor F Lynn Gravley data@tlsgltd.com
              Kim Sherrie Sawyer    on behalf of Creditor Daming  Cao data@tlsgltd.com
              Kim Sherrie Sawyer    on behalf of Creditor Jianying  Kong data@tlsgltd.com
              Kim Sherrie Sawyer    on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com
              Michael L. Geller    on behalf of Creditor Anita  Geller mlgeller@mac.com
              Michael L. Geller    on behalf of Creditor Michael  Geller mlgeller@mac.com
              Neal  Fowler    on behalf of Interested Party Scott  Wilkinson USANCE.Bankruptcy@usdoj.gov,
               usance.ecfcivil2@usdoj.gov

```
District/off: 0417-5          User: parker_we             Page 2 of 2                  Date Rcvd: Sep 24, 2015
                              Form ID: van107             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Paul T. Flick    on behalf of Defendant    Dmax Imaging Incorporated pflick@jordanprice.com
          Paul T. Flick    on behalf of Defendant    Printing Plus, Inc. pflick@jordanprice.com
          Richard D Sparkman    on behalf of Defendant    Toner Solutions, Inc. rds@sparkmanlaw.com, mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
          Susan R. Sherrill-Beard    on behalf of Creditor    U.S. Securities and Exchange Commission sherrill-beards@sec.gov, atlreorg@sec.gov
          Terri L. Gardner    on behalf of Debtor    International Heritage, Inc. terri.gardner@nelsonmullins.com, joe.lischwe@nelsonmullins.com;karie.rankine@nelsonmullins.com;carlye.abitbol@nelsonmullins.com
          William E. Brewer, Jr.    on behalf of Defendant Edmundo  Colorado dleggett@williambrewer.com, thebrewerlawfirm@gmail.com;kjordan@williambrewer.com
          William E. Brewer, Jr.    on behalf of Defendant Tracey  Sabates dleggett@williambrewer.com, thebrewerlawfirm@gmail.com;kjordan@williambrewer.com
          William E. Brewer, Jr.    on behalf of Defendant Claude  Savage, Jr. dleggett@williambrewer.com, thebrewerlawfirm@gmail.com;kjordan@williambrewer.com
          William E. Brewer, Jr.    on behalf of Defendant Lisa  Colorado dleggett@williambrewer.com, thebrewerlawfirm@gmail.com;kjordan@williambrewer.com
          William E. Brewer, Jr.    on behalf of Defendant Claude  Savage dleggett@williambrewer.com, thebrewerlawfirm@gmail.com;kjordan@williambrewer.com
          William L. Yaeger    on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com
          William Woodward Webb    on behalf of Defendant Marshall  Reddy woodywebb@ew-law.com
          William Woodward Webb    on behalf of Defendant William  Swinney woodywebb@ew-law.com
                                                                                                    TOTAL: 40

VAN–107 Deficiency Notice – Rev. 03/30/2015

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

|  |  |
|---|---|
|  | CASE NO.: 98–02675–5–SWH |
| IN RE: | DATE FILED: November 25, 1998 |
|  | CHAPTER: 7 |

| | |
|---|---|
| International Heritage, Inc.<br>( debtor has no known aliases )<br>C/O TERRI L. GARDNER<br>POST OFFICE DRAWER 1389<br>RALEIGH, NC 27602 | Debtor represented by:<br>Terri L. Gardner<br>Nelson Mullins Riley & Scarborough, LLP<br>4140 Parklake Avenue, Suite 200<br>Raleigh, NC 27612 |

TaxID: 56–1921093

Trustee:
Holmes P Harden
Williams Mullen
A Professional Corporation
P. O. Drawer 1000
Raleigh, NC 27602

## DEFICIENCY NOTICE

To: Rahnisha Truville Boone

Re: Motion to Release Funds in the Amount of $ 628.96 filed by Rahnisha Boone

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **October 8, 2015** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

A W–9 form was not included with the motion to release unclaimed funds. The form may be found on our website under Court Info>Unclaimed Funds. Upon receipt, the court will consider your motion.

DATED: September 24, 2015

                                                            Wendy Parker
                                                           Deputy Clerk