United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                                Case No. 98-02675-SWH
International Heritage, Inc.                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0417-5          User: parker_we          Page 1 of 2          Date Rcvd: Jun 22, 2016
                              Form ID: van126          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2016.
cr            +Barbara L Richardson,   825 Country Club Dr,   Gadsen, AL 35901-5809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: cmecf@dilksknopik.com Jun 23 2016 02:11:06   Dilks & Knopik, LLC,
        35308 SE Center St.,   Snoqualmie, WA  98065-9216
                                                                                    TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2016               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2016 at the address(es) listed below:
        Brian J. Dilks    on behalf of Interested Party   Dilks & Knopik, LLC cmecf@dkllc.com,
         brian.dilks@dilksknopik.com
        David F. Meschan    on behalf of Defendant Michael   Senio dmeschan@meschanlaw.com,
         tkelly@meschanlaw.com
        David F. Meschan    on behalf of Defendant    Leapfrog Marketing, Inc. dmeschan@meschanlaw.com,
         tkelly@meschanlaw.com
        David W. Boone    on behalf of Defendant    Travel Experts, Inc. dboone@ncdoj.gov
        Douglas Q. Wickham    on behalf of Defendant    Egw Personnel Services, Inc.
         dqwickham@hatchlittlebunn.com
        Gerald A Jeutter, Jr.    on behalf of Defendant    Niagara Frontier Travel Services, Inc.
         jeb@jeutterlaw.com,  kathy@jeutterlaw.com;plyles@windstream.net
        Gerald A Jeutter, Jr.    on behalf of Defendant    Modern Health Strategies, L.L.C.
         jeb@jeutterlaw.com,  kathy@jeutterlaw.com;plyles@windstream.net
        Holmes P Harden    hharden@williamsmullen.com,
         karruda@williamsmullen.com;hharden@ecf.epiqsystems.com;scass@williamsmullen.com;NC43@ecfcbis.com
        Holmes P Harden    on behalf of Trustee Holmes P Harden hharden@williamsmullen.com,
         karruda@williamsmullen.com;hharden@ecf.epiqsystems.com;scass@williamsmullen.com;NC43@ecfcbis.com
        J. Michael Malone    on behalf of Defendant Dee   Brothers mmalone@hendrenmalone.com
        J. Michael Malone    on behalf of Defendant John   Brothers mmalone@hendrenmalone.com
        James B Angell    on behalf of Defendant    Jewels By Evonne, Inc. jangell@hsfh.com,
         jmcinnes@hsfh.com;ccoe@hsfh.com;mmurdock@hsfh.com
        James B Angell    on behalf of Defendant Evonne   Eckenroth jangell@hsfh.com,
         jmcinnes@hsfh.com;ccoe@hsfh.com;mmurdock@hsfh.com
        James B Angell    on behalf of Defendant    Quality Builders, Inc. of Raleigh jangell@hsfh.com,
         jmcinnes@hsfh.com;ccoe@hsfh.com;mmurdock@hsfh.com
        James B Angell    on behalf of Defendant    2021.Interactive, LLC jangell@hsfh.com,
         jmcinnes@hsfh.com;ccoe@hsfh.com;mmurdock@hsfh.com
        James B Angell    on behalf of Defendant    Harrah's Operating Company, Inc. jangell@hsfh.com,
         jmcinnes@hsfh.com;ccoe@hsfh.com;mmurdock@hsfh.com
        James T. Johnson    on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@jtjlaw.com
        Jeffrey E. Oleynik    on behalf of Defendant    Tig Insurance Company of Michigan
         joleynik@brookspierce.com
        Jeffrey E. Oleynik    on behalf of Defendant    Tig Insurance Company joleynik@brookspierce.com
        Jeffrey E. Oleynik    on behalf of Defendant    Tig Specialty Insurance Company
         joleynik@brookspierce.com
        John Mark Stern    on behalf of Creditor    Texas Comptroller of Public Accounts
         john.stern@oag.state.tx.us
        John S. Williford, Jr.    on behalf of Creditor    RBC Centura Bank jwilliford@fieldsandcooper.com
        Kim Sherrie Sawyer    on behalf of Creditor F Lynn Gravley data@tlsgltd.com
        Kim Sherrie Sawyer    on behalf of Creditor Daming   Cao data@tlsgltd.com

District/off: 0417-5          User: parker_we          Page 2 of 2                    Date Rcvd: Jun 22, 2016
                             Form ID: van126           Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         Kim Sherrie Sawyer    on behalf of Creditor Jianying  Kong data@tlsgltd.com
         Kim Sherrie Sawyer    on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com
         Michael L. Geller    on behalf of Creditor Anita  Geller mlgeller@mac.com
         Michael L. Geller    on behalf of Creditor Michael  Geller mlgeller@mac.com
         Neal  Fowler    on behalf of Interested Party Scott  Wilkinson USANCE.Bankruptcy@usdoj.gov,
          usance.ecfcivil2@usdoj.gov
         Paul T. Flick    on behalf of Defendant   Dmax Imaging Incorporated pflick@jordanprice.com
         Paul T. Flick    on behalf of Defendant   Printing Plus, Inc. pflick@jordanprice.com
         Richard D Sparkman    on behalf of Defendant   Toner Solutions, Inc. rds@sparkmanlaw.com,
          mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
         Susan R. Sherrill-Beard    on behalf of Creditor   U.S. Securities and Exchange Commission
          sherrill-beards@sec.gov,  atlreorg@sec.gov
         Terri L. Gardner    on behalf of Debtor   International Heritage, Inc.
          terri.gardner@nelsonmullins.com,  karie.rankine@nelsonmullins.com
         William E. Brewer, Jr.    on behalf of Defendant Edmundo  Colorado thebrewerlawfirm@gmail.com,
          knewcomb@williambrewer.com;notices@williambrewer.com;wbrewer@williambrewer.com
         William E. Brewer, Jr.    on behalf of Defendant Tracey  Sabates thebrewerlawfirm@gmail.com,
          knewcomb@williambrewer.com;notices@williambrewer.com;wbrewer@williambrewer.com
         William E. Brewer, Jr.    on behalf of Defendant Claude  Savage, Jr. thebrewerlawfirm@gmail.com,
          knewcomb@williambrewer.com;notices@williambrewer.com;wbrewer@williambrewer.com
         William E. Brewer, Jr.    on behalf of Defendant Lisa  Colorado thebrewerlawfirm@gmail.com,
          knewcomb@williambrewer.com;notices@williambrewer.com;wbrewer@williambrewer.com
         William E. Brewer, Jr.    on behalf of Defendant Claude  Savage thebrewerlawfirm@gmail.com,
          knewcomb@williambrewer.com;notices@williambrewer.com;wbrewer@williambrewer.com
         William L. Yaeger    on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com
         William Woodward Webb    on behalf of Defendant Marshall  Reddy woodywebb@ew-law.com
         William Woodward Webb    on behalf of Defendant William  Swinney woodywebb@ew-law.com
                                                                                          TOTAL: 42

**VAN–126** Order for Refund of Unclaimed Funds – Rev. 01/08/2016

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–SWH

DATE FILED: November 25, 1998

CHAPTER: 7

### ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of  $687.86 constituting unclaimed funds is declared due to Barbara L. Richardson, c/o Dilks & Knopik, LLC, 35308 SE Center St., Snoqualmie, WA 98065–9216 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: June 22, 2016

Stephani W. Humrickhouse
United States Bankruptcy Judge