**VAN–157** Deficiency Notice – Release Funds Rev. 02/22/2017

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

|  |  |
|---|---|
|  | CASE NO.: 98–02675–5–SWH |
| IN RE: | DATE FILED: November 25, 1998 |
|  | CHAPTER: 7 |

International Heritage, Inc.
( debtor has no known aliases )
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

Debtor represented by:
Terri L. Gardner
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612

Trustee:
Holmes P Harden
Williams Mullen
A Professional Corporation
P. O. Drawer 1000
Raleigh, NC 27602

### DEFICIENCY NOTICE

To: Brian Dilks

Re: Ex Parte Motion to Release Funds in the Amount of $ 2,707.13 filed by Creditor Martha Sewell.

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **July 19, 2017** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

A copy of the letter of engagement was not attached. Documentation of the agreement between the claimant and representative disclosing the fee to be collected must be provided. Upon receipt, the court will consider your motion.

DATED: July 5, 2017

Kelly Shum–Drake
Deputy Clerk