```
                           United States Bankruptcy Court
                           Eastern District of North Carolina
In re:                                                              Case No. 98-02675-SWH
International Heritage, Inc.                                        Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: shumdrake              Page 1 of 2             Date Rcvd: Jul 05, 2017
                              Form ID: van157              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2017.
  NO NOTICES MAILED.

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: cmecf@dilksknopik.com Jul 06 2017 02:19:55      Martha Sewell,
                 c/o Dilks & Knopik, LLC,   35308 SE Center Street,   Snoqualmie, WA  98065-9216
                                                                                                 TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0
```

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2017 at the address(es) listed below:
              Brian J. Dilks    on behalf of Interested Party    Dilks & Knopik, LLC cmecf@dkllc.com,
               brian.dilks@dilksknopik.com;dilksknopik@ecf.courtdrive.com
              David F. Meschan    on behalf of Defendant Michael  Senio dmeschan@meschanlaw.com,
               tkelly@meschanlaw.com
              David F. Meschan    on behalf of Defendant    Leapfrog Marketing, Inc. dmeschan@meschanlaw.com,
               tkelly@meschanlaw.com
              David W. Boone    on behalf of Defendant    Travel Experts, Inc. dboone@ncdoj.gov
              Douglas Q. Wickham    on behalf of Defendant    Egw Personnel Services, Inc. efile@stubbsperdue.com
              Gerald A Jeutter, Jr.    on behalf of Defendant    Niagara Frontier Travel Services, Inc.
               jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net
              Gerald A Jeutter, Jr.    on behalf of Defendant    Modern Health Strategies, L.L.C.
               jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net
              Holmes P Harden    hharden@williamsmullen.com,
               karruda@williamsmullen.com;hharden@ecf.epiqsystems.com;scass@williamsmullen.com;NC43@ecfcbis.com
              Holmes P Harden    on behalf of Trustee Holmes P Harden hharden@williamsmullen.com,
               karruda@williamsmullen.com;hharden@ecf.epiqsystems.com;scass@williamsmullen.com;NC43@ecfcbis.com
              J. Michael Malone    on behalf of Defendant Dee  Brothers mmalone@hendrenmalone.com
              J. Michael Malone    on behalf of Defendant John  Brothers mmalone@hendrenmalone.com
              James B Angell    on behalf of Defendant    Jewels By Evonne, Inc. jangell@hsfh.com,
               jmcinnes@hsfh.com;ccoe@hsfh.com;mmurdock@hsfh.com
              James B Angell    on behalf of Defendant Evonne  Eckenroth jangell@hsfh.com,
               jmcinnes@hsfh.com;ccoe@hsfh.com;mmurdock@hsfh.com
              James B Angell    on behalf of Defendant    Quality Builders, Inc. of Raleigh jangell@hsfh.com,
               jmcinnes@hsfh.com;ccoe@hsfh.com;mmurdock@hsfh.com
              James B Angell    on behalf of Defendant    2021.Interactive, LLC jangell@hsfh.com,
               jmcinnes@hsfh.com;ccoe@hsfh.com;mmurdock@hsfh.com
              James B Angell    on behalf of Defendant    Harrah's Operating Company, Inc. jangell@hsfh.com,
               jmcinnes@hsfh.com;ccoe@hsfh.com;mmurdock@hsfh.com
              James T. Johnson    on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@jtjlaw.com
              Jeffrey E. Oleynik    on behalf of Defendant    Tig Insurance Company of Michigan
               joleynik@brookspierce.com
              Jeffrey E. Oleynik    on behalf of Defendant    Tig Insurance Company joleynik@brookspierce.com
              Jeffrey E. Oleynik    on behalf of Defendant    Tig Specialty Insurance Company
               joleynik@brookspierce.com
              John Mark Stern    on behalf of Creditor    Texas Comptroller of Public Accounts
               john.stern@oag.state.tx.us
              John S. Williford, Jr.    on behalf of Creditor    RBC Centura Bank jwilliford@fieldsandcooper.com
              Kim Sherrie Sawyer    on behalf of Creditor F Lynn Gravley data@tlsgltd.com
              Kim Sherrie Sawyer    on behalf of Creditor Daming  Cao data@tlsgltd.com
              Kim Sherrie Sawyer    on behalf of Creditor Jianying  Kong data@tlsgltd.com
              Kim Sherrie Sawyer    on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com
              Michael L. Geller    on behalf of Creditor Anita  Geller mlgeller@mac.com
              Michael L. Geller    on behalf of Creditor Michael  Geller mlgeller@mac.com

```
District/off: 0417-5           User: shumdrake             Page 2 of 2                   Date Rcvd: Jul 05, 2017
                               Form ID: van157             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Neal   Fowler    on behalf of Interested Party Scott   Wilkinson USANCE.Bankruptcy@usdoj.gov, usance.ecfcivil2@usdoj.gov
          Paul T. Flick    on behalf of Defendant    Dmax Imaging Incorporated pflick@jordanprice.com, astyres@jordanprice.com
          Paul T. Flick    on behalf of Defendant    Printing Plus, Inc. pflick@jordanprice.com, astyres@jordanprice.com
          Richard D Sparkman    on behalf of Defendant    Toner Solutions, Inc. rds@sparkmanlaw.com, mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com
          Susan R. Sherrill-Beard    on behalf of Creditor    U.S. Securities and Exchange Commission sherrill-beards@sec.gov, atlreorg@sec.gov
          Terri L. Gardner    on behalf of Debtor    International Heritage, Inc. terri.gardner@nelsonmullins.com,  karie.rankine@nelsonmullins.com
          William E. Brewer, Jr.    on behalf of Defendant Edmundo   Colorado wbrewer@janvierlaw.com, erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;june@janvierlaw.com;laura@janvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R55537@notify.bestcase.
          William E. Brewer, Jr.    on behalf of Defendant Tracey   Sabates wbrewer@janvierlaw.com, erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;june@janvierlaw.com;laura@janvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R55537@notify.bestcase.
          William E. Brewer, Jr.    on behalf of Defendant Claude   Savage, Jr. wbrewer@janvierlaw.com, erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;june@janvierlaw.com;laura@janvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R55537@notify.bestcase.
          William E. Brewer, Jr.    on behalf of Defendant Lisa   Colorado wbrewer@janvierlaw.com, erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;june@janvierlaw.com;laura@janvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R55537@notify.bestcase.
          William E. Brewer, Jr.    on behalf of Defendant Claude   Savage wbrewer@janvierlaw.com, erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;june@janvierlaw.com;laura@janvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R55537@notify.bestcase.
          William L. Yaeger    on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com
          William Woodward Webb    on behalf of Defendant Marshall   Reddy woodywebb@ew-law.com
          William Woodward Webb    on behalf of Defendant William   Swinney woodywebb@ew-law.com

                                                                                                                      TOTAL: 42

VAN–157 Deficiency Notice – Release Funds Rev. 02/22/2017

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

CASE NO.: 98–02675–5–SWH

IN RE:

DATE FILED: November 25, 1998

CHAPTER: 7

International Heritage, Inc.
( debtor has no known aliases )
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

Debtor represented by:
Terri L. Gardner
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612

TaxID: 56–1921093

Trustee:
Holmes P Harden
Williams Mullen
A Professional Corporation
P. O. Drawer 1000
Raleigh, NC 27602

### DEFICIENCY NOTICE

To: Brian Dilks

Re: Ex Parte Motion to Release Funds in the Amount of $ 2,707.13 filed by Creditor Martha Sewell.

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **July 19, 2017** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

A copy of the letter of engagement was not attached. Documentation of the agreement between the claimant and representative disclosing the fee to be collected must be provided. Upon receipt, the court will consider your motion.

DATED: July 5, 2017

Kelly Shum–Drake
Deputy Clerk