**SO ORDERED.**

**SIGNED this 14 day of August, 2017.**

*Stephani W. Humrickhouse*
_____
**Stephani W. Humrickhouse
United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: |
| INTERNATIONAL HERITAGE, INC. | 98-02675-5-SWH |
| **DEBTOR** | **CHAPTER 7** |

### O R D E R

The matter before the court is the motion to release funds filed by Martha M. Brown Sewell on July 3, 2017. The motion requests the release of funds in the amount of $2,707.13; however, funds are available for this creditor in the amount of $2,715.86. Accordingly, the court finds that the amount of $2,715.86 constituting unclaimed funds is declared due to Martha M. Brown Sewell, c/o Dilks & Knopik, LLC, 35308 SE Center St., Snoqualmie, WA 98065-9216 by reasons stated in the motion filed in this case. Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimant.

"End of Document"