**VAN–157** Deficiency Notice – Release Funds Rev. 07/10/2018

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

CASE NO.: 98–02675–5–DMW

IN RE:

DATE FILED: November 25, 1998

CHAPTER: 7

International Heritage, Inc.
( debtor has no known aliases )
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

Debtor represented by:
Terri L. Gardner
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612

TaxID: 56–1921093

Trustee:
Holmes P Harden
Williams Mullen
A Professional Corporation
P. O. Drawer 1000
Raleigh, NC 27602

### DEFICIENCY NOTICE

To: Julie Ahmad

Re: Motion to Release Funds in the Amount of $ 1,182.00 filed by Julie Ahmad

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **December 18, 2018** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

Proof of identity was not attached. A copy of your driver license, passport or photo identification must be submitted. Upon receipt of proof of identity the court will consider your motion. The certificate of service was omitted.

DATED: December 4, 2018

Ahronda Crossman
Deputy Clerk