United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
    Debtor

Case No. 98-02675-DMW  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5　　　User: crossman_　　　Page 1 of 2　　　Date Rcvd: Dec 04, 2018  
　　　　　　　　　　　　　Form ID: van157　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.  
cr　　　　　+Julie Ahmad,　　70 East Sunrise Hwy, Suite 500,　　Valley Stream, NY 11581-1233

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018　　　　　　　　　　　　　　　　　　Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2018 at the address(es) listed below:

    Brian J. Dilks　　on behalf of Interested Party　　Dilks & Knopik, LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com;dilksknopik@ecf.courtdrive.com  
    David F. Meschan　　on behalf of Defendant Michael　Senio dmeschan@meschanlaw.com, tkelly@meschanlaw.com  
    David F. Meschan　　on behalf of Defendant　Leapfrog Marketing, Inc. dmeschan@meschanlaw.com, tkelly@meschanlaw.com  
    David W. Boone　　on behalf of Defendant　Travel Experts, Inc. dboone@ncdoj.gov  
    Douglas Q. Wickham　　on behalf of Defendant　Egw Personnel Services, Inc. doug@wickhamlawnc.com  
    Gerald A Jeutter, Jr.　　on behalf of Defendant　Niagara Frontier Travel Services, Inc. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net  
    Gerald A Jeutter, Jr.　　on behalf of Defendant　Modern Health Strategies, L.L.C. jeb@jeutterlaw.com, kathy@jeutterlaw.com;plyles@windstream.net  
    Holmes P Harden　　hharden@williamsmullen.com, karruda@williamsmullen.com;hharden@ecf.epiqsystems.com;scass@williamsmullen.com;NC43@ecfcbis.com; khorton@williamsmullen.com  
    Holmes P Harden　　on behalf of Trustee Holmes P Harden hharden@williamsmullen.com, karruda@williamsmullen.com;hharden@ecf.epiqsystems.com;scass@williamsmullen.com;NC43@ecfcbis.com; khorton@williamsmullen.com  
    J. Michael Malone　　on behalf of Defendant Dee　Brothers mmalone@hendrenmalone.com  
    J. Michael Malone　　on behalf of Defendant John　Brothers mmalone@hendrenmalone.com  
    James Anthony Penry　　on behalf of Defendant Wilbur E Meckenstock neil.riemann@penryriemann.com  
    James Anthony Penry　　on behalf of Defendant Sharon A Meckenstock neil.riemann@penryriemann.com  
    James Anthony Penry　　on behalf of Defendant Dan H Meckenstock neil.riemann@penryriemann.com  
    James B Angell　　on behalf of Defendant　Jewels By Evonne, Inc. jangell@hsfh.com, mmurdock@hsfh.com  
    James B Angell　　on behalf of Defendant Evonne　Eckenroth jangell@hsfh.com, mmurdock@hsfh.com  
    James B Angell　　on behalf of Defendant　Quality Builders, Inc. of Raleigh jangell@hsfh.com, mmurdock@hsfh.com  
    James B Angell　　on behalf of Defendant　2021.Interactive, LLC jangell@hsfh.com, mmurdock@hsfh.com  
    James B Angell　　on behalf of Defendant　Harrah's Operating Company, Inc. jangell@hsfh.com, mmurdock@hsfh.com  
    James T. Johnson　　on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@dementaskew.com  
    Jeffrey E. Oleynik　　on behalf of Defendant　Tig Insurance Company of Michigan joleynik@brookspierce.com  
    Jeffrey E. Oleynik　　on behalf of Defendant　Tig Insurance Company joleynik@brookspierce.com  
    Jeffrey E. Oleynik　　on behalf of Defendant　Tig Specialty Insurance Company joleynik@brookspierce.com  
    John Mark Stern　　on behalf of Creditor　Texas Comptroller of Public Accounts john.stern@oag.texas.gov, bk-mbecker@oag.texas.gov  
    John S. Williford, Jr.　　on behalf of Creditor　RBC Centura Bank jwilliford@fieldsandcooper.com  
    Kim Sherrie Sawyer　　on behalf of Creditor F Lynn Gravley data@tlsgltd.com

```
District/off: 0417-5           User: crossman_            Page 2 of 2                  Date Rcvd: Dec 04, 2018
                               Form ID: van157            Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Kim Sherrie Sawyer    on behalf of Creditor Daming  Cao data@tlsgltd.com
              Kim Sherrie Sawyer    on behalf of Creditor Jianying  Kong data@tlsgltd.com
              Kim Sherrie Sawyer    on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com
              Michael L. Geller    on behalf of Creditor Anita  Geller mlgeller@mac.com
              Michael L. Geller    on behalf of Creditor Michael  Geller mlgeller@mac.com
              Neal   Fowler    on behalf of Interested Party Scott  Wilkinson USANCE.Bankruptcy@usdoj.gov,
               usance.ecfcivil2@usdoj.gov
              Richard D Sparkman    on behalf of Defendant   Toner Solutions, Inc. rds@sparkmanlaw.com,
               mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com;D.RR67633@notify.bestcase.com
              Susan R. Sherrill-Beard    on behalf of Creditor   U.S. Securities and Exchange Commission
               sherrill-beards@sec.gov,  atlreorg@sec.gov
              Terri L. Gardner    on behalf of Debtor   International Heritage, Inc.
               terri.gardner@nelsonmullins.com,  karie.rankine@nelsonmullins.com
              William E. Brewer, Jr.    on behalf of Defendant Edmundo  Colorado wbrewer@janvierlaw.com,
               erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;june@janvierlaw.com;laura@ja
               nvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R55537@
               notify.bestcase.
              William E. Brewer, Jr.    on behalf of Defendant Tracey  Sabates wbrewer@janvierlaw.com,
               erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;june@janvierlaw.com;laura@ja
               nvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R55537@
               notify.bestcase.
              William E. Brewer, Jr.    on behalf of Defendant Claude  Savage, Jr. wbrewer@janvierlaw.com,
               erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;june@janvierlaw.com;laura@ja
               nvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R55537@
               notify.bestcase.
              William E. Brewer, Jr.    on behalf of Defendant Lisa  Colorado wbrewer@janvierlaw.com,
               erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;june@janvierlaw.com;laura@ja
               nvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R55537@
               notify.bestcase.
              William E. Brewer, Jr.    on behalf of Defendant Claude  Savage wbrewer@janvierlaw.com,
               erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;june@janvierlaw.com;laura@ja
               nvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R55537@
               notify.bestcase.
              William L. Yaeger    on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com
              William Woodward Webb    on behalf of Defendant Marshall  Reddy woodywebb@ew-law.com
              William Woodward Webb    on behalf of Defendant William  Swinney woodywebb@ew-law.com
                                                                                              TOTAL: 43
```

VAN–157 Deficiency Notice – Release Funds Rev. 07/10/2018

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

CASE NO.: 98–02675–5–DMW

IN RE:

DATE FILED: November 25, 1998

CHAPTER: 7

International Heritage, Inc.
*( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

Debtor represented by:
Terri L. Gardner
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612

TaxID: 56–1921093

Trustee:
Holmes P Harden
Williams Mullen
A Professional Corporation
P. O. Drawer 1000
Raleigh, NC 27602

DEFICIENCY NOTICE

To: Julie Ahmad

Re: Motion to Release Funds in the Amount of $ 1,182.00 filed by Julie Ahmad

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **December 18, 2018** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

Proof of identity was not attached. A copy of your driver license, passport or photo identification must be submitted. Upon receipt of proof of identity the court will consider your motion. The certificate of service was omitted.

DATED: December 4, 2018

Ahronda Crossman
Deputy Clerk