**VAN–157** Deficiency Notice – Release Funds Rev. 07/10/2018

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

|  |  |
|---|---|
| | CASE NO.: 98–02675–5–DMW |
| IN RE: | DATE FILED: November 25, 1998 |
| | CHAPTER: 7 |
| International Heritage, Inc.<br>( debtor has no known aliases )<br>C/O TERRI L. GARDNER<br>POST OFFICE DRAWER 1389<br>RALEIGH, NC 27602 | Debtor represented by:<br>Terri L. Gardner<br>Nelson Mullins Riley & Scarborough, LLP<br>4140 Parklake Avenue, Suite 200<br>Raleigh, NC 27612 |
| TaxID: 56–1921093 | |

Trustee:
Holmes P Harden
Williams Mullen
A Professional Corporation
P. O. Drawer 1000
Raleigh, NC 27602

## DEFICIENCY NOTICE

To: Julie Ahmad

Re: Motion to Release Funds in the Amount of $ 1,182.00 filed by Julie Ahmad

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **January 9, 2019** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

The motion must be filed on behalf of claimant representatives by an attorney who has been admitted to practice before the United States District Court for the Eastern District of North Carolina.

DATED: December 26, 2018

Wendy Parker
Deputy Clerk