**VAN–157** Deficiency Notice – Release Funds Rev. 07/10/2018

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

|  |  |
|---|---|
|  | CASE NO.: 98–02675–5–DMW |
| IN RE: | DATE FILED: November 25, 1998 |
|  | CHAPTER: 7 |

| | |
|---|---|
| International Heritage, Inc.<br>( debtor has no known aliases )<br>C/O TERRI L. GARDNER<br>POST OFFICE DRAWER 1389<br>RALEIGH, NC 27602 | Debtor represented by:<br>Terri L. Gardner<br>Nelson Mullins Riley & Scarborough, LLP<br>4140 Parklake Avenue, Suite 200<br>Raleigh, NC 27612 |

TaxID: 56–1921093

Trustee:
Holmes P Harden
Williams Mullen
A Professional Corporation
P. O. Drawer 1000
Raleigh, NC 27602

### DEFICIENCY NOTICE

To: Julie Ahmad

Re: Motion to Release Funds in the Amount of $ 1,182.00 filed by Julie Ahmad

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **January 9, 2019** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

The motion should have been filed in the name of the business, rather than an individual.

DATED: December 26, 2018

                                                          Wendy Parker
                                                          Deputy Clerk