United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
    Debtor

Case No. 98-02675-DMW  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5    User: parker_we    Page 1 of 2    Date Rcvd: Dec 26, 2018  
    Form ID: van157    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2018.  
cr    +Julie Ahmad,   70 East Sunrise Hwy, Suite 500,    Valley Stream, NY 11581-1233

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2018    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2018 at the address(es) listed below:

    Brian J. Dilks    on behalf of Interested Party    Dilks & Knopik, LLC cmecf@dkllc.com,
     brian.dilks@dilksknopik.com;dilksknopik@ecf.courtdrive.com
    David F. Meschan    on behalf of Defendant Michael  Senio dmeschan@meschanlaw.com,
     tkelly@meschanlaw.com
    David F. Meschan    on behalf of Defendant    Leapfrog Marketing, Inc. dmeschan@meschanlaw.com,
     tkelly@meschanlaw.com
    David W. Boone    on behalf of Defendant    Travel Experts, Inc. dboone@ncdoj.gov
    Douglas Q. Wickham    on behalf of Defendant    Egw Personnel Services, Inc. doug@wickhamlawnc.com
    Gerald A Jeutter, Jr.    on behalf of Defendant    Niagara Frontier Travel Services, Inc.
     jeb@jeutterlaw.com,   kathy@jeutterlaw.com;plyles@windstream.net
    Gerald A Jeutter, Jr.    on behalf of Defendant    Modern Health Strategies, L.L.C.
     jeb@jeutterlaw.com,   kathy@jeutterlaw.com;plyles@windstream.net
    Holmes P Harden    hharden@williamsmullen.com,
     karruda@williamsmullen.com;hharden@ecf.epiqsystems.com;scass@williamsmullen.com;NC43@ecfcbis.com;
     khorton@williamsmullen.com
    Holmes P Harden    on behalf of Trustee Holmes P Harden hharden@williamsmullen.com,
     karruda@williamsmullen.com;hharden@ecf.epiqsystems.com;scass@williamsmullen.com;NC43@ecfcbis.com;
     khorton@williamsmullen.com
    J. Michael Malone    on behalf of Defendant Dee  Brothers mmalone@hendrenmalone.com
    J. Michael Malone    on behalf of Defendant John  Brothers mmalone@hendrenmalone.com
    James Anthony Penry    on behalf of Defendant Wilbur E Meckenstock neil.riemann@penryriemann.com
    James Anthony Penry    on behalf of Defendant Sharon A Meckenstock neil.riemann@penryriemann.com
    James Anthony Penry    on behalf of Defendant Dan H Meckenstock neil.riemann@penryriemann.com
    James B Angell    on behalf of Defendant    Jewels By Evonne, Inc. jangell@hsfh.com,
     mmurdock@hsfh.com
    James B Angell    on behalf of Defendant Evonne  Eckenroth jangell@hsfh.com,   mmurdock@hsfh.com
    James B Angell    on behalf of Defendant    Quality Builders, Inc. of Raleigh jangell@hsfh.com,
     mmurdock@hsfh.com
    James B Angell    on behalf of Defendant    2021.Interactive, LLC jangell@hsfh.com,
     mmurdock@hsfh.com
    James B Angell    on behalf of Defendant    Harrah's Operating Company, Inc. jangell@hsfh.com,
     mmurdock@hsfh.com
    James T. Johnson    on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@dementaskew.com
    Jeffrey E. Oleynik    on behalf of Defendant    Tig Insurance Company of Michigan
     joleynik@brookspierce.com
    Jeffrey E. Oleynik    on behalf of Defendant    Tig Insurance Company joleynik@brookspierce.com
    Jeffrey E. Oleynik    on behalf of Defendant    Tig Specialty Insurance Company
     joleynik@brookspierce.com
    John Mark Stern    on behalf of Creditor    Texas Comptroller of Public Accounts
     john.stern@oag.texas.gov,   bk-mbecker@oag.texas.gov
    John S. Williford, Jr.    on behalf of Creditor    RBC Centura Bank jwilliford@fieldsandcooper.com
    Kim Sherrie Sawyer    on behalf of Creditor F Lynn Gravley data@tlsgltd.com

```
District/off: 0417-5          User: parker_we            Page 2 of 2                  Date Rcvd: Dec 26, 2018
                              Form ID: van157            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kim Sherrie Sawyer    on behalf of Creditor Daming  Cao data@tlsgltd.com
          Kim Sherrie Sawyer    on behalf of Creditor Jianying  Kong data@tlsgltd.com
          Kim Sherrie Sawyer    on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com
          Michael L. Geller    on behalf of Creditor Anita  Geller mlgeller@mac.com
          Michael L. Geller    on behalf of Creditor Michael  Geller mlgeller@mac.com
          Neal  Fowler    on behalf of Interested Party Scott  Wilkinson USANCE.Bankruptcy@usdoj.gov,
           usance.ecfcivil2@usdoj.gov
          Richard D Sparkman    on behalf of Defendant    Toner Solutions, Inc. rds@sparkmanlaw.com,
           mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com;D.RR67633@notify.bestcase.com
          Susan R. Sherrill-Beard    on behalf of Creditor    U.S. Securities and Exchange Commission
           sherrill-beards@sec.gov,    atlreorg@sec.gov
          Terri L. Gardner    on behalf of Debtor    International Heritage, Inc.
           terri.gardner@nelsonmullins.com,    karie.rankine@nelsonmullins.com
          William E. Brewer, Jr.    on behalf of Defendant Edmundo  Colorado wbrewer@janvierlaw.com,
           erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;june@janvierlaw.com;laura@janvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R55537@notify.bestcase
          William E. Brewer, Jr.    on behalf of Defendant Tracey  Sabates wbrewer@janvierlaw.com,
           erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;june@janvierlaw.com;laura@janvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R55537@notify.bestcase
          William E. Brewer, Jr.    on behalf of Defendant Claude  Savage, Jr. wbrewer@janvierlaw.com,
           erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;june@janvierlaw.com;laura@janvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R55537@notify.bestcase
          William E. Brewer, Jr.    on behalf of Defendant Lisa  Colorado wbrewer@janvierlaw.com,
           erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;june@janvierlaw.com;laura@janvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R55537@notify.bestcase
          William E. Brewer, Jr.    on behalf of Defendant Claude  Savage wbrewer@janvierlaw.com,
           erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;june@janvierlaw.com;laura@janvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R55537@notify.bestcase
          William L. Yaeger    on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com
          William Woodward Webb    on behalf of Defendant Marshall  Reddy woodywebb@ew-law.com
          William Woodward Webb    on behalf of Defendant William  Swinney woodywebb@ew-law.com
                                                                                                TOTAL: 43

**VAN–157** Deficiency Notice – Release Funds Rev. 07/10/2018

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

International Heritage, Inc.
*( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

Debtor represented by:
Terri L. Gardner
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612

TaxID: 56–1921093

Trustee:
Holmes P Harden
Williams Mullen
A Professional Corporation
P. O. Drawer 1000
Raleigh, NC 27602

### DEFICIENCY NOTICE

To: Julie Ahmad

Re: Motion to Release Funds in the Amount of $ 1,182.00 filed by Julie Ahmad

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **January 9, 2019** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

The motion must be filed on behalf of claimant representatives by an attorney who has been admitted to practice before the United States District Court for the Eastern District of North Carolina.

DATED: December 26, 2018

Wendy Parker
Deputy Clerk