United States Bankruptcy Court
Eastern District of North Carolina

In re:  
International Heritage, Inc.  
    Debtor

Case No. 98-02675-DMW  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5        User: parker_we        Page 1 of 2        Date Rcvd: Jan 11, 2019  
                            Form ID: van146        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2019.  
cr          +Julie Ahmad,   70 East Sunrise Hwy, Suite 500,   Valley Stream, NY 11581-1233

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg        +E-mail/Text: NCEBAdb_bnc@nceba.uscourts.gov Jan 12 2019 03:49:41     Bankruptcy Administrator,  
         Two Hannover Square, Ste. 640,   434 Fayetteville Street,   Raleigh, NC 27601-1701  
                                                                                                                                                                                                                                                         TOTAL: 1

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2019 at the address(es) listed below:  
        Brian J. Dilks   on behalf of Interested Party   Dilks & Knopik, LLC cmecf@dkllc.com,  
         brian.dilks@dilksknopik.com;dilksknopik@ecf.courtdrive.com  
        David F. Meschan   on behalf of Defendant Michael Senio dmeschan@meschanlaw.com,  
         tkelly@meschanlaw.com  
        David F. Meschan   on behalf of Defendant   Leapfrog Marketing, Inc. dmeschan@meschanlaw.com,  
         tkelly@meschanlaw.com  
        David W. Boone   on behalf of Defendant   Travel Experts, Inc. dboone@ncdoj.gov  
        Douglas Q. Wickham   on behalf of Defendant   Egw Personnel Services, Inc. doug@wickhamlawnc.com  
        Gerald A Jeutter, Jr.   on behalf of Defendant   Niagara Frontier Travel Services, Inc.  
         jeb@jeutterlaw.com,  kathy@jeutterlaw.com;plyles@windstream.net  
        Gerald A Jeutter, Jr.   on behalf of Defendant   Modern Health Strategies, L.L.C.  
         jeb@jeutterlaw.com,  kathy@jeutterlaw.com;plyles@windstream.net  
        Holmes P Harden   hharden@williamsmullen.com,  
         karruda@williamsmullen.com;hharden@ecf.epiqsystems.com;scass@williamsmullen.com;NC43@ecfcbis.com;  
         khorton@williamsmullen.com  
        Holmes P Harden   on behalf of Trustee Holmes P Harden hharden@williamsmullen.com,  
         karruda@williamsmullen.com;hharden@ecf.epiqsystems.com;scass@williamsmullen.com;NC43@ecfcbis.com;  
         khorton@williamsmullen.com  
        J. Michael Malone   on behalf of Defendant Dee  Brothers mmalone@hendrenmalone.com  
        J. Michael Malone   on behalf of Defendant John  Brothers mmalone@hendrenmalone.com  
        James Anthony Penry   on behalf of Defendant Dan H Meckenstock neil.riemann@penryriemann.com  
        James Anthony Penry   on behalf of Defendant Wilbur E Meckenstock neil.riemann@penryriemann.com  
        James Anthony Penry   on behalf of Defendant Sharon A Meckenstock neil.riemann@penryriemann.com  
        James B Angell   on behalf of Defendant   Jewels By Evonne, Inc. jangell@hsfh.com,  
         mmurdock@hsfh.com  
        James B Angell   on behalf of Defendant Evonne  Eckenroth jangell@hsfh.com,  mmurdock@hsfh.com  
        James B Angell   on behalf of Defendant   Quality Builders, Inc. of Raleigh jangell@hsfh.com,  
         mmurdock@hsfh.com  
        James B Angell   on behalf of Defendant   2021.Interactive, LLC jangell@hsfh.com,  
         mmurdock@hsfh.com  
        James B Angell   on behalf of Defendant   Harrah's Operating Company, Inc. jangell@hsfh.com,  
         mmurdock@hsfh.com  
        James T. Johnson   on behalf of Plaintiff Holmes P Harden, Trustee jjohnson@dementaskew.com  
        Jeffrey E. Oleynik   on behalf of Defendant   Tig Insurance Company of Michigan  
         joleynik@brookspierce.com  
        Jeffrey E. Oleynik   on behalf of Defendant   Tig Insurance Company joleynik@brookspierce.com  
        Jeffrey E. Oleynik   on behalf of Defendant   Tig Specialty Insurance Company  
         joleynik@brookspierce.com  
        John Mark Stern   on behalf of Creditor   Texas Comptroller of Public Accounts  
         john.stern@oag.texas.gov,  bk-mbecker@oag.texas.gov

```
District/off: 0417-5           User: parker_we              Page 2 of 2                    Date Rcvd: Jan 11, 2019
                               Form ID: van146              Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              John S. Williford, Jr.   on behalf of Creditor    RBC Centura Bank jwilliford@fieldsandcooper.com
              Kim Sherrie Sawyer    on behalf of Creditor F Lynn Gravley data@tlsgltd.com
              Kim Sherrie Sawyer    on behalf of Creditor Daming  Cao data@tlsgltd.com
              Kim Sherrie Sawyer    on behalf of Creditor Jianying  Kong data@tlsgltd.com
              Kim Sherrie Sawyer    on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com
              Michael L. Geller    on behalf of Creditor Anita  Geller mlgeller@mac.com
              Michael L. Geller    on behalf of Creditor Michael  Geller mlgeller@mac.com
              Neal  Fowler    on behalf of Interested Party Scott  Wilkinson USANCE.Bankruptcy@usdoj.gov,
               usance.ecfcivil2@usdoj.gov
              Richard D Sparkman    on behalf of Defendant   Toner Solutions, Inc. rds@sparkmanlaw.com,
               mary@sparkmanlaw.com;diane@sparkmanlaw.com;erica@sparkmanlaw.com;D.RR67633@notify.bestcase.com
              Susan R. Sherrill-Beard    on behalf of Creditor    U.S. Securities and Exchange Commission
               sherrill-beards@sec.gov,    atlreorg@sec.gov
              Terri L. Gardner    on behalf of Debtor    International Heritage, Inc.
               terri.gardner@nelsonmullins.com,   karie.rankine@nelsonmullins.com
              William E. Brewer, Jr.    on behalf of Defendant Edmundo  Colorado wbrewer@janvierlaw.com,
               erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;june@janvierlaw.com;laura@ja
               nvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R55537@
               notify.bestcase.
              William E. Brewer, Jr.    on behalf of Defendant Tracey  Sabates wbrewer@janvierlaw.com,
               erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;june@janvierlaw.com;laura@ja
               nvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R55537@
               notify.bestcase.
              William E. Brewer, Jr.    on behalf of Defendant Claude  Savage, Jr. wbrewer@janvierlaw.com,
               erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;june@janvierlaw.com;laura@ja
               nvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R55537@
               notify.bestcase.
              William E. Brewer, Jr.    on behalf of Defendant Lisa  Colorado wbrewer@janvierlaw.com,
               erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;june@janvierlaw.com;laura@ja
               nvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R55537@
               notify.bestcase.
              William E. Brewer, Jr.    on behalf of Defendant Claude  Savage wbrewer@janvierlaw.com,
               erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;june@janvierlaw.com;laura@ja
               nvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R55537@
               notify.bestcase.
              William L. Yaeger    on behalf of Defendant O. Kenneth Rudd, III wyaeger@williamyaeger.com
              William Woodward Webb    on behalf of Defendant Marshall  Reddy woodywebb@ew-law.com
              William Woodward Webb    on behalf of Defendant William  Swinney woodywebb@ew-law.com
                                                                                             TOTAL: 43
```

**VAN–146** Order Denying Motion (Deficiency Not Cured) – Rev. 01/27/2015

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

| | |
|---|---|
| IN RE:<br>International Heritage, Inc.<br>*( debtor has no known aliases )*<br>C/O TERRI L. GARDNER<br>POST OFFICE DRAWER 1389<br>RALEIGH, NC 27602<br><br>TaxID: 56–1921093 | CASE NO.: 98–02675–5–DMW<br><br>DATE FILED: November 25, 1998<br><br>CHAPTER: 7 |

ORDER DENYING MOTION

The matter before the court is the Motion to Release Unclaimed Funds filed by Julie Ahmad (hereinafter "Movant").

It appearing to the court that the Movant was notified of a deficiency in the motion or proposed order by notice from the clerk. To date, the deficiency has not been cured. Since it appears that the Movant no longer requires the relief requested in the motion, the motion is denied without prejudice.

***SO ORDERED.***

DATED: January 11, 2019

David M. Warren<br>United States Bankruptcy Judge