VAN–98 Memorandum re: Returned Check – Rev. 07/10/2018

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

MEMORANDUM

To: Financial Asset Recovery

Re: Returned Check

The check/money order submitted to the court in connection with the referenced document is being returned for the following reason. If payment is to be resubmitted, it should be received by the court no later than . Failure to make the required payment may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief.

- ☑ Personal checks are not accepted. A cashier's check or money order made payable to Clerk, U. S. Bankruptcy Court should be submitted.
- ☐ The payee should be shown as Clerk, U. S. Bankruptcy Court.
- ☐ The check has not been signed.
- ☐ The amount of the check is incorrect. The correct amount is .
- ☑ No fee is required.
- ☐ The fee has previously been paid.
- ☐ Personal checks are not accepted for quarterly fees . Parties represented by an Attorney should submit payments to the Attorney to be paid to the Court by electronic means. Parties not represented by an Attorney should submit a cashier's check or money order made payable to Clerk, U.S. Bankruptcy Court.
- ☐ Quarterly fee payments should not be submitted to the Court if a party is represented by an Attorney. Payments should be submitted to the Attorney to be paid to the Court through electronic means.

DATED: April 8, 2019

Erin Donnery
Deputy Clerk