| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | International Heritage, Inc |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: Eastern District of North Carolina (State) | |
| Case number: | 98-02675 |

FILED

MAR 04 2021

STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

---

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $ 1229.12 |
|---|---|
| Claimant's Name: | Fredric J. Schmitt dba/ Randolph Asset Recovery |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 2408 old St. Mary's Rd. #1<br>Perryville, Mo 63775<br>618-363-9468<br>fschmitt62@yahoo.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (check the statements that apply):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (e.g., attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Notice to United States Attorney

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

United States Attorney for the
Eastern District of North Carolina
*150 Fayetteville Street,
Suite 2100, Raleigh,
NC 27601*

---

### 5. Applicant Declaration
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 2-12-20

Signature of Applicant: *[signed]*

Printed Name of Applicant: Fredric J. Schmitt

Address: 2408 Old St. Mary's Rd #1, Perryville, Mo 63775

Telephone: 618-363-9468

Email: fschmitt62@yahoo.com

### 5. Co-Applicant Declaration (if applicable)
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable): _____

Printed Name of Co-Applicant (if applicable): _____

Address: _____

Telephone: _____

Email: _____

---

### 6. Notarization
STATE OF Missouri
COUNTY OF Cape Girardeau

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this 12 day of February, 20 21 by

Fredric J. Schmitt

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public Cristie E. Hampton

My commission expires: 03-28-24

> CRISTIE E HAMPTON
> Notary Public - Notary Seal
> STATE OF MISSOURI
> Cape Girardeau County
> My Commission Expires: Mar. 28, 2024
> Commission #16344704

### 6. Notarization
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20 _____ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _____

My commission expires: _____

---

Form 1340    Application for Payment of Unclaimed Funds    Page 2