Fill in this Information to identify the case:

Debtor 1: INTERNATIONAL HERITAGE, INC
  First Name   Middle Name   Last Name

Debtor 2: _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: EASTERN District of NORTH CAROLINA
(State)

Case number: 98-02675

FILED
MAR 2 9 2021
STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

Form 1340 (12/19)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $1,297.18 |
| Claimant's Name: | BEVERLY MARIE BRUBAKER |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 5486 S. VERSAILLES WAY<br>AURORA, CO 80015   720.308.8821<br>BNJBRU@MSN.COM |

## 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (check the statements that apply):

[X] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

[ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

[ ] Applicant is Claimant's representative (e.g., attorney or unclaimed funds locator).

[ ] Applicant is a representative of the deceased Claimant's estate.

## 3. Supporting Documentation

[X] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

[X] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

United States Attorney for the
Eastern District of North Carolina
150 Fayetteville Street,
Suite 2100, Raleigh,
NC 27601

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: MARCH 22, 2021

Signature of Applicant: *Beverly Marie Brubaker*

Printed Name of Applicant: BEVERLY MARIE BRUBAKER

Address: 5486 S. VERSAILLES WAY
AURORA, CO 80015

Telephone: 720.308.8821

Email: BNJBRU@MSN.COM

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable): _____

Printed Name of Co-Applicant (if applicable): _____

Address: _____

Telephone: _____

Email: _____

**6. Notarization**
STATE OF Colorado
COUNTY OF Arapahoe

This Application for Unclaimed Funds, dated 03/22/2021 was subscribed and sworn to before me this 23rd day of March, 2021 by

Beverly Marie Brubaker

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _[signature]_

My commission expires: 01/25/2025

CRISTINA GUADALUPE TAPIA CASTELLANOS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20214003090
MY COMMISSION EXPIRES 01/25/2025

**6. Notarization**
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _____

My commission expires: _____