**VAN–126** Order for Refund of Unclaimed Funds – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
*( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

### ORDER FOR REFUND OF UNCLAIMED FUNDS

On March 4, 2021, an application was filed for the Claimant(s), Fredric J. Schmitt d/b/a Randolph Asset Recovery, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. Section 2042, the sum of $1,229.12 held in unclaimed funds be made payable to Fredric J. Schmitt d/b/a Randolph Asset Recovery and be disbursed to the payee at the following address: 2408 Old St. Mary's Road #1, Perryville MO 63775. The Clerk will disburse these funds not earlier than 14 days after entry of this order.

DATED: March 30, 2021

David M. Warren
United States Bankruptcy Judge