Fill in this information to identify the case:

Debtor 1: **International Heritage, Inc.**
(First Name / Middle Name / Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: **Eastern** District of **NC** (State)

Case number: **98-02675**

FILED
MAY 03 2021
STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

---

**Form 1340 (12/19)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | **$943.82 + $7.78** |
|---|---|
| Claimant's Name: | **Marks C. Lane** |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | **1309 Hillbrow Lane, Condo #204**<br>**Raleigh, NC 27615**<br>**919-757-6014**<br>**MarksLaneRaleigh@gmail.com** |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [x] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- [x] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☐ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

United States Attorney for the
Eastern District of North Carolina
150 Fayetteville Street,
Suite 2100, Raleigh,
NC 27601

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 29 April 2021

Signature of Applicant: *[signed]*

Printed Name of Applicant: Marks C. Lane

Address: 1309 Hillbrow Lane
Condo #204
Raleigh, NC 27615

Telephone: 919-757-6014

Email: MarksLaneRaleigh@gmail.com

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable): _____

Printed Name of Co-Applicant (if applicable): _____

Address: _____

Telephone: _____

Email: _____

**6. Notarization**
STATE OF NORTH CAROLINA
COUNTY OF WAKE

This Application for Unclaimed Funds, dated 04/29/2021 was subscribed and sworn to before me this 29 day of APRIL, 20 21 by Marks C. LANE who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public *[signed]*

My commission expires: 10/17/2023

*[Notary seal: Candice J McKinstry, NOTARY PUBLIC, Wake County, NC]*

**6. Notarization**
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20____ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _____

My commission expires: _____

Form 1340          Application for Payment of Unclaimed Funds          Page 2

## U.S. Courts Unclaimed Funds Locator

Home | About

Court / NCEB
Creditors | 54

Back To Search

| | Court | Case | Creditor Name | Debtor Name | Amount |
|---|---|---|---|---|---|
| ✉ | NCEB | 98-02675 | Mark Lane | International Heritage, Inc. | $943.82 |
| ✉ | NCEB | 98-02675 | Mark Lane | International Heritage, Inc. | $7.78 |
| ✉ | NCEB | 98-02675 | D'dee A Lane | International Heritage, Inc. | $0.81 |
| ✉ | NCEB | 98-02675 | William J Lane | International Heritage, Inc. | $8.73 |
| ✉ | NCEB | 98-02675 | Lane Vaughn S | International Heritage, Inc. | $4.05 |
| ✉ | NCEB | 98-02675 | John M. Lane | International Heritage, Inc. | $477.11 |
| ✉ | NCEB | 98-02675 | D'dee A. Lane | International Heritage, Inc. | $100.36 |
| ✉ | NCEB | 98-02675 | John M. Lane | International Heritage, Inc. | $133.56 |
| ✉ | NCEB | 98-02675 | Lane B Wiley | International Heritage, Inc. | $3.55 |
| ✉ | NCEB | 98-02675 | Mark A Farnario | International Heritage, Inc. | $1.96 |

First  Prev  **1**  2  3  4  5  Next  Last



**BUSINESS**  << RETURN TO SECTION | NEXT STORY >>

4/23/98

## Judge OKs IHI plan

By DAVID RANII, Staff Writer

RALEIGH -- A federal judge has approved, with some modifications, a new compensation plan for International Heritage Inc.'s 175,000 independent sales representatives, which the company says focuses on selling products and not on recruiting sales reps.

The decision by U.S. District Judge Richard Story of Atlanta was a disappointment for the Securities and Exchange Commission, which argued that the new plan was too much like the company's old one and should be rejected altogether. The SEC has filed a complaint alleging that IHI is one of the largest illegal pyramid schemes ever. The judge's ruling, issued Wednesday, stemmed from that complaint.

The approval is the judicial equivalent of a yellow traffic light because its overriding message for the Raleigh-based company is: Proceed with caution.

"IHI is cautioned that the critical determination of the legality of its operations will not be based on the written plans but on the actual practices of the company," Story wrote. "Therefore, the final determination of the legality of the plan will be based on the actual implementation of it."

The judge also stated that he found "shortcomings" in the plan but that they weren't critical enough to warrant rejecting it.

"Further," Story wrote, "the court has not reviewed the plan for compliance with any state's laws."

That's important because the Montana state auditor's office recently filed a cease-and-desist order that accuses the company of operating an illegal pyramid in violation of state law.

IHI has steadfastly maintained that its operations are legal and in the same vein as those of established network marketing companies such as Amway.

"Foremost," IHI spokesman Marks Carlton Lane said, "we are pleased and excited with Judge Story's written order of today. The order is consistent with what we expected from the court, and we are pleased that our operations will continue. We have improved our business and are moving forward with great vigor and spirit."

Lane added that Stan Van Etten, IHI's co-founder and chief executive, considers the order "a victory for International Heritage Inc."

SEC lawyer William P. Hicks said that although the agency didn't achieve what it wanted -- rejection of the new compensation plan -- the

Friday, the suspension expired and trading resumed, and share prices moved erratically, reflecting uncertainty among investors about the company's prospects. After opening at $12, the stock traded as high as $20 and as low as $2 before closing the day at $18, down $8.50 from March 13. Trading volume was 132,000 shares, lower than the frenetic pace seen on March 12 and 13, when a total of a million shares changed hands.

After the market closed, an IHI spokesman expressed elation at the stock's roller-coaster ride, despite the fact that the company had lost 32 percent of its value by the end of the day.

"We feel this is a great day for our shareholders and for International Heritage and we believe that the stock trading activity reflects confidence in the judge's ruling in Atlanta today," said Marks Carlton Lane, IHI's director of communications.

Meanwhile, employees were evacuated from the Spring Forest Road offices of IHI late Friday morning after the company received a telephoned bomb threat. Police found nothing suspicious inside and employees returned to work at about 1 p.m.

At about the same time, police checking the company's Glenwood Avenue offices searched a gray van driven by four people who had apparently come from Georgia to demand money back from the company. Police found nothing suspicious.

A spokesman for IHI would not comment on the events.

Staff writers Craig Jarvis and Andrew Park contributed to this report.

David Ranii can be reached at 829-4877 or dranii@nando.com

**BUSINESS**    << RETURN TO SECTION | NEXT STORY >>

3/28/98

# Ruling puts IHI back in business

**A judge says International Heritage Inc. -- accused of being a giant pyramid scheme -- has to sell more products and put up $5 million pending a full trial on fraud charges.**

By DAVID RANII, Staff Writer



Stanley Van Etten will regain control but takes a salary cut.