VAN–117 Hearing Conference Worksheet – Rev. 02/03/2021

Date:_____ Time: _____ Place: _____

Date:_____ Time: _____ Place: _____

Date:_____ Time: _____ Place: _____

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093
**Raleigh Division**

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*20609* – Application to Release Funds in the Amount of $ 224.54, $62.85, $321.10, $1.81 filed by Benjamin D. Tarver (Donnery, Erin)

*20611* – Application to Release Funds in the Amount of $ $252.01, $70.54 filed by Benjamin D. Tarver (Donnery, Erin)

*20613* – Application to Release Funds in the Amount of $ 323.00, $63.22, $1.82 filed by Benjamin D. Tarver (Donnery, Erin)

*20615* – Application to Release Funds in the Amount of $ 1.52, $270.29 filed by Benjamin D. Tarver (Donnery, Erin)

*20617* – Application to Release Funds in the Amount of $ 302.41, $84.65 filed by Benjamin D. Tarver (Donnery, Erin)

Terri L. Gardner
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
919 329–3882

Holmes P Harden
Williams Mullen
A Professional Corporation
P. O. Drawer 1000
Raleigh, NC 27602
919 981–4000

DATED: May 10, 2021

Kelly Shum–Drake