VAN–117 Hearing Conference Worksheet – Rev. 02/03/2021

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093
**Raleigh Division**

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*20626* – Application to Release Funds in the Amount of $ 1.52, $52.90, $189.00, $270.29 filed by Benjamin D. Tarver (Donnery, Erin)**Corrective Entry: Correct PDF attachment docketed as entry 20639.**Modified on 5/10/2021 (Donnery, Erin).

*20628* – Application to Release Funds in the Amount of $ 149.55, $764.06, $4.31 filed by Benjamin D. Tarver (Donnery, Erin)

*20630* – Application to Release Funds in the Amount of $ 526.35, $4.34 filed by Benjamin D. Tarver (Donnery, Erin)

*20632* – Application to Release Funds in the Amount of $ 470.81, $131.78 filed by Benjamin D. Tarver (Donnery, Erin)

*20634* – Application to Release Funds in the Amount of $ 133.50, $3.84, $476.94 filed by Benjamin D. Tarver (Donnery, Erin)

*20641* – Application to Release Funds in the Amount of $ 265.74 filed by Benjamin D. Tarver (Donnery, Erin)

*20643* – Application to Release Funds in the Amount of $ 219.17, $61.35, $313.42, $1.77 filed by Benjamin D. Tarver (Donnery, Erin)

*20645* – Application to Release Funds in the Amount of $ 252.00, $70.54 filed by Benjamin D. Tarver (Donnery, Erin)

*20647* – Application to Release Funds in the Amount of $ 756.02 filed by Benjamin D. Tarver (Donnery, Erin)

Terri L. Gardner
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
919 329–3882

Holmes P Harden
Williams Mullen
A Professional Corporation

P. O. Drawer 1000
Raleigh, NC 27602
919 981–4000

DATED: May 20, 2021

Sarah Donleycott