VAN–057 Notice to Creditors and Other Parties in Interest – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
**Raleigh Division**

IN RE:
International Heritage, Inc.
 ( debtor has no known aliases )
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:     Tuesday, June 1, 2021
TIME:     10:00 AM
PLACE:    300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

to consider and act on the following matters:

Application to Release Funds in the Amount of $ 1.52, $52.90, $189.00, $270.29 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 149.55, $764.06, $4.31 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 526.35, $4.34 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 470.81, $131.78 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 133.50, $3.84, $476.94 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 265.74 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 219.17, $61.35, $313.42, $1.77 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 252.00, $70.54 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 756.02 filed by Benjamin D. Tarver

and to transact all other business as may properly come before the court.

DATED: May 20, 2021

Stephanie J. Butler
Clerk of Court