VAN–117 Hearing Conference Worksheet – Rev. 02/03/2021

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093
**Raleigh Division**

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*20655* – Application to Release Funds in the Amount of $ 441.01, $123.44, $630.68, $3.55 filed by Benjamin D. Tarver (Donnery, Erin)

*20657* – Application to Release Funds in the Amount of $ 270.29, $1.52, $52.90, $189.00 filed by Benjamin D. Tarver (Donnery, Erin)

*20659* – Application to Release Funds in the Amount of $ 269.33, $2.17 filed by Benjamin D. Tarver (Donnery, Erin)

*20661* – Application to Release Funds in the Amount of $ 360.98, $2.91 filed by Benjamin D. Tarver (Donnery, Erin)

*20663* – Application to Release Funds in the Amount of $ 441.01, $123.44, $3.55 filed by Benjamin D. Tarver (Donnery, Erin)

Terri L. Gardner
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
919 329–3882

Holmes P Harden
Williams Mullen
A Professional Corporation
P. O. Drawer 1000
Raleigh, NC 27602
919 981–4000

DATED: May 25, 2021

Sarah Donleycott