SO ORDERED.

SIGNED this 1 day of June, 2021.



_____
David M. Warren
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                                                 CASE NO. 98-02675-5-DMW

INTERNATIONAL HERITAGE, INC.
                                                                     CHAPTER 7

                 DEBTOR

## ORDER DENYING PAYMENT OF UNCLAIMED FUNDS

This matter comes before the court upon nineteen Applications for Payment of Unclaimed Funds ("Applications") (DE #s 20609, 20611, 20613, 20615, 20617, 20626, 20628, 20630, 20632, 20634, 20641, 20643, 20645, 20647, 20655, 20657, 20659, 20661, 20663) filed by Benjamin D. Tarver d/b/a The Bankruptcy Settlement Group. The court conducted a hearing in Raleigh, North Carolina on June 1, 2021, and Mr. Tarver appeared *pro se*. In the Applications, Mr. Tarver, as assignee of creditors in the case, requests payment of certain unclaimed funds on deposit with the Clerk. The Applications have several deficiencies. The Applications refer to entities other than Mr. Tarver and his "trade name," and the Applications are inconsistent in the name of the assignee of the claims. Mr. Tarver does not disclose the consideration paid for the assignments. Mr. Tarver requests that the funds be deposited in a corporate bank account rather than one in his individual name. Mr. Tarver now lives in Arizona which is inconsistent with the information contained in the

Applications. The court will not grant the Applications with these deficiencies and inconsistencies; now therefore,

It is ORDERED, ADJUDGED and DECREED that the Applications be, and hereby are, denied without prejudice.

END OF DOCUMENT