United States Bankruptcy Court

Eastern District of North Carolina

In re:                                                                                    Case No. 98-02675-DMW

International Heritage, Inc.                                                   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 01, 2021 | Form ID: pdf014 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | International Heritage, Inc., C/O TERRI L. GARDNER, POST OFFICE DRAWER 1389, RALEIGH, NC 27602-1389 |
| cr | + | Benjamin D. Tarver, dba Bankruptcy Settlement Group, 2885 Sanford Ave SW #37848, Grandville, MI 49418-1342 |
| ofc | + | Stanley H Van Etten, 7949 Bridgestone Dr., Orlando, FL 32835-5390 |
| 1012861 | | ALLAN W KLARER, BOX 473, SOUTHEY, SK S0G4P0, FOREIGN, FN 99999 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian J. Dilks | on behalf of Interested Party Dilks & Knopik  LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com;dilksknopik@ecf.courtdrive.com |
| David F. Meschan | on behalf of Defendant Michael Senio dmeschan@meschanlaw.com  tkelly@meschanlaw.com |
| David F. Meschan | on behalf of Defendant Leapfrog Marketing  Inc. dmeschan@meschanlaw.com, tkelly@meschanlaw.com |
| David W. Boone | on behalf of Defendant Travel Experts  Inc. dboone@ncdoj.gov |
| Douglas Q. Wickham | |

District/off: 0417-5 | User: admin | Page 2 of 3
Date Rcvd: Jun 01, 2021 | Form ID: pdf014 | Total Noticed: 4

| | |
|---|---|
| | on behalf of Defendant Egw Personnel Services  Inc. doug@wickhamlawnc.com |
| Gerald A. Jeutter, Jr. | |
| | on behalf of Defendant Niagara Frontier Travel Services  Inc. jjeutter@smithlaw.com, kdyer@smithlaw.com |
| Gerald A. Jeutter, Jr. | |
| | on behalf of Defendant Modern Health Strategies  L.L.C. jjeutter@smithlaw.com, kdyer@smithlaw.com |
| Holmes P Harden | |
| | hharden@williamsmullen.com hharden@ecf.epiqsystems.com;scass@williamsmullen.com;NC43@ecfcbis.com;khorton@williamsmullen.com |
| Holmes P Harden | |
| | on behalf of Trustee Holmes P Harden hharden@williamsmullen.com hharden@ecf.epiqsystems.com;scass@williamsmullen.com;NC43@ecfcbis.com;khorton@williamsmullen.com |
| J. Michael Malone | |
| | on behalf of Defendant Dee Brothers mmalone@hendrenmalone.com |
| J. Michael Malone | |
| | on behalf of Defendant John Brothers mmalone@hendrenmalone.com |
| James Anthony Penry | |
| | on behalf of Defendant Dan H Meckenstock neil.riemann@penryriemann.com |
| James Anthony Penry | |
| | on behalf of Defendant Wilbur E Meckenstock neil.riemann@penryriemann.com |
| James Anthony Penry | |
| | on behalf of Defendant Sharon A Meckenstock neil.riemann@penryriemann.com |
| James B Angell | |
| | on behalf of Defendant Jewels By Evonne  Inc. jangell@hsfh.com, mmurdock@hsfh.com |
| James B Angell | |
| | on behalf of Defendant Evonne Eckenroth jangell@hsfh.com  mmurdock@hsfh.com |
| James B Angell | |
| | on behalf of Defendant Quality Builders  Inc. of Raleigh jangell@hsfh.com, mmurdock@hsfh.com |
| James B Angell | |
| | on behalf of Defendant 2021.Interactive  LLC jangell@hsfh.com, mmurdock@hsfh.com |
| James B Angell | |
| | on behalf of Defendant Harrah's Operating Company  Inc. jangell@hsfh.com, mmurdock@hsfh.com |
| James T. Johnson | |
| | on behalf of Plaintiff Holmes P Harden  Trustee jjohnson@dementaskew.com |
| Jeffrey E. Oleynik | |
| | on behalf of Defendant Tig Specialty Insurance Company joleynik@brookspierce.com |
| Jeffrey E. Oleynik | |
| | on behalf of Defendant Tig Insurance Company of Michigan joleynik@brookspierce.com |
| Jeffrey E. Oleynik | |
| | on behalf of Defendant Tig Insurance Company joleynik@brookspierce.com |
| John Mark Stern | |
| | on behalf of Creditor Texas Comptroller of Public Accounts bk-jstern@oag.texas.gov  bk-mbecker@oag.texas.gov |
| John S. Williford, Jr. | |
| | on behalf of Creditor RBC Centura Bank jwilliford@fieldsandcooper.com |
| Kim Sherrie Sawyer | |
| | on behalf of Creditor F Lynn Gravley data@tlsgltd.com |
| Kim Sherrie Sawyer | |
| | on behalf of Creditor Daming Cao data@tlsgltd.com |
| Kim Sherrie Sawyer | |
| | on behalf of Creditor Jianying Kong data@tlsgltd.com |
| Kim Sherrie Sawyer | |
| | on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com |
| Michael L. Geller | |
| | on behalf of Creditor Michael Geller mlgeller@mac.com |
| Michael L. Geller | |
| | on behalf of Creditor Anita Geller mlgeller@mac.com |
| Neal Fowler | |

District/off: 0417-5

Date Rcvd: Jun 01, 2021

User: admin

Form ID: pdf014

Page 3 of 3

Total Noticed: 4

on behalf of Interested Party Scott Wilkinson USANCE.Bankruptcy@usdoj.gov usance.ecfcivil2@usdoj.gov

Richard D Sparkman

on behalf of Defendant Toner Solutions  Inc. rds@sparkmanlaw.com, mary@sparkmanlaw.com;diane@sparkmanlaw.com;D.RR67633@notify.bestcase.com

Susan R. Sherrill-Beard

on behalf of Creditor U.S. Securities and Exchange Commission sherrill-beards@sec.gov atlreorg@sec.gov

Terri L. Gardner

on behalf of Debtor International Heritage  Inc. terri.gardner@nelsonmullins.com, karie.rankine@nelsonmullins.com

William E. Brewer, Jr.

on behalf of Defendant Edmundo Colorado wbrewer@janvierlaw.com erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;kelly@janvierlaw.com;june@janvierlaw.com;laura@janvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R5

William E. Brewer, Jr.

on behalf of Defendant Tracey Sabates wbrewer@janvierlaw.com erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;kelly@janvierlaw.com;june@janvierlaw.com;laura@janvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R5

William E. Brewer, Jr.

on behalf of Defendant Claude Savage  Jr. wbrewer@janvierlaw.com, erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;kelly@janvierlaw.com;june@janvierlaw.com;laura@janvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R5

William E. Brewer, Jr.

on behalf of Defendant Lisa Colorado wbrewer@janvierlaw.com erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;kelly@janvierlaw.com;june@janvierlaw.com;laura@janvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R5

William E. Brewer, Jr.

on behalf of Defendant Claude Savage wbrewer@janvierlaw.com erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;kelly@janvierlaw.com;june@janvierlaw.com;laura@janvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R5

William L. Yaeger

on behalf of Defendant O. Kenneth Rudd  III wyaeger@williamyaeger.com

William Woodward Webb

on behalf of Defendant Marshall Reddy woodywebb@ew-law.com

William Woodward Webb

on behalf of Defendant William Swinney woodywebb@ew-law.com

TOTAL: 43

**SO ORDERED.**

**SIGNED this 1 day of June, 2021.**



**David M. Warren**
**United States Bankruptcy Judge**

---

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

**IN RE:**                                                      **CASE NO. 98-02675-5-DMW**

**INTERNATIONAL HERITAGE, INC.**
                                                                        **CHAPTER 7**
            **DEBTOR**

### ORDER DENYING PAYMENT OF UNCLAIMED FUNDS

This matter comes before the court upon nineteen Applications for Payment of Unclaimed Funds ("Applications") (DE #s 20609, 20611, 20613, 20615, 20617, 20626, 20628, 20630, 20632, 20634, 20641, 20643, 20645, 20647, 20655, 20657, 20659, 20661, 20663) filed by Benjamin D. Tarver d/b/a The Bankruptcy Settlement Group. The court conducted a hearing in Raleigh, North Carolina on June 1, 2021, and Mr. Tarver appeared *pro se*. In the Applications, Mr. Tarver, as assignee of creditors in the case, requests payment of certain unclaimed funds on deposit with the Clerk. The Applications have several deficiencies. The Applications refer to entities other than Mr. Tarver and his "trade name," and the Applications are inconsistent in the name of the assignee of the claims. Mr. Tarver does not disclose the consideration paid for the assignments. Mr. Tarver requests that the funds be deposited in a corporate bank account rather than one in his individual name. Mr. Tarver now lives in Arizona which is inconsistent with the information contained in the

Applications. The court will not grant the Applications with these deficiencies and inconsistencies; now therefore,

It is ORDERED, ADJUDGED and DECREED that the Applications be, and hereby are, denied without prejudice.

END OF DOCUMENT