**VAN–126** Order for Refund of Unclaimed Funds – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
*( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

ORDER FOR REFUND OF UNCLAIMED FUNDS

On May 11, 2021, an application was filed for the Claimant(s), Marks C. Lane, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. Section 2042, the sum of $951.60 held in unclaimed funds be made payable to Marks C. Lane and be disbursed to the payee at the following address: 1309 Hillbrow Lane, Condo #204, Raleigh NC 27615. The Clerk will disburse these funds not earlier than 14 days after entry of this order.

DATED: June 7, 2021

David M. Warren
United States Bankruptcy Judge