**Fill in this Information to identify the case:**

Debtor 1   **International Heritage, Inc.**
           First Name          Middle Name          Last Name

Debtor 2   _____
(Spouse, if filing) First Name    Middle Name      Last Name

United States Bankruptcy Court for the: **EASTERN** _____ District of **NORTH CAROLINA**
                                                                              (State)

Case number:   **98-02675-5-DMW**

FILED

JUN 2 2 2021

STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

---

<u>Form 1340 (12/19)</u>

# AMENDED    APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1.   Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | **$756.02** |
| Claimant's Name: | **Benjamin D. Tarver dba Bankruptcy Settlement Group, As Assignee** |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | **289 S Highway 92 #14207, Sierra Vista AZ  85635**<br>**Phone  832-781-0620**<br>**help@claimtransfers.com** |

## 2.   Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐    Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒    Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐    Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐    Applicant is a representative of the deceased Claimant's estate.

## 3.   Supporting Documentation

☒    Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1]  The Claimant is the party entitled to the unclaimed funds.
[2]  The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3]  The Owner of Record is the original payee.

**4.  Notice to United States Attorney**

☒    Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
**for the Eastern District of North Carolina**
**150 Fayetteville Street,**
**Suite 2100, Raleigh, NC 27601**

| **5. Applicant Declaration** | **5. Co-Applicant Declaration (if applicable)** |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: _6/16/2021_ | Date: _____ |
| _____ Signature of Applicant | _____ Signature of Co-Applicant (if applicable) |
| **Benjamin D. Tarver** Printed Name of Applicant | _____ Printed Name of Co-Applicant (if applicable) |
| Address: **289 S Highway 92 #14207 Sierra Vista, AZ 85635** | Address: |
| Telephone: **832-781-0620** | Telephone: _____ |
| Email: **help@claimtransfers.com** | Email: _____ |

| **6.  Notarization** | **6.  Notarization** |
|---|---|
| STATE OF **ARIZONA** | STATE OF _____ |
| COUNTY OF **COCHISE** | COUNTY OF _____ |
| This Application for Unclaimed Funds, dated _6/16/21_ was subscribed and sworn to before me this _16th_ day of _JUNE_, 20_21_ by **Benjamin D. Tarver** | This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by |
| who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to within the instrument. WITNESS my hand and official seal. | who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to within the instrument. WITNESS my hand and official seal. |
| (SEAL)        Notary Public _____ | (SEAL)        Notary Public _____ |
| My commission expires: 11/12/21 | My commission expires: |

MICHELLE G MIETZNER
Notary Public, State of Arizona
Pima County
My Commission Expires
November 12, 2021

Form 1340          Application for Payment of Unclaimed Funds          Page 2