VAN–117 Hearing Conference Worksheet – Rev. 02/03/2021

Date:_____ Time: _____ Place: _____

Date:_____ Time: _____ Place: _____

Date:_____ Time: _____ Place: _____

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093
**Raleigh Division**

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*20672* – Application to Release Funds in the Amount of $ 218.74, $312.82, $61.23, $1.76 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20674* – Application to Release Funds in the Amount of $ 2.85, $353.31, $505.27 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20676* – Application to Release Funds in the Amount of $ $441.01, $123.44 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20678* – Application to Release Funds in the Amount of $ 471.12, $131.87 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20680* – Application to Release Funds in the Amount of $ 1.52, $52.90, $189.00, $270.29 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20682* – Application to Release Funds in the Amount of $ $84.65, $302.41 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20684* – Application to Release Funds in the Amount of $ 224.54, $62.85, $321.10, $1.81 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20686* – Application to Release Funds in the Amount of $ 149.55, $764.06, $4.31 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20688* – Application to Release Funds in the Amount of $ 323.00, $63.22, $1.82 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20690* – Application to Release Funds in the Amount of $ 1.52, $270.29 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20692* – Application to Release Funds in the Amount of $ 270.29, $1.52, $52.90, $189.00 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20694* – Application to Release Funds in the Amount of $ 252.01, $70.54 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20696* – Application to Release Funds in the Amount of $ 630.68, $441.01, $3.55, $123.44 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20698* – Application to Release Funds in the Amount of $ 360.98, $2.91 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20700* – Application to Release Funds in the Amount of $ 269.33, $2.17 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20702* – Application to Release Funds in the Amount of $ 219.17, $61.35, $313.42, $1.77 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20704* – Application to Release Funds in the Amount of $ 133.50, $3.84, $476.94 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20706* – Application to Release Funds in the Amount of $ 526.35, $4.34 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20708* – Application to Release Funds in the Amount of $ 756.02 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20710* – Application to Release Funds in the Amount of $ 265.74 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20712* – Application to Release Funds in the Amount of $ 470.81, $131.78 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20714* – Application to Release Funds in the Amount of $ 441.01, $123.44, $3.55 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20716* – Application to Release Funds in the Amount of $ 252.00, $70.54 filed by Benjamin D. Tarver (Wiggins, Carrie)

Terri L. Gardner
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
919 329–3882

Holmes P Harden
Williams Mullen
A Professional Corporation
P. O. Drawer 1000
Raleigh, NC 27602
919 981–4000


DATED: July 26, 2021

Kelly Shum–Drake