VAN–057 Notice to Creditors and Other Parties in Interest – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
 ( debtor has no known aliases )
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:    Tuesday, August 31, 2021
TIME:    10:00 AM
PLACE:   300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

to consider and act on the following matters:

Application to Release Funds in the Amount of $ 218.74, $312.82, $61.23, $1.76 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 2.85, $353.31, $505.27 filed by Benjamin D. Tarver
Application to Release Funds in the Amount of $ $441.01, $123.44 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 471.12, $131.87 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 1.52, $52.90, $189.00, $270.29 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ $84.65, $302.41 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 224.54, $62.85, $321.10, $1.81 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 149.55, $764.06, $4.31 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 323.00, $63.22, $1.82 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 1.52, $270.29 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 270.29, $1.52, $52.90, $189.00 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 252.01, $70.54 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 630.68, $441.01, $3.55, $123.44 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 360.98, $2.91 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 269.33, $2.17 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 219.17, $61.35, $313.42, $1.77 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 133.50, $3.84, $476.94 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 526.35, $4.34 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 756.02 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 265.74 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 470.81, $131.78 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 441.01, $123.44, $3.55 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 252.00, $70.54 filed by Benjamin D. Tarver

and to transact all other business as may properly come before the court.

DATED: July 26, 2021

                                            Stephanie J. Butler
                                            Clerk of Court