**VAN–117** Hearing Conference Worksheet – Rev. 02/03/2021

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093
**Raleigh Division**

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*20725* – Application to Release Funds in the Amount of $ 471.96 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20727* – Application to Release Funds in the Amount of $ 123.44 and $444.01 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20729* – Application to Release Funds in the Amount of $ 476.79 and $133.46 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20731* – Application to Release Funds in the Amount of $ 683.29 and $3.85 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20733* – Application to Release Funds in the Amount of $ 4.04 and $717.50 filed by Benjamin D. Tarver (Wiggins, Carrie)

Terri L. Gardner
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
919 329–3882

Holmes P Harden
Williams Mullen
A Professional Corporation
P. O. Drawer 1000
Raleigh, NC 27602
919 981–4000

DATED: August 18, 2021

Kelly Shum–Drake