VAN–057 Notice to Creditors and Other Parties in Interest – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
( debtor has no known aliases )
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE: Tuesday, August 31, 2021
TIME: 10:00 AM
PLACE: 300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

to consider and act on the following matters:

Application to Release Funds in the Amount of $ 471.96 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 123.44 and $444.01 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 476.79 and $133.46 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 683.29 and $3.85 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 4.04 and $717.50 filed by Benjamin D. Tarver

and to transact all other business as may properly come before the court.

DATED: August 18, 2021

Stephanie J. Butler
Clerk of Court