# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
**Raleigh Division**

IN RE:
International Heritage, Inc.
*( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:   Tuesday, August 31, 2021
TIME:   10:00 AM
PLACE:  300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

to consider and act on the following matters:

Application to Release Funds in the Amount of $ 478.37 and $133.90 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 82.90 and $296.17 filed by Benjamin D. Tarver

and to transact all other business as may properly come before the court.

DATED: August 20, 2021

Stephanie J. Butler
Clerk of Court