UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NORTH CAROLINA

PDF FILE WITH AUDIO FILE ATTACHMENT

98-02675-5-DMW

International Heritage, Inc.

| | |
|---|---|
| Case Number : | 98-02675-5-DMW |
| Case Title : | International Heritage, Inc. |
| Case Type : | bk |
| Judge : | David M. Warren |
| Courtroom : | Raleigh Courtroom (3rd Floor), Raleigh, NC |
| Audio Date\Time : | 8/31/2021 10:03:34 AM |
| Audio File name : | 98-02675-5-DMW_20210831_095258.mp3 |
| Audio File Size : | 378144 KB |
| Audio Run Time : | 00:01:03 (hh:mm:ss) |

**Help Using this File**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

**MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.**

This digital recording is a copy of a court proceeding and is provided as a convenience to the public.  In accordance with 28 U.S.C. § 753 (b)   "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."