**SO ORDERED.**

**SIGNED this 31 day of August, 2021.**



David M. Warren
United States Bankruptcy Judge

---

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                          CASE NO. 98-02675-5-DMW

INTERNATIONAL HERITAGE, INC.                    CHAPTER 7

   DEBTOR

### ORDER DENYING APPLICATIONS FOR PAYMENT OF UNCLAIMED FUNDS

  This matter comes before the court upon the thirty Applications for Payment of Unclaimed Funds ("Applications") filed by Benjamin D. Tarver ("Mr. Tarver") dba Bankruptcy Settlement Group, as Assignee on June 22, 2021 (DE #s 20672, 20674, 20676, 20678, 20680, 20682, 20684, 20686, 20688, 20690, 20692, 20694, 20696, 20698, 20700, 20702, 20704, 20706, 20708, 20710, 20712, 20714, and 20716), July 6, 2021 (DE #s 20718 and 20720), and August 17, 2021 (DE #s 20725, 20727, 20729, 20731, and 20733), seeking disbursement of unclaimed funds in the case. The court conducted a hearing on August 31, 2021 in Raleigh, North Carolina, and Mr. Tarver did not appear at the properly noticed hearing. Based upon the failure of Mr. Tarver to prosecute the Applications, the court will deny the requested relief; now therefore,

  It is ORDERED, ADJUDGED, and DECREED that the Applications be, and hereby are, denied.

### END OF DOCUMENT