VAN–126 Order for Refund of Unclaimed Funds – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:  
International Heritage, Inc.  
( debtor has no known aliases )  
C/O TERRI L. GARDNER  
POST OFFICE DRAWER 1389  
RALEIGH, NC 27602  

CASE NO.: 98–02675–5–DMW  
DATE FILED: November 25, 1998  
CHAPTER: 7  

TaxID: 56–1921093

## ORDER FOR REFUND OF UNCLAIMED FUNDS

On September 29, 2021, an application was filed for the Claimant(s), Faye D. Iwanaga, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. Section 2042, the sum of $1,164.43 held in unclaimed funds be made payable to Faye D. Iwanaga and be disbursed to the payee at the following address: 2243 Eisenhower Drive, Clay Center, KS 67432–1553. The Clerk will disburse these funds not earlier than 14 days after entry of this order.

DATED: October 21, 2021

David M. Warren  
United States Bankruptcy Judge