| Fill in this Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | JERRY | MARTINEZ | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: EASTERN District of NORTH CAROLINA (State) | | | |
| Case number: 98-02675 | | | |

**FILED**

OCT 22 2021

STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

---

**Form 1340 (12/19)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | 133.40    478.37 |
|---|---|
| Claimant's Name: | |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 108 FREDRICKSBURG Circle<br>HALLSVILLE, TX 75650     512-525-9221<br>jerrymartinez5@att.net |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [x] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- [ ] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☐ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

United States Attorney for the
Eastern District of North Carolina
150 Fayetteville Street,
Suite 2100, Raleigh,
NC 27601

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 10-15-2021 | Date: |
| Signature of Applicant: *[signed]* | Signature of Co-Applicant (if applicable): |
| Printed Name of Applicant: JERRY MARTINEZ | Printed Name of Co-Applicant (if applicable): |
| Address: 108 FREDRICKSBURG CV, HALLSVILLE, TX 75650 | Address: |
| Telephone: 512-525-9221 | Telephone: |
| Email: jerrymartinez5@att.net | Email: |

**6. Notarization**

STATE OF Texas
COUNTY OF Gregg

This Application for Unclaimed Funds, dated 10-15-2021 was subscribed and sworn to before me this 15 day of October, 20 21 by Jerry Martinez who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public *[signed Sabrina Dene Dickerson]*
My commission expires: 11-3-2022

SABRINA DENE DICKERSON
Notary Public State of Texas
COMM. EXP. 11/3/2022
NO. 130014438

**6. Notarization**

STATE OF ____
COUNTY OF ____

This Application for Unclaimed Funds, dated ____ was subscribed and sworn to before me this ____ day of ____, 20 ____ by ____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public ____
My commission expires: