United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                                                          Case No. 98-02675-DMW
International Heritage, Inc.                                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0417-5                  User: admin                                         Page 1 of 3
Date Rcvd: Oct 21, 2021               Form ID: van126                                 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | Faye D. Iwanaga, 2243 Eisenhower Dr, Clay Center, KS 67432-1553 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2021                       Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian J. Dilks | on behalf of Interested Party Dilks & Knopik LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com;dilksknopik@ecf.courtdrive.com |
| David F. Meschan | on behalf of Defendant Michael Senio dmeschan@meschanlaw.com tkelly@meschanlaw.com |
| David F. Meschan | on behalf of Defendant Leapfrog Marketing Inc. dmeschan@meschanlaw.com, tkelly@meschanlaw.com |
| David W. Boone | on behalf of Defendant Travel Experts Inc. dboone@ncdoj.gov |
| Douglas Q. Wickham | on behalf of Defendant Egw Personnel Services Inc. doug@wickhamlawnc.com |
| Gerald A. Jeutter, Jr. | on behalf of Defendant Niagara Frontier Travel Services Inc. jjeutter@smithlaw.com, kdyer@smithlaw.com |
| Gerald A. Jeutter, Jr. | on behalf of Defendant Modern Health Strategies L.L.C. jjeutter@smithlaw.com, kdyer@smithlaw.com |
| Holmes P Harden | |

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 2 of 3 |
| Date Rcvd: Oct 21, 2021 | Form ID: van126 | Total Noticed: 1 |

| | |
|---|---|
| | hharden@williamsmullen.com<br>hharden@ecf.epiqsystems.com;scass@williamsmullen.com;NC43@ecfcbis.com;khorton@williamsmullen.com |
| Holmes P Harden | on behalf of Trustee Holmes P Harden hharden@williamsmullen.com<br>hharden@ecf.epiqsystems.com;scass@williamsmullen.com;NC43@ecfcbis.com;khorton@williamsmullen.com |
| J. Michael Malone | on behalf of Defendant Dee Brothers mmalone@hendrenmalone.com |
| J. Michael Malone | on behalf of Defendant John Brothers mmalone@hendrenmalone.com |
| James Anthony Penry | on behalf of Defendant Wilbur E Meckenstock neil.riemann@penryriemann.com |
| James Anthony Penry | on behalf of Defendant Sharon A Meckenstock neil.riemann@penryriemann.com |
| James Anthony Penry | on behalf of Defendant Dan H Meckenstock neil.riemann@penryriemann.com |
| James B Angell | on behalf of Defendant Jewels By Evonne  Inc. jangell@hsfh.com, mmurdock@hsfh.com |
| James B Angell | on behalf of Defendant Evonne Eckenroth jangell@hsfh.com  mmurdock@hsfh.com |
| James B Angell | on behalf of Defendant Quality Builders  Inc. of Raleigh jangell@hsfh.com, mmurdock@hsfh.com |
| James B Angell | on behalf of Defendant 2021.Interactive  LLC jangell@hsfh.com, mmurdock@hsfh.com |
| James B Angell | on behalf of Defendant Harrah's Operating Company  Inc. jangell@hsfh.com, mmurdock@hsfh.com |
| James T. Johnson | on behalf of Plaintiff Holmes P Harden  Trustee jjohnson@dementaskew.com |
| Jeffrey E. Oleynik | on behalf of Defendant Tig Insurance Company of Michigan joleynik@brookspierce.com |
| Jeffrey E. Oleynik | on behalf of Defendant Tig Insurance Company joleynik@brookspierce.com |
| Jeffrey E. Oleynik | on behalf of Defendant Tig Specialty Insurance Company joleynik@brookspierce.com |
| John Mark Stern | on behalf of Creditor Texas Comptroller of Public Accounts bk-jstern@oag.texas.gov  bk-mbecker@oag.texas.gov |
| John S. Williford, Jr. | on behalf of Creditor RBC Centura Bank jwilliford@fieldsandcooper.com |
| Kim Sherrie Sawyer | on behalf of Creditor F Lynn Gravley data@tlsgltd.com |
| Kim Sherrie Sawyer | on behalf of Creditor Daming Cao data@tlsgltd.com |
| Kim Sherrie Sawyer | on behalf of Creditor Jianying Kong data@tlsgltd.com |
| Kim Sherrie Sawyer | on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com |
| Michael L. Geller | on behalf of Creditor Anita Geller mlgeller@mac.com |
| Michael L. Geller | on behalf of Creditor Michael Geller mlgeller@mac.com |
| Neal Fowler | on behalf of Interested Party Scott Wilkinson USANCE.Bankruptcy@usdoj.gov  usance.ecfcivil2@usdoj.gov |
| Richard D Sparkman | on behalf of Defendant Toner Solutions  Inc. rds@sparkmanlaw.com,<br>mary@sparkmanlaw.com;diane@sparkmanlaw.com;D.RR67633@notify.bestcase.com |
| Susan R. Sherrill-Beard | on behalf of Creditor U.S. Securities and Exchange Commission sherrill-beards@sec.gov  atlreorg@sec.gov |

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 21, 2021 | Form ID: van126 | Total Noticed: 1 |

Terri L. Gardner
    on behalf of Debtor International Heritage  Inc. terri.gardner@nelsonmullins.com, karie.rankine@nelsonmullins.com

William E. Brewer, Jr.
    on behalf of Defendant Edmundo Colorado wbrewer@janvierlaw.com
erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;kelly@janvierlaw.com;june@janvierlaw.com;laura@janvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R5

William E. Brewer, Jr.
    on behalf of Defendant Tracey Sabates wbrewer@janvierlaw.com
erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;kelly@janvierlaw.com;june@janvierlaw.com;laura@janvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R5

William E. Brewer, Jr.
    on behalf of Defendant Claude Savage  Jr. wbrewer@janvierlaw.com,
erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;kelly@janvierlaw.com;june@janvierlaw.com;laura@janvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R5

William E. Brewer, Jr.
    on behalf of Defendant Lisa Colorado wbrewer@janvierlaw.com
erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;kelly@janvierlaw.com;june@janvierlaw.com;laura@janvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R5

William E. Brewer, Jr.
    on behalf of Defendant Claude Savage wbrewer@janvierlaw.com
erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;kelly@janvierlaw.com;june@janvierlaw.com;laura@janvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R5

William L. Yaeger
    on behalf of Defendant O. Kenneth Rudd  III wyaeger@williamyaeger.com

William Woodward Webb
    on behalf of Defendant Marshall Reddy woodywebb@ew-law.com

William Woodward Webb
    on behalf of Defendant William Swinney woodywebb@ew-law.com

TOTAL: 43

VAN–126 Order for Refund of Unclaimed Funds – Rev. 02/03/2021

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
Raleigh Division

IN RE:  
International Heritage, Inc.  
*( debtor has no known aliases )*  
C/O TERRI L. GARDNER  
POST OFFICE DRAWER 1389  
RALEIGH, NC 27602  

TaxID: 56–1921093

CASE NO.: 98–02675–5–DMW  
DATE FILED: November 25, 1998  
CHAPTER: 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

On September 29, 2021, an application was filed for the Claimant(s), Faye D. Iwanaga, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. Section 2042, the sum of $1,164.43 held in unclaimed funds be made payable to Faye D. Iwanaga and be disbursed to the payee at the following address: 2243 Eisenhower Drive, Clay Center, KS 67432–1553. The Clerk will disburse these funds not earlier than 14 days after entry of this order.

DATED: October 21, 2021

David M. Warren  
United States Bankruptcy Judge