**Fill in this Information to identify the case:**

Debtor 1  Jennie Watkins Johnson
         First Name   Middle Name   Last Name

Debtor 2 _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: Eastern District of N. Carolina
                                                           (State)

Case number: 98-02675

FILED

NOV 12 2021

STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

Form 1340 (12/19)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: $582.22 | (306.33, 59.96, 214.20, 1.73) |
| Claimant's Name: | Jennie Watkins Johnson |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 270 Lakeshore Dr<br>Braselton Ga 30517-3518<br>770 310 4462  Jenpjohn68@Protonmail.com |

## 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (check the statements that apply):

☒ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (e.g., attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

## 3. Supporting Documentation

☐ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

United States Attorney for the
Eastern District of North Carolina
150 Fayetteville Street,
Suite 2100, Raleigh,
NC 27601

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 10-27-2021 | Date: |
| [signature] | |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Printed Name of Applicant: Jennie W. Johnson | Printed Name of Co-Applicant (if applicable) |
| Address: 270 Lakeshore Dr. Braselton Ga 30517 | Address: |
| Telephone: 770 310 4462 | Telephone: |
| Email: jenejohn68@gmail.com | Email: |

**6. Notarization**
STATE OF Georgia
COUNTY OF Gwinnett

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this 27 day of October, 2021 by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public [signature]
My commission expires: 10/21/24

*[Notary Seal: RACHEL LITTLE DAY, NOTARY PUBLIC, JACKSON COUNTY, GEORGIA, OCT 21, 2024]*

**6. Notarization**
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _____
My commission expires: