**VAN–126** Order for Refund of Unclaimed Funds – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:  
International Heritage, Inc.  
*( debtor has no known aliases )*  
C/O TERRI L. GARDNER  
POST OFFICE DRAWER 1389  
RALEIGH, NC 27602  

CASE NO.: 98–02675–5–DMW  
DATE FILED: November 25, 1998  
CHAPTER: 7

TaxID: 56–1921093

### ORDER FOR REFUND OF UNCLAIMED FUNDS

On November 12, 2021, an application was filed for the Claimant(s), Jennie Watkins Johnson, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. Section 2042, the sum of $582.22 held in unclaimed funds be made payable to Jennie Watkins Johnson and be disbursed to the payee at the following address: 270 Lakeshore Drive, Braselton GA 30517. The Clerk will disburse these funds not earlier than 14 days after entry of this order.

DATED: December 7, 2021

David M. Warren  
United States Bankruptcy Judge