| Fill in this Information to identify the case: | |
|---|---|
| Debtor 1 | <u>International Heritage, Inc.</u><br>First Name    Middle Name    Last Name |
| Debtor 2<br>(Spouse, if filing) | <br>First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | <u>Eastern</u> District of <u>North Carolina</u> (State) |
| Case number: | # 98-02675 |

**FILED**

DEC 0 6 2021

STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

---

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $488.58 and $4.03 |
|---|---|
| Claimant's Name: | Jie Yan |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 647 E. 10th St, Charlotte, NC 28202<br>704-904-7424<br>jieyanhu@yahoo.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [x] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- [x] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.

**4. Notice to United States Attorney**

[X] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

United States Attorney for the
Eastern District of North Carolina
150 Fayetteville Street,
Suite 2100, Raleigh,
NC 27601

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 12/1/2021

Signature of Applicant: *Jie Yan*

Printed Name of Applicant: Jie Yan

Address: 647 E. 10th St. Charlotte, NC 28202

Telephone: 704-904-7424

Email: jieyanhu@yahoo.com

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable): _____

Printed Name of Co-Applicant (if applicable): _____

Address: _____

Telephone: _____

Email: _____

**6. Notarization**
STATE OF North Carolina
COUNTY OF Mecklenburg

This Application for Unclaimed Funds, dated 12-1-21 was subscribed and sworn to before me this 1 day of December, 20 21 by

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public *[signature]*

My commission expires: 09-22-24

[Notary Seal: DENNIS REITZ, MY COMMISSION EXPIRES SEPTEMBER 22, 2024, NOTARY PUBLIC, MECKLENBURG COUNTY, NC]

**6. Notarization**
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _____

My commission expires: _____