| Fill in this Information to identify the case: | |
|---|---|
| Debtor 1 | International Heritage Inc. |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | Eastern District Of North Carolina |
| Case Number: | 98-02675-5-ATS |

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $709.23 |
|---|---|
| Claimant's Name: | Dilks & Knopik, LLC, as assignee to Julie M. Sweezea |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 35308 SE Center St<br>Snoqualmie, WA 98065<br>(425) 836-5728<br>admin@dilksknopik.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐   Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒   Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐   Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐   Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒   Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

> Office of the United States Attorney
> Eastern District Of North Carolina
> 150 Fayetteville Street, Suite 2100
> Raleigh, NC 27601

---

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:  December 22, 2021

*[signature]*

Signature of Applicant
John L. Groshon
Attorney Representative for Dilks & Knopik, LLC

1001 East Boulevard, Suite C
Charlotte, NC 28203-5780
(704) 342-3328  Phone
(704) 342-3358  Fax

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address:

Telephone: _____

Email: _____

---

**6. Notarization**
STATE OF <u>NORTH CAROLINA</u>

COUNTY OF <u>MECKLENBURG</u>

This Application for Unclaimed Funds dated December 22, 2021 was subscribed and sworn to before me this 22nd day of December, 2021 by John L. Groshon who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public: *Cynthia W. Groshon*
Cynthia W. Groshon
My commission expires: <u>11/25/2023</u>

*[Notary seal: CYNTHIA W. GROSHON, NOTARY PUBLIC, MECKLENBURG COUNTY, NC]*

**6. Notarization**
STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20____ by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public_____

My commission expires:

---

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed to:

United States Attorney for Eastern District Of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

Date: December 22, 2021

*John L. Groshon* (signature)
John L. Groshon
Attorney Representative for
Dilks & Knopik, LLC
1001 East Blvd., Suite C
Charlotte, NC 28203-5780
(704) 342-3328
groshonlawoffice@aol.com