United States Bankruptcy Court

Eastern District of North Carolina

In re:                                                                                          Case No. 98-02675-DMW

International Heritage, Inc.                                                       Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0417-5                                 User: admin                                     Page 1 of 3

Date Rcvd: Jan 04, 2022                       Form ID: van126                           Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + Jie Yan, 647 E. 10th St., Charlotte, NC 28202-3129 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2022                             Signature:              /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian J. Dilks | on behalf of Interested Party Dilks & Knopik  LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com;dilksknopik@ecf.courtdrive.com |
| David F. Meschan | on behalf of Defendant Michael Senio dmeschan@meschanlaw.com  tkelly@meschanlaw.com |
| David F. Meschan | on behalf of Defendant Leapfrog Marketing  Inc. dmeschan@meschanlaw.com, tkelly@meschanlaw.com |
| David W. Boone | on behalf of Defendant Travel Experts  Inc. dboone@ncdoj.gov |
| Douglas Q. Wickham | on behalf of Defendant Egw Personnel Services  Inc. doug@wickhamlawnc.com |
| Gerald A. Jeutter, Jr. | |

District/off: 0417-5                    User: admin                    Page 2 of 3
Date Rcvd: Jan 04, 2022                 Form ID: van126                Total Noticed: 1

|  |  |
|---|---|
|  | on behalf of Defendant Niagara Frontier Travel Services  Inc. jjeutter@smithlaw.com, kdyer@smithlaw.com |
| Gerald A. Jeutter, Jr. |  |
|  | on behalf of Defendant Modern Health Strategies  L.L.C. jjeutter@smithlaw.com, kdyer@smithlaw.com |
| Holmes P Harden |  |
|  | hharden@williamsmullen.com<br>hharden@ecf.epiqsystems.com;scass@williamsmullen.com;NC43@ecfcbis.com;khorton@williamsmullen.com |
| Holmes P Harden |  |
|  | on behalf of Trustee Holmes P Harden hharden@williamsmullen.com<br>hharden@ecf.epiqsystems.com;scass@williamsmullen.com;NC43@ecfcbis.com;khorton@williamsmullen.com |
| J. Michael Malone |  |
|  | on behalf of Defendant Dee Brothers mmalone@hendrenmalone.com |
| J. Michael Malone |  |
|  | on behalf of Defendant John Brothers mmalone@hendrenmalone.com |
| James Anthony Penry |  |
|  | on behalf of Defendant Wilbur E Meckenstock neil.riemann@penryriemann.com |
| James Anthony Penry |  |
|  | on behalf of Defendant Sharon A Meckenstock neil.riemann@penryriemann.com |
| James Anthony Penry |  |
|  | on behalf of Defendant Dan H Meckenstock neil.riemann@penryriemann.com |
| James B Angell |  |
|  | on behalf of Defendant Jewels By Evonne  Inc. jangell@hsfh.com, mmurdock@hsfh.com |
| James B Angell |  |
|  | on behalf of Defendant Evonne Eckenroth jangell@hsfh.com  mmurdock@hsfh.com |
| James B Angell |  |
|  | on behalf of Defendant Quality Builders  Inc. of Raleigh jangell@hsfh.com, mmurdock@hsfh.com |
| James B Angell |  |
|  | on behalf of Defendant 2021.Interactive  LLC jangell@hsfh.com, mmurdock@hsfh.com |
| James B Angell |  |
|  | on behalf of Defendant Harrah's Operating Company  Inc. jangell@hsfh.com, mmurdock@hsfh.com |
| James T. Johnson |  |
|  | on behalf of Plaintiff Holmes P Harden  Trustee jjohnson@dementaskew.com |
| Jeffrey E. Oleynik |  |
|  | on behalf of Defendant Tig Insurance Company of Michigan joleynik@brookspierce.com |
| Jeffrey E. Oleynik |  |
|  | on behalf of Defendant Tig Insurance Company joleynik@brookspierce.com |
| Jeffrey E. Oleynik |  |
|  | on behalf of Defendant Tig Specialty Insurance Company joleynik@brookspierce.com |
| John L. Groshon |  |
|  | on behalf of Creditor Dilks & Knopik  LLC barongroshon@bellsouth.net |
| John Mark Stern |  |
|  | on behalf of Creditor Texas Comptroller of Public Accounts bk-jstern@oag.texas.gov  bk-mbecker@oag.texas.gov |
| John S. Williford, Jr. |  |
|  | on behalf of Creditor RBC Centura Bank jwilliford@fieldsandcooper.com |
| Kim Sherrie Sawyer |  |
|  | on behalf of Creditor F Lynn Gravley data@tlsgltd.com |
| Kim Sherrie Sawyer |  |
|  | on behalf of Creditor Daming Cao data@tlsgltd.com |
| Kim Sherrie Sawyer |  |
|  | on behalf of Creditor Jianying Kong data@tlsgltd.com |
| Kim Sherrie Sawyer |  |
|  | on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com |
| Michael L. Geller |  |
|  | on behalf of Creditor Anita Geller mlgeller@mac.com |
| Michael L. Geller |  |
|  | on behalf of Creditor Michael Geller mlgeller@mac.com |
| Neal Fowler |  |

User: admin
Form ID: van126
Total Noticed: 1

on behalf of Interested Party Scott Wilkinson USANCE.Bankruptcy@usdoj.gov  usance.ecfcivil2@usdoj.gov

Richard D Sparkman

on behalf of Defendant Toner Solutions  Inc. rds@sparkmanlaw.com,
mary@sparkmanlaw.com;diane@sparkmanlaw.com;D.RR67633@notify.bestcase.com

Susan R. Sherrill-Beard

on behalf of Creditor U.S. Securities and Exchange Commission sherrill-beards@sec.gov  atlreorg@sec.gov

Terri L. Gardner

on behalf of Debtor International Heritage  Inc. terri.gardner@nelsonmullins.com, karie.rankine@nelsonmullins.com

William E. Brewer, Jr.

on behalf of Defendant Edmundo Colorado wbrewer@janvierlaw.com
erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;kelly@janvierlaw.com;june@janvierlaw.com;laura
@janvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R5

William E. Brewer, Jr.

on behalf of Defendant Tracey Sabates wbrewer@janvierlaw.com
erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;kelly@janvierlaw.com;june@janvierlaw.com;laura
@janvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R5

William E. Brewer, Jr.

on behalf of Defendant Claude Savage  Jr. wbrewer@janvierlaw.com,
erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;kelly@janvierlaw.com;june@janvierlaw.com;laura
@janvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R5

William E. Brewer, Jr.

on behalf of Defendant Lisa Colorado wbrewer@janvierlaw.com
erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;kelly@janvierlaw.com;june@janvierlaw.com;laura
@janvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R5

William E. Brewer, Jr.

on behalf of Defendant Claude Savage wbrewer@janvierlaw.com
erin@janvierlaw.com;stephanie@janvierlaw.com;samantha@janvierlaw.com;kelly@janvierlaw.com;june@janvierlaw.com;laura
@janvierlaw.com;notices@williambrewer.com;wbrewer@williambrewer.com;sellis@williambrewer.com;R5

William L. Yaeger

on behalf of Defendant O. Kenneth Rudd  III wyaeger@williamyaeger.com

William Woodward Webb

on behalf of Defendant Marshall Reddy woodywebb@ew-law.com

William Woodward Webb

on behalf of Defendant William Swinney woodywebb@ew-law.com


TOTAL: 44

**VAN–126** Order for Refund of Unclaimed Funds – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

### ORDER FOR REFUND OF UNCLAIMED FUNDS

On December 6, 2021, an application was filed for the Claimant(s), Jie Yan, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. Section 2042, the sum of $492.61 held in unclaimed funds be made payable to Jie Yan and be disbursed to the payee at the following address: 647 E. 10th St., Charlotte, NC 28202. The Clerk will disburse these funds not earlier than 14 days after entry of this order.

DATED: January 4, 2022

David M. Warren
United States Bankruptcy Judge