VAN–117 Hearing Conference Worksheet – Rev. 01/06/2022

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093
**Raleigh Division**

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*20764* – Application to Release Funds in the Amount of $ 441.01, $123.44, $3.55 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20766* – Application to Release Funds in the Amount of $ 265.74 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20768* – Application to Release Funds in the Amount of $ 470.81 and $131.78 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20770* – Application to Release Funds in the Amount of $ 133.50, $3.84, $476.94 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20772* – Application to Release Funds in the Amount of $ 756.02 and $211.62 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20774* – Application to Release Funds in the Amount of $ 149.55, $764.06, $4.31 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20776* – Application to Release Funds in the Amount of $ 441.01, $123.44, $630.68, $3.55 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20778* – Application to Release Funds in the Amount of $ 219.17, $61.35, $313.42, $1.77 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20780* – Application to Release Funds in the Amount of $ 648.70 and $3.66 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20782* – Application to Release Funds in the Amount of $ 329.37 and $92.19 filed by Benjamin D. Tarver (Wiggins, Carrie)

Terri L. Gardner
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
919 329–3882

Holmes P Harden
Williams Mullen
A Professional Corporation
P. O. Drawer 1000
Raleigh, NC 27602
919 981–4000


DATED: January 18, 2022

Dawn Wright