VAN–117 Hearing Conference Worksheet – Rev. 01/06/2022

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093
**Raleigh Division**

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*20784* – Application to Release Funds in the Amount of $ 476.79 and $133.46 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20786* – Application to Release Funds in the Amount of $ 270.29, $1.52, $52.90, $189.00 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20788* – Application to Release Funds in the Amount of $ 302.41 and $84.65 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20790* – Application to Release Funds in the Amount of $ 224.54, $62.85, $321.10, $1.81 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20792* – Application to Release Funds in the Amount of $ 1.52, $52.90, $189.00, $270.29 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20794* – Application to Release Funds in the Amount of $ 441.01 and $123.44 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20796* – Application to Release Funds in the Amount of $ 252.00 and $70.54 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20798* – Application to Release Funds in the Amount of $ 683.29 and $3.85 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20800* – Application to Release Funds in the Amount of $ 269.33 and $2.17 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20802* – Application to Release Funds in the Amount of $ 218.74, $312.82, $61.23, $1.76 filed by Benjamin D. Tarver (Wiggins, Carrie)

Terri L. Gardner
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
919 329–3882

Holmes P Harden
Williams Mullen
A Professional Corporation
P. O. Drawer 1000
Raleigh, NC 27602
919 981–4000


DATED: January 18, 2022

Dawn Wright