**VAN–117** Hearing Conference Worksheet – Rev. 01/06/2022

Date:_____   Time: _____   Place: _____

Date:_____   Time: _____   Place: _____

Date:_____   Time: _____   Place: _____

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093
**Raleigh Division**

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*20804* – Application to Release Funds in the Amount of $ 252.01 and $70.54 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20806* – Application to Release Funds in the Amount of $ 526.35 and $4.34 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20808* – Application to Release Funds in the Amount of $ 2.85, $353.31, $505.27, $98.89 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20810* – Application to Release Funds in the Amount of $ 323.00, $63.22, $1.82 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20812* – Application to Release Funds in the Amount of $ 290.42 and $2.40 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20814* – Application to Release Funds in the Amount of $ 477.11, $133.55, $682.30, $3.85 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20816* – Application to Release Funds in the Amount of $ 477.80, $133.74, $683.30, $3.85 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20818* – Application to Release Funds in the Amount of $ 681.13 and $3.84 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20820* – Application to Release Funds in the Amount of $ 508.04 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20822* – Application to Release Funds in the Amount of $ 638.30, $178.66, $912.82, $5.14 filed by Benjamin D. Tarver (Wiggins, Carrie)

Terri L. Gardner
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
919 329–3882

Holmes P Harden
Williams Mullen
A Professional Corporation
P. O. Drawer 1000
Raleigh, NC 27602
919 981–4000


DATED: January 18, 2022

Dawn Wright