VAN–117 Hearing Conference Worksheet – Rev. 01/06/2022

Date:_____ Time: _____ Place: _____

Date:_____ Time: _____ Place: _____

Date:_____ Time: _____ Place: _____

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093
**Raleigh Division**

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*20824* – Application to Release Funds in the Amount of $ 225.80, $63.20, $322.91, $1.82 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20826* – Application to Release Funds in the Amount of $ 252.01 and $70.54 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20828* – Application to Release Funds in the Amount of $ 61.35, $313.42, $1.77 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20830* – Application to Release Funds in the Amount of $ 564.04 and $3.18 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20832* – Application to Release Funds in the Amount of $ 291.65 and $2.41 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20834* – Application to Release Funds in the Amount of $ 279.30 and $1.57 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20836* – Application to Release Funds in the Amount of $ 189.00, $52.90, $270.29, $1.52 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20838* – Application to Release Funds in the Amount of $ 441.01 and $123.44 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20840* – Application to Release Funds in the Amount of $ 315.01 and $88.17 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20842* – Application to Release Funds in the Amount of $ 154.73, $320.05, $89.58, $43.31 filed by Benjamin D. Tarver (Wiggins, Carrie)

Terri L. Gardner
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
919 329–3882

Holmes P Harden
Williams Mullen
A Professional Corporation
P. O. Drawer 1000
Raleigh, NC 27602
919 981–4000


DATED: January 18, 2022

Dawn Wright