VAN–117 Hearing Conference Worksheet – Rev. 01/06/2022

Date:_____ Time: _____ Place: _____

Date:_____ Time: _____ Place: _____

Date:_____ Time: _____ Place: _____

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093
**Raleigh Division**

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*20844* – Application to Release Funds in the Amount of $ 189.00, $52.90, $270.29, $1.52 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20846* – Application to Release Funds in the Amount of $ 470.05, $131.57 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20848* – Application to Release Funds in the Amount of $ 441.01, $123.44 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20850* – Application to Release Funds in the Amount of $ 224.28, $320.75. $1.81, $62.78 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20852* – Application to Release Funds in the Amount of $ 70.53, $251.97 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20854* – Application to Release Funds in the Amount of $ 320.75, $224.28, $62.78, $1.81 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20856* – Application to Release Funds in the Amount of $ 441.01 and $123.44 filed by Benjamin D. Tarver (Wiggins, Carrie)

*20858* – Application to Release Funds in the Amount of $ 123.44, $441.01 filed by Benjamin D. Tarver (Wiggins, Carrie)

Terri L. Gardner
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
919 329–3882

Holmes P Harden
Williams Mullen
A Professional Corporation
P. O. Drawer 1000
Raleigh, NC 27602

919 981–4000

DATED: January 18, 2022

Dawn Wright