VAN–057 Notice to Creditors and Other Parties in Interest – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:  
International Heritage, Inc.  
( debtor has no known aliases )  
C/O TERRI L. GARDNER  
POST OFFICE DRAWER 1389  
RALEIGH, NC 27602  

CASE NO.: 98–02675–5–DMW  
DATE FILED: November 25, 1998  
CHAPTER: 7  

TaxID: 56–1921093

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:   Thursday, February 17, 2022  
TIME:   11:00 AM  
PLACE:  300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

to consider and act on the following matters:

20764 – Application to Release Funds in the Amount of $ 441.01, $123.44, $3.55 filed by Benjamin D. Tarver

20766 – Application to Release Funds in the Amount of $ 265.74 filed by Benjamin D. Tarver

20768 – Application to Release Funds in the Amount of $ 470.81 and $131.78 filed by Benjamin D. Tarver

20770 – Application to Release Funds in the Amount of $ 133.50, $3.84, $476.94 filed by Benjamin D. Tarver

20772 – Application to Release Funds in the Amount of $ 756.02 and $211.62 filed by Benjamin D. Tarver

20774 – Application to Release Funds in the Amount of $ 149.55, $764.06, $4.31 filed by Benjamin D. Tarver

20776 – Application to Release Funds in the Amount of $ 441.01, $123.44, $630.68, $3.55 filed by Benjamin D. Tarver

20778 – Application to Release Funds in the Amount of $ 219.17, $61.35, $313.42, $1.77 filed by Benjamin D. Tarver

20780 – Application to Release Funds in the Amount of $ 648.70 and $3.66 filed by Benjamin D. Tarver

20782 – Application to Release Funds in the Amount of $ 329.37 and $92.19 filed by Benjamin D. Tarver

and to transact all other business as may properly come before the court.

DATED: January 18, 2022

Stephanie J. Butler
Clerk of Court