VAN–057 Notice to Creditors and Other Parties in Interest – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
( debtor has no known aliases )
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:     Thursday, February 17, 2022
TIME:     11:00 AM
PLACE:    300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

to consider and act on the following matters:

20844 – Application to Release Funds in the Amount of $ 189.00, $52.90, $270.29, $1.52 filed by Benjamin D. Tarver

20846 – Application to Release Funds in the Amount of $ 470.05, $131.57 filed by Benjamin D. Tarver

20848 – Application to Release Funds in the Amount of $ 441.01, $123.44 filed by Benjamin D. Tarver

20850 – Application to Release Funds in the Amount of $ 224.28, $320.75. $1.81, $62.78 filed by Benjamin D. Tarver

20852 – Application to Release Funds in the Amount of $ 70.53, $251.97 filed by Benjamin D. Tarver

20854 – Application to Release Funds in the Amount of $ 320.75, $224.28, $62.78, $1.81 filed by Benjamin D. Tarver

20856 – Application to Release Funds in the Amount of $ 441.01 and $123.44 filed by Benjamin D. Tarver

20858 – Application to Release Funds in the Amount of $ 123.44, $441.01 filed by Benjamin D. Tarver

and to transact all other business as may properly come before the court.

DATED: January 19, 2022

Stephanie J. Butler
Clerk of Court