VAN–057 Notice to Creditors and Other Parties in Interest – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
*( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE: Thursday, February 17, 2022
TIME: 11:00 AM
PLACE: 300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

to consider and act on the following matters:

20860 – Application to Release Funds in the Amount of $ 471.12 and $131.87 filed by Benjamin D. Tarver

20862 – Application to Release Funds in the Amount of $ 296.17, $82.90 filed by Benjamin D. Tarver

20864 – Application to Release Funds in the Amount of $ 360.98, $2.91 filed by Benjamin D. Tarver

20866 – Application to Release Funds in the Amount of $ 471.96 filed by Benjamin D. Tarver

20868 – Application to Release Funds in the Amount of $ 4.04 and $717.50 filed by Benjamin D. Tarver

20870 – Application to Release Funds in the Amount of $ 133.90, $478.37 filed by Benjamin D. Tarver

and to transact all other business as may properly come before the court.

DATED: January 19, 2022

Stephanie J. Butler
Clerk of Court