# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

## NOTICE OF CONTINUED HEARING

NOTICE IS HEREBY GIVEN that the hearing has been continued and will be held as indicated below:

DATE: Thursday, April 14, 2022
TIME: 11:00 AM
PLACE: 300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

to consider and act on the following matters:

Application to Release Funds in the Amount of $ 441.01, $123.44, $3.55 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 265.74 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 470.81 and $131.78 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 133.50, $3.84, $476.94 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 756.02 and $211.62 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 149.55, $764.06, $4.31 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 441.01, $123.44, $630.68, $3.55 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 219.17, $61.35, $313.42, $1.77 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 648.70 and $3.66 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 329.37 and $92.19 filed by Benjamin D. Tarver

and to transact all other business as may properly come before the court.

DATED: February 17, 2022

Stephanie J. Butler
Clerk of Court