**VAN–100** Notice of Continued Hearing – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
*( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

## NOTICE OF CONTINUED HEARING

NOTICE IS HEREBY GIVEN that the hearing has been continued and will be held as indicated below:

DATE:   Thursday, April 14, 2022
TIME:   11:00 AM
PLACE:  300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

to consider and act on the following matters:

Application to Release Funds in the Amount of $ 476.79 and $133.46 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 270.29, $1.52, $52.90, $189.00 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 302.41 and $84.65 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 224.54, $62.85, $321.10, $1.81 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 1.52, $52.90, $189.00, $270.29 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 441.01 and $123.44 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 252.00 and $70.54 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 683.29 and $3.85 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 269.33 and $2.17 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 218.74, $312.82, $61.23, $1.76 filed by Benjamin D. Tarver

and to transact all other business as may properly come before the court.

DATED: February 17, 2022

Stephanie J. Butler
Clerk of Court