**VAN–100** Notice of Continued Hearing – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

## NOTICE OF CONTINUED HEARING

NOTICE IS HEREBY GIVEN that the hearing has been continued and will be held as indicated below:

DATE:     Thursday, April 14, 2022
TIME:     11:00 AM
PLACE:    300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

to consider and act on the following matters:

Application to Release Funds in the Amount of $ 252.01 and $70.54 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 526.35 and $4.34 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 2.85, $353.31, $505.27, $98.89 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 323.00, $63.22, $1.82 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 290.42 and $2.40 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 477.11, $133.55, $682.30, $3.85 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 477.80, $133.74, $683.30, $3.85 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 681.13 and $3.84 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 508.04 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 638.30, $178.66, $912.82, $5.14 filed by Benjamin D. Tarver

and to transact all other business as may properly come before the court.

DATED: February 17, 2022

Stephanie J. Butler
Clerk of Court