VAN–100 Notice of Continued Hearing – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
 **( debtor has no known aliases )**
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

## NOTICE OF CONTINUED HEARING

NOTICE IS HEREBY GIVEN that the hearing has been continued and will be held as indicated below:

DATE:     Thursday, April 14, 2022
TIME:     11:00 AM
PLACE:    300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

to consider and act on the following matters:

Application to Release Funds in the Amount of $ 225.80, $63.20, $322.91, $1.82 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 252.01 and $70.54 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 61.35, $313.42, $1.77 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 564.04 and $3.18 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 291.65 and $2.41 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 279.30 and $1.57 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 189.00, $52.90, $270.29, $1.52 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 441.01 and $123.44 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 315.01 and $88.17 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 154.73, $320.05, $89.58, $43.31 filed by Benjamin D. Tarver

and to transact all other business as may properly come before the court.

DATED: February 17, 2022

Stephanie J. Butler
Clerk of Court