**VAN–100** Notice of Continued Hearing – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
*( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

## NOTICE OF CONTINUED HEARING

NOTICE IS HEREBY GIVEN that the hearing has been continued and will be held as indicated below:

DATE:    Thursday, April 14, 2022
TIME:    11:00 AM
PLACE:   300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

to consider and act on the following matters:

Application to Release Funds in the Amount of $ 189.00, $52.90, $270.29, $1.52 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 470.05, $131.57 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 441.01, $123.44 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 224.28, $320.75. $1.81, $62.78 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 70.53, $251.97 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 320.75, $224.28, $62.78, $1.81 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 441.01 and $123.44 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 123.44, $441.01 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 471.12 and $131.87 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 296.17, $82.90 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 360.98, $2.91 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 471.96 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 4.04 and $717.50 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 133.90, $478.37 filed by Benjamin D. Tarver

and to transact all other business as may properly come before the court.

DATED: February 17, 2022

                                                Stephanie J. Butler
                                                Clerk of Court