United States Bankruptcy Court

Eastern District of North Carolina

In re:                                                                                       Case No. 98-02675-DMW

International Heritage, Inc.                                                           Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0417-5 | User: admin | Page 1 of 3
Date Rcvd: Feb 17, 2022 | Form ID: van100 | Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2022:**

**Recip ID**         **Recipient Name and Address**
cr                + Benjamin D. Tarver, dba Bankruptcy Settlement Group, 2885 Sanford Ave SW #37848, Grandville, MI 49418-1342

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2022        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2022 at the address(es) listed below:**

**Name**        **Email Address**

Brian J. Dilks

        on behalf of Interested Party Dilks & Knopik  LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com;dilksknopik@ecf.courtdrive.com

David F. Meschan

        on behalf of Defendant Michael Senio dmeschan@meschanlaw.com  tkelly@meschanlaw.com

David F. Meschan

        on behalf of Defendant Leapfrog Marketing  Inc. dmeschan@meschanlaw.com, tkelly@meschanlaw.com

David W. Boone

        on behalf of Defendant Travel Experts  Inc. dboone@ncdoj.gov

Douglas Q. Wickham

        on behalf of Defendant Egw Personnel Services  Inc. doug@wickhamlawnc.com

Gerald A. Jeutter, Jr.

| | |
|---|---|
| | on behalf of Defendant Niagara Frontier Travel Services Inc. jjeutter@smithlaw.com, kdyer@smithlaw.com |
| Gerald A. Jeutter, Jr. | |
| | on behalf of Defendant Modern Health Strategies L.L.C. jjeutter@smithlaw.com, kdyer@smithlaw.com |
| Holmes P Harden | |
| | hharden@williamsmullen.com hharden@ecf.epiqsystems.com;scass@williamsmullen.com;NC43@ecfcbis.com;khorton@williamsmullen.com |
| Holmes P Harden | |
| | on behalf of Trustee Holmes P Harden hharden@williamsmullen.com hharden@ecf.epiqsystems.com;scass@williamsmullen.com;NC43@ecfcbis.com;khorton@williamsmullen.com |
| J. Michael Malone | |
| | on behalf of Defendant Dee Brothers mmalone@hendrenmalone.com |
| J. Michael Malone | |
| | on behalf of Defendant John Brothers mmalone@hendrenmalone.com |
| James Anthony Penry | |
| | on behalf of Defendant Wilbur E Meckenstock neil.riemann@penryriemann.com |
| James Anthony Penry | |
| | on behalf of Defendant Sharon A Meckenstock neil.riemann@penryriemann.com |
| James Anthony Penry | |
| | on behalf of Defendant Dan H Meckenstock neil.riemann@penryriemann.com |
| James B Angell | |
| | on behalf of Defendant Jewels By Evonne Inc. jangell@hsfh.com, qmccain@hsfh.com |
| James B Angell | |
| | on behalf of Defendant Evonne Eckenroth jangell@hsfh.com qmccain@hsfh.com |
| James B Angell | |
| | on behalf of Defendant Quality Builders Inc. of Raleigh jangell@hsfh.com, qmccain@hsfh.com |
| James B Angell | |
| | on behalf of Defendant 2021.Interactive LLC jangell@hsfh.com, qmccain@hsfh.com |
| James B Angell | |
| | on behalf of Defendant Harrah's Operating Company Inc. jangell@hsfh.com, qmccain@hsfh.com |
| James T. Johnson | |
| | on behalf of Plaintiff Holmes P Harden Trustee jjohnson@dementaskew.com |
| Jeffrey E. Oleynik | |
| | on behalf of Defendant Tig Insurance Company of Michigan joleynik@brookspierce.com |
| Jeffrey E. Oleynik | |
| | on behalf of Defendant Tig Insurance Company joleynik@brookspierce.com |
| Jeffrey E. Oleynik | |
| | on behalf of Defendant Tig Specialty Insurance Company joleynik@brookspierce.com |
| John L. Groshon | |
| | on behalf of Creditor Dilks & Knopik LLC barongroshon@bellsouth.net |
| John Mark Stern | |
| | on behalf of Creditor Texas Comptroller of Public Accounts bk-jstern@oag.texas.gov bk-mbecker@oag.texas.gov |
| John S. Williford, Jr. | |
| | on behalf of Creditor RBC Centura Bank jwilliford@fieldsandcooper.com |
| Kim Sherrie Sawyer | |
| | on behalf of Creditor F Lynn Gravley data@tlsgltd.com |
| Kim Sherrie Sawyer | |
| | on behalf of Creditor Daming Cao data@tlsgltd.com |
| Kim Sherrie Sawyer | |
| | on behalf of Creditor Jianying Kong data@tlsgltd.com |
| Kim Sherrie Sawyer | |
| | on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com |
| Michael L. Geller | |
| | on behalf of Creditor Anita Geller mlgeller@mac.com |
| Michael L. Geller | |
| | on behalf of Creditor Michael Geller mlgeller@mac.com |
| Neal Fowler | |

                          on behalf of Interested Party Scott Wilkinson neal.fowler@usdoj.gov usance.bankruptcy@usdoj.gov

Richard D Sparkman

                          on behalf of Defendant Toner Solutions  Inc. rds@sparkmanlaw.com,
                          mary@sparkmanlaw.com;diane@sparkmanlaw.com;D.RR67633@notify.bestcase.com

Susan R. Sherrill-Beard

                          on behalf of Creditor U.S. Securities and Exchange Commission sherrill-beards@sec.gov atlreorg@sec.gov

Terri L. Gardner

                          on behalf of Debtor International Heritage  Inc. terriwfu@gmail.com, karie.rankine@nelsonmullins.com

William E. Brewer, Jr.

                          on behalf of Defendant Edmundo Colorado wbrewer@sasserbankruptcy.com
                          travis@sasserbankruptcy.com;joy@sasserbankruptcy.com

William E. Brewer, Jr.

                          on behalf of Defendant Tracey Sabates wbrewer@sasserbankruptcy.com
                          travis@sasserbankruptcy.com;joy@sasserbankruptcy.com

William E. Brewer, Jr.

                          on behalf of Defendant Claude Savage  Jr. wbrewer@sasserbankruptcy.com,
                          travis@sasserbankruptcy.com;joy@sasserbankruptcy.com

William E. Brewer, Jr.

                          on behalf of Defendant Lisa Colorado wbrewer@sasserbankruptcy.com
                          travis@sasserbankruptcy.com;joy@sasserbankruptcy.com

William E. Brewer, Jr.

                          on behalf of Defendant Claude Savage wbrewer@sasserbankruptcy.com
                          travis@sasserbankruptcy.com;joy@sasserbankruptcy.com

William L. Yaeger

                          on behalf of Defendant O. Kenneth Rudd  III wyaeger@williamyaeger.com

William Woodward Webb

                          on behalf of Defendant Marshall Reddy woodywebb@ew-law.com

William Woodward Webb

                          on behalf of Defendant William Swinney woodywebb@ew-law.com


TOTAL: 44

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

### NOTICE OF CONTINUED HEARING

NOTICE IS HEREBY GIVEN that the hearing has been continued and will be held as indicated below:

DATE:        Thursday, April 14, 2022
TIME:        11:00 AM
PLACE:      300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

to consider and act on the following matters:

Application to Release Funds in the Amount of $ 252.01 and $70.54 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 526.35 and $4.34 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 2.85, $353.31, $505.27, $98.89 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 323.00, $63.22, $1.82 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 290.42 and $2.40 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 477.11, $133.55, $682.30, $3.85 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 477.80, $133.74, $683.30, $3.85 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 681.13 and $3.84 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 508.04 filed by Benjamin D. Tarver

Application to Release Funds in the Amount of $ 638.30, $178.66, $912.82, $5.14 filed by Benjamin D. Tarver

and to transact all other business as may properly come before the court.

DATED: February 17, 2022

Stephanie J. Butler
Clerk of Court