VAN-057 Notice to Creditors and Other Parties in Interest - Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF NORTH CAROLINA

**Raleigh Division**

IN RE:  
International Heritage, Inc.  
( *debtor has no known aliases* )  
C/O TERRI L. GARDNER  
POST OFFICE DRAWER 1389  
RALEIGH, NC 27602  

CASE NO.: 98-02675-5-DMW  
DATE FILED: November 25, 1998  
CHAPTER: 7  

TaxID: 56-1921093

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE: April 14, 2022  
TIME: 11:00 A.M.  
PLACE: 300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

to consider and act on the following matters:

```
Application to Release Funds in the Amount of $ 477.11 and $133.55 filed by
Benjamin D. Tarver
```

and to transact all other business as may properly come before the court.

DATED: March 23, 2022

Stephanie J. Butler  
Clerk of Court