| Fill in this Information to identify the case: | | |
|---|---|---|
| Debtor 1 | International Heritage, Inc. | |
| | First Name    Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name    Middle Name | Last Name |
| United States Bankruptcy Court for the EASTERN DISTRICT OF NORTH CAROLINA | | |
| Case number: 98-02675 | | |

Form 1340 (12/19)

## AMENDED APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $470.05 and $131.57 |
|---|---|
| Claimant's Name: | Benjamin D. Tarver dba Bankruptcy Settlement Group<br>Original Creditor: Gail M. Morrison |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 2300 East Fry Blvd #1630, Sierra Vista, AZ  85636<br>832-781-0620<br>help@claimtransfers.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐    Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

X    Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐    Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐    Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

X    Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

X   Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

>Office of the United States Attorney
>For the Eastern District of North Carolina
>150 Fayetteville Street, Suite 2100
>Raleigh, NC  27601

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____3/16/22_____

___[signed]___
Signature of Applicant
Benjamin D. Tarver

_____
Printed Name of Applicant

Address:
2300 East Fry Blvd #1630
Sierra Vista, AZ  85636

Telephone:   832-781-0620_____

Email:         help@claimtransfers.com_____

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address:

Telephone:   _____

Email:         _____

**6. Notarization**
STATE OF ARIZONA_____

COUNTY OF YUMA _____

This Application for Unclaimed Funds, dated _3-16-2022_ was subscribed and sworn to before me this _16_ day of _March_, 20_22_ by

BENJAMIN DERAY TARVER_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)       Notary Public____[signed]____

My commission expires: _10-19-2025_

> SHAREE DONALDSON
> Notary Public, State of Arizona
> Yavapai County
> Commission # 616228
> My Commission Expires
> October 19, 2025

**6. Notarization**
STATE OF_____

COUNTY OF_____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this_____day of_____, 20_____by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)       Notary Public_____

My commission expires: