VAN–065 Certificate of Mailing – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:  
International Heritage, Inc.  
C/O TERRI L. GARDNER  
POST OFFICE DRAWER 1389  
RALEIGH, NC 27602  

TaxID: 56–1921093

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

## CERTIFICATE OF MAILING

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that a copy of the referenced document was mailed in a postage prepaid envelope addressed to the following at their respective addresses, by placing said envelope in the regular mail on this date.

- ☐ International Heritage, Inc.  
  C/O TERRI L. GARDNER  
  POST OFFICE DRAWER 1389  
  RALEIGH, NC 27602

- ☐

- ☐ Terri L. Gardner  
  Nelson Mullins Riley & Scarborough, LLP  
  4140 Parklake Avenue, Suite 200  
  Raleigh, NC 27612

- ☐ Holmes P Harden  
  Williams Mullen  
  A Professional Corporation  
  P. O. Drawer 1000  
  Raleigh, NC 27602

Benjamin D. Tarver  
dba Bankruptcy Settlement Group  
2300 East Fry Blvd #1630  
Sierra Vista, AZ 85636

Benjamin D. Tarver  
dba Bankruptcy Settlement Group  
2885 Sanford Ave SW #37848  
Grandville, MI 49418

DATED: March 23, 2022

Tina Roberson  
Deputy Clerk