United States Bankruptcy Court

Eastern District of North Carolina

In re:                                                     Case No. 98-02675-DMW

International Heritage, Inc.                             Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0417-5 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 12, 2022 | Form ID: van126 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2022:**

**Recip ID**                **Recipient Name and Address**
intp                    + Benjamin D. Tarver, dba Bankruptcy Settlement Group, 2300 East Fry Blvd #1630, Sierra Vista, AZ 85636-7067

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2022                   Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian J. Dilks | on behalf of Interested Party Dilks & Knopik  LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com;dilksknopik@ecf.courtdrive.com |
| David F. Meschan | on behalf of Defendant Michael Senio dmeschan@meschanlaw.com  tkelly@meschanlaw.com |
| David F. Meschan | on behalf of Defendant Leapfrog Marketing  Inc. dmeschan@meschanlaw.com, tkelly@meschanlaw.com |
| David W. Boone | on behalf of Defendant Travel Experts  Inc. dboone@ncdoj.gov |
| Douglas Q. Wickham | on behalf of Defendant Egw Personnel Services  Inc. doug@wickhamlawnc.com |
| Gerald A. Jeutter, Jr. | on behalf of Defendant Niagara Frontier Travel Services  Inc. jjeutter@smithlaw.com, kdyer@smithlaw.com |

District/off: 0417-5 · · · · · · · · · · · · · · · · · User: admin · · · · · · · · · · · · · · · · · Page 2 of 3
Date Rcvd: Apr 12, 2022 · · · · · · · · · · · · · · Form ID: van126 · · · · · · · · · · · Total Noticed: 1

Gerald A. Jeutter, Jr.
　　on behalf of Defendant Modern Health Strategies  L.L.C. jjeutter@smithlaw.com, kdyer@smithlaw.com

Holmes P Harden
　　hharden@williamsmullen.com
　　hharden@ecf.epiqsystems.com;scass@williamsmullen.com;NC43@ecfcbis.com;khorton@williamsmullen.com

Holmes P Harden
　　on behalf of Trustee Holmes P Harden hharden@williamsmullen.com
　　hharden@ecf.epiqsystems.com;scass@williamsmullen.com;NC43@ecfcbis.com;khorton@williamsmullen.com

J. Michael Malone
　　on behalf of Defendant Dee Brothers mmalone@hendrenmalone.com

J. Michael Malone
　　on behalf of Defendant John Brothers mmalone@hendrenmalone.com

James Anthony Penry
　　on behalf of Defendant Wilbur E Meckenstock neil.riemann@penryriemann.com

James Anthony Penry
　　on behalf of Defendant Sharon A Meckenstock neil.riemann@penryriemann.com

James Anthony Penry
　　on behalf of Defendant Dan H Meckenstock neil.riemann@penryriemann.com

James B Angell
　　on behalf of Defendant Jewels By Evonne  Inc. jangell@hsfh.com, qmccain@hsfh.com

James B Angell
　　on behalf of Defendant Evonne Eckenroth jangell@hsfh.com  qmccain@hsfh.com

James B Angell
　　on behalf of Defendant Quality Builders  Inc. of Raleigh jangell@hsfh.com, qmccain@hsfh.com

James B Angell
　　on behalf of Defendant 2021.Interactive  LLC jangell@hsfh.com, qmccain@hsfh.com

James B Angell
　　on behalf of Defendant Harrah's Operating Company  Inc. jangell@hsfh.com, qmccain@hsfh.com

James T. Johnson
　　on behalf of Plaintiff Holmes P Harden  Trustee jjohnson@dementaskew.com

Jeffrey E. Oleynik
　　on behalf of Defendant Tig Insurance Company of Michigan joleynik@brookspierce.com

Jeffrey E. Oleynik
　　on behalf of Defendant Tig Insurance Company joleynik@brookspierce.com

Jeffrey E. Oleynik
　　on behalf of Defendant Tig Specialty Insurance Company joleynik@brookspierce.com

John L. Groshon
　　on behalf of Creditor Dilks & Knopik  LLC baron@groshonlaw.com

John Mark Stern
　　on behalf of Creditor Texas Comptroller of Public Accounts bk-jstern@oag.texas.gov  bk-mbecker@oag.texas.gov

John S. Williford, Jr.
　　on behalf of Creditor RBC Centura Bank jwilliford@fieldsandcooper.com

Kim Sherrie Sawyer
　　on behalf of Creditor F Lynn Gravley data@tlsgltd.com

Kim Sherrie Sawyer
　　on behalf of Creditor Daming Cao data@tlsgltd.com

Kim Sherrie Sawyer
　　on behalf of Creditor Jianying Kong data@tlsgltd.com

Kim Sherrie Sawyer
　　on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com

Michael L. Geller
　　on behalf of Creditor Anita Geller mlgeller@mac.com

Michael L. Geller
　　on behalf of Creditor Michael Geller mlgeller@mac.com

Neal Fowler
　　on behalf of Interested Party Scott Wilkinson neal.fowler@usdoj.gov  usance.bankruptcy@usdoj.gov

Richard D Sparkman
on behalf of Defendant Toner Solutions  Inc. rds@sparkmanlaw.com,
mary@sparkmanlaw.com;diane@sparkmanlaw.com;D.RR67633@notify.bestcase.com

Susan R. Sherrill-Beard
on behalf of Creditor U.S. Securities and Exchange Commission sherrill-beards@sec.gov  atlreorg@sec.gov

Terri L. Gardner
on behalf of Debtor International Heritage  Inc. terriwfu@gmail.com, karie.rankine@nelsonmullins.com

William E. Brewer, Jr.
on behalf of Defendant Edmundo Colorado wbrewer@sasserbankruptcy.com
travis@sasserbankruptcy.com;joy@sasserbankruptcy.com

William E. Brewer, Jr.
on behalf of Defendant Tracey Sabates wbrewer@sasserbankruptcy.com
travis@sasserbankruptcy.com;joy@sasserbankruptcy.com

William E. Brewer, Jr.
on behalf of Defendant Claude Savage  Jr. wbrewer@sasserbankruptcy.com,
travis@sasserbankruptcy.com;joy@sasserbankruptcy.com

William E. Brewer, Jr.
on behalf of Defendant Lisa Colorado wbrewer@sasserbankruptcy.com
travis@sasserbankruptcy.com;joy@sasserbankruptcy.com

William E. Brewer, Jr.
on behalf of Defendant Claude Savage wbrewer@sasserbankruptcy.com
travis@sasserbankruptcy.com;joy@sasserbankruptcy.com

William L. Yaeger
on behalf of Defendant O. Kenneth Rudd  III wyaeger@williamyaeger.com

William Woodward Webb
on behalf of Defendant Marshall Reddy woodywebb@ew-law.com

William Woodward Webb
on behalf of Defendant William Swinney woodywebb@ew-law.com

TOTAL: 44

**VAN–126** Order for Refund of Unclaimed Funds – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

ORDER FOR REFUND OF UNCLAIMED FUNDS

On April 11, 2022, an application was filed for the Claimant(s), Benjamin D. Tarver dba Bankruptcy Settlement Group, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. Section 2042, the sum of $379.07 held in unclaimed funds be made payable to Benjamin D. Tarver dba Bankruptcy Settlement Group and be disbursed to the payee at the following address: 2300 East Fry Blvd #1630, Sierra Vista, AZ 85636. The Clerk will disburse these funds not earlier than 14 days after entry of this order.

DATED: April 12, 2022

David M. Warren
United States Bankruptcy Judge