**SO ORDERED.**

**SIGNED this 27 day of April, 2022.**

David M. Warren
United States Bankruptcy Judge

---

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

**IN RE:** **CASE NO. 98-02675-5-DMW**

**INTERNATIONAL HERITAGE, INC.**

**CHAPTER 7**

**DEBTOR**

**ORDER DENYING APPLICATIONS FOR PAYMENT OF UNCLAIMED FUNDS**

This matter comes on to be heard upon the Applications for Payment of Unclaimed Funds filed by Benjamin D. Tarver ("Mr. Tarver") dba Bankruptcy Settlement Group, as Assignee on December 20, 2021 (docket entries 20,784; 20,786; 20,790 and 20,848) and on March 15, 2022 (docket entries 20,979 and 20,985). The court conducted a hearing in Raleigh, North Carolina on April 14, 2022. Mr. Tarver did not appear.

The court previously conducted a hearing on docket entries 20,784; 20,786; 20,790 and 20,848 and continued the matter to April 14, 2022 to allow Mr. Tarver to amend those Applications to revise the commission he charged to the original claimholders; however, Mr. Tarver never amended those Applications. The court scheduled docket entries 20,979 and 20,985 for hearing to confirm the purported assignors' rights to assign the original claimants' interests in the funds.

Based upon the failure of Mr. Tarver to amend and prosecute the various Applications, the court will deny the requested relief; now therefore,

It is ORDERED, ADJUDGED, and DECREED that the Applications be, and hereby are, denied.

END OF DOCUMENT