| Fill in this Information to identify the case: | | FILED |
|---|---|---|
| Debtor 1 | _International Heritage, Inc_ <br> First Name   Middle Name   Last Name | AUG 22 2022 |
| Debtor 2 <br> (Spouse, if filing) First Name   Middle Name   Last Name | | STEPHANIE J. BUTLER, CLERK <br> U.S. BANKRUPTCY COURT <br> EASTERN DISTRICT OF NC |
| United States Bankruptcy Court for the: _____ District of _____ (State) | | |
| Case number: _98-02675_ | | |

## Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $ 951.60 |
|---|---|
| Claimant's Name: | Fredric J. Schmitt dba/ Randolph Asset Recovery |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 2408 Old St. Mary's Rd. #1 <br> Perryville, Mo 63775 <br> 618-363-9468 <br> fschmitt62@yahoo.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐   Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒   Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐   Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐   Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒   Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Notice to United States Attorney

[x] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

*United States Attorney for the
Eastern District of North Carolina
150 Fayetteville Street,
Suite 2100, Raleigh,
NC 27601*

---

### 5. Applicant Declaration
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 8-16-22

Signature of Applicant: *[signed]*

Printed Name of Applicant: Fredric J. Schmitt

Address: 2408 Old St. Mary's Rd. #11, Perryville, MO 63775

Telephone: 618-363-9468

Email: fschmitt62@yahoo.com

### 5. Co-Applicant Declaration (if applicable)
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: ____

Signature of Co-Applicant (if applicable): ____

Printed Name of Co-Applicant (if applicable): ____

Address: ____

Telephone: ____

Email: ____

---

### 6. Notarization
STATE OF Missouri

COUNTY OF Perry

This Application for Unclaimed Funds, dated 8-16-2022 was subscribed and sworn to before me this 16 day of August, 2022 by Fredric J Schmitt who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public *[signed] Linzie M. Welker*

My commission expires: ____

LINZIE M. WELKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
COUNTY OF PERRY
My Commission Expires: DECEMBER 25, 2022
COMMISSION # 18617978

### 6. Notarization
STATE OF ____

COUNTY OF ____

This Application for Unclaimed Funds, dated ____ was subscribed and sworn to before me this ____ day of ____, 20____ by ____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public ____

My commission expires: ____

---