**VAN–117** Hearing Conference Worksheet – Rev. 07/07/2022

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

| | |
|---|---|
| IN RE:<br>International Heritage, Inc.<br>C/O TERRI L. GARDNER<br>POST OFFICE DRAWER 1389<br>RALEIGH, NC 27602<br><br>TaxID: 56–1921093<br>**Raleigh Division** | CASE NO.: 98–02675–5–DMW<br><br>DATE FILED: November 25, 1998<br><br>CHAPTER: 7 |

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*21150* – Application to Release Funds in the Amount of $ 951.60 filed by Fredric J. Schmitt (Bissette, Amy)

*21151* – Unclaimed Funds Supporting Documentation filed by Fredric J. Schmitt (RE: related document(s)21150 Application to Release Funds in the Amount of $ 951.60). (Bissette, Amy)

Terri L. Gardner
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
919 329–3882

Holmes P Harden
Williams Mullen
A Professional Corporation
PO Drawer 1000
Raleigh, NC 27602
919 981–4000

Fredric J. Schmitt
dba Randolph Asset Recovery
2408 Old St. Mary's Rd. #1
Perryville, MO 63775

DATED: September 15, 2022

Dawn Wright