**SO ORDERED.**

**SIGNED this 13 day of October, 2022.**

_____
David M. Warren
United States Bankruptcy Judge
_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                               CASE NO. 98-02675-5-DMW

**INTERNATIONAL HERITAGE, INC.**

                                                                               **CHAPTER 7**

                  **DEBTOR**

### ORDER DENYING APPLICATIONS FOR PAYMENT OF UNCLAIMED FUNDS

This matter comes on to be heard upon the Application for Payment of Unclaimed Funds ("Application") filed by Fredric J. Schmitt ("Mr. Schmitt") dba Randolph Asset Recovery on August 22, 2022, seeking disbursement of unclaimed funds in the case. The court conducted a hearing in Raleigh, North Carolina on October 4, 2022, and Mr. Schmitt did not appear at the properly noticed hearing. Based on Mr. Schmitt's failure to prosecute the Application, the court will deny the requested relief; now therefore,

It is ORDERED, ADJUDGED, and DECREED that the Application be, and hereby is, denied.

END OF DOCUMENT