**VAN–117** Hearing Conference Worksheet – Rev. 07/07/2022

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093
**Raleigh Division**

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*21158* – Application to Release Funds in the Amount of $ 329.37 and $92.19 filed by Benjamin D. Tarver (Bissette, Amy)

*21159* – Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21158 Application to Release Funds in the Amount of $ 329.37 and $92.19). (Bissette, Amy)

Terri L. Gardner
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
919 329–3882

Holmes P Harden
Williams Mullen
A Professional Corporation
PO Drawer 1000
Raleigh, NC 27602
919 981–4000

DATED: November 9, 2022

Christy Gurgone