VAN–065 Certificate of Mailing – Rev. 07/07/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

## CERTIFICATE OF MAILING

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that a copy of the referenced document was mailed in a postage prepaid envelope addressed to the following at their respective addresses, by placing said envelope in the regular mail on this date.

☐ International Heritage, Inc.
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

☐

☐ Terri L. Gardner
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612

☐ Holmes P Harden
Williams Mullen
A Professional Corporation
PO Drawer 1000
Raleigh, NC 27602

Benjamin D. Tarver
dba Bankruptcy Settlement Group
2300 East Fry Blvd #1630
Sierra Vista, AZ 85636

Benjamin D. Tarver
dba Bankruptcy Settlement Group
2885 Sanford Ave SW #37848
Grandville, MI 49418

DATED: November 9, 2022

Aileen Gibson
Deputy Clerk