UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN RE:  CASE NO. 98-02675-5-DMW
Chapter 7

INTERNATIONAL HERITAGE, INC.
Debtors(s)

**FILED**
DEC 0 2 2022
STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

### NOTICE OF WITHDRAWAL OF APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On 10/31/2022, Benjamin D. Tarver dba Bankruptcy Settlement Group filed his Application for Payment of Unclaimed Funds in the Amount of $329.37 and $92.19, Doc. Nos. 21158, 21159. Benjamin D. Tarver dba Bankruptcy Settlement Group. now files this Notice to inform the Court that he is withdrawing its previously filed Application for Payment of Unclaimed Funds.

Respectfully submitted,

DATED: 11/28/2022

Benjamin D. Tarver dba
Bankruptcy Settlement Group
2300 East Fry Blvd #1630
Sierra Vista, AZ 85636

VAN-057 Notice to Creditors and Other Parties in Interest - Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
*( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98-02675-5-DMW

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56-1921093

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:     Tuesday, December 6, 2022
TIME:     09:30 AM
PLACE:    300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

to consider and act on the following matters:

Application to Release Funds in the Amount of $ 329.37 and $92.19 filed by Benjamin D. Tarver

and to transact all other business as may properly come before the court.

DATED: November 9, 2022

Stephanie J. Butler
Clerk of Court