**Fill in this information to identify the case:**

Debtor 1  MARK SANFORD CLEVENGER
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: EASTERN District of NORTH CAROLINA
(State)

Case number:  98-02675

---

**Form 1340 (12/19)**

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $594.03 |
| Claimant's Name: | MARK S. CLEVENGER |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | P.O. Box 124<br>CHINO VALLEY, AZ. 86323<br>928-925-1023<br>s.clevoni@gmail.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [x] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [ ] Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- [x] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4.   Notice to United States Attorney**

☑   Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

United States Attorney for the
Eastern District of North Carolina
*150 Fayetteville Street,*
*Suite 2100, Raleigh,*
*NC 27601*

| **5. Applicant Declaration** | **5. Co-Applicant Declaration (if applicable)** |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |

Date: _2/27/2023_

_____
Signature of Applicant

Date: _____

_____
Signature of Co-Applicant (if applicable)

Printed Name of Applicant
MARK S. CLEVENGER

Address:  P.O. BOX ~ 124
CHINO VALLEY, AZ.
86323

Telephone:  (928) 925 - 1023

Email:  s.clevoni@gmail.com

Printed Name of Co-Applicant (if applicable)

Address:

Telephone: _____

Email: _____

**6.   Notarization**
STATE OF  _Arizona_

COUNTY OF _Yavapai_

This Application for Unclaimed Funds, dated _2/27/23_ was subscribed and sworn to before me this _27_ day of _February_ , 20 _23_ by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)          Notary Public _____

My commission expires: _9/16/2026_

SHERRY ALEXANDER
Notary Public
Commission Number 633137
Expires: September 16, 2026
Yavapai County

**6.   Notarization**
STATE OF_____

COUNTY OF_____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this_____day of_____, 20_____by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)          Notary Public_____

My commission expires: