| Fill in this Information to identify the case: | | |
|---|---|---|
| Debtor 1 | International Heritage, Inc. | |
| | First Name   Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name   Middle Name | Last Name |
| United States Bankruptcy Court for the EASTERN DISTRICT OF NORTH CAROLINA | | |
| Case number: 98-02675 | | |

FILED

MAR 0 7 2023

STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

Form 1340 (12/19)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $302.81  ($300.34, 2.47) |
|---|---|
| Claimant's Name: | Benjamin D. Tarver dba Bankruptcy Settlement Group<br>Original Creditor: Tammy Crump |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 2300 East Fry Blvd #1630, Sierra Vista, AZ  85636<br>832-781-0620<br>help@claimtransfers.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐   Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

X   Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐   Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐   Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

X   Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

| | |
|---|---|
| **4. Notice to United States Attorney**  <br><br>X  Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:  <br><br>Office of the United States Attorney  <br>For the Eastern District of North Carolina  <br>150 Fayetteville Street, Suite 2100  <br>Raleigh, NC  27601 | |
| **5. Applicant Declaration**  <br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  <br><br>Date: 3/2/2023  <br><br>_[signed]_  <br>Signature of Applicant  <br>Benjamin D. Tarver  <br>BENJAMIN D. TARVER  <br>Printed Name of Applicant  <br><br>Address:  <br>2300 East Fry Blvd #1630  <br>Sierra Vista, AZ  85636  <br><br>Telephone:   832-781-0620  <br><br>Email:   help@claimtransfers.com | **5. Co-Applicant Declaration (if applicable)**  <br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  <br><br>Date: _____  <br><br>_____  <br>Signature of Co-Applicant (if applicable)  <br><br><br>Printed Name of Co-Applicant (if applicable)  <br><br>Address:  <br><br><br><br>Telephone: _____  <br><br>Email: _____ |
| **6. Notarization**  <br>STATE OF ARIZONA  <br><br>COUNTY OF COCHISE  <br><br>This Application for Unclaimed Funds, dated 3/2/2023 was subscribed and sworn to before me this 2nd day of MARCH, 2023 by  <br>BENJAMIN DERAY TARVER  <br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.  <br><br>(SEAL)   Notary Public _[signed Michelle Mietzner]_  <br><br>My commission expires: 11/12/25  <br><br>MICHELLE G MIETZNER  <br>Notary Public, State of Arizona  <br>Cochise County  <br>Commission # 616152  <br>My Commission Expires  <br>November 12, 2025 | **6. Notarization**  <br>STATE OF _____  <br><br>COUNTY OF _____  <br><br>This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by  <br>_____  <br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.  <br><br>(SEAL)   Notary Public_____  <br><br>My commission expires: |

Form 1340          Application for Payment of Unclaimed Funds          Page 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                            CASE NO. 98-02675

International Heritage, Inc.            Debtor(s)

_____/

STATEMENT OF APPLICANT

     I, Benjamin D. Tarver, do hereby certify that I am doing business as Bankruptcy Settlement Group ("BSG"), and that BSG is legally entitled to the unclaimed funds referenced in this application and that no other party is entitled to these funds.

     In support, applicant respectfully represents as follows:

1. A check for "Tammy Crump" in the amount of $302.81 ($300.34, 2.47) was not negotiated and was thus remitted as unclaimed funds to the Clerk of the Court.

2. Tammy Crump assigned the unclaimed funds referenced in the application to BSG.

3. The consideration for this claim is $201.97, which is 66.7% of the outstanding unclaimed dividends. See attached fee agreement.

     I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/2/2023

Benjamin D. Tarver
2300 East Fry Blvd #1630
Sierra Vista, AZ 85636

## ASSIGNMENT AGREEMENT

This Assignment Agreement ("Agreement") is entered into on the date set forth below by and between TAMMY CRUMP, 2830 INVERNESS PARK DR, GULF BREEZE, NC, 32563-3049 ("Assignor") and BANKRUPTCY SETTLEMENT GROUP, 2300 East Fry Blvd #1630, Sierra Vista, AZ 85636 ("Assignee").

1. Assignor was/is a creditor or debtor in Bankruptcy Case# 98-02675 in the EASTERN DISTRICT OF NORTH CAROLINA.

2. For good and valuable consideration, Assignor does hereby irrevocably transfer and assign to Assignee and assigns, all of his/her rights, title and interest in the above-mentioned bankruptcy case as set forth in the Affidavit and Assignment.

3. The consideration herein given by Assignee to Assignor shall be the sum of $201.97. A check will be issued to Assignor upon entry of an order recognizing Assignee as the valid owner of Assignor's rights. Assignor acknowledges that Court approval may take up to 30 days or longer.

4. To establish identity, Assignor agrees to provide any additional documentation required by the Bankruptcy Court.

5. Assignee or Assignor may cancel this Agreement at any time before a Court Order is entered recognizing Assignee as the valid owner of Assignor's rights.

6. This Agreement constitutes the entire agreement between the parties with respect to the subject matter above.

ASSIGNOR:

_[signature]_  
**TAMMY CRUMP**

Dated: 1-4-2023

Email address: ACCrumps@icloud.com

Phone Number: 919 637-3123

Address that you would like your check mailed to:

2830 Inverness Park Dr. Gulf Breezy, FL 32563

**AMOUNT YOU WILL BE PAID: $201.97**

Return this form to: Bankruptcy Settlement Group, 2300 East Fry Blvd #1630, Sierra Vista, AZ 85636

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN RE:

CASE NO. 98-02675

International Heritage, Inc.

**AFFIDAVIT AND ASSIGNMENT**

Debtor(s)

_____/

I, Tammy Crump, of 2830 INVERNESS PARK DR, GULF BREEZE, FL, 32563-3049, certify:

1. That I am at least 18 years of age, and I am a debtor or creditor in the above referenced bankruptcy proceeding.

2. For good and for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, I hereby certify that I have unconditionally and irrevocably sold, transferred and assigned to Bankruptcy Settlement Group ("Assignee"), its successors and assigns, whose mailing address is 2300 East Fry Blvd #1630, Sierra Vista, AZ 85636, all right, title and interest in and to my claims in the above referenced bankruptcy proceeding, including without limitation my right to receive any future payments, distributions, unclaimed dividends and/or other property in the bankruptcy proceeding. I waive any notice or hearing requirements imposed by Court rules and stipulate that an order may be entered recognizing this Assignment as an unconditional Assignment and Assignee herein as the valid owner of my claim(s) and/or rights.

3. My address was or currently is 7329 Bassett Hall Ct., Raleigh, NC 27616.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 1-4-2023

Tammy Crump

SIGN ONLY IN THE PRESENCE OF A NOTARY PUBLIC AND AFFIX NOTARY SEAL

Sworn to and subscribed before me,
State of FL, County of Santa Rosa
This 4 day of January, 2023

Notary Public Signature

My Commission Expires: 4-25-2025

Notary Public State of Florida
Bronwyn Naylor
My Commission HH 121874
Expires 04/25/2025

(NOTARY SEAL)

Return this form to: Bankruptcy Settlement Group, 2300 East Fry Blvd #1630, Sierra Vista, AZ 85636