VAN–126 Order for Refund of Unclaimed Funds – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

| | |
|---|---|
| IN RE:<br>International Heritage, Inc.<br>( debtor has no known aliases )<br>C/O TERRI L. GARDNER<br>POST OFFICE DRAWER 1389<br>RALEIGH, NC 27602<br><br>TaxID: 56–1921093 | CASE NO.: 98–02675–5–DMW<br><br>DATE FILED: November 25, 1998<br><br>CHAPTER: 7 |

### ORDER FOR REFUND OF UNCLAIMED FUNDS

On March 9, 2023, an application was filed for the Claimant(s), Mark S. Clevenger, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. Section 2042, the sum of $594.03 held in unclaimed funds be made payable to Mark S. Clevenger and be disbursed to the payee at the following address: P.O. Box 124, Chino Valley, AZ 86323. The Clerk will disburse these funds not earlier than 14 days after entry of this order.

DATED: April 11, 2023

David M. Warren
United States Bankruptcy Judge