| Fill in this Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | International Heritage, Inc. | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the EASTERN DISTRICT OF NORTH CAROLINA

Case number: 98-02675

**FILED**
APR 27 2023
STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

---

<u>Form 1340 (12/19)</u>

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $817.03  ($429.87, 84.14, 2.42, 300.60) |
|---|---|
| Claimant's Name: | Benjamin D. Tarver dba Bankruptcy Settlement Group<br>Original Creditor: Kristen J. Miller |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 2300 East Fry Blvd #1630, Sierra Vista, AZ  85636<br>832-781-0620<br>help@claimtransfers.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐   Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

X   Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐   Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐   Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

X   Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

| | |
|---|---|
| **4. Notice to United States Attorney** | |
| X  Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:<br><br>Office of the United States Attorney<br>For the Eastern District of North Carolina<br>150 Fayetteville Street, Suite 2100<br>Raleigh, NC  27601 | |
| **5. Applicant Declaration**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date: 3/2/2023<br><br>_[signature]_<br>Signature of Applicant<br>Benjamin D. Tarver<br><br>BENJAMIN D. TARVER<br>Printed Name of Applicant<br><br>Address:<br>2300 East Fry Blvd #1630<br>Sierra Vista, AZ  85636<br><br>Telephone:  832-781-0620<br><br>Email:  help@claimtransfers.com | **5. Co-Applicant Declaration (if applicable)**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date: _____<br><br>_____<br>Signature of Co-Applicant (if applicable)<br><br>_____<br>Printed Name of Co-Applicant (if applicable)<br><br>Address:<br><br><br><br>Telephone: _____<br><br>Email: _____ |
| **6. Notarization**<br>STATE OF ARIZONA<br><br>COUNTY OF COCHISE<br><br>This Application for Unclaimed Funds, dated 3/2/2023 was subscribed and sworn to before me this 2nd day of MARCH, 20 23 by<br><br>BENJAMIN DERAY TARVER<br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL)     Notary Public _[signature]_<br><br>My commission expires: 11/12/25<br><br>[Notary Seal: MICHELLE G MIETZNER, Notary Public, State of Arizona, Cochise County, Commission # 616152, My Commission Expires November 12, 2025] | **6. Notarization**<br>STATE OF _____<br><br>COUNTY OF _____<br><br>This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20____ by<br><br>_____<br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL)     Notary Public _____<br><br>My commission expires: |

Form 1340           Application for Payment of Unclaimed Funds           Page 2