**VAN–150** Deficiency Notice (Text) – Rev. 01/04/2023

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

|  |  |
|---|---|
| | CASE NO.: 98–02675–5–DMW |
| IN RE: | DATE FILED: November 25, 1998 |
| | CHAPTER: 7 |
| International Heritage, Inc.<br>( *debtor has no known aliases* )<br>C/O TERRI L. GARDNER<br>POST OFFICE DRAWER 1389<br>RALEIGH, NC 27602 | Debtor represented by:<br>Terri L. Gardner<br>Nelson Mullins Riley & Scarborough, LLP<br>4140 Parklake Avenue, Suite 200<br>Raleigh, NC 27612 |
| TaxID: 56–1921093 | |

Trustee:
Holmes P Harden
Williams Mullen
A Professional Corporation
PO Drawer 1000
Raleigh, NC 27602

DEFICIENCY NOTICE

To: Benjamin Tarver

Re: 21211– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21210 Application to Release Funds in the Amount of $ 513.71). (Wiggins, Carrie)

21213– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21212 Application to Release Funds in the Amount of $ 650.25). (Wiggins, Carrie)

21215– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21214 Application to Release Funds in the Amount of $ 1075.24). (Wiggins, Carrie)

21217– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21216 Application to Release Funds in the Amount of $ 564.45). (Wiggins, Carrie)

21219– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21218 Application to Release Funds in the Amount of $ 595.06). (Wiggins, Carrie)

21221– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21220 Application to Release Funds in the Amount of $ 1369.92). (Wiggins, Carrie)

21223– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21222 Application to Release Funds in the Amount of $ 525.72). (Wiggins, Carrie)

21225– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21224 Application to Release Funds in the Amount of $ 471.14). (Wiggins, Carrie)

21227– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21226 Application to Release Funds in the Amount of $ 924.70). (Wiggins, Carrie)

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **May 24, 2023** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

The W9 has not been signed. It should be resubmitted with the appropriate signature.

DATED: May 10, 2023

                                                                            Dawn Wright  
                                                                            Deputy Clerk