**VAN–150** Deficiency Notice (Text) – Rev. 01/04/2023

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

|  |  |
|---|---|
| IN RE: | CASE NO.: 98–02675–5–DMW |
|  | DATE FILED: November 25, 1998 |
|  | CHAPTER: 7 |

International Heritage, Inc.
( *debtor has no known aliases* )
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

Debtor represented by:
Terri L. Gardner
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612

TaxID: 56–1921093

Trustee:
Holmes P Harden
Williams Mullen
A Professional Corporation
PO Drawer 1000
Raleigh, NC 27602

## DEFICIENCY NOTICE

To: Benjamin Tarver

Re: 21229– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21228 Application to Release Funds in the Amount of $ 1279.68). (Wiggins, Carrie)

21231– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21230 Application to Release Funds in the Amount of $ 1296.98). (Wiggins, Carrie)

21233– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21232 Application to Release Funds in the Amount of $ 601.38). (Wiggins, Carrie)

21235– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21234 Application to Release Funds in the Amount of $ 642.67). (Wiggins, Carrie)

21237– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21236 Application to Release Funds in the Amount of $ 552.64). (Wiggins, Carrie)

21239– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21238 Application to Release Funds in the Amount of $ 677.54). (Wiggins, Carrie)

21241 – Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21240 Application to Release Funds in the Amount of $ 595.41). (Wiggins, Carrie)

21243– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21242 Application to Release Funds in the Amount of $ 1298.76). (Wiggins, Carrie)

21245– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21244 Application to Release Funds in the Amount of $ 564.45). (Wiggins, Carrie)

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **May 26, 2023** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

The W9 has not been signed. It should be resubmitted with the appropriate signature.

DATED: May 12, 2023

                Dawn Wright
                Deputy Clerk