**VAN–150** Deficiency Notice (Text) – Rev. 01/04/2023

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

| | |
|---|---|
| IN RE: | CASE NO.: 98–02675–5–DMW |
| | DATE FILED: November 25, 1998 |
| | CHAPTER: 7 |
| International Heritage, Inc.<br>( debtor has no known aliases )<br>C/O TERRI L. GARDNER<br>POST OFFICE DRAWER 1389<br>RALEIGH, NC 27602 | Debtor represented by:<br>Terri L. Gardner<br>Nelson Mullins Riley & Scarborough, LLP<br>4140 Parklake Avenue, Suite 200<br>Raleigh, NC 27612 |
| TaxID: 56–1921093 | |

Trustee:
Holmes P Harden
Williams Mullen
A Professional Corporation
PO Drawer 1000
Raleigh, NC 27602

### DEFICIENCY NOTICE

To: Benjamin Tarver

Re: 21261– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21260 Application to Release Funds in the Amount of $ 1279.93). (Wiggins, Carrie)

21263– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21262 Application to Release Funds in the Amount of $ 523.99). (Wiggins, Carrie)

21265– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21264 Application to Release Funds in the Amount of $ 1283.10). (Wiggins, Carrie)

21267– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21266 Application to Release Funds in the Amount of $ 527.20). (Wiggins, Carrie)

21269– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21268 Application to Release Funds in the Amount of $ 564.45). (Wiggins, Carrie)

21271– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21270 Application to Release Funds in the Amount of $ 483.82). (Wiggins, Carrie)

21273– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21272 Application to Release Funds in the Amount of $ 817.03). (Wiggins, Carrie)

21275– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21274 Application to Release Funds in the Amount of $ 804.39). (Wiggins, Carrie)

21277– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21276 Application to Release Funds in the Amount of $ 594.37). (Wiggins, Carrie)

21279– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21278 Application to Release Funds in the Amount of $ 548.07). (Wiggins, Carrie)

21281– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21280 Application to Release Funds in the Amount of $ 776.74). (Wiggins, Carrie)

21283– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21282 Application to Release Funds in the Amount of $ 715.54). (Wiggins, Carrie)

21285– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21284 Application to Release Funds in the Amount of $ 514.66). (Wiggins, Carrie)

21287– Unclaimed Funds Supporting Documentation filed by Benjamin D. Tarver (RE: related document(s)21286 Application to Release Funds in the Amount of $ 327.92). (Wiggins, Carrie)

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **May 26, 2023** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

The W9 has not been signed. It should be resubmitted with the appropriate signature.

DATED: May 12, 2023

                                        Dawn Wright
                                        Deputy Clerk