United States Bankruptcy Court
Eastern District of North Carolina

In re:  Case No. 98-02675-DMW
International Heritage, Inc.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0417-5     User: admin     Page 1 of 3
Date Rcvd: Sep 08, 2023     Form ID: van126     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| intp | + Benjamin D. Tarver, dba Bankruptcy Settlement Group, 2300 East Fry Blvd #1630, Sierra Vista, AZ 85636-7067 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian J. Dilks | on behalf of Interested Party Dilks & Knopik LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com;dilksknopik@ecf.courtdrive.com |
| David F. Meschan | on behalf of Defendant Michael Senio dmeschan@meschanlaw.com tkelly@meschanlaw.com |
| David F. Meschan | on behalf of Defendant Leapfrog Marketing Inc. dmeschan@meschanlaw.com, tkelly@meschanlaw.com |
| David W. Boone | on behalf of Defendant Travel Experts Inc. dboone@ncdoj.gov |
| Douglas Q. Wickham | on behalf of Defendant Egw Personnel Services Inc. doug@wickhamlawnc.com |
| Gerald A. Jeutter, Jr. | |

|   |   |
|---|---|
|   | on behalf of Defendant Niagara Frontier Travel Services Inc. jeb@jeutterlaw.com |
| Gerald A. Jeutter, Jr. | on behalf of Defendant Modern Health Strategies L.L.C. jeb@jeutterlaw.com |
| Holmes P Harden | hharden@williamsmullen.com<br>hharden@ecf.epiqsystems.com;scass@williamsmullen.com;NC43@ecfcbis.com;khorton@williamsmullen.com |
| Holmes P Harden | on behalf of Trustee Holmes P Harden hharden@williamsmullen.com<br>hharden@ecf.epiqsystems.com;scass@williamsmullen.com;NC43@ecfcbis.com;khorton@williamsmullen.com |
| J. Michael Malone | on behalf of Defendant Dee Brothers mmalone@hendrenmalone.com |
| J. Michael Malone | on behalf of Defendant John Brothers mmalone@hendrenmalone.com |
| James Anthony Penry | on behalf of Defendant Wilbur E Meckenstock neil.riemann@penryriemann.com |
| James Anthony Penry | on behalf of Defendant Sharon A Meckenstock neil.riemann@penryriemann.com |
| James Anthony Penry | on behalf of Defendant Dan H Meckenstock neil.riemann@penryriemann.com |
| James B Angell | on behalf of Defendant Jewels By Evonne Inc. jangell@hsfh.com, qmccain@hsfh.com |
| James B Angell | on behalf of Defendant Evonne Eckenroth jangell@hsfh.com qmccain@hsfh.com |
| James B Angell | on behalf of Defendant Quality Builders Inc. of Raleigh jangell@hsfh.com, qmccain@hsfh.com |
| James B Angell | on behalf of Defendant 2021.Interactive LLC jangell@hsfh.com, qmccain@hsfh.com |
| James B Angell | on behalf of Defendant Harrah's Operating Company Inc. jangell@hsfh.com, qmccain@hsfh.com |
| James T. Johnson | on behalf of Plaintiff Holmes P Harden Trustee jjohnson@dementaskew.com |
| Jeffrey E. Oleynik | on behalf of Defendant Tig Insurance Company of Michigan joleynik@brookspierce.com |
| Jeffrey E. Oleynik | on behalf of Defendant Tig Insurance Company joleynik@brookspierce.com |
| Jeffrey E. Oleynik | on behalf of Defendant Tig Specialty Insurance Company joleynik@brookspierce.com |
| John L. Groshon | on behalf of Creditor Dilks & Knopik LLC baron@groshonlaw.com |
| John Mark Stern | on behalf of Creditor Texas Comptroller of Public Accounts bk-jstern@oag.texas.gov bk-mbecker@oag.texas.gov |
| John S. Williford, Jr. | on behalf of Creditor RBC Centura Bank jwilliford@fieldsandcooper.com |
| Kim Sherrie Sawyer | on behalf of Creditor F Lynn Gravley data@tlsgltd.com |
| Kim Sherrie Sawyer | on behalf of Creditor Daming Cao data@tlsgltd.com |
| Kim Sherrie Sawyer | on behalf of Creditor Jianying Kong data@tlsgltd.com |
| Kim Sherrie Sawyer | on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com |
| Michael L. Geller | on behalf of Creditor Anita Geller mlgeller@mac.com |
| Michael L. Geller | on behalf of Creditor Michael Geller mlgeller@mac.com |
| Neal Fowler |   |

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 08, 2023 | Form ID: van126 | Total Noticed: 1 |

        on behalf of Interested Party Scott Wilkinson neal.fowler@usdoj.gov usance.bankruptcy@usdoj.gov

Richard D Sparkman
        on behalf of Defendant Toner Solutions Inc. rds@sparkmanlaw.com,
        mary@sparkmanlaw.com;diane@sparkmanlaw.com;D.RR67633@notify.bestcase.com

Shawna Y. Staton
        on behalf of Defendant Printing Plus Inc. sstaton@tokn.com

Shawna Y. Staton
        on behalf of Defendant Dmax Imaging Incorporated sstaton@tokn.com

Shawna Y. Staton
        on behalf of Defendant Dechert sstaton@tokn.com

Susan R. Sherrill-Beard
        on behalf of Creditor U.S. Securities and Exchange Commission sherrill-beards@sec.gov atlreorg@sec.gov

Terri L. Gardner
        on behalf of Debtor International Heritage Inc. terriwfu@gmail.com

William E. Brewer, Jr.
        on behalf of Defendant Edmundo Colorado wbrewer@sasserbankruptcy.com
        travis@sasserbankruptcy.com;joy@sasserbankruptcy.com

William E. Brewer, Jr.
        on behalf of Defendant Tracey Sabates wbrewer@sasserbankruptcy.com
        travis@sasserbankruptcy.com;joy@sasserbankruptcy.com

William E. Brewer, Jr.
        on behalf of Defendant Claude Savage Jr. wbrewer@sasserbankruptcy.com,
        travis@sasserbankruptcy.com;joy@sasserbankruptcy.com

William E. Brewer, Jr.
        on behalf of Defendant Lisa Colorado wbrewer@sasserbankruptcy.com
        travis@sasserbankruptcy.com;joy@sasserbankruptcy.com

William E. Brewer, Jr.
        on behalf of Defendant Claude Savage wbrewer@sasserbankruptcy.com
        travis@sasserbankruptcy.com;joy@sasserbankruptcy.com

William L. Yaeger
        on behalf of Defendant O. Kenneth Rudd III wyaeger@williamyaeger.com

William Woodward Webb
        on behalf of Defendant Marshall Reddy woodywebb@ew-law.com

William Woodward Webb
        on behalf of Defendant William Swinney woodywebb@ew-law.com

TOTAL: 47

VAN–126 Order for Refund of Unclaimed Funds – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Raleigh Division

IN RE:  
International Heritage, Inc.  
*( debtor has no known aliases )*  
C/O TERRI L. GARDNER  
POST OFFICE DRAWER 1389  
RALEIGH, NC 27602  

TaxID: 56–1921093

CASE NO.: 98–02675–5–DMW  
DATE FILED: November 25, 1998  
CHAPTER: 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

On August 14, 2023, an application was filed for the Claimant(s), Benjamin Tarver dba Bankruptcy Settlement Group, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. Section 2042, the sum of $362.21 held in unclaimed funds be made payable to Benjamin Tarver dba Bankruptcy Settlement Group and be disbursed to the payee at the following address: 2300 East Fry Boulevard #1630, Sierra Vista AZ 85636. The Clerk will disburse these funds not earlier than 14 days after entry of this order.

DATED: September 8, 2023

David M. Warren  
United States Bankruptcy Judge