**VAN–146** Order Denying Motion (Deficiency Not Cured) – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
*( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

TaxID: 56–1921093

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

## ORDER DENYING MOTION

The matter before the court is the Application to Release Funds filed by Benjamin D. Tarver dba Bankruptcy Settlement Group (hereinafter "Movant").

It appearing to the court that the Movant was notified of a deficiency in the motion or proposed order by notice from the clerk. To date, the deficiency has not been cured. Since it appears that the Movant no longer requires the relief requested in the motion, the motion is denied without prejudice.

***SO ORDERED.***

DATED: October 3, 2023

                                                    David M. Warren
                                                  United States Bankruptcy Judge