United States Bankruptcy Court

Eastern District of North Carolina

In re:

International Heritage, Inc.

Debtor

Case No. 98-02675-DMW

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0417-5

Date Rcvd: Oct 20, 2023

User: admin

Form ID: van126

Page 1 of 3

Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2023:**

**Recip ID            Recipient Name and Address**
intp                    + Benjamin D. Tarver, dba Bankruptcy Settlement Group, 2300 East Fry Blvd #1630, Sierra Vista, AZ 85636-7067

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2023                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2023 at the address(es) listed below:**

**Name**                          **Email Address**

Brian J. Dilks
                                        on behalf of Interested Party Dilks & Knopik  LLC cmecf@dkllc.com,
                                        brian.dilks@dilksknopik.com;dilksknopik@ecf.courtdrive.com

David F. Meschan
                                        on behalf of Defendant Michael Senio dmeschan@meschanlaw.com  tkelly@meschanlaw.com

David F. Meschan
                                        on behalf of Defendant Leapfrog Marketing  Inc. dmeschan@meschanlaw.com, tkelly@meschanlaw.com

David W. Boone
                                        on behalf of Defendant Travel Experts  Inc. dboone@ncdoj.gov

Douglas Q. Wickham
                                        on behalf of Defendant Egw Personnel Services  Inc. doug@wickhamlawnc.com

Gerald A. Jeutter, Jr.

District/off: 0417-5        User: admin        Page 2 of 3

Date Rcvd: Oct 20, 2023        Form ID: van126        Total Noticed: 1

       on behalf of Defendant Niagara Frontier Travel Services  Inc. jeb@jeutterlaw.com

Gerald A. Jeutter, Jr.

       on behalf of Defendant Modern Health Strategies  L.L.C. jeb@jeutterlaw.com

Holmes P Harden

       hharden@williamsmullen.com
       hharden@ecf.epiqsystems.com;scass@williamsmullen.com;NC43@ecfcbis.com;khorton@williamsmullen.com

Holmes P Harden

       on behalf of Trustee Holmes P Harden hharden@williamsmullen.com
       hharden@ecf.epiqsystems.com;scass@williamsmullen.com;NC43@ecfcbis.com;khorton@williamsmullen.com

J. Michael Malone

       on behalf of Defendant Dee Brothers mmalone@hendrenmalone.com

J. Michael Malone

       on behalf of Defendant John Brothers mmalone@hendrenmalone.com

James Anthony Penry

       on behalf of Defendant Wilbur E Meckenstock neil.riemann@penryriemann.com

James Anthony Penry

       on behalf of Defendant Sharon A Meckenstock neil.riemann@penryriemann.com

James Anthony Penry

       on behalf of Defendant Dan H Meckenstock neil.riemann@penryriemann.com

James B Angell

       on behalf of Defendant Jewels By Evonne  Inc. jangell@hsfh.com, qmccain@hsfh.com

James B Angell

       on behalf of Defendant Evonne Eckenroth jangell@hsfh.com  qmccain@hsfh.com

James B Angell

       on behalf of Defendant Quality Builders  Inc. of Raleigh jangell@hsfh.com, qmccain@hsfh.com

James B Angell

       on behalf of Defendant 2021.Interactive  LLC jangell@hsfh.com, qmccain@hsfh.com

James B Angell

       on behalf of Defendant Harrah's Operating Company  Inc. jangell@hsfh.com, qmccain@hsfh.com

James T. Johnson

       on behalf of Plaintiff Holmes P Harden  Trustee jjohnson@dementaskew.com

Jeffrey E. Oleynik

       on behalf of Defendant Tig Insurance Company of Michigan joleynik@brookspierce.com

Jeffrey E. Oleynik

       on behalf of Defendant Tig Insurance Company joleynik@brookspierce.com

Jeffrey E. Oleynik

       on behalf of Defendant Tig Specialty Insurance Company joleynik@brookspierce.com

John L. Groshon

       on behalf of Creditor Dilks & Knopik  LLC baron@groshonlaw.com

John Mark Stern

       on behalf of Creditor Texas Comptroller of Public Accounts bk-jstern@oag.texas.gov  bk-mbecker@oag.texas.gov

John S. Williford, Jr.

       on behalf of Creditor RBC Centura Bank jwilliford@fieldsandcooper.com

Kim Sherrie Sawyer

       on behalf of Creditor F Lynn Gravley data@tlsgltd.com

Kim Sherrie Sawyer

       on behalf of Creditor Daming Cao data@tlsgltd.com

Kim Sherrie Sawyer

       on behalf of Creditor Jianying Kong data@tlsgltd.com

Kim Sherrie Sawyer

       on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com

Michael L. Geller

       on behalf of Creditor Anita Geller mlgeller@mac.com

Michael L. Geller

       on behalf of Creditor Michael Geller mlgeller@mac.com

Neal Fowler

District/off: 0417-5                           User: admin                                    Page 3 of 3
Date Rcvd: Oct 20, 2023                        Form ID: van126                                 Total Noticed: 1

on behalf of Interested Party Scott Wilkinson neal.fowler@usdoj.gov  usance.bankruptcy@usdoj.gov

Richard D Sparkman

on behalf of Defendant Toner Solutions  Inc. rds@sparkmanlaw.com,
mary@sparkmanlaw.com;diane@sparkmanlaw.com;D.RR67633@notify.bestcase.com

Shawna Y. Staton

on behalf of Defendant Printing Plus  Inc. sstaton@tokn.com

Shawna Y. Staton

on behalf of Defendant Dmax Imaging Incorporated sstaton@tokn.com

Shawna Y. Staton

on behalf of Defendant Dechert sstaton@tokn.com

Susan R. Sherrill-Beard

on behalf of Creditor U.S. Securities and Exchange Commission sherrill-beards@sec.gov  atlreorg@sec.gov

Terri L. Gardner

on behalf of Debtor International Heritage  Inc. terriwfu@gmail.com

William E. Brewer, Jr.

on behalf of Defendant Edmundo Colorado wbrewer@sasserbankruptcy.com
travis@sasserbankruptcy.com;joy@sasserbankruptcy.com

William E. Brewer, Jr.

on behalf of Defendant Tracey Sabates wbrewer@sasserbankruptcy.com
travis@sasserbankruptcy.com;joy@sasserbankruptcy.com

William E. Brewer, Jr.

on behalf of Defendant Claude Savage  Jr. wbrewer@sasserbankruptcy.com,
travis@sasserbankruptcy.com;joy@sasserbankruptcy.com

William E. Brewer, Jr.

on behalf of Defendant Lisa Colorado wbrewer@sasserbankruptcy.com
travis@sasserbankruptcy.com;joy@sasserbankruptcy.com

William E. Brewer, Jr.

on behalf of Defendant Claude Savage wbrewer@sasserbankruptcy.com
travis@sasserbankruptcy.com;joy@sasserbankruptcy.com

William L. Yaeger

on behalf of Defendant O. Kenneth Rudd  III wyaeger@williamyaeger.com

William Woodward Webb

on behalf of Defendant Marshall Reddy woodywebb@ew-law.com

William Woodward Webb

on behalf of Defendant William Swinney woodywebb@ew-law.com


TOTAL: 47

VAN–126 Order for Refund of Unclaimed Funds – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
International Heritage, Inc.
 *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

TaxID: 56–1921093

ORDER FOR REFUND OF UNCLAIMED FUNDS

On September 18, 2023, an application was filed for the Claimant(s), Benjamin D. Tarver dba Bankruptcy Settlement Group, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. Section 2042, the sum of $574.13 held in unclaimed funds be made payable to Benjamin D. Tarver dba Bankruptcy Settlement Group and be disbursed to the payee at the following address: 2300 East Fry Boulevard #1630, Sierra Vista, AZ 85636. The Clerk will disburse these funds not earlier than 14 days after entry of this order.

DATED: October 20, 2023

David M. Warren
United States Bankruptcy Judge