**VAN–157** Deficiency Notice – Release Funds Rev. 01/04/2023

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

|  |  |
|---|---|
| IN RE: | CASE NO.: 98–02675–5–DMW |
|  | DATE FILED: November 25, 1998 |
|  | CHAPTER: 7 |

International Heritage, Inc.
 ( debtor has no known aliases )
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

Debtor represented by:
Terri L. Gardner
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612

TaxID: 56–1921093

Trustee:
Holmes P Harden
Williams Mullen
A Professional Corporation
PO Drawer 1000
Raleigh, NC 27602

### DEFICIENCY NOTICE

To: Benjamin Tarver

Re: Application to Release Funds in the Amount of $ 609.93 filed by Benjamin D. Tarver.

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **November 21, 2023** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

The date signed by the creditor is different from the date notarized. These dates should match.

DATED: November 7, 2023

                                                Kelly Shum–Drake
                                                Deputy Clerk