United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                                                             Case No. 98-02675-DMW
International Heritage, Inc.                                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0417-5                   User: admin                Page 1 of 3
Date Rcvd: Nov 07, 2023           Form ID: van157           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2023:**

**Recip ID**             **Recipient Name and Address**
intp                 +   Benjamin D. Tarver, dba Bankruptcy Settlement Group, 2300 East Fry Blvd #1630, Sierra Vista, AZ 85636-7067

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2023            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian J. Dilks | on behalf of Interested Party Dilks & Knopik LLC cmecf@dkllc.com, brian.dilks@dilksknopik.com;dilksknopik@ecf.courtdrive.com |
| David F. Meschan | on behalf of Defendant Michael Senio dmeschan@meschanlaw.com tkelly@meschanlaw.com |
| David F. Meschan | on behalf of Defendant Leapfrog Marketing Inc. dmeschan@meschanlaw.com, tkelly@meschanlaw.com |
| David W. Boone | on behalf of Defendant Travel Experts Inc. dboone@ncdoj.gov |
| Douglas Q. Wickham | on behalf of Defendant Egw Personnel Services Inc. doug@wickhamlawnc.com |
| Gerald A. Jeutter, Jr. | |

District/off: 0417-5                                    User: admin                                    Page 2 of 3
Date Rcvd: Nov 07, 2023                          Form ID: van157                                Total Noticed: 1

        on behalf of Defendant Niagara Frontier Travel Services Inc. jeb@jeutterlaw.com

Gerald A. Jeutter, Jr.
        on behalf of Defendant Modern Health Strategies L.L.C. jeb@jeutterlaw.com

Holmes P Harden
        hharden@williamsmullen.com
        hharden@ecf.epiqsystems.com;scass@williamsmullen.com;NC43@ecfcbis.com;khorton@williamsmullen.com

Holmes P Harden
        on behalf of Trustee Holmes P Harden hharden@williamsmullen.com
        hharden@ecf.epiqsystems.com;scass@williamsmullen.com;NC43@ecfcbis.com;khorton@williamsmullen.com

J. Michael Malone
        on behalf of Defendant Dee Brothers mmalone@hendrenmalone.com

J. Michael Malone
        on behalf of Defendant John Brothers mmalone@hendrenmalone.com

James Anthony Penry
        on behalf of Defendant Wilbur E Meckenstock neil.riemann@penryriemann.com

James Anthony Penry
        on behalf of Defendant Sharon A Meckenstock neil.riemann@penryriemann.com

James Anthony Penry
        on behalf of Defendant Dan H Meckenstock neil.riemann@penryriemann.com

James B Angell
        on behalf of Defendant Jewels By Evonne Inc. jangell@hsfh.com, qmccain@hsfh.com

James B Angell
        on behalf of Defendant Evonne Eckenroth jangell@hsfh.com qmccain@hsfh.com

James B Angell
        on behalf of Defendant Quality Builders Inc. of Raleigh jangell@hsfh.com, qmccain@hsfh.com

James B Angell
        on behalf of Defendant 2021.Interactive LLC jangell@hsfh.com, qmccain@hsfh.com

James B Angell
        on behalf of Defendant Harrah's Operating Company Inc. jangell@hsfh.com, qmccain@hsfh.com

James T. Johnson
        on behalf of Plaintiff Holmes P Harden Trustee jjohnson@dementaskew.com

Jeffrey E. Oleynik
        on behalf of Defendant Tig Insurance Company of Michigan joleynik@brookspierce.com

Jeffrey E. Oleynik
        on behalf of Defendant Tig Insurance Company joleynik@brookspierce.com

Jeffrey E. Oleynik
        on behalf of Defendant Tig Specialty Insurance Company joleynik@brookspierce.com

John L. Groshon
        on behalf of Creditor Dilks & Knopik LLC baron@groshonlaw.com

John Mark Stern
        on behalf of Creditor Texas Comptroller of Public Accounts bk-jstern@oag.texas.gov bk-mbecker@oag.texas.gov

John S. Williford, Jr.
        on behalf of Creditor RBC Centura Bank jwilliford@fieldsandcooper.com

Kim Sherrie Sawyer
        on behalf of Creditor F Lynn Gravley data@tlsgltd.com

Kim Sherrie Sawyer
        on behalf of Creditor Daming Cao data@tlsgltd.com

Kim Sherrie Sawyer
        on behalf of Creditor Jianying Kong data@tlsgltd.com

Kim Sherrie Sawyer
        on behalf of Creditor Jackie D. Kemnitz data@tlsgltd.com

Michael L. Geller
        on behalf of Creditor Anita Geller mlgeller@mac.com

Michael L. Geller
        on behalf of Creditor Michael Geller mlgeller@mac.com

Neal Fowler

        on behalf of Interested Party Scott Wilkinson neal.fowler@usdoj.gov  usance.bankruptcy@usdoj.gov

Richard D Sparkman
        on behalf of Defendant Toner Solutions  Inc. rds@sparkmanlaw.com,
        mary@sparkmanlaw.com;diane@sparkmanlaw.com;D.RR67633@notify.bestcase.com

Shawna Y. Staton
        on behalf of Defendant Printing Plus  Inc. sstaton@tokn.com

Shawna Y. Staton
        on behalf of Defendant Dmax Imaging Incorporated sstaton@tokn.com

Shawna Y. Staton
        on behalf of Defendant Dechert sstaton@tokn.com

Susan R. Sherrill-Beard
        on behalf of Creditor U.S. Securities and Exchange Commission sherrill-beards@sec.gov  atlreorg@sec.gov

Terri L. Gardner
        on behalf of Debtor International Heritage  Inc. terriwfu@gmail.com

William E. Brewer, Jr.
        on behalf of Defendant Edmundo Colorado wbrewer@sasserbankruptcy.com
        travis@sasserbankruptcy.com;joy@sasserbankruptcy.com

William E. Brewer, Jr.
        on behalf of Defendant Tracey Sabates wbrewer@sasserbankruptcy.com
        travis@sasserbankruptcy.com;joy@sasserbankruptcy.com

William E. Brewer, Jr.
        on behalf of Defendant Claude Savage  Jr. wbrewer@sasserbankruptcy.com,
        travis@sasserbankruptcy.com;joy@sasserbankruptcy.com

William E. Brewer, Jr.
        on behalf of Defendant Lisa Colorado wbrewer@sasserbankruptcy.com
        travis@sasserbankruptcy.com;joy@sasserbankruptcy.com

William E. Brewer, Jr.
        on behalf of Defendant Claude Savage wbrewer@sasserbankruptcy.com
        travis@sasserbankruptcy.com;joy@sasserbankruptcy.com

William L. Yaeger
        on behalf of Defendant O. Kenneth Rudd  III wyaeger@williamyaeger.com

William Woodward Webb
        on behalf of Defendant Marshall Reddy woodywebb@ew-law.com

William Woodward Webb
        on behalf of Defendant William Swinney woodywebb@ew-law.com

TOTAL: 47

**VAN–157** Deficiency Notice – Release Funds Rev. 01/04/2023

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:

CASE NO.: 98–02675–5–DMW

DATE FILED: November 25, 1998

CHAPTER: 7

International Heritage, Inc.
 *( debtor has no known aliases )*
C/O TERRI L. GARDNER
POST OFFICE DRAWER 1389
RALEIGH, NC 27602

Debtor represented by:
Terri L. Gardner
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612

TaxID: 56–1921093

Trustee:
Holmes P Harden
Williams Mullen
A Professional Corporation
PO Drawer 1000
Raleigh, NC 27602

## DEFICIENCY NOTICE

To: Benjamin Tarver

Re: Application to Release Funds in the Amount of $ 2561.07 filed by Benjamin D. Tarver.

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **November 21, 2023** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

The date signed by the creditor is different from the date notarized. These dates should match.

DATED: November 7, 2023

Kelly Shum–Drake
Deputy Clerk